```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX038825
Cashier ID: sg
Transaction Date: 06/20/2011
Payer Name: BENNINGTON JOHNSON
----------------------------------
CIVIL FILING FEE
 For: BENNINGTON JOHNSON
 Amount:       $350.00
----------------------------------
CREDIT CARD
 Amt Tendered: $350.00
----------------------------------
Total Due:     $350.00
Total Tendered: $350.00
Change Amt:    $0.00

11-CV-1611


A fee of $45.00 will be assessed on
any returned check.
```