IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

WESTERN CONVENIENCE STORES, INC., a Colorado corporation;
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs,

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation.,

    Defendant.

## CORPORATE DISCLOSURE STATEMENT

Plaintiffs Western Convenience Stores, Inc. and Western Truck One, LLC, by and through their attorneys, Bennington Johnson Biermann & Craigmile, LLC, submit the following corporate disclosure statement pursuant to D.C.COLO.LCivR 7.4:

1.    Neither Western Convenience Stores, Inc. nor Western Truck One, LLC have parent entities and no publicly held entity holds ten percent or more of either Western Convenience Stores, Inc.'s or Western Truck One, LLC's stock.

Dated: June 17, 2011        */s/ Kenneth R. Bennington*

        Kenneth R. Bennington
        Adam F. Aldrich
        BENNINGTON JOHNSON
        BIERMANN & CRAIGMILE, LLC
        370 17th Street, Suite 3500
        Denver, CO 80202
        (303) 629-5200

        *Attorneys for Defendants*