IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation;
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs,

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Defendant.

## ENTRY OF APPEARANCE

The undersigned hereby enters her appearance in this matter on behalf of Plaintiffs Western Convenience Stores, Inc. and Western Truck One, LLC.

Dated: July 8, 2011

    /s/ Kathleen E. Craigmile

Kenneth R. Bennington
Kathleen E. Craigmile
Adam F. Aldrich
BENNINGTON JOHNSON
BIERMANN & CRAIGMILE, LLC
370 17th Street, Suite 3500
Denver, CO 80202
Phone: (303) 629-5200
Fax:  (303) 629-5718

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on July 8, 2011, I served courtesy copies of the foregoing **ENTRY OF APPEARANCE** via email and U.S. Mail, postage prepaid to the following:

| | |
|---|---|
| Michael E. Korenblat | Anthony J. Shaheen |
| Director, Legal Affairs – R&M U.S.A. | Keeya M. Jeffrey |
| Suncor Energy Services, Inc. | Holland & Hart LLP |
| 717 17th Street, 29th Floor | 555 17th Street, Suite 3200 |
| Denver, CO 80202 | Denver, CO 80201-8749 |
| mkorenblat@suncor.com | AJShaheen@hollandhart.com |
| | KMJeffrey@hollandhart.com |

            */s/ Marie Newberger*