**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:   11-cv-01611-MSK-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date:   July 13, 2011** | **Courtroom Deputy:**  Linda Kahoe |

| | |
|---|---|
| WESTERN CONVENIENCE STORES, INC., | Kathleen E. Craigmile |
| *et al*, | Kenneth Ronald Bennington |
| Plaintiffs, | |
| v. | |
| SUNCOR ENERGY (U.S.A.) INC., | Anthony J. Shaheen |
| | J. Robert Robertson |
| Defendant. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in session:      10:07 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding the Motion for Preliminary Injunction, doc #[5], filed 7/6/2011.

**ORDERED:**   A hearing is set on the Motion for Preliminary Injunction, doc #[5] for **9:00 a.m. on Wednesday, SEPTEMBER 28, 2011** before Magistrate Judge Craig B. Shaffer in Courtroom A402.  To the extent that a party intends to rely on witness testimony, the parties must disclose to opposing counsel the name, and title or relationship, of the witness(es) no later than **SEPTEMBER 10, 2011.**

**ORDERED:**   Defendant must Answer or otherwise respond to the Complaint, doc #[1] on or before **SEPTEMBER 6, 2011.**

**ORDERED:**   A Response to the Motion for Preliminary Injunction, doc #[5] is due on or before **SEPTEMBER 6, 2011.**  Plaintiff may file a Reply on or before **SEPTEMBER 20, 2011.**

HEARING CONCLUDED.

**Court in recess:      10:20 a.m.**
Total time in court:      00:13

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.