**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation;
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs,

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Defendant.

---

**DEFENDANT SUNCOR ENERGY (U.S.A.) INC.'S**
**MOTION TO DISMISS OR STAY**
**THE SECOND THROUGH FIFTH CLAIMS FOR RELIEF**
**OF PLAINTIFFS' COMPLAINT**

---

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and Rule 7.1 of the Local Rules of the District of Colorado, defendant Suncor Energy (U.S.A.) Inc. ("Suncor") moves to dismiss the Second through Fifth Claims for Relief of the Complaint ("Comp.") (Dkt. 1) of Plaintiffs Western Convenience Stores, Inc. ("WCS") and Western Truck One, LLC ("WTO") (WCS and WTO collectively the "Plaintiffs") for failure to state a claim for which relief may be granted. The Second through Fifth Claims do not allege cognizable legal claims and cannot be salvaged by amendment

Alternatively, pursuant to Rule 12(b)(1), Suncor requests a stay of the Second through Fifth Claims of Plaintiffs' Complaint. Those claims are identical to claims now pending in an action that Plaintiffs brought against Suncor in Colorado state court. Suncor has answered the state-court complaint, filed a counterclaim against WCS for $3.755 million for petroleum

products admittedly received and not paid for, and a third-party claim against WCS's principals to recover pursuant to a $3 million personal guaranty of WCS's obligations.  Suncor has also moved for summary judgment on Plaintiffs' state-court claims as well as its own counterclaim and third-party claim in that action.  The Second through Fifth Claims for Relief arise solely under Colorado state law; there is no independent basis for jurisdiction on those claims in this Court because the parties are not diverse.  Indeed, those claims are before this Court solely because they are pendent to a Robinson-Patman Act claim asserted in the Complaint.  The Colorado state court is the proper forum for addressing them.  Accordingly, if the Second through Fifth Claims are not dismissed as a matter of law, they should be stayed pending their adjudication in the state court.

Defendant Suncor certifies that, pursuant to D.C. Colo. L. Civ. R. 7.1(A), counsel discussed the grounds for this motion and the relief requested with counsel for the Plaintiff on September 1, 2011.  Plaintiff's counsel opposes the relief requested herein.

Respectfully submitted,

*s/ Anthony J. Shaheen*
Anthony J. Shaheen
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, Colorado  80202-3979
Tel.:  (303) 295-8000
Fax:  (303) 295-9126
E-Mail:  ajshaheen@hollandhart.com

- 3 -

    s/William L. Monts III
J. Robert Robertson
William L. Monts III
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C.  20004-1109
Tel.:  (202) 637-5600
Fax:  (202) 637-5910
E-Mail:  robby.robertson@hoganlovells.com
         william.monts@hoganlovells.com

*Attorneys for Defendant*
*Suncor Energy (U.S.A.) Inc.*