IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation; WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

　　　Plaintiff,

vs.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

　　　Defendant.

## INDEX TO SUNCOR'S RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION

| Exhibit 1 | Terminal Access Agreement |
| --- | --- |
| Exhibit 2 | Master Product Purchase and Sale Agreement |
| Exhibit 3 | May 5, 2011 Email re Consent Decree with EPA |
| Exhibit 4 | May 8, 2011 Email |
| Exhibit 5 | May 9 and May 10, 2011 Emails with financial information |
| Exhibit 6 | Diane Kriskovich Affidavit |
| Exhibit 7 | ACH Return/NOC Report as of 5/23/2011 |
| Exhibit 8 | ACH Return/NOC Report as of 5/24/2011 |
| Exhibit 9 | May 25, 2011 Letter on confirmation of suspension of all product sales |
| Exhibit 10 | June 9, 2011 Letter regarding WCS Failure to Pay Suncor for Gasoline |
| Exhibit 11 | Steven J. Ewing Affidavit |

5223931_1.DOCX