

## Wilson, Margy

| | |
|---|---|
| From: | Kriskovich, Diane |
| Sent: | Monday, June 06, 2011 4:12 PM |
| To: | Korenblat, Michael; Wilson, Margy |
| Subject: | FW: Western Convenience - ATTORNEY CLIENT PRIVILEGE |
| Follow Up Flag: | Follow up |
| Flag Status: | Completed |

*Diane R Kriskovich*

---

**From:** Ewing, Steven J.
**Sent:** Sunday, May 08, 2011 5:49 PM
**To:** Saunders, Audrey; Kriskovich, Diane
**Subject:** Western Convenience

A few questions regarding Western Convenience..

When is the last time we reviewed their credit history?
How long will it take to rerun their history?
Has Steve M. approached you to work this issue? If not, please contact him on Monday.

I will be in the Springs on Monday and back in the office on Tuesday. If possible, I would like to understand their current credit rating. Keep in mind they may have a fine from $ 0-2.4M..
What type of guarantee do they have? Assets? Stations? Locations?

Please send me an update by Tuesday am.

Thanks,

Steve Ewing
Director, Rack Forward Sales & Services
Suncor Energy

Phone: 303-793-8066
Fax: 303-793-8003
Cell: 303-956-4349
Email: Sewing@suncor.com

**EXHIBIT 4**

1