## Wilson, Margy

**From:** Kriskovich, Diane
**Sent:** Monday, June 06, 2011 4:04 PM
**To:** Korenblat, Michael; Wilson, Margy
**Subject:** FW: Financial Statements - ATTORNEY CLIENT PRIVILEGE

Diane R Kriskovich

---

**From:** Charlie Dowden [mailto:Charlie@WesternConvenienceStores.com]
**Sent:** Monday, May 09, 2011 3:13 PM
**To:** Kriskovich, Diane
**Subject:** RE: Financial Statements

Diane,
The auditors just finished their field work today and are headed back to their offices. We should have their report sometime in June.
Charlie

---

**From:** Kriskovich, Diane [mailto:dkriskovich@suncor.com]
**Sent:** Monday, May 09, 2011 10:50 AM
**To:** Charlie Dowden
**Subject:** RE: Financial Statements

Thank you Charlie.

Do you have preliminary March 2011 annuals you can send? Otherwise let me know when the finals will be ready.

Thanks again.

Diane R Kriskovich

SUNCOR ENERGY USA
Mgr, Rack Forward Sales Services
717 - 17th Street, Suite 2900
Denver, CO 80202
Phone: 303-793-8076
Cell:    720-626-4458
Fax:    303-793-8054
Email: dkriskovich@suncor.com

---

**From:** Charlie Dowden [mailto:Charlie@WesternConvenienceStores.com]
**Sent:** Monday, May 09, 2011 10:42 AM
**To:** Kriskovich, Diane
**Subject:** Financial Statements

Diane,
Per your request, attached are the combined/consolidated financial statements for Western Convenience

EXHIBIT 5

6/21/2011

**Kriskovich, Diane**

| | |
|---|---|
| From: | Charlie Dowden [Charlie@WesternConvenienceStores.com] |
| Sent: | Tuesday, May 10, 2011 11:25 AM |
| To: | Kriskovich, Diane |
| Subject: | Interim Financial Statements |
| Attachments: | FSconsolidated03312011.xls |

Diane,

Attached are the consolidated financial statements as of 3/31/2011 for Western Convenience Stores, Inc. and HDT, LLC. These are preliminary, unaudited statements as our auditors, Soukup Bush & Associates just completed their field work yesterday.

Charles Dowden, CPA
Controller
Western Convenience Stores, Inc.
HDT, LLC

*[Handwritten notes:]*

Finals will be ready end of June 2011.

$1.6M IRS refund rec'd in 2011.

EPA - $2.5M Civil Penalty
  Western Convenience Stores, Inc.
  Rocky Mountain Pipeline System, LLC
  Offen Petroleum, Inc.

5/24/2011

*Real Estate*

**CONDENSED FINANCIAL STATEMENTS**
**WESTERN CONVENIENCE STORES**

AS OF: 3/31/2011

| | | | |
|---|---:|---:|---:|
| **ASSETS** | | | |
| **Current Assets** | | | |
| Cash in Banks | (396,910.38) | | |
| Accounts Receivable | 5,804,403.82 | | |
| Inventory | 5,838,953.41 | | |
| Total Current Assets | | 11,246,446.85 | |
| **Fixed Assets** | | | |
| Equipment & Lease Imprvmnts | 18,231,388.82 | | |
| less: Depreciation | 10,126,936.40 | | |
| Total Fixed Assets | | 8,104,452.42 | |
| **Other Assets** | | | |
| Deposits | 51,300.06 | | |
| Fees, Costs & Goodwill | 190,982.99 | | |
| less: Amortization | (87,267.24) | | |
| N/R Others | 54,347.14 | | |
| N/R Shareholder | 100,256.18 | | |
| Deferred Tax Asset | 255,804.76 | | |
| N/R HDT | 1,946,654.89 | | |
| Total Other Assets | | 2,532,090.78 | |
| **TOTAL ASSETS** | | | **21,882,990.05** |

