IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation; WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiff,

vs.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Defendant.

## AFFIDAVIT OF DIANE R. KRISKOVICH

I, Diane R. Kriskovich, being first duly sworn, state as follows:

1. I am the Manager of Rackforward Sales Service at Suncor Energy (U.S.A.) Inc. ("Suncor"). My job duties include, among other things, verifying the financial records and analyzing the creditworthiness of Suncor's current and potential customers.

2. On May 8, 2011, as a result of the $2.5 million EPA consent decree for which Western Convenience Stores, Inc. ("WCS") was jointly and severally liable, Steve Ewing, the Director of Rackforward Sales at Suncor, asked me to conduct a credit review of WCS and to determine its current assets.

3. To accomplish my review, I requested financial statements from Charlie Dowden at WCS. On May 9th and May 10, 2011, I received separate and combined unaudited financial statements of WCS and its affiliate, HDT, LLC ("HDT") that were current as of March 31, 2011. WCS leases all of the retail gasoline stations that it operates from HDT. HDT owns the stations.

**EXHIBIT 6**

4. I placed the combined financials into Suncor's objective model that I use to analyze the credit ratings of Suncor's customers.

5. After completing my analysis on May 20, 2011, I found:

    a. A combined net loss of $2.5 million in 2010.

    b. A combined equity position that was negative $4 million.

    c. A combined long term debt in the amount of $16.7 million.

    d. That WCS had a negative cash balance of $396,910.38.

6. Based on my experience with using the model and analyzing credit ratings, I determined that WCS was no longer creditworthy.

7. In addition to analyzing the creditworthiness of Suncor's customers, I also monitor the customers' timely payment of invoices and keep records of money due.

8. Suncor regularly sent WCS invoices indicating the amount owed for petroleum products it purchased.

9. On May 18, 2011 Suncor initiated a draw request pursuant to an Electronic Funds Transfer Agreement between Suncor and WCS. The draw request for $436,710.80 worth of petroleum products was returned for insufficient funds.

10. Thereafter, WCS instructed its bank to withhold funds for ten additional draw requests initiated by Suncor between May 20th and June 3rd.

11. In total, WCS has failed to pay for petroleum products it received in the amount of $3,755,141.95, plus interest, fees and costs.

*[signature]*

**Diane R. Kriskovich**
**Manager, Rackforward Sales Service**
Suncor Energy (U.S.A.) Inc.

STATE OF COLORADO )
                             ) ss.
COUNTY OF DENVER )

The foregoing instrument was subscribed and sworn to before me this 2nd day of September, 2011, by Diane R. Kriskovich.

Witness my hand and official seal.

*[signature]*

My commission expires: 4/25/2012

5224291_1.DOCX

3