Treasury Information Report

Page 1 of 2

 05/23/2011 10:07 AM ET
**CUSTOMER ID:** SUNCOR03
**OPERATOR ID:** AUDREYSA

**SUNCOR ENERGY**
**ACH Return/NOC Report**
As of 05/23/2011

Commercial Electronic Office®

Treasury Information Reporting

**File ID:** 1510403125
**Company ID:** 2510403125

Name: SUNCOR ENERGY USA INC

**Settlement Summary**

**Settlement Bank:** 121000248
**Settlement Account:** 4945069219

Company: SUNCOR ENERGY USA INC

Returned Items:
(Includes Redeposited and Dishonored Totals below.)

Account 4945069219 will be debited     436,710.80 on 05/23/2011

**Transaction Detail**

| Returns Individual ID Name | Eff Date Desc Date | Acct Type Tran Type | Amount | Reason Cd / Desc Original Trace No |
|---|---|---|---|---|
| WESTERN CONVENIENCE Receiving RDFI: 102003154 Co Entry Desc: SUNCOR Comments: | 05/19/2011 | DDA DB Account No: 5110011870 Return Trace No: 102003152631834 | 436,710.80 | R01/INSUF FUND 091000013168007 |

*Vectra Bank*

**Transaction Recap**

| | Debit Items | Debit Amount | Credit Items | Credit Amount |
|---|---|---|---|---|
| **Returns** | 1 | 436,710.80 | | .00 |

**File ID:** EDIMN00004
**Company ID:** 4510403125

Name: SUNCOR ENERGY

**Settlement Summary**

**Settlement Bank:** 121000248
**Settlement Account:** 4945069219

Company: SUNCOR ENERGY

Returned Items:
(Includes Redeposited and Dishonored Totals below.)

Account 4945069219 will be credited     140.12 on 05/23/2011

**Transaction Detail**

Returns

# EXHIBIT 7