

(17)

**Treasury Information Report**                                    Page 1 of 2

**WELLS FARGO**
05/24/2011 08:57 AM ET
CUSTOMER ID:
OPERATOR ID:

Commercial Electronic Office®

**SUNCOR ENERGY**
ACH Return/NOC Report
As of 05/24/2011

Treasury Information Reporting

File ID: 1510403125
Company ID:

Name: SUNCOR ENERGY USA INC

### Settlement Summary

Settlement Bank: 121000248
Settlement Account:

Company: SUNCOR ENERGY USA INC

Returned Items:
(Includes Redeposited and Dishonored Totals below.)
Account    will be debited    785,694.85 on 05/24/2011

### Transaction Detail

| Returns Individual ID Name | Eff Date Desc Date | Acct Type Tran Type | Amount | Reason Cd / Desc Original Trace No |
|---|---|---|---|---|
| WESTERN CONVENIENCE Receiving RDFI: 102003154 Co Entry Desc: SUNCOR Comments: | 05/23/2011 | DDA DB Account No: 5110011870 Return Trace No: 102003153359372 | 785,694.85 | R29/NO CO AUTH 091000012970192 |

*180000 6/55*

### Transaction Recap

| | Debit Items | Debit Amount | Credit Items | Credit Amount |
|---|---|---|---|---|
| Returns | 1 | 785,694.85 | | .00 |

File ID: 7777788888
Company ID: 1383682096

Name: SUNCOR ENERGY SALES INC

### Transaction Detail

| Eff Date Desc Date | Acct Type Tran Type | Amount | Reason Cd / Desc Original Trace No |
|---|---|---|---|

**EXHIBIT 8**

https://wellssuite.wellsfargo.com/tir/tirservice?KEY=53436&actionType=PleaseWait&cha...   5/24/2011

18

# Treasury Information Report

Page 1 of 1


**WELLS FARGO**

05/25/2011 09:15 AM ET
CUSTOMER ID:
OPERATOR ID:

**SUNCOR ENERGY**
ACH Return/NOC Report
As of 05/25/2011

Commercial Electronic Office®

Treasury Information Reporting

File ID: 1510403125
Company ID:

Name: SUNCOR ENERGY USA INC

## Settlement Summary

Settlement Bank: 121000248
Settlement Account:

Company: SUNCOR ENERGY USA INC

Returned Items:
(Includes Redeposited and Dishonored Totals below.)
Account    will be debited   268,625.86 on 05/25/2011

## Transaction Detail

| Returns Individual ID Name | Eff Date Desc Date | Acct Type Tran Type | Amount | Reason Cd / Desc Original Trace No |
|---|---|---|---|---|
| WESTERN CONVENIENCE | 05/24/2011 | DDA DB | 268,625.86 | R29/NO CO AUTH 091000011925086 |
| Receiving RDFI: 102003154 | | Account No: 5110011870 | | |
| Co Entry Desc: SUNCOR | | Return Trace No: 102003153834388 | | |
| Comments: | | | | |

## Transaction Recap

| | Debit Items | Debit Amount | Credit Items | Credit Amount |
|---|---|---|---|---|
| Returns | 1 | 268,625.86 | | .00 |

--- END OF REPORT ---