IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation; WESTERN TRUCK
ONE, LLC, a Colorado limited liability company,

       Plaintiff,

vs.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

       Defendant.

## AFFIDAVIT OF STEVEN J. EWING

I, Steven J. Ewing, being first duly sworn, state as follows:

1.     I am the Director of Rackforward Sales at Suncor Energy (U.S.A.) Inc.

("Suncor"). As part of my duties at Suncor, I work with documents and information that Suncor

prepares and maintains in the ordinary course of its business. Because I work with such

documents and information, I have personal knowledge of Suncor's record-keeping and filing

system.

2.     I understand that this Affidavit will be attached to a court filing in the above-

captioned case as Exhibit 11. I also understand that the court filing will have other exhibits,

namely:

- Exhibit 1, a "Terminal Access Agreement" or "TAA";

- Exhibit 2, a "Master Product Purchase and Sale Agreement" or "MPPSA";

**EXHIBIT 11**

- Exhibit 3, an internal e-mail between Suncor employees discussing the credit status of Western Convenience Stores, Inc. ("WCS") and the Department of Justice's announcement of a Consent Decree entered into between WCS and the United States Government in 2011;

- Exhibit 4, internal e-mails between Suncor employees discussing the review of WCS's credit status;

- Exhibit 5, e-mail correspondence between Suncor and WCS requesting and receiving WCS' financial statements;

- Exhibit 7, a notice from Wells Fargo Bank to Suncor dated May 23, 2011;

- Exhibit 8, notices from Wells Fargo Bank to Suncor dated May 24, 2011 and May 25, 2011;

- Exhibit 9, a letter from Suncor to WCS and Western Truck One, LLC dated May 25, 2011; and

- Exhibit 10, a letter from Suncor to counsel for WCS dated June 9, 2011.

3.     I have reviewed Exhibits 1-5 and 7-10 to the court filing and, based on my personal knowledge of these documents and Suncor's record-keeping, I can confirm that these documents have been produced from Suncor's files and/or electronic e-mail system. I also can confirm the following:

a.     all of the documents attached as Exhibits 1-5 and 7-10 are kept and maintained in the course of Suncor's regularly conducted business activity, which includes the production and sale of energy products such as gasoline and diesel fuel; and

b.      the documents attached as Exhibits 1-2, 4-5 and 7-10, as well as the e-mail

attached as Exhibit 3, were made as part of Suncor's regularly conducted business activity,

which includes the production and sale of energy products such as gasoline and diesel fuel.


Steven J. Ewing
Director, Rackforward Sales
Suncor Energy (U.S.A.) Inc.


STATE OF COLORADO     )
                      ) ss.
COUNTY OF DENVER      )

The foregoing instrument was subscribed and sworn to before me this 2ⁿᵈ day of
September, 2011, by Steven J. Ewing.

Witness my hand and official seal.

My commission expires: 4/25/2012


5223845_1.DOCX

3