IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation;
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

       Plaintiffs,

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

       Defendant.

## DEFENDANT SUNCOR ENERGY (U.S.A.) INC.'S
## CORPORATE DISCLOSURE STATEMENT

       Defendant Suncor Energy (U.S.A.) Inc. files this statement pursuant to Fed. R. Civ. P. 7.1 and D.C.COLO.LCivR 7.4.

       Defendant Suncor Energy (U.S.A.) Inc., a Delaware corporation, is wholly owned by Petro-Canada (US) Holdings Ltd., a Delaware Corporation.  Petro-Canada (US) Holdings Ltd. is wholly owned by Suncor Energy Inc., a federally incorporated Canadian corporation that is publicly traded.  Thus, Suncor Energy (U.S.A.) Inc. is an indirect, wholly owned subsidiary of Suncor Energy Inc.  Suncor Energy Inc. does not directly own ten percent or more of the stock of Defendant Suncor Energy (U.S.A.) Inc.  No publicly held corporation owns ten percent or more of Suncor's stock.

Respectfully submitted this 2nd day of September, 2011.

        HOLLAND & HART LLP


        s/ Anthony J. Shaheen
        Anthony J. Shaheen
        555 Seventeenth Street, Suite 3200
        Denver, Colorado  80202-3979
        Tel.:  (303) 295-8000
        Fax:  (303) 295-9126
        E-Mail:  ajshaheen@hollandhart.com

        J. Robert Robertson
        William L. Monts III
        HOGAN LOVELLS US LLP
        555 Thirteenth Street, NW
        Washington, DC 20004
        Tel:  (202) 637-5600
        Fax:  (202 637-5910
        E-mail:   robby.robertson@hoganlovells.com
                  william.monts@hoganlovells.com

        *Attorneys for Defendant*
        *Suncor Energy (U.S.A.) Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2011, I electronically filed the foregoing using the Court's ECF system, which will electronically serve the same upon the following:

Kathleen E. Craigmile
Kenneth Ronald Bennington
Bennington, Johnson, Biermann &
    Craigmile, LLC
370 17th Street , #3500
Denver, CO 80202
kec@benningtonjohnson.com
krb@benningtonjohnson.com

*Attorneys for Plaintiffs Western Convenience Stores, Inc. and Western Truck One, LLC*

Michael E. Korenblat
Director, Legal Affairs – R&M U.S.A.
Suncor Energy Services Inc.
717 17th Street, 29th Floor
Denver, CO  80202
mkorenblat@suncor.com

    s/ Anna K. Edgar
William L. Monts, III
*Attorney for Defendant*
One Tabor Center, Suite 1500
1200 Seventeenth Street
Denver, CO 80202
Telephone:  (303) 899-7300
Facsimile:  (303) 899-7333
E-mail:  anna.edgar@hoganlovells.com

5224525_1.DOCX