

**Anthony J. Shaheen**
**Phone** 303-295-8054
**Fax** 303-291-9126
ajshaheen@hollandhart.com
49776.0343

September 2, 2011

**VIA E-MAIL**

United States District Court
Civil Division Clerk

Re:   Western Convenience Stores, Inc. et al. v. Suncor Energy (U.S.A.) Inc.
      Case No.:  1:11-cv-01611-MSK-CBS

Dear Clerk:

Earlier this afternoon I e-filed Defendant Suncor Energy (U.S.A.) Inc.'s Memorandum in Support of Motion to Dismiss or Stay the Second Through Fifth Claims for Relief of Plaintiffs' Complaint (Document No. 12) and inadvertently left out Exhibits 2 and 3.  Pursuant to my telephone conference with the help desk, they informed me I could e-file this letter and omitted exhibits.  Thank you for your courtesies.

Sincerely,

s/ Anthony J. Shaheen
Anthony J. Shaheen
of Holland & Hart LLP

AJS:sj
Enclosures

5224984_1.DOCX

**Holland & Hart** LLP  **Attorneys at Law**

**Phone** (303) 295-8000  **Fax** (303) 295-8261  **www.hollandhart.com**

555 17th Street  Suite 3200  Denver, CO  80202-3979  **Mailing Address** Post Office Box 8749  Denver, CO  80201-8749

Aspen Billings Boise Boulder Carson City Cheyenne Colorado Springs Denver Denver Tech Center Jackson Hole Las Vegas Reno Salt Lake City Santa Fe Washington, D.C.