**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation;
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

      Plaintiffs,

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

      Defendant.

## NOTICE OF ENTRY OF APPEARANCE

      J. Robert Robertson of Hogan Lovells US LLP enters his appearance as counsel for Suncor Energy (U.S.A.), Inc.

      Respectfully submitted this 23rd day of September, 2011.

      HOGAN LOVELLS US LLP

      s/ J. Robert Robertson
      J. Robert Robertson
      555 Thirteenth Street, NW
      Washington, DC 20004
      Tel:  (202) 637-5600
      Fax:  (202 637-5910
      Email: robby.robertson@hoganlovells.com

      ATTORNEY FOR DEFENDANT
      SUNCOR ENERGY (U.S.A.), INC.

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2011, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** using the Court's ECF system, which will electronically serve the same upon the following:

| | |
|---|---|
| Kathleen E. Craigmile<br>Kenneth Ronald Bennington<br>Bennington, Johnson, Biermann &<br>    Craigmile, LLC<br>370 17th Street<br>#3500<br>Denver, CO 80202<br>kec@benningtonjohnson.com<br>krb@benningtonjohnson.com<br><br>*Attorneys for Plaintiffs Western Convenience Stores, Inc. and Western Truck One, LLC* | Michael E. Korenblat<br>Director, Legal Affairs – R&M U.S.A.<br>Suncor Energy Services Inc.<br>717 17th Street, 29th Floor<br>Denver, CO  80202<br>mkorenblat@suncor.com<br><br>Anthony J. Shaheen<br>Holland & Hart, LLP<br>555 17th Street, #3200<br>Denver, CO 80202<br>AJShaheen@hollandhart.com |

                                            s/ J. Robert Robertson
                                            J. Robert Robertson
                                            *Attorney for Defendant*
                                            Hogan Lovells US LLP
                                            555 Thirteenth Street, NW
                                            Washington, DC 20004
                                            Tel:  (202) 637-5600
                                            Fax:  (202 637-5910
                                            E-mail: robby.robertson@hoganlovells.com