Click to Print

**Case History Search**
Search Created:
Friday, September 23, 2011
14:37:18 GMT-0600 (Mountain Daylight Time)

Printed on: Friday, September 23, 2011 14:37:18 GMT-0600 (Mountain Daylight Time)

Submitted By: Court | Plaintiff | Defendant

| | | | | | |
|---|---|---|---|---|---|
| **Court:** | CO Denver County District Court 2nd JD | **Judge:** | Martinez, Michael Anthony | **File & Serve Live Date:** | 5/27/2011 |
| **Division:** | 259 - Division 259 | **Case Number:** | 2011CV3860 | **Document(s) Filed:** | 61 |
| **Case Type:** | Injunctive Relief | **Case Name:** | WESTERN CONVENIENCE STORES INC et al vs. SUNCOR ENERGY USA INC | **Date Range:** | All |

1-18 of 18 transactions   <<Prev Page 1 of 1 Next>>

| Transaction ▼ | Date/Time | Option | Case Number Case Name | Authorizer Organization | Document Type | Document Title | Size |
|---|---|---|---|---|---|---|---|
| 39966076 | 9/22/2011 10:23 AM MDT | File And Serve | 2011CV3860 WESTERN CONVENIENCE STORES INC et al vs. SUNCOR ENERGY USA INC | Robert Scott Hyatt, CO Denver County District Court 2nd JD | Order | JUDGE HYATT: THIS MATTER IS REASSIGNED TO CTRM 259 FROM CTRM 280 DUE TO THE RECUSAL OF JUDGE MORRIS B. HOFFMAN. *SORD | 0.1MB |
| 39864685 | 9/16/2011 2:16 PM MDT | File And Serve | 2011CV3860 WESTERN CONVENIENCE STORES INC et al vs. SUNCOR ENERGY USA INC | Kenneth R Bennington, Bennington Johnson Biermann & Craigmile LLC | Motion | Motion to Suspend Summary Judgment Proceedings Pending Determination of Motion to Dismiss or Stay Action | 0.1MB |
| | | | | | Filing Other | Exhibit 1 | 0.7MB |
| | | | | | Proposed Order | (Proposed) Order Granting Motion to Suspend Summary Judgment Proceedings Pending Determination of Motion to Dismiss or Stay Action | 0.1MB |
| 39805734 | 9/14/2011 11:14 AM MDT | File And Serve | 2011CV3860 WESTERN CONVENIENCE STORES INC et al vs. SUNCOR ENERGY USA INC | Morris B Hoffman, CO Denver County District Court 2nd JD | Order | Judge Morris Hoffman's Order enters Granting Plaintiff's motion for recusal. *ORD cc via e-file Plaintiff/Deft | 0.1MB |
| 39672469 | 9/6/2011 4:50 PM MDT | File And Serve | 2011CV3860 WESTERN CONVENIENCE STORES INC et al vs. SUNCOR ENERGY USA INC | Anthony J Shaheen, Holland & Hart LLP- Denver | Brief Filed | Suncor's Brief in Support of Motion for Summary Juddgment | 0.1MB |
| | | | | | Filing Other | Exhibit 4 to Suncor's Brief in Support of Motion for Summary Judgment | 0.5MB |
| | | | | | Filing Other | Exhibit 5 to Suncor's Brief in Support of Motion for Summary Judgment | 0.1MB |
| | | | | | Filing Other | Exhibit 6 to Suncor's Brief in Support of Motion for Summary Judgment | 0.1MB |
| | | | | | Filing Other | Exhibit 7 to Suncor's Brief in Support of Motion for Summary Judgment | 0.1MB |
| | | | | | Filing Other | Exhibit 8 to Suncor's Brief in Support of Motion for Summary Judgment | 0.1MB |
| | | | | | Filing Other | Exhibit 9 to Suncor's Brief in Support of Motion for Summary Judgment | 0.4MB |

