## Marie A. Newberger

| | |
|---|---|
| **From:** | Marie A. Newberger |
| **Sent:** | Tuesday, June 21, 2011 3:56 PM |
| **To:** | 'MKorenblat@Suncor.com' |
| **Cc:** | Kenneth Bennington; Kate Craigmile; Adam Aldrich |
| **Subject:** | Western Convenience Stores, Inc. and Western Truck One, LLC v. Suncor Energy | U.S. District Court Case Number 11-cv-1611 |
| **Attachments:** | KRB cover ltr to WCS complaint.pdf; 01 Complaint Doc 1.pdf |

Mr. Korenblat:

Please see the attached correspondence from Ken Bennington as well as the Complaint mentioned in the letter.

Regards,

Marie Newberger, Paralegal

BENNINGTON JOHNSON BIERMANN & CRAIGMILE LLC
ATTORNEYS AT LAW

3500 Republic Plaza | 370 17th Street | Denver | Colorado | 80202 | 303.629.5200

CONFIDENTIALITY NOTICE: This e-mail message (including any attachment[s]) may contain information that is confidential and/or legally privileged and is intended solely for the use of the named recipient[s]. If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of the contents of this transmission is strictly prohibited. If you have received this message in error, please notify us by telephone at (303) 629-5200 and promptly destroy this transmission.

**Exhibit C**

9/23/2011