IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 11-cv-01611-MSK-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: September 28, 2011 | Courtroom Deputy: Emily Seamon |

*Parties:*                                          *Counsel:*

WESTERN CONVENIENCE STORES, INC., a Colorado corporation, and WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

     Plaintiffs,

Kathleen Craigmile
Kenneth Bennington

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

     Defendant.

Anthony Shaheen
John Robertson
William Monts, III

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in Session:     9:09 a.m.**
Court calls case. Appearances of counsel.

Discussion between the Court and counsel regarding Plaintiffs' Motion for Preliminary Injunction.

Plaintiffs' witness, Hossein Taraghi, sworn.

9:13 a.m.     Direct examination of Mr. Taraghi by Mr. Bennington.

**Exhibits 2 and 11 received.**

10:32 a.m.     Cross examination of Mr. Taraghi by Mr. Robertson.

**Exhibits 1 and 5 received.**

11:20 a.m.		Redirect examination of Mr. Taraghi by Mr. Bennington.

Plaintiffs' witness, Christopher Wehrle, sworn.

11:27 a.m.		Direct examination of Mr. Wehrle by Mr. Bennington.

11:53 a.m.		Cross examination of Mr. Wehrle by Mr. Robertson.

12:22 p.m.		Redirect examination of Mr. Wehrle by Mr. Bennington.

The Court inquires of Mr. Wehrle.

12:37 p.m.		Continued redirect examination of Mr. Wehrle by Mr. Bennington.

12:38 p.m.		Recross examination of Mr. Wehrle by Mr. Robertson.

**12:41 p.m.		Court in recess.**
**1:50 p.m.		Court in session.**

Discussion between the Court and counsel regarding purchasing fuel from Suncor through a middle-man.

Plaintiffs' witness, Hossein Taraghi, resumes.

1:53 p.m.		Direct examination of Mr. Taraghi by Mr. Bennington.

1:59 p.m.		Cross examination of Mr. Taraghi by Mr. Robertson.

**Exhibit 17 received.**

2:08 p.m.		Argument presented by Mr. Bennington.

2:37 p.m.		Argument presented by Mr. Robertson.

Discussion between the Court and counsel regarding the claims for relief in the Complaint and the bond question.

The Court will write a recommendation to Judge Krieger.

Discussion regarding setting a Scheduling Conference, time for discovery, and expert depositions.

**ORDERED:**	The parties shall have a face-to-face Rule 26(f) conference. To the extent that discovery in this case will substantially involve electronically stored information, the parties shall submit an e-discovery protocol. A Rule 16 Scheduling Conference is set for **November 10, 2011 at 1:30 p.m.** A proposed scheduling order and proposed e-discovery protocol are due no later than **November 1, 2011**. Initial disclosures

shall be served by **November 4, 2011**.  The parties shall submit a proposed protective order no later than **November 4, 2011**.

HEARING CONCLUDED.

**Court in recess:**     **3:14 p.m.**
Total time in court:     4:56

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.