IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 11-cv-1611-MSK-CBS

Date September 28, 2011

Case Title: Western Convenience Stores, Inc. and Western Truck One, LLC v. Suncor Energy (U.S.A.) Inc.

## JOINT EXHIBIT LIST

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 1 | | Terminal Access Agreement | | X | X | | |
| 2 | | Master Product Purchase and Sale Agreement | | X | X | | |
| 3 | | S. Ewing to S. Moss E-Mail, dated May 5, 2011 | | | | | |
| 4 | | S. Ewing to A. Saunders, et al. E-Mail, dated May 8, 2011 | | | | | |
| 5 | | E-Mails between D. Kriskovich & C. Dowden, dated May 9-10, 2011, and accompanying attached financial statements | | X | X | | |
| 6 | | Electronic Funds Transfer Authorization Agreement | | | | | |
| 7 | | Letter from M. Korenblat to WCS, dated May 27, 2011 | | | | | |
| 8 | | Letter from M. Korenblat to WCS, dated June 2, 2011 | | | | | |
| 9 | | Letter from M. Korenblat to WCS, dated June 9, 2011 | | | | | |
| 10 | | Credit Scoring Report for WCS, dated May 20, 2011 | | | | | |
| 11 | | Confirmation of Purchase and Sale Agreement, dated January 31, 2011 | | X | X | | |
| 12 | | Personal Financial Statement of Hossein Taraghi | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 13 | | C. Wehrle to S. Moss E-Mail, dated April 27, 2011 | | | | | |
| 14 | | Summary of WCS unpaid invoices | | | | | |
| 15 | | Letter from S. Ewing to WCS and WTO, dated May 25, 2011 | | | | | |
| 16 | | Letter from K. Bennington to Suncor Energy, dated June 3, 2011 | | X | X | | |
| 17 | | Emails between Steve Ewing and Chris Wenne | | | | | |