IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation; WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs,

vs.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Defendant.

## SUNCOR'S SUPPLEMENT TO ITS MOTION TO DISMISS OR STAY THE SECOND THROUGH FIFTH CLAIMS FOR RELIEF OF PLAINTIFF'S COMPLAINT

Suncor Energy (U.S.A.) Inc. ("Suncor") files this Supplement to advise the Court that on October 24, 2011, Judge Michael Martinez, Denver District Court, issued an order granting Plaintiffs' Motion to Dismiss or Stay in *Western Convenience Store, Inc. v. Suncor Energy (U.S.A.), Inc.,* No. 11CV3860 (Denver Dist. Ct.) ("state court"). Over Suncor's objection, Judge Martinez stayed Plaintiff's Claims, Suncor's Counterclaim and its Third Party Complaint against Hossein and Debra Taraghi, "pending resolution of the USDC action." *See* Order attached as Exhibit 1. Plaintiffs' claims in state court are identical to Plaintiffs' Second through Fifth Claims for Relief in this case, which are the subject of Defendant Suncor Energy (U.S.A.) Inc.'s Motion to Dismiss or Stay the Second through Fifth Claims for Relief of Plaintiff's Complaint [11]. See Motion at 1-2.

Because of its pending Motion to Dismiss or Stay in this Court, Suncor has not yet answered the Complaint or asserted any counterclaims or third party claims.

Dated:  October 25, 2011

    Respectfully submitted,

    *s/ William L. Monts III*
    J. Robert Robertson
    William L. Monts III
    HOGAN LOVELLS LLP
    555 Thirteenth Street, N.W.
    Washington, D.C.  20004-1109
    Telephone:  202-637-5600
    Fax:  202-637-5910
    E-Mail:  robby.robertson@hoganlovells.com
            william.monts@hoganlovells.com

    *s/ Anthony J. Shaheen*
    HOLLAND & HART LLP
    Post Office Box 8749
    Denver, CO  80201-8749
    Telephone: 303-295-8054
    Fax: 303-291-9126
    E-Mail:  ajshaheen@hollandhart.com
    **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2011, I have filed the foregoing to the following:

Kenneth R. Bennington
Kathleen E. Craigmile
Adam F. Aldrich
BENNINGTON JOHNSON
BIERMANN & CRAIGMILE, LLC
370 17th Street, Suite 3500
Denver, CO 80202
(303) 629-5200

s/ Susanne Johnson

5272953_1.DOCX