# EXHIBIT 1

EXHIBIT 1

This document constitutes a ruling of the court and should be treated as such.

| | |
|---|---|
| Court: | CO Denver County District Court 2nd JD |
| Judge: | Michael Anthony Martinez |
| File & Serve Transaction ID: | 39096165 |
| Current Date: | Oct 24, 2011 |
| Case Number: | 2011CV3860 |
| Case Name: | WESTERN CONVENIENCE STORES INC et al vs. SUNCOR ENERGY USA INC |

**Court Authorizer Comments:**

This matter is before me on Plaintiff's Motion to Dismiss or Stay. I have reviewed the motion, the response and all pertinent pleadings together with the case file, and being otherwise fully advised find as follows:

While there is undeniably considerable inconvenience to the parties under the present circumstances, wherein there remain two parallel proceedings currently being prosecuted, there are also significant and compelling reasons articulated in the record to stay the prosecution of the state court case pending resolution of the USDC action.

Balancing these factors and finding no undue prejudice to the parties by staying these proceedings, the motion is GRANTED in part. This action will be stayed pending resolution of all claims in the USDC case. ATP shall file a written status report with this Court NLT 60 days from the date of this Order, and every 90 days thereafter, apprising this Court of the status of the USDC proceedings until such time as those matters are resolved. This action will stand as administratively closed.

/s/ Judge Michael Anthony Martinez