IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 11-cv-01611-MSK-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: November 10, 2011 | Courtroom Deputy: Emily Seamon |

| *Parties:* | *Counsel:* |
|---|---|
| WESTERN CONVENIENCE STORES, INC., a Colorado corporation, and WESTERN TRUCK ONE, LLC, a Colorado limited liability company, | Kenneth Bennington Kathleen Craigmile |
| Plaintiffs, | |
| v. | |
| SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation, | Anthony Shaheen Michael Korenblat William Monts, III |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:      1:44 p.m.**
Court calls case.  Appearances of counsel.

Discussion between the Court and counsel regarding an e-discovery protocol, protective order, Plaintiffs' computation of damages, time for Plaintiffs to supplement disclosures, a pending motion to dismiss, state court lawsuit, filing documents under seal, and Rule 502 of the Federal Rules of Evidence.

**ORDERED:**   A Rule 26(f) conference is set for Thursday, **November 17, 2011 at 1:30 p.m.** Counsel shall meet in Courtroom A402 and may use Magistrate Judge Shaffer's jury deliberation room.  Counsel shall bring their technology experts with them to the 26(f) conference.

HEARING CONCLUDED.
**Court in recess:      3:09 p.m.**
Total time in court:   1:25

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.