IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 11-cv-01611-MSK-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: November 17, 2011 | Courtroom Deputy: Emily Seamon |

| *Parties:* | *Counsel:* |
|---|---|
| WESTERN CONVENIENCE STORES, INC., a Colorado corporation, and WESTERN TRUCK ONE, LLC, a Colorado limited liability company,<br><br>     Plaintiffs,<br><br>v.<br><br>SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,<br><br>     Defendant. | Kenneth Bennington<br>Adam Aldrich<br><br><br><br><br><br><br>Anthony Shaheen<br>Keeya Jeffrey |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:     2:47 p.m.**
Court calls case. Appearances of counsel.

Discussion between the Court and counsel regarding an e-discovery protocol and a protective order.

Parties have held a Rule 26(f) meeting and Rule 26(a) disclosures have been fulfilled.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Deadline for Amendment of pleadings/Joinder of parties:    Thirty days after a ruling on Suncor's

Motion to Dismiss or January 31, 2012, whichever occurs later.

Discovery Cut-off:    **October 30, 2012**

Dispositive Motions deadline:        **December 1, 2012**

Parties shall designate affirmative experts **on or before**     **August 1, 2012**

Parties shall designate rebuttal experts **on or before**      **September 15, 2012**

Each side shall be limited to five (5) specially retained (non-employee) expert witnesses, absent

leave of court.

Each side shall be limited to ten (10) depositions of fact witnesses plus the deposition of each specially retained expert disclosed pursuant to Fed. R. Civ. P. 26(a)(2), absent leave of court.

**Counsel may not file any OPPOSED discovery motions without leave of court.  Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues.  If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection.  The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.**

**TRIAL:**
The parties anticipate a fourteen (14) day trial to the Court.

- Scheduling Order is signed and entered with interlineations.

HEARING CONCLUDED.
**Court in recess:**    **3:05 p.m.**
Total time in court:    00:18

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.