IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation; WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

Plaintiffs and Counterclaim Defendants,

vs.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

Defendant and Counterclaimant.

## SUNCOR'S ANSWER AND COUNTERCLAIM

Suncor Energy (U.S.A.) Inc. ("Suncor") responds to the Complaint of Plaintiffs Western Convenience Stores, Inc. ("WCS") and Western Truck One, LLC ("WTO") as follows, denying each and every allegation not specifically admitted:

PARTIES

1.      Suncor admits the allegations in paragraph 1 of the Complaint.

2.      Suncor admits the allegations in paragraph 2 of the Complaint.

3.      Suncor admits that it is a Delaware corporation, and affirmatively states that its principal place of business is located at 717 Seventeenth Street, Suite 2900, Denver, Colorado 80202.  Suncor denies the remaining allegations in paragraph 3 of the Complaint.

JURISDICTION AND VENUE

4.      Suncor admits all allegations in paragraph 4 of the Complaint, with the exception of subpart (d), which Suncor denies.

1

5.      The allegations of paragraph 5 state a legal conclusion to which no response is required.  To the extent that paragraph 5 contains any factual allegations, Suncor denies that this Court has jurisdiction over WTO's claims because WTO does not have a Robinson-Patman Act claim in that it has not alleged, and cannot allege, that it purchased petroleum products from Suncor and there is no other basis for federal jurisdiction.

6.      Suncor admits the allegations in paragraph 6 of the Complaint except with respect to subpart (b), Suncor denies that there are any "omissions" by Suncor giving rise to Plaintiffs' claims.

GENERAL ALLEGATIONS

7.      Suncor admits that (a) WCS operates convenience stores in Colorado which sell gasoline and diesel fuel, (b) from time to time WCS purchased unbranded petroleum products from Suncor but no longer does so, and (c) based on information and belief, that WCS purchased unbranded petroleum products from suppliers other than Suncor.  Except as expressly admitted, Suncor is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 7 and, therefore, denies them.

8.      Suncor denies the allegations in paragraph 8 of the Complaint and affirmatively states that the Master Product Purchase and Sale Agreement ("Master Agreement") governs the sale and delivery of petroleum products that Suncor sold to WCS and that there are no oral agreements between the parties with respect to such sales.

9.      Suncor admits that WTO is a company that, in the past but not now, transported unbranded petroleum products loaded at Suncor's terminals to WCS's retail locations.  Suncor affirmatively states that the terms of the Master Agreement speak for themselves.  Except as

2

expressly admitted and stated, Suncor is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 9 and, therefore, denies them.

10.     Suncor admits that WTO's access to Suncor terminals is governed by a May 10, 2006 Terminal Access Agreement ("Access Agreement") between WTO and Suncor.  Suncor affirmatively states that the terms of the Access Agreement speak for themselves.  Suncor expressly denies there are any predecessor agreements or oral agreements governing WTO's access to Suncor's terminals.  Except as expressly admitted and stated, Suncor denies the remaining allegations in paragraph 8 of the Complaint.

11.     Suncor admits that, in the past but not now, WTO loaded unbranded petroleum products at Suncor's terminals that WCS purchased from Suncor and, on information and belief, from third-parties (defined in the Complaint as "middlemen") that had purchased unbranded petroleum products from Suncor.  Except as expressly admitted, Suncor denies the allegations in paragraph 11 of the Complaint.

12.     Suncor denies the allegations in paragraph 12 of the Complaint.

13.     Suncor admits that it occasionally put WCS on allocation pursuant to the terms of the Master Agreement, and states that WCS could then and currently can purchase Suncor's unbranded petroleum products from middlemen at Suncor's terminals.  Except as expressly admitted, Suncor denies the allegations in paragraph 13 of the Complaint.

14.     Suncor denies the allegations in paragraph 14 of the Complaint.

15.     Suncor admits that, in the past but not now, WCS purchased unbranded petroleum products from Suncor and that WTO transported such products from Suncor's terminals.  Except as expressly admitted, Suncor denies the allegations in paragraph 15 of the Complaint.

16.     Suncor admits that, subject to the terms of the Master Agreement and certain Confirmations thereunder, in the past but not now, Suncor extended credit to WCS.  Except as expressly admitted, Suncor denies the allegations in paragraph 16 of the Complaint.

17.     Suncor denies the allegations in paragraph 17 of the Complaint.

18.     Suncor admits that the persons named in paragraph 18 met on May 18, 2011 to discuss WCS's creditworthiness and certain other issues relating to the relationship between the parties but denies that the issues included the alleged "pattern of Friday brinksmanship."  Except as expressly admitted, Suncor denies the allegations in paragraph 18 of the Complaint.

19.     Suncor denies the allegations in paragraph 19 of the Complaint.

20.     Suncor admits that at the May 18, 2011 meeting Mr. Taraghi did mention price discounts, among other matters.  Except as expressly admitted, Suncor denies the allegations in paragraph 20 of the Complaint.

21.     Suncor admits that at the May 18, 2011 meeting, WCS's credit situation was discussed and that Mr. Taraghi offered to provide some real estate as collateral.  Except as expressly admitted, Suncor denies the allegations in paragraph 21 of the Complaint.

22.     Suncor admits that (a) on May 20, 2011, Suncor informed WCS that, at the recommendation of Suncor's credit department, based on a recent review of WCS's financials and creditworthiness, WCS no longer qualified for an extension of credit and that Suncor would require performance assurance in the form of prepayment before Suncor would sell any petroleum products to WCS after May 24, 2011 and (b) on May 23, Steven Ewing, Suncor's Director, Rack Forward Sales & Service, had a conversation with Mr. Taraghi of WCS after learning that a draft for payment of petroleum products was dishonored by WCS's bank for insufficient funds, and informed Mr. Taraghi that due to WCS's lack of creditworthiness, WCS's

4

failure to pay invoices for petroleum product received, and its actions resulting in the dishonorment of electronic payments to Suncor by WCS' bank, Suncor elected to suspend all product sales to WCS pursuant to the Master Agreement.  Except as expressly admitted, Suncor denies the allegations in paragraph 22 of the Complaint.

23.     Suncor admits that on May 25, 2011, pursuant to the terms of the Access Agreement, Mr. Ewing advised WTO that it was revoking WTO's access to Suncor's terminals. Except as expressly admitted, Suncor denies the allegations in paragraph 23 of the Complaint.

24.     Suncor admits  the allegations in paragraph 24 of the Complaint.

PRICE DISCRIMINATION ALLEGATIONS

25-26.  Suncor denies the allegations in paragraphs 25-26 of the Complaint.

27.     Suncor denies the allegations in the first and last sentences of paragraph 27. Suncor is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 27 and, therefore, denies them.

28-31.Suncor denies the allegations in paragraphs 28-31 of the Complaint.

FIRST CLAIM FOR RELIEF
**Violation of 15 U.S.C. § 13(a)**

32.     Suncor incorporates its responses to the allegations in paragraphs 1-31 of the Complaint as if fully set forth herein.

