# EXHIBIT 1



## ELECTRONIC FUNDS TRANSFER AUTHORIZATION AGREEMENT

| CUSTOMER INFORMATION | | SUNCOR ENERGY CUSTOMER ACCOUNT NUMBER |
|---|---|---|
| CUSTOMER NAME ("CUSTOMER") Western Convenience Stores, Inc. | | STATE |
| ADDRESS 9840 E Easter Ave. | CITY Centennial | CO   80012 |
| ACCOUNTING/EFT CONTACT NAME Chris Welvle | TELEPHONE 303 726-0340 | EFT FAX NUMBER 303 726 0345 |

Above named "Customer" hereby authorizes Suncor Energy (U.S.A.) Inc. and subsidiaries of Suncor Energy (U.S.A.) Inc. (collectively, "Suncor Energy") to originate Automated Clearing House electronic funds transfer credit/debit entries to "Customer's" account, indicated below, and hereby authorize the Depository Institution, named below, hereinafter called "Financial Institution" to accept and credit or debit the amount of such entries to the "Customer's" account.

| BANKING INFORMATION | | | BRANCH Downtown | |
|---|---|---|---|---|
| BANK NAME Vectra Bank | | | | |
| ADDRESS 1001 17th St   Ste 1160 | | | BANK ROUTING NUMBER 102003154 | CUSTOMER ACCOUNT NUMBER |
| CITY Denver | STATE CO | ZIP 80202 | PHONE 720-947-5076 | FAX |
| BANK CONTACT NAME James Friedberg | | | BANK AUTHORIZED SIGNATURE (IF REQUIRED BY BANK) | |

"Customer" shall be responsible for any loss which may arise by reason of any error, mistake or fraud regarding the information provided in this agreement, except losses incurred as a result of any error, mistake or fraud of Suncor Energy, its officers, directors, employees or agents. "Customer" may change any portion of the information provided under Bank Information by giving at least fifteen (15) days written notice to Suncor Energy at the address shown below.

This authority shall remain in effect until fifteen (15) days after Financial Institution, at address shown above, and Suncor Energy, at address shown below, have received written cancellation from "Customer". Notice of cancellation shall in no way affect credit or debit entries initiated prior to actual receipt and processing of notice. "Customer" understands that Suncor Energy may suspend this Agreement at any time.

"Customer" understands that the Automated Clearing House electronic funds transfer debit entry will only be accepted by Financial Institution if sufficient funds are available in "Customer's" account listed above and "Customer" agrees separately with Suncor Energy to maintain sufficient funds at all times in this account.

By signing this Authorization, "Customer" in no way relinquishes any legal right to dispute any item.

Customer Authorization:

Hassein Taraghi _____ / _____   President   5/16/2011
Authorized Name          Authorized Signature      Title        Date

Return this form to:  Suncor Energy (U.S.A.) Inc.
                      Customer Financial Services
                      Attn: Robert White
                      7800 E. Orchard Road
                      · Suite 300
                      Greenwood Village CO 80111
                      Telephone: 303 793 8080      Fax: 303 793 8054
Note: Please return a voided check for above-referenced bank account for verification.

EXHIBIT 1

# EXHIBIT 2

Treasury Information Report                                                            Page 1 of 2

  05/23/2011 10:07 AM ET                                    **SUNCOR ENERGY**
**CUSTOMER ID:** SUNCOR03                              ACH Return/NOC Report
**OPERATOR ID:** AUDREYSA                                   As of 05/23/2011

**Commercial Electronic Office®**                              **Treasury Information Reporting**

---

**File ID:** 1510403125                              Name: SUNCOR ENERGY USA INC
**Company ID:** 2510403125

### Settlement Summary

        Settlement Bank: 121000248          **Company:** SUNCOR ENERGY USA INC
        Settlement Account: ...

    Returned Items:
    (Includes Redeposited and Dishonored Totals below.)
                                Account 4945069219 will be debited     436,710.80 on 05/23/2011

---

### Transaction Detail

| Returns Individual ID Name | Eff Date Desc Date | Acct Type Tran Type | Amount | Reason Cd / Desc Original Trace No |
|---|---|---|---|---|
| | 05/19/2011 | DDA DB | 436,710.80 | R01/INSUF FUND 091000013168007 |
| WESTERN CONVENIENCE Receiving RDFI: 102003154 Co Entry Desc: SUNCOR Comments: | | Account No: Return Trace No: 102003152631834 | | |

*Vectra Bank*

### Transaction Recap

|  | Debit Items | Debit Amount | Credit Items | Credit Amount |
|---|---|---|---|---|
| **Returns** | 1 | 436,710.80 | | .00 |

**File ID:** EDIMN00004                              Name: SUNCOR ENERGY
**Company ID:** 4510403125

### Settlement Summary

        Settlement Bank: 121000248          **Company:** SUNCOR ENERGY
        Settlement Account: ......

    Returned Items:
    (Includes Redeposited and Dishonored Totals below.)
                                Account          will be credited     140.12 on 05/23/2011

---

### Transaction Detail

**Returns**