IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation; WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs,

vs.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Defendant.

## SUNCOR'S WITHDRAWAL OF ITS MOTION TO DISMISS OR STAY THE SECOND THROUGH FIFTH CLAIMS FOR RELIEF OF PLAINTIFFS' COMPLAINT

Suncor Energy (U.S.A.) Inc. ("Suncor") hereby withdraws its Motion to Dismiss or Stay the Second Through Fifth Claims for Relief of Plaintiffs' Complaint. Simultaneous with this Withdrawal, Suncor will file its Answer and Counterclaim.

Dated: December 2, 2011

    Respectfully submitted,

    *s/ Anthony J. Shaheen*
    HOLLAND & HART LLP
    Post Office Box 8749
    Denver, CO  80201-8749
    Telephone: 303-295-8054
    Fax: 303-291-9126
    E-Mail:  ajshaheen@hollandhart.com

        *s/ William L. Monts III*
        J. Robert Robertson
        William L. Monts III
        HOGAN LOVELLS LLP
        555 Thirteenth Street, N.W.
        Washington, D.C.  20004-1109
        Telephone:  202-637-5600
        Fax:  202-637-5910
        E-Mail:  robby.robertson@hoganlovells.com
                william.monts@hoganlovells.com

        **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2011, the foregoing was served to the recipients below **via hand delivery**.  I have also caused the foregoing to be presented to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following email addresses:

Kenneth R. Bennington
Kathleen E. Craigmile
Adam F. Aldrich
BENNINGTON JOHNSON
BIERMANN & CRAIGMILE, LLC
370 17th Street, Suite 3500
Denver, CO 80202
(303) 629-5200


                                        s/ Susanne Johnson

5325885_1.DOCX