IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation; WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs,

vs.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Defendant.

## SUNCOR'S UNOPPOSED WITHDRAWAL OF ITS MOTION TO DISMISS OR STAY THE SECOND THROUGH FIFTH CLAIMS FOR RELIEF OF PLAINTIFFS' COMPLAINT

### CERTIFICATE OF COMPLIANCE WITH RULE 7.1(A)

The undersigned counsel for Suncor Energy (U.S.A.) Inc. ("Suncor") certifies that he conferred with counsel for Plaintiffs, Mr. Kenneth Bennington, on November 23, 28, and 30, 2011 regarding this Withdrawal. Counsel for Plaintiffs not only does not oppose this Withdrawal, but encourages it.

Suncor hereby withdraws its Motion to Dismiss or Stay the Second Through Fifth Claims for Relief of Plaintiffs' Complaint. Simultaneous with this Withdrawal, Suncor will file its Answer and Counterclaim.

Dated:  December 5, 2011

        Respectfully submitted,

        *s/ Anthony J. Shaheen*
        HOLLAND & HART LLP
        Post Office Box 8749
        Denver, CO  80201-8749
        Telephone: 303-295-8054
        Fax: 303-291-9126
        E-Mail:  ajshaheen@hollandhart.com

        *s/ William L. Monts III*
        J. Robert Robertson
        William L. Monts III
        HOGAN LOVELLS LLP
        555 Thirteenth Street, N.W.
        Washington, D.C.  20004-1109
        Telephone:  202-637-5600
        Fax:  202-637-5910
        E-Mail:  robby.robertson@hoganlovells.com
              william.monts@hoganlovells.com

        **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

  I hereby certify that on December 5, 2011, I have also caused the foregoing to be presented to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following email addresses:

Kenneth R. Bennington
Kathleen E. Craigmile
Adam F. Aldrich
BENNINGTON JOHNSON
BIERMANN & CRAIGMILE, LLC
370 17th Street, Suite 3500
Denver, CO 80202
(303) 629-5200


                 s/ Susanne Johnson

5325885_2.DOCX