IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation; WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs,

vs.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Defendant, Third-party plaintiff

vs.

HOSSEIN AND DEBRA LYNN TARAGHI

    Third-party defendants.

## WAIVER AND ACCEPTANCE OF SERVICE

The undersigned does hereby waive and accept service of the Third-Party Complaint Against Hossein and Debra Lynn Taraghi in the within matter on behalf of Hossein and Debra Lynn Taraghi being duly authorized to do so.

Dated:  January 20, 2012

s/ Kenneth R. Bennington

Kenneth R. Bennington
Kathleen E. Craigmile
Adam F. Aldrich
Bennington Johnson Biermann & Craigmile, LLC
370 17th Street, Suite 3500
Denver, CO  80202
Telephone:  303-629-5200
E-mail:  krb@benningtonjohnson.com
kec@benningtonjohnson.com
afa@benningtonjohnson.com
**ATTORNEYS FOR PLAINTIFFS and THIRD-PARTY DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2012, I have also caused the foregoing to be presented to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following email addresses:

Kenneth R. Bennington
Kathleen E. Craigmile
Adam F. Aldrich
krb@benningtonjohnson.com
kec@benningtonjohnson.com
afa@benningtonjohnson.com

s/ Susanne Johnson

5376364_1.DOCX