IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation,
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs,

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Defendant.

## PLAINTIFFS' UNOPPOSED MOTION TO AMEND COMPLAINT

Plaintiffs Western Convenience Stores, Inc. and Western Truck One, LLC (hereinafter collectively referred to as "Plaintiffs"), by and through their attorneys, Bennington Johnson Biermann & Craigmile, LLC, move as follows for leave to amend their Complaint:

### CERTIFICATION OF COMPLIANCE WITH D.C.COLO.LCivR 7.1.A

Pursuant to D.C.COLO.LCivR 7.1.A , the undersigned certifies that counsel for Plaintiffs have conferred with counsel for Defendant Suncor Energy (U.S.A) Inc. (hereinafter "Suncor") regarding this Motion and the relief set forth herein. The undersigned states that counsel for Suncor does not oppose the relief requested herein.

1.    Plaintiffs commenced this action on June 20, 2011 by filing their Complaint asserting claims for violation of 15 U.S.C. § 13(a) and related claims against Defendant Suncor (Doc. 1).

2. On November 17, 2011, the Court entered its Minutes regarding the scheduling conference held in this matter on the same day (Doc. 27). Such Minutes established as the deadline for joinder of parties and amendment of pleadings thirty days after a ruling on Suncor's Motion to Dismiss or January 31, 2012, whichever occurred later. *Id.* Suncor withdrew its Motion to Dismiss on December 5, 2011 (Doc. 34) and the Court granted the dismissal on December 6, 2011 (Doc. 35). As the Motion to Dismiss has been withdrawn, the deadline for joinder of parties and amendment of pleadings is January 31, 2012. Therefore, this motion to amend is filed within the time set by the Court for amendment of pleadings.

3. A copy of Plaintiffs' proposed Amended Complaint is filed herewith as Exhibit A. The Amended Complaint does not add claims or delete claims previously pled. Rather, it simply clarifies claims previously asserted and has been revised to reflect that the parties have no ongoing relationship.

4. Pursuant to Fed. R. Civ. P. 15 (a), leave to amend a complaint or other pleading "shall be freely given when justice so requires." Fed. R. Civ. P. 15(a). Denying leave to amend is warranted only upon a showing of undue delay, undue prejudice to the opposing party, bad faith or dilatory motive, failure to cure deficiencies by amendments previously allowed, or futility of amendment. *Frank v. U.S. West, Inc.,* 3 F.3d 1357, 1365 (10th Cir. 1993).

5. The discovery cut-off in this action is October 30, 2012, and no trial date has been set. None of the bases for denial of amendment are present here, and Suncor does not oppose the requested amendment. Accordingly, Plaintiffs respectfully request that the Court grant this Motion and accept Plaintiffs' proposed Amended Complaint for filing.

Dated: January 31, 2012

                                *s/ Kenneth R. Bennington*

                                Kenneth R. Bennington
                                Kathleen E. Craigmile
                                Adam F. Aldrich
                                BENNINGTON JOHNSON
                                BIERMANN & CRAIGMILE, LLC
                                370 17th Street, Suite 3500
                                Denver, CO 80202
                                (303) 629-5200

                                *Attorneys for Plaintiffs*


## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2012, copies of the foregoing **PLAINTIFFS' UNOPPOSED MOTION TO AMEND COMPLAINT** were served on the following parties via the CM/ECF e-filing system:

| | |
|---|---|
| Anthony J. Shaheen | J. Robert Robertson |
| Keeya M. Jeffrey | William L. Monts III |
| Holland & Hart LLP | Hogan Lovells US LLP |
| 555 17th Street, Suite 3200 | 555 Thirteenth Street, N.W. |
| Denver, CO 80201-8749 | Washington, D.C. 20004-1109 |
| AJShaheen@hollandhart.com | robby.robertson@hoganlovells.com |
| KMJeffrey@hollandhart.com | william.monts@hoganlovells.com |

                                *s/ Marie Newberger*