IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation; WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs and Counterclaim Defendant,

vs.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Defendant, Counterclaimant, Third-Party Plaintiff,

vs.

HOSSEIN and DEBRA LYNN TARAGHI,

    Third-Party Defendants.

## MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

The parties, through the undersigned counsel for Suncor Energy (U.S.A.) Inc. ("Suncor"), move for the entry of the attached stipulated Protective Order.

### CERTIFICATE OF COMPLIANCE WITH RULE 7.1(A)

The undersigned counsel for Suncor certifies that he conferred with counsel for Plaintiffs and Third Party Defendants, Mr. Kenneth Bennington, and that he agrees with and joins in this Motion for Entry of Stipulated Protective Order and has authorized the undersigned to so state.

As further grounds for this Motion, the parties state as follows:

1. On November 1, 2011, the parties filed their proposed Scheduling Order [#25] in which they stated in Section 6(f) that they had agreed on most of the terms of a protective order but could not agree on a few terms which they requested Magistrate Shaffer to resolve. The protective order was attached as Exhibit B to the proposed Scheduling Order.

2. Magistrate Shaffer ruled on the dispute and also directed the parties to make other changes to their proposed protective order, after which he said he would enter the protective order. The parties made the changes the Magistrate directed. Attached as Exhibit 1 is a redlined version of the original protective order showing all the changes that were made. A clean, non-redlined version is attached as Exhibit 2.

3. Accordingly, the parties move for the entry of the Protective Order attached as Exhibit 2 to this Motion.

Dated February 24, 2012

Respectfully submitted,

*s/Anthony J. Shaheen*
HOLLAND & HART LLP
Post Office Box 8749
Denver, CO  80201-8749
Phone: 303-295-8054
Fax: 303-291-9126
AJShaheen@hollandhart.com

*s/ William L. Monts III*
J. Robert Robertson
William L. Monts III
HOGAN LOVELLS LLP
555 Thirteenth Street, N.W.
Washington, D.C.  20004-1109
Telephone:  202-637-5600
Fax:  202-637-5910
E-Mail:  robby.robertson@hoganlovells.com

-3-

william.monts@hoganlovells.com
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

      I hereby certify that on 2/24/2012, I have caused to be electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

Kenneth R. Bennington
Kathleen E. Craigmile
Adam F. Aldrich
krb@benningtonjohnson.com
kec@benningtonjohnson.com
afa@benningtonjohnson.com

                                                 *s/ Susanne Johnson*

5430907_1.DOCX