**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation;
WESTERN TRUCK ONE, LLC, a Colorado limited liability company

    Plaintiffs,

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Defendant.

---

**PROPOSED ORDER GRANTING NON-PARTY, DILLON COMPANIES, INC.'S, MOTION TO QUASH OR MODIFY SUBPOENA**

---

The Court, having been advised of the premises, does hereby GRANT Dillon Companies, Inc.'s Motion to Quash or Modify Plaintiff's Subpoena and Orders the following:

_____

_____

_____

_____


DATED this _____ of May 2012.

                                        Hon._____
                                        U. S. District Court for the District of Colorado