**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation;
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs and Counterclaim Defendant,

vs.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Defendant, Counterclaimant, Third-Party Plaintiff,

HOSSEIN and DEBRA LYNN TARAGHI,

    Third-Party Defendants.

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT SUNCOR TO FILE ITS RESPONSE TO PLAINTIFFS' MOTION TO COMPEL

Suncor Energy (U.S.A.) Inc. ("Suncor"), through its counsel Holland & Hart, LLP, submits the following Unopposed Motion for Extension of Time for Defendant to file its Response to Plaintiffs' Motion to Compel, and in support thereof, states as follows:

**Certification Pursuant to D.C. Colo.L.CivR. 6.1 and 7.1**

Undersigned counsel has conferred with counsel for Plaintiffs who has authorized undersigned to represent that Plaintiffs have no objection to the relief requested in this Motion. Additionally, undersigned certifies that this motion has been served upon Defendant's representative as indicated below.

1. On May 2, 2012, Plaintiffs filed a Motion to Compel financial statements and accounting data. Defendants' Response to the Motion to Compel is due May 29, 2012.

2. Given the complexity of the documents underlying Plaintiffs' Motion to Compel, Counsel for Defendant requires additional time to respond to the Motion.

3. Defendant submits that no prejudice will result should the Court grant this Motion. Further, Defendant has not previously requested an extension of time to file the Response. Defendant will file the Response to Plaintiffs' Motion to Compel on or before June 1, 2012.

Dated May 25, 2012

Respectfully submitted,

*s/Anthony J. Shaheen*
HOLLAND & HART LLP
Post Office Box 8749
Denver, CO  80201-8749
Phone: 303-295-8054
Fax: 303-291-9126
AJShaheen@hollandhart.com
**ATTORNEYS FOR DEFENDANT**

-3-

# CERTIFICATE OF SERVICE

      I hereby certify that on May 25, 2012, I served the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT SUNCOR TO FILE ITS RESPONSE TO PLAINTIFFS' MOTION TO COMPEL**, by causing the foregoing to be presented to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following email addresses:

Kenneth R. Bennington
Kathleen E. Craigmile
Adam F. Aldrich
BENNINGTON JOHNSON BIERMANN & CRAIGMILE, LLC
370 17th Street, Suite 3500
Denver, CO 80202
krb@benningtonjohnson.com
kec@benningtonjohnson.com
afa@benningtonjohnson.com

                                                *s/Anthony Shaheen*

      Additionally, I certify that I simultaneously caused to be served a copy of the foregoing document to the following by electronic mail:

Michael E. Korenblat, Esq.
Suncor Energy (U.S.A.) Inc.
717 17th Street, 29th Floor
Denver, CO 80202
mkorenblat@suncor.com

                                                *s/Anthony Shaheen*

5616446_1.DOCX