**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation;
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs and Counterclaim Defendant,

vs.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Defendant, Counterclaimant, Third-Party Plaintiff,

HOSSEIN and DEBRA LYNN TARAGHI,

    Third-Party Defendants.

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT SUNCOR TO FILE ITS RESPONSE TO PLAINTIFFS' MOTION TO COMPEL

This matter comes before the Court on the Unopposed Motion for Extension of Time for Defendant Suncor to File its Response to Plaintiffs' Motion to Compel. Having reviewed the Motion and being sufficiently advised in the premises, the Court herewith GRANTS the Motion. Defendant Suncor will have up to and including June 1, 2012 to file its Response to Plaintiffs' Motion to Compel.

    Dated: _____

                                                                     _____
                                                                     UNITED STATES MAGISTRATE JUDGE

5616560_1.DOCX