IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation;
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs and Counterclaim Defendant,

vs.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Defendant, Counterclaimant, Third-Party Plaintiff,

HOSSEIN and DEBRA LYNN TARAGHI,

    Third-Party Defendants.

## AFFIDAVIT OF MARK CONNER

Mark Conner, being duly sworn, states as follows:

1.    My name is Mark Conner. My current title is Manager, Refining and Marking Accounting – U.S. I work for Suncor Energy Services Inc., an affiliate of Defendant Suncor Energy (U.S.A.) Inc. ("Suncor"). In my current role, I am responsible for managing the accounting team that supports Suncor's U.S. business. I have worked for Suncor or one of its affiliates since August, 2003. My business address is 717 17th Street, Suite 2900, Denver, Colorado 80202.

2.    Suncor uses the enterprise software SAP for its business, including for its financial data. I have experience working with SAP since 1999, including its finance module. I have been involved in four separate

implementations of different SAP systems. Through this work, I have developed a thorough understanding of SAP processes and the interface of different SAP modules with SAP financial data. I further understand the time and resources that it takes to generate, sort, and review financial and customer data from SAP.

3. I have reviewed the First Set of Interrogatories and Requests for Production of Documents to Defendant, dated February 28, 2012, prepared by Western Convenience Stores, Inc. and Western Truck One, LLC (collectively, "Plaintiffs"). I have also reviewed Plaintiffs' Motion to Compel filed on May 2, 2012, which seeks to require Suncor to provide financial data in response to Plaintiffs' Request of Production ("Request") Nos. 3, 4, 5, 6, 7, 8, 9, and 10.

## Request for Production Nos. 5, 8, and 9

4. It would be extremely expensive and time consuming for Suncor to produce the data in response to Request Nos. 5, 8, and 9. Suncor does not have the staff in-house that could be taken off their regular daily assignment to assemble the information Plaintiffs are requesting. As explained further in the paragraphs below, I estimate that it would take two contractors, each working eight hours, five days a week, approximately 75 working days to produce the information to respond to Request Nos. 5, 8, and 9. The hourly rate for an appropriate information technology ("IT") contractor is approximately $200 per hour, and the hourly rate for an appropriate accounting analyst contractor is approximately $70 per hour.

5.  Request No. 5 calls for the production of "all adjusting, reversing, and closing journal entries" for 5 years (2007 – 2011) regarding approximately 65 of Suncor's customers. In order to produce the requested information, Suncor would be required to pull and then sort through hundreds of thousands of journal entries relating to each of its fuel sales during this period. Suncor does not have the staff necessary to produce the information requested, and would have to hire, at least, two contractors to perform the work. Specifically, Suncor would require an IT contractor to pull the source data, and a separate financial or accounting analyst contractor to sort through and cull the data. Based on my experience and understanding of the scope of work involved, I estimate that it would take these two contractors, each working eight hours, five days a week, approximately 30 working days to produce the information sought pursuant to Request No. 5.

6.  Request No. 8 calls for "all cash receipt, disbursement or other journal entries" for 5 years (2007 – 2011) regarding approximately 65 of Suncor's customers. Suncor would be required to pull and then sort through hundreds of thousands of journal entries relating to its cash receipts and cash payments during this period. Suncor does not have the staff necessary to produce the information requested, and would have to hire, at least, two contractors to perform the work. Specifically, Suncor would require an IT contractor to pull the source data, and a separate financial or accounting contractor to sort through and cull the data. Based on my experience and understanding of the scope of work involved, I estimate that it would take these two contractors, each working eight hours, five days a week, approximately 30

working days to produce the information sought pursuant to Request No. 8. This is in addition to the time required to complete the work required under Request No. 5.

