# EXHIBIT B

STEVEN EWING - MARCH 8, 2012

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., A Colorado
corporation, WESTERN TRUCK ONE, LLC, a Colorado limited
liability company,
Plaintiffs,
vs.
SUNCOR ENERGY (U.S.A.) INC., A DELAWARE CORPORATION,
Defendant, Third-party plaintiff

vs.

HOSSEIN AND DEBRA LYNN TARAGHI,
Third-party defendants.
-----------------------------------------------------
DEPOSITION OF STEVEN EWING
March 8, 2012
-----------------------------------------------------
Deposition location:
370 17th Street, Suite 3500
Denver, Colorado 80202
APPEARANCES:
    Kenneth R. Bennington, Esq.
    Kathleen E. Craigmile, Esq.
    Bennington Johnson Biermann & Craigmile
    370 17th Street, Suite 3500
    Denver, Colorado 80202
    Phone: (303) 629-5200
  For Western and the Taraghis
    Anthony J. Shaheen, Esq.
    Holland & Hart, LLP
    555 17th Street, Suite 3200
    Denver, Colorado 80202
    Phone: (303) 295-8054
  For Suncor Energy

ALSO PRESENT: None

Page 2

APPEARANCES (CONTINUED):
    Michael E. Korenblat, Esq.
    Suncor Energy Services, Inc.
    717 17th Street, Suite 2900
    Denver, Colorado 80202
    Phone: (303) 793-8052
  For Suncor Energy

    William L. Monts, III, Esq.
    Hogan Lovells
    555 Thirteenth Street, NW
    Columbia Square
    Washington, D.C. 20004
    Phone: (202) 637-5600
  For Suncor Energy

Page 3

1    The deposition of STEVEN EWING, called for
2 examination by the Plaintiff Western, was taken in
3 the offices of Bennington Johnson Biermann &
4 Craigmile, LLC, 370 17th Street, Suite 3500, Denver,
5 Colorado, commencing at 1:56 p.m. on the 8th day of
6 March, 2012, before Rebecca J. Collings of Avery
7 Woods Reporting Service, Inc., 455 Sherman Street,
8 Suite 250, Denver, Colorado 80203, a Registered
9 Professional Reporter and a Notary Public in and for
10 the State of Colorado, pursuant to the Colorado
11 Rules of Civil Procedure.
12                **********
13           INDEX OF EXAMINATION
                                PAGE
14 EXAMINATION BY MR. BENNINGTON        4
15
              INDEX OF EXHIBITS
16 EXHIBIT NO.              PAGE REFERENCED
17  2   Master Product Purchase and Sale    23
        Agreement
18
    11  Confirmation of Purchase/Sale       26
19      Agreement
20  18  String of emails                    51
21  22  Email regarding matching a          55
        discount
22
    23  Page from Suncor website            16
23
    26  Invoice # 91938278                  77
24
25

Page 4

1            STEVEN EWING,
2 being first duly sworn to state the truth, the whole
3 truth, and nothing but the truth, testified under oath
4 as follows:
5              EXAMINATION
6 BY MR. BENNINGTON:
7      Q   Good afternoon, Mr. Ewing.  As you know,
8 my name is Ken Bennington.  I represent Western
9 Convenience Stores.  And you are here to testify in a
10 suit brought by Western against your employer, Suncor
11 Energy U.S.A.  Is that your understanding?
12     A   It is.
13     Q   Have you ever had your deposition taken
14 before?
15     A   No.
16     Q   Well, I'm sure Mr. Shaheen has explained
17 to you the drill.
18     A   He has.
19     Q   If you're uncertain about what I'm
20 getting to, the question I'm asking or anything, let me
21 know because it doesn't do us any good if we're
22 confused.
23     A   Absolutely.
24     Q   Your job at Suncor is what?
25     A   I'm the director of rack forward sales

1 (Pages 1 to 4)

