# EXHIBIT C

VANCE KOPP - MARCH 8, 2012

## Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., A Colorado
corporation, WESTERN TRUCK ONE, LLC, a Colorado limited
liability company,
Plaintiffs,
vs.
SUNCOR ENERGY (U.S.A.) INC., A DELAWARE CORPORATION,
Defendant, Third-party plaintiff

vs.

HOSSEIN AND DEBRA LYNN TARAGHI,
Third-party defendants.
-----------------------------------------------------
DEPOSITION OF VANCE KOPP
March 8, 2012
-----------------------------------------------------
Deposition location:
370 17th Street, Suite 3500
Denver, Colorado 80202
APPEARANCES:
    Kenneth R. Bennington, Esq.
    Kathleen E. Craigmile, Esq.
    Bennington Johnson Biermann & Craigmile
    370 17th Street, Suite 3500
    Denver, Colorado 80202
    Phone: (303) 629-5200
For Western and the Taraghis
    Anthony J. Shaheen, Esq.
    Holland & Hart, LLP
    555 17th Street, Suite 3200
    Denver, Colorado 80202
    Phone: (303) 295-8054
For Suncor Energy

ALSO PRESENT:  None

## Page 2

1  APPEARANCES (CONTINUED):
2      Michael E. Korenblat, Esq.
       Suncor Energy Services, Inc.
3      717 17th Street, Suite 2900
       Denver, Colorado 80202
4      Phone: (303) 793-8052
    For Suncor Energy
5
       William L. Monts, III, Esq.
6      Hogan Lovells
       555 Thirteenth Street, NW
7      Columbia Square
       Washington, D.C. 20004
8      Phone: (202) 637-5600
    For Suncor Energy
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## Page 3

1        The deposition of VANCE KOPP, called for
2  examination by the Plaintiff Western, was taken in
3  the offices of Bennington Johnson Biermann &
4  Craigmile, LLC, 370 17th Street, Suite 3500, Denver,
5  Colorado, commencing at 1:23 p.m. on the 8th day of
6  March, 2012, before Rebecca J. Collings of Avery
7  Woods Reporting Service, Inc., 455 Sherman Street,
8  Suite 250, Denver, Colorado 80203, a Registered
9  Professional Reporter and a Notary Public in and for
10  the State of Colorado, pursuant to the Colorado
11  Rules of Civil Procedure.
12                **********
13            INDEX OF EXAMINATION
14                  PAGE
   EXAMINATION BY MR. BENNINGTON              3
15
16            INDEX OF EXHIBITS
17  EXHIBIT NO.              PAGE REFERENCED
18  25    Deposition Notice for 3/8/12       7
19
20
21
22
23
24
25

## Page 4

1            VANCE KOPP,
2  being first duly sworn to state the truth, the whole
3  truth, and nothing but the truth, testified under oath
4  as follows:
5            EXAMINATION
6  BY MR. BENNINGTON:
7        Q   Good afternoon, Mr. Kopp.  As you know,
8  my name is Ken Bennington.  I represent Western
9  Convenience Stores.  And I'm sure you know there's a
10  lawsuit between your company, Suncor, and Western.  And
11  you've been designated to appear today to answer some
12  questions that have been posed to the company, that is
13  Suncor.  Is that your understanding?
14        A   Yes.
15        Q   Have you ever done this before?
16        A   Once.
17        Q   Oh, you're a veteran, then.  Start out by
18  telling me what is your job?
19        A   I'm currently a consultant for Weaver &
20  Tidwell.  I was a former employee of Suncor.
21        Q   Okay.  And when did you make that change?
22        A   A year ago.
23        Q   When you were still employed by Suncor,
24  what was your job when you left?
25        A   I'm trying to think of the exact title,

