IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation,
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs,

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Defendant,

v.

HOSSEIN AND DEBRA LYNN TARAGHI,

    Third-Party Defendants.

---

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO SUNCOR'S FIRST INTERROGATORIES AND DOCUMENT REQUESTS DIRECTED TO WESTERN CONVENIENCE STORES, WESTERN TRUCK ONE AND HOSSEIN AND DEBRA TARAGHI**

---

Plaintiffs Western Convenience Stores and Western Truck One, LLC, by and through their attorneys, Bennington Johnson Biermann & Craigmile, LLC, move as follows for an extension of time to respond to Suncor's First Interrogatories and Document Requests.

---

**CERTIFICATION OF COMPLIANCE WITH D.C.COLO.LCivR 7.1.A AND 6.1.E**

Pursuant to Local Rule 7.1.A, the undersigned certifies that counsel for Plaintiffs has conferred with counsel for Suncor regarding these issues and states that Suncor's counsel does not object to the relief sought herein.  Pursuant to D.C.Colo.LCivR 6.1.E, a copy of this motion has been served on Western Convenience Stores and Western Truck One, LLC.

1. Plaintiffs request an extension of time, up to and including June 13, 2012, in which to serve their responses to Suncor's First Interrogatories and Document Requests. Currently, Plaintiffs' responses are due on June 4, 2012.

2. Suncor does not oppose the requested extension and, therefore, no party will be prejudiced by the granting of this motion.

Dated: June 4, 2012

*s/ Kenneth R. Bennington*

Kenneth R. Bennington
Kathleen E. Craigmile
Adam F. Aldrich
BENNINGTON JOHNSON BIERMANN & CRAIGMILE, LLC
370 17th Street, Suite 3500
Denver, CO 80202
Telephone: (303) 629-5200
Facsimile: (303) 629-5718
krb@benningtonjonson.com
kec@benningtonjohnson.com
afa@benningtonjohnson.com
*Attorneys for Plaintiffs and Third-Party Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 4, 2012, copies of the foregoing **PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO SUNCOR'S FIRST INTERROGATORIES AND DOCUMENT REQUESTS DIRECTED TO WESTERN CONVENIENCE STORES, WESTERN TRUCK ONE AND HOSSEIN AND DEBRA TARAGHI** were served on the following parties via the CM/ECF e-filing system:

| | |
|---|---|
| Anthony J. Shaheen | J. Robert Robertson |
| Keeya M. Jeffrey | William L. Monts III |
| Holland & Hart LLP | Hogan Lovells US LLP |
| 555 17th Street, Suite 3200 | 555 Thirteenth Street, N.W. |
| Denver, CO 80201-8749 | Washington, D.C. 20004-1109 |
| AJShaheen@hollandhart.com | robby.robertson@hoganlovells.com |
| KMJeffrey@hollandhart.com | william.monts@hoganlovells.com |

*s/ Marie Newberger*