



EXHIBIT 3



- Alerts & Updates
- EDI Compliance
- Maps
- Vans & Providers
- Programs & Requirements
- Locations (DUNS)
- Getting Started
- FAQs
- Contact Us
- Site Map
- Home Page

## To All Our Vendors:

Over the past couple of years, a significant number of our Vendors have been working with us to improve the communications process of business information exchange. Maximizing use of Electronic Data Interchange (EDI) is our key priority. Cooperative efforts have resulted in increased accuracy, improved timeliness, and reduced operating expenses. We are expanding this initiative to all our Vendors.

All Vendors doing business with The Kroger Co. must be able to receive a purchase order and return an invoice using EDI in the manner specified in The Kroger Co. EDI Requirements. Kroger's Regional Accounting Service Center (RASC) will notify vendors not in compliance, and those Vendors will have 60 days from the date of the notice to comply. In the event the Vendor is unable to comply within this 60-day period, Kroger will charge that Vendor a $200.00 fee per transaction to offset the cost of manual processing purchase orders and/or invoices. In addition, Vendor will have 90 days from Kroger's receipt of goods to successfully transmit an EDI invoice for that transaction. Any invoices not transmitted within the 90-day period (manually or using EDI) will be subject to an additional $200 late invoice fee per transaction. Acceptance of a purchase order from The Kroger Co will signify consent to this term of purchase.

Vendors and brokers may be receiving purchase orders, or sending invoices via EDI, or this process may be manual. Our hope is that all our Vendors have a functioning solution already in place to support this initiative. If this is not the case, you will find some very affordable solutions here on our website, under <u>Getting Started</u>. This resource will help you evaluate different methods and providers proven to be reliable in working with us. We do not require you to use any specific EDI solution or software. Please submit the Kroger New EDI Partner form on our web pages to begin migration.

EDI 997 - A functional acknowledgment (FA) is required for EDI data interchange. An acknowledgement is the transmission of a Functional Acknowledgment Transaction Set (997) to the original sender to indicate the status of the transmission with respect to standards adherence. This functional acknowledgment does not imply acceptance of the contents of the associated transaction sets.

Our goal is to improve our business relationship and continue to remove unnecessary costs from the supply chain. We appreciate your prompt attention to this initiative.

© 2008 The Kroger Co. | <u>Privacy Policy</u> | <u>Terms and Conditions of Use</u>