IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation,
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs,

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Defendant,

v.

HOSSEIN AND DEBRA LYNN TARAGHI,

    Third-Party Defendants.

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE A REPLY IN SUPPORT OF MOTION TO COMPEL

Plaintiffs Western Convenience Stores and Western Truck One, LLC, by and through their attorneys, Bennington Johnson Biermann & Craigmile, LLC, move as follows for an extension of time to file a Reply in support of their Motion to Compel (Doc. 52).

### CERTIFICATION OF COMPLIANCE WITH D.C.COLO.LCivR 7.1.A AND 6.1.E

Pursuant to Local Rule 7.1.A, the undersigned certifies that counsel for Plaintiffs has conferred with counsel for Suncor regarding these issues and states that Suncor's counsel does not object to the relief sought herein.  Pursuant to D.C.Colo.LCivR 6.1.E, a copy of this motion has been served on Western Convenience Stores and Western Truck One, LLC.

1.	Plaintiffs request an extension of time, up to and including June 20, 2012, in which to serve their Reply in support of their Motion to Compel (Doc. 52).  Currently, Plaintiffs' Reply is due on June 18, 2012.

2.	Suncor does not oppose the requested extension and, therefore, no party will be prejudiced by the granting of this motion.

Dated:  June 14, 2012

*s/ Kenneth R. Bennington*

Kenneth R. Bennington
Kathleen E. Craigmile
Adam F. Aldrich
BENNINGTON JOHNSON BIERMANN & CRAIGMILE, LLC
370 17th Street, Suite 3500
Denver, CO 80202
Telephone: (303) 629-5200
Facsimile: (303) 629-5718
*krb@benningtonjonson.com*
*kec@benningtonjohnson.com*
*afa@benningtonjohnson.com*
*Attorneys for Plaintiffs and Third-Party Defendants*

# CERTIFICATE OF SERVICE

      I hereby certify that, on June 14, 2012, copies of the foregoing **PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE A REPLY IN SUPPORT OF MOTION TO COMPEL** were served on the following parties via the CM/ECF e-filing system:

| | |
|---|---|
| Anthony J. Shaheen | J. Robert Robertson |
| Keeya M. Jeffrey | William L. Monts III |
| Holland & Hart LLP | Hogan Lovells US LLP |
| 555 17th Street, Suite 3200 | 555 Thirteenth Street, N.W. |
| Denver, CO 80201-8749 | Washington, D.C. 20004-1109 |
| AJShaheen@hollandhart.com | robby.robertson@hoganlovells.com |
| KMJeffrey@hollandhart.com | william.monts@hoganlovells.com |

                                   *s/ Traci L. Pink*

_____