IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

**WESTERN CONVENIENCE STORES, INC., a Colorado corporation, WESTERN TRUCK ONE, LLC, a Colorado limited liability company,**

      **Plaintiff,**

v.

**SUNCOR ENERGY (U.S.A.) INC., a Delaware Corporation,**

      **Defendant, Third-Party Plaintiff**

v.

**HOSSEIN AND DEBRA LYNN TARAGHI,**

      **Third-Party Defendants.**

---

### ENTRY OF APPREANCE OF JOSEPH T. VANLANDINGHAM

---

Joseph T. VanLandingham of Polsinelli Shughart PC, and hereby enters his appearance as additional counsel of record on behalf of the Plaintiffs Western Convenience Stores, Inc. and Western Truck One LLC and Third-Party Defendants Hossein and Debra Lynn Taraghi.

3136275.1

Dated June 15, 2012

        Respectfully submitted,

*/s/ Joseph T. VanLandingham*

Philip W. Bledsoe, #33606
Joseph T. VanLandingham, #41262
Polsinelli Shughart PC
1225 Seventeenth Street, 29th Floor
Denver, CO 80202-5529
Telephone: (303) 572-9300

3136275.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June, 2012, a true and correct copy of the foregoing Entry of Appearance of Joseph T. VanLandingham was served electronically, via the ECF system, upon the following persons:

Anthony J. Shaheen
Holland & Hart LLP
P.O. Box 8749
Denver, CO 80201-4879
ajshajheen@hollandhart.com

J. Robert Robertson
William L. Monts III
Hogan Lovells LLP
555 Thirteenth Street, N.W.
Washington, DC 20004-1109
Robby.robertson@hoganlovvels.com
William.monts@hoganlovells.com

Kenneth R. Bennington
Kathleen E. Craigmile
Adam F. Aldrich
Bennington, Johnson, Biermann & Craigmile
3500 Republic Plaza
370 17th Street
Denver, CO 80202
krb@benningtonjohnson.com

                                                              *Linda L. Klister*