**Female Business Owners - Join Who's Who now at no charge and get maximum exposure for your business!**    From: Stanford Who's Who

## Mark Conner [3rd]
Finance Manager Refining & Marketing USA at Suncor Energy
Greater Denver Area | Oil & Energy

| | |
|---|---|
| Current | **Finance Manager Refining & Marketing USA** at **Suncor Energy** |
| Past | Advisor - Finance SAP system at Suncor Energy<br>Finance Manager at **Suncor Energy**<br>Finance Manager at **ConocoPhillips** |
| Education | Oklahoma State University<br>NOC |
| Connections | **177** connections |
| Public Profile | http://www.linkedin.com/pub/mark-conner/10/822/ |

Share
PDF

### Summary
Specialties
SAP FICO Power User, LRP, Budgeting, Forecasting, Performance Analysis, Business Development

### Experience

**Finance Manager Refining & Marketing USA**
**Suncor Energy**
Public Company; 10,001+ employees; SU; Oil & Energy industry
August 2011– Present (11 months) | Greater Denver Area
I lead a team of 10 Finance Professionals who have responsibility for all of Suncor Energy USA's Financial Books, Reporting, and Controls. I am also a SAP FI-CO Super User specializing in integration with other SAP modules (SD, MM, etc.).

**Advisor - Finance SAP system**
**Suncor Energy**
August 2009– June 2012 (2 years 11 months)
Upgrading SAP 4.7 to ECC 6.0 and integrating Merged Company Petro Canada into the Suncor SAP instance. I lead the Order to Cash Process for Finance.

**Finance Manager**
**Suncor Energy**
Public Company; 10,001+ employees; SU; Oil & Energy industry
2003– November 2009 (6 years)

**Finance Manager**
**ConocoPhillips**
Public Company; 10,001+ employees; COP; Oil & Energy industry
1988– 2002 (14 years)

### Education

**Oklahoma State University**
BS,BA Accounting
1986 – 1988

**NOC**
Associate of Arts and Sciences (A.A.S.)
1984 – 1986

### Additional Information

Groups and Associations:  SOA and BPM – The Business Executive's Perspective
Join

Contact Mark for:

Reply in Support of Motion to Compel
Exhibit 10

- expertise requests
- reference requests
- job inquiries
- business deals
- getting back in touch

**Send a message to Mark Conner**
Get introduced through a connection
**Send InMail**