### N THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation:
WESTERN TRUCK ONE. LLC, a Colorado limited liability company,

       Plaintiffs,

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

       Defendant,

v.

HOSSEIN AND DEBRA LYNN TARAGHI,

       Third-Party Defendants.

---

## DECLARATION OF MICHAEL HORWITH IN SUPPORT OF MOTION TO COMPEL

---

Michael Horwith, pursuant to 28 U.S.C. § 1746, states as follows:

1.     I have personal knowledge of all of the matters set forth in this declaration.

2.     I am over eighteen (18) years of age and competent to testify to the matters stated herein. I make this declaration on personal knowledge.

3.     I am Vice President of Professional Services for Electronic Legal, a litigation services firm located at 518 17th St.. Suite 305, Denver, Colorado, 80202. Kenneth Bennington of Bennington Johnson Biermann & Craigmile, LLC engaged Electronic Legal to assist in the litigation discovery process for *Western Convenience Stores, Inc. v. Suncor (USA), Inc.* I am the project manager for this matter.

**Reply in Support of
Motion to Compel
Exhibit 15**

4.      Western Convenience Stores ("WCS") has made extensive and timely efforts to respond to Suncor document requests.

5.      Electronic Legal collected documents and computer images from WCS computers and servers.  The total volume of data collected exceeded 250 GB.

6.      Electronic Legal loaded 436,197 documents into Lexis-Nexis Law as a result of the WCS data collections.

7.      Of the 436,197 documents loaded, 15,776 documents were found to be responsive to keyword searches.  These documents were loaded into Reveal (a litigation review platform) for attorney review.

8.      Following attorney review, over 10,000 documents were found to be responsive to Suncor's discovery requests and non-privileged.  These documents have been produced to Suncor's counsel.

9.      In addition to document review, extensive and costly efforts were undertaken to extract transaction data from WCS's ERP (Enterprise Resource Planning) system in order to respond to specific Suncor discovery requests.  WCS uses PDI Software to manage operations and financial data.

10.     WCS incurred the expenses of expert services from Electronic Legal and ICB Consulting (an SQL database consulting firm) as well as the time spent by WCS in-house personnel to reverse engineer and de-normalize the PDI data model and query the model for transaction data which has been produced to Suncor's counsel.

11.     The results of these efforts are three transaction data sets, delivered in the form of

Excel spreadsheets.

     a.     FuelDeliveries.xls: 134,476 rows containing transaction data of fuel deliveries,

         cost, locations and dates from 2007 through 2012.

     b.     Sales.xls: 278,092 rows containing sales information by store from 2007 through

         2012

     c.     DRWK5618.xls: 407,142 rows containing historical competitive price

         information from 2009 through 2012.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 20, 2012.

*s/ Michael Horwith*

Michael Horwith