# CONFIRMATION OF PURCHASE/SALE AGREEMENT



**SUNCOR**
CONFIDENTIAL

Date: January 31, 2011
Contract No: WCS-1A043

| | |
|---|---|
| **To:** Western Convenience<br>6746 S. Parkway #125<br>Centennial, CO 80112 | **From:** Suncor Energy (U.S.A.) Inc.<br>7800 E. Orchard Road, Suite 300<br>Greenwood Village, CO 80111 |
| Representative: Chris Wehrle<br>Phone Number: 303 706-0340<br>Fax Number: 303 706-0345<br>e-mail address: chris.w@westernconveniencestores.com | Representative: Steve Moss<br>Phone Number: 303 793-8027<br>Fax Number: 303 793-8003<br>e-mail address: SMoss@Suncor.com |

The following confirms the terms of the agreement entered into on January 31, 2010 by and between Suncor Energy (U.S.A.) Inc. ("Suncor") and Western Convenience, a Colorado Corporation ("Counterparty"), upon which Suncor agrees to sell and deliver, and Counterparty agrees to purchase and receive, the quantity of Product(s) under the terms set forth below:

1. Term: The term of this Spot agreement shall commence on February 1, 2011 and terminate on April 30, 2011.

2. Product(s): E-10
   #2 ULSD

3. Specifications: Seasonal ASTM specifications.

4. Quantity: E-10: 30,000 BLS/per month
   #2 ULSD: 5,000 BLS/per month

5. Price: E-10:        SUNCOR U E-10 LESS 4.5CPG
   #2 ULSD:    SUNCOR U RACK LESS 4CPG

   All prices in U.S. dollars. Counterparty shall pay all applicable taxes in addition to the price of the Products as specifically set forth in Section 6 of the General Terms and Conditions.

6. Delivery Point/Title: SUNCOR EAST/WEST RACK VIA TRUCK

7. Payment: Net 10 terms

8. Credit: Counterparty agrees that if Suncor elects to extend any credit to Counterparty under this Agreement, such extension of credit shall be on such terms as Suncor shall specify, in its sole discretion, and that Counterparty shall be required to obtain and maintain a Letter of Credit in an amount and with a financial institution approved by Suncor. Suncor reserves the right to modify or withdraw any credit or credit terms at any time without notice to Counterparty.

**Exhibit 1**

Suncor_WCS 00005572

23

## CONFIRMATION OF PURCHASE/SALE AGREEMENT



Date: January 31, 2011
Contract No: WCS-1A043

CONFIDENTIAL

This Confirmation is entered into pursuant to and is governed by the Master Product Purchase and Sale Agreement between the parties hereto, including but not limited to the General Terms and Conditions attached as Exhibit A thereto (and the Confidentiality obligations thereunder). This Confirmation may be executed in counterparts and delivered by e-mail or fax, and each counterpart so delivered shall constitute an original, and together constituting one instrument.

| SUNCOR ENERGY (U.S.A.) INC. | WESTERN CONVENIENCE |
|---|---|
| By:_____ | By:_____ |
| Print Name:____Steve Ewing_____ | Print Name:_____ |
| Title:___Director, Rack Forward Sales___ | Title:_____ |
| Date:_____ | Date:_____ |

Suncor_WCS 00005573

06/23/2009 TUE 8:44  FAX 303 706 0345 Western Convenience                           ☒001/002

## CONFIRMATION OF PURCHASE/SALE AGREEMENT



Date: June 22, 2009
Contract No: WCS-1D02

To: Western Convenience
6746S. Parkway #125
Centennial, CO 80112

From: Suncor Energy (U.S.A.) Inc.
7800 E. Orchard Road, Suite 300
Greenwood Village, CO 80111

Representative: Angelia Spillman
Phone Number: 303 706-0340
Fax Number: 303 706-0345
e-mail address: Angelia@westernconveniencestores.com

Representative: Steve Moss
Phone Number: 303 793-8027
Fax Number: 303 793-8003
e-mail address: SMoss@Suncor.com

The following confirms the terms of the agreement entered into on June 22, 2009 by and between Suncor Energy (U.S.A.) Inc. ("Suncor") and Western Convenience, a Colorado Corporation ("Counterparty"), upon which Suncor agrees to sell and deliver, and Counterparty agrees to purchase and receive, the quantity of Product(s) under the terms set forth below:

1. **Term:** The term of this agreement shall commence on July Spot Deal

2. **Product(s):** SUBRUL – E-10 - RUL / PUL - #2 ULSD

3. **Specifications:** Seasonal ASTM specifications.

4. **Quantity:**
   E-10 -       50,000lbs
   Pipeline --  76,000 bls
   PUL --        5,000 bls
   #2 ULSD --   15,000 bls

5. **Price:**
   | | |
   |---|---|
   | RUL/PUL (conventional) | Suncor U Rack Less 3.25 CPG. |
   | E-10- | Suncor U less 4.75 cpg for Rack Liftings |
   | #2ULSD | Suncor U Posted Less 3.0 CPG |
   | **PREPAY** | **1-10 PLUS ABOVE DISCOUNT** |

   Spot deal for July clear gasoline and #2 ULSD (clear and premium)

   All prices in U.S. dollars. Counterparty shall pay all applicable taxes in addition to the price of the Products as specifically set forth in Section 6 of the General Terms and Conditions.

