IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 11-cv-01611-MSK-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: June 25, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*                                                  *Counsel:*

WESTERN CONVENIENCE STORES, INC., *et al.*,

Kathleen E. Craigmile
Kenneth Ronald Bennington
Philip Wayne Bledsoe

    Plaintiffs,

v.

SUNCOR ENERGY (U.S.A.) INC.,

Anthony J. Shaheen
Michael Edward Korenblat

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in Session:    1:33 p.m.**
Court calls case. Appearances of counsel.

The court addresses the parties regarding the plaintiff's MOTION for Leave to Restrict Document (Docket No. 65, filed on 6/1/2012) and the plaintiff's MOTION for Leave to Restrict Document (Docket No. 79, filed on 6/15/2012).

**ORDERED:**   The court **GRANTS** the plaintiff's MOTION for Leave to Restrict Document (Docket No. 65, filed on 6/1/2012). The court **GRANTS** the plaintiff's MOTION for Leave to Restrict Document (Docket No. 79, filed on 6/15/2012).

The court addresses the parties regarding the plaintiff's MOTION to Compel (Docket No. 52, filed on 5/2/2012).

Ms. Craigmile presents oral argument and engages in discussion with the court.

Mr. Shaheen presents oral argument and engages in discussion with the court.

The court decides to walk through each of the requests for production referenced in this motion with the parties in an attempt to gain a better understanding of the issues.

For reasons as stated on the record,

**ORDERED:** The court **GRANTS IN PART and DENIES IN PART** the plaintiff's MOTION to Compel (Docket No. 52, filed on 5/2/2012). The court grant this motion to the extent that it requires the defendant to produce responsive documents for numbers 3, 4, 6, 7, and 9 within two weeks of today's date. The court grants this motion to the extent that it requires the defendant to produce responsive documents for numbers 5 and 8 within 45 days of today's date. The court grants, without prejudice, Suncor's right to file a motion under Rule 26(b)(c) pertaining to cost shifting as it relates to numbers 5 and 8. The court denies this motion to the extend that it seeks the court to award/impose sanctions.

The court addresses the parties regarding the plaintiff's MOTION for Order to Re-Designate Certain Discovery Material as Confidential Information (Docket No. 59, filed on 5/21/2012).

Mr. Bledsoe presents oral argument and engages in discussion with the court.

Mr. Shaheen presents oral argument and engages in discussion with the court.

Further discussion between the court and the parties regarding this motion.

**ORDERED:** The court **DENIES without prejudice** the plaintiff's MOTION for Order to Re-Designate Certain Discovery Material as Confidential Information (Docket No. 59, filed on 5/21/2012).

The court addresses the parties regarding the plaintiff's MOTION for Leave to Restrict Document (Docket No. 55, filed on 5/7/2012).

**ORDERED:** The court **GRANTS** the plaintiff's MOTION for Leave to Restrict Document (Docket No. 55, filed on 5/7/2012).

HEARING CONCLUDED.

**Court in recess**:   **3:30 p.m.**
Total time in court:   01:57

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.