IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 11-cv-01611-MSK-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: July 16, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*                                                                                  *Counsel:*

WESTERN CONVENIENCE STORES, INC., *et al*.,

Kathleen E. Craigmile
Kenneth Ronald Bennington

    Plaintiffs/ Counter Defendants,

v.

SUNCOR ENERGY (U.S.A.) INC.,

Andrew Alexander Smith
Scott Leonard Evans

    Defendant/Counter Claimant.

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:   MOTION HEARING**
**Court in Session:     1:39 p.m.**
Court calls case. Appearances of counsel. Attorney Anthony J. Shaheen appears as observer to this hearing.

The court addresses the parties regarding the plaintiff's MOTION for Leave to Restrict Document (Docket No. 86, filed on 7/5/2012).

Discussion between the court, Ms. Craigmile, and Mr. Shaheen regarding the plaintiff's MOTION for Leave to Restrict Document (Docket No. 86, filed on 7/5/2012).

**ORDERED:**  The court **GRANTS** the plaintiff's MOTION for Leave to Restrict Document (Docket No. 86, filed on 7/5/2012).

The court addresses the parties regarding Dillon Companies' MOTION to Quash or Modify

Subpoena (Docket No. 57, filed on 5/18/2012).

Mr. Evans presents oral argument and engages in discussion with the court regarding Dillon Companies' MOTION to Quash or Modify Subpoena (Docket No. 57, filed on 5/18/2012).

Mr. Bennington presents oral argument and engages in discussion with the court regarding Dillon Companies' MOTION to Quash or Modify Subpoena (Docket No. 57, filed on 5/18/2012).

**ORDERED:** The parties shall be required to (**within 48 hours of today's hearing**) meet physically, in the same room, to figure out a way to resolve the issues raised in this motion. The parties shall update the court by filing a Status Report. If the parties feel a hearing is needed, they shall contact Magistrate Judge Shaffer's chambers to request one be set.

HEARING CONCLUDED.

**Court in recess**:    3:33 p.m.
Total time in court:    01:54

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.