**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation,
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs,

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Defendant,

v.

HOSSEIN AND DEBRA LYNN TARAGHI,

    Third-Party Defendants.

---

**PLAINTIFFS' SECOND STATUS REPORT REGARDING DILLON COMPANIES'
MOTION TO QUASH SUBPOENA AND REQUEST FOR FURTHER HEARING**

---

    Plaintiffs Western Convenience Stores, Inc. and Western Truck One, LLC, by and through their undersigned counsel, submit this further status report regarding efforts undertaken pursuant to the Court's Minute Order dated July 16, 2012 (Doc. 88) relating to the *Motion to Quash or Modify Subpoena* filed by Dillon Companies, Inc. ("Dillon") (Doc. 57, "Motion").  As set forth herein, Plaintiffs request that that the Court set a further hearing on the Motion.

    One week ago, Plaintiffs filed a Status Report (Doc. 89) regarding the meeting with counsel on July 18, 2012 directed by the Court and detailing agreements Plaintiffs had made (and communicated to Dillon's counsel on July 20, 2012) to substantially narrow each of the subject subpoena requests.  As set forth on the last page of that Status Report, per Dillon's counsel,

issues relating to the subpoena and Plaintiffs' agreements to narrow the requests had been raised within Dillon and Dillon's position with respect to each request was to be obtained at or near the on or around July 30th.  Despite follow-up requests by the undersigned, Dillon has not provided any Documents responsive to any of the 10 subpoena requests (as narrowed by Plaintiff's agreements), any commitment to provide any such Documents, *or* any substantive information as to Dillon's position regarding any of the 10 subpoena requests (again, as narrowed by Plaintiff's agreements).  The only information Dillon has provided as of the filing of this Report is that it is hopeful that it will be prepared to meet during the week August 6, 2012 to discuss Dillon's "comprehensive responses to each request wherein it will comply with some requests and decline others." See Exhibit A.

The materials that are the subject of the subpoena bear directly on the ability of Plaintiffs' experts to render their opinions with respect to price discrimination, antitrust injury and damages.  As this matter has not been resolved, and as Dillon has undertaken no material efforts to resolve it in a timely fashion, Plaintiffs respectfully request that the Court: (a) at its earliest availability, set a further hearing regarding the Motion; or (b) if the Court deems appropriate, enter an order compelling production under the Subpoena, narrowed as described in Doc. 89.

Dated: August 1, 2012                               *s/ Kathleen E. Craigmile*

                                        Kenneth R. Bennington
                                        Kathleen E. Craigmile
                                        Adam F. Aldrich
                                        BENNINGTON JOHNSON
                                        BIERMANN & CRAIGMILE, LLC
                                        370 17th Street, Suite 3500
                                        Denver, CO 80202

        Philip W. Bledsoe
        Joseph T. VanLandingham
        Polsinelli Shughart PC
        1225 Seventeenth Street, 29th Floor
        Denver, CO  80202-5529
        Telephone:  (303) 572-9300

        *Attorneys for Plaintiffs and Third-Party Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 1, 2012, copies of the foregoing **PLAINTIFFS' SECOND STATUS REPORT REGARDING MOTION TO QUASH SUBPOENA** was served on the following parties via the CM/ECF filing system:

| | |
|---|---|
| Anthony J. Shaheen<br>Keeya M. Jeffrey<br>Holland & Hart LLP<br>555 17th Street, Suite 3200<br>Denver, CO 80201-8749<br>AJShaheen@hollandhart.com<br>KMJeffrey@hollandhart.com | J. Robert Robertson<br>William L. Monts III<br>Hogan Lovells US LLP<br>555 Thirteenth Street, N.W.<br>Washington, D.C.  20004-1109<br>robby.robertson@hoganlovells.com<br>william.monts@hoganlovells.com |
| Philip W. Bledsoe<br>Joseph T. VanLandingham<br>Polsinelli Shughart PC<br>1225 Seventeenth Street, 29th Floor<br>Denver, CO  80202-5529<br>pbledsoe@polsinelli.com<br>jvanlandingham@polsinelli.com | Scott Evans<br>Andrew A. Smith<br>Messner & Reeves, LLC<br>1430 Wynkoop St., Suite 300<br>Denver, CO 80202<br>sevans@messner.com |

        *s/ Marie Newberger*