| | |
|---|---|
| **From:** | Scott L. Evans <sevans@messner.com> |
| **Sent:** | Wednesday, August 01, 2012 3:33 PM |
| **To:** | Kate Craigmile |
| **Subject:** | RE: Western/Suncor - Dillon Subpoena |

Kate-
Dillon is in the process of preparing comprehensive responses to each request wherein it will comply with some requests and decline others. We are hopeful that we can meet with you to discuss the rationale behind each decision to decline your request with the hope that you will withdraw that request.
-Scott

**From:** Kate Craigmile [mailto:KEC@Benningtonjohnson.com]
**Sent:** Wednesday, August 01, 2012 2:56 PM
**To:** Scott L. Evans
**Cc:** Andrew Smith
**Subject:** RE: Western/Suncor - Dillon Subpoena

Scott,

Please clarify -- Is Dillon committing to comply in full with each of the subpoena requests, as narrowed, by the middle of next week? Or, is it only prepared to advise us later this week or next week as to its position with respect to the requests? If it is the latter, we must ask for a hearing.

Best regards,

Kate Craigmile
Bennington Johnson Biermann & Craigmile, LLC
370 17th Street
Suite 3500
Denver, CO 80202
303.629.5200 T
303.629.5211 F
kec@benningtonjohnson.com



CONFIDENTIALITY NOTICE: This e-mail message (including any attachment[s]) may contain information that is confidential and/or legally privileged and is intended solely for the use of the named recipient[s]. If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of the contents of this transmission is strictly prohibited. If you have received this message in error, please notify us by telephone at (303) 629-5200 and promptly destroy this transmission.

**From:** Scott L. Evans [mailto:sevans@messner.com]
**Sent:** Wednesday, August 01, 2012 2:29 PM
**To:** Kate Craigmile

**EXHIBIT A**

**Cc:** Andrew Smith
**Subject:** RE: Western/Suncor - Dillon Subpoena

Kate-
Andrew and I had a conference call late this morning with several people from the Kroger corporate office. We went over each request in detail. Some of the information we requested cannot be provided until the end of the week. Once we receive that information, we will finish preparing our responses. I'm hoping we can meet again the middle of next week to discuss our full and comprehensive response to each request.
-Scott

---

**From:** Kate Craigmile [mailto:KEC@Benningtonjohnson.com]
**Sent:** Wednesday, August 01, 2012 1:13 PM
**To:** Scott L. Evans
**Cc:** Kenneth Bennington; Adam Aldrich; Marie A. Newberger
**Subject:** RE: Western/Suncor - Dillon Subpoena

Scott,

Despite multiple requests, we have had no commitment from Dillon regarding any aspect of the subpoena nor any substantive response to Western's significant agreements to narrow the subpoena requests. We will file a further status report this afternoon advising the Court of that and requesting a further hearing.

Best regards,

Kate Craigmile
Bennington Johnson Biermann & Craigmile, LLC
370 17th Street
Suite 3500
Denver, CO 80202
303.629.5200 T
303.629.5211 F
kec@benningtonjohnson.com



CONFIDENTIALITY NOTICE: This e-mail message (including any attachment[s]) may contain information that is confidential and/or legally privileged and is intended solely for the use of the named recipient[s]. If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of the contents of this transmission is strictly prohibited. If you have received this message in error, please notify us by telephone at (303) 629-5200 and promptly destroy this transmission.

---

**From:** Scott L. Evans [mailto:sevans@messner.com]
**Sent:** Monday, July 30, 2012 4:47 PM
**To:** Kate Craigmile
**Subject:** RE: Western/Suncor - Dillon Subpoena

I exchanged emails with Kroger corporate earlier today. I should have more information/direction tomorrow.

**From:** Kate Craigmile [mailto:KEC@Benningtonjohnson.com]
**Sent:** Monday, July 30, 2012 4:41 PM
**To:** Scott L. Evans
**Cc:** Kenneth Bennington
**Subject:** Western/Suncor - Dillon Subpoena

Scott,

Do you have an update from Dillon?


Best regards,

Kate Craigmile
Bennington Johnson Biermann & Craigmile, LLC
370 17th Street
Suite 3500
Denver, CO 80202
303.629.5200 T
303.629.5211 F
kec@benningtonjohnson.com



CONFIDENTIALITY NOTICE: This e-mail message (including any attachment[s]) may contain information that is confidential and/or legally privileged and is intended solely for the use of the named recipient[s]. If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of the contents of this transmission is strictly prohibited. If you have received this message in error, please notify us by telephone at (303) 629-5200 and promptly destroy this transmission.



The information contained in this email message and the attachment are attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at (303) 623-1800, destroy the original of this transmittal and delete this message from your computer's memory. Thank you.

Tax Advice Notice: IRS Circular 230 requires us to advise you that, if this communication or any attachment contains any tax advice, the advice is not intended to be used, and cannot be used, for the purpose of avoiding federal tax penalties. Please contact us if you have any questions about Circular 230.