IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 11-cv-01611-MSK-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: August 17, 2012** | Courtroom Deputy: Robin Mason |

| *Parties:* | *Counsel:* |
|---|---|
| WESTERN CONVENIENCE STORES, INC., *et al*., | Kenneth Ronald Bennington<br>Philip Wayne Bledsoe |
| Plaintiffs/Counter Defendants/Third Party Defendants, | |
| v. | |
| SUNCOR ENERGY (U.S.A.) INC., | Anthony J. Shaheen |
| Defendant/Counter Claimant/Third Party Plaintiff, | |
| DILLON COMPANIES, INC., | |
| | Andrew Alexander Smith<br>Scott Leonard Evans |
| Interested Party. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: MOTION HEARING**
**Court in Session: 2:05 p.m.**
Court calls case. Appearances of counsel. Attorney Adam Aldrich appears at plaintiff's table.

The court addresses the parties regarding MOTION to Quash or Modify Subpoena by Interested Party Dillon Companies, Inc. (Docket No. 57, filed on 5/18/2012) and the plaintiff's Joint MOTION to Amend/Correct/Modify 28 Scheduling Order (Docket No. 90, filed on 7/27/2012).

Mr. Bennington updates the court as to the current status of this case pertaining to the subpoena served on Dillon Companies, Inc.

The court addresses the parties regarding the plaintiff's Second STATUS REPORT Regarding

Dillon Companies' Motion to Quash Subpoena and Request for Further Hearing (Docket No. 92, filed on 8/1/2012) and the STATUS REPORT Re: Plaintiff's Subpoena by Interested Party Dillon Companies, Inc. (Docket No. 94, filed on 8/17/2012).

Discussion regarding Rule 26(b)(2)(b), Rule 34, Rule 26(b)(1), Rule 26(b)(2)(c), Rule 26(b)(1).

For reasons as stated on the record,

**ORDERED:** The MOTION to Quash or Modify Subpoena by Interested Party Dillon Companies, Inc. (Docket No. 57, filed on 5/18/2012) is **DENIED**.

The court further addresses the parties regarding the plaintiff's Joint MOTION to Amend/Correct/Modify 28 Scheduling Order (Docket No. 90, filed on 7/27/2012).

Discussion between the court and Mr. Shaheen regarding the filing of motion for summary judgment, Daubert challenge, and Rule 702.

For reasons as stated on the record,

**ORDERED:** The plaintiff's Joint MOTION to Amend/Correct/Modify 28 Scheduling Order (Docket No. 90, filed on 7/27/2012) is **GRANTED**. Affirmative experts deadline: **December 20, 2012**; Rebuttal experts deadline: **January 22, 2013**; Discovery cut off: **January 22, 2013**; Dispositive motion deadline is **February 8, 2013**.

**ORDERED:** The court advises the parties that since the subject of filing dispositive motions is still up in the air, the parties shall be required to either filed dispositive motions **on or before February 8, 2013** or file a joint status report indicating that no one intends to file any dispositive motions (which would be asking Judge Krieger to set this matter for a final pretrial conference).

HEARING CONCLUDED.

**Court in recess**: **3:17 p.m.**
Total time in court:   01:12

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.