THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation;
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs/Counter Defendants,

v.

SUNCOR ENERGY (U.S.A.), INC. a Delaware corporation,

    Defendant/Counter Claimant/Third-Party Plaintiff,

v.

HOSSEIN AND DEBRA LYNN TARAGHI,

    Third-Party Defendants.

_____

**NOTICE OF ENTRY OF APPEARANCE**
_____

    COMES NOW Christopher A. Taravella of the law firm of Montgomery Little & Soran, P.C., and hereby enters his appearance as counsel on behalf of Dillon Companies, Inc, an Interested Party.

    Dated:  August 27, 2012.

                                                      s/*Christopher A. Taravella*
                                                      Christopher A. Taravella, #7790
                                                      Michael R. McCormick, #33682
                                                      Montgomery Little & Soran, P.C.
                                                      5445 DTC Parkway, Suite 800

2

        Greenwood Village, Colorado 80111
        Phone Number: (303) 773-8100
        Fax Number: (303) 220-0412
        E-mail:  ctaravella@montgomerylittle.com
              mmccormick@montgomerylittle.com
*Attorney for Dillon Companies, Inc.*
*Interested Party*

2

3

# CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

Kenneth R. Bennington
Kathleen E. Craigmile
Adam F. Aldrich
Bennington Johnson Biermann & Craigmile, LLC
370 17th Street, Suite 3500
Denver, CO 80202

Michael Korenblat
Suncor Energy Services, Inc.
717 17th Street, Suite 2900
Denver, CO 80202

Anthony Shaheen
Keeya M. Jeffrey
Holland & Hart LLP-Denver
555 17th Street, Suite 3200
Denver, CO 80201

Philip Wayne Bledsoe
Joseph T. VanLandingham
Polsinelli Shughart LLP
1515 Wynkoop Street, Suite 600
Denver, CO 80202

William LeitzseyMonts, III
John Robert Robertson
Hogan Lovells US LLP-DC
555 13th Street NW
Columbia Square #1300
Washington DC 20004-1109

s/ *Deborah J. Harant*
Montgomery Little & Soran, P.C.