

# The Kroger Co.
**Law Department**
**1014 Vine Street**
**Cincinnati, Ohio  45211**
**(513) 762-4428 fax (513) 762-4613**

## The Kroger Co. Law Department
## Third Party Subpoena Fee Schedule

| | | |
|---|---|---|
| Man Hours  = | Time spent on research, production, and copying | $50.00/hr employees; contractors at cost |
| Copying  = | Photocopying of all original documents | $0.15/pg. |
| Hard copy = To Electronic | Scanning of hard copy documents put into PDF format and Bates Stamped | RICOH's actual charge to Kroger |
| Media = | CDs and DVDs<br>Other media | $35.00 each<br>at cost |
| Shipping  = | UPS Express Standard Carrier Rates | UPS's published prices by zip code |
| Electronic = Media | Electronic Data processed & Bates Stamped delivered on a CD | RICOH's actual charge to Kroger |
| eDiscovery/ = Production of ESI | eDiscovery Vendor Costs | Vendor actual charge to Kroger |

*Invoice for fees will be included with production documents.  Payment should be made and submitted to the invoice remittance address within 30 days of invoice date.*

# EXHIBIT B-2