Type "@suncor.com" here



Exhibit 1