**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation,
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

     Plaintiffs,

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

     Defendant,

v.

HOSSEIN AND DEBRA LYNN TARAGHI,

     Third-Party Defendants.

---

**CORRECTED CERTIFICATE OF SERVICE TO PLAINTIFFS' RESPONSE TO
DILLON COMPANIES' STATUS REPORT [DOC. 99]**

---

Plaintiffs Western Convenience Stores, Inc. and Western Truck One, LLC, by and

through their undersigned counsel, certify that, on August 29, 2012, copies of *Plaintiffs'*

*Response to Dillon Companies' Status Report [Doc. 99]* were served on the following parties via

the CM/ECF filing system:

| | |
|---|---|
| Anthony J. Shaheen | J. Robert Robertson |
| Keeya M. Jeffrey | William L. Monts III |
| Holland & Hart LLP | Hogan Lovells US LLP |
| 555 17th Street, Suite 3200 | 555 Thirteenth Street, N.W. |
| Denver, CO 80201-8749 | Washington, D.C.  20004-1109 |
| AJShaheen@hollandhart.com | robby.robertson@hoganlovells.com |
| KMJeffrey@hollandhart.com | william.monts@hoganlovells.com |

Philip W. Bledsoe
Joseph T. VanLandingham
Polsinelli Shughart PC
1225 Seventeenth Street, 29th Floor
Denver, CO  80202-5529
pbledsoe@polsinelli.com
jvanlandingham@polsinelli.com

Christopher A. Taravella
Michael R. McCormick
Montgomery Little & Soran, P.C.
5445 DTC Parkway, Suite 800
Greenwood Village, CO 80111
ctaravella@montgomerylittle.com
mmccormick@montgomerylittle.com

Dated: August 29, 2012

Scott Evans
Andrew A. Smith
Messner & Reeves, LLC
1430 Wynkoop St., Suite 300
Denver, CO 80202
sevans@messner.com

s/ Kathleen E. Craigmile

Kenneth R. Bennington
Kathleen E. Craigmile
Adam F. Aldrich
BENNINGTON JOHNSON
BIERMANN & CRAIGMILE, LLC
370 17th Street, Suite 3500
Denver, CO 80202

Philip W. Bledsoe
Joseph T. VanLandingham
Polsinelli Shughart PC
1225 Seventeenth Street, 29th Floor
Denver, CO  80202-5529
Telephone:  (303) 572-9300

*Attorneys for Plaintiffs and Third-Party Defendants*

**11-cv-01611-MSK-CBS:  CORRECTED CERTIFICATE OF SERVICE TO PLAINTIFFS' RESPONSE TO DILLON COMPANIES' STATUS REPORT [DOC. 99]**

Page 2