# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation;
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs/Counter Defendants,

v.

SUNCOR ENERGY (U.S.A.), INC. a Delaware corporation,

    Defendant/Counter Claimant/Third-Party Plaintiff,

v.

HOSSEIN AND DEBRA LYNN TARAGHI,

    Third-Party Defendants.

_____

### UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL
### (DILLON COMPANIES, INC.)
_____

Pursuant to D.C.COLO.LCivR 83.3(D), Interested Party Dillon Companies, Inc. ("Dillon"), by and through undersigned counsel, respectfully submits this motion ("Motion") to permit the withdrawal of Scott L. Evans of the law firm of Messner & Reeves, LLC.  Dillon respectfully submits that good cause for this Motion is shown as follows:

Certificate of Compliance with D.C. COLO.LCivR 7.1A

The undersigned counsel certifies that he conferred with: (A) counsel for Plaintiffs Western Convenience Stores, Inc. and Western Truck One, LLC; (B) counsel for Defendant Suncor Energy (U.S.A.) Inc.; and (C) counsel for Third Party-Defendants Hossein and Debra Lynn Taraghi, and that said counsel do not oppose this Motion.

1. Dillon has recently retained Christopher A. Taravella, Esq. and Michael R. McCormick Esq. of the law firm of Montgomery, Little and Soran, P.C. Mr. Taravella and Mr. McCormick recently entered their appearance on behalf of Dillon in this matter. (Doc. # 97 and Doc. # 98).

2. By agreement with Dillon, Scott L. Evans and Andrew A. Smith will no longer represent Dillon. Mr. Taravella and Mr. McCormick will be substituted as counsel of record.

3. The granting of this Motion will not prejudice any party and will not cause any delay.

4. Pursuant to D.C.COLO.LCivR 83.3(D), undersigned counsel certifies that a copy of this Motion has been served on all counsel of record, and on Dillon. As required by D.C.COLO.LCivR 83.3(D), undersigned counsel also notifies and warns Dillon that: (A) Dillon is responsible for complying with all court orders and time limitations established by any applicable rules; (B) Dillon cannot appear without counsel admitted to practice before this Court; and (C) and absent prompt appearance of substitute counsel, pleadings, motions and other papers may be stricken, and default judgment or other sanctions may be imposed Dillon.

WHEREFORE, Dillon respectfully requests that the Court grant this Motion, and permit the withdrawal of Scott L. Evans of the law firm of Messner & Reeves, LLC.  A proposed order is attached.

Dated: August 30, 2012.

    MESSNER & REEVES, LLC

    *s/ Scott L. Evans*
    _____
    Scott L. Evans (#25475)
    Andrew A. Smith (#43249)
    1430 Wynkoop St., Suite 300
    Denver, CO 80202
    (303) 623-1800
    sevans@messner.com
    Attorneys for Interested Party Dillon
    Companies, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

Kenneth R. Bennington
Kathleen E. Craigmile
Adam F. Aldrich
Bennington Johnson Biermann & Craigmile, LLC
370 17th Street, Suite 3500
Denver, CO 80202

Michael Korenblat
Suncor Energy Services, Inc.
717 17th Street, Suite 2900
Denver, CO 80202

Anthony Shaheen
Keeya M. Jeffrey
Holland & Hart LLP-Denver
555 17th Street, Suite 3200
Denver, CO 80201

Philip Wayne Bledsoe
Joseph T. VanLandingham
Polsinelli Shughart LLP
1515 Wynkoop Street, Suite 600
Denver, CO 80202

William Leitzsey Monts, III
John Robert Robertson
Hogan Lovells US LLP-DC
555 13th Street NW
Columbia Square #1300
Washington DC 20004-1109

Christopher A. Taravella
Michael R. McCormick
Montgomery Little & Soran, P.C.
5445 DTC Parkway, Suite 800
Greenwood Village, Colorado 80111

Copy sent via e-mail and U.S. Mail to:

Sara Sudkamp, Esq.
The Kroger Co.
Law Department
1014 Vine Street
Cincinnati, OH 45202-1100
Sara.Sudkamp@Kroger.com

/s/ *Jeanine A Montoya*
Jeanine A. Montoya