THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation;
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

      Plaintiffs/Counter Defendants,

v.

SUNCOR ENERGY (U.S.A.), INC. a Delaware corporation,

      Defendant/Counter Claimant/Third-Party Plaintiff,

v.

HOSSEIN AND DEBRA LYNN TARAGHI,

      Third-Party Defendants.

_____

**ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**
_____

THE COURT, having reviewed Interested Party Dillon Companies, Inc.'s ("Dillon") Unopposed Motion for Withdrawal of Counsel, and the Court being otherwise fully advised in the premises,

IT IS ORDERED that said Motion is GRANTED.  Scott L. Evans of the law firm of Messner & Reeves, LLC shall be permitted to withdraw as counsel for Dillon.

Dated _____, 2012, at Denver, Colorado.

{00943295 / 1}

{00943295 / 1}2

BY THE COURT:

_____
United States District Judge