

## Purpose:

This Policy is designed to enable the Company to safely retain those specific documents that need to be retained, including for legal, business or regulatory reasons, while at the same time providing for the automated deletion of email messages and attachments that do not need to be saved. Eliminating documents that are stored unnecessarily, sometimes indefinitely, significantly reduces the storage space used, thus eliminating unnecessary expense, improving system performance, and making it easier to locate records that have been retained.

## Glossary of Terms:

All terms are defined in relation to email usage for The Kroger Co.

- _Automatic Purge_ – the process of automatically deleting emails that have not been placed in the "KeepIt" folder (or sub-folders).
- _Email Archiving_ – the Microsoft Outlook process of moving email from a mail file to a **separate** archive file that resides **only** on the user's computer.
- _OWA_ – Outlook Web Access is used to access e-mail, calendars, contacts, tasks, and other mailbox content when access to the Microsoft Outlook desktop application is unavailable.
- _KeepIt Folder_ – allows users to keep email messages that need to be retained. Automatic purging will **NOT** be performed on email in this folder (or subfolders). Email not moved into the KeepIt folder (or its subfolders) will be automatically purged once it has reached the retention period for email.
- _Quota_ – the maximum permitted size of all email in a user's email folders, including the KeepIt folder.
- _Retention (or Retention Period)_ - the period of time that an email message may remain in a user's email folders, if the message has not been placed in the "KeepIt" folder (or subfolders).
- _Restoration_ – the process of retrieving email data from data backups of the email system.

## Background:

The use of electronic mail ("email") has proliferated to an extent where email messages stored on PCs are as common as those stored in file cabinets on paper. As such, the retention of these messages needs to follow standards similar to those used for paper documents. The retention of any communication for business reasons, either in paper or electronic medium, must be considered in light of the value, cost, and risks associated with the retention.

It makes good business sense to keep some documents for a set period of time. For example, some materials provide an audit trail of many events, activities and processes that occur on a regular basis in a large enterprise. These materials can provide valuable insight into why something occurred, how the business responded, and what was learned from the incident. This information can also be retained to serve as a reminder of how to prevent a future incident or how to quickly resolve a similar one. Other documents must be retained by law or regulatory requirement.

There can also be a downside to retaining unnecessary information. In the course of litigation, particularly in the stage known as "discovery," a business may be required to produce all information and communications pertaining to a very broad subject or incident. When documents are stored in different locations and are commingled with a variety of unrelated documents, searches required by discovery can be costly and difficult.

The information below summarizes the requirements established by the Company for management and storage of email messages and other email files.

# EXHIBIT B-1



Requirements for retention of all documents, including email, are covered in the Kroger Records Management and Retention Policy. That Policy outlines document management guidelines and retention requirements that also apply to all email messages. IS&S has developed its standards for retention based upon the Records Management and Retention Policy. Email messages are stored in user-managed folders and, unless they are required to be retained beyond 30 days pursuant to the Records Management and Retention Policy, should be retained no longer than 30 days. **This means that all individuals utilizing email technology are responsible for regularly reviewing their email messages to determine if there is a business need or other requirement under the Records Management and Retention Policy for retention of the email before purging that email or allowing it to be automatically purged.** Email messages older than **30 days** may not remain on any Kroger email server or network shared resource except in the KeepIt folder. IS&S is implementing controls on the mail servers and network that will monitor email folders and automatically delete any email message not in the KeepIt folder found to be **31 days** or older.

Archiving messages on each user's local PC is not permitted. Copying and pasting emails to your local PC's hard drive is also not permitted. Storing emails only on your local PC's hard drive presents security risks (including loss of archived data if a user's computer crashes) and can make locating documents for discovery difficult and costly.

An email storage limit for each user, or quota, will help ensure a cost effective, high-performing email system for all users. Five tiers have been established providing different quotas for varying business needs. Once the quota has been reached, the user will be prevented from sending any new messages until his or her email account is reduced below the quota. If a user has email messages in excess of their designated quota that he or she is required to retain in order to comply with the Records Management and Retention Policy, IS&S will assist that user in using alternative means to save those emails that need to be retained.

| Role | Client | Quota |
|------|--------|-------|
| Premier + | Outlook | 1GB |
| Premier | Outlook | 500MB |
| Power | Outlook | 500MB |
| Advanced + | OWA | 200MB |
| Advanced | OWA | 100MB |

## Scope:

Company wide (including divisions and subsidiaries). This IS&S Policy has been implemented in connection with the Records Management and Retention Policy. Compliance with this Policy requires an understanding of and compliance with the Records Management and Retention Policy.

This Policy specifically applies to all Company email messages and attachments. This Policy also applies to all Company email platforms (including but not limited to Microsoft Outlook, OWA, Thunderbird, and all legacy email systems), accounts, and users accessing, hosting, sending or receiving Company email.



