**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation;
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs/Counter Defendants,

v.

SUNCOR ENERGY (U.S.A.), INC. a Delaware corporation,

    Defendant/Counter Claimant/Third-Party Plaintiff,

v.

HOSSEIN AND DEBRA LYNN TARAGHI,

    Third-Party Defendants.

_____

**INTERESTED PARTY DILLON, INC.'S MOTION FOR PARTIAL STAY OF THE AUGUST 17, 2012 MAGISTRATE JUDGE'S ORDER**

_____

    Comes now interested party Dillon Companies, Inc. ("Dillon"), by and through its attorneys, Montgomery Little & Soran, P.C., and respectfully requests that the Magistrate Judge grant a partial stay of the August 17, 2012 Order of the Magistrate Judge (Court Minutes/Minute Order, Doc. # 95) ("the Order").

## **CERTIFICATE OF COMPLIANCE**

Pursuant to D.C. Colo. L. Civ. R. 7.1(A), counsel for Dillon certifies that he discussed the relief requested in this Objection with counsel for Plaintiffs via telephone on August 31, 2012.  Plaintiffs' counsel will oppose same.

1.	Dillon is contemporaneously filing an Objection of Dillon to the Order ("Objection").  Dillon hereby incorporates its Objection as if fully restated herein.

2.	Dillon is contemporaneously filing a Reply to Dillon is contemporaneously filing a reply (""Reply") related to its status report (Status Report by Interested Party Dillon Companies, Inc. in Compliance With August 17, 2012 Order of Magistrate Judge, Doc. # 99).  Dillon hereby incorporates its Reply as if fully restated herein.

3.	Dillon is contemporaneously submitting a motion to the Magistrate Judge requesting that the Magistrate Judge reconsider his order.

4.	For the reasons stated in the Objection and the Reply, Dillon respectfully requests that the Magistrate Judge stay his Order with respect to Subpoena request nos. 5, 6, 8, 9, and 10 pending: (A) the Magistrate Judge's ruling on Dillon's motion to reconsider; and (B) the District Court Judge's ruling on Dillon's Objection.   Dillon also requests that the Magistrate Judge grant Dillon additional time to respond to request nos. 2 and 3 in the subpoena if needed.

5.	The filing of an objection, pursuant to Fed. R. Civ. P. 72(a), to an order by a magistrate judge on a discovery issue does not automatically stay the discovery to which the order is directed.  D.C. Colo. L. Civ. R. 7.1(A).  Any stay of the magistrate

judge's order must be sought and obtained separately by motion filed initially with the magistrate judge, and if denied, then with the assigned district judge. *Id.* The motion shall be supported by good cause. *Id.*

6. A stay of a magistrate judge's discovery order may be appropriate where there is a serious issue about the propriety of the ruling and where a failure to render a stay could result in serious, irreversible injury to the party seeking the stay. *Nau Holdings, LLC v. Dlorah, Inc.*, 2010 U.S. Dist. LEXIS 95177, *3, (D. Colo. Aug. 20, 2010). Thus, for example, a stay may be appropriate where enforcing the existing discovery order would require the disclosure of arguably privileged information, trade secrets to a competitor, or the like. *Id.*

7. In accordance with D. C. Colo. L. Civ. R. 30.2B, Dillon is separately filing this motion with the Magistrate Judge for partial stay of the Order. Good cause as required by Colo. L. Civ. R. 30.2B is set forth herein and in the Objection and the Reply.

WHEREFORE, Dillon respectfully requests that the Court:

(A) stay Dillon's response to requests number 2 and 3 in the Subpoena if needed for the reasons stated in the Objection and the Reply;

(B) stay the Subpoena with respect to requests nos. 5, 6, 7, 8, 9 and 10 pending: (1) the Magistrate Judge's ruling on Dillon's motion to reconsider; and (2) the District Court Judge's ruling on Dillon's Objection for the reasons stated in the Objection and the Reply; and

(C) award Dillon any such further relief as deemed appropriate by the Court.

Dated:  August 31, 2012.

                          s/*Michael R. McCormick*
                          Christopher A. Taravella, #7790
Michael R. McCormick, #33682
Montgomery Little & Soran, P.C.
5445 DTC Parkway, Suite 800
Greenwood Village, Colorado 80111
Phone Number: (303) 773-8100
Fax Number: (303) 220-0412
E-mail:  ctaravella@montgomerylittle.com
        mmccormick@montgomerylittle.com
*Attorney for Dillon Companies, Inc.*
*Interested Party*

4

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

Kenneth R. Bennington
Kathleen E. Craigmile
Adam F. Aldrich
Bennington Johnson Biermann & Craigmile, LLC
370 17th Street, Suite 3500
Denver, CO 80202

Michael Korenblat
Suncor Energy Services, Inc.
717 17th Street, Suite 2900
Denver, CO  80202

Anthony Shaheen
Keeya M. Jeffrey
Holland & Hart LLP-Denver
555 17th Street, Suite 3200
Denver, CO  80201

Philip Wayne Bledsoe
Joseph T. VanLandingham
Polsinelli Shughart LLP
1515 Wynkoop Street, Suite 600
Denver, CO  80202

William LeitzseyMonts, III
John Robert Robertson
Hogan Lovells US LLP-DC
555 13th Street NW
Columbia Square #1300
Washington DC 20004-1109

s/ *Michael R. McCormick*
Montgomery Little & Soran, P.C.