**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation;
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs/Counter Defendants,

v.

SUNCOR ENERGY (U.S.A.), INC. a Delaware corporation,

    Defendant/Counter Claimant/Third-Party Plaintiff,

v.

HOSSEIN AND DEBRA LYNN TARAGHI,

    Third-Party Defendants.

_____

**MOTION BY INTERESTED PARTY DILLON COMPANIES, INC. FOR RECONSIDERATION OF THE AUGUST 17, 2012 ORDER OF MAGISTRATE JUDGE**
_____

    Comes now interested party Dillon Companies, Inc. ("Dillon"), by and through its attorneys, Montgomery Little & Soran, P.C., and respectfully submits this motion ("Motion") for Reconsideration of the August 17, 2012 Order of the Magistrate Judge ("the Order") as follows.

## CERTIFICATE OF COMPLIANCE

Pursuant to D.C. Colo. L. Civ. R. 7.1(A), counsel for Dillon certifies that he discussed the relief requested in this Motion today via telephone with counsel for Plaintiffs.  Plaintiffs' counsel will oppose same.

## INTRODUCTION

1. Dillon is contemporaneously filing an Objection of Dillon to the Order ("Objection").  Dillon hereby incorporates its Objection as if fully restated herein.

2. Dillon is contemporaneously filing a reply (""Reply") related to its status report (Status Report by Interested Party Dillon Companies, Inc. in Compliance With August 17, 2012 Order of Magistrate Judge, Doc. # 99).  Dillon hereby incorporates its Reply as if fully restated herein.

3. Dillon respectfully requests that the Magistrate Judge reconsider his Order because Dillon has recently submitted additional evidence to the Court as described, *inter alia*, in the Objection and the Reply.   Dillon apologizes to the Court for any prior misunderstandings regarding the availability of information and requests the Court's patience as Dillon attempts to rectify same and provide the Court with the best available information from its Law Department, Information Technology Department, and Accounting.

4. Grounds warranting a motion to reconsider include: (1) an intervening change in the controlling law, (2) new evidence previously unavailable, and (3) the need

to correct clear error or prevent manifest injustice.  *Servants of The Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. N.M. 2000).

     5.    Reconsideration of the Order is warranted in light of additional information submitted to the Court as set forth above.

WHEREFORE, Dillon respectfully requests that the Magistrate Judge reconsider his Order and award Dillon the relief requested in the Objection.

Dated:  August 31, 2012.

    s/*Michael R. McCormick*
Christopher A. Taravella, #7790
Michael R. McCormick, #33682
Montgomery Little & Soran, P.C.
5445 DTC Parkway, Suite 800
Greenwood Village, Colorado 80111
Phone Number: (303) 773-8100
Fax Number: (303) 220-0412
E-mail:  ctaravella@montgomerylittle.com
       mmccormick@montgomerylittle.com
*Attorney for Dillon Companies, Inc.*
*Interested Party*

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

Kenneth R. Bennington
Kathleen E. Craigmile
Adam F. Aldrich
Bennington Johnson Biermann & Craigmile, LLC
370 17th Street, Suite 3500
Denver, CO 80202

Philip Wayne Bledsoe
Joseph T. VanLandingham
Polsinelli Shughart LLP
1515 Wynkoop Street, Suite 600
Denver, CO 80202

Michael Korenblat
Suncor Energy Services, Inc.
717 17th Street, Suite 2900
Denver, CO 80202

William LeitzseyMonts, III
John Robert Robertson
Hogan Lovells US LLP-DC
555 13th Street NW
Columbia Square #1300
Washington DC 20004-1109

Anthony Shaheen
Keeya M. Jeffrey
Holland & Hart LLP-Denver
555 17th Street, Suite 3200
Denver, CO 80201

s/ *Michael R. McCormick*
Montgomery Little & Soran, P.C.