THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation;
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs/Counter Defendants,

v.

SUNCOR ENERGY (U.S.A.), INC. a Delaware corporation,

    Defendant/Counter Claimant/Third-Party Plaintiff,

v.

HOSSEIN AND DEBRA LYNN TARAGHI,

    Third-Party Defendants,

---

### DECLARATION OF RON PRIOR PURSUANT TO 28 U.S.C. § 1746 ("DECLARATION")

---

1.    I am Ron Prior. I am employed as the Manager of Fuel Technology for Kroger Co. ("Kroger"). My office is located at 10251 East 51st Avenue, Suite A, Denver, Colorado 80239. My employment with Kroger commenced in April 1992 as Project Manager for convenience stores. In January 2004 I left employment with Kroger. I started contract work with Dillon convenience stores in February 2004 and continued in that role until August 2008, when I assumed my current position as a Kroger employee.

EXHIBIT G

2. My duties as Manager of the Fuel Technology team headquartered in Denver include responsibilities for all of the information technology used to operate Kroger supermarket fuel centers. My duties include overseeing the testing and deployment of software used at point of sale for fuel operations at Kroger operated supermarket fuel centers. Based upon my experience at Kroger I also have general knowledge concerning other Dillon information technology systems used at Kroger supermarket fuel centers and back-end systems.

3. My duties as Manager of the Fuel Technology team headquartered in Denver include overseeing the testing of software used at point of sale for convenience store fuel centers, e.g., Loaf N' Jug. Based upon my experience at Kroger I also have general knowledge concerning other Dillon information technology systems used at Kroger convenience stores and back-end systems.

4. I have reviewed the Subpoena to Produce Documents, Information Or Objects Or to Permit Inspection of Premises in Civil Action 11-cv-01611-MSK-CBS, United States District Court for the District of Colorado, issued by Plaintiffs Western Convenience Stores, Inc. and Western Truck One, LLC, dated April 26, 2012 ("Subpoena") (Exhibit A).

5. My Declaration also addresses request number 7 of the Subpoena. Dillon's fuel sales operating systems require customers to input the zip code for security purposes at only some of Dillon's supermarket and convenience store fuel centers. In such cases, the payment controller sends the zip code, along with the credit card number, in an information packet to the issuing bank for payment authorization of the

credit transaction. The issuing bank verifies the customer's zip code based upon the customer's billing address as a part of authorizing the credit transaction. However, Dillon does not store the zip code in such cases and it is not retained in Dillon's systems.

6. Dillon does have the last four digits of credit card numbers reflecting supermarket fuel center purchases (Fuel and other than Fuel) from about September 2011 to present. From September 2011 to about April 2012 such information is captured at store level only. From about May 2012 to present such information is centrally stored. In or about April 2012 Dillon completed a migration to process credit card transactions through a Dillon proprietary switch.

7. Dillon does have the last four digits of credit card numbers reflecting convenience store fuel center purchases (Fuel and other than Fuel). Such information is centrally stored. Dillon is in now identifying the complexity of the task and determining the length of time it will take to provide this information.

8. Capitalized terms not defined herein have the same meaning as set forth in the Subpoena.

9. I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on this 13th day of September, 2012.

_____
RON PRIOR