IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 11-cv-01611-MSK-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: September 14, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*                                                              *Counsel:*

WESTERN CONVENIENCE STORES, INC., *et al.*,

Kathleen E. Craigmile
Kenneth Ronald Bennington
Philip Wayne Bledsoe

    Plaintiffs,

v.

SUNCOR ENERGY (U.S.A.) INC.,

Anthony J. Shaheen

    Defendant,

DILLON COMPANIES, INC.,

Christopher Anthony Taravella
Michael Robert McCormick

    Interested Party.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   STATUS CONFERENCE**
**Court in Session:       8:31 a.m.**
Court calls case.  Appearances of counsel.

The court addresses the parties regarding the current status of this case.  The court is informed that Dillion Companies have replaced counsel and that a number of status reports and declarations have been filed.

Discussion between the court and Mr. Bennington regarding Dillion's MOTION to Stay (Partial) of the August 17, 2012 Magistrate Judge's Order (Docket No. 109, filed on 8/31/2012).  Mr. Bennington informs the court that the plaintiffs feel like they are not getting anywhere.

Discussion between the court and Mr. Taravella regarding the current status of the case. Mr. Taravella informs the court that he has witnesses here with him who are willing to back up the declarations. Discussion regarding Dillion's MOTION for Reconsideration re 95 Order on Motion to Quash,,, Order on Motion to Amend/Correct/Modify,,, Motion Hearing,,, Set/Reset Deadlines/Hearings,, (Docket No. 10, filed on 8/31/2012), Rule 26(b)(1) pertaining to conducting discovery of non-privileged materials, Rule 16, and Rule 26(b)(2)(c). Mr. Taravella informs the court that he does not feel that all production can be completed by September 17, 2012 and would prefer to produce the discovery on a rolling basis with perhaps an end date of October 1, 2012.

Discussion between the court, Mr. Bennington, and Mr. Taravella regarding conducting 30(b)(6) depositions to resolve some of the questions the plaintiffs have, setting a Status Conference to determine what still more needs to be produced, Rule 37 and the court imposing sanctions, and Rule 37(b). The court advises the parties that they shall be required to continue to move forward with discovery. Discussion regarding the court entertaining cost shifting and possibly modifying the protective order.

**ORDERED:**   A Status Conference is set for **October 3, 2012 at 3:30 p.m.**

The court advises the parties that it would be willing to consider a joint motion filed by all the parties seeking modification of the protective order.

HEARING CONCLUDED.

**Court in recess:       9:43 a.m.**
Total time in court:    01:12

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.