

**BENNINGTON JOHNSON**
ATTORNEYS AT LAW

BENNINGTON
JOHNSON
BIERMANN &
CRAIGMILE
LLC

April 26, 2012

Dillon Companies, Inc.
c/o Corporation Service Company
1560 Broadway, Suite 2090
Denver, CO 80202

Re:   *Western Convenience Stores, Inc., et al v. Suncor Energy (U.S.A.) Inc.*
       *U.S. District Court Case No. 11-cv-01611-MSK-CBS*

Dear Sir or Madam:

Enclosed is a Subpoena to produce documents pursuant to Rule 45 of the Federal Rules of Civil Procedure, together with a witness and mileage fee check required by Colorado law. The Subpoena requires that documents be produced on or before May 18, 2012. We, of course, will reimburse your company for the expense of copying and sending these documents to our office.

Please be advised that the Court has entered a Stipulated Protective Order to protect disclosure of documents which may constitute trade secrets. I have enclosed a copy for your reference.

We appreciate your cooperation in this matter. Please contact me at your earliest convenience to make arrangements for review of the documents, or for any questions that you might have concerning this subpoena.

Very truly yours,

Kenneth R. Bennington

Enclosures

**Exhibit 1**

3500 Republic Plaza
370 Seventeenth St.
Denver, CO 80202

*phone:* 303.629.5200
*fax:* 303.629.5718
benningtonjohnson.com