## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 05-RB-81 (PAC)

PARISH OIL CO., INC.

and

RAY MOORE TIRE & PETROLEUM
SERVICE, INC.

                              Plaintiffs,

v.

DILLON COMPANIES, INC.
d/b/a City Market

                              Defendant.

---

### DECLARATION OF BERNICE GREASER

---

Bernice Greaser, pursuant to 28 U.S.C. § 1746, deposes and says that:

1.  I am the Division Director for King Soopers/City Market for Drug/General

    Merchandise/Fuel.  My business address is 65 Tejon St., Denver, Colorado

    80223.  I am responsible for all marketing, pricing, and financial performance

    in the Supermarket Petroleum department.  I began working for King

    Soopers in 1975.  I have been the Director of the Fuel division since 1999.

    The information contained in this declaration is based on my personal

    knowledge and, if called as a witness in these proceedings, I could and

    would testify competently to the matters set forth herein.

<div style="border:1px solid">Exhibit 3</div>

EXHIBIT 1

05-CV-81-REB-PAC

1

2.  As the Director of the Fuel program for City Market/King Soopers, I am familiar with the gasoline operations at both City Market stores in Montrose, Colorado, as well as the retail gasoline market in Montrose.  Because of my position, I am also familiar with gasoline operations and margins in other areas of the state where we have City Market or King Soopers stores.

3.  Dillon Companies, Inc., is a wholly owned subsidiary of The Kroger Co.  It operates retail grocery stores under the City Market and King Soopers names.  It has two City Market stores located in Montrose, Colorado.  Store 440 is located at 16400 South Townsend Ave. and Store 403 is located at 128 South Townsend Ave.  In addition to selling groceries, these two stores also sell retail gasoline to the motoring public at fuel centers located adjacent to the stores.

**City Market's Fuel Centers in Montrose**

4.  What is now Store 440 began selling gasoline in 1996 as a Loaf 'N Jug outlet.  City Market took over from Loaf 'N Jug in 1998.  Store 403 began selling gasoline on July 21, 2004.

5.  City Market offers an attractive product to the motoring public.  We provide one-stop shopping, where customers can purchase gas and buy groceries at one convenient location.  Our location at Store 440 is particularly attractive to passing tourists, as it is the first major retail operation reached in Montrose by those traveling north on Highway 550, and likewise the last location encountered by those leaving town.  Store 403 is located on prime real

estate in the center of town and also offers the convenience of one-stop fuel and grocery purchases.

6. We sell unleaded, mid-grade, premium and diesel unbranded gasoline at both fuel centers.

### Gas Margins In Montrose

7. Margins on the sale of gasoline in Montrose have historically been very high. For example, based on information from the Oil Price Information Service, in 2000 average margins in Montrose were 19.5 cents per gallon as compared to a national average of 12.7 cents per gallon. In 2000 our margins at King Soopers stores located on the Front Range of Colorado were 10.2 cents per gallon. Due to increased competition, average margins on regular unleaded gasoline in Montrose are now more in line with the current national average.

### Competition in Montrose

8. There are approximately 15 gasoline retail outlets in Montrose. The trend in fuel sales today is one stop, value added shopping. This is particularly true in a market like Montrose, where there is a fair amount of traffic from tourists looking to buy groceries with their gas. Older fuel retailers, who have not upgraded their facilities and do not offer the convenience of one-stop shopping generally are not as attractive to customers.

9. The price setter for as long as City Market has been selling fuel in Montrose has been Bradley Petroleum ("Bradley"), a branded gasoline retailer with somewhat older facilities located in the center of town.

3

10. In December 2003 Bradley began lowering its price for unleaded regular gasoline, and City Market's Store 440 followed.

11. On December 17, 2003, Safeway, located only 2 blocks from Bradley, began selling retail fuel at a posted price of $1.34 per gallon, one cent lower than Bradley. In addition, any Safeway gas purchaser using the Safeway loyalty card received 3 cents off the posted price per gallon of gas, regardless of whether they purchased any groceries. As a result, Bradley set its prices to always be 3 cents below Safeway's posted price. City Market treated Safeway's prices similarly. Safeway also responded similarly, setting its posted prices 3 cents above Bradley when Bradley led the low price.

12. An intense price competition ensued between Bradley and Safeway. City Market was the follower in this competition. Safeway and/or Bradley continued to engage in price competitions at various times throughout 2004, and City Market met their prices. On several occasions, City Market raised its price but rarely did Bradley and Safeway follow. The graph attached hereto as Greaser Exhibit 1 ("GE-1") clearly shows that City Market was the follower in this competition.

13. From December 3, 2003 until February 17, 2005, the price of unleaded regular gasoline was driven lower than previous prices on 45 occasions. Bradley dropped the price on 27 of these occasions and Safeway dropped the price on 15 occasions. On three occasions our price checker was unable to determine whether Bradley or Safeway dropped its prices first. Attached hereto as Greaser Exhibit 2 ("GE-2") is the Low Price Driver summary based

on our price surveys of unleaded regular gasoline during this period. Also attached hereto as Greaser Exhibit 3 ("GE-3") is a spreadsheet showing the prices of City Market, Bradley, and Safeway, which shows price changes by day and time.

14. Prices shown in these three exhibits reflect Safeway's price minus the 3 cents. Safeway's price is calculated as 3 cents less than its posted price because of the discount available to all Safeway loyalty cardholders.

15. City Market set its prices to remain competitive in the market and protect its own business. City Market did not intend its pricing to harm competitors or competition, but intended to remain profitable in the Montrose market.

16. Currently Bradley, Safeway, and Diamond Shamrock (located at 938 South Townsend Ave.), are engaged in a price competition. City Market is not fully participating in this competition. As a result, as of March 3, 2005, our posted retail price is 10 cents higher than that of Bradley.

**Store Locations**

17. In addition to the local population, fuel sales in Montrose depend on tourist traffic through town, driving down Route 50 and continuing on Route 550 (Townsend Ave.). Most of the fuel outlets that City Market considers to be competitors are located on this north-south road. We did not, and still do not, track prices of fuel outlets located outside of this strip.

18. City Market's Store 440 is located at the south end of town. Store 403 is located in the center of town. Bradley, one of the low price leaders, is also located in the center of town, less than a mile from Ray Moore Tire &

5

Petroleum Service ("Ray Moore"), and 1.5 miles from Parish Oil Co.'s ("Parish") outlet, 66 Food Plaza. Attached hereto as Greaser Exhibit 4 ("GE-4") is a map showing the locations of Bradley, Safeway, the two City Market Stores, Ray Moore, Diamond Shamrock, and Parish's 66 Food Plaza.

19. A motorist driving south through Montrose on Townsend Avenue encounters several retail fuel outlets. The motorist passes a Shell station and a Conoco station before reaching Ray Moore. Prior to the opening of a fuel center at Store 403, the motorist would next pass a Diamond Shamrock, then Bradley, a little less than a mile from Ray Moore. Next comes Safeway, about 2 blocks from Bradley. The motorist would then pass several more fuel outlets before reaching City Market Store 440, a full 2.6 miles from Ray Moore. The motorist would not pass Parish's 66 Food Plaza, as that store is located on East Main St., about 12 blocks from Townsend Ave. and also 2.6 miles from Store 440.

20. City Market tracks the posted prices of competitors on a daily basis to ensure that its fuel centers remain competitive. From December 2003 until July 2004, City Market tracked the Shell station, 3 Conoco stations, Diamond Shamrock, Bradley, Phillips 66, and Safeway, but did not include Ray Moore or either of Parish's outlets in its daily price surveys. City Market always tracked Bradley's prices because Bradley was generally the lowest fuel price in town. Only after Store 403 began selling fuel did we track the prices of Ray Moore, but we never tracked the prices of either of Parish's outlets.

## VERIFICATION

I, Bernice Greaser, do hereby solemnly declare under the penalties of perjury that the foregoing contents of this affidavit are true and correct to the best of my knowledge.


Date: _March 3, 2005_        _Bernice Greaser_
                         Bernice Greaser