# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 05-RB-81 (PAC)

PARISH OIL CO., INC., and
RAY MOORE TIRE & PETROLEUM
    SERVICE, INC.

                    Plaintiffs,

v.

DILLON COMPANIES, INC., d/b/a City Market

                    Defendant.

---

## STIPULATION OF FACTS

---

Plaintiffs Parish Oil Co., Inc. and Ray Moore Tire & Petroleum Service, Inc. and

defendant Dillon Companies, Inc. hereby stipulate and agree that the following facts

shall be accepted as true for the limited purpose of plaintiffs' motion for a preliminary

injunction.

### A.    The Parties

1.    Plaintiff Parish Oil Co., Inc. ("Parish") is a corporation organized, existing

and in good standing under the laws of the State of Colorado with its principal place of

business in Montrose, Colorado.  Parish is a wholesale distributor of motor fuels and

other refined petroleum products (sometimes referred to as a "jobber").  Parish markets

motor fuels and other petroleum products at wholesale to independent service station

dealers and to commercial and industrial end-users.  Parish is also a retailer of motor

1    DeltaView comparison of iManageDeskSite://DNDMS/DN/83978/1 and iManageDeskSite://DNDMS/DN/83978/2. Performed on 4/15/20
\\DE~ 23390/0001 - 235247 v1

PAGE 1 OF 9

Exhibit 4

ExHIBIT A-1
05-CV-81-REB-PAC

fuels under the "Phillips" and "Conoco" brands, with retail service stations located at 1301 East Main and 2020 North Townsend Avenue, Montrose, Colorado (the former hereinafter referred to as "66 Food Plaza" and the latter referred to as "Humdinger's Travel Shoppe").

2.     Plaintiff Ray Moore Tire & Petroleum Service, Inc. ("Ray Moore") is a corporation organized, existing and in good standing under the laws of the State of Colorado with its principal place of business in Montrose, Colorado.  Since January 27, 1974, Ray Moore has owned and operated a gasoline service station at 216 North Townsend, Montrose, Colorado (the "Ray Moore Station").  Motor fuels were sold at the Ray Moore Station on an "unbranded" basis, or without trademarks, trade names and other brand identifications of a major oil company.

3.     Dillon Company, Inc. ("Dillon") is a corporation organized and existing under the laws of the State of Kansas.  Dillon is a wholly-owned subsidiary of The Kroger Company, an Ohio corporation.  Dillon does business in the State of Colorado under the City Market and King Soopers names.

4.     City Market is a retail grocery chain that has engaged in motor fuel sales at its store at 16400 South Townsend ("South Store"), Montrose, Colorado, since 1998. City Market has sold motor fuel at its store located at 128 South Townsend ("Downtown Store") since July 21, 2004.

5.     There are approximately 15 gasoline retail outlets in Montrose.  These include the outlets described in paragraphs 1, 2, and 4 above as well as outlets owned by Bradley Petroleum ("Bradley"), and Safeway and Diamond Shamrock, among others.

2     DeltaView comparison of iManageDeskSite://DNDMS/DN/83978/1 and iManageDeskSite://DNDMS/DN/83978/2. Performed on 4/15/2005.
\\DE - 23390/0001 - 235247 v1

PAGE 2 OF 9

### B.   The Proximity Of Certain Retail Outlets
### For The Sale Of Motor Fuels

6.   The Ray Moore Station is approximately three blocks from the Downtown Store, .9 miles from Safeway, .8 miles from Bradley, and just over two miles from the South Store.   Parish's 66 Food Plaza is located approximately .8 miles from the Downtown Store, 1.6 miles from Safeway, 1.5 miles from Bradley, and 2.6 miles from the South Store.  Humdinger's Travel Shoppe is located approximately 1.8 miles from the Downtown Store, 2.6 miles from Safeway, 2.5 miles from Bradley, and 3.6 miles from the South Store.  The Safeway Store is .8 miles from the Downtown Store.  The Safeway Store is 1 mile from the South Store.  Bradley's is .7 miles from the Downtown Store.  Bradley's is 1.1 miles from the South Store.

7.   A map showing the above-referenced retail motor outlets in Montrose, Colorado is appended hereto as Exhibit "A" and is not in dispute.

### C.   City Market's Laid-In Cost For Gasoline

8.   At all times relevant hereto, the wholesale price City Market paid to its motor fuel supplier for each grade of gasoline sold at the Downtown Store and the South Store is a price determined on the basis of a formula contained in a contract or contracts between City Market and Giant Refining.  The actual cost of the product to City Market is its "laid-in cost."  City Market's "laid-in cost" is derived by adding to the contract price the following:  (i) the common carrier freight charge for delivering the gasoline from the applicable terminal to the Downtown Store or the South Store; (ii) federal excise taxes and Colorado state fuel taxes ($.404 per gallon); and (iii) a state environmental fee ($.00935 per gallon).

3   DeltaView comparison of iManageDeskSite://DNDMS/DN/83978/1 and iManageDeskSite://DNDMS/DN/83978/2. Performed on 4/15/2005.
\\DE - 23390/0001 - 235247 v1

### D.    City Market's Retail Gasoline Pricing

9.    At all times relevant hereto, City Market's prices for each grade of gasoline sold at the South Store and the Downtown Store were posted on one or more price signs located at or around each store's fuel island and on the gasoline pump. The prices posted on the price signs and pumps at each store are referred to as the "posted prices."

10.    Between December 3, 2003 and continuing today, City Market offers customers at its Montrose, Colorado stores a discount off of the posted price on gasoline purchases. The amount of the discount, the terms and conditions under which it was offered to City Market's customers, and the time period during which such amount and terms and conditions were in effect are as follows:

a.    During the period December 3, 2003 through March 2, 2004, City Market offered a discount for gasoline purchases at the South Store to customers that purchased grocery items in certain minimum dollar amounts. City Market offered a discount of four cents per gallon off of its posted price for any grade of gasoline to customers that purchased in excess of $25 worth of grocery items in one transaction. City Market offered a discount of eight cents off of its posted price for gasoline to customers that purchased in excess of $50 worth of grocery items in one transaction. Eligible customers were given two weeks after qualifying for the discount to purchase gasoline at the South Store at the applicable discounted price.

b.    During the period March 3, 2004 through November 9, 2004, City Market offered a discount in the amount of 15 cents per gallon off of City Market's

4    DeltaView comparison of iManageDeskSite://DNDMS/DN/83978/1 and iManageDeskSite://DNDMS/DN/83978/2. Performed on 4/15/2005.
\\DE - 23390/0001 - 235247 v1

PAGE **4** OF **9**

posted price to customers that purchased in excess of $35 worth of grocery items at the Downtown and South stores. Customers were not required to purchase the requisite dollar amount of grocery items in one transaction in order to qualify for the discount; they were allowed to accumulate purchases over a seven day period. Eligible customers were given at least fourteen days after qualifying for the discount to purchase any grade of gasoline at the discounted price.

   c. During the period November 10, 2004 through February 28, 2005, City Market offered a discount of twenty cents per gallon off of its posted price for any grade of gasoline to customers that purchased in excess of $50 worth of grocery items at the Downtown or South stores in one transaction. Customers were not permitted to accumulate purchases at different times in order to meet the minimum dollar amount for discount purposes. Customers were given at least fourteen days after qualifying for the discount to purchase gasoline at a City Market store in Montrose, Colorado at the discounted price.

   d. During the period March 1, 2005 through today, City Market offers a two-tiered discount off of its posted price. First, customers using their loyalty card when they purchase gas get three cents off per gallon, regardless of whether they purchase any groceries. Second, there is an additional discount in the amount of seven cents per gallon for customers who purchase in excess of $100 worth of grocery items at a City Market store during that calendar month. In order to qualify for this discount, customers are allowed to accumulate purchases over one calendar month to meet the minimum

5 DeltaView comparison of iManageDeskSite://DNDMS/DN/83978/1 and iManageDeskSite://DNDMS/DN/83978/2. Performed on 4/15/2005.
WDE - 23390/0001 - 235247 v1

PAGE **5** OF **9**

purchase requirement and are permitted to purchase any grade of gasoline at the discounted price for a period of at least fifteen days after qualifying for the discount.

11.    With the exception of the three cent loyalty card discount described in subsection 10.d. above, City Market's discount programs work in the following manner: (a) When a customer makes a qualifying purchase in the supermarket, the amount of the purchase is stored electronically and tied to that customer's loyalty card account; (b) after the customer's loyalty card account has accumulated enough qualifying supermarket purchases (or made one purchase of the required amount), a reward is activated for that loyalty card account and the customer is notified; (c) the customer then has a certain number of days in which to redeem the reward; (d) when the customer purchases fuel, the customer must swipe or scan the loyalty card in order to receive the discount earned by meeting the supermarket purchase threshold. When the loyalty card is swiped at the fuel center, the price per gallon (as displayed at the pump) changes before the fuel is dispensed, and the reward is deleted from that customer's loyalty card account, so that the discount can only be used once; (e) at the end of each four-week accounting period, via a manual process, the discounts redeemed at the fuel centers are charged back to the supermarket and deducted from the income for the supermarket; and (f) at the same time the fuel center receives credit from the supermarket for the income attributable to the discount and its financial statements are prepared reflecting that income. The margin of profit on qualifying grocery sales, when viewed in the aggregate, fully covered the cost of the aggregate discounts offered under these programs at City Market's Montrose, Colorado stores. The amount paid for the

6      DeltaView comparison of iManageDeskSite://DNDMS/DN/83978/1 and iManageDeskSite://DNDMS/DN/83978/2. Performed on 4/15/2005.
\\DE - 23390/0001 - 235247 v1

groceries and the gasoline purchases, when taken together and viewed in the aggregate, covered the cost of both the groceries and gas.  City Market does not record margins on grocery sales at the individual customer level, and therefore City Market cannot determine whether the margin on any individual's qualifying purchase of groceries is more than, less than, or equal to the discount on such customer's gasoline purchase.

12.      During the period December 7, 2003 through April 30, 2005, City Market's posted price for regular unleaded gasoline at the South Store was below City Market's "laid-in cost" for the same product on 130 days.  Likewise, during the period July 21, 2004 through April 30, 2005, City Market's posted price for regular unleaded gasoline at the Downtown Store was below City Market's "laid-in cost" for the same product on 44 days.  On those 130 days and 44 days, respectively, City Market's posted price for regular unleaded gasoline at the South Store and the Downtown Store, respectively, was below City Market's "cost" as the term "cost" is defined in *C.R.S.A.§* 6-2-105(2).

### E.   City Market's Retail Gasoline Pricing In<br>Relation to Competitors

13.      During the period December 3, 2003 through today, City Market's posted price for regular unleaded gasoline was no lower than the lowest posted price of a City Market competitor for the same product.

14.      A spreadsheet showing the regular unleaded fuel prices of the two City Market fuel centers, Bradley's and Safeway for the period December 3, 2003 through mid-February, 2005, is attached hereto as Exhibit "B" and is not in dispute.

7       DeltaView comparison of iManageDeskSite://DNDMS/DN/83978/1 and iManageDeskSite://DNDMS/DN/83978/2. Performed on 4/15/2005.
\\DE - 23390/0001 - 235247 v1

15.    During the period December 3, 2003 through today, the Downtown Store and the South Store tracked the prices of several other retail gasoline outlets in Montrose.   During this period, neither store tracked the prices at either of Parish's outlets.   The prices at Ray Moore Station were never tracked by the South Store and were tracked by the Downtown Store only between July 21, 2004 and mid-November, 2004.

16.    A spreadsheet showing the regular unleaded fuel prices of the two City Market fuel centers, Bradley's and Safety for the period mid-February through May 13, 2005, is attached hereto as Exhibit C and is not in dispute.

17.    During the period December 3, 2003 through today, Plaintiffs believe Bradley's posted price for regular unleaded gasoline was below Bradley's "laid-in cost" for the same product on the same days that City Market's posted price for regular unleaded gasoline was below City Market's "laid-in cost" for the same product.

18.    During the period December 3, 2003 through today, Plaintiffs believe Safeway's posted price for regular unleaded gasoline (taking into account the three cent per gallon discount given to all loyalty card holders, regardless of whether they purchased groceries) was below Safeway's "laid-in cost" for the same product on the same days that City Market's posted price for regular unleaded gasoline was below City Market's "laid-in cost" for the same product.

19.    Plaintiffs believe that Bradley's and Safeway sold gasoline below cost in violation of *C.R.S.A.* § 6-2-105(1)(b) on the days that City Market sold gasoline below "cost" as the term "cost" is defined in *C.R.S.A.* § 6-2-105(2).   Bradley's and Safeway

8      DeltaView comparison of iManageDeskSite://DNDMS/DN/83978/1 and iManageDeskSite://DNDMS/DN/83978/2. Performed on 4/15/2005.
\\DE - 23390/0001 - 235247 v1

PAGE  8  OF  9

would not be in violation of § 6-2-105(1)(b) on the days in question if they made a *"bona fide"* effort to determine whether the competitors' prices they attempted to meet were lawful prices under § 6-2-105(1)(b) and had a reasonable good faith belief that such competitors' prices were lawful prices.  Plaintiffs believe that no reasonable person with knowledge of the "laid-in cost" of gasoline in Montrose, Colorado could have concluded, upon making such a *"bona fide"* effort, that the retail prices they attempted to meet were legal prices.

20.    Parish contemplated bringing an action for below cost sales in Montrose, Colorado in December 2003.

### F.    Plaintiff's Loss of Customers

21.    Plaintiffs contend that the majority of their lost motor fuel sales volume (in gallons) resulted in an increase in City Market's motor fuel sales volume and that the majority of plaintiffs' lost customers purchased gasoline at City Market after they ceased purchasing gasoline from plaintiffs.  At this time, plaintiffs do not know the actual number of customers they lost or the actual number of lost customers that purchased gasoline at Bradley's, Safeway, City Market or at other outlets after they ceased purchasing gasoline from plaintiffs.

### G.    Irreparable Injury

22.    Ray Moore Station closed its retail operations on November 12, 2004.

9    DeltaView comparison of iManageDeskSite://DNDMS/DN/83978/1 and iManageDeskSite://DNDMS/DN/83978/2. Performed on 4/15/2005.
\\DE - 23390/0001 - 235247 v1

PAGE 9 OF 9