# MONTGOMERY LITTLE
## & SORAN, PC

Attorneys at Law

MICHAEL R. MCCORMICK
303.779.2721
mmccormick@montgomerylittle.com

## CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

October 1, 2012

Kenneth R. Bennington, Esq.
Bennington Johnson Biermann & Craigmile, LLC
370 17th Street, Suite 3500
Denver, CO 80202

**SENT VIA ELECTRONIC MAIL:** krb@benningtonjohnson.com
**ORIGINAL SENT WITH DVD VIA HAND DELIVERY**

RE:   *Western Convenience Stores, Inc., et al.* v. *Suncor Energy, Inc.*
      Civil Action No. 11-cv-01611-MSK-CBS
      United States District Court for the District of Colorado
      Our File No.:  1509-147

Dear Mr. Bennington:

This letter supplements Dillon's prior responses to Plaintiffs' Subpoena to Produce Documents, Information Or Objects or to Permit Inspection of Premises ("the Subpoena") in the above styled matter.

The information that Dillon Companies, Inc. ("Dillon") is producing is subject to the Protective Order dated March 12, 2012 (Doc. #49) ("Protective Order"). Please notify us immediately if you disagree. Accordingly, some of the documents produced herewith are designated "Highly Confidential Information" or "Confidential Information" pursuant to Paragraph 5(a) of the Protective Order. Please note that Dillon does not hereby waive its right to object to the Protective Order or to seek its modification, if necessary. In particular, we believe that certain information requested by the Subpoena is trade secret information. In addition, to the extent that the Court may require that it be produced, any protective order does not afford Dillon adequate protection.

<div style="border:1px solid black; display:inline-block; padding:4px;">**Exhibit 6**</div>

**MONTGOMERY LITTLE & SORAN, PC**
ATTORNEYS AT LAW

**Confidential – Subject to Protective Order**
October 1, 2012
Page 2
Kenneth Bennington, Esq.

Dillon responds to the Subpoena, in part, as follows (each of the numbered requests corresponds with the numbered paragraphs of the Subpoena commencing on p. 3):

❖ Request Nos. 2 & 3

➤ Please find enclosed documents bates nos. DILLON 0023908 – 23931.

- Certain information sought by Request nos. 2 and 3 overlaps with the information sought by Plaintiffs in Request no. 5(h). This information is a trade secret for the reasons stated in the Declaration of Susan Giannola Pursuant to 28 U.S.C. § 1746 ("Giannola Declaration") (Doc. # 108-6), Paragraphs 6-8. See, e.g. DILLON 23911. Accordingly, Dillon redacted this information. The redactions are marked "REDACTED." If Dillon is required to produce the trade secret information contained in these documents, then Dillon reserves the right to amend the designation on such documents pursuant to Paragraph 5(a) of the Protective Order.

❖ Request No.4

➤ Please find enclosed documents bates nos. DILLON 0023932 – 23937.

- Dillon 023932 – 023933 is a revised list of Dillon operated supermarket fuel centers without the following King Soopers' locations, which do not sell fuel: 480 North 107th Street and 8200 County Road 29.

  - Store numbers on the list that begin with "KS" are King Soopers locations (e.g. KS-003). Store Numbers on the list that begin with "CM" are City Market locations (e.g. CM-401).

MONTGOMERY LITTLE & SORAN, PC
ATTORNEYS AT LAW

**Confidential – Subject to Protective Order**
October 1, 2012
Page 3
Kenneth Bennington, Esq.

- Dillon 023934 – 023937 is a revised list of Loaf N' Jug convenience stores owned by Dillon. The original list that Dillon that produced to Plaintiffs (DILLON 000019 – 000025) included locations in Montana, New Mexico, North Dakota, Oklahoma, South Dakota and Wyoming. These locations are outside of the Geographic Area as defined by the Subpoena. The revised list only includes locations in Colorado and Nebraska.

❖ Request No. 7

➢ Dillon's investigation thus far indicates that it does not have any ESI or Documents with zip code information linked to credit card numbers. This information is not available and zip codes are not stored.

➢ The enclosed DVD includes a report including the last four digits of credit card numbers reflecting purchases (fuel and other than fuel) at Dillon owned convenience stores, including without limitation Loaf N' Jug, from January 1, 2009 until June 30, 2010, DILLON 0100000 –126146 ("Enclosed Report"), subject to the following:

- An exemplar page of the Enclosed Report (bates numbered DILLON 100000) is attached to this letter.

- Dillon's records do not distinguish fuel vs. non-fuel purchases at Loaf N' Jug stores.

- Some of the information may be incomplete because the data is generated at the convenience store level and Kroger's accounting systems occasionally did not verify that the convenience stores transmitted all of their data to Kroger.

**MONTGOMERY LITTLE & SORAN, PC**
ATTORNEYS AT LAW

**Confidential – Subject to Protective Order**
October 1, 2012
Page 4
Kenneth Bennington, Esq.

- Kroger sent a Microsoft Access database to our office including approximately 27,053,465 records. We note the following concerning the database:

    - The original Microsoft Access database includes information from January 1, 2009 until May 31, 2011.

    - The original Microsoft Access database includes both the first six and last four digits of the credit card numbers. However, the Enclosed Report only displays the last four digits of the credit card numbers as requested by the Subpoena.

    - The Enclosed Report includes only approximately 1,001,404 of 27,053,465 records from the Microsoft Access database. We estimate that a report including the remaining 26,052,061 records will be approximately 680,000 pages in length. We estimate that Dillon will produce the report including the remainder of these records to Plaintiffs on or before December 31, 2012.

Dillon continues to object to, and reserves all rights regarding, Plaintiffs' Subpoena for the reasons stated in: (A) Dillon's Motion to Quash or Modify Subpoena (Doc. # 57); (B) Dillon's Status Report Re: Plaintiffs' Subpoena (Doc. #94); (C) Status Report by Dillon in Compliance with August 17, 2012 Order of Magistrate Judge (Doc. # 99); (D) Objection of Dillon to Order (Doc. # 107); (E) Reply Regarding Status Report (Doc. # 108); (F) Supplement Regarding Status Report (Doc. # 116); (G) Motion for Partial Stay (Doc. # 109) and (H) Motion for Reconsideration (Doc. #100), all of which are hereby incorporated as if fully restated herein.

**MONTGOMERY LITTLE & SORAN, PC**
ATTORNEYS AT LAW

**Confidential – Subject to Protective Order**
October 1, 2012
Page 5
Kenneth Bennington, Esq.

Dillon intends to file a motion with the Court seeking Dillon's fees and costs for producing these documents to Plaintiffs, including without limitation attorneys' fees. As previously noted, the attorneys' fees and costs are significant and they are mounting. Dillon also anticipates filing a supplemental status report with the Court regarding this matter.

We will respond to your letters dated September 17, 2012 and September 25, 2012, which change the nature and scope of the Subpoena, as soon as possible. In the meantime, we note that if Plaintiffs continue to modify their requests as regarding the Subpoena and said modifications are honored then it will cause Dillon to incur additional fees and costs and may further delay Dillon's production of documents responsive to the Subpoena.

Please call me if you have any questions or concerns regarding this letter. Thank you.

Very truly yours,

Montgomery Little & Soran, P.C.

Michael R. McCormick

cc:  Sara Sudkamp, Esq. (via e-mail)
(via e-mail and U.S. Mail with copy of DVD)

Christopher A. Taravella, Esq. (via e-mail only)

Adrienne Toon, Esq. (via e-mail only)

**MONTGOMERY LITTLE & SORAN, PC**
ATTORNEYS AT LAW

**Confidential – Subject to Protective Order**
October 1, 2012
Page 6
Kenneth Bennington, Esq.

Kathleen E. Craigmile, Esq. (via e-mail: kec@benningtonjohnson.com)
(via e-mail only)

Adam Aldrich, Esq. (via e-mail: afa@benningtonjohnson.com)
(via e-mail only)

Philip Wayne Bledsoe, Esq. (via e-mail: pbledsoe@polsinelli.com)
(via e-mail only)

Anthony Shaheen, Esq. (via e-mail: AJShaheen@hollandhart.com)
(via e-mail and U.S. Mail with copy of DVD)

Keeya M. Jeffrey (via e-mail: KMJeffrey@hollandhart.com)
(via e-mail and U.S. Mail with copy of DVD)