**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation;
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs/Counter Defendants,

v.

SUNCOR ENERGY (U.S.A.), INC. a Delaware corporation,

    Defendant/Counter Claimant/Third-Party Plaintiff,

v.

HOSSEIN AND DEBRA LYNN TARAGHI,

    Third-Party Defendants.

_____

**INTERESTED PARTY DILLON, INC.'S REPLY IN SUPPORT OF MOTION FOR PARTIAL STAY OF THE AUGUST 17, 2012 MAGISTRATE JUDGE'S ORDER**

_____

    Comes now interested party Dillon Companies, Inc. ("Dillon"), by and through its attorneys, Montgomery Little & Soran, P.C., and respectfully submits this Reply in support of Dillon's Motion for Partial Stay (Doc. # 109) ("Motion for Stay") of the August 17, 2012 Order of the Magistrate Judge (Court Minutes/Minute Order, Doc. # 95) ("the August 17, 2012 Order").

1

## **CERTIFICATE OF COMPLIANCE**

Pursuant to D.C. Colo. L. Civ. R. 7.1(A), today counsel for Dillon sent two letters to counsel for Plaintiffs (Exhibit A) regarding: (A) counsel's conferral via telephone on October 4, 2012 at approximately 11:15 a.m. ("Conferral") to comply with the Court's Order during the hearing on October 3, 2012 ("October 3 2012 Order"); and (B) Dillon's production of documents under the Court's October 3, 2012 Order and an impending Amended and Restated Protective Order (see Protective Order dated March 12, 2012 (Doc. #49) ("Amended Protective Order")).

Further, counsel for Dillon, the Plaintiffs and Suncor conferred at 3:30 p.m. today regarding the draft Amended Protective Order. Counsel anticipates submitting an Amended Protective Order to the Court for the Court's review and approval next week.

1.      Today, Dillon produced documents to the Plaintiffs in response to request nos. 1, 2, 5(h), 8 and 9 of that certain Western Convenience Stores, Inc. and Western Truck One, LLC Subpoena to Produce Documents, Information or Objects or to Permit Inspection of Premises in this action ("the Subpoena") (Doc. #57-1) which were the subject of Dillon's Motion to Reconsider (Doc. #110) in compliance with the Court's October 3, 2012 Order. Exhibit A, pp. 9-12.

2.      Dillon requested that the Court grant the following relief in its Motion to Stay (Doc. # 109):

    a. Stay Dillon's response to requests number 2 and 3 in the Subpoena if needed;

        i. Dillon has produced all documents responsive to requests nos. 2 and 3 as modified.[1]

    b. Stay the Subpoena with respect to requests nos. 5, 6, 7, 8, 9 and 10 pending: (1) the Magistrate Judge's ruling on Dillon's motion to reconsider; and (2) the District Court Judge's ruling on Dillon's Objection (Doc. # 107) ("Objection").

        i. Dillon has produced all documents responsive to requests nos. 5, 6, 8, and 9 as modified.[2]

        ii. With respect to Plaintiffs' modified request no. 7, on October 4, 2012 counsel for Dillon reported to Plaintiffs' counsel that Dillon could produce most of the information requested subject to the Amended Protective Order except that the number of customers is not available.  *See* Exhibit A, page 5.  Plaintiffs modified their request to ask for the number of transactions.  Counsel for Dillon responded that, based upon prior consultation with his

---

[1] For this reason, Dillon views its Motion for Stay with respect to these requests as probably moot.

[2] For this reason, Dillon views its Motion for Stay with respect to these requests as probably moot.

      client, this information was probably not available, but promised to go back to his client and thereafter respond.

    iii. Request no. 10 remains.  *See* Exhibit A, page 8, and reply in support of motion for reconsideration (Doc. # 132) filed contemporaneously herewith.

  c. Award Dillon any such further relief as deemed appropriate by the Court.

  3. On October 1, 2012, Dillon filled a reply ("Reply to Objection") (Doc. #127) in support of its Objection (Doc. #107) to the August 17, 2012 Order.  Dillon hereby incorporates and fully restates its Objection and Reply to Objection as if fully restated herein.  Dillon anticipates filing a partial withdrawal concerning its Objection, except with respect to request no. 10, after conferring with opposing counsel.

  WHEREFORE, Dillon respectfully requests that the Court grant the relief requested in paragraph 2 above.

Dated:  October 5, 2012.

          s/*Michael R. McCormick*
Christopher A. Taravella, #7790
Michael R. McCormick, #33682
Montgomery Little & Soran, P.C.
5445 DTC Parkway, Suite 800
Greenwood Village, Colorado 80111
Phone Number: (303) 773-8100
Fax Number: (303) 220-0412
E-mail:  ctaravella@montgomerylittle.com
       mmccormick@montgomerylittle.com
*Attorney for Dillon Companies, Inc.*
*Interested Party*

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

Kenneth R. Bennington
Kathleen E. Craigmile
Adam F. Aldrich
Bennington Johnson Biermann & Craigmile, LLC
370 17th Street, Suite 3500
Denver, CO 80202

Michael Korenblat
Suncor Energy Services, Inc.
717 17th Street, Suite 2900
Denver, CO  80202

Anthony Shaheen
Keeya M. Jeffrey
Holland & Hart LLP-Denver
555 17th Street, Suite 3200
Denver, CO  80201

Philip Wayne Bledsoe
Joseph T. VanLandingham
Polsinelli Shughart LLP
1515 Wynkoop Street, Suite 600
Denver, CO  80202

William LeitzseyMonts, III
John Robert Robertson
Hogan Lovells US LLP-DC
555 13th Street NW
Columbia Square #1300
Washington DC 20004-1109

                          s/ *Michael R. McCormick*
                          Montgomery Little & Soran, P.C.