IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation;
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,
    Plaintiffs,
v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,
    Defendant,
v.

HOSSEIN AND DEBRA LYNN TARAGHI,
    Third-Party Defendants.

## ORDER

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on "Plaintiff's Unopposed Motion to Restrict Access to Certain Exhibits Attached to Plaintiffs' Status Report for October 3, 2012 Hearing." Pursuant to the Order of Reference dated June 23, 2011 (Doc. # 3) and the memorandum dated October 5, 2012 (Doc. # 131), this matter was referred to the Magistrate Judge. The court having reviewed the Motion, the entire case file, and the applicable law and being sufficiently advised in the premises, IT IS ORDERED that:

    1.    "Plaintiff's Unopposed Motion to Restrict Access to Certain Exhibits Attached to Plaintiffs' Status Report for October 3, 2012 Hearing" (filed October 5, 2012) (Doc. # 130) is GRANTED.

    2.    The Clerk of the Court shall restrict Exhibits 1-4 attached to Plaintiffs' Status Report for October 3, 2012 Hearing (Docs. # 128-1, # 128-2, # 128-3, and # 128-4) at Level 1.

1

2

DATED at Denver, Colorado this 9th day of October, 2012.

BY THE COURT:

s/ Craig B. Shaffer
United States Magistrate Judge