IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 11-cv-01611-MSK-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: October 3, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*                                          *Counsel:*

WESTERN CONVENIENCE STORES,     Kenneth Bennington
INC., *et al*.,                                      Philip Bledsoe
                                                       Kathleen Craigmile

      Plaintiffs/Counter Defendants,

v.

SUNCOR ENERGY (U.S.A.) INC.,          Anthony Shaheen
                                                       Michael McCormick
                                                       Christopher Taravella

      Defendant/Counter Claimant.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: STATUS CONFERENCE**
**Court in Session:** 3:31 p.m.
Court calls case. Appearances of counsel.

The court addresses the parties regarding the plaintiff's STATUS REPORT for October 3, 2012 Hearing (Docket No. 128, filed on 10/2/2012).

The parties address the court regarding the status report and remaining outstanding issues.

Discussion regarding Rule 34, Rule 45, and Rule 45(b)(1).

**ORDERED:** The court advises the parties that they shall engage in a telephonic Status Conference **every Friday, beginning on October 12, 2012 at 1:30 p.m.** unless an order from the court is issued to vacate the hearing. *Counsel shall coordinate*

> *to create a conference call among themselves before contacting the court (303.844.2117) at the scheduled time.*

HEARING CONCLUDED.

**Court in recess:**      **5:23 p.m.**
Total time in court:     01:52

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.