# MONTGOMERY LITTLE & SORAN, PC

Attorneys at Law

MICHAEL R. MCCORMICK
303.779.2721
mmccormick@montgomerylittle.com

October 5, 2012

Kenneth R. Bennington, Esq.
Bennington Johnson Biermann & Craigmile, LLC
370 17th Street, Suite 3500
Denver, CO 80202

**SENT VIA ELECTRONIC MAIL:** krb@benningtonjohnson.com

RE: *Western Convenience Stores, Inc., et al.* v. *Suncor Energy, Inc.*
Civil Action No. 11-cv-01611-MSK-CBS
United States District Court for the District of Colorado
Our File No.: 1509-147

Dear Mr. Bennington:

This letter is to confirm our telephone conferral among Ms. Craigmile, Mr. Taravella, Mr. Ted Tatos, you, and me on October 4, 2012 at approximately 11:15 a.m. ("Conferral") to comply with the Court's Order during the hearing on October 3, 2012 ("October 3, 2012 Order").

Please find enclosed a chart regarding the Conferral and the Court's Order. Please let us know if anything in the chart is inaccurate.

During the Conferral, you agreed Dillon was in compliance with the Court's October 3, 2012 Order insofar as it concerns the deadline at noon on October 4, 2012. Please let us know if that is incorrect.

Several documents pertaining to Request Nos. 1 & 2 under the Subpoena that were previously produced will be produced again marked "Secret" in anticipation of the approval and execution of an amended and restated protective order. We hope to get that to you today.

In addition during the Conferral Dillon continued to object to Request No. 10 because no protective order is adequate to protect Dillon's trade secret information. Dillon further continues to object that this Request No. 10, *inter alia*,

**EXHIBIT A**

The Quadrant, 5445 DTC Parkway, Suite 800, Greenwood Village, CO 80111 | 303.773.8100 | Fax 303.220.0412 | www.montgomerylittle.com

**MONTGOMERY LITTLE & SORAN, PC**
ATTORNEYS AT LAW

October 5, 2012
Page 2
Kenneth Bennington, Esq.

is vague, overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence. Information provided today with respect to Request No. 10 is provided to comply with the Court's October 3, 2012 Order.

    Please call me if you have any questions or concerns regarding this letter. We appreciate your assistance with this matter. Thank you.

                      Very truly yours,

                      Montgomery Little & Soran, P.C.

                      Michael R. McCormick

cc:    Sara Sudkamp, Esq. (via e-mail)

        Christopher A. Taravella, Esq. (via e-mail)

        Adrienne Toon, Esq. (via e-mail)

        Kathleen E. Craigmile, Esq. (via e-mail: kec@benningtonjohnson.com)

        Adam Aldrich, Esq. (via e-mail: afa@benningtonjohnson.com)

        Philip Wayne Bledsoe, Esq. (via e-mail: pbledsoe@polsinelli.com)

        Anthony Shaheen, Esq. (via e-mail: AJShaheen@hollandhart.com)

        Keeya M. Jeffrey (via e-mail: KMJeffrey@hollandhart.com)

Western Convenience Stores, Inc. et al. v. Suncor Energy (U.S.A.) Inc.
Case No. 11-cv-101611-MSK-CBS
Chart Re: Court's Order dated October 3, 2012 and consultation on October 4, 2012 at approx. 11:15 a.m.

| No. | October 4, 2012, 12:00 noon Deadline | October 5, 2012, 5:00 p.m. Deadline | Comment/Other |
|---|---|---|---|
| 1 | Not applicable | -Produce the 2 additional contracts that Dillon did not produce yet (9 pages) designated "Secret" subject to the pending amended and restated protective order ("Amended Order").<br><br>-Produce the 3 contracts Dillon previously produced re-designated "Secret" subject to the Amended Order. | -One of these documents does not have signatures and may be a draft. |
| 2 | Not applicable | -Produce the draft contracts, requests for proposals, proposals, and remainder of David Wilson e-mails (approx. 25 pages) designated "Secret" subject to the Amended Order.<br><br>-Produce the un-redacted information that was previously redacted designated "Secret" subject to the Amended Order. | -Regarding the draft contracts and proposals that Dillon previously produced on September 17, 2012 designated "Highly Confidential Information", Dillon will reproduce these as "Secret" subject to the Amended Order.<br><br>-Some redactions will remain that are not related to trade secrets (EIN, attorney forwarding information). |
| 3 | Not applicable | Not applicable | |

1

| No. | October 4, 2012, 12:00 noon Deadline | October 5, 2012, 5:00 p.m. Deadline | Comment/Other |
|---|---|---|---|
| 4 | Not applicable | Not applicable | |
| 5(h) | Native format - Grocery – Fuelsmart<br>Native format – Convenience Stores (Loaf N' Jug) – PDI/RMS<br>Dillon will produce the spreadsheets described in the adjacent column in Microsoft Excel format. | Grocery (SPG)<br>-Dillon will produce an active data spreadsheet like the one produced on 9/12/12 (Dillon 0157 – 1468) dated from 1/1/09 until 5/31/11 except that spreadsheet will be in Microsoft Excel format and two columns for request no. 5(h) will be added (net & gross units).<br><br>Convenience Stores (Loaf N' Jug)<br>-Dillon will produce an active data spreadsheet like the one produced on 9/12/12 (Dillon 0026 – 156) dated from 3/24/11 until 5/31/11 except that spreadsheet will be in Microsoft Excel format and two columns for request no. 5(h) will be added (net and gross units).<br><br>-After Plaintiffs' counsel reviews the spreadsheet, Plaintiffs' counsel will determine whether to withdraw their request regarding archived data from 1/1/2009 through 3/23/11 (would require purchase of 3 servers to store and prepare archived data in searchable format) | -The spreadsheets produced in response to this request, and in response to request nos. 8 & 9 below, will be designated "Secret" under Amended Order by including the designation "Secret" on the header and footer of each Microsoft Excel spreadsheet. Each spreadsheet will be sent on a separate data CD including both the spreadsheet and a pdf file of the spreadsheet. The spreadsheet, the CD and the pdf file will all be marked with the same bates number. |

| No. | October 4, 2012, 12:00 noon Deadline | October 5, 2012, 5:00 p.m. Deadline | Comment/Other |
|---|---|---|---|
| 6 | Not applicable. | Not applicable. | |
| 7 (amended) | Availability of modified information requested for no. 7: "An identification of the receipts for fuel sales by station, by day, by fuel grade, by volume, and by number of customers purchasing gas that day from January 1, 2009 to May 31, 2011." Plaintiffs' letter dated September 25, 2012.<br><br>-"Receipts" means amount of money ($$$).<br><br>-Dillon could produce a spreadsheet for Grocery, from 1/1/09 to 5/31/11, and a spread sheet for C-Stores, 1/30/09 until 5/31/11, in Microsoft Excel format with columns for amount of money ($$$), store number, date, fuel grade, and gallons. Number of customers is not available.<br><br>Plaintiffs requested in the Conferral phone call a column for number of transactions. Dillon will investigate whether this information is available. | Not applicable. | -Dillon discussed possibility of producing this information by Friday October 12, 2012 designated as "Secret" under the Amended Order. |

3

| No. | October 4, 2012, 12:00 noon Deadline | October 5, 2012, 5:00 p.m. Deadline | Comment/Other |
|---|---|---|---|
| 8 | Native format – Grocery (SPG) – Quicksales<br>Native format – Convenience Stores (Loaf N' Jug) – Microsoft Access Database<br>Dillon will produce the spreadsheets described in the adjacent column in Microsoft Excel format. | Grocery (SPG)<br>-Dillon will produce an active data spreadsheet in Microsoft Excel format from January 1, 2009 until May 31, 2011.<br><br>Convenience Stores (Loaf N' Jug)<br>-Dillon will produce an active data spreadsheet in Microsoft Excel format from January 20, 2011 until May 31, 2011.<br><br>-After Plaintiffs' counsel review the spreadsheet for convenience stores, Plaintiffs' counsel will determine whether to withdraw their request regarding archived data from 1/1/2009 through 3/23/11 (would require purchase of 3 servers to store and prepare archived data in searchable format). | -Spreadsheets to be produced designated as "Secret" under Amended Order and bates numbered as described in comment regarding request no. 5(h) above. |

4

| No. | October 4, 2012, 12:00 noon Deadline | October 5, 2012, 5:00 p.m. Deadline | Comment/Other |
|---|---|---|---|
| 9 | Native format - Grocery (SPG) – Quicksales<br>Native format – Convenience Stores (Loaf N' Jug) – Microsoft Access Database<br>Dillon will produce the spreadsheets described in the adjacent column in Microsoft Excel format. | Grocery (SPG)<br>-Dillon will produce an active data spreadsheet in Microsoft Excel format from 1/1/09 until 5/31/11.<br><br>Convenience Stores (Loaf N' Jug)<br>-Dillon will produce an active data spreadsheet in Microsoft Excel format from 2/1/11 until 5/31/11.<br><br>-After Plaintiffs' counsel review the spreadsheet for convenience stores, Plaintiffs' counsel will determine whether to withdraw their request regarding archived data from 1/1/2009 through 3/23/11 (would require purchase of 3 servers to store and prepare archived data in searchable format). | -Spreadsheets to be produced designated as "Secret" under Amended Order and bates numbered as described in comment regarding request no. 5(h) above. |

5

| No. | October 4, 2012, 12:00 noon Deadline | October 5, 2012, 5:00 p.m. Deadline | Comment/Other |
|---|---|---|---|
| 10 | Availability:<br>10(a) – no<br>10(b) – no<br>10(c) – no<br>10 (d) – yes (investigating)<br>10(e) – yes (investigating)<br>10 (f) – no<br>10 (g) – no (except for spreadsheets to be produced in response to request no. 8 and 9)<br>10 (h) – no (except for spreadsheets to be produced in response to request no. 8 and 9)<br>10 (i) – yes<br>10(j) – yes<br>10(k) – no<br>10(k) – no<br>10(l) – no<br>10(m) – no<br>10(n) – no<br>10(o) – yes<br>10(p) – no (except for the spreadsheets to be produced in response to request nos. 8 & 9)<br>10(q) - yes | Not applicable. | -Dillon checking with Ms. Giannola regarding when production could occur. Ms. Giannola is currently out of the office. Dillon may amend the list as further information becomes available. Dillon does not waive its objection that this request seeks Dillon's trade secrets and any protective order is inadequate to protect same. Although not mentioned during the consultation, Dillon also reserves its right to object that this request is vague, overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence. |

6

# MONTGOMERY LITTLE & SORAN, PC
Attorneys at Law

MICHAEL R. MCCORMICK
303.779.2721
mmccormick@montgomerylittle.com

**CONFIDENTIAL/HIGHLY CONFIDENTIAL/SECRET
SUBJECT TO AMENDED AND RESTATED PROTECTIVE ORDER**

October 5, 2012

Kenneth R. Bennington, Esq.
Bennington Johnson Biermann & Craigmile, LLC
370 17th Street, Suite 3500
Denver, CO 80202

**SENT VIA ELECTRONIC MAIL:** krb@benningtonjohnson.com
**ORIGINAL SENT WITH CDs VIA HAND DELIVERY**

  RE: *Western Convenience Stores, Inc., et al.* v. *Suncor Energy, Inc.*
     Civil Action No. 11-cv-01611-MSK-CBS
     United States District Court for the District of Colorado
     Our File No.: 1509-147

Dear Mr. Bennington:

  This letter supplements Dillon's prior responses to Plaintiffs' Subpoena to Produce Documents, Information or Objects or to Permit Inspection of Premises ("the Subpoena") in the above-styled matter.

  The information that Dillon Companies, Inc. ("Dillon") is producing is subject to an impending Amended and Restated Protective Order (see Protective Order dated March 12, 2012 (Doc. #49) ("Amended Protective Order")). Please notify us immediately if you disagree. Accordingly, some of the documents produced herewith are designated "Secret," "Highly Confidential," or "Confidential" pursuant to the Amended Protective Order.

  Please note that Dillon does not hereby waive its right to object to the Amended Protective Order or to seek its modification, if necessary. In particular, we believe that certain information requested by the Subpoena is trade secret information. In addition, to the extent that the Court may require that it be

The Quadrant, 5445 DTC Parkway, Suite 800, Greenwood Village, CO 80111 | 303.773.8100 | Fax 303.220.0412 | www.montgomerylittle.com

PAGE 9 of 12

**MONTGOMERY LITTLE & SORAN, PC**
ATTORNEYS AT LAW

**Confidential/Highly Confidential/Trade Secret**
**Subject to Amended and Restated Protective Order**
October 5, 2012
Page 2
Kenneth Bennington, Esq.

produced, any protective order does not afford Dillon adequate protection of its trade secrets.

Please find enclosed documents and CDs provided in response to the Subpoena Request Nos. 1, 2, 5(h), 8 and 9 (each of the numbered requests corresponds with the numbered paragraphs of the Subpoena commencing on p. 3).

Due to the need to comply with the Court's Order during the hearing on October 3, 2012 ("October 3 2012 Order") before 5:00 p.m. today, we are sending the documents now without a detailed description of their contents. We will follow up next week with a letter describing the documents.

Dillon continues to object to, and reserves all rights regarding, Plaintiffs' Subpoena for the reasons stated in: (A) Dillon's Motion to Quash or Modify Subpoena (Doc. # 57); (B) Dillon's Status Report Re: Plaintiffs' Subpoena (Doc. #94); (C) Status Report by Dillon in Compliance with August 17, 2012 Order of Magistrate Judge (Doc. # 99); (D) Objection of Dillon to Order (Doc. # 107); (E) Reply Regarding Status Report (Doc. # 108); (F) Supplement Regarding Status Report (Doc. # 116); (G) Motion for Partial Stay (Doc. # 109) and (H) Motion for Reconsideration (Doc. #100), all of which are hereby incorporated as if fully restated herein.

Dillon intends to file a motion with the Court seeking, inter alia, Dillon's fees and costs for producing these documents to Plaintiffs, including without limitation attorneys' fees. As previously noted, the attorneys' fees and costs are significant and they are mounting. Dillon also anticipates filing a supplemental status report with the Court regarding this matter.

MONTGOMERY LITTLE & SORAN, PC
ATTORNEYS AT LAW

**Confidential/Highly Confidential/Trade Secret**
**Subject to Amended and Restated Protective Order**
October 5, 2012
Page 3
Kenneth Bennington, Esq.


Please call me if you have any questions or concerns regarding this letter. Thank you.

          Very truly yours,

          Montgomery Little & Soran, P.C.

          Michael R. McCormick

cc:    Sara Sudkamp, Esq. (via e-mail)
       (via e-mail and U.S. Mail with copy of CDs)

       Christopher A. Taravella, Esq. (via e-mail only)

       Adrienne Toon, Esq. (via e-mail only)

       Kathleen E. Craigmile, Esq. (via e-mail: kec@benningtonjohnson.com)
       (via e-mail only)

       Adam Aldrich, Esq. (via e-mail: afa@benningtonjohnson.com)
       (via e-mail only)

       Philip Wayne Bledsoe, Esq. (via e-mail: pbledsoe@polsinelli.com)
       (via e-mail only)

**MONTGOMERY LITTLE & SORAN, PC**
ATTORNEYS AT LAW

**Confidential/Highly Confidential/Trade Secret**
**Subject to Amended and Restated Protective Order**
October 5, 2012
Page 4
Kenneth Bennington, Esq.

    Anthony Shaheen, Esq. (via e-mail: AJShaheen@hollandhart.com)
    (via e-mail and U.S. Mail with copy of CDs)

    Keeya M. Jeffrey (via e-mail only: KMJeffrey@hollandhart.com)