**Michael McCormick**

| | |
|---|---|
| **From:** | Kate Craigmile <KEC@Benningtonjohnson.com> |
| **Sent:** | Friday, October 05, 2012 4:28 PM |
| **To:** | Michael McCormick; Kenneth Bennington |
| **Cc:** | Adam Aldrich; pbledsoe@polsinelli.com; Chris Taravella |
| **Subject:** | RE: Documents produced  10/5/12 - part 1 |

We just received the hand-delivery with the CDs, so if there are additional documents, you don't need to email them.

Thanks.

Best regards,

Kate Craigmile
Bennington Johnson Biermann & Craigmile, LLC
370 17th Street
Suite 3500
Denver, CO 80202
303.629.5200 T
303.629.5211 F
kec@benningtonjohnson.com



CONFIDENTIALITY NOTICE: This e-mail message (including any attachment[s]) may contain information that is confidential and/or legally privileged and is intended solely for the use of the named recipient[s]. If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of the contents of this transmission is strictly prohibited. If you have received this message in error, please notify us by telephone at (303) 629-5200 and promptly destroy this transmission.

**From:** Michael McCormick [mailto:mmccormick@montgomerylittle.com]
**Sent:** Friday, October 05, 2012 4:14 PM
**To:** Kenneth Bennington
**Cc:** Kate Craigmile; Adam Aldrich; pbledsoe@polsinelli.com; Chris Taravella
**Subject:** Documents produced 10/5/12 - part 1

Confidential/Highly Confidential/Secret – Subject to Amended and Restated Protective Order

Counsel:

To insure your receipt of the documents before 5 pm that went sent you today via hand delivery, I am also e-mailing you the documents that we sent on the CDs.  There will be several e-mails, this is part 1.



**EXHIBIT B**

Michael R. McCormick
Montgomery Little & Soran, PC
5445 DTC Parkway, Suite 800
Greenwood Village, Colorado 80111
Phone: (303) 779-2721
Fax: (303) 220-0412
Cell: (303) 396-2637
mmccormick@montgomerylittle.com

The information contained in this communication is confidential, is intended only for the use of the addressee, is the property of MONTGOMERY LITTLE & SORAN, P.C., and may be privileged.  Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful.  If you have received this communication in error, please notify us immediately by return e-mail and destroy this communication and all copies thereof, including all attachments.