IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 11-cv-01611-MSK-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: October 12, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*                                                        *Counsel:*

WESTERN CONVENIENCE STORES, INC., *et al.*,                       Kenneth Bennington
                                                                  Philip Bledsoe
                                                                  Kathleen Craigmile

      Plaintiffs/Counter Defendants,

v.

SUNCOR ENERGY (U.S.A.) INC.,                                      Christopher Taravella

      Defendant/Counter Claimant.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in Session:     1:34 p.m.**
Court calls case.  Appearances of counsel.  Kia Jeffrey appears on behalf of Suncor Energy, Inc.

The court addresses the parties regarding the interested party's Third STATUS REPORT Supplement  (Docket No. 137, filed on 10/11/2012).

Discussion between the court and the parties regarding the status report with respect to page 8 (request for production numbers: 5B, 5C, 5D, 5F, 5G, and 5H) and page 13 (request for production number 8).

**ORDERED:**   The court advises that plaintiff's counsel get in touch with Dillion **by the close of business on October 31, 2012** as to whether or not their production in response to page 8 (request for production numbers: 5B, 5C, 5D, 5F, 5G, and 5H) will suffice or not.  The court would like to know if there is closure on this request.  If not, then what the next step should be.  The court would like to be copied on

>   whatever communication is sent to Dillion.

Continued discussion between the court and the parties regarding the status report with respect to request for production number 8.

**ORDERED:**   The court advises that plaintiff's counsel get in touch with Dillion **by the close of business on October 31, 2012** as to whether or not their production in response to page 13 (request for production number 8) will suffice or not. The court would like to know if there is closure on this request. If not, then what the next step should be. The court would like to be copied on whatever communication is sent to Dillion

Continued discussion between the court and the parties regarding the status report with respect to request for production number 9.

**ORDERED:**   The court advises that plaintiff's counsel get in touch with Dillion **by the close of business on October 31, 2012** as to whether or not their production in response to request for production number 9 will suffice or not. The court would like to know if there is closure on this request. If not, then what the next step should be. The court would like to be copied on whatever communication is sent to Dillion

Continued discussion between the court and the parties regarding the status report with respect to request for production number 10.

Discussion between the court and the parties regarding where the parties stand on the (supplemental) protective order, Rule 26(b)(1), Rule 26(c), Rule 45 pertaining to subpoenas, and Rule 34 pertaining to request for production.

**ORDERED:**   The parties shall have their protective order (which shall be signed by all parties) filed with the court **by noon on October 16, 2012**. If the protective order is not filed, the court shall set a hearing on the motion to compel that will be filed.

HEARING CONCLUDED.

**Court in recess:**     **1:59 p.m.**
Total time in court:     00:25

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.