IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation,
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs,

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Defendant,

v.

HOSSEIN AND DEBRA LYNN TARAGHI,

    Third-Party Defendants.

---

**MOTION FOR ENTRY OF SUPPLEMENTAL PROTECTIVE ORDER**

---

Plaintiffs Western Convenience Stores, Inc. and Western Truck One, LLC, by and through their counsel, Suncor Energy (U.S.A.) Inc., by and through its counsel, and interested party Dillon Companies, Inc. (collectively, "Parties"), by and through its counsel, move for the entry of the attached Supplemental Protective Order

**CERTIFICATION OF COMPLIANCE WITH D.C.COLO.L.CivR 7.1.A**

Pursuant to Local Rule 7.1.A, the undersigned certifies that she has conferred with counsel for Defendant Suncor Energy (U.S.A.) Inc. and Interested Party Dillon Companies, Inc. ("Dillon"), and they agree with and join in this Motion for Entry of Supplemental Protective Order and have authorized the undersigned to so state.

As further grounds for this Motion, the Parties state as follows:

1.       On March 3, 2012, the Court entered a Protective Order (Doc. 49) ("Original Protective Order").  On or about April 27, 2012, Plaintiffs served Dillon Companies with a Subpoena to Produce Documents.  In responding to the Subpoena and in pleadings filed with the Court, Dillon has alleged that some of its responsive documents constitute trade secrets.  Dillon has further alleged that the Protective Order does not sufficiently protect its alleged trade secrets.

2.       On October 12, 2012, the Court held a telephone conference with the Parties to discuss Dillon's production and the terms and conditions of a proposed supplement to the Original Protective Order.  Since that conference, the Parties have agreed to the terms and conditions of the Supplemental Protective Order.  The supplement addresses the designation of discovery material by third parties, including without limitation Interested Party Dillon.  While Dillon is stipulating to the Supplemental Protective Order, it is not hereby admitting that the Supplemental Protective Order adequately protects the trade secrets that it will or has produced by Court order.  The Original Protective Order is not being modified or amended and remains in full force and effect as between and among the Parties.

3.       Accordingly, the Parties move for the entry of the Supplemental Protective Order attached hereto as *Exhibit 1*.

Dated: October 16, 2012                    *s/ Kathleen E. Craigmile*

---

Kenneth R. Bennington
Kathleen E. Craigmile
Adam F. Aldrich
BENNINGTON JOHNSON
BIERMANN & CRAIGMILE, LLC
370 17th Street, Suite 3500
Denver, CO 80202

Philip W. Bledsoe
Joseph T. VanLandingham

          Polsinelli Shughart PC
          1225 Seventeenth Street, 29th Floor
          Denver, CO  80202-5529
          Telephone:  (303) 572-9300

*Attorneys for Plaintiffs and Third-Party Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on October 16, 2012, copies of the foregoing **MOTION FOR ENTRY OF SUPPLEMENTAL PROTECTIVE ORDER** was served on the following parties via the CM/ECF filing system:

| | |
|---|---|
| Anthony J. Shaheen<br>Keeya M. Jeffrey<br>Holland & Hart LLP<br>555 17th Street, Suite 3200<br>Denver, CO 80201-8749<br>AJShaheen@hollandhart.com<br>KMJeffrey@hollandhart.com | J. Robert Robertson<br>William L. Monts III<br>Hogan Lovells US LLP<br>555 Thirteenth Street, N.W.<br>Washington, D.C.  20004-1109<br>robby.robertson@hoganlovells.com<br>william.monts@hoganlovells.com |
| Philip W. Bledsoe<br>Joseph T. VanLandingham<br>Polsinelli Shughart PC<br>1225 Seventeenth Street, 29th Floor<br>Denver, CO  80202-5529<br>pbledsoe@polsinelli.com<br>jvanlandingham@polsinelli.com | Christopher A. Taravella<br>Michael R. McCormick<br>Montgomery Little & Soran, P.C.<br>5445 DTC Parkway, Suite 800<br>Greenwood Village, CO 80111<br>ctaravella@montgomerylittle.com<br>mmccormick@montgomerylittle.com |

          *s/ Marie Newberger*