# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation;
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs/Counter Defendants,

v.

SUNCOR ENERGY (U.S.A.), INC. a Delaware corporation,

    Defendant/Counter Claimant/Third-Party Plaintiff,

v.

HOSSEIN AND DEBRA LYNN TARAGHI,

    Third-Party Defendants.

_____

## FOURTH STATUS REPORT BY INTERESTED PARTY DILLON COMPANIES, INC.
_____

Comes now interested party Dillon Companies, Inc. ("Dillon"), by and through its attorneys, Montgomery Little & Soran, P.C., and submits this Fourth Status Report in Compliance With August 17, 2012 Order of Magistrate Judge (Doc. # 99).

On October 17, 2012, Dillon is producing five CDs in response to the Subpoena Request No. 7, designated "Secret" subject to the Supplemental Protective Order (Doc #140) as follows:

- CD 1 – Bates Number DILLON 400000 pages 1 of 1873;
- CD2 – Bates Number DILLON 410000 pages 1 of 1873;
- CD3 – Bates Number DILLON 420000 pages 1 of 1624;
- CD4 – Bates Number DILLON 430000 pages 1 of 1261; and
- CD5 – Bates Number DILLON 440000 pages 1 of 43.

Dated: October 17, 2012.

s/ Christopher A. Taravella
*Christopher A. Taravella*, #7790
*Michael R. McCormick*, #33682
Montgomery Little & Soran, P.C.
5445 DTC Parkway, Suite 800
Greenwood Village, Colorado 80111
Phone Number: (303) 773-8100
Fax Number: (303) 220-0412
E-mail:  ctaravella@montgomerylittle.com
           mmccormick@montgomerylittle.com
Attorneys for Dillon Companies, Inc.
Interested Party

2

## CERTIFICATE OF SERVICE

  I hereby certify that on October 17, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

Kenneth R. Bennington
Kathleen E. Craigmile
Adam F. Aldrich
Bennington Johnson Biermann &
Craigmile, LLC
370 17th Street, Suite 3500
Denver, CO 80202

Michael Korenblat
Suncor Energy Services, Inc.
717 17th Street, Suite 2900
Denver, CO 80202

Anthony Shaheen
Keeya M. Jeffrey
Holland & Hart LLP-D enver
555 17th Street, Suite 3200
Denver, CO 80201

Philip Wayne Bledsoe
Joseph T. VanLandingham
Polsinelli Shughart LLP
1515 Wynkoop Street, Suite 600
Denver, CO 80202

William LeitzseyMonts, III
John Robert Robertson
Hogan Lovells US LLP-DC
555 13th Street NW
Columbia Square #1300
Washington DC 20004-1109

        s/ *Deborah Harant*
        Montgomery Little & Soran, P.C.