# MONTGOMERY LITTLE & SORAN, PC
### Attorneys at Law

CHRISTOPHER A. TARAVELLA
303-779-2718
ctaravella@montgomerylittle.com

**CONFIDENTIAL/HIGHLY CONFIDENTIAL/SECRET**
**SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER**

October 17, 2012

Kenneth R. Bennington, Esq.
Bennington Johnson Biermann & Craigmile, LLC
370 17th Street, Suite 3500
Denver, CO 80202



EXHIBIT A

**SENT VIA ELECTRONIC MAIL:** krb@benningtonjohnson.com
**ORIGINAL SENT WITH CDs VIA HAND DELIVERY**

> RE: *Western Convenience Stores, Inc., et al.* v. *Suncor Energy, Inc.*
> Civil Action No. 11-cv-01611-MSK-CBS
> United States District Court for the District of Colorado
> Our File No.: 1509-147

Dear Mr. Bennington:

This letter supplements Dillon's prior responses to Plaintiffs' Subpoena to Produce Documents, Information or Objects or to Permit Inspection of Premises ("the Subpoena") in the above-styled matter.

The information that Dillon Companies, Inc. ("Dillon") is producing is subject to the Supplemental Protective Order (Doc. #140) ("Supplemental Protective Order"). The documents produced herewith are designated "Secret" pursuant to the Supplemental Protective Order.

Dillon believes that this and other information requested by the Subpoena is trade secret information. It is being produced without waiver and subject to Court order.

**MONTGOMERY LITTLE & SORAN, PC**
ATTORNEYS AT LAW

**Confidential/Highly Confidential/Trade Secret**
**Subject to Supplemental Protective Order**
October 17, 2012
Page 2
Kenneth Bennington, Esq.


      Please find enclosed CDs including documents in response to the Subpoena Request No. 7 (the numbered request corresponds with the numbered paragraphs of the Subpoena commencing on p. 3).

      Dillon continues to object to, and reserves all rights regarding, Plaintiffs' Subpoena for the reasons stated in: (A) Dillon's Motion to Quash or Modify Subpoena (Doc. # 57); (B) Dillon's Status Report Re: Plaintiffs' Subpoena (Doc. #94); (C) Status Report by Dillon in Compliance with August 17, 2012 Order of Magistrate Judge (Doc. # 99); (D) Objection of Dillon to Order (Doc. # 107); (E) Reply Regarding Status Report (Doc. # 108); (F) Supplement Regarding Status Report (Doc. # 116); (G) Motion for Partial Stay (Doc. # 109) and (H) Motion for Reconsideration (Doc. #100), all of which are hereby incorporated as if fully restated herein.

      Dillon intends to file a motion with the Court seeking, *inter alia*, Dillon's fees and costs for producing these documents to Plaintiffs, including without limitation attorneys' fees. As previously noted, the attorneys' fees and costs are significant and they are mounting.

      Please call me if you have any questions or concerns regarding this letter. Thank you.

                            Very truly yours,

                              Montgomery Little & Soran, P.C.

                              Christopher A. Taravella

**MONTGOMERY LITTLE & SORAN, PC**
ATTORNEYS AT LAW

**Confidential/Highly Confidential/Trade Secret**
**Subject to Supplemental Protective Order**
October 17, 2012
Page 3
Kenneth Bennington, Esq.

cc:    Sara Sudkamp, Esq. (via e-mail and U.S. Mail with copy of CDs)

       Michael R. McCormick, Esq. (via e-mail only)

       Adrienne Toon, Esq. (via e-mail only)

       Kathleen E. Craigmile, Esq. (via e-mail: kec@benningtonjohnson.com)
       (via e-mail only)

       Adam Aldrich, Esq. (via e-mail: afa@benningtonjohnson.com)
       (via e-mail only)

       Philip Wayne Bledsoe, Esq. (via e-mail: pbledsoe@polsinelli.com)
       (via e-mail only)

       Anthony Shaheen, Esq. (via e-mail: AJShaheen@hollandhart.com)
       (via e-mail and U.S. Mail with copy of CDs)

       Keeya M. Jeffrey (via e-mail only: KMJeffrey@hollandhart.com)
       (via e-mail only)