IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 11-cv-1611-MSK-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: October 19, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*                                                    *Counsel:*

WESTERN CONVENIENCE STORES, INC., *et al*.,

Kenneth Ronald Bennington
Philip Wayne Bledsoe

   Plaintiffs/Counter Defendants,

v.

SUNCOR ENERGY (U.S.A.) INC., *et al*.,

Christopher Anthony Taravella
Kia Jeffries

   Defendants/Counter Claimants.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: TELEPHONIC STATUS CONFERENCE**
**Court in Session:      10:05 a.m.**
Court calls case. Appearances of counsel.

The court addresses the parties regarding the progress of completing discovery from Dillion Companies to the plaintiffs.

**ORDERED:**   The court shall engage in one more telephonic Status Conference set for **October 26, 2012 at 1:30 p.m.**  At this hearing, the parties shall be prepared to update the court as to where Western Convenience Stores and Suncor Energy are with the discovery process and when it will be completed. Dillion Companies is not required to participate in this hearing. Counsel shall coordinate to create a conference call among themselves before contacting the court (303.844.2117) at the scheduled time.

HEARING CONCLUDED.

**Court in recess:**     **10:09 a.m.**
Total time in court:     00:05

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.