IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 11-cv-01611-MSK-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: October 26, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*                                                *Counsel:*

WESTERN CONVENIENCE STORES,     Kathleen E. Craigmile
INC., *et al*.,                                       Philip Wayne Bledsoe

     Plaintiffs/Counter Defendants,

v.

SUNCOR ENERGY (U.S.A.) INC.,          Anthony J. Shaheen

     Defendant/Counter Claimant.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: TELEPHONIC STATUS CONFERENCE**
**Court in Session: 2:36 p.m.**
Court calls case. Appearances of counsel.

The parties advise the court that things are progressing regarding Dillion's production to plaintiff's counsel. There is one issue that the parties wanted to bring up: the plaintiffs plan to file a motion for a 30 day extension of the expert deadline currently set on December 20, 2012. They would like to have it extended to January 22, 2013.

**ORDERED:**     The court **GRANTS** the oral motion. The discovery deadlines are now as follows: the discovery cut off is **February 22, 2013** (except expert depositions); the dispositive motions deadline is **February 8, 2013**; the affirmative expert deadline is **January 22, 2013**; and the rebuttal expert deadline is **February 22, 2013**.

The court advises the parties that it will need to address the pending motions with Dillion's counsel who were not required to participate in today's hearing.

**ORDERED:** A telephonic Status Conference is set for **November 2, 2012 at 1:30 p.m.** The parties should be prepared to update the court as to the status of this case. Dillion counsel shall also be prepared to address their pending referred motions. *Counsel shall coordinate to create a conference call among themselves before contacting the court (303.844.2117) at the scheduled time.*

HEARING CONCLUDED.

**Court in recess:**     **2:44 p.m.**
Total time in court:     00:08

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.