IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action:11-cv-01611-MSK-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: December 12, 2012** | Courtroom Deputy: Robin Mason |

*Parties:* | *Counsel:*

WESTERN CONVENIENCE STORES, INC., *et al.*, | Kenneth Ronald Bennington

     Plaintiffs/Counter Claimant,

v.

SUNCOR ENERGY (U.S.A.) INC., | Anthony J. Shaheen

     Defendant/Counter Defendant,

DILLION COMPANIES, | Christopher Anthony Taravella
 | Michael Robert McCormick

     Interested Parties.

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC DISCOVERY CONFERENCE**
**Court in Session:     2:03 p.m.**
Court calls case.  Appearances of counsel.

The parties address the court regarding the nature of their discovery dispute.

Discussion between the court and the parties regarding Mr. Bennington wanting to renew his motion requesting that Mr. Hossein Taraghi have access to the pricing spreadsheets and the protective order currently in place.

Discussion between the court and the parties regarding other options that may be available to satisfy the plaintiffs request and the confidentiality of the information contained in the pricing spreadsheets.

The parties agree to continue to confer regarding this issue.  Mr. Bennington informs the court that he may or may not file a motion regarding his request that Mr. Hossein Taraghi have access to the pricing spreadsheets.

HEARING CONCLUDED.

**Court in recess**:	**2:40 p.m.**
Total time in court:	00:37

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.