IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action:11-cv-01611-MSK-CBS** | FTR - Reporter Deck-Courtroom A402 |
| <u>**Date: December 12, 2012**</u> | Courtroom Deputy: Robin Mason |

*Parties:*                                                                 *Counsel:*

WESTERN CONVENIENCE STORES, INC., *et al*.,

Kenneth Ronald Bennington
Kathleen E. Craigmile
Philip Wayne Bledsoe

    Plaintiffs/Counter Claimant,

v.

SUNCOR ENERGY (U.S.A.) INC.,                    Anthony J. Shaheen

    Defendant/Counter Defendant,

DILLION COMPANIES,                                        Michael Robert McCormick

    Interested Parties.

---

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: TELEPHONIC DISCOVERY CONFERENCE**
**Court in Session:     3:10 p.m.**
Court calls case. Appearances of counsel.

Mr. Bennington addresses the court regarding wanting to have a discovery deadline (designation of affirmative experts) extended. Mr. Bennington would like to have the expert reports due thirty (30) days after a ruling has been entered on the plaintiff's Renewed MOTION for Order to on Motion Challenging Defendant Suncor's and Interested Party Dillon's Designation of Certain Documents and Data as "Highly Confidential" and "Secret" Pursuant to the Supplemental Protective Order (Docket No. 153, filed on 12/18/2012).

Discussion regarding Mr. Hossein Taraghi, Rule 26(c), Rule 702, Rule 16(b) pertaining to the showing of good cause, Rule 26(e), and the possibility of filing a motion to further address this issue.

HEARING CONCLUDED.

**Court in recess**:	**3:30 p.m.**
Total time in court:	00:20

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.