# Michael McCormick

| | |
|---|---|
| **From:** | Kate Craigmile <KEC@Benningtonjohnson.com> |
| **Sent:** | Thursday, December 27, 2012 12:43 PM |
| **To:** | Chris Taravella; Michael McCormick |
| **Cc:** | Kenneth Bennington; pbledsoe@polsinelli.com; AJShaheen@hollandhart.com; Marie Newberger; Adam Aldrich; Jeff McClelland |
| **Subject:** | Kroger 30(b)(6) Deposition and Deposition of David Wilson |

Chris and Mike:

Thanks for your call this morning about the depositions. I've included Tony Shaheen in this email so that he knows where we are in our discussions. Let me know if I've misstated anything, as my goal is to simply get these depositions scheduled as efficiently and painlessly as possible.

You have indicated that the date originally selected for the David Wilson deposition, January 9, is acceptable to Mr. Wilson and will work for you. That deposition will be in Salt Lake City, where Mr. Wilson now lives.

You also indicated that the Kroger 30(b)(6) deposition will likely involve designated witnesses in Colorado and in Kansas, and therefore we will need to do part of the deposition in Denver and part of it in Hutchinson. That is fine for us. We agreed to try to get these scheduled and completed in a total of two days, if possible – one day in Denver and one day in Hutchinson. Given the holidays, you indicated that you haven't been able to confirm all of the Kroger witnesses or their schedules, but are working on that and expect to have designations no later than January 14. You suggested the following dates which would work for your schedule as possibilities for the 30(b)(6) deposition: January 16, 17, 21, 24, 30, 31, February 1. This confirms that we can make any of those dates work on our side.

Tony, can you let us know if any of these dates don't work for you so that Chris and Mike can let the potential 30(b)(6) deponents know as they are able to reach them? Thanks.

Best regards,

Kate Craigmile
Bennington Johnson Biermann & Craigmile, LLC
370 17th Street
Suite 3500
Denver, CO 80202
303.629.5200 T
303.629.5211 F
kec@benningtonjohnson.com



# EXHIBIT D

CONFIDENTIALITY NOTICE: This e-mail message (including any attachment[s]) may contain information that is confidential and/or legally privileged and is intended solely for the use of the named recipient[s]. If you are

not the intended recipient, you are hereby notified that any disclosure, copying or distribution of the contents of this transmission is strictly prohibited. If you have received this message in error, please notify us by telephone at (303) 629-5200 and promptly destroy this transmission.

Case 1:11-cv-01611-MSK-CBS   Document 159-4   Filed 01/03/13   USDC Colorado   Page 2 of 2