**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation,
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs,

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Defendant,

v.

HOSSEIN AND DEBRA LYNN TARAGHI,

    Third-Party Defendants.

---

**NOTICE OF SUBMISSION OF DECLARATION OF PLAINTIFFS'
EXPERT, TED TATOS, IN SUPPORT OF PLAINTIFFS' RENEWED MOTION
CHALLENGING DEFENDANT SUNCOR'S AND INTERESTED PARTY
DILLON'S DESIGNATION OF CERTAIN DOCUMENTS AND DATA AS
"HIGHLY CONFIDENTIAL" AND "SECRET" PURSUANT TO THE
SUPPLEMENTAL PROTECTIVE ORDER (DOC. 153)**

---

In connection with the hearing in this matter on January 28, 2013, Plaintiffs Western Convenience Stores, Inc. ("WCS") and Western Truck One, LLC, by and through their undersigned counsel, submit the attached Declaration of Ted P. Tatos in support of Plaintiffs' Renewed Motion Challenging Defendant Suncor's and Interested Party Dillon's Designation of Certain Documents and Data as "Highly Confidential" and "Secret" Pursuant to the Supplemental Protective Order (Doc. 153, "Motion"). The Declaration, which is filed with no restrictions as to access, refers to an Exhibit A, the expert report of Mr. Tatos and Dr. Mark

Glick served on Suncor on January 22, 2013, the Scheduling Order deadline for initial expert disclosures. As that report contains data or derivatives of data that is designated as "Confidential," "Highly Confidential," or "Secret" by WCS, Suncor and Interested Party Dillon, it cannot be filed in the public record pursuant to the terms of the Protective Order (Doc. 49) and Supplemental Protective Order (Doc. 140). Moreover, because the expert report contains data or derivatives of data that have been identified as "Confidential" or "Highly Confidential" by WCS and Suncor, it cannot be provided to Interested Party Dillon or its counsel. Accordingly, the report referenced as Exhibit A in the Tatos Declaration is being filed as Restriction Level 2, with access restricted to the Court. A copy of the report has already been provided to Suncor and will be served on Suncor via non-ECF means.

Dated:  January 25, 2013.               *s/ Kathleen E. Craigmile*

                Kenneth R. Bennington
                Kathleen E. Craigmile
                Adam F. Aldrich
                BENNINGTON JOHNSON BIERMANN
                & CRAIGMILE, LLC
                370 17th Street, Suite 3500
                Denver, CO 80202
                Telephone: (303) 629-5200
                Facsimile: (303) 629-5718
                *kec@benningtonjohnson.com*
                *krb@benningtonjonson.com*
                *afa@benningtonjohnson.com*
                *Attorneys for Plaintiffs and Third-*
                *Party Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 25, 2013, the foregoing **NOTICE OF SUBMISSION OF DECLARATION OF PLAINTIFFS' EXPERT, TED TATOS, IN SUPPORT OF PLAINTIFFS' RENEWED MOTION CHALLENGING DEFENDANT SUNCOR'S AND INTERESTED PARTY DILLON'S DESIGNATION OF CERTAIN DOCUMENTS AND DATA AS "HIGHLY CONFIDENTIAL" AND "SECRET" PURSUANT TO THE SUPPLEMENTAL PROTECTIVE ORDER (DOC. 153)** was served on the following parties via CM/ECF.

| | |
|---|---|
| Anthony J. Shaheen | J. Robert Robertson |
| Keeya M. Jeffrey | William L. Monts III |
| Holland & Hart LLP | Hogan Lovells US LLP |
| 555 17th Street, Suite 3200 | 555 Thirteenth Street, N.W. |
| Denver, CO 80201-8749 | Washington, D.C. 20004-1109 |
| AJShaheen@hollandhart.com | robby.robertson@hoganlovells.com |
| KMJeffrey@hollandhart.com | william.monts@hoganlovells.com |
| | |
| Philip W. Bledsoe | Christopher A. Taravella |
| Joseph T. VanLandingham | Michael R. McCormick |
| Polsinelli Shughart PC | Montgomery Little & Soran, P.C. |
| 1225 Seventeenth Street, 29th Floor | 5445 DTC Parkway, Suite 800 |
| Denver, CO 80202-5529 | Greenwood Village, CO 80111 |
| pbledsoe@polsinelli.com | ctaravella@montgomerylittle.com |
| jvanlandingham@polsinelli.com | mmcormick@montgomerylittle.com |

Exhibit A to the Declaration is being filed separately as a Restricted - Level 2 document, viewable only to Plaintiffs and the Court. A copy of Exhibit A will be served upon the following via e-mail:

| | |
|---|---|
| Anthony J. Shaheen | J. Robert Robertson |
| Keeya M. Jeffrey | William L. Monts III |
| Holland & Hart LLP | Hogan Lovells US LLP |
| 555 17th Street, Suite 3200 | 555 Thirteenth Street, N.W. |
| Denver, CO 80201-8749 | Washington, D.C. 20004-1109 |
| AJShaheen@hollandhart.com | robby.robertson@hoganlovells.com |
| KMJeffrey@hollandhart.com | william.monts@hoganlovells.com |

*s/ Marie Newberger*