THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation;
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs/Counter Defendants,

v.

SUNCOR ENERGY (U.S.A.), INC. a Delaware corporation,

    Defendant/Counter Claimant/Third-Party Plaintiff,

v.

HOSSEIN AND DEBRA LYNN TARAGHI,

    Third-Party Defendants.

_____

**MOTION BY INTERESTED PARTY DILLON COMPANIES, INC. FOR LEAVE TO FILE SUPPLEMENT TO ITS RESPONSE TO PLAINTIFFS' RENEWED MOTION CHALLENGING DESIGNATION**
_____

    Comes now interested party Dillon Companies, Inc. ("Dillon"), by and through its attorneys, Montgomery Little & Soran, P.C., and submits this Motion ("Motion") for Leave to File Supplement to its Response ("Response") (Doc. #165) in Opposition to Plaintiffs' Renewed Motion Challenging Designation of Certain Documents and Data ("Renewed Motion") (Doc. # 153).

    Dillon hereby seeks the Court's permission to supplement its Response to the Renewed Motion with the Declaration of Ed Sharpe. Dillon is contemporaneously filing

1

Mr. Sharpe's Declaration with the Court.  Dillon designated Mr. Sharpe's declaration as "Highly Confidential" under the Supplemental Protective Order (Doc. #140).

### Conferral Pursuant to D.C. Colo. L. Civ. R. 7.1(A)

In accordance with D.C. Colo. L. Civ. R. 7.1(A), counsel for Dillon certifies that he discussed the relief requested in this Motion with Counsel for Plaintiffs and counsel for Suncor Energy (U.S.A.) Inc. ("Suncor").  Suncor does not oppose this Motion. Counsel for Plaintiffs stated that if Dillon had designated Mr. Sharpe's declaration as "Confidential" under the Supplemental Protective Order (Doc. #140), then Western would not object.  However because Dillon designated Mr. Sharpe's declaration "Highly Confidential", Western will object to this Motion.

### MOTION AND RELIEF SOUGHT

1.   The Federal Rules of Civil Procedure do not expressly provide for the filing of supplementary material with respect to motions.  However, Federal Courts liberally construe motions seeking leave to supplement or amend. *See Grace v. Rosenstock*, 169 F.R.D. 473, 479 (E.D.N.Y. 1996); *McDowall v Orr Felt & Blanket Co.*, 146 F.2d 136, 137 (6th Cir. Ohio 1944).

2.   On January 11, 2013, Dillon filed its Response.  Since filing the Response, Dillon has prepared and obtained a Declaration from Ed Sharpe, the Director of Petroleum for Loaf 'N Jug, Inc.  Dillon anticipates that it may present testimony to the Court from Mr. Sharpe at the upcoming hearing scheduled on January 28, 2013 at 1:30 p.m. regarding Plaintiffs' Renewed Motion.

3. Dillon is contemporaneously filing herewith a supplement to its Response including Mr. Sharpe's declaration. Dillon respectfully requests that the Court accept the supplement and Mr. Sharpe's declaration for filing and consideration.

WHEREFORE, Dillon respectfully requests that the Court enter an order accepting Mr. Sharpe's declaration for filing and consideration.

Dated:  January 25, 2013.

s/*Michael R. McCormick*
Christopher A. Taravella, #7790
Michael R. McCormick, #33682
Montgomery Little & Soran, P.C.
5445 DTC Parkway, Suite 800
Greenwood Village, Colorado 80111
Phone Number: (303) 773-8100
Fax Number: (303) 220-0412
E-mail:  ctaravella@montgomerylittle.com
          mmccormick@montgomerylittle.com
*Attorney for Dillon Companies, Inc.*
*Interested Party*

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

Kenneth R. Bennington
Kathleen E. Craigmile
Adam F. Aldrich
Bennington Johnson Biermann & Craigmile, LLC
370 17th Street, Suite 3500
Denver, CO 80202

Philip Wayne Bledsoe
Joseph T. VanLandingham
Polsinelli Shughart LLP
1515 Wynkoop Street, Suite 600
Denver, CO 80202

Michael Korenblat
Suncor Energy Services, Inc.
717 17th Street, Suite 2900
Denver, CO 80202

William LeitzseyMonts, III
John Robert Robertson
Hogan Lovells US LLP-DC
555 13th Street NW
Columbia Square #1300
Washington DC 20004-1109

Anthony Shaheen
Keeya M. Jeffrey
Holland & Hart LLP-Denver
555 17th Street, Suite 3200
Denver, CO 80201

s/ *Michael R. McCormick*
Montgomery Little & Soran, P.C.

4