THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation;
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs/Counter Defendants,

v.

SUNCOR ENERGY (U.S.A.), INC. a Delaware corporation,

    Defendant/Counter Claimant/Third-Party Plaintiff,

v.

HOSSEIN AND DEBRA LYNN TARAGHI,

    Third-Party Defendants.

_____

**SUPPLEMENT BY INTERESTED PARTY DILLON COMPANIES, INC. TO RESPONSE TO PLAINTIFFS' RENEWED MOTION CHALLENGING DESIGNATION OF CERTAIN DOCUMENTS AND DATA (DECLARATION OF ED SHARPE)**
_____

    Comes now interested party Dillon Companies, Inc. ("Dillon"), by and through its attorneys, Montgomery Little & Soran, P.C., and submits this supplement to its Response in Opposition ("Response") (Doc. #165) to Plaintiffs' Renewed Motion Challenging Designation of Certain Documents and Data ("Renewed Motion") (Doc. # 153).

    1.    Dillon submits herewith a Declaration by Ed Sharpe, Director of Petroleum for Loaf 'N Jug, Inc., as a supplement to its Response. Dillon anticipates that it may

1

present testimony to the Court from Mr. Sharpe at the upcoming hearing scheduled on

January 28, 2013 at 1:30 p.m. regarding Plaintiffs' Renewed Motion.

Dated: January 25, 2013.

                                      s/*Michael R. McCormick*
Christopher A. Taravella, #7790
Michael R. McCormick, #33682
Montgomery Little & Soran, P.C.
5445 DTC Parkway, Suite 800
Greenwood Village, Colorado 80111
Phone Number: (303) 773-8100
Fax Number: (303) 220-0412
E-mail:  ctaravella@montgomerylittle.com
         mmccormick@montgomerylittle.com
*Attorney for Dillon Companies, Inc.
Interested Party*

2

## CERTIFICATE OF SERVICE

       I hereby certify that on January 25, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

| | |
|---|---|
| Kenneth R. Bennington<br>Kathleen E. Craigmile<br>Adam F. Aldrich<br>Bennington Johnson Biermann &<br>Craigmile, LLC<br>370 17th Street, Suite 3500<br>Denver, CO 80202 | Philip Wayne Bledsoe<br>Joseph T. VanLandingham<br>Polsinelli Shughart LLP<br>1515 Wynkoop Street, Suite 600<br>Denver, CO 80202 |
| Michael Korenblat<br>Suncor Energy Services, Inc.<br>717 17th Street, Suite 2900<br>Denver, CO 80202 | William LeitzseyMonts, III<br>John Robert Robertson<br>Hogan Lovells US LLP-DC<br>555 13th Street NW<br>Columbia Square #1300<br>Washington DC 20004-1109 |
| Anthony Shaheen<br>Keeya M. Jeffrey<br>Holland & Hart LLP-Denver<br>555 17th Street, Suite 3200<br>Denver, CO 80201 | |

                                              s/ *Michael R. McCormick*
                                              Montgomery Little & Soran, P.C.