STEVEN EWING - MARCH 8, 2012

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., A Colorado
corporation, WESTERN TRUCK ONE, LLC, a Colorado limited
liability company,
Plaintiffs,

vs.

SUNCOR ENERGY (U.S.A.) INC., A DELAWARE CORPORATION,
Defendant, Third-party plaintiff

vs.

HOSSEIN AND DEBRA LYNN TARAGHI,
Third-party defendants.
-----------------------------------------------------
DEPOSITION OF STEVEN EWING
March 8, 2012
-----------------------------------------------------

Deposition location:
370 17th Street, Suite 3500
Denver, Colorado 80202

APPEARANCES:

    Kenneth R. Bennington, Esq.
    Kathleen E. Craigmile, Esq.
    Bennington Johnson Biermann & Craigmile
    370 17th Street, Suite 3500
    Denver, Colorado 80202
    Phone: (303) 629-5200
For Western and the Taraghis

    Anthony J. Shaheen, Esq.
    Holland & Hart, LLP
    555 17th Street, Suite 3200
    Denver, Colorado 80202
    Phone: (303) 295-8054
For Suncor Energy

ALSO PRESENT: None

EXHIBIT B

STEVEN EWING - MARCH 8, 2012

Page 22

1    A   At these 225 sites?
2    Q   No.
3    A   Just --
4    Q   Leave out unbranded -- leave out branded
5  sales.
6    A   Okay. So the unbranded fuel that goes to
7  individual sites?
8    Q   The's right.
9    A   I would not be able to give that to you.
10   Q   Does the company have the data to answer
11 that question?
12   A   No. We do not track where the unbranded
13 gasoline goes to the independent stores.
14   Q   And that's -- I take it that's true for
15 Kroger? You don't know which store it goes to?
16   A   That would be correct. They would pick
17 it up. That's right.
18   Q   You only know what terminal they took
19 delivery at?
20   A   Yes. Absolutely. It would probably
21 be -- yeah, that's right. They come and pick it up and
22 they take it.
23   Q   And if they're transporting it within
24 Grand Junction or across the state, you don't know?
25   A   We know if -- that's correct. We know if

Page 23

1  they're picking it up in Grand Junction.
2    Q   And there's nothing in your agreement
3  with Kroger, for instance, that limits where product
4  picked up in Grand Junction can be trucked to?
5    A   I wouldn't be able to comment on that.
6  I'm not sure. I don't know. But I wouldn't -- I would
7  think that it doesn't -- I don't think we limit to
8  where they go.
9    Q   But it's expensive to move this stuff
10 around.
11   A   Yeah.
12   Q   They're not going to be driving it across
13 the state if they don't have to?
14   A   Yeah. I wouldn't think it would go too
15 far.
16       (Whereupon, Deposition Exhibit No. 2 is
17 referenced.)
18   Q   (BY MR. BENNINGTON) Now, Exhibit 2 is the
19 Master Product Purchase and Sale Agreement dated
20 January 17, 2007, between Suncor and Western
21 Convenience Stores. You've seen this before, haven't
22 you?
23   A   Yes.
24   Q   As far as I know, since January of 2007,
25 this is the only Master Product Purchase Agreement with

Page 24

1  Western. Is that consistent with your understanding?
2    A   That's consistent with my understanding.
3    Q   All right. During that same time period,
4  did Kroger have -- not this same contract, but the same
5  form of contract with different fill in the blanks?
6    A   I don't know if they did or not, but I
7  would assume it would be consistent with our procedures
8  to have them have the same agreement.
9    Q   Who is responsible when a master
10 product -- when a master agreement is to be executed?
11 Who's responsible for getting that done?
12   A   It would be the account manager.
13   Q   Somebody working for you has got to make
14 sure that agreement is in place?
15   A   Correct.
16   Q   Is there any other -- are there other --
17 strike that. Let me start again.
18       Are there differing forms of master
19 purchase and sales agreements that you know of?
20   A   Not that I'm aware of.
21   Q   If you were to get one -- if somebody
22 working for you were assigned to get one of these
23 signed, is there a form bank or some sort of library of
24 forms within Suncor where you go to get a current
25 version of the approved contract?

Page 25

1    A   There is not necessarily a form bank, but
2  they do have the agreements. All of them have the
3  blank template. It's kept -- it's with legal. We can
4  get it from legal, but we have it.
5    Q   I see. And somehow legal disseminates
6  from time to time? This is the current version of the
7  contract?
8    A   I assume that's right, yes.
9    Q   Where are the signed agreements stored?
10   A   Which signed agreements? These?
11   Q   The master agreements.
12   A   They are typically with the unbranded
13 file in the customer of financial services group on
14 the -- that's the unbranded side.
15   Q   Aaron told me earlier -- Aaron Lingnau.
16   A   Yes.
17   Q   Do you know him?
18   A   Yes, I do.
19   Q   He testified today that there is also an
20 online scanned version of this available.
21   A   There is a business link that they can be
22 scanned, absolutely. But for me, that's where I go to
23 get --
24   Q   You go to the paper?
25   A   I go to the paper.

7 (Pages 22 to 25)