
SUNCOR ENERGY

### ELECTRONIC FUNDS TRANSFER AUTHORIZATION AGREEMENT

**CUSTOMER INFORMATION**

| CUSTOMER NAME ("CUSTOMER"): | | SUNCOR ENERGY CUSTOMER ACCOUNT NUMBER: |
|---|---|---|
| Western Convenience Stores, Inc. | | |
| ADDRESS | CITY | STATE |
| 9840 E Easter Ave | Centennial | CO 80112 |
| ACCOUNTING / EFT CONTACT NAME | TELEPHONE | EFT FAX NUMBER |
| Chris Welvle | 303 706-0340 | 303 706-0345 |

Above named "Customer" hereby authorizes Suncor Energy (U.S.A.) Inc. and subsidiaries of Suncor Energy (U.S.A.) Inc. (collectively, "Suncor Energy") to originate Automated Clearing House electronic funds transfer credit/debit entries to "Customer's" account, indicated below, and hereby authorize the Depository Institution, named below, hereinafter called "Financial Institution" to accept and credit or debit the amount of such entries to the "Customer's" account.

**BANKING INFORMATION**

| BANK NAME | | BRANCH | |
|---|---|---|---|
| Vectra Bank | | Downtown | |
| ADDRESS | | BANK ROUTING NUMBER | CUSTOMER ACCOUNT NUMBER |
| 1001 17th St Ste 1160 | | 102003154 | |
| CITY | STATE ZIP | PHONE | FAX |
| Denver | CO 80202 | 720-479-5076 | |
| BANK CONTACT NAME | | BANK AUTHORIZED SIGNATURE (IF REQUIRED BY BANK) | |
| James Friedberg | | | |

"Customer" shall be responsible for any loss which may arise by reason of any error, mistake or fraud regarding the information provided in this agreement, except losses incurred as a result of any error, mistake or fraud of Suncor Energy, its officers, directors, employees or agents. "Customer" may change any portion of the Information provided under Bank Information by giving at least fifteen (15) days written notice to Suncor Energy at the address shown below.

This authority shall remain in effect until fifteen (15) days after Financial Institution, at address shown above, and Suncor-Energy, at address shown below, have received written cancellation from "Customer". Notice of cancellation shall in no way affect credit or debit entries initiated prior to actual receipt and processing of notice. "Customer" understands that Suncor Energy may suspend this Agreement at any time.

"Customer" understands that the Automated Clearing House electronic funds transfer debit entry will only be accepted by Financial Institution if sufficient funds are available in "Customer's" account listed above and "Customer" agrees separately with Suncor Energy to maintain sufficient funds at all times in this account.

By signing this Authorization, "Customer" in no way relinquishes any legal right to dispute any item.

Customer Authorization:

Hussein Tarashi / [signature] / President / 5/16/2011
Authorized Name / Authorized Signature / Title / Date

Return this form to: Suncor Energy (U.S.A.) Inc.
Customer Financial Services
Attn: Robert White
7800 E. Orchard Road
Suite 300
Greenwood Village CO 80111
Telephone: 303 793 8080    Fax: 303 793 8054

Note: Please return a voided check for above-referenced bank account for verification.

EXHIBIT C