| | |
|---|---|
| **DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO**<br>1437 Bannock St., Room 256<br>Denver, CO 80202 | |
| **Plaintiffs:**<br>WESTERN CONVENIENCE STORES, INC., a Colorado corporation; WESTERN TRUCK ONE, LLC, a Colorado limited liability company,<br><br>v.<br><br>**Defendant/Counterclaimant:**<br>SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation<br><br>v.<br><br>**Counterclaim Defendant:**<br>WESTERN CONVENIENCE STORES, INC., a Colorado corporation;<br><br>**Third Party Plaintiff:**<br>SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation<br><br>v.<br><br>**Third Party Defendants:**<br>HOSSEIN and DEBRA LYNN TARAGHI | ▲ COURT USE ONLY ▲<br><br>Case Number: 11CV3860<br>Div.:          Ctrm.: |
| **Attorney or Party Without Attorney:**<br>Name: Anthony J. Shaheen / Keeya M. Jeffrey<br>Address: HOLLAND & HART LLP, 555 17th Street, Suite 3200, Denver, CO 80201-8749<br>Telephone: 303-295-8054; 303-295-8060<br>Facsimile: 303-291-9126; 303-291-9173<br>E-Mail: AJShaheen@hollandhart.com; KMJeffrey@hollandhart.com<br>Atty.Reg.#: 14295, 39278 | |
| **AFFIDAVIT OF STEVEN J. EWING** | |

EXHIBIT D

I, Steven J. Ewing, being first duly sworn, state as follows:

1.  I am the Director of Rackforward Sales at Suncor Energy (U.S.A.) Inc. ("Suncor"). As part of my duties at Suncor, I work with documents and information that Suncor prepares and maintains in the ordinary course of its business. Because I work with such documents and information, I have personal knowledge of Suncor's record-keeping and filing system.

2.  I understand that this Affidavit will be attached to a court filing in the above-captioned case as Exhibit 14. I also understand that the court filing will have other exhibits, namely:
    - Exhibit 1, an "Electronic Funds Transfer Agreement" or "EFTA";
    - Exhibit 2, a "Master Product Purchase and Sale Agreement" or "MPPSA";
    - Exhibit 3, invoices sent by Suncor to Western Convenience Stores, Inc.;
    - Exhibit 5, an announcement by the Department of Justice of a Consent Decree entered into between Western Convenience Stores, Inc. ("WCS") and the United States Government in 2011;
    - Exhibit 6, internal e-mails between Suncor employees discussing the review of WCS's credit status;
    - Exhibit 7, e-mail correspondence between Suncor and WCS requesting and receiving WCS' financial statements;
    - Exhibit 8, a notice from Wells Fargo Bank to Suncor dated May 23, 2011;
    - Exhibit 9, a "Terminal Access Agreement" or "TAA";
    - Exhibit 10, notices from Wells Fargo Bank to Suncor dated May 24, 2011 and May 25, 2011;
    - Exhibit 11, a letter from Suncor to WCS and Western Truck One, LLC dated May 25, 2011;
    - Exhibit 12, a "Personal Guaranty" between Suncor and Debra and Hossein Taraghi; and
    - Exhibit 13, letters sent by Suncor to the Taraghis dated June 9, 2011 and June 30, 2011.

3.  I have reviewed Exhibits 1-3 and 5-13 to the court filing and, based on my personal knowledge of these documents and Suncor's record-keeping, I can confirm that these documents have been produced from Suncor's files and/or electronic e-mails. I also can confirm the following:

    a.  all of the documents attached as Exhibits 1-3 and 5-13 are kept and maintained in the course of Suncor's regularly conducted business activity, which includes the production and sale of energy products such as gasoline and diesel fuel;

   b. the documents attached as <u>Exhibits 1-3</u>, <u>6-7</u>, <u>9</u> and <u>11-13</u> were made as part of Suncor's regularly conducted business activity, which includes the production and sale of energy products such as gasoline and diesel fuel; and

   c. the invoices attached as <u>Exhibit 3</u> were made at or near the time of the sales identified on those invoices, and were made by persons with knowledge of those sales or from information transmitted by persons with knowledge of those sales.

               _____
                Steven J. Ewing
                Director, Rackforward Sales
                Suncor Energy (U.S.A.) Inc.

STATE OF COLORADO )
          ) ss.
COUNTY OF DENVER  )

   The foregoing instrument was subscribed and sworn to before me this 2nd day of September, 2011, by Steven J. Ewing.

   Witness my hand and official seal.

                My commission expires: 4/25/2012

5223622_1.DOCX