Treasury Information Report                                          Page 1 of 2

05/23/2011 10:07 AM ET
**CUSTOMER ID:** SUNCOR03
**OPERATOR ID:** AUDREYSA

**SUNCOR ENERGY**
ACH Return/NOC Report
As of 05/23/2011

Commercial Electronic Office®                             Treasury Information Reporting

**File ID:** 1510403125                         **Name:** SUNCOR ENERGY USA INC
**Company ID:** 2510403125

### Settlement Summary

**Settlement Bank:** 121000248                **Company:** SUNCOR ENERGY USA INC
**Settlement Account:** 4945069219

Returned Items:
(Includes Redeposited and Dishonored Totals below.)
Account 4945069219 will be debited    436,710.80 on 05/23/2011

### Transaction Detail

| Returns Individual ID Name | Eff Date / Desc Date | Acct Type / Tran Type | Amount | Reason Cd / Desc Original Trace No |
|---|---|---|---|---|
| WESTERN CONVENIENCE<br>Receiving RDFI: 102003154<br>Co Entry Desc: SUNCOR<br>Comments: | 05/19/2011 | DDA<br>DB<br>Account No: 5110011870<br>Return Trace No: 102003152631834 | 436,710.80 | R01/INSUF FUND<br>091000013168007 |

*[handwritten annotation: Vectra Bank]*

### Transaction Recap

| | Debit Items | Debit Amount | Credit Items | Credit Amount |
|---|---|---|---|---|
| Returns | 1 | 436,710.80 | | .00 |

**File ID:** EDIMN00004                          **Name:** SUNCOR ENERGY
**Company ID:** 4510403125

### Settlement Summary

**Settlement Bank:** 121000248                **Company:** SUNCOR ENERGY
**Settlement Account:** 4945069219

Returned Items:
(Includes Redeposited and Dishonored Totals below.)
Account 4945069219 will be credited    140.12 on 05/23/2011

### Transaction Detail

Returns                         EXHIBIT I

https://wellssuite.wellsfargo.com/tir/tirservice?KEY=40219&actionType=PleaseWait&cha...   5/23/2011