HOSSEIN TARAGHI - JANUARY 23, 2013

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation, WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

Plaintiffs,

vs.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

Defendant.

vs.

HOSSEIN AND DEBRA LYNN TARAGHI,

Third-Party Defendants.

---

DEPOSITION OF HOSSEIN TARAGHI
January 23, 2013

(CONTAINS TESTIMONY DESIGNATED HIGHLY CONFIDENTIAL)

---

       Deposition location:
       555-17th Street, Suite 3200
       Denver, Colorado

APPEARANCES:

   KENNETH R. BENNINGTON, ESQ.
   BENNINGTON JOHNSON BIERMANN &
   CRAIGMILE, LLC
   370-17th Street, Suite 3500
   Denver, Colorado 80202

    and

EXHIBIT L

8df9507c-c43f-449f-8926-b5be9312b6d8

**Page 158**

1  the volume that I bought, 2008, 2007 and 2009,
2  they're pretty close.
3  Q. My question is, 2008 is the last year,
4  at least that we can find, that Western Convenience
5  bought gasoline from Suncor under a one-year
6  contract. Are you aware of any other one-year
7  contracts other than what we've talked about that
8  Western Convenience entered into with Suncor after
9  2008?
10  A. Yes.
11  Q. When?
12  A. It was verbally. We had verbal and we
13  had in writing sometimes. As you see it, there was
14  2007, it was verbal.
15  Q. And you had --
16  A. Let me --
17  Q. I'm sorry, I didn't mean to interrupt
18  you?
19  A. Let me explain. From 2004 I got with
20  Suncor until beginning of -- close to 2010, there was
21  no dispute. When we said something, we'd talk, they
22  say okay, that's what you get. I wouldn't ask for a
23  contract. That's exactly what it was, and that's
24  what exactly I paid, that's the product I got.
25  Now, you're trying to raise a issue it

**Page 159**

1  was a signature. Some was signature signed, some
2  wasn't signed. Some was a contract, some -- I didn't
3  really care at the time, I didn't, because I was
4  getting -- we were having such a good dialog and good
5  communication at the time that there was no problem
6  getting product. And I was getting the product, and
7  I was fine, they were fine, there was no issue that I
8  know of it that anybody talked to me except one time
9  one issue that they said they made a mistake on the
10  price, they asked me to pay them one million, I paid
11  them one million. That was it.
12  Q. If you look further, Mr. Taraghi,
13  you'll see that in 2009 and 2010 there's a series of
14  one-month contracts.
15  A. I have to look at those contracts.
16  Q. Yes, please, just --
17  A. Sure. Then you ask me.
18  Q. And I will represent to you, and I know
19  I'm right but if I'm not they'll correct me, there
20  are no other one-year contracts after 2008.
21  MR. BLEDSOE: No other writings.
22  Q. (BY MR. SHAHEEN) No other writings.
23  A. This is 2008, right?
24  Q. I think it's 2009.
25  MR. BLEDSOE: No, that's '08.

**Page 160**

1  A. It says '08 to me.
2  Q. (BY MR. SHAHEEN) Is that a special --
3  is that a short term contract?
4  A. It probably is. 30,000, 35,000 barrel
5  and 12,000 barrel.
6  Q. Okay. So it's your testimony that
7  in -- is it your testimony that in 2009 and 20 -- in
8  2009 Western Convenience was buying gasoline from
9  Suncor pursuant to an oral one-year contract?
10  A. That's correct.
11  Q. And that oral one-year contract was
12  confirmed with Steve Moss, is that right?
13  A. Probably. Sure.
14  Q. Is it --
15  A. He has knowledge of it, yes.
16  Q. Is there a reason why it wasn't written
17  down, like in 2007 and 2008?
18  A. I don't know what the reason is. I
19  didn't even ask, because when we made -- we had a --
20  we determined what we were going to do, we did it.
21  That's all it was.
22  Q. And --
23  A. When we decide what we're going to do,
24  we did it.
25  Go ahead.

**Page 161**

1  Q. My understanding is, and you can look
2  at these contracts, that the contracts are basically
3  Suncor rack average minus 4-1/2 cents.
4  Is that your understanding of the
5  contract price?
6  A. Yes. Close.
7  Q. I understand you always want to get a
8  better price, a cheaper price if you can. But were
9  you okay with the contract price of Suncor rack minus
10  4-1/2 cents?
11  A. Yes, I was.
12  Q. Whose idea was it to base the pricing
13  on Suncor rack?
14  A. One more time?
15  Q. Whose idea was it to base the pricing
16  off of Suncor rack?
17  Suncor rack average minus 4-1/2 cents
18  was the typical contract, right? And you can look at
19  them if I'm wrong.
20  A. At the time I don't know how that
21  happened, but usually it either was Suncor rack or it
22  was average Denver, OPIS average Denver, 4-1/2. I
23  think we had option to go both ways probably.
24  Q. And you were happy with doing it that
25  way?

Page 162

```
 1    A.  I didn't have problem with it, no.
 2    Q.  Okay.  Do you have any idea,
 3  Mr. Taraghi, what -- just from the street, because I
 4  know you haven't seen the documents, do you have any
 5  idea what Kroger is paying for gas from Suncor?
 6    A.  I'm sure they're getting some discount
 7  better than me.  I mean, I don't know how much
 8  they're getting it.  I can't tell you exactly, but
 9  they're getting some, better than me.
10    Q.  Why do you --
11    A.  Better than 4-1/2 cents, I know that.
12    Q.  How do you know that?
13    A.  Because the way they compete.  I heard
14  it on the street that they were going to other places
15  try to -- they are -- they're price negotiation
16  people.  They do -- they want a product but they do
17  negotiate the price too.
18    Q.  And you heard on the street they were
19  going to other places?  What do you mean by that?
20    A.  They're going to places and trying to
21  bid in for the product, yeah, and a price, yeah.
22    Q.  Trying to get other suppliers to supply
23  them with gas.
24    A.  That's correct.
25    Q.  And you've heard that on the street.
```

Page 163

```
 1    A.  M-hm.
 2    Q.  When did you first learn that Suncor
 3  was selling gasoline to either City Market, King
 4  Soopers or Loaf 'N Jug?
 5    A.  I learned it probably around 2009 that
 6  they were buying limited, they weren't buying too
 7  much.  But that's the time, 2009, I was trying to
 8  negotiate my contract.  They came in and they went
 9  pretty much full-blown with them.  They got more.
10    Q.  I'm sorry, you were trying to negotiate
11  your contract?
12    A.  With Suncor.
13    Q.  And that's the verbal one-year contract
14  you had in --
15    A.  No, we were trying to do the paper one
16  too.  I mean, we were working try and get some
17  contract, whatever.  The thing is I get product.
18  Trying to find some contract, yes.
19    Q.  So let me back up.  Were you
20  negotiating with Suncor in 2009 for a written
21  one-year contract to buy gasoline from Suncor?
22    A.  Or verbal.  Didn't matter.
23    Q.  Well, which was it, verbal or oral,
24  Mr. Taraghi?
25    A.  Doesn't matter.  I was just looking for
```

Page 164

```
 1  product.
 2    Q.  Okay.
 3    A.  I was just saying I want this much
 4  product, try to just figure out how much product, how
 5  much price we're going to be negotiating, put
 6  together some contract.  Verbal or in writing.
 7    Q.  Were you happy with whatever contract
 8  you got from Suncor in 2009 in terms of the price you
 9  were paying for Suncor for the gas?
10    A.  It wasn't whatever.  I was just willing
11  to reasonably negotiate with them.  It's not
12  whatever.  I mean, you can't say whatever.  It has to
13  be reasonably negotiated.
14    Q.  And were you happy with what you
15  reasonably negotiated from Suncor in 2009 to pay for
16  gasoline from Suncor?
17    A.  That was, yes.
18    Q.  You were.
19        Can I have you look, Mr. Taraghi, at
20  Exhibits -- I'm doing this upside down -- 143 and
21  144.  These were exhibits that I talked to Mr. Wehrle
22  about at his deposition.  Take a few minutes to read
23  it, or as much time as you need.
24    A.  Okay.  What is the question?
25    Q.  Then look at the next exhibit.
```

Page 165

```
 1        MR. BLEDSOE:  He wants you to look at
 2  144.
 3    A.  Okay.
 4    Q.  (BY MR. SHAHEEN)  And it's Highly
 5  Confidential.  I'm not going to ask you specific
 6  questions about this.
 7        MR. BLEDSOE:  This is fine, yeah.
 8    Q.  (BY MR. SHAHEEN)  Mr. Wehrle told me in
 9  his deposition that what he would do is he would get
10  the OPIS and the price information he got from Sapp
11  Brothers and DATS and -- I'm leaving somebody out --
12  Offen --
13    A.  What date is this?  2011.
14    Q.  This is 2011.
15    A.  Okay.
16        MR. BLEDSOE:  July.
17    A.  July 2011.  I see it.  Okay.
18    Q.  (BY MR. SHAHEEN)  But you were buying --
19  Western Convenience was buying gas in 2010 and 2011
20  from middlemen in addition to buying --
21    A.  Okay.  You're talking right now, you're
22  showing me 2011.  If you want to talk about 2010, we
23  talk about 2010.
24    Q.  I didn't ask my question yet.
25    A.  That's okay.
```

Page 226

1  to me. I didn't know at the time. It took me a
2  while, until 2011, to really learn what they were
3  doing to me. Because I had kind of decent relation
4  with them, in my mind and the people that they work
5  with me, but they all changed and it got different.
6  But usually with the people that I worked for so many
7  years, they were all good to -- I mean, they were
8  good. They were trying -- I mean, they can be as
9  good as they can be but, you know, I wasn't too -- I
10 knew certain things they couldn't do, certain things
11 they do. I mean, I wasn't too picky about it. But,
12 I mean, we kind of rectify our situation with each
13 other. Even one of them call me, I said, to 1
14 million dollars mistake. It was their mistake, but I
15 paid them. That was a lot of money.
16         But these guys, I don't understand what
17 they're talking about. They're talking different
18 language. I mean, it's -- I was doing deal with them
19 for so many years. You know how much gas I bought
20 from these people and I don't owe them a penny up to
21 that date? I mean, I paid them everything. I mean I
22 don't understand it. I just -- what they were doing.
23      Q.  At any time have you tried to sell --
24 at any time in 2011 and since have you tried to sell
25 the Western Convenience Stores?

Page 227

1       A.  No.
2       Q.  Have you made any personal loans to
3  Western Convenience?
4       A.  I don't have nothing personal. I have
5  all business. Once I make money it becomes my
6  personal stuff, but usually business is my
7  everything.
8       Q.  I know you have a personal guaranty --
9       A.  Yeah.
10      Q.  -- to Suncor.
11      A.  Okay. All right.
12      Q.  You're familiar with that.
13      A.  Yes.
14      Q.  All right. And you don't remember the
15 banks where you're doing business, Western
16 Convenience?
17      A.  (No response).
18      Q.  What banks are you doing business with
19 today, Western Convenience?
20      A.  Right now I'm doing Wells Fargo.
21      Q.  And in 2011 you were doing business
22 with Wells Fargo and --
23      A.  Wells Fargo I've been doing business
24 since 1985 but I wasn't doing full-blown. I do
25 full-blown business with them right now.

Page 228

1       Q.  And I'm not going to ask you any
2  questions about amounts, but I just want
3  personally -- was Wells Fargo the bank where you have
4  your personal account?
5       A.  Yes.
6       Q.  Was that true in 2011?
7       A.  Yes.
8       Q.  Any other banks that you have your
9  personal accounts in now?
10      A.  No.
11      Q.  Let me show you something, Mr. Taraghi.
12          (Whereupon, Deposition Exhibit 161 was
13 marked for identification by the reporter.)
14      Q.  I'm handing you what has been marked as
15 Exhibit 161. It's the Amended Complaint in this
16 case. I just want to ask you a couple questions.
17          Mr. Taraghi, you don't need to read the
18 whole thing.
19      A.  Okay.
20      Q.  Would you look over at paragraph 53 for
21 me, please, sir? It's on page 12.
22      A.  Okay.
23      Q.  And read 53 to yourself. And if you
24 need to, you might want to just go back to page 11 to
25 see -- it's the Fourth Claim for Relief. It's

Page 229

1  entitled Tortious Interference, parens, WCS Contracts
2  and Relationships With Third Parties, end parens.
3  But the heart of what I want to ask you is paragraph
4  53. So just take a second and read it.
5       A.  And then which one you're saying?
6       Q.  Paragraph 53.
7       A.  And what do I have to read to answer
8  that question?
9       Q.  Just read paragraph 53.
10      A.  I read it.
11      Q.  Okay. So it says here -- the
12 allegation is that Suncor intentionally interfered
13 with plaintiff's performance of their agreements and
14 relationships with middlemen. Okay?
15          Middlemen would be like Offen and DATS,
16 correct? Sapp Brothers?
17      A.  (Nodding head).
18      Q.  Correct, sir?
19      A.  Correct.
20      Q.  So tell me what agreements that Western
21 Convenience had with any middlemen that Suncor
22 interfered with.
23      A.  You mean what did Suncor do to them or
24 caused it? What do you mean?
25      Q.  It says that Suncor did something to

Page 230

1 interfere with Western Convenience's performance of
2 their agreements with middlemen.
3   A.  Okay.
4   Q.  I'm asking you, what agreements did
5 Suncor interfere with in terms of agreements between
6 Western Convenience and middlemen, such as Offen,
7 DATS?
8   A.  Suncor, it did tremendous interference.
9 Not just interference, tremendous.
10   Q.  Okay.
11   A.  And with everybody that I was dealing
12 with, refineries, middlemen, anybody, as soon as I
13 went to this litigation with Suncor, they all turn on
14 me.
15   Q.  That's what you --
16   A.  Because of Suncor.  They all turn on
17 me.  Negatively.
18   Q.  But what did Suncor do to cause them to
19 turn on you negatively?
20   A.  Because by doing wrongful and cut off
21 on me and causing all this litigation.
22   Q.  But my understanding, and correct me if
23 you know something I don't about this, Western
24 Convenience sued Suncor first.  Am I correct in that?
25   A.  That's correct.

Page 231

1   Q.  So what did Suncor do in terms of
2 interfering with your agreements with middlemen?
3   A.  It cut me off.
4   Q.  But what did Suncor do -- are you
5 saying Suncor caused these middlemen to do something?
6   A.  Yes, they -- he did.
7   Q.  What did Suncor do to cause the
8 middlemen to do something?
9   A.  Because as I said, this is a small
10 community.  After they know Suncor and I we are in
11 litigation, which Suncor caused that litigation, that
12 created and went to this community, and everybody
13 decided to stick with Suncor instead of me.  Come
14 after me.  All of them.  I mean, majority of them.
15   Q.  And do you have any personal knowledge
16 that, other than having this litigation between
17 Western Convenience and Suncor, Suncor did something
18 to cause the middlemen to turn on you, as you say?
19   A.  Very obvious, very obvious.  I -- all I
20 can do, show me a financial statement and I show you
21 that I was denied -- some of the suppliers not give
22 me credit line is a joke, is a joke.  I'm 30 years
23 experience, and I worked my way up to here, and I
24 deal with a lot of people.  I'm not a jobber, I am an
25 independent, I deal with a lot of people.  I know

Page 232

1 what is happening.  And, you know, if you want me to
2 go grab the people, bring them in here, I mean, I
3 can't even get stuff from out of Suncor.  Suncor they
4 don't even give me stuff that they have in their
5 possession.
6   Q.  If I asked you the question again,
7 would your answer be the same as what you just gave
8 me?
9   A.  Same thing.  Those are the same
10 questions.
11   Q.  Look at paragraph 58 for me,
12 Mr. Taraghi.  It's on the same page, page 12.  And
13 just read that to yourself.
14       MR. BLEDSOE:  It's actually on page 13.
15       MR. SHAHEEN:  I'm sorry?
16       MR. BLEDSOE:  It's on page 13.
17       MR. SHAHEEN:  Paragraph 58?  Not on my
18 copy.
19       THE DEPONENT:  It says 13 here.
20       (Whereupon, there was discussion
21 outside the record.)
22   Q.  (BY MR. SHAHEEN) Well, page 13, just
23 read paragraph 58.
24   A.  Okay.
25   Q.  Mr. Taraghi, paragraph 58 says that

Page 233

1 Suncor by its words and conduct intentionally
2 interfered with performance of the transport
3 agreements among middlemen, WTO and WCS.
4       What transport agreements did Suncor
5 interfere with?
6   A.  Like agreement WTO had with the Suncor,
7 right?
8   Q.  I'm just reading -- this is the
9 allegation that your lawyers made.
10   A.  Okay.
11   Q.  And I believe if we looked at your
12 declaration that we marked as an exhibit, I
13 believe -- and I can get it to make sure if there's a
14 doubt -- that you said in there you read the
15 Complaint.  And this is the Amended Complaint, but
16 the allegation is the same.
17       What agreements, transport agreements,
18 did Suncor interfere with?  Are you aware -- let me
19 ask the question differently.
20       Are you aware of any transportation
21 agreements or transport agreements that Suncor
22 interfered with?
23   A.  Yeah, WTO.  That's one of them.  And
24 then I cannot right now -- see, WTO had nothing to
25 do -- wait a second.  What am I doing here.

Page 234

1  Q. Take your time.
2  A. I guess I'm still having a hard time
3  understanding your question.
4  Q. Well, the allegation is that Suncor
5  intentionally interfered with performance of the
6  transport agreements among middlemen, WTO and WCS.
7  A. Okay. Let me see if I understand that.
8  It's saying I could not send my transport to Suncor
9  buy from middlemen? Does that make sense? Is that
10 what you're saying?
11 Q. No, I'm asking you --
12 A. I trying to understand this.
13 Q. I didn't write this, your lawyers did.
14 A. I'm trying to understand this. Can I
15 ask them? I'm trying to --
16 MR. BLEDSOE: He's not asking you to
17 form a legal conclusion.
18 Q. (BY MR. SHAHEEN) I'm just asking you
19 what --
20 MR. BLEDSOE: He's asking your
21 understanding.
22 A. I'm not understanding.
23 MR. BLEDSOE: If it's inartful, then we
24 can blame the lawyers, but he's asking you what you
25 understand that allegation to mean. He's not trying

Page 235

1  to make you a lawyer.
2  Q. (BY MR. SHAHEEN) But after this day you
3  could probably pass the bar.
4  A. No.
5  Q. But I wouldn't want to if I were you.
6  A. Is that what it is? My truck to go in
7  and get gas from the third party? Is that what it
8  means?
9  Q. Is this what you understand it to mean,
10 that is to say, when Suncor --
11 A. I'm just trying to understand your
12 question. I'm not understanding your question,
13 really.
14 Q. Okay.
15 A. I'm not understanding this reading, and
16 I'm not understanding your question. Somebody has to
17 understand me this reading and understand me the
18 question.
19 Q. Mr. Taraghi, you can blame me for a lot
20 of things, but you cannot blame me for writing
21 paragraph 58. Your lawyers wrote paragraph 58.
22 A. Then let them explain to me what it is.
23 Q. So you don't understand it. Is that
24 what you're saying?
25 A. I'm not understanding.

Page 236

1  Q. That's fine. I will accept that
2  answer.
3  A. That's my problem.
4  MR. SHAHEEN: If you guys give me a
5  couple minutes, I think I may be done.
6  MR. BLEDSOE: All right.
7  (Whereupon, there was a recess from
8  3:56 p.m. to 3:58 p.m.)
9  Q. (BY MR. SHAHEEN) Let me ask a question,
10 Mr. Taraghi. As you know, you've been in the
11 courtroom, I'm sure you've seen some of the papers or
12 heard about some of the papers your lawyers have
13 filed.
14 Why do you think you -- I'm not asking
15 you for any communications you had with Phil or
16 Ken -- why do you think you need to see Kroger's
17 pricing, the prices that Kroger was paying from
18 Suncor for gas? Why do you think you need to see it?
19 A. Because I have more understanding than
20 my attorneys have because I am in this industry, so
21 there are certain things in there probably they're
22 doing it trying to hide it I can see it they cannot
23 see it.
24 Q. Hide what?
25 A. Whatever they're hiding. They're

Page 237

1  hiding a lot of things. I'm not seeing a lot of
2  things that I know it should be. I'm looking at it.
3  I'm not seeing it.
4  Q. So you think that maybe that there's
5  something missing from the prices?
6  A. Something they're looking at it,
7  they're miss -- I mean overlooking at it that I won't
8  overlook, because I can -- as I see them I can bring
9  it to their attention. Probably that will be help.
10 Q. Anything else? Any other reason why
11 you need to --
12 A. There's a lot -- I mean, as I go
13 probably I can tell you more, but that's one of them.
14 Q. The floor is yours, Mr. Taraghi. This
15 is your chance.
16 What other reason, why do you --
17 besides the fact to see if something is missing, what
18 else -- what other reason do you have that you need
19 to see the pricing for Kroger?
20 A. There is a lot of things in there
21 probably. If I see and -- it can trigger something
22 else if you overlook it, but I won't, because I'm in
23 that industry. And every industry has a language
24 beside English, and I try -- sometime probably I can
25 understand that language a little bit.