(17)

Treasury Information Report                                    Page 1 of 2

 05/24/2011 08:57 AM ET                         SUNCOR ENERGY
WELLS    CUSTOMER ID:                                  ACH Return/NOC Report
FARGO    OPERATOR ID:                                       As of 05/24/2011

         Commercial Electronic Office®                Treasury Information Reporting

File ID: 1510403125                           Name: SUNCOR ENERGY USA INC
Company ID:

### Settlement Summary

Settlement Bank: 121000248         Company: SUNCOR ENERGY USA INC
Settlement Account:

Returned Items:
(Includes Redeposited and Dishonored Totals below.)
                              Account   will be debited   785,694.85 on 05/24/2011

### Transaction Detail

| Returns Individual ID Name | Eff Date Desc Date | Acct Type Tran Type | Amount | Reason Cd / Desc Original Trace No |
|---|---|---|---|---|
| WESTERN CONVENIENCE Receiving RDFI: 102003154 Co Entry Desc: SUNCOR Comments: | 05/23/2011 | DDA DB   Account No: 5110011870 Return Trace No: 102003153359372 | 785,694.85 | R29/NO CO AUTH 091000012970192 |

*180000 6/55* (handwritten)

### Transaction Recap

| | Debit Items | Debit Amount | Credit Items | Credit Amount |
|---|---|---|---|---|
| Returns | 1 | 785,694.85 | | .00 |

File ID: 7777788888                          Name: SUNCOR ENERGY SALES INC
Company ID: 1383682096

### Transaction Detail

| Eff Date Desc Date | Acct Type Tran Type | Amount | Reason Cd / Desc Original Trace No |
|---|---|---|---|

EXHIBIT O

https://wellssuite.wellsfargo.com/tir/tirservice?KEY=53436&actionType=PleaseWait&cha...  5/24/2011

Treasury Information Report                                                                 Page 1 of 1



**WELLS FARGO**
05/25/2011 09:15 AM ET
CUSTOMER ID:
OPERATOR ID:

SUNCOR ENERGY
ACH Return/NOC Report
As of 05/25/2011

Commercial Electronic Office®                                         Treasury Information Reporting

File ID: 1510403125                                  Name: SUNCOR ENERGY USA INC
Company ID:

### Settlement Summary

Settlement Bank: 121000248                 Company: SUNCOR ENERGY USA INC
Settlement Account:

Returned Items:
(Includes Redeposited and Dishonored Totals below:)
Account         will be debited    268,625.86 on 05/25/2011

### Transaction Detail

| Returns Individual ID Name | Eff Date Desc Date | Acct Type Tran Type | Amount | Reason Cd / Desc Original Trace No |
|---|---|---|---|---|
| WESTERN CONVENIENCE Receiving RDFI: 102003154 Co Entry Desc: SUNCOR Comments: | 05/24/2011 | DDA DB Account No: 5110011870 Return Trace No: 102003153834388 | 268,625.86 | R29/NO CO AUTH 091000011925086 |

### Transaction Recap

|  | Debit Items | Debit Amount | Credit Items | Credit Amount |
|---|---|---|---|---|
| Returns | 1 | 268,625.86 |  | .00 |

— END OF REPORT —