Treasury Information Report                                                                 Page 1 of 2



05/23/2011 10:07 AM ET
**CUSTOMER ID:** SUNCOR03
**OPERATOR ID:** AUDREYSA

**SUNCOR ENERGY**
**ACH Return/NOC Report**
As of 05/23/2011

Commercial Electronic Office®                         Treasury Information Reporting

File ID: 1510403125                                   Name: SUNCOR ENERGY USA INC
Company ID: 2510403125

### Settlement Summary

Settlement Bank: 121000248                  Company: SUNCOR ENERGY USA INC
Settlement Account: 4945069219

Returned Items:
(Includes Redeposited and Dishonored Totals below.)
                         Account 4945069219 will be debited    436,710.80 on 05/23/2011

### Transaction Detail

| Returns Individual ID Name | Eff Date / Desc Date | Acct Type / Tran Type | Amount | Reason Cd / Desc / Original Trace No |
|---|---|---|---|---|
| WESTERN CONVENIENCE<br>Receiving RDFI: 102003154<br>Co Entry Desc: SUNCOR<br>Comments: | 05/19/2011 | DDA<br>DB<br>Account No: 5110011870<br>Return Trace No: 102003152631834 | 436,710.80 | R01/INSUF FUND<br>091000013168007 |

Vectra Bank

### Transaction Recap

| | Debit Items | Debit Amount | Credit Items | Credit Amount |
|---|---|---|---|---|
| Returns | 1 | 436,710.80 | | .00 |

File ID: EDIMN00004                                   Name: SUNCOR ENERGY
Company ID: 4510403125

### Settlement Summary

Settlement Bank: 121000248                  Company: SUNCOR ENERGY
Settlement Account: 4945069219

Returned Items:
(Includes Redeposited and Dishonored Totals below.)
                         Account 4945069219 will be credited    140.12 on 05/23/2011

### Transaction Detail

Returns                                     EXHIBIT I

https://wellssuite.wellsfargo.com/tir/tirservice?KEY=40219&actionType=PleaseWait&cha...    5/23/2011