CHRISTOPHER WEHRLE - JANUARY 10, 2013

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation, WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

Plaintiffs,

vs.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

Defendant.

vs.

HOSSEIN AND DEBRA LYNN TARAGHI,

Third-Party Defendants.

---

DEPOSITION OF CHRISTOPHER WEHRLE
January 10, 2013
CONTAINS HIGHLY CONFIDENTIAL TESTIMONY

---

                        Deposition location:
                        555-17th Street, Suite 3200
                        Denver, Colorado

APPEARANCES:

        KENNETH R. BENNINGTON, ESQ.
        BENNINGTON JOHNSON BIERMANN &
        CRAIGMILE, LLC
        370-17th Street, Suite 3500
        Denver, Colorado 80202

    and

EXHIBIT J

CHRISTOPHER WEHRLE - JANUARY 10, 2013

Page 6

1  at prices, logistics, where the stores are. It's
2  all -- that's one of the items.
3  Q. But when you go to negotiate a contract
4  or negotiate a purchase, one of the things you're
5  looking for, am I correct, is the lowest price you
6  can get from that supplier?
7  A. Right.
8  Q. Why is it then that Western Convenience
9  just didn't enter into a series of one-year contracts
10 with Suncor?
11 A. We were trying to the year -- a year
12 after I got there. Before that I don't know what the
13 situation was.
14 Q. But you did negotiate some contracts in
15 2010 with Mr. Moss, right?
16 A. From the time I started it was --
17 they'd always just done month to month and sometimes
18 a three-month contract, but they were just always
19 assumed. It wasn't anything before that. I don't
20 know. And for the last part of some of 2010 we were
21 trying to get into those year-long contracts.
22 Q. But that was starting in 2011, right,
23 when you and Mr. Moss started negotiating a one-year
24 contract?
25 A. We've talked about it in 2010. It went

Page 7

1  over through the new year before we finally kind of
2  sat down, I believe was the time frame.
3  Q. In 2010 -- first off, can you be more
4  specific? When did you and Mr. Moss first start
5  talking about a one-year contract in 2010?
6  A. I don't know the exact time.
7  Q. Can you tell me whose idea it was to
8  have a one-year contract?
9  A. I don't recall.
10 Q. So you don't know if it was your idea,
11 meaning Western Convenience's, or Suncor's?
12 A. I don't recall.
13 Q. Am I also correct that you don't know
14 or understand why up until you started talking to
15 Mr. Moss about a one-year contract that after -- that
16 Suncor and Western Convenience had only entered into
17 one-month or three-month contracts?
18 A. Could you say that again?
19 Q. You don't know why it is that up until
20 the time you started talking to Mr. Moss why it was
21 that Suncor and Western Convenience had only entered
22 into one-month or three-month contracts?
23 A. I don't know. That's just what they'd
24 been doing when I came on board.
25 Q. Did you ever ask Mr. Taraghi, did you

Page 8

1  ever say, Mr. Taraghi, or Hossein, maybe we should
2  get a one-year contract from Suncor?
3  A. Not any specific time. Our volumes
4  were pretty big and we always need to find the right
5  supply. So it was thrown around, but specifically I
6  don't recall when it first came to be talked about.
7  Q. When you said we were always trying to
8  find the right supply, what do you mean by that?
9  A. When we were -- well, we were a big
10 volume retailer, and you can't -- just with the
11 supply amount that we have, we need to have strong
12 partners that can supply our stores.
13 Q. And wouldn't your job have been easier
14 if you had a long term contract, a contract of more
15 than three months, with Suncor?
16 A. That would depend on what the volumes
17 are. I mean, I don't know. That's kind of vague.
18 Q. Well, if you knew, for example, that
19 every month you could count on buying a certain
20 amount of your needed volumes from Suncor on a
21 one-year contract with a set price, wouldn't that
22 have made your job easier?
23 A. Yeah, that probably would.
24 Q. Did you have -- and when I say you I
25 don't mean you personally of course, I mean Western

Page 9

1  Convenience.
2  A. M-hm.
3  Q. Did Western Convenience have any long
4  term contracts, contracts longer than three months,
5  with any supplier during the time you've been working
6  at Western Convenience?
7  A. No.
8  Q. Did you personally try to get any
9  contracts longer than -- well, let me back up.
10 What is the longest contract you
11 negotiated with any supplier during the time you've
12 been there?
13 A. Probably just Suncor. I don't have any
14 contracts with anyone else.
15 Q. That was going to be my next question.
16 You don't have any contracts with any middlemen, do
17 you?
18 A. No.
19 Q. And again when I say you I mean Western
20 Convenience. Okay?
21 A. (Nodding head).
22 Q. Is that okay? You have to speak
23 audibly.
24 A. Yes.
25 Q. I'm sure Ken told you that.

3 (Pages 6 to 9)

af07570e-976c-476b-9a55-4f14bde0f281

CHRISTOPHER WEHRLE - JANUARY 10, 2013

Page 14

1  other or being confusing, stop me.
2  You told me you didn't have any written
3  contracts to buy or sell gas with any of the
4  middlemen. Am I correct in that?
5  A.  Again, it's -- I could buy from them,
6  but I didn't have something that said I was
7  contracted to buy from them, obligated to buy from
8  them.
9  Q.  No written contract saying, Offen, for
10 example, is going to sell you a certain amount of gas
11 at any particular point in time.
12 A.  Right.
13 Q.  And who are the middlemen that during
14 your time Western Convenience was buying gas from?
15 A.  SB Fuels, which is Sapp Brothers, Offen
16 Petroleum, DATS, Overland Petroleum is DATS, same
17 thing.
18 Q.  Western Petroleum?
19 A.  We had bought some from them.
20 Q.  Were these four -- and correct me if
21 I'm wrong -- Sapp, Offen, DATS and Western Petroleum,
22 the four major middlemen that Western Convenience
23 bought gas from?
24 A.  Western Petroleum I wouldn't put on
25 that list as a major one, but the Offen -- probably

Page 15

1  Offen, Sapp and DATS would be the bigger ones.
2  Q.  When you were buying gas from Sapp or
3  Offen or DATS, how was the gas priced?
4  A.  It's usually whatever price they get
5  from the refiner and they mark it up however much
6  they want to. So they -- it's usually, I guess, 1 to
7  2 cents is what they mark it up a gallon.
8  Q.  So again did you -- is the price that
9  Sapp or Offen or DATS paid, do you know if it was
10 based on, when they bought from Suncor for example,
11 on Suncor's rack price?
12 MR. BENNINGTON: The question is do you
13 know.
14 A.  No, I don't know. I don't get to see
15 what they...
16 Q.  (BY MR. SHAHEEN) Did you ever ask them
17 what is the basis for their price? By them I mean
18 Sapp or Offen or DATS.
19 A.  No.
20 Q.  When you got a price from Sapp or Offen
21 or DATS, did you compare that price against the price
22 that you would have to pay if you were buying the gas
23 directly from Suncor?
24 A.  Would I?
25 Q.  Yes.

Page 16

1  A.  Yeah, I could see that price.
2  Q.  Because Suncor posted its price through
3  OPIS, right?
4  A.  I don't -- they don't post their prices
5  on OPIS. OPIS kind of posts the prices they get.
6  Q.  But Suncor provides the price to OPIS
7  and it's published?
8  A.  Suncor sends prices -- would send
9  prices to us. OPIS they don't send prices to I don't
10 believe. I think OPIS is just an independent place
11 that gets their pricing.
12 Q.  Well, you subscribed to OPIS, did you
13 not?
14 A.  Right, but I don't -- the question
15 you're asking is where would I get my Suncor price.
16 Q.  Okay. So you didn't use -- rely on
17 OPIS for your Suncor price. You relied on the price
18 that Suncor sent you for its price.
19 A.  Correct.
20 Q.  And Suncor would notify you about price
21 changes in daily prices, is that correct?
22 A.  Yes.
23 Q.  And so you could compare the price you
24 were paying for Suncor gas against the price that
25 Sapp or Offen or DATS was offering to sell gas at.

Page 17

1  Correct?
2  A.  Yes.
3  Q.  Were you getting a better price from
4  Sapp or Offen and DATS on a regular basis than you
5  were getting from Suncor under your contracts?
6  A.  I don't know.
7  Q.  You never looked to see?
8  A.  I don't know what they bought it for.
9  I don't know what they bought from Suncor for so I
10 can't -- I have no idea.
11 MR. BENNINGTON: Try the question
12 again.
13 Q.  (BY MR. SHAHEEN) I understand you don't
14 know what they bought it for, but you knew the price
15 they were selling it to you for.
16 A.  Oh, okay.
17 Q.  Right? And you knew what your contract
18 price was. And you knew what -- through Suncor,
19 right?
20 A.  I knew my price that Suncor sent me.
21 Q.  Yes.
22 A.  I knew the price they sent me, yes.
23 Q.  So couldn't you compare the two to see
24 which price was better, Sapp, for example, versus
25 Suncor's price?

CHRISTOPHER WEHRLE - JANUARY 10, 2013

Page 18

1  A.  Versus my Suncor's price versus Sapp's
2  Suncor price I could --
3  Q.  No, versus -- I'm sorry.  Let me --
4  what I want to know is, how did the price that you
5  were paying for gas from Sapp compare with the price
6  that Suncor was offering to sell you the gas at
7  pursuant to its contracts with you?
8  A.  I could see what Sapp would charge us
9  if I went to pull on their Suncor account compared to
10 what I would pay if I went to pull on my Suncor
11 account, yes.
12 Q.  You could see that.
13 A.  I could see that, yes.
14 Q.  And how do the prices compare?
15 A.  Typically they would be a little bit
16 higher than me buying directly.
17 Q.  So the middlemen would be higher than
18 if you had bought the gas directly from Suncor?
19 A.  In most instances, yes.
20 Q.  So that being the case, why didn't you
21 just buy the gas from Suncor directly?
22 A.  We would every chance we would get, but
23 they have -- they only allow us to buy so much at
24 certain times, and we -- when we can only get a
25 certain amount, then we -- Sapp Brothers or Offen or

Page 19

1  those guys don't pull that gas there so we use their
2  accounts to pull it because we have to.  It's our
3  volume -- it's a volume issue mostly.  That's the
4  only reason we would go pull on their accounts.
5  Q.  Well, is there -- you know Mr. Moss.
6  A.  Yes.
7  Q.  And you and Mr. Moss, am I correct,
8  would negotiate these monthly contracts between
9  Western Convenience and Suncor?  Correct?
10 A.  Yeah, we would talk about them.
11 Q.  In the negotiations that you were
12 involved in after you got the job as fuel manager in
13 September of '09, did you ever say to Mr. Moss,
14 Western Convenience wants a contract to buy X amount
15 of gas, and Mr. Moss said to you, we will not sell
16 you that X amount of gas, we'll sell you some lower
17 amount under the contract?
18 A.  Mr. Taraghi made the final decisions on
19 the volume he wanted so he did -- I'd probably ask
20 him those questions on the volumes and...
21 I'd just be with him putting those
22 together, but it was his decision on how much he
23 wanted to try to contract on those, so I'm probably
24 not the one to ask the question.
25 Q.  So to make sure I understand correctly,

Page 20

1  in terms of the volume Western Convenience was going
2  to buy from Suncor, that was Mr. Taraghi's decision.
3  A.  Yes.
4  Q.  I would be correct, Mr. Wehrle, that as
5  part of your job as fuel manager, you had to have a
6  good feel for what the pricing was out in the
7  marketplace that was available to Western
8  Convenience?
9  A.  Correct.
10 Q.  During the time that you were involved
11 in your position, did you ever think that Suncor --
12 the price that Suncor was charging for its gas was
13 way out of line, way too high?
14 A.  From when I was fuel manager just --
15 Q.  Yes.
16 A.  -- the price compared -- no, I didn't
17 think they were way out of line.
18 Q.  Did you ever think that the price that
19 Suncor was charging for its gas was set in bad faith,
20 for example?
21 A.  I'm not sure I understand.
22 Q.  Well, did you ever think that the price
23 that Suncor was charging Western for its gas was
24 designed to drive Western out of business, for
25 example?

Page 21

1  A.  I don't know.  I'm not understanding.
2  Q.  The thought never occurred to you that
3  that -- as to such a thing, did it?
4  A.  That Suncor -- can you -- like Suncor
5  sold gas to us to put us out of business?
6  Q.  Yes, they were charging you a high
7  price designed to drive Western out of business.
8  A.  I don't know the answer to that.  I
9  don't know what their...
10 Q.  But you looked at their Suncor prices,
11 correct?
12 A.  Yes.
13 Q.  On a daily basis.
14 A.  Yes.
15 Q.  And so you knew how Suncor's prices
16 compared to the other prices in the marketplace.
17 Correct?
18 A.  Yes.
19 Q.  And is it fair to say that when you
20 were looking at Suncor prices after you got the job
21 in September of '09, there was never a time when you
22 said the Suncor prices are way out of line, they're
23 way too high, there must be something going on?
24 A.  I don't recall if I ever said that.
25 Q.  And you were sensitive to prices,

6 (Pages 18 to 21)

af07570e-976c-476b-9a55-4f14bde0f281

Page 22

1 right, as part of your job?
2 A. Right.
3 Q. And there were times when you would
4 question prices that someone was offering.
5 A. That's my job, is to always question
6 prices and always ask for a better price, if that's
7 what you're asking. Yeah, they could do better, and
8 everyone else could do better in my opinion in my
9 job. It's the job but...
10 Q. That's what makes you good at your job,
11 is to get the lowest price you can for the gas,
12 right?
13 A. Right.
14 Q. And I've been looking through a lot of
15 e-mails. I'm happy to show you some. There would be
16 times when you would communicate by e-mail with Wynn
17 Wright at Offen saying can you give me 1 cent off
18 instead of the 2 cents, correct?
19 A. (Nodding head).
20 Q. You have to answer audibly, I'm sorry.
21 A. I'll say yes. Yes.
22 Q. And do you remember a time when you
23 were looking at Valero's pricing and you wondered why
24 the Valero price was so out of line in terms of being
25 high?

Page 23

1 A. I don't remember.
2 Q. Okay. Let me show you something if I
3 can.
4 (Pause).
5 Q. I don't want to waste any more of your
6 time because I can't find it. I'll come back to it.
7 When you were communicating, e-mailing
8 Wynn Wright and others asking for a better price for
9 their gas, you knew that not everybody was paying the
10 same price for gas that Offen was selling, right?
11 A. I had an idea.
12 Q. Because in terms of you trying --
13 A. Wynn told me. I requested that they
14 make some changes on their wholesale pricing.
15 Q. And there were times -- when you were
16 asking Wynn for a better price, you were trying to
17 get a better price off the price Wynn Wright and
18 Offen has sent to you saying this is what we'll sell
19 the gas at, right?
20 A. Right.
21 Q. And as part of your job did you
22 understand -- are you familiar with the phrase or the
23 word "markers"?
24 A. Markers?
25 Q. Yeah.

Page 24

1 A. No.
2 Q. How would you describe -- in the Suncor
3 contracts with Western Convenience, it is Suncor rack
4 minus typically 4-1/2 cents, correct, for the
5 unleaded?
6 A. Right.
7 Q. How would you -- what word would you
8 describe to use the Suncor rack?
9 A. I'd just call it Suncor rack.
10 Q. Well, what would you -- you know that
11 there's pricing based on Suncor rack, right?
12 A. Correct.
13 Q. And there's pricing based on OPIS rack
14 average?
15 A. More specific? Like out there in the
16 fuel world?
17 Q. Yes. In the fuel world.
18 A. I'm sure, yes.
19 Q. Did Western Convenience have any
20 contracts -- purchase any gas from anybody based on
21 OPIS rack average?
22 A. During what time frame?
23 Q. During the time you were there.
24 A. Since I started till now?
25 Q. Yeah.

Page 25

1 A. Yes, I have.
2 Q. And in your contracts with Suncor --
3 your meaning of course Western Convenience -- during
4 the time you've been there, they were all based on
5 Suncor rack minus typically 4-1/2 cents for unleaded
6 gas.
7 A. Yes.
8 Q. Did you in any of your negotiations
9 with Mr. Moss suggest why don't we base the contract
10 on something other than Suncor rack?
11 A. I don't recall if we changed anything.
12 All the contracts we did with him were the 4-1/2
13 rack.
14 Q. Do you recall ever talking to
15 Mr. Taraghi about -- saying maybe we should base our
16 contracts on something other than Suncor rack?
17 A. The conversation has probably come up
18 just -- I don't remember if it was over Suncor rack
19 or just how we -- I -- it's probably been a
20 conversation that's gone on between me and
21 Mr. Taraghi at some point.
22 Q. Do you remember -- can you give me any
23 details about that conversation?
24 A. I can't.
25 Q. Can you tell me in terms of why with

CHRISTOPHER WEHRLE - JANUARY 10, 2013

Page 42

1  A.  I just noticed that's how it is, what I
2  just told you. They move differently than outsiders
3  who try to come into this market.
4  Q.  Up until the time of this dispute in
5  April-May of 2011, as a buyer of — as the fuel
6  purchaser for Western Convenience, did you have any
7  complaints about Suncor's prices?
8  A.  I don't recall.
9  Q.  Would it be fair to conclude that if
10 you did have complaints about their prices, you'd
11 remember?
12 A.  I don't know. I don't recall anything
13 about their prices at that time that I want to go on
14 the record as saying.
15 Q.  Well --
16 A.  Everyone complains about — I'd say
17 maybe there's complaints about prices but not Suncor.
18 In general, no.
19 Q.  Yeah.
20 A.  No, I don't recall anything about them
21 in general.
22 Q.  I mean, you complained about the Valero
23 price, remember, we just went through that.
24 A.  Yeah. We complain about all the
25 prices, but I'm not going to -- no, I'm not singling

Page 43

1  out Sinclair. I don't -- or Suncor, I'm sorry.
2  Q.  How would you describe the relationship
3  between Western Convenience and Suncor as you
4  understood it prior to this dispute in April-May
5  2011?
6  A.  How much prior? Give me a timeline.
7  Q.  If it changed you tell me. If there's
8  a timeline that says the relationship changed on this
9  date, you tell me that. But just describe it. You
10 had the job from September '09, and you've still got
11 it. Dispute arises somewhere around April-May of
12 2011. So from your perspective as the fuel
13 purchaser, describe the relationship.
14 A.  It was a very strong relationship when
15 I came on board, and it remained strong it seemed
16 like until -- I can't give a specific date but maybe
17 2010 later. We kept trying to buy more and more gas
18 from them, and we weren't allowed to, and then that
19 just -- we were just wondering why because we've
20 always been -- had such a good relationship and we're
21 we thought one of their best customers. And it
22 was — it was -- when I came on board, that's all we
23 bought from, was Suncor, and it just sort of went
24 slowly towards that way, and in the end of 2010 it
25 was really getting cut back to little percentages of

Page 44

1  what we do daily.
2  Q.  Let me back up. When you said it was a
3  very strong relationship, what did you mean by
4  strong?
5  A.  We bought all of our fuel from them
6  just about when I came on. It seemed like that was
7  where we were always going every day buying our fuel.
8  Q.  If you look at Exhibit 30, just so you
9  know, this is something that Suncor produced. It
10 shows the volumes starting in 2008. I'm reading
11 upside down. Do I have my date right?
12 A.  Yeah.
13 Q.  2009, 2010.
14 It's apparent from reading this that
15 there's a change in Western Convenience's purchases
16 from Suncor between 2009-2010, correct?
17 A.  Yeah.
18 Q.  Is that what you're referring to when
19 you were saying earlier that up until 2009 or so we
20 were buying all of our product from Suncor?
21 A.  Well, I'd say, yeah, the majority of it
22 for sure.
23 Q.  What changed? What in your mind
24 accounts for the change in 2010, the decrease in
25 volumes purchased by Western Convenience?

Page 45

1  A.  They didn't give us the same amount of
2  product.
3  Q.  So is it your testimony that you asked
4  for more product in a contract than Suncor was
5  willing to sell to you in 2010?
6  A.  I would put that question on
7  Mr. Taraghi again because that's volumes, but you
8  can -- that -- I mean, you can see the volumes we did
9  less, but I know we needed more.
10 Q.  I understand. So you --
11 A.  Specifics, I would just do that with
12 Mr. Taraghi, please.
13 Q.  I'm sorry, I didn't mean to interrupt
14 you, I apologize for that.
15 So you don't know the reason why the
16 volumes changed between 2009 and 2010.
17 MR. BENNINGTON: Objection. He just
18 gave you an answer.
19 MR. SHAHEEN: He said to ask
20 Mr. Taraghi.
21 A.  Yeah, I mean ask him -- like you said
22 how much or -- volumes or what we asked for.
23 Q.  (BY MR. SHAHEEN) Yes.
24 A.  For that part ask Mr. Taraghi. From my
25 point what I saw was we were put on tighter