**From:** Terry Thomas <tthomas@sappbrostravelcenters.com>
**Sent:** Sunday, November 7, 2010 4:59 PM
**To:** chris.w@westernconveniencestores.com
**Subject:** RE: Conoco price for 11-6,7,8-2010

Chris,

    Per our discussion, we will drop the unleaded oxy price to $2.1015 so the product can be pulled. Thanks again for your business!!

Thank you,
*Terry Thomas*
*Vice President Wholesale*
*Sapp Bros Inc.*
*307 632-6600 ext. 258*
*307 632-4970 fax*
*307 286-0236 cell*
*tthomas@sappbrostravelcenters.com*


**From:** chris.w@westernconveniencestores.com [mailto:chris.w@westernconveniencestores.com]
**Sent:** Saturday, November 06, 2010 10:52 AM
**To:** Terry Thomas
**Subject:** Re: Conoco price for 11-6,7,8-2010

Can you go half a cent lower on this and we can pull it? Suncor came in lower. Let me know. Thanks!

Sent from my Verizon Wireless BlackBerry


**From:** "Terry Thomas" <tthomas@sappbrostravelcenters.com>
**Date:** Sat, 6 Nov 2010 09:00:10 -0600
**To:** 'Chris Wehrle'<Chris.W@westernconveniencestores.com>
**Subject:** Conoco price for 11-6,7,8-2010

Chris,

    Your price for Conoco oxy for 11-6,7,8-2010 is:

UNL - $2.105
PRE - $2.295

Thank you,
*Terry Thomas*
*Vice President Wholesale*
*Sapp Bros Inc.*
*307 632-6600 ext. 258*
*307 632-4970 fax*
*307 286-0236 cell*
*tthomas@sappbrostravelcenters.com*

EXHIBIT K

Confidential Information                    PLA032674

| | |
|---|---|
| **From:** | Wynn Wright <wwright@offenpet.com> |
| **Sent:** | Tuesday, February 1, 2011 5:24 PM |
| **To:** | Chris Wehrle <Chris.W@westernconveniencestores.com> |
| **Subject:** | Re: OFFEN PRICING |

Cant get their. My cost is higher than them now. I thoght they were short and allocating?? Stay away from Suncor. Anywhere else you good. Pray for an up move of r or more tomorrow.
Sent via BlackBerry by AT&T

-----Original Message-----
From: Chris Wehrle <Chris.W@westernconveniencestores.com>
Date: Tue, 1 Feb 2011 17:01:59
To: 'Wynn Wright'<wwright@offenpet.com>
Subject: RE: OFFEN PRICING

Any chance you get your Dupont product in the Suncor price range and we can pull some?

Chris

-----Original Message-----
From: Wynn Wright [mailto:wwright@offenpet.com]
Sent: Tuesday, February 01, 2011 4:55 PM
To: fuelmanager@westernconveniencestores.com
Subject: OFFEN PRICING

Confidential Information

PLA025487

| | |
|---|---|
| **From:** | Chris Wehrle <Chris.W@westernconveniencestores.com> |
| **Sent:** | Thursday, February 10, 2011 4:21 PM |
| **To:** | 'wwright@offenpet.com' |
| **Subject:** | RE: Thanks |

Hey Wynn,

Get me a smoking price at Dupont for tonight and we can keep pulling. Looks like Suncor didn't move as much as the market so was thinking you could make a little move.

Let me know.

Thanks!
Chris

-----Original Message-----
From: Wynn Wright [mailto:wwright@offenpet.com]
Sent: Thursday, February 10, 2011 11:07 AM
To: Western Convenience (Chris Wehrle)
Subject: Thanks

Chris, thanks for showing up.

Wynn
Sent via BlackBerry by AT&T

PLA027979