IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation, WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

Plaintiffs,

vs.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

Defendant.

vs.

HOSSEIN AND DEBRA LYNN TARAGHI,

Third-Party Defendants.

------------------------------------------------------------

DEPOSITION OF HOSSEIN TARAGHI
January 23, 2013

(CONTAINS TESTIMONY DESIGNATED HIGHLY CONFIDENTIAL)

------------------------------------------------------------

                            Deposition location:
                            555-17th Street, Suite 3200
                            Denver, Colorado

APPEARANCES:

        KENNETH R. BENNINGTON, ESQ.
        BENNINGTON JOHNSON BIERMANN &
        CRAIGMILE, LLC
        370-17th Street, Suite 3500
        Denver, Colorado 80202

            and

EXHIBIT L

8df9507c-c43f-449f-8926-b5be9312b6d8

HOSSEIN TARAGHI - JANUARY 23, 2013

Page 158

1  the volume that I bought, 2008, 2007 and 2009,
2  they're pretty close.
3      Q.  My question is, 2008 is the last year,
4  at least that we can find, that Western Convenience
5  bought gasoline from Suncor under a one-year
6  contract. Are you aware of any other one-year
7  contracts other than what we've talked about that
8  Western Convenience entered into with Suncor after
9  2008?
10     A.  Yes.
11     Q.  When?
12     A.  It was verbally. We had verbal and we
13 had in writing sometimes. As you see it, there was
14 2007, it was verbal.
15     Q.  And you had --
16     A.  Let me --
17     Q.  I'm sorry, I didn't mean to interrupt
18 you?
19     A.  Let me explain. From 2004 I got with
20 Suncor until beginning of -- close to 2010, there was
21 no dispute. When we said something, we'd talk, they
22 say okay, that's what you get. I wouldn't ask for a
23 contract. That's exactly what it was, and that's
24 what exactly I paid, that's the product I got.
25         Now, you're trying to raise a issue it

Page 159

1  was a signature. Some was signature signed, some
2  wasn't signed. Some was a contract, some -- I didn't
3  really care at the time, I didn't, because I was
4  getting -- we were having such a good dialog and good
5  communication at the time that there was no problem
6  getting product. And I was getting the product, and
7  I was fine, they were fine, there was no issue that I
8  know of it that anybody talked to me except one time
9  one issue that they said they made a mistake on the
10 price, they asked me to pay them one million, I paid
11 them one million. That was it.
12     Q.  If you look further, Mr. Taraghi,
13 you'll see that in 2009 and 2010 there's a series of
14 one-month contracts.
15     A.  I have to look at those contracts.
16     Q.  Yes, please, just --
17     A.  Sure. Then you ask me.
18     Q.  And I will represent to you, and I know
19 I'm right but if I'm not they'll correct me, there
20 are no other one-year contracts after 2008.
21         MR. BLEDSOE: No other writings.
22     Q.  (BY MR. SHAHEEN) No other writings.
23     A.  This is 2008, right?
24     Q.  I think it's 2009.
25         MR. BLEDSOE: No, that's '08.

Page 160

1      A.  It says '08 to me.
2      Q.  (BY MR. SHAHEEN) Is that a special --
3  is that a short term contract?
4      A.  It probably is. 30,000, 35,000 barrel
5  and 12,000 barrel.
6      Q.  Okay. So it's your testimony that
7  in -- is it your testimony that in 2009 and 20 -- in
8  2009 Western Convenience was buying gasoline from
9  Suncor pursuant to an oral one-year contract?
10     A.  That's correct.
11     Q.  And that oral one-year contract was
12 confirmed with Steve Moss, is that right?
13     A.  Probably. Sure.
14     Q.  Is it --
15     A.  He has knowledge of it, yes.
16     Q.  Is there a reason why it wasn't written
17 down, like in 2007 and 2008?
18     A.  I don't know what the reason is. I
19 didn't even ask, because when we made -- we had a --
20 we determined what we were going to do, we did it.
21 That's all it was.
22     Q.  And --
23     A.  When we decide what we're going to do,
24 we did it.
25         Go ahead.

Page 161

1      Q.  My understanding is, and you can look
2  at these contracts, that the contracts are basically
3  Suncor rack average minus 4-1/2 cents.
4          Is that your understanding of the
5  contract price?
6      A.  Yes. Close.
7      Q.  I understand you always want to get a
8  better price, a cheaper price if you can. But were
9  you okay with the contract price of Suncor rack minus
10 4-1/2 cents?
11     A.  Yes, I was.
12     Q.  Whose idea was it to base the pricing
13 on Suncor rack?
14     A.  One more time?
15     Q.  Whose idea was it to base the pricing
16 off of Suncor rack?
17         Suncor rack average minus 4-1/2 cents
18 was the typical contract, right? And you can look at
19 them if I'm wrong.
20     A.  At the time I don't know how that
21 happened, but usually it either was Suncor rack or it
22 was average Denver, OPIS average Denver, 4-1/2. I
23 think we had option to go both ways probably.
24     Q.  And you were happy with doing it that
25 way?

41 (Pages 158 to 161)

8df9507c-c43f-449f-8926-b5be9312b6d8

HOSSEIN TARAGHI - JANUARY 23, 2013

Page 162

```
 1     A.  I didn't have problem with it, no.
 2     Q.  Okay.  Do you have any idea,
 3  Mr. Taraghi, what -- just from the street, because I
 4  know you haven't seen the documents, do you have any
 5  idea what Kroger is paying for gas from Suncor?
 6     A.  I'm sure they're getting some discount
 7  better than me.  I mean, I don't know how much
 8  they're getting it.  I can't tell you exactly, but
 9  they're getting some, better than me.
10     Q.  Why do you --
11     A.  Better than 4-1/2 cents, I know that.
12     Q.  How do you know that?
13     A.  Because the way they compete.  I heard
14  it on the street that they were going to other places
15  try to -- they are -- they're price negotiation
16  people.  They do -- they want a product but they do
17  negotiate the price too.
18     Q.  And you heard on the street they were
19  going to other places?  What do you mean by that?
20     A.  They're going to places and trying to
21  bid in for the product, yeah, and a price, yeah.
22     Q.  Trying to get other suppliers to supply
23  them with gas.
24     A.  That's correct.
25     Q.  And you've heard that on the street.
```

Page 163

```
 1     A.  M-hm.
 2     Q.  When did you first learn that Suncor
 3  was selling gasoline to either City Market, King
 4  Soopers or Loaf 'N Jug?
 5     A.  I learned it probably around 2009 that
 6  they were buying limited, they weren't buying too
 7  much.  But that's the time, 2009, I was trying to
 8  negotiate my contract.  They came in and they went
 9  pretty much full-blown with them.  They got more.
10     Q.  I'm sorry, you were trying to negotiate
11  your contract?
12     A.  With Suncor.
13     Q.  And that's the verbal one-year contract
14  you had in --
15     A.  No, we were trying to do the paper one
16  too.  I mean, we were working try and get some
17  contract, whatever.  The thing is I get product.
18  Trying to find some contract, yes.
19     Q.  So let me back up.  Were you
20  negotiating with Suncor in 2009 for a written
21  one-year contract to buy gasoline from Suncor?
22     A.  Or verbal.  Didn't matter.
23     Q.  Well, which was it, verbal or oral,
24  Mr. Taraghi?
25     A.  Doesn't matter.  I was just looking for
```

Page 164

```
 1  product.
 2     Q.  Okay.
 3     A.  I was just saying I want this much
 4  product, try to just figure out how much product, how
 5  much price we're going to be negotiating, put
 6  together some contract.  Verbal or in writing.
 7     Q.  Were you happy with whatever contract
 8  you got from Suncor in 2009 in terms of the price you
 9  were paying for Suncor for the gas?
10     A.  It wasn't whatever.  I was just willing
11  to reasonably negotiate with them.  It's not
12  whatever.  I mean, you can't say whatever.  It has to
13  be reasonably negotiated.
14     Q.  And were you happy with what you
15  reasonably negotiated from Suncor in 2009 to pay for
16  gasoline from Suncor?
17     A.  That was, yes.
18     Q.  You were.
19         Can I have you look, Mr. Taraghi, at
20  Exhibits -- I'm doing this upside down -- 143 and
21  144.  These were exhibits that I talked to Mr. Wehrle
22  about at his deposition.  Take a few minutes to read
23  it, or as much time as you need.
24     A.  Okay.  What is the question?
25     Q.  Then look at the next exhibit.
```

Page 165

```
 1         MR. BLEDSOE:  He wants you to look at
 2  144.
 3     A.  Okay.
 4     Q.  (BY MR. SHAHEEN) And it's Highly
 5  Confidential.  I'm not going to ask you specific
 6  questions about this.
 7         MR. BLEDSOE:  This is fine, yeah.
 8     Q.  (BY MR. SHAHEEN) Mr. Wehrle told me in
 9  his deposition that what he would do is he would get
10  the OPIS and the price information he got from Sapp
11  Brothers and DATS and -- I'm leaving somebody out --
12  Offen --
13     A.  What date is this?  2011.
14     Q.  This is 2011.
15     A.  Okay.
16         MR. BLEDSOE:  July.
17     A.  July 2011.  I see it.  Okay.
18     Q.  (BY MR. SHAHEEN) But you were buying --
19  Western Convenience was buying gas in 2010 and 2011
20  from middlemen in addition to buying --
21     A.  Okay.  You're talking right now, you're
22  showing me 2011.  If you want to talk about 2010, we
23  talk about 2010.
24     Q.  I didn't ask my question yet.
25     A.  That's okay.
```