JAMES PISCATELLI - DECEMBER 7, 2012

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation, WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

Plaintiffs,

vs.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

Defendant.

vs.

HOSSEIN AND DEBRA LYNN TARAGHI,

Third-Party Defendants.

---

DEPOSITION OF JAMES PISCATELLI -- CONFIDENTIAL
December 7, 2012

---

                   Deposition location:
                   370 17th Street, Suite 3500
                   Denver, Colorado

APPEARANCES:

        KENNETH R. BENNINGTON, ESQ.
        KATHLEEN E. CRAIGMILE, ESQ.
        BENNINGTON JOHNSON BIERMANN &
        CRAIGMILE, LLC
        370-17th Street, Suite 3500
        Denver, Colorado 80202

           For the Plaintiffs.

EXHIBIT M

JAMES PISCATELLI - DECEMBER 7, 2012

Page 26

1  A.  We have the three-month plan once a
2  month, and then we have weekly meetings as more of a
3  tactical where do we sit.
4  Q.  Each week are you doing a three-month
5  plan from that week, or are you staying within your
6  three-month plan until three months later when you do
7  a new one?
8  A.  The weekly meeting is where we pretty
9  much sit within the month and then maybe where we
10 project to be next month.
11 Q.  And the spreadsheet you're talking
12 about is known as what?
13 A.  It's the LOOP meeting. It's the Light
14 Oil Optimization Planning meeting.
15 Q.  And that is also the name of the
16 spreadsheet?
17 A.  We call it the LOOP graphs.
18 Q.  The LOOP graphs.
19    All right. So as a result of that
20 meeting you know as best anybody could tell you what
21 supply is for the next three months. Right?
22 A.  For the LOOP meeting what supply is for
23 the current month and maybe going out into next
24 month.
25 Q.  Out one or two. Okay.

Page 27

1  A.  Because when you start to get out into
2  two, three, four months down the line, it's subject
3  to significant change, unless there are turnarounds
4  we need to plan for.
5  Q.  And when you attend these LOOP
6  meetings, does someone also attend who updates you on
7  demand?
8  A.  The rack forward. There's a
9  representative from rack forward.
10 Q.  Is that usually the director of rack
11 forward?
12 A.  It is typically the sales team lead.
13 Q.  So right now would that be Steve Ewing?
14 A.  It would be Steven Curtis or Doug
15 Vejner.
16 Q.  Back when Kendall Carbone was director
17 of rack forward sales, was she the one who came to
18 this LOOP meeting?
19 A.  Yes.
20 Q.  All right. When the rack forward
21 people show up at this meeting, are they bringing
22 data to input or to be considered in contrast to
23 supply, here's what we think demand is?
24 A.  Yes.
25 Q.  What do you call that?

Page 28

1  A.  The rack -- just the rack forward
2  demand numbers.
3  Q.  But is there a particular form or
4  spreadsheet or something that they typically supply?
5  A.  I'm not sure. Not to me. They don't
6  supply anything directly to me, no.
7  Q.  Then how do you find out what -- how to
8  match the supply you've been told you're going to
9  have to the demand?
10 A.  They nominate on a monthly basis.
11 There's a spreadsheet that they enter their
12 nominations into. And that goes --
13 Q.  Projected sales nominations?
14 A.  Right.
15 Q.  You told me about that earlier.
16 A.  Right.
17 Q.  So that's a spreadsheet you get on a
18 monthly basis.
19 A.  It -- it's in a shared drive. They
20 update it for the year and then make tweaks here and
21 there to it.
22 Q.  So you can access it when you're making
23 your rack price decisions.
24 A.  No.
25 Q.  No?

Page 29

1  A.  I don't use it, no.
2  Q.  So rack price decisions are separated
3  from demand, I take it.
4  A.  Yes.
5  Q.  And is it then correct that really what
6  rack pricing decisions are is a function of market
7  conditions?
8  A.  Yes.
9  Q.  And jumping ahead, when somebody's --
10 when the rack forward people set a discount for a
11 particular product under a particular contract,
12 anybody, the discount is not reflective of market
13 conditions but rather some other factors. What
14 reflects market conditions is your rack price. Is
15 that right?
16 A.  I'm not privy to their discounts. I'm
17 not involved in that process so I couldn't speculate.
18 Q.  Can you tell me whether you think --
19 whether it's your belief that -- or your
20 understanding I should say -- let me start again.
21    Do you have an understanding as to
22 whether the setting of discounts by the rack forward
23 people is in any way based on a view of the market
24 conditions that you have to consider when you're
25 setting rack price?

Page 30

1  A. I'm not -- I'm not in with them when
2  they do their contracts or set their discounts. I
3  couldn't --
4  Q. So you just don't know.
5  A. I couldn't speculate.
6      That's -- to further that, that is why
7  pricing is set in my group, because I am -- it needs
8  to be separated from the rack forward group. I don't
9  allow them to dictate what I do because there's a
10 conflict of interest there.
11  Q. Expand on that for me. I think I
12 understand the concept, but you're the expert in
13 this. Tell me what's your reasoning behind that.
14  A. There is a distinct conflict of
15 interest if they were setting the rack price of what
16 they're selling to their customers and doing
17 discounts off of that. So I am held to a different
18 set of rules as I look at market conditions. So it
19 takes out the ability for the rack forward team to
20 create a conflict.
21  Q. Kendall Carbone described a process
22 which she said was very informal in which if a
23 contract with a purchaser -- we're talking about in
24 the rack forward end of Suncor's business -- if a
25 contract was being proposed with a particular

Page 31

1  discount, that there was an informal review of that
2  contract by people not only in rack forward but, if I
3  recall correctly, even you would participate. In
4  other words, it was -- she described it as we have a
5  bull pen, you know, cubes or something, and there
6  would be informal discussion about whether a contract
7  was a good idea.
8      Were you ever part of that process?
9  A. Not -- not that I recall. If it's
10 informal enough, then I don't specifically remember
11 anything.
12  Q. Let me ask you a question that will
13 probably just foreclose a lot, and that is, you're
14 aware that in 2009 the company, responding to an RFP
15 from Kroger, eventually entered a contract with
16 Kroger, which is the Dillon Company grocery stores
17 and then later Loaf 'N Jug convenience stores.
18      You're familiar with that much, is that
19 correct?
20  A. That we do business with them, yes.
21  Q. Yes. Were you ever involved in any way
22 in the decision-making process with respect to what
23 discount off rack Kroger would get?
24  A. No.
25  Q. Were you --

Page 32

1  A. I don't believe so.
2  Q. -- involved at all in the
3  decision-making process as to what version of rack
4  price would be in the Kroger contract? In other
5  words, Suncor rack or OPIS average or anything like
6  that.
7  A. No.
8  Q. All right. Let's go back to your
9  effort to set -- the work you have to do every day to
10 set the rack price.
11  A. Okay.
12  Q. What do you look at in order to figure
13 out -- to assess what the competition is doing? Is
14 that strictly a look at the OPIS report?
15  A. Yes.
16  Q. Meaning you're looking what OPIS
17 reported was the last rack price that they had --
18  A. Yes.
19  Q. -- that is, your competition had?
20  A. Yes.
21  Q. Is there anything else you look at to
22 find ow what the competition is doing?
23  A. Not specific data, no.
24  Q. So I'm judging from your question
25 (sic), I'm guessing there's sort of an industry-wide

Page 33

1  body of knowledge. You read the trade magazines, you
2  read the newspaper and so forth.
3  A. Yes.
4  Q. What are the important published
5  resources, the general resources, that you regularly
6  pay attention to?
7  A. OPIS publishes News Alert, is what they
8  call it, and Dow Jones for any actual refinery
9  operations. If there's a fire or something like
10 that, it will be reported.
11  Q. Is that a newswire or --
12  A. Yes.
13  Q. -- now probably an e-mail you get,
14 headlines from Dow Jones?
15  A. Yeah, I have it streaming on a
16 computer.
17  Q. All right. Do you stream OPIS too?
18  A. The -- yes, I have an OPIS ticker, so
19 the Group III and the Gulf price that I talked about
20 earlier are on the screen. The individual daily
21 prices, what the competition is doing, is not, it's
22 not streamed.
23  Q. So that's what you're looking at, this
24 e-mail from OPIS?
25  A. Yes.

JAMES PISCATELLI - DECEMBER 7, 2012

Page 46

1   Q.  Well, what do you consider?  This is
2   under Factors That Determine Our Pricing Policy.
3   What do you mean by customer impact in terms of
4   determination of pricing policy?
5       A.  The -- so I have over here
6   Differentials, so it kind of feeds right into
7   Differentials on page 70, that if our price is too
8   disconnected from our surrounding markets and thereby
9   our competition, say Holly Frontier in Cheyenne or
10  the Group or the refineries in Salt Lake City, that
11  might incentivize product to come into this market,
12  that they can make much more money sending it in
13  here, or vice versa, that our product might flow out
14  of the market.  So I have to look at the impact to --
15  and when I say customer, it's a very broad term,
16  probably not the best usage of it, that -- of our
17  surrounding markets.
18      Q.  Down at the bottom of the next page,
19  70, Other Factors, driving the marketplace, sending a
20  message and market correction.  Tell me what you mean
21  by those three.
22      A.  Specifically driving the marketplace,
23  if the -- again to -- that's why it flows in this
24  direction, Customer Impact, Differentials and Other
25  Factors.  If the prices based on our surrounding

Page 47

1   markets are too high or they're too low, we need to
2   move our -- we need to move our price, and sometimes
3   we need to make larger moves in any one direction to
4   try and change our price.  And it all kind of feeds
5   in the same thing, sending a message that we -- you
6   know, because I can't have the conversation with our
7   competition that if someone is going particularly low
8   I'm not going chase them to the bottom, lower the
9   racks.  And the same thing, I'm not going to chase
10  up, or maybe I need to go up.  And -- and then market
11  correction if -- again, if prices are too low or
12  prices are too high, that I need to try and -- I need
13  to bring sanity at least from what I control, my
14  prices, to the market.
15      Q.  OPIS publishes in various ways; a rack
16  average price, Denver rack average for instance.
17  You're familiar with that?
18      A.  Yes.
19      Q.  And is the obvious true, that Suncor's
20  rack price is going to be part of that average?
21      A.  Yes.
22      Q.  For a given product?
23      A.  Yes.
24      Q.  Do you ever set rack price considering
25  what the average is?  In other words, you're trying

Page 48

1   to push the average one way or the other?
2       A.  I set my price based on what the rack
3   average might be but not with the intent to bring the
4   rack average up.  I don't control enough to move it
5   significantly one way or another.
6       Q.  Like for instance regular unleaded
7   E-10 -- well, am I correct that Suncor roughly
8   supplies about 30 -- 33 percent of the market in
9   Colorado?
10      A.  I'm not sure of the specific number.
11      Q.  How many other refiners are part of
12  that average?
13      A.  I'm not sure I specifically have them
14  all, but Phillips, Valero, Cenex, Shell, Sinclair,
15  Holly Frontier, and then we have -- there are others
16  who ship product into this market, like Growmark or
17  Musket, who post prices in OPIS.
18      Q.  And do you know if OPIS's rack average
19  is simply an average of those numbers, or is it
20  weighted by the volume connected with those numbers?
21      A.  It's purely weighted by the rack
22  prices.  It has no volume consideration to it.
23      Q.  So somebody who's publishing a rack
24  price who sells, I don't know, 10,000 gallons a month
25  is getting the same weight as Suncor who's selling a

Page 49

1   lot more?
2       A.  Yes.
3       Q.  All right.  We've gone through both
4   with and without this -- the Factors That Determine
5   Our Pricing Strategy, which is in Exhibit 97.
6           Can you think of any other factors that
7   we haven't talked about that aren't in this document
8   that you consider when you're setting rack price?
9   I'm not suggesting there are any, but I just want to
10  make absolutely certain as best we can today that
11  we've talked about everything.
12      A.  Nothing that I can think of, no.
13      Q.  Now, do you participate at all in any
14  way with the rack forward people in their decision as
15  to what version of rack price will be in a contract?
16  In other words, whether it's going to be Suncor rack
17  or rack average or yesterday's rack average or
18  anything like that?
19      A.  The -- no, I don't, not in the
20  determination of what they use, no.
21      Q.  Your answer suggests there's something
22  you're involved with.
23      A.  The deepest I would have gone
24  historically in my role as the pricing analyst would
25  have been to provide numbers, because I had access to

13 (Pages 46 to 49)

19b93801-0e02-48dc-994f-82a867327cb9

JAMES PISCATELLI - DECEMBER 7, 2012

Page 54

1  Q. And if the market conditions change,
2  the rack price will change, or at least you'll look
3  at it and decide if it's going to change?
4  A. Yes.
5  Q. Now, you said that one of the factors
6  was projected sales nominations. I got that right?
7  A. That projected sales nominations feed
8  into the meeting which feed into supply.
9  Q. Yes.
10  A. But on a -- in terms of setting
11  pricing, I don't specifically look at our
12  nominations, no.
13  Q. You don't.
14  A. No, I look at our inventories, which
15  the projected -- the nominations feed into the LOOP
16  meeting, which determine what our supply is from an
17  inventory position.
18  Q. The nominations -- maybe I
19  misunderstood. I understood the nominations to tell
20  you -- or to tell the group the projected demand.
21  A. To tell the group the -- the LOOP
22  meeting?
23  Q. Yes.
24  A. Yes. Yes, they do.
25       MR. SHAHEEN: Ken, can I interrupt for

Page 55

1  a second? You know, given the level of specificity,
2  and they are fair questions, don't get me wrong, can
3  we just mark this whole transcript Confidential, Ken?
4  I'll work my way through it afterwards?
5       MR. BENNINGTON: That's fine.
6  Q. (BY MR. BENNINGTON) So do you or do you
7  not take into account in setting your rack price what
8  you understand demand to be?
9  A. At a macro level, yes.
10  Q. In other words -- well, what do you
11  mean by macro level? I know, but let's --
12  A. The demand -- what the demand in our
13  market is. If demand overall is sluggish or
14  demand -- like the winter season demand for diesel is
15  higher, in the summer demand for gasoline is higher.
16  Q. So macro level means your company and
17  everybody else, all the demand in your market.
18  A. Yes.
19  Q. Do you in setting your rack price look
20  at demand at the Suncor level? In other words, what
21  your customers are demanding, what you're committed
22  to sell or what you want to sell?
23  A. Not -- not by customer and not on a
24  daily basis.
25  Q. You said not by customer?

Page 56

1  A. No, I don't -- not to any specific one
2  customer. I use it as an amalgamation of all of
3  our -- the total overall Suncor demand.
4  Q. The projected sales nominations, does
5  that mean, does that term mean from the rack forward
6  group here's how much over the next period of time
7  we're committed to sell or we think we can sell?
8  A. Yes.
9  Q. And when they convey to you that data
10  regarding demand from your customers, do you also
11  know in terms of who the big customers are what their
12  demand is going to be?
13  A. No.
14  Q. Do you take into account in any sense
15  that a certain amount of our demand is committed to
16  one, two, three, four, five big customers, and then
17  there's other demand which we should take into
18  account in setting our market price?
19  A. No.
20  Q. Flatly not.
21  A. No.
22  Q. I'm correct, flatly not?
23  A. No, I do not consider any one
24  individual customer.
25  Q. How about groups of customers, like

Page 57

1  long term contracts versus what you folks call spot
2  contracts?
3  A. No.
4  Q. While we're on Exhibit 97, I want to
5  ask you some other questions about it.
6       First of all, just in general, as being
7  part of a team that produces this, are you satisfied
8  that it's -- this particular version, but this report
9  is generally accurate and factual?
10  A. I'm only -- I'm only responsible for my
11  portion of it. So understanding is that April,
12  Teresa and Angela are putting in factual information.
13  Q. Over the period of time that you've
14  been involved in the production of the report, I take
15  it it has proved to you to be generally factual and
16  accurate and reliable?
17  A. My portion of it, yes.
18  Q. And everybody else's too. I mean, do
19  you have any reason to think that everybody else's
20  portion is not reliable?
21  A. I have no reason to think that.
22  Q. Okay. What portion -- direct me by
23  page where you supply the information that's in this.
24  A. 55 through 71.
25  Q. All right. Well, that's easy.

15 (Pages 54 to 57)

19b93801-0e02-48dc-994f-82a867327cb9

JAMES PISCATELLI - DECEMBER 7, 2012

Page 130

1  difference between rack price and the cost of
2  producing and getting to the rack a gallon of
3  whatever.
4      A.  Yes.
5      Q.  And that net-back number is transmitted
6  to you or some group, the LOOP group or something?
7      A.  I pass it along to them, yes, as again
8  a rough number.
9      Q.  You pass it to them.
10     A.  When asked, I have a rough estimate of
11 what -- well, I know what our price is and I have a
12 rough estimate of what -- well, I know what crude is
13 and what our crude advantage is.
14     Q.  So there isn't somebody in the
15 organization who knows exactly or pretty closely, I
16 mean, in a given period how much it costs to produce
17 a gallon of whatever?
18     A.  There is.
19     Q.  There is?
20     A.  Yes.
21     Q.  And who is that?
22     A.  I would -- Christine Collin.
23     Q.  And that function is called what?
24     A.  I'm not sure what her specific role is.
25     Q.  Some sort of an accounting function?

Page 131

1      A.  Yes.
2      Q.  So she or some group working with her
3  can -- figures out how much it's costing us to
4  produce a gallon of gas.
5      A.  That's my understanding, yes.
6      Q.  And is she transmitting that number to
7  you periodically?
8      A.  We -- no, not specifically to me.
9      Q.  Then how do you get it?
10     A.  I back into it myself.  I know what
11 crude is trading at on any given day, I know what our
12 price is on any given day, and I can extrapolate what
13 our margin is on any given day.
14     Q.  Tell me what -- kind of rough out the
15 equation for me.
16     A.  The --
17     Q.  To come to a margin.
18     A.  So if crude is trading at $86, if our
19 gasoline price is $2.50 --
20     Q.  At the pump?
21     A.  At -- when I sell it at my rack.
22     Q.  Oh, okay.
23     A.  And that's not including whatever
24 discounts or whatever the rack forward team are
25 offering, so I use just specifically our rack

Page 132

1  posting, or what I set every day, and then multiply
2  the rack price times 42, and the delta is in essence
3  what our margin would be, and then subtract out
4  roughly the overhead.
5      Q.  So you don't add to the crude price
6  some cost of refining it.
7      A.  Yes, that's what I said.  Then take
8  about 6 to 10 dollars out of the delta between --
9      Q.  Oh, so it's crude price plus 6 to 10
10 bucks.
11     A.  Roughly, yes.
12     Q.  Is the cost of getting it to the rack.
13     A.  Roughly, yes.
14     Q.  So do you -- so that's a -- so that
15 number is something you consider when you're setting
16 the rack for tomorrow?
17     A.  Not specifically, no.  Not on a day to
18 day basis.
19     Q.  How do you know if the rack forward
20 people aren't giving away too much of your margin?
21     A.  It's not my -- it's not my job.  They
22 have their own numbers to hit, and I'm not privy to
23 that.
24     Q.  Is there somebody up the food chain
25 that's monitoring all this to know whether the

Page 133

1  combination of the rack price set by James and the
2  discounts given by Ewing's group is keeping us
3  profitable?
4      A.  I'm not specifically sure who that
5  would be.
6      Q.  Has rack price ever gone below, since
7  you've been doing it, below the cost of producing it?
8      A.  Yes.
9      Q.  When was -- how long ago was that last?
10     A.  As recently as last December.
11     Q.  And what were the market conditions
12 that caused that to happen?
13     A.  The market was extremely long on
14 product, and the demand was not commensurate with the
15 supply.
16     Q.  So you were having to essentially sell
17 fuel for less than it cost you to get it to the rack.
18     A.  Yes.
19     Q.  And that's just based on the rack
20 price.  I mean, you know -- you know that your rack
21 price is below the cost, is that right?
22     A.  There are discounts in place, yes,
23 which would have taken below our rack posting, yeah.
24     Q.  So was your rack posting alone enough
25 to create a negative number, or was it rack plus

JAMES PISCATELLI - DECEMBER 7, 2012

Page 134

1  discounts that did it?
2      A.  Our rack price would have done it on
3  its own, yes.
4      Q.  So the discount, whatever it was, to
5  any particular customer would have just made the loss
6  bigger?
7      A.  Yes.
8      Q.  But you don't have a way of considering
9  the effect of that discount when you're setting rack
10 I take it.
11     A.  It's -- again I don't -- I need to have
12 that wall between myself and rack forward.  They're
13 responsible to hit their own numbers.  They have
14 their own profitability.
15     Q.  So they never come back to you and say,
16 James, you set the rack price so low that once Kroger
17 gets its discount we're selling it 25 cents below
18 cost or something like that.
19     A.  No.
20     Q.  So what is the -- how would you
21 describe if -- what is the purpose of a rack price?
22     A.  The purpose of a rack price is a basis
23 from which our customers buy product.
24     Q.  And we know that basis is usually rack
25 price less something.

Page 135

1      A.  Potentially.
2      Q.  Is rack price ever the -- and I'm --
3  well, gasoline and diesel, is rack price ever the
4  actual selling price?
5      A.  I couldn't answer that.  I don't know.
6      Q.  Well, you trade.
7      A.  M-hm.
8      Q.  So to the extent you ever sell, do you
9  sell at rack or do you sell at rack with some
10 discount?
11     A.  I have never sold at the -- at our rack
12 posting.
13     Q.  It's rack less some discount or --
14 excuse me.
15         What do you mean by that?
16     A.  I sell off a rack average.
17     Q.  I see.  And why is that?  Is that
18 because that's what the market -- the buyers demand?
19     A.  Yes.
20     Q.  Is that because the rack average is
21 considered by the buyer to be a safer benchmark
22 because you can't, that is, Suncor can't manipulate
23 the rack average very easily.  Where Suncor could set
24 the rack price on a day to day basis that would make
25 it very uncomfortable for one of its customers, you

Page 136

1  can't really affect the average to do that.
2      A.  I'm sure that's a concern, yes.
3      Q.  Why else would customers -- and I'm
4  talking about trading since that's your world here --
5  why else would buyers, let's say, want to use average
6  as opposed to Suncor rack?
7      A.  I would say the largest reason would be
8  that to have one posting which could move greater
9  than an average on any given day would be the major
10 concern.
11     Q.  They don't want that.
12     A.  Yes.
13     Q.  Do you ever try to get a deal with just
14 Suncor rack, or do you know better, just wasn't going
15 to happen?
16     A.  It's -- most of these deals were
17 established well before I was in my role, so it's
18 pretty -- it's commonplace to do it that way.
19     Q.  You'd be a maverick if you tried to
20 persuade somebody they should pay Suncor rack.
21     A.  In essence, yes.
22     Q.  Now, we've been talking all morning
23 about rack, but we haven't narrowed down the specific
24 products, and we know there's a variety of things.
25         Let's stick with gasoline.  You've got

Page 137

1  to set the rack price for regular, mid and premium,
2  and you used to have to set it for clear as well,
3  right?
4      A.  Yes.
5      Q.  You don't do clear anymore.
6      A.  No.
7      Q.  And that occurred 2010?
8      A.  I'm not specifically sure of the date.
9      Q.  But anyway, as far as gasoline is
10 concerned, you're dealing with three products, with
11 the seasonal variations that go with it.
12     A.  Yes.
13     Q.  When you go through your mental
14 spreadsheet about how to set rack prices, do you set
15 one and then the others wheel off of it?
16     A.  Yes.
17     Q.  What's the one you set first?
18     A.  The regular E-10 posting.
19     Q.  And then what's the logic, what's the
20 drill then to get to the other two?
21     A.  There are octane costs that you have to
22 get in a grade or premium fuel, and those are pretty
23 well established.
24     Q.  So you have in your head for each point
25 of octane it's going to cost something.