IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation; WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs,

vs.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Defendant.

## AFFIDAVIT OF MARK CONNER

I, Mark Conner, being first duly sworn, state as follows:

1. I am the Manager of Finance Projects and Denver Finance at Suncor Energy Services Inc., which provides support services to Suncor Energy (U.S.A.) Inc. ("Suncor"). My job duties include, among other things, being responsible for overseeing the finance function for Suncor in the U.S.

2. On February 5, 2013, I was asked to review the outstanding balance owed to Suncor by Western Convenience Stores, Inc. ("WCS") in connection with WCS's failure to pay for petroleum products it received from Suncor in 2011.

3. Based upon my review of records maintained by Suncor in the ordinary course of business, including the invoices identified in paragraphs 12 through 34 of Suncor's "Answer and Counterclaim," filed in the above captioned case on December 2, 2011 (the "Outstanding Invoices"), I confirmed that the principal outstanding balance owed by WCS for the Outstanding Invoices is $3,755,141.95. Copies of the Outstanding Invoices were provided to WCS in May 2011. To the extent WCS no longer has copies of these Outstanding Invoices, they are available from Suncor for review upon request.

4. I was also asked to compute the interest owed by WCS under the Master Product Purchase and Sale Agreement between Suncor and WCS, which provides in Section 20 that WCS shall pay interest on all amounts that owing and overdue to Suncor at the rate of twelve percent (12%) per annum, to be calculated from the date that the amount becomes overdue.

5. Using simple (not compound) interest at the annual rate of 12 percent, I calculate that WCS owes interest on the unpaid principal identified in paragraph 3 above in the amount of

EXHIBIT N

$37,551.42 per month. From June 1, 2011 through January 31, 2013 (20 months), the total amount of interest owed by WCS is $751,028.40.

6. Through January 31, 2013, the total amount of unpaid principal plus interest owed by WCS to Suncor is $ 4,506,170.35.

7. The calculations set forth above do not include Suncor's attorney's fees, court costs or other legal expenses incurred in connection with collecting the unpaid balance owed by WCS.

_____
**MARK CONNER**
Manager, Finance Projects and Denver, Finance
Suncor Energy Services Inc.

STATE OF COLORADO )
                               ) ss.
COUNTY OF DENVER )

The foregoing instrument was subscribed and sworn to before me this 5th day of February, 2013, by MARK CONNER.

Witness my hand and official seal.

_____
Jill Wells

My commission expires: 08/10/2016

JILL WELLS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20084018139
MY COMMISSION EXPIRES AUGUST 10, 2016

5221911_1.DOCX