

Michael E. Korenblat
SUNCOR ENERGY (U.S.A.) INC.

717 17th Street, Suite 2900
Denver, CO 80202
Telephone: 303.793.8052
Facsimile: 303.793.8057

June 9, 2011

Hossein and Debra Lynn Taraghi
16 Foxtail Circle
Cherry Hills Village, CO 80113
Fax: (303) 706.0345
e-mail: hossein@westernconveniencestores.com

## VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED, FACSIMILE AND E-MAIL

Re:   Demand for Payment Pursuant to Personal Guaranty

Dear Mr. and Mrs. Taraghi:

As you are aware, pursuant to that certain Personal Guaranty made by you, collectively as guarantors, for the benefit of Suncor Energy (U.S.A.) Inc. ("Suncor") and dated as of December 22, 2006 (the "Guaranty"), if Western Convenience Stores, Inc. ("Western") fails to pay or perform any Guaranteed Obligation (as defined in the Guaranty) on or before such payment or performance is due, you are obligated, within fifteen (15) days after receipt of written notice from Suncor of such failure, to: (i) cause such Guaranteed Obligation to be promptly paid or performed, as the case may be; or (ii) promptly and fully pay or perform the Guaranteed Obligation, as the case may be; provided, however, that your obligation to pay under the Guaranty is limited to (a) all amounts owed by Western up to Three Million and No/100 Dollars ($3,000,000.00) (the "Maximum Guaranteed Amount"), and (b) all reasonable out-of-pocket costs and expenses and reasonable attorneys' fees and disbursements recoverable under Section 15 of the Guaranty.

As of the date of this letter, Western has failed to pay Suncor for petroleum products supplied to Western by Suncor from May 9, 2011 to May 23, 2011 in the aggregate amount of $3,755,141.95 ("Amount Overdue") in accordance with that certain Master Product Purchase and Sale Agreement between Suncor and Western dated as of January 17, 2007 (the "Master PSA"). Pursuant to the Master PSA, Western is required to pay interest on all amounts overdue at a per annum rate of twelve percent (12%).

The Amount Overdue, plus all interest accrued thereon, is a Guaranteed Obligation under the Guaranty of which you are required to promptly and fully pay or perform in full up to the Maximum Guaranteed Amount.

EXHIBIT P

Pursuant to Sections 1(b) and 14 of the Guaranty, you are hereby given NOTICE of the Amount Overdue and by this letter ==Suncor hereby demands that you, within fifteen (15) days following receipt of this letter, promptly and fully pay Suncor the Amount Overdue up to the Maximum Guaranteed Amount.== You are hereby notified that if you pay the Maximum Guaranteed Amount, in full, on or before the Payment Deadline (as defined below) specified herein, Suncor will not pursue interest accrued on the Amount Overdue as a Guaranteed Obligation under the Guaranty. If, however, you do not pay the Maximum Guaranteed Amount, in full, on or before the Payment Deadline, Suncor will pursue all accrued interest under the Master PSA as a Guaranteed Obligation under the Guaranty.

In summary, Suncor demands that you pay the entire Maximum Guaranteed Amount within fifteen (15) days of your receipt of this letter -- on or before Friday, June 24, 2011 ("Payment Deadline"). Payment should be in the form of a Cashiers' Check or other readily available funds directed to my attention, or should be sent by wire transfer to Suncor.

If you fail to pay the Maximum Guaranteed Amount on or before this date, Suncor will promptly file suit against you, wherein Suncor will seek full payment of the Maximum Guaranteed Amount as well as reasonable out-of-pocket costs and expenses and attorneys' fees and disbursements pursuant to Section 15 of the Guaranty.

We fully expect and look forward to your complete payment of the Maximum Guaranteed Amount **on or before Thursday, June 23, 2011**. If you wish to discuss this letter or any other matter regarding your account, please direct all such communications to me at the number and address provided above.

Very truly yours,

Michael E. Korenblat, Esq.
Director, Legal Affairs – R&M U.S.A.

cc: Mr. Steve Ewing (*via e-mail*)
     Kenneth R. Bennington, Esq. (*via e-mail*)



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

SUNCOR ENERGY (U.S.A.) INC.
Attn. Michael E. Korenblat, Esq.
717 17th St., Ste. 2900
Denver, CO 80202

received
6-13-11

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

ENGLEWOOD CO 8011 OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $4.95 |
| Certified Fee | | $2.85 |
| Return Receipt Fee (Endorsement Required) | | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $10.10 |

Postmark Here
06/09/2011

Sent To: Hossein + Debra Lynn Taraghi
Street, Apt. No.; or PO Box No.: 16 Foxtail Circle
City, State, ZIP+4: Cherry Hills Village, CO 80113

PS Form 3800, August 2006     See Reverse for Instructions



Michael E. Korenblat
SUNCOR ENERGY (U.S.A.) INC.

717 17th Street, Suite 2900
Denver, CO 80202
Telephone: 303.793.8052
Facsimile: 303.793.8057
mkorenblat@suncor.com

June 30, 2011

Hossein and Debra Lynn Taraghi
16 Foxtail Circle
Cherry Hills Village, CO 80113

Hossein and Debra Lynn Taraghi
9849 East Easter Avenue
Centennial, Colorado 80112
Fax: (303) 706.0345
e-mail: hossein@westernconveniencestores.com

## VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED, FACSIMILE AND E-MAIL

Re: Demand for Payment Pursuant to Personal Guaranty

Dear Mr. and Mrs. Taraghi:

As you are aware, pursuant to that certain Personal Guaranty made by you, collectively as guarantors, for the benefit of Suncor Energy (U.S.A.) Inc. ("Suncor") and dated as of December 22, 2006 (the "Guaranty"), if Western Convenience Stores, Inc. ("Western") fails to pay or perform any Guaranteed Obligation (as defined in the Guaranty) on or before such payment or performance is due, you are obligated, within fifteen (15) days after receipt of written notice from Suncor of such failure, to: (i) cause such Guaranteed Obligation to be promptly paid or performed, as the case may be; or (ii) promptly and fully pay or perform the Guaranteed Obligation, as the case may be; provided, however, that your obligation to pay under the Guaranty is limited to (a) all amounts owed by Western up to Three Million and No/100 Dollars ($3,000,000.00) (the "Maximum Guaranteed Amount"), and (b) all reasonable out-of-pocket costs and expenses and reasonable attorneys' fees and disbursements recoverable under Section 15 of the Guaranty.

As of the date of this letter, Western has failed to pay Suncor for petroleum products supplied to Western by Suncor from May 9, 2011 to May 25, 2011 in the aggregate amount of $3,755,141.95 ("Amount Overdue") in accordance with that certain Master Product Purchase and Sale Agreement between Suncor and Western dated as of January 17, 2007 (the "Master PSA"). Pursuant to the

Master PSA, Western is required to pay interest on all amounts overdue at a per annum rate of twelve percent (12%).

The Amount Overdue, plus all interest accrued thereon, is a Guaranteed Obligation under the Guaranty of which you are required to promptly and fully pay or perform in full up to the Maximum Guaranteed Amount.

Pursuant to Sections 1(b) and 14 of the Guaranty, you are hereby given NOTICE of the Amount Overdue and by this letter **Suncor hereby demands that you, within fifteen (15) days following receipt of this letter, promptly and fully pay Suncor the Amount Overdue up to the Maximum Guaranteed Amount.** You are hereby notified that if you pay the Maximum Guaranteed Amount, in full, on or before the Payment Deadline (as defined below) specified herein, Suncor will not pursue interest accrued on the Amount Overdue as a Guaranteed Obligation under the Guaranty. If, however, you do not pay the Maximum Guaranteed Amount, in full, on or before the Payment Deadline, Suncor will pursue all accrued interest under the Master PSA as a Guaranteed Obligation under the Guaranty.

In summary, Suncor demands that you pay the entire Maximum Guaranteed Amount within fifteen (15) days of your receipt of this letter ("Payment Deadline"). Payment should be in the form of a Cashiers' Check or other readily available funds directed to my attention, or should be sent by wire transfer to Suncor.

If you fail to pay the Maximum Guaranteed Amount on or before this date, Suncor will promptly file suit against you, wherein Suncor will seek full payment of the Maximum Guaranteed Amount as well as reasonable out-of-pocket costs and expenses and attorneys' fees and disbursements pursuant to Section 15 of the Guaranty.

We fully expect and look forward to your complete payment of the Maximum Guaranteed Amount on or before the Payment Deadline. If you wish to discuss this letter or any other matter regarding your account, please direct all such communications to me at the number and address provided above.

Very truly yours,

Michael E. Korenblat, Esq.
Director, Legal Affairs – R&M U.S.A.

cc:   Mr. Steve Ewing (*via e-mail*)
      Kenneth R. Bennington, Esq. (*via e-mail*)