IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation;
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs and Counterclaim Defendant,

vs.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Defendant, Counterclaimant, Third-Party Plaintiff,

HOSSEIN and DEBRA LYNN TARAGHI,

    Third-Party Defendants.

**JOINT MOTION TO AMEND SCHEDULING ORDER
AND EXTEND CERTAIN DEADLINES**

    The parties, by and through their undersigned counsel, jointly move the Court to amend the Scheduling Order and to extend certain deadlines as follows:

    1.    **Rebuttal Expert Reports.**  Pursuant to the parties' oral motion at a telephonic status conference on October 26, 2010, the deadline for serving rebuttal expert reports is currently February 22, 2013.  Plaintiffs served their affirmative expert reports on January 22, 2013.  The parties request that the deadline for serving rebuttal expert reports be extended 7 days, up to and including **March 1, 2013.**

    2.    **Responses to Summary Judgment Motions.**  Defendant filed three motions for summary judgment on February 8, 2013.  By rule, responses would be due on or before March 4, 2013.  The parties request that the deadline for filing responses to those summary judgment motions be extended 9 days, up to and including **March 13, 2013.**  Defendant will file its reply briefs on or before March 29, 2013.

    3.    The parties discussed and agreed that it would be appropriate for Plaintiffs to have additional time to respond to the three summary judgment motions because of the length of the motions and the issues they raise, which go to all the claims, counterclaims and third-party claims in the case.  Likewise, the parties discussed and agreed that additional time to respond to

Plaintiffs' expert reports would be appropriate because of the complexity of the issues they raise with respect to Plaintiffs' antitrust claims.

    4.    The requested extensions will not prejudice any party and will not delay this case. The parties believe that the requested extensions will promote the more effective and economic resolution of the case. For example, it is anticipated that the summary judgment motions will be fully briefed on or before March 29, 2013.

    **WHEREFORE**, the parties request that rebuttal expert reports be due on or before March 1, 2013 and responses to the summary judgment motions be due on or before March 13, 2013.

Dated: February 14, 2013.

| | |
|---|---|
| By: *s/ Kathleen E. Craigmile* | By: */s Anthony J. Shaheen* |
| Kenneth R. Bennington | Anthony J. Shaheen |
| Kathleen E. Craigmile | HOLLAND & HART LLP |
| Adam F. Aldrich | P. O. Box 8749 |
| BENNINGTON JOHNSON BIERMANN & CRAIGMILE, LLC | Denver, CO 80201-8749 |
| 370 17th Street, Suite 3500 | Telephone: 303-295-8000 |
| Denver, CO 80202 | Fax: 303-291-9126 |
| krb@benningtonjohnson.com | Email: AJShaheen@hollandhart.com |
| kec@benningtonjohnson.com | William L. Monts III |
| afa@benningtonjohnson.com | Hogan Lovells US LLP |
| **ATTORNEYS FOR PLAINTIFFS AND THIRD-PARTY DEFENDANTS,** | 555 Thirteenth Street, N.W. |
| | Washington, D.C. 20004-1109 |
| | robby.robertson@hoganlovells.com |
| | william.monts@hoganlovells.com |
| | **ATTORNEYS FOR DEFENDANT, COUNTERCLAIMANT, THIRD-PARTY PLAINTIFF** |

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2013, I served the foregoing **Joint Motion To Amend Scheduling Order And Extend Certain Deadlines**, by causing the foregoing to be presented to the Clerk of Court for filing and uploading to the CM/ECF system.  I will separately serve this document to the following email addresses:

Kenneth R. Bennington
Kathleen E. Craigmile
Adam F. Aldrich
BENNINGTON JOHNSON BIERMANN  & CRAIGMILE, LLC
370 17th Street, Suite 3500
Denver, CO 80202
krb@benningtonjohnson.com
kec@benningtonjohnson.com
afa@benningtonjohnson.com

Philip W. Bledsoe
POLSINELLI SHUGHART, P.C.
1515 Wynkoop Street, Suite 600
Denver, CO 80202
pbledsoe@polsinelli.com

                                                                     *s/Susanne Johnson*

6019760_1