**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation,
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs,

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Defendant,

v.

HOSSEIN AND DEBRA LYNN TARAGHI,

    Third-Party Defendants.

---

**PLAINTIFFS' NOTICE OF FILING OF ANTITRUST SUMMARY JUDGMENT
RESPONSE (DOC. 198) AND EXHIBITS AS RESTRICTED DOCUMENTS**

---

    Plaintiffs Western Convenience Stores, Inc. and Western Truck One, LLC, by and through their undersigned counsel, hereby notify the Court, Defendant and Interested Parties Dillon Companies, Inc. and the Kroger Co. (collectively "Kroger") of the filing of Plaintiffs' Response to Defendants' Motion for Summary Judgment on First and Sixth Claims for Relief and Third Affirmative Defense ("Response") and accompanying Exhibits as Restricted Documents.

    The Response and Exhibits contain information which has been designated by Defendant and/or by Kroger as "Confidential," "Highly Confidential" or "Secret" pursuant to the terms of the Stipulated Protective Order (Doc. 49) and the Supplemental Protective Order (Doc. 140).

For the reasons articulated in Plaintiffs' Response to Suncor's Motion to Restrict Access filed March 6, 2013 (Doc. 193), it is Plaintiffs' position that neither the Response nor its Exhibits should be sealed or otherwise excluded from the public record.  The undersigned have conferred with counsel for Defendant and for Kroger regarding this matter and have filed the Response and Exhibits as Restricted documents so as to permit Defendant and Kroger to file any motion to restrict access to those filings pursuant to D.C.COLO.LCivR 7.2.

Dated:  March 13, 2013.                                  *s/ Kenneth R. Bennington*

                                                                         Kenneth R. Bennington
                                                                         Kathleen E. Craigmile
                                                                         Adam F. Aldrich
                                                                         BENNINGTON JOHNSON
                                                                         BIERMANN & CRAIGMILE, LLC
                                                                         370 17th Street, Suite 3500
                                                                         Denver, CO 80202

                                                                         Philip W. Bledsoe
                                                                         Joseph T. VanLandingham
                                                                         Polsinelli Shughart PC
                                                                         1225 Seventeenth Street, 29th Floor
                                                                         Denver, CO  80202-5529
                                                                         Telephone:  (303) 572-9300

                                                                         *Attorneys for Plaintiffs and Third-Party Defendants*

**11-cv-01611-MSK-CBS:  PLAINTIFFS' NOTICE OF FILING OF ANTITRUST SUMMARY JUDGMENT RESPONSE (DOC. 198) AND EXHIBITS AS RESTRICTED DOCUMENTS**

Page 2

## CERTIFICATE OF SERVICE

I hereby certify that, on March 13, 2013, copies of the foregoing **PLAINTIFFS' NOTICE OF FILING OF ANTITRUST SUMMARY JUDGMENT RESPONSE (DOC. 198) AND EXHIBITS AS RESTRICTED DOCUMENTS** was served on the following parties via the CM/ECF filing system:

| | |
|---|---|
| Anthony J. Shaheen<br>Keeya M. Jeffrey<br>Holland & Hart LLP<br>555 17th Street, Suite 3200<br>Denver, CO 80201-8749<br>AJShaheen@hollandhart.com<br>KMJeffrey@hollandhart.com | J. Robert Robertson<br>William L. Monts III<br>Hogan Lovells US LLP<br>555 Thirteenth Street, N.W.<br>Washington, D.C. 20004-1109<br>robby.robertson@hoganlovells.com<br>william.monts@hoganlovells.com |
| Philip W. Bledsoe<br>Joseph T. VanLandingham<br>Polsinelli Shughart PC<br>1225 Seventeenth Street, 29th Floor<br>Denver, CO 80202-5529<br>pbledsoe@polsinelli.com<br>jvanlandingham@polsinelli.com | Christopher A. Taravella<br>Michael R. McCormick<br>Montgomery Little & Soran, P.C.<br>5445 DTC Parkway, Suite 800<br>Greenwood Village, CO 80111<br>ctaravella@montgomerylittle.com<br>mmccormick@montgomerylittle.com |

*s/ Marie Newberger*

**11-cv-01611-MSK-CBS:   PLAINTIFFS' NOTICE OF FILING OF ANTITRUST SUMMARY JUDGMENT RESPONSE (DOC. 198) AND EXHIBITS AS RESTRICTED DOCUMENTS**

Page 3