**From:** Hossein <Hossein@WesternConvenienceStores.com>
**Sent:** Tuesday, March 2, 2010 8:41 AM
**To:** chris.w@westernconveniencestores.com
**Subject:** FW: Western Convenience Credit Line

---

**From:** Carbone, Kendall [mailto:KCarbone@Suncor.com]
**Sent:** Friday, February 26, 2010 1:34 PM
**To:** Hossein Taraghi
**Cc:** Moss, Steve; chris.w@westernconveniencestores.com; Richard Wehrle; Korenblat, Michael; Joseph Tippetts
**Subject:** Western Convenience Credit Line

Hossein-

After careful consideration, Suncor is not prepared to use the asset that you provided to us as security to increase your credit line. Our attorneys will be returning the deed of trust and note for cancellation. These assets were not valued at anywhere near the $2 million that we were looking for and with the changing market conditions, we are comfortable leaving your credit line at $3 million. Please feel free to call me if you would like to discuss in person. Thanks!

*Kendall K. Carbone*
*Director of Rack Forward Sales*
*kcarbone@suncor.com*
*(303) 793-8077 - Phone*
*(303) 885-9070 - Cell*
*(303) 793-8004 - Fax*

---

This email and its contents are private and confidential, for the sole use of the addressees. If you are not an intended recipient, copying, forwarding or other distribution of this email or its contents by any means is prohibited. If you believe that you received this email in error please notify the original sender immediately.

Petro-Canada is a Suncor Energy business.

**Exhibit 1**



---------------------------

Ce courriel et son contenu sont privés et confidentiels, et sont destinés à l'usage exclusif des destinataires. Si vous n'êtes pas le destinataire prévu, toute reproduction, transfert ou autre forme de diffusion de ce courriel ou de son contenu par quelque moyen que ce soit est interdit. Si vous croyez avoir reçu ce courriel par erreur, veuillez en aviser l'expéditeur original immédiatement.

Petro-Canada est une entreprise de Suncor Énergie.