| | |
|---|---|
| From: | Carbone, Kendall </O=SUNCOR_INC/OU=OSG/CN=AD OBJECTS/CN=USERS AND GROUPS/CN=KCARBONE> |
| Sent: | Tuesday, March 2, 2010 4:55 PM |
| To: | Moss, Steve <SMoss@suncor.com> |
| Subject: | WC |

Steve-

I would rather not go to net 5 with Western just because I feel like they have been so difficult to deal with and not above board. I would like to understand if we can sell this volume to Sinclair instead and at least make the same amount of money and just avoid selling to them at all this month. Let me know what you think. Robert still thinks they should be on prepay for any pipeline volumes....

*Kendall K. Carbone*
*Director of Rack Forward Sales*
*kcarbone@suncor.com*
*(303) 793-8077 - Phone*
*(303) 885-9070 - Cell*
*(303) 793-8004 - Fax*



Suncor_WCS 00045472

Exhibit 2