# CONFIRMATION OF PURCHASE/SALE AGREEMENT



**SUNCOR**
ENERGY

**CONFIDENTIAL**

Date: February 9, 2007
Contract No: WES-1C79

| To: | Western Convenience<br>6746S. Parkway #125<br>Centennial, CO 80112 | From: | Suncor Energy (U.S.A.) Inc.<br>7800 E. Orchard Road, Suite 300<br>Greenwood Village, CO 80111 |

Representative: Angelia Spillman
Phone Number: 303 706-0340
Fax Number: 303 706-0345
e-mail address: Angelia@westernconveniencestores.com

Representative: James Hanson
Phone Number: 303 793-8027
Fax Number: 303 793-8003
e-mail address: jahanson@suncor.com

The following confirms the terms of the agreement entered into on January 1, 2007 by and between Suncor Energy (U.S.A.) Inc. ("Suncor") and Western Convenience, a Colorado Corporation ("Counterparty"), upon which Suncor agrees to sell and deliver, and Counterparty agrees to purchase and receive, the quantity of Product(s) under the terms set forth below:

1. **Term:**  The term of this agreement shall commence on January 1, 2007 and terminate on December 31, 2007.

2. **Product(s):**  Regular unleaded clear gasoline
   Premium unleaded clear gasoline

3. **Specifications:**  Seasonal ASTM specifications.

4. **Quantity:**  15,000 barrels per week of regular unleaded clear gasoline
   4,000 barrels per week of premium unleaded clear gasoline

5. **Price:**  Price for RUL shall be at Suncor's gross u regular unleaded gasoline posted price less $0.0425
   Price for PUL shall be at Suncor's gross u premium unleaded gasoline posted price less $0.0425

   Counterparty shall be charged at the applicable price effective at the time of the end of each lifting. Unless otherwise notified by Suncor, Suncor's pricing for the following business day shall go into effect at 6:00 p.m. (Mountain Time) of the previous calendar day, excluding Saturday and Sunday (which shall retain Friday's pricing). For example, the posted price for a Tuesday shall go into effect at 6:00 p.m. on the previous day, Monday, and shall remain in effect until 5:59 p.m. on that Tuesday. Therefore, if Counterparty's lifting of Product ends at 6:01 p.m. on a Monday, then Counterparty shall pay the posted price effective for the next day, Tuesday.

   All prices in U.S. dollars. Counterparty shall pay all applicable taxes in addition to the price of the Products as specifically set forth in Section 6 of the General Terms and Conditions.

6. **Delivery Point/Title:**

   Product shall be delivered via the Rocky Mountain Pipeline. Title and risk of loss shall pass from Suncor to Counterparty as the Product passes the last Suncor hard flange into the Rocky Mountain Pipeline (the "Delivery Point").

7. **Payment:**  Counterparty will pay for Products on a "Net-5 days ROI" and/or in accordance with such other terms that Suncor may specify as applicable at the time of delivery. Payment will be made via EFT.

8. **Credit:**  Counterparty agrees that if Suncor elects to extend any credit to Counterparty under this Agreement, such extension of credit shall be on such terms as Suncor shall specify, in its sole discretion, and that Counterparty shall be required to obtain and maintain a Letter of Credit in an amount and with a financial institution approved by Suncor. Suncor reserves the right to modify or withdraw any credit or credit terms at any time without notice to Counterparty.

9. **Special Provisions.**

Suncor_WCS 00005608

Deposition Exh
5/25/12  3t
MOSS      BC

**Exhibit 3**



## CONFIRMATION OF PURCHASE/SALE AGREEMENT



**CONFIDENTIAL**

Date: February 9, 2007
Contract No: WES-1C79

This Confirmation is entered into pursuant to and is governed by the Master Product Purchase and Sale Agreement between the parties hereto, including but not limited to the General Terms and Conditions attached as Exhibit A thereto (and the Confidentiality obligations thereunder). This Confirmation may be executed in counterparts and delivered by e-mail or fax, and each counterpart so delivered shall constitute an original, and together constituting one instrument.

**SUNCOR ENERGY (U.S.A.) INC.**                    **WESTERN CCONVENIENCE**

By: _____          By: _____

Print Name: _____             Print Name: _____

Title: _____          Title: _____

Suncor_WCS 00005609

CONFIRMATION OF PURCHASE/SALE AGREEMENT



**CONFIDENTIAL**

Date:  January 1, 2008
Contract No:  WCS-1E29

To:   Western Convenience
6746S. Parkway #125
Centennial, CO  80112

From:   Suncor Energy (U.S.A.) Inc.
7800 E. Orchard Road, Suite 300
Greenwood Village, CO 80111

Representative: Angelia Spillman
Phone Number: 303 706-0340
Fax Number:    303 706-0345
e-mail address:  Angelia@westernconveniencestores.com

Representative:  Steve Moss
Phone Number:  303 793-8027
Fax Number:     303 793-8003
e-mail address:   SMoss@Suncor.com

The following confirms the terms of the agreement entered into on January 1, 2008 by and between Suncor Energy (U.S.A.) Inc. ("Suncor") and Western Convenience, a Colorado Corporation ("Counterparty"), upon which Suncor agrees to sell and deliver, and Counterparty agrees to purchase and receive, the quantity of Product(s) under the terms set forth below:

1.  **Term:**        The term of this agreement shall commence on January 1, 2008 and terminate on December 31, 2008.

2.  **Product(s):**    Regular, Mid Grade and Premium clear and E-10
#1 & #2 clear and dyed ULSD

3.  **Specifications:**  Seasonal ASTM specifications.

4.  **Quantity:**     76,000 barrels per month of various gasoline products plus E-10.
12,000 barrels per month ULSD products.

5.  **Price:**        With regards to the renewal of the fuels contract between Western Convenience and Suncor Energy Products Inc.

Term contract, based on two tier price set.

TIER 1

Gasoline 76,000 bpm of combined clear or E-10 as Western Convenience desires (up to 20% PUL).

Clear gasoline priced at Rul daily Suncor u rack less $0.0325

Pul daily Suncor u rack less $0.0325

E-10 gasoline priced at E-10 Rul daily Suncor u rack less $0.040

E-10 Pul daily Suncor u rack less $0.040

Diesel 12,000 bpm of combined #2/#1 ulsd as Western Convenience desires

Clear diesel priced at   #2 ulsd daily Suncor u rack less $0.030

Premium #2 daily Suncor u rack less $0.030

Dyed #2 daily Suncor u rack less $0.030

Dyed NRLM daily Suncor u rack less $0.030

#1 ulsd daily Suncor u rack less $0.030

Dyed #1 daily Suncor u rack less $0.030

The price based on delivery at Suncor terminal. Western Convenience may opt to nominate volume with RMPL for product movements to RMPL terminals. Tariffs to be paid by Western Convenience for product movements.

2

CONFIRMATION OF PURCHASE/SALE AGREEMENT



Date: January 1, 2008
Contract No: WCS-1E29

CONFIDENTIAL

TIER 2

Volume above Tier 1 volume at Suncor's discretion and availability.

Clear gasoline priced at Rul daily daily Suncor u rack less $0.0375

Pul daily daily Suncor u rack less $0.0375

E-10 gasoline priced at E-10 Rul daily daily Suncor u rack less $0.045

E-10 Pul daily Suncor u rack less $0.045

Diesel priced at      #2ulsd daily Suncor u rack less $0.035

Premium #2 daily Suncor u rack less $0.035

Dyed #2 daily Suncor u rack less $0.035

Dyed NRLM daily Suncor u rack less $0.035

#1ulsd daily Suncor u rack less $0.035

Dyed #1 daily Suncor u rack less $0.035

Tier 2 volume will be available at Suncor rack. Alternative delivery options may be pursued upon a mutual agreement.

Counterparty shall be charged at the applicable price effective at the time of the end of each lifting. Unless otherwise notified by Suncor, Suncor's pricing for the following business day shall go into effect at 6:00 p.m. (Mountain Time) of the previous calendar day, excluding Saturday and Sunday (which shall retain Friday's pricing). For example, the posted price for a Tuesday shall go into effect at 6:00 p.m. on the previous day, Monday, and shall remain in effect until 5:59 p.m. on that Tuesday. Therefore, if Counterparty's lifting of Product ends at 6:01 p.m. on a Monday, then Counterparty shall pay the posted price effective for the next day, Tuesday.

All prices in U.S. dollars. Counterparty shall pay all applicable taxes in addition to the price of the Products as specifically set forth in Section 6 of the General Terms and Conditions.

6.   Delivery Point/Title:

Product may be delivered via the Rocky Mountain Pipeline, if so Title and risk of loss shall pass from Suncor to Counterparty as the Product passes the last Suncor hard flange into the Rocky Mountain Pipeline (the "Delivery Point"). Product lifted at Suncor terminals shall pass from Suncor to Counterparty as the Product passes the last Suncor hard flange.

7.   Payment:

Counterparty will pay for Products on a "Net-10 days ROI" and/or in accordance with such other terms that Suncor may specify as applicable at the time of delivery. Payment will be made via EFT.

8.   Credit:

Counterparty agrees that if Suncor elects to extend any credit to Counterparty under this Agreement, such extension of credit shall be on such terms as Suncor shall specify, in its sole discretion, and that Counterparty shall be required to obtain and maintain a Letter of Credit in an amount and with a financial institution approved by Suncor. Suncor reserves the right to modify or withdraw any credit or credit terms at any time without notice to Counterparty.

Suncor_WCS 00005570

CONFIRMATION OF PURCHASE/SALE AGREEMENT



**CONFIDENTIAL**

Date:  January 1, 2008
Contract No:  WCS-1E29

This Confirmation is entered into pursuant to and is governed by the Master Product Purchase and Sale Agreement between the parties hereto, including but not limited to the General Terms and Conditions attached as Exhibit A thereto (and the Confidentiality obligations thereunder). This Confirmation may be executed in counterparts and delivered by e-mail or fax, and each counterpart so delivered shall constitute an original, and together constituting one instrument.

SUNCOR ENERGY (U.S.A.) INC.

By: _____

Print Name:_____Don Smith_____

Title:___Director, Sales & Marketing___

WESTERN CCONVENIENCE

By:_____

Print Name: Hossein Taraghi

Title: 1 - 1 - 08

Suncor_WCS 00005571

11/21/2008 FRI 15:48   FAX 303 706 0345 Western Convenience                                      ☑002/003

## CONFIRMATION OF PURCHASE/SALE AGREEMENT

 **SUNCOR** ENERGY

CONFIDENTIAL

Date: November 20, 2008
Contract No: WCS-1H16

| | |
|---|---|
| To: Western Convenience<br>6746S. Parkway #125<br>Centennial, CO 80112 | From: Suncor Energy (U.S.A.) Inc.<br>7800 E. Orchard Road, Suite 300<br>Greenwood Village, CO 80111 |
| Representative: Angelia Spillman<br>Phone Number: 303 706-0340<br>Fax Number: 303 706-0345<br>e-mail address: Angelia@westernconveniencestores.com | Representative: Steve Moss<br>Phone Number: 303 793-8027<br>Fax Number: 303 793-8003<br>e-mail address: SMoss@Suncor.com |

The following confirms the terms of the agreement entered into on November 20, 2008 by and between Suncor Energy (U.S.A.) Inc. ("Suncor") and Western Convenience, a Colorado Corporation ("Counterparty"), upon which Suncor agrees to sell and deliver, and Counterparty agrees to purchase and receive, the quantity of Product(s) under the terms set forth below:

1. **Term:** The term of this agreement shall commence on November 20, 2008 and terminate on December 31, 2008.

2. **Product(s):** E-10/Clear Gasoline - Denver
   E-10/Clear Gasoline - Fountain

3. **Specifications:** Seasonal ASTM specifications.

★ 4. **Quantity:** 35,000 barrels November.
   12,6000 barrels December

5. **Price:** E-10 / Clear Gasoline – Denver - Denver Suncor U Rack less 10 cpg

   E-10 / Clear Gasoline – Fountain – Fountain Suncor Rack less 7 cpg

   All prices in U.S. dollars. Counterparty shall pay all applicable taxes in addition to the price of the Products as specifically set forth in Section 6 of the General Terms and Conditions.

6. **Delivery Point/Title:**

   Denver and Fountain Terminals

   Product lifted at Suncor terminals shall pass from Suncor to Counterparty as the Product passes the last Suncor hard flange.

7. **Payment:** Counterparty will pay for Products on a "Net-10 days ROI" and/or in accordance with such other terms that Suncor may specify as applicable at the time of delivery. Payment will be made via EFT.

8. **Credit:** Counterparty agrees that if Suncor elects to extend any credit to Counterparty under this Agreement, such extension of credit shall be on such terms as Suncor shall specify, in its sole discretion, and that Counterparty shall be required to obtain and maintain a Letter of Credit in an amount and with a financial institution approved by Suncor. Suncor reserves the right to modify or withdraw any credit or credit terms at any time without notice to Counterparty.

★ The quantity specified at paragraph (4)
above is the total amount of product Counterparty is
obligated to purchase thru December 31, 2008.

Suncor_WCS 00005567

**3**

11/21/2008 FRI 15:49  FAX 303 706 0345 Western Convenience                                    ☐003/003

CONFIRMATION OF PURCHASE/SALE AGREEMENT



**CONFIDENTIAL**

Date:  November 20, 2008
Contract No:  WCS-1H16

. This Confirmation is entered into pursuant to and is governed by the Master Product Purchase and Sale Agreement between
the parties hereto, including but not limited to the General Terms and Conditions attached as Exhibit A thereto (and the
Confidentiality obligations thereunder). This Confirmation may be executed in counterparts and delivered by e-mail or fax,
and each counterpart so delivered shall constitute an original, and together constituting one instrument.

SUNCOR ENERGY (U.S.A.) INC.                               WESTERN CONVENIENCE

By: _____                               By: _____

Print Name: _____Don Smith_____                           Print Name: _Hossein Taraghi_

Title: __Director, Sales & Marketing__                    Title: _President_

Suncor_WCS 00005568

12/01/2008 MON 10:57 FAX 303 706 0345 Western Convenience @001/002

## CONFIRMATION OF PURCHASE/SALE AGREEMENT



**CONFIDENTIAL**

Date: November 24, 2008
Contract No: WCS-1H25

To:  Western Convenience
     6746 S. Parkway #125
     Centennial, CO 80112

From: Suncor Energy (U.S.A.) Inc.
      7800 E. Orchard Road, Suite 300
      Greenwood Village, CO 80111

Representative: Angelia Spillman
Phone Number: 303 706-0340
Fax Number:   303 706-0345
e-mail address: Angelia@westernconveniencestores.com

Representative: Steve Moss
Phone Number: 303 793-8027
Fax Number:   303 793-8003
e-mail address: SMoss@Suncor.com

The following confirms the terms of the agreement entered into on November 20, 2008 by and between Suncor Energy (U.S.A.) Inc. ("Suncor") and Western Convenience, a Colorado Corporation ("Counterparty"), upon which Suncor agrees to sell and deliver, and Counterparty agrees to purchase and receive, the quantity of Product(s) under the terms set forth below:

1. **Term:** The term of this agreement shall commence on November 24, 2008 and terminate on November 25, 2008.

2. **Product(s):** PUL

3. **Specifications:** Seasonal ASTM specifications.

4. **Quantity:** 5,000 barrels

5. **Price:** Suncor U Rack for 11/24 Less 10 CPG.

   All prices in U.S. dollars. Counterparty shall pay all applicable taxes in addition to the price of the Products as specifically set forth in Section 6 of the General Terms and Conditions.

6. **Delivery Point/Title:**

   Dupont RMPL Terminal

7. **Payment:** Counterparty will pay for Products on a "Net-10 days ROI" and/or in accordance with such other terms that Suncor may specify as applicable at the time of delivery. Payment will be made via EFT.

8. **Credit:** Counterparty agrees that if Suncor elects to extend any credit to Counterparty under this Agreement, such extension of credit shall be on such terms as Suncor shall specify, in its sole discretion, and that Counterparty shall be required to obtain and maintain a Letter of Credit in an amount and with a financial institution approved by Suncor. Suncor reserves the right to modify or withdraw any credit or credit terms at any time without notice to Counterparty.

Suncor_WCS 00005565

4

12/01/2008 MON 10:57  FAX 303 706 0345 Western Convenience                    ☑002/002

### CONFIRMATION OF PURCHASE/SALE AGREEMENT



**CONFIDENTIAL**

Date: November 24, 2008
Contract No: WCS-1H25

This Confirmation is entered into pursuant to and is governed by the Master Product Purchase and Sale Agreement between the parties hereto, including but not limited to the General Terms and Conditions attached as Exhibit A thereto (and the Confidentiality obligations thereunder). This Confirmation may be executed in counterparts and delivered by e-mail or fax, and each counterpart so delivered shall constitute an original, and together constituting one instrument.

**SUNCOR ENERGY (U.S.A.) INC.**

By: _____

Print Name:    Don Smith

Title:   Director, Sales & Marketing

**WESTERN CONVENIENCE**

By: _____

Print Name: Hossein Taraghi

Title: P/2

Suncor_WCS 00005566

## CONFIRMATION OF PURCHASE/SALE AGREEMENT



Date: January 16, 2009
Contract No: WCS-1A21

**To:** Western Convenience
6746 S. Parkway #125
Centennial, CO 80112

**From:** Suncor Energy (U.S.A.) Inc.
7800 E. Orchard Road, Suite 300
Greenwood Village, CO 80111

Representative: Angelia Spillman
Phone Number: 303 706-0340
Fax Number: 303 706-0345
e-mail address: Angelia@westernconveniencestores.com

Representative: Steve Moss
Phone Number: 303 793-8027
Fax Number: 303 793-8003
e-mail address: SMoss@Suncor.com

The following confirms the terms of the agreement entered into on January 16, 2009 by and between Suncor Energy (U.S.A.) Inc. ("Suncor") and Western Convenience, a Colorado Corporation ("Counterparty"), upon which Suncor agrees to sell and deliver, and Counterparty agrees to purchase and receive, the quantity of Product(s) under the terms set forth below:

1. **Term:** The term of this agreement shall commence on February 1, 2009 and terminate on February 28, 2009.

2. **Product(s):** RUL / PUL / #2 ULSD

3. **Specifications:** Seasonal ASTM specifications.

4. **Quantity:**
   RUL -- 100,000 bls
   PUL - 10,000 bls
   #2 ULSD -- 15,000 bls

5. **Price:**
   RUL/PUL (conventional)    Suncor U Rack Less 3.25 CPG.
   #2 ULSD                   Suncor U Rack less 3.0 CPG

   Spot deal for February clear gasoline and #2 ULSD (clear and premium)

   All prices in U.S. dollars. Counterparty shall pay all applicable taxes in addition to the price of the Products as specifically set forth in Section 6 of the General Terms and Conditions.

6. **Delivery Point/Title:** Denver / Fountain
   Gasoline shipped to Dupont on W/C account. Diesel by truck from Denver West/Grand Juntion/Fountain

7. **Payment:** Counterparty will pay for Products on a "Net-10" and/or in accordance with such other terms that Suncor may specify as applicable at the time of delivery. Payment will be made via EFT.

8. **Credit:** Counterparty agrees that if Suncor elects to extend any credit to Counterparty under this Agreement, such extension of credit shall be on such terms as Suncor shall specify, in its sole discretion, and that Counterparty shall be required to obtain and maintain a Letter of Credit in an amount and with a financial institution approved by Suncor. Suncor reserves the right to modify or withdraw any credit or credit terms at any time without notice to Counterparty.

5

## CONFIRMATION OF PURCHASE/SALE AGREEMENT



Date: January 16, 2009
Contract No: WCS-1A21

This Confirmation is entered into pursuant to and is governed by the Master Product Purchase and Sale Agreement between the parties hereto, including but not limited to the General Terms and Conditions attached as Exhibit A thereto (and the Confidentiality obligations thereunder). This Confirmation may be executed in counterparts and delivered by e-mail or fax, and each counterpart so delivered shall constitute an original, and together constituting one instrument.

SUNCOR ENERGY (U.S.A.) INC.                              WESTERN CONVENIENCE

By: _____                             By: _____

Print Name: _____Don Smith_____                          Print Name: _H. Tara ghi_

Title: __Director, Sales & Marketing__                   Title: _prs._

Suncor_WCS 00005564

## CONFIRMATION OF PURCHASE/SALE AGREEMENT



Date: February 06, 2009
Contract No: WCS-1A62

**To:**   Western Convenience
6746 S. Parkway #125
Centennial, CO  80112

**From:**   Suncor Energy (U.S.A.) Inc.
7800 E. Orchard Road, Suite 300
Greenwood Village, CO 80111

Representative: Angelia Spillman
Phone Number:  303 706-0340
Fax Number:   303 706-0345
e-mail address:  Angelia@westernconveniencestores.com

Representative:  Steve Moss
Phone Number:  303 793-8027
Fax Number:   303 793-8003
e-mail address:  SMoss@Suncor.com

The following confirms the terms of the agreement entered into on January 16, 2009 by and between Suncor Energy (U.S.A.) Inc. ("Suncor") and Western Convenience, a Colorado Corporation ("Counterparty"), upon which Suncor agrees to sell and deliver, and Counterparty agrees to purchase and receive, the quantity of Product(s) under the terms set forth below:

1. **Term:**   The term of this agreement shall commence on March 1, 2009 and terminate on March 31, 2009.

2. **Product(s):**   RUL / PUL / #2 ULSD

3. **Specifications:**   Seasonal ASTM specifications.

4. **Quantity:**   RUL –   100,000 bls
PUL –   5,000 bls
#2 ULSD – 15,000 bls

5. **Price:**   RUL/PUL (conventional)   Suncor U Rack Less 3.25 CPG.

#2ULSD   Suncor U Rack less 3.0 CPG

Spot deal for March clear gasoline and #2 ULSD (clear and premium)

All prices in U.S. dollars.  Counterparty shall pay all applicable taxes in addition to the price of the Products as specifically set forth in Section 6 of the General Terms and Conditions.

6. **Delivery Point/Title:**   Denver / Fountain
Gasoline shipped to Dupont on W/C account.  Diesel by truck from Denver West/Grand Juntion/Fountain

7. **Payment:**   Counterparty will pay for Products on a "Net-10" and/or in accordance with such other terms that Suncor may specify as applicable at the time of delivery.  Payment will be made via EFT.

8. **Credit:**   Counterparty agrees that if Suncor elects to extend any credit to Counterparty under this Agreement, such extension of credit shall be on such terms as Suncor shall specify, in its sole discretion, and that Counterparty shall be required to obtain and maintain a Letter of Credit in an amount and with a financial institution approved by Suncor.  Suncor reserves the right to modify or withdraw any credit or credit terms at any time without notice to Counterparty.

Suncor_WCS 00005602

CONFIRMATION OF PURCHASE/SALE AGREEMENT



Date: February 06, 2009
Contract No:  WCS-1A62

This Confirmation is entered into pursuant to and is governed by the Master Product Purchase and Sale Agreement between the parties hereto, including but not limited to the General Terms and Conditions attached as Exhibit A thereto (and the Confidentiality obligations thereunder). This Confirmation may be executed in counterparts and delivered by e-mail or fax, and each counterpart so delivered shall constitute an original, and together constituting one instrument.

SUNCOR ENERGY (U.S.A.) INC.                                     WESTERN CONVENIENCE

By:_____                  By: _____

Print Name:_____Don Smith_____                Print Name: _____

Title:___Director, Sales & Marketing_____               Title:_____

Suncor_WCS 00005603

## CONFIRMATION OF PURCHASE/SALE AGREEMENT



Date: March 30, 2009
Contract No: WCS-1B24

**To:**   Western Convenience
6746S. Parkway #125
Centennial, CO 80112

**From:**   Suncor Energy (U.S.A.) Inc.
7800 E. Orchard Road, Suite 300
Greenwood Village, CO 80111

Representative: Angelia Spillman
Phone Number:  303 706-0340
Fax Number:    303 706-0345
e-mail address:  Angelia@westernconveniencestores.com

Representative:  Steve Moss
Phone Number:  303 793-8027
Fax Number:    303 793-8003
e-mail address:  SMoss@Suncor.com

The following confirms the terms of the agreement entered into on March 30, 2009 by and between Suncor Energy (U.S.A.) Inc. ("Suncor") and Western Convenience, a Colorado Corporation ("Counterparty"), upon which Suncor agrees to sell and deliver, and Counterparty agrees to purchase and receive, the quantity of Product(s) under the terms set forth below:

1. **Term:**   The term of this agreement shall commence on April 1, 2009 and terminate on April 30, 2009.

2. **Product(s):**   SUBRUL / E-10 / RUL / PUL / #2 ULSD

3. **Specifications:**   Seasonal ASTM specifications.

4. **Quantity:**   SUBRUL –   50,000 bpm
RUL -    50,000 bpm
PUL -    10,000 bpm
#2 ULSD –   15,000 bpm

5. **Price:**   SUBRUL – Pipeline, Suncor U RUL posting least 5.25 cpg

RUL/PUL-  Suncor U Rack Less 3.25 CPG.

E-10 -     Suncor U E-10 less 4.5 cpg

#2ULSD -   Suncor U Rack less 3.0 CPG

Spot deal for April, 2009

All prices in U.S. dollars. Counterparty shall pay all applicable taxes in addition to the price of the Products as specifically set forth in Section 6 of the General Terms and Conditions.

6. **Delivery Point/Title:**  Denver - Gasoline shipped to Dupont on W/C account. Diesel by truck from Dupont and Fountain Terminals.

7. **Payment:**   Counterparty will pay for Products on a "Net-10" and/or in accordance with such other terms that Suncor may specify as applicable at the time of delivery. Payment will be made via EFT.

8. **Credit:**   Counterparty agrees that if Suncor elects to extend any credit to Counterparty under this Agreement, such extension of credit shall be on such terms as Suncor shall specify, in its sole discretion, and that Counterparty shall be required to obtain and maintain a Letter of Credit in an amount and with a financial institution approved by Suncor. Suncor reserves the right to modify or withdraw any credit or credit terms at any time without notice to Counterparty.

7

## CONFIRMATION OF PURCHASE/SALE AGREEMENT



Date: March 30, 2009
Contract No: WCS-1B24

This Confirmation is entered into pursuant to and is governed by the Master Product Purchase and Sale Agreement between the parties hereto, including but not limited to the General Terms and Conditions attached as Exhibit A thereto (and the Confidentiality obligations thereunder). This Confirmation may be executed in counterparts and delivered by e-mail or fax, and each counterpart so delivered shall constitute an original, and together constituting one instrument.

**SUNCOR ENERGY (U.S.A.) INC.**                    **WESTERN CONVENIENCE**

By:_____                         By: _____

Print Name:_____Don Smith_____                 Print Name: _____

Title:___Director, Sales & Marketing_____           Title:_____

Suncor_WCS 00005601



**CONFIRMATION OF PURCHASE/SALE AGREEMENT**



Date: April 27, 2009
Contract No: WCS-1B69

| | |
|---|---|
| **To:**  Western Convenience<br>6746S. Parkway #125<br>Centennial, CO 80112 | **From:**  Suncor Energy (U.S.A.) Inc.<br>7800 E. Orchard Road, Suite 300<br>Greenwood Village, CO 80111 |

| | |
|---|---|
| Representative: Angelia Spillman<br>Phone Number: 303 706-0340<br>Fax Number:  303 706-0345<br>e-mail address:  Angelia@westernconveniencestores.com | Representative: Steve Moss<br>Phone Number: 303 793-8027<br>Fax Number:  303 793-8003<br>e-mail address:  SMoss@Suncor.com |

The following confirms the terms of the agreement entered into on April 27, 2009 by and between Suncor Energy (U.S.A.) Inc. ("Suncor") and Western Convenience, a Colorado Corporation ("Counterparty"), upon which Suncor agrees to sell and deliver, and Counterparty agrees to purchase and receive, the quantity of Product(s) under the terms set forth below:

1. <u>Term:</u>  The term of this agreement shall commence on May 1, 2009 and terminate on May 31, 2009.

2. <u>Product(s):</u>  RUL / PUL / / E-10 /  #2 ULSD

3. <u>Specifications:</u>  Seasonal ASTM specifications.

4. <u>Quantity:</u>  RUL –   76,000 bls – We will add 25,000 bls if available
   PUL -    10,000 bls
   #2 ULSD – 15,000 bls

5. <u>Price:</u>  RUL/PUL (conventional)   Suncor U Rack Less 3.25 CPG.

   E-l0                        Suncor U Rack less 4.5 CPG

   #2ULSD                      Suncor U Rack less 3.0 CPG

   Spot deal for May clear gasolines and #2 ULSD (clear and premium)

   All prices in U.S. dollars.  Counterparty shall pay all applicable taxes in addition to the price of the Products as specifically set forth in <u>Section 6</u> of the General Terms and Conditions.

6. <u>Delivery Point/Title:</u>  Dupont / Fountain
   Gasolines and diesel delivered to Dupont on W/C account.

7. <u>Payment:</u>  Counterparty will pay for Products on a "Net-10" and/or in accordance with such other terms that Suncor may specify as applicable at the time of delivery.  Payment will be made via EFT.

8. <u>Credit:</u>  Counterparty agrees that if Suncor elects to extend any credit to Counterparty under this Agreement, such extension of credit shall be on such terms as Suncor shall specify, in its sole discretion, and that Counterparty shall be required to obtain and maintain a Letter of Credit in an amount and with a financial institution approved by Suncor.  Suncor reserves the right to modify or withdraw any credit or credit terms at any time without notice to Counterparty.

Suncor_WCS 00005598

8

### CONFIRMATION OF PURCHASE/SALE AGREEMENT



Date:  April 27, 2009
Contract No:  WCS-1B69

This Confirmation is entered into pursuant to and is governed by the Master Product Purchase and Sale Agreement between the parties hereto, including but not limited to the General Terms and Conditions attached as Exhibit A thereto (and the Confidentiality obligations thereunder). This Confirmation may be executed in counterparts and delivered by e-mail or fax, and each counterpart so delivered shall constitute an original, and together constituting one instrument.

**SUNCOR ENERGY (U.S.A.) INC.**                    **WESTERN CONVENIENCE**

By:_____                    By: _____

Print Name:_____Don Smith_____            Print Name: _____

Title:___Director, Sales & Marketing_____       Title:_____

Suncor_WCS 00005599

## CONFIRMATION OF PURCHASE/SALE AGREEMENT



Date: May 29, 2009
Contract No: WCS-1C35

**To:**   Western Convenience
6746S. Parkway #125
Centennial, CO 80112

**From:**   Suncor Energy (U.S.A.) Inc.
7800 E. Orchard Road, Suite 300
Greenwood Village, CO 80111

Representative: Angelia Spillman
Phone Number: 303 706-0340
Fax Number:   303 706-0345
e-mail address:  Angelia@westemconveniencestores.com

Representative: Steve Moss
Phone Number: 303 793-8027
Fax Number:   303 793-8003
e-mail address:  SMoss@Suncor.com

The following confirms the terms of the agreement entered into on May 29, 2009 by and between Suncor Energy (U.S.A.) Inc. ("Suncor") and Western Convenience, a Colorado Corporation ("Counterparty"), upon which Suncor agrees to sell and deliver, and Counterparty agrees to purchase and receive, the quantity of Product(s) under the terms set forth below:

1. **Term:**   The term of this agreement shall commence on June 1, 2009 and terminate on June 30, 2009.

2. **Product(s):**   RUL / PUL / E-10 / #2 ULSD

3. **Specifications:**   Seasonal ASTM specifications.

4. **Quantity:**   RUL – 76,000 bls
PUL -
#2 ULSD – 15,000 bls

5. **Price:**

| | | |
|---|---|---|
| RUL/PUL (conventional) | Suncor U Rack Less 3.25 CPG. | |
| E-10 | Suncor U Rack Less 4.5 CPG | |
| #2ULSD | Suncor U Rack Less 3.0 CPG | |
| PRE-PAY | 1-10 Plus Above Discount | |

Spot deal for June clear gasoline and #2 ULSD (clear and premium)

All prices in U.S. dollars.  Counterparty shall pay all applicable taxes in addition to the price of the Products as specifically set forth in Section 6 of the General Terms and Conditions.

6. **Delivery Point/Title:**  Denver / Fountain
Gasoline shipped to Dupont on W/C account.  Diesel by truck from Denver West/Grand Juntion/Fountain

7. **Payment:**   Counterparty will pay for Products N-10 FOR 50% of VOLUME, PRE-PAY FOR 50% OF VOLUME ON PIPELINE SHIPMENTS.

8. **Credit:**   Counterparty agrees that if Suncor elects to extend any credit to Counterparty under this Agreement, such extension of credit shall be on such terms as Suncor shall specify, in its sole discretion, and that Counterparty shall be required to obtain and maintain a Letter of Credit in an amount and with a financial institution approved by Suncor.  Suncor reserves the right to modify or withdraw any credit or credit terms at any time without notice to Counterparty.

Suncor_WCS 00005555

9

### CONFIRMATION OF PURCHASE/SALE AGREEMENT



Date: May 29, 2009
Contract No:  WCS-1C35

This Confirmation is entered into pursuant to and is governed by the Master Product Purchase and Sale Agreement between the parties hereto, including but not limited to the General Terms and Conditions attached as Exhibit A thereto (and the Confidentiality obligations thereunder). This Confirmation may be executed in counterparts and delivered by e-mail or fax, and each counterpart so delivered shall constitute an original, and together constituting one instrument.

SUNCOR ENERGY (U.S.A.) INC.

By: _____

Print Name: ____Don Smith____

Title: __Director, Sales & Marketing__

WESTERN CONVENIENCE

By: _____

Print Name: _Hossein Taraghi_

Title: _PN_

Suncor_WCS 00005556

## CONFIRMATION OF PURCHASE/SALE AGREEMENT



Date: June 22, 2009
Contract No: WCS-1D02

**To:**  Western Convenience
6746 S. Parkway #125
Centennial, CO 80112

**From:**  Suncor Energy (U.S.A.) Inc.
7800 E. Orchard Road, Suite 300
Greenwood Village, CO 80111

Representative: Angelia Spillman
Phone Number: 303 706-0340
Fax Number:    303 706-0345
e-mail address: Angelia@westernconveniencestores.com

Representative: Steve Moss
Phone Number: 303 793-8027
Fax Number:    303 793-8003
e-mail address: SMoss@Suncor.com

The following confirms the terms of the agreement entered into on June 22, 2009 by and between Suncor Energy (U.S.A.) Inc. ("Suncor") and Western Convenience, a Colorado Corporation ("Counterparty"), upon which Suncor agrees to sell and deliver, and Counterparty agrees to purchase and receive, the quantity of Product(s) under the terms set forth below:

1. **Term:**  The term of this agreement shall commence on July Spot Deal

2. **Product(s):**  SUBRUL – E-10 - RUL / PUL - #2 ULSD

3. **Specifications:**  Seasonal ASTM specifications.

4. **Quantity:**

| | |
|---|---|
| E-10 - | 50,000 lbs |
| Pipeline – | 76,000 bls |
| PUL - | 5,000 bls |
| #2 ULSD – | 15,000 bls |

5. **Prices:**

| | |
|---|---|
| RUL/PUL (conventional) | Suncor U Rack Less 3.25 CPG. |
| E-10- | Suncor U less 4.75 cpg for Rack Liftings |
| #2ULSD | Suncor U Posted Less 3.0 CPG |
| PREPAY | 1-10 PLUS ABOVE DISCOUNT |

Spot deal for July clear gasoline and #2 ULSD (clear and premium)

All prices in U.S. dollars. Counterparty shall pay all applicable taxes in addition to the price of the Products as specifically set forth in Section 6 of the General Terms and Conditions.

6. **Delivery Point/Title:** Denver / Fountain
Gasoline shipped to Dupont on W/C account. Diesel by truck from Denver West/Grand Juntion/Fountain

7. **Payment:**  Counterparty will pay for Products on a "Net-10" and/or in accordance with such other terms that Suncor may specify as applicable at the time of delivery. Payment will be made via EFT.

8. **Credit:**  Counterparty agrees that if Suncor elects to extend any credit to Counterparty under this Agreement, such extension of credit shall be on such terms as Suncor shall specify, in its sole discretion, and that Counterparty shall be required to obtain and maintain a Letter of Credit in an amount and with a financial institution approved by Suncor. Suncor reserves the right to modify or withdraw any credit or credit terms at any time without notice to Counterparty. **PRE-PAY FOR PIPELINE DELIVERIES (1-10) N-10 FOR RACK LIFTINGS**

10

06/23/2009 TUE 8:44 FAX 303 706 0345 Western Convenience                    ☑002/002

## CONFIRMATION OF PURCHASE/SALE AGREEMENT



Date:June 22, 2009
Contract No: WCS-1D02

This Confirmation is entered into pursuant to and is governed by the Master Product Purchase and Sale Agreement between the parties hereto, including but not limited to the General Terms and Conditions attached as Exhibit A thereto (and the Confidentiality obligations thereunder). This Confirmation may be executed in counterparts and delivered by e-mail or fax, and each counterpart so delivered shall constitute an original, and together constituting one instrument.

SUNCOR ENERGY (U.S.A.) INC.                    WESTERN CONVENIENCE

By: _____                    By: _____

Print Name:_____Don Smith_____              Print Name:_____

Title:___Director, Sales & Marketing___         Title:____President_____

Suncor_WCS 00005554

## CONFIRMATION OF PURCHASE/SALE AGREEMENT



Date: July 8, 2009
Contract No: WCS-1D44

**To:**  Western Convenience
6746 S. Parkway #125
Centennial, CO 80112

**From:**  Suncor Energy (U.S.A.) Inc.
7800 E. Orchard Road, Suite 300
Greenwood Village, CO 80111

Representative: Angelia Spillman
Phone Number: 303 706-0340
Fax Number:   303 706-0345
e-mail address: Angelia@westernconveniencestores.com

Representative: Steve Moss
Phone Number: 303 793-8027
Fax Number:   303 793-8003
e-mail address: SMoss@Suncor.com

The following confirms the terms of the agreement entered into on July 8, 2009 by and between Suncor Energy (U.S.A.) Inc. ("Suncor") and Western Convenience, a Colorado Corporation ("Counterparty"), upon which Suncor agrees to sell and deliver, and Counterparty agrees to purchase and receive, the quantity of Product(s) under the terms set forth below:

1. <u>Term</u>:          The term of this agreement shall commence on July 1, 2009 and terminate on July 31, 2009.

2. <u>Product(s)</u>:    E-10 - #2 ULSD

3. <u>Specifications</u>:  Seasonal ASTM specifications.

4. <u>Quantity</u>:      E-10 –  110,000 bls
                         #2 ULSD – 5,000 bls

5. <u>Price</u>:         E-10 –    Suncor U Rack Less 4.5 CPG

                         #2ULSD - Suncor U Rack less 3.0 CPG

   **PIPELINE DELIVERIES TO BE PREPAY (3 DAYS BEFORE DELIVERY AND NEGOTIATED IN ADVANCE IF REQUIRED**

   Spot deal for July E-10 and #2 ULSD

   All prices in U.S. dollars. Counterparty shall pay all applicable taxes in addition to the price of the Products as specifically set forth in <u>Section 6</u> of the General Terms and Conditions.

6. <u>Delivery Point/Title</u>:  Denver / Fountain / Grand Junction Truck

7. <u>Payment</u>:       Counterparty will PREPAY for PIPELINE DELIVERIES N-10 - N-10 FOR RACK LIFTINGS

8. <u>Credit</u>:        Counterparty agrees that if Suncor elects to extend any credit to Counterparty under this Agreement, such extension of credit shall be on such terms as Suncor shall specify, in its sole discretion, and that Counterparty shall be required to obtain and maintain a Letter of Credit in an amount and with a financial institution approved by Suncor. Suncor reserves the right to modify or withdraw any credit or credit terms at any time without notice to Counterparty.

Suncor_WCS 00005551

## CONFIRMATION OF PURCHASE/SALE AGREEMENT



Date:  July 8, 2009
Contract No:  WCS-1D44

This Confirmation is entered into pursuant to and is governed by the Master Product Purchase and Sale Agreement between the parties hereto, including but not limited to the General Terms and Conditions attached as Exhibit A thereto (and the Confidentiality obligations thereunder). This Confirmation may be executed in counterparts and delivered by e-mail or fax, and each counterpart so delivered shall constitute an original, and together constituting one instrument.

SUNCOR ENERGY (U.S.A.) INC.                    WESTERN CONVENIENCE

By:_____                   By:_____

Print Name:____Don Smith_____                 Print Name:__H Tarcott V__

Title:__Director, Sales & Marketing__           Title:____pris____

Suncor_WCS 00005552

## CONFIRMATION OF PURCHASE/SALE AGREEMENT



**SUNCOR**
CONFIDENTIAL

Date: August 5, 2009
Contract No: WCS-1F14

**To:** Western Convenience
6746S. Parkway #125
Centennial, CO 80112

**From:** Suncor Energy (U.S.A.) Inc.
7800 E. Orchard Road, Suite 300
Greenwood Village, CO 80111

Representative: Angelia Spillman
Phone Number: 303 706-0340
Fax Number:    303 706-0345
e-mail address: Angelia@westernconveniencestores.com

Representative: Steve Moss
Phone Number: 303 793-8027
Fax Number:    303 793-8003
e-mail address: SMoss@Suncor.com

The following confirms the terms of the agreement entered into on July 8, 2009 by and between Suncor Energy (U.S.A.) Inc. ("Suncor") and Western Convenience, a Colorado Corporation ("Counterparty"), upon which Suncor agrees to sell and deliver, and Counterparty agrees to purchase and receive, the quantity of Product(s) under the terms set forth below:

1. <u>Term:</u>      The term of this agreement shall commence on August 5, 2009 and terminate on August 31, 2009.

2. <u>Product(s):</u>   E-10 - #2 ULSD

3. <u>Specifications:</u>  Seasonal ASTM specifications.

4. <u>Quantity:</u>    E-10 –   100,000 bls
        #2 ULSD – 15,000 bls

5. <u>Price:</u>      E-10 -    Suncor U Rack Less 4.5 CPG

        #2ULSD - Suncor U Rack less 3.0 CPG

   **PIPELINE DELIVERIES TO BE PREPAY (3 DAYS BEFORE DELIVERY AND NEGOTIATED IN ADVANCE IF REQUIRED**

        Spot deal for August E-10 and #2 ULSD

        All prices in U.S. dollars.  Counterparty shall pay all applicable taxes in addition to the price of the Products as specifically set forth in <u>Section 6</u> of the General Terms and Conditions.

6. <u>Delivery Point/Title:</u>  Denver / Fountain
        Gasoline shipped to Dupont on W/C account.  Diesel by truck from Denver West/Grand Juntion/Fountain

7. <u>Payment:</u>    Counterparty will **PREPAY for PIPELINE DELIVERIES N-10 - N-10 FOR RACK LIFTINGS**

8. <u>Credit:</u>     Counterparty agrees that if Suncor elects to extend any credit to Counterparty under this Agreement, such extension of credit shall be on such terms as Suncor shall specify, in its sole discretion, and that Counterparty shall be required to obtain and maintain a Letter of Credit in an amount and with a financial institution approved by Suncor.  Suncor reserves the right to modify or withdraw any credit or credit terms at any time without notice to Counterparty.

Suncor_WCS 00005592

12



## CONFIRMATION OF PURCHASE/SALE AGREEMENT



Date:  August 5, 2009
Contract No:  WCS-1F14

This Confirmation is entered into pursuant to and is governed by the Master Product Purchase and Sale Agreement between the parties hereto, including but not limited to the General Terms and Conditions attached as Exhibit A thereto (and the Confidentiality obligations thereunder). This Confirmation may be executed in counterparts and delivered by e-mail or fax, and each counterpart so delivered shall constitute an original, and together constituting one instrument.

**SUNCOR ENERGY (U.S.A.) INC.**                    **WESTERN CONVENIENCE**

By:_____          By: _____

Print Name:_____Don Smith_____          Print Name: _____

Title:___Director, Sales & Marketing_____          Title:_____

Suncor_WCS 00005593

## CONFIRMATION OF PURCHASE/SALE AGREEMENT



Date: September 1, 2009
Contract No:  WCS-1F72

| | |
|---|---|
| **To:** Western Convenience<br>6746S. Parkway #125<br>Centennial, CO 80112 | **From:** Suncor Energy (U.S.A.) Inc.<br>7800 E. Orchard Road, Suite 300<br>Greenwood Village, CO 80111 |
| Representative: Angella Spillman<br>Phone Number: 303 706-0340<br>Fax Number:    303 706-0345<br>e-mail address: Angella@westernconveniencestores.com | Representative:  Steve Moss<br>Phone Number:  303 793-8027<br>Fax Number:     303 793-8003<br>e-mail address:  SMoss@Suncor.com |

The following confirms the terms of the agreement entered into on September 1, 2009 by and between Suncor Energy (U.S.A.) Inc. ("Suncor") and Western Convenience, a Colorado Corporation ("Counterparty"), upon which Suncor agrees to sell and deliver, and Counterparty agrees to purchase and receive, the quantity of Product(s) under the terms set forth below:

1. <u>Term:</u>          The term of this agreement shall commence on September 1, 2009 and terminate on September 30, 2009.

2. <u>Product(s):</u>    SUB/RUL - E-10 - #2 ULSD

3. <u>Specifications:</u>  Seasonal ASTM specifications.

4. <u>Quantity:</u>      SUB/RUL - E-10 -   100,000 bls
                  #2 ULSD – 15,000 bls

5. <u>Price:</u>         Clear Gasoline – Suncor U Rack Less 3.5 CPG

                  E-10 –      Suncor U Rack Less 4.5 CPG

                  #2ULSD - Suncor U Rack less 3.0 CPG

    **PIPELINE DELIVERIES TO BE PREPAY (3 DAYS BEFORE DELIVERY AND NEGOTIATED IN ADVANCE IF REQUIRED**

    Spot deal for September SUB/RUL - E-10 and #2 ULSD

    All prices in U.S. dollars.  Counterparty shall pay all applicable taxes in addition to the price of the Products as specifically set forth in <u>Section 6</u> of the General Terms and Conditions.

6. <u>Delivery Point/Title:</u>  Denver / Fountain / Grand Junction
                  Gasoline shipped to Dupont on W/C account.  Diesel by truck from Denver West/Grand Juntion/Fountain

7. <u>Payment:</u>       Counterparty will **PREPAY for PIPELINE DELIVERIES N-10 - N-10 FOR RACK LIFTINGS**

8. <u>Credit:</u>        Counterparty agrees that if Suncor elects to extend any credit to Counterparty under this Agreement, such extension of credit shall be on such terms as Suncor shall specify, in its sole discretion, and that Counterparty shall be required to obtain and maintain a Letter of Credit in an amount and with a financial institution approved by Suncor.  Suncor reserves the right to modify or withdraw any credit or credit terms at any time without notice to Counterparty.

Suncor_WCS 00005547

13

**CONFIRMATION OF PURCHASE/SALE AGREEMENT**



Date: September 1, 2009
Contract No: WCS-1F72

This Confirmation is entered into pursuant to and is governed by the Master Product Purchase and Sale Agreement between the parties hereto, including but not limited to the General Terms and Conditions attached as Exhibit A thereto (and the Confidentiality obligations thereunder). This Confirmation may be executed in counterparts and delivered by e-mail or fax, and each counterpart so delivered shall constitute an original, and together constituting one instrument.

SUNCOR ENERGY (U.S.A.) INC.                     WESTERN CONVENIENCE

By: _____                    By: _____

Print Name: _____Don Smith_____                 Print Name: Horie in Tarngh

Title: ___Director, Sales & Marketing___        Title: _pres_

Suncor_WCS 00005548

## CONFIRMATION OF PURCHASE/SALE AGREEMENT



Date: October 1, 2009
Contract No: WCS-1H67

**To:**  Western Convenience
6746S. Parkway #125
Centennial, CO 80112

**From:**  Suncor Energy (U.S.A.) Inc.
7800 E. Orchard Road, Suite 300
Greenwood Village, CO 80111

Representative: Angelia Spillman
Phone Number: 303 706-0340
Fax Number:   303 706-0345
e-mail address: Angelia@westernconveniencestores.com

Representative: Steve Moss
Phone Number: 303 793-8027
Fax Number:   303 793-8003
e-mail address: SMoss@Suncor.com

The following confirms the terms of the agreement entered into on October 1, 2009 by and between Suncor Energy (U.S.A.) Inc. ("Suncor") and Western Convenience, a Colorado Corporation ("Counterparty"), upon which Suncor agrees to sell and deliver, and Counterparty agrees to purchase and receive, the quantity of Product(s) under the terms set forth below:

1. **Term:**  The term of this agreement shall commence on October 1, 2009 and terminate on October 31, 2009.

2. **Product(s):**  SUB/RUL - E-10 - #2 ULSD

3. **Specifications:**  Seasonal ASTM specifications.

4. **Quantity:**  SUB/RUL - E-10 –   120,000 bls – Denver
SUB/RUL - E-10 -    30,000 bls – Fountain

   #2 ULSD – 30,000 bls

5. **Price:**  Clear Gasoline – Suncor U Rack Less 3.5 CPG

   E-10 -    Suncor U Rack Less 4.5 CPG

   #2ULSD - Suncor U Rack less 3.5 CPG

   **PIPELINE DELIVERIES TO BE PREPAY (3 DAYS BEFORE DELIVERY AND NEGOTIATED IN ADVANCE IF REQUIRED**

   Spot deal for October SUB/RUL - E-10 and #2 ULSD

   All prices in U.S. dollars.  Counterparty shall pay all applicable taxes in addition to the price of the Products as specifically set forth in Section 6 of the General Terms and Conditions.

6. **Delivery Point/Title:**  Denver / Fountain / Grand Junction
Gasoline shipped to Dupont on W/C account.  Diesel by truck from Denver West/Grand Juntion/Fountain

7. **Payment:**  Counterparty will PREPAY for PIPELINE DELIVERIES N-10 - N-10 FOR RACK LIFTINGS

8. **Credit:**  Counterparty agrees that if Suncor elects to extend any credit to Counterparty under this Agreement, such extension of credit shall be on such terms as Suncor shall specify, in its sole discretion, and that Counterparty shall be required to obtain and maintain a Letter of Credit in an amount and with a financial institution approved by Suncor.  Suncor reserves the right to modify or withdraw any credit or credit terms at any time without notice to Counterparty.

14

## CONFIRMATION OF PURCHASE/SALE AGREEMENT


CONFIDENTIAL

Date: October 1, 2009
Contract No: WCS-1H67

This Confirmation is entered into pursuant to and is governed by the Master Product Purchase and Sale Agreement between the parties hereto, including but not limited to the General Terms and Conditions attached as Exhibit A thereto (and the Confidentiality obligations thereunder). This Confirmation may be executed in counterparts and delivered by e-mail or fax, and each counterpart so delivered shall constitute an original, and together constituting one instrument.

SUNCOR ENERGY (U.S.A.) INC.                     WESTERN CONVENIENCE

By: _____                     By: _____

Print Name:  Kendall Carbone                    Print Name: Hossein  Taraghi

Title:   Director, Sales & Marketing            Title:  Pres.

Suncor_WCS 00005546

CONFIRMATION OF PURCHASE/SALE AGREEMENT



Date:  October 30, 2009
Contract No:  WCS-1K36

To:  Western Convenience
      6746 S. Parkway #125
      Centennial, CO  80112

From:  Suncor Energy (U.S.A.) Inc.
        7800 E. Orchard Road, Suite 300
        Greenwood Village, CO 80111

Representative: Angelia Spillman
Phone Number: 303 706-0340
Fax Number:    303 706-0345
e-mail address:  Angelia@westernconveniencestores.com

Representative:  Steve Moss
Phone Number:  303 793-8027
Fax Number:     303 793-8003
e-mail address:  SMoss@Suncor.com

The following confirms the terms of the agreement entered into on October 30, 2009 by and between Suncor Energy (U.S.A.) Inc. ("Suncor") and Western Convenience, a Colorado Corporation ("Counterparty"), upon which Suncor agrees to sell and deliver, and Counterparty agrees to purchase and receive, the quantity of Product(s) under the terms set forth below:

1. <u>Term</u>:            The term of this agreement shall commence on November 1, 2009 and terminate on November 30, 2009.

2. <u>Product(s)</u>:     SUB/RUL - E-10 - #2 ULSD

3. <u>Specifications</u>:  Seasonal ASTM specifications.

4. <u>Quantity</u>:       SUB/RUL - E-10 –    120,000 bls – Denver
                            SUB/RUL - E-10 –      40,000 bls – Fountain

                            #2 ULSD – 30,000 bls

5. <u>Price</u>:          Clear Gasoline – Suncor U Rack Less 3.5 CPG

                            E-10 -     Suncor U Rack Less 4.5 CPG

                            #2ULSD - Suncor U Rack less 3.5 CPG

                            **PIPELINE DELIVERIES TO BE PREPAY (3 DAYS BEFORE DELIVERY AND NEGOTIATED IN ADVANCE IF REQUIRED**

                            Spot deal for November SUB/RUL - E-10 and #2 ULSD

                            All prices in U.S. dollars. Counterparty shall pay all applicable taxes in addition to the price of the Products as specifically set forth in <u>Section 6</u> of the General Terms and Conditions.

6. <u>Delivery Point/Title</u>:  Denver / Fountain / Grand Junction
                            Gasoline shipped to Dupont on W/C account.  Diesel by truck from Denver West/Grand Juntion/Fountain

7. <u>Payment</u>:        Counterparty will **PREPAY for PIPELINE DELIVERIES N-10 - N-10 FOR RACK LIFTINGS**

8. <u>Credit</u>:         Counterparty agrees that if Suncor elects to extend any credit to Counterparty under this Agreement, such extension of credit shall be on such terms as Suncor shall specify, in its sole discretion, and that Counterparty shall be required to obtain and maintain a Letter of Credit in an amount and with a financial institution approved by Suncor. Suncor reserves the right to modify or withdraw any credit or credit terms at any time without notice to Counterparty.

15

CONFIRMATION OF PURCHASE/SALE AGREEMENT



Date:  October 30, 2009
Contract No:  WCS-1K36

This Confirmation is entered into pursuant to and is governed by the Master Product Purchase and Sale Agreement between the parties hereto, including but not limited to the General Terms and Conditions attached as Exhibit A thereto (and the Confidentiality obligations thereunder). This Confirmation may be executed in counterparts and delivered by e-mail or fax, and each counterpart so delivered shall constitute an original, and together constituting one instrument.

SUNCOR ENERGY (U.S.A.) INC.

By: _Kendall Carbone_

Print Name: _____Kendall Carbone_____

Title: ___Director, Sales & Marketing___

WESTERN CONVENIENCE

By: _____

Print Name: _K. Taraghi_

Title: _pres._

## CONFIRMATION OF PURCHASE/SALE AGREEMENT



Date:   December 1, 2009
Contract No:  WCS-1K071

To:   Western Convenience
      6746S. Parkway #125
      Centennial, CO 80112

From:   Suncor Energy (U.S.A.) Inc.
        7800 E. Orchard Road, Suite 300
        Greenwood Village, CO 80111

Representative: Angelia Spillman
Phone Number:  303 706-0340
Fax Number:    303 706-0345
e-mail address:  Angelia@westernconveniencestores.com

Representative:  Steve Moss
Phone Number:   303 793-8027
Fax Number:     303 793-8003
e-mail address:  SMoss@Suncor.com

The following confirms the terms of the agreement entered into on December 1, 2009 by and between Suncor Energy (U.S.A.) Inc. ("Suncor") and Western Convenience, a Colorado Corporation ("Counterparty"), upon which Suncor agrees to sell and deliver, and Counterparty agrees to purchase and receive, the quantity of Product(s) under the terms set forth below:

1. **Term:**     The term of this agreement shall commence on December 1, 2009 and terminate on December 31, 2009.

2. **Product(s):**     SUB/RUL - E-10  -  RUL – PUL - #2 ULSD

3. **Specifications:**   Seasonal ASTM specifications.

4. **Quantity:**     SUB/RUL - E-10 –    100,000 bls – Denver
                     SUB/RUL - E-10 –     40,000 bls – Fountain

   #2 ULSD – 30,000 bls

5. **Price:**     Clear Gasoline – Suncor U Rack Less 3.5 CPG

   E-10 -      Suncor U Rack less 5.5 CPG

   #2ULSD - Suncor U Rack less 6.0 CPG

   **PIPELINE DELIVERIES TO BE PREPAY (3 DAYS BEFORE DELIVERY AND NEGOTIATED IN ADVANCE IF REQUIRED**

   **ADDITIONAL VOLUME GASOLINE – SUNCOR RACK LESS 7.0 CPG FOR ADDITIONAL VOLUME ABOVE 140,000 BLS AS A REBATE**

   Spot deal for December SUB/RUL - E-10 and #2 ULSD

   All prices in U.S. dollars. Counterparty shall pay all applicable taxes in addition to the price of the Products as specifically set forth in Section 6 of the General Terms and Conditions.

6. **Delivery Point/Title:**  Denver / Fountain / Grand Junction
   Gasoline shipped to Dupont on W/C account.  Diesel by truck from Denver West/Grand Juntion/Fountain

7. **Payment:**    Counterparty will **PREPAY for PIPELINE DELIVERIES N-10 - N-10 FOR RACK LIFTINGS**

8. **Credit:**     Counterparty agrees that if Suncor elects to extend any credit to Counterparty under this Agreement, such extension of credit shall be on such terms as Suncor shall specify, in its sole discretion, and that Counterparty shall be required to obtain and maintain a Letter of Credit in an amount and with a financial institution approved by Suncor.  Suncor reserves the right to modify or withdraw any credit or credit terms at any time without notice to Counterparty.

16

CONFIRMATION OF PURCHASE/SALE AGREEMENT



Date:   December 1, 2009
Contract No:  WCS-1K071

This Confirmation is entered into pursuant to and is governed by the Master Product Purchase and Sale Agreement between the parties hereto, including but not limited to the General Terms and Conditions attached as Exhibit A thereto (and the Confidentiality obligations thereunder). This Confirmation may be executed in counterparts and delivered by e-mail or fax, and each counterpart so delivered shall constitute an original, and together constituting one instrument.

SUNCOR ENERGY (U.S.A.) INC.

By:_____

Print Name:_____Kendall Carbone_____

Title:___Director, Sales & Marketing_____

WESTERN CONVENIENCE

By: _Chri Wehrle_

Print Name: _Chris Vehrle_

Title: _Fuel Manager_

## CONFIRMATION OF PURCHASE/SALE AGREEMENT

 **SUNCOR** ENERGY

Date: December 21, 2009
Contract No: WCS-1L020

**To:**  Western Convenience
6746 S. Parkway #125
Centennial, CO  80112

**From:**  Suncor Energy (U.S.A.) Inc.
7800 E. Orchard Road, Suite 300
Greenwood Village, CO 80111

Representative: Angelia Spillman
Phone Number:  303 706-0340
Fax Number:  303 706-0345
e-mail address: Angelia@westernconveniencestores.com

Representative:  Steve Moss
Phone Number:  303 793-8027
Fax Number:  303 793-8003
e-mail address:  SMoss@Suncor.com

The following confirms the terms of the agreement entered into on December 21, 2009 by and between Suncor Energy (U.S.A.) Inc. ("Suncor") and Western Convenience, a Colorado Corporation ("Counterparty"), upon which Suncor agrees to sell and deliver, and Counterparty agrees to purchase and receive, the quantity of Product(s) under the terms set forth below:

1. <u>Term:</u>   The term of this agreement shall commence on January 1, 2010 and terminate on January 31, 2010.

2. <u>Product(s):</u>   SUB/RUL - E-10 - RUL – PUL - #2 ULSD

3. <u>Specifications:</u>  Seasonal ASTM specifications.

4. <u>Quantity:</u>   SUB/RUL - E-10 –  100,000 bls – Denver / Dupont
SUB/RUL - E-10 –  40,000 bls – Fountain
PUL -    6,000 – Fountain / Dupont

#2 ULSD – 30,000 bls

5. <u>Price:</u>   Clear Gasoline – Suncor U Rack Less 3.5 CPG

E-10 -   Suncor U Rack Less 4.5 CPG

#2ULSD - Suncor U Rack less 4.0 CPG

**PIPELINE DELIVERIES TO BE NET 3**

Spot deal for December SUB/RUL - E-10 and #2 ULSD

All prices in U.S. dollars.  Counterparty shall pay all applicable taxes in addition to the price of the Products as specifically set forth in <u>Section 6</u> of the General Terms and Conditions.

6. <u>Delivery Point/Title:</u>  Denver / Fountain / Grand Junction
Gasoline shipped to Dupont on W/C account.  Diesel by truck from Denver West/Grand Juntion/Fountain

7. <u>Payment:</u>   Counterparty will pay PIPELINE DELIVERIES= N3  – N10 FOR RACK LIFTINGS

8. <u>Credit:</u>   Counterparty agrees that if Suncor elects to extend any credit to Counterparty under this Agreement, such extension of credit shall be on such terms as Suncor shall specify, in its sole discretion, and that Counterparty shall be required to obtain and maintain a Letter of Credit in an amount and with a financial institution approved by Suncor. Suncor reserves the right to modify or withdraw any credit or credit terms at any time without notice to Counterparty.

Suncor_WCS 00005541

17

CONFIRMATION OF PURCHASE/SALE AGREEMENT



Date: December 21, 2009
Contract No: WCS-1L020

This Confirmation is entered into pursuant to and is governed by the Master Product Purchase and Sale Agreement between the parties hereto, including but not limited to the General Terms and Conditions attached as Exhibit A thereto (and the Confidentiality obligations thereunder). This Confirmation may be executed in counterparts and delivered by e-mail or fax, and each counterpart so delivered shall constitute an original, and together constituting one instrument.

SUNCOR ENERGY (U.S.A.) INC.

By: _Kendall Carbone_ 12-30-09

Print Name:____Kendall Carbone____

Title:___Director, Sales & Marketing___

WESTERN CONVENIENCE

By: _Chris Wehrle_

Print Name: _Chris Wehrle_

Title: _Fuel Manager_

Suncor_WCS 00005542

**CONFIRMATION OF PURCHASE/SALE AGREEMENT**



**SUNCOR**
CONFIDENTIAL

Date:   February 2, 2010
Contract No:  WCS-1A088

| | | | |
|---|---|---|---|
| **To:** | Western Convenience<br>6746 S. Parkway #125<br>Centennial, CO 80112 | **From:** | Suncor Energy (U.S.A.) Inc.<br>7800 E. Orchard Road, Suite 300<br>Greenwood Village, CO 80111 |

Representative: Angelia Spillman
Phone Number: 303 706-0340
Fax Number:    303 706-0345
e-mail address:  Angelia@westernconveniencestores.com

Representative: Steve Moss
Phone Number: 303 793-8027
Fax Number:    303 793-8003
e-mail address:  SMoss@Suncor.com

The following confirms the terms of the agreement entered into on February 2, 2010 by and between Suncor Energy (U.S.A.) Inc. ("Suncor") and Western Convenience, a Colorado Corporation ("Counterparty"), upon which Suncor agrees to sell and deliver, and Counterparty agrees to purchase and receive, the quantity of Product(s) under the terms set forth below:

1. <u>Term</u>:          The term of this agreement shall commence on February 1, 2010 and terminate on February 28, 2010.

2. <u>Product(s)</u>:     E-10  -  PUL - #2 ULSD

3. <u>Specifications</u>:  Seasonal ASTM specifications.

4. <u>Quantity</u>:      E-10 –    40,000 bls – Denver
                  E-10 –    20,000 bls – Fountain
                  E-10 –    10,000 bls – Fruita

                  CLEAR - 20,000 bls – DuPont

                  PUL -     5,000 bls - DuPont

                  #2 ULSD – 30,000 bls

5. <u>Price</u>:         Clear Gasoline – Suncor U Rack Less 3.5 CPG

                  E-10 -      Suncor U Rack Less 4.5 CPG

                  #2ULSD - Suncor U Rack less 4.0 CPG

                  Spot deal for FEBRUARY

                  All prices in U.S. dollars.  Counterparty shall pay all applicable taxes in addition to the price of the Products as specifically set forth in <u>Section 6</u> of the General Terms and Conditions.

6. <u>Delivery Point/Title</u>:   Denver / Fountain / Grand Junction
                  Gasoline shipped to Dupont on W/C account.  Diesel by truck from Denver West/Grand Juntion/Fountain

7. <u>Payment</u>:      Pipeline will be priced rack less 3.5 for clear and PUL, N-3 TERMS

8. <u>Credit</u>:        Counterparty agrees that if Suncor elects to extend any credit to Counterparty under this Agreement, such extension of credit shall be on such terms as Suncor shall specify, in its sole discretion, and that Counterparty shall be required to obtain and maintain a Letter of Credit in an amount and with a financial institution approved by Suncor.  Suncor reserves the right to modify or withdraw any credit or credit terms at any time without notice to Counterparty.

Suncor_WCS 00005579

18



## CONFIRMATION OF PURCHASE/SALE AGREEMENT



Date:  February 2, 2010
Contract No:  WCS-1A088

This Confirmation is entered into pursuant to and is governed by the Master Product Purchase and Sale Agreement between the parties hereto, including but not limited to the General Terms and Conditions attached as Exhibit A thereto (and the Confidentiality obligations thereunder). This Confirmation may be executed in counterparts and delivered by e-mail or fax, and each counterpart so delivered shall constitute an original, and together constituting one instrument.

**SUNCOR ENERGY (U.S.A.) INC.**                    **WESTERN CONVENIENCE**

By:_____                   By: _____

Print Name:_____Kendall Carbone_____        Print Name: _____

Title:___Director,Rack Forward Sales_____     Title:_____

Suncor_WCS 00005580

## CONFIRMATION OF PURCHASE/SALE AGREEMENT



SUNCOR
CONFIDENTIAL

Date March 12, 2010
Contract No: WCS-09B060

**To:**  Western Convenience
6746 S. Parkway #125
Centennial, CO 80112

**From:**  Suncor Energy (U.S.A.) Inc.
7800 E. Orchard Road, Suite 300
Greenwood Village, CO 80111

Representative:
Phone Number:  303 706-0340
Fax Number:  303 706-0345
e-mail address:

Representative:  Steve Moss
Phone Number:  303 793-8027
Fax Number:  303 793-8003
e-mail address:  SMoss@Suncor.com

The following confirms the terms of the agreement entered into on February 2, 2010 by and between Suncor Energy (U.S.A.) Inc. ("Suncor") and Western Convenience, a Colorado Corporation ("Counterparty"), upon which Suncor agrees to sell and deliver, and Counterparty agrees to purchase and receive, the quantity of Product(s) under the terms set forth below:

1. **Term:**  The term of this agreement shall commence on March 1, 2010 and terminate on March 31, 2010.

2. **Product(s):**  E-10 - UNL - PUL - #2 ULSD

3. **Specifications:**  Seasonal ASTM specifications.

4. **Quantity:**  E-10 10000 bls Fountain And Fruita
Clear 25,000 bbl—Dupont

    #2 ULSD – 10,000 bls

5. **Price:**  Clear Gasoline – Suncor U Rack Less 3.5 CPG

    E-10 -  Suncor U Rack Less 4.5 CPG

    #2ULSD - Suncor U Rack less 4.0 CPG

    Spot deal for March

    All prices in U.S. dollars.  Counterparty shall pay all applicable taxes in addition to the price of the Products as specifically set forth in Section 6 of the General Terms and Conditions.

6. **Delivery Point/Title:**  Denver / Fountain / Grand Junction
Gasoline shipped to Dupont on W/C account.  Diesel by truck from Denver West/Grand Juntion/Fountain

7. **Payment:**  Pipeline will be priced rack less 3.5 for clear and PUL, N-3 TERMS

8. **Credit:**  Counterparty agrees that if Suncor elects to extend any credit to Counterparty under this Agreement, such extension of credit shall be on such terms as Suncor shall specify, in its sole discretion, and that Counterparty shall be required to obtain and maintain a Letter of Credit in an amount and with a financial institution approved by Suncor.  Suncor reserves the right to modify or withdraw any credit or credit terms at any time without notice to Counterparty.

19

## CONFIRMATION OF PURCHASE/SALE AGREEMENT



Date March 12, 2010
Contract No:  WCS-09B060

This Confirmation is entered into pursuant to and is governed by the Master Product Purchase and Sale Agreement between the parties hereto, including but not limited to the General Terms and Conditions attached as Exhibit A thereto (and the Confidentiality obligations thereunder). This Confirmation may be executed in counterparts and delivered by e-mail or fax, and each counterpart so delivered shall constitute an original, and together constituting one instrument.

SUNCOR ENERGY (U.S.A.) INC.                          WESTERN CONVENIENCE

By:  _Kendall Carbone  3/22/10_                      By:  _Chris Wehrle_

Print Name:___Kendall Carbone___                     Print Name: _Chris Wehrle_

Title:___Director,Rack Forward Sales___              Title: _Fuel Manager_

Suncor_WCS 00005540

CONFIRMATION OF PURCHASE/SALE AGREEMENT



**SUNCOR**
CONFIDENTIAL

Date March 31, 2010
Contract No:  WCS-1C006

**To:**  Western Convenience
6746S. Parkway #125
Centennial, CO 80112

**From:**  Suncor Energy (U.S.A.) Inc.
7800 E. Orchard Road, Suite 300
Greenwood Village, CO 80111

Representative: Chris Wehrle
Phone Number: 303 706-0340
Fax Number:   303 706-0345
e-mail address: Chris.W@ western Convenienceestores.com

Representative: Steve Moss
Phone Number: 303 793-8027
Fax Number:   303 793-8003
e-mail address: SMoss@Suncor.com

The following confirms the terms of the agreement entered into on March 31, 2010 by and between Suncor Energy (U.S.A.) Inc. ("Suncor") and Western Convenience, a Colorado Corporation ("Counterparty"), upon which Suncor agrees to sell and deliver, and Counterparty agrees to purchase and receive, the quantity of Product(s) under the terms set forth below:

1. <u>Term:</u>   The term of this agreement shall commence on April 1, 2010 and terminate on April 30, 2010.

2. <u>Product(s):</u>   E-10 - #2 ULSD

3. <u>Specifications:</u>   Seasonal ASTM specifications.

4. <u>Quantity:</u>   E-10 - 70,000 BLS - Denver
- 20,000 BLS - Fountain
- 10,000 BLS - Fruita

#2 ULSD – 15,000 BLS

5. <u>Price:</u>   E-10 -   Suncor U Rack Less 4.5 CPG

#2ULSD - Suncor U Rack less 4.0 CPG

Spot deal for April

All prices in U.S. dollars.  Counterparty shall pay all applicable taxes in addition to the price of the Products as specifically set forth in <u>Section 6</u> of the General Terms and Conditions.

6. <u>Delivery Point/Title:</u>   Denver / Fountain / Grand Junction
Gasoline shipped to Dupont on W/C account.  Diesel by truck from Denver West/Grand Juntion/Fountain

7. <u>Payment:</u>   Net 10 terms - N-3 Pipeline

8. <u>Credit:</u>   Counterparty agrees that if Suncor elects to extend any credit to Counterparty under this Agreement, such extension of credit shall be on such terms as Suncor shall specify, in its sole discretion, and that Counterparty shall be required to obtain and maintain a Letter of Credit in an amount and with a financial institution approved by Suncor.  Suncor reserves the right to modify or withdraw any credit or credit terms at any time without notice to Counterparty.

This Confirmation is entered into pursuant to and is governed by the Master Product Purchase and Sale Agreement between the parties hereto, including but not limited to the General Terms and Conditions attached as Exhibit A thereto (and the

Suncor_WCS 00005577

20

### CONFIRMATION OF PURCHASE/SALE AGREEMENT



Date March 31, 2010
Contract No:  WCS-1C006

Confidentiality obligations thereunder). This Confirmation may be executed in counterparts and delivered by e-mail or fax, and each counterpart so delivered shall constitute an original, and together constituting one instrument.

**SUNCOR ENERGY (U.S.A.) INC.**                    **WESTERN CONVENIENCE**

By:_____                By:_____

Print Name:_____Kendall Carbone_____        Print Name:_____

Title:___Director,Rack Forward Sales____         Title:_____

Suncor_WCS 00005578

CONFIRMATION OF PURCHASE/SALE AGREEMENT



Date: May 3, 2010
Contract No: WCS-1D029

To:   Western Convenience
       674 S. Parkway #125
       Centennial, CO 80112

From:   Suncor Energy (U.S.A.) Inc.
           7800 E. Orchard Road, Suite 300
           Greenwood Village, CO 80111

Representative: Chris Wehrle
Phone Number: 303 706-0340
Fax Number:    303 706-0345
e-mail address: chris.w@iwesternconveniencestores.com

Representative: Steve Moss
Phone Number: 303 793-8027
Fax Number:    303 793-8003
e-mail address: SMoss@Suncor.com

The following confirms the terms of the agreement entered into on May 3, 2010 by and between Suncor Energy (U.S.A.) Inc. ("Suncor") and Western Convenience, a Colorado Corporation ("Counterparty"), upon which Suncor agrees to sell and deliver, and Counterparty agrees to purchase and receive, the quantity of Product(s) under the terms set forth below:

1. **Term:**  The term of this agreement shall commence on May 1, 2010 and terminate on May 31, 2010.

2. **Product(s):**  E-10 - Clear - #2 ULSD

3. **Specifications:**  Seasonal ASTM specifications.

4. **Quantity:**  E-10 - 50,000 BLS - Denver
                        - 10,000 BLS - Fountain
                        - 10,000 BLS - Fruita

   Clear - 15,000 BLS RUL/5000 PUL (FTNP/L)

   #2 ULSD - 10,000 BLS

5. **Price:**  E-10 -   Suncor U Rack Less 4.5 CPG

   Clear -   Suncor U Rack Less 4.0 CPG

   #2ULSD - Suncor U Rack less 4.0 CPG

   Spot deal for May

   All prices in U.S. dollars. Counterparty shall pay all applicable taxes in addition to the price of the Products as specifically set forth in Section 6 of the General Terms and Conditions.

6. **Delivery Point/Title:**  Denver / Fountain / Fruita / Grand Junction
   Gasoline shipped to Dupont on W/C account. Diesel by truck from Denver West/Grand Juntion/Fountain

7. **Payment:**  Net 10 terms - N-3 Pipeline

8. **Credit:**  Counterparty agrees that if Suncor elects to extend any credit to Counterparty under this Agreement, such extension of credit shall be on such terms as Suncor shall specify, in its sole discretion, and that Counterparty shall be required to obtain and maintain a Letter of Credit in an amount and with a financial institution approved by Suncor. Suncor reserves the right to modify or withdraw any credit or credit terms at any time without notice to Counterparty.

21

CONFIRMATION OF PURCHASE/SALE AGREEMENT



Date:  May 3, 2010
Contract No:  WCS-1D029

This Confirmation is entered into pursuant to and is governed by the Master Product Purchase and Sale Agreement between the parties hereto, including but not limited to the General Terms and Conditions attached as Exhibit A thereto (and the Confidentiality obligations thereunder). This Confirmation may be executed in counterparts and delivered by e-mail or fax, and each counterpart so delivered shall constitute an original, and together constituting one instrument.

SUNCOR ENERGY (U.S.A.) INC.

By: _Kendall Carbone 5/13/10_

Print Name: _____Kendall Carbone_____

Title: ___Director,Rack Forward Sales___

WESTERN CONVENIENCE

By: _____

Print Name: ___Chris Wehrle___

Title: __Fuel Manager__

CONFIRMATION OF PURCHASE/SALE AGREEMENT



Date: August 27, 2010
Contract No: WCS-1H064

To:   Western Convenience
      6746 S. Parkway #125
      Centennial, CO 80112

From:   Suncor Energy (U.S.A.) Inc.
        7800 E. Orchard Road, Suite 300
        Greenwood Village, CO 80111

Representative: Chris Wehrle
Phone Number:  303 706-0340
Fax Number:    303 706-0345
e-mail address: chris.w@westernconveniencestores.com

Representative: Steve Moss
Phone Number:  303 793-8027
Fax Number:    303 793-8003
e-mail address: SMoss@Suncor.com

The following confirms the terms of the agreement entered into on August 27, 2010 by and between Suncor Energy (U.S.A.) Inc. ("Suncor") and Western Convenience, a Colorado Corporation ("Counterparty"), upon which Suncor agrees to sell and deliver, and Counterparty agrees to purchase and receive, the quantity of Product(s) under the terms set forth below:

1. **Term:**           The term of this agreement shall commence on August 27, 2010 and terminate on October 20, 2010.

2. **Product(s):**     Gasoline Rul Clear – Pul Clear

3. **Specifications:** Seasonal ASTM specifications.

4. **Quantity:**       2,500 BLS

5. **Price:**          Suncor Unbranded E-10 Posting Less 4.5 CPG

                       All prices in U.S. dollars.  Counterparty shall pay all applicable taxes in addition to the price of the Products as specifically set forth in Section 6 of the General Terms and Conditions.

6. **Delivery Point/Title:**  Gasoline shipped to Dupont on W/C account.

7. **Payment:**        Net 10 terms - N-3 Pipeline

8. **Credit:**         Counterparty agrees that if Suncor elects to extend any credit to Counterparty under this Agreement, such extension of credit shall be on such terms as Suncor shall specify, in its sole discretion, and that Counterparty shall be required to obtain and maintain a Letter of Credit in an amount and with a financial institution approved by Suncor.  Suncor reserves the right to modify or withdraw any credit or credit terms at any time without notice to Counterparty.

This Confirmation is entered into pursuant to and is governed by the Master Product Purchase and Sale Agreement between the parties hereto, including but not limited to the General Terms and Conditions attached as Exhibit A thereto (and the Confidentiality obligations thereunder). This Confirmation may be executed in counterparts and delivered by e-mail or fax, and each counterpart so delivered shall constitute an original, and together constituting one instrument.

SUNCOR ENERGY (U.S.A.) INC.                    WESTERN CONVENIENCE

By: _____                    By: _____

Print Name: ____Kendall Carbone____            Print Name: ___Chris Wehrle___

Title: ___Director, Rack Forward Sales___      Title: ___Fuel Manager___

22



August 19, 2010

PRICING
SEUSA RACK PRICING
DENVER  CO 80112
UNITED STATES

Suncor Energy (USA) Inc
7800 E. Orchard Rd., Suite 300
GREENWOOD VILLAGE CO 80111
UNITED STATES

CONFIDENTIAL

PRICE CHANGE NOTIFICATION
Contract Number: 40002529
Currency in USD / USG
Effective Date: August 19, 2010 18:00:00

| Product | Old Price | New Price | Price Change | Mode of Transport |
|---|---|---|---|---|
| **Pickup from: Suncor West Plant Terminal** | | | | |
| #1D 15PPM SULFUR MV DIESEL FUEL | 2.4750 | 2.4750 | 0.0000 | _-4.5 cents_ |
| #2D DYED 15 PPM SULFUR PREM DIESEL FUEL | 2.3585 | 2.3585 | 0.0000 | |
| #2D DYED 15 PPM SULFUR DIESEL FUEL | 2.3300 | 2.3300 | 0.0000 | |
| GASOLINE UNL CONV 85 10% ETH 7.8 RVP G | 2.1650 | 2.1650 | 0.0000 | _2.12_ |
| GASOLINE UNL CONV 87 10% ETH 7.8 RVP G | 2.2550 | 2.2550 | 0.0000 | |
| GASOLINE UNL CONV 91 10% ETH 7.8 RVP G | 2.3650 | 2.3650 | 0.0000 | _2.32_ |
| #2D 15 PPM SULFUR MV DIESEL FUEL | 2.3250 | 2.3250 | 0.0000 | |
| #1D DYED 15 PPM SULFUR DIESEL FUEL | 2.4800 | 2.4800 | 0.0000 | |
| #2D 15PPM SULFUR MV PREMIUM DIESEL FUEL | 2.3550 | 2.3550 | 0.0000 | |
| BIODIESEL #2ULSD B2 CLEAR | 2.3450 | 2.3450 | 0.0000 | |
| BIODIESEL #2ULSD B2 DYED | 2.3500 | 2.3500 | 0.0000 | |
| BIODIESEL #2ULSD B5 CLEAR | 2.3750 | 2.3750 | 0.0000 | |
| BIODIESEL #2ULSD B5 DYED | 2.3800 | 2.3800 | 0.0000 | |
| BIODIESEL #2ULSD B10 CLEAR | 2.4250 | 2.4250 | 0.0000 | |
| BIODIESEL #2ULSD B10 DYED | 2.4300 | 2.4300 | 0.0000 | |
| BIODIESEL #2ULSD B20 CLEAR | 2.5250 | 2.5250 | 0.0000 | |
| BIODIESEL #2ULSD B20 DYED | 2.5300 | 2.5300 | 0.0000 | |
| LM DIESEL FUEL | 2.3050 | 2.3050 | 0.0000 | |
| **Pickup from: Giant Refining Co Bloomfield T** | | | | |
| GASOLINE UNL CONV 85 G | 2.3400 | 2.3250 | 0.0150- | |
| GASOLINE UNL CONV 87 G | 2.4300 | 2.4150 | 0.0150- | |

Version 000001 Page 1 of 3

## CONFIRMATION OF PURCHASE/SALE AGREEMENT



SUNCOR
CONFIDENTIAL

Date:  January 31, 2011
Contract No:  WCS-1A043

**To:**  Western Convenience
6746 S. Parkway # 125
Centennial, CO 80112

**From:**  Suncor Energy (U.S.A.) Inc.
7800 E. Orchard Road, Suite 300
Greenwood Village, CO 80111

Representative:  Chris Wehrle
Phone Number:  303 706-0340
Fax Number:  303 706-0345
e-mail address:  chris.w@westernconveniencestores.com

Representative:  Steve Moss
Phone Number:  303 793-8027
Fax Number:  303 793-8003
e-mail address:  SMoss@Suncor.com

The following confirms the terms of the agreement entered into on January 31, 2010 by and between Suncor Energy (U.S.A.) Inc. ("Suncor") and Western Convenience, a Colorado Corporation ("Counterparty"), upon which Suncor agrees to sell and deliver, and Counterparty agrees to purchase and receive, the quantity of Product(s) under the terms set forth below:

1. <u>Term:</u>        The term of this Spot agreement shall commence on February 1, 2011 and terminate on April 30, 2011.

2. <u>Product(s):</u>     E-10
#2 ULSD

3. <u>Specifications:</u>   Seasonal ASTM specifications.

4. <u>Quantity:</u>       E-10:  30,000 BLS/per month
#2 ULSD:  5,000 BLS/per month

5. <u>Price:</u>        E-10:           SUNCOR  U E-10 LESS 4.5CPG

            #2 ULSD:       SUNCOR  U RACK LESS 4CPG

            All prices in U.S. dollars.  Counterparty shall pay all applicable taxes in addition to the price of the Products as specifically set forth in <u>Section 6</u> of the General Terms and Conditions.

6. <u>Delivery Point/Title:</u>   SUNCOR EAST/WEST RACK VIA TRUCK

7. <u>Payment:</u>       Net 10 terms

8. <u>Credit:</u>        Counterparty agrees that if Suncor elects to extend any credit to Counterparty under this Agreement, such extension of credit shall be on such terms as Suncor shall specify, in its sole discretion, and that Counterparty shall be required to obtain and maintain a Letter of Credit in an amount and with a financial institution approved by Suncor.  Suncor reserves the right to modify or withdraw any credit or credit terms at any time without notice to Counterparty.

Suncor_WCS 00005572

23



## CONFIRMATION OF PURCHASE/SALE AGREEMENT



Date:  January 31, 2011
Contract No:  WCS-1A043

This Confirmation is entered into pursuant to and is governed by the Master Product Purchase and Sale Agreement between the parties hereto, including but not limited to the General Terms and Conditions attached as Exhibit A thereto (and the Confidentiality obligations thereunder). This Confirmation may be executed in counterparts and delivered by e-mail or fax, and each counterpart so delivered shall constitute an original, and together constituting one instrument.

**SUNCOR ENERGY (U.S.A.) INC.**                    **WESTERN CONVENIENCE**

By:_____                     By: _____

Print Name:_____Steve Ewing_____               Print Name: _____

Title:____Director,Rack Forward Sales_____       Title:_____

Date:_____                   Date:_____

Suncor_WCS 00005573

CONFIRMATION OF PURCHASE/SALE AGREEMENT



Date: January 31, 2011
Contract No: WCS-1A043

To:   Western Convenience
      8745 E. Parkway #125
      Centennial, CO 80112

From:   Suncor Energy (U.S.A.) Inc.
        7800 E. Orchard Road, Suite 300
        Greenwood Village, CO 80111

Representative:   Chris Weloin
Phone Number:   303-706-0340
Fax Number:   303-706-0345
e-mail address:   chris.w@westernconveniencestores.com.

Representative:   Steve Moss
Phone Number:   303-705-6277
Fax Number:   303-705-6691
e-mail address:   SMoss@suncor.com

The following confirms the terms of the agreement entered into on January 31, 2010 between Suncor Energy (U.S.A.) Inc. ("Suncor") and Western Convenience, a Colorado Corporation ("Counterparty"). Suncor agrees to sell and deliver, and Counterparty agrees to purchase and receive, the quantity of Product(s) under the terms set forth below:

1. **Term:**   The term of this Spot agreement shall commence on February 1, 2011 and terminate on April 30, 2011.

2. **Product(s):**   E-10
                     #2 ULSD

3. **Specification:**   Seasonal ASTM specifications.

4. **Quantity:**   E-10: 30,000 BLS/per month
                   #2 ULSD: 5,000 BLS/per month

5. **Price:**   E-10:   SUNCOR U R-10 LESS 4.5CPG
                #2 ULSD:   SUNCOR U RACK LESS 4CPG

   All prices in U.S. dollars. Counterparty shall pay all applicable taxes in addition to the price of the Products as specifically set forth in Section 4 of the General Terms and Conditions.

6. **Delivery Point/Titler:**   SUNCOR EAST/WEST RACK VIA TRUCK

7. **Payment:**   Net 10 terms

8. **Credit:**   Counterparty agrees that if Suncor elects to extend any credit to Counterparty under this Agreement, such extension of credit shall be on such terms as Suncor shall specify in its sole discretion, and that Counterparty shall be required to obtain and maintain a Letter of Credit in its account and with a financial institution approved by Suncor. Suncor reserves the right to modify or withdraw any credit or credit terms at any time without notice to Counterparty.

2011. 0295

CONFIRMATION OF PURCHASE/SALE AGREEMENT

**SUNCOR**
CONFIDENTIAL

Date:  January 31, 2011
Contract No:  WCS-1A043

This Confirmation is entered into pursuant to and is governed by the Master Product Purchase and Sale Agreement between the parties hereto, including but not limited to the General Terms and Conditions attached as Exhibit A thereto (and the Confidentiality obligations thereunder). This Confirmation may be executed in counterparts and delivered by e-mail or fax, and each counterpart so delivered shall constitute an original, and together constituting one instrument.

SUNCOR ENERGY (U.S.A.) INC.

By: _____

Print Name: Steve Ewing

Title: Director Rack Forward Sales

Date: 4-26-11

WESTERN CONVENIENCE

By: _____

Print Name: Chris Wehrle

Title: Fuel Manager

Date: 4/22/2011