| | |
|---|---|
| From: | Piscatelli, James </O=SUNCOR_INC/OU=OSG/CN=RECIPIENTS/CN=JPISCATELLI> |
| Sent: | Tuesday, September 14, 2010 1:11 PM |
| To: | Carbone, Kendall <KCarbone@Suncor.com>; Moss, Steve <SMoss@suncor.com>; Ewing, Steven J. <SEwing@Suncor.com> |
| Cc: | Thonen, Nancy <NThonen@Suncor.com> |
| Subject: | Re: Gasoline sales |

Valero's liftings will be back up today, but they are not the answer to our problems.

Would dropping our UB posting 5cpg more vs branded (making it a total of 8cpg) get it done? Are the branded guys lifting inline? Do we need to look at moving the branded price?

----- Original Message -----
From: Carbone, Kendall
To: Piscatelli, James; Moss, Steve; Ewing, Steven J.
Cc: Thonen, Nancy
Sent: Tue Sep 14 13:04:21 2010
Subject: RE: Gasoline sales

Also - I do think we need to remove all allocations but I don't think it will do anything to our sales because the UB guys have not even been coming close to lifting what they allocation numbers have been since we really ratched them back. I think this is all about price right now and so I guess we could throw out an even bigger off invoice discount to get them to lift or we could get our UB rack price more in line with Sinclair and Frontier. Either way, I think we are going to have to do something to stimulate sales. The street margins are awful right now - two of our branded guys told me that even with our 10 cpg discount they are only making a 3 cpg margin and Doug sent me the PVO numbers for retail today and we are at 3cpg for our margin as well. Not a pretty picture.

Steve Moss said Western Convenience is looking for product but I just hate to open up that can of worms and sell to him again. I guess if we get desperate enough we will have to...

When will Valero start lifting what they are supposed to lift?

Kendall K. Carbone
Director of Rack Forward Sales
kcarbone@suncor.com
(303) 793-8077 - Phone
(303) 885-9070 - Cell
(303) 793-8004 - Fax


-----Original Message-----
From: Piscatelli, James
Sent: Tuesday, September 14, 2010 12:59 PM
To: Carbone, Kendall; Moss, Steve; Ewing, Steven J.
Cc: Thonen, Nancy
Subject: Re: Gasoline sales

If we need to drop the price another 5cpg do we need to look to the LP to see if reducing crude runs might be the better option (I am not saying it is, but it might be a worthwhile exercise)?

would you like me to drop UB price another 5cpg vs branded today?


----- Original Message -----
From: Carbone, Kendall
To: Piscatelli, James; Moss, Steve; Ewing, Steven J.
Sent: Tue Sep 14 12:54:37 2010
Subject: RE: Gasoline sales

Exhibit 5

Carbone 11/2/12

Deposition Exhibit 86

Yes - that is what I am saying is that I think they are offering off invoice discounts as well - I just am not certain that they are the full 10cpg but clearly none of our UB guys are lifting from us so I think that this has to be price driven if they are still not pulling even with our 10 cpg off invoice discounts.

Kendall K. Carbone
Director of Rack Forward Sales
kcarbone@suncor.com
(303) 793-8077 - Phone
(303) 885-9070 - Cell
(303) 793-8004 - Fax


-----Original Message-----
From: Piscatelli, James
Sent: Tuesday, September 14, 2010 12:53 PM
To: Carbone, Kendall; Moss, Steve; Ewing, Steven J.
Subject: Re: Gasoline sales

We are that far above them after the 10 cpg discount?

----- Original Message -----
From: Carbone, Kendall
To: Piscatelli, James; Ewing, Steven J.
Cc: Moss, Steve
Sent: Tue Sep 14 12:51:35 2010
Subject: RE: Gasoline sales

We probably need to get more competitively priced on the UB product as well - we are 4 and 5 cpg above Sinclair and Frontier - I think they are also giving off-invoice discounts so I doubt if we will move much if we don't get more competive. Steve Moss - what did you hear as far as their off invoice discounting?

Kendall K. Carbone
Director of Rack Forward Sales
kcarbone@suncor.com
(303) 793-8077 - Phone
(303) 885-9070 - Cell
(303) 793-8004 - Fax


-----Original Message-----
From: Piscatelli, James
Sent: Tuesday, September 14, 2010 10:49 AM
To: Carbone, Kendall; Ewing, Steven J.
Subject: Gasoline sales

We had another day of sales less than 30,000bbls yesterday (not including ethanol). Have all allocations been removed? Based on listening to Ben he is getting worried if we stay at these sales levels we will be full at the end of the month.