## Katherine Bell

**From:** Moss, Steve [IMCEAEX-_O=SUNCOR+5FINC_OU=OSG_CN=AD+20OBJECTS_CN=SUNCOR+20ENERGY+20USA_CN=USERS+20AND+20GROUPS_CN=SMOSS@Suncor.com]
**Sent:** Thursday, April 21, 2011 7:12 PM
**To:** Lingnau, Aaron W.; Ewing, Steven J.
**Subject:** Fw: gasoline

Per steve please open dats back up

---

**From:** Ewing, Steven J.
**Sent:** Thursday, April 21, 2011 05:27 PM
**To:** Moss, Steve; Vejnar, Doug R.
**Subject:** Fw: gasoline

I agree with Dick. I know there is other ways to hit our target number. Western convenience can be shut off due to no contract.. Please open Dats back up to our commitment..
I need to return a call to Dick in the next 45 min..

----------------------------
Sent from my BlackBerry Wireless Handheld

---

**From:** Dick Pryor [mailto:dpryor@datstrucking.com]
**Sent:** Thursday, April 21, 2011 03:47 PM
**To:** Moss, Steve
**Cc:** Ewing, Steven J.; Vejnar, Doug R.
**Subject:** Re: gasoline


-- Steve

Early this month during Liz and my meeting with you, you told me if i did not use my allocation (1,000 barrels per day) i would lose it. We have faithfully pulled my allocation daily, we have made commitments in order to move this allocation, now you are cutting me down to 2 loads a day, how am i going to honor the commitments i made, when you constantly change my daily allocation.

You told us that you had plenty of supply, to last through the refinery up grade, that you had bought product on the outside to keep up with your commitments.

What has happened to change that?

Dick


Dick Pryor, Wholesale Fuels
Overland Petroleum
Phone: (307)547-3490
Cell: (307)421-9649
Fax: (307)547-3567
Email: dpryor@datstrucking.com



1

Exhibit 6

Suncor WCS 00045300

On Thu, 21 Apr 2011 11:02:47 -0600
"Moss, Steve" <SMoss@suncor.com> wrote:
We will be allocated to 2 loads per day until further notice in Denver.
we will have no product in Fountain until further notice.

Stephen Moss
Manager Unbranded Sales
Suncor Energy (USA) Inc.
7800 E. Orchard Road
Greenwood Village, CO 80111

Office: 303 793 8027
Cell: 720 201 6801
Fax: 303 793 80004

This email and its contents are private and confidential, for the sole use of the addressees. If you are not an intended recipient, copying, forwarding or other distribution of this email or its contents by any means is prohibited. If you believe that you received this email in error please notify the original sender immediately.

Petro-Canada is a Suncor Energy business.

Ce courriel et son contenu sont priv?s et confidentiels, et sont destin?s ? l'usage exclusif des destinataires. Si vous n'?tes pas le destinataire pr?vu, toute reproduction, transfert ou autre forme de diffusion de ce courriel ou de son contenu par quelque moyen que ce soit est interdit. Si vous croyez avoir re?u ce courriel par erreur, veuillez en aviser l'exp?diteur original imm?diatement.

Petro-Canada est une entreprise de Suncor ?nergie.

**Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank You.

Suncor WCS 00045301