**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation;
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

      Plaintiffs/Counter Defendants,

v.

SUNCOR ENERGY (U.S.A.), INC. a Delaware corporation,

      Defendant/Counter Claimant/Third-Party Plaintiff,

v.

HOSSEIN AND DEBRA LYNN TARAGHI,

      Third-Party Defendants.

_____

**NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPT BY**
**INTERESTED PARTY DILLON COMPANIES, INC.**
_____

Comes now interested party Dillon Companies, Inc. ("Dillon"), by and through its

attorneys, Montgomery Little & Soran, P.C., and submits this Notice of Intent to Request

Redaction to Transcript of Telephonic Discovery Conference Held On December 12,

2012 Before United States Magistrate Judge Craig B. Shaffer (Doc. #197) pursuant to

the Court's Policy Concerning Electronic Availability and Redaction of Transcripts.

1.      On March 13, 2013, Avery Woods Court Reporting filed with the Court a Transcript of Telephonic Discovery Conference Held On December 12, 2012 Before United States Magistrate Judge Craig B. Shaffer (Doc. #197) ("Transcript").

2.      The Transcript includes pricing information between Dillon and Defendant Suncor Energy, U.S.A., Inc.  Details regarding Dillon's fuel purchases from Suncor constitutes sensitive proprietary information because Dillon's purchase history is a direct reflection of Dillon's internal business strategies. *See* Supplemental Declaration of Susan Giannola (Doc. #165-1); Declaration of Chad Thiessen (Doc. #165-2) and Declaration of Ed Sharpe (Doc. #174).

3.      Accordingly, Dillon respectfully gives notice that it intends to file a motion to redact or restrict the Transcript from public access pursuant to the Court's Policy Concerning Electronic Availability and Redaction of Transcripts and/or D.C. Colo. L. Civ. R. 7.2.

Dated:  March 20, 2013.

s/*Michael R. McCormick*
Christopher A. Taravella, #7790
Michael R. McCormick, #33682
Montgomery Little & Soran, P.C.
5445 DTC Parkway, Suite 800
Greenwood Village, Colorado 80111
Phone Number: (303) 773-8100
Fax Number: (303) 220-0412
E-mail:  ctaravella@montgomerylittle.com
        mmccormick@montgomerylittle.com
*Attorney for Dillon Companies, Inc.*
*Interested Party*

2

# CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

Kenneth R. Bennington
Kathleen E. Craigmile
Adam F. Aldrich
Bennington Johnson Biermann &
Craigmile, LLC
370 17th Street, Suite 3500
Denver, CO 80202

Philip Wayne Bledsoe
Joseph T. VanLandingham
Polsinelli Shughart LLP
1515 Wynkoop Street, Suite 600
Denver, CO  80202

Michael Korenblat
Suncor Energy Services, Inc.
717 17th Street, Suite 2900
Denver, CO  80202

William LeitzseyMonts, III
John Robert Robertson
Hogan Lovells US LLP-DC
555 13th Street NW
Columbia Square #1300
Washington DC 20004-1109

Anthony Shaheen
Keeya M. Jeffrey
Holland & Hart LLP-Denver
555 17th Street, Suite 3200
Denver, CO  80201

With copy sent via facsimile to:
Avery Woods Reporting Service, Inc.
455 Sherman Street, Suite 250
Denver, CO 80203
Facsimile: (303) 893-8305

s/ *Michael R. McCormick*
Montgomery Little & Soran, P.C.