**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation;
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs/Counter Defendants,

v.

SUNCOR ENERGY (U.S.A.), INC. a Delaware corporation,

    Defendant/Counter Claimant/Third-Party Plaintiff,

v.

HOSSEIN AND DEBRA LYNN TARAGHI,

    Third-Party Defendants.

_____

**UNOPPOSED MOTION BY INTERESTED NON-PARTY DILLON COMPANIES, INC. TO FILE RESPONSE TO PLAINTIFFS' RESPONSE (DOC. #193) TO SUNCOR'S MOTION TO RESTRICT ACCESS (DOC. #188)**
_____

Comes now interested non-party Dillon Companies, Inc. ("Dillon"), by and through its attorneys, Montgomery Little & Soran, P.C., and submits this Motion for Leave to File Response to Plaintiffs Response (Doc. #193) to Suncor's Motion to Restrict Access (Doc. #188).

1

## Conferral Pursuant to D.C. Colo. L. Civ. R. 7.1(A)

1. In accordance with D.C. Colo. L. Civ. R. 7.1(A), counsel for Dillon certifies that counsel discussed the relief requested in this Motion with Counsel for Plaintiffs Western Convenience Stores, Inc. and Western Truck One, LLC (collectively "Western"). While Western does not oppose the relief requested in this motion (i.e. allowing Dillon leave to file a response to Western's response (Doc. #193) to Suncor's motion to restrict access (Doc. #188), Western does not hereby waive their arguments that the documents at issue in Suncor's Motion to Restrict Access (Doc. #188) should be accessible to the public or produced to Mr. Taraghi. *See* Western's response to Suncor's motion to restrict access (Doc. #193). Additionally, Dillon will not object to Western's seeking the Court's permission to file a reply to Dillon's response. Suncor has no objection to the relief requested in this motion.

## MOTION AND RELIEF SOUGHT

2. On February 8, 2013, Defendant Suncor U.S.A. Energy, Inc. ("Suncor") filed a Motion for Summary Judgment on Western's First and Sixth Claims for Relief and Suncor's Third Affirmative Defense (Doc. #184) and exhibits thereto (Doc. #185) (collectively "Suncor MSJ").

3. On February 12, 2013 Suncor filed an Unopposed Motion to Restrict Access (Doc. #188) to Suncor's MSJ.

4. On March 6, 2013, Western filed a Response (Doc. #193) to Suncor's Unopposed Motion to Restrict Access. Western's response states that although

Western did not originally oppose Suncor's motion to restrict access, Western reconsidered and decided to oppose same.  *See* Doc. #193, p. 2.

5.     D.C. Colo. L. Civ. R. 7.1(C) states in part: "The responding party shall have 21 days after the date of service of a motion, or such lesser or greater time as the court may allow, in which to file a response."

6.     Western's response (Doc. #193) is effectively a motion to allow either public access to Suncor's Motion for Summary Judgment (Doc. #184 and Doc. #185), or to allow access to Mr. Taraghi, notwithstanding the provisions of the Supplemental Protective Order (Doc. #140).  Western's response directly implicates documents and information that Dillon previously produced and designated as "Secret", subject to the Supplemental Protective Order (Doc. #140).  Accordingly, Dillon should be permitted to be heard by the Court regarding these issues.

7.     Dillon has prepared a response to Western's response (Doc. #193) and is contemporaneously filing the same with the Court.

WHEREFORE, Dillon respectfully requests that the Court accept the accompanying response to Western's response (Doc. #193) to Suncor's motion to restrict access (Doc. #188) for filing and consideration.

Dated:  March 27, 2013.

          s/*Michael R. McCormick*
Christopher A. Taravella, #7790
Michael R. McCormick, #33682
Montgomery Little & Soran, P.C.
5445 DTC Parkway, Suite 800
Greenwood Village, Colorado 80111
Phone Number: (303) 773-8100
Fax Number: (303) 220-0412
E-mail:   ctaravella@montgomerylittle.com
       mmccormick@montgomerylittle.com
*Attorney for Dillon Companies, Inc.*
*Interested Non-Party*

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

Kenneth R. Bennington
Kathleen E. Craigmile
Adam F. Aldrich
Bennington Johnson Biermann & Craigmile, LLC
370 17th Street, Suite 3500
Denver, CO 80202

Philip Wayne Bledsoe
Joseph T. VanLandingham
Polsinelli Shughart LLP
1515 Wynkoop Street, Suite 600
Denver, CO 80202

Michael Korenblat
Suncor Energy Services, Inc.
717 17th Street, Suite 2900
Denver, CO 80202

William LeitzseyMonts, III
John Robert Robertson
Hogan Lovells US LLP-DC
555 13th Street NW
Columbia Square #1300
Washington DC 20004-1109

Anthony Shaheen
Keeya M. Jeffrey
Holland & Hart LLP-Denver
555 17th Street, Suite 3200
Denver, CO 80201

          s/ *Deborah Harant*
          Montgomery Little & Soran, P.C.