# MONTGOMERY LITTLE & SORAN, PC
Attorneys at Law

MICHAEL R. MCCORMICK
303.779.2721
mmccormick@montgomerylittle.com

**CONFIDENTIAL SETTLEMENT NEGOTIATIONS
SUBJECT TO F.R.E. 408 WITHOUT PREJUDICE**

**CONFIDENTIAL/HIGHLY CONFIDENTIAL/SECRET
SUBJECT TO ORIGINAL AND SUPPLEMENTAL
PROTECTIVE ORDERS**

February 12, 2013

Kenneth R. Bennington, Esq.
Bennington Johnson Biermann & Craigmile, LLC
370 17th Street, Suite 3500
Denver, CO 80202

**SENT VIA ELECTRONIC MAIL:** krb@benningtonjohnson.com

RE: *Western Convenience Stores, Inc., et al.* v. *Suncor Energy, Inc.*
Civil Action No. 11-cv-01611-MSK-CBS
United States District Court for the District of Colorado
Our File No.: 1509-147

Dear Mr. Bennington:

Thank you for your e-mail dated February 11, 2013 including a revised draft expert report with your proposed redactions ("Redacted Report"). In response we respectfully request that you: (1) ask Mr. Taraghi to execute the Declarations of Compliance for both the Original Protective Order (Doc. #49) and the Supplemental Protective Order (Doc. #140) if he has not done so already; and (2) designate each page of the Redacted Report as "Confidential – Subject to Original and Supplemental Protective Orders".

Subject to the above, Dillon Companies, Inc. has no objection to your disclosing the Redacted Report to Mr. Taraghi subject to the Original and Supplemental Protective Orders.

**EXHIBIT A**

**MONTGOMERY LITTLE & SORAN, PC**
ATTORNEYS AT LAW

**Confidential – Subject to F.R.E. 408 Without Prejudice**

**Confidential/Highly Confidential/Secret**
**Subject to Supplemental Protective Order**
February 12, 2013
Page 2
Kenneth Bennington, Esq.


      Please call us if you have any questions or concerns regarding this letter. We appreciate your assistance with this matter. Thank you.

                                       Very truly yours,

                                       Montgomery Little & Soran, P.C.

                                       Michael R. McCormick

cc:    Sara Sudkamp, Esq. (via e-mail)

        Christopher A. Taravella, Esq. (via e-mail)

        Kathleen E. Craigmile, Esq. (via e-mail: kec@benningtonjohnson.com)
        (via e-mail)

        Adam Aldrich, Esq. (via e-mail: afa@benningtonjohnson.com)
        (via e-mail)

        Philip Wayne Bledsoe, Esq. (via e-mail: pbledsoe@polsinelli.com)
        (via e-mail)

# Michael McCormick

| | |
|---|---|
| **From:** | Kenneth Bennington <KRB@Benningtonjohnson.com> |
| **Sent:** | Monday, February 11, 2013 3:41 PM |
| **To:** | Michael McCormick |
| **Cc:** | Anthony Shaheen; Adam Aldrich; Jeff McClelland; Kate Craigmile; Marie Newberger; pbledsoe@polsinelli.com |
| **Subject:** | Redacted Glick and Tatos Expert Report for Disclosure to WCS |
| **Attachments:** | Expert Report of Glick and Tatos redacted for WCS.pdf |

Michael,

Kroger's offer as stated in your February 11, 2013 letter is not accepted. Kroger has no right under the Supplemental Protective Order to dictate the conditions under which Mr. Taraghi (or anyone else at WCS who signs the Declaration) can review an expert report from which has been redacted "Confidential" Discovery Material and/or any information derived from such "Confidential Information."

Attached is a copy of the expert report which I have redacted according to the discussions you and I had last week. Please let me know immediately if you find that any agreed-up redactions have not been made.

As this copy does not now contain *Highly Confidential* or *Secret* information or it derivatives, we plan to deliver it to WCS tomorrow.

*KRB*



3500 Republic Plaza | 370 17th Street | Denver | Colorado | 80202 | 303.629.5200 | www.benningtonjohnson.com

CONFIDENTIALITY NOTICE:  This e-mail message, including any attachments, may contain information that is confidential and/or legally privileged and is intended solely for the use of the named recipient.