**Michael McCormick**

| | |
|---|---|
| **From:** | Kenneth Bennington <KRB@Benningtonjohnson.com> |
| **Sent:** | Tuesday, March 19, 2013 10:43 AM |
| **To:** | Michael McCormick |
| **Cc:** | Kate Craigmile; pbledsoe@polsinelli.com; Adam Aldrich; Marie Newberger |
| **Subject:** | RE: WCS v. Suncor - letter dated March 18, 2013 |

Michael,

This is in response to your letter dated March 18, 2013 regarding redaction of the Suncor antitrust motion for summary judgment and related documents.

For the reasons set forth in the WCS response to the Suncor Motion to Restrict Access, the motion for summary judgment is virtually certain to become a matter of public record.  Accordingly, we see nothing to be gained in a lengthy and largely futile process of redaction.  Moreover, as Kroger has been repeatedly warned by Judge Schaeffer, trial in this case will be a public proceeding.  Thus, even in the unlikely event that the Court declines to make the summary judgment motion public now, there is no reason from our client's point of view to do what Kroger is suggesting.

Accordingly, WCS declines to accept the approach outlined in your letter.

*KRB*



3500 Republic Plaza | 370 17th Street | Denver | Colorado | 80202 | 303.629.5200 | www.benningtonjohnson.com

CONFIDENTIALITY NOTICE:  This e-mail message, including any attachments, may contain information that is confidential and/or legally privileged and is intended solely for the use of the named recipient.

**From:** Michael McCormick [mailto:mmccormick@montgomerylittle.com]
**Sent:** Monday, March 18, 2013 10:57 AM
**To:** Kenneth Bennington
**Cc:** Kate Craigmile; pbledsoe@polsinelli.com; Adam Aldrich; Marie Newberger
**Subject:** WCS v. Suncor - letter dated March 18, 2013

Secret – Subject to Supplemental Protective Order

Ken:

Please see the attached letter.

**MICHAEL R. MCCORMICK | ATTORNEY**

# EXHIBIT E

MONTGOMERY LITTLE & SORAN, PC
Attorneys at Law

EMAIL        WEB        BIO

5445 DTC PARKWAY, SUITE 800, GREENWOOD VILLAGE, CO 80111-3053
MAIN: 303-773-8100 **|** FAX: 303-220-0412 **|** DIRECT DIAL: 303-779-2721

This e-mail message and any attachments may contain confidential, legally privileged information intended for the exclusive use of the addressee. They may also contain proprietary information or information that is otherwise protected from disclosure by applicable law including without limitation the attorney-client privilege and the attorney work product doctrine for anyone but the intended recipient. Please do not read, copy, or disseminate the information transmitted unless you are the addressee. If you have received this message in error, please call us (collect) at (303) 773-8100 and ask to speak with the message sender. Also, please delete the message from your system. Thank you.