STEPHEN MOSS - JANUARY 30, 2013

Page 246

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado
corporation, WESTERN TRUCK ONE, LLC, a Colorado
limited liability company,

Plaintiffs,

vs.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

Defendant.

vs.

HOSSEIN AND DEBRA LYNN TARAGHI,

Third-Party Defendants.
------------------------------------------------------

VIDEOTAPED DEPOSITION OF STEPHEN MOSS -- VOLUME II
January 30, 2013

------------------------------------------------------

                          Deposition location:
                          370 17th Street, Suite 3500
                          Denver, Colorado

APPEARANCES:

            KATHLEEN E. CRAIGMILE, ESQ.
            KENNETH R. BENNINGTON, ESQ.
            BENNINGTON JOHNSON BIERMANN &
            CRAIGMILE, LLC
            370-17th Street, Suite 3500
            Denver, Colorado 80202

                    and


                    REDACTED TO REMOVE
SECRET HIGHLY CONFIDENTIAL PRICING INFORMATION IRRELEVANT TO THE
                  ISSUES RAISED BY THIS BRIEF.


                          EXHIBIT Q

3a760724-5adf-4f57-b97c-716fd022e733

STEPHEN MOSS - JANUARY 30, 2013

Page 275

1   Q.  All right.  This is a May 16th, 2008
2   e-mail from you to David Wilson at Kroger regarding
3   the Kroger proposal for Denver 2008.  So I assume
4   that it relates to the same proposal that you had
5   just reviewed.  Is that accurate?
6       A.  Correct.
7       Q.  And you say:  David, after further
8   review, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ per gallon is the
9   best pricing we can do.  This reflects the current
10  market and is by far Suncor's best pricing offered in
11  the market.
12      Let me ask you a couple of questions
13  about that.  First, the ▓▓▓▓▓▓▓▓▓▓▓
14  per gallon is -- seems to be a better price than you
15  were offering in the RFP that's marked as Exhibit 73,
16  going down another ▓▓▓▓▓▓ per gallon.
17      A.  73 was the Denver one, correct?
18      Q.  Right.
19      A.  Yes.
20      Q.  Do you recall the discussions that led
21  to you reducing the offered price by another ▓▓
22  ▓▓ per gallon by May 16th?
23      A.  I don't recall the -- what led to me
24  changing the price to ▓▓, no.
25      Q.  Can you say for certain that it was

Page 276

1   based on a conversation with Mr. Wilson?
2       A.  It would have been based on some sort
3   of communication.  Again, what that communication was
4   I don't know.  They don't usually -- a company like
5   this doesn't normally come back and say, hey, you
6   know, give you a second bite of the cherry --
7       Q.  All right.  But at any --
8       A.  -- to say --
9       Q.  But any rate by this time you're
10  offering a slightly better deal to Kroger than you
11  had been in the -- in the --
12      A.  I changed my price to ▓▓ is what this
13  is saying, correct.
14      Q.  Okay.  Then your e-mail says:  This is
15  by far Suncor's best pricing offered in the market.
16      Was that a true statement at that time?
17      A.  If I wrote it, I would have said that,
18  yes, that had to have been a fair statement in
19  regards to -- the way I did these bids -- the way I
20  do all my -- did all my bids -- this would have been
21  about the same as what my other customers were
22  getting depending on the price mechanism.
23      Q.  What would you mean this would have
24  been the same that my other customers were getting
25  depending on the price mechanism?

Page 277

1       A.  If I offered ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
2   ▓▓▓ and I was saying it was my best price, at the
3   time when this bid was out in February of 2008, more
4   than likely the ▓▓▓▓▓▓▓▓▓ cents, ▓▓▓▓
5   whatever I was offering all my other customers,
6   worked out at about the same as this.
7       Q.  Then why would you have said this is by
8   far Suncor's best pricing offered in the market?
9       A.  That was my way of saying this is my
10  best price, I'm not going to -- this is as good as it
11  gets, I'm not going any lower, or I'm not changing my
12  price at this time.
13      Q.  Was it your understanding generally at
14  least going forward that the Kroger entities got a
15  more favorable price than your other unbranded
16  customers in the 2009 and 2010 and 2011 time frame?
17      A.  No, I wouldn't say that was a fair
18  statement.
19      Q.  How about in the 2010 time frame?
20      A.  Without going back and looking at all
21  the market information that I had at that time, I
22  would say no, it was -- it was comparable to what --
23  what our -- what other prices I had out there to
24  other customers.
25      Q.  So you think it was comparable to the

Page 278

1   Western deal?
2       A.  Correct.
3       Q.  All right.  Will you take a look at
4   Deposition Exhibit Number 46, which may or may not be
5   in that notebook?
6       A.  46?
7       Q.  Right.  And that appears to be a
8   contract between Suncor and Dillon dated
9   September 4th, 2009 for fuel and diesel purchases out
10  of Denver and Fountain.
11      Does that look an accurate
12  characterization to you?
13      A.  This is for Dillon, clear gasoline,
14  Denver, Fountain -- correct.
15      Q.  I am not certain that we've seen an RFP
16  for this contract.  Again, do you ever recall doing a
17  contract with Dillon that was not subject to an RFP?
18      A.  All their business came through an RFP.
19      Q.  Let me ask you this.  There were times
20  that we can see in the contracts where you had a
21  year-long contract with Dillon or Mini Mart, I think
22  more Dillon because you had a longer relationship
23  with Dillon, and then mid-cycle Suncor enters into a
24  new year-long contract.  Do you ever recall that
25  happening?

3a760724-5adf-4f57-b97c-716fd022e733

STEPHEN MOSS - JANUARY 30, 2013

Page 279

1    A.  I don't recall the exact times or the
2  circumstances, but after I -- in 2009, this
3  particular contract, Exhibit 46, is the actual
4  contract, that was the first time I got the business
5  in Denver.  And then there were changes because the
6  business changed over a period of time.  So, yes, the
7  contract was opened up and we amended it.  I think at
8  the time it was mainly just to -- I can't -- I can't
9  recollect.  I'd have to really look at the --
10    Q.  What do you mean the --
11    A.  -- at the circumstances.
12    Q.  What do you mean the business changed?
13    A.  We were -- at that time we were getting
14  rid of a lot of regular gasoline, a lot of E-10.  I
15  think there were some changes to their business as
16  regards to whether we supplied Fountain, which was
17  Colorado Springs at the time.  There was changes in
18  terminals.  So I think it was mostly language, I
19  don't believe we opened up the contracts, but again I
20  would have to go back and really look at those
21  documents.
22    Q.  All right.  In this contract, by this
23  time Suncor is paying ████████████
24  ████████ per gallon for gas and ████████
25  ████████ per gallon for diesel.

Page 280

1    A.  Correct.
2    Q.  All right.  And that is -- seems like a
3  substantially better price than they were previously
4  paying in 2008 and early 2009.  Does that comport
5  with your memory?
6      MR. SHAHEEN:  I think the question --
7  I'm going to object.  I think the question is vague.
8  Previously paying.  If you're referring to something,
9  it would be helpful to show him what you're talking
10  about.
11    Q.  (BY MS. CRAIGMILE)  All right.  Let's
12  look at the Deposition Exhibit 74.
13    A.  74.
14    Q.  Yes.
15    A.  Sorry.
16      74, correct?  Deposition -- so that's
17  the 2008 proposal, correct?
18    Q.  Right.  The 2008 proposal.  Suncor is
19  offering to sell Kroger gas or Dillon gas.  E-10 gas
20  would be ████████████ per gallon, and
21  ultra low sulfur diesel would be ████
22  ████ per gallon.  And then by 2009 the gasoline,
23  meaning the E-10, is going down to ████
24  ████████████ per gallon, and the diesel is
25  going down to ████████████████

Page 281

1  ████ per gallon.
2    A.  Correct.
3    Q.  So it looks to me like there's a ████
4  ████ in the E-10 price per gallon ████
5  ████ and a ████████ in the -- oh, excuse me, a
6  ████████ in the diesel price.  Is that accurate?
7    A.  Correct.
8    Q.  All right.  What is your recollection
9  for the reason why Suncor would now be offering a
10  lower price to Dillon?
11    A.  The Exhibit 46 is the contract for a
12  bid that came out in 2009.  That was a year later.
13    Q.  Okay.
14    A.  2008 to 2009 there was a lot of changes
15  in our business.  The pricing, the market value.
16  Plus the 2008 contract -- bid proposal I did not get.
17  I was not the winner of that bid.  One of my
18  competitors got that business.
19    Q.  Okay.
20    A.  As you can see on the 2009 we actually
21  won the business.  Suncor's business model had
22  changed, and the difference between 2008 and 2009 is
23  we really wanted the King Soopers business.  We were
24  going to chase it.  And the ████ pricing here
25  pretty much reflects the change in the market on what

Page 282

1  we felt we needed to do to win this business based on
2  the fact that I knew I didn't -- ██ cents did not
3  get me the business the previous year.
4    Q.  All right.  In 2009 Western was still
5  your biggest unbranded customer.  Did you ever sit
6  down with Mr. Taraghi in 2009 and say, listen, I
7  would like to do a long term deal with you at these
8  prices that are reflected in Deposition Exhibit 46?
9    A.  No, because this is a totally different
10  company with regards to these prices and everything.
11  I wouldn't have done that.
12    Q.  Why is Kroger a totally different
13  company?
14    A.  It's a national company, they only work
15  on bids, i.e. they're putting their business out.
16  They put -- they ask people to offer them product for
17  their -- you know, for their sales to suppliers or
18  their marketers.  What they do is when they award the
19  bid you are strictly -- you -- once they give you
20  these volumes, they lift them regardless.  They don't
21  go to other companies.  They don't change their
22  prices.  They only want to lift from you.  So --
23    Q.  Dillon is a much bigger company to your
24  understanding than Western.  Is that accurate?
25    A.  Yeah, that's a fair statement.