IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation, WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

Plaintiffs,

vs.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

Defendant.

vs.

HOSSEIN AND DEBRA LYNN TARAGHI,

Third-Party Defendants.

---

DEPOSITION OF CHRISTOPHER WEHRLE
January 10, 2013
CONTAINS HIGHLY CONFIDENTIAL TESTIMONY

---

                    Deposition location:
                    555-17th Street, Suite 3200
                    Denver, Colorado

APPEARANCES:

        KENNETH R. BENNINGTON, ESQ.
        BENNINGTON JOHNSON BIERMANN &
        CRAIGMILE, LLC
        370-17th Street, Suite 3500
        Denver, Colorado 80202

            and

REDACTED TO REMOVE
SECRET HIGHLY CONFIDENTIAL INFORMATION IRRELEVANT TO THE
ISSUES RAISED BY THIS BRIEF

EXHIBIT S

CHRISTOPHER WEHRLE - JANUARY 10, 2013

Page 6

1  at prices, logistics, where the stores are. It's
2  all -- that's one of the items.
3  Q. But when you go to negotiate a contract
4  or negotiate a purchase, one of the things you're
5  looking for, am I correct, is the lowest price you
6  can get from that supplier?
7  A. Right.
8  Q. Why is it then that Western Convenience
9  just didn't enter into a series of one-year contracts
10 with Suncor?
11 A. We were trying to the year -- a year
12 after I got there. Before that I don't know what the
13 situation was.
14 Q. But you did negotiate some contracts in
15 2010 with Mr. Moss, right?
16 A. From the time I started it was --
17 they'd always just done month to month and sometimes
18 a three-month contract, but they were just always
19 assumed. It wasn't anything before that. I don't
20 know. And for the last part of some of 2010 we were
21 trying to get into those year-long contracts.
22 Q. But that was starting in 2011, right,
23 when you and Mr. Moss started negotiating a one-year
24 contract?
25 A. We've talked about it in 2010. It went

Page 7

1  over through the new year before we finally kind of
2  sat down, I believe was the time frame.
3  Q. In 2010 -- first off, can you be more
4  specific? When did you and Mr. Moss first start
5  talking about a one-year contract in 2010?
6  A. I don't know the exact time.
7  Q. Can you tell me whose idea it was to
8  have a one-year contract?
9  A. I don't recall.
10 Q. So you don't know if it was your idea,
11 meaning Western Convenience's, or Suncor's?
12 A. I don't recall.
13 Q. Am I also correct that you don't know
14 or understand why up until you started talking to
15 Mr. Moss about a one-year contract that after -- that
16 Suncor and Western Convenience had only entered into
17 one-month or three-month contracts?
18 A. Could you say that again?
19 Q. You don't know why it is that up until
20 the time you started talking to Mr. Moss why it was
21 that Suncor and Western Convenience had only entered
22 into one-month or three-month contracts?
23 A. I don't know. That's just what they'd
24 been doing when I came on board.
25 Q. Did you ever ask Mr. Taraghi, did you

Page 8

1  ever say, Mr. Taraghi, or Hossein, maybe we should
2  get a one-year contract from Suncor?
3  A. Not any specific time. Our volumes
4  were pretty big and we always need to find the right
5  supply. So it was thrown around, but specifically I
6  don't recall when it first came to be talked about.
7  Q. When you said we were always trying to
8  find the right supply, what do you mean by that?
9  A. When we were -- well, we were a big
10 volume retailer, and you can't -- just with the
11 supply amount that we have, we need to have strong
12 partners that can supply our stores.
13 Q. And wouldn't your job have been easier
14 if you had a long term contract, a contract of more
15 than three months, with Suncor?
16 A. That would depend on what the volumes
17 are. I mean, I don't know. That's kind of vague.
18 Q. Well, if you knew, for example, that
19 every month you could count on buying a certain
20 amount of your needed volumes from Suncor on a
21 one-year contract with a set price, wouldn't that
22 have made your job easier?
23 A. Yeah, that probably would.
24 Q. Did you have -- and when I say you I
25 don't mean you personally of course, I mean Western

Page 9

1  Convenience.
2  A. M-hm.
3  Q. Did Western Convenience have any long
4  term contracts, contracts longer than three months,
5  with any supplier during the time you've been working
6  at Western Convenience?
7  A. No.
8  Q. Did you personally try to get any
9  contracts longer than -- well, let me back up.
10 What is the longest contract you
11 negotiated with any supplier during the time you've
12 been there?
13 A. Probably just Suncor. I don't have any
14 contracts with anyone else.
15 Q. That was going to be my next question.
16 You don't have any contracts with any middlemen, do
17 you?
18 A. No.
19 Q. And again when I say you I mean Western
20 Convenience. Okay?
21 A. (Nodding head).
22 Q. Is that okay? You have to speak
23 audibly.
24 A. Yes.
25 Q. I'm sure Ken told you that.

CHRISTOPHER WEHRLE - JANUARY 10, 2013

Page 10

1  Q. Has Western Convenience during the time
2  you've been there, has it bought directly from
3  ConocoPhillips?
4  A. Western Convenience?
5  Q. Yes.
6  A. Yes, we have.
7  Q. And is there a -- there's no contract
8  for that.
9  A. No.
10 Q. Has Western Convenience bought directly
11 from Valero?
12 A. Yes.
13 Q. And again there's no contract for that.
14 A. No.
15 Q. Has it bought directly from Holly Farm?
16 Holly Frontier, pardon me?
17 A. Yes.
18 Q. And again no contract?
19 A. No.
20 Q. So when you, you personally, go to buy
21 from Valero or Conoco or Holly Frontier, tell me how
22 you do it.
23 A. We've had -- in the past before this
24 we've just had credit set up with them. At their
25 terminals wherever they sell gas our trucks are

Page 11

1  allowed in there, and we have terms upon which
2  they -- we pull gas, then they bill us. It's an open
3  rack kind of deal, and they post daily prices.
4  Q. And they post daily prices on OPIS?
5  A. Yeah, OPIS probably has most of their
6  prices on it. They send them directly to the end
7  buyers too.
8  Q. Was Western Convenience buying directly
9  from Valero or Holly Frontier or Conoco prior to the
10 dispute with Suncor in roughly May of 2011?
11 A. I would say yes. I don't know
12 specifically in May -- or what dates we bought from
13 them. There was nothing on a regular basis.
14 Q. It was just --
15 A. But we had accounts set up with them at
16 that time.
17 Q. Prior to the dispute with Suncor.
18 A. Yes.
19 Q. But there's no written contract between
20 Western Convenience and any of those other entities,
21 Valero, Holly Frontier or Conoco, is there?
22 MR. BENNINGTON: Excuse me. We ought
23 to define what you mean by contract.
24 Q. (BY MR. SHAHEEN) A written agreement to
25 buy or sell gas.

Page 12

1  A. Well, that's a good point. A contract
2  I assumed you talking about is they guarantee 25,000
3  barrels a month at this price. There was nothing
4  like that in place. There's agreements like terminal
5  access agreements or whatever that we're allowed to
6  buy from them, but it's not -- I wouldn't consider
7  that a contract, if that's what you mean by a
8  contract.
9  Q. Yes, that's what I mean, yes.
10 A. I guess we've got to make a definition
11 between contract and --
12 Q. Well, a contract -- I'm sorry, I didn't
13 mean to interrupt you, but to clarify what Ken just
14 asked, by a contract I mean a contract between you,
15 Western Convenience, and Conoco or Holly Frontier or
16 Valero to buy and sell gas.
17 A. I don't know how to --
18 THE DEPONENT (To Mr. Bennington): How
19 do you want me to...
20 A. We can buy from them, but there was
21 no -- I mean a contract we had with Suncor is
22 different from the agreement I have with these guys.
23 I don't know how to explain it. If you're saying
24 were we able to buy from them, just that's it, is the
25 question?

Page 13

1  Q. No, the question is -- let me use your
2  example. You said the contract we have with them is
3  different, them being Valero or Holly Frontier or
4  Conoco, is different than what we have with Suncor.
5  That's what you said, right?
6  A. Yeah.
7  Q. What did you mean by that?
8  A. Well, they'd give us a piece of paper
9  that would say what product, the volume and the
10 price. I don't have something like that from any of
11 these other suppliers. They put out daily prices
12 every day at 6 p.m., and they last for 24 hours, and
13 if they did have anything available on the open
14 unbranded rack, I could go buy a load at that price
15 and they would bill me. But I had no obligation to
16 or -- not -- I didn't -- there wasn't any agreement
17 that we were supposed to be there to get, that they
18 just made it available if we so happened to want to
19 put a truck in there and get some.
20 Q. That's what I meant by a contract.
21 A. Okay.
22 Q. We got there eventually.
23 A. I'm sorry.
24 Q. No, that's okay. And you did exactly
25 what I asked you to do. If we're talking past each

CHRISTOPHER WEHRLE - JANUARY 10, 2013

Page 86

1 Western Convenience?
2 A. I -- it was -- I don't know. There's
3 no one that stands out that really helped us out.
4 We've had to scramble with several.
5 Q. In terms of the scrambling for the
6 several, is that still Sapp and DATS and Offen, the
7 three middlemen that you talked to me about earlier?
8 A. They're in there.
9 Q. Who else is in the mix now?
10 A. There's Holly Frontier, Sinclair,
11 Growmark, Conoco, Valero, Tesoro, Sapp, Offen. I
12 mean, wherever.
13 Q. But in terms of all the companies that
14 you just got done naming, is there one supplier that
15 you would say that is the supplier from whom we get
16 the largest share of our fuel needs?
17 A. Right today?
18 Q. Yeah.
19 A. It would probably be split between
20 Offen, Harpel, Sinclair and Frontier.
21 Q. And are the sales now being done
22 pursuant to any written contracts?
23 A. Again, your contract thing is we just
24 buy from them and they give us prices?
25 Q. Yes. Is that what they're doing?

Page 87

1 A. Yeah, it's day to day. There's no
2 guaranteed supply agreements in place.
3 Q. So in terms of how you're buying from
4 these middlemen, it's the same way you were buying
5 from them before the dispute, you're just buying
6 more?
7 A. Yes.
8 Q. I'm sure I know the answer to this but
9 I'm going to ask it anyway.
10 (Whereupon, Deposition Exhibit 148 was
11 marked for identification by the reporter.)
12 Q. I've handed you what's been marked as
13 Exhibit 148.
14 MR. SHAHEEN: I need to ask a question
15 before we go any further. This is not stamped Highly
16 Confidential and, Ken, I don't want to trip up on
17 anything, so I meant to ask before I passed it out.
18 MR. BENNINGTON: It should be.
19 THE DEPONENT: Steve probably doesn't
20 need to see this.
21 MR. SHAHEEN: Okay.
22 MR. BENNINGTON: Thank you, Tony.
23 (Whereupon, Mr. Ewing left the room.)
24 MR. SHAHEEN: You know, as we've
25 discussed, how these things print out sometimes.

Page 88

1 Q. (BY MR. SHAHEEN) Have you seen this
2 Exhibit 148 before?
3 A. Yeah.
4 Q. Did you help prepare it?
5 A. Yeah.
6 Q. Okay, good. So did anyone else besides
7 you help prepare this Exhibit 148?
8 A. No, I think I -- this was me.
9 Q. Tell me how you did it. How did you go
10 about preparing this?
11 A. I just put what our credit line was the
12 time before, and then there was a pretty big spiral
13 effect that everyone started reducing us around the
14 same time period, and that's what it was to what it
15 went to.
16 Q. When people -- when, for example, Holly
17 Frontier, your credit line -- again when I say you or
18 your I mean Western Convenience -- was ▓▓▓▓ as
19 of 5-24-2011?
20 A. Yeah.
21 Q. And then it dropped as of 11-28-11 to
22 ▓▓▓▓
23 A. Yeah.
24 Q. Do you know why -- why did it drop by
25 ▓▓▓▓

Page 89

1 A. I don't know. And it -- like what we
2 talked about before, my best guess is the word of
3 mouth that came about when there was litigation
4 against a big refiner. People looked at us
5 differently. And it just started one company after
6 another started -- that we'd been doing business with
7 forever that we've never missed a payment with, there
8 was no reason, they just started coming at us and
9 cutting credit. And that's the only logical reason
10 that I could come up with.
11 Q. Well, were there any discussions or
12 conversations that you participated in between
13 Western Convenience on the one hand and any one of
14 these companies on Exhibit 148 about why are you
15 cutting our credit?
16 A. No one would ever. I mean, I can't
17 recall any specific ones. But I'd ask and I never
18 got a lot of -- you just get it in writing or from
19 someone. It was a...
20 Q. Tell me who you asked, Mr. Wehrle,
21 about why Western Convenience's credit was being cut.
22 A. Musket, for example.
23 Q. And Musket, their credit line was
24 ▓▓▓▓, is that right?
25 A. Yeah.