IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

**WESTERN CONVENIENCE STORES, INC., a Colorado corporation, WESTERN TRUCK ONE, LLC, a Colorado limited liability company,**

      **Plaintiff,**

v.

**SUNCOR ENERGY (U.S.A.) INC., a Delaware Corporation,**

      **Defendant, Third-Party Plaintiff**

v.

**HOSSEIN AND DEBRA LYNN TARAGHI,**

      **Third-Party Defendants.**

---

### NOTICE OF FIRM NAME CHANGE

---

**PLEASE TAKE NOTICE** that as of Saturday, April 20, 2013, the law firm of Polsinelli Shughart PC has changed it names to Polsinelli PC. All other contact information remains the same.

Dated April 22, 2013

3247957.1

Respectfully submitted,


                *S/ Philip W. Bledsoe*
Philip W. Bledsoe, #33606
Joseph T. VanLandingham, #41262
Polsinelli PC
1515 Wynkoop St., Ste. 600
Denver, CO  80202
Telephone:  (303) 572-9300

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of April, 2013, a true and correct copy of the foregoing was served electronically, via the ECF system, upon the following persons:

Anthony J. Shaheen
Holland & Hart LLP
P.O. Box 8749
Denver, CO  80201-4879
ajshajheen@hollandhart.com

J. Robert Robertson
William L. Monts III
Hogan Lovells LLP
555 Thirteenth Street, N.W.
Washington, DC 20004-1109
Robby.robertson@hoganlovvels.com
William.monts@hoganlovells.com

Kenneth R. Bennington
Kathleen E. Craigmile
Adam F. Aldrich
Bennington, Johnson, Biermann & Craigmile
3500 Republic Plaza
370 17th Street
Denver, CO 80202
krb@benningtonjohnson.com

                *Linda L. Klister*