**List of Exhibits – Dillon Motion for Fees and Costs**
**WCS *et al.* v. Suncor *et al.***
**Case No. 11-cv-01611-MSK-CBS**

A. Sudkamp Declaration;
B. McCormick Declaration;
C. MLS 9/24/12 Invoice (redacted);
D. MLS 10/12/12 Invoice (redacted);
E. MLS 11/7/12 Invoice (redacted);
F. MLS 12/18/12 invoice (redacted);
G. MLS 1/18/13 Invoice (redacted);
H. MLS 2/26/13 Invoice (redacted);
I. MLS 3/15/13 Invoice (redacted);
J. Chart of Employee Time Spent by Dillon;
K. RICOH Invoice;
L. Dinsmore Invoice;
M. Costs - Jennifer McClenahan;
N. Costs - Chad Thiessen;
O. Profile – James J. Soran;
P. Profile – Christopher A. Taravella;
Q. Profile – Michael R. McCormick;
R. Profile – Adrienne Toon;
S. Chart – Documents Produced by Dillon;
T. Chart – Hours and Fees by MLS Timekeeper;
U. Chart – MLS Fees;
V. Chart – MLS Costs (Per Invoice);
W. Chart – MLS Costs (Per Item);
X. Chart – Summary of Dillon Costs;
Y. Letter from Western's counsel dated September 25, 2012;
Z. Letter to Western's counsel dated January 14, 2013;
AA.     Email from counsel for Western dated February 5, 2013;
BB.     Subpoena dated February 15, 2013;
CC.     Letter to Western's Counsel dated February 21, 2013;
DD.     Kroger Third Party Subpoena Fee Schedule; and
EE.     Email from counsel for Western dated March 12, 2013.