# Montgomery Little & Soran, PC

## Attorneys at Law

The Quadrant, 5445 DTC Parkway, Suite 800, Greenwood Village, CO  80111
303.773.8100 | Fax 303.220.0412 | www.montgomerylittle.com

September 24, 2012

Dillon Companies, Inc.
Attn: Bruce Gack
The Kroger Co.
1014 Vine Street
Cincinnati, OH  45202-1100

**DUE UPON RECEIPT**

Re:  Western Convenience Stores Subpoena
ID: 1509-000147 - JJS

Invoice #  1542738

For Services Rendered Through  September 17, 2012

| | |
|---|---|
| Current Fees | 44,791.50 |
| Current Disbursements | 860.54 |
| Total Current Charges | 45,652.04 |
| **Total Due** | **45,652.04** |

EXHIBIT C

**PLEASE REFERENCE THE INVOICE NUMBER ON YOUR REMITTANCE**

September 24, 2012
Invoice # 1542738

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena
I.D. 1509-000147 - JJS

# REDACTED

Page  2

| Date | Atty | Description of Services | Hours | Amount |
|------|------|-------------------------|-------|--------|
| 08/22/12 | JJS | Telephone call to Bruck Gack, Sara Sudkamp to discuss ███████ ███; review with Chris Taravella. | 0.70 | 150.50 |
| 08/22/12 | DJH | Search for filing on Motions regarding electronically stored information. | 0.70 | 63.00 |
| 08/22/12 | DJH | No charge.   Save pleadings for review of file. | 2.10 | |
| 08/23/12 | MRM | Phone call with Sara Sudkamp, discuss ████████████████ ████████████████. | 1.40 | 259.00 |
| 08/23/12 | MRM | Study motions and pleadings. | 1.10 | 203.50 |
| 08/23/12 | DJH | Pull pleadings from docket and save for our review. | 2.30 | 207.00 |
| 08/24/12 | MRM | Study factual background, legal authorities and procedures regarding motion to object to Court's order regarding subpoena; phone call with Ms. Sudkamp regarding ████████████; phone call with Mr. DeHague regarding ███; study Mr. Evan's summary of Magistrate Judge's August 17, 2012 Order; phone call with Mr. Evans re: pending deadlines; work on motion for Mr. Evans to withdraw. | 5.80 | 1,073.00 |
| 08/24/12 | DJH | Print off and save numerous e-mails and all of the documents sent to us from Sara Sudkamp and organize. | 2.40 | 216.00 |
| 08/24/12 | DJH | No charge.   Search for case regarding treble damages (Moore). | 0.20 | |
| 08/25/12 | MRM | Study factual background, pleadings, motions, notices, orders and status report, work on summary of how subpoena requests were modified, issues regarding responding to subpoena for use in status report to Court regarding whether can produce documents within 30 day deadline. | 7.40 | 1,369.00 |
| 08/26/12 | MRM | Work on summary of how supoena requests were modified, issues regarding responding to subpoena for use in status report to Court regarding whether can produce documents within 30 day deadline; start on draft declaration regarding ability to produce documents on or before September 17, 2012. | 2.60 | 481.00 |
| 08/27/12 | MRM | Work on summary of modifications to subpoena; phone calls with Ms. Sudkamp to discuss ███████████████████████; work on status report; phone calls with Ms. McClenahan and Mr. Pugh to discuss ███████████████ ███████████; compose draft declarations of Mr. Pugh and Ms. McClenahan; finalize status report and file with the Court - filed at midnight. | 9.40 | 1,739.00 |
| 08/27/12 | DJH | No charge.   Telephone call to court, Re: requesting CD of hearing on 8/17/2012; send courier to pick up CD. | 0.20 | |
| 08/27/12 | DJH | No charge.   Telephone call to Avery Reporting, Re: request hearing transcript of 8/17/2012. | 0.10 | |

September 24, 2012
Invoice # 1542738

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena
I.D. 1509-000147 - JJS

# REDACTED

Page  3

| Date | Atty | Description of Services | Hours | Amount |
|------|------|-------------------------|-------|--------|
| 08/27/12 | DJH | Continue saving all pleadings filed in this case on our system. | 2.70 | 243.00 |
| 08/27/12 | DJH | Prepare Entry of Appearances for Christopher Taravella and Michael McCormick. | 0.50 | 45.00 |
| 08/27/12 | CAT | Phone calls with Sara Sudkamp.  Drafted and revised draft status report to magistrate judge.  Revised draft McClenahan declaration. Commenced draft of Response, Stay, and Objection to Magistrate Judge Order. | 5.40 | 1,161.00 |
| 08/28/12 | MRM | Phone call with Ms. Sudkamp re: ███████. | 0.30 | 55.50 |
| 08/28/12 | MRM | No charge.  Meetings with Taravella & Toon re: ███████. | 1.30 | |
| 08/28/12 | MRM | Study audio recording of August 17, 2012 hearing regarding subpoena. | 0.70 | 129.50 |
| 08/28/12 | ALT | No charge.  Telephone conference regarding ███████ ███████ Chris Taravella, Michael McCormick and client | 0.30 | |
| 08/28/12 | DJH | No charge.  Finish saving all pleadings filed in this case on our system. | 3.30 | |
| 08/28/12 | DJH | No charge.  E-mail to Sara Sudkamp all of the documents we filed yesterday on behalf of Dillon (Status Report and exhibits). | 0.20 | |
| 08/28/12 | DJH | No charge.  Telephone call to the court, Re: CD of hearing of 7/16/2012. | 0.10 | |
| 08/28/12 | DJH | No charge.  Telephone call to Avery Reporting, Re: request transcript of 7/16/2012 hearing. | 0.10 | |
| 08/28/12 | DJH | No charge.  Letter to Sara Sudkamp, Re: CD of 8/17/2012 hearing. | 0.10 | |
| 08/28/12 | CAT | Phone call with Sara Sudkamp.  Strategy/next steps.  Phone call with Sara and Dehague re: ███████. | 1.70 | 365.50 |
| 08/29/12 | ALT | No charge.  Review previous motions, pleadings and orders filed in this matter; analyze FRCP 72 and 74 and case law regarding standards for Objecting to a Magistrate's Order | 2.50 | |
| 08/29/12 | ALT | No charge.  Review motions, orders and pleadings previously filed in case, including Exhibit A to Motion to Quash Subpoena regarding each item of information sought; Conference call with client, Michael McCormick and Chris Taravella regarding ███████ ███████ | 2.40 | |
| 08/29/12 | MRM | Study audio recording of August 17, 2012 hearing regarding subpoena and motion to quash; work on summary of modified supoena requests; phone call with Mr. Gack and Ms. Sudkamp re: ███; work on motion to withdraw for Mr. Evans and proposed order; work on letter to Mr. Evans regarding motion to withdraw; phone call with Ms. Sudkamp re: ███████ ███; study Plaintiffs' response to Dillon's status report; phone call with Ms. Sudkamp re: ███████. | 8.70 | 1,609.50 |

September 24, 2012
Invoice # 1542738

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena         **REDACTED**         Page  4
I.D. 1509-000147 - JJS

| Date | Atty | Description of Services | Hours | Amount |
|------|------|------------------------|-------|--------|
| 08/29/12 | DJH | No charge.   Search for cases on Motions regarding trade secrets. | 0.60 | |
| 08/29/12 | DJH | No charge.   Letter to Sara Sudkamp, RE: CD of hearing held on August 18, 2012. | 0.10 | |
| 08/29/12 | DJH | Search for cases regarding Motions to Reconsider, Discovery Ruling and Motion to Appeal Ruling of Magistrate Judge FRCP72(a). | 0.70 | 63.00 |
| 08/29/12 | CAT | Listened to portions of hearing transcript.  Conference call with Dehague, Gack, Giannola, Sudkamp, Toon.  Studied Plaintiffs' Response to Status Report.  Phone calls with Ms. Sudkamp. | 2.50 | 537.50 |
| 08/30/12 | ALT | Draft/revise Objection to August 17, 2012 Order and review pleadings motions and orders previously filed in case | 1.20 | 222.00 |
| 08/30/12 | ALT | Telephone conference with Susan Giannola regarding ██████████; Telephone conference with Sara Sudkamp regarding ███████████ ██████; Draft/revise Declaration of Susan Giannola; Draft/revise Objection to August 17, 2012 Order; and review previous pleadings, motions and orders regarding this matter | 9.10 | 1,683.50 |
| 08/30/12 | MRM | Study audio recording of August 17, 2012 hearing regarding modified subpoena requests and production issues; work on draft reply regarding status report with updated supboena requests; work on objection to Magistrate Judge's August 17 order. | 9.60 | 1,776.00 |
| 08/30/12 | DJH | No charge.   E-mail to Sara Sudkamp, Re: Order setting a Status Conference. | 0.10 | |
| 08/30/12 | DJH | No charge.   E-mail to Mr. Bennington, Re: letter. | 0.10 | |
| 08/30/12 | DJH | No charge.   E-mail to Sara Sudkamp, Re: Motions to Withdraw from last attorneys. | 0.10 | |
| 08/30/12 | DJH | No charge.   E-mails from and to Kate Craigmile, Re: meeting scheduled for next week. | 0.20 | |
| 08/30/12 | DJH | No charge.   E-mail to Sara Sudkamp, Re: transcript of 8/17/2012 hearing. | 0.10 | |
| 08/30/12 | DJH | No charge.   Telephone call from Avery Reporting, Re: payment for transcript; e-mail with transcript; print off and bind. | 0.30 | |
| 08/30/12 | DJH | No charge.   Letter to Sara Sudkamp, Re: DC of hearing held on July 16, 2012. | 0.10 | |
| 08/30/12 | CAT | Phone calls with McCormick.  Sudkamp e-mails. | 0.90 | 193.50 |
| 08/31/12 | ALT | Telephone and e-mail correspondence with Chris Taravella, Sara Sudkamp and Sue Giannola regarding ████████████ ████████████████████████ █ ███████████████████████████████████; Draft | 8.60 | 1,591.00 |

September 24, 2012
Invoice # 1542738

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena **REDACTED** Page 5
I.D. 1509-000147 - JJS

| Date | Atty | Description of Services | Hours | Amount |
|------|------|-------------------------|-------|--------|
| | | Motion to Stay August 17, 2012 Order | | |
| 08/31/12 | MRM | Phone call with Mr. Aldrich, counsel for Plaintiffs, regarding modified subpoena requests; phone calls with Ms. Sudkamp re: ████████████; ████████████████; work on objection to Magistrate Judge's order, reply regarding status report with updated subpoena requests, motion for Magistrate Judge to reconsider ruling; motion to stay Magistrate Judge's ruling; finalize and file with Court. | 8.90 | 1,646.50 |
| 08/31/12 | MRM | No charge.  Meetings & phone calls with Taravella & Toon re: ████ ██████████████████. | 0.70 | |
| 08/31/12 | DJH | Search for cases regarding Motions to Reconsider, Discovery Ruling and Motion to Appeal Ruling of Magistrate Judge FRCP72(a) | 1.10 | 99.00 |
| 08/31/12 | DJH | No charge.  E-mail and telephone call to Ron Prior, Re: scheduling meeting to testify at hearing. | 0.20 | |
| 08/31/12 | CAT | Revised draft Objection to Magistrate Judge Order, Giannola declaration, and Reply re: Status.  Lengthy phone calls with Ms. Sudkamp. | 7.90 | 1,698.50 |
| 09/04/12 | CAT | E-mails re: hearing scheduling.  Strategy/next steps with McCormick.  Preparation for conferral with Plaintiffs' counsel tomorrow. | 1.40 | 301.00 |
| 09/04/12 | MRM | Study motion for stay, motion to reconsider, objection, and reply in support of status report filed with Court for accuracy; correspondence with counsel re: rescheduling status conference/hearing and work on rescheduling same; phone calls with counsel for Suncor re: subpoena and document production issues; send Ron Prior documents for use at tomorrow' meeting to prepare for hearing. | 2.70 | 499.50 |
| 09/04/12 | MRM | No charge.  Meetings with Toon re: ███████████, meetings with Taravella re: ██████, work on task list, organize and maintain file. | 2.10 | |
| 09/04/12 | ALT | No charge.  Confer with Michael McCormick regarding ████████ ████████████████████████████████████████. | 0.50 | |
| 09/04/12 | DJH | Numerous e-mails from and to Ron Prior, Re: scheduling a meeting for the hearing. | 0.20 | 18.00 |
| 09/04/12 | DJH | Numerous e-mails and telephone calls to numerous people, Re: rescheduling the hearing date since the Judge has a conflict. | 0.70 | 63.00 |
| 09/04/12 | DJH | E-mail to Sara Sudkamp, Re: pleadings filed in the case last Friday and today. | 0.10 | 9.00 |
| 09/04/12 | DJH | Telephone calls to and from the Judge's clerk, Re: rescheduling hearing. | 0.20 | 18.00 |
| 09/04/12 | DJH | E-mail from Avery Reporting, Re: transcript of July 16, 2012; print off | 0.20 | 18.00 |

September 24, 2012
Invoice # 1542738

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena      **REDACTED**                    Page  6
I.D. 1509-000147 - JJS

| Date | Atty | Description of Services | Hours | Amount |
|------|------|-------------------------|-------|--------|
| | | and bind for file. | | |
| 09/04/12 | DJH | E-mail from opposing counsel, Re: wanting to schedule the hearing next week instead of later in the month. | 0.10 | 9.00 |
| 09/05/12 | CAT | Travel to/from office of plaintiffs' counsel and conferred with her re: outstanding subpoena requests.  Reported on same to Sara Sudkamp. Met with Ron Prior in preparation for Sep 14 hearing. | 6.20 | 1,333.00 |
| 09/05/12 | MRM | No charge.  Travel to and from counsel for Plaintiffs' office for consultation. | 1.80 | |
| 09/05/12 | MRM | Phone call with Ms. Sudkamp, discuss ██████████████████ ██████████████; meeting with Plaintiffs' counsel Ms. Craigmile to discuss pending discovery issues; work on document production issues; meeting with Mr. Prior to discuss ████████████████████ ████████████. | 5.30 | 980.50 |
| 09/05/12 | DJH | Numerous e-mails and telephone calls Re: finding a date that works best for all witnesses, Chris Taravella, Michael McCormick and Adrienne Toon to reschedule the hearing since opposing counsel wants to set it next week. | 0.60 | 54.00 |
| 09/05/12 | DJH | E-mail to Sara Sudkamp, Re: transcript of July 16, 2012 hearing. | 0.10 | 9.00 |
| 09/05/12 | DJH | Numerous e-mails to and from and telephone calls to and from witnesses to schedule them for the hearing. | 0.50 | 45.00 |
| 09/05/12 | DJH | Update notebooks for hearing with additional documents. | 0.70 | 63.00 |
| 09/05/12 | DJH | Search Suncor's Requests for Proposal documents for samples of each type of document; e.g., invoice, Request for Proposal, etc. | 0.20 | 18.00 |
| 09/06/12 | CAT | E-mail to Sara re: ████████████.  Several e-mails to/from client re: █████████████. | 0.60 | 129.00 |
| 09/06/12 | ALT | Analyze Colorado and Federal law regarding information that constitutes trade secret information; the availability/flexibility of courts for the use of telephone and video conference appearances for district court hearings, and interlocatory appeals and writs of mandamus with respect to discovery rulings made by district courts. | 6.80 | 1,258.00 |
| 09/06/12 | MRM | No charge.  Organize and maintain file; Phone call with Ms. Sudkamp re: status. | 0.90 | |
| 09/07/12 | CAT | Conference call with Sara, McCormick, Thiessen.  Phone call with Giannola and Sara.  Phone call re: ████████████ with Sara. Studied research re: trade secret/appeal. | 4.90 | 1,053.50 |
| 09/07/12 | ALT | Analysis of Colorado and Federal law regarding the required elements to | 0.50 | 92.50 |

September 24, 2012
Invoice # 1542738

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena
I.D. 1509-000147 - JJS

# REDACTED

Page 7

| Date | Atty | Description of Services | Hours | Amount |
|------|------|-------------------------|-------|--------|
| | | establish a prima facie Robinson Patman Act violation and the evidence relevant to those elements | | |
| 09/07/12 | ALT | Analysis of Colorado and Federal law regarding information that constitutes a trade secret, protection of that information in discovery processes and whether a district court order regarding discovery of trade secrets can be appealed; Confer with Chris Taravella and Michael McCormick regarding ███████. | 3.10 | 573.50 |
| 09/07/12 | MRM | Study e-mail correspondence and reports for use in document production; phone call with Chad Theissen re: ███████████; phone call with Ms. Giannola re: ██████████████. | 6.10 | 1,128.50 |
| 09/07/12 | MRM | No charge.  Meeting with Taravella to discuss strategy; phone call with Ms. Sudkamp to discuss ██████████████; organize and maintain file. | 1.80 | |
| 09/07/12 | DJH | E-mail to all regarding scheduling witness preparation meetings before the hearing scheduled for September 14, 2012. | 0.10 | 9.00 |
| 09/08/12 | CAT | Studied voluminous number of e-mails from Sara together with responsive documents.  Direction/strategy to McCormick and Harant re: production. | 2.10 | 451.50 |
| 09/08/12 | ALT | Analysis of Colorado and Federal law regarding the required elements to establish a prima facie Robinson Patman Act violation and the evidence relevant to those elements | 1.00 | 185.00 |
| 09/10/12 | CAT | Strategy/next steps re: hearing/witnesses/trade secret/antitrust response. | 0.60 | 129.00 |
| 09/10/12 | ALT | Draft/revise brief in support of Objection | 5.90 | 1,091.50 |
| 09/10/12 | ALT | Draft summary of the law regarding elements that must be shown to make a claim under the Robinson Patman Act and the evidence that is relevant to showing those elements. | 0.70 | 129.50 |
| 09/10/12 | MRM | Phone call with Ms. Sudkamp re: ████████████████; meeting with Cliff Caldwell, director of supermarket petroleum operations to prepare testimony for hearing; work on redaction of invoices; Study issues regarding need for amended Pugh declaration; phone call with Ms. Sudkamp, discuss █████████████; ████████████████████████. | 2.20 | 407.00 |
| 09/10/12 | MRM | No charge.  Meeting with Taravella re: ██████. | 0.50 | |
| 09/10/12 | DJH | Numerous e-mails to and from witnesses, Re: scheduling their preparation meetings. | 0.70 | 63.00 |
| 09/10/12 | DJH | E-mails and telephone calls to and from Jennifer McClenahan, Re: hotel | 0.20 | 18.00 |

September 24, 2012
Invoice # 1542738

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena        **REDACTED**        Page  8
I.D. 1509-000147 - JJS

| Date | Atty | Description of Services | Hours | Amount |
|------|------|------------------------|-------|--------|
| | | and travel and meeting with Christopher Taravella. | | |
| 09/10/12 | DJH | E-mail to all, Re: Response to our Status Report with all of the Declarations for their review before the hearing. | 0.10 | 9.00 |
| 09/10/12 | DJH | E-mail from Sara Sudkamp with a Zip drive; download RAR to retrieve file; work with Craig Spillman, Re: same. | 0.50 | 45.00 |
| 09/10/12 | DJH | Print off and save Wilson e-mails to produce. | 0.30 | 27.00 |
| 09/11/12 | CAT | Meeting with Cliff Caldwell.  Trade secret draft brief revised. Robinson/Patman claim and "need" for retail fuel prices suspect. | 3.00 | 645.00 |
| 09/11/12 | ALT | Draft/revise Brief in Support of Dillon's Objection to the Magistrate Judge's August 17, 2012 Order; Confer with Chris Taravella regarding ███████████████████████████ | 6.70 | 1,239.50 |
| 09/11/12 | MRM | No charge.  Organize and maintain file; meetings with Taravella & Toon re: █████████████. | 1.10 | |
| 09/11/12 | MRM | Meeting with Cliff Caldwell, Director of Fuel Operations, to prepare for Friday's hearing; study additional documents received from Ms. Sudkamp on hard drive; work on production of documents responsive to subpoena requests 5, 6 and 7 and production of reports regarding same; compose letter to Plaintiffs' counsel re: production of documents in response to requests nos 5-7; phone calls with Ms. Sudkamp re: ████ | 5.50 | 1,017.50 |
| 09/11/12 | DJH | Start redacting documents and labeling pursuant to the Protective Order. | 8.40 | 756.00 |
| 09/12/12 | ALT | Draft/revise Brief in Support of Dillon's Objection to the Magistrate Judge's August 17, 2012 Order; Review of Federal Rules of Civil Procedure, Colorado District Court Rules of Civil Procedure, Local Rules of Civil Procedure and Judge Krieger's civil procedure rules to determine if the rules restrict citation of unpublished cases and if the rules impose a page limitation on court filings. | 5.50 | 1,017.50 |
| 09/12/12 | CAT | Phone calls/prep with Prior and McClenahan.  Phone call with Sara. Studied hearing transcripts:  July 16 and Aug 17. | 5.90 | 1,268.50 |
| 09/12/12 | ALT | No charge.   Draft/revise Brief in Support of Objection to add a footnote regarding the inadequacy of a protective order. | 0.60 | |
| 09/12/12 | CAT | Studied Robinson Patman case law re: need for retail fuel prices. | 1.00 | 215.00 |
| 09/12/12 | MRM | Work on letter to Mr. Bennington re: production of documents, finalize and send same; work on draft declaration for Ron Prior re: availability of credit card information for SPG and C-stores; phone call with Ms. McClenahan to discuss ██████████████ | 7.50 | 1,387.50 |

September 24, 2012
Invoice # 1542738

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena        **REDACTED**                    Page  9
I.D. 1509-000147 - JJS

| Date | Atty | Description of Services | Hours | Amount |
|------|------|------------------------|-------|--------|
| | | █████████ ; E-mail to Ms. Craigmile to schedule consultation after document production; work on brief in support of objection to Magistrate Judge's order (trade secrets), finalize and execute same; work on supplement to status report to apprise court of documents produced to Plaintiffs and update regarding document production. | | |
| 09/12/12 | MRM | No charge.  File brief in support of objection to Magistrate Judge's order with the Court. | 0.20 | |
| 09/12/12 | DJH | E-mail to all confirming hearing date, time and location. | 0.10 | 9.00 |
| 09/12/12 | DJH | Prepare exhibits for Brief in Support of Objection to August 31st Order. | 0.20 | 18.00 |
| 09/12/12 | DJH | Continue redacting documents and labeling pursuant to the Protective Order. | 8.20 | 738.00 |
| 09/12/12 | DJH | Prepare four CDs of Highly Confidential Information documents to send to Mr. Bennington and others. | 0.20 | 18.00 |
| 09/12/12 | DJH | Update and make additions to notebooks for the hearing on Friday; make numerous copies of documents needed for the hearing. | 1.10 | 99.00 |
| 09/13/12 | CAT | Revised draft status report.  Several phone calls with Sara.  Conference call with Prior and Sara.  Revised Prior declaration, finalized, and filed.  Prepared for tomorrow's hearing.  Studied more Robinson/Patman law and Hart/Scott/Rodino.  Dinner/witness prep with Prior, Caldwell, and McClenahan. | 6.90 | 1,483.50 |
| 09/13/12 | MRM | Phone call with counsel for Plaintiffs: Mr. Bennington, Ms. Craigmile & Mr. Bledsoe re: consultation regarding documents produced; phone call with Mr. Shaheen, counsel for Suncor, re: production issues; finalize and execute supplement to status report with Court; phone call with Ms. Sudkamp re: ████ ; phone call with Mr. Prior re: ████████ ; prepare chart with updated status and disputed issues on each request no. of subpoena for use during tomorrow's status conference with the Court; meeting with Mr. Prior, Mr. Caldwell and Ms. McClenahan to prepare testimony during tomorrow's hearing. | 4.40 | 814.00 |
| 09/13/12 | MRM | No charge.  Study issues regarding filing restricted document as attachment, meetings with Taravella, Toon & Harant re: same & direction/strategy; travel to and from restaurant for meeting with Kroger witnesses to prepare for tomorrow's hearing. | 3.20 | |
| 09/13/12 | DJH | E-mail to Ron Prior, Re: new Declaration. | 0.10 | 9.00 |
| 09/13/12 | DJH | E-mail to Sara Sudkamp, Re: forwarding all of the pleadings and exhibits filed yesterday with the Court. | 0.10 | 9.00 |
| 09/13/12 | DJH | Check rules for filing restricted documents; telephone call to Pacer representative on how to file restricted documents; telephone call to | 1.30 | 117.00 |

September 24, 2012
Invoice # 1542738

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena    **REDACTED**    Page 10
I.D. 1509-000147 - JJS

| Date | Atty | Description of Services | Hours | Amount |
|------|------|-------------------------|-------|--------|
| | | opposing counsel, Re: same. | | |
| 09/13/12 | DJH | File and serve Supplemental Status Report; Second Supplement Regarding Status Report; and Unopposed expedited Motion to Restrict Access; prepare exhibits . | 0.30 | 27.00 |
| 09/13/12 | DJH | Continue redacting documents and labeling pursuant to the Protective Order. | 3.10 | 279.00 |
| 09/14/12 | CAT | Travel to/from and attendance at federal court status conference. E-mails to/from Sara, Craigmile, and Ron Prior. | 4.50 | 967.50 |
| 09/14/12 | MRM | No charge. Travel to and from Court for status conference; organize and maintain file post status conference; meetings with Harant re: Monday's document production. | 2.60 | |
| 09/14/12 | MRM | Prepare for status conference; work on chart showing latest status of documents available responsive to Subpoena; appear at status conference on behalf of Kroger; meeting with Mr. Prior, Mr. Caldwell and Ms. McClenahan re: ███████████████; phone call with Ms. Sudkamp re: ████; phone call with Mr. Shaheen, counsel for Suncor, re: upcoming document production. | 5.10 | 943.50 |
| 09/14/12 | DJH | Calendar new Status Conference on all appropriate calendars per Minute Order from the Judge. | 0.10 | 9.00 |
| 09/14/12 | DJH | Review filings Re: transcript of 8-17-2012 hearing and calendar deadline for redactions on all appropriate calendars. | 0.10 | 9.00 |
| 09/14/12 | DJH | Continue redacting documents and labeling pursuant to the Protective Order. | 4.60 | 414.00 |
| 09/16/12 | MRM | Study results from e-mail searches for item nos. 2 and 3 in subpoena to prepare documents for production. | 2.30 | 425.50 |
| 09/17/12 | CAT | E-mails to/from Sara and Prior re: ████████████████. Strategy/next steps with McCormick and Deborah. Phone call with Sara. | 1.00 | 215.00 |
| 09/17/12 | MRM | Phone calls with Sara Sudkamp re: ███████████████; phone call with Cliff Caldwell re: ████████████████████████; work on document production in response to item nos. 2 & 3, conduct privilege and work product review; compose letter to Mr. Bennington re: items being produced, production will be ongoing, redacted trade secret information; phone call with counsel for Suncor re: items to be produced. | 5.80 | 1,073.00 |
| 09/17/12 | MRM | No charge. Meetings with Taravella & Harant re: ████████████████ | 1.20 | |
| 09/17/12 | DJH | E-mails and conversations with Craig, Rod and Michael regarding Adobe | 0.60 | 54.00 |

September 24, 2012
Invoice # 1542738

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena                                                    Page  11
I.D. 1509-000147 - JJS

| Date | Atty | Description of Services | Hours | Amount |
|------|------|-------------------------|-------|--------|
| | | Professional redaction and how to handle to make sure opposing counsel cannot change the redactions. | | |
| 09/17/12 | DJH | Finish redacting documents; bates number documents produced today. | 4.40 | 396.00 |

| | | | **Total Fees** | **44,791.50** |
|--|--|--|--|--|

| Name | Initials | Status | Hours | Rate | Amount |
|------|----------|--------|-------|------|--------|
| Adrienne L. Toon | ALT | Associate | 49.10 | 185.00 | 9,083.50 |
| Adrienne L. Toon | ALT | Associate | 6.30 | 0.00 | 0.00 |
| Christopher A Taravella | CAT | Shareholder | 56.50 | 215.00 | 12,147.50 |
| Deborah Harant | DJH | Paralegal | 48.80 | 90.00 | 4,392.00 |
| Deborah Harant | DJH | Paralegal | 8.30 | 0.00 | 0.00 |
| James J. Soran | JJS | Shareholder | 0.70 | 215.00 | 150.50 |
| Michael R. McCormick | MRM | Senior Associate | 102.80 | 185.00 | 19,018.00 |
| Michael R. McCormick | MRM | Senior Associate | 17.40 | 0.00 | 0.00 |
| | | | 289.90 | | 44,791.50 |

| Date | Disbursement Description | Amount |
|------|--------------------------|--------|
| 08/24/12 | eFile ;  CO Montrose County District Court 7th JD | 16.44 |
| 08/27/12 | Court costs;  CD of Hearing on 8/17/12;  US District Court | 30.00 |
| 08/27/12 | Long distance calls;  1(513)314-2692 | 1.72 |
| 08/27/12 | Long distance calls;  1(513)762-1378 | 0.44 |
| 08/27/12 | Long distance calls;  1(513)762-1378 | 0.08 |
| 08/27/12 | Long distance calls;  1(620)669-1823 | 0.04 |
| 08/27/12 | Long distance calls;  1(513)762-1378 | 0.12 |
| 08/27/12 | Long distance calls;  1(620)669-1823 | 0.04 |
| 08/27/12 | Long distance calls;  1(513)762-1378 | 0.04 |
| 08/27/12 | Long distance calls;  1(620)669-1823 | 0.16 |
| 08/27/12 | Long distance calls;  1(513)762-1378 | 0.08 |
| 08/27/12 | Long distance calls;  1(513)762-1378 | 0.12 |
| 08/28/12 | Long distance calls;  1(513)762-1378 | 1.36 |
| 08/28/12 | Long distance calls;  1(513)232-4116 | 0.60 |
| 08/29/12 | Court costs;  CD of Hearing on 7/16/12;  US District Court | 30.00 |
| 08/29/12 | Long distance calls;  1(513)762-1369 | 2.84 |

September 24, 2012
Invoice  1542738

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena                                        Page  12
I.D. 1509-000147 - JJS

| Date | Disbursement Description | Amount |
|------|--------------------------|-------:|
| 08/29/12 | Long distance calls;  1(513)762-1378 | 0.36 |
| 08/29/12 | Long distance calls;  1(513)314-2692 | 0.64 |
| 08/31/12 | Long distance calls;  1(513)762-1378 | 1.28 |
| 08/31/12 | Long distance calls;  1(513)762-1378 | 0.40 |
| 08/31/12 | Long distance calls;  1(513)762-1378 | 0.36 |
| 08/31/12 | Long distance calls;  1(419)509-3982 | 0.12 |
| 09/04/12 | Long distance calls;  1(513)314-2692 | 0.04 |
| 09/04/12 | Long distance calls;  1(620)669-1823 | 0.08 |
| 09/05/12 | Courier;  Courier Service 8/27/12 to U.S. District Court;  JAG Express Courier | 42.82 |
| 09/05/12 | Courier;  Courier Service 8/30/12 to U.S. District Court;  JAG Express Courier | 42.82 |
| 09/05/12 | Long distance calls;  1(513)762-1378 | 4.44 |
| 09/07/12 | Long distance calls;  1(513)762-1378 | 0.40 |
| 09/07/12 | Long distance calls;  1(513)314-2692 | 0.04 |
| 09/10/12 | Copies | 4.40 |
| 09/10/12 | Copies | 0.20 |
| 09/10/12 | Copies | 1.00 |
| 09/10/12 | Copies | 0.40 |
| 09/10/12 | Copies | 0.40 |
| 09/10/12 | Copies | 0.20 |
| 09/10/12 | Copies | 1.40 |
| 09/10/12 | Copies | 0.40 |
| 09/10/12 | Copies | 0.20 |
| 09/10/12 | Copies | 0.20 |
| 09/10/12 | Copies | 0.20 |
| 09/10/12 | Copies | 0.40 |
| 09/10/12 | Copies | 0.20 |
| 09/10/12 | Copies | 0.40 |
| 09/10/12 | Copies | 1.00 |
| 09/10/12 | Copies | 0.20 |
| 09/10/12 | Copies | 0.40 |
| 09/10/12 | Copies | 0.20 |
| 09/10/12 | Copies | 0.80 |
| 09/10/12 | Copies | 0.20 |

September 24, 2012
Invoice  1542738

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena                                    Page  13
I.D. 1509-000147 - JJS

| Date | Disbursement Description | Amount |
|------|--------------------------|--------|
| 09/10/12 | Copies | 0.60 |
| 09/10/12 | Copies | 0.20 |
| 09/10/12 | Copies | 0.40 |
| 09/10/12 | Copies | 0.20 |
| 09/10/12 | Copies | 0.40 |
| 09/10/12 | Copies | 0.40 |
| 09/10/12 | Copies | 0.20 |
| 09/10/12 | Copies | 0.20 |
| 09/10/12 | Copies | 0.20 |
| 09/10/12 | Copies | 0.20 |
| 09/10/12 | Copies | 0.40 |
| 09/10/12 | Copies | 0.20 |
| 09/10/12 | Copies | 0.40 |
| 09/10/12 | Copies | 0.40 |
| 09/10/12 | Copies | 0.20 |
| 09/10/12 | Copies | 0.20 |
| 09/10/12 | Copies | 0.40 |
| 09/10/12 | Parking;  9/5/12 Parking, meeting with Plaintiff's counsel.;  Christopher A. Taravella | 10.00 |
| 09/10/12 | Long distance calls;  1(513)762-1378 | 0.32 |
| 09/10/12 | Long distance calls;  1(620)669-1823 | 0.60 |
| 09/11/12 | Copies | 1.20 |
| 09/11/12 | Copies | 1.20 |
| 09/11/12 | Long distance calls;  1(513)314-2692 | 0.28 |
| 09/12/12 | Color Copies | 1.50 |
| 09/12/12 | Copies | 0.40 |
| 09/12/12 | Copies | 0.20 |
| 09/12/12 | Copies | 0.20 |
| 09/12/12 | Copies | 0.60 |
| 09/12/12 | Copies | 0.20 |
| 09/12/12 | Copies | 0.40 |
| 09/12/12 | Copies | 0.40 |
| 09/12/12 | Copies | 0.40 |
| 09/12/12 | Copies | 1.20 |

September 24, 2012
Invoice  1542738

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena                                      Page  14
I.D. 1509-000147 - JJS

| Date | Disbursement Description | Amount |
|------|--------------------------|-------:|
| 09/12/12 | Copies | 1.60 |
| 09/12/12 | Copies | 0.80 |
| 09/12/12 | Copies | 0.20 |
| 09/12/12 | Copies | 0.20 |
| 09/12/12 | Copies | 4.60 |
| 09/12/12 | Copies | 1.40 |
| 09/12/12 | 8/29/12 from MLS to S. Sudkamp, Kroger Co., Cincinnati, OH;  Federal Express Corporation | 59.73 |
| 09/12/12 | 8/30/12 from MLS to S.Sudkamp, Kroger Co., Cincinnati, OH;  Federal Express Corporation | 28.93 |
| 09/12/12 | Long distance calls;  1(513)762-1378 | 0.04 |
| 09/12/12 | Long distance calls;  1(513)314-2692 | 0.60 |
| 09/12/12 | Long distance calls;  1(620)669-1823 | 0.04 |
| 09/12/12 | Long distance calls;  1(513)314-2692 | 0.04 |
| 09/12/12 | Long distance calls;  1(513)314-2692 | 0.08 |
| 09/12/12 | Long distance calls;  1(620)664-2911 | 0.08 |
| 09/13/12 | Copies | 9.00 |
| 09/13/12 | Copies | 9.00 |
| 09/13/12 | Copies | 2.20 |
| 09/13/12 | Copies | 7.00 |
| 09/13/12 | Copies | 3.40 |
| 09/13/12 | Copies | 1.80 |
| 09/13/12 | Copies | 9.60 |
| 09/13/12 | Copies | 28.80 |
| 09/13/12 | Copies | 9.60 |
| 09/13/12 | Copies | 19.20 |
| 09/13/12 | Copies | 7.20 |
| 09/13/12 | Copies | 30.00 |
| 09/13/12 | Copies | 70.00 |
| 09/13/12 | Copies | 35.00 |
| 09/13/12 | Copies | 0.60 |
| 09/13/12 | Copies | 1.60 |
| 09/13/12 | Copies | 0.80 |
| 09/13/12 | Copies | 2.40 |
| 09/13/12 | Copies | 0.80 |

September 24, 2012
Invoice  1542738

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena                                        Page  15
I.D. 1509-000147 - JJS

| Date | Disbursement Description | Amount |
|------|--------------------------|-------:|
| 09/13/12 | Copies | 21.00 |
| 09/13/12 | Copies | 1.60 |
| 09/13/12 | Copies | 7.00 |
| 09/13/12 | Copies | 1.00 |
| 09/13/12 | Copies | 0.40 |
| 09/13/12 | Copies | 0.60 |
| 09/13/12 | Copies | 0.40 |
| 09/13/12 | Copies | 4.60 |
| 09/13/12 | Copies | 0.80 |
| 09/13/12 | Copies | 1.60 |
| 09/13/12 | Copies | 0.60 |
| 09/13/12 | Copies | 0.60 |
| 09/13/12 | Copies | 0.60 |
| 09/13/12 | Copies | 0.40 |
| 09/13/12 | Copies | 3.20 |
| 09/13/12 | Copies | 1.20 |
| 09/13/12 | Copies | 1.20 |
| 09/13/12 | Copies | 6.00 |
| 09/13/12 | Copies | 1.20 |
| 09/13/12 | Copies | 0.80 |
| 09/13/12 | Copies | 1.60 |
| 09/13/12 | Copies | 0.80 |
| 09/13/12 | Copies | 1.00 |
| 09/13/12 | Copies | 0.20 |
| 09/13/12 | Copies | 3.00 |
| 09/13/12 | Copies | 7.00 |
| 09/13/12 | Copies | 0.60 |
| 09/13/12 | Copies | 1.60 |
| 09/13/12 | Copies | 7.00 |
| 09/13/12 | Copies | 3.40 |
| 09/13/12 | Copies | 3.40 |
| 09/13/12 | Copies | 80.00 |
| 09/13/12 | Copies | 51.00 |

September 24, 2012
Invoice  1542738

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena                                      Page  16
I.D. 1509-000147 - JJS

| Date | Disbursement Description | Amount |
|------|--------------------------|--------|
| 09/13/12 | Copies | 0.40 |
| 09/13/12 | Copies | 4.80 |
| 09/13/12 | Long distance calls;  1(513)762-1378 | 0.04 |
| 09/13/12 | Long distance calls;  1(513)314-2692 | 0.36 |
| 09/13/12 | Long distance calls;  1(513)314-2692 | 0.56 |
| 09/13/12 | Long distance calls;  1(513)388-9117 | 0.12 |
| 09/14/12 | Copies | 0.20 |
| 09/14/12 | Copies | 3.60 |
| 09/14/12 | Copies | 0.20 |
| 09/14/12 | Copies | 0.20 |
| 09/14/12 | Copies | 0.20 |
| 09/14/12 | Copies | 0.20 |
| 09/14/12 | Copies | 0.20 |
| 09/14/12 | Copies | 0.40 |
| 09/14/12 | Copies | 0.40 |
| 09/14/12 | Copies | 0.20 |
| 09/14/12 | Copies | 0.40 |
| 09/17/12 | Color Copies | 0.75 |
| 09/17/12 | Color Copies | 0.75 |
| 09/17/12 | Color Copies | 0.75 |
| 09/17/12 | Color Copies | 0.75 |
| 09/17/12 | Color Copies | 7.50 |
| 09/17/12 | Color Copies | 0.75 |
| 09/17/12 | Copies | 0.40 |
| 09/17/12 | Copies | 0.40 |
| 09/17/12 | Copies | 0.40 |
| 09/17/12 | Copies | 0.40 |
| 09/17/12 | Copies | 0.20 |
| 09/17/12 | Copies | 0.40 |
| 09/17/12 | Copies | 0.40 |
| 09/17/12 | Copies | 0.80 |
| 09/17/12 | Copies | 0.60 |

September 24, 2012
Invoice  1542738

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena                                    Page  17
I.D. 1509-000147 - JJS

| Date | Disbursement Description | Amount |
|------|--------------------------|--------|
| 09/17/12 | Copies | 0.40 |
| 09/17/12 | Copies | 0.40 |
| 09/17/12 | Copies | 0.40 |
| 09/17/12 | Copies | 0.40 |
| 09/17/12 | Copies | 0.20 |
| 09/17/12 | Copies | 0.20 |
| 09/17/12 | Copies | 0.40 |
| 09/17/12 | Copies | 0.20 |
| 09/17/12 | Copies | 0.40 |
| 09/17/12 | 9/7/12 from MLS to S.Sudkamp/L.Campbell, Cincinnati, OH;  Federal Express Corporation | 52.13 |
| 09/17/12 | Long distance calls;  1(513)762-1378 | 0.28 |
| 09/17/12 | Long distance calls;  1(513)762-1378 | 0.24 |
| 09/17/12 | Long distance calls;  1(513)762-1378 | 0.04 |
| 09/17/12 | Long distance calls;  1(513)762-1378 | 0.12 |
| 09/17/12 | Long distance calls;  1(513)314-2692 | 0.04 |
| 09/17/12 | Long distance calls;  1(513)762-1378 | 0.04 |
| | **Total Disbursements** | **860.54** |

NAME: _____ CAT

| DATE | FILE NAME | FILE # | PURPOSE (Who, What, Where) | HOTEL/ AIR FARE | CAR RENTAL/ CAB FARE | MEALS/ ENTER-TAIN | MILEAGE (# of miles) | | PARKING | OTHER |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/1 | 1810-1 | | Mtg w/ client | | | | 24 = $13.32 | | 10.00 | |
| 4/5 | 1509-47 | | Bottom of Plaintiffs Counsel | | | | | | | |

OLS-7958

$23.32



OLS-7P73

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-008-80008 | Sep 06, 2012 | 1133-2812-6 | 4 of 4 |

## FedEx Express Shipment Detail By Reference (Original)

**Dropped off: Aug 29, 2012**
**Payer: Shipper**
Cust. Ref.: 1509 147
Ref.#3:
Ref.#2:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 10.00% to this shipment.
- Distance Based Pricing, Zone 6
- Package Delivered to Recipient Address - Release Authorized

| | | | | |
|---|---|---|---|---|
| Automation | USAB | **Sender** | **Recipient** | |
| Tracking ID | 877116284551 | DEBORAH HANONT | SARA SUDKAMP | |
| Service Type | FedEx First Overnight | MONTGOMERY LITTLE & SORAN PC | THE KROGER CO LAIB AEPARMED | |
| Package Type | FedEx Envelope | 5445 DTC PKWY STE 800 | 1014 VINE ST | |
| Zone | 06 | GREENWOOD VILLAGE CO 80111-3053 US | CINCINNATI OH 45202 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Aug 30, 2012 07:59 | | | |
| Svc Area | A1 | Transportation Charge | | 54.30 |
| Signed by | see above | Fuel Surcharge | | 5.43 |
| FedEx Use | 024212972/0000007/02 | **Total Charge** | **USD** | **$59.73** |

**1509 147 Reference Subtotal    USD    $59.73**

**Dropped off: Aug 30, 2012**
**Payer: Shipper**
Cust. Ref.: 1509-147
Ref.#3:
Ref.#2:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 10.00% to this shipment.
- Distance Based Pricing, Zone 6
- Your revenue threshold for this ship date was not met, therefore no Earned Discounts were applied.

| | | | | |
|---|---|---|---|---|
| Automation | USAB | **Sender** | **Recipient** | |
| Tracking ID | 877116284540 | DEBORAH J HARCONT | SARA SUDKAMP ESQ | |
| Service Type | FedEx Standard Overnight | MONTGOMERY LITTLE & SORAN PC | THE KROGER CO LAW DEPARTMENT | |
| Package Type | FedEx Envelope | 5445 DTC PKWY STE 800 | 1014 VINE ST | |
| Zone | 06 | GREENWOOD VILLAGE CO 80111-3053 US | CINCINNATI OH 45202 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Aug 31, 2012 10:44 | | | |
| Svc Area | A1 | Transportation Charge | | 26.30 |
| Signed by | L.HAYDON | Fuel Surcharge | | 2.63 |
| FedEx Use | 024310693/0000244/_ | **Total Charge** | **USD** | **$28.93** |

**1509-147 Reference Subtotal    USD    $28.93**

9E99000-1000-0ES2000-00-10-6PZ1



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-015-87350 | Sep 13, 2012 | 1133-2812-6 | 1 of 4 |

FedEx Tax ID: 71-0427007

**Billing Address:**
MONTGOMERY LITTLE & SORAN PC
ACCOUNTS PAYABLE
5445 DTC PKWY STE 800
GREENWOOD VILLAGE CO 80111-3053

**Shipping Address:**
MONTGOMERY LITTLE & SORAN PC
5445 DTC PKWY STE 800
GREENWOOD VILLAGE CO 80111-3053

**Invoice Questions?**
**Contact FedEx Revenue Services**
Phone:    (800) 622-1147  M-Sa 7-6 (CST)
Fax:      (800) 548-3020
Internet: www.fedex.com

**Invoice Summary Sep 13, 2012**

**FedEx Express Services**

| | | |
|---|---|---|
| Transportation Charges | | 46.75 |
| Special Handling Charges | | 5.38 |
| Total Charges | USD | 52.13 |
| **TOTAL THIS INVOICE** | **USD** | **$52.13** |

Other discounts may apply.

OLS-7997

Detailed descriptions of surcharges can be located at fedex.com

To ensure proper credit, please return this portion with your payment to FedEx.
Please do not staple or fold. Please make check payable to FedEx.

☐ For change of address, check here and complete form on reverse side.

| Invoice Number | Account Number | Amount Due |
|---|---|---|
| 2-015-87350 | 1133-2812-6 | USD $52.13 |

**Remittance Advice**
Your payment is due by Sep 28, 2012

11332812201587350400000052134 5

0004112 01 AV 0.347 **AUTO  2 2 1256 80111-305300  -C01-P04116-I1
MONTGOMERY LITTLE & SORAN PC
ACCOUNTS PAYABLE
5445 DTC PKWY STE 800
GREENWOOD VILLAGE CO 80111-3053

FedEx
P.O. Box 94515
PALATINE IL 60094-4515



60009560069118

1256-01-00-0004112-0002-0010717

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-015-87350 | Sep 13, 2012 | 1133-2812-6 | 4 of 4 |

## FedEx Express Shipment Detail By Reference (Original)

**Dropped off:** Sep 07, 2012   **Cust. Ref.: 1509-147**   **Ref.#2:**
**Payor:** Shipper   **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 11.50% to this shipment.
- Distance Based Pricing, Zone 6
- Your revenue threshold for this ship date was not met, therefore no Earned Discounts were applied.



| Automation | USAB | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 877116284530 | DEBORAH HAROMT | SANA SUDKAMP LINDA CAMPBELL | |
| Service Type | FedEx Priority Overnight | MONTGOMERY LITTLE & SORAN PC | THE KROGEN COMPANY | |
| Package Type | FedEx Pak | 5445 DTC PKWY STE 800 | 1014 DINE ST LAW DEPT | |
| Zone | 06 | GREENWOOD VILLAGE CO 80111-3053 US | CINCINNATI OH 45202 US | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | | |
| Delivered | Sep 10, 2012 09:21 | | | |
| Svc Area | A1 | Transportation Charge | | 46.75 |
| Signed by | S.HAYDEN | Fuel Surcharge | | 5.38 |
| FedEx Use | 025113343/0001574/_ | **Total Charge** | **USD** | **$52.13** |

| | 1509-147 Reference Subtotal | USD | $52.13 |
|---|---|---|---|
| | **Total FedEx Express** | **USD** | **$52.13** |

1256-01-00-0004112-0001-0010716