# MONTGOMERY LITTLE & SORAN, PC
## Attorneys at Law

The Quadrant, 5445 DTC Parkway, Suite 800, Greenwood Village, CO 80111
303.773.8100 | Fax 303.220.0412 | www.montgomerylittle.com

October 12, 2012

Dillon Companies, Inc.
Attn: Bruce Gack
The Kroger Co.
1014 Vine Street
Cincinnati, OH  45202-1100

DUE UPON RECEIPT

Re:  Western Convenience Stores Subpoena
ID: 1509-000147 - JJS                                                                               Invoice #  1542953

For Services Rendered Through September 30, 2012

| | | |
|---|---:|---:|
| Previous Balance | | 45,652.04 |
| Current Fees | 12,468.00 | |
| Current Disbursements | 746.49 | |
| Total Current Charges | 13,214.49 | |
| **Total Due** | | **58,866.53** |

EXHIBIT D

**PLEASE REFERENCE THE INVOICE NUMBER ON YOUR REMITTANCE**

October 12, 2012  
Invoice # 1542953

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena  **REDACTED**  Page  2  
I.D. 1509-000147 - JJS

| Date | Atty | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 08/22/12 | CAT | Phone call with Sara Sudkamp. Initial, cursory review of e-mails from client. E-mail to client. | 1.60 | 344.00 |
| 08/23/12 | CAT | Phone call with Ms. Sudkamp re: ▮▮▮▮. Studied Status Reports, Order of Magistrate Judge, and Protective Order. | 2.20 | 473.00 |
| 09/13/12 | ALT | Review Local District Court Rules regarding filing documents as restricted access documents | 0.80 | 148.00 |
| 09/13/12 | ALT | Confer with Chris Taravella and Michael McCormick regarding ▮▮▮▮; Draft/revise Motion to Restrict Access to Sensitive Documents appended to Dillon's court filings | 3.90 | 721.50 |
| 09/14/12 | ALT | No charge.  Travel to and attend hearing regarding the status of documents produced by Dillon pursuant to the Subpoena. | 4.00 | |
| 09/18/12 | CAT | E-mails to/from Craigmile.  Conference call with Sara and Ron Prior re: ▮▮▮▮. | 2.70 | 580.50 |
| 09/18/12 | MRM | No charge.  Organize and maintain file. | 0.40 | |
| 09/18/12 | MRM | Phone call with counsel for Suncor; study letter from Plaintiffs' counsel re: status of production and outstanding issues; phone call with Ms. Sudkamp re: ▮▮▮▮; phone call with Mr. Prior and Ms. Sudkamp re: ▮▮▮▮; study legal authorities regarding ▮▮▮▮ | 3.70 | 684.50 |
| 09/18/12 | DJH | No charge.  Telephone calls to and from Avery Reporting to order transcript of hearing held on 9-14-2012. | 0.20 | |
| 09/18/12 | DJH | No charge.  Update pleadings on system. | 0.30 | |
| 09/18/12 | DJH | No charge.  Calendar new deadlines from hearing on all appropriate calendars. | 0.20 | |
| 09/19/12 | MRM | No charge. Study changes and issues regarding Pugh declaration. | 1.00 | |
| 09/19/12 | CAT | Preparation conf call with Sara and McCormick.  Conf call with plaintiffs' counsel, IT "expert," Ron Prior, Sara. | 2.70 | 580.50 |
| 09/19/12 | MRM | Phone call with Ms. Sudkamp re: ▮▮▮▮; study ▮▮▮▮; work on updated list of modified subpoena requests in preparation for phone conference with Plaintiffs and their IT expert; phone conference with Plaintiffs & their IT expert and Mr. Prior to discuss availability of information, scope of items requested and IT issues; phone call with Mr. Shaheen, counsel for Suncor, discuss prior production to Plaintiffs; e-mail to Ms. Sudkamp re: ▮▮▮▮ | 4.50 | 832.50 |

October 12, 2012
Invoice # 1542953

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena         **REDACTED**           Page 3
I.D. 1509-000147 - JJS

| Date | Atty | Description of Services | Hours | Amount |
|---|---|---|---|---|
| | | . | | |
| 09/20/12 | CAT | E-mails to Sara.  E-mails to/from Craigmile re: conferral. | 0.40 | 86.00 |
| 09/20/12 | MRM | Phone call with Ms. Sudkamp re: ▮▮▮▮; study spreadsheets received from Suncor's counsel; forward same to Ms. Sudkamp. | 0.90 | 166.50 |
| 09/21/12 | MRM | No charge.  Organize and maintain file. | 0.30 | |
| 09/21/12 | MRM | Study protective order regarding production issues and possible clawback; study responses to motion to stay and motion for reconsideration filed by Plaintiffs. | 2.60 | 481.00 |
| 09/23/12 | MRM | Work on documents to be produced in response to request nos. 2 & 3, privilege review, work product review, confidentiality designation, timeframe; work on updated chart showing latest status of production and disputed issues in response to subpoena. | 4.20 | 777.00 |
| 09/24/12 | CAT | Attention to trade secrets and possible disclosure thereof by Suncor. ▮▮▮▮ | 0.20 | 43.00 |
| 09/24/12 | MRM | Work on chart regarding updated status of documents in response to subpoena; consult with Plaintiffs' counsel re: modified request for items in subpoena. | 4.60 | 851.00 |
| 09/25/12 | MRM | Work on documents to send to Kroger for review of trade secrets; e-mail to Ms. Giannola & Mr. Caldwell re: ▮▮▮▮; phone call with Ms. Sudkamp re: ▮▮▮▮; phone call with Mr. Cliff Caldwell re: ▮▮▮▮; e-mail to Ms. Sudkamp re: ▮▮▮▮; e-mail to Mr. Prior re: ▮▮▮▮ phone call with Ms. Sudkamp re: ▮▮▮▮; e-mail to Ms. Craigmile re: status of e-mail production; study letter from Ms. Craigmile re: amended request no. 7. | 3.20 | 592.00 |
| 09/25/12 | MRM | No charge.  Organize and maintain file. | 0.30 | |
| 09/26/12 | CAT | Numerous e-mails among Ron Prior, Sara, and McCormick re: ▮▮▮▮.  Sep 25 demand letter from Craigmile.  Strategy/next steps re: document production. | 0.80 | 172.00 |
| 09/26/12 | MRM | No charge.  Update task list. | 0.30 | |
| 09/26/12 | MRM | Phone call with Ms. Giannola re: ▮▮▮▮; e-mail to Ms. Sudkamp re: ▮▮; study list of stores; phone calls with Ms. Sudkamp re: ▮▮▮▮; send sample invoices and documents to | 5.70 | 1,054.50 |

October 12, 2012
Invoice # 1542953

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena
I.D. 1509-000147 - JJS

**REDACTED**

Page 4

| Date | Atty | Description of Services | Hours | Amount |
|---|---|---|---|---|
| | | Ms. Sudkamp for review by Mr. Thiessen; work on revised draft list of grocery and convenience stores for responses to request no. 4; prepare documents to be produced in response to request nos 2&3 for production (designation under protective order, privilege review); work on draft letter to Plaintiffs' counsel re: production of additional documents (including Wilson e-mails) and forward to Ms. Sudkamp for review. | | |
| 09/27/12 | CAT | Revised draft Bennington letter. Strategy/next steps/doc production with McCormick. | 1.10 | 236.50 |
| 09/27/12 | MRM | Phone call with Mr. Cliff Caldwell re: ▓▓▓▓▓▓▓▓▓▓▓▓; work on documents to be produced in response to request nos 2 and 3 (privilege review, redaction, designation, preparing for production); phone call with counsel for Suncor re: documents produced to Plaintiffs; phone calls with Ms. Sudkamp re: ▓▓▓▓▓▓▓▓▓▓. | 4.80 | 888.00 |
| 09/27/12 | MRM | No charge. Phone call and meeting with Taravella re: ▓▓▓▓▓▓. | 0.50 | |
| 09/28/12 | CAT | Strategy/next steps with McCormick re: ▓▓▓▓▓▓▓. | 0.60 | 129.00 |
| 09/28/12 | MRM | No charge. Organize and maintain file. | 0.30 | |
| 09/28/12 | MRM | Work on updated chart of items produced; work on chart regarding production in response to item nos. 2&3 regarding designation, which items produced, potential attorneys eyes only or trade secret designation; phone call with Ron Prior re: ▓▓▓▓▓▓▓▓▓▓; phone call with Ms. Sudkamp re: ▓▓▓▓▓▓▓▓; work on Ms. Stucky's e-mails to be produced (designation, privilege review); finalize second group of e-mails for production and send letter to Plaintiffs' counsel re: same; prepare contracts and proposals for higher designation under amended protective order; study e-mail from Ms. Craigmile re: objections to ongoing document production & status; e-mail in response to Ms. Craigmile, start working on producing credit card #s for c-stores. | 5.90 | 1,091.50 |
| 09/29/12 | MRM | Work on production of report for convenience stores from Microsoft Access database; study how to only print out last four digits of credit card numbers & omit first six to comply with subpoenas, inventory of records, convert first million of records into pdf format for production, begin designating as highly confidential and bates numbering for production. | 8.30 | 1,535.50 |

**Total Fees**     12,468.00

October 12, 2012
Invoice # 1542953

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena                                                    Page  5
I.D. 1509-000147 - JJS

| Name | Initials | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Adrienne L. Toon | ALT | Associate | 4.70 | 185.00 | 869.50 |
| Adrienne L. Toon | ALT | Associate | 4.00 | 0.00 | 0.00 |
| Christopher A Taravella | CAT | Shareholder | 12.30 | 215.00 | 2,644.50 |
| Deborah Harant | DJH | Paralegal | 0.70 | 0.00 | 0.00 |
| Michael R. McCormick | MRM | Senior Associate | 48.40 | 185.00 | 8,954.00 |
| Michael R. McCormick | MRM | Senior Associate | 3.10 | 0.00 | 0.00 |
|  |  |  | 73.20 |  | 12,468.00 |

| Date | Disbursement Description | Amount |
|---|---|---|
| 09/18/12 | Copies | 3.40 |
| 09/18/12 | Copies | 0.20 |
| 09/18/12 | Copies | 0.60 |
| 09/18/12 | Courier;  9/13/12 deliver to Bennington, Johnson, Biermann;  JAG Express Courier | 25.71 |
| 09/18/12 | Long distance calls;  1(513)762-1378 | 0.04 |
| 09/19/12 | Copies | 0.40 |
| 09/19/12 | Copies | 0.20 |
| 09/19/12 | Copies | 0.20 |
| 09/19/12 | Long distance calls;  1(513)762-1378 | 0.04 |
| 09/19/12 | Long distance calls;  1(513)762-1378 | 0.44 |
| 09/20/12 | Long distance calls;  1(513)762-1378 | 0.04 |
| 09/20/12 | Long distance calls;  1(513)314-2692 | 0.08 |
| 09/20/12 | Long distance calls;  1(513)762-1378 | 0.40 |
| 09/21/12 | Color Copies | 0.75 |
| 09/21/12 | Copies | 0.20 |
| 09/21/12 | Long distance calls;  1(513)314-2692 | 0.08 |
| 09/21/12 | Long distance calls;  1(513)762-1378 | 0.08 |
| 09/24/12 | Long distance calls;  1(513)314-2692 | 0.04 |
| 09/24/12 | Transcript costs;  8/17/12 Transcript Motion Hearing;  Chase Card Services | 257.25 |
| 09/24/12 | Transcript costs;  7/16/12 Transcript; Motion Hearing;  Chase Card Services | 395.00 |
| 09/25/12 | Copies | 12.40 |
| 09/25/12 | Copies | 0.20 |

October 12, 2012
Invoice 1542953

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena                                          Page 6
I.D. 1509-000147 - JJS

| Date | Disbursement Description | Amount |
|---|---|---|
| 09/25/12 | Copies | 1.40 |
| 09/25/12 | Copies | 3.40 |
| 09/25/12 | Copies | 0.20 |
| 09/25/12 | Copies | 0.60 |
| 09/25/12 | Copies | 1.60 |
| 09/25/12 | Copies | 2.00 |
| 09/25/12 | Copies | 0.40 |
| 09/25/12 | Copies | 0.20 |
| 09/25/12 | Long distance calls; 1(513)762-1378 | 0.04 |
| 09/26/12 | Copies | 0.40 |
| 09/26/12 | Copies | 0.40 |
| 09/26/12 | Copies | 0.20 |
| 09/26/12 | Copies | 1.60 |
| 09/26/12 | Copies | 0.40 |
| 09/26/12 | Copies | 0.40 |
| 09/26/12 | Copies | 0.20 |
| 09/26/12 | Copies | 0.40 |
| 09/26/12 | Copies | 2.40 |
| 09/26/12 | Copies | 0.60 |
| 09/26/12 | Copies | 0.40 |
| 09/26/12 | Copies | 0.40 |
| 09/26/12 | Mileage; 9/14/12 Mileage, Court Hearing; Christopher A. Taravella | 15.54 |
| 09/26/12 | Parking; 9/14/12 parking, Court Hearing; Christopher A. Taravella | 14.00 |
| 09/27/12 | Long distance calls; 1(513)762-1378 | 0.04 |
| 09/27/12 | Long distance calls; 1(513)314-2692 | 0.32 |
| 09/27/12 | Long distance calls; 1(513)314-2692 | 0.04 |
| 09/27/12 | Long distance calls; 1(513)314-2692 | 0.04 |
| 09/28/12 | Copies | 0.20 |
| 09/28/12 | Copies | 0.20 |
| 09/28/12 | Copies | 0.20 |
| 09/28/12 | Copies | 0.20 |
| 09/28/12 | Copies | 0.20 |
| 09/28/12 | Long distance calls; 1(513)762-1378 | 0.12 |

October 12, 2012  
Invoice  1542953

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena						Page  7  
I.D. 1509-000147 - JJS

| Date | Disbursement Description | Amount |
|---|---|---|
| | **Total Disbursements** | **746.49** |

**JAG EXPRESS COURIER**
4950 S. Yosemite, F2 #182
Greenwood Village, CO. 80111

OLS-8040

Callers First Name or Initials: Deborah
Voice Mail or Cellular: 720-352-8751

DATE: 9/13/2012
BILLING CLIENT: 1509-147
RUSH: X

COMPANY NAME (Delivery): Bennington Johnson Biermann
DELIVERY ADDRESS: 370 17th Street Suite 3500
Denver CO 80202
REMARKS: Attn: Kenneth Bennington

TOTAL: 25.71

PICKUP DRIVER SIGNATURE: M. Hammock