# MONTGOMERY LITTLE & SORAN, PC
**Attorneys at Law**

The Quadrant, 5445 DTC Parkway, Suite 800, Greenwood Village, CO 80111
303.773.8100 | Fax 303.220.0412 | www.montgomerylittle.com

November 7, 2012

Dillon Companies, Inc.
Attn: Bruce Gack
The Kroger Co.
1014 Vine Street
Cincinnati, OH 45202-1100

DUE UPON RECEIPT

Re: Western Convenience Stores Subpoena
ID: 1509-000147 - JJS

**REDACTED**

Invoice # 1543286

For Services Rendered Through October 31, 2012

| | | |
|---|---:|---:|
| Previous Balance | | 58,866.53 |
| Adjustments | | -1,013.50 |
| Current Fees | 27,719.50 | |
| Current Disbursements | 2,388.42 | |
| Total Current Charges | 30,107.92 | |
| **Total Due** | | **87,960.95** |

**EXHIBIT E**

**\*\*PLEASE REFERENCE THE INVOICE NUMBER ON YOUR REMITTANCE\*\***

# MONTGOMERY LITTLE & SORAN, PC
**Attorneys at Law**

The Quadrant, 5445 DTC Parkway, Suite 800, Greenwood Village, CO 80111
303.773.8100 | Fax 303.220.0412 | www.montgomerylittle.com

November 7, 2012
Invoice # 1543286

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena **REDACTED** Page 2
I.D. 1509-000147 - JJS

| Date | Atty | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 09/21/12 | DJH | Burn CD of Suncor documents; letter to Sara Sudkamp, Re: same. Telephone call from Avery Reporting, Re: costs for transcript. | 0.20 | 18.00 |
| 09/25/12 | DJH | Print off; scan in and bind September 14, 2012 hearing transcript. E-mail to Sara September 14, 2012 hearing transcript. Save final e-mail to disclose. | 0.60 | 54.00 |
| 09/28/12 | DJH | Numerous e-mails to and from Mr. Shaheen, Re: scheduling conference call. E-mail to Ms. Craigmile, Re: scheduling a conference call. E-mails from Mr. Shaheen, Re: telephone conference call. | 0.40 | 36.00 |
| 09/30/12 | DJH | Change footer to Highly Confidential Information and begin redacting more information on invoices. | 6.00 | 540.00 |
| 10/01/12 | CAT | Phone call with Suncor counsel Shaheen. Revised draft Bennington letter re: document production. Phone call with Sara re: ▮ Status conference with Plaintiffs' counsel. Revised draft Reply Brief re: Objection to Magistrate Judge's Order. | 4.80 | 1,032.00 |
| 10/01/12 | MRM | Send e-mail to Ms. Sudkamp with documents to produce, sample credit card information to be produced; work on first one million of credit card records for C-store for production to Plaintiffs (transfer from database to PDF, designating as highly confidential, bates numbering); letter to Mr. Bennington re: document production, include bates numbered third group of e-mails for production; include revised lists for SPG & C-stores; explanation for City Market locations on revised lists; explanation of number of credit card records produced for C-stores and amount of production that may remain; phone conferral with Plaintiffs' counsel to discuss items produced by Dillon and issues for upcoming status conference with Court on Wednesday Oct. 3; work on reply in support of motion for objection, finalize and file with Court. | 9.50 | 1,757.50 |
| 10/02/12 | CAT | Prepared for hearing with magistrate judge for tomorrow. Revised draft matrix as to status of ## 1 - 10 on Subpoena. Conference call with Mr. Gack and Sara re: ▮. Prepared outline for hearing. | 5.80 | 1,247.00 |
| 10/02/12 | JJS | Conference call with Bruce Gack, Chris Taravella regarding ▮ notes on follow-up. | 0.70 | 150.50 |
| 10/02/12 | MRM | Work on chart with updated status of items produced for use during tomorrow's hearing; work on list of contracts that have been produced and contracts awaiting production; phone call with Mr. Prior re: ▮. | 4.90 | 906.50 |
| 10/03/12 | CAT | Revised draft outline for federal court hearing today. Phone call with Sara and Giannola re: ▮ Travel to/from and attendance at hearing. Report to Sara and Mr. Gack | 8.10 | 1,741.50 |

# MONTGOMERY LITTLE & SORAN, PC
**Attorneys at Law**

The Quadrant, 5445 DTC Parkway, Suite 800, Greenwood Village, CO 80111
303.773.8100 | Fax 303.220.0412 | www.montgomerylittle.com

November 7, 2012
Invoice # 1543286

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena
I.D. 1509-000147 - JJS

**REDACTED**

Page 3

| Date | Atty | Description of Services | Hours | Amount |
|---|---|---|---|---|
| | | re: ███████████████. | | |
| 10/03/12 | MRM | No charge. Meeting with Taravella re: strategy/next steps. | 0.50 | |
| 10/03/12 | MRM | Phone call with Ms. Sudkamp, discuss ████████████████████████████████, phone call with Ms. Giannola re: ████████████████████████████, work on chart regarding latest status of document production for use during hearing before Magistrate Judge; e-mails with Ms. Sudkamp re: ████████████████ ██████████; prepare for hearing before Magistrate Judge to update Court regarding status of document production; travel to and from United States District Court for hearing with Magistrate Judge; phone call with Ms. Sudkamp post hearing re: ████████████████ ████████████████████████████████, start on chart regarding Court's orders, deadlines for items to be produced. | 9.60 | 1,776.00 |
| 10/04/12 | CAT | Phone calls with Sara and McClenehan. Attention to meeting court's 1200 noon deadline. Conferred with opposing counsel per court order before deadline. | 3.60 | 774.00 |
| 10/04/12 | MRM | Phone call with Ms. Sudkamp re ████████████████████ ██████████; work on format for spreadsheets re: items 5h, 8, 9; phone call with Ms. Sudkamp re: ████████████████████████████████; Consultation with Plaintiffs' counsel as required by Court's Oct. 3 Order re: format for 5(h), modified 7, formats for 8 & 9, availability for each subpart of request no. 10; work on chart of Court's Order & of consultation with plaintiffs to confirm same; phone call with Ms. Sudkamp re: ████████████████████████████ ██████████); phone call with Ms. McClenahan re: ██████; phone call with Ms. Sudkamp re: ██████████████████████ ██████; e-mails to from Kroger re: excel spreadsheets for 8&9; e-mail with Ms. McClenahan re ████████████████; work on letter to Mr. Bennington with chart re: conferral and court's October 3 Order, send draft letter to Ms. Sudkamp for approval; forward draft plaintiff's motion to restrict access to Ms. Sudkamp to see if objection; e-mail to Ms. Sudkamp re: ████████████████████████ ██████████. | 9.80 | 1,813.00 |
| 10/04/12 | DJH | No charge. Numerous e-mails to and from Avery Reporting, Re: request transcript of October 3, 2012 hearing. | 0.20 | |
| 10/05/12 | CAT | Drafted and sent out Amended and Restated Protective Order and Side Letter. Phone call with Sara re: ██████████ Phone call with Shaheen. Conferred with plaintiffs' counsel re: draft order and Side Letter. | 3.80 | 817.00 |
| 10/05/12 | MRM | E-mail to Ms. Sudkamp re: ████████████████████████ | 10.30 | 1,905.50 |

# MONTGOMERY LITTLE & SORAN, PC
**Attorneys at Law**

The Quadrant, 5445 DTC Parkway, Suite 800, Greenwood Village, CO 80111
303.773.8100 | Fax 303.220.0412 | www.montgomerylittle.com

November 7, 2012
Invoice # 1543286

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena
I.D. 1509-000147 - JJS

**REDACTED**

Page 4

| Date | Atty | Description of Services | Hours | Amount |
|---|---|---|---|---|
| | | [REDACTED]; finalize and send letter to Plaintiffs' counsel re: consultation on Oct. 4 and documents to be produced today; e-mails and phone calls with Mr. Chad Cunningham re: [REDACTED]; work on document production, designation, privilege review & bates stamping: 2 additional contracts not yet produced, 3 contracts previously produced re-designated "secret" subject to amended protective order, draft contracts and proposals, unredacted information previously produced, Wilson e-mails, revised spreadsheets for grocery & C-stores including 5(h); spreadsheets for both 8 & 9 for both grocery and c-stores; compose letter to Plaintiffs' counsel re: documents being produced; work on replies in support of motion for reconsideration and motion for stay; e-mails with Ms. Sudkamp re: same; finalize and file replies with the Court. | | |
| 10/05/12 | MRM | No charge. Meetings & phone calls with Taravella re: documents to be produced, replies in support of motion for reconsideration and motion for stay. | 0.70 | |
| 10/05/12 | DJH | E-mail from and to Avery Reporting, Re: expediting hearing transcript. E-mail to Mr. Bennington, Re: letter regarding documents. E-mail to Mr. Shaheen, Re: letter regarding production of documents. E-mail to Sara Sudkamp, Re: letter regarding production of documents. E-mail to all counsel, Re: production matters. E-mail to Mr. Shaheen, Re: production matters. E-mail to Sara Sudkamp, Re: production matters. E-file and serve Response to Stay and Response to Motion for Reconsideration of Order. Burn CDs to produce to Mr. Bennington. Convert spreadsheets into pdfs to produce tomorrow; help prepare the remainder of the documents to produce. | 5.40 | 486.00 |
| 10/06/12 | CAT | Revised draft protective order; sent to Sara and Shaheen. | 1.90 | 408.50 |
| 10/07/12 | CAT | E-mails to/from Shaheen. Revised draft Suppl Protective Order and sent to plaintiffs' counsel; forwarded same to Sara. | 0.50 | 107.50 |
| 10/08/12 | CAT | Strategy/next steps with McCormick. Phone call with Sara. | 0.40 | 86.00 |
| 10/08/12 | MRM | Phone call with Ms. Sudkamp; discuss [REDACTED]; work on charts regarding items that have and haven't been produced, redaction, privilege log; study correspondence from plaintiffs re: items to be produced; phone call with Ms. Sudkamp re [REDACTED]; start on draft third supplement to status report re: items that have been produced; update task list re: due date for bill of costs. | 6.70 | 1,239.50 |
| 10/08/12 | MRM | No charge. Organize and maintain file and update task list; phone call | 0.60 | |

# MONTGOMERY LITTLE & SORAN, PC
**Attorneys at Law**

The Quadrant, 5445 DTC Parkway, Suite 800, Greenwood Village, CO 80111
303.773.8100 | Fax 303.220.0412 | www.montgomerylittle.com

November 7, 2012
Invoice # 1543286

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena
I.D. 1509-000147 - JJS

**REDACTED**

Page 5

| Date | Atty | Description of Services | Hours | Amount |
|---|---|---|---|---|
| | | with Mr. Taravella re: next steps. | | |
| 10/08/12 | DJH | Telephone call from Avery Reporting, Re: payment for transcript of hearing on October 3, 2012. E-mail to Sara Sudkamp, Re: transcript of October 3, 2012 hearing. Print off, save and bind transcript of October 3, 2012 hearing. Calendar motions hearing on all appropriate calendars. E-mail to Sara Sudkamp, Re: Replies to Motion to Stay and Motion to Reconsider. Finish burning three more sets of CDs (6) to send to Mr. Shaheen and Sara Sudkamp and for the file; prepare letters to Mr. Shaheen and Sara Sudkamp, Re: same. | 2.80 | 252.00 |
| 10/09/12 | CAT | Phone calls with Sara re ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Revised draft Status Report. | 3.30 | 709.50 |
| 10/09/12 | MRM | No charge. Meeting with Taravella & Harant re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; meeting with Taravella re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 0.90 | |
| 10/09/12 | MRM | Work on letter to Plaintiffs regarding additional document production; work on third supplemental status report with detailed description of items produced on October 5 and spreadsheets and privilege logs being produced; work on draft privilege log; prepare two spreadsheets in response to request no. 2 for production; phone call with Ms. Sudkamp re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 6.90 | 1,276.50 |
| 10/09/12 | DJH | Letter to Sara Sudkamp, Re: audio of hearing on October 3, 2012. Telephone call to and from USDC, Re: audio of hearing on October 3, 2012; prepare check request and send courier to get the CD. Prepare Initial Privilege and Confidentiality Log. Begin working on Fuel Study Reports; label with Secret and bates number them; begin printing off to organize into a notebook. | 4.80 | 432.00 |
| 10/10/12 | CAT | Revised draft report. Several phone calls with Sara. E-mails to/from Craigmile. Confer with Craigmile. Revised draft protective order and sent to Sara; then to Craigmile -- issue re: para 9. | 3.20 | 688.00 |
| 10/10/12 | DJH | E-mail to all counsel, Re: Dillon Companies, Inc.'s Initial Privilege and Confidentiality Log. Make changes to Initial Privilege and Confidentiality Log; file and serve. Continue working on Fuel Study Reports; label with Secret and bates number them; print off new ones from CD to organize into a notebook. | 4.60 | 414.00 |
| 10/10/12 | MRM | No charge. Meetings with Ms. Harant and Mr. Taravella re: doc production. | 0.60 | |
| 10/10/12 | MRM | Phone conferral with Ms. Craigmile re: production of original spreadsheets (DILLON 96000 & 97000) in Excel format & Plaintiffs' modified request number 7; phone call with Ms. McClenahan re: | 5.40 | 999.00 |

# MONTGOMERY LITTLE & SORAN, PC
**Attorneys at Law**

The Quadrant, 5445 DTC Parkway, Suite 800, Greenwood Village, CO 80111
303.773.8100 | Fax 303.220.0412 | www.montgomerylittle.com

November 7, 2012
Invoice # 1543286

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena
I.D. 1509-000147 - JJS

**REDACTED**

Page 6

| Date | Atty | Description of Services | Hours | Amount |
|---|---|---|---|---|
| | | ▓▓▓; e-mail to Ms. Sudkamp re: ▓▓▓▓▓▓▓▓▓▓▓▓▓; compose draft e-mail to Ms. Craigmile re: production of two spreadsheets; phone call with Ms. Sudkamp re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; work on third supplement regarding status report, explanation of items produced on October 5, 2012 and pending items. | | |
| 10/11/12 | CAT | Conference call with Sara and Mr. Gack re ▓▓▓▓▓▓▓. Strategy/direction with McCormick re: ▓▓▓▓▓▓. | 1.40 | 301.00 |
| 10/11/12 | DJH | E-mails from and to Ron Prior, Re: CD from Brian McGimsey; telephone call to Brian McGimsey; make arrangements with courier to pick up CD; numerous e-mails re: holding hearing on October 12, 2012. E-mail to Sara Sudkamp, Re: Dillon's Third Supplemental Status Report. | 0.50 | 45.00 |
| 10/11/12 | DJH | No charge.   E-file and serve Third Supplemental Status Report. | 0.10 | |
| 10/11/12 | DJH | Download thumbdrive of spreadsheet.  Bates number and label SECRET; update spreadsheet of document produced; convert to pdf files. | 2.70 | 243.00 |
| 10/11/12 | MRM | No charge.  Organize and maintain file; update task list; phone calls with Taravella re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓; e-mails and voicemail messages for Ms. Harant re: possible document production. | 1.40 | |
| 10/11/12 | MRM | Phone call with Ms. Sudkamp re ▓▓▓▓▓▓▓; send e-mail to Ms. Craigmile re: additional two spreadsheets in Microsoft Excel format (DILLON 96000 & 97000); phone call with Ms. Sudkamp and Mr. Gack re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; work on spreadsheets to be produced in response to plaintiffs' modified request no. 7 and cover letter regarding same; study marketing studies that may be potentially produced in response to request no. 10 and whether responsive to subpoena; e-mails to and from Ms. Sudkamp re: ▓▓▓▓▓▓▓▓▓▓▓▓▓. | 10.10 | 1,868.50 |
| 10/12/12 | CAT | Phone conference hearing with court.  Updated status to Sara.  E-mails to/from Sara. | 1.70 | 365.50 |
| 10/12/12 | DJH | No charge.  Numerous telephone calls with Christopher Taravella, Re: ▓▓▓▓▓▓▓▓▓▓▓▓▓. Burn CDs of documents to produce regarding Request No. 7 and No. 10; prepare letters to send in case we have to | 2.40 | |

# MONTGOMERY LITTLE & SORAN, PC
**Attorneys at Law**

The Quadrant, 5445 DTC Parkway, Suite 800, Greenwood Village, CO 80111
303.773.8100 | Fax 303.220.0412 | www.montgomerylittle.com

November 7, 2012
Invoice # 1543286

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena
I.D. 1509-000147 - JJS

**REDACTED**

Page 7

| Date | Atty | Description of Services | Hours | Amount |
|---|---|---|---|---|
| | | produce after the hearing. | | |
| 10/15/12 | CAT | Phone call with Sara re: ▓▓▓. Phone call with Shaheen. Phone call with Craigmile. Revised draft Motion for Suppl Prot Order and sent to counsel; forwarded to client. | 2.20 | 473.00 |
| 10/15/12 | AA | No charge. Surveyed Colorado and other case law regarding trade secrets and trade secret protection during discovery; researched rule 45 subpoenas and requirements; drafted memo to Chris Taravella summarizing Colorado trade secret law, discovery, and subpoenas. | 2.50 | |
| 10/16/12 | CAT | Voice mail to Craigmile re: protective order. Phone call with Aldrich re: same. Phone call with Sara. E-mails to Sara. | 0.30 | 64.50 |
| 10/17/12 | DJH | Prepare Fourth Status Report; file and serve on everyone. Prepare letter to Mr. Bennington regarding Subpoena Request No. 7 documents. | 0.80 | 72.00 |
| 10/18/12 | ALT | Confer with Chris Taravella regarding Dillon's Fifth Status report; Review Fourth Status Report and Exhibit A to Dillon's Fifth Report; Draft/revise Dillon's Fifth Status Report | 0.80 | 148.00 |
| 10/18/12 | DJH | Prepare Fifth Status Report; file and serve on everyone. | 0.60 | 54.00 |
| 10/19/12 | CAT | Conference call with Court. E-mail to/from Sara re: same. Phone call with Bennington. Phone call with Shaheen. Magistrate Judge Minute Order. | 1.00 | 215.00 |
| 10/22/12 | MRM | No charge. Organize, study and maintain e-mail correspondence; update task list; Study minute orders from 10/12/12 and 10/19/12 hearings and e-mail correspondence with client and Mr. Taravella re: same; meeting with Taravella re: ▓▓▓ | 5.50 | |
| 10/22/12 | MRM | E-mail to Mr. Shaheen with spreadsheets DILLON 96000 & 97000, e-mail to Ms. Craigmile re: same. | 0.30 | 55.50 |
| 10/22/12 | CAT | E-mail to Sara re: meeting with Bennington. | 0.20 | 43.00 |
| 10/23/12 | CAT | Meeting with Bennington. Phone call update with Sara. | 1.70 | 365.50 |
| 10/23/12 | MRM | Work on executive summary of pending items for meeting with Plantiffs' counsel Mr. Bennington; phone call with Ms. Sudkamp re: ▓▓▓ ▓▓▓; phone calls with counsel for Suncor re: his questions regarding items produced by Dillon, cover e-mail to spreadsheets produced re: allocation, spreadsheets regarding pump price. | 1.20 | 222.00 |
| 10/23/12 | MRM | No charge. Meeting with Mr. Taravella re ▓▓▓ ▓▓▓. | 0.20 | |
| 10/24/12 | CAT | E-mail to Sara re: ▓▓▓ | 0.30 | 64.50 |
| 10/24/12 | MRM | Study e-mail from Plaintiffs counsel Mr. Bennington re: missing data on | 3.40 | 629.00 |

# Montgomery Little & Soran, PC
## Attorneys at Law

The Quadrant, 5445 DTC Parkway, Suite 800, Greenwood Village, CO 80111
303.773.8100 | Fax 303.220.0412 | www.montgomerylittle.com

November 7, 2012
Invoice # 1543286

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena
I.D. 1509-000147 - JJS

**REDACTED**

Page 8

| Date | Atty | Description of Services | Hours | Amount |
|---|---|---|---|---|
| | | three spreadsheets in response to request no. 7 as modified; reformat three spreadsheets to correct issue; compose e-mail to Ms. Sudkamp re: formatting issue; compose letter to Mr. Bennington re: three spreadsheets with corrected format; forward draft letter to Ms. Sudkamp for review and approval. | | |
| 10/25/12 | CAT | No charge. Phone call with Bennington. Msg to Sara re: same. | 0.20 | |
| 10/25/12 | MRM | Study "corrupted" spreadsheet file issue; send response e-mail to Mr. Bennington re: allegedly corrupted file; finalize and send letter to Mr. Bennington with reformatted spreadsheets; phone call with Mr. Aldrich re: whether he received e-mail with file that may be corrupted. | 1.50 | 277.50 |
| 10/25/12 | DJH | Burn four sets of CDs of Dillon 45000, 46000 and 47000 to send to opposing counsel and others. | 0.70 | 63.00 |
| 10/26/12 | MRM | Compose letter to Mr. Bennington re: allegedly corrupt file, include copy of CD with file that opens properly in Microsoft Excel. | 0.50 | 92.50 |
| 10/26/12 | DJH | Prepare copies of letter and CDs to all appropriate person. | 0.20 | 18.00 |
| 10/29/12 | CAT | Studied court minute order. Phone call and e-mail to/from Sara. Phone call with Shaheen. | 0.40 | 86.00 |
| 10/29/12 | MRM | No charge. Study minute order from Court re: hearing held on October 26, 2012. | 0.30 | |
| 10/30/12 | CAT | Phone call with Sara ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. | 0.30 | 64.50 |
| 10/30/12 | MRM | No charge. Meeting with Taravella re: pending issues. | 0.20 | |
| 10/30/12 | MRM | Phone call with Ms. Sudkamp re ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇; study proposed settlement agreement received from WCS, forward same to Ms. Sudkamp. | 0.70 | 129.50 |
| 10/31/12 | MRM | Voicemail from Ms. Craigmile re: Plaintiffs' position on request nos. 8 & 9; start on list of pending issues. | 0.50 | 92.50 |
| 10/31/12 | MRM | No charge. Organize and maintain task list. | 0.20 | |
| | | **Total Fees** | | **27,719.50** |

| Name | Initials | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Adrienne L. Toon | ALT | Associate | 0.80 | 185.00 | 148.00 |
| Adam Andrus | AA | Law Clerk | 2.50 | 0.00 | 0.00 |
| Christopher A Taravella | CAT | Shareholder | 44.90 | 215.00 | 9,653.50 |
| Christopher A Taravella | CAT | Shareholder | 0.20 | 0.00 | 0.00 |
| Deborah Harant | DJH | Paralegal | 30.30 | 90.00 | 2,727.00 |

# MONTGOMERY LITTLE & SORAN, PC
### Attorneys at Law

The Quadrant, 5445 DTC Parkway, Suite 800, Greenwood Village, CO 80111
303.773.8100 | Fax 303.220.0412 | www.montgomerylittle.com

November 7, 2012
Invoice # 1543286

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena  Page 9
I.D. 1509-000147 - JJS

| Name | Initials | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Deborah Harant | DJH | Paralegal | 2.70 | 0.00 | 0.00 |
| James J. Soran | JJS | Shareholder | 0.70 | 215.00 | 150.50 |
| Michael R. McCormick | MRM | Senior Associate | 81.30 | 185.00 | 15,040.50 |
| Michael R. McCormick | MRM | Senior Associate | 11.10 | 0.00 | 0.00 |
| | | | 174.50 | | 27,719.50 |

| Date | Description | Units | Cost/Unit | Amount |
|---|---|---|---|---|
| | Color Copies | 1002 | 0.75 | 751.50 |
| | Copies | 1430 | 0.20 | 286.00 |
| 10/2/2012 | 9/18/12 from MLS to Kroger Co., Cincinnati, OH; Federal Express Corporation | | | 46.89 |
| 10/2/2012 | 9/21/12 from D.Bacomb to Kroger Co., Cincinnati, OH; Federal Express Corporation | | | 31.55 |
| 10/4/2012 | CD of 10/3/12 Hearing; United States District Court | | | 30.00 |
| 10/4/2012 | Courier; 9/28/12 to MLS, from Kroger, Denver, CO; JAG Express Courier | | | 30.58 |
| 10/10/2012 | Mileage; 10/3/12 Mileage, travel to and from U.S. District Court for hearing; Michael McCormick | | | 16.65 |
| 10/16/2012 | 10/8/12 from MLS to B.Sudkamp, Esq., Cincinnati, OH; Federal Express Corporation | | | 47.73 |
| 10/17/2012 | Transcript costs; 9/24/12 Transcript Costs; Chase Card Services | | | 309.50 |
| 10/17/2012 | Transcript costs; 10/8/12 Transcript Costs; Chase Card Services | | | 596.25 |
| 10/22/2012 | Courier; 10/1/12 from MLS to Bennington Johnson Beirman & Craigmile; JAG Express Courier | | | 25.71 |
| 10/22/2012 | Courier; 10/4/12 from MLS to U.S. District Court; JAG Express Courier | | | 45.30 |
| 10/22/2012 | Courier; 10/5/12 from MLS to Bennington Johnson Beirman & Craigmile; JAG Express Courier | | | 37.67 |
| 10/22/2012 | Courier; 10/11/12 to MLS from Kroger Fuel Technology; JAG Express Courier | | | 32.11 |
| 10/22/2012 | Courier; 10/12/12 from MLS to Downtown; JAG Express Courier | | | 23.40 |
| 10/23/2012 | 10/09/12 - from MLS to S. Sudkamp, Cincinnati, OH; Federal Express Corporation | | | 47.73 |
| 10/30/2012 | 10/18/12 FedEX Shipment from MLS to Kioger CO Law Court; Federal Express Corporation | | | 29.85 |

# MONTGOMERY LITTLE & SORAN, PC
## Attorneys at Law

The Quadrant, 5445 DTC Parkway, Suite 800, Greenwood Village, CO 80111
303.773.8100 | Fax 303.220.0412 | www.montgomerylittle.com

November 7, 2012
Invoice # 1543286

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena                     Page 10
I.D. 1509-000147 - JJS

| Date | Description | Units | Cost/Unit | Amount |
|------|-------------|-------|-----------|--------|
|      | Total Disbursements |  |  | 2,388.42 |

# FedEx

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-031-19675 | Sep 27, 2012 | 1133-2812-6 | 5 of 5 |

Tracking ID: 799039686990 continued

Signed by
FedEx Use    000000000/0000208/_

Fuel Surcharge
Total Charge                                                                USD

---

**Dropped off:** Sep 18, 2012    **Cust. Ref.:** 1509-147    **Ref.#2:**
**Payor:** Shipper                **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 11.50% to this shipment.
- Distance Based Pricing, Zone 6
- Your revenue threshold for this ship date was not met, therefore no Earned Discounts were applied.

| | | Sender | Recipient |
|---|---|---|---|
| Automation | USAB | DEBORAH HAROMT | LINDA CAMPBELL |
| Tracking ID | 877116285890 | MONTGOMERY LITTLE & SORAN PC | THE KROGER CO |
| Service Type | FedEx Standard Overnight | 5445 DTC PKWY STE 800 | 1014 VINE ST LEGAL DEPT |
| Package Type | FedEx Pak | GREENWOOD VILLAGE CO 80111-3053 US | CINCINNATI OH 45202 US |
| Zone | 06 | | |
| Packages | 1 | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | |
| Delivered | Sep 19, 2012 09:43 | | |
| Svc Area | A1 | Transportation Charge | 42.05 |
| Signed by | S.HAYDEN | Fuel Surcharge | 4.84 |
| FedEx Use | 026213823/0001371/_ | Total Charge                                 USD | $46.89 |

**Dropped off:** Sep 21, 2012    **Cust. Ref.:** 1509-147    **Ref.#2:**
**Payor:** Shipper                **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 11.50% to this shipment.
- Distance Based Pricing, Zone 6
- Your revenue threshold for this ship date was not met, therefore no Earned Discounts were applied.

| | | Sender | Recipient |
|---|---|---|---|
| Automation | USAB | DEBORAH BACOMB | SARA SUDKAMP OR LIANDRA CAMPBE |
| Tracking ID | 877116284529 | MONTGOMERY LITTLE & SORAN PC | THE KROGER CO |
| Service Type | FedEx Priority Overnight | 5445 DTC PKWY STE 800 | 1014 VINE ST LEGAL DEPT |
| Package Type | FedEx Envelope | GREENWOOD VILLAGE CO 80111-3053 US | CINCINNATI OH 45202 US |
| Zone | 06 | | |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | Sep 24, 2012 09:59 | | |
| Svc Area | A1 | Transportation Charge | 28.30 |
| Signed by | T.OSBOUNE | Fuel Surcharge | 3.25 |
| FedEx Use | 026514344/0000230/_ | Total Charge                                 USD | $31.55 |

|  | 1509-147 Reference Subtotal | USD | $78.44 |
|---|---|---|---|
|  | **Total FedEx Express** | **USD** | **$184.00** |



# JAG EXPRESS COURIEF

4950 S. Yosemite, F2 #182
Greenwood Village, CO. 80111

OLS-8135

Callers First Name or Initials:
Voice Mail or: Deborah
Cellular: 720-352-8751

| DATE | BILLING CLIENT | REF # | STANDARD | EXPRESS | RUSH |
|---|---|---|---|---|---|
| 4/28/2012 | 1504-147 | 004 | | | |

**COMPANY NAME:** D' MLS

**PICKUP ADDRESS:**

**SUITE #:**

**COMPANY NAME:** Kraven Fuel Technology

**DELIVERY ADDRESS:** 10251 East 51st Ave Suite

Denver CO

**SUITE #:** HA

**REMARKS:** Call Ron Prior see attached 303-415-5144

**CHARGES:**
- DELIVERY:
- WEIGHT:
- WAIT TIME:
- MISC:
- TOTAL: 30.58

**# OF PKGS.**

**REMARKS:**

**WEIGHT:**

**PICKUP DRIVER SIGNATURE:** X

**RECEIVED IN APPARENT GOOD ORDER BY:** X

**TIME:** ___ AM ___ PM

|  | Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|---|
|  | 2-045-97868 | Oct 11, 2012 | 1133-2812-6 | 4 of 4 |

## FedEx Express Shipment Detail By Reference (Original)

**Dropped off:** Oct 08, 2012  **Cust. Ref.:** 1509-147  **Ref.#2:**
**Payor:** Shipper  **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.50% to this shipment.
- Distance Based Pricing, Zone 6
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- Your revenue threshold for this ship date was not met, therefore no Earned Discounts were applied
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Envelope was rated as FedEx Pak

| | | | | |
|---|---|---|---|---|
| Automation | USAB | **Sender** | **Recipient** | |
| Tracking ID | 877116284507 | DEBORAH HARANT | BANA SUDRAMP ESQ | |
| Service Type | FedEx Standard Overnight | MONTGOMERY LITTLE & SORAN PC | TEH KIOGER CO LAW DEPARTMENT | |
| Package Type | FedEx Pak | 5445 DTC PKWY STE 800 | 1014 GINE STE | |
| Zone | 06 | GREENWOOD VILLAGE CO 80111-3053 US | CINCINNATI OH 45202 US | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | | |
| Delivered | Oct 09, 2012 09:42 | | | |
| Svc Area | A1 | Transportation Charge | | 42.05 |
| Signed by | S.HAYDEN | Fuel Surcharge | | 5.68 |
| FedEx Use | 028212346/0001371/_ | **Total Charge** | USD | $47.73 |
| | | **1509-147 Reference Subtotal** | USD | **$47.73** |
| | | **Total FedEx Express** | USD | **$47.73** |

| Callers First Name or Initials: | **JAG EXPRESS COURIER** | | | |
|---|---|---|---|---|
| Voice Mail or | 4950 S. Yosemite, F2 #182 | | | OLS-8257 |
| Cellular: 720-352-8751 | Greenwood Village, CO. 80111 | | | |

| DATE 10/16/12 | BILLING CLIENT 1509-167 | | REF # | STANDARD | EXPRESS | RUSH X |
|---|---|---|---|---|---|---|

| COMPANY NAME 147? | | COMPANY NAME Bensinger ... Bermann |
|---|---|---|
| PICKUP ADDRESS | SUITE # | DELIVERY ADDRESS 370 17th Street suite 3500 |
| | CHARGES | Denver CO 80202 |
| # OF PKGS | REMARKS | DELIVERY | REMARKS |
| | | WEIGHT | |
| WEIGHT | | WAIT TIME | |
| | | MISC | |
| PICKUP DRIVER SIGNATURE X | | TOTAL 25.71 | RECEIVED IN APPARENT GOOD ORDER BY X | TIME AM PM |

| Callers First Name or Initials: Deborah  Voice Mail or Cellular: 720-352-8751 | JAG EXPRESS COURIER 4950 S. Yosemite, F2 #182 Greenwood Village, CO. 80111 | | | OLS-8261 | |
|---|---|---|---|---|---|
| DATE 10/5/2012 | BILLING CLIENT 1509-147 | REF.# | STANDARD | EXPRESS | RUSH X |
| COMPANY NAME | | COMPANY NAME Dinnington Johnson Dimming | | | |
| PICKUP ADDRESS | SUITE # | DELIVERY ADDRESS 370 17th Street, Suite | | | SUITE # Original 3500 |
| | CHARGES | Denver, CO 80202 | | | Suite 3500 |
| # OF PKGS. REMARKS | DELIVERY / WEIGHT | REMARKS Attn: Kenneth Dimmry | | | |
| WEIGHT | WAIT TIME MISC. | | | | |
| PICKUP DRIVER SIGNATURE X | TOTAL 37.67 | RECEIVED IN APPARENT GOOD ORDER BY X | | | TIME AM PM |

| Callers First Name or Initials: Uriah | JAG EXPRESS COURIER | | | | |
|---|---|---|---|---|---|
| Voice Mail or Cellular: 720-352-8751 | 4950 S. Yosemite, F2 #182 Greenwood Village, CO. 80111 | | | | OLS-8268 |
| DATE 10/11/2012 | BILLING CLIENT 1509-147 | | REF # | STANDARD | EXPRESS ✓ | RUSH |

| COMPANY NAME | | COMPANY NAME Kroger |
|---|---|---|
| PICKUP ADDRESS | SUITE # | DELIVERY ADDRESS 10231 E 51st Ave Suite A Denver CO |
| # OF PKGS | REMARKS | CHARGES: DELIVERY ___ WEIGHT ___ WAIT TIME ___ MISC ___ TOTAL 32.11 | REMARKS Brian McKinney 303-715-5944 |
| WEIGHT | | |
| PICKUP DRIVER SIGNATURE X | | RECEIVED IN APPARENT GOOD ORDER BY X ___ | TIME ___ AM/PM |

Client's First Name or Initials: Deborah
Voice Mail or
Cellular: 720-352-8751

**JAG EXPRESS COURIER**
4950 S. Yosemite, F2 #182
Greenwood Village, CO. 80111

OLS-8270

| DATE | BILLING CLIENT | | REF # | STANDARD | EXPRESS | RUSH |
|---|---|---|---|---|---|---|
| 10·12·12 | | | 1509-147 | ✓ | | X |

COMPANY NAME: MCS
PICKUP ADDRESS: SUITE #

COMPANY NAME: Downtown
DELIVERY ADDRESS: SUITE #

# OF PKGS: 
REMARKS:
WEIGHT:

CHARGES:
DELIVERY:
WEIGHT:
WAIT TIME: 45 Min
MISC:
TOTAL: 23.40

PICKUP DRIVER SIGNATURE: X

REMARKS:

RECEIVED IN APPARENT GOOD ORDER BY: X
TIME: AM / PM

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-053-69202 | Oct 18, 2012 | 1133-2812-6 | 4 of 4 |

## FedEx Express Shipment Detail By Reference (Original)

- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.50% to this shipment.
- Distance Based Pricing, Zone 4
- Your revenue threshold for this ship date was not met, therefore no Earned Discounts were applied.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | | | | |
| Tracking ID | | | | |
| Service Type | | | | |
| Package Type | | | | |
| Zone | | | | |
| Packages | | | | |
| Rated Weight | | | | |
| Declared Value | | Transportation Charge | | |
| Delivered | | Declared Value Charge | | |
| Svc Area | | Fuel Surcharge | | |
| Signed by | | Automation Bonus Discount | | |
| FedEx Use | | Total Charge | USD | |

**11410-28 Reference Subtotal** USD

- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.50% to this shipment.
- Distance Based Pricing, Zone 6
- Your revenue threshold for this ship date was not met, therefore no Earned Discounts were applied.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | USAB | | | |
| Tracking ID | 877116284297 | DEBORAH DARONET | SARA SUDKAMP | |
| Service Type | FedEx Standard Overnight | MONTGOMERY LITTLE & SORAN PC | THE KROGER CO | |
| Package Type | FedEx Pak | 5445 DTC PKWY STE 800 | 1014 VIME ST | |
| Zone | 06 | GREENWOOD VILLAGE CO 80111-3053 US | CINCINNATI OH 45202 US | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | | |
| Delivered | Oct 10, 2012 09:22 | | | |
| Svc Area | A1 | Transportation Charge | | 42.05 |
| Signed by | S.HAYDEN | Fuel Surcharge | | 5.68 |
| FedEx Use | 028312787/00013/1/ | Total Charge | USD | $47.73 |

**1509-147 HARD DRIVE Reference Subtotal** USD $47.73

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-061-28926 | Oct 25, 2012 | 1133-2812-6 | 4 of 4 |

## FedEx Express Shipment Detail By Reference (Original)

- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.50% to this shipment.
- Distance Based Pricing, Zone 2
- Your revenue threshold for this ship date was not met, therefore no Earned Discounts were appli

OLS-8344

| | | | |
|---|---|---|---|
| Automation | USAB | | |
| Tracking ID | | | |
| Service Type | F | | |
| Package Type | Fe | | |
| Zone | | | |
| Packages | | | |
| Rated Weight | 2.0 | | |
| Delivered | Oc | | |
| Svc Area | A1 | Transportation Charge | |
| Signed by | D HMCE | Fuel Surcharge | |
| FedEx Use | | Total Charge | USD |

- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.50% to this shipment.
- Distance Based Pricing, Zone 6
- Your revenue threshold for this ship date was not met, therefore no Earned Discounts were applied.

| | | Sender | Recipient |
|---|---|---|---|
| Automation | USAB | DEBORAH HARANT | THE KIOGER CO LAW CRT |
| Tracking ID | 877116284286 | MONTGOMERY LITTLE & SORAN PC | 1014 UNIV STE |
| Service Type | FedEx Standard Overnight | 5445 DTC PKWY STE 800 | CINCINNATI OH 45202 US |
| Package Type | FedEx Envelope | GREENWOOD VILLAGE CO 80111-3053 US | |
| Zone | 06 | | |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | Oct 19, 2012 09:40 | | |
| Svc Area | A1 | Transportation Charge | 26.30 |
| Signed by | S.HAYDEN | Fuel Surcharge | 3.55 |
| FedEx Use | 029214025/0000244/_ | Total Charge USD | $29.85 |

| | | |
|---|---|---|
| | 1509-147 Reference Subtotal USD | $29.85 |

1298-C1-00-0003502-0801-0009089