# MONTGOMERY LITTLE & SORAN, PC
### Attorneys at Law

The Quadrant, 5445 DTC Parkway, Suite 800, Greenwood Village, CO 80111
303.773.8100 | Fax 303.220.0412 | www.montgomerylittle.com

December 18, 2012

Dillon Companies, Inc.
Attn: Bruce Gack
The Kroger Co.
1014 Vine Street
Cincinnati, OH 45202-1100

**DUE UPON RECEIPT**

Re: Western Convenience Stores Subpoena
ID: 1509-000147 - JJS

Invoice # 1543693

For Services Rendered Through November 30, 2012

| | | |
|---|---:|---:|
| Previous Balance | | 87,960.95 |
| Adjustments | | -8,796.10 |
| Current Fees | 11,998.00 | |
| Current Disbursements | 373.81 | |
| Total Current Charges | 12,371.81 | |
| **Total Due** | | 91,536.66 |

**EXHIBIT F**

**\*\*PLEASE REFERENCE THE INVOICE NUMBER ON YOUR REMITTANCE\*\***

# Montgomery Little & Soran, PC
**Attorneys at Law**

The Quadrant, 5445 DTC Parkway, Suite 800, Greenwood Village, CO 80111
303.773.8100 | Fax 303.220.0412 | www.montgomerylittle.com

December 18, 2012
Invoice # 1543693

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena
I.D. 1509-000147 - JJS

**REDACTED**

Page 2

| Date | Atty | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 11/01/12 | CAT | Preparation for and phone call with Sara re: ▓▓▓▓▓▓. E-mails to/from and voice mail from Bledsoe. | 2.10 | 451.50 |
| 11/01/12 | MRM | No charge. Organize and maintain file; meeting with Taravella re: pending issues. | 1.10 | |
| 11/01/12 | MRM | Work on list of pending issues, pending Dillon motions, partial withdrawals, proposed agreement with WCS, status of subpoena, vetting experts; phone call with Ms. Sudkamp re: ▓▓▓; send to Ms. Sudkamp. | 3.20 | 592.00 |
| 11/02/12 | CAT | No charge. Studied draft Cov Not to Sue. | 0.20 | |
| 11/02/12 | MRM | Study legal authorities regarding whether pending motions are moot in preparation for this afternoon's hearing; start on letter to Kroger with issues regarding proposed covenant not to sue. | 1.60 | 296.00 |
| 11/02/12 | MRM | No charge. Update and maintain task list; organize and maintain e-mails. | 0.40 | |
| 11/05/12 | CAT | Revised draft letter to Sara re: ▓▓▓▓▓▓. Phone call with Sara re ▓▓▓. | 1.40 | 301.00 |
| 11/05/12 | MRM | Work on letter to Ms. Sudkamp re ▓▓▓▓▓▓▓▓▓▓▓▓; phone call with Ms. Sudkamp to discuss ▓▓▓. | 3.60 | 666.00 |
| 11/05/12 | MRM | No charge. Meeting with Taravella re ▓▓▓; phone call to Ms. Sudkamp re: ▓▓▓; organize and maintain file. | 1.80 | |
| 11/06/12 | MRM | Phone call with Ms. Sudkamp, discuss ▓▓▓; work on revised covenant not to sue. | 0.50 | 92.50 |
| 11/07/12 | CAT | Revised draft Cov Not to Sue. Phone calls with Sara re: ▓▓▓. | 1.60 | 344.00 |
| 11/07/12 | MRM | Work on revised covenant not to sue, improve scope of covenant, payment of costs before and after effective date, no admission of liability, representations and warranties, other contract provisions. | 5.30 | 980.50 |
| 11/07/12 | MRM | No charge. Meeting with Taravella re ▓▓▓, organize and maintain file; work on invoicing issues re: motion to restrict access, compose cover letter to Ms. Sudkamp re: ▓▓▓. | 2.40 | |
| 11/08/12 | MRM | Working on revised covenant not to sue, improve scope of covenant, add specific costs provided by Kroger, add re-designation of documents by Kroger with specific list of documents; phone call with Ms. Sudkamp re: ▓▓▓▓▓▓▓▓; phone call | 4.80 | 888.00 |

# MONTGOMERY LITTLE & SORAN, PC
**Attorneys at Law**

The Quadrant, 5445 DTC Parkway, Suite 800, Greenwood Village, CO 80111
303.773.8100 | Fax 303.220.0412 | www.montgomerylittle.com

December 18, 2012
Invoice # 1543693

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena
I.D. 1509-000147 - JJS

**REDACTED**

Page 3

| Date | Atty | Description of Services | Hours | Amount |
|---|---|---|---|---|
| | | with counsel for Western regarding covenant not to sue and postponing hearing; phone call with counsel for Suncor to discuss same; compose e-mail to the court regarding status of settlement negotiations and unopposed request of parties to postpone the hearing. | | |
| 11/09/12 | MRM | Work on correcting corporate names in revised covenant not to sue; forward revised covenant not to sue to Ms. Sudkamp; study e-mail from court deputy Ms. Mason regarding hearing is postponed, forward same to Ms. Sudkamp; phone call with Ms. Sudkamp regarding ▮▮▮▮. | 1.30 | 240.50 |
| 11/09/12 | MRM | No charge. Organize and maintain file; Left message for Taravella regarding Western's response to revised covenant not to sue. | 0.50 | |
| 11/12/12 | CAT | Phone call with Bennington. Phone call with Sara re: ▮▮▮. | ▮ | ▮ |
| 11/12/12 | MRM | No charge. Meeting with Mr. Taravella regarding costs issue in revised covenant not to sue; phone call with plaintiffs' counsel regarding same; phone call with Ms. Sudkamp re: same. | 0.80 | |
| 11/13/12 | MRM | Work on revised covenant not to sue, improve provisions regarding locations of interviews and depositions and advance payment of costs, add that western will not seek sanctions; phone call with counsel for Suncor to ask for Western's discovery request to Suncor; study Western's discovery request to Suncor; e-mail to Ms. Sudkamp re: ▮▮▮. | 2.20 | 407.00 |
| 11/13/12 | MRM | No charge. Update task list. | 0.10 | |
| 11/14/12 | CAT | Strategy/direction with McCormick re: ▮▮▮ e-mail. | 0.40 | 86.00 |
| 11/14/12 | MRM | Work on revised covenant not to sue. | 1.90 | 351.50 |
| 11/14/12 | MRM | No charge. Phone call with Taravella, discuss ▮▮▮; organize and maintain file. | ▮ | |
| 11/15/12 | CAT | Preparation for and phone call with Bennington re: Covenant Not to Sue and hearing tomorrow. Phone calls with Sara re: ▮. | 0.90 | 193.50 |
| 11/15/12 | MRM | No charge. Work on scheduling phone conference with Ms. Craigmile; phone call with Ms. Sudkamp to discuss ▮▮▮; meeting with Chris Taravella regarding ▮▮▮. | 0.50 | |
| 11/15/12 | MRM | Prepare for phone call with Mr. Bennington re: draft covenant not to sue; phone call with Mr. Bennington re: same; phone call with Ms. Sudkamp re: ▮; compose e-mail to Ms. Mason requesting to postpone tomorrow's hearing; phone call with Mr. Bennington to confirm | 1.50 | 277.50 |

# Montgomery Little & Soran, PC
**Attorneys at Law**

The Quadrant, 5445 DTC Parkway, Suite 800, Greenwood Village, CO 80111
303.773.8100 | Fax 303.220.0412 | www.montgomerylittle.com

December 18, 2012
Invoice # 1543693

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena     **REDACTED**     Page 4
I.D. 1509-000147 - JJS

| Date | Atty | Description of Services | Hours | Amount |
|---|---|---|---|---|
| | | he has no objection to postponing hearing until November 30. | | |
| 11/16/12 | MRM | Study e-mail from Ms. Mason stating that today's hearing is going to go forward; forward same to Ms. Sudkamp; phone call from assistant at Mr. Shaheen's office to request revised store lists; forward revised store lists to Mr. Shaheen's office; prepare for upcoming hearing with Magistrate Judge Shaffer, study pending referred motions for oral argument; appear at telephonic hearing regarding pending referred motions on behalf of Dillon before Magistrate Judge Shaffer; phone call with Ms. Sudkamp regarding ▮ | 2.80 | 518.00 |
| 11/20/12 | MRM | No charge. Study docket regarding whether restricted attachment that was the subject of the motion to restrict was restricted in PACER. | 0.30 | |
| 11/20/12 | MRM | Study studies that may be responsive to subpoena request number 10 for upcoming production of same. | 1.30 | 240.50 |
| 11/21/12 | MRM | No charge. Update task list. | 0.10 | |
| 11/21/12 | MRM | Study documents that may be produced regarding request number 10 and whether documents are responsive to subpoena. | 0.60 | 111.00 |
| 11/23/12 | MRM | Study documents to be produced in response to request no. 10 and prepare same for production. | 2.40 | 444.00 |
| 11/24/12 | MRM | Study documents to be produced in response to request no. 10; Redact unrelated geographical areas from sample study; prepare memorandum regarding different categories of documents that may be responsive to request number 10. | 2.70 | 499.50 |
| 11/26/12 | CAT | Studied possible responses to para 10 of subpoena. Phone messages to Sara. Phone call with Bennington re: Covenant Not to Sue. | 1.10 | 236.50 |
| 11/26/12 | MRM | No charge. Meeting with Taravella re ▮ | 0.20 | |
| 11/26/12 | MRM | Work on redlined covenant not to sue showing changes made by Western; Phone call with Mr. Bennington, counsel for Western, re: revised covenant not to sue; work on revised covenant not to sue with changes discussed with Mr. Bennington, maximum 6 employees, have to depose non-officer first, forward same to Ms. Sudkamp for review and approval; work on letter to Ms. Sudkamp regarding ▮ | 4.30 | 795.50 |
| 11/27/12 | CAT | Phone call with client re: ▮ Revised same. | 0.70 | 150.50 |
| 11/27/12 | MRM | Worked on revised covenant not to sue, improved provision regarding must depose lower level officers first, provision regarding confidentiality agreements, revised Appendix A; forward revised covenant not to sue to Mr. Bennington; phone call with Ms. Sudkamp, discuss ▮ | 2.30 | 425.50 |

# Montgomery Little & Soran, PC
### Attorneys at Law

The Quadrant, 5445 DTC Parkway, Suite 800, Greenwood Village, CO 80111
303.773.8100 | Fax 303.220.0412 | www.montgomerylittle.com

December 18, 2012
Invoice # 1543693

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena
I.D. 1509-000147 - JJS

**REDACTED**

Page 5

| Date | Atty | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 11/28/12 | CAT | Revised draft letter to Bennington. | 0.20 | 43.00 |
| 11/28/12 | MRM | Prepare documents for production in response to request number 10; redact focus group study to remove additional information from outside Pertinent Geographical Area as defined in Subpoena. | 3.90 | 721.50 |
| 11/28/12 | MRM | Phone call with Ms. Sudkamp re: | 0.30 | 55.50 |
| 11/29/12 | CAT | Phone call with Bennington, Bledsoe, and Craigmile re: Covenant Not to Sue. Revised draft status report. E-mails among Bennington and Shaheen. | 1.20 | 258.00 |
| 11/29/12 | MRM | Phone call with counsel for Plaintiffs re: changes they request to revised draft covenant; phone call with Ms. Sudkamp re: compose e-mail to Ms. Sudkamp summarizing re: work on draft sixth status report regarding status of production on request no. 10; study e-mail from Mr. Shaheen re: WCS may want Mr. Tarraghi to look at secret materials and status of tomorrow's hearing; study revised covenant not to sue received from Mr. Bennington. | 3.20 | 592.00 |
| 11/29/12 | MRM | Work on production of documents in response to request no. 10, check for privilege and work product material, redact geographical information outside of Pertinent Geographical Area from one of the site feasibility studies; finalize and execute letter to Mr. Bennington re: production of documents in response to request no. 10. | 3.30 | 610.50 |
| 11/30/12 | CAT | No charge. E-mails msgs among Shaheen/Bennington re: hearing. | 0.20 | |
| | | **Total Fees** | | **11,998.00** |

| Name | Initials | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Christopher A Taravella | CAT | Shareholder | 10.20 | 215.00 | 2,193.00 |
| Christopher A Taravella | CAT | Shareholder | 0.40 | 0.00 | 0.00 |
| Michael R. McCormick | MRM | Senior Associate | 53.00 | 185.00 | 9,805.00 |
| Michael R. McCormick | MRM | Senior Associate | 8.70 | 0.00 | 0.00 |
| | | | 72.30 | | 11,998.00 |

# MONTGOMERY LITTLE & SORAN, PC
**Attorneys at Law**

The Quadrant, 5445 DTC Parkway, Suite 800, Greenwood Village, CO 80111
303.773.8100 | Fax 303.220.0412 | www.montgomerylittle.com

December 18, 2012
Invoice # 1543693

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena　　　　　　　　　　　　　　　　　　Page 6
I.D. 1509-000147 - JJS

| Date | Description | Units | Cost/Unit | Amount |
|---|---|---|---|---|
|  | Copies | 1444 | 0.20 | 288.80 |
| 11/6/2012 | Courier; 10/17/12 from MLS to Bennington Johnson Beirman; JAG Express Courier |  |  | 25.71 |
| 11/6/2012 | Courier; 10/25/12 from MLS to Bennington Johnson Beirman; JAG Express Courier |  |  | 22.65 |
| 11/6/2012 | Courier; 10/26/12 from MLS to Bennington Johnson Beirman; JAG Express Courier |  |  | 22.65 |
| 11/7/2012 | Parking; 10/03/12 Parking, Court Hearing; Christopher A. Taravella |  |  | 14.00 |
|  | **Total Disbursements** |  |  | **373.81** |

| Callers First Name or Initials: Deborah | JAG EXPRESS COURIER | | | | |
|---|---|---|---|---|---|
| Voice Mail or Cellular: 720-352-8751 | 4950 S. Yosemite, F2 #182 Greenwood Village, CO. 80111 | | | | |
| DATE 10/17/2012 | BILLING CLIENT 1509-147 | | REF # | STANDARD | EXPRESS | RUSH |

| COMPANY NAME | | | COMPANY NAME Bennington Johnson Biermann |
|---|---|---|---|
| PIC OLS-8410 | SUITE # | | DELIVERY ADDRESS 370 17th St Suite 3500 Denver CO 80202 |
| | CHARGES | | REMARKS |
| # OF PKGS | REMARKS | DELIVERY | Kenneth Bennington |
| | | WEIGHT | |
| WEIGHT | | WAIT TIME | |
| | | MISC | |
| PICKUP DRIVER SIGNATURE X | | TOTAL 25.71 | RECEIVED IN APPARENT GOOD ORDER BY X | TIME AM/PM |

| Callers First Name or Initials: Obrien | **JAG EXPRESS COURIER** | | | | |
|---|---|---|---|---|---|
| Voice Mail or Cellular: 720-352-8751 | 4950 S. Yosemite, F2 #182 Greenwood Village, CO. 80111 | | | | |
| DATE 10/35/22 | BILLING CLIENT 1504-147 | REF.# | STANDARD | EXPRESS | RUSH |

| COMPANY NAME | | COMPANY NAME | |
|---|---|---|---|
| PICKUP ADDRESS OLS-8423 | SUITE # | DELIVERY ADDRESS Perkins Coie Johnson Biermiske 3701 14th Street Suite 3500 Denver, CO 80202 | SUITE # |
| | CHARGES DELIVERY WEIGHT WAIT TIME MISC. TOTAL 22.65 | REMARKS | |
| WEIGHT PICKUP DRIVER SIGNATURE X | | RECEIVED IN APPARENT GOOD ORDER BY X Marie Hancock | TIME AM PM |

| Callers First Name or Initials: Abirah | **JAG EXPRESS COURIER** |
|---|---|
| Voice Mail or Cellular: 720-352-8751 | 4950 S. Yosemite, F2 #182 Greenwood Village, CO. 80111 |

| DATE | BILLING CLIENT | | REF # | STANDARD | EXPRESS | RUSH |
|---|---|---|---|---|---|---|
| 10/26/12 | 1504/147 | | | | | |

**COMPANY NAME**

OLS-8426

SUITE #

**CHARGES:**
DELIVERY
WEIGHT
WAIT TIME
MISC.
TOTAL 22.65

WEIGHT

PICKUP DRIVER SIGNATURE
X

**COMPANY NAME**
Bennington Chain Dimmim

**DELIVERY ADDRESS** SUITE #
370 17in Street Suite 3500
Denver, CO 80202

**REMARKS**

**RECEIVED IN APPARENT GOOD ORDER BY** TIME
X Mari Hammock           AM / PM