# MONTGOMERY LITTLE & SORAN, PC
### Attorneys at Law

The Quadrant, 5445 DTC Parkway, Suite 800, Greenwood Village, CO 80111
303.773.8100 | Fax 303.220.0412 | www.montgomerylittle.com

January 18, 2013

Dillon Companies, Inc.
Attn: Bruce Gack
The Kroger Co.
1014 Vine Street
Cincinnati, OH 45202-1100

DUE UPON RECEIPT

Re:  Western Convenience Stores Subpoena
ID: 1509-000147 - JJS

Invoice #  1543946

For Services Rendered Through December 31, 2012

| | | |
|---|---:|---:|
| Previous Balance | | 90,336.86 |
| Current Fees | 12,585.00 | |
| Current Disbursements | 785.92 | |
| Total Current Charges | 13,370.92 | |
| **Total Due** | | 103,707.78 |

**EXHIBIT G**

**PLEASE REFERENCE THE INVOICE NUMBER ON YOUR REMITTANCE**

# MONTGOMERY LITTLE & SORAN, PC
**Attorneys at Law**

The Quadrant, 5445 DTC Parkway, Suite 800, Greenwood Village, CO 80111
303.773.8100 | Fax 303.220.0412 | www.montgomerylittle.com

January 18, 2013
Invoice # 1543946

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena
I.D. 1509-000147 - JJS

**REDACTED**

Page 2

| Date | Atty | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 12/01/12 | CAT | No charge.   E-mails re: Covenant Not to Sue. | 0.20 | |
| 12/03/12 | MRM | Phone call with Ms. Sudkamp, discuss [REDACTED], document same for file. | 0.70 | 129.50 |
| 12/03/12 | MRM | No charge.  E-mails with Ms. Sudkamp regarding [REDACTED]; update task list; organize and maintain emails; e-mail to Taravella regarding phone call with Ms. Sudkamp. | 1.00 | |
| 12/04/12 | CAT | Revised e-mail to Bennington.  Phone call with Sara and McCormick. | 0.30 | 64.50 |
| 12/04/12 | MRM | Compose draft response to Mr. Bennington regarding advance payment of fees and costs; compose e-mail to Ms. Sudkamp regarding [REDACTED]; phone call with Counsel for Suncor, discuss western's request to provide secret materials to Mr. Tarraghi and related issues; compose e-mail to Ms. Sudkamp regarding [REDACTED]; phone call with Ms. Sudkamp regarding [REDACTED]. | 2.80 | 518.00 |
| 12/05/12 | CAT | E-mails to/from Sara re: [REDACTED] | 0.20 | 43.00 |
| 12/05/12 | MRM | Phone call with Ms. Sudkamp re: [REDACTED]; phone call with counsel for Suncor Kate Craigmile to discuss production of documents regarding request number 10; compose letter to Ms. Sudkamp regarding [REDACTED] | 0.70 | 129.50 |
| 12/05/12 | MRM | No charge.  Left message for counsel for Suncor. | 0.10 | |
| 12/05/12 | MRM | Compose letter to Mr. Bennington re: production of site feasibility studies for Loaf N Jug. | 0.80 | 148.00 |
| 12/05/12 | MRM | Study site feasibility studies for Loaf N' Jug for privilege, work product and whether documents are in the applicable timeframe and Pertinent Geographic Area as defined in the subpoena. | 2.70 | 499.50 |
| 12/06/12 | CAT | E-mails among Shaheen, Bennington.  E-mails to/from McCormick and Sara. | 0.30 | 64.50 |
| 12/06/12 | CSS | Office conf. with M. McCormick re redaction of Dillon studies, begin studies redaction. | 4.50 | 405.00 |
| 12/06/12 | MRM | Study site feasibility studies for Loaf N' Jug, privilege review, designation under supplemental protective order, whether in timeframe, whether in Pertinent Geographical Area as defined in subpoena. | 4.20 | 777.00 |
| 12/06/12 | MRM | No charge.  Organize and maintain file. | 0.50 | |
| 12/06/12 | DJH | No charge.   Burn CDs of documents producing under No. 10 of the Subpoena; e-mail letter to all counsel; send via mail with CDs; e-mail to Sara Sudkamp, Re: same. | 0.30 | |

# MONTGOMERY LITTLE & SORAN, PC

**Attorneys at Law**

The Quadrant, 5445 DTC Parkway, Suite 800, Greenwood Village, CO 80111
303.773.8100 | Fax 303.220.0412 | www.montgomerylittle.com

January 18, 2013
Invoice # 1543946

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena
I.D. 1509-000147 - JJS

**REDACTED**

Page 3

| Date | Atty | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 12/07/12 | CAT | Phone call with Sara. Phone call with Shaheen. Strategy/direction re: response to Bennington. | 0.70 | 150.50 |
| 12/07/12 | CSS | Redaction of Kroger studies | 8.50 | 765.00 |
| 12/07/12 | MRM | Study prior motion to change level of designation of materials produced by Suncor filed by Western; phone calls with Ms. Sudkamp and Shaheen to discuss WCS request to view HCI materials and Suncor expert's questions regarding information produced by Kroger; compose letter to Mr. Bennington regarding his request for a hearing. | 2.90 | 536.50 |
| 12/07/12 | MRM | Work on redactions to January 2010 Kroger panel study to redact information outside the pertinent geographical area. | 0.60 | 111.00 |
| 12/10/12 | CAT | Bennington e-mail. Strategy/next steps with McCormick re: hearing. | 0.20 | 43.00 |
| 12/10/12 | CSS | Redaction of Kroger studies | 3.30 | 297.00 |
| 12/10/12 | MRM | Study documents and pleadings regarding Dillon's assertions of a trade secrets for use in upcoming hearing with magistrate judge; e-mail response to Mr. Bennington re: renew request for information; study response from Mr. Bennington re: Western's request to release information to Mr. Taraghi and forward same to Ms. Sudkamp; phone call with Ms. Sudkamp regarding ▉▉▉▉▉▉▉▉▉▉. | 1.10 | 203.50 |
| 12/10/12 | MRM | No charge. Phone call with Mr. Taravella regarding pending issues; e-mail to Taravella re: phone call with Mr. Shaheen. | 0.80 | |
| 12/11/12 | CSS | Continue redaction of Kroger studies. | 4.40 | 396.00 |
| 12/11/12 | DJH | No charge. Calendar hearing on all appropriate calendars with the call-in number too. | 0.10 | |
| 12/12/12 | CAT | Preparation for telephonic hearing. Hearing with magistrate judge and counsel for Western and Suncor re: Western request to show Highly Confidential documents to Western principal. | 1.50 | 322.50 |
| 12/12/12 | MRM | Phone call with Ms. Sudkamp regarding ▉▉▉▉▉▉▉▉▉▉▉; work on summary of the issues for upcoming hearing, information being requested by Mr. Bennington, applicable provisions in original and and supplemental protective orders, summary of information that Suncor and Dillon have previously asserted are highly confidential information or trade secrets, Dillon's position for hearing, history of negotiations regarding covenant not to sue and how Western reneged during negotiations, potential motion for fees and costs, pending objection; appear on behalf of Dillon at discovery hearing before magistrate Judge Shaffer. | 5.20 | 962.00 |
| 12/12/12 | MRM | No charge. Meeting with Mr. Taravella regarding ▉▉▉▉▉▉▉▉▉▉; organize and maintain file. | 0.50 | |

# MONTGOMERY LITTLE & SORAN, PC
**Attorneys at Law**

The Quadrant, 5445 DTC Parkway, Suite 800, Greenwood Village, CO 80111
303.773.8100 | Fax 303.220.0412 | www.montgomerylittle.com

January 18, 2013
Invoice # 1543946

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena  **REDACTED**  Page 4
I.D. 1509-000147 - JJS

| Date | Atty | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 12/12/12 | CSS | Continue redaction of Kroger reports | 5.50 | 495.00 |
| 12/13/12 | CAT | Phone call with Sara. Studied potential para 10 response. | 0.50 | 107.50 |
| 12/13/12 | DJH | No charge. E-mail to Sara Sudkamp, Re: Minute Order from yesterday's conference. | 0.10 | |
| 12/13/12 | CSS | Continue redaction of Kroger reports | 5.40 | 486.00 |
| 12/13/12 | MRM | Forward documents produced on 12/6/12 to Mr. Bennington. | 0.60 | 111.00 |
| 12/13/12 | MRM | Phone call with Ms. Sudkamp regarding [REDACTED] | 0.50 | 92.50 |
| 12/13/12 | MRM | No charge. Meeting with Taravella regarding [REDACTED]; Meeting with assistant Connie Striech re: studies to be redacted. | 0.70 | |
| 12/18/12 | CAT | Studied Plaintiff Motion to Reclassify and 30(b)(6) notice. E--mail to Bennington; copying client. | 0.90 | 193.50 |
| 12/18/12 | MRM | Study 30(b)(6) notice of deposition received from Western and motion to change designation filed by Western; forward same to Ms. Sudkamp; phone call with Ms. Sudkamp regarding [REDACTED] | 0.50 | 92.50 |
| 12/19/12 | CAT | Phone call with Sara re: strategy/next steps. E-mails from Bennington and Craigmile, forwarded to client. Notice of hearing set. E-mails to/from Sara. | 1.00 | 215.00 |
| 12/19/12 | CSS | Office conference with M. McCormick re redaction of Kroger reports and redact reports. | 1.10 | 99.00 |
| 12/19/12 | MRM | Phone call with Ms. Sudkamp regarding [REDACTED] | 0.40 | 74.00 |
| 12/19/12 | MRM | No charge. Study emails from Mr. Taravella to Plaintiffs' counsel re: scheduling Kroger 30(b)(6) deposition; meeting with assistant Ms. Striech re: redactions to studies (request no. 10). | 1.20 | |
| 12/20/12 | CAT | E-mail from/to Bennington re: 30(b)(6); copied client. E-mail from client re: Wilson dep. Arrangements for SLC dep. E-mail and response re: conference call hearing with magistrate judge; forwarded response to client. | 0.60 | 129.00 |
| 12/20/12 | CSS | Continue redaction of Kroger reports. | 1.90 | 171.00 |
| 12/21/12 | CAT | E-mails to/from Bledsoe and Craigmile re: 30(b)(6) deps. | 0.60 | 129.00 |
| 12/21/12 | MRM | No charge. Phone call with Taravella re: [REDACTED] | [REDACTED] | |
| 12/21/12 | MRM | E-mail to Ms. Sudkamp re: [REDACTED] e-mails to counsel for Suncor & counsel for Western re: will participate in today's hearing; prepare for hearing with Magistrate Judge regarding motion to | 1.70 | 314.50 |

# MONTGOMERY LITTLE & SORAN, PC
**Attorneys at Law**

The Quadrant, 5445 DTC Parkway, Suite 800, Greenwood Village, CO 80111
303.773.8100 | Fax 303.220.0412 | www.montgomerylittle.com

January 18, 2013
Invoice # 1543946

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena
I.D. 1509-000147 - JJS

**REDACTED**

Page 5

| Date | Atty | Description of Services | Hours | Amount |
|---|---|---|---|---|
| | | change designation of documents to provide access to Mr. Tarraghi; appear at telephonic hearing on behalf of Dillon regarding motion to provide access to Mr. Tarraghi. | | |
| 12/24/12 | MRM | No charge. Organize and maintain file. | 0.70 | |
| 12/26/12 | MRM | Work on letter to Plaintiffs' counsel to consult regarding Kroger 30(b)(6) subpoena, factual background, legal authorities, dates of designation, propose dates of deposition with alternative dates, location, application of Supplemental Protective Order, topics that are irrelevant and otherwise improper. | 4.10 | 758.50 |
| 12/27/12 | CAT | Conferral with Craigmile re: 30(b)(6) dep and Wilson dep. Revised draft objection to subpoena. | 0.90 | 193.50 |
| 12/27/12 | MRM | Phone call with Ms. Craigmile re: consultation on Kroger & Wilson subpoenas & depositions; work on consultation letter to Plaintiffs' counsel regarding Kroger & Wilson subpoenas; study legal issues concerning deadline for objection under FRCP 45, designation of topics under FRCP 30; forward draft letter of consultation to Ms. Sudkamp for review and approval. | 3.40 | 629.00 |
| 12/28/12 | CAT | Strategy/next steps with Michael McCormick re: objection/quash/protective order for 30(b)(6) subpoena. | 0.50 | 107.50 |
| 12/28/12 | MRM | Study legal authorities regarding timeliness of filing objection & motion to quash, independent pricing issue (relevance under Robinson-Patman Act). | 2.90 | 536.50 |
| 12/28/12 | MRM | No charge. Meeting with Taravella re [REDACTED]; organize and maintain file. | 0.50 | |
| 12/28/12 | MRM | Phone call with counsel for Mr. Wilson's current employer Tesoro corporation, discuss potential issues regarding Mr. Wilson's deposition. | 0.50 | 92.50 |
| 12/31/12 | CAT | Phone call with Sara. E-mails re: conferral letter. | 0.40 | 86.00 |
| 12/31/12 | MRM | Work on consultation to Mr. Bennington, add notice of deposition of David Wilson, object to disclosure of trade secret information, prices charged by Dillon, other competitors, other suppliers, issues regarding Wilson deposition, upcoming deadlines, finalize and execute. | 4.90 | 906.50 |
| | | **Total Fees** | | **12,585.00** |

| Name | Initials | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Christopher A Taravella | CAT | Shareholder | 8.60 | 215.00 | 1,849.00 |
| Christopher A Taravella | CAT | Shareholder | 0.20 | 0.00 | 0.00 |

# MONTGOMERY LITTLE & SORAN, PC
### Attorneys at Law

The Quadrant, 5445 DTC Parkway, Suite 800, Greenwood Village, CO 80111
303.773.8100 | Fax 303.220.0412 | www.montgomerylittle.com

January 18, 2013
Invoice # 1543946

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena  Page 6
I.D. 1509-000147 - JJS

| Name | Initials | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Deborah Harant | DJH | Paralegal | 0.50 | 0.00 | 0.00 |
| Connie S. Streich | CSS | Paralegal | 34.60 | 90.00 | 3,114.00 |
| Michael R. McCormick | MRM | Senior Associate | 41.20 | 185.00 | 7,622.00 |
| Michael R. McCormick | MRM | Senior Associate | 6.20 | 0.00 | 0.00 |
| | | | 91.30 | | 12,585.00 |

| Date | Description | Units | Cost/Unit | Amount |
|---|---|---|---|---|
| | Copies | 621 | 0.20 | 124.20 |
| 12/7/2012 | Courier; 11/29/12 to K. Bennington @ BJB&C, Denver, CO; JAG Express Courier | | | 22.65 |
| 12/14/2012 | Transcript costs; 10/03/12 Transcript, Status Conference; Avery Woods Reporting Service, Inc | | | 596.25 |
| 12/18/2012 | Courier; 12/10/12 from MLS to Bennington Johnson Beirman; JAG Express Courier | | | 21.41 |
| 12/18/2012 | Courier; 12/14/12 from MLS to Bennington Johnson Beirman; JAG Express Courier | | | 21.41 |
| | **Total Disbursements** | | | **785.92** |

**JAG EXPRESS COURIER**
4950 S. Yosemite, F2 #182
Greenwood Village, CO. 80111

Callers First Name or Initials:
Voice Mail or Deborah
Cellular: 720-352-8751

OLS-8655

| DATE | BILLING CLIENT | REF.# | STA? |
|---|---|---|---|
| 11/29/2012 | 1509-147 | | |

COMPANY NAME:
PICKUP ADDRESS:

COMPANY NAME: Bennington Johnson Biermann & Craigmile LLC
DELIVERY ADDRESS: 370 17th Street, Suite 3500
Denver CO 80202

REMARKS: Thanks

REMARKS: Attn: Kenneth Bennington

CHARGES:
DELIVERY
WEIGHT
WAIT TIME
MISC
TOTAL 22.65

RECEIVED IN APPARENT GOOD ORDER BY

| Callers First Name or Initials: Deborah | JAG EXPRESS COURIER | |
|---|---|---|
| Voice Mail or | 4950 S. Yosemite, P2 #182 | |
| Cellular: 720-352-8751 | Greenwood Village, CO. 80111 | OLS-8799 |

| DATE | BILLING CLIENT | | REF # | ST |
|---|---|---|---|---|
| 12-7-2012 | 1504-147 | | | |

**Company Name (Delivery):** Bennington Johnson Biermann
**Delivery Address:** 370 17th Street, Suite 3500, Denver, CO 80202

**# OF PKGS:** 1
**TOTAL:** 21.41

Received: 12-10-12

