# MONTGOMERY LITTLE & SORAN, PC
### Attorneys at Law

The Quadrant, 5445 DTC Parkway, Suite 800, Greenwood Village, CO  80111
303.773.8100 | Fax 303.220.0412 | www.montgomerylittle.com

February 26, 2013

Dillon Companies, Inc.
Attn: Bruce Gack
The Kroger Co.
1014 Vine Street
Cincinnati, OH  45202-1100

DUE UPON RECEIPT

Re:  Western Convenience Stores Subpoena
ID: 1509-000147 - JJS                                                                                              Invoice #  1544345

For Services Rendered Through  January 31, 2013

|  |  |  |
|---|---:|---:|
| Previous Balance |  | 103,707.78 |
| Current Fees | 44,037.50 |  |
| Current Disbursements | 1,130.28 |  |
| Total Current Charges | 45,167.78 |  |
| **Total Due** |  | **148,875.56** |

EXHIBIT H

**PLEASE REFERENCE THE INVOICE NUMBER ON YOUR REMITTANCE**

February 26, 2013
Invoice # 1544345

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena  **REDACTED**  Page 2
I.D. 1509-000147 - JJS

| Date | Atty | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 01/02/13 | CAT | Phone call/conferral with Bennington/Bledsoe re: 30(b)(6). Strategy/direction with McCormick. | 1.40 | 301.00 |
| 01/02/13 | MRM | No charge. Phone call with counsel for Plaintiffs, consult regarding Kroger and Wilson subpoenas, discussed time, place and objections to topics; phone call with Ms. Sudkamp re: ▮. | 1.70 | |
| 01/02/13 | MRM | Work on Kroger's objection to Kroger and Wilson subpoenas, background and conferral, legal authorities, objections to the topics, forward same to counsel for Plaintiffs. | 2.10 | 388.50 |
| 01/02/13 | MRM | Work on motion to quash or modify Kroger and Wilson subpoenas, legal authorities, objections to topics. | 3.70 | 684.50 |
| 01/03/13 | CAT | Revised Motion to Quash or Modify. | 0.50 | 107.50 |
| 01/03/13 | MRM | No charge. Organize and maintain file. | 0.20 | |
| 01/03/13 | MRM | Work on motion to quash Kroger and Wilson subpoenas; phone call with Ms. Sudkamp re: ▮; finalize and file with Court. | 4.00 | 740.00 |
| 01/03/13 | MRM | No charge. The above entry was reduced by 1.7 hrs ($314.50). | 1.70 | |
| 01/04/13 | CAT | No charge. Strategy/next steps re: ▮ (with McCormick). | 0.30 | |
| 01/04/13 | MRM | No charge. Update task list | 0.10 | |
| 01/04/13 | MRM | No charge. Meeting with Harant re: scheduling phone conference with Mr. Bennington and logistics of Wilson deposition. | 0.20 | |
| 01/04/13 | MRM | Phone call with Tesoro's counsel re: deposition of David Wilson; phone call with David Wilson re: issues for his deposition; work on scheduling/logistics for deposition of David Wilson. | 1.00 | 185.00 |
| 01/04/13 | DJH | No charge. Telephone calls to and from Mr. Bennington's office, Re: scheduling a conference call before the deposition of Mr. Wilson. | 0.10 | |
| 01/04/13 | DJH | No charge. Telephone calls to and from Sara Sudkamp office, Re: scheduling a conference call after conversation with Mr. Bennington. | 0.10 | |
| 01/04/13 | DJH | No charge. Print off directions for Christopher Taravells for deposition in Salt Lake City, Utah (David Wilson), hotel and restaurant; make dinner reservations. | 0.50 | |
| 01/07/13 | CAT | Conferral with Bennington. Phone call with client. Phone call with witness David Wilson. Conference call with client and various Dillon employees in Denver, Hutchinson, and Pueblo. | 5.70 | 1,225.50 |
| 01/07/13 | MRM | E-mail to Sudkamp re: ▮; study motion for redesignation; work on chart of items produced to date under April 2012 subpoena; phone call with Mr. Bennington, discuss Wilson deposition and whether | 6.10 | 1,128.50 |

February 26, 2013
Invoice # 1544345

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena  **REDACTED**  Page 3
I.D. 1509-000147 - JJS

| Date | Atty | Description of Services | Hours | Amount |
|---|---|---|---|---|
| | | to proceed; second phone call with Mr. Bennington re: status of Wilson deposition; phone call with Ms. Sudkamp re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; phone call with Mr. Wilson re: issues regarding his upcoming deposition; prepare for phone conference with Mr. DeHague, Mr. Krafels and Mr. Stawski; phone conference with Mr. DeHague, Mr. Krafels and Mr. Stawski to discuss ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. | | |
| 01/07/13 | MRM | No charge. The above entry was reduced by 2.0 hrs ($370.00). | 2.00 | |
| 01/07/13 | DJH | No charge. Get documents for David Wilson deposition in Salt Lake City. | 0.30 | |
| 01/08/13 | CAT | Strategy/ next steps with McCormick. Phone call with Sara. | 0.40 | 86.00 |
| 01/08/13 | CAT | No charge. The above entry was reduced by .2 hrs ($43.00). | 0.20 | |
| 01/08/13 | MRM | E-mail to Ms. Sudkamp re: ▮▮▮▮▮▮▮▮▮▮▮▮▮; phone call with Ms. Sudkamp, discuss ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, work on scheduling phone calls with Mr. Sharpe and Ms. Giannola. | 1.80 | 333.00 |
| 01/08/13 | MRM | No charge. Meeting with Taravella re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮; meeting with Ms. Harant re: scheduling issues; work on task list, meeting with Adrienne Toon & Deborah Harant to discuss delegation of tasks and regarding response to motion to redesignate materials, preparation for upcoming hearing, meeting with Adrienne Toon to discuss draft declarations. | 3.40 | |
| 01/08/13 | DJH | Redact NDAs before producing. | 0.30 | 27.00 |
| 01/08/13 | MRM | No charge. Phone call with counsel for Suncor re: permission to produce documents under protective order to Dillon employees. | 0.10 | |
| 01/08/13 | ALT | No charge. Confer with Michael McCormick regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. | 0.40 | |
| 01/08/13 | ALT | No charge. Telephone conference with Michael McCormick and counsel for Suncor regarding strategy in responding to Plaintiffs' Renewed Motion Challenging Designation and FRCP 30(b)(6) Subpoenas; Confer with Michael McCormick regarding the same. | 0.90 | |
| 01/08/13 | ALT | No charge. Confer with Michael McCormick and Chris Taravella regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. | 1.00 | |

February 26, 2013
Invoice # 1544345

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena
I.D. 1509-000147 - JJS

**REDACTED**  Page 4

| Date | Atty | Description of Services | Hours | Amount |
|---|---|---|---|---|
| | | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | |
| 01/08/13 | ALT | Draft/revise Supplemental Declaration of Susan Giannola. | 2.40 | 444.00 |
| 01/09/13 | CAT | Updated Jim Soran, Conference call with potential witnesses in Hutchinson, KS and with Sara re: ▓▓▓▓▓▓. Phone call with Sara. Phone call with Ms. Giannola and Mr. Callahan re: ▓▓▓▓▓ | 3.30 | 709.50 |
| 01/09/13 | JJS | No charge.  Update with Michael McCormick and Chris Taravella. | 0.50 | |
| 01/09/13 | MRM | Phone calls with Mr. Thiessen, Jenny McClenahan & Ms. Sudkamp to discuss ▓▓▓▓▓▓▓▓▓; work on preparing witness testimony for upcoming for hearing regarding re-designation of materials; prepare declarations of compliance for Ms. Giannola and forward same to Ms. Giannola; study legal authorities regarding potential price collusion for use in response to motion for redesignation of materials; phone call with Ms. Sudkamp re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ phone calls with Ms. Giannola & Mr. Callahan re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; phone call with Ed Sharpe re: ▓▓ phone call with Ms. Giannola & Mr. Callahan re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; study documents regarding fuel procurement for use in response to motion to redesignate. | 4.00 | 740.00 |
| 01/09/13 | MRM | No charge.  The above entry was reduced by 1.9 hrs ($351.50). | 1.90 | |
| 01/09/13 | MRM | No charge.  Email to Ms. Sudkamp re: scheduling phone call with her; meeting with Ms. Harant re: scheduling issues; meetings with Mr. Taravella Ms. Toon re: other suppliers and designation issues. | 0.60 | |
| 01/09/13 | DJH | No charge.  Schedule conference call with Ed Sharp. | 0.10 | |
| 01/09/13 | DJH | No charge.  E-mail to Sue Giannola for a map for the meeting on Friday. | 0.10 | |
| 01/09/13 | ALT | Draft/revise Supplemental Declaration of Susan Giannola. | 2.20 | 407.00 |
| 01/09/13 | ALT | No charge.  The above entry was reduced by .8 hrs ($148.00). | 0.80 | |
| 01/09/13 | ALT | Telephone conference with Sue Giannola regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 1.10 | 203.50 |
| 01/09/13 | ALT | No charge.  Telephone correspondence with Chris Taravella, Michael McCormick, Sue Giannola and Ed Sharpe regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 0.90 | |
| 01/10/13 | CAT | Revised Giannola declaration.  Phone call with Ed Sharpe. | 1.80 | 387.00 |
| 01/10/13 | MRM | Phone call with David Wilson, discuss ▓▓▓▓▓▓▓▓▓▓▓▓; phone call with Ed Sharpe, discuss ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; phone call Chad Thiessen, discuss ▓▓▓▓ | 6.90 | 1,276.50 |

February 26, 2013
Invoice # 1544345

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena  **REDACTED**  Page 5
I.D. 1509-000147 - JJS

| Date | Atty | Description of Services | Hours | Amount |
|---|---|---|---|---|
| | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; work on response to Western's motion to redesignate classification of discovery materials; phone call with Suncor's counsel re: issues in response to Western's motion to redesignate; prepare declarations of compliance for Ed Sharpe and forward same to Mr. Sharpe; study documents produced from Dillon's fuel procurement department for use in response to motion to redesignate materials; work on declaration for Mr. Thiessen for use in response to motion to redesignate materials; phone call with Mr. Thiessen re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮. | | |
| 01/10/13 | MRM | No charge. The above entry was reduced by 1.5 hrs ($277.50). | 1.50 | |
| 01/10/13 | MRM | No charge. Meetings with Toon & Taravella re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. | 1.00 | |
| 01/10/13 | ALT | Draft/revise Dillon's Response to Plaintiffs' Renewed Motion Challenging Designation. | 4.90 | 906.50 |
| 01/10/13 | ALT | No charge. The above entry was reduced by 1.1 hrs ($203.50). | 1.10 | |
| 01/10/13 | ALT | Telephone conference with Ed Sharpe regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. | 1.20 | 222.00 |
| 01/10/13 | ALT | Draft/revise Supplemental Declaration of Susan Giannola; Draft/revise Response to Plaintiffs' Renewed Motion Challenging Designation. | 2.40 | 444.00 |
| 01/11/13 | CAT | Travel to and meeting with Giannola. Phone call with Sara. Revised draft response re: Redesignation. | 2.90 | 623.50 |
| 01/11/13 | MRM | E-mail to Mr. Thiessen re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; phone call with Ms. Giannola re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; phone call with Mr. Thiessen re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; work on draft declaration of Mr. Thiessen. | 4.80 | 888.00 |
| 01/11/13 | MRM | Work on response to motion to re-designate discovery materials, factual background, need for motion to redesignate Dillon's materials under higher classifications, pricing materials are not stale, legal authorities regarding trade secrets, trade secrets retain protection if useful and derivative independent value, potential price collusion; finalize and file with the Court. | 4.00 | 740.00 |
| 01/11/13 | MRM | No charge. The above entry was reduced by 1.4 hrs ($259.00). | 1.40 | |
| 01/11/13 | MRM | Work on draft letter to designate persons regarding topics in Kroger 30b6 notice of deposition, legal authorities, objections, list of witnesses | 2.10 | 388.50 |

February 26, 2013
Invoice # 1544345

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena  **REDACTED**  Page 6
I.D. 1509-000147 - JJS

| Date | Atty | Description of Services | Hours | Amount |
|---|---|---|---|---|
| | | designated for each topic, locations of depositions, day and time of depositions, other issues. | | |
| 01/11/13 | ALT | Telephone correspondence with Sue Giannola to finalize her Supplemental Declaration | 0.60 | 111.00 |
| 01/11/13 | ALT | Analyze federal law regarding the precise conduct prohibited by the Sherman Antitrust Act; Analyze federal law regarding civil and criminal penalties applicable to antitrust violations; Draft/revise section in Dillon's Response to Plaintiffs' Motion to Redesignate regarding the potential antitrust violation that would occur if Dillon produced pricing information to Plaintiffs as Plaintiffs are direct competitors of Dillon. | 0.90 | 166.50 |
| 01/11/13 | ALT | No charge.  The above entry was reduced by .9 hrs ($166.50). | 0.90 | |
| 01/11/13 | ALT | Draft revise Declaration of Susan Giannola; Draft/revise Response to Plaintiffs' Motion to Redesignate; Analyze federal and Colorado law regarding when proprietary information can be considered to be stale and when such information is considered to retain its proprietary value because it is still useful in the industry | 2.90 | 536.50 |
| 01/14/13 | CAT | Revised 30(b)(6) designation and objection letter.  Strategy/next steps with McCormick and Adrienne.  Phone call with Sara. | 2.30 | 494.50 |
| 01/14/13 | MRM | Work on draft letter of designation, designation of persons for each topic, objection regarding other suppliers, objection regarding August 17, 2012 Objection, Kroger will provide testimony for most of the topics under the Supplemental Protective Order. | 4.70 | 869.50 |
| 01/14/13 | MRM | No charge.  Organize and maintain file; work on task list; forward response to motion to redesignate materials as filed with Court to Plaintiffs' counsel, Suncor's counsel, and to Ms. Sudkamp; meeting with Taravella re: ▬▬▬▬▬▬▬▬▬▬▬▬; meeting with Taravella, Harant & Toon regarding ▬▬▬▬▬▬▬ | 3.90 | |
| 01/14/13 | MRM | Phone call with Ms. Sudkamp, discuss ▬▬▬▬▬▬▬▬▬▬▬ | 0.30 | 55.50 |
| 01/14/13 | ALT | No charge.   Confer with Michael McCormick and Chris Taravella regarding▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬  Conference call with Sara Sudkamp, Michael McCormick and Chris Taravella regarding ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 1.50 | |
| 01/14/13 | DJH | No charge.  E-mail to Sara Sudkamp, Re: Chad Theissen's flight for the hearing. | 0.10 | |
| 01/14/13 | DJH | No charge.  Meeting with team, Re: next steps. | 0.50 | |

February 26, 2013
Invoice # 1544345

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena  **REDACTED**  Page 7
I.D. 1509-000147 - JJS

| Date | Atty | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 01/15/13 | CAT | No charge.  Studied revisions to Designation. | 0.20 | |
| 01/15/13 | DJH | No charge.  Telephone call and e-mails to David Wilson, Re: deposition preparation meeting and scheduling deposition. Telephone call and e-mails to and from David Parker, Re: scheduling deposition and a deposition preparation meeting.  Telephone call and e-mails to and from Chad Theissen, Re: hearing preparation meeting, scheduling deposition and preparation meeting.  Telephone call and e-mails to and from Ed Sharpe, Re: hearing preparation meeting, scheduling deposition and a deposition preparation meeting. Telephone call and e-mails to and from Sue Giannola, Re: hearing preparation meeting and scheduling deposition. | 1.00 | |
| 01/16/13 | CAT | Phone call with Sara re: next steps. | 0.40 | 86.00 |
| 01/16/13 | ALT | Draft/revise Motion to Restrict Access to Dillon's Response to Plaintiffs' Renewed Motion Challenging Designation; Review federal, local and judicial practice procedural rules to determine required procedure for presenting witness testimony at a hearing | 1.10 | 203.50 |
| 01/16/13 | ALT | E-mail and telephone correspondence with Susan Giannola regarding ████████████ ████████████████████  E-mail and telephone correspondence with Ed Sharpe regarding ████████████████████████████████ ; Draft declaration of Ed Sharpe; E-mail correspondence with Ed Sharpe regarding ████ ████████████████████████████████ ████████ . | 2.80 | 518.00 |
| 01/16/13 | MRM | No charge. Update task list. | 0.20 | |
| 01/16/13 | MRM | Study questions asked by Suncor's expert regarding materials produced by Dillon; work on chart showing items Dillon has produced for use in upcoming hearing. | 2.90 | 536.50 |
| 01/16/13 | MRM | Phone call with Ms. Sudkamp, discuss ████████████████ ████████████████ | 0.30 | 55.50 |
| 01/16/13 | DJH | No charge.  E-mails from and to Ed Sharpe, Re: scheduling hearing preparation meeting and deposition.  E-mail from and to Chad Theissen, Re: hearing preparation meeting and scheduling deposition.  E-mail from Sue Giannola, Re: scheduling hearing preparation meeting and deposition.  E-mails from and to David Wilson, Re: scheduling hearing preparation meeting and deposition. | 0.50 | |
| 01/17/13 | MRM | Study Judge Krieger's requirements for submitting witness and exhibit lists before hearing; work on redactions for pertinent geographical area and grocery discount rewards program to studies in response to subpoena request no. 10; study issues regarding possible expert. | 4.70 | 869.50 |

February 26, 2013
Invoice # 1544345

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena　　**REDACTED**　　Page 8
I.D. 1509-000147 - JJS

| Date | Atty | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 01/17/13 | MRM | No charge. Update task list. | 0.20 | |
| 01/17/13 | CSS | Office conf. with M. McCormick re redaction of studies, review Subpoena, begin redaction of additional studies | 3.90 | 351.00 |
| 01/17/13 | ALT | Analyze federal law regarding the moving party's burden of proof in seeking a protective order under FRCP 26 and the types of situations where such protective orders are entered; Draft/revise outline of Motion for Protective Order pursuant to FRCP 26 | 1.90 | 351.50 |
| 01/17/13 | ALT | Draft/revise outline of Motion for Protective Order pursuant to FRCP 26; Telephone conference with Ed Sharpe regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; Draft/revise Declaration of Ed Sharpe; Compare Sharpe Declaration with Susan Giannola's Declarations to identify and correct any inconsistencies | 3.90 | 721.50 |
| 01/17/13 | DJH | Prepare document with hearing preparation dates and times, deposition schedule and deposition preparation meetings; e-mail to Michael McCormick deposition schedule so that he can send to opposing counsel. E-mail from and to David Wilson, Re: scheduling his deposition. | 0.30 | 27.00 |
| 01/18/13 | CAT | Conferred with opposing counsel re: 30(b)(6) subpoena. Phone calls with Sara. Revised draft letter to suppliers and Bennington. | 2.70 | 580.50 |
| 01/18/13 | CSS | Complete redaction of studies, print, scan and save studies to be produced. | 1.00 | 90.00 |
| 01/18/13 | CSS | No charge. The above entry was reduced by 1.2 hrs ($108.00). | 1.20 | |
| 01/18/13 | ALT | Telephone conference with Ed Sharpe; Draft/revise declaration of Ed Sharpe | 0.70 | 129.50 |
| 01/18/13 | ALT | Telephone correspondence with Susan Giannola regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.30 | 55.50 |
| 01/18/13 | ALT | Draft/revise Declaration of Ed Sharpe; Confer with Chris Taravella and Michael McCormick regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Conference call with counsel for Plaintiffs regarding the 30(b)(6) Subpoena issued by Plaintiffs to Dillon; Conference call with Sara Sudkamp regarding ▓▓▓▓▓ | 2.00 | 370.00 |
| 01/18/13 | ALT | No charge. The above entry was reduced by .5 hrs ($92.50). | 0.50 | |
| 01/18/13 | MRM | Phone call with Plaintiffs' counsel, consult regarding upcoming 30(b)(6) depositions and issues in Dillon's motion to quash the Kroger 30(b)(6) subpoena; phone call with Ms. Sudkamp to discuss ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ work on draft letter to other suppliers regarding notice of service of subpoena; compose letter to Mr. Bennington re: letter to other suppliers; work on e-mail to Ms. Sudkamp re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; e-mail to Plaintiffs counsel | 4.80 | 888.00 |

February 26, 2013
Invoice # 1544345

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena  **REDACTED**  Page 9
I.D. 1509-000147 - JJS

| Date | Atty | Description of Services | Hours | Amount |
|---|---|---|---|---|
| | | re: dates, times & locations that Dillon's witnesses are available for 30(b)(6) deposition; e-mail to Mr. Sharpe and Mr. Parker re: dates for their depositions; study documents produced by Dillon to prepare for phone call with Mr. Thiessen to prepare for upcoming hearing. | | |
| 01/18/13 | MRM | No charge. Phone call and meeting with Taravella to discuss ▓▓▓▓▓▓▓▓▓▓▓▓; update task list. | 0.60 | |
| 01/18/13 | DJH | Numerous e-mails to and from Ed Sharpe and David Parker, Re: scheduling their depositions on the same day. | 0.30 | 27.00 |
| 01/20/13 | CAT | Revised Sharpe declaration. | 0.30 | 64.50 |
| 01/20/13 | CAT | Studied Response re: Redesignation. | 0.30 | 64.50 |
| 01/20/13 | MRM | Prepare documents for upcoming phone conference with Chad Theissen to discuss testimony for upcoming hearing; prepare outline for Theissen phone call include ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; forward same to Mr. Thiessen. | 4.50 | 832.50 |
| 01/21/13 | CAT | Conference call with Chad Thiessen. Revised Sharpe declaration. Studied Suncor Response and Ewing declaration. | 3.60 | 774.00 |
| 01/21/13 | ALT | Draft/revise Declaration of Ed Sharpe; E-mail correspondence with Ed regarding the same; Confer with Chris Taravella regarding the same | 0.40 | 74.00 |
| 01/21/13 | MRM | Phone call with Mr. Thiessen to prepare his testimony for upcoming hearing regarding re-designation; forward protective orders to Mr. Thiessen; forward transcript from response to motion to redesignate to Ms. Sudkamp; work on revised draft letter to other suppliers and letter to Plaintiffs' counsel regarding same. | 4.50 | 832.50 |
| 01/21/13 | MRM | Working on redactions regarding pertinent geographical area from marketing studies in response to request number 10 of the April 26, 2012 subpoena; work on letter to Plaintiff's counsel regarding the studies to be produced. | 2.60 | 481.00 |
| 01/21/13 | DJH | No charge. E-mail to Chad Theissen, Re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. E-mail to Chad Theissen and Ed Sharpe, Re: meeting with Christopher Taravella at our office before the hearing. E-mail to Ed Sharpe, Re: scheduling a hearing preparation meeting. | 0.30 | |
| 01/22/13 | CAT | Revised draft letter to suppliers. Several phone calls with Sara. Phone calls with Bennington and Craigmile. | 2.70 | 580.50 |
| 01/22/13 | ALT | No charge. Confer with Michael McCormick regarding ▓▓▓▓▓▓▓▓▓▓ | 0.30 | |

February 26, 2013
Invoice # 1544345

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena
I.D. 1509-000147 - JJS

**REDACTED**

Page 10

| Date | Atty | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 01/22/13 | MRM | Review non-disclosure agreements with other suppliers; phone call with Ms. Sudkamp to discuss ███████████████████████████████████████████; e-mail to Ms. Sudkamp regarding ████████████████████████████████████████; study list of Western convenience stores received from Plaintiffs counsel; work on revised letter to other suppliers; phone call with Plaintiffs' counsel regarding same; phone call with Ms. Sudkamp re: ████████████████; work on letter to Plaintiffs' counsel regarding letter to other suppliers, finalize and send same; phone call from Mr. Parker re: issues for upcoming deposition; work on status report regarding motion to quash Kroger and Wilson subpoenas, date of designation, date of depositions, topics that Kroger will provide testimony regarding under supplemental protective order. | 9.60 | 1,776.00 |
| 01/22/13 | MRM | No charge.  The above entry was reduced by .9 hrs ($166.50). | 0.90 | |
| 01/22/13 | MRM | No charge.  Meeting with Ms. Toon re: █████████████████████████████; e-mail to Mr. Taravella regarding █████████████████████████████████████████████████. | 1.10 | |
| 01/22/13 | DJH | E-mail to David Wilson, Re: date of deposition.  Numerous e-mails to and from Sue Giannolla, Re: date of deposition and scheduling a deposition preparation meeting.  E-mail to Sara Sudkamp, Re: Ed Sharpe driving up the Sunday before the hearing and getting him a hotel room.  Numerous e-mails to and from Chad Theissen, Re: dates for deposition will not work for opposing counsel; request new dates.  Numerous e-mails to and from opposing counsel, Re: deposition schedule; times and locations and flights. | 0.40 | 36.00 |
| 01/22/13 | DJH | No charge.  The above entry was reduced by .3 hrs ($27.00). | 0.30 | |
| 01/23/13 | CAT | Several phone calls with Sara.  Phone calls with Craigmile/Bennington.  Revised draft letters to suppliers/Bennington.  Phone call with Sara, Kraefels, Thiessen. | 2.70 | 580.50 |
| 01/23/13 | ALT | Draft/revise Motion to Restrict Access to Dillon's Response to Plaintiffs' Renewed Motion Challenging Designation | 0.80 | 148.00 |
| 01/23/13 | ALT | No charge.   Confer with Michael McCormick and Chris Taravella regarding ███████████████████████████████████████████. | 0.40 | |
| 01/23/13 | ALT | E-mail and telephone correspondence with Ed Sharpe regarding ██████████████████████. | 0.30 | 55.50 |

February 26, 2013
Invoice # 1544345

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena
I.D. 1509-000147 - JJS

**REDACTED**

Page 11

| Date | Atty | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 01/23/13 | DJH | No charge.  E-mail to Mr. Bennington and all other counsel, Re: letter; e-mail to Sara Sudkamp, Re: same. | 0.10 | |
| 01/23/13 | MRM | Phone call with Ms. Sudkamp re: ⬛; work on suggested revisions to letter regarding other suppliers; finalize and send letter to Plaintiffs' counsel re: conferrals regarding other suppliers; work on revised status report regarding motion to quash and forward same to Ms. Sudkamp for review and approval; revise draft status report regarding motion to quash and send to Plaintiffs' counsel for review and comment; work on documents for upcoming phone call with Mr. Sharpe to prepare for hearing; e-mail to Mr. Sharpe with documents. | 4.00 | 740.00 |
| 01/23/13 | MRM | No charge.  The above entry was reduced by 1.3 hrs ($240.50). | 1.30 | |
| 01/23/13 | MRM | No charge.  Meeting with Taravella re: pending issues. | 0.20 | |
| 01/24/13 | CAT | Phone calls with Sara re: ⬛.  Phone call with Bennington re: Status Report.  Lengthy preparation of Ed Sharpe for Monday's hearing (prep by telephone). | 5.10 | 1,096.50 |
| 01/24/13 | DJH | Telephone calls and numerous e-mails to Ed Sharpe and David Parker about scheduling their depositions on the same day (Feb. 19th) and scheduling their preparation times.  Numerous e-mails to and from Chad Theissen, Re: deposition date and preparation date and time.  E-mail from and to David Wilson, Re: no need to prepare him for his deposition and Chris meeting him for breakfast before his deposition. | 0.30 | 27.00 |
| 01/24/13 | DJH | No charge.  The above entry was reduced by .3 hrs ($27.00). | 0.30 | 27.00 |
| 01/24/13 | MRM | Work on status report regarding motion to quash; phone calls with Ms. Sudkamp to discuss ⬛; phone calls and e-mails with Plaintiffs' counsel to discuss revisions to draft status report; study Suncor's original motion to redesignate and related documents for use during upcoming hearing; forward documents regarding Suncor's original motion to redesignate to Mr. Sharpe and Mr. Thiessen; phone calls and e-mails with Western's counsel re: finalizing joint status report; finalize and execute joint status report regarding motion to quash; work on Sharpe supplemental declaration (declarations of compliance). | 7.50 | 1,387.50 |
| 01/24/13 | MRM | No charge.  Meetings with Taravella re: ⬛; meeting with Toon to discuss ⬛; e-mails and meetings with Toon re: ⬛. | 1.40 | |
| 01/24/13 | ALT | Analyze federal trade secret law regarding circumstances under which proprietary/trade secret information is deemed to be stale. | 0.70 | 129.50 |

February 26, 2013
Invoice # 1544345

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena  
I.D. 1509-000147 - JJS

**REDACTED**

Page 12

| Date | Atty | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 01/24/13 | ALT | No charge.  The above entry was reduced by .7 hrs ($129.50). | 0.70 | |
| 01/24/13 | ALT | Confer with Michael McCormick regarding ███████████ ███████; Analyze federal law regarding FRCP 45 and FRCP 26 standards under which courts decline to protect the confidentiality of proprietary/trade secret information because the information is deemed to be "stale" | 0.90 | 166.50 |
| 01/24/13 | ALT | Draft/revise Supplement to Dillon's Response to Plaintiffs' Renewed Motion Challenging Designation. | 0.50 | 92.50 |
| 01/24/13 | ALT | Confer with Michael McCormick regarding ████████████ ████████████████████████.  Confer with counsel for Suncor regarding Level 1 Restriction; Telephone and e-mail correspondence with Ed Sharpe regarding ███████████████████ | 0.90 | 166.50 |
| 01/24/13 | ALT | Draft/revise Motion to Restrict Access to Dillon's Response to Plaintiffs' Renewed Motion Challenging Designation; Analyze Declarations of Ed Sharpe and Sue Giannola to ensure against any potential inconsistency. | 1.20 | 222.00 |
| 01/25/13 | CAT | Prepared Sue Giannola for Monday's hearing.  Numerous e-mails with client and to/from Bennington. | 2.70 | 580.50 |
| 01/25/13 | CB | No charge.  Research on secondary sources summarizing when and under what circumstances trade secrets become "stale." | 1.00 | |
| 01/25/13 | CB | No charge.  Retrieving secondary source summarizing trade secret principals. | 0.10 | |
| 01/25/13 | CSS | No charge.  Prepare index to cases and treatises in prepare for hearing. | 1.00 | |
| 01/25/13 | DJH | E-mail to Sara Sudkamp, Re: Plaintiff filed their notice of submission of declaration of plaintiff's expert, Ted Tatos, in support of plaintiff's renewed motion challenging defendant Suncor's and interested party Dillon's designation of certain documents and data as "highly confidential" and "secret" pursuant to the supplemental protective order (doc 153). | 0.10 | 9.00 |
| 01/25/13 | DJH | No charge.  E-mail to Sue Giannola, Chad Theissen and Ed Sharpe, Re: contact information for the hearing on Monday, January 28, 2013. | 0.10 | |
| 01/25/13 | DJH | No charge.  E-mail to and numerous e-mails from all counsel, Re: scheduling conferral meeting on Monday morning before the hearing. | 0.20 | |
| 01/25/13 | DJH | Prepare hearing exhibits (10 copies of each) for the hearing on Monday, January 28, 2013. | 2.40 | 216.00 |
| 01/25/13 | DJH | No charge.  The above entry was reduced by 2.5 hrs ($225.00). | 2.50 | 225.00 |
| 01/25/13 | MRM | Meeting with Ms. Giannola to prepare for upcoming hearing; work on | 4.00 | 740.00 |

February 26, 2013
Invoice # 1544345

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena  
I.D. 1509-000147 - JJS

**REDACTED**

Page 13

| Date | Atty | Description of Services | Hours | Amount |
|---|---|---|---|---|
| | | supplement to response to motion to re-designate with supplemental Sharpe declaration; phone call with counsel for Suncor regarding upcoming hearing; phone call with Ms. Sudkamp regarding ▇▇▇ ; work on potential documents may introduce as exhibits for upcoming hearing regarding motion to redesignate; phone calls with Ms. Sudkamp re: ▇▇▇ ; compose motion for leave to file supplement to response to motion to redesignate including Sharpe declaration; phone calls with Mr. Thiessen and Mr. Shaheen regarding scheduling depositions in Denver. | | |
| 01/25/13 | MRM | No charge. The above entry was reduced by 2.7 hrs ($499.50). | 2.70 | |
| 01/25/13 | MRM | No charge. Meeting with Ms. Toon re: ▇▇▇ ; phone call with Taravella regarding ▇▇▇ . | 0.60 | |
| 01/25/13 | ALT | Analyze federal law regarding circumstances under which confidential/proprietary/trade secret information is deemed to be "stale"; Review Declaration of Ted Tatos; Draft/revise Motion for Leave to Supplement Dillon's Response to Plaintiffs' Renewed Motion Challenging Designation; Draft/revise Supplemental status report regarding the parties' stipulation to restrict access to Dillon's Response to Plaintiffs' Renewed Motion Challenging Designation. | 2.80 | 518.00 |
| 01/25/13 | ALT | No charge. The above entry was reduced by 2.0 hrs ($370.00) | 2.00 | |
| 01/26/13 | CAT | Prepared for Monday's redesignation of documents hearing. | 1.80 | 387.00 |
| 01/26/13 | ALT | Analyze federal law regarding: 1) circumstances in which proprietary information is deemed to be "stale"; 2) when disclosure of proprietary information would be harmful justifying a protection pursuant to FRCP 26; 3) information that may be provided to client (principal of company) when an attorneys eyes only protective order is in place; and 4) use of trade secret information during public trials; Draft summary of law regarding the same. | 4.00 | 740.00 |
| 01/26/13 | ALT | No charge. The above entry was reduced by 3.0 hrs ($555.00). | 3.00 | |
| 01/27/13 | MRM | Study and prepare documents may introduce as exhibits during tomorrow's hearing regarding Western's motion to redesignate. | 1.10 | 203.50 |
| 01/27/13 | MRM | Work on redactions to documents to be produced in response to April 26, 2012 subpoena request no. 10; prepare spreadsheets with transaction count information to produce in response to April 26, 2012 subpoena request number 7; work on letter to Plaintiffs' counsel regarding same. | 2.60 | 481.00 |
| 01/28/13 | CAT | Met with Ed Sharpe and Chad Thiessen (Sara and Giannola on phone) in preparation for hearing. Travel to/from and attendance at hearing re: | 8.50 | 1,827.50 |

February 26, 2013
Invoice # 1544345

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena          **REDACTED**          Page 14
I.D. 1509-000147 - JJS

| Date | Atty | Description of Services | Hours | Amount |
|---|---|---|---|---|
| | | redesignation of documents.  Phone call with Sara. | | |
| 01/28/13 | DJH | No charge.   Telephone call and e-mails to and from Sue Gianolla, Re: rescheduling deposition preparation meeting.<br>Add additional documents to hearing notebooks.  Burn CDs for the hearing. | 2.00 | |
| 01/28/13 | MRM | No charge.   Prepare for hearing regarding motion to re-designate; travel to and from United States District Courthouse for hearing regarding Western's motion to re-designate; appear at hearing regarding motion to re-designate on behalf of Dillon; meetings with Plaintiffs' counsel to consult regarding production of their redacted expert witness report; meetings with Suncor's counsel to discuss upcoming Wilson deposition and other issues; phone call with Mr. Wilson to discuss rescheduling deposition to occur in Denver. | 8.40 | |
| 01/28/13 | ALT | Assemble legal authorities cited by all parties regarding Plaintiffs' Renewed Motion Challenging Designation; Summarize federal law regarding the evidence a party must present to justify non-disclosure of proprietary information; Confer with Michael McCormick regarding ▆▆▆. | 2.50 | 462.50 |
| 01/29/13 | CAT | E-mails to/from Bennington and Shaheen re: Wilson dep and para 10 of subpoena.  E-mail from Bennington re: redactions of expert report. | 1.40 | 301.00 |
| 01/29/13 | MRM | Prepare for Giannola deposition and documents regarding same; phone call with Mr. Wilson re: travel arrangements; e-mail to Plaintiffs' counsel confirming Wilson will fly out on the same day; e-mail to Suncor's counsel regarding Wilson's anticipated travel expenses; work on scheduling preparation meeting with Mr. Wilson; study correspondence re: scheduling Mr. Wilson's deposition; left voicemail message for counsel for Suncor re: Wilson deposition; phone call with Mr. Sudkamp regarding ▆▆▆▆▆▆ compose e-mail to Ms. Craigmile regarding proposed inspection of un-redacted studies; e-mail to Ms. Sudkamp re: ▆▆▆▆▆▆ | 6.90 | 1,276.50 |
| 01/29/13 | MRM | No charge.  The above entry was reduced by .7 hrs ($129.50). | 0.70 | |
| 01/29/13 | ALT | Analyze jury instructions regarding claims for Robinson Patman and antitrust violations; Analyze House Bill regarding amendment to CRS 6-2-101 et seq; List deposition questions plaintiffs may pose to Giannola and Sharpe | 1.60 | 296.00 |
| 01/29/13 | DJH | No charge.   E-mail to Chad Theisen, Re: rescheduling his deposition preparation meeting.  E-mail to Mr. Bennington, Re: have not received | 0.20 | |

February 26, 2013
Invoice # 1544345

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena
I.D. 1509-000147 - JJS

**REDACTED**

Page 15

| Date | Atty | Description of Services | Hours | Amount |
|---|---|---|---|---|
| | | any notices of depositions. | | |
| 01/29/13 | DJH | Prepare notebooks for Michael and Chris for Sue Giannola's depositions (three large notebooks). | 2.10 | 189.00 |
| 01/29/13 | DJH | No charge.  The above entry was reduced by 1.0 hrs ($90.00). | 1.00 | 90.00 |
| 01/30/13 | CAT | Prepared Giannola for deposition tomorrow.  Phone call with Sara. | 4.60 | 989.00 |
| 01/30/13 | ALT | [REDACTED] Analyze CRS 6-2-113 regarding the determination of product "cost"; List deposition questions Plaintiffs are likely to ask Giannola and Sharpe. | 0.90 | 166.50 |
| 01/30/13 | MRM | Work on documents and outline for defending deposition of Ms. Giannola; study legal authorities regarding alleged pricing below-cost for Ms. Giannola's deposition; study documents produced by Suncor for defending Ms. Giannola's upcoming deposition; study Western's expert report regarding proposed redactions; phone calls with Ms. Sudkamp to discuss [REDACTED]; compose e-mail to Western's counsel re: consult on redactions to no. 10 studies; e-mails to and from Ms. Sudkamp & Mr. Thiessen re: travel arrangements and meeting for upcoming deposition. | 5.40 | 999.00 |
| 01/30/13 | MRM | No charge.  Meetings with Taravella re: [REDACTED] | 0.30 | |
| 01/30/13 | DJH | No charge.  Prepare unredacted notebook for Michael and Chris for Sue Giannola's depositions. | 1.70 | |
| 01/30/13 | DJH | No charge.  E-mail to and from Chad Theissen, Re: deposition preparation meeting. | 0.10 | |
| 01/31/13 | MRM | Phone call with with Ms. Sudkamp regarding [REDACTED] | 0.20 | 37.00 |
| 01/31/13 | CAT | Travel to/from and defense of Sue Giannola deposition. | 5.90 | 1,268.50 |
| 01/31/13 | MRM | No charge.  Work on rescheduling Wilson deposition to Feb. 5, phone calls with Taravella & Wilson re: same; meeting with Taravella re: [REDACTED]; organize and maintain file. | 1.60 | |
| | | **Total Fees** | | **44,037.50** |

| Name | Initials | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Adrienne L. Toon | ALT | Associate | 48.80 | 185.00 | 9,028.00 |
| Adrienne L. Toon | ALT | Associate | 14.40 | 0.00 | 0.00 |
| Chris Boeckx | CB | Law Clerk | 1.10 | 0.00 | 0.00 |
| Christopher A Taravella | CAT | Shareholder | 61.00 | 215.00 | 13,115.00 |

February 26, 2013  
Invoice # 1544345

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena                                       Page  16  
I.D. 1509-000147 - JJS

| Name | Initials | Title | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| Christopher A Taravella | CAT | Shareholder | 0.70 | 0.00 | 0.00 |
| Deborah Harant | DJH | Paralegal | 10.00 | 90.00 | 900.00 |
| Deborah Harant | DJH | Paralegal | 8.30 | 0.00 | 0.00 |
| Connie S. Streich | CSS | Paralegal | 4.90 | 90.00 | 441.00 |
| Connie S. Streich | CSS | Paralegal | 2.20 | 0.00 | 0.00 |
| James J. Soran | JJS | Shareholder | 0.50 | 0.00 | 0.00 |
| Michael R. McCormick | MRM | Senior Associate | 111.10 | 185.00 | 20,553.50 |
| Michael R. McCormick | MRM | Senior Associate | 39.90 | 0.00 | 0.00 |
|  |  |  | 302.90 |  | 44,037.50 |

| Date | Description | Units | Cost/Unit | Amount |
|---|---|---:|---:|---:|
|  | Copies | 8417 | 0.20 | 1,683.40 |
| 1/17/2013 | Transcript costs;  10/03/12 Transcript, Status Conference; Avery Woods Reporting Service, Inc |  |  | -596.25 |
| 1/30/2013 | Mileage;  01/28/2013 Mileage, Court Appearance; Christopher A. Taravella |  |  | 12.43 |
| 1/30/2013 | Parking;  01/28/2013 Parking, Court Appearance;  Christopher A. Taravella |  |  | 14.00 |
| 1/30/2013 | Meals;  01/30/2013 Lunch with client MLS offices; Christopher A. Taravella |  |  | 16.70 |
|  | **Total Disbursements** |  |  | **1,130.28** |