March 15, 2013

Dillon Companies, Inc.
Attn: Bruce Gack
The Kroger Co.
1014 Vine Street
Cincinnati, OH  45202-1100

DUE UPON RECEIPT

Re:  Western Convenience Stores Subpoena
ID: 1509-000147 - JJS

Invoice #  1544619

For Services Rendered Through  February 28, 2013

| | | |
|---|---|---|
| Previous Balance | | 148,875.56 |
| Current Fees | 29,129.00 | |
| Current Disbursements | 1,862.96 | |
| Total Current Charges | 30,991.96 | |
| **Total Due** | | **179,867.52** |



**\*\*PLEASE REFERENCE THE INVOICE NUMBER ON YOUR REMITTANCE\*\***

March 15, 2013
Invoice # 1544619

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena                                            Page  2
I.D. 1509-000147 - JJS

| Date | Atty | Description of Services | Hours | Amount |
|------|------|-------------------------|-------|--------|
| 02/01/13 | DJH | No charge.  Telephone call to Avery Reporting, Re: request transcript of hearing held on January 28, 2013. | 0.20 | |
| 02/01/13 | CAT | E-mails to/from Bennington and to Sara re: redacted report. | 0.20 | 43.00 |
| 02/01/13 | DJH | E-mail to Sara Sudkamp, Re: Courtroom Minutes/Minute Order regarding the hearing held on January 28, 2013. Numerous e-mails to and from and telephone calls to and from David Wilson, Re: rescheduling his deposition and location of deposition.  E-mail to all counsel, Re: David Wilson's availability for his deposition on February 5th.  Begin downloading deposition exhibits.  Numerous e-mails from and to Marie Newberger, Re: deposition exhibits. | 2.00 | 180.00 |
| 02/01/13 | MRM | Study e-mail from Suncor's counsel regarding Suncor expert's question, phone call with Suncor's counsel regarding same, phone call with Ms. Sudkamp regarding same; study protective order and supplemental protective order regarding use of secret designated testimony; phone call with Mr. Bennington (counsel for WCS) regarding producing expert report to in-house counsel; study protective order regarding same; study documents for use in defending Thiessen deposition. | 3.90 | 721.50 |
| 02/04/13 | CAT | Prepared Thiessen for dep.  Prepared Wilson for dep. | 4.20 | 903.00 |
| 02/04/13 | DJH | Numerous e-mails to and from opposing counsel, Re: deposition exhibits. E-mail from David Wilson, Re: directions to deposition; search and send direction to David Wilson for his deposition from the airport to the deposition and his hotel.  E-mail to and from Chad Thiessen, Re: rescheduling deposition preparation meeting.  E-mail to Chad Thiessen Susan Giannola's deposition transcript in preparation for his deposition. E-mail to and from opposing counsel, Re: location and time of Chad Thiessen's deposition.  Download, print off and bind Motions hearing transcript of January 28, 2013.  Continue downloading deposition exhibits. | 3.10 | 279.00 |
| 02/04/13 | MRM | Work on Wilson engagement letter; work on payment arrangements for Wilson's deposition; work on scheduling/logistics for Wilson deposition; work on documents and anticipated areas of inquiry for preparing Mr. Thiessen for his deposition. | 8.90 | 1,646.50 |
| 02/05/13 | MRM | No charge.  Organize and maintain file. | 0.40 | |
| 02/05/13 | CAT | E-mails to/from Sara.  Travel to/from, preparation for, and defense of Wilson dep.  Phone call with Sara and Chad Thiessen.  Sent Wilson transcript to Sara and Thiessen. | 5.90 | 1,268.50 |
| 02/05/13 | DJH | E-mail to opposing counsel, Re: location and time of depositions in Pueblo (Mr. Parker and Mr. Sharpe).  E-mail from and to opposing counsel, Re: times for depositions and closing out site for deposition | 0.20 | 18.00 |

March 15, 2013
Invoice # 1544619

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena
I.D. 1509-000147 - JJS

# REDACTED

Page 3

| Date | Atty | Description of Services | Hours | Amount |
|------|------|------------------------|-------|--------|
| | | exhibits. | | |
| 02/05/13 | MRM | Work on declarations of compliance for Ms. Sudkamp and Mr. Gack; compose e-mail to Ms. Sudkamp regarding ██████████████; prepare spreadsheets regarding Suppliers A & B for production to Western, compose letter to Western's counsel regarding same; phone calls with Mr. Taravella and Ms. Sudkamp, discuss███████████████████; send Ms. Sudkamp deposition and hearing transcripts; study email from Western's counsel re: requesting Dillon's pricing strategies allegedly mentioned during Giannola deposition; work on documents and areas of inquiry to prepare Mr. Thiessen and Mr. Sharpe for their depositions; work on draft motion for fees and costs, compose email to Ms. Sudkamp re: █████████████; study transcripts for depositions of Mr. Wilson and Ms. Giannola. | 5.70 | 1,054.50 |
| 02/06/13 | CB | Discuss ████████████ with Michael McCormick. Initial research into Robinson-Patson Act as it relates to the actions of third party buyers. | 0.70 | 59.50 |
| 02/06/13 | CAT | Phone call with Sara. Phone call with Chad Thiessen in prep for his dep. Revised draft subpoena response. | 1.20 | 258.00 |
| 02/06/13 | ALT | Draft/revise Motion to Restrict Access to the Declaration of Ed Sharpe; Telephone and e-mail correspondence with counsel for Suncor and counsel for Western Convenience Stores confirming that counsel does not object to Dillon's Motion to Restrict. | 1.00 | 185.00 |
| 02/06/13 | CB | No charge.   Research into case law dealing with federal fair competition statutes. | 1.00 | |
| 02/06/13 | DJH | Burn CDs (four sets of three) for opposing counsel, Sara Sudkamp, Anthony Shaheen, and for our file of documents produced on 2-6-2013; send to appropriate persons. Download, print and bind deposition transcript of David Wilson. | 0.80 | 72.00 |
| 02/06/13 | MRM | Work on letter of production for supplier spreadsheets, add anticipate will file objection regarding trade secrets/motion to quash; phone call with Ms. Sudkamp, discuss ██████████████████████████; work on letter to Mr. Bennington re: production of supplier spreadsheets; work on request from Western re: pricing strategies, study status reports previously filed with Court regarding April 26, 2012 subpoena regarding Western's alleged request for pricing strategy, left message for Mr. Bennington re: same; █████████████████ | 6.90 | 1,276.50 |

March 15, 2013
Invoice # 1544619

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena               **REDACTED**          Page  4
I.D. 1509-000147 - JJS

| Date | Atty | Description of Services | Hours | Amount |
|------|------|-------------------------|-------|--------|
| | | ████ ; compose e-mail to Ms. Sudkamp re: ██████ ████████████████ ███ . | | |
| 02/06/13 | MRM | No charge.  Compose e-mail to Taravella re: ████ ██████████ , meeting with law clerk re: ████ ; update task list. | 1.30 | |
| 02/07/13 | CAT | Meeting with Chad Thiessen in prep for dep.  Travel to/from and defense of Thiessen dep.  Briefed Sara re: same. | 6.90 | 1,483.50 |
| 02/07/13 | DJH | E-mail to and from Marie Newberger, Re: new deposition exhibits and missing deposition exhibits that were sent February 1, 2013.  Download and save new deposition exhibits.  Letter to David Wilson, Re: Suncor check for witness, appearance and travel expenses for his deposition. | 0.40 | 36.00 |
| 02/07/13 | MRM | Phone call with Ms. Sudkamp re: ████████████ ; work on proposed redactions to Western's expert report and send same to Ms. Sudkamp; phone calls with Ms. McClenahan & Ms. Amanda Randel re: ████████████ , phone calls with Ms. Sudkamp re: ████ ; phone call with Ms. Sudkamp regarding ████████████████ ; work on letter to Western's counsel regarding the redacted supplier letter; work on draft motion to restrict access to Sharpe declaration; compose e-mail to Ms. Craigmile to consult regarding same; finalize and send letter to Mr. Bennington re: proposed redactions to Western's expert report;  phone call with Ms. Sudkamp regarding ██████████████████ ; work on objection to Court's Order denying Dillon's motion to quash the Kroger and Wilson subpoenas; study counsel for Western's response & redactions to Western's expert report. | 6.90 | 1,276.50 |
| 02/07/13 | MRM | No charge.  Organize and maintain emails; phone call with Mr. Taravella regarding Thiessen deposition. | 0.30 | |
| 02/08/13 | CB | No charge.   Compose memorandum detailing ████████ █████████████████████ .  Research into Clayton Act provisions governing mergers that "substantially lessen competition." | 3.60 | |
| 02/08/13 | CAT | Phone call with Sara and Chad.  E-mails re: expert report. | 1.20 | 258.00 |
| 02/08/13 | MRM | Phone calls with Ms. Sudkamp & Mr. Thiessen, discuss ████████ ██████████████ ; work on proposed redactions to Western's expert report; phone call with counsel for Western re: proposed redactions to Western's expert report; e-mail to Western's counsel re: sending reports to Mr. Thiessen; send charts from Western's expert report to Mr. Thiessen regarding proposed redactions; e-mail to Ms. Sudkamp re: ██████████████████ | 7.70 | 1,424.50 |

March 15, 2013
Invoice # 1544619

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena
I.D. 1509-000147 - JJS

**REDACTED**

Page  5

| Date | Atty | Description of Services | Hours | Amount |
|------|------|------------------------|-------|--------|
| | | work on objection to order denying Dillon's motion to quash Kroger and Wilson subpoenas and send to Ms. Sudkamp for review and approval; study legal authorities regarding upcoming deposition of David Parker; study Suncor motion for summary judgment; finalize and file motion to restrict access to Sharpe declaration. | | |
| 02/11/13 | CB | No charge.   Revised memo to include ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮. | 1.50 | |
| 02/11/13 | CAT | Letter to plaintiffs re: expert revised.  Phone call from Wilson.  Studied Parker dep prep materials.  Phone call with Sara.  Revised draft objection. | 1.30 | 279.50 |
| 02/11/13 | CB | No charge.   Final revisions to memo in advance of client call. | 0.80 | |
| 02/11/13 | DJH | No charge.   Scan in signature and correction pages to deposition transcript; e-mail to David Wilson, Re: review deposition, make any corrections and the correction page, sign in front of a notary and send original signature and correction page back to our office. | 0.20 | |
| 02/11/13 | MRM | Work on letter to Western's counsel re: proposed redactions to Western's expert report & conditions of showing to Mr. Taraghi; phone call from Western's counsel re: redactions to expert report & conditions for showing to Mr. Taraghi; e-mail to Ms. Sudkamp re: same; study email from Western's counsel re: same, forward e-mail to Ms. Sudkamp; work on documents and areas of inquiry for preparing Mr. Parker for his deposition, e-mail to Ms. Sudkamp re: ▮▮▮▮▮▮▮▮▮▮▮▮, send documents to Mr. Parker regarding same; work on letter to Western's counsel re: proposed agreement regarding expert reports; finalize and send letter to Western's counsel; study legal authorities regarding reimbursement of fees and costs for responding to April 26, 2012 subpoena; phone call with Ms. Sudkamp re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮; work on objection to order denying motion to quash Kroger and Wilson subpoenas, finalize and execute objection and file with the Court. | 8.50 | 1,572.50 |
| 02/11/13 | MRM | No charge.  Meeting with Mr. Taravella re: ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮; organize and maintain file. | 0.40 | |
| 02/12/13 | CAT | Prepared Parker for deposition.  Several e-mails among McCormick, Sara re: various issues. | 2.60 | 559.00 |
| 02/12/13 | CB | Conference call with Chris Travella and Mr. Parker to prepare for deposition on 2/13/13. | 2.00 | 170.00 |
| 02/12/13 | DJH | Scan in signature and correction pages to deposition transcript; e-mail to Chad Thiessen, Re: review deposition, make any corrections and the correction page, sign in front of a notary and send original signature and | 1.00 | 90.00 |

March 15, 2013
Invoice # 1544619

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena                                          Page  6
I.D. 1509-000147 - JJS

| Date | Atty | Description of Services | Hours | Amount |
|------|------|-------------------------|-------|--------|
| | | correction page back to our office.  Scan in signature and correction pages to deposition transcript; e-mail to Susan Gianolla, Re: review deposition, make any corrections and the correction page, sign in front of a notary and send original signature and correction page back to our office.  E-mail to Ed Sharpe deposition transcripts. Organize folders of deposition transcript with all appropriate exhibits for Susan Giannola, David Wilson and Chad Thiessen. | | |
| 02/12/13 | MRM | Study Giannola deposition exhibits for whether need to designate as confidential under protective orders; compose letter to Western's counsel re: designating Giannola deposition transcript as "secret" under supplemental protective order, exhibits already designated do not need to be re-designated, prepare chart showing which Giannola exhibits were already designated under the protective orders, compose e-mail to Ms. Sudkamp regarding same; work on documents and areas of inquiry for preparing Mr. Sharpe for his upcoming deposition; compose letter to Mr. Bennington re: redactions to expert report and producing same to Mr. Taraghi subject to protective order; compose emails to Ms. Giannola, Mr. Thiessen and Mr. Wilson re: any corrections to deposition testimony; study 1/28/13 hearing transcript re possible redactions; compose e-mail to Ms. Sudkamp re: ▉; compose and send Mr. Parker declarations of compliance for original & supplemental protective orders; revise draft letter regarding redacted supplier letter, re-send to Ms. Sudkamp for review and approval. | 7.20 | 1,332.00 |
| 02/13/13 | CAT | Revised draft note to Bennington re: Giannola dep transcript.  Direction re: designation of hearing transcript. | 0.20 | 43.00 |
| 02/13/13 | MRM | Work on documents and areas of potential inquiry to prepare Mr. Sharpe for his upcoming deposition; phone call with Ms. Giannola to discuss ▉▉▉▉▉▉▉▉▉▉▉▉▉. | 3.70 | 684.50 |
| 02/13/13 | DJH | Send Susan Giannola her deposition exhibits via e-mail (numerous e-mails); E-mail from and to Susan Giannola, Re: deposition exhibits. | 0.70 | 63.00 |
| 02/14/13 | CAT | Phone call with Craigmile re: new subpoena.  Updated Sara re: ▉. Strategy/direction with Michael re: ▉▉▉▉▉▉▉. | 1.30 | 279.50 |
| 02/14/13 | DJH | Print off deposition exhibits for Ed Sharpe's deposition; organize into notebooks. | 0.70 | 63.00 |
| 02/14/13 | MRM | Work on documents for preparing Mr. Sharpe for his deposition and outline of issues concerning same; e-mail to Mr. Sharpe with exhibits & regarding deposition preparation; phone call with Ms. Craigmile (counsel for Western) to consult regarding subpoena requesting documents relating to pricing strategies; phone call with Ms. Sudkamp re: ▉; | 4.50 | 832.50 |

**REDACTED**

March 15, 2013
Invoice # 1544619

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena         **REDACTED**         Page  7
I.D. 1509-000147 - JJS

| Date | Atty | Description of Services | Hours | Amount |
|------|------|------------------------|-------|--------|
| | | work on motion for fees and costs; finalize and send letter to Mr. Bennington designating Ms. Giannola's transcript; left voicemail messages for Ms. Giannola & Mr. Sharpe re: ████████; email to Mr. Sharpe re: ████████; compose emails to Ms. Giannola & Mr. Sharpe re: ████████. | | |
| 02/14/13 | MRM | No charge.  E-mail to Taravella re: ████████; meeting with Taravella re: ████████ organize and maintain file; study docket report for compliance with pending deadlines; Update task list; meetings with Taravella & Toon re: ████████. | 1.60 | |
| 02/14/13 | DJH | Numerous e-mails to Ed Sharpe, Re: deposition exhibits.  Burn CD of exhibits for Ed Sharpe's deposition; letter to Ed Sharpe, Re: same. | 0.60 | 54.00 |
| 02/15/13 | CAT | Phone call with Shaheen.  Phone call with Sara re: ████████.  Phone call with Craigmile re: same.  Phone call with David Parker. | 2.50 | 537.50 |
| 02/15/13 | DJH | Continue printing off Ed Sharpe deposition exhibits and organize into notebook for deposition. | 2.20 | 198.00 |
| 02/18/13 | CAT | Phone calls with Sara.  Prepared Ed Sharpe for tomorrow's deposition.  Travel to Pueblo CO for depositions of Sharpe and Parker. | 4.80 | 1,032.00 |
| 02/18/13 | DJH | No charge.  E-mails to opposing counsel and Sarah Sudkamp, Re: Waiver and Acceptance of Service regarding new subpoena. | 0.10 | |
| 02/19/13 | CAT | Defended depositions of Parker and Sharpe.  Phone calls with Sara and McCormick.  Travel back to Denver. | 8.40 | 1,806.00 |
| 02/19/13 | MRM | No charge.  Study e-mail correspondence regarding subpoena for pricing strategies, acceptance of service; update task list, calendar deadlines; study Parker deposition transcript; phone call with Taravella & Ms. Sudkamp re: ████████; calendar deadlines to correct & designate deposition testimony; organize and maintain file;  phone call with Taravella re: ████████. | 2.10 | |
| 02/19/13 | DJH | Numerous e-mails to and from Ms. Craigmile and Sara Sudkamp, Re: scheduling conference call to discuss new Subpoena.  E-mail to Ed Sharpe, Re: draft of deposition transcript.  E-mail to David Parker, Re: draft transcript of deposition.  Set up conference call through AT&T to discuss new subpoena. | 0.50 | 45.00 |
| 02/19/13 | MRM | Study what documents are requested by pricing strategy subpoena & documents Dillon has available; finalize and send letter to Western's | 3.70 | 684.50 |

March 15, 2013
Invoice # 1544619

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena          **REDACTED**          Page  8
I.D. 1509-000147 - JJS

| Date | Atty | Description of Services | Hours | Amount |
|------|------|-------------------------|-------|--------|
| | | counsel regarding letter to other suppliers; work on designating Wilson transcript and exhibits and letter to Western's counsel re: same; send draft letter designating Mr. Wilson's transcript to Ms. Sudkamp for approval; phone call with Ms. Giannola re: issues ███████ ████. | | |
| 02/20/13 | CAT | Phone call with Sara and McCormick re: ████████████ ████. | 0.70 | 150.50 |
| 02/20/13 | DJH | Save Parker File; convert excel documents into pdfs; bates label.  Set up conference call, Re: new subpoena; e-mail to all, Re: same; e-mail to Sara Sudkamp and Susan Gianolla, Re: same.  Prepare Pricing Strategy; save on system; bates number.  Save Giannola file; bates label. | 3.40 | 306.00 |
| 02/20/13 | MRM | Work on letter to counsel for Western and Suncor designating deposition testimony and exhibits as secret under the supplemental protective order; phone call with Ms. Sudkamp re:██████████████████ ██████████; work on agenda for phone conference with Western's counsel to consult re: new pricing strategies subpoena; work on motion to quash pricing strategies subpoena; study legal authorities regarding objection to pricing strategies subpoena; study e-mails for possible production in response to pricing strategies subpoena; phone call with Ms. Sudkamp, Mr. Bledsoe & Ms. Craigmile to consult regarding pricing strategies subpoena; work on letter regarding designating Wilson transcript as secret under supplemental protective order & designate exhibits re: same; study Sharpe deposition transcript re: designation of exhibits under supplemental protective order; e-mail to Ms. Craigmile re: designating Exhibit 192 to Thiessen transcript as secret under supplemental protective order & asking how exhibit was created; study Mr. Shaheen's email re: designating Sharpe deposition exhibits, forward same to Ms. Sudkamp; work on documents to be produced in response to February 15, 2013 pricing strategies subpoena; work on letter to Mr. Bennington re: same. | 6.90 | 1,276.50 |
| 02/20/13 | MRM | No charge.  E-mail to Taravella re: consultation with Western's counsel re: pricing strategy subpoena; organize and maintain file; update task list. | 0.50 | |
| 02/21/13 | CAT | E-mails to/from Sara.  Phone call with Sara.  Brief meeting with Bledsoe.  Revised draft objection letter re: subpoena. | 0.40 | 86.00 |
| 02/21/13 | MRM | Work on objection to pricing strategies subpoena; work on letter producing documents in response to pricing strategies subpoena; forward draft objection & letter of production to Ms. Sudkamp for review and approval; phone call with Ms. Sudkamp re: ████; designate spreadsheets and documents to be produced in response to pricing | 7.20 | 1,332.00 |

March 15, 2013
Invoice # 1544619

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena
I.D. 1509-000147 - JJS

**REDACTED**

Page  9

| Date | Atty | Description of Services | Hours | Amount |
|------|------|------------------------|-------|--------|
| | | strategies subpoena; meeting with Mr. Bledsoe to permit him to review the unredacted pricing strategy handbook and other pricing strategy documents produced by Dillon; e-mail to Ms. Sudkamp re: ███████ ████████████████████████████████████████████; work on letter designating Thiessen transcript and exhibits as secret under supplemental protective order, forward same to Ms. Sudkamp for review and approval. | | |
| 02/21/13 | MRM | No charge.  Organize and maintain file. | 0.20 | |
| 02/22/13 | MRM | No charge.  Organize and maintain emails; update task list; study pending deadlines in pacer system. | 0.30 | |
| 02/22/13 | MRM | Phone call with Ms. Sudkamp and Mr. Bledsoe to discuss Mr. Bledsoe's follow up questions regarding the information Dillon produced; phone call with Ms. Sudkamp to discuss ████████████████████; email to Sudkamp re: ████████████████████; finalize and send letter designating Thiessen deposition transcript under supplemental protective order; study issues regarding price surveys to respond to question from Suncor's expert. | 2.20 | 407.00 |
| 02/25/13 | CAT | No charge.  E-mails from/to Sara re: █████.  E-mails re: Thiessen invoice. | 0.40 | |
| 02/25/13 | MRM | E-mail to counsel for Western & Suncor requesting reimbursement for Thiessen travel costs; study response to objection to order denying motion to quash & calendar due date; study pricing strategy spreadsheet regarding questions received from Suncor's expert. | 1.10 | 203.50 |
| 02/25/13 | MRM | No charge.  Organize and maintain file. | 0.70 | |
| 02/26/13 | DJH | E-mail to Ed Sharpe, Re: deposition transcript, correction page and signature page. | 0.10 | 9.00 |
| 02/26/13 | DJH | Numerous e-mails to and from Avery Woods, Re: transcript of David Parker and invoice for January hearing. | 0.20 | 18.00 |
| 02/26/13 | MRM | Study Giannola deposition transcript re: possible corrections; phone call with counsel for Suncor re: Giannola transcript and issues in Suncor expert report; work on draft corrections page for Giannola deposition transcript; study docket regarding upcoming trial date to inform Dillon's potential witnesses regarding same; work on motion for fees and costs, redacting attorney client privilege information from invoices; start on chart of fees requested; e-mail to Ms. Sudkamp requesting ██████. | 6.70 | 1,239.50 |
| 02/26/13 | MRM | No charge.  Organize and maintain file. | 1.10 | |
| 02/27/13 | MRM | Work on motion for fees and costs, redaction of invoices, chart of fees | 1.20 | 222.00 |

March 15, 2013
Invoice # 1544619

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena                                    Page  10
I.D. 1509-000147 - JJS

| Date | Atty | Description of Services | Hours | Amount |
|---|---|---|---|---|
| | | being sought. | | |
| 02/28/13 | JJS | No charge.   Update with Michael McCormick regarding next action. | 0.40 | |
| 02/28/13 | MRM | Work on motion for fees & costs against Western & redactions to MLS invoices. | 6.00 | 1,110.00 |

|  |  | **Total Fees** | **29,129.00** |
|---|---|---|---|

| Name | Initials | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Adrienne L. Toon | ALT | Associate | 1.00 | 185.00 | 185.00 |
| Chris Boeckx | CB | Law Clerk | 2.70 | 85.00 | 229.50 |
| Chris Boeckx | CB | Law Clerk | 6.90 | 0.00 | 0.00 |
| Deborah Harant | DJH | Paralegal | 15.90 | 90.00 | 1,431.00 |
| Deborah Harant | DJH | Paralegal | 0.50 | 0.00 | 0.00 |
| James J. Soran | JJS | Shareholder | 0.40 | 0.00 | 0.00 |
| Christopher A Taravella | CAT | Shareholder | 41.80 | 215.00 | 8,987.00 |
| Christopher A Taravella | CAT | Shareholder | 0.40 | 0.00 | 0.00 |
| Michael R. McCormick | MRM | Senior Associate | 98.90 | 185.00 | 18,296.50 |
| Michael R. McCormick | MRM | Senior Associate | 8.90 | 0.00 | 0.00 |
| | | | 177.40 | | 29,129.00 |

| Date | Description | Units | Cost/Unit | Amount |
|---|---|---|---|---|
| | Copies | 2112 | 0.20 | 422.40 |
| 1/21/2013 | Airfare;  12/27/12 Airfare;  Chase Card Services | | | 217.60 |
| 1/21/2013 | Airfare;  12/27/12 Airfare Fees;  Chase Card Services | | | 30.00 |
| 2/21/2013 | Mileage;  01/31/2013 Mileage, Giannola deposition;  Christopher A. Taravella | | | 12.43 |
| 2/21/2013 | Parking;  01/31/2013 Parking, Giannola deposition;  Christopher A. Taravella | | | 23.00 |
| 2/21/2013 | Mileage;  02/05/2013 Mileage, Wilson Deposition;  Christopher A. Taravella | | | 12.43 |
| 2/21/2013 | Parking;  02/05/2013 Parking, Wilson Deposition;  Christopher A. Taravella | | | 23.00 |
| 2/21/2013 | Mileage;  02/07/2013 Mileage, Theissen Deposition;  Christopher A. Taravella | | | 12.43 |
| 2/21/2013 | Parking;  02/07/2013 Parking, Theissen Deposition;  Christopher A. Taravella | | | 23.00 |

March 15, 2013
Invoice # 1544619

Dillon Companies, Inc.

Re: Western Convenience Stores Subpoena                                     Page  11
I.D. 1509-000147 - JJS

| Date | Description | Units | Cost/Unit | Amount |
|------|-------------|-------|-----------|--------|
| 2/21/2013 | Mileage;  02/19/2013 Mileage, Pueblo deposition of Parker & Sharpe;  Christopher A. Taravella | | | 118.65 |
| 2/21/2013 | Parking;  02/19/2013 Parking, Pueblo deposition of Parker & Sharpe;  Christopher A. Taravella | | | 3.50 |
| 2/21/2013 | Meals;  02/19/2013 Meal, Pueblo deposition of Parker & Sharpe;  Christopher A. Taravella | | | 39.99 |
| 2/21/2013 | Courier;  02/06/2013 deliver to Bennington Johnson Beirman;  JAG Express Courier | | | 22.65 |
| 2/27/2013 | Federal Express;  02/14/2013 to Ed Sharpe, Loaf & Jug, Pueblo, CO;  Federal Express Corporation | | | 51.48 |
| 2/27/2013 | Transcript costs;  Transcript; Susan Giannola;  Avery Woods Reporting Service, Inc | | | 233.00 |
| 2/27/2013 | Transcript costs;  Transcript; Chad Thiessen;  Avery Woods Reporting Service, Inc | | | 495.00 |
| 2/27/2013 | Transcript costs;  Transcript; David M. Wilson;  Avery Woods Reporting Service, Inc | | | 340.00 |
| 2/28/2013 | Airfare;  non-refundable fee;  Chase Card Services | | | 12.20 |
| 2/28/2013 | Airfare;  Credit for canceled flight;  Chase Card Services | | | -229.80 |

**Total Disbursements**                                                   **1,862.96**

NAME: _____   CAT 2013

| DATE | FILE NAME | FILE # | PURPOSE (Who, What, Where) | HOTEL/ AIR FARE | CAR RENTAL/ CAB FARE | MEALS/ ENTER- TAIN | MILEAGE (# of miles) | | PARKING | | OTHER |
|------|-----------|--------|----------------------------|-----------------|----------------------|--------------------|----------------------|--|---------|--|-------|
| 1/31 | | 1507-147 | Alexander depo | | | | 22 = $12.43 | | 23.00 | | |
| 2/5 | | 1507-147 | Wilson depo | | | | 22 = $12.43 | | 23.00 | | |
| 2/7 | | 1507-147 | Deweese depo | | | | 22 = $12.43 | | 23.00 | | |
| 2/7 | | 18-7000 | Client breakfast | 5650-001 | | 36.03 | | | | | |
| 2/19 | | 1507-147 | Pueblo depos of Parker & Sharpe | | | 34.49 | 210 = $118.65 | | 3.50 | | |
| | | | $304.49 | | | | | | | | |

OLS-9279



OLS-9280



LAZ PARKING
410 17th Street
Denver, Colorado 80202
(303)572-6680

## Full Statement

P/S #15      A Payment No. 00000552
T/D #03              Ticket No. 060516
Entry Time  01/31/2013 (Thu) 7:54
Exit Time   01/31/2013 (Thu) 12:14
Parking Time                    4:20
Parking Fee    Rate A    $23.00

Visa
   Account #        **********2362
   Slip #                     13292
   Authority #               086320
   Credit Card Amount        $23.00
=================================
Cash Amount                   $0.00
**Total**        **$23.00**  ←
    Thank You for Your Visit
       Please Come Again !
=================================



OLS-9281



**PARKING**

LAZ PARKING
410 17th Street
Denver, Colorado 80202
(303)572-6680

## Full Statement

P/S #15      A Payment No.00000397
T/D #03              Ticket No.051105
Entry Time  02/05/2013 (Tue)  9:45
Exit Time   02/05/2013 (Tue) 13:00
Parking Time              3:15
Parking Fee      Rate A     $23.00

Visa
   Account #       ***********2352
   Slip #                    13554
   Authority #              01558C
Credit Card Amount          $23.00
================================
Cash Amount                  $0.00
**Total          $23.00**          ← 2/5
       Thank You for Your Visit
         Please Come Again !
================================



OLS-9282



LAZ PARKING
410 17th Street
Denver, Colorado 80202
(303)572-6890

## Full Statement

P/S #15    A Payment No. 00030597
I/D #88        Ticket No. 051295
Entry Time  02/07/2013 (Thu) 7:39
Exit Time   02/07/2013 (Thu) 11:50
Parking Time              4:11
Parking Fee    Rate A    $23.00

Visa
  Account #       ************2362
  Slip #                     13707
  Authority #               03111C
  Credit Card Amount        $23.00
============================
Cash Amount                 $0.00
**Total          $23.00**        2/7
    Thank You for Your Visit
    Please Come Again !
============================



OLS-9283

**Nomo Japanese Restaurant**
716 N. Santa FE Ave.
Pueblo CO 81003
719-542-8500

**Sale**

Receipt # 20130219-10010    Station ID : 10
7                          upsolution
-------------------------------------------
Entry Method :                     Swiped
Merchant ID :             8788270134660
Account No :          XXXXXXXXXXXX2352
Expiration Date :                  XX/XX
Card Holder :      TARAVELLA/CHRISTOPHER
Card Brand :                        Visa
Approval No :                     00249C
TroutD No :                    06290012
-------------------------------------------

Authorized Amount :               32.99

**Tip :**              7 —

**Total AMT :**        39.99

I agree to pay above total amount accordin
g to card issuer agreement (Merchant agree
ment if credit voucher)

**Sign :**

-------------------------------------------
2/19/2013 12:43:39 PM
Thank you
              Merchant Copy

756-452

2-19-13
$ 3.50

**JAG EXPRESS COURIER**
4950 S. Yosemite, F2 #182
Greenwood Village, CO. 80111

OLS-9287

Callers First Name or Initials:
Voice Mail or _Deborah_
Cellular: 720-352-8751

| DATE | BILLING CLIENT | REF # | STAT |
|------|----------------|-------|------|
| 2/11/2013 | 1509 147 | | |

| COMPANY NAME | | COMPANY NAME _Benjamin Emerson Bingham_ |
|---|---|---|
| PICKUP ADDRESS | SUITE # | DELIVERY ADDRESS _370 17th St. Suite 3500_   SUITE # |
| | | _Denver CO 80202_ |
| # OF PKGS | REMARKS | CHARGES |
| | | DELIVERY |
| WEIGHT | | WEIGHT |
| | | WAIT TIME |
| PICKUP DRIVER SIGNATURE | | MISC |
| X | | TOTAL  **22.65** |

| REMARKS |
|---|

| RECEIVED IN APPARENT GOOD ORDER BY | TIME |
|---|---|
| X | AM / PM |

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-184-43654 | Feb 21, 2013 | 1133-2812-6 | 4 of 4 |

**FedEx Express Shipment Detail By Reference (Original)**

Dropped off: Feb 14, 2013          Cust. Rel.: 1509-147                Ref.#2:
Payor: Shipper                              Ref.#3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 10.00% to this shipment.
- Distance Based Pricing, Zone 2

| | | |
|---|---|---|
| Automation | USAB | |
| Tracking ID | 877116284345 | |
| Service Type | FedEx First Overnight | |
| Package Type | FedEx Envelope | |
| Zone | 02 | |
| Packages | 1 | |
| Rated Weight | N/A | |
| Delivered | Feb 15, 2013 07:47 | |
| Svc Area | A4 | |
| Signed by | J.GAGER | |
| FedEx Use | 004513729/0000003/— | |

**Sender**
DEBORAH HARANT
MONTGOMERY LITTLE & SORAN PC
5445 DTC PKWY STE 800
GREENWOOD VILLAGE CO  80111-3053  US

**Recipient**
ED SHARPE
LOAF'N JUG INC
442 RELLES PKWY
PUEBLO CO  81001  US



| | |
|---|---|
| Transportation Charge | 46.80 |
| Fuel Surcharge | 4.68 |
| Total Charge | USD  $51.48 |

| | | |
|---|---|---|
| **1509-147 Reference Subtotal** | **USD** | **$51.48** |
| **Total FedEx Express** | **USD** | **$51.48** |

1051-01-00-0009216-0001-0023991

Avery Woods Reporting Service, Inc.
455 Sherman Street
Suite 250
Denver, CO 80203
(303) 825-6119   Fax (303) 893-8305

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 109722 | 02/01/2013 | 01-38879 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 01/31/2013 | WREDPA | 11 CV 01611 |

| CASE CAPTION |
|---|
| WESTERN CONVENIENCE VS. SUNCOR |

CHRIS TARAVELLA, ESQ.
MONTGOMERY LITTLE & SORAN
5445 DTC PARKWAY
SUITE 800
ENGLEWOOD, CO 80111-0303

| TERMS |
|---|
| Due upon receipt |

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
|---|---|---|
| SUSAN GIANNOLA | 109 Pages | 218.00 |
| INDEX PRODUCTION | | n/c |
| DELIVERY FEE | | 15.00 |
| | TOTAL   DUE   >>>> | 233.00 |

# RECEIVED

FEB   6 2013

MONTGOMERY LITTLE
& SORAN, P.C.

TAX ID NO.:  84-1079884                                  (303) 773-8100

*Please detach bottom portion and return with payment.*

CHRIS TARAVELLA, ESQ.
MONTGOMERY LITTLE & SORAN
5445 DTC PARKWAY
SUITE 800
ENGLEWOOD, CO 80111-0303

Job No.     :  01-38879
Case No.    :  11 CV 01611
WESTERN CONVENIENCE VS. SUNCOR

Invoice No.:  109722
Date        :  02/01/2013
TOTAL DUE   :      233.00

## PAYMENT WITH CREDIT CARD

Card Holder's Name:
VISA/MC #:
Exp. Date: _____ _    Phone #:
Billing Address:
Amount to Charge: _____    Zip:
Cardholder's Signature:

Remit To:   **Avery Woods Reporting Service, Inc.**
            **455 Sherman Street**
            **Suite 250**
            **Denver, CO 80203**

Avery Woods Reporting Service, Inc.
455 Sherman Street
Suite 250
Denver, CO 80203
(303) 825-6119   Fax (303) 893-8305

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 109781 | 02/08/2013 | 01-38915 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/07/2013 | WREDPA | 11 CV 01611 |

CHRIS TARAVELLA, ESQ.
MONTGOMERY LITTLE & SORAN
5445 DTC PARKWAY
SUITE 800
ENGLEWOOD, CO 80111-0303

### CASE CAPTION

WESTERN CONVENIENCE VS. SUNCOR

### TERMS

Due upon receipt

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
   CHAD THIESSEN              96 Pages         480.00
            INDEX PRODUCTION                      n/c
            DELIVERY FEE                        15.00

                         TOTAL  DUE  >>>>       495.00
```

TAX ID NO. : 84-1079884                              (303) 773-8100

*Please detach bottom portion and return with payment.*

CHRIS TARAVELLA, ESQ.
MONTGOMERY LITTLE & SORAN
5445 DTC PARKWAY
SUITE 800
ENGLEWOOD, CO 80111-0303

Job No.    :  01-38915
Case No.   :  11 CV 01611
WESTERN CONVENIENCE VS. SUNCOR

Invoice No.:  109781
Date       :  02/08/2013
**TOTAL DUE** :     495.00

#### PAYMENT WITH CREDIT CARD

Card Holder's Name: _____
VISA/MC #: _____
Exp. Date: _____   Phone #: _____
Billing Address: _____
Amount to Charge: _____   Zip: _____
Cardholder's Signature: _____

Remit To:   **Avery Woods Reporting Service, Inc.**
           **455 Sherman Street**
           **Suite 250**
           **Denver, CO 80203**

Avery Woods Reporting Service, Inc.
455 Sherman Street
Suite 250
Denver, CO 80203
(303) 825-6119   Fax (303) 893-8305

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 109764 | 02/06/2013 | 01-38904 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/05/2013 | WREDPA | 11 CV 01611 |

CHRIS TARAVELLA, ESQ.
MONTGOMERY LITTLE & SORAN
5445 DTC PARKWAY
SUITE 800
ENGLEWOOD, CO 80111-0303

### CASE CAPTION

WESTERN CONVENIENCE VS. SUNCOR

### TERMS

Due upon receipt

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
|---|---|---|
| DAVID M. WILSON | 65 Pages | 325.00 |
| INDEX PRODUCTION | | n/c |
| DELIVERY FEE | | 15.00 |
| | TOTAL DUE >>>> | 340.00 |

# RECEIVED

FEB 6 2013

MONTGOMERY LITTLE
& SORAN, P.C.

TAX ID NO. : 84-1079884                                                    (303) 773-8100

*Please detach bottom portion and return with payment.*

CHRIS TARAVELLA, ESQ.
MONTGOMERY LITTLE & SORAN
5445 DTC PARKWAY
SUITE 800
ENGLEWOOD, CO 80111-0303

Job No.    : 01-38904
Case No.   : 11 CV 01611
WESTERN CONVENIENCE VS. SUNCOR

Invoice No.: 109764
Date       : 02/06/2013
TOTAL DUE  :    340.00

### PAYMENT WITH CREDIT CARD

Card Holder's Name:
VISA/MC #:
Exp. Date:                     Phone #:
Billing Address:
Amount to Charge:                   Zip:
Cardholder's Signature:

Remit To:    **Avery Woods Reporting Service, Inc.**
             **455 Sherman Street**
             **Suite 250**
             **Denver, CO 80203**