**Employee Time Spent by Dillon Companies, Inc.**
**WCS *et al.* v. Suncor *et al.***
**Case No. 11-cv-01611-MSK-CBS**

|  | First Subp. | Second Subp. | Mtn. Redesign | Fourth Subp. | Total Hrs. | Cost/Hour | Total Cost |
|---|---|---|---|---|---|---|---|
| Nathan Brown, Esq. | 4 | 0 | 0 | 0 | 4 | $50 | $200.00 |
| Chad Cunningham | 16 | 0 | 0 | 0 | 16 | $50 | $800.00 |
| Dax Daisley | 0.75 | 0 | 0 | 0 | 0.75 | $50 | $37.50 |
| Sue Giannola & Office | 80 | 16 | 3 | 8 | 107 | $50 | $5,350.00 |
| Steve Edwards | 2 | 0 | 0 | 0 | 2 | $50 | $100.00 |
| Danny High | 3 | 0 | 0 | 0 | 3 | $50 | $150.00 |
| Jason Lazor | 0.5 | 0 | 0 | 0 | 0.5 | $50 | $25.00 |
| Jenny McClenahan & Office | 15 | 10 | 0 | 0 | 25 | $50 | $1,250.00 |
| David Parker | 0 | 1.5 | 0 | 0 | 1.5 | $50 | $75.00 |
| Ron Prior | 24 | 0 | 0 | 0 | 24 | $50 | $1,200.00 |
| Amanda Randel | 4 | 4 | 0 | 0 | 8 | $50 | $400.00 |
| Ed Sharpe | 0 | 2 | 7 | 0 | 9 | $50 | $450.00 |
| Sara Sudkamp, Esq. | 100 | 40 | 10 | 10 | 160 | $50 | $8,000.00 |
| Chad Thiessen | 4 | 23 | 30 | 0 | 57 | $50 | $2,850.00 |
| Venessa Wickline | 3 | 0 | 0 | 0 | 3 | $50 | $150.00 |
| Melanie Williams | 2 | 0 | 0 | 0 | 2 | $50 | $100.00 |
| **TOTAL** | 258.25 | 96.5 | 50 | 18 | 422.75 |  | **$21,137.50** |

EXHIBIT J