# RICOH

# INVOICE

| | |
|---|---|
| Invoice # | CIN12100159 |
| Invoice Date: | 10/29/2012 |
| Due Date: | 11/28/2012 |
| Terms: | Net 30 Days |
| Customer Code: | CIN-KR12 |
| Natl ID: | 69333 |

Ricoh USA, Inc. - Cincinnati, OH
Phone: (513) 929-0222    Fax: (513) 929-0322
Federal ID: 230334400

**BILL TO:**
**KROGER**
1014 VINE STREET
CINCINNATI, OH 45202-1100

**SHIP TO:**
**KROGER**
1014 VINE STREET
CINCINNATI, OH 45202-1100

Attn: Sara Sudkamp

Price using: KROGER Contract

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| King Soopers | | | Michelle McGovern-Rossi |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1210-0040 | 10/08/2012 | Sara Sudkamp - KROGER | | | | |
| 721 | | CD - Master(s) | 1.00 | 35.0000 | | 35.00 |
| 716 | | E-Label Endorsement | 2,864.00 | 0.0300 | | 85.92 |
| 712 | | Image Capture C - Medium | 1,432.00 | 0.1200 | | 171.84 |

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above-described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law, will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 292.76 |
| Sales Tax: | 19.03 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | **311.79** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received/Accepted by: {Print} _____    {Signature} _____    Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
**KROGER**
1014 VINE STREET
CINCINNATI, OH 45202-1100

**Amount Enclosed**

$ _____

**Invoice:** CIN12100159
Invoice Date: **10/29/2012**
Due Date: **11/28/2012**
Customer Code: **CIN-KR12**
natl id: **69333**

**Please Remit To:**
**Ricoh USA, Inc.**
Legal Document Services Chicago District - CIN
1600 Solutions Center
Chicago, IL 60677-1005



**PAY THIS AMOUNT** $ **311.79**