# DINSMORE & SHOHL LLP

*Charleston WV   Cincinnati OH   Columbus OH   Dayton OH   Frankfort KY   Lexington KY*
*Louisville KY   Morgantown WV   Philadelphia PA   Pittsburgh PA   Washington DC   Wheeling WV*

Federal I.D.: 31-0263070

---

The Kroger Co.                                                                                  November 9, 2012
Sara Sudkamp                                                                                    Invoice # 2963102
1014 Vine Street
Cincinnati OH 45202


Billing Attorney - Lori A. Landrum

Client Number - 75540.2
Matter: Assist in response to third party subpoena
RE:  Western Convenience

---

**Remittance Advice**

For Professional Services Rendered Through October 31, 2012:

|  |  |
|---|---:|
| Current Fee for Services Rendered | $ 1,000.00 |
| Attorney Costs | $ 0.00 |
| Total Due for Professional Services | $ 1,000.00 |

**Payment Due on Receipt**
Please Return a Copy of this Remittance Advice with your Payment to:

Dinsmore and Shohl LLP
P.O. Box 640635
Cincinnati, Ohio 45264-0635

or

**We accept Visa, Mastercard, American Express and Discover**
*Please call (513) 977-8131 to initiate credit card payment.*



**EXHIBIT L**