## Summary of Jennifer McClenahan Expenses
## Travel for Hearing on September 14, 2012

| | |
|---|---|
| United Air (Wichita, KS to Denver, CO): | $421.44 |
| Marriott DTC Hotel: | $226.88 |
| Car Rental in Denver: | $48.35 |
| Mileage from Hutchinson to Wichita: | $45 |
| Parking in Denver: | $14 |
| Parking in Wichita: | $12 |
| Fuel for Rental Car: | $6.83 |
| **Total:** | **$774.50** |

**EXHIBIT M**

WellsOne    Page 1 of 2

# Kroger Co

## WellsOne Card Activity Report

JM2777081012

| | | | |
|---|---|---|---|
| **Cardholder Name** | JENNIFER MCCLENAHAN | **Control Number** | JM2777081012 |
| **Statement Period** | Period 9 - 12 | **Division.Store** | 612.00000 |
| **WellsOne Statement Status** | Cardholder Unreviewed | **WellsOne Statement Total** | $729.50 |
| | | **OOP Total** | $45.00 |

## Out Of Pocket Expenses

| OOP Seq No. | Expense Date | Txn Allocation | SWC | Total Miles | Net Miles | Amount | Receipt | Mgr Apprvd. Dt. | Sent for Pmt. Dt. | From | To | Gen. Business Purpose |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 9/28/2012 | 612.314200.00000 | 0 | 90 | 90 | $45.00 | N | | | Hutchinson | Wichita | Mileage |

Fuel lawsuit in Denver

## WellsOne Card Expenses

| Seq No. | Trans Dt | Merchant | City/State | Int'l Amt. | Amount | Txn Allocation | Receipt? | Disp |
|---|---|---|---|---|---|---|---|---|
| 1. | 9/11/2012 | UNITED AIR 0167094686438 | CINCINNATI - OH | $0.00 | $421.44 | Split | ☑ | |
| | | | | 1. | $210.72 | 612.314200.00000 | | |
| | | | | 2. | $210.72 | 612.314201.00000 | | |

Airline Reservation - Fuel lawsuit in Denver

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2. | 9/14/2012 | SAFEWAY FUEL 10001410 | DENVER - CO | $0.00 | $6.83 | Split | ☑ | |
| | | | | 1. | $3.41 | 612.314200.00000 | | |
| | | | | 2. | $3.42 | 612.314201.00000 | | |

Gas for rental car - Fuel lawsuit in Denver

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3. | 9/14/2012 | AMPCO PARKING WICHITA AIR | WICHITA - KS | $0.00 | $12.00 | Split | ☑ | |
| | | | | 1. | $6.00 | 612.314200.00000 | | |
| | | | | 2. | $6.00 | 612.314201.00000 | | |

Parking - Fuel lawsuit in Denver

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4. | 9/14/2012 | CENTRAL PARKING SYSQ76 | DENVER - CO | $0.00 | $14.00 | Split | ☑ | |

**Kroger Co**

| Seq No. | Trans Dt | Merchant | City/State | Int'l Amt. | Amount | Txn Allocation | Receipt? | Disp |
|---|---|---|---|---|---|---|---|---|
| | | | | 1. | $7.00 | 612.314200.00000 | | |
| | | | | 2. | $7.00 | 612.314201.00000 | | |
| Parking - Fuel lawsuit in Denver | | | | | | | | |
| 5. | 9/14/2012 | NATIONAL CAR RENTAL | DENVER - CO | $0.00 | $48.35 | Split | ☑ | |
| | | | | 1. | $24.17 | 612.314200.00000 | | |
| | | | | 2. | $24.18 | 612.314201.00000 | | |
| Car Rental - Fuel lawsuit in Denver | | | | | | | | |
| 6. | 9/15/2012 | MARRIOTT 337N7 DENVER TC | DENVER - CO | $0.00 | $226.88 | Split | ☑ | |
| | | | | 1. | $113.44 | 612.314200.00000 | | |
| | | | | 2. | $113.44 | 612.314201.00000 | | |
| Hotel Accommodations - Fuel lawsuit in Denver | | | | | | | | |

☀ **: Indicates Cardholder Has Marked As Disputed**

```
         C O P Y

Reprinted On: 14-Sep-12   10:59:09 AM

Safeway
4824 Chambers Rd.
Denver, CO
80239
STORE NO: 141
------------------------------

XXXXXXXXXX7708
VISA
Appr # :025449
Trans : Purchase
Inv # : 90932059
Pump # : 5-REG
Vol  : 1.882G
Price : $3.629
Tota    6.83


DATE : 09/14/12
TIME : 10:58:35 AM




THANK YOU
ASK FOR OUR SPECIALS !
```

Parking Receipt (rotated, top right): 059885 09/14 16:57 F3 02 VISA $12.00

**RECEIPT**
Moss lot 6156
822 18th St
No In Out privilage
on same ticket thanks.
**Stall #27**
Expiration Date/Time
**EXP 07:00PM**
**SEP 14, 2012**

Purchase Date/Time: 07:37am Sep 14, 2012
Total Due: $14.00   Rate: Daily Expire 7:00PM
Total Paid: $14.00   Payment Type: Card
#****-7708, Visa
Ticket # 62054052   Auth #: 012270
S/N #: 100007472164
Setting: Moss
Mach Name: 6156-1

---

National Rental Receipt:

RA 322547653                    Bill 0
Rental   13-SEP-2012 02:51 PM
DENVER INTL APRT
Return   14-SEP-2012 11:17 AM
DENVER INTL APRT

JENNIFER MCCLENAHAN
Vehicle # CN158507
Model    AVENGER
Class Driven SCAR   Class Charged ICAR
License# 946TWD     State/Province CO
M/Kms Driven 64
M/Kms Out 19480
M/Kms In  19544

KROGER - NATIONAL ACCOUNT
Billing Ref 290007664
Charges         No Unit       Price    Amount
GPS NAVIGA      1 Days        11.99    11.99*
T & M           1 Days        36.50    36.50*
UNLIM M/KM      0 M/Kms        0.00     0.00*
DSP             1 Rental     -11.99   -11.99*
DSCNT T&M 3.00%                        -1.10*
ROAD SAFETY PROGRAM FEE                 2.00
FACILITY USE FEE                        1.60*
CONCESSION RECOUP FEE                   3.93*
SALES TAX @13.250 %                     5.42

Total Charges                       USD 48.35

Deposit    Visa 7708               USD 48.35

Amount Due                         USD  0.00

* Taxable Items
Subject to Audit
Customer Service Number 1-800-468-3334
15814663

**National**

**Marriott**
HOTELS & RESORTS

                       DENVER TECH CENTER MARRIOTT                    GUEST FOLIO

   9005  MCCLENAHAN/MICHAEL      189.00  09/14/12 12:00  19976
   ROOM  NAME                    RATE    DEPART    TIME  ACCT#
   KG    MCCLENAHAN/JENNIFER             09/13/12 15:48
   TYPE                                  ARRIVE    TIME
   85
   ROOM                                  VSXXXXXXXXXXXX7708
   CLERK                                 PAYMENT              MRW#: XXXXX3469
          ADDRESS

   | DATE  | REFERENCE         | CHARGES | CREDITS  | BALANCE DUE |
   |-------|-------------------|---------|----------|-------------|
   | 09/13 | SELFPARK #1997659 | .00     |          |             |
   | 09/13 | SELFPARK PARKING  | 10.00   |          |             |
   | 09/13 | ROOM     9005, 1  | 189.00  |          |             |
   | 09/13 | TAXES    9005, 1  | 20.32   |          |             |
   | 09/13 | STATE TX 9005, 1  | 7.56    |          |             |
   | 09/14 | VS CARD           |         | $226.88  |             |

   TO BE SETTLED TO:    VISA              CURRENT BALANCE   .00

   THANK YOU FOR CHOOSING MARRIOTT!
   IN A HURRY? DIAL EXT 376 FOR VOICE MAIL CHECK-OUT.
   OR USE OUR EXPRESS VIDEO CHECKOUT THRU YOUR REMOTE CONTROL!

   ------------------ EXP. REPORT SUMMARY --------------------
   09/13  SELFPARK           10.00
          ROOM              189.00
          TAXES              20.32
          STATE TX            7.56


   AS REQUESTED, A FINAL COPY OF YOUR BILL WILL BE EMAILED TO:
                JENNIFER.MCCLENAHAN@KROGER.COM
        SEE "INTERNET PRIVACY STATEMENT" ON MARRIOTT.COM










   Your Rewards points/miles earned on your eligible earnings
   will be credited to your account. Check your
   Rewards Account Statement for updated activity.





              DENVER TECH CENTER MARRIOTT
              4900 SOUTH SYRACUSE
              DENVER, CO  80237
              303-779-1100

This statement is your only receipt.  You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you.  The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.)  If for any reason the credit card company does not make payment on this account, you will owe us such amount.  If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X _____



| MCCLENAHAN/JENNIFER.MARIE | 612@612 NZZ8XG Fare: $421.44 | 11-Sep-2012 10:29 am Page 1 of 2 2700 E. 4 HUTCHINSON KS 67501 |
|---|---|---|

***** IMPORTANT *****
Please review your itinerary and notify AAA of any changes as soon as possible.
In many cases changes can be made with minimal penalties within the first 24 hours of ticket issuance.

YOUR ITINERARY AND UP-TO-DATE FLIGHT STATUS AND BAGGAGE ALLOWANCE IS VIEWABLE VIA
HTTPS://MYTRIPANDMORE.COM.
MY TRIP AND MORE REQUIRES YOUR LAST NAME AND THE FOLLOWING TRIP LOCATOR:   NZZ8XG

KASH
2700 E 4TH STREET
HUTCHINSON KS 67504-1608

---

**13-Sep-2012 Thursday**

ZZ

CLIQBOOK
BOOKED THROUGH CLIQBOOK

---

**13-Sep-2012 02:06pm Thursday**

| Air | United Airlines | | Flight# | 408 | Class: Q |
|---|---|---|---|---|---|
| From: | (ICT)Wichita KS, USA | | To: | (DEN)Denver CO, USA | |
| Meal: | | | Seats: | Seat:28-B | |
| Equip: | Airbus Jet | | Status: | Confirmed | |
| Depart: | 13-Sep-2012 Thursday | 02:06pm | Stops: | 0 | |
| Arrival: | 13-Sep-2012 Thursday | 02:35pm | | | |

United Airlines locator: APGLNX
UA Frequent Flyer# ▓▓▓▓▓▓▓▓-MCCLENAHAN/JENNIFER MARIE
MILES FLOWN 428

**REDACTED**

---

**13-Sep-2012 Thursday**

| Car | National Car Rental | Type: | Inter Car Auto A/c |
|---|---|---|---|
| Pick Up: | Denver CO, USA | | |
| Confirmation: | 379088959COUNT | Rate: | 36.50USD |
| Return: | 14-Sep-2012 | | Denver CO, USA |

Approximate Price:
Rate Info: USD 36.50Day Ulmtd 36.50Xtra Day Ulmtd 18.25Xtra Hr Ulmtd
NONSMOKING
Arrival Time: 02:35pm
Dropoff  : Denver CO, USA
Dropoff Time: 01:57pm
ESTIMATED TOTAL PRICEIS 49.75 USD
ZL-NATIONAL         THU 13SEP / FRI 14SEP        PHONE: 303-342-7373
DEN T001 - DENVER AIRPORT                               1-800-328-4300
24530 EAST 78TH AVE
                                                  HOURS:
DENVER                                              ** SEE HOURS POLICY
CO

---

**14-Sep-2012 01:57pm Friday**

| Air | United Airlines | | Flight# | 4881 | Class: Q |
|---|---|---|---|---|---|
| From: | (DEN)Denver CO, USA | | To: | (ICT)Wichita KS, USA | |
| Meal: | None | | Seats: | Seat:20-D | |
| Equip: | DeHavilland Dash 8-4 | | Status: | Confirmed | |
| Depart: | 14-Sep-2012 Friday | 01:57pm | Stops: | 0 | |
| Arrival: | 14-Sep-2012 Friday | 04:24pm | | | |

OPERATED BY /REPUBLIC AIRLINES DBA UNITED EXPRESS
United Airlines locator: APGLNX
UA Frequent Flyer# ▓▓▓▓▓▓▓▓-MCCLENAHAN/JENNIFER MARIE
MILES FLOWN 428

**REDACTED**



**Corporate Travel Services**
PH: 800.354.4514

| | | |
|---|---|---|
| MCCLENAHAN/JENNIFER.MARIE | 612@612 | 11-Sep-2012  10:29 am |
| | NZZ8XG | Page 2 of 2 |
| | Fare: $421.44 | 2700 E. 4 |
| | | HUTCHINSON KS 67501 |

```
** FOR CHANGES/CANCELLATIONS CALL 513-762-1300
AN ADDITIONAL FEE MAYBE CHARGED FOR BAGGAGE
CLIQCID-659
PLEASE VISIT OUR WEBSITE AT WWW.AAACTS.COM
NON-REFUNDABLE TICKETS HAVE NO VALUE IF NOT
CANCELLED BEFORE THE SCHEDULED DATE OF TRAVEL.
AIRLINE REISSUE FEES WILL APPLY.
CLIQUSER-JENNIFER.MCCLENAHAN*KROGER.COM

Ticket Information


Invoice# 940654
Electronic Ticket # 0167094686438
11SEP MCCLENAHAN/JENNIFER.MARIE
     Air Fare                           371.94 USD
     Tax                                 49.50 USD
     Total Fare                         421.44 USD
Totals For Invoice # 940654
     Amount Charged                     421.44 USD

*******Amount Billed to VI..........7708*********
```