**Summary of Chad Thiessen Expenses**
**Travel for Hearing on January 28, 2013**

| | |
|---|---|
| Flight (Wichita, KS to Denver, CO): | $620.10 |
| Hotel (2 nights): | $410.80 |
| Car Rental in Denver: | $136.36 |
| Meals: | $61.51 |
| Parking (Wichita Airport 1-27 thru 1-29): | $18.00 |
| **Total:** | **$1,246.77** |

EXHIBIT N