HOME   PRACTICE AREAS   ATTORNEYS   CONTACT US   THE FIRM   CAREERS

Serving Clients Since 1965 | 303-773-8100



# James J. Soran, III

Email : jsoran@montgomerylittle.com

## Educational Background

1977    Juris Doctor
University of Denver College of Law

1974    B.A.
Colorado College

## Professional Experience and Areas of Concentration

**Jim Soran**, heads our commercial law department in which he concentrates his practice in the areas of real estate transactions, development, and leasing.

He is a member of the Corporation, Banking and Business Law Section and the Real Estate and Titles Section of the Colorado Bar Association.

He served as a hearing officer for the City and County of Denver Board of Equalization for property assessment appeals in 1987 and 1988. He is also a member of the International Council of Shopping Centers (ICSC) and served on the Governmental Affairs Committee of that organization in Colorado in 1987 and 1988. As a part of the ICSC Law Conference, Jim has been a roundtable presenter on issues surrounding supermarkets as anchor tenants (1995) and exclusive use covenants for modern grocers (1996).

He has lectured for CLE in Colorado, Inc., on avoiding malpractice in commercial transactions, for the National Business Institute on leasing matters, at Regis College on business law topics, and to Denver area realtors on liability issues and on the changes in real property law.

In 2002, he chaired the CLE International program on negotiating leases and presented the retail leases section.

## Practice Areas

**BUSINESS**

**FAMILY LAW**

**LITIGATION**

**REAL ESTATE**

## News

**Fred Skillern and Echo Ryan Win Victory**
on 28 January 2013

**5 Firm Lawyers Selected as Colorado Super Lawyers® 2012**
on 24 January 2013

**October-2012-Fall-Real-Estate-Update**
on 24 January 2013

**September 2012 – Seminar**
on 24 January 2013

**2012 Race for the Cure**
on 24 January 2013



Disclaimer | Sitemap

Copyright © 2013 Montgomery Little & Soran, PC | All rights reserved

Attorney Website by Legal Web Design

EXHIBIT O