HOME   PRACTICE AREAS   ATTORNEYS   CONTACT US   THE FIRM   CAREERS

Serving Clients Since 1965 | 303-773-8100



## Michael R. McCormick

Email : mmccormick@montgomerylittle.com

### Educational Background

2001    Juris Doctor
University of Denver School of Law

1994    B.A.
University of Colorado
Political Science

### Professional Experience and Areas of Concentration

**Michael R. McCormick** represents landowners in eminent domain proceedings against public entities such as the Regional Transportation District (RTD)/Fastracks and the Colorado Department of Transportation (CDOT).

Michael is the author of *Kelo Confined - Colorado Safeguards Against Condemnation for Public-Private Transportation Projects,* printed in the Colorado Lawyer, March 2008, Vol. 37, No.3. He has served as faculty for the annual Colorado Eminent Domain Conference for continuing legal education.

Michael's practice is in real estate, eminent domain, and commercial litigation. In addition to condemnation work, he has handled cases relating to contracts, torts, real estate leases and licenses, real estate boundaries and access, forcible entry and detainer, toll highway violations, legal malpractice, professional malpractice, employment disputes, and arbitrations.

Michael is active in the local community. He is the State Board Chair of the Colorado YMCA Youth in Government Board of Directors. Michael holds a second degree brown belt in judo.

### Practice Areas

- BUSINESS
- FAMILY LAW
- LITIGATION
- REAL ESTATE

### News

**Fred Skillern and Echo Ryan Win Victory**
on 28 January 2013

**5 Firm Lawyers Selected as Colorado Super Lawyers® 2012**
on 24 January 2013

**October-2012-Fall-Real-Estate-Update**
on 24 January 2013

**September 2012 – Seminar**
on 24 January 2013

**2012 Race for the Cure**
on 24 January 2013



Disclaimer | Sitemap
Copyright © 2013 Montgomery Little & Soran, PC | All rights reserved
Attorney Website by Legal Web Design

**EXHIBIT Q**