HOME   PRACTICE AREAS   ATTORNEYS   CONTACT US   THE FIRM   CAREERS

**Serving Clients Since 1965 | 303-773-8100**



## Adrienne L. Toon

Email : atoon@montgomerylittle.com

### Educational Background

2010    Juris Doctor
Case Western Reserve University School of Law

2007    Bachelor of Arts
Ohio University

### Professional Experience and Areas of Concentration

As an associate with Montgomery Little & Soran, Adrienne L. Toon's practice focuses primarily on civil and commercial litigation and business law. Ms. Toon has worked as a law clerk for Shumaker Loop & Kendrick, Ward Anderson Porritt & Bryant and for the legal departrment of the University Hospitals in Cleveland, Ohio.

While in law school, Ms. Toon served as lead oralist on Case Western's nationally competitive Civil Rights Moot Court Team. She also helped organize and facilitate Case Western's intramural moot court competition as a member of the Moot Court Board. Ms. Toon is a member of the Colorado and Denver Bar Associations and is a board member of the Colorado Chapter of Case Western's Alumni Association..

### Practice Areas

BUSINESS

FAMILY LAW

LITIGATION

REAL ESTATE

### News

**Fred Skillern and Echo Ryan Win Victory**
on 28 January 2013

**5 Firm Lawyers Selected as Colorado Super Lawyers® 2012**
on 24 January 2013

**October-2012-Fall-Real-Estate-Update**
on 24 January 2013

**September 2012 – Seminar**
on 24 January 2013

**2012 Race for the Cure**
on 24 January 2013



Disclaimer | Sitemap
Copyright © 2013 Montgomery Little & Soran, PC | All rights reserved

Attorney Website by Legal Web Design

EXHIBIT R