**Documents Produced by Dillon Companies, Inc.**
**Case No. 11-cv-01611-MSK-CBS**


**EXHIBIT S**

| Document Content | Bates No. Start | Bates No. End | Date Range | Date Produced | # pages |
|---|---|---|---|---|---|
| 1 - Contract #: DIL-1J045 | DILLON 000001 | DILLON 000007 | N/A | 8/17/2012 | 7 |
| 1 - Contract #: KRG-1A567 | DILLON 000008 | DILLON 000014 | N/A | 8/17/2012 | 7 |
| 1 - Contract/Confirmation #: DIL-B036 | DILLON 000015 | DILLON 000016 | N/A | 8/17/2012 | 2 |
| 4 - List of SPG stores | DILLON 000017 | DILLON 000018 | N/A | 8/17/2012 | 2 |
| 4 - List of convenience Stores | DILLON 000019 | DILLON 000025 | N/A | 8/17/2012 | 7 |
| 5 - Report of net price per delivery - C stores | DILLON 000026 | DILLON 000156 | 3/24/11 to 5/31/11 | 9/12/2012 | 131 |
| 5 - Report of net price per delivery - SPG stores | DILLON 000157 | DILLON 001468 | 1/1/09 to 5/31/11 | 9/12/2012 | 1312 |
| 7 - Dillon CC Numbers (SPG) | DILLON 001469 | DILLON 023779 | 4/1/12 to 5/18/12 | 9/12/2012 | 22310 |
| 2 - First group of E-mails (2&3) | DILLON 023780 | DILLON 023810 | Varies | 9/17/2012 | 30 |
| 2 - Second group of e-mails (2&3) | DILLON 023811 | DILLON 023907 | Varies | 9/28/2012 | 97 |
| 2 - Third group of e-mails (2&3) | DILLON 023908 | DILLON 023931 | Varies | 10/1/2012 | 24 |
| 4 - Revised list of SPG stores | DILLON 023932 | DILLON 023933 | N/A | 10/1/2012 | 2 |
| 4 - Revised list of convenience stores | DILLON 023934 | DILLON 023937 | N/A | 10/1/2012 | 4 |
| 7 - C-Stores Credit Card records 1 - 1001404 | DILLON 100000 | DILLON 126146 | 1/1/09 to 6/30/10 | 10/1/2012 | 26147 |
| 1 - old contracts redesignated secret | DILLON 025000 | DILLON 025015 | 10/1/10 to 4/2/12 | 10/5/2012 | 16 |
| 1 - new contracts | DILLON 025016 | DILLON 025024 | 1/18/10 to 10/1/10 | 10/5/2012 | 9 |
| 2 - emails with draft contracts & proposals | DILLON 025025 | DILLON 025059 | Varies | 10/5/2012 | 35 |
| 2 - secret docs 9-17  and 9-28 | DILLON 025060 | DILLON 025100 | Varies | 10/5/2012 | 41 |
| 2 - Wilson E-mails | DILLON 025101 | DILLON 025137 | Varies | 10/5/2012 | 37 |
| 2 - secret docs 9-17-12 | DILLON 025138 | DILLON 025160 | Varies | 10/5/2012 | 23 |
| 5A - Report net price - SPG - includes no. 5(h) | DILLON 030000 | DILLON 030000 | 1/1/09 to 5/31/11 | 10/5/2012 | 1312 |
| 5B - Report net price - C-Stores includes 5(h) | DILLON 035000 | DILLON 035000 | 3/24/11 to 5/31/11 | 10/5/2012 | 180 |
| 8A - SPG KrogerFuelPrices | DILLON 040000 | DILLON 040000 | 1/1/09 to 5/31/11 | 10/5/2012 | 1963 |
| 8B - C Stores ColoradoOurPrices | DILLON 045000 | DILLON 045000 | 1/20/11 to 5/31/11 | 10/5/2012 | 580 |
| 8C - C Stores Nebraska Our Prices | DILLON 050000 | DILLON 050000 | 1/21/11 to 5/31/11 | 10/5/2012 | 5 |
| 9A - SPG - competitorFuelPrices | DILLON 055000 | DILLON 055000 | 1/1/09 to 5/31/11 | 10/5/2012 | 15354 |
| 9B - C Stores Colorado Comp Names | DILLON 080000 | DILLON 080000 | N/A | 10/5/2012 | 9 |
| 9C - C-Stores Colorado Comps | DILLON 085000 | DILLON 085000 | 2/1/11 to 5/31/11 | 10/5/2012 | 788 |
| 9D  C-Stores Nebraska CompNames | DILLON 090000 | DILLON 090000 | N/A | 10/5/2012 | 1 |

| Document Content | Bates No. Start | Bates No. End | Date Range | Date Produced | # pages |
|---|---|---|---|---|---|
| 9E - C-Stores Nebraska Comps | DILLON 095000 | DILLON 095000 | 2/1/11 to 5/31/11 | 10/5/2012 | 11 |
| 2 - Suncor Invoice 9-30-10 | DILLON 096000 | DILLON 096000 | 9/30/2010 | 10/11/2012 | 1 |
| 2 - G Suncor Outside Loads | DILLON 097000 | DILLON 097000 | 8/30/10-9/10/10 | 10/11/2012 | 3 |
| 7 - Cstore Fuel Gallons | DILLON 400000 | DILLON 400000 | 1/30/09-12/22/09 | 10/17/2012 | 1873 |
| 7 - Cstore Fuel Sales | DILLON 410000 | DILLON 410000 | 1/30/09-12/22/09 | 10/17/2012 | 1873 |
| 7 - Cstore Fuel Transaction Count | DILLON 420000 | DILLON 420000 | 1/30/09-5/31/11 | 10/17/2012 | 1624 |
| 7 - Supermarket Fuel Sales and Gallons | DILLON 430000 | DILLON 430000 | 1/1/09-2/11/10 | 10/17/2012 | 1261 |
| 7 - Supermarket Fules Transaction Count | DILLON 440000 | DILLON 440000 | 1/31/10-1/23/11 | 10/17/2012 | 43 |
| 7 - Cstore Fuel Gallons | DILLON 450000 | DILLON 450000 | 1/30/09-5/31/11 | 10/25/2012 | 4453 |
| 7 - C-Store Sales | DILLON 460000 | DILLON 460000 | 1/30/09-5/31/11 | 10/25/2012 | 4421 |
| 7 - SPG Gallons & Stales | DILLON 470000 | DILLON 470000 | 1/30/09-5/31/11 | 10/25/2012 | 2897 |
| 10 - Marketing Studies | DILLON 200286 | DILLON 200456 | Varies | 11/29/2012 | 171 |
| 10 - Marketing Studies | DILLON 200937 | DILLON 200953 | Varies | 11/29/2012 | 17 |
| 10 - Marketing Studies | DILLON 300062 | DILLON 300369 | Varies | 11/29/2012 | 308 |
| 10 - Marketing Studies | DILLON 300411 | DILLON 300493 | Varies | 11/29/2012 | 83 |
| 10 - Marketing Studies | DILLON 300605 | DILLON 300608 | Varies | 11/29/2012 | 4 |
| 10 - Marketing Studies | DILLON 300733 | DILLON 300788 | Varies | 11/29/2012 | 56 |
| 10 - Marketing Studies | DILLON 300841 | DILLON 301332 | Varies | 11/29/2012 | 491 |
| 10 - Marketing Studies | DILLON 300200 | DILLON 302408 | Varies | 12/6/2012 | 2209 |
| 10 - Marketing Studies | DILLON 200034 | DILLON 200202 | Varies | 1/28/2013 | 169 |
| 10 - Marketing Studies | DILLON 200262 | DILLON 200285 | Varies | 1/28/2013 | 24 |
| 10 - Marketing Studies | DILLON 200457 | DILLON 200936 | Varies | 1/28/2013 | 480 |
| 10 - Marketing Studies | DILLON 200954 | DILLON 200995 | Varies | 1/28/2013 | 42 |
| 7 - SPG Spreadsheet Customer Count | DILLON 480000 | DILLON 480000 | 1/1/09 to 1/30/10 | 1/28/2013 | 244 |
| Supplier A SPG Spreadsheet | DILLON 500000 | DILLON 500000 | 1/1/09 to 5/31/11 | 2/6/2013 | 207 |
| Supplier A C-Store Spreadsheet | DILLON 505000 | DILLON 505000 | 3/2/10 to 5/31/11 | 2/6/2013 | 47 |
| Supplier B SPG Spreadsheet | DILLON 510000 | DILLON 510000 | 1/1/09 to 9/30/10 | 2/6/2013 | 262 |
| Excerpts from 2004 Retail Pricing Strategy Manual | DILLON 501091 | DILLON 501095 | 2004 | 2/21/2013 | 5 |
| Excerpts from 2004 Retail Pricing Strategy Manual | DILLON 501106 | DILLON 501110 | 2004 | 2/21/2013 | 5 |
| Emails re: pricing strategy | DILLON 502002 | DILLON 502003 | 10/6/2010 | 2/21/2013 | 2 |
| Charts re: pricing strategy | DILLON 502004 | DILLON 502005 | 10/1/2008 | 2/21/2013 | 2 |
| Spreadsheet re: pricing strategy | DILLON 510000 | DILLON 510000 | 2007 | 2/21/2013 | 1 |

| Document Content | Bates No. Start | Bates No. End | Date Range | Date Produced | # pages |
|---|---|---|---|---|---|
| 5 - Net Price Missing SFC Stores | DILLON 600000 | DILLON 600000 | 2/18/09 to 5/31/11 | 3/29/2013 | 186 |
| 5 - Net Price Missing C-Stores | DILLON 610000 | DILLON 610000 | 3/24/11 to 5/31/11 | 3/29/2013 | 29 |
| 7 - Missing SFC Stores transaction count | DILLON 620000 | DILLON 620000 | 12/28/08 to 6/4/11 | 3/29/2013 | 26 |
| 7 - Missing SFC Stores gallons and sales | DILLON 630000 | DILLON 630000 | 1/1/09 to 5/31/11 | 3/29/2013 | 644 |
| 7 - Missing C-Stores transactions count | DILLON 640000 | DILLON 640000 | 1/30/09 to 5/31/11 | 4/11/2013 | 475 |
| 7 - Missing C-Stores gallons | DILLON 650000 | DILLON 650000 | 1/30/09 to 5/31/11 | 4/11/2013 | 1716 |
| 7 - Missing C-Stores sales | DILLON 660000 | DILLON 660000 | 1/30/09 to 5/31/11 | 4/11/2013 | 1637 |
| | | | | **TOTAL** | **98437** |