# Hours and Fees by MLS Timekeeper
## WCS *et al.* v. Suncor *et al.*
## Case No. 11-cv-01611-MSK-CBS

### ATTORNEY FEES INCURRED BY DILLON

|  | 9/24/12 Inv. | 10/12/12 Inv. | 11/7/12 Inv. | 12/18/02 Inv. | 1/18/13 Inv. | 2/26/13 Inv. | 3/15/13 Inv. | **HOURS** | **FEES** |
|---|---|---|---|---|---|---|---|---|---|
| JJS Hours | 0.7 | 0.0 | 0.7 | 0.0 | 0.0 | 0.0 | 0.0 | **1.4** | |
| JJS Billing Rate | $215 | N/A | $215 | N/A | N/A | N/A | N/A | | |
| JJS Fees | $150.50 | $0 | $150.50 | $0 | $0 | $0 | $0 | | **$301.00** |
| CAT Hours | 56.5 | 12.3 | 44.9 | 10.2 | 8.6 | 61 | 41.8 | **235.3** | |
| CAT Billing Rate | $215 | $215 | $215 | $215 | $215 | $215 | $215 | | |
| CAT Fees | $12,147.50 | $2,644.50 | $9,653.50 | $2,193 | $1,849 | $13,115 | $8,987 | | **$50,589.50** |
| MRM Hours | 102.8 | 48.4 | 81.3 | 53 | 41.2 | 111.1 | 98.9 | **536.7** | |
| MRM Billing Rate | $185 | $185 | $185 | $185 | $185 | $185 | $185 | | |
| MRM Fees | $19,018.00 | $8,954.00 | $15,040.50 | $9,805.00 | $7,622.00 | $20,553.50 | $18,296.50 | | **$99,289.50** |
| AT Hours | 49.1 | 4.7 | 0.8 | 0.0 | 0.0 | 48.8 | 1.0 | **104.4** | |
| AT Billing Rate | $185 | $185 | $185 | N/A | N/A | $185 | $185 | | |
| AT Fees | $9,083.50 | $869.50 | $148 | $0 | $0 | $9,028 | $185 | | **$19,314.00** |
| DJH Hours | 48.8 | 0.0 | 30.3 | 0.0 | 0.0 | 10.0 | 15.9 | **105.0** | |
| DJH Billing Rate | $90 | N/A | $90 | N/A | N/A | $90 | $90 | | |
| DJH Fees | $4,392.00 | $0.00 | $2,727.00 | $0.00 | $0.00 | $900.00 | $1,431.00 | | **$9,450.00** |
| CSS Hours | 0.0 | 0.0 | 0.0 | 0.0 | 34.6 | 4.9 | 0.0 | **39.5** | |
| CSS Billing Rate | N/A | N/A | N/A | N/A | $90 | $90 | N/A | | |
| CSS Fees | $0.00 | $0.00 | $0.00 | $0.00 | $3,114.00 | $441.00 | $0.00 | | **$3,555.00** |
| CB Hours | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.7 | **2.7** | |
| CB Billing Rate | $0 | N/A | N/A | N/A | N/A | N/A | $85 | | |
| CB Fees | $0 | 0 | 0 | $0 | $0 | $0 | $229.50 | | **$229.50** |
| | | | | | | | **TOTAL** | **1025** | **$182,728.50** |

**EXHIBIT T**

## Hours and Fees by MLS Timekeeper
### WCS *et al.* v. Suncor *et al.*
### Case No. 11-cv-01611-MSK-CBS

**ATTORNEY FEES SOUGHT BY DILLON**

|  | 9/24/12 Inv. | 10/12/12 Inv. | 11/7/12 Inv. | 12/18/02 Inv. | 1/18/13 Inv. | 2/26/13 Inv. | 3/15/13 Inv. | **HOURS** | **FEES** |
|---|---|---|---|---|---|---|---|---|---|
| JJS Hours | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | **0** | |
| JJS Billing Rate | N/A | N/A | N/A | N/A | N/A | N/A | N/A | | |
| JJS Fees | $0.00 | $0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | **$0.00** |
| CAT Hours | 19 | 5.8 | 20.5 | 3.4 | 2.4 | 50.1 | 35.6 | **136.8** | |
| CAT Billing Rate | $215 | $215 | $215 | $215 | $215 | $215 | $215 | | |
| CAT Fees | $4,085.00 | $1,247.00 | $4,407.50 | $731.00 | $516.00 | $10,723.50 | $7,654.00 | | **$29,364.00** |
| MRM Hours | 51.1 | 41.2 | 70 | 39.5 | 26.9 | 91.1 | 82.1 | **401.9** | |
| MRM Billing Rate | $185 | $185 | $185 | $185 | $185 | $185 | $185 | | |
| MRM Fees | $9,453.50 | $7,622.00 | $12,950.00 | $7,307.50 | $4,976.50 | $16,853.50 | $15,188.50 | | **$74,351.50** |
| AT Hours | 0.0 | 0.0 | 0.8 | 0 | 0 | 45.3 | 0 | **46.1** | |
| AT Billing Rate | $185 | N/A | $185 | N/A | N/A | $185 | N/A | | |
| AT Fees | $0.00 | $0.00 | $148.00 | $0.00 | $0.00 | $8,380.50 | $0.00 | | **$8,528.50** |
| DJH Hours | 30.0 | 0.0 | 26.5 | 0 | 0 | 2.1 | 10.0 | **68.6** | |
| DJH Billing Rate | $90 | N/A | $90 | N/A | N/A | $90 | $90 | | |
| DJH Fees | $2,700.00 | $0.00 | $2,385.00 | $0.00 | $0.00 | $189.00 | $900.00 | | **$6,174.00** |
| CSS Hours | 0.0 | 0.0 | 0.0 | 0 | 34.6 | 4.9 | 0 | **39.5** | |
| CSS Billing Rate | N/A | N/A | N/A | N/A | $90 | $90 | N/A | | |
| CSS Fees | $0 | $0 | $0 | $0.00 | $3,114.00 | $441 | $0.00 | | **$3,555.00** |
| CB Hours | 0.0 | 0.0 | 0.0 | 0 | 0 | 0 | 2.7 | **2.7** | |
| CB Billing Rate | $0 | N/A | N/A | N/A | N/A | N/A | $85 | | |
| CB Fees | $0 | $0 | $0 | $0.00 | $0.00 | $0.00 | $229.50 | | **$229.50** |
| | | | | | | | **TOTAL** | **695.6** | **$122,202.50** |