**Attorney Fees - Dillon Companies, Inc.**
**WCS *et al.*  v. Suncor *et al.***
**Case No. 11-cv-01611-MSK-CBS**

### Attorney Fees Incurred by Dillon

| Date of Invoice | Fees | Exhibit |
|---|---|---|
| 9/24/2012 | $44,791.50 | C |
| 10/12/2012 | $12,468.00 | D |
| 11/7/2012 | $27,719.50 | E |
| 12/18/2012 | $11,998.00 | F |
| 1/18/2013 | $12,585.00 | G |
| 2/26/2013 | $44,037.50 | H |
| 3/15/2013 | $29,129.00 | I |
| **TOTAL** | **$182,728.50** | |

### Amount of Attorney Fees Listed Above Sought By Dillon

| Date of Invoice | Fees | Exhibit |
|---|---|---|
| 9/24/2012 | $16,238.50 | C* |
| 10/12/2012 | $8,869.00 | D* |
| 11/7/2012 | $19,890.50 | E* |
| 12/18/2012 | $8,038.50 | F* |
| 1/18/2013 | $8,606.50 | G* |
| 2/26/2013 | $36,587.50 | H* |
| 3/15/2013 | $23,972.00 | I* |
| **TOTAL** | **$122,202.50** | |

*See highlighted entries on Exhibits C-I

**EXHIBIT U**