**MLS Costs Per Invoice**
**WCS *et al.* v. Suncor *et al.***
**Case No. 11-cv-1611-MSK-CBS**

### MLS Costs Incurred by Dillon

| Item | Costs | Exhibit |
|---|---:|---|
| 9/24/12 MLS Invoice | $860.54 | C |
| 10/12/12 MLS Invoice | $746.49 | D |
| 11/7/12 MLS Invoice | $2,388.42 | E |
| 12/18/12 MLS Invoice | $373.81 | F |
| 1/18/13 MLS Invoice | $785.92 | G |
| 2/26/13 MLS Invoice | $1,130.28 | H |
| 3/15/13 MLS Invoice | $1,862.96 | I |
| **TOTAL** | **$8,148.42** | |

### Amount of Costs Listed Above That Are Sought by Dillon

| Item | Costs | Exhibit |
|---|---:|---|
| 9/24/12 MLS Invoice | $150.79 | C* |
| 10/12/12 MLS Invoice | $25.71 | D* |
| 11/7/12 MLS Invoice | $353.22 | E* |
| 12/18/12 MLS Invoice | $71.01 | F* |
| 1/18/13 MLS Invoice | $65.47 | G* |
| 2/26/13 MLS Invoice | $0.00 | H* |
| 3/15/13 MLS Invoice | $1,410.56 | I* |
| **TOTAL** | **$2,076.76** | |

\* See highlighted entries in Exhibits C-I

**EXHIBIT V**