# MLS Costs Per Item
## WCS *et al.*  v. Suncor *et al.*
## Case No. 11-cv-01611-MSK-CBS

### MLS Costs Incurred by Dillon

| Item | Amount |
|---|---|
| Airfare Fee/Cancellation (Depositions) | $30.00 |
| Audio CDs of Hearings | $90.00 |
| Copies For Exhibits & Hearing Notebooks | $3,356.40 |
| Color Copies For Exhibits & Hearing Notebooks | $765.00 |
| Couriers to US Dist Court | $130.94 |
| Couriers to BJBC (Counsel for Western) | $271.63 |
| Couriers from Kroger, Denver Office | $62.68 |
| E-file Montrose County | $16.44 |
| Federal Express Charges to Cincinatti Ohio | $344.54 |
| Federal Express Charges to Loaf N' Jug, Pueblo | $51.48 |
| Long Distance Charges | $21.56 |
| Meals for/with client | $56.69 |
| Mileage for court hearings | $44.62 |
| Mileage for travel to & from depositions (Pueblo, CO) | $155.94 |
| Parking - Court Hearings | $42.00 |
| Parking - Depositions | $72.50 |
| Parking - Meeting with Plaintiff's Counsel | $10.00 |
| Transcript Costs (Court hearings) | $1,558.00 |
| Transcript Costs (Depositions) | $1,068.00 |
| **TOTAL** | **$8,148.42** |

### Amount of Costs Listed Above That Are Sought by Dillon

| Item | Amount |
|---|---|
| Couriers to BJBC (Counsel for Western) | $271.63 |
| Couriers from Kroger, Denver Office | $62.68 |
| Federal Express Charges to Cincinatti Ohio | $344.54 |
| Federal Express Charges to Loaf N' Jug, Pueblo | $51.48 |
| Meals for/with client | $39.99 |
| Mileage for travel to & from depositions (Pueblo, CO) | $155.94 |
| Parking - Depositions | $72.50 |
| Parking - Meeting with Plaintiff's Counsel | $10.00 |
| Transcript Costs (depositions) | $1,068.00 |
| **TOTAL** | **$2,076.76** |

# EXHIBIT W