**Summary of Costs - Dillon Companies, Inc.**
**WCS *et al.*  v. Suncor *et al.***
**Case No. 11-cv-01611-MSK-CBS**

| Item | Costs | Exhibit |
|---|---:|---|
| Time Expended by Dillon Employees | $21,137.50 | J |
| RICOH copying service | $311.79 | K |
| Dinsmore - E-mail Search | $1,000 | L |
| Jennifer McClenahan - Travel to 9/14/12 Hearing | $774.50 | M |
| Chad Thiessen - Travel to 1/28/13 Hearing | $1,246.77 | N |
| **SUBTOTAL** | **$24,470.56** | |
| | | |
| MLS Costs Sought by Dillon | $2,076.76 | V |
| | | |
| **TOTAL COSTS** | **$26,547.32** | |

**EXHIBIT X**