**Michael McCormick**

| | |
|---|---|
| **From:** | Kenneth Bennington <KRB@Benningtonjohnson.com> |
| **Sent:** | Tuesday, February 05, 2013 3:00 PM |
| **To:** | Chris Taravella; Michael McCormick |
| **Cc:** | Anthony Shaheen; Adam Aldrich; Jeff McClelland; Kate Craigmile; Marie Newberger; pbledsoe@polsinelli.com |
| **Subject:** | Documents referred to by Giannola |
| **Attachments:** | Giannola re Pricing Strategy do.pdf |

Gentlemen:

The attached digest of the Giannola transcript suggests that Kroger has a pricing strategy that specifically references WCS in instructions or manuals to store managers as well as perhaps email.  The fact that there is a Kroger pricing strategy specific to WCS, according to Giannola, implies the necessity of documents relating to that strategy.  It seems impossible that such a strategy could be implemented without enabling documents such a manuals, memos, paper correspondence and email traffic.

To date we are aware of no such documents produced by Kroger.  Please supplement the Kroger document production on this subject.  I also suggest that Kroger be reminded that it is obligated to produce every document it has that mentions WCS or Hossein Taraghi.  Scrupulous adherence by Kroger to the subpoena would have produced the documents referring to a policy specific to WCS.

*KRB*



3500 Republic Plaza | 370 17th Street | Denver | Colorado | 80202 | 303.629.5200 | www.benningtonjohnson.com

CONFIDENTIALITY NOTICE:  This e-mail message, including any attachments, may contain information that is confidential and/or legally privileged and is intended solely for the use of the named recipient.

**EXHIBIT AA**