## Michael McCormick

| | |
|---|---|
| **From:** | Kate Craigmile <KEC@Benningtonjohnson.com> |
| **Sent:** | Tuesday, March 12, 2013 1:35 PM |
| **To:** | Kenneth Bennington; Michael McCormick |
| **Cc:** | Marie Newberger; pbledsoe@polsinelli.com; Adam Aldrich; Chris Taravella; Anthony Shaheen |
| **Subject:** | RE: WCS v. Suncor |

Just to clarify, the response and exhibits will not be filed at the highest level of restriction (that would be completely ex parte with access only by Judge Krieger). They will be filed as "restricted" which precludes public access but provides access to counsel of record. You will be able to file motions to continue the restriction within 14 days.

Best regards,

Kate Craigmile
Bennington Johnson Biermann & Craigmile, LLC
370 17th Street
Suite 3500
Denver, CO 80202
303.629.5200 T
303.629.5718 F
kec@benningtonjohnson.com



CONFIDENTIALITY NOTICE: This e-mail message (including any attachment[s]) may contain information that is confidential and/or legally privileged and is intended solely for the use of the named recipient[s]. If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of the contents of this transmission is strictly prohibited. If you have received this message in error, please notify us by telephone at (303) 629-5200 and promptly destroy this transmission.

---

**From:** Kenneth Bennington
**Sent:** Tuesday, March 12, 2013 1:31 PM
**To:** Michael McCormick
**Cc:** Kate Craigmile; Marie Newberger; pbledsoe@polsinelli.com; Adam Aldrich; Chris Taravella; Anthony Shaheen
**Subject:** RE: WCS v. Suncor

You will not hear otherwise. We will file everything in connection with our antitrust response under the highest level of restriction subject to our pending motion to lift the restriction.

*KRB*



1



3500 Republic Plaza | 370 17th Street | Denver | Colorado | 80202 | 303.629.5200 | www.benningtonjohnson.com

CONFIDENTIALITY NOTICE:  This e-mail message, including any attachments, may contain information that is confidential and/or legally privileged and is intended solely for the use of the named recipient.

**From:** Michael McCormick [mailto:mmccormick@montgomerylittle.com]
**Sent:** Tuesday, March 12, 2013 1:26 PM
**To:** Kenneth Bennington
**Cc:** Kate Craigmile; Marie Newberger; pbledsoe@polsinelli.com; Adam Aldrich; Chris Taravella
**Subject:** RE: WCS v. Suncor

Ken:

Haven't heard back from you yet, but I recall you saying yesterday that you would proceed as stated below unless we heard from you otherwise. This is to confirm that you will proceed as stated below (i.e. filing the response & exhibits as a restricted document with no public access).  Please let us know immediately if this is incorrect.

Michael McCormick

**From:** Michael McCormick
**Sent:** Monday, March 11, 2013 7:52 PM
**To:** 'Kenneth Bennington'
**Cc:** Kate Craigmile; Marie Newberger; pbledsoe@polsinelli.com; Adam Aldrich; Chris Taravella
**Subject:** RE: WCS v. Suncor

Ken:

During the discussion we had after you sent your e-mail, below, you indicated that Western will file its response to Suncor's motion for summary judgment on Western's antitrust claims and exhibits thereto (due this Wednesday March 13) as restricted level 1 documents (i.e. not permitting access by the public).  You will also state in your response that by filing the response as a restricted document, you do not thereby waive your arguments that these documents should be made accessible to the public for the reasons you state in your response to Suncor's motion to restrict access (Doc. #193).  However, you wanted to confirm this course of action with your client.  Please confirm you will proceed in this manner as soon as possible.  If not, then we will need to seek immediate relief from the Court to try to protect Dillon's trade secret information from being made public.  Would you please confirm this by noon tomorrow (i.e. Tuesday March 12, 2013)?

Please call me if you have any questions or concerns regarding this email.  We appreciate your assistance with this matter.  Thank you.

**MICHAEL R. MCCORMICK | ATTORNEY**



**EMAIL**      **WEB**       **BIO**

5445 DTC PARKWAY, SUITE 800, GREENWOOD VILLAGE, CO 80111-3053

MAIN: 303-773-8100 **|** FAX: 303-220-0412 **|** DIRECT DIAL: 303-779-2721

This e-mail message and any attachments may contain confidential, legally privileged information intended for the exclusive use of the addressee.  They may also contain proprietary information or information that is otherwise protected from disclosure by applicable law including without limitation the attorney-client privilege and the attorney work product doctrine for anyone but the intended recipient.  Please do not read, copy, or disseminate the information transmitted unless you are the addressee.  If you have received this message in error, please call us (collect) at (303) 773-8100 and ask to speak with the message sender.  Also, please delete the message from your system.  Thank you.

**From:** Kenneth Bennington [mailto:KRB@Benningtonjohnson.com]
**Sent:** Monday, March 11, 2013 9:34 AM
**To:** Anthony Shaheen; Chris Taravella; Michael McCormick
**Cc:** Kate Craigmile; Marie Newberger; pbledsoe@polsinelli.com
**Subject:** WCS v. Suncor

Counsel,

On February 25, 2013, we filed the Plaintiffs' Response to Objection of Interested Party Dillon Companies, Inc. to Magistrate Judge's Order Dated January 28, 2013 (Doc. 192) with Exhibit 1 (Doc. 192-1) as Level 1 restricted access.  A copy of that exhibit is attached to this email.  I wanted to let you know that we do not intend to file anything further in the nature of a motion to restrict access to this document.

In addition, our response to the Suncor motion for summary judgment on the WCS antitrust claims is due this Wednesday the 13th.  Consistent with the WCS response to Suncor's Motion to Restrict Access (Doc. 188) we intend to file our summary judgment response with no request for restriction on public access and any exhibits that are designated as confidential, highly confidential or secret by Suncor or Kroger as Level 1 restricted access.  To the extent your clients seek to maintain restriction, you will need to file a motion to restrict as contemplated by Local Rule 7.2.

I wanted to notify you of this so you can timely take the action you deem appropriate.

*KRB*



3500 Republic Plaza | 370 17th Street | Denver | Colorado | 80202 | 303.629.5200 | www.benningtonjohnson.com

CONFIDENTIALITY NOTICE:  This e-mail message, including any attachments, may contain information that is confidential and/or legally privileged and is intended solely for the use of the named recipient.