## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation,
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

      Plaintiffs,

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

      Defendant,

v.

HOSSEIN AND DEBRA LYNN TARAGHI,

      Third-Party Defendants.

---

### PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR FEES AND COSTS BY INTERESTED PARTY DILLON COMPANIES, INC. (DOC. 226)

---

Plaintiffs Western Convenience Stores and Western Truck One, LLC, by and through their attorneys, Bennington Johnson Biermann & Craigmile, LLC, move as follows for an extension of time to respond to the Motion for Fees and Costs by Interested Party Dillon Companies, Inc. ("Motion") (Doc. 226).

---

### CERTIFICATION OF COMPLIANCE WITH D.C.COLO.LCivR 7.1.A AND 6.1.E

Pursuant to Local Rule 7.1.A, the undersigned certifies that counsel for Plaintiffs has conferred with counsel for Suncor and Dillon regarding these issues and states that neither objects to the relief sought herein.  Pursuant to D.C.Colo.LCivR 6.1.E, a copy of this motion has been served on Plaintiffs Western Convenience Stores and Western Truck One, LLC.

---

1.      Dillon's Motion was filed on April 26, 2013.  Plaintiffs' response to the Motion is currently due for filing on May 20, 2013.

2.      Plaintiffs request an extension of time, up to and including June 11, 2013, in which to serve their response to Dillon's Motion.  The Motion is 44 pages in length and seeks nearly $140,000 in fees and costs.  Plaintiffs cannot adequately respond within the time frame provided by the rules.  Accordingly, Plaintiffs seek an enlargement of 22 days to June 11, 2013.

3.      Dillon and Defendant Suncor do not oppose the requested extension and, therefore, no party will be prejudiced by the granting of this motion.

Dated:  May 14, 2013.                                  *s/ Kenneth R. Bennington*

_____

Kenneth R. Bennington
Kathleen E. Craigmile
Adam F. Aldrich
BENNINGTON JOHNSON
BIERMANN & CRAIGMILE, LLC
370 17th Street, Suite 3500
Denver, CO 80202

Philip W. Bledsoe
Joseph T. VanLandingham
Polsinelli Shughart PC
1225 Seventeenth Street, 29th Floor
Denver, CO  80202-5529
Telephone:  (303) 572-9300

*Attorneys for Plaintiffs and Third-Party Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on May 14, 2013, copies of the foregoing **PLAINTIFFS'
UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION
FOR FEES AND COSTS BY INTERESTED PARTY DILLON COMPANIES, INC.
(DOC. 226)** was served on the following parties via the CM/ECF filing system:

Anthony J. Shaheen
Keeya M. Jeffrey
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 80201-8749
AJShaheen@hollandhart.com
KMJeffrey@hollandhart.com

J. Robert Robertson
William L. Monts III
Hogan Lovells US LLP
555 Thirteenth Street, N.W.
Washington, D.C.  20004-1109
robby.robertson@hoganlovells.com
william.monts@hoganlovells.com

Philip W. Bledsoe
Joseph T. VanLandingham
Polsinelli PC
1225 Seventeenth Street, 29th Floor
Denver, CO  80202-5529
pbledsoe@polsinelli.com
jvanlandingham@polsinelli.com

Christopher A. Taravella
Michael R. McCormick
Montgomery Little & Soran, P.C.
5445 DTC Parkway, Suite 800
Greenwood Village, CO 80111
ctaravella@montgomerylittle.com
mmccormick@montgomerylittle.com

*s/ Marie Newberger*

_____