THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation;
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs/Counter Defendants,

v.

SUNCOR ENERGY (U.S.A.), INC. a Delaware corporation,

    Defendant/Counter Claimant/Third-Party Plaintiff,

v.

HOSSEIN AND DEBRA LYNN TARAGHI,

    Third-Party Defendants.

_____

**NOTICE BY INTERESTED NON-PARTY DILLON COMPANIES, INC. REGARDING ACCESS TO DOC. #192-1**
_____

Comes now interested non-party Dillon Companies, Inc. ("Dillon"), by and through its attorneys, Montgomery Little & Soran, P.C., and respectfully submits this notice regarding access to Doc. #192-1.

### Conferral Pursuant to D.C. Colo. L. Civ. R. 7.1(A)

In accordance with D.C. Colo. L. Civ. R. 7.1(A), counsel for Dillon certifies that counsel discussed this notice with counsel for Plaintiffs Western Convenience Stores, Inc. and Western Truck One, LLC (collectively "Western") and counsel for Defendant

Suncor Energy (U.S.A.) Inc.'s ("Suncor"). While Western does not oppose the relief requested in this notice (i.e. restricting access to Doc. #192-1 pending the Court's ruling concerning Defendant Suncor Energy (U.S.A.) Inc.'s ("Suncor") Motion to Restrict Access (Doc. #188)), Western does not hereby waive their arguments that the documents at issue in Suncor's Motion to Restrict Access (Doc. #188) should be accessible to the public or produced to Mr. Taraghi. *See* Western's response to Suncor's motion to restrict access (Doc. #193). Suncor has no objection to the relief requested in this notice.

1. On February 25, 2013, Western filed its response ("Response") (Doc. #192) to Dillon's objection to the Magistrate Judge's Order dated January 28, 2013 (Doc. #187). As Exhibit 1 to its Response, Western attached an e-mail from Steve Moss to David Wilson dated May 16, 2008 including a Proposal for the Kroger Company Petroleum Supply to Sites in Colorado (Doc. #192-1).

2. On March 11, 2013, Dillon filed an Unopposed Expedited Motion to Restrict Access to Doc. #192-1 (Doc. #194).

3. On March 13, 2013, the Court granted Dillon's Unopposed Expedited Motion to Restrict Access to Doc. #192-1. Doc. #196. The Court's Order states: "Without determining whether public access to [192-1] ultimately should be restricted, it appears that it was filed without appropriate designation as a Level 2 restriction. The Clerk shall restrict access to such document at Level 2 until the Motion is finally determined." (Doc. #196).

4. Notwithstanding the Court's Order dated March 13, 2013 (Doc. #196), Doc. #192-1 remains available to the public in the Court's PACER system and has not yet been restricted.

WHEREFORE, Dillon respectfully requests that the Court's Clerk restrict access to Doc. #192-1 at Level 2 pursuant to the Court's Order dated March 13, 2013 (Doc. #196).

Dated: May 14, 2013.

> s/*Michael R. McCormick*
> Christopher A. Taravella, #7790
> Michael R. McCormick, #33682
> Montgomery Little & Soran, P.C.
> 5445 DTC Parkway, Suite 800
> Greenwood Village, Colorado 80111
> Phone Number: (303) 773-8100
> Fax Number: (303) 220-0412
> E-mail:  ctaravella@montgomerylittle.com
>          mmccormick@montgomerylittle.com
> *Attorney for Dillon Companies, Inc.*
> *Interested Non-Party*

3

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

Kenneth R. Bennington
Kathleen E. Craigmile
Adam F. Aldrich
Bennington Johnson Biermann & Craigmile, LLC
370 17th Street, Suite 3500
Denver, CO 80202

Philip Wayne Bledsoe
Joseph T. VanLandingham
Polsinelli Shughart LLP
1515 Wynkoop Street, Suite 600
Denver, CO 80202

Michael Korenblat
Suncor Energy Services, Inc.
717 17th Street, Suite 2900
Denver, CO 80202

William LeitzseyMonts, III
John Robert Robertson
Hogan Lovells US LLP-DC
555 13th Street NW
Columbia Square #1300
Washington DC 20004-1109

Anthony Shaheen
Keeya M. Jeffrey
Holland & Hart LLP-Denver
555 17th Street, Suite 3200
Denver, CO 80201

s/ *Deborah Harant*
Montgomery Little & Soran, P.C.