**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation,
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs,

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Defendant,

v.

HOSSEIN AND DEBRA LYNN TARAGHI,

    Third-Party Defendants.

---

**DECLARATION OF KENNETH R. BENNINGTON**

---

    I, Kenneth R. Bennington, pursuant to 28 U.S.C. § 1746, state as follows:

    1.    I am over eighteen (18) years of age and competent to testify to the matters stated herein. I make this declaration on personal knowledge.

    2.    I am an attorney licensed to practice law in the State of Colorado, and the managing member of Bennington, Johnson, Biermann & Craigmile, LLC. I am counsel of record for the Plaintiffs (collectively, "WCS") in this action. I have practiced law in Colorado since 1978 in complex commercial litigation including antitrust law.

    3.    In addition to my own legal work in this action, I supervise the work of three additional attorneys in our firm. Kathleen E. Craigmile is a member of the firm

**Exhibit 1**

licensed to practice law in Colorado and having appeared in this court for 18 years. Adam F. Aldrich has been an associate with the firm and licensed in Colorado for 4 years.  Jeffrey McClelland has been an associate with the firm and licensed in Colorado for 1 year.

4.	As set forth in the WCS response to which this Declaration is attached, all four of us have been required to perform work in response to the failure of Kroger and its attorneys to follow the instructions of this Court, the rules of civil procedure and applicable case law, not to mention common sense, in responding to subpoenas issued to Kroger in this action.  I have examined my firm's time entries and invoices to WCS to determine the fees which WCS has paid to perform this essentially unnecessary legal work.  That analysis took into account that not all of the WCS attorneys' fees were attributable to some failure on the part of Kroger and its attorneys.  For example, preparation of the subpoenas and 30(b)(6) notices, and time spent preparing for and conducting depositions are plainly not attributable to Kroger misconduct.

5.	I have found the fees for unnecessary legal work caused by Kroger to fall into three chronological categories, namely (1) legal work through the August 17, 2012 hearing before Magistrate Judge Shaffer on the initial Kroger Motion to Quash, (2) legal work thereafter through October 3, 2012, the last hearing before Magistrate Judge Schaffer, and (3) legal work since the last hearing, including the preparation of WCS's response to the present Motion for Fees and Costs.

6.	The following table summarizes these three categories of unnecessary legal work foisted on WCS by the conduct of Kroger and its attorneys:

**11-cv-01611-MSK-CBS:   DECLARATION OF KENNETH R. BENNINGTON**

|  |  | Hours | Rate | Fees | Key Events |
|---|---|---|---|---|---|
| **Through August 17, 2012** | Bennington | 20.00 | 350 | $7,000.00 | Kroger Motion to Quash filed; hearing July 16, 2012; hearing August 17, 2012; motion to quash denied. |
|  | Craigmile | 13.00 | 350 | $4,550.00 |  |
|  | Aldrich | 14.00 | 225 | $3,150.00 |  |
|  | Subtotal |  |  | $14,700.00 |  |
|  |  |  |  |  |  |
| **Through October 3, 2013** | Bennington | 18.50 | 350 | $6,475.00 | Kroger counsel substituted; Kroger objection re motion to quash, motion for stay and motion for reconsideration; hearing September 7, 2012; hearing October 3, 2012 |
|  | Craigmile | 20.00 | 350 | $7,000.00 |  |
|  | Aldrich | 18.00 | 225 | $4,050.00 |  |
|  | McClelland | 6.80 | 185 | $1,258.00 |  |
|  | Subtotal |  |  | $18,783.00 |  |
|  |  |  |  |  |  |
| **After October 3, 2013** | Bennington | 21.00 | 350 | $7,350.00 | Supp. Protective Order; weekly telephone status conferences with court; Kroger motion to quash 30(b)(6) and Wilson deposition subpoenas; January 28, 2013 hearing |
|  | Craigmile | 17.20 | 350 | $6,020.00 |  |
|  | Aldrich | 12.00 | 225 | $2,700.00 |  |
|  | McClelland | 12.90 | 185 | $2,386.50 |  |
|  | Subtotal |  |  | $18,456.50 |  |
| **Response to Kroger Motion for Fees & Costs (estimated)** | Bennington | 25.00 | 350 | $8,750.00 |  |
|  | Craigmile | 25.00 | 350 | $8,750.00 |  |
|  | Aldrich | 2.00 | 225 | $450.00 |  |
|  | McClelland | 25.00 | 185 | $4,625.00 |  |
|  | Subtotal |  |  | $22,575.00 |  |
| **Total** |  | 250.40 |  | $74,514.50 |  |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 11, 2013.

s/ Kenneth R. Bennington

Kenneth R. Bennington

11-cv-01611-MSK-CBS:  DECLARATION OF KENNETH R. BENNINGTON

Page 3