IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation,
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs,

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Defendant,

v.

HOSSEIN AND DEBRA LYNN TARAGHI,

    Third-Party Defendants.

---

**DECLARATION OF PHILIP W. BLEDSOE**

---

    I, Philip W. Bledsoe, pursuant to 28 U.S.C. § 1746, state as follows:

    1.    I am over eighteen (18) years of age and competent to testify to the matters stated herein. I make this declaration on personal knowledge.

    2.    I am an attorney licensed to practice law in the States of Colorado and Missouri, and a shareholder with Polsinelli PC. I am a member of the Bar of this Court and counsel of record for the Plaintiffs (collectively, "WCS") in this action. I have practiced law for nearly 29 years, generally in the area of commercial litigation including specifically litigation involving the antitrust laws.

**Exhibit 2**

3. As set forth in the WCS response to which this Declaration is attached, I have been required to perform unnecessary work in response to the failure of Kroger to properly respond to a subpoena issued by WCS including shortcomings in following the instructions of this Court, the rules of civil procedure and applicable case law. I have examined my individual time entries and invoices to WCS to determine the fees which WCS has paid (or will pay) to perform this essentially unnecessary work. I have placed that work into three chronological categories:

| Through August 17, 2012 hearing: | | Hours | Rate | Fees |
|---|---|---|---|---|
| | Bledsoe | 3.4 | 400 | 1360.00 |
| | | | | |
| Through October 3, 2013 hearing: | | | | |
| | Bledsoe | 11.8 | 400 | 4720.00 |
| | | | | |
| After October 3, 2013 hearing: | | | | |
| | Bledsoe | 9.5 | 400 | 3800.00 |
| | | | | |
| | | **24.70** | | **9880.00** |

4. The time set out in the chart above includes time <u>only</u> for the following categories of work: time responding to the various filings of Kroger in connection with their Motion to Quash, and time spent in preparation for and attendance at numerous Status Conferences with the Court. I have not included all of the time associated with the two task areas described above, only the time I have considered to have been caused by the unreasonable action of Kroger and Kroger's counsel. Nor have I included any time associated with preparing for and taking depositions, setting up such depositions, addressing matters associated with a covenant not to sue or any time associated with actual review of documents.

11-cv-01611-MSK-CBS:  DECLARATION OF PHILIP W. BLEDSOE

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 11, 2013.

*s/Philip W. Bledsoe*

_____
Philip W. Bledsoe

11-cv-01611-MSK-CBS:  DECLARATION OF KENNETH R. BENNINGTON IN SUPPORT OF
PLAINTIFFS' MOTION CHALLENGING DEFENDANTS' DESIGNATION OF CERTAIN DOCUMENTS
AND DATA AS HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 3