| | |
|---|---|
| **From:** | Kenneth Bennington |
| **Sent:** | Thursday, November 15, 2012 3:02 PM |
| **To:** | 'Michael McCormick' |
| **Subject:** | RE: WCS v. Suncor - revised draft covenant not to sue |
| **Attachments:** | 30b6 Kroger Specs.pdf |

I will call shortly, and would like to discuss the attached.

*KRB*



3500 Republic Plaza | 370 17th Street | Denver | Colorado | 80202 | 303.629.5200 | www.benningtonjohnson.com

CONFIDENTIALITY NOTICE:  This e-mail message, including any attachments, may contain information that is confidential and/or legally privileged and is intended solely for the use of the named recipient.

**From:** Michael McCormick [mailto:mmccormick@montgomerylittle.com]
**Sent:** Wednesday, November 14, 2012 3:33 PM
**To:** Kenneth Bennington
**Cc:** Kate Craigmile; Adam Aldrich; Phil Bledsoe
**Subject:** WCS v. Suncor - revised draft covenant not to sue

Confidential Settlement Negotiations – Subject to FRE 408

Mr. Bennington:

Please find attached a revised Agreement and Covenant Not to Sue.  The first file is a clean copy in Microsoft Word format.  The second file shows the changes from the last draft that we sent to you on November 8, 2012 redlined in Microsoft Word.  Mr. Taravella has not yet reviewed this latest revision so we may have additional changes and it is still a work in progress.

Please let us know whether you have any comments or changes.  We appreciate your assistance with this matter.  Thank you.

Michael R. McCormick

Michael R. McCormick
Montgomery Little & Soran, PC
5445 DTC Parkway, Suite 800
Greenwood Village, Colorado 80111
Phone: (303) 779-2721
Fax: (303) 220-0412
Cell: (303) 396-2637
mmccormick@montgomerylittle.com

**Exhibit 8**

The information contained in this communication is confidential, is intended only for the use of the addressee, is the property of MONTGOMERY LITTLE & SORAN, P.C., and may be privileged.  Unauthorized use, disclosure or copying of this

communication or any part thereof is strictly prohibited and may be unlawful.  If you have received this communication in error, please notify us immediately by return e-mail and destroy this communication and all copies thereof, including all attachments.

# 30(B)(6) DEPOSITION
# APPENDIX A

1. Description of the process used by King Soopers/City Market for the setting of daily pump prices (street prices and discounts from street prices) for all grades of fuel at King Soopers/City Market locations in Colorado for the years 2009-2012.

2. Description of the process used by Loaf N Jug for the setting of daily pump prices (street prices and discounts from street prices) for all grades of fuel at Loaf N Jug locations in Colorado for the years 2009-2012.

3. Description of how and when changes in the price paid to Suncor affect the daily pump price for all grades of fuel at King Soopers, City Market or Loaf N Jug locations in Colorado.

4. Description of how King Soopers/City Market and Loaf N Jug determine and identify the competitors for each of their retail sites in Colorado.

5. Description of the competition between King Soopers/City Market or Loaf N Jug stores and Western Convenience Stores.

6. Identification of which gas stations compete with each of the sample retail sites identified below:

| | | | |
|---|---|---|---|
| CITY MARKET #203 | 128 S TOWNSEND AVE | Montrose | CO |
| CITY MARKET #218 | 2826 NORTH AVE | Grand Junction | CO |
| CITY MARKET #225 | 569 32 RD | Grand Junction | CO |
| CITY MARKET #240 | 1530 ODELLE RD | Montrose | CO |
| KING SOOPERS STORE | 1750 W UINTAH ST | Colorado Springs | CO |
| KING SOOPERS STORE | 2255 N MAIN ST | Longmont | CO |
| LOAF N JUG #9 | 610 US HIGHWAY 24 S | Buena Vista | CO |
| LOAF N JUG #14 | 1201 PUEBLO BLVD WAY | Pueblo | CO |
| LOAF N JUG #52 | 2405 W NORTHERN AVE | Pueblo | CO |
| LOAF N JUG #54 | 912 ROYAL GORGE BLVD | Canon City | CO |
| LOAF N JUG #59 | 415 AMB THOMPSON BLVD | Las Animas | CO |
| LOAF N JUG #802 | 198 S UNION BLVD | Denver | CO |

7. Identification of the effective dates and cents per gallon amount of discounts offered to consumers relating to the purchase of fuel at King Soopers/City Market or Loaf N Jug locations in Colorado for the time period of 2009 to 2012

3192499.1

8. Description of the Dillon and Mini-Mart Request for Proposal procedures for the purchase of fuel for King Soopers/City Market and Loaf N Jug sites within Colorado, including the suppliers involved and bid responses received.

9. Identification of all data and information provided by Dillon or Mini-Mart to Suncor in connection with Suncor's response to Dillon's or Mini-Mart's request for proposals in 2009, 2010, and 2011.

10. Identification of all data and information provided by Suncor to Dillon or Mini-Mart in connection with Suncor's response to Dillon's or Mini-Mart's request for proposals in 2009, 2010 and 2011.

11. Identification of all offers and counteroffers, including all instances in which Suncor changed the offered price or terms on response to Dillon's or Mini-Mart's request for proposals in 2009, 2010, and 2011.

12. Description of the purposes and use of daily fuel survey data collected by Kroger entities for King Soopers/City Market or Loaf N Jug locations in Colorado.

13. Description of whether, since October 2009, Dillon has purchased fuel from suppliers other than Suncor for sale at King Soopers/City Market retail sites in Colorado; and if so, identification of the other suppliers from which Dillon purchased, identification of the King Soopers/City Market retail sites to which such the fuel was delivered, and description of whether fuel was regularly purchased from suppliers other than Suncor for particular retail sites.

14. Description of whether, since October 2009, Mini-Mart has purchased fuel from suppliers other than Suncor for sale at Loaf N Jug retail sites in Colorado; and if so, identification of the other suppliers from which Mini-Mart purchased, identification of the Loaf N Jug retail sites to which such the fuel was delivered, and description of whether fuel was regularly purchased from suppliers other than Suncor for particular retail sites.

15. Description of the processes for setting of daily pump prices for all grades of fuel for the King Soopers store on Northern Avenue and Loaf N Jug Store No. 52 (both in Pueblo, Colorado) for the time period 2010-2012.

16. Description of consideration, efforts and negotions by Kroger to acquire WCS or any WCS stores, including the steps taken and persons involved therein.