| | |
|---|---|
| **From:** | Kenneth Bennington |
| **Sent:** | Wednesday, December 19, 2012 8:26 AM |
| **To:** | Chris Taravella |
| **Cc:** | Kate Craigmile; Michael McCormick |
| **Subject:** | Re: Rule 30(b)(6) Dep |

Chris I am not in the office today. You should have gotten a letter explaining that we fully expect to have to coordinate a date with you. If you need to talk today try calling Kate our office.

KRB

On Dec 18, 2012, at 8:06 PM, "Chris Taravella" <ctaravella@montgomerylittle.com> wrote:

> Hi, Ken.  I have your 30(b)(6) dep addressed to Dillon.  We are
> studying it now and coordinating an appropriate response with our
> client.  A couple of thoughts/questions in the interim:
>
>   1.  Did anyone coordinate those dates with us?  I apologize in
>       advance if I missed that.  In any event, I have a federal court
>       hearing on Jan 4 that will go all day and the proposed dates
>       don't work.
>   2.   I suppose that the location of the deps will depend upon whom
>       Dillon designates for each paragraph and the location of that
>       witness.  Correct?  To be clear, you weren't going to try to
>       require Dillon witnesses outside of the federal court subpoena
>       jurisdiction to attend a deposition in Colorado, were you?
>
> Would appreciate your thoughts on this.  Thanks.  Chris
>
> Christopher A. Taravella
> Montgomery Little & Soran, P.C.
> 5445 DTC Parkway
> Suite 800
> Greenwood Village, CO 80111
>
> Office: (303) 773-8100
> Direct: (303) 779-2718
> Fax: (303) 220-0412
> Cell: (303) 912-4468
> ctaravella@montgomerylittle.com
>
> http://montgomerylittle.com

**Exhibit 9**

> This e-mail and any attached files contain information that is confidential and intended for the
> exclusive use of the individual or entity to whom it is addressed. They may also contain
> proprietary information or information that is otherwise protected from disclosure by applicable
> law, including without limitation the attorney-client privilege and attorney work product
> doctrine, to those other than the intended recipients. If you are not the intended recipient, you are

respectfully notified that any viewing, copying, disclosure, use, storage, or distribution of this information may be subject to legal restriction or sanction. Please notify the sender, by e-mail or telephone, of receipt by any unintended recipients and delete the original message without making any copies. Thank you.

Circular 230 Notice: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).