THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation;
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs/Counter Defendants,

v.

SUNCOR ENERGY (U.S.A.), INC. a Delaware corporation,

    Defendant/Counter Claimant/Third-Party Plaintiff,

v.

HOSSEIN AND DEBRA LYNN TARAGHI,

    Third-Party Defendants.

_____

**UNOPPOSED MOTION BY INTERESTED NON-PARTY DILLON COMPANIES, INC.
FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF
MOTION FOR FEES AND COSTS**
_____

    Comes now interested non-party Dillon Companies, Inc. ("Dillon"), by and through its attorneys, Montgomery Little & Soran, P.C., and respectfully submits this Unopposed Motion for Extension of Time to File Reply in Support of Motion for Fees and Costs as follows.

1

## **CERTIFICATE OF COMPLIANCE**

Pursuant to D.C. Colo. L. Civ. R. 7.1(A), counsel for Dillon certifies that he discussed the relief requested in this motion with counsel for Plaintiffs and Suncor. Counsel for Plaintiffs and Suncor do not oppose the relief requested in this motion. Pursuant to D.C. Colo. L. Civ. R. 6.1(E), a copy of this motion has been served on Dillon.

## **MOTION**

1. On April 26, 2013, Dillon filed its Motion for Fees and Costs ("Motion") (Doc. #226).

2. On May 8, 2013, the Court set a hearing on Dillon's Motion for July 2, 2013 at 1:30 p.m. (Doc. #228).

3. On June 11, 2013, Plaintiffs filed their response to Dillon's Motion (Doc. #239). Dillon's reply is currently due on or before June 28, 2013.

4. On June 20, 2013, the Court issued an Order re-setting the hearing regarding Dillon's Motion to July 22, 2013 at 1:30 p.m. pursuant to an unopposed request made by counsel (Doc. #242).

5. Dillon respectfully requests a fourteen (14) day extension of time until and including July 12, 2013 to file a reply in support of its Motion. Plaintiffs' response is 32 pages in length and seeks an offset of approximately $84,394 in fees allegedly incurred by Plaintiffs. Dillon cannot adequately reply within the time frame provided by the rules.

6. The Court has not granted any previous extensions of time concerning the deadline for Dillon to file a reply.

7. Plaintiffs and Defendant Suncor do not oppose the requested extension and, therefore, no party will be prejudiced by the granting of this motion.

WHEREFORE, Dillon respectfully requests that the Court grant Dillon an extension of time until and including July 12, 2013 to file a reply in support of its Motion (Doc. #226).

Dated: June 20, 2013.

s/*Michael R. McCormick*
Christopher A. Taravella, #7790
Michael R. McCormick, #33682
Montgomery Little & Soran, P.C.
5445 DTC Parkway, Suite 800
Greenwood Village, Colorado 80111
Phone Number: (303) 773-8100
Fax Number: (303) 220-0412
E-mail: ctaravella@montgomerylittle.com
mmccormick@montgomerylittle.com
*Attorney for Dillon Companies, Inc.*
*Interested Non-Party*

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2013 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

Kenneth R. Bennington
Kathleen E. Craigmile
Adam F. Aldrich
Bennington Johnson Biermann & Craigmile, LLC
370 17th Street, Suite 3500
Denver, CO 80202

Philip Wayne Bledsoe
Joseph T. VanLandingham
Polsinelli Shughart LLP
1515 Wynkoop Street, Suite 600
Denver, CO 80202

Michael Korenblat
Suncor Energy Services, Inc.
717 17th Street, Suite 2900
Denver, CO 80202

William LeitzseyMonts, III
John Robert Robertson
Hogan Lovells US LLP-DC
555 13th Street NW
Columbia Square #1300
Washington DC 20004-1109

Anthony Shaheen
Keeya M. Jeffrey
Holland & Hart LLP-Denver
555 17th Street, Suite 3200
Denver, CO 80201

With copy served via e-mail to:
Sara Sudkamp, Esq.
The Kroger Co.
Law Department
The Kroger Co.
1014 Vine Street
Cincinnati, OH 45202
Sara.Sudkamp@Kroger.com

                                             s/ *Michael R. McCormick*
                                             Montgomery Little & Soran, P.C.