Tasks Performed by Dillon's Employees
WCS et al. v. Suncor et al.
Case No. 11-cv-01611-MSK-CBS

**Nathan Brown, Esq.**

**Tasks**

Receipt and review of subpoena, initial discussion with Venessa

Internal discussions with you and Venessa regarding needed information and possible relevance

Assignment of matter to counsel, phone conferences with counsel, receipt and review of multiple updates



Tasks Performed by Dillon's Employees
WCS et al. v. Suncor et al.
Case No. 11-cv-01611-MSK-CBS

# Chad Cunningham

**Tasks**
Phone Calls, email and Other forms of communication
Create SQL Queries to Extract Specific data from SQL Database
Extract data from Archive database
Create script to merge data
Manually Verify data

Tasks Performed By Dillon's Employees
WCS et al. v. Suncor et al.
Case No. 11-cv-01611-MSK-CBS

**Dax Daisley**

**Tasks**
Pulling PSTs from the e-mail server

Tasks Performed By Dillon's Employees
WCS et al. v. Suncor et al.
Case No. 11-cv-01611-MSK-CBS

**Sue Giannola And Office**

**Tasks**
Reviewing Subpoena and ranking requests
Conference Calls regarding documentation and Kroger contacts
Documentation search and gathering
Reading and responding to emails
Deposition prep
Deposition prep
Attending Trial
Reviewing declaration, Draft exhibits and depositions

Tasks Performed By Dillon's Employees
WCS et al. v. Suncor et al.
Case No. 11-cv-01611-MSK-CBS

## Steve Edwards

**Tasks**
Reading & responding to email
Researching existing data
Writing SQL queries
Running SQL queries
Verifying data

Tasks Performed By Dillon's Employees
WCS et al. v. Suncor et al.
Case No. 11-cv-01611-MSK-CBS

## Danny High

**Tasks**
Develop query/application to extract the data
Extract the data
Format and send the data

Tasks Performed By Dillon's Employees
WCS et al. v. Suncor et al.
Case No. 11-cv-01611-MSK-CBS

**Jason Lazor**

**Tasks**

Look for responsive documents, e-mails and meeting with Sara

Tasks Performed By Dillon's Employees
WCS et al. v. Suncor et al.
Case No. 11-cv-01611-MSK-CBS

## Jenny McClenahan & Office

**Tasks**
Compiling Data
Analyzing Data
Phone Calls/Emails
Compiling Data
Analyzing Data
Phone Calls/Emails

Tasks Performed By Dillon's Employees
WCS et al. v. Suncor et al.
Case No. 11-cv-01611-MSK-CBS

## David Parker

**Tasks**
Research and prep for deposition

Tasks Performed By Dillon's Employees
WCS et al. v. Suncor et al.
Case No. 11-cv-01611-MSK-CBS

## Ron Prior Office

**Tasks**
Worked with KASH to do research
Team member did research
Time coordinating
Researched IT needs to pull requested data from archive
Court appearance
Prep meeting with MLS
Phone conversations with Kroger
Calls with Sara and MLS
Taking data to MLS from KASH

Tasks Performed By Dillon's Employees
WCS et al. v. Suncor et al.
Case No. 11-cv-01611-MSK-CBS

## Amanda Randel

**Tasks**

Work with Sara Sudkamp finding contracts, explaining how we buy fuel, and finding responsive data

Work with programmers to pull and research data for both SPG and C-stores

Work with Sara and others to determine other vendors we purchase from, which vendors were high volume and therefore significant. Contributed efforts to the A/B diagram

Tasks Performed By Dillon's Employees
WCS et al. v. Suncor et al.
Case No. 11-cv-01611-MSK-CBS

## Ed Sharpe

**Tasks**
Prep for Hearing
Commute to and from hearing
Deposition
Research pricing with Chad
Phone calls regarding the subpoena and the hearing

Tasks Performed By Dillon's Employees
WCS et al. v. Suncor et al.
Case No. 11-cv-01611-MSK-CBS

**Sara Sudkamp, Esq.**

**Tasks**
Scheduled Conference Calls/ Calendar Entries
Cell Phone Calls with MLS/Colorado
Getting up to speed on the history of the subpoena
Reviewing transcripts and audio from hearings to see what steps Kroger needed to take
Work with IT and Microsoft to try and process/search e-mails in house
Found a vendor to process our PSTs and worked with the vendor on PST processing/production
PST printout E-mail review
Tracking down fuel pricing surveys for C-Stores
Researching to determine what methods might be available to produce credit card and zip code information
Finding Melanie Williams, e-mails, calls, meeting in person, collecting data, reviewing data, determining what would be relevant to the subpoena and what would not be relevant, passing on fuel reports from Melanie to MLS and reviewing the redactions made by MLS
PST Collection Dax Daisley and pass the data to Dismore to be processed
Finding and working with Steve Edwards to collect Quick Sales data, gain an understanding of how the system works, review the data that was collected and pass the data to MLS
Locating and work with Danny High to collect payment system information, describe what was needed, e-mails, phone calls, collect data, review data and pass the data to MLS
Find the person who might have research information at the general office related to Colorado, contact Jason Lazor, arrange a meeting, meet with Jason to review the data that he might have, collect information from Jason and pass the data to MLS

Tasks Performed By Dillon's Employees
WCS et al. v. Suncor et al.
Case No. 11-cv-01611-MSK-CBS

**Sara Sudkamp, Esq.**

**Tasks**

Jenny McClenahan – determining the information that Kroger had available, unscheduled calls, instant messages, e-mails, review of data, refining of spreadsheets, reproduction of data

Determine what investment would need to be made to pull archived data in response to requests 5, 8 (if any for 8) & 9 for the C-stores

Determining if C-stores had any fuel site market studies similar to the SPG group

Determine what if any C-Store pricing surveys might exist and working with Chad Cunningham to collect the surveys and then to provide the surveys to MLS so that they could be produced.

David Parker, determining if David was the correct person that Western wished to depose, phone conversations deposition prep

Ron Prior Determining systems and location of data, collection of data, coordinating delivery of data to MLS

Working with Amanda Randel finding contracts, understanding how we buy fuel, finding responsive data

Working with Chad Thiessen to collect data, collect contracts, explain what we needed to produce and why, understand what responsive data we might have, review data, pass data to MLS

Work with Amanda Randel and Chad Thiessen to determine other vendors that we purchase from, which vendors were high volume and therefore significant thus requiring that we provide information on our purchases via A/B designation to Western. Determining what steps we needed to take per the contracts in order to provide information related to the vendors to others.

Tasks Performed By Dillon's Employees
WCS et al. v. Suncor et al.
Case No. 11-cv-01611-MSK-CBS

**Sara Sudkamp, Esq.**

**Task**

Working with Sue Giannola & office to collect information responsive to the first production, reviewed declarations, reviewed materials that were sent to MLS

Working with Sue Giannola to collect fuel site reports and pass them to MLS

Ed Sharpe – determining what reports/studies the C-stores might have, collection of responsive data, determining how to collect the fuel surveys and daily store prices.

Review of Western Expert Report

Composing letter to vendors notifying them, per contract requirements, that data related to our purchases of their product would be produced to Western. Phone calls with in-house counsel at vendors

Review and feedback on production letters and related documents

Follow-up with Sue Giannola after her deposition to see what documents we might have in response to Western's request and arranging for the binder to be sent to MLS for Western's review

Conference calls with Western's counsel to discuss what Sue was referring to in her deposition, collection of data and arrangement of data to be available for Western's counsel to review

Research after depositions in response to Western's claim that Kroger had not performed the correct e-mail search.

Consulting with MLS on data production, answering questions, conducting further research as needed

Tasks Performed By Dillon's Employees
WCS et al. v. Suncor et al.
Case No. 11-cv-01611-MSK-CBS

## Chad Thiessen

**Tasks**

Phone calls, e-mails and searching for archived contracts

Phone calls and review contracts with legal

Travel to and from hearing

Prep for hearing

Deposition preparation

Travel to and from deposition

Worked with Sara on the other vendor information so that we could notify our other vendors of the requirements per the subpoena

Tasks Performed By Dillon's Employees
WCS et al. v. Suncor et al.
Case No. 11-cv-01611-MSK-CBS

### Venessa Wickline

**Task**

receipt of subpoena and discuss steps to take in handling of subpoena with Nathan H. Brown

draft objection ltr and forward to Nathan for review

conference w/ Nathan re: objection ltr and hiring of counsel to file Motion to Quash

conference w/ Scott Evans re: representation

conference w/ Sara Sudkamp re: fuel holds draft litigation hold and forward to Nathan for review of same

forward litigation hold

telephone conf w/ Scott Evans re: Motion to Quash

receipt of email correspondence from counsel re: filing of Motion to Quash

email correspondence with Sue and Jerry re: Nathan's Affidavit for Motion to Quash

email correspondence and telephone conf w/ counsel re: motion to quash and conferring with counsel prior to filing of same

email correspondence w/ Ed and Andy re: additional information for Nathan's Affidavit

forward counsel affidavit signed by Nathan Brown

conf w/ Sara re: fuel pricing data and information and review of emails to Sue

telephone conf w/ Scott re: motion to compel status and hearing on the same and review email on same

conf w/ Sara re: pulling data responsive to subpoena re: fuel pricing and sales, telephone conf w/ fuel folks re: same and review various emails on same

conf w/ Sara re: obtaining data magistrate is wanting us to produce and ability to do so, conference call with fuel folks re: same and review emails on same

conf w/ Chad re: contracts with Suncor

receipt of contracts and review and forward same to counsel

conf w/ counsel re: hearing on August 17th and information needed to produce
 conf w/ Sara re: hearing on same

Tasks Performed By Dillon's Employees
WCS et al. v. Suncor et al.
Case No. 11-cv-01611-MSK-CBS

### Venessa Wickline

**Tasks**

conf and email correspondence w/ Liz Quealy and Stacey Johnson re: Vantiv and data kept re: fuel purchases

email correspondence w/ Sara and Fuel folks re: ESI data

receipt of response to Western's revised Subpoena and review of same

receipt of various emails between Scott and Sara and IT re: subpoena and review of same

receipt of email from Scott and Sara re: update on case and review same

receipt from Sara re: questions on production of documents; conference with Sara on same

conference with Scott re: Order on Subpoena

Tasks Performed By Dillon's Employees
WCS et al. v. Suncor et al.
Case No. 11-cv-01611-MSK-CBS

## Melanie Williams

**Tasks**

E-mail communication, meeting with me and compiling information related to consumer research and c-stores.