**Summary of Chad Thiessen Expenses (Amended)**
**Travel for Hearing on January 28, 2013**

| | |
|---|---|
| Flight (Wichita, KS to Denver, CO): | $620.10 |
| Hotel (2 nights): | $410.80 |
| Car Rental in Denver: | $136.36 |
| Meals: | $61.51 |
| Parking (Wichita Airport 1-27 thru 1-29): | $18.00 |
| **Total:** | **$1,246.77** |

WellsOne Card Activity Report attached.  Notes:
- Item No. 2 redacted because unrelated to this matter.
- Item Nos. 9 and 10 ($316.66 and $307.30) were for Mr. Thiessen's travel for his deposition.  Dillon entered into a separate agreement with Western and Suncor for reimbursement of these expenses and they are not included in the above total.



EXHIBIT II



# Kroger Co
## WellsOne Card Activity Report

CT5802110213

| | |  | | |
|---|---|---|---|---|
| **Cardholder Name** | CHAD THIESSEN | | **Control Number** | CT5802110213 |
| **Statement Period** | Period 13 - 12 | | **Division.Store** | 610.00000 |
| **WellsOne Statement Status** | Manager Approved / Sent To GL | | **WellsOne Statement Total** | $1,944.78 |
| | | | **OOP Total** | $0.00 |

## WellsOne Card Expenses

| Seq No. | Trans Dt | Merchant | City/State | Int'l Amt. | Amount | Txn Allocation | Receipt? | Disp |
|---|---|---|---|---|---|---|---|---|
| 1. | 1/11/2013 | UNITED 0167171399534 | 713-324-5000 - TX | $0.00 | $595.10 | 610.224200.00000 | ☑ | |
| | Airline Reservation - Flight to Denver for hearing | | | | | | | |
| | REDACTED | | | | | | | |
| 3. | 1/27/2013 | UNITED 0162604070107 | 713-324-5000 - TX | $0.00 | $25.00 | 610.224200.00000 | ☑ | |
| | Baggage Fees - Denver Trip to Hearing | | | | | | | |
| 4. | 1/29/2013 | WOODY CREEK CAF& BAK | DENVER - CO | $0.00 | $11.88 | 610.224200.00000 | ☑ | |
| | Meals-Breakfast - Breakfast in Denver while there for hearing | | | | | | | |
| Customer name(s): | | | Employee name(s): | Chad Thiessen | | | | |
| 5. | 1/28/2013 | MARRIOTT 337N7 DN TC -F/B | DENVER - CO | $0.00 | $49.63 | 610.224200.00000 | ☑ | |
| | Meals-Dinner - Only meal this day while in Denver for hearing | | | | | | | |
| Customer name(s): | | | Employee name(s): | Chad Thiessen | | | | |
| 6. | 1/29/2013 | NATIONAL CAR RENTAL | DENVER - CO | $0.00 | $136.36 | 610.224200.00000 | ☑ | |
| | Car Rental - Hearing in Denver | | | | | | | |
| 7. | 1/29/2013 | AMPCO PARKING WICHITA AIR | WICHITA - KS | $0.00 | $18.00 | 610.224200.00000 | ☐ | |
| | Parking - Parking at Wichita Airport while in Denver for hearing. Lost receipt | | | | | | | |
| 8. | 1/30/2013 | MARRIOTT 337N7 DENVER TC | DENVER - CO | $0.00 | $410.80 | 610.224200.00000 | ☑ | |

## Kroger Co

| Seq No. | Trans Dt | Merchant | City/State | Int'l Amt. | Amount | Txn Allocation | Receipt? | Disp |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Hotel Accommodations - Denver hearing

| 9. | 1/30/2013 | UNITED 0167173220587 | 713-324-5000 - TX | $0.00 | $316.66 | 610.224200.00000 | ☑ | |

Airline Reservation - Need to return to Denver for more of the hearing

| 10. | 1/30/2013 | USAIRWAYS 0377173220586 | CINCINNATI - OH | $0.00 | $307.30 | 610.224200.00000 | ☑ | |

Airline Reservation - 2nd return trip from Denver hearing

● **: Indicates Cardholder Has Marked As Disputed**