IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 11-cv-01611-MSK-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: July 22, 2013 | Courtroom Deputy: Courtni Covington |

*Parties:* | *Counsel:*

WESTERN CONVENIENCE STORES, INC., *et al.*, | Kathleen E. Craigmile
Kenneth R. Bennington
Philip W. Bledsoe

    Plaintiffs/Counter Defendants/
    Third Party Defendants,

v.

SUNCOR ENERGY (U.S.A.) INC., *et al.*, | Christopher A. Taravella
Michael R. McCormick
    Defendant/ Counter Claimant/ Third | Anthony J. Shaheen
    Party Plaintiff/ Interested Party.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in Session:** 1:31 p.m.
Court calls case. Appearances of counsel.

The court addresses the parties regarding **MOTION by Interested Non-Party Dillon Companies, Inc. to Restrict Access to Doc. #240, Doc. #240-1, Doc. #240-2, and Doc. #240-3** [Doc. No. 246, filed 6/25/2013].

The court clarifies that the motion is unopposed.

**ORDERED:** MOTION by Interested Non-Party Dillon Companies, Inc. to Restrict Access to Doc. #240, Doc. #240-1, Doc. #240-2, and Doc. #240-3 [Doc. No. 246, filed 6/25/2013] is **GRANTED**.

The court moves on to the pending **MOTION for Fees and Costs by Interested Non-Party Dillon Companies, Inc.** [Doc. No. 226, filed 4/26/2013].

Mr. Taravella presents oral argument and engages in discussion with the court.

Mr. Bennington presents oral argument and engages in discussion with the court.

Further discussion between the court and counsel for the parties regarding the pending motion before the court, subpoenas served on Dillon Companies, Inc., depositions their counsel attended, and redacted records provided to Plaintiff.

The court advises the parties that it will not issue a ruling from the bench but will take this motion under advisement.

HEARING CONCLUDED.
**Court in recess**:     **3:09 p.m.**
Total time in court:     1:38

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.