**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation,

      Plaintiff,

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

      Defendant,

v.

HOSSEIN AND DEBRA LYNN TARAGHI,

      Third-Party Defendants.

---

**PLAINTIFF'S RESPONSE TO MOTION BY INTERESTED NON-PARTY DILLON
COMPANIES, INC. REGARDING COURT'S SEPTEMBER 5, 2013
REDACTION ORDER**

---

Plaintiff Western Convenience Stores, Inc. ("WCS"), by and through its undersigned counsel, responds to the *Motion by Interested Non-Party Dillon Companies, Inc. Regarding Court's September 5, 2013 Redaction Order*.

Dillon and WCS have agreed on the majority of the additional redactions sought by Dillon. (WCS is aware of no disagreement with Suncor on any redaction matters.) Moreover, although counsel for WCS believe that the remaining redactions sought by Dillon go beyond the Court's order and amount to overkill, WCS will not object to the additional redactions sought by Dillon with the caveat that nothing in this case, whether redacted or not, should result in the exclusion of the owner and employees of WCS from any part of trial.

Based on guidance on this issue from the Magistrate Judge, WCS understands that trial will be a public proceeding and the owner of Western, Mr. Taraghi, will not be excluded from trial during the presentation of any evidence that is the present subject of redaction or is otherwise is subject to secrecy under the Supplemental Protective Order (Doc. 171). *See also* Fed. R. Civ. P. 77(b) ("Every trial on the merits must be conducted in open court and, so far as convenient, in a regular courtroom.").

As recited in the parties' draft Pretrial Order (due October 23, 2013), should the issue of WCS's presence at trial still be in question, the Plaintiffs intend to move for an order that neither Mr. Taraghi (in his capacity as owner and corporate representative of WCS and as a Third-Party Defendant) nor employees of WCS will be excluded except as may otherwise be provided for under Fed. R. Evid. 615.

Dated:  October 4, 2013.

*s/ Kenneth R. Bennington*

Kenneth R. Bennington
Kathleen E. Craigmile
Adam F. Aldrich
BENNINGTON JOHNSON
BIERMANN & CRAIGMILE, LLC
370 17th Street, Suite 3500
Denver, CO 80202

Philip W. Bledsoe
Joseph T. VanLandingham
Polsinelli Shughart PC
1225 Seventeenth Street, 29th Floor
Denver, CO  80202-5529
Telephone:  (303) 572-9300

*Attorneys for Plaintiff and Third-Party Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on October 4, 2013, copies of the foregoing **PLAINTIFF'S RESPONSE TO MOTION BY INTERESTED NON-PARTY DILLON COMPANIES, INC. REGARDING COURT'S SEPTEMBER 5, 2013 REDACTION ORDER** were served on the following parties via the CM/ECF filing system:

Anthony J. Shaheen
Keeya M. Jeffrey
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 80201-8749
AJShaheen@hollandhart.com
KMJeffrey@hollandhart.com

J. Robert Robertson
William L. Monts III
Hogan Lovells US LLP
555 Thirteenth Street, N.W.
Washington, D.C.  20004-1109
robby.robertson@hoganlovells.com
william.monts@hoganlovells.com

Philip W. Bledsoe
Joseph T. VanLandingham
Polsinelli Shughart PC
1225 Seventeenth Street, 29th Floor
Denver, CO  80202-5529
pbledsoe@polsinelli.com
jvanlandingham@polsinelli.com

Christopher A. Taravella
Michael R. McCormick
Montgomery Little & Soran, P.C.
5445 DTC Parkway, Suite 800
Greenwood Village, CO 80111
ctaravella@montgomerylittle.com
mmccormick@montgomerylittle.com

*s/ Marie Newberger*