Chart of All MSJ Documents

WCS v. Suncor *et al.*
Case 1:11-cv-01611-MSK-CBS
October 21, 2013

| No. | Doc. # | Contents | Redactions | Categories of Redactions at Issue |
|---|---|---|---|---|
| 1 | 185 | Suncor MSJ on 1st & 6th Claims & 3rd Affirm Defense (Price discrimination claims) | Categories Not Disputed; Addt'l Redactions Required | P&Q Offered<br>P&Q - Pricing Indices<br><br>Retail Pricing Strategies |
| 2 | 185-1 | Continuation of Document Index | None | N/A |
| 3 | 185-2 | Exhibit A -Glick-Tatos ExpertReport | Categories Not Disputed; Addt'l Redactions Required | P&Q Offered<br>P&Q - Pricing Indices |
| 4 | 185-3 | Exhibit B - Moss Depo | Categories Not Disputed; Addt'l Redactions Required | P&Q Offered<br>P&Q - Pricing Indices |
| 5 | 185-4 | Exhibit C – Thiessen Depo | Stipulated | P&Q Offered<br>P&Q - Pricing Indices<br>P&Q - Other Suppliers<br>Quantities<br><br>Parties stipulated to redactions in Exhibit I |

**EXHIBIT S**

| No. | Doc. # | Contents | Redactions | Categories of Redactions at Issue |
|---|---|---|---|---|
| 6 | 185-5 | Exhibit D - Wilson Depo | Stipulated | N/A |
| 7 | 185-6 | Exhibit E - Ewing Depo | Stipulated | N/A |
| 8 | 185-7 | Exhibit F - DillonProposalRequest | Categories Not Disputed; Addt'l Redactions Required | P&Q - RFP Quantities |
| 9 | 185-8 | Exhibit G - Dillon 4/2/04 Ltr | None | N/A |
| 10 | 185-9 | Exhibit H - Dillon 12/21/05 Ltr | None | N/A |
| 11 | 185-10 | Exhibit I - Wilson Email 2-11-08 | Categories Not Disputed; Addt'l Redactions Required | P&Q - RFP Quantities |
| 12 | 185-11 | Exhibit J - Moss Email 2-29-08 | Categories Not Disputed; Addt'l Redactions Required | P&Q Offered<br><br>P&Q - Pricing Indices |
| 13 | 185-12 | Exhibit K - ProdPurchSale-Agmt | Stipulated | N/A |
| 14 | 185-13 | Exhibit L - Wilson Email 3-13-08 | Stipulated | P&Q - RFP Quantities<br><br>Parties stipulated to redactions in Exhibit H |
| 15 | 185-14 | Exhibit M - Moss Email 3-31-08 | Categories Not Disputed; Addt'l Redactions Required | P&Q Offered<br>P&Q - Pricing Indices |
| 16 | 185-15 | Exhibit N - Moss Email 5-16-08 | Stipulated | P&Q Offered<br>P&Q - Pricing Indices<br><br>Parties stipulated to redactions in Exhibit G |

| No. | Doc. # | Contents | Redactions | Categories of Redactions at Issue |
|---|---|---|---|---|
| 17 | 185-16 | Exhibit O - Moss Email 7-31-09 | Categories Not Disputed; Addt'l Redactions Required | P&Q - RFP Quantities |
| 18 | 185-17 | Exhibit P - ProdPurchSaleAgmnt | Stipulated | N/A |
| 19 | 185-18 | Exhibit Q - Wilson Email 11-25-09 | Categories Not Disputed; Addt'l Redactions Required | P&Q - RFP Quantities |
| 20 | 185-19 | Exhibit R - Moss Email 12-14-09 | Stipulated | N/A |
| 21 | 185-20 | Exhibit R-1 – ConfirmPurchSaleAgmnt | Stipulated | N/A |
| 22 | 185-21 | Exhibit R-2 - ProdPurchSaleAgmntAdden | Stipulated | N/A |
| 23 | 185-22 | Exhibit S - HTaraghi Depo | None | N/A |
| 24 | 185-23 | Exhibit T - WCS Fuel Margins | None | N/A |
| 25 | 185-24 | Exhibit U - WCS SameStoreSales | None | N/A |
| 26 | 185-25 | Exhibit V - Pricing Survey | None | N/A |
| 27 | 185-26 | Exhibit W - Giannola Depo | Stipulated | Retail Pricing Strategies<br><br>Parties stipulated to redactions in Exhibit L |
| 28 | 185-27 | Exhibit X - Griffin Affidavit | None | N/A |
| 29 | 185-28 | Exhibit Y - Piscatelli Depo | None | N/A |
| 30 | 185-29 | Exhibit Z – Mayes ExpertReport | None | N/A |
| 31 | 185-30 | Exhibit AA - Shields Declaration | None | N/A |

3

| No. | Doc. # | Contents | Redactions | Categories of Redactions at Issue |
|---|---|---|---|---|
| 32 | 192-1 | Exhibit to Western's Response to Dillon's Objection - Suncor's 2008 proposal to Dillon | Categories Not Disputed; Addt'l Redactions Required | P&Q Offered<br>P&Q - Pricing Indices |
| 33 | 198 | Western response to Suncor's MSJ (Doc. #185) on 1st & 6th Claims & 3rd affirmative defense (price discrimination) | Categories Not Disputed; Addt'l Redactions Required | P&Q Offered<br>P&Q - Pricing Indices |
| 34 | 198-1 | Exhibit 1 – Taraghi Declaration | None | N/A |
| 35 | 198-2 | Exhibit 2 – Transcript, Deposition of H Taraghi | None | N/A |
| 36 | 198-3 | Exhibit 3 Transcript, Deposition of S Moss | Categories Not Disputed; Addt'l Redactions Required | P&Q Offered<br>P&Q - Pricing Indices |
| 37 | 198-4 | Exhibit 4 – Transcript, Deposition of Steve Ewing | None | N/A |
| 38 | 198-5 | Exhibit 5 – Deposition of Diane Kriskovich | None | N/A |
| 39 | 198-6 | Exhibit 6 – Deposition of James Piscatelli | None | N/A |
| 40 | 198-7 | Exhibit 7 – Deposition of Vance Kopp | None | N/A |
| 41 | 198-8 | Exhibit 8 – Transcript, deposition of Steven Ewing (December 14, 2012) | Categories Not Disputed; Addt'l Redactions Required | P&Q Offered |

| No. | Doc. # | Contents | Redactions | Categories of Redactions at Issue |
|---|---|---|---|---|
| 42 | 198-9 | Exhibit 9 – Declaration of John Mayes | None | N/A |
| 43 | 198-10 | Exhibit 10 – Chart with volumes 2008, 2009, 2010 | Stipulated | N/A |
| 44 | 198-11 | Exhibit 11 – Transcript, deposition of Christopher Wehrle | None | N/A |
| 45 | 198-12 | Exhibit 12 – Deposition Transcript Ed Sharpe | None | N/A |
| 46 | 198-13 | Exhibit 13 – Confirmation of Purchase/Sale Agreement, Contract No. WCS-1A043 | None | N/A |
| 47 | 198-14 | Exhibit 14 – E-mail from April Maestas to Suncor, Loop | None | N/A |
| 48 | 198-15 | Exhibit 15 – Suncor Accounts Receivable Chart | Categories Not Disputed; Addt'l Redactions Required | Accounts Receivable Information |
| 49 | 198-16 | Exhibit 16 – email from Moss, includes "Aging" spreadsheet with accounts receivable | Stipulated | Accounts Receivable Information

Parties stipulated to redactions in Exhibit K |
| 50 | 198-17 | Exhibit 17 – E-mail from Ewing, includes "Aging" spreadsheet | Categories Not Disputed; Addt'l Redactions Required | Accounts Receivable Information |

| No. | Doc. # | Contents | Redactions | Categories of Redactions at Issue |
|---|---|---|---|---|
| 51 | 198-18 | Exhibit 18 – Confirmation of Purchase/Sale Agreement, WCS-1H67 | None | N/A |
| 52 | 198-19 | Exhibit 19 – Deposition Transcript of Kendall Carbone | Categories Not Disputed; Addt'l Redactions Required | P&Q - Pricing Indices |
| 53 | 198-20 | Exhibit 20 – Deposition of Don Smith | None | N/A |
| 54 | 198-21 | Exhibit 21 – Suncor Competition – Policy Guidance and Standards | None | N/A |
| 55 | 198-22 | Exhibit 22 – Product Purchase/Sale Agreement - Contract DIL-1J045 | Stipulated | P&Q - Pricing Indices<br><br>Parties stipulated to redactions in Exhibit J |
| 56 | 198-23 | Exhibit 23 – Affidavit of Mark Glick and Ted Tatos | Categories Not Disputed; Addt'l Redactions Required | P&Q Offered<br>P&Q - Pricing Indices |
| 57 | 198-24 | Exhibit 23, Appendix 1 | Categories Not Disputed; Addt'l Redactions Required | P&Q Offered |
| 58 | 198-25 | Exhibit 23, Appendix 2 – WCS Gallons from Suncor by Month | None | N/A |
| 59 | 198-26 | Exhibit 23, Appendix 3 | Stipulated | N/A |

| No. | Doc. # | Contents | Redactions | Categories of Redactions at Issue |
|---|---|---|---|---|
| 60 | 198-27 | Exhibit 24 – expert report of James M. Griffin | Categories Not Disputed; Addt'l Redactions Required | P&Q Offered<br>P&Q - Pricing Indices |
| 61 | 198-28 | Exhibit 25 – Suncor Integrated Supply – Market Analysis and Strategy Study | None | N/A |
| 62 | 198-29 | Exhibit 26 – Declaration of Ed Sharpe | None | N/A |
| 63 | 198-30 | Exhibit 27 – Introduction to Crude Supply presentation | None | N/A |
| 64 | 198-31 | Exhibit 28 – Affidavit of Ken Bennington | None | N/A |
| 65 | 198-32 | Exhibit 29 – chart of Suncor's out of state purchases | None | N/A |
| 66 | 198-33 | Exhibit 30 – Email from Piscatelli to Carbone | None | N/A |
| 67 | 198-34 | Exhibit 31 – Declaration of Steven Ewing | None | N/A |
| 68 | 200 | Western's Response to Suncor MSJ – 2nd 3rd 4th & 5th claims (breach of contract & tortious interference) | Stipulated | N/A |
| 69 | 200-1 | Exhibit 1 – Email from Kendal Carbone to Hossein Taraghi | None | N/A |
| 70 | 200-2 | Exhibit 2 – E-mail from Kendall Carbone to Steve Moss | None | N/A |

| No. | Doc. # | Contents | Redactions | Categories of Redactions at Issue |
|---|---|---|---|---|
| 71 | 200-3 | Exhibit 3 - Confirmation of Purchase/Sale Agreement – Western Contracts | None | N/A |
| 72 | 200-4 | Exhibit 4 – E-mail from Piscatelli to Carbone | Stipulated | N/A |
| 73 | 200-5 | Exhibit 5 – E-mail from Piscatelli to Carbone | None | N/A |
| 74 | 200-6 | Exhibit 6 – E-mail from Steve Moss to Aaron Lingau | None | N/A |
| 75 | 203 | Errata - Corrected Page 52 to Plaintiffs' Response | None | N/A |
| 76 | 203-1 | Corrected Page 52 to Plaintiffs' Response | None | N/A |
| 77 | 219[1] | Suncor Reply in Support of Suncor's MSJ (Doc. #185) on 1st & 6th Claims & 3rd affirmative defense (price discrimination) | Categories Not Disputed; Addt'l Redactions Required | P&Q Offered<br>P&Q - Pricing Indices |

---

[1] Document #218, Suncor's motion to restrict access, sought to restrict Document #219 (Suncor's reply in support of its motion for summary judgment regarding price discrimination claims), not Document #217 (Suncor's reply in support of it motion for summary judgment regarding breach of contract claims).  Accordingly, it appears that the chart on page 42 of the Redaction Order should refer to Document #219 as the document sought to be restricted by Document #218, not Document #217.

| No. | Doc. # | Contents | Redactions | Categories of Redactions at Issue |
|---|---|---|---|---|
| 78 | 219-1 | Exhibit BB, Excerpt from deposition of Christopher Wehrle | None | N/A |
| 79 | 219-2 | Exhibit CC – Excerpt from deposition of Stephen Moss | Stipulated | N/A |
| 80 | 219-3 | Exhibit DD – Chart – WCS and Dillon Family Suncor Price Comparisons – Commerce City | None | N/A |
| 81 | 219-4 | Exhibit EE - Chart – WCS and Dillon Family Suncor Price Comparisons – Grand Junction | None | N/A |
| 82 | 219-5 | Exhibit FF – Chart – WCS and Dillon Family Suncor Price Comparisons – Fountain | None | N/A |
| 83 | 219-6 | Exhibit GG– Chart – WCS and Dillon Family Suncor Price Comparisons –Dupont | None | N/A |
| 84 | 219-7 | Exhibit HH – Excerpt from Angelia Reay Deposition | None | N/A |