Group 1 - MSJ Documents - No Dispute, No Redactions

WCS v. Suncor *et al.*
Case 1:11-cv-01611-MSK-CBS
October 21, 2013

| No. | Doc. # | Contents | Redactions | Categories of Redactions at Issue |
|---|---|---|---|---|
| 1 | 185-1 | Continuation of Document Index | None | N/A |
| 2 | 185-8 | Exhibit G - Dillon 4/2/04 Ltr | None | N/A |
| 3 | 185-9 | Exhibit H - Dillon 12/21/05 Ltr | None | N/A |
| 4 | 185-22 | Exhibit S - HTaraghi Depo | None | N/A |
| 5 | 185-23 | Exhibit T - WCS Fuel Margins | None | N/A |
| 6 | 185-24 | Exhibit U - WCS SameStoreSales | None | N/A |
| 7 | 185-25 | Exhibit V - Pricing Survey | None | N/A |
| 8 | 185-27 | Exhibit X - Griffin Affidavit | None | N/A |
| 9 | 185-28 | Exhibit Y - Piscatelli Depo | None | N/A |
| 10 | 185-29 | Exhibit Z – Mayes ExpertReport | None | N/A |
| 11 | 185-30 | Exhibit AA - Shields Declaration | None | N/A |
| 12 | 198-1 | Exhibit 1 – Taraghi Declaration | None | N/A |
| 13 | 198-2 | Exhibit 2 – Transcript, Deposition of H Taraghi | None | N/A |
| 14 | 198-4 | Exhibit 4 – Transcript, Deposition of Steve Ewing | None | N/A |
| 15 | 198-5 | Exhibit 5 – Deposition of Diane Kriskovich | None | N/A |



| No. | Doc. # | Contents | Redactions | Categories of Redactions at Issue |
|---|---|---|---|---|
| 16 | 198-6 | Exhibit 6 – Deposition of James Piscatelli | None | N/A |
| 17 | 198-7 | Exhibit 7 – Deposition of Vance Kopp | None | N/A |
| 18 | 198-9 | Exhibit 9 – Declaration of John Mayes | None | N/A |
| 19 | 198-11 | Exhibit 11 – Transcript, deposition of Christopher Wehrle | None | N/A |
| 20 | 198-12 | Exhibit 12 – Deposition Transcript Ed Sharpe | None | N/A |
| 21 | 198-13 | Exhibit 13 – Confirmation of Purchase/Sale Agreement, Contract No. WCS-1A043 | None | N/A |
| 22 | 198-14 | Exhibit 14 – E-mail from April Maestas to Suncor, Loop | None | N/A |
| 23 | 198-18 | Exhibit 18 – Confirmation of Purchase/Sale Agreement, WCS-1H67 | None | N/A |
| 24 | 198-20 | Exhibit 20 – Deposition of Don Smith | None | N/A |
| 25 | 198-21 | Exhibit 21 – Suncor Competition – Policy Guidance and Standards | None | N/A |
| 26 | 198-25 | Exhibit 23, Appendix 2 – WCS Gallons from Suncor by Month | None | N/A |

| No. | Doc. # | Contents | Redactions | Categories of Redactions at Issue |
|---|---|---|---|---|
| 27 | 198-28 | Exhibit 25 – Suncor Integrated Supply – Market Analysis and Strategy Study | None | N/A |
| 28 | 198-29 | Exhibit 26 – Declaration of Ed Sharpe | None | N/A |
| 29 | 198-30 | Exhibit 27 – Introduction to Crude Supply presentation | None | N/A |
| 30 | 198-31 | Exhibit 28 – Affidavit of Ken Bennington | None | N/A |
| 31 | 198-32 | Exhibit 29 – chart of Suncor's out of state purchases | None | N/A |
| 32 | 198-33 | Exhibit 30 – Email from Piscatelli to Carbone | None | N/A |
| 33 | 198-34 | Exhibit 31 – Declaration of Steven Ewing | None | N/A |
| 34 | 200-1 | Exhibit 1 – Email from Kendal Carbone to Hossein Taraghi | None | N/A |
| 35 | 200-2 | Exhibit 2 – E-mail from Kendall Carbone to Steve Moss | None | N/A |
| 36 | 200-3 | Exhibit 3 - Confirmation of Purchase/Sale Agreement – Western Contracts | None | N/A |
| 37 | 200-5 | Exhibit 5 – E-mail from Piscatelli to Carbone | None | N/A |

3

| No. | Doc. # | Contents | Redactions | Categories of Redactions at Issue |
|---|---|---|---|---|
| 38 | 200-6 | Exhibit 6 – E-mail from Steve Moss to Aaron Lingau | None | N/A |
| 39 | 203 | Errata - Corrected Page 52 to Plaintiffs' Response | None | N/A |
| 40 | 203-1 | Corrected Page 52 to Plaintiffs' Response | None | N/A |
| 41 | 219-1 | Exhibit BB, Excerpt from deposition of Christopher Wehrle | None | N/A |
| 42 | 219-3 | Exhibit DD – Chart – WCS and Dillon Family Suncor Price Comparisons – Commerce City | None | N/A |
| 43 | 219-4 | Exhibit EE - Chart – WCS and Dillon Family Suncor Price Comparisons – Grand Junction | None | N/A |
| 44 | 219-5 | Exhibit FF – Chart – WCS and Dillon Family Suncor Price Comparisons – Fountain | None | N/A |
| 45 | 219-6 | Exhibit GG– Chart – WCS and Dillon Family Suncor Price Comparisons –Dupont | None | N/A |
| 46 | 219-7 | Exhibit HH – Excerpt from Angelia Reay Deposition | None | N/A |