Group 2 - No Dispute, Redactions Stipulated

WCS v. Suncor *et al.*
Case 1:11-cv-01611-MSK-CBS
October 21, 2013

| No. | Doc. # | Contents | Redactions | Categories of Redactions at Issue |
|---|---|---|---|---|
| 1 | 185-4 | Exhibit C – Thiessen Depo | Stipulated | P&Q Offered<br>P&Q - Pricing Indices<br>P&Q - Other Suppliers Quantities<br><br>Parties stipulated to redactions in Exhibit I |
| 2 | 185-5 | Exhibit D - Wilson Depo | Stipulated | N/A |
| 3 | 185-6 | Exhibit E - Ewing Depo | Stipulated | N/A |
| 4 | 185-12 | Exhibit K - ProdPurchSale-Agmt | Stipulated | N/A |
| 5 | 185-13 | Exhibit L - Wilson Email 3-13-08 | Stipulated | P&Q - RFP Quantities<br><br>Parties stipulated to redactions in Exhibit H |
| 6 | 185-15 | Exhibit N - Moss Email 5-16-08 | Stipulated | P&Q Offered<br>P&Q - Pricing Indices<br><br>Parties stipulated to redactions in Exhibit G |

1



| No. | Doc. # | Contents | Redactions | Categories of Redactions at Issue |
|---|---|---|---|---|
| 7 | 185-17 | Exhibit P - ProdPurchSaleAgmnt | Stipulated | N/A |
| 8 | 185-19 | Exhibit R - Moss Email 12-14-09 | Stipulated | N/A |
| 9 | 185-20 | Exhibit R-1 – ConfirmPurchSaleAgmnt | Stipulated | N/A |
| 10 | 185-21 | Exhibit R-2 - ProdPurchSaleAgmntAdden | Stipulated | N/A |
| 11 | 185-26 | Exhibit W - Giannola Depo | Stipulated | Retail Pricing Strategies<br><br>Parties stipulated to redactions in Exhibit L |
| 12 | 198-10 | Exhibit 10 – Chart with volumes 2008, 2009, 2010 | Stipulated | N/A |
| 13 | 198-16 | Exhibit 16 – email from Moss, includes "Aging" spreadsheet with accounts receivable | Stipulated | Accounts Receivable Information<br><br>Parties stipulated to redactions in Exhibit K |
| 14 | 198-22 | Exhibit 22 – Product Purchase/Sale Agreement - Contract DIL-1J045 | Stipulated | P&Q - Pricing Indices<br><br>Parties stipulated to redactions in Exhibit J |
| 15 | 198-26 | Exhibit 23, Appendix 3 | Stipulated | N/A |

| No. | Doc. # | Contents | Redactions | Categories of Redactions at Issue |
|---|---|---|---|---|
| 16 | 200 | Western's Response to Suncor MSJ – 2nd 3rd 4th & 5th claims (breach of contract & tortious interference) | Stipulated | N/A |
| 17 | 200-4 | Exhibit 4 – E-mail from Piscatelli to Carbone | Stipulated | N/A |
| 18 | 219-2 | Exhibit CC – Excerpt from deposition of Stephen Moss | Stipulated | N/A |