Group 3 -  MSJ Documents – No Dispute, Further Redactions Required

WCS v. Suncor *et al.*
Case 1:11-cv-01611-MSK-CBS
October 21, 2013

| No. | Doc. # | Contents | Redactions | Categories of Redactions at Issue |
|---|---|---|---|---|
| 1 | 185 | Suncor MSJ on 1st & 6th Claims & 3rd Affirm Defense (Price discrimination claims) | Categories Not Disputed; Addt'l Redactions Required | P&Q Offered<br>P&Q - Pricing Indices<br><br>Retail Pricing Strategies |
| 2 | 185-2 | Exhibit A -Glick-Tatos ExpertReport | Categories Not Disputed; Addt'l Redactions Required | P&Q Offered<br>P&Q - Pricing Indices |
| 3 | 185-3 | Exhibit B - Moss Depo | Categories Not Disputed; Addt'l Redactions Required | P&Q Offered<br>P&Q - Pricing Indices |
| 4 | 185-7 | Exhibit F - DillonProposalRequest | Categories Not Disputed; Addt'l Redactions Required | P&Q - RFP Quantities |
| 5 | 185-10 | Exhibit I - Wilson Email 2-11-08 | Categories Not Disputed; Addt'l Redactions Required | P&Q - RFP Quantities |
| 6 | 185-11 | Exhibit J - Moss Email 2-29-08 | Categories Not Disputed; Addt'l Redactions Required | P&Q Offered<br><br>P&Q - Pricing Indices |



| No. | Doc. # | Contents | Redactions | Categories of Redactions at Issue |
|---|---|---|---|---|
| 7 | 185-14 | Exhibit M - Moss Email 3-31-08 | Categories Not Disputed; Addt'l Redactions Required | P&Q Offered<br>P&Q - Pricing Indices |
| 8 | 185-16 | Exhibit O - Moss Email 7-31-09 | Categories Not Disputed; Addt'l Redactions Required | P&Q - RFP Quantities |
| 9 | 185-18 | Exhibit Q - Wilson Email 11-25-09 | Categories Not Disputed; Addt'l Redactions Required | P&Q - RFP Quantities |
| 10 | 192-1 | Exhibit to Western's Response to Dillon's Objection - Suncor's 2008 proposal to Dillon | Categories Not Disputed; Addt'l Redactions Required | P&Q Offered<br>P&Q - Pricing Indices |
| 11 | 198 | Western response to Suncor's MSJ (Doc. #185) on 1st & 6th Claims & 3rd affirmative defense (price discrimination) | Categories Not Disputed; Addt'l Redactions Required | P&Q Offered<br>P&Q - Pricing Indices |
| 12 | 198-3 | Exhibit 3 Transcript, Deposition of S Moss | Categories Not Disputed; Addt'l Redactions Required | P&Q Offered<br>P&Q - Pricing Indices |
| 13 | 198-8 | Exhibit 8 – Transcript, deposition of Steven Ewing (December 14, 2012) | Categories Not Disputed; Addt'l Redactions Required | P&Q Offered |
| 14 | 198-15 | Exhibit 15 – Suncor Accounts Receivable Chart | Categories Not Disputed; Addt'l Redactions Required | Accounts Receivable Information |

| No. | Doc. # | Contents | Redactions | Categories of Redactions at Issue |
|---|---|---|---|---|
| 15 | 198-17 | Exhibit 17 – E-mail from Ewing, includes "Aging" spreadsheet | Categories Not Disputed; Addt'l Redactions Required | Accounts Receivable Information |
| 16 | 198-19 | Exhibit 19 – Deposition Transcript of Kendall Carbone | Categories Not Disputed; Addt'l Redactions Required | P&Q - Pricing Indices |
| 17 | 198-23 | Exhibit 23 – Affidavit of Mark Glick and Ted Tatos | Categories Not Disputed; Addt'l Redactions Required | P&Q Offered P&Q - Pricing Indices |
| 18 | 198-24 | Exhibit 23, Appendix 1 | Categories Not Disputed; Addt'l Redactions Required | P&Q Offered |
| 19 | 198-27 | Exhibit 24 – expert report of James M. Griffin | Categories Not Disputed; Addt'l Redactions Required | P&Q Offered P&Q - Pricing Indices |
| 20 | 219[1] | Suncor Reply in Support of Suncor's MSJ (Doc. #185) on 1st & 6th Claims & 3rd affirmative defense (price discrimination) | Categories Not Disputed; Addt'l Redactions Required | P&Q Offered P&Q - Pricing Indices |

---

[1] Document #218, Suncor's motion to restrict access, sought to restrict Document #219 (Suncor's reply in support of its motion for summary judgment regarding price discrimination claims), not Document #217 (Suncor's reply in support of it motion for summary judgment regarding breach of contract claims). Accordingly, it appears that the chart on page 42 of the Redaction Order should refer to Document #219 as the document sought to be restricted by Document #218, not Document #217.