**Exhibit 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Case No. 11-CV-01611-MSK-CBS                Date  October 23, 2013

Case Title: Western Convenience Stores, Inc. v. Suncor Energy (U.S.A.) Inc.

**JOINT WITNESS LIST**

| WITNESS | TIME ESTIMATED FOR EXAMINATION |
|---|---|
| Hossein Taraghi | 6 hours |
| Chris Wehrle | 1 hour |
| Bob Van Meter | 1 hour |
| John Mayes | 4 hours |
| Mark Glick | 6 hours |
| Ted Tatos | 4 hours |
| Keith Leffler | 1.5 hours |
| Steve Moss | 3 hours |
| James Piscatelli | 1 hour |
| Suncor Rule 30(b)(6) Deposition | no trial time needed |
| RMPL (Jim Pappstein/other rep) | 1.5 hours |
| Steve Ewing | 4 hours |
| Ed Sharpe | 1.5 hours |
| David Wilson | 1.5 hours |
| Kendall Carbone | 1.5 hours |
| James Griffin | 6 hours |
| Vance Kopp or Nancy Thonen | 2 hours |
| Aaron Lingnau | 1.5 hours |
| David Parker | 1 hour |
| Angelia Spillman Reay | .75 hours |

| | |
|---|---|
| Chad Thiessen | 1.5 hours |
| Susan Giannola | 2 hours |
| Angela Shields | 1.5 hours |