Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Case No. 11-cv-01611-MSK-CBS                                                                 Date: October 23, 2013

Case Title: Western Convenience Stores, Inc. v. Suncor Energy (U.S.A.) Inc.

JOINT EXHIBIT LIST

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| | | **Contracts** | | | | | |
| 1 | | Contracts between Suncor and Western Convenience Stores, Inc. | | | | | |
| 2 | | Contracts between Suncor and Dillon Companies, Inc. (King Soopers / City Market) | | | | | |
| 3 | | Contracts between Suncor and MiniMart (Loaf N' Jug) | | | | | |
| 4 | | Contracts between Suncor and Truman Arnold | | | | | |
| 5 | | Contracts between Suncor and Pilot Travel Centers | | | | | |
| 6 | | Contracts between Suncor and DATS Trucking | | | | | |
| | | **Chronological Exhibits** | | | | | |
| 100 | | Consent of Assignment of Contract to Suncor dated 7/21/2003 | | | | | |
| 101 | | Requests for Proposals from The Kroger Company dated 3/15/2004 | | | | | |
| 102 | | Letter to Suncor from Kroger awarding Suncor the supply starting in May 2004 | | | | | |
| 103 | | Request for Proposal from The Kroger Company dated 6/28/2005 | | | | | |
| 104 | | Email to Laurie Gissiner from James Hanson dated 11/22/2005 regarding the attached Transaction Summary for Western Convenience | | | | | |
| 105 | | Letter to Suncor from Kroger dated 12/21/2005 stating that Suncor did not get the contract bid for the Loaf N' Jug stores | | | | | |
| 106 | | Master Product Purchase and Sale Agreement between Suncor and Western Convenience dated January 17, 2007 | | | | | |
| 107 | | Email from Steve Moss to Hossein Taraghi dated 11/27/2007 regarding attached proposal for renewing contract between Suncor and WCS | | | | | |
| 108 | | Email from Steve Moss to Hossein Taraghi dated 1/9/2008 regarding Suncor pricing | | | | | |
| 109 | | Email from Rebecca Spears to Steve Moss dated 1/24/2008 regarding WCS/Contract Pricing | | | | | |
| 110 | | D. Wilson email dated February 11, 2008 regarding Kroger Grand Junction, CO RFP with attachment | | | | | |
| 111 | | S. Moss email to D. Wilson dated February 29, 2008 regarding Suncor Grand Junction Petroleum Bid Proposal | | | | | |
| 112 | | Email from David Wilson dated 3/13/2008 regarding invitation from Kroger to submit a proposal to supply Kroger with gasoline | | | | | |
| 113 | | S. Moss email to D. Wilson dated March 19, 2008 regarding Kroger Grand Junction Bid Proposal | | | | | |
| 114 | | S. Moss email to D. Wilson dated March 31, 2008 regarding Kroger Denver Bid Proposal | | | | | |
| 115 | | S. Moss email to D. Wilson dated May 16, 2008 regarding Kroger Denver Bid Proposal | | | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Case No. 11-cv-01611-MSK-CBS                                                                 Date: October 23, 2013

Case Title: Western Convenience Stores, Inc. v. Suncor Energy (U.S.A.) Inc.

**JOINT EXHIBIT LIST**

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 116 | | Exhibit Removed | | | | | |
| 117 | | Energy Analysts International Powerpoint Presentation regarding Suncor Integrated Supply-Market Analysis & Strategy Study dated February 20, 2009 | | | | | |
| 118 | | Exhibit Removed | | | | | |
| 119 | | Energy Analysts International Powerpoint Presentation regarding Suncor Competitive Analysis and Outlook dated April 2, 2009 | | | | | |
| 120 | | Exhibit Removed | | | | | |
| 121 | | D. Wilson email re Colorado Volumes informal bid | | | | | |
| 122 | | Suncor Competition Policy | | | | | |
| 123 | | Suncor Energy USA Value Chain Powerpoint Presentation dated August 17, 2009 | | | | | |
| 124 | | N. Thonen and J. Piscatelli emails dated September 2, 2009-September 3, 2009 entitled "Couple of Items" | | | | | |
| 125 | | Emails between Steve Moss, David Wilson and Linda Cross dated 9/4/2009 regarding Suncor update/Kroger numbers | | | | | |
| 126 | | Transaction Summaries of Suncor Contracts with Valero dated October 1, 2009 and September 22, 2009 | | | | | |
| 127 | | Transaction Summary of Suncor contract with Valero dated October 15, 2009 | | | | | |
| 128 | | Spreadsheet regarding Dillon Companies' Unbranded Wholesale as of October 16, 2009 | | | | | |
| 129 | | Spreadsheet regarding WCS Unbranded Wholesale as of October 16, 2009 | | | | | |
| 130 | | K. Carbone email to S. Douglass dated November 16, 2009 entitled "Pick Your Brain" | | | | | |
| 131 | | Email from Steve Moss to Hossein Taraghi and Chris Wehrle dated 11/20/2009 regarding Suncor update | | | | | |
| 132 | | D. Wilson email dated November 25, 2009 regarding Mini Mart (Loaf N Jug) RFP for CO | | | | | |
| 133 | | Exhibit Removed | | | | | |
| 134 | | Email from David Wilson dated 11/25/2009 regarding RFP for Loaf N' Jug bid proposal | | | | | |
| 135 | | Exhibit Removed | | | | | |
| 136 | | Exhibit Removed | | | | | |
| 137 | | Exhibit Removed | | | | | |
| 138 | | Suncor's bid for the Loaf N' Jug Contract, dated 12/14/2009 | | | | | |
| 139 | | Email from Angelia Spillman to Hossein Taraghi dated 12/22/2009 regarding OPIS Wholesale Rack with OPIS Spot Mean | | | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Case No. 11-cv-01611-MSK-CBS                                                                                              Date: October 23, 2013

Case Title: Western Convenience Stores, Inc. v. Suncor Energy (U.S.A.) Inc.

JOINT EXHIBIT LIST

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 140 | | Emails between Steve Moss and Chris Wehrle dated 12/30/2009 regarding Suncor discounts | | | | | |
| 141 | | Email from Steve Moss to Robert White dated 1/4/2010 regarding December Rebates | | | | | |
| 142 | | Emails dated January 12, 2010 between S. Moss, D. Wilson & A. Beals regarding Loaf n Jug Set Up | | | | | |
| 143 | | Emails between Steve Moss, Chris Wehrle and Hossein Taraghi dated 2/11 & 2/9/2010 regarding BBLs for Feb and March | | | | | |
| 144 | | Valero Sales Contract Confirmation to Suncor dated February 17, 2010 | | | | | |
| 145 | | Exhibit Removed | | | | | |
| 146 | | Emails between K. Carbone & J. Piscatelli dated February 26, 2010-March 1, 2010 regarding Product Purchase Profitability | | | | | |
| 147 | | Exhibit Removed | | | | | |
| 148 | | Exhibit Removed | | | | | |
| 149 | | SEUSA Rack Forward Organizational Design Powerpoint Presentation dated April 19, 2010 | | | | | |
| 150 | | Email from Chris Wehrle to Hossein Taraghi dated 4/28/2010 regarding OPIS Wholesale Racks with OPIS Spot Mean | | | | | |
| 151 | | | | | | | |
| 152 | | Emails between J. Piscatelli & K. Carbone dated May 12, 2010-May 14, 2010 regarding Shell Phase III | | | | | |
| 153 | | Transaction Summary of Suncor Contract with Frontier Oil dated May 21, 2010 and Sublease Agreement dated April 17, 2009 | | | | | |
| 154 | | Exhibit Removed | | | | | |
| 155 | | Exhibit Removed | | | | | |
| 156 | | Emails between Chris Wehrle, Steve Moss, Hossein Taraghi dated 6/15/2010 regarding Suncor update | | | | | |
| 157 | | Emails between Steve Moss and Chris Wehrle dated 7/8/2010 regarding Denver loads | | | | | |
| 158 | | Introduction to Crude Supply, Refining, and Marketing Powerpoint Presentation dated August 1, 2010 | | | | | |
| 159 | | Kroger Report, Drivers of Choice: Fuel Centers, August 2010 | | | | | |
| 160 | | Emails between Darrin Harris and Chris Wehrle dated 8/12/2010 regarding invoices | | | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Case No. 11-cv-01611-MSK-CBS                                    Date: October 23, 2013

Case Title: Western Convenience Stores, Inc. v. Suncor Energy (U.S.A.) Inc.

**JOINT EXHIBIT LIST**

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 161 | | Email from Chris Wehrle, Hossein Taraghi dated 8/16/2010 regarding invoice dispute over Suncor loads | | | | | |
| 162 | | Exhibit Removed | | | | | |
| 163 | | Emails between Steve Moss, Hossein Taraghi and Chris Wehrle dated 8/24 and 8/23/2010 regarding question on gas | | | | | |
| 164 | | Emails between Steve Moss and Chris Wehrle dated 8/31/2010 regarding allocations | | | | | |
| 165 | | Emails between J. Piscatelli and S. Moss dated September 14, 2012 regarding gasoline sales | | | | | |
| 166 | | Email from Steve Moss to Hossein Taraghi and Chris Wehrle dated 9/15/2010 regarding Suncor update | | | | | |
| 167 | | Email from David Wilson to Steve Moss dated 9/28/2010 regarding Kroger fuel | | | | | |
| 168 | | The Kroger Fuel Rewards Program – A Specific Examination of Price Sensitive/Mainstream Shoppers and Value/Mainstream Stores dated November 1, 2010 | | | | | |
| 169 | | Email from Steve Moss to Hossein Taraghi and Chris Wehrle dated 11/18/2010 regarding Suncor discount | | | | | |
| 170 | | Emails dated November 19, 2010 - November 20, 2010 between S. Ewing & S. Moss regarding WCS Contract | | | | | |
| 171 | | Emails dated November 22, 2010 between C. Wehrle & Suncor regarding Suncor product out of Dupont | | | | | |
| 172 | | Exhibit Removed | | | | | |
| 173 | | Suncor Energy invoice to Dillon Companies Inc. dated January 3, 2011 | | | | | |
| 174 | | Email dated January 3, 2011 from S. Moss to S. Ewing regarding December Unbranded Stewardship (including attachments) | | | | | |
| 175 | | Email dated January 4, 2011 from S. Moss to S. Ewing regarding meeting with Western Convenience | | | | | |
| 176 | | Email to Chris Wehrle from OPIS admin. Dated 1/4/2011 regarding attached OPIS Early Evening Updates | | | | | |
| 177 | | Email dated January 5, 2011 from S. Ewing to S. Moss regarding Loaf Contract | | | | | |
| 178 | | Emails dated January 5, 2011 from L. Chilson regarding discount for Grand Junction and Fruita customers | | | | | |
| 179 | | Emails between Chris Wehrle and Steve Moss dated 1/11/2011 regarding volume | | | | | |
| 180 | | Emails between Chris Wehrle and Steve Moss dated 1/26/2011 regarding contract volumes | | | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Case No. 11-cv-01611-MSK-CBS                                                                                              Date: October 23, 2013

Case Title: Western Convenience Stores, Inc. v. Suncor Energy (U.S.A.) Inc.

**JOINT EXHIBIT LIST**

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 181 | | Emails between Chris Wehrle, Steve Moss and Hossein Taraghi dated 1/27 & 1/28/2011 regarding suncor allocations | | | | | |
| 182 | | Confirmation of Purchase /Sale Agreement for 1/31/2011 between Suncor and WCS | | | | | |
| 183 | | Emails between Wynn Wright and Chris Wehrle dated 2/1/2011 regarding Offen Pricing | | | | | |
| 184 | | Email from Karen Hagen to Chris Wehrle dated 2/3/2011 regarding attached WCS Spot Contract | | | | | |
| 185 | | Emails between Chris Wehrle and Wynn Wright dated 2/9/2011 regarding Dupont | | | | | |
| 186 | | | | | | | |
| 187 | | Suncor Emails dated February 19, 2011 - February 21, 2011 regarding Unbranded Pricing | | | | | |
| 188 | | Emails between Steve Ewing, Joshua Janell, Steve Moss, Robert White dated 2/19 – 2/22/2011 regarding unbranded discounts | | | | | |
| 189 | | Transaction Summaries of Suncor Contracts with Valero dated February 28, 2011 | | | | | |
| 190 | | WCS Price Survey for April 2011 | | | | | |
| 191 | | Email from Chris Wehrle to Hossein Taraghi dated 4/13/2011 regarding Liftings | | | | | |
| 192 | | Emails between Chris Wehrle and Steve Moss dated 4/14/2011 regarding Suncor gas | | | | | |
| 193 | | Emails between Chris Wehrle and Dick Pryor dated 4/14 & 4/15/2011 regarding Suncor product | | | | | |
| 194 | | Emails between Chris Wehrle, Steve Moss and Hossein Taraghi dated 4/15/2011 regarding lunch next week | | | | | |
| 195 | | Email from Karen Hagen to Chris Wehrle dated 4/21/2011 regarding attached WCS Spot Contract | | | | | |
| 196 | | Emails dated April 25, 2011 between W. Wright & S. Ewing re Colorado TVA Update | | | | | |
| 197 | | Email dated June 4, 2011 from Doug Vejnar to Steve Ewing regarding Fuel Discount Announcement (4.26.2011) | | | | | |
| 198 | | Email from Chris Wehrle to Steve Moss dated 4/26/2011 regarding needing extra loads | | | | | |
| 199 | | Emails between Chris Wehrle and Steve Moss dated 4/27/2011 regarding Suncor update | | | | | |
| 200 | | Emails between Chris Wehrle and Dick Pryor dated 4/29/2011 regarding prices | | | | | |
| 201 | | WCS Price Survey for May 2011 | | | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Case No. 11-cv-01611-MSK-CBS                                                                 Date: October 23, 2013

Case Title: Western Convenience Stores, Inc. v. Suncor Energy (U.S.A.) Inc.

JOINT EXHIBIT LIST

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 202 | | S. Moss email to D. Vejnar regarding WCS Proposed Offer | | | | | |
| 203 | | S. Moss email dated May 2, 2011 regarding WCS 12-Month Contract | | | | | |
| 204 | | Emails between Wynn Wright and Chris Wehrle dated 5/2 & 5/3/2011 regarding Offen Pricing | | | | | |
| 205 | | Emails between Steve Moss and Chris Wehrle dated 5/4 & 5/5/2011 regarding extra loads | | | | | |
| 206 | | Emails between Chris Wehrle and Wynn Wright dated 5/4/2011 regarding Cheyenne PTO | | | | | |
| 207 | | Emails between Steve Moss and Chris Wehrle dated 5/5/2011 regarding loads | | | | | |
| 208 | | Emails between Chris Wehrle, Steve Ewing and Hossein Taraghi dated 5/5 thru 5/7/2011 regarding extra loads | | | | | |
| 209 | | Email from Chris Wehrle to Steve Moss dated 5/5/2011 regarding allocation correction | | | | | |
| 210 | | Emails between Chris Wehrle, Steve Ewing and Hossein Taraghi dated 5/5 thru 5/9/2011 regarding suncor contract | | | | | |
| 211 | | Emails dated May 6, 2011 through May 8, 2011 between S. Ewing and C. Werhle regarding meeting | | | | | |
| 212 | | Emails between Charlie Dowden and Diane Kriskovich dated 5/17 & 5/10/2011 regarding WCS Bank Info. | | | | | |
| 213 | | Exhibit Removed | | | | | |
| 214 | | Emails between Chris Wehrle, Steve Moss, Linda Cross, Karen Hagen dated 5/16/2011 regarding WCS Bank Info. | | | | | |
| 215 | | Notes of Meeting on 5/18/2011 between Suncor and WCS | | | | | |
| 216 | | Emails between Chris Wehrle and Linda Cross dated 5/18 & 5/19/2011 regarding gasoline prices | | | | | |
| 217 | | Email from Chris Wehrle to Janell Joshua dated 5/19/2011 regarding unbranded gasoline prices | | | | | |
| 218 | | Emails between Chris Wehrle and Wynn Wright dated 5/19/2011 regarding suncor load | | | | | |
| 219 | | Emails between Chris Wehrle and Janell Joshua dated 5/19 & 5/20/2011 regarding unbranded gas | | | | | |
| 220 | | Letter from Suncor to Western Convenience dated 5/25/2011 regarding confirmation of suspension of all product sales to WCS | | | | | |
| 221 | | S. Moss email to K. Hagen dated June 6, 2011 regarding renewal/extension of Loaf N' Jug contract and attached proposal | | | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Case No. 11-cv-01611-MSK-CBS	Date: October 23, 2013

Case Title: Western Convenience Stores, Inc. v. Suncor Energy (U.S.A.) Inc.

## JOINT EXHIBIT LIST

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 222 | | Email dated June 9, 2011 from D. Kriskovich to A. Saunders regarding Wester Convenience Unauthorized Drafts | | | | | |
| 223 | | Complaint filed by WCS on 6/20/2011 in U.S. District Court of Colorado | | | | | |
| 224 | | Emails between Don Olguinn and Chris Wehrle dated 6/20 & 6/21/2011 regarding Ethanel | | | | | |
| 225 | | Declaration of Hossein Taraghi dated 7/5/2011 | | | | | |
| 226 | | Email from Chris Wehrle to Hossein Taraghi dated 7/29/2011 regarding Dispatch and Price Sheets | | | | | |
| 227 | | Western Conv. Gas/Diesel Racks Chart, 7/29/2011 to 8/1/2011 | | | | | |
| 228 | | Transcript of Motion Hearing on 9/28/2011 | | | | | |
| 229 | | Amended Complaint filed by WCS on 2/1/2012 in U.S. District Court of Colorado | | | | | |
| 230 | | Plaintiffs' First Set of Interrogatories and Reqests for Production of Documents to Defendant | | | | | |
| 231 | | Plaintiff's Amended Rule 30(b)(6) Notice of Deposition of Defendant / Third-Party Plaintiff Suncor Energy (U.S.A.) Inc. dated March 5, 2012 | | | | | |
| 232 | | Suncor Responses to Plaintiffs' First Set of Interrogatories and Requests for Production of Documents to Defendant | | | | | |
| 233 | | Declaration of Steven Ewing | | | | | |
| 234 | | Declaration of Susan Giannola Pursuant to 28 U.S.C. § 1746 dated August 31, 2012 and filed September 12, 2012 | | | | | |
| 235 | | Plaintiffs' Second Set of Interrogatories, Third Set of Requests for Production of Documents and First Requests for Admissions | | | | | |
| 236 | | Suncor Responses to Plaintiffs' Second Set of Interrogatories, Third Set of Requests for Production of Documents and First Requests for Admissions | | | | | |
| 236A | | Suncor Supplemental Responses to Plaintiffs' First Set of Interrogatories and Requests for Production of Documents | | | | | |
| 237 | | Suncor Supplemental Responses to Plaintiffs' Second Set of Interrogatories, Third Set of Requests for Production of Documents and First Requests for Admissions | | | | | |
| 238 | | Plaintiffs' Rule 30(b)(6) Notice of Deposition of the Kroger Company and Affiliates | | | | | |
| 239 | | Declaration of Ed Sharpe dated January 24, 2013 | | | | | |
| 240 | | Declaration of Angela Shields | | | | | |
| 241 | | Declaration of John Mayes | | | | | |
| 242 | | Chart for Western Convenience Stores, Same Store Sales for Period 2007-2009 | | | | | |
| 243 | | Suncor Top Ten Unbranded Customers | | | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Case No. 11-cv-01611-MSK-CBS                                                                                              Date: October 23, 2013

Case Title: Western Convenience Stores, Inc. v. Suncor Energy (U.S.A.) Inc.

## JOINT EXHIBIT LIST

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 244 | | Chart for Western Convenience Stores, Fuel Margins for Periods July 2007 to June 2010 | | | | | |
| 245 | | Denver Supply Trading Agreements Listing | | | | | |
| 246 | | Legend to Denver Supply Trading Agreements Listing | | | | | |
| 247 | | SEUSA RF Review (Ewing 11-10 SWOT Analysis) | | | | | |
| 248 | | The Kroger Co. 2011 Fact Book | | | | | |
| 249 | | Various Suncor Invoices to Dillon Companies | | | | | |
| | | **In Commerce / Thonen Exhibits** | | | | | |
| 300 | | RIOT Graphs (e.g., Suncor_WCS 00044835) (referenced in Mayes report) | | | | | |
| 301 | | Summary of Suncor Out of State Fuel Purchases | | | | | |
| 302 | | Suncor Contracts and Purchase Transaction Summaries with Frontier Oil & Refining Company | | | | | |
| 303 | | Suncor Contracts and Purchase Transaction Summaries with Valero Marketing and Supply Company | | | | | |
| 304 | | Transaction Summary of Suncor Contract with ExxonMobil Corp revised February 10, 2011 | | | | | |
| 305 | | Suncor Energy USA Introduction to Crude Supply, Refining, and Marketing Powerpoint presentation | | | | | |
| 306 | | RMPL Dupont Photos | | | | | |
| 307 | | Additional documents to be determined (Suncor's production of 10/18/2013) | | | | | |
| 308 | | Suncor website pages | | | | | |
| | | **Expert Reports** | | | | | |
| 400 | | Expert Report of Mark Glick and Ted Tatos incl. Appendices | | | | | |
| 401 | | Expert Report of Keith B. Leffler | | | | | |
| 402 | | Expert Report of John Mayes | | | | | |
| 403 | | Expert Report of James M. Griffin | | | | | |
| 404 | | Supplemental Expert Report of Mark Glick and Ted Tatos incl. Appendices | | | | | |
| 405 | | Rebuttal Expert Report of Mark Glick and Ted Tatos incl. Appendices | | | | | |
| 406 | | Rebuttal Expert Report of Keith B. Leffler | | | | | |
| 407 | | Rebuttal Expert Report of John Mayes, including report on Refining and Marketing Industry | | | | | |
| 408 | | James Griffin Response to Rebuttal Report of Plaintiffs' Experts | | | | | |
| | | **Glick/Tatos Exhibits** | | | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Case No. 11-cv-01611-MSK-CBS                                        Date: October 23, 2013

Case Title: Western Convenience Stores, Inc. v. Suncor Energy (U.S.A.) Inc.

**JOINT EXHIBIT LIST**

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 500 | | Table from Page 8 of Expert Report of Mark Glick and Ted Tatos (WCS and King Soopers Wholesale Fuel Prices from Suncor - 10/09 to 05/11) | | | | | |
| 501 | | Table from Page 8 of Expert Report of Mark Glick and Ted Tatos (WCS and Loaf 'N Jug Wholesale Fuel Prices from Suncor 02/10 to 05/11) | | | | | |
| 502 | | Chart from Page 10 of Expert Report of Mark Glick and Ted Tatos (WCS and King Soopers Differences for Unleaded 85 Octane Regular Gasoline with 10% Ethanol Sold at Commerce City) | | | | | |
| 503 | | Chart from Page 10 of Expert Report of Mark Glick and Ted Tatos (WCS and Loaf 'N Jug Differences for Unleaded 85 Octane Regular Gasoline with 10% Ethanol Sold at Commerce City) | | | | | |
| 504 | | Table from Page 12 of Expert Report of Mark Glick and Ted Tatos (WCS Stores That Compete With King Soopers) | | | | | |
| 505 | | Table from Page 13 of Expert Report of Mark Glick and Ted Tatos (WCS Stores That Compete with Loaf 'N Jug) | | | | | |
| 506 | | Google Street View of Store 135 from Page 15 of Expert Report of Mark Glick and Ted Tatos | | | | | |
| 507 | | Table from Page 19-20 of Expert Report of Mark Glick and Ted Tatos (Total Damages by Store Number and Fuel Grade) | | | | | |
| 508 | | Appendix A to Expert Report of Mark Glick and Ted Tatos (Mark A. Glick Expert Testimony in Last Four Years) | | | | | |
| 509 | | Appendix B to Expert Report of Mark Glick and Ted Tatos (Mark A. Glick Publications in Last 10 Years) | | | | | |
| 510 | | Appendix C to Expert Report of Mark Glick and Ted Tatos (Documents Considered) | | | | | |
| 511 | | Appendix D to Expert Report of Mark Glick and Ted Tatos (Fuel Pricing Comparisons: WCS v. King Soopers) | | | | | |
| 512 | | Appendix E to Expert Report of Mark Glick and Ted Tatos (One-Step Regression Reports) | | | | | |
| 513 | | Appendix F to Expert Report of Mark Glick and Ted Tatos (Additional Profits - WCS - Assuming No Wholesale Price Difference) | | | | | |
| 514 | | Figure 1. Little Overlap Between Independent Variables from Rebuttal Expert Report of Mark Glick and Ted Tatos | | | | | |
| 515 | | Figure 2. Severe Overlap Between Independent Variables from Rebuttal Expert Report of Mark Glick and Ted Tatos | | | | | |
| 516 | | Table 2. Comparison Between Our Original Specification and Including All Competitor Price Effects and Significant Competitor Price Effects from Rebuttal Expert Report of Mark Glick and Ted Tatos | | | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Case No. 11-cv-01611-MSK-CBS                                                                                          Date: October 23, 2013

Case Title: Western Convenience Stores, Inc. v. Suncor Energy (U.S.A.) Inc.

**JOINT EXHIBIT LIST**

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 517 | | Table 3. But-For Discounts from Rebuttal Expert Report of Mark Glick and Ted Tatos | | | | | |
| 518 | | Table from Page 19 of Rebuttal Expert Report of Mark Glick and Ted Tatos (Calculation of Damages Using Dr. Griffin's Model) | | | | | |
| 519 | | Table 4. Example of Transmission of the Price Discrimination from Rebuttal Expert Report of Mark Glick and Ted Tatos | | | | | |
| 520 | | Photo 1: Loaf 'N Jug at Abriendo and Lincoln from Rebuttal Expert Report of Mark Glick and Ted Tatos | | | | | |
| 521 | | Photo 2: Diamond Shamrock on Abriendo and WCS #143 from Rebuttal Expert Report of Mark Glick and Ted Tatos | | | | | |
| 522 | | Chart from Page 28 of Rebuttal Expert Report of Mark Glick and Ted Tatos (WCS Store 130 Weekly Profits and Trend) | | | | | |
| 523 | | Chart from Page 28 of Rebuttal Expert Report of Mark Glick and Ted Tatos (Weekly U.S. Gulf Coast Conventional Gasoline Regular Spot Price FOB (Dollars per Gallon) | | | | | |
| 524 | | Table 5. Sources of WCS Purchases from Suncor from Rebuttal Expert Report of Mark Glick and Ted Tatos | | | | | |
| 525 | | Table 6. WCS vs. Kroger Purchases (Min. 30 comparable purchases) from Rebuttal Expert Report of Mark Glick and Ted Tatos | | | | | |
| 526 | | 050705gaspricesrpt.pdf | | | | | |
| 527 | | 169091 - Suncor USA Commercial Overview.ppt | | | | | |
| 528 | | 282221 CONFIDENTIAL Oct 2009 Suncor Sales and Marketing Overview.ppt | | | | | |
| 529 | | 282223 CONFIDENTIAL November 2009 Rack Forward Overview.ppt | | | | | |
| 530 | | 290094 CONFIDENTIAL Feb 2009 EAI Executive Summary for Suncor.ppt | | | | | |
| 531 | | DenverNorthFrontRangeFuelSupplyCostImpacts_EAIInc_2011_REV 2.pdf | | | | | |
| 532 | | EAI_Front_Range_Fuel_Supply_2011_99-1.pdf | | | | | |
| 533 | | EAI_Mkt_Profiles_Dec_27_2011_101-1.pdf | | | | | |
| 534 | | EAI_Mkt_Strategy_Support_March_2010_100-1.pdf | | | | | |
| 535 | | EAI_Su_Strategy_March_2011_ppt_102-1.pdf | | | | | |
| 536 | | ecu0208-Griffin.pdf | | | | | |
| 537 | | GasPriceKit2011.pdf | | | | | |
| 538 | | HIGHLY_CONFIDENTIAL _PLA072639 WCS Pricing History.xlsx | | | | | |
| 539 | | Kroger 2010 10k.pdf | | | | | |
| 540 | | Mid-Grade Damages Model-Supplemental Corrected.sas | | | | | |
| 541 | | Mid-Grade Damages Model-Supplemental.sas | | | | | |
| 542 | | sharpe 2-19-13.ptx | | | | | |
| 543 | | Suncor Denver Refinery Overview - 2010.pdf | | | | | |
| 544 | | Suncor_WCS 00043539 Western Petroleum Pricing List.xls.xls | | | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Case No. 11-cv-01611-MSK-CBS                                                                Date: October 23, 2013

Case Title: Western Convenience Stores, Inc. v. Suncor Energy (U.S.A.) Inc.

**JOINT EXHIBIT LIST**

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 545 | | Suncor_WCS 00043540 Carter Energy.xls.xlsx | | | | | |
| 546 | | Suncor_WCS 00043541 Parish Oil.xls.xlsx | | | | | |
| 547 | | Suncor_WCS 00043542 DATS.xls.xlsx | | | | | |
| 548 | | Suncor_WCS 00043543 SB Fuels.xls.xlsx | | | | | |
| 549 | | Suncor_WCS 00043544 Sapp Bros Travel.xls.xlsx | | | | | |
| 550 | | Suncor_WCS 00043545 FMI Contract.xls.xls | | | | | |
| 551 | | Suncor_WCS 00043546 FMI Rack.xls.xls | | | | | |
| 552 | | Suncor_WCS 00043547 Pilot Travel Centers.xls.xls | | | | | |
| 553 | | Suncor_WCS 00043548 Southern Counties Oil.xls.xls | | | | | |
| 554 | | Suncor_WCS 00043549 Western Petroleum Co.xls.xls | | | | | |
| 555 | | Suncor_WCS 00043550 Western Petroleum Inc.xls.XLS | | | | | |
| 556 | | Suncor_WCS 00043551 Truman Arnold.xls.xls | | | | | |
| 557 | | Suncor_WCS 00043552 Sapp Bros Inc.xls.XLS | | | | | |
| 558 | | Suncor_WCS 00043553 Formula List.xls.xls | | | | | |
| 559 | | Suncor_WCS 00044923 MiniMart 2010-2011.xlsx | | | | | |
| 560 | | Suncor_WCS 00044924 WCS 2008.xlsx | | | | | |
| 561 | | Suncor_WCS 00044925 WCS 2009-2011.xlsx | | | | | |
| 562 | | Suncor_WCS 00044926 Dillon Companies 2008.xlsx | | | | | |
| 563 | | Suncor_WCS 00044927 Dillon Companies 2009-2011.xlsx | | | | | |
| 564 | | Table 1-3 Figure 3.xlsx | | | | | |
| 565 | | Table 4 WCS v Kroger Price Comparisons.sas | | | | | |
| 566 | | WCS Fuel Damages Model-Reg Prm Dsl-Supplement Corrected.sas | | | | | |
| 567 | | WCS Fuel Damages Model-Reg Prm Dsl-Supplement.sas | | | | | |
| 568 | | wcsregdata.sas7bdat | | | | | |
| 569 | | Kroger/Loaf 'n'Jug/King Soopers web sites | | | | | |
| 570 | | Picture of WCS Store in Colorado Springs next to 7-11 | | | | | |
| 571 | | Papers and books referenced in expert reports/affidavits | | | | | |
| 572 | | NACS Survey - Consumer Fuels Report 2011 | | | | | |
| 573 | | All references cited in expert reports/affidavits | | | | | |
| 574 | | Econometrics - Intriligator | | | | | |
| 575 | | Econometrics - Bloom | | | | | |
| 576 | | Econometrics - Wooldridge | | | | | |
| 577 | | Econometric Models - Pindyck and Rubinfeld | | | | | |
| 578 | | Malcolm Burns - The Analysis of Secondary Line Injury and Damages - 58 UMKC Law Review 1 | | | | | |
| 579 | | Affidavit of Keith Leffler in Hasbrouck v. Texaco | | | | | |
| 580 | | Kroger: the King of Consistency - RetailingToday | | | | | |
| 581 | | Plaintiff's Price Surveys | | | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Case No. 11-cv-01611-MSK-CBS                                                                                          Date: October 23, 2013

Case Title: Western Convenience Stores, Inc. v. Suncor Energy (U.S.A.) Inc.

JOINT EXHIBIT LIST

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| | | **Griffin Exhibits** | | | | | |
| 600 | | Exhibit 10 – Chart from Griffin's Expert Report (Western Purchases from Suncor as a Percentage of Total Purchases for Colorado Designation Sites) | | | | | |
| 601 | | Tabulation of Griffin Exhibit 10 – WCS Purchase from Suncor | | | | | |
| 602 | | Exhibit 11 – Chart from Griffin's Expert Report (Number of Suppliers Selling Unleaded Fuel to WCS) | | | | | |
| 603 | | Appendix D (Calendars) to Glick/Tatos Expert Report | | | | | |
| 604 | | Exhibit 3 – Chart from Griffin's Expert Report (Unexplained Error in Simple Kroger Retail Price Regression) | | | | | |
| 605 | | Figure 2 from Griffin's Expert Rebuttal Report (A Hypothetical Example of Injury) | | | | | |
| 606 | | Figure 1 from Griffin's Expert Rebuttal Report (A Hypothetical Example of No Injury) | | | | | |
| 607 | | Exhibit 5 – Table from Griffin's Expert Report (Test 1: Pricing Behavior of WCS, Kroger and Other Companies) | | | | | |
| 608 | | Exhibit 6 – Table from Griffin's Expert Report (Test 2: Effect of Suncor Contracts on Kroger's Retail Pricing) | | | | | |
| 609 | | Exhibit 7 – Table from Griffin's Expert Report (Test 2: Kroger Pricing Behavior Pre and Post Suncor Contract) | | | | | |
| 610 | | Appendix's 8-1 thru 8-26 from Griffin's Expert Report | | | | | |
| 611 | | Exhibit 4 – Chart from Griffin's Expert Report (Denver Price Differences: Suncor Unbranded Rack-OPIS Rack Average) | | | | | |
| 612 | | Table 1 from Griffin's Expert Rebuttal Report (Comparison of Damage Calculations: WCS Store 143 Regular Unleaded) | | | | | |
| 613 | | Figure 3 from Griffin's Expert Rebuttal Report (Glick/Tatos vs. Corrected Damages Estimates: WCS Store 143 Regular Unleaded) | | | | | |
| 614 | | Table 2 from Griffin's Expert Rebuttal Report (Frequency of Days When WCS Got a Better Price) | | | | | |
| 615 | | Table 3 from Griffin's Expert Rebuttal Report | | | | | |
| 616 | | Table 4 from Griffin's Expert Rebuttal Report (Cost Comparison Based on Actual Volumes: WCS Price vs. Kroger Price) | | | | | |
| 617 | | Table on page 12 of Glick/Tatos Expert Report (WCS Stores that Compete with King Soopers) | | | | | |
| 618 | | Table on page 13 of Glick/Tatos Expert Report (WCS Stores that Compete with Loaf 'N Jug) | | | | | |
| 619 | | Table on page 19 of Glick/Tatos Expert Report (Total Damages by Store Number and Fuel Grade) | | | | | |
| 620 | | Table on page 20 of Glick/Tatos Expert Report | | | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Case No. 11-cv-01611-MSK-CBS                                                                                                          Date: October 23, 2013

Case Title: Western Convenience Stores, Inc. v. Suncor Energy (U.S.A.) Inc.

**JOINT EXHIBIT LIST**

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 621 | | Table from Glick/Tatos Supplemental Report (Profits Lost by Western Convenience Stores) | | | | | |
| 622 | | Exhibit 1 – Table from Griffin's Expert Report (Glick/Tatos Regression Model without Symmetry Restrictions, Regular Gasoline) | | | | | |
| 623 | | Exhibit 2 – Table from Griffin's Expert Report (Glick/Tatos Regression Model with Retail Prices, Regular Gasoline) | | | | | |
| 624 | | Appendix C from Griffin's Expert Report (Glick/Tatos Regression Model without Symmetry Restriction, Mid-Grade) | | | | | |
| 625 | | Appendix D from Griffin's Expert Report (Glick/Tatos Regression Model without Symmetry Restriction, Premium Gasoline) | | | | | |
| 626 | | Appendix E from Griffin's Expert Report (Glick/Tatos Regression Model without Symmetry Restrictions, Diesel) | | | | | |
| 627 | | Various Google Site Maps | | | | | |
| 628 | | Resume of James M. Griffin | | | | | |
| | | **Other** | | | | | |
| 700 | | Demonstrative Exhibits | | | | | |
| 800 | | Any documents necessary for impeachment | | | | | |
| 900 | | Any documents necessary for rebuttal | | | | | |

\* The parties have agreed not to list rebuttal and demonstrative exhibits.