# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### CHIEF JUDGE MARCIA S. KRIEGER

Courtroom Deputy: Kathleen Finney  
Court Reporter: Terri Lindblom  

Date: October 30, 2013

Civil Action No. 11-cv-01611-MSK-CBS

*Parties*:   *Counsel Appearing:*

WESTERN CONVENIENCE STORES, INC,   Kenneth Bennington  
  a Colorado corporation,   Kathleen Craigmile  
       Philip Bledsoe  

    Plaintiff,  
v.

SUNCOR ENERGY (U.S.A.) INC,   Anthony Shaheen  
  a Delaware corporation,   Michael Korenblat  
       William Monts, III  

    Defendant,

DILLON COMPANIES, INC.,   Michael McCormick

    Interested Party.

---

## COURTROOM MINUTES

HEARING: Final Pretrial Conference.

**3:05 p.m.**     **Court in session.**

Parties are present. Also present at plaintiff's table is Hossein Taraghi, and present at defendant's table is Steve Ewing.

Review of the proposed final pretrial order.

**ORDER:**     Parties shall meet and confer to stipulate to material undisputed facts.

        Revised final pretrial order to be submitted on or before **November 20, 2013.**

        A further Final Pretrial Conference is set for **November 20, 2013 at 4:00 p.m.**

**4:04 p.m.**     **Court in recess.**

**Total Time:** 59 minutes.  
**Hearing concluded.**