**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation,

    Plaintiff,

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Defendant,

v.

HOSSEIN AND DEBRA LYNN TARAGHI,

    Third-Party Defendants.

---

**NOTICE OF UNRESTRICTED FILING OF PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON FIRST AND SIXTH CLAIMS FOR RELIEF AND THIRD AFFIRMATIVE DEFENSE AND EXHIBITS THERETO (DOC. 198, et. seq.)**

---

Pursuant to the Court's oral orders of October 30, 2013, Plaintiff Western Convenience Stores, Inc., by and through its undersigned counsel, submits for public access unrestricted and, where appropriate, redacted versions of *Plaintiffs' Response to Defendant's Motion for Summary Judgment on First and Sixth Claims for Relief and Third Affirmative Defense* and the exhibits thereto (originally filed at Doc. 198, et. seq.) previously filed with the Court as restricted. The resubmitted documents are submitted concurrently herewith as attachments.

Dated:  November 18, 2013.                    *s/ Kenneth R. Bennington*

                                    Kenneth R. Bennington
Kathleen E. Craigmile
Adam F. Aldrich
BENNINGTON JOHNSON
BIERMANN & CRAIGMILE, LLC
370 17th Street, Suite 3500
Denver, CO 80202

Philip W. Bledsoe
Joseph T. VanLandingham
Polsinelli Shughart PC
1225 Seventeenth Street, 29th Floor
Denver, CO  80202-5529
Telephone:  (303) 572-9300

*Attorneys for Plaintiff and Third-Party Defendants*

**11-cv-01611-MSK-CBS:  NOTICE OF UNRESTRICTED FILING OF PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON FIRST AND SIXTH CLAIMS FOR RELIEF AND THIRD AFFIRMATIVE DEFENSE AND EXHIBITS THERETO (DOC. 198, et. seq.)**

Page 2

## CERTIFICATE OF SERVICE

I hereby certify that, on November 18, 2013, copies of the foregoing **NOTICE OF UNRESTRICTED FILING OF PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON FIRST AND SIXTH CLAIMS FOR RELIEF AND THIRD AFFIRMATIVE DEFENSE AND EXHIBITS THERETO (DOC. 198, et. seq.)** were served on the following parties via the CM/ECF filing system:

Anthony J. Shaheen
Keeya M. Jeffrey
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 80201-8749
AJShaheen@hollandhart.com
KMJeffrey@hollandhart.com

Philip W. Bledsoe
Joseph T. VanLandingham
Polsinelli Shughart PC
1225 Seventeenth Street, 29th Floor
Denver, CO  80202-5529
pbledsoe@polsinelli.com
jvanlandingham@polsinelli.com

J. Robert Robertson
William L. Monts III
Hogan Lovells US LLP
555 Thirteenth Street, N.W.
Washington, D.C.  20004-1109
robby.robertson@hoganlovells.com
william.monts@hoganlovells.com

Christopher A. Taravella
Michael R. McCormick
Montgomery Little & Soran, P.C.
5445 DTC Parkway, Suite 800
Greenwood Village, CO 80111
ctaravella@montgomerylittle.com
mmccormick@montgomerylittle.com

*s/ Marie Newberger*