IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation,
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs,

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Defendant,

v.

HOSSEIN AND DEBRA LYNN TARAGHI,

    Third-Party Defendants.

## DECLARATION OF HOSSEIN TARAGHI

Hossein Taraghi, pursuant to 28 U.S.C. Section 1746, states as follows:

1.    I am over the age of 18 and have personal knowledge of the matters set forth in this declaration.

2.    I am the Chief Executive Officer and an owner of both of the above-named Plaintiffs, Western Convenience Stores, Inc. ("Western") and Western Truck One, LLC ("WTO"). I have had principal responsibility for running both of these entities since they were formed (Western in 1989, and WTO in 2002). I am familiar with all of the operations of both Western and WTO.

**Exhibit 1**

3. Western operates retail convenience stores in Colorado and Nebraska. Western sells as its principal product gasoline and diesel fuel. It also sells convenience store items and, at some locations, car washes or similar services. I founded Western after working at a 7-11 during college at the University of Southern Colorado in Pueblo and after a year working for Bradley Petroleum after I graduated. I opened Western's first store in 1989 in Aurora, Colorado. Today, Western has 42 stores of which 39 are located throughout Colorado and three are in the Nebraska Panhandle. WTO is a trucking company that I formed to transport fuel from suppliers' terminals to the Western convenience stores. WTO transports fuel 24 hours per day, 7 days per week, from the fuel supply terminals to our stores in Colorado and Nebraska.

4. Suncor Energy (U.S.A.), Inc. ("Suncor") is a refiner and supplier of gasoline and diesel based in Colorado. Suncor operates the only refineries in Colorado, an "east plant" refinery and a "west plant" refinery which are located on either side of Brighton Boulevard in Commerce City. Western did business for many years with Suncor, and I considered it our primary supplier until Suncor terminated supply to Western in May 2011. During the period in which Western was buying fuel from Suncor, Suncor sold fuel 24 hours a day and 7 days a week. Suncor sells fuel from its own terminals located at the Suncor refinery in Commerce City (the east rack and the west rack), from a terminal it operates in Grand Junction, from terminals operated by Rocky Mountain Pipeline System in Fountain (just south of Colorado Springs) and in Dupont (just outside of Commerce City), and from a terminal run by a third party in Fruita (northwest of Grand Junction). Western has purchased Fuel from Suncor at all of these terminals.

5. Suncor refines and sells both unbranded fuel (which is sometimes referred to as generic fuel or "G" Fuel) that contains additives required to meet minimum government

specifications. Suncor also sells branded fuel for Shell and Phillips 66. It also runs many of its own Shell and Phillips 66 stations, some of which compete with Western's stores. Western purchased only unbranded gasoline and diesel from Suncor. In the industry, unbranded gasoline and diesel fuel are considered fungible commodities. This means there is no commercial difference between the gasoline or diesel of particular grades that are sold by different refiners. Thus, the unbranded fuel that we purchased from Suncor is considered to be interchangeable with the unbranded fuel we purchased from other refiners such as Sinclair, HollyFrontier and Valero.

6. Western's primary contact at Suncor from 2007 to the date Suncor terminated supply to Western was Steve Moss, who was the Suncor manager of unbranded sales. I had many, many meetings over the years with Mr. Moss and he participated in almost all of our communications with Suncor about contract or other important issues. We also occasionally worked with Mr. Moss's direct Managers, Don Smith, then Kendall Carbone and then Steve Ewing, who was the manager at Suncor who terminated our supply.

7. The retail market for fuel in Colorado and in our Nebraska markets is extremely competitive. It is my experience with nearly all of Western's stores that a significant portion of consumers make buying decisions based on very small differences (one to two cents per gallon) in the retail price of gas and diesel. Likewise, very small changes in Western's wholesale price influence Western's retail price. For example, when Western gets lower wholesale prices, we offer lower prices to our customers to try to drive up sales. When a supplier changes its per gallon price by even a small amount (i.e. even .25 cent to .5 cents), that has an impact on retail pricing and we consider it to be significant.

8. Western is known in the gasoline industry as a discounter. We sell millions of gallons of gasoline and diesel every month to customers at prices that generally are at or below prices that are offered by other retailers. We check competitors' fuel prices at least once and sometimes multiple times per day for each of our stores.

9. The retail gas industry generally has very low profit margins, and Western is not an exception. Western has a low margin on fuel which we try to make up with high volumes of fuel sales as well as higher margins on convenience store purchases and car washes.

10. Based on my observations of our competitors' pricing over the years, I can generally sense when competitors are purchasing fuel at lower prices than Western is. As I testified in my deposition, when this occurred early on and I called Suncor on it, Suncor would give Western a discount to bring us in line with the other purchasers. This occurred with Don Smith, Mr. Moss's first Suncor manager, whom I called to request the same discount that I thought a competitor was receiving. Don told me the reason we hadn't been given the discount was that I hadn't called to ask for it. Then he told me "now that you've called, you can have it." In 2011, I again could sense that our competitors, including Shell and Kroger, were getting a discount Western wasn't getting. When I complained to Steve Moss and his boss Steve Ewing, they admitted that the branded customers were getting a 10 cents per gallon discount for branded fuel. They did not tell me anything about the pricing to Kroger and never reduced the prices Suncor was charging Western for unbranded fuel.

11. From late 2009 to the present, Kroger has been a major competitor for Western and probably its closest competitor. Western competes not only with King Soopers and City Markets in some of its markets, but also competes extensively with Loaf N Jug, particularly in

southern Colorado. In some cases, a single Western store competes with multiple Kroger stores and in some cases, a competing Kroger store is right across the street from a Western store.

12. In 2008 and 2009, Western bought most of its fuel from Suncor. In 2010 and 2011, our fuel purchasing needs never decreased and we continued to want to purchase, as much as possible, our fuel supply from Suncor. In late 2010 and 2011, Suncor started cutting Western back to lower volumes and allocating Western to fuel purchase amounts that were less than what we understood Suncor had committed to sell us. In 2011, this included cutting Western off from fuel purchases on Fridays for weekend sales and then not opening us back up for sales until we made many calls to complain. Although Suncor reduced sales to Western, we still continued to purchase as much fuel as we could from them. From 2008 through May 2011, we consistently purchased fuel from Suncor, frequently on a daily basis. With few exceptions, these purchases were taken by our trucks directly to our retail stores to meet daily customer demand and, at some of our stores, we had to replenish our fuel supplies multiple times per day.

13. Under our contract with Suncor, Western had a $3,000,000 credit line and 10 days to pay for fuel purchases. Western was consistently under its credit limits and we never had any significant payment issues. However, in May 2011, Steve Ewing of Suncor abruptly revoked the $3,000,000 credit line and Net-10 sales terms and terminated all Suncor supply to Western. At that time, we had just agreed to a 12-month confirmation to purchase fuel from Suncor under the same terms that we had been purchasing.

14. In this industry, when a supplier terminates a relationship, it doesn't simply cut off credit and sales to a customer. Instead, it gradually reduces credit and payment terms so that the customer can pay for the outstanding fuel purchases prior to termination. By immediately

revoking all of Western's credit and the Net-10 terms, Suncor knew it would be impossible for Western to pay for fuel deliveries made immediately prior to the cutoff. When Suncor terminated supply to Western, it did not just terminate Western's direct sales. It also revoked all access by Western or WTO to any Suncor fuel terminal, preventing us from taking delivery of fuel purchased at those terminals not only from Suncor but also from middlemen marketers such as Offen Petroleum, Inc., Sapp Bros., Inc. and DATS Trucking, Inc. This access to Suncor Fuel via middlemen was of particular importance to Western as Suncor would impose allocations limiting the amount of Fuel that Western could purchase directly from Suncor. When allocations occurred, Western could still obtain Fuel from middlemen to make up for consumer demand that Suncor would not supply directly. Revocation of access to the Suncor terminals prevented WTO from fulfilling its agreements with Western as its sole transporter of fuel to Western Convenience Stores.

15. There was no reason for Suncor to terminate WTO's terminal access for the purchase of fuel through middlemen. The price for the fuel and fee for using the terminal are paid entirely by them. Therefore, Suncor does not depend at all on the credit of the ultimate purchaser (i.e. Western) or the trucking company (i.e. WTO) to be paid for the use of the terminal. When a middleman delivers fuel to its own buyers via a Suncor terminal, the fee paid by the marketer creates revenue to Suncor for the use of the terminal. There was no reason for Suncor to terminate our access other than to punish Western or to eliminate competition by Western with Suncor or its other customers.

16. In the Rocky Mountain market, wholesale prices for a specific grades of fuel delivered at a particular terminal are usually based on the supplier's "Rack" price (such as

Suncor U Rack ( same as Suncor Unbranded Rack)) or an industry average price such as the OPIS Denver average for a particular date less a stated cents per gallon ("cpg") amount. Up until February 2009, most of the fuel that Western purchased from Suncor was clear fuel that was purchased in large pipeline batches from the Rocky Mountain Pipeline terminal located in Dupont and Fountain. At that time, Western and Offen Petroleum were working with Rocky Mountain Pipeline to blend clear gasoline purchased from Suncor with natural gasoline for resale. It is my recollection that, in conversations with Steve Moss during that period, he gave Western the option of basing the pricing for the pipeline purchases off of the OPIS rack. However, I believe that Suncor and Western never actually used a price based on OPIS for these purchases and that all of the purchases were based off of the Suncor rack price. In February 2009, Western, Offen and Rocky Mountain Pipeline stopped the blending because the EPA asserted that we did not have the proper permits. After February 2009, all of our purchases from Suncor were, to my recollection, based on the Suncor unbranded rack price. In addition, with some limited exceptions when Suncor sold us fuel at reduced prices when the Suncor supply was high, it was my understanding that Western received the Suncor standard price for unbranded customers. At the time Suncor terminated the supply to Western, these prices were Suncor Unbranded Rack less 4.5 cpg for E-10 gasoline and Suncor Unbranded Rack less 4 cpg for #2 diesel. After Western stopped the blending in February 2009, I do not ever recall Suncor giving Western the option to price off of the OPIS rack.

17. None of Western's contracts with Suncor required that the fuel we purchased from Suncor be fuel refined by Suncor. We simply contracted to purchase unbranded fuel. When Western purchased gasoline and diesel from the Suncor terminals in Commerce City, I

understood that we could be getting fuel that was refined by someone other than Suncor, such as Valero, ConocoPhillips, Exxon or Holly Frontier, all of which pipe fuel into the Denver market. It was my understanding that Suncor had to sell fuel refined by someone other than itself during certain periods such as when there were maintenance turnarounds at the Suncor refinery or when the fuel supply was short, which frequently occurs in the summer. When Western took delivery of Suncor fuel at the Rocky Mountain Pipeline terminals in Fountain and Dupont, we understood it was very likely that the fuel we actually purchased was not refined by Suncor. Those pipelines are fed by many refiners other than Suncor and we understood that we were simply purchasing fungible unbranded gasoline or diesel, not specific products refined by Suncor. A substantial portion of Western's business with Suncor was done through the Fountain and Dupont terminals. Any fuel not refined by Suncor was necessarily refined out of state as Suncor has the only refineries in Colorado.

18. The unbranded gasoline purchased from Suncor or other suppliers contains very small amounts of additives required by the government, while the E-10 gasoline products contain 10% ethanol. The additives and ethanol are not refined or blended with the gasoline at the refinery. Rather, when our trucks pull up to the bay at a terminal, the gasoline and the specified amounts of additives and ethanol are pumped into the trucks at the same time. Diesel fuel does not contain ethanol or additives similar to gasoline, and there is no blending of diesel with additives, even as the diesel enters the truck.

19. Substantial amounts of the fuel Western purchased from Suncor were delivered to our stores in Nebraska for sale to consumers. As is the case with our other stores, the fuel

transported to the Nebraska stores was sold as quickly as possible at retail and replenished whenever the supplies ran out, sometimes daily or several times per week.

20. Suncor revoked Western's credit terms, terminated Western's fuel supply and cut off WTO's access to the Suncor terminals shortly after a meeting that we had with Steve Ewing and others at Suncor on May 18, 2011. The purpose of that meeting was to discuss Western's relationship with Suncor going forward since we had reached an agreement for a year-long supply confirmation. At that meeting, I again raised my concerns that Suncor was giving my competitors better pricing than Western was receiving. We also briefly discussed a recent consent decree between the EPA, Rocky Mountain Pipeline, Offen Petroleum and Western regarding the blending at the Rocky Mountain Pipeline facility that Rocky Mountain, Offen and Western had been doing prior to February 2009. The issues did not involve Suncor terminals and Suncor was only somewhat interested at the meeting in the financial impact of the $2.5 million fine, which was an element of the settlement with the EPA. I explained that the EPA had focused primarily on Rocky Mountain's terminals where the blending had occurred, that Rocky Mountain would be paying the entire fine to the EPA, that Western eventually would be liable to reimburse some fraction of the fine to Rocky Mountain, and that the reimbursement would occur sometime in the future after the public comment period and after the court approved the consent decree. At my direction and before our supply and terminal access were cut off, Suncor was informed that Rocky Mountain Pipeline had paid the fine.

21. Suncor never informed me of the prices that it was charging Kroger for fuel sold to King Soopers and Loaf N Jug, including how many cents per gallon discount it was giving

to Kroger or what rack price it was using as the base for its pricing. I did not ever know this information or have any means to obtain this information. To this day, I do not know what prices Suncor charged Kroger for fuel or what discounts Suncor gave to Kroger because I understand both Suncor and Kroger continue to consider this information to be secret.

22. I have made this declaration in support of Plaintiffs' Responses to Defendant's Motions for Summary Judgment ("Responses"). It is my understanding that the Suncor's motion for summary judgment on the Western's price discrimination claims as well as all of its exhibits, have been filed under seal because Suncor and Kroger have designated information in the motion and the exhibits as either "Highly Confidential" or "Secret." This means that neither I, nor anyone else within Western or WTO, can have access to the motion or any of the exhibits and our attorneys cannot tell me the contents of the motion or exhibits. I also understand that I cannot see Western's own Response to that motion or most of the exhibits because they contain information that Suncor and Kroger have designated as Highly Confidential.

23. I strongly believe that the fact that I have not been able to see the motion, the Response or the exhibits hampers Western's ability to respond to Suncor's motion, which seeks dismissal of Western's case. I understand that Western's counsel have opposed the sealing of the motion and exhibits. If I am permitted by the Court to review the motion and exhibits, I believe it is likely that I will be able to provide information relevant to the arguments. Therefore, I request that opportunity as well as the opportunity for Western to submit additional information after my review.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 13, 2013.

*s/ Hossein Taraghi*
_____
Hossein Taraghi

Case 1:11-cv-01611-MSK-CBS Document 268-2 Filed 03/18/13 USDC Colorado Page 11 of 11