### Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation, WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

Plaintiffs,

vs.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

Defendant.

vs.

HOSSEIN AND DEBRA LYNN TARAGHI,

Third-Party Defendants.

----------------------------------------------------

DEPOSITION OF HOSSEIN TARAGHI
January 23, 2013
(CONTAINS TESTIMONY DESIGNATED HIGHLY CONFIDENTIAL)

----------------------------------------------------

Deposition location:
555-17th Street, Suite 3200
Denver, Colorado

APPEARANCES:
KENNETH R. BENNINGTON, ESQ.
BENNINGTON JOHNSON BIERMANN &
CRAIGMILE, LLC
370-17th Street, Suite 3500
Denver, Colorado 80202
and

### Page 2

PHILIP W. BLEDSOE, ESQ.
POLSINELLI SHUGHART, P.C.
1515 Wynkoop Street
Suite 600
Denver, Colorado 80202
    For the Plaintiffs.

ANTHONY J. SHAHEEN, ESQ.
HOLLAND & HART, LLP
555-17th Street
Suite 3200
Denver, Colorado 80202
    For the Defendant.

ALSO PRESENT: RICHARD WEHRLE
              STEVE EWING
              MICHAEL KORENBLAT

The deposition of HOSSEIN TARAGHI, called for examination by the Defendants, was taken in the offices of HOLLAND & HART, LLP, 555-17th Street, Suite 3200, Denver, Colorado, commencing at 9:07 a.m. on January 23, 2013, before Patricia M. Wrede of Avery/Woods Reporting Service, Inc., 455 Sherman Street, Suite 250, Denver, Colorado 80203, a Registered Professional Reporter and a Notary Public in and for the State of Colorado, pursuant to the Federal Rules of Civil Procedure.

**************

### Page 3

INDEX OF EXAMINATION
                                          PAGE
EXAMINATION BY MR. SHAHEEN                 4

INDEX OF EXHIBITS MARKED/REFERRED TO
EXHIBIT NO.                           PAGE NO.
Deposition Exhibit No. 31                156
  (Contracts)
Deposition Exhibit No. 143               164
  (7-19-11 E-Mail, Wehrle to Taraghi)
Deposition Exhibit No. 144               164
  (Dispatch Sheet 7-29-11 through 8-1-11)
Deposition Exhibit No. 153                25
  (Taraghi Declaration)
Deposition Exhibit No. 154                29
  (Transcript of 9-28-11 Motions Hearing)
Deposition Exhibit No. 155                63
  (WCS Corporate Fact Sheet)
Deposition Exhibit No. 156               104
  (Daily Survey)
Deposition Exhibit No. 157               106
  (Store List)
Deposition Exhibit No. 158               141
  (April 2011 Price Surveys)
Deposition Exhibit No. 159               175
  (WCS Fuel Margins July '07-June '10)
Deposition Exhibit No. 160               189
  (WCS Same Store Sales FY 2007, 2008, 2009)
Deposition Exhibit No. 161               228
  (Amended Complaint)

### Page 4

        HOSSEIN TARAGHI,
being first duly sworn to state the truth, the whole truth and nothing but the truth, testified on oath as follows:

        EXAMINATION

Q. (BY MR. SHAHEEN) Good morning, Mr. Taraghi.

A. Good morning.

Q. As you know, I'm Tony Shaheen, and I represent Suncor. We've met before.

A. Yes.

Q. Are you feeling better, by the way?

A. Yep, a little bit.

Q. You still don't have the flu, do you?

A. **I don't have a flu. It was just dry air, kind of got to my sinuses, and I still have it a little bit, but I'm good.**

Q. Okay. Let me ask you just a couple favors out of you so we can make this go smoother. If I ask you a question that you don't understand for whatever reason, I don't care what the reason is, but if I ask you something you don't understand, will you stop me and say "I don't understand it," and we'll try to work our way through it?

A. Sure I do.

Exhibit 2         1 (Pages 1 to 4)

Page 5

1  Q. And the other thing is, as you know,
2 because you were at Mr. Ewing's deposition, we have
3 some Highly Confidential documents, and so from time
4 to time people may be asked to leave the room. But I
5 want to ask you something. If I ask you a
6 question -- and this actually happened during the
7 deposition of Chris Wehrle -- if I ask you a question
8 that you're uncomfortable answering because Mike
9 Korenblat or Steve Ewing are in the room, you can
10 tell me that so I can stop and we'll try and work it
11 out. Okay?
12  A. Yes.
13  Q. Because what I want from you,
14 Mr. Taraghi, is your full and complete answers, and I
15 don't want to hear later from you that "I was not
16 comfortable answering that question with Korenblat or
17 Ewing in the room." Fair enough?
18  A. Fair enough.
19  Q. The last thing is, it's the last
20 definition I used with Chris Wehrle, and that is, as
21 the lawyers know, discount has a lot of different
22 meanings, or so it seems. So when I use the word
23 "discount" in asking you a question, what I mean is
24 the cents off that appears in the contract, and when
25 I want to use a special discount or off contract

Page 6

1 discount, I'll say that, special discount or off
2 contract discount. Is that okay?
3  A. It's okay.
4  Q. So tell me a little bit about yourself.
5 I don't care how old you are, but your educational
6 background. What did you do before you started
7 Western Convenience in 1989 or so?
8  A. I worked for 7-Eleven for seven years.
9 First I went to school. I graduated from University
10 of Southern Colorado. I have a bachelor degree,
11 bachelor of science in civil engineering, and I -- at
12 this time I was going to school I was working for
13 7-Eleven as a clerk, and then I worked for them for
14 seven years. After that I worked for Bradley
15 Petroleum for one year. And then I went to my own --
16 I opened my first store.
17  Q. In 1989?
18  A. In 1989. April 1989.
19  Q. Where was your first store?
20  A. Chambers and Mexico.
21  Q. What happened to your civil engineering
22 degree?
23  A. It's still with me.
24  Q. Ever use it?
25  A. No, never use it. I'm using it like

Page 7

1 education. I mean, it's always using it.
2  Q. So when you were working for 7-Eleven
3 in that seven-year period, I guess it was, what did
4 you do for them?
5  A. I started as a clerk because I was
6 going to school, and then I become store manager, I
7 become a field manager.
8  Q. As a store manager what did you do?
9  A. I was in charge of store. One store.
10  Q. One store?
11  A. Yeah.
12  Q. Did the store that you were in charge
13 of, did that have gas pumps?
14  A. Yes.
15  Q. And so you were in charge of both the
16 inside sales, the retail sales, and the gas sales?
17  A. Correct.
18  Q. And then you became field manager?
19  A. Field manager.
20  Q. What did you do as a field manager?
21  A. Started out with four stores and I end
22 up with eight stores, in charge of eight stores.
23 Just a territory.
24  Q. Where was your territory?
25  A. I mean, I was a few places. We rotated

Page 8

1 different place. I was in downtown area, Federal
2 area, Commerce City, Brighton. Those are the stuff I
3 remember right now.
4  Q. What made you start Western
5 Convenience?
6  A. I thought I was ready.
7  Q. I'm sorry?
8  A. I thought I was ready.
9  Q. What do you mean by "I thought I was
10 ready"?
11  A. Ready to go my own.
12  Q. And start your own convenience store
13 and gas stations?
14  A. First store, yes.
15  Q. When you started, you knew you'd be in
16 competition with 7-Eleven, right?
17  A. Correct.
18  Q. And when you were working for 7-Eleven,
19 who were 7-Eleven's competitors?
20  A. Who were 7-Eleven competitors?
21  Q. Yes. When you were the store manager,
22 then the field manager, who were 7-Eleven's
23 competitors for selling gasoline?
24  A. I mean, Circle K at the time, they were
25 pretty big competitors for 7-Eleven at that time.

HOSSEIN TARAGHI - JANUARY 23, 2013

Page 9

1  Q. Circle K. Anybody else?
2  A. Circle K. And Roadrunners. Right now
3  some of them are Valero. Because there are a lot
4  of -- yeah, at the time was Roadrunner, Circle K, and
5  those are what I remember right now.
6  Q. What did you do for Bradley Petroleum?
7  A. I did the same thing.
8  Q. Same thing? Did you manage a store?
9  A. No, I didn't manage a store. I was
10 field manager.
11 Q. So when you started 7-Eleven -- or
12 pardon me, Western Convenience, why did you think you
13 would be successful?
14 A. I just started. I mean, I started. I
15 didn't know at the time what's going to happen. I
16 just started.
17 Q. Well, you took a risk.
18 A. Of course.
19 Q. You quit your job?
20 A. I mean, I just opened it. I thought I
21 can do it and I just kept doing it.
22 Q. Did you think you could do it better
23 than 7-Eleven was doing it?
24 A. You know, I wasn't thinking anything
25 that way, but I thought, you know, I can go into the

Page 10

1  business to see what happens. I thought I could
2  survive.
3  Q. I compliment you on that.
4  A. Yeah.
5  Q. Because --
6  A. Yeah, you can never know. It's just
7  something that you think that's what you're going to
8  do, and you just go ahead with it.
9  Q. Well, were there things that you saw
10 when you were working for Bradley and 7-Eleven before
11 that that you said to yourself I can do this better
12 with my own stores and make money?
13 A. I didn't think that way. I thought I
14 can do it. I just -- I'm just going to go open my
15 first store and take that risk and see how it goes.
16 Q. Back in '89 when you started your first
17 Western Convenience store, was the retail market for
18 gasoline, was it -- would you describe it as
19 competitive?
20 A. It was competitive. It's always been
21 competitive.
22 Q. Was it more competitive let's say in
23 2011 than it was back in 1989 when you jumped in the
24 water so to speak and started your first store?
25 A. I mean, it gets different. It is

Page 11

1  competitive, but I don't know how to explain it.
2  It's different.
3  Q. How is --
4  A. It changes as it goes. I mean, people
5  changes, and everybody just try to -- there's a piece
6  of pie, everybody tries to get the biggest piece they
7  can, I mean, I guess. That's what it is. Everybody
8  just tries differently, different way. And that's
9  how you try in business, try to do it the best you
10 can.
11 Q. And did Western Convenience have a
12 different way of trying to get that piece of the pie,
13 as you said?
14 A. I mean, it was just my philosophy that
15 was -- I was using me and my philosophy try to do
16 what I can to survive.
17 Q. You must have done all right. You have
18 a home in Cherry Hills if I recollect correctly.
19 A. Yes, I do.
20 Q. You have a jet I think?
21 A. Yes, I do.
22 Q. So what was your philosophy?
23 A. To leave -- you know, I had a standard,
24 and I was just trying to meet my standards.
25 Q. What was your standard?

Page 12

1  A. To excel myself.
2  Q. What do you mean excel yourself?
3  A. In daily basis just be better. Today
4  be better than tomorrow. Tomorrow better than -- I
5  mean, just keep on getting better and get better
6  every day.
7  Q. You sound a bit like Peyton Manning.
8  A. That's what it is really. That's
9  exactly what it is. We try to get better, today
10 better than tomorrow or tomorrow better than -- I
11 mean, you just have to -- that's what we strive to
12 do.
13 Q. I'm trying to put some flesh on that,
14 Mr. Taraghi.
15 A. M-hm.
16 Q. Because obviously you've been
17 successful. You have 42 stores today?
18 A. That's correct.
19 Q. When you say "we try to get better
20 every day," you mean make more money? Be more
21 customer oriented? What do you mean by --
22 A. Everything. It's not one. Every piece
23 you get better. You get better in customer service,
24 you better skill yourself, you better compete. I
25 mean, you just -- just do what you can do to better

Page 25

1   A.  Yes, I do.
2   Q.  There's a Shell station at the corner
3   of Orchard and University.  Do you know what I'm
4   talking about?
5   A.  Yes, I do.
6   Q.  Would that be a good location for a
7   Western Convenience store?
8   A.  Sure it would be.
9   Q.  Have you ever thought of putting one in
10  Cherry Hills?  Western Convenience --
11  A.  That's why I said I don't do that.  I
12  buy existing.  Now, if that was for sale, I go there;
13  if it fits in my budget, I'll buy it.
14  Q.  Do you have any Western Convenience
15  stores in neighborhoods like at University and
16  Orchard?
17  A.  No, I don't.
18      Let me see.  Steamboat would be one.
19      You are just talking about
20  neighborhoods.  Steamboat would probably be the one.
21  Q.  Now, I'm going to ask you a question,
22  so let me --
23      (Whereupon, Deposition Exhibit 153 was
24  marked for identification by the reporter.)
25  Q.  Mr. Taraghi, I've handed you what's

Page 26

1   been marked as Exhibit 153 and it's entitled
2   Declaration of Hossein Taraghi.
3       Do you remember making this
4   declaration?
5   A.  Can I have a minute, please?
6   Q.  Certainly.  You can have as much time
7   as you need whenever I hand you a document.
8   A.  I've read it.
9   Q.  Have you seen it before?
10  A.  Yes.
11  Q.  Did you draft it, write it?
12  A.  Yes.
13      I mean, I -- I was drafted by my
14  attorney, but I sign it, yes.
15  Q.  You read it and you signed it?
16  A.  Yes.  Yes.
17  Q.  And again, as everyone knows in this
18  proceeding, I can't ask you what you said to
19  Mr. Bledsoe or Ken Bennington, so just be careful,
20  don't tell me what you talked to them about.
21  A.  Okay.
22  Q.  I can ask you stuff as a businessman
23  and what you've done.  Okay?
24  A.  Okay.
25  Q.  Okay.  So you've seen it before?

Page 27

1   A.  I've seen it and signed it, yes.
2   Q.  Let me ask you a question.  On
3   paragraph 3, you say Western -- as set forth in the
4   Complaint, WCS, Western Convenience, is known in the
5   fuel industry as a, quote, discounter.
6       Okay?
7   A.  Okay.
8   Q.  Is discounter how you would describe
9   Western Convenience?  Is that your word?
10  A.  Okay.  It is.
11  Q.  So tell me what you mean by Western
12  Convenience is a discounter.
13  A.  We are very competitive.  That's what
14  they call.
15  Q.  What does it mean from your perspective
16  to be very competitive?
17  A.  Not let people cut me.
18  Q.  What do you mean when you say "not let
19  people cut me"?  What do you mean "cut me"?
20  A.  Which they can be lower than me.
21  Q.  So is it your goal -- and I say you
22  meaning Western Convenience's goal as run by you to
23  be the lowest -- sell gas at the lowest price on the
24  street?
25  A.  Not necessarily.

Page 28

1   Q.  Well, then, what does it mean not to
2   let people cut you?
3   A.  Not be higher than anybody.
4   Q.  Not to be higher.  So if you're not
5   higher, you have to be equal to or lower than
6   everybody.
7   A.  Sometime you can't be lower, but is
8   equal, that's what the key is.
9   Q.  The key is to be equal --
10  A.  Equal, yeah.
11  Q.  Has that always been Western
12  Convenience's philosophy?
13  A.  That's correct.
14  Q.  Is Western Convenience the only store
15  out there in the marketplace that's selling gasoline
16  that you would describe as a discounter?
17  A.  Would you repeat that, please?
18  Q.  Is Western Convenience the only gas
19  station, if you will, or store out there selling gas
20  that you would describe as a discounter?
21  A.  No.
22  Q.  There are others, right?
23  A.  Correct.
24  Q.  And you compete against the other
25  discounters.

Page 33

1  which that month I lost tons of money in order to
2  compete.
3       Q.   That month meaning April of 2011?
4       A.   That was April, yes. It was April was
5  one of the month. It wasn't one month. It was a
6  couple months affected at that time. I mean -- I'm
7  saying that's the time -- that's the month that I
8  found out about it. I mean, but probably there is a
9  lot prior to that, after that, I don't know. But
10 what I found out, answering to your question, yes,
11 and it was affecting me, yes.
12      Q.   Is it fair to say that when you were --
13 you've been observing the street prices of your
14 competitors since you started your first store back
15 in 1989?
16      A.   That's correct.
17      Q.   And so is April or so of 2011 when you
18 starred asking questions of Steve Moss and others
19 about a discount, was that the first time looking at
20 street prices that you thought someone was getting a
21 discount that you weren't getting?
22      A.   No.
23      Q.   When did you think -- when else did you
24 think someone was getting a discount that you weren't
25 getting? And you of course means Western

Page 34

1  Convenience.
2       A.   So your question is broad right now.
3  You have to go month to month, or year before, two
4  years before. Which -- what is your question?
5            In April that was the question. They
6  were giving 10 cents, they weren't giving it to me.
7  Now ask me which months, which year you're talking
8  about.
9       Q.   So let's go back to 2009. Were there
10 any months in 2009 when you observed -- looking at
11 the street prices you thought I think somebody's
12 getting a discount that Western Convenience is not
13 getting?
14      A.   I don't exactly know the year, but I
15 know one time I felt it -- I looked at the price -- I
16 get a lot of prices. I felt somebody was getting
17 more favor than I was. I called Don Smith in Suncor,
18 who used to do the same thing Steve Ewing does, in
19 the same position. I said, you're giving this guy
20 this much money and you are not giving to me. He
21 said, because you didn't call. I said, do I supposed
22 to call for discount? He said, oh, you didn't call.
23 I said, okay, am I going to get it right now? He
24 said, you will get it right now. I said, what
25 happened a few days before? He said, I'm not going

Page 35

1  back but I'm giving you today.
2       Q.   So you got it. You called and got it.
3       A.   But I didn't get it how many days
4  before that he was giving -- he gave it to somebody
5  else. I had to figure out, call, get a discount.
6       Q.   And other than that one instance with
7  Don Smith, do you remember any other time looking at
8  the street prices when you thought to yourself I
9  think somebody's getting a discount that Western
10 Convenience is not getting?
11      A.   Oh, yes. It has. But I am not
12 remember the date. I have called, yes.
13      Q.   And can you tell me when you called?
14      A.   I have to go back and research that. I
15 have called but I don't remember right now. I know
16 those two dates. But the rest of them I've got to go
17 research and find the dates for them.
18      Q.   If you were to go research, what would
19 you do to research? How would you research that?
20      A.   I don't know. I've got to go try to
21 see -- I have to go -- at this time I don't -- I know
22 I have talked to. I don't remember when. I've got
23 to -- I've got to put that together.
24      Q.   And my question is, how would you put
25 that together?

Page 36

1       A.   I have to gather my thought.
2       Q.   Okay.
3       A.   Right now at this time I don't
4  remember.
5       Q.   Do you keep a DayTimer?
6       A.   I keep my calendars. Notes. Stuff
7  like that, yeah.
8       Q.   And do you have your old calendars
9  going back let's say --
10      A.   I don't -- I don't know how much it
11 goes back. That's why I said I can't right now. I
12 don't know how much it goes back. Sometime I throw
13 them away. I don't keep all of it. That's why I
14 don't really remember right now how much I have, how
15 much I can come up with that, but I have to go back
16 and get that to see how much I can get.
17      Q.   So at least what you'd do is you'd go
18 back and look at your old calendars?
19      A.   To see what I can come up with.
20      Q.   And on your old calendars would you
21 mark down like, for example, on this day I called Don
22 Smith to complain about a discount?
23      A.   I don't know.
24      Q.   You don't know.
25      A.   I don't know.

Page 65

1  on this as to when this document was prepared?
2       A.   I don't.
3       Q.   Well, Chris Wehrle became your fuel
4  manager in September of '09?
5       A.   Yeah.
6       Q.   Is that right?
7            So this has to have been prepared
8  sometime after September of '09.
9       A.   Okay.
10      Q.   Correct?
11      A.   I'm listening.
12      Q.   Well, if he wasn't your fleet
13 manager -- or fuel manager, pardon me, before
14 September of '09 and the document says -- identifies
15 him as the fuel manager, it has to at least be
16 prepared after he became the fuel manager in
17 September of 2009.
18      A.   What are you going to?
19      Q.   I'm trying to figure out the date of
20 this.
21      A.   Oh.  Why don't we just try to get it,
22 find out what the date is?  I don't know.
23      Q.   How would you find out?
24      A.   I have no idea.  We have to just work
25 to find out.  I don't know.  I can't answer that

Page 66

1  question.  I don't really -- I can't answer that
2  question.
3       Q.   It says in the second bullet point --
4  first bullet point says:  Western Convenience Stores
5  owns and operates 41 gas stations/convenience stores.
6            Do you see that?
7       A.   Right.
8       Q.   And the next bullet point says:  We are
9  currently in a growth mode, adding between five and
10 seven new stores a year.
11           Whatever date this is, in 2011 you only
12 had 42 stores.  Correct?
13      A.   You know, that's your conclusion.  You
14 can get any conclusion you want to.  I'm not going to
15 speculate any date.  I can't.  I'm not going to,
16 unless I see the date, because I tell you that if I
17 see something I'll verify it for you, but I'm not
18 going to speculate on the date, and I am not going to
19 be able to help you to put date on this because --
20 you can come with your own conclusion if you want a
21 date for yourself; that's fine with me.  Because I
22 can't -- unless there's a date on it.  I can't --
23      Q.   I don't think I was asking you about a
24 date, Mr. --
25      A.   That's what I'm asking you.  What is --

Page 67

1       Q.   The first bullet point says you
2  currently own and operate, Western Convenience, 41
3  gas stations/convenience stores.
4            Do you see that?
5       A.   Correct, I see that.
6       Q.   It says:  We are currently -- in the
7  second bullet point -- in a growth mode, adding
8  between five and seven stores each year.
9       A.   Okay.
10      Q.   Correct?
11      A.   M-hm.
12      Q.   Was that your plan at one point in time
13 for Western Convenience?
14      A.   That's correct.  It was, yeah.
15      Q.   And that was your plan when Western
16 Convenience had 41 stores already in existence,
17 correct?
18      A.   Correct.
19      Q.   Today you've only got 42 stores.
20      A.   Correct.
21      Q.   What happened to that plan of adding
22 five and seven stores a year?
23      A.   Because Suncor.
24      Q.   What about Suncor?
25      A.   Suncor affect me dearly.  They affect

Page 68

1  me.
2       Q.   How did Suncor affect your not having
3  five and seven new stores a year?
4       A.   Because that's the time -- I'm thinking
5  probably that's the time that they start eliminating
6  my volume and eliminating me totally from Suncor.
7  That's looks like it.
8       Q.   And when did they start eliminating
9  your volume and eliminating you totally from Suncor?
10      A.   Now you have to work the date in there
11 sometimes.  I don't exactly know what the date.  But
12 I'm saying this is my plan, and my plan was disrupted
13 by Suncor.
14      Q.   And so you said in response they --
15 they reduced your volumes?
16      A.   That's correct.
17      Q.   Is that correct?
18      A.   M-hm.
19      Q.   When did they do that?
20      A.   That's why I was saying I believe it
21 was that meeting that we had with Carbone, we were
22 trying after that meeting when I said start going
23 down, looks like it just happened after that.  Just
24 after that meeting, you know, month after that or so,
25 then start everything going different direction.

Page 69

1  Q. And you said they eliminated you
2  entirely. You mean after this dispute arose in 2011?
3  A. No, they start cutting me, because they
4  were telling me I would get my volume but they
5  wouldn't give me. At the beginning of the month they
6  were telling me, for example, I get 120,000 barrel,
7  but during the month I get 60,000 barrel. They
8  wouldn't give me. They would tell me I will get it;
9  I wouldn't get it. Then they said next month I give
10 you 90,000. I would get 40,000.
11     And then that's what I said. It just
12 went after that. What they were telling me they
13 weren't doing it, and I had to go buy from outside
14 from somebody else because -- you know, this business
15 if you don't plan it right, you will lose money and
16 lose a lot of it.
17 Q. I'm sure that's true.
18 A. And that's why -- they were telling me
19 they would do it. They weren't doing it because
20 Kroger was taking everything out of them. Kroger was
21 opening stores here, there and everywhere and they
22 had to supply them. They were taking a bunch of
23 product from them.
24 Q. You told --
25 A. And they were pushing me out giving it

Page 70

1  to Kroger. That's what they were doing.
2  Q. You told me you got enough gas to meet
3  your needs, to --
4  A. Survive I said. I got gas to survive.
5  Q. So you're saying that whatever change
6  occurred after that meeting at Maggiano's was --
7  caused you not to expand and increase by five and
8  seven stores a year.
9  A. Start point.
10 Q. Why didn't you buy your gas -- if you
11 weren't getting your fuel from Suncor, why didn't you
12 buy it from somebody else?
13 A. They were telling me they were going to
14 give me but they wouldn't. They wouldn't come out
15 front to say you're out. Or you -- we give you this
16 much every month, just go plan accordingly. They
17 would tell me, promise me, I would get this much, but
18 the month ends I would get half of it, if that.
19     Steve Moss is there and he would -- he
20 would come to me, tell me that, you know -- as it
21 went, it says I'm going -- most of it happened in
22 Ewing's too. I mean, when Ewing came, it got worse.
23 You would go to him, he would tell me I'll give you
24 120,000 or 90,000. And I said, Steve, what happened?
25 It's still sitting on Ewing's desk, he hasn't

Page 71

1  approved how much we're going to give, but I just
2  keep you going. And then right in the middle of the
3  month he says, oh, I think we can give you only
4  40,000 barrels. That's all we can give you.
5     They were just up in the air. I mean,
6  they weren't -- what they gave me they wouldn't give
7  me that month. And I had to go compensate it from
8  other places, pay more money to buy that gas and get
9  me going.
10 Q. Well, you never bought all your fuel
11 needs from Suncor 100 percent, did you?
12 A. Majority of them I did.
13 Q. Majority.
14 A. Majority of them.
15 Q. But you also bought from middlemen?
16 A. Sure, I buy from everybody, yeah.
17 Q. You buy from everybody. So if Suncor
18 wasn't meeting your needs and you were unhappy, why
19 didn't you just go buy from somebody else?
20 A. It's not that easy in this business.
21 Whoa you are buying five, six years from somebody
22 majority of your fuel, you're going out there right
23 away on -- and a little bit -- little different times
24 because being -- it is not that easy for you to go to
25 replenish it from somebody else. It is not that

Page 72

1  easy. It takes a little more work than that.
2  Q. Okay. So it takes some work. But if
3  Suncor is not providing all your needs, did you
4  undertake any work to get more fuel from somebody
5  else?
6  A. But they were telling me they were
7  going to give me but they wouldn't.
8  Q. Okay.
9  A. Until the month ends.
10    As you saw, there's a couple contracts
11 they signed it two months after.
12 Q. Is that the 2011 contract?
13 A. I -- I -- probably.
14 Q. If I show it to you --
15 A. Yes, yes.
16 Q. But, again, my question is, if Suncor
17 isn't providing all your needs, why don't you enter
18 into contracts with Holly Frontier, for example, or
19 Conoco, or somebody else to provide your fuel?
20 A. I -- when I was totally cut off I start
21 going.
22    What happened, I had all the refineries
23 come after me too because I am fighting one of their
24 own. They all start cutting my credit line because
25 they didn't want to see me going after one of their

18 (Pages 69 to 72)

Page 149

1 that they had it with them that could do that.
2 Q. And when you say they had some money,
3 are you saying that the Loaf 'N Jug that was
4 competing with Store 135 was getting a special
5 discount from Suncor?
6 A. Yes. That's what I'm saying.
7 Q. Okay.
8 MR. SHAHEEN: Let me get the boys back
9 in and we'll get on to some...
10 (Whereupon, Messrs. Korenblat and Ewing
11 reentered the room.)
12 Q. (BY MR. SHAHEEN) My understanding,
13 Mr. Taraghi, is that you became a customer of Suncor,
14 buying gas from Suncor, after Suncor acquired the
15 Conoco refinery --
16 A. Correct.
17 Q. -- in 2004?
18 A. Correct.
19 Q. Before 2004 were you a customer of
20 Conoco?
21 A. No, I wasn't.
22 Q. Who were you buying -- who was Western
23 Convenience getting its gas from prior to 2004?
24 A. I was buying from Frontier. And also
25 there were lot of Group III people here selling gas

Page 150

1 out of Magellan Aurora, which they were eliminated by
2 refineries in here because they made them to leave
3 because they couldn't make their money, but before
4 that they were. They eliminated them in order for
5 them to make more profit. And that make me to look
6 for a little bit more. I was buying a lot from them.
7 That's when I was making really good money with them.
8 Q. So you became a customer of Suncor's to
9 buy some of your product?
10 A. Right. Suncor came, and when I went to
11 Suncor I was pretty good with them. And I was good
12 with them, they were good with me, at the beginning
13 we start out, up to 2010.
14 Q. Up until 2010 you had --
15 A. Everything was -- yeah.
16 Q. I'm sorry, go ahead.
17 A. It was going pretty good. I mean, we
18 had some, you know, stuff that go back and forth, but
19 again it wasn't anything like drastic bad stuff
20 happening.
21 Q. And the change that occurred at least
22 in your mind in 2010 was Suncor started at least in
23 your mind cutting volumes to Western Convenience.
24 A. Correct.
25 Q. But in terms --

Page 151

1 A. Not telling me.
2 Q. And not telling you.
3 In terms of the prices that Suncor was
4 charging for the gasoline it was selling to Western
5 Convenience, while I understand you always like to
6 get a lower price, you didn't think those prices were
7 unreasonable, did you?
8 A. It was.
9 Q. Unreasonable.
10 A. Right. I wasn't getting as much
11 discount as other people were getting.
12 Q. When did you decide you weren't getting
13 as much of a discount as other people?
14 A. As I said already, there was one time I
15 called -- I was catching it, because I get a lot of
16 prices, I can catch it.
17 Q. So --
18 A. I called one time and I talked to Don
19 Smith.
20 Q. But when you were --
21 A. I already explained that.
22 Q. Yes, you did. And you couldn't
23 remember any other times that this happened, but you
24 were calling about off contract discounts that you
25 had heard about?

Page 152

1 A. At the time -- the reason I don't
2 remember, I was calling and they were honoring, I
3 mean they were giving me, but I was calling them,
4 until -- but, you know, they were working with me at
5 the time.
6 Q. But what we're talking about is you
7 were upset, if you will, or concerned because you
8 were not getting an off contract special discount
9 that you thought somebody else was getting, you
10 called Suncor and they gave it to you. Is that
11 right?
12 A. What time you're talking about now?
13 Q. Well, anytime. Anytime up until 2010.
14 A. Right.
15 Q. So is my answer that's correct?
16 A. That's correct.
17 Q. And when you first started buying
18 gasoline from Suncor, were you buying it -- were you
19 entering into a written contract with Suncor to
20 purchase gasoline and they agreed to sell you gas?
21 A. It doesn't matter. It doesn't matter.
22 If he would have talked about it, I would have got
23 it, I would have gotten.
24 Q. So is it fair to say it was mostly
25 oral?