| | | | |
|---|---:|---:|---:|
| **LIABILITIES** | | | |
| **Current Liabilities** | | | |
| Accounts Payable | 10,856,325.54 | | |
| Payroll & Taxes | 240,515.52 | | |
| Sales Taxes | 90,789.39 | | |
| Income Taxes | - | | |
| Fuel Taxes | 1,609,657.40 | | |
| Property Taxes | 112,657.42 | | |
| Line of Credit-Vectra | 7,463,419.64 | | |
| Interest | 30,062.77 | | |
| Due to Related Parties | - | | |
| N/P-Shareholder | - | | |
| Total Current Liabilities | | 20,403,427.68 | |
| **Long Term Liabilities** | | | |
| N/P Vectra | 1,350,847.76 | | |
| N/P Bayview | - | | |
| N/P High Plains Bank | - | | |
| N/P Other | - | | |
| N/P Wells Fargo LOC | 117,194.71 | | |
| N/P HDT(Related Party) | - | | |
| Total Long Term Liabilities | | 1,468,042.47 | |
| **TOTAL LIABILITIES** | | | 21,871,470.15 |
| **STOCKHOLDERS EQUITY** | | | |
| Capital | 12,000.00 | | |
| Retained Earnings | 3,194,624.21 | | |
| Current Earnings | (3,195,104.31) | | |
| TOTAL STOCKHOLDERS EQUITY | | | 11,519.90 |
| **TOTAL LIAB. & ST.EQU.** | | | **21,882,990.05** |

---

**CONDENSED FINANCIAL STATEMENTS**
**HDT, LLC**

AS OF: 3/31/2011

| | | | |
|---|---:|---:|---:|
| **ASSETS** | | | |
| **Current Assets** | | | |
| Cash in Banks | 4,062.96 | | |
| Accounts Receivable | - | | |
| Inventory | - | | |
| Total Current Assets | | 4,062.96 | |
| **Fixed Assets** | | | |
| Equipment & Lease Imprvmnts | 15,310,542.49 | | |
| less: Depreciation | 3,918,185.10 | | |
| Total Fixed Assets | | 11,392,357.39 | |
| **Other Assets** | | | |
| Deposits | 10,950.00 | | |
| Fees & Costs | 480,419.75 | | |
| less: Amortization | (338,086.75) | | |
| N/R Others | - | | |
| N/R Shareholder | 1,733,500.00 | | |
| N/R Western | - | | |
| Total Other Assets | | 1,886,783.00 | |
| **TOTAL ASSETS** | | | **13,383,203.35** |

| | | | |
|---|---:|---:|---:|
| **LIABILITIES** | | | |
| **Current Liabilities** | | | |
| A/P-Western Rent & Misc. | 1,946,664.87 | | |
| A/P-Western-Sale of Property | - | | |
| Payroll & Taxes | - | | |
| Sales Taxes | - | | |
| Income Taxes | - | | |
| Fuel Taxes | - | | |
| Property Taxes | 282,644.55 | | |
| Line of Credit-CRB | - | | |
| Interest | - | | |
| Due to Related Parties | - | | |
| N/P-Shareholder | - | | |
| Total Current Liabilities | | 2,229,309.42 | |
| **Long Term Liabilities** | | | |
| N/P CitiCorp | 7,786,568.63 | | |
| N/P CitiCorp LOC | 5,278,341.75 | | |
| N/P Wells Fargo LOC | (20.00) | | |
| N/P High Plains Bank | 1,038,242.30 | | |
| N/P D.Dauphin | 144,120.28 | | |
| N/P Vectra (office bldg) | 754,638.78 | | |
| N/P B.Hadfield | 235,992.59 | | |
| N/P Western | - | | |
| Total Long Term Liabilities | | 15,235,884.33 | |
| **TOTAL LIABILITIES** | | | 17,465,193.75 |
| **STOCKHOLDERS EQUITY** | | | |
| Capital | (5,103,228.52) | | |
| Retained Earnings | 276,399.12 | | |
| Current Earnings | 744,839.00 | | |
| TOTAL STOCKHOLDERS EQUITY | | | (4,081,990.40) |
| **TOTAL LIAB. & ST.EQU.** | | | **13,383,203.35** |

---

**CONDENSED FINANCIAL STATEMENTS**
**COMBINED WESTERN CONVENIENCE-HDT**

AS OF: 3/31/2011

| | | | |
|---|---:|---:|---:|
| **ASSETS** | | | |
| **Current Assets** | | | |
| Cash in Banks | (392,847.42) | | |
| Accounts Receivable | 5,804,403.82 | | |
| Inventory | 5,838,953.41 | | |
| Total Current Assets | | 11,250,509.81 | |
| **Fixed Assets** | | | |
| Equipment & Lease Imprvmnts | 33,541,931.31 | | |
| less: Depreciation | 14,045,121.50 | | |
| Total Fixed Assets | | 19,496,809.81 | |
| **Other Assets** | | | |
| Deposits | 62,250.06 | | |
| Fees & Costs | 671,402.74 | | |
| less: Amortization | (305,353.99) | | |
| N/R Others | 54,347.14 | | |
| N/R Shareholder | 1,833,758.18 | | |
| Deferred Tax Asset | 255,804.76 | | |
| N/R Western | - | | |
| Total Other Assets | | 2,572,208.89 | |
| **TOTAL ASSETS** | | | **33,319,528.51** |

| | | | |
|---|---:|---:|---:|
| **LIABILITIES** | | | |
| **Current Liabilities** | | | |
| Accounts Payable | 10,856,325.54 | | |
| Accounts Payable | - | | |
| Payroll & Taxes | 240,515.52 | | |
| Sales Taxes | 90,789.39 | | |
| Income Taxes | - | | |
| Fuel Taxes | 1,609,657.40 | | |
| Property Taxes | 395,301.97 | | |
| Line of Credit-Vectra | 7,463,419.64 | | |
| Interest | 30,062.77 | | |
| Due to Related Parties | - | | |
| N/P-Shareholder | - | | |
| Total Current Liabilities | | 20,686,072.23 | |
| **Long Term Liabilities** | | | |
| Notes Payable | 16,703,926.80 | | |
| N/P Western/HDT | - | | |
| Total Long Term Liabilities | | 16,703,926.80 | |
| **TOTAL LIABILITIES** | | | 37,389,999.03 |
| **STOCKHOLDERS EQUITY** | | | |
| Capital | (5,091,228.52) | | |
| Retained Earnings | 3,471,023.33 | | |
| Current Earnings | (2,450,265.31) | | |
| TOTAL STOCKHOLDERS EQUITY | | | (4,070,470.50) |
| **TOTAL LIAB. & ST.EQU.** | | | **33,319,528.53** |

*G E Banke* (signature)

These statements were prepared by me, and are true and correct to the best of my knowledge.
Charles Dowden, CPA, Controller of Western Convenience Stores, Inc. and HDT, LLC
Please see the Audit of Western Convenience and HDT by our Independent CPA firm, Soukup, Bush & Associates

**CONDENSED FINANCIAL STATEMENTS**
**WESTERN CONVENIENCE STORES**

for 12 months ended:  3/31/2011

| | | |
|---|---:|---:|
| INCOME | | |
| Car Wash Sales | 584,343.82 | |
| Merchandise Sales | 25,425,986.99 | |
| Liquor Sales | 323,098.09 | |
| Fuel Sales | 274,310,107.01 | |
| Restaurant Sales | 484,196.39 | |
| Repair Shop Sales | 227,946.17 | |
| GROSS SALES | | 301,355,678.47 |
| COS Car Wash | 109,743.23 | |
| COS Merchandise | 18,447,756.58 | |
| COS Liquor | 246,693.52 | |
| COS Fuel | 264,648,709.43 | |
| COS Restaurant | 218,225.07 | |
| COS Repair Shop | (1,419.18) | |
| COST OF SALES | | 283,669,708.65 |
| GROSS PROFIT | | 17,685,969.82 |
| Rental Income | | - |
| Interest Income | | - |
| Other Income | | 5.00 |
| EXPENSES | | |
| Operating Expenses | | 18,930,947.08 |
| Depreciation | | 2,134,722.36 |
| TOTAL OPERATING EXPENSES | | 21,065,669.44 |
| OPERATING PROFIT | | (3,379,699.62) |
| G & A Expenses | | 1,238,316.31 |
| Income Tax Expense | | - |
| Interest Expense | | 389,506.07 |
| Misc. Income | | 1,812,417.69 |
| NET PROFIT BEFORE TAXES | | (3,195,104.31) |

These statements were prepared by me, and are true and correct to the best of my knowledge.
Charles Dowden, CPA Controller of Western Convenience Stores, Inc. and HDT, LLC
Please see the Audit of Western Convenience and HDT by our independent CPA firm, Soukup, Bush & Associates

---

**CONDENSED FINANCIAL STATEMENTS**
**HDT, LLC**

for 12 months ended:  3/31/2011

| | | |
|---|---:|---:|
| INCOME | | |
| Car Wash Sales | | |
| Merchandise Sales | | |
| Liquor Sales | | |
| Fuel Sales | | |
| Restaurant Sales | | |
| Repair Shop Sales | | |
| GROSS SALES | | - |
| COS Car Wash | | |
| COS Merchandise | | |
| COS Liquor | | |
| COS Fuel | | |
| COS Restaurant | | |
| COS Repair Shop | | |
| COST OF SALES | | - |
| GROSS PROFIT | | - |
| Rental Income | | 2,190,000.00 |
| Interest Income | | - |
| Other Income | | 5.00 |
| EXPENSES | | |
| Operating Expenses | | 353,657.00 |
| Depreciation | | 510,931.00 |
| TOTAL OPERATING EXPENSES | | 864,588.00 |
| OPERATING PROFIT | | 1,325,417.00 |
| G & A Expenses | | 25,185.00 |
| Income Tax Expense | | - |
| Interest Expense | | 555,393.00 |
| Misc. Income | | - |
| NET PROFIT BEFORE TAXES | | 744,839.00 |

---

**CONDENSED FINANCIAL STATEMENTS**
**COMBINED WESTERN CONVENIENCE-HDT**

for 12 months ended:  3/31/2011

| | | |
|---|---:|---:|
| INCOME | | |
| Car Wash Sales | 584,343.82 | |
| Merchandise Sales | 25,425,986.99 | |
| Liquor Sales | 323,098.09 | |
| Fuel Sales | 274,310,107.01 | |
| Restaurant Sales | 484,196.39 | |
| Repair Shop Sales | 227,946.17 | |
| GROSS SALES | | 301,355,678.47 |
| COS Car Wash | 109,743.23 | |
| COS Merchandise | 18,447,756.58 | |
| COS Liquor | 246,693.52 | |
| COS Fuel | 264,648,709.43 | |
| COS Restaurant | 218,225.07 | |
| COS Repair Shop | (1,419.18) | |
| COST OF SALES | | 283,669,708.65 |
| GROSS PROFIT | | 17,685,969.82 |
| Rental Income | | - |
| Interest Income | | - |
| Other Income | | 5.00 |
| EXPENSES | | |
| Operating Expenses | | 17,094,604.08 |
| Depreciation | | 2,645,653.36 |
| TOTAL OPERATING EXPENSES | | 19,740,257.44 |
| OPERATING PROFIT | | (2,054,282.62) |
| G & A Expenses | | 1,263,501.31 |
| Income Tax Expense | | - |
| Interest Expense | | 944,899.07 |
| Misc. Income | | 1,812,417.69 |
| NET PROFIT BEFORE TAXES | | (2,450,265.31) |