Exhibit B

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Filing Other | Exhibit 10 to Suncor's Brief in Support of Motion for Summary Judgment | 0.1MB |
| | | | | | Filing Other | Exhibit 11 to Suncor's Brief in Support of Motion for Summary Judgment | 1.1MB |
| | | | | | Filing Other | Exhibit 12 to Suncor's Brief in Support of Motion for Summary Judgment | 0.8MB |
| | | | | | Filing Other | Exhibit 13 to Suncor's Brief in Support of Motion for Summary Judgment | 1.1MB |
| | | | | | Filing Other | Exhibit 14 to Suncor's Brief in Support of Motion for Summary Judgment | 0.1MB |
| | | | | | Exhibit List | Index List to Suncor's Brief in Support of Motion for Summary Judgment | 0.5MB |
| | | | | | Motion for Summary Judgment | Suncor's Motion for Summary Judgment | 0.1MB |
| 39671985 | 9/6/2011 4:38 PM MDT | File And Serve | 2011CV3860 WESTERN CONVENIENCE STORES INC et al vs. SUNCOR ENERGY USA INC | Anthony J Shaheen, Holland & Hart LLP- Denver | Brief Filed | Suncor's Brief in Support of Motion for Summary Judgment w/ attach | 0.1MB |
| | | | | | Filing Other | Exhibit 1 to Suncor's Brief in Support of Motion for Summary Judgment | 0.1MB |
| | | | | | Filing Other | Exhibit 2 to Suncor's Brief in Support of Motion for Summary Judgment | 0.4MB |
| | | | | | Filing Other | Exhibit 3, Part 1 to Suncor's Brief in Support of Motion for Summary Judgment | 0.5MB |
| | | | | | Filing Other | Exhibit 3, Part 2 to Suncor's Brief in Support of Motion for Summary Judgment | 0.5MB |
| | | | | | Filing Other | Exhibit 3, Part 3 to Suncor's Brief in Support of Motion for Summary Judgment | 0.5MB |
| | | | | | Filing Other | Exhibit 3, Part 4 to Suncor's Brief in Support of Motion for Summary Judgment | 0.5MB |
| | | | | | Filing Other | Exhibit 3, Part 5 to Suncor's Brief in Support of Motion for Summary Judgment | 0.5MB |
| | | | | | Filing Other | Exhibit 3, Part 6 to Suncor's Brief in Support of Motion for Summary Judgment | 0.5MB |
| | | | | | Filing Other | Exhibit 3, Part 7 to Suncor's Brief in Support of Motion for Summary Judgment | 0.5MB |
| | | | | | Filing Other | Exhibit 3, Part 8 to Suncor's Brief in Support of Motion for Summary Judgment | 0.5MB |
| | | | | | Filing Other | Exhibit 3, Part 9 to Suncor's Brief in Support of Motion for Summary Judgment | 0.5MB |
| | | | | | Filing Other | Exhibit 3, Part 10 to Suncor's Brief in Support of Motion for Summary Judgment | 0.5MB |
| | | | | | Filing Other | Exhibit 3, Part 11 to Suncor's Brief in Support of Motion for Summary Judgment | 0.2MB |
| 39638624 | 9/2/2011 2:14 PM MDT | File And Serve | 2011CV3860 WESTERN CONVENIENCE | Anthony J Shaheen, Holland & | Motion for Summary Judgment | Suncor's Motion for Summary Judgment | 0.1MB |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | STORES INC et al vs. SUNCOR ENERGY USA INC | Hart LLP-Denver | Brief Filed | Suncor's Brief in Support of Motion for Summary Judgment w/attach | 0.1MB |
| | | | | | Exhibit List | Index to Exhibits to Suncor's Brief in Support of Motion for Summary Judgment | 0.5MB |
| | | | | | Filing Other | Exhibit 1 | 0.1MB |
| 39520222 | 8/26/2011 4:24 PM MDT | File And Serve | 2011CV3860 WESTERN CONVENIENCE STORES INC et al vs. SUNCOR ENERGY USA INC | Kenneth R Bennington, Bennington Johnson Biermann & Craigmile LLC | Reply | Plaintiffs' Reply in Support of Motion to Dismiss or Stay | 0.1MB |
| 39484207 | 8/25/2011 11:11 AM MDT | File And Serve | 2011CV3860 WESTERN CONVENIENCE STORES INC et al vs. SUNCOR ENERGY USA INC | Kathleen E Craigmile, Bennington Johnson Biermann & Craigmile LLC | Motion | Plaintiffs' and Third-Party Defendants' Motion for Recusal w/attach | 0.1MB |
| | | | | | Filing Other | Exhibit A | 0.1MB |
| 39424882 | 8/23/2011 9:26 AM MDT | File And Serve | 2011CV3860 WESTERN CONVENIENCE STORES INC et al vs. SUNCOR ENERGY USA INC | Kenneth R Bennington, Bennington Johnson Biermann & Craigmile LLC | Reply | Plaintiffs' Reply to Defendant's Amended Counterclaims and Third Party Defendants' Answer to Third Party Complaint<br>• Linked to (1) | 0.1MB |
| 39303553 | 8/16/2011 10:47 AM MDT | File And Serve | 2011CV3860 WESTERN CONVENIENCE STORES INC et al vs. SUNCOR ENERGY USA INC | Anthony J Shaheen, Holland & Hart LLP-Denver | Response to Motion to Dismiss | Suncor's Response in Opposition to Motion to Dismiss or Stay | 0.1MB |
| 39264688 | 8/12/2011 3:09 PM MDT | File And Serve | 2011CV3860 WESTERN CONVENIENCE STORES INC et al vs. SUNCOR ENERGY USA INC | Morris B Hoffman, CO Denver County District Court 2nd JD | Order | Judge Morris Hoffman's Order enters Granting in Part Plaintiffs' and Third-Party Defendants' Motion for Enlargement of Time to File a Reply to Defendant's Counterclaims and a Responsive Pleading to the Third-Party Complaint. *ORD cc via e-file Plaintiff/Deft<br>• Linked to (1)<br>• Linked from (1) | 0.1MB |
| 39225730 | 8/11/2011 9:59 AM MDT | File And Serve | 2011CV3860 WESTERN CONVENIENCE STORES INC et al vs. SUNCOR ENERGY USA INC | Adam Aldrich, Bennington Johnson Biermann & Craigmile LLC | Motion | Plaintiffs' and Third-Party Defendants' Motion for Enlargement of Time to File a Reply to Defendant's Counterclaims and a Responsive Pleading to the Third-Party Complaint<br>• Linked to (2) | 0.1MB |
| | | | | | Proposed Order | (Proposed) Order Granting Plaintiffs' and Third-Party Defendants' Motion for Enlargement of Time to File a Reply to Defendant's Counterclaims and a Responsive Pleading to the Third-Party Complaint<br>• Linked from (1) | 0.1MB |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 39096165 | 8/4/2011 1:21 PM MDT | File And Serve | 2011CV3860 WESTERN CONVENIENCE STORES INC et al vs. SUNCOR ENERGY USA INC | Kenneth R Bennington, Bennington Johnson Biermann & Craigmile LLC | Motion to Dismiss | Plaintiffs' Motion to Dismiss or Stay w/attach ● Linked from (2) | 0.1MB |
| | | | | | Filing Other | Exhibit 1 - Plaintiffs' Motion to Dismiss or Stay | 0.6MB |
| 38881207 | 7/25/2011 3:57 PM MDT | File And Serve | 2011CV3860 WESTERN CONVENIENCE STORES INC et al vs. SUNCOR ENERGY USA INC | Anthony J Shaheen, Holland & Hart LLP-Denver | Summons Issued | Summons to Debra Lynn Taraghi | 0.1MB |
| | | | | | Summons Issued | Summons to Hossein Taraghi | 0.1MB |
| | | | | | Return of Service | Affidavit of Service by Disinterested Person - summ & suncor's amended answer, counter claim and 3rd ptu cmpl left w/ Debra Lynn Taraghi Owner accepting for Ptf Western Convenience Stores inc on 07 25 11 | 0.1MB |
| | | | | | Return of Service | Affidavit of Service by Disinterested Person - summ & suncor's amended answer, counter claim and 3rd ptu cmpl left w/ Hossein Lynn Taraghi Owner accepting for Ptf Western Convenience Stores inc on 07 25 11 | 0.1MB |
| 38790149 | 7/20/2011 11:54 AM MDT | File And Serve | 2011CV3860 WESTERN CONVENIENCE STORES INC et al vs. SUNCOR ENERGY USA INC | Anthony J Shaheen, Holland & Hart LLP-Denver | Answer - Amended | Suncor's Amended Answer, Counterclaims and Third Party Complaint W/ATTACH ● Linked from (4) | 0.1MB |
| | | | | | Filing Other | Exhibit 1 - EFT Authorization Agreement | 0.3MB |
| | | | | | Filing Other | Exhibit 2 - Personal Guaranty | 0.7MB |
| 38274783 | 6/21/2011 10:31 PM MDT | File Only | 2011CV3860 WESTERN CONVENIENCE STORES INC et al vs. SUNCOR ENERGY USA INC | Anthony J Shaheen, Holland & Hart LLP-Denver | Answer and Counterclaim | Answer and Counterclaims w/attach | 0.1MB |
| | | | | | Filing Other | Exhibit 1 to Answer and Counterclaims | 0.3MB |
| | | | | | Filing Other | Exhibit 2 to Answer and Counterclaims | 0.1MB |
| | | | | | Filing Other | Exhibit 3 to Answer and Counterclaims | 0.3MB |
| 37996195 | 6/7/2011 9:33 AM MDT | File And Serve | 2011CV3860 WESTERN CONVENIENCE STORES INC et al vs. SUNCOR ENERGY USA INC | Morris B Hoffman, CO Denver County District Court 2nd JD | Order | DELAY REDUCTION ORDER | 0.1MB |
| 🕐 37838038 | 5/27/2011 10:43 AM MDT | File Only | 2011CV3860 WESTERN CONVENIENCE STORES INC et al vs. SUNCOR ENERGY USA INC | Kenneth R Bennington, Bennington Johnson Biermann & Craigmile LLC | Complaint | Complaint | 0.1MB |
| | | | | | Civil Case Cover Sheet | Civil Case Cover Sheet | 0.1MB |

1-18 of 18 transactions   <<Prev Page 1 of 1 Next>>