33-37.  Suncor denies the allegations in paragraphs 33-37 of the Complaint.

SECOND CLAIM FOR RELIEF
**Breach of Contract (Master Agreement)**

38.     Suncor incorporates its responses to the allegations contained in paragraphs 1-37 of the Complaint as if fully set forth herein.

39.      The allegations contained in paragraph 39 of the Complaint state a legal conclusion, and thus no response is required.  To the extent that paragraph 39 of the Complaint requires any response, Suncor denies the allegations.

40-42.  Suncor denies the allegations in paragraphs 40-42 of the Complaint.

THIRD CLAIM FOR RELIEF
**Breach of Contract (Access Agreement)**

43.      Suncor incorporates its responses to the allegations contained in paragraphs 1-42 of the Complaint as if fully set forth herein.

44.      The allegations contained in paragraph 44 of the Complaint state a legal conclusion, and thus no response is required.  To the extent that paragraph 44 of the Complaint requires any response, Suncor denies the allegations.

45-46.  Suncor denies the allegations in paragraphs 45-46 of the Complaint.

FOURTH CLAIM FOR RELIEF
**Tortious Interference (WCS Contracts and Relationships with Third Parties)**

47.      Suncor incorporates its responses to the allegations contained in paragraphs 1-46 of the Complaint as if fully set forth herein.

48-51.  Suncor denies the allegations in paragraphs 48-51 of the Complaint.

FIFTH CLAIM FOR RELIEF
**Tortious Interference (WCS Contract with WTO)**

52.      Suncor incorporates its responses to the allegations contained in paragraphs 1-51 of the Complaint as if fully set forth herein.

53-56.  Suncor denies the allegations in paragraphs 53-56 of the Complaint.

SIXTH CLAIM FOR RELIEF
**Violation of C.R.S. § 6-2-108**

57.     Suncor incorporates its responses to the allegations contained in paragraphs 1-56 of the Complaint as if fully set forth herein.

58-60.  Suncor denies the allegations in paragraphs 58-60 of the Complaint.

## GENERAL DENIAL

Suncor denies all the allegations in the Complaint not expressly admitted.

## AFFIRMATIVE DEFENSES

Without assuming any burden of persuasion or production of evidence that it would not otherwise bear, Suncor asserts the following defenses.

1.     The Complaint fails to state a claim upon which relief can be granted.

2.     Plaintiffs claim for injunctive relief is barred by the doctrine of unclean hands.

3.     Any differences in price at which Suncor sold to WCS and to any allegedly Favored Buyers were made in good faith to meet an equally low price of a competitor of Suncor.

4.     Plaintiffs' claims are barred by the doctrines of waiver and estoppel.

5.     This Court lacks jurisdiction over WTO's claims.

6.     Suncor was at all times legally privileged to act as it did.

7.     Plaintiff WTO lacks antitrust standing to bring any price discrimination claim under federal or state law.

8.     Any injury allegedly suffered by Plaintiffs is  not an antitrust injury.

WHEREFORE, Suncor requests that judgment be entered against Plaintiffs and in favor of Suncor and that Suncor be awarded such further relief as the Court deems proper.

## SUNCOR'S COUNTERCLAIM AGAINST WCS

For its Counterclaim against Western Convenience Stores, Inc. ("WCS"), Suncor Energy (U.S.A.) Inc. ("Suncor") alleges as follows:

## PARTIES JURISDICTION AND VENUE

1.      Suncor is a Delaware corporation with its principal place of business located at

717 Seventeenth Street, Suite 2900, Denver, Colorado 80202.

2.      WCS is a Colorado corporation with its principal place of business at 9849 East

Easter Avenue, Centennial, Colorado.

3.      This Court has personal jurisdiction over WCS as (a) its principal place of

business is located in the State of Colorado; (b) it did business in the State of Colorado at times

material to this action; (c) it purposefully availed itself of the rights and privileges of the State of

Colorado at times material to this action; and (d) it committed the wrongful acts and omissions

described below, with resulting injury, damages, loss or other consequences in the State of

Colorado.

4.      This Court has supplemental jurisdiction over this Counterclaim pursuant to 28

U.S.C. § 1367 as it is a compulsory counterclaim and forms part of the same case or controversy.

5.      Pursuant to 15 U.S.C. §22 and 28 U.S.C. §1391, venue is proper in the District of

Colorado as: (a) WCS transacted business in the State of Colorado and has its principal place of

business in Colorado; (b) substantial parts of the events or omissions giving rise to Suncor's

claims occurred in Colorado; and (c) the contract at issue in this lawsuit, the Master Product

Purchase and Sale Agreement ("Master Agreement") provides that the exclusive venue for

actions arising out of the performance thereof shall be brought in federal or state court located

within the City of Denver, State of Colorado.

## GENERAL ALLEGATIONS

6.      Suncor is engaged in the business of refining and selling petroleum products.

7.      On January 17, 2007, Suncor and WCS entered into a Master Product Purchase and Sale Agreement ("Master Agreement").  Suncor's sales of petroleum products to WCS are governed by the terms of the Master Agreement, including the General Terms and Conditions attached as Exhibit A to the Master Agreement (the "General Terms and Conditions").

8.      Section 5 of the General Terms and Conditions entitled "Payment" states, in pertinent part:

> Unless otherwise agreed to in writing, **Suncor shall furnish Counterparty [WCS] with invoices for all Product sold and delivered to Counterparty hereunder, and Counterparty shall, upon receipt of each invoice, make payment to Suncor immediately in accordance with the terms of payment provisions of this Agreement without any deduction or set-off.  …**  Each invoice shall be deemed received upon successful transmission of the invoice by Suncor to Counterparty or actual receipt by Counterparty, whichever occurs first. All payments hereunder shall be made by Electronic Funds Transfer ("EFT") or Automated Clearing House ("ACH") into such account(s) as designated by Suncor, unless otherwise agreed by the Parties.  Counterparty agrees to execute an EFT or ACH authorization agreement in a form approved by Suncor from time to time.   . . .

(Emphasis added).

9.      On May 16, 2011, Suncor and WCS entered into an Electronic Funds Transfer Authorization Agreement ("EFT Agreement"), pursuant to which WCS authorized Suncor to originate Automated Clearing House electronic funds transfer debit entries from WCS's bank account at Vectra Bank as payment for all petroleum products sold and delivered to WCS by Suncor.  A true and correct copy of the EFT Agreement is attached as **Exhibit 1**.

10.      Under the EFT Agreement, Suncor's authority to originate electronic drafts from WCS's bank account at Vectra Bank "shall remain in effect until fifteen (15) days after Financial Institution [Vectra Bank], at address shown above, and Suncor Energy, at address shown below, have received written cancellation from 'Customer' [WCS]."

11.      Suncor never received any written notice from WCS cancelling the EFT Agreement.

## WCS' UNPAID PURCHASES

### First Set of Unpaid Invoices

12.     On May 7, 2011, WCS purchased from Suncor and received delivery of the unbranded petroleum products identified in the invoices referenced in the subparts of this paragraph below, which invoices were each furnished by Suncor to WCS and received by WCS. WCS has not made any payment to Suncor for any of these invoices.

   a.   Invoice #92041317, issued on May 9, 2011, for 8,300 total gross gallons of unbranded gasoline in the amount of $27,188.39.

   b.   Invoice #92041318, issued on May 9, 2011, for 7,975 total gross gallons of unbranded gasoline in the amount of $26,123.78.

13.     On May 8, 2011, WCS purchased from Suncor and received delivery of the unbranded petroleum products identified in the invoices referenced in the subparts of this paragraph below, which invoices were each furnished by Suncor to WCS and received by WCS. WCS has not made any payment to Suncor for any of these invoices.

   a.   Invoice #92040787, issued on May 9, 2001, for 7,002 total gross gallons of unbranded gasoline in the amount of $22,926.63.

   b.   Invoice #92040788, issued on May 9, 2011, for 5,001 total gross gallons of unbranded gasoline in the amount of $16,231.78.

   c.   Invoice #92040789, issued on May 9, 2011, for 6,705 total gross gallons of unbranded gasoline in the amount of $21,962.67.

   d.   Invoice #92040790, issued on May 9, 2011, for 7,002 total gross gallons of unbranded gasoline in the amount of $22,926.63.

e.  Invoice #92040791, issued on May 9, 2011, for 7,504 total gross gallons of unbranded gasoline in the amount of $24,555.98.

f.  Invoice #92041319, issued on May 9, 2011 for 7,400 total gross gallons of unbranded gasoline in the amount of $24,240.25.

g.  Invoice #92041320 issued on May 9, 2011 for 4,301 total gross gallons of unbranded gasoline in the amount of $14,088.81.

14.    On May 9, 2011, WCS purchased from Suncor and received delivery of the unbranded petroleum products identified in the invoices referenced in the subparts of this paragraph below, which invoices were each furnished by Suncor to WCS and received by WCS. WCS has not made any payment to Suncor for any of these invoices.

a.  Invoice #92040792, issued on May 9, 2011, for 5,550 total gross gallons of unbranded gasoline in the amount of $18,013.69.

b.  Invoice #92040793, issued on May 9, 2011, for 6,501 total gross gallons of unbranded gasoline in the amount of $21,100.35.

c.  Invoice #92040794, issued on May 9, 2011 for 8,503 total gross gallons of unbranded gasoline in the amount of $27,998.66.

d.  Invoice #92040795, issued on May 9, 2011 for 8,003 total gross gallons of unbranded gasoline in the amount of $26,375.60.

e.  Invoice #92040796, issued on May 9, 2011 for 8,002 total gross gallons of unbranded gasoline in the amount of $25,972.17.

f.  Invoice #92040797, issued on May 9, 2011 for 7,002 total gross gallons of unbranded gasoline in the amount of $23,356.64.

g.  Invoice #92040798, issued on May 9, 2011 for 1,001 total gross gallons of unbranded gasoline in the amount of $3,449.14.

h.  Invoice #92040799, issued on May 9, 2011 for 2,001 total gross gallons of unbranded gasoline in the amount of $6,894.85.

i.  Invoice #92040800, issued on May 9, 2011 for 8,302 total gross gallons of unbranded gasoline in the amount of $27,146.05.

j.  Invoice #92040801, issued on May 9, 2011 for 8,503 total gross gallons of unbranded gasoline in the amount of $28,363.53.

k.  Invoice #92040802, issued on May 9, 2011 for 8,502 total gross gallons of unbranded gasoline in the amount of $27,795.20.

## Second Set of Unpaid Invoices

15.  On May 10, 2011, WCS purchased from Suncor and received delivery of the unbranded petroleum products identified in the invoices referenced in the subparts of this paragraph below, which invoices were each furnished by Suncor to WCS and received by WCS. WCS has not made any payment to Suncor for any of these invoices.

a.  Invoice #92042746, issued on May 11, 2011 for 5,902 total gross gallons of unbranded gasoline in the amount of $20,772.83.

b.  Invoice #92042747, issued on May 11, 2011 for 8,303 total gross gallons of unbranded gasoline in the amount of $28,726.69.

c.  Invoice #92042748, issued on May 11, 2011 for 8,500 total gross gallons of unbranded gasoline in the amount of $29,458.54.

d.  Invoice #92042749, issued on May 11, 2011 for 6,001 total gross gallons of unbranded gasoline in the amount of $20,997.71.

16.    On May 11, 2011, WCS purchased from Suncor and received delivery of the unbranded petroleum products identified in the invoices referenced in the subparts of this paragraph below, which invoices were each furnished by Suncor to WCS and received by WCS. WCS has not made any payment to Suncor for any of these invoices.

a.   Invoice #92042750, issued on May 11, 2011 for 5,202 total gross gallons of unbranded gasoline in the amount of $18,132.67.

b.   Invoice #92042751, issued on May 11, 2011 for 8,002 total gross gallons of unbranded gasoline in the amount of $27,892.65.

c.   Invoice #92042752, issued on May 11, 2011 for 4,001 total gross gallons of unbranded gasoline in the amount of $13,946.31.

d.   Invoice #92042753, issued on May 11, 2011 for 8,502 total gross gallons of unbranded gasoline in the amount of $30,400.69.

e.   Invoice #92042754, issued on May 11, 2011 for 7,002 total gross gallons of unbranded gasoline in the amount of $24,406.94.

f.   Invoice #92042755, issued on May 11, 2011 for 6,002 total gross gallons of unbranded gasoline in the amount of $20,921.23.

g.   Invoice #92042987, issued on May 11, 2011 for 5,003 total gross gallons of unbranded gasoline in the amount of $16,938.77.

h.   Invoice #92042988, issued on May 11, 2011 for 5,202 total gross gallons of unbranded gasoline in the amount of $17,404.39.

i.   Invoice #92043339, issued on May 12, 2011 for 8,503 total gross gallons of unbranded gasoline in the amount of $29,894.07.

17.     On May 12, 2011, WCS purchased from Suncor and received delivery of the unbranded petroleum products identified in the invoices referenced in the subparts of this paragraph below, which invoices were each furnished by Suncor to WCS and received by WCS. WCS has not made any payment to Suncor for any of these invoices.

    a.   Invoice #92043340, issued on May 12, 2011 for 3,000 total gross gallons of unbranded gasoline in the amount of $10,037.13.

    b.   Invoice #92043341, issued on May 12, 2011 for 7,000 total gross gallons of unbranded gasoline in the amount of $24,049.97.

    c.   Invoice #92043342, issued on May 12, 2011 for 8,303 total gross gallons of unbranded gasoline in the amount of $28,179.62.

    d.   Invoice #92043343, issued on May 12, 2011 for 8,500 total gross gallons of unbranded gasoline in the amount of $29,203.54.

    e.   Invoice #92043344, issued on May 12, 2011 for 5,501 total gross gallons of unbranded gasoline in the amount of $18,404.74.

    f.   Invoice #92043605, issued on May 12, 2011 for 8,303 total gross gallons of unbranded gasoline in the amount of $27,779.42.

    g.   Invoice #92043606, issued on May 12, 2011 for 8,003 total gross gallons of unbranded gasoline in the amount of $26,775.71.

    h.   Invoice #92043607, issued on May 12, 2011 for 7,192 total gross gallons of unbranded gasoline and diesel fuel in the amount of $23,865.82.

    i.   Invoice #92043818, issued on May 13, 2011 for 8,002 total gross gallons of unbranded gasoline and diesel fuel in the amount of $26,547.49.

18.     On May 13, 2011, WCS purchased from Suncor and received delivery of the unbranded petroleum products identified in the invoices referenced in the subparts of this paragraph below, which invoices were each furnished by Suncor to WCS and received by WCS. WCS has not made any payment to Suncor for any of these invoices.

a.   Invoice #92043819, issued on May 13, 2011 for 1,001 total gross gallons of unbranded gasoline and diesel fuel in the amount of $3,369.26.

b.   Invoice #92043820, issued on May 13, 2011 for 1,001 total gross gallons of unbranded gasoline in the amount of $3,514.21.

c.   Invoice #92043821, issued on May 13, 2011 for 2,001 total gross gallons of unbranded gasoline and diesel fuel in the amount of $6,880.11.

d.   Invoice #92043822, issued on May 13, 2011 for 7,001 total gross gallons of unbranded gasoline in the amount of $23,808.36.

e.   Invoice #92043823, issued on May 13, 2011 for 2,001 total gross gallons of unbranded gasoline and diesel fuel in the amount of $6,880.11.

f.   Invoice #92043824, issued on May 13, 2011 for 2,000 total gross gallons of unbranded gasoline and diesel fuel in the amount of $6,731.80.

g.   Invoice #92043825, issued on May 13, 2011 for 2,001 total gross gallons of unbranded gasoline and diesel fuel in the amount of $6,735.16.

h.   Invoice #92044065, issued on May 13, 2011 for 7,502 total gross gallons of unbranded gasoline in the amount of $24,836.95.

i.   Invoice #92044066, issued on May 13, 2011 for 7,001 total gross gallons of unbranded gasoline and diesel fuel in the amount of $23,854.42.

j.   Invoice #92044067, issued on May 13, 2011 for 3,501 total gross gallons of unbranded gasoline and diesel fuel in the amount of $11,784.01.

k.   Invoice #92044068, issued on May 13, 2011 for 8,303 total gross gallons of unbranded gasoline in the amount of $27,488.82.

l.   Invoice #92044069, issued on May 13, 2011 for 7,302 total gross gallons of unbranded gasoline and diesel fuel in the amount of $24,285.19.

m.   Invoice #92044070, issued on May 13, 2011 for 7,903 total gross gallons of unbranded gasoline and diesel fuel in the amount of $26,419.96.

n.   Invoice #92044071, issued on May 13, 2011 for 7,001 total gross gallons of unbranded gasoline and diesel fuel in the amount of $23,233.46.

o.   Invoice #92044072, issued on May 13, 2011 for 5,504 total gross gallons of unbranded gasoline in the amount of $18,622.55.

p.   Invoice #92044073, issued on May 13, 2011 for 9,502 total gross gallons of unbranded gasoline in the amount of $32,513.55.

### Third Set of Unpaid Invoices

19.   On May 13, 2011, WCS purchased from Suncor and received delivery of the unbranded petroleum products identified in the invoices referenced in the subparts of this paragraph below, which invoices were each furnished by Suncor to WCS and received by WCS. WCS has not made any payment to Suncor for any of these invoices.

a.   Invoice #92044274, issued on May 14, 2011 for 1,000 total gross gallons of unbranded diesel fuel in the amount of $3,395.90.

20.   On May 14, 2011, WCS purchased from Suncor and received delivery of the unbranded petroleum products identified in the invoices referenced in the subparts of this

paragraph below, which invoices were each furnished by Suncor to WCS and received by WCS. WCS has not made any payment to Suncor for any of these invoices.

    a.   Invoice #92044275, issued on May 14, 2011 for 8,003 total gross gallons of unbranded gasoline and diesel fuel in the amount of $26,986.24.

    b.   Invoice #92044276, issued on May 14, 2011 for 6,999 total gross gallons of unbranded gasoline in the amount of $24,141.35.

    c.   Invoice #92044277, issued on May 14, 2011 for 8,002 total gross gallons of unbranded gasoline and diesel fuel in the amount of $26,717.53.

    d.   Invoice #92044278, issued on May 14, 2011 for 7,003 total gross gallons of unbranded gasoline in the amount of $23,525.15.

    e.   Invoice #92044279, issued on May 14, 2011 for 7,987 total gross gallons of unbranded gasoline and diesel fuel in the amount of $26,667.63.

    f.   Invoice #92044280, issued on May 14, 2011 for 8,004 total gross gallons of unbranded gasoline and diesel fuel in the amount of $26,924.44.

    g.   Invoice #92044281, issued on May 14, 2011 for 8,004 total gross gallons of unbranded gasoline and diesel fuel in the amount of $26,724.25.

    h.   Invoice #92044282, issued on May 14, 2011 for 1,000 total gross gallons of unbranded diesel fuel in the amount of $3,395.90.

    i.   Invoice #92044283, issued on May 14, 2011 for 2,000 total gross gallons of unbranded diesel fuel in the amount of $6,791.80.

    j.   Invoice #92044284, issued on May 14, 2011 for 9,501 total gross gallons of unbranded gasoline in the amount of $32,699.97.

    k.   Invoice #92044285, issued on May 14, 2011 for 1,970 total gross gallons of unbranded diesel fuel in the amount of $6,689.92.

    l.   Invoice #92044286, issued on May 14, 2011 for 2,001 total gross gallons of unbranded diesel fuel  in the amount of $6,795.19.

    m.   Invoice #92044379, issued on May 14, 2011 for 2,001 total gross gallons of unbranded diesel fuel  in the amount of $6,795.19.

    n.   Invoice #92044380, issued on May 14, 2011 for 4,999 total gross gallons of unbranded diesel fuel in the amount of $16,976.11.

    o.   Invoice #92044381, issued on May 14, 2011 for 1,001 total gross gallons of unbranded diesel fuel in the amount of $3,399.29.

### Fourth Set of Unpaid Invoices

21.    On May 14, 2011, WCS purchased from Suncor and received delivery of the unbranded petroleum products identified in the invoices referenced in the subparts of this paragraph below, which invoices were each furnished by Suncor to WCS and received by WCS. WCS has not made any payment to Suncor for any of these invoices.

    a.   Invoice #92044457, issued on May 15, 2011 for 1,000 total gross gallons of unbranded diesel fuel in the amount of $3,395.90.

    b.   Invoice #92044458, issued on May 15, 2011 for 1,900 total gross gallons of unbranded diesel fuel in the amount of $6,452.21.

22.    On May 15, 2011, WCS purchased from Suncor and received delivery of the unbranded petroleum products identified in the invoices referenced in the subparts of this paragraph below, which invoices were each furnished by Suncor to WCS and received by WCS. WCS has not made any payment to Suncor for any of these invoices.

a.  Invoice #92044459, issued on May 15, 2011 for 8,504 total gross gallons of unbranded gasoline in the amount of $28,324.36.

b.  Invoice #92044460, issued on May 15, 2011 for 6,603 total gross gallons of unbranded gasoline in the amount of $22,193.07.

c.  Invoice #92044461, issued on May 15, 2011 for 6,502 total gross gallons of unbranded gasoline and diesel fuel in the amount of $21,721.47.

d.  Invoice #92044462, issued on May 15, 2011 for 7,001 total gross gallons of unbranded gasoline in the amount of $23,948.38.

e.  Invoice #92044463, issued on May 15, 2011 for 8,004 total gross gallons of unbranded gasoline and diesel fuel in the amount of $26,924.44.

f.  Invoice #92044464, issued on May 15, 2011 for 8,002 total gross gallons of unbranded gasoline and diesel fuel in the amount of $26,917.71.

g.  Invoice #92044465, issued on May 15, 2011 for 2,000 total gross gallons of unbranded diesel fuel in the amount of $6,791.80.

h.  Invoice #92044466, issued on May 15, 2011 for 1,000 total gross gallons of unbranded diesel fuel in the amount of $3,395.90.

i.  Invoice #92044467, issued on May 15, 2011 for 9,502 total gross gallons of unbranded gasoline in the amount of $32,503.59.

j.  Invoice #92044468, issued on May 15, 2011 for 8,001 total gross gallons of unbranded gasoline and diesel fuel in the amount of $26,914.19.

k.  Invoice #92044518, issued on May 15, 2011 for 3,999 total gross gallons of unbranded diesel fuel in the amount of $13,580.21.

**Fifth Set of Unpaid Invoices**

23.     On May 15, 2011, WCS purchased from Suncor and received delivery of the unbranded petroleum products identified in the invoices referenced in the subparts of this paragraph below, which invoices were each furnished by Suncor to WCS and received by WCS. WCS has not made any payment to Suncor for any of these invoices.

      a.   Invoice #92044925, issued on May 16, 2011 for 1,001 total gross gallons of unbranded diesel fuel in the amount of $3,399.29.

24.     On May 16, 2011, WCS purchased from Suncor and received delivery of the unbranded petroleum products identified in the invoices referenced in the subparts of this paragraph below, which invoices were each furnished by Suncor to WCS and received by WCS. WCS has not made any payment to Suncor for any of these invoices.

      a.   Invoice #92044926, issued on May 16, 2011 for 8,153 total gross gallons of unbranded gasoline in the amount of $27,155.27.

      b.   Invoice #92044927, issued on May 16, 2011 for 7,339 total gross gallons of unbranded gasoline in the amount of $24,644.08.

      c.   Invoice #92044928, issued on May 16, 2011 for 8,000 total gross gallons of unbranded gasoline in the amount of $27,565.47.

      d.   Invoice #92044929, issued on May 16, 2011 for 9,126 total gross gallons of unbranded gasoline in the amount of $30,796.24.

      e.   Invoice #92044930, issued on May 16, 2011 for 8,504 total gross gallons of unbranded gasoline in the amount of $28,524.54.

      f.   Invoice #92044931, issued on May 16, 2011 for 1,000 total gross gallons of unbranded diesel fuel in the amount of $3,395.90.

g. Invoice #92044932 issued on May 16, 2011 for 8,003 total gross gallons of unbranded gasoline and diesel fuel in the amount of $26,720.86.

h. Invoice #92044933, issued on May 16, 2011 for 1,000 total gross gallons of unbranded diesel fuel in the amount of $3,395.90.

i. Invoice #92044934, issued on May 16, 2011 for 2,001 total gross gallons of unbranded diesel fuel in the amount of $6,795.19.

j. Invoice #92044935, issued on May 16, 2011 for 9,501 total gross gallons of unbranded gasoline in the amount of $32,699.97.

k. Invoice #92045325, issued on May 16, 2011 for 1,000 total gross gallons of unbranded diesel fuel in the amount of $3,335.90.

**<u>Sixth Set of Unpaid Invoices</u>**

25.     On May 16, 2011, WCS purchased from Suncor and received delivery of the unbranded petroleum products identified in the invoices referenced in the subparts of this paragraph below, which invoices were each furnished by Suncor to WCS and received by WCS. WCS has not made any payment to Suncor for any of these invoices.

a. Invoice #92045838, issued on May 17, 2011 for 1,001 total gross gallons of unbranded diesel fuel in the amount of $3,339.23.

26.     On May 17, 2011, WCS purchased from Suncor and received delivery of the unbranded petroleum products identified in the invoices referenced in the subparts of this paragraph below, which invoices were each furnished by Suncor to WCS and received by WCS. WCS has not made any payment to Suncor for any of these invoices.

a. Invoice #92045839, issued on May 17, 2011 for 1,000 total gross gallons of unbranded diesel fuel in the amount of $3,335.90.

b.  Invoice #92045840, issued on May 17, 2011 for 7,003 total gross gallons of unbranded gasoline in the amount of $23,114.87.

c.  Invoice #92045841, issued on May 17, 2011 for 9,503 total gross gallons of unbranded gasoline in the amount of $31,366.64.

d.  Invoice #92045842, issued on May 17, 2011 for 1,000 total gross gallons of unbranded diesel fuel in the amount of $3,335.90.

e.  Invoice #92046324, issued on May 17, 2011 for 4,001 total gross gallons of unbranded diesel fuel in the amount of $13,106.87.

f.  Invoice #92046325, issued on May 17, 2011 for 4,999 total gross gallons of unbranded diesel fuel in the amount of $16,376.23.

g.  Invoice #92046326, issued on May 17, 2011 for 1,000 total gross gallons of unbranded diesel fuel in the amount of $3,275.90.

**Seventh Set of Unpaid Invoices**

27.    On May 17, 2011, WCS purchased from Suncor and received delivery of the unbranded petroleum products identified in the invoices referenced in the subparts of this paragraph below, which invoices were each furnished by Suncor to WCS and received by WCS. WCS has not made any payment to Suncor for any of these invoices.

a.  Invoice #92046660, issued on May 18, 2011 for 999 total gross gallons of unbranded gasoline in the amount of $3,272.63.

b.  Invoice #92046661, issued on May 18, 2011 for 1,000 total gross gallons of unbranded gasoline and diesel fuel in the amount of $3,275.90.

c.  Invoice #92046662, issued on May 18, 2011 for 1,001 total gross gallons of unbranded gasoline in the amount of $3,309.20.

d.  Invoice #92046663, issued on May 18, 2011 for 1,000 total gross gallons of unbranded gasoline and diesel fuel in the amount of $3,275.90.

e.  Invoice #92046664, issued on May 18, 2011 for 3,000 total gross gallons of unbranded gasoline in the amount of $9,827.70.

f.  Invoice #92046665, issued on May 18, 2011 for 2,000 total gross gallons of unbranded gasoline in the amount of $6,551.80

g.  Invoice #92046666, issued on May 18, 2011 for 4,001 total gross gallons of unbranded gasoline in the amount of  $12,846.04.

h.  Invoice #92046667, issued on May 18, 2011 for 8,001 total gross gallons of unbranded gasoline and diesel fuel in the amount of $25,814.07.

i.  Invoice #92046668, issued on May 18, 2011 for 7,302 total gross gallons of unbranded gasoline in the amount of $23,444.61.

j.  Invoice #92046669, issued on May 18, 2011 for 8,003 total gross gallons of unbranded gasoline and diesel fuel in the amount of $26,145.88.

k.  Invoice #92046670, issued on May 18, 2011 for 8,499 total gross gallons of unbranded gasoline in the amount of $27,542.79.

l.  Invoice #92047483, issued on May 19, 2011 for 7,005 total gross gallons of unbranded gasoline in the amount of $22,691.22.

m.  Invoice #92047484, issued on May 19, 2011 for 7,001 total gross gallons of unbranded gasoline in the amount of $22,478.17.

n.  Invoice #92047757, issued on May 19, 2011 for 7,503 total gross gallons of unbranded gasoline in the amount of $24,290.15.

28.    On May 18, 2011, WCS purchased from Suncor and received delivery of the unbranded petroleum products identified in the invoices referenced in the subparts of this paragraph below, which invoices were each furnished by Suncor to WCS and received by WCS. WCS has not made any payment to Suncor for any of these invoices.

a.   Invoice #92046671, issued on May 18, 2011 for 7,001 total gross gallons of unbranded gasoline in the amount of $22,933.23.

b.   Invoice #92046672, issued on May 18, 2011 for 9,501 total gross gallons of unbranded gasoline in the amount of $31,122.51.

c.   Invoice #92046673, issued on May 18, 2011 for 8,503 total gross gallons of unbranded gasoline in the amount of $27,488.28.

d.   Invoice #92046674, issued on May 18, 2011 for 8,004 total gross gallons of unbranded gasoline and diesel fuel in the amount of $25,588.62.

e.   Invoice #92046675, issued on May 18, 2011 for 8,003 total gross gallons of unbranded gasoline and diesel fuel in the amount of $25,585.35.

f.   Invoice #92046676, issued on May 18, 2011 for 8,002 total gross gallons of unbranded gasoline and diesel fuel in the amount of $25,582.24.

g.   Invoice #92046677, issued on May 18, 2011 for 1,802 total gross gallons of unbranded gasoline and diesel fuel in the amount of $6,002.22.

h.   Invoice #92046678, issued on May 18, 2011 for 6,997 total gross gallons of unbranded gasoline and diesel fuel in the amount of $22,470.96.

i.   Invoice #92046679, issued on May 18, 2011 for 7,501 total gross gallons of unbranded diesel fuel in the amount of $24,572.52.

j.   Invoice #92046680, issued on May 18, 2011 for 6,002 total gross gallons of unbranded gasoline and diesel fuel in the amount of $19,501.18.

k.   Invoice #92047064, issued on May 18, 2011 for 2,000 total gross gallons of unbranded diesel fuel in the amount of $6,551.80.

l.   Invoice #92047065, issued on May 18, 2011 for 6,003 total gross gallons of unbranded gasoline in the amount of $19,424.01.

m.   Invoice #92047066, issued on May 18, 2011 for 3,000 total gross gallons of unbranded diesel fuel in the amount of $9,827.70.

n.   Invoice #92047067, issued on May 18, 2011 for 5,500 total gross gallons of unbranded diesel fuel in the amount of $18,017.45.

o.   Invoice #92047485, issued on May 19, 2011 for 8,504 total gross gallons of unbranded gasoline in the amount of $27,546.40.

p.   Invoice #92047486, issued on May 19, 2011 for 3,049 total gross gallons of unbranded gasoline in the amount of $9,804.69.

29.   On May 19, 2011, WCS purchased from Suncor and received delivery of the unbranded petroleum products identified in the invoices referenced in the subparts of this paragraph below, which invoices were each furnished by Suncor to WCS and received by WCS. WCS has not made any payment to Suncor for any of these invoices.

a.   Invoice #92047487, issued on May 19, 2011 for 7,005 total gross gallons of unbranded gasoline in the amount of $23,051.42.

b.   Invoice #92047488, issued on May 19, 2011 for 1,000 total gross gallons of unbranded diesel fuel in the amount of $3,310.90.

c.   Invoice #92047489, issued on May 19, 2011 for 2,000 total gross gallons of unbranded diesel fuel in the amount of $6,621.80.

d.   Invoice #92047490, issued on May 19, 2011 for 1,001 total gross gallons of unbranded diesel fuel in the amount of $3,314.21.

e.   Invoice #92047491, issued on May 19, 2011 for 7,501 total gross gallons of unbranded gasoline in the amount of $24,008.52.

f.   Invoice #92047492, issued on May 19, 2011 for 8,003 total gross gallons of unbranded gasoline and diesel fuel in the amount of $25,925.66.

g.   Invoice #92047493, issued on May 19, 2011 for 9,503 total gross gallons of unbranded gasoline in the amount of $31,271.61.

h.   Invoice #92047494, issued on May 19, 2011 for 7,602 total gross gallons of unbranded gasoline and diesel fuel in the amount of $24,632.36.

i.   Invoice #92047495, issued on May 19, 2011 for 7,501 total gross gallons of unbranded gasoline in the amount of $24,008.52.

j.   Invoice #92047496, issued on May 19, 2011 for 8,001 total gross gallons of unbranded gasoline and diesel fuel in the amount of $26,229.45.

k.   Invoice #92047758, issued on May 19, 2011 for 1,800 total gross gallons of unbranded diesel fuel in the amount of $5,959.62.

l.   Invoice #92047759, issued on May 19, 2011 for 999 total gross gallons of unbranded diesel fuel in the amount of $3,307.60.

m.   Invoice #92047760, issued on May 19, 2011 for 6,002 total gross gallons of unbranded gasoline in the amount of $19,210.66.

n.  Invoice #92047761, issued on May 19, 2011 for 4,500 total gross gallons of unbranded diesel fuel in the amount of $14,899.05.

o.  Invoice #92047762, issued on May 19, 2011 for 1,000 total gross gallons of unbranded diesel fuel in the amount of $3,310.90.

p.  Invoice #92047763, issued on May 19, 2011 for 6,001 total gross gallons of unbranded diesel fuel in the amount of $19,868.71.

q.  Invoice #92048143, issued on May 20, 2011 for 6,502 total gross gallons of unbranded gasoline in the amount of $20,811.02.

r.  Invoice #92048144, issued on May 20, 2011 for 1,000 total gross gallons of unbranded diesel fuel in the amount of $3,310.90.

s.  Invoice #92048145, issued on May 20, 2011 for 1,000 total gross gallons of unbranded diesel fuel in the amount of $3,310.90.

t.  Invoice #92048146, issued on May 20, 2011 for 8,500 total gross gallons of unbranded gasoline in the amount of $27,461.04.

30.    On May 20, 2011, WCS purchased from Suncor and received delivery of the unbranded petroleum products identified in the invoices referenced in the subparts of this paragraph below, which invoices were each furnished by Suncor to WCS and received by WCS. WCS has not made any payment to Suncor for any of these invoices.

a.  Invoice #92048147, issued on May 20, 2011 for 2,000 total gross gallons of unbranded diesel fuel in the amount of $6,621.80.

b.  Invoice #92048148, issued on May 20, 2011 for 7,005 total gross gallons of unbranded gasoline in the amount of $22,946.34.

c.   Invoice #92048149, issued on May 20, 2011 for 2,001 total gross gallons of unbranded diesel fuel in the amount of $6,625.11.

d.   Invoice #92048150, issued on May 20, 2011 for 1,000 total gross gallons of unbranded diesel fuel in the amount of $3,310.90.

e.   Invoice #92048151, issued on May 20, 2011 for 5,000 total gross gallons of unbranded diesel fuel in the amount of $16,554.50.

f.   Invoice #92048152, issued on May 20, 2011 for 2,000 total gross gallons of unbranded diesel fuel in the amount of $6,621.80.

g.   Invoice #92048153, issued on May 20, 2011 for 9,505 total gross gallons of unbranded gasoline in the amount of $31,135.61.

h.   Invoice #92048339, issued on May 20, 2011 for 7,002 total gross gallons of unbranded gasoline in the amount of $22,376.36.

i.   Invoice #92048340, issued on May 20, 2011 for 7,004 total gross gallons of unbranded gasoline in the amount of $22,382.76.

j.   Invoice #92048341, issued on May 20, 2011 for 5,351 total gross gallons of unbranded gasoline in the amount of $17,100.23.

k.   Invoice #92048560, issued on May 21, 2011 for 8,001 total gross gallons of unbranded gasoline in the amount of $25,568.86.

l.   Invoice #92048561, issued on May 21, 2011 for 7,453 total gross gallons of unbranded gasoline and diesel fuel in the amount of $24,148.00.

m.  Invoice #92048562, issued on May 21, 2011 for 7,002 total gross gallons of unbranded gasoline in the amount of $22,376.36.

31.     On May 21, 2011, WCS purchased from Suncor and received delivery of the unbranded petroleum products identified in the invoices referenced in the subparts of this paragraph below, which invoices were each furnished by Suncor to WCS and received by WCS. WCS has not made any payment to Suncor for any of these invoices.

     a.  Invoice #92048563, issued on May 21, 2011 for 7,003 total gross gallons of unbranded gasoline in the amount of $22,579.74.

     b.  Invoice #92048636, issued on May 21, 2011 for 7,002 total gross gallons of unbranded gasoline in the amount of $22,376.36.

     c.  Invoice #92048637, issued on May 21, 2011 for 7,803 total gross gallons of unbranded gasoline in the amount of $25,136.31.

     d.  Invoice #92048638, issued on May 21, 2011 for 8,502 total gross gallons of unbranded gasoline in the amount of $27,169.93.

     e.  Invoice #92048639, issued on May 21, 2011 for 5,500 total gross gallons of unbranded gasoline in the amount of $17,776.41.

     f.  Invoice #92048640, issued on May 21, 2011 for 7,503 total gross gallons of unbranded gasoline in the amount of $24,177.60.

**Eighth Set of Unpaid Invoices**

32.     On May 22, 2011, WCS purchased from Suncor and received delivery of the unbranded petroleum products identified in the invoices referenced in the subparts of this paragraph below, which invoices were each furnished by Suncor to WCS and received by WCS. WCS has not made any payment to Suncor for any of these invoices.

     a.  Invoice #92048734, issued on May 22, 2011 for 1,000 total gross gallons of unbranded diesel fuel in the amount of $3,325.90.

29

b.  Invoice #92048735, issued on May 22, 2011 for 1,000 total gross gallons of unbranded diesel fuel in the amount of $3,325.90.

c.  Invoice #92048736, issued on May 22, 2011 for 1,800 total gross gallons of unbranded diesel fuel in the amount of $5,986.62.

d.  Invoice #92048737, issued on May 22, 2011 for 1,000 total gross gallons of unbranded diesel fuel in the amount of $3,325.90.

e.  Invoice #92048738, issued on May 22, 2011 for 4,000 total gross gallons of unbranded diesel fuel in the amount of $13,303.60.

f.  Invoice #92048739, issued on May 22, 2011 for 1,000 total gross gallons of unbranded diesel fuel in the amount of $3,325.90.

g.  Invoice #92048740, issued on May 22, 2011 for 1,001 total gross gallons of unbranded diesel fuel in the amount of $3,329.22.

h.  Invoice #92048741, issued on May 22, 2011 for 1,000 total gross gallons of unbranded diesel fuel in the amount of $3,325.90.

i.  Invoice #92048794, issued on May 22, 2011 for 7,002 total gross gallons of unbranded diesel fuel in the amount of $22,706.86.

j.  Invoice #92048795, issued on May 22, 2011 for 8,502 total gross gallons of unbranded gasoline in the amount of $27,169.93.

k.  Invoice #92048796, issued on May 22, 2011 for 8,003 total gross gallons of unbranded gasoline and diesel fuel in the amount of $25,705.58.

l.  Invoice #92048797, issued on May 22, 2011 for 7,703 total gross gallons of unbranded gasoline in the amount of $24,816.74.

m.  Invoice #92048798, issued on May 22, 2011 for 1,999 total gross gallons of unbranded diesel fuel in the amount of $6,648.48.

**Ninth Set of Unpaid Invoices**

33.     On May 22, 2011, WCS purchased from Suncor and received delivery of the unbranded petroleum products identified in the invoices referenced in the subparts of this paragraph below, which invoices were each furnished by Suncor to WCS and received by WCS. WCS has not made any payment to Suncor for any of these invoices.

a.  Invoice #92049237, issued on May 23, 2011 for 8,003 total gross gallons of unbranded gasoline and diesel fuel in the amount of $25,905.64.

b.  Invoice #92049238, issued on May 23, 2011 for 8,003 total gross gallons of unbranded gasoline and diesel fuel in the amount of $25,735.61.

c.  Invoice #92049239, issued on May 23, 2011 for 1,000 total gross gallons of unbranded diesel fuel in the amount of $3,325.90.

d.  Invoice #92049981, issued on May 23, 2011 for 8,503 total gross gallons of unbranded gasoline in the amount of $27,428.20

34.     On May 23, 2011, WCS purchased from Suncor and received delivery of the unbranded petroleum products identified in the invoices referenced in the subparts of this paragraph below, which invoices were each furnished by Suncor to WCS and received by WCS. WCS has not made any payment to Suncor for any of these invoices.

a.  Invoice #92049240, issued on May 23, 2011 for 8,502 total gross gallons of unbranded gasoline and diesel fuel in the amount of $27,299.98.

b.  Invoice #92049241, issued on May 23, 2011 for 6,703 total gross gallons of unbranded gasoline in the amount of $21,420.83.

c.  Invoice #92049242, issued on May 23, 2011 for 4,702 total gross gallons of unbranded gasoline in the amount of $15,226.40.

d.  Invoice #92049243, issued on May 23, 2011 for 7,004 total gross gallons of unbranded gasoline in the amount of $22,582.93.

e.  Invoice #92049244, issued on May 23, 2011, for 8303 total gross gallons of unbranded gasoline in the amount of $26,734.17.

f.  Invoice #92049245, issued on May 23, 2011 for 4,999 total gross gallons of unbranded diesel fuel in the amount of $16,626.18.

g.  Invoice #92049246, issued on May 23, 2011 for 1,000 total gross gallons of unbranded diesel fuel in the amount of $3,325.90.

h.  Invoice #92049247, issued on May 23, 2011 for 6,301 total gross gallons of unbranded gasoline and diesel fuel in the amount of $20,266.34.

i.  Invoice #92049248, issued on May 23, 2011 for 6,701 total gross gallons of unbranded gasoline in the amount of $21,414.44.

j.  Invoice #92049249, issued on May 23, 2011 for 1,001 total gross gallons of unbranded diesel fuel in the amount of $3,329.22 .

k.  Invoice #92049250, issued on May 23, 2011 for 1,000 total gross gallons of unbranded diesel fuel in the amount of $3,325.90.

l.  Invoice #92049251, issued on May 23, 2011 for 1,001 total gross gallons of unbranded diesel fuel in the amount of $3,329.22.

### **Tenth Set of Unpaid Invoices**

35.     On May 16, 2011, WCS purchased from Suncor and received delivery of the unbranded petroleum products identified in the invoices referenced in the subparts of this

paragraph below, which invoices were each furnished by Suncor to WCS and received by WCS. WCS has not made any payment to Suncor for any of these invoices.

a.   Invoice #92050784, issued on May 24, 2011 for 6,100 total gross gallons of unbranded gasoline in the amount of $19,948.33.

**Eleventh Set of Unpaid Invoices**

36.   On May 24, 2011, *after being informed that Suncor had suspended its product sales to WCS*, WCS intentionally purchased from Suncor (at a third party's petroleum products terminal) and received delivery of the unbranded petroleum products identified in the invoices referenced in the subparts of this paragraph below, which invoices were each furnished by Suncor to WCS and received by WCS.  WCS has not made any payment to Suncor for any of these invoices.

a.   Invoice #92051468, issued on May 25, 2011 for 8,303 total gross gallons of unbranded gasoline in the amount of $26,658.52.

37.   On May 25, 2011, *after being informed that Suncor had suspended its product sales to WCS*, WCS intentionally purchased from Suncor (at a third party's petroleum products terminal) and received delivery of the unbranded petroleum products identified in the invoices referenced in the subparts of this paragraph below, which invoices were each furnished by Suncor to WCS and received by WCS.  WCS has not made any payment to Suncor for any of these invoices

a.   Invoice #92052224, issued on May 26, 2011 for 8,501 total gross gallons of unbranded gasoline in the amount of $27,591.77

**WCS' FAILURE AND REFUSAL TO PAY**

38.   Pursuant to the EFT Agreement, Suncor initiated eleven drafts on Vectra Bank totaling $3,755,141.95 for all invoices due and owing described in paragraphs 10-37 above.

39.     WCS caused its bank, Vectra Bank, to dishonor each of the eleven draw requests from Suncor, thereby failing and/or refusing to pay for any of the purchases listed in paragraphs 10-37 above.

40.     Suncor received written notices of nonpayment from Suncor's bank, Wells Fargo, informing Suncor that each of the eleven drafts was dishonored by WCS's bank, Vectra Bank. *E.g.,* May 23, 2011 ACH Return/NOC Report, attached as **Exhibit 2**.  True and correct copies of the notices of nonpayment, along with demands for payment in full, were sent to WCS by letters dated May 27, 2011, June 2, 2011, June 9, 2011 and June 30, 2011.

41.     Despite Suncor's demands for payment in full, WCS has failed and refused to pay Suncor any of the $3,755,141.95.

42.     Pursuant to Section 20 of the General Terms and Conditions, WCS is required to pay interest on all amounts overdue at a per annum rate of twelve percent (12%), and all of Suncor's costs and expenses of collecting past due payments, including reasonable attorney's fees, court costs, and all other legal expenses.

43.     WCS owes Suncor $3,755,141.95 plus interest accrued thereon.

<u>**COUNTERCLAIM FOR RELIEF**</u>
**(Breach of Contract)**

44.     Suncor incorporates by reference its allegations in paragraphs 1-43 of its Counterclaim against WCS.

45.     The Master Agreement is an enforceable contract by and between Suncor and WCS, supported by consideration.

46.     Suncor fully performed under the Master Agreement, and has fully satisfied any and all conditions precedent thereunder.

47.     Suncor made demands on WCS for payment of all unpaid invoices due and owing for its purchases of petroleum products listed in paragraphs 10-37 above in the aggregate amount of $3,755,141.95, but WCS has failed and refused to pay.

48.     WCS breached the Master Agreement by failing to pay for the amounts due and owing for petroleum products that it received from Suncor under the Master Agreement, including interest thereon.

49.     Suncor has been damaged by WCS's breach in an amount to be proven at trial. Suncor is also entitled to its reasonable attorneys' fees, costs, and other legal expenses pursuant to the Master Agreement.

WHEREFORE, Suncor requests that judgment be entered in its favor and against Defendant WCS on Suncor's Counterclaim in an amount to be proven at trial, plus interest, and that it be awarded its attorneys' fees, costs, expenses, and such other and further relief as the Court deems appropriate.


Dated December 2, 2011

Respectfully submitted

s/ Anthony J. Shaheen
HOLLAND & HART LLP
Post Office Box 8749
Denver, CO  80201-8749
Phone: 303-295-8054
Fax: 303-291-9126
AJShaheen@hollandhart.com

s/ William L. Monts III
J. Robert Robertson
William L. Monts III
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C.  20004-1109
Tel.:  (202) 637-5600
Fax:  (202) 637-5910
E-Mail:  robby.robertson@hoganlovells.com
         william.monts@hoganlovells.com
**ATTORNEYS FOR DEFENDANT**

### CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2011, the foregoing was served to the recipients below **via hand delivery**.  I have also caused the foregoing to be presented to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Kenneth R. Bennington
Kathleen E. Craigmile
Adam F. Aldrich
BENNINGTON JOHNSON
BIERMANN & CRAIGMILE, LLC
370 17th Street, Suite 3500
Denver, CO 80202
(303) 629-5200
krb@benningtonjohnson.com
kec@benningtonjohnson.com

s/ Susanne Johnson _____

5323769_2.DOCX