7. Request No. 9 calls for "monthly aged accounts receivable and payable data" for 5 years (2007-2011) regarding approximately 65 of Suncor's customers. Suncor does not have the staff necessary to produce the information requested, and would have to hire, at least, two contractors to perform the work. Specifically, Suncor would require an information technology ("IT") contractor to pull the source data, and a separate financial or accounting contractor to sort through and cull the data. Based on my experience and understanding of the scope of work involved, I estimate that it would take these two contractors, each working eight hours, five days a week, approximately 15 working days to produce the information sought pursuant to Request No. 9. This is in addition to the time required to complete the work required under Request Nos. 5 and 8. Based on the estimated hourly rates provided in the paragraphs above, the total cost for the two contractors to complete all the work required to respond to Request Nos. 5, 8, and 9 would be approximately $162000.

**Request for Production Nos. 3, 4, 6, 7, and 10.**

8. As discussed in the paragraphs below, the information sought pursuant to Request Nos. 3, 6, 7, and 10 would be irrelevant to determining pricing or discounts provided to Suncor's gasoline and diesel fuel customers. In addition, Request No. 4 seeks irrelevant information in that it requests "all"

charts of accounts, and not just those relating to the approximately 65 Suncor customers at issue.

9.  Request No. 3 calls for "all" Suncor "Financial Statements" for five years (2007-2011). "Financial Statements" are defined by Plaintiffs as "all monthly, quarterly or annual financial statements, audited and unaudited, including all balance sheets, profit & loss statements, and cash flow statements." As an initial matter, Suncor reports on a consolidated basis with its affiliates, and does not have separate audited financial statements. Suncor's practice is only to prepare unaudited financial statements on an annual basis. From its SAP database, Suncor can generate unaudited balance sheets and profit and loss statements on a monthly, quarterly, and annual basis. The information contained in these reports would reflect Suncor's aggregated business, and would not be relevant to pricing or discounts relating to gasoline or fuel sales.

10. Request No. 4 calls for "all" charts of accounts used by Suncor for five years (2007-2011). This request is not limited to the approximately 65 customers at issue. Suncor has thousands of general ledger accounts, and only a small fraction of those relate to the customers to whom Suncor sells gasoline and diesel fuel.

11. Request No. 6 calls for "all trial balances" for five years (2007-2011) regarding approximately 65 of Suncor's customers. This financial information is at a high level, and relates to Suncor's entire business – which is not limited to just gasoline and diesel fuel sales – but instead reflects, among other things, our refinery and other operating expenses, capital expenses,

depreciation on assets, and sales of jet fuel, asphalt, LPGs, and other petroleum products and by-products. The information contained on Suncor's trail balance would not be relevant to pricing or discounts of gasoline and fuel sales.

12. Request No. 7 calls for "all general ledgers" for five years (2007-2011) regarding approximately 65 of Suncor's customers. This financial information is at a high level, and relates to Suncor's entire business – which is not limited to gasoline and diesel fuel sales. The information contained on Suncor's general ledgers would not be relevant to pricing or discounts of gasoline and fuel sales. In addition, the trail balances mentioned in 11 and the general ledgers are the same documents in Suncor's SAP system.

13. I estimate it would take one accounting analyst contractor, working eight hours a day, approximately 7 working days to gather and produce the information requested in response to Request Nos. 3, 4, 6, and 7. Based on the estimated hourly rate for this type of contractor, the total cost of this work would be approximately $3,920.

14. Request No. 10 calls for all independent auditor reports "referring to or containing data regarding" approximately 65 of Suncor's customers. Suncor's financial audit reports are prepared on a consolidated basis, and thus relate to the consolidated financials of all of Suncor's affiliates worldwide. They are not likely to refer to any specific transactions, pricing, or discounts involving the approximately 65 Suncor customers at issue.

Dated: June 1, 2012.

*Mark Conner*
Mark Conner

STATE OF COLORADO  )
                   )ss.
COUNTY OF DENVER   )

Subscribed and sworn to before me in the county of Denver, Colorado, this 1st day of June, 2012.

Witness my hand and official seal.

My commission expires: 4/25/2016

*[Notary Seal: NAOMI N LUCERO, NOTARY PUBLIC, STATE OF COLORADO, MY COMMISSION EXPIRES 4/25/2016]*

Notary Public