STEVEN EWING - MARCH 8, 2012

Page 53

1    A    Correct.
2    Q    Who could buy fuel from ConocoPhillips?
3    A    They couldn't buy under -- my guys
4  couldn't buy fuel from ConocoPhillips.
5    Q    Yeah, but I'm talking about the others.
6    A    Yeah, the ConocoPhillips --
7    Q    Right.
8    A    The ConocoPhillips guys --
9    Q    They could have bought this fuel from
10 Shellhorse.  And in order to get them to buy the fuel
11 from you, you had to meet his discount?
12   A    No.
13   Q    Okay.  Explain it to me.
14   A    ConocoPhillips has their brand, Conoco,
15 and they have marketers on the branded side and they
16 sell fuel to them.  They offered that discount to their
17 branded marketers.  To meet competition on the branded
18 side, I offered that discount to my branded marketers.
19 My branded marketers can only buy from me and his
20 branded marketers could only buy from him.
21        It's kind of like if you take a Mercedes
22 into a Ford dealership, they're not probably going to
23 service it very well.  They know how to -- usually you
24 want to take that Mercedes into a Mercedes dealership.
25 These guys are obligated to buy from me.

Page 54

1    Q    So if they're obligated to by from you,
2  why bother to meet the ConocoPhillips price?  To keep
3  them happy?
4    A    When things are new, folks remembered if
5  you matched competition.
6    Q    And I'm not suggesting there's anything
7  wrong with it.  I'm trying to understand it.
8    A    Absolutely.
9    Q    It just would be bad form with your guys
10 to be charging them a nickel more than ConocoPhillips
11 is charging their guys?
12   A    Yeah.
13   Q    Okay.  Let's go to Exhibit 19.  And
14 again, I'm trying to understand the structure of how
15 this decision-making process works.  Here's an email
16 from you to others.  Wait a minute.  This is not --
17 we're not on that subject.  This is something we'll
18 cover later.  It's not the subject of today.  You
19 understand there's certain subjects we can cover today?
20   A    That's what I understand.
21   Q    And you get the joy of coming back here
22 at some point.
23   A    That's what I understand.
24   Q    But by then you'll be really good at
25 this.

Page 55

1    A    I don't know.
2        MR. SHAHEEN:  Don't say what you're
3  thinking.
4        (Whereupon, Deposition Exhibit No. 22 is
5  referenced.)
6    Q    (BY MR. BENNINGTON) All right.  Let's go
7  to Exhibit 22.  Is this email -- first of all, let me
8  ask you:  Doug Vejnar, where does he fit into the
9  organization?
10   A    He's a -- he's now a wholesale
11 coordinator, but in 2011 he was a wholesale team lead.
12   Q    All right.  Moss would have reported to
13 him?
14   A    Yes, sir.
15   Q    So in April of 2011, tell me what's going
16 on here.
17   A    We are matching a ConocoPhillips -- we're
18 still matching a ConocoPhillips discount.
19   Q    So this -- well, as you say here, this
20 discount applies to branded gasoline?
21   A    That's correct.
22   Q    What is the meaning of the term in
23 parentheses, off invoice?
24   A    That means when they pick it up it will
25 be off -- the discount will be off the invoice.

Page 56

1    Q    So it doesn't mean it won't appear in the
2  invoice.  It means it will be deducted from the
3  invoiced amount?
4    A    That's -- yes.
5    Q    Now, the 244 branded stores that Suncor
6  supplies --
7        MR. SHAHEEN:  I think it's only 225.
8        MR. BENNINGTON:  All right.  Thanks.
9  You're right.  225.  Your website says that.  225.
10   Q    (BY MR. BENNINGTON) Are those stores
11 all -- do they all have master agreements or at least
12 the owners of those agreements have master agreements?
13   A    I don't know if all of them have master
14 agreements.  I haven't physically seen all of them.
15 But it would be our procedure and practice to have
16 those have master agreements.
17   Q    And I think you told me that these
18 225 stores are independents who are licensed from
19 either Shell or Phillips 66?
20   A    Yes.
21   Q    So one guy, one company may own half a
22 dozen sites or may own just one?
23   A    That's right.
24   Q    I've got that right?
25   A    Yes.

14 (Pages 53 to 56)

Avery Woods Reporting Services, Inc., (303) 825-6119