VANCE KOPP - MARCH 8, 2012

Page 5

1  not that I'm hesitating. It was the title of Fuel
2  Quality Specialist.
3      Q   How long had you worked for Suncor?
4      A   I started in September 2003, so
5  approximately seven and a half years.
6      Q   And go back from when you left, were you
7  always a Fuel Quality Specialist?
8      A   Essentially. The titles changed; the
9  responsibilities didn't.
10      Q   I'm guessing you have a degree in
11  chemical engineering?
12      A   I have a bachelor's degree in chemistry
13  and a master's in fuel engineering, specialized fuel
14  and chemical engineering.
15      Q   Where did you get your master's?
16      A   The University of Utah.
17      Q   And you just told me you left Suncor and
18  you're now a consultant.
19      A   Correct.
20      Q   Tell me the name of the firm again.
21      A   It's called Weaver & Tidwell, LOP.
22  They're a Houston-based firm.
23      Q   And what is the business of Weaver &
24  Tidwell?
25      A   Predominately they're an accounting firm.

Page 6

1  They have a consulting -- a fuels energy consulting
2  division in Houston that does a lot of work around
3  regulatory compliance and attestation for that work.
4      Q   And what are you doing with that firm?
5  What's your specific area?
6      A   I do not do any auditing for account --
7  I'm not an accountant. We typically consult for
8  companies helping them comply with regulatory harms
9  from the federal government on gasoline, diesel, any
10  other products, specifically petroleum products.
11      Q   Do you know a firm in Texas named
12  Turner Mason?
13      A   Very well.
14      Q   Do you know a guy named Lynn Westfall?
15      A   I know of him. I don't know him
16  personally, but I know of him.
17      Q   Is there -- as you understand it, is
18  their consulting work broader in terms of
19  non-accounting matters than your firm?
20      A   I don't have an opinion.
21      Q   Don't know?
22      A   Don't know. Yeah.
23      Q   Okay. Well, you've been designated to
24  respond to two questions --
25      A   Okay.

Page 7

1      Q   -- that have been posed to the company.
2  I'm sure it's been explained to you that you're
3  testifying on behalf of the company to answer these
4  questions.
5      A   Yes.
6          (Whereupon, Deposition Exhibit No. 25 is
7          referenced.)
8      Q   (BY MR. BENNINGTON) So what I'd like you
9  to do -- first of all, we've marked Exhibit 25. Look
10  at Exhibit 25 and go to question -- I got myself lost
11  here -- 15 and 16. It's all to do with the chemical
12  differences or qualitative differences involving fuel.
13  And I can tell from the job you used to have and your
14  education this is right up your alley, right?
15      A   Yes.
16      Q   All right. The first question is what's
17  the difference between -- and let's put a time frame on
18  this. I don't want to go back in ancient history, but
19  let's say beginning in January of 2007 forward. And if
20  there's an evolution, if things changed in there,
21  you're going to have to tell us.
22      A   Okay.
23      Q   We're confining ourselves to that time
24  frame. But during that time frame, can you tell us
25  what at Suncor was the difference between branded and

Page 8

1  unbranded fuel?
2      A   The two fuels are different in several
3  different ways. Maybe we can begin with the higher the
4  carbon portion and then we'll talk about the
5  performance, if that's reasonable.
6          Hydrocarbon based fuel is sourced from
7  the same tankage. The reason they become different
8  between branded and unbranded and why they're
9  designated that way is the amount or type of additives
10  that are used in that fuel and what the function of
11  those additives would be in the marketplace for that
12  particular customer.
13          People have different marketing
14  objectives and there are governmental requirements for
15  each of these fuels that they have to have a minimal
16  level of these additives. So it gives you the
17  opportunity to utilize the available additives to
18  market a fuel or produce a fuel that has the attributes
19  with which you want to claim it has. So that's a very
20  simple, if you will, separation of why those two are
21  different.
22      Q   In previous testimony I think the term
23  raw gasoline was used. Is that what -- would that be a
24  term you would use for gasoline before it is mixed with
25  additives?

Avery Woods Reporting Services, Inc., (303) 825-6119

VANCE KOPP - MARCH 8, 2012

Page 9

1    A    It's one that's used.  I don't know if I
2  would use it or not.
3        Q    What would you use?
4        A    You can use fungible gasoline, pipeline
5  grade gasoline.  There's a multitude of descriptors for
6  that, but typically the best one in my mind is
7  unadditized typically.
8        Q    All right.  And from the point at which
9  unadditized fuel is ready to go into the delivery
10  system, the differences become that of additives and --
11  well, as -- do you consider ethanol an additive?
12       A    Some definitions do call ethanol an
13  additive, some do not.  Again, it's -- what you're
14  deciding is your basis for additive.
15       Q    All right.
16       A    The federal government views ethanol as
17  an additive.  Most of us otherwise do not.
18       Q    First of all, what differentiates --
19  let's do this.  This may be easiest.  What
20  differentiates, chemically, regular from premium
21  gasoline?
22       A    Those would be referring to octane
23  differences.
24       Q    Yes.
25       A    Those typically are of hydrocarbon

Page 10

1  nature.  You can get to different octane levels using
2  different constituents.  They may be identical.  We may
3  be able to see them as far as higher carbon makeup, and
4  they may not.  It's based upon the refiners available,
5  feedstocks, and components they can blend with.
6        Q    What is the most typical way at Suncor
7  unadditized fuel is blended in to becoming premium
8  fuel?
9            (Whereupon, the reporter asked for
10  clarification.)
11       A    May I ask you to clarify?  You're saying
12  what methodology did they use to become premium fuel?
13       Q    (BY MR. BENNINGTON) What components?
14       A    What components.  Components for Suncor
15  to make premium fuel exist as mainly what we refer to
16  as reformate.  It has the highest octane component
17  available to Suncor refineries there.  So predominantly
18  that grade would consist of reformate and blends of
19  other components.
20       Q    Does ethanol have anything to do with
21  changing the octane rating?
22       A    Absolutely.  Yeah.
23       Q    So it's a combination of those things?
24       A    As all octane measurement is a
25  combination of all blend stocks, correct.

Page 11

1        Q    So is it accurate to think that -- think
2  of unadditized fuel is one of the -- one means of
3  differentiating or -- yeah, differentiating fuel would
4  be at that level you have 85 octane and whatever the
5  octane rating is for premium?
6        A    That's one differentiation.  There are
7  others, but that is one reason you would store them
8  separately, for instance.
9            (Whereupon, Mr. Steve Ewing joined the
10  proceedings.)
11       Q    (BY MR. BENNINGTON) Where in the process
12  between the source of unadditized fuel and the truck
13  taking delivery of it is the -- are the additives --
14  first of all, the octane additives put in and then
15  later on the other additives?
16       A    Let's discuss octane first.  The base
17  hydrocarbon fuel would be blended to a certain level
18  with the understanding that it would be blended with
19  ethanol to complete the octane carbon for that fuel.
20  So those would be blended in the refinery typically in
21  a storage tank and designated as whatever grade they
22  may be, whether you refer to that as regular or
23  premium.
24       Q    Okay.
25       A    Those products make their way to the

Page 12

1  truck loading racks and there they're additized, and
2  that provides the finished product for the customers to
3  take out of the facility.
4        Q    We've looked at invoices and so forth for
5  say conventional 85 octane and the word "G" is there
6  which I'm told means generic.
7        A    Correct.
8        Q    What in addition to the octane-changing
9  additives and ethanol is put into G-grade gasoline?
10       A    In G-grade gasoline, the minimum amount
11  of additives that are required by the federal
12  government are added to that fuel.
13       Q    And what are they?
14       A    They are deposit control additives.  They
15  form a couple different functions, but mainly you can
16  roll them up in that functionality called deposit
17  control.  That's engine deposit control.
18       Q    Essentially to keep fuel injectors from
19  gumming up?
20       A    Not necessarily at that level,
21  unfortunately.
22       Q    Okay.  All right.  Well, I won't get into
23  that part although I'm interested.  I take it there's
24  more than one additive --
25       A    There can be multiple --

3 (Pages 9 to 12)

VANCE KOPP - MARCH 8, 2012

**Page 13**

1  Q  -- at the G level?
2  A  There can be.  Now, are we talking about
3  Suncor's facility?
4  Q  Suncor G fuel.
5  A  There is a single additive used.
6  Q  What is that?
7  A  That is referred to -- during this period
8  of time that I'm aware of, it was referred to as
9  HiTEC 6560 and 6590.
10  Q  And what would be the decision-making
11  process as to which to use, or is there always both
12  used?
13  A  Those were an evolutionary fuel.  There
14  was a prior product of the current version.
15  Q  And HiTEC is supplied by a vendor to
16  Suncor?
17  A  That's correct.  It's a brand name.
18  Q  So today it would be the -- well, let's
19  say in 2011, which of the HiTEC products was used as
20  that base additive?
21  A  And you're -- the only reason I hesitate
22  for a moment is because as I mentioned to you, I left
23  in March.
24  Q  All right.
25  A  At that time we were using 6560.

**Page 14**

1  Subsequent to that period of time they have changed to
2  6590.
3  Q  All right.
4  A  I do not know the exact date.
5  Q  Did 6590 just replace 6560?
6  A  Yes.  Yes.
7  Q  And we've been looking at an invoice with
8  roughly 5,000 gallons.  How much 6560 is in
9  5,000 gallons?
10  A  For the G-grade?
11  Q  Yeah.
12  A  It's dosed at -- you said 6560 or 6590?
13  Q  Well, let's stick with 6590, the current.
14  I'm just trying to get an idea at this point.
15  A  Okay.  That is dosed at .08 something
16  gallons per thousand gallons.
17  Q  And is this dosing done as the fuel is
18  going through the dispenser into the truck?
19  A  Through the load nozzle, correct.
20  It's -- fuel is being delivered to the vehicle that is
21  dosed at that level by a control system.
22  Q  All right.  Now let's switch from generic
23  to -- is it correct to say branded or something else?
24  A  You can refer to it as branded.  You can
25  refer to it as proprietary.  Whatever makes the most

**Page 15**

1  sense for you.
2  Q  Let's just call it branded because we're
3  using that word a lot.
4  A  Okay.
5  Q  What is the difference?  I assume at the
6  time of dosing both branded and unbranded is the same
7  gasoline in terms of it's octane rating.  Where it
8  diverges in terms of quality is at the dosing moment
9  when it gets different additives?
10  A  That would be correct for a constant
11  octane product.  So the unadditized fuel prior to being
12  additized would be what we refer to as fungible fuel at
13  that point.  It can be used for either purpose.
14  Q  Either branded or unbranded?
15  A  Correct.
16  Q  And there would be a regular fungible
17  fuel and a premium fungible fuel?
18  A  Correct.
19  Q  Does Suncor sell mid-grade at the rack,
20  or is that always the customer's blending at the pump?
21  A  They do not sell it at the rack.
22  Q  All right.  So at the rack, then, the
23  difference between branded and unbranded is the
24  additives that are put in at that moment of dosing?
25  A  Yeah, the amount and type.

**Page 16**

1  Q  All right.
2  A  It may or --
3  Q  Okay.  Let's -- now, does that amount and
4  type vary -- for instance, while you were there, does
5  it vary between Shell and Phillips 66?
6  A  Yes, it does.
7  Q  All right.  Let's start with Shell.  What
8  is different about the amount and type in the Shell
9  product versus the generic product?
10  A  Shell uses a proprietary additive that is
11  theirs and theirs alone that is supplied by them
12  through their vendor.  And those dose rates we talked
13  about are set by Shell with the main purpose of
14  maintaining their brand quality.
15  Q  What's the name of that additive?
16  A  I believe it's referred to now as
17  NEMO 1121.  It goes through an evolutionary process
18  Q  Does Shell sell that additive to anybody
19  else or they only put it in their fuel?
20  A  Only their fuel.  They maintain very
21  tight control over that additive and how it's used and
22  where it's used.
23  Q  Is the formulation of that fuel -- I'm
24  sorry -- that additive a trade secret?
25  A  To the best of my knowledge.

4  (Pages 13 to 16)

VANCE KOPP - MARCH 8, 2012

**Page 17**

1    Q   What else does Shell put in in addition
2  to that additive?
3    A   To my knowledge, that additive contains
4  all the constituents that Shell wants in their branded
5  gasoline.
6    Q   Do you know chemically how that additive
7  differs from the additive going into generic?
8    A   I do not because it's proprietary.
9    Q   All right.  Now let's talk about
10  Phillips 66.  I assume their branded product is
11  different yet from Shell and generic.
12    A   Correct.
13    Q   How?
14    A   Their product may use the same additive
15  as a generic fuel in this instance but at differing
16  levels of additive to impart specific properties that
17  they're claiming in the marketplace.
18    Q   And you said "may."
19    A   They have a -- they may have a choice of
20  additives because obviously there's more than one
21  additive manufacturer.  And they can impart the same
22  type of attributes that you're looking for in differing
23  dose levels.
24    Q   So does -- to use a -- maybe this is what
25  you call it.  Phillips 66 -- Phillips, for their

**Page 18**

1  branded gasoline has in effect a recipe?
2    A   As does any other branded, yes, that's
3  correct.
4    Q   All right.  And they convey that to
5  Suncor from time to time?
6    A   Yes.  As requirements change --
7    A   Yeah.
8    A   -- or additives change, those would be
9  communicated.
10    Q   And does Suncor go buy the additives to
11  fulfill the recipe or does Phillips send it to Suncor
12  and say here, use this in our fuel?
13    A   In this particular case, Suncor purchases
14  those additives from an approved list and of course
15  doses them at the appropriate level.
16    Q   I take it Phillips doesn't have an
17  exclusive additive, but they have a recipe that they
18  would consider to be exclusive using available
19  additives in the market?
20    A   I wouldn't phrase it that way.  They do
21  have an exclusive and that's what sets their brand
22  apart.  But they have an approved list of additives
23  that will allow you to market that fuel under that
24  brand.
25    Q   So the people who are making the

**Page 19**

1  additives are making it pursuant to a set of specs
2  supplied by Phillips as far as you know?
3    A   That's a tough question to answer because
4  typically it would be driven the other way around.
5  Phillips would look for -- or any other company --
6    Q   I see.
7    A   -- would look for a certain set of
8  requirements from an additive manufacturer, and that's
9  how that additive would get on that list.
10    Q   Is the -- obviously there's a cost to
11  creating these non-generic additized fuels.
12    A   Correct.
13    Q   And would that increased cost be
14  reflected in the rack price for that branded fuel?
15    A   I'm probably not the right person to ask
16  that question.  I did nothing with pricing.
17    Q   All right.  From time to time do Phillips
18  or Shell buy Suncor generic gasoline?
19    A   Not to my knowledge.
20    Q   From time to time does Suncor sell any
21  other additized fuel that would be similar to the
22  branded fuel sold for Shell and Phillips?
23    A   To my knowledge those are the only two
24  branded that I would consider similar in nature.
25    Q   Would it be accurate to put it another

**Page 20**

1  way:  Other than the branded fuel supplied to Phillips
2  and Shell -- to Phillips and Shell retail sites -- all
3  the other gasoline sold by Suncor would be G, generic?
4    A   I probably can't answer that either
5  because I don't know the specifics of the contracts
6  with each of the people and what they were purchasing.
7  But I will say that the branded Phillips marketers,
8  customers would receive branded Phillips fuel as would
9  the Shell branded.  What the other customers may have
10  contractually, I don't know.
11    Q   Does Suncor from time to time sell the
12  same formulation as the branded Shell or Phillips 66
13  fuel to anybody else?
14    A   Not to my knowledge, no.
15    Q   And again, all this dosing is done at
16  the -- at the point where the fuel is loaded into the
17  truck?
18    A   That's correct.
19    Q   Is there any other difference that we
20  haven't talked about today between branded and
21  unbranded fuel sold by Suncor?
22    A   As far as the fuels themselves?
23    Q   Yeah.
24    A   Absolutely.  Their performance in the
25  vehicle are markedly different.

Avery Woods Reporting Services, Inc., (303) 825-6119