6. **Delivery Point/Title:** Denver / Fountain
   Gasoline shipped to Dupont on W/C account. Diesel by truck from Denver West/Grand Juntion/Fountain

7. **Payment:** Counterparty will pay for Products on a "Net-10" and/or in accordance with such other terms that Suncor may specify as applicable at the time of delivery. Payment will be made via EFT.

8. **Credit:** Counterparty agrees that if Suncor elects to extend any credit to Counterparty under this Agreement, such extension of credit shall be on such terms as Suncor shall specify, in its sole discretion, and that Counterparty shall be required to obtain and maintain a Letter of Credit in an amount and with a financial institution approved by Suncor. Suncor reserves the right to modify or withdraw any credit or credit terms at any time without notice to Counterparty. **PRE-PAY FOR PIPELINE DELIVERIES (1-10) N-10 FOR RACK LIFTINGS**

Suncor_WCS 00005553

10

## CONFIRMATION OF PURCHASE/SALE AGREEMENT



Date: June 22, 2009
Contract No: WCS-1D02

This Confirmation is entered into pursuant to and is governed by the Master Product Purchase and Sale Agreement between the parties hereto, including but not limited to the General Terms and Conditions attached as Exhibit A thereto (and the Confidentiality obligations thereunder). This Confirmation may be executed in counterparts and delivered by e-mail or fax, and each counterpart so delivered shall constitute an original, and together constituting one instrument.

SUNCOR ENERGY (U.S.A.) INC.

By: _____

Print Name: ____Don Smith____

Title: __Director, Sales & Marketing__

WESTERN CONVENIENCE

By: _____

Print Name: _____

Title: _President_

Suncor_WCS 00005554

CONFIRMATION OF PURCHASE/SALE AGREEMENT



Date: December 21, 2009
Contract No: WCS-1L020

| | |
|---|---|
| **To:** Western Convenience<br>6746S. Parkway #125<br>Centennial, CO 80112 | **From:** Suncor Energy (U.S.A.) Inc.<br>7800 E. Orchard Road, Suite 300<br>Greenwood Village, CO 80111 |
| Representative: Angelia Spillman<br>Phone Number: 303 706-0340<br>Fax Number: 303 706-0345<br>e-mail address: Angelia@westernconveniencestores.com | Representative: Steve Moss<br>Phone Number: 303 793-8027<br>Fax Number: 303 793-8003<br>e-mail address: SMoss@Suncor.com |

The following confirms the terms of the agreement entered into on December 21, 2009 by and between Suncor Energy (U.S.A.) Inc. ("Suncor") and Western Convenience, a Colorado Corporation ("Counterparty"), upon which Suncor agrees to sell and deliver, and Counterparty agrees to purchase and receive, the quantity of Product(s) under the terms set forth below:

1. **Term:** The term of this agreement shall commence on January 1, 2010 and terminate on January 31, 2010.

2. **Product(s):** SUB/RUL - E-10 - RUL – PUL - #2 ULSD

3. **Specifications:** Seasonal ASTM specifications.

4. **Quantity:**
   SUB/RUL - E-10 –   100,000 bls – Denver / Dupont
   SUB/RUL - E-10 –   40,000 bls – Fountain
   PUL -                     6,000 – Fountain / Dupont

   #2 ULSD – 30,000 bls

5. **Price:** Clear Gasoline – Suncor U Rack Less 3.5 CPG

   E-10 -    Suncor U Rack Less 4.5 CPG

   #2ULSD - Suncor U Rack less 4.0 CPG

   PIPELINE DELIVERIES TO BE NET 3

   Spot deal for December SUB/RUL - E-10 and #2 ULSD

   All prices in U.S. dollars. Counterparty shall pay all applicable taxes in addition to the price of the Products as specifically set forth in Section 6 of the General Terms and Conditions.

6. **Delivery Point/Title:** Denver / Fountain / Grand Junction
   Gasoline shipped to Dupont on W/C account. Diesel by truck from Denver West/Grand Juntion/Fountain

7. **Payment:** Counterparty will pay PIPELINE DELIVERIES= N3 - N10 FOR RACK LIFTINGS

8. **Credit:** Counterparty agrees that if Suncor elects to extend any credit to Counterparty under this Agreement, such extension of credit shall be on such terms as Suncor shall specify, in its sole discretion, and that Counterparty shall be required to obtain and maintain a Letter of Credit in an amount and with a financial institution approved by Suncor. Suncor reserves the right to modify or withdraw any credit or credit terms at any time without notice to Counterparty.

## CONFIRMATION OF PURCHASE/SALE AGREEMENT



Date: December 21, 2009
Contract No: WCS-IL020

This Confirmation is entered into pursuant to and is governed by the Master Product Purchase and Sale Agreement between the parties hereto, including but not limited to the General Terms and Conditions attached as Exhibit A thereto (and the Confidentiality obligations thereunder). This Confirmation may be executed in counterparts and delivered by e-mail or fax, and each counterpart so delivered shall constitute an original, and together constituting one instrument.

SUNCOR ENERGY (U.S.A.) INC.

By: _Kendall Carbone 12-30-09_

Print Name: Kendall Carbone

Title: Director, Sales & Marketing

WESTERN CONVENIENCE

By: _Chris Wehrle_

Print Name: Chris Wehrle

Title: Fuel Manager

Suncor_WCS 00005542