## Effective Date:

This Policy is effective immediately and supersedes any previous Policy.

## Policy Owner:

All questions concerning this Policy should be directed to the Manager of Collaboration Services (CS). All questions concerning the Records Management and Retention Policy should be directed to the Corporate Controller or General Counsel. All questions concerning the Record Retention Schedules should be directed to the head of the Department responsible for administration of the Record Retention Schedule.

## Violation of the Policy:

IS&S understands that the use and storage of email is constantly changing. All users have the responsibility to actively manage their email accounts and work within the guidelines of this Policy. IS&S will monitor compliance with the standards established by this Policy and, when necessary, contact users who are in violation of this Policy. IS&S reserves the right to temporarily suspend any email account that remains in violation of this Policy. When suspended, a user will lose the ability to send or reply to email messages. Any employee violating this Policy will be subject to disciplinary action, up to and including termination.

## Statement of Policy:

1. **eMail Document Retention and Limits (as of 3/21/2012)**

    a.  Employees using Microsoft Outlook or OWA email accounts may NOT retain email messages outside of the "KeepIt" folder for longer than 30 days. Email messages 31 days or older will be automatically deleted.

    b.  Calendar entries will be automatically purged 365 days from the end date of the entry. If the meeting is a reoccurring meeting, it will be removed from the calendar 365 days after the last meeting date.

    c.  Email older than 30 days may not be saved to hand-held computers, PDAs, or like devices.

    d.  Tasks will be automatically purged 365 days from the end date of the entry.

    e.  The "Deleted Items" folder has a three day retention policy. A message placed in "Deleted Items" will be automatically purged from the folder after three days. These messages will be recoverable for up to 28 days (after it has been removed from the folder).

    f.  There is no retention period on Contacts. Your Contacts will not be automatically purged from your mail file.

    g.  Microsoft Outlook users who need to retain email documents in excess of the quota pursuant to the Records Management and Retention Policy should contact the Collaboration Services Manager for assistance in retaining that information.

2. **eMail Document Archiving**

    Email users are not permitted to:



    a. Save email to their PC hard drive.

    b. Save email on a network or other shared storage device (except for the "KeepIt" folder and its subfolders).

    c. Back up email to electronic media (e.g. local tape backup device or CD burner provided by local department).

Prior to automatic deletions of messages older than 30 days, all emails required to be retained pursuant to the Records Management and Retention Policy must be moved to the special "KeepIt" folder by the user.

**3. eMail Quota**

    a. A quota is established for all email accounts. Once an associate's email has surpassed their quota, that associate will be prevented from sending or replying to any new email messages until his or her email file size is reduced below the quota.

    b. All email messages, attachments, calendar entries, and To Do tasks require storage space and will be counted when calculating the quota.

## Delegation:

The Division Controller is responsible for monitoring compliance with this Policy at each division.

## Audit:

IS&S and Corporate Audit are responsible for auditing the Company's general compliance with this Policy. Each Division Controller is responsible for auditing the implementation of this Policy at his or her various operating unit.

## Exceptions:

The Corporate Law Department may request exceptions to this policy based on pending litigation requirements. Exceptions will only be considered when related to pending litigation or significant business impact. Exception requests should be made to the Manager of Collaboration Services and will be subject to approval from the requestors Department Head and Corporate Counsel. In cases where an exception is granted, there may be additional fees and charges assessed to the requesting department.

## Review:

IS&S, in coordination with the Corporate Controller and General Counsel, will review this Policy on a regular basis. Suggested changes should be submitted to the Manager of Collaboration Services.



| Date | Version | Name | Comments |
|---|---|---|---|
| 3/22/04 | 1.00 | Mark Spohn | General Release to the Enterprise |
| 4/14/04 | 1.01 | Mark Spohn | Updates on pages 3-5 to include references to email accounts in the Citrix environment. |
| 1/31/05 | 1.02 | Frank Gallenstein | Updates on page 1 to reflect current status of deployments throughout the enterprise, and page 3 to clarify reference to POP3 and IMAP accounts. |
| 07/17/06 | 1.03 | Frank Gallenstein | Updates reflect implementation of new quota and retention limits that are being enforced by the Mail-attender software tool. |
| 02/02/10 | 1.04 | Ryan Schreck | Updated reflect implementation of Microsoft Outlook and the removal of Lotus Notes. |
| 05/17/2012 | 1.5 | Ann Wiesman | Updated the retention policy. Emails will now be deleted in 30 days instead of 60. |
| 8/1/2012 | 1.5.1 | Ann Wiesman | Updated the eMail Document Retention and Limits section to reflect the date of the policy |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |