STEVE MOSS - MAY 25, 2012

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., A Colorado
corporation, WESTERN TRUCK ONE, LLC, a Colorado limited
liability company,
Plaintiffs,

vs.

SUNCOR ENERGY (U.S.A.) INC., A DELAWARE CORPORATION,
Defendant, Third-party plaintiff

vs.

HOSSEIN AND DEBRA LYNN TARAGHI,
Third-party defendants.
-----------------------------------------------------------
CONFIDENTIAL VIDEOTAPED DEPOSITION OF STEVE MOSS
May 25, 2012
-----------------------------------------------------------
Deposition location:
370 17th Street, Suite 3500
Denver, Colorado 80202

APPEARANCES:

Kathleen E. Craigmile, Esq.
Kenneth R. Bennington, Esq.
Bennington Johnson Biermann & Craigmile
370 17th Street, Suite 3500
Denver, Colorado 80202
Phone: (303) 629-5200
For Western and the Taraghis

Anthony J. Shaheen, Esq.
Holland & Hart, LLP
555 17th Street, Suite 3200
Denver, Colorado 80202
Phone: (303) 295-8054
For Suncor Energy

ALSO PRESENT:  Jason Woods, Videographer

---

STEVE MOSS - MAY 25, 2012

Page 2

1  APPEARANCES (CONTINUED):

2        Michael E. Korenblat, Esq.
        Suncor Energy Services, Inc.
3        717 17th Street, Suite 2900
        Denver, Colorado 80202
4        Phone: (303) 793-8052
    For Suncor Energy

5

6              **********

7

8        The videotaped deposition of STEVE MOSS,

9  called for examination by the Plaintiffs, was taken

10 in the offices of Bennington Johnson Biermann &

11 Craigmile, LLC, 370 17th Street, Suite 3500, Denver,

12 Colorado, commencing at 9:00 a.m. on the 25th day of

13 May, 2012, before Rebecca J. Collings of Avery Woods

14 Reporting Service, Inc., 455 Sherman Street,

15 Suite 250, Denver, Colorado 80203, a Registered

16 Professional Reporter and a Notary Public in and for

17 the State of Colorado, pursuant to the Colorado

18 Rules of Civil Procedure.

19              **********

20          INDEX OF EXAMINATION

21                                PAGE

   EXAMINATION BY MS. CRAIGMILE          5

22

23

24

25

---

STEVE MOSS - MAY 25, 2012

Page 3

1          INDEX OF EXHIBITS

2  EXHIBIT NO.                          PAGE NOTED

3  24   Highly Confidential ledger, one      241
        page
4
5  30   Top Ten Unbranded Customers,         126
        2008, 2009, 2010
6  31   Suncor Confirmation of               138
        Purchase/Sale Agreement with
7        Western Convenience
8  32   Email dated 1/3/11 and various       168
        attachments
9
   33   Dillon Co/City Market contract       202
10       file
11 34   Mini Mart contract documents         215
12 35   Email exchange between Mr. Moss      217
        and Mr. Wehrle, 12/8/09
13
14 36   Email to Mr. Ewing from             220
        Mr. Moss, 1/4/11
15 37   Email exchange to Mr. Moss from      224
        Mr. Ewing, 1/5/11
16
17 38   Emails from Ms. Chilson, 1/5/11      226
18 39   Email exchanges, 1/11/11             229
19 40   Email exchanges, 2/18/11             231
20 41   Email exchanges starting on          234
        2/19/11

21

22

23

24

25

---

STEVE MOSS - MAY 25, 2012

Page 4

1        THE VIDEOGRAPHER:  We are on the record

2  at 9:00 a.m. on May 25, 2012.  We are here for the

3  videotaped deposition of Steve Moss in the matter of

4  Western Convenience Stores, et al., versus Suncor

5  Energy, et al.

6            Will counsel please state their

7  appearances for the record beginning with plaintiffs'

8  counsel.

9        MS. CRAIGMILE:  Kathleen Craigmile and

10 with me is Kenneth Bennington on behalf of the

11 plaintiffs, Western Convenience Stores, Inc., and

12 Western Truck One, LLC.

13        MR. SHAHEEN:  Tony Shaheen and Mike

14 Korenblat on behalf of Suncor.

15        THE VIDEOGRAPHER:  Will the reporter

16 please swear in the witness.

17          STEVE MOSS,

18 being first duly sworn to state the truth, the whole

19 truth, and nothing but the truth, testified under oath

20 as follows:

21          EXAMINATION

22 BY MS. CRAIGMILE:

23      Q    Good morning.  Could you state your full

24 name for the record, please.

25      A    Steven George Moss.

**Exhibit 3**

STEVE MOSS - MAY 25, 2012

Page 9

```
 1        A    Monts.
 2        Q    (BY MS. CRAIGMILE) And was Mr. Monts there
 3  in person?
 4        A    Correct.
 5        Q    All right.  And where did those meetings
 6  take place?
 7        A    At the offices of Holland & Hart.
 8        Q    All right.  And was there anyone else
 9  from -- inside of Suncor present during these meetings?
10        A    No.
11        Q    Did you talk to anyone else within Suncor
12  outside of these meetings to prepare for this
13  deposition?
14        A    No.
15        Q    When was the last time that you worked at
16  Suncor?
17        A    August of 2011.
18        Q    All right.  Are you employed at all at
19  the present?
20        A    No, I'm retired.  I am a private
21  consultant.
22        Q    All right.  And what's the nature of your
23  private consultancy?
24        A    Just consulting to people in the
25  petroleum industry with regards to marketing and fuel
```

STEVE MOSS - MAY 25, 2012

Page 10

```
 1  supplies.
 2        Q    And have you provided any consulting
 3  services to Suncor since you retired from Suncor?
 4        A    No.
 5        Q    And how much of your time would you say
 6  that the consulting practice takes since your
 7  retirement from Suncor?
 8        A    Oh, just a few hours a month.  It varies.
 9        Q    All right.  Sort of catch-as-catch-can?
10        A    Yes, exactly.  Thank you.
11        Q    All right.  When did you first start
12  working for Suncor?
13        A    In 2003 when Suncor acquired the Denver
14  refinery.
15        Q    And from whom did Suncor acquire the
16  refinery?
17        A    ConocoPhillips.
18        Q    All right.  Were you a ConocoPhillips
19  employee?
20        A    I was a ConocoPhillips employee.
21        Q    All right.  And what was your job at
22  ConocoPhillips at the time the refinery was acquired?
23        A    I was a process operator.
24        Q    What -- generally what does a process
25  operator do?
```

STEVE MOSS - MAY 25, 2012

Page 11

```
 1        A    My particular job I worked in a division
 2  called oil movements.  So I was responsible for the
 3  handling of fuels and finished products, base products,
 4  blending, et cetera.
 5        Q    Okay.  What was your first job once the
 6  refinery was acquired by Suncor?
 7        A    Shortly after Suncor acquired the
 8  refinery, I became a -- I went into management as a
 9  process manager.
10        Q    Okay.
11        A    Overseeing the supervision of the
12  operations.
13        Q    And those are general operations at the
14  refinery?
15        A    At the refinery, correct.
16        Q    All right.  And when, if at all, did your
17  job at Suncor change after 2003?
18        A    In approximately 2005 I became the
19  planning and blending manager for Suncor refinery.
20        Q    And what does a planning and blending
21  manager do?
22        A    The planning and blending manager is
23  responsible for making sure all products are blended
24  and on spec for sales, also managing inventory and
25  coordinating with the sales and marketing and crude
```

STEVE MOSS - MAY 25, 2012

Page 12

```
 1  groups as to the slate of products that we need for
 2  that time.
 3        Q    And that would be with respect to
 4  unbranded gas and branded gas and other products Suncor
 5  sold?
 6        A    All products of that kind, yes.
 7        Q    All right.  When did your job next change
 8  at Suncor after 2005?
 9        A    In 2007 I became the manager for
10  unbranded and commercial sales at the Suncor corporate
11  office.
12        Q    And where is the Suncor corporate office?
13        A    At that time it was in Orchard Falls, the
14  U.S. corporate office.
15        Q    I'm sorry.  Where?
16        A    The United States corporate office,
17  Suncor USA.
18        Q    Was where?
19        A    Orchard Falls.
20        Q    Orchard Falls.  Where is that?
21        A    Centennial.
22        Q    Okay.  So here in town?
23        A    Correct.
24        Q    And the office at some point moved to
25  downtown?
```

STEVE MOSS - MAY 25, 2012

Page 13

```
 1        A    Yes, in -- I don't remember the exact
 2   date we moved.
 3        Q    All right.  So from 2007 when you took
 4   this job until 2011 when you retired, did you have any
 5   changes in position?
 6        A    No.
 7        Q    All right.  And you were generally called
 8   the manager of unbranded sales?
 9        A    Correct.
10        Q    Did you share your general job duties
11   with anyone else, or were you the only manager of
12   unbranded sales?
13        A    I was the only manager of unbranded
14   sales.
15        Q    Did you replace someone in that position?
16        A    My predecessor was a gentleman called
17   James Hanson.
18        Q    James Hanson?
19        A    Correct.
20        Q    And what was the reason for you replacing
21   Mr. Hanson?
22        A    Mr. Hanson had left the company and moved
23   on to another job.
24        Q    All right.  Do you know who replaced you
25   in the manager of unbranded sales position when you
```

STEVE MOSS - MAY 25, 2012

Page 14

```
 1   left Suncor in 2011?
 2        A    When I left there was a gentleman -- and
 3   I'm sorry I don't know his name.  His name was Robert,
 4   and I can't remember his sirname.
 5        Q    To whom did you report during the times
 6   that you were manager of unbranded sales?
 7        A    I reported to the director of sales.
 8   Initially --
 9        Q    Okay.  Go ahead.  Who was that initially?
10        A    Initially it was Mr. Don Smith.
11        Q    All right.  And when did that change?
12        A    Don Smith left in 2010.  I'm trying to
13   remember.  Carbone took over.
14        Q    Kendall Carbone?
15        A    Kendall Carbone.  Thank you.
16        Q    And she was your direct supervisor or
17   manager?
18        A    She became the direct, correct.
19        Q    And then did that change at some point,
20   that reporting relationship?
21        A    I believe it was December of 2010 Steven
22   Ewing became the director of sales.
23        Q    And did you report directly to Mr. Ewing
24   at that time?
25        A    Yes.
```

STEVE MOSS - MAY 25, 2012

Page 15

```
 1        Q    Did you continue to report directly to
 2   Mr. Ewing during the remainder of your employment at
 3   Suncor?
 4        A    Yes.
 5        Q    How long was Ms. Carbone in the position
 6   of director?
 7        A    I'd say approximately five months.  I
 8   don't know exactly.
 9        Q    All right.  And when you're talking about
10   this director position, that's the director of rack
11   forward sales and service?
12        A    Yes.  That's what the title became.
13        Q    All right.  And that's the director of
14   all operations and sales from the rack, meaning the
15   refinery rack forward --
16        A    Yes.
17        Q    -- to customers?
18        A    Correct.
19        Q    All right.  Did you manage other
20   employees in your role as manager of unbranded sales?
21        A    No.
22        Q    All right.  So your -- although your role
23   was called manager, you managed accounts versus managed
24   people?
25        A    That is correct.
```

STEVE MOSS - MAY 25, 2012

Page 16

```
 1        Q    All right.  When did you make the
 2   decision to retire from Suncor?
 3        A    I made the decision -- the exact dates
 4   I'm not certain of.  It was in May of 2011 that I
 5   decided I was going to retire.
 6        Q    And is it that time that you advised
 7   Suncor of your plans regarding retirement?
 8        A    Correct.
 9        Q    Why did you decide to retire from Suncor?
10        A    I wanted to move to Spain.
11        Q    That's as good a reason as any.  Do you
12   have or at the time that you left Suncor did you sign
13   any written agreement with Suncor regarding severance
14   or any obligations that you might have to Suncor
15   following the termination of your employment?
16        A    Not that I'm aware of.
17        Q    Did you receive any sort of severance
18   payment when you left Suncor?
19        A    Well, I took my retirement package.
20        Q    All right.  So did you sign a set of
21   standard forms regarding that package?
22        A    There would have been standard HR forms.
23   Exactly what they were, I don't recollect.
24        Q    Do you have provision in any of the
25   agreements that you signed that govern your future
```

STEVE MOSS - MAY 25, 2012

Page 17

1    cooperation with Suncor?

2         A    I don't believe so.

3         Q    Is Suncor -- has Suncor compensated you

4    for the time that you spent in deposition preparation,

5    or is it planning to as part of your consulting or any

6    other --

7         A    Because I'm a consultant and no longer

8    employed by Suncor, they agreed to a fee for my time.

9         Q    All right.  What is -- is it based on an

10   hourly rate?

11        A    Correct.

12        Q    And what is that rate?

13        A    $150 an hour.

14        Q    All right.  And that's for any time that

15   you spend in meetings and preparing?

16        A    Yes.

17        Q    All right.  How much have you been paid

18   under that agreement to date?

19        A    I haven't billed them yet.

20        Q    Okay.  At any time since you've left

21   Suncor?

22        A    This is the only time.

23        Q    Okay.

24        A    So it's the last two days basically,

25   16 hours.

STEVE MOSS - MAY 25, 2012

Page 18

1         Q    Did you work at all with Suncor in

2    connection with this litigation or otherwise from the

3    time that you retired at the end of August 2011 to two

4    or three days ago?

5         A    No.

6         Q    And do you understand that as part of

7    this agreement should you continue to work with Suncor

8    on this litigation or other matters, you'd be paid at

9    the rate of $150 per hour?

10        A    I believe so.

11        Q    Do you have any plans to return to

12   Colorado or the United States for the purposes of this

13   case?

14        A    If it is requested, yes.

15        Q    All right.  Can you tell me generally

16   about your duties as the manager of unbranded sales at

17   Suncor?

18        A    I'm sorry.  Could you repeat that?

19        Q    Could you tell me generally what your

20   duties were as manager of unbranded sales?

21        A    As manager of unbranded sales, I was

22   responsible for the unbranded customers and the

23   commercial customers.  I was the -- in respect to sales

24   I was basically the frontman for Suncor maintaining

25   their contracts, their folders.  Any problems they had

STEVE MOSS - MAY 25, 2012

Page 19

1    I would be there for the point of contact, doing calls,

2    making sure everything was, you know, okay with the

3    customers.

4         Q    So you would consider this a traditional

5    outside sales executive position?

6         A    Yes.

7         Q    All right.  What is the difference

8    between an unbranded customer and a commercial

9    customer?

10        A    The unbranded customers are basically

11   people who would lift off our loading racks or through

12   other terminals that we supplied.  What we considered

13   commercial customers was maybe people like the airlines

14   or the railroads who have a specific business and use

15   the product.  So that's the difference.

16        Q    So the unbranded customers would be ones

17   that would either be themselves selling gasoline or

18   diesel for consumer use, and the commercial customers

19   in contrast would be using the gasoline or other Suncor

20   products themselves in their operations?  Is that

21   accurate?

22        A    No, not exactly.

23        Q    Okay.  Tell me how that's inaccurate.

24        A    The unbranded customers, mainly gasoline

25   and diesel, would be ones who are buying from the racks

STEVE MOSS - MAY 25, 2012

Page 20

1    or from a terminal.  They could be an end user as well.

2         Q    Okay.

3         A    Meaning that they've got their own

4    outlets.  They're not reselling or selling -- acting as

5    a third-party.

6              The commercial was strictly companies

7    where we were putting it in.  And it usually referred

8    to, as I said, airlines, large railroad companies,

9    people of that caliber.

10        Q    Okay.  Would it also include government?

11        A    It would have also included government or

12   city and county entities.

13        Q    And would these sales all be of what

14   Suncor considers or terms unbranded products?

15        A    They would have been unbranded products,

16   correct.

17        Q    What is the distinction between an

18   unbranded product and a branded product?

19        A    The unbranded products -- the

20   differention -- the difference between unbranded and

21   branded is the additives and the quality of the product

22   that we load out.

23        Q    So what do you understand the unbranded

24   products for gasoline to have in terms of additives?

25        A    I'm not 100 percent certain of all the

Page 21

```
 1   additives that went into the final finished product.
 2   That was handled by terminals and the loading
 3   department.  The rapid difference is the branded has
 4   more and has proprietary additives in it.
 5        Q    Okay.  Did you understand that the
 6   unbranded products had additives sufficient to comply
 7   with government minimums?
 8        A    Correct.
 9        Q    All right.  Did all of your unbranded --
10   when an unbranded customer purchased a certain type of
11   unbranded fuel -- say it was E-10 or one of your forms
12   of diesel fuel -- assuming that that unbranded customer
13   bought E-10 at the same time another unbranded customer
14   bought E-10, is that the same exact fuel to your
15   understanding?
16        A    Yes.
17        Q    Who else within Suncor did you work with
18   specifically on unbranded sales?
19        A    Within Suncor it would predominantly be
20   my director.
21        Q    Okay.  Mr. Ewing?
22        A    Mr. Ewing at the end.
23        Q    At the end?
24        A    And that was pretty much it.  We had a
25   branded manager who was also involved.
```

Page 22

```
 1        Q    Was that Ms. Chilson at some point?
 2        A    Yes.  At that time she was the branded
 3   manager.
 4        Q    So is it accurate to say there was no
 5   unbranded team?  You were it?
 6        A    I was it.
 7        Q    All right.  How many customers total,
 8   other than the commercial customers, did you work with
 9   approximately during the period from 2007 to 2011?
10        A    Approximately 50 customers.
11        Q    And how much contact as a general matter
12   would you have with these customers?
13        A    Depending on the company, I would meet
14   with on average at least once or twice a month or visit
15   on the phone with those customers.
16        Q    And did the visits include both visits to
17   their operations and the customers coming in to visit
18   Suncor?
19        A    Correct.
20        Q    Did you have -- was it typical that you
21   would have initial meetings with customers during the
22   initial sales pitch process?
23        A    Yes, it would be customary.
24        Q    Did you have as a practice annual
25   meetings with customers to talk about their
```

Page 23

```
 1   relationship with Suncor?
 2        A    Not specifically an annual meeting.
 3        Q    Did you do marketing promotions such as
 4   seminars or types of functions where you would have
 5   multiple of your unbranded customers at one function,
 6   for example?
 7        A    Not a Suncor function.
 8        Q    What -- at other types of functions?
 9        A    If it was an industry function or some
10   sort of -- yeah, some industry function I would see
11   multiple customers.
12        Q    Were there specific industry functions
13   that were geared towards the unbranded customer?
14        A    No.
15        Q    So industry functions would be attended
16   typically by unbranded and branded customers and
17   representatives of Suncor?
18        A    Correct.
19        Q    Did you have a way of documenting your
20   meetings with your unbranded customers?
21        A    I had my personal notebooks that I kept
22   notes of and what they -- what I talked about or what I
23   needed to talk about.
24        Q    Did you keep like a hard-bound notebook?
25        A    Yeah.  It was just basically a three-ring
```

Page 24

```
 1   binder or a spiral binder.
 2        Q    Did you keep those?
 3        A    No.
 4        Q    What did you do with them?
 5        A    They were shredded and destroyed when I
 6   started my move to Spain because I didn't feel that I
 7   needed them any longer.
 8        Q    When did you start your move to Spain?
 9        A    About 12 months ago.
10        Q    So in approximately May of 2011?
11        A    Correct.
12        Q    So when did you find -- when did you
13   start going to Spain regularly as part of your plans to
14   retire?
15        A    I've been going on and off for the last
16   eight years.
17        Q    All right.  And so you had these spiral
18   notebooks.  And where were they kept?
19        A    When I retired from Suncor, I threw them
20   in a box when I was clearing out my desk; and they sat
21   in the garage for basically the last ten months or
22   eight months or what have you.
23        Q    All right.  So in the end of August 2011
24   when you retired, you had a box of things?
25        A    Yeah.
```

STEVE MOSS - MAY 25, 2012

Page 41

1  apologize -- who did a little business by pipeline, but
2  it was a combination of pipeline and terminal business.
3         Q    Who were those customers?
4         A    That would have been Offen Petroleum and
5  Mansfield Oil.
6         Q    And during the period in which you
7  characterized Western as being pipeline or irregular,
8  did they ever pick up from your terminals?
9         A    Not that I recollect.
10        Q    Why is it your understanding that Western
11 was picking up from pipelines as opposed to the
12 terminals?
13        A    Western's business model at that time was
14 they were blending their own product.  They were
15 blending natural gas and ethanol and regular gasoline.
16        Q    Okay.  And that was something that you
17 were familiar with?
18        A    I became familiar with it when I went
19 into the marketing department.
20        Q    Okay.  And so at some point your
21 understanding is that changed and they started
22 picking up from terminals?
23        A    Correct.
24        Q    Did Suncor try and get Western to change
25 its model and say no, we don't really have pipeline

STEVE MOSS - MAY 25, 2012

Page 42

1  pickup available.  Either you're going to be a terminal
2  customer or not a customer at all?
3         A    No.  It was predominantly a Western
4  decision.
5         Q    All right.  And during these time frames
6  in 2008/2009, Western was one of your biggest -- or in
7  fact your biggest -- unbranded customer, is that
8  correct, in terms of volume?
9         A    I would say they were in the top five.  I
10 couldn't say they were the biggest customer.
11        Q    Okay.  So Western and Offen.  Were there
12 any other customers that picked up at the pipeline?
13        A    Just Mansfield, for me, at Suncor.
14        Q    Were there others at Suncor?
15        A    Not that I'm aware of.
16        Q    All right.  And then you talked about the
17 bid customers.  Who were the bid customers?
18        A    The bid customers that Suncor did
19 business with was -- we had -- eventually we had Kroger
20 or the Dillon family businesses.  We had a Loaf 'N Jug;
21 the RTD for Denver; Union Pacific Railroad; Burlington
22 Northern, who were a slightly different classification.
23 And the airlines were all bid customers, but that's a
24 different portfolio as well.
25        Q    Do you consider RTD, Union Pacific,

STEVE MOSS - MAY 25, 2012

Page 43

1  Burlington, and the airlines being the commercial
2  customers?
3         A    They're commercial customers, separate
4  entities.
5         Q    Okay.  So the only entities that were the
6  bid customers that were kind of unbranded, the typical
7  unbranded, were Dillon and then the Loaf 'N Jug --
8  which I understand is also referred to as Mini Mart --
9         A    Mini Mart.
10        Q    -- and is all within this Kroger family,
11 is that correct?
12        A    Correct.
13        Q    Any others with which you did a bid
14 process?
15        A    Not that I recollect directly, but there
16 were some that were done through third-parties.
17        Q    All right.  And for the bid process, did
18 Kroger or the Dillon families issue some sort of
19 request for proposal that Suncor and other suppliers
20 responded to?
21        A    Correct.  That was the bid process.  Each
22 year they would put out a request for supply into a
23 particular market or nationwide depending on the
24 companies.  And everybody -- that becomes a public bid.
25 Everybody in the business can -- in the industry can

STEVE MOSS - MAY 25, 2012

Page 44

1  put in a bid or a proposal to supply that volume.
2         Q    Did they tell you basically here's what
3  we want to pay for this?
4         A    No.  The bids are strictly put out saying
5  we need X volume of product in this particular market.
6  And they may say we want this particular grade of
7  product or these specs, and that was it.  There's no
8  price point.
9         Q    Okay.  And you come up -- each company or
10 each supplier comes up with its own price and hopes
11 that it's the best one?
12        A    Correct.
13        Q    Was there negotiation after the bid
14 process where Kroger/Dillon Companies would come back
15 and say, well, X is giving us this.  We'd really like
16 to do business with you, Suncor.  Can you ratchet it
17 down?
18        A    No.  That is not the -- that is not the
19 way the system works.
20        Q    Okay.  They just chose whomever they felt
21 gave them the bid?
22        A    They let you know that you are the
23 successful bidder or you weren't the successful bidder.
24 They could not or would not divulge whether your price
25 is the best or whether you need to better it.

STEVE MOSS - MAY 25, 2012

Page 69

```
 1       A    Yeah.  Most customers would complain
 2  about something.
 3       Q    All right.
 4       A    And that would be one of the things.
 5       Q    Okay.  So did you get complaints from
 6  Western about that?
 7       A    Not that I recall specifically.
 8       Q    So you don't ever recall anyone at
 9  Western saying, you know, Steve, I'm getting burned by
10  X across the street that I know you guys are selling
11  to?  Are they getting a better deal?
12       A    I don't recall because a lot of the times
13  it would go in one ear and out the other because it
14  wasn't really anything that I really had any say in.
15  So it was just more listening and being sympathetic at
16  the time.
17       Q    All right.  But that happened with
18  respect to Suncor customers; you just don't remember
19  the specifics?
20       A    I just don't remember the specifics,
21  correct.
22       Q    Okay.  Did you have any customers,
23  unbranded customers that were the regular customers
24  that said, Steve, we've got a big volume here, but we
25  want kind of a most favored status?  You know, we're
```

STEVE MOSS - MAY 25, 2012

Page 70

```
 1  not going to do business with you unless we get a
 2  better price than your standard price?
 3       A    I don't recall any specific times; but
 4  yes, those requests could have come in.
 5       Q    Okay.  Do you recall any specific
 6  customers that might have made that request?
 7       A    Not specific ones, no.
 8       Q    Did they ever -- did the prices ever
 9  change based on those requests?
10       A    No.  In respect to if they came with a
11  business opportunity, kind of like a bid business, then
12  we would re- -- we would consider it.  It wasn't our
13  normal business operations, so I wouldn't give them a
14  better price if it was to go to the street.
15       Q    Were there any other bid processes in
16  your history at Suncor other than -- that you
17  participated in personally or Suncor participated in
18  personally other than the Dillon Companies, the Kroger
19  family?
20       A    No, not that I recall.
21       Q    Why would the existence of a bid price
22  cause -- or why did it cause Suncor to rethink its set
23  discounts and prices for the unbranded gas?
24       A    The bid processes commanded a different
25  price because it was guaranteed volume.  This was
```

STEVE MOSS - MAY 25, 2012

Page 71

```
 1  volume that they were going to lift every month, so it
 2  was a ratable contract supply.  And that's what they
 3  believed you had to pay to get that ability.
 4       Q    Okay.  So once Dillon put out this bid
 5  for this particular volume, they were committed to buy
 6  that volume regardless?
 7       A    Correct.  They had to lift that volume
 8  month end.
 9       Q    Did Dillon always lift the volume that
10  you can recall that it committed to contractually to
11  lift?
12       A    Yes.  That was part and parcel of that
13  contract.
14       Q    Were there ever times when they wanted to
15  get out of that volume or --
16       A    They could not get out of it without a
17  breach of contract.
18       Q    Okay.  Do you recall any circumstances
19  where that happened?
20       A    No.
21       Q    We may have discussed this earlier, but
22  was there anyone other -- I just want to make sure I
23  understand the structure of your rack forward sales
24  team.  Was there anyone, other than Ewing or his
25  predecessors, than Mr. Vejnar and you and then the
```

STEVE MOSS - MAY 25, 2012

Page 72

```
 1  branded sales manager?
 2       A    No.  That was pretty much the
 3  organization.
 4       Q    And Laurie Chilson was the branded sales
 5  manager at the time you left?
 6       A    She was the branded manager when I left.
 7       Q    Was she the branded manager the entire
 8  time that you were in this position, or were there --
 9  did she have a predecessor?
10       A    She had a predecessor.  This is terrible
11  I can't remember who he was.  His name will come to me.
12       Q    Okay.
13       A    Please come back to that one.
14       Q    If it does, just pipe up and let me know.
15            So the group that operates the retail
16  stores that sell either the Shell or the Phillips 66
17  gas reports into Mr. Ewing or reported into Mr. Ewing,
18  is that correct?
19       A    Can you repeat that?
20       Q    The group that operates the retail stores
21  that are owned by Suncor -- the Shell and the
22  Phillips 66 stores -- reports into Mr. Ewing?
23       A    Correct.
24       Q    Did that group have any stores outside of
25  Colorado?
```

Page 73

```
 1        A    They acquired some stores in Wyoming
 2   during the Shell conversion, yes.
 3        Q    And do you know when that was generally?
 4        A    I want to say that was the end of 2009,
 5   2010.  I'm not sure exactly when Shell came on board.
 6        Q    Okay.  And then they maintained those
 7   stores in Wyoming throughout the time that you were at
 8   Suncor?
 9        A    Yeah, after they came on board.
10        Q    All right.  Do -- does Suncor sell
11   unbranded gas that's either -- that is piped for pickup
12   by customers outside of the state of Colorado?
13        A    No.
14        Q    Does Suncor sell gas that it understands
15   will be ultimately sold -- unbranded gas -- that it
16   understands will ultimately be sold at retail stores
17   outside of the state of Colorado?
18        A    That is a possibility, yes.
19        Q    Okay.  So for example, you understood
20   that Western had a couple of stores outside of
21   Colorado?
22        A    Correct.
23        Q    All right.  Do you recall where Suncor
24   had its -- excuse me -- Western had its out-of-state
25   stores?
```

Page 74

```
 1        A    No.  I wasn't familiar with any of my
 2   customers' actual store locations.
 3        Q    Okay.  What states did you understand
 4   that Suncor gas was being sold at retail other than
 5   Colorado?
 6        A    I'm trying to think of specific sites,
 7   and I really can't think of any because, again, that
 8   was my customers' information that I wasn't -- we had
 9   Nebraska -- we had some Nebraska sites, and I think
10   some of our customers took it up into Wyoming.
11        Q    Okay.  Do you recall the Nebraska sites?
12        A    No, I don't.
13        Q    Okay.  Did the rack organization --
14   meaning the organization that actually ran the
15   terminals and understood about the folks that were
16   coming in and picking up gas for delivery -- did it
17   track, to the best of your understanding, where the gas
18   was going in terms of states?
19        A    As far as I know, no, they didn't track
20   it.
21        Q    That wasn't within your sort of realm of
22   responsibility?
23        A    It wasn't within my realm, no.
24        Q    Do these wholesalers that we've been
25   talking about -- Offen and Overland DATS and Truman
```

Page 75

```
 1   Arnold -- do they -- those entities also operate retail
 2   facilities?
 3        A    There was a handful of the customers who
 4   I believe ran retail branded operations.
 5        Q    Okay.  So Western certainly operated
 6   retail facilities, is that correct?
 7        A    Yeah.  That was their business, so
 8   obviously I knew that.
 9        Q    All right.  And then did Offen have any
10   retail facilities?
11        A    I believe they had -- they had some
12   branded outlets.
13        Q    When you mean branded outlets, do you
14   mean they were selling branded gas or they had --
15        A    They had a Shell site or a ConocoPhillips
16   site.
17        Q    Did Offen also have something called a
18   Cigarette Store that sold unbranded gas?
19        A    The Cigarette Store was -- belonged to a
20   company called Smokers Friendly International.  That
21   was the organization.
22        Q    Okay.
23        A    And that was owned by -- I believe it
24   would have been the uncle of Mr. Gallagher who ran
25   Offen Petroleum.
```

Page 76

```
 1        Q    Okay.  So it was affiliated sort of by
 2   family tie?
 3        A    It was affiliated by family tie.
 4        Q    Okay.  But it wasn't an owned entity of
 5   Offen --
 6        A    No.
 7        Q    -- as far as you could tell?  Did DATS or
 8   Truman Arnold own or were they affiliated with any
 9   retail --
10        A    Not to my knowledge.
11        Q    -- outlets?  All right.  Did you provide
12   periodic written business reports to Mr. Ewing or his
13   predecessors about the unbranded business in terms of
14   here's our volumes, here's our revenues, here's our
15   contract terms?
16        A    No.  That was pretty much done by
17   customer service.  I didn't send any reports directly
18   to them in that respect.
19        Q    Did customer service prepare regular
20   reports?
21        A    Not that I saw, but I have to assume that
22   they did.
23        Q    So Mr. Ewing didn't ever come to you and
24   say, oh, I've got the report for March.  Things are
25   looking bad in this area or let's go over these
```

STEVE MOSS - MAY 25, 2012

Page 97

1  affected each customer?  Was it pro rata based on what
2  their volumes were?
3       A    Allocations were put in based on the
4  volume of the contract.  So i.e., if I have a customer
5  that has a contract for 30,000 in a month, we would
6  allocate him to 1,000 a day so that he could fulfill
7  his contract but not over-pull.
8       Q    Did you ever say because of our supply
9  issues, we are not going to be able to fulfill all of
10 our unbranded customers as a whole, so we're going to
11 have to sell them only -- each customer a total of
12 80 percent what they contracted for?
13      A    Those happened in dire straits.  I don't
14 recollect the exact timing; but yes, those would have
15 happened at one time or another.
16      Q    Were there customers that you didn't sell
17 to in the dire straits that would be, okay, we can cut
18 off these customers, but we're not going to cut off a
19 Dillon Companies, for example?
20      A    Well, those bid contracts were pretty
21 much hard and fast.  We had to do -- we were obliged to
22 keep those guys whole as we can.  I mean, if I don't
23 have it, we don't have it.  We would have to call them
24 and say, hey, I need to find you an alternative supply.
25 And we did that with all our customers really.  The

STEVE MOSS - MAY 25, 2012

Page 98

1  ones that would be cut off would be the unratable
2  customers, the ones who haven't been lifting or --
3  those are real dire straits situations, and you have to
4  deal with them as you see fit at the time.  There's no
5  real set policy or program for that.
6       Q    And that's something that you would do in
7  good faith with respect to each customer?
8       A    We'd do in good faith.  We'd call them,
9  we'd see where we're at, what we can do and who can
10 help us.
11      Q    Were there times when Western was cut off
12 of fuel sales?
13      A    Not any specific time that I can
14 recollect.
15      Q    Do you remember a time period shortly
16 before Suncor terminated the relationship with
17 Western -- which occurred in May of 2011 -- do you
18 remember a time period in which Western would have its
19 gas supply from Suncor cut off say on Fridays for a
20 period of time or threatened to be cut off?
21      A    I don't recollect any specific incident.
22      Q    Did Mr. Ewing have direct communications
23 with Western that you would not have been aware of?
24      A    It's possible he had that ability.
25      Q    Was that his practice?

STEVE MOSS - MAY 25, 2012

Page 99

1       A    No, I wouldn't say that was his normal
2  practice.
3       Q    So were there any of your unbranded
4  customers with whom Mr. Ewing dealt directly without
5  your direct participation?
6       A    Not -- none of my customers that I'm
7  aware of.  Mr. Ewing wasn't a -- his personality was
8  such that he didn't like to.  That was my job.
9       Q    So he was --
10      A    He left me to deal with the customers.
11      Q    So he was not the customer facing
12 person --
13      A    No.
14      Q    -- on your team?
15      A    Correct.
16      Q    Okay.  He was the internal facing?
17      A    (Nodded head.)
18      Q    All right.  After Western switched from
19 the pipeline model to the terminal model, did you sit
20 down with Western and say, okay, we want to have you on
21 a year-long contract because these spot contracts are
22 not working for us?
23      A    That was a -- that was a common
24 discussion amongst us when we got together, yes.
25      Q    When you got together with whom?

STEVE MOSS - MAY 25, 2012

Page 100

1       A    With Hossein or Chris at that time.  At
2  this time Mr. Wehrle was working for Western.
3       Q    And what was your understanding as to why
4  that didn't happen before the time you left?
5       A    I think it was -- in my opinion --
6       Q    Uh-huh.
7       A    -- from Suncor -- not my opinion, but
8  from Suncor's standpoint -- we just never could agree
9  quite on the contracts and the volumes.  The volumes
10 were so erratic and Western Convenience did not want to
11 commit to a certain amount every month.
12      Q    And why is -- what is your understanding
13 as to why Western did not want to commit to that?
14      A    My understanding when I looked -- when I
15 looked at the -- at what was going on for Western and
16 their business change was Western wanted the cheapest
17 price they could get out there.  One of the things when
18 you commit to a contract, I may not be the lowest price
19 on any given day; but you are required to come and lift
20 from me every day.
21      Q    Uh-huh.
22      A    And I don't think it fit in their
23 business model.  They wanted to get the cheapest price
24 no matter who or where it came from.
25      Q    Did Mr. Ewing ever say to you anything to

STEVE MOSS - MAY 25, 2012

Page 101

1  the effect of, Steve, you've got to do something with
2  Western.  Either get them on a year contract or let's
3  cut them loose?
4        A    I don't recall any of those
5  conversations, no.
6        Q    So that was not a concern that he
7  expressed to you?
8        A    No, that was not a concern.
9        Q    All right.  Let's go a couple more
10 minutes, and then we can take a break.
11            Did you ever have discussions with
12 Mr. Wehrle, Chris Wehrle, in which he -- or discussions
13 with Mr. Taraghi -- in which they raised concerns about
14 the belief that King Soopers or Dillon, that family of
15 entities, was getting a discount that Western was not
16 getting?
17       A    I don't recall any specific discussion;
18 but again, the pricing index was totally different.
19       Q    Do you recall that coming up ever as a
20 general discussion when either one of them would say,
21 listen, we can tell by the street prices that it looks
22 like you're giving some kind of discount or different
23 better price to King Soopers than we're getting?
24       A    No, I don't recall any specific one on
25 that.

---

STEVE MOSS - MAY 25, 2012

Page 102

1        Q    Any general -- do you generally remember
2  the topic coming up?
3        A    As I mentioned earlier, I didn't really
4  pay too much attention to who did what on the streets
5  because everybody did different things.  So I wouldn't
6  have got involved in that conversation because I had no
7  inside knowledge.  If that would have come up, I would
8  have said, no, we're not doing anything exceptionally
9  different.
10       Q    Do you recall a meeting on May 18,
11 2011 -- which is shortly before Suncor terminated its
12 relationship with Western -- in which Mr. Taraghi and
13 Mr. Wehrle came out to your offices and you met with
14 them and at various times with Diane Kriskovich and
15 Steve Ewing and Doug Vejnar?
16       A    I remember the meeting.  I don't remember
17 much about the meeting.
18       Q    Is -- I mean, in your mind was that a
19 significant meeting?
20       A    That was the last time I met with
21 those -- essentially Mr. Taraghi and Chris Wehrle.  It
22 was about that time that everything relationship -- our
23 relationship was at a crux and we were trying to figure
24 out how to get that 12-month contract.  There were a
25 lot of things going on, and I think that -- it stays in

---

STEVE MOSS - MAY 25, 2012

Page 103

1  my mind because that was the last time I think I saw
2  Hossein or Mr. Taraghi.
3        Q    To the best of your recollection, what
4  were the topics discussed in that meeting?
5        A    Again, I really don't remember the
6  meeting.  I was more of an out -- a bystander on that.
7  I was in the meeting and observing the company.  The
8  meeting was predominantly between Mr. Ewing and Diane
9  and Hossein -- Mr. Taraghi -- and Chris.
10       Q    Was that unusual for meetings with your
11 customers, that it would be led by someone other than
12 you?
13       A    That particular meeting and that
14 particular day, the whole purpose of that meeting was
15 for Mr. Taraghi and Mr. Ewing to get together and
16 discuss issues.
17       Q    Had there been any time prior to that
18 meeting where Suncor had cut off Western from purchases
19 of Suncor fuel for any period of time?
20       A    Not that I recall.
21       Q    Do you recall at that meeting either
22 Mr. Taraghi or Mr. Wehrle at any time raising the issue
23 of pricing to Dillon Companies or to King Soopers and
24 their feeling that that group was getting a better
25 price or a greater discount and Western wanting to get

---

STEVE MOSS - MAY 25, 2012

Page 104

1  the same deal as King Soopers or Loaf 'N Jug or anyone
2  within the Dillon Companies?
3        A    I don't recollect any of that
4  conversation.
5        Q    Why was Mr. Vejnar at that meeting?
6        A    Because he was the -- you know, he was
7  the manager above myself, so he attended those meetings
8  as well.
9        Q    Were there ever any meetings -- did you
10 ever have any meetings with unbranded customers in
11 which you met with Mr. Ewing and Mr. Vejnar and the
12 customer, that you can recall?
13       A    In 2011, yes, when I tried to at certain
14 times get -- if my customers were in the office or we
15 were setting up meetings, I would try to have them --
16 to introduce them because at this time Mr. Ewing had
17 only come in about 2011, end of 2010, 2011.  So I was
18 trying to establish relationships.  People needed to
19 know who they were; they needed to know who the
20 customers were.
21       Q    Who, to the best of your knowledge, at
22 Suncor made the decision to terminate Western as a
23 customer?
24       A    That was made at Mr. Ewing's level.  He's
25 the only one who has the ability or right to do that.

STEVE MOSS - MAY 25, 2012

Page 105

1    Q    Okay.  So did you give input into that
2  decision before it was made?
3    A    I would have given input for what I knew
4  or what I thought.  I mean, they were my customers and
5  I would represent my customers' interests.
6    Q    Did he tell you before the decision was
7  made and give you the opportunity to kind of weigh in?
8    A    I don't believe so.
9    Q    Okay.  Did you weigh in and say anything
10  to the effect of I think we should keep them on for a
11  while or, you know, historically they've been a good
12  customer of ours?
13    A    I don't recollect any specific
14  conversation of that.  But at the time I was, you know,
15  discussing where I saw Western Convenience.  You know,
16  we were working on a 12-month contract.  We'd kind of
17  come very close to getting a 12-month contract in at
18  that time.  There were other issues that I have no say
19  in that was affecting our business or affecting
20  Mr. Ewing's decisions, so I could not say what
21  finally -- you know, was the final reckoning or
22  decision-making.
23    Q    Did you have other customers that
24  Mr. Ewing made the decision to terminate during that --
25  during 2011?

STEVE MOSS - MAY 25, 2012

Page 106

1    A    I'm trying to -- not that I recollect
2  that we terminated any of my customers.  There have
3  been other customers that were -- that had issues in
4  2011, and they were either terminated or were
5  resolving.  I don't remember exactly what the
6  circumstances were and what the final outcome was.
7    MS. CRAIGMILE:  All right.  Let's take a
8  break and discuss how we want to schedule lunch.
9    THE VIDEOGRAPHER:  We're going off the
10  record at 11:12 a.m.
11    (Whereupon, from 11:12 a.m. to 11:27 a.m.
12  there was a break in the proceedings.)
13    THE VIDEOGRAPHER:  We're back on the
14  record at 11:27 a.m.
15    Q    (BY MS. CRAIGMILE) Mr. Moss, I'd like to
16  talk a little bit about your relationship with the
17  folks at Kroger, Mini Mart, Dillon.  Who did you work
18  with principally in that family of companies?  Who was
19  your main contact?
20    A    My main contact was a gentleman who
21  worked out of -- out of Kansas, and I don't recall his
22  name at this time.
23    Q    Something like Wilson?
24    A    Thank you.  David Wilson.
25    Q    David Wilson?  All right.  And was David

STEVE MOSS - MAY 25, 2012

Page 107

1  Wilson the internal contact for both the Mini Mart/
2  Loaf 'N Jug relationship and the supermarket
3  relationship, meaning the King Soopers/Dillon
4  Companies?
5    A    David was responsible for the Dillon, the
6  King Soopers retail outlets.
7    Q    Okay.  Was a different person responsible
8  for the Mini Mart outlets?
9    A    The gentleman who I dealt with for the
10  Mini Marts was -- I want to say it was Andrew Spain I
11  think his name was who did the original bidding.  But I
12  dealt with a gentleman down in Trinidad who kind of ran
13  their supply organization.
14    Q    In Trinidad, Colorado?
15    A    Yes.  Pueblo, Colorado.  Sorry.
16    Q    Okay.  Do you understand why within the
17  Kroger family they separated out the fuel purchases for
18  the Mini Mart side and the King Soopers side?
19    A    They ran the Loaf 'N Jug, Mini Mart, and
20  the King Soopers as two totally separate entities.
21  They were kind of run as separate divisions.  So they
22  were separated out for that purpose.
23    Q    Did they have separate RFP processes?
24    A    Yes.
25    Q    Did they ultimately get the same price

STEVE MOSS - MAY 25, 2012

Page 108

1  for the same products or --
2    A    I don't recall the exact contract
3  pricing, if it was different.  I believe they were both
4  the same in the long run.
5    Q    Did you meet with the folks -- the Mini
6  Mart folks and the King Soopers folks ever together?
7    A    I don't believe so.
8    Q    Or did you -- did you feel like you were
9  free to discuss all of the business together, or did
10  you keep the Mini Mart business totally separate from
11  the King Soopers business?
12    A    We kept it separate.
13    Q    And you don't know internally whether
14  they ever --
15    A    No.
16    Q    -- ever discussed the business
17  collectively?
18    A    Correct.
19    Q    Did you meet with any -- what position
20  was Mr. Wilson's?
21    A    I believe his title was supply manager
22  for the U.S.
23    Q    Okay.  So he bought things for King
24  Soopers?
25    A    Just fuel.

STEVE MOSS - MAY 25, 2012

Page 109

```
 1        Q    Okay.  So he bought fuel for King
 2   Soopers.  And was the person in Pueblo for Mini Mart,
 3   did that person have the same role for Mini Mart?
 4        A    Yeah.
 5        Q    All right.  And bought fuel only?
 6        A    He -- I don't know if he was just fuel
 7   only or if he ran the whole organization.
 8        Q    Okay.
 9        A    But he was responsible for fuel
10   definitely.
11        Q    Did you meet with anyone -- any kind of
12   executives of King Soopers as part of your relationship
13   or Suncor's relationship with Dillon or Mini Mart?
14        A    No.
15        Q    Did you ever have direct meetings with
16   anyone at Costco about the Suncor fuel or any
17   relationship involving Suncor fuel being sold by
18   Costco?
19        A    The only time I ever met anybody from
20   Costco was at an industry function.  We have an annual
21   function in Las Vegas every year, and I was introduced
22   to a particular -- I think her name was Nancy who was
23   with Costco.  And I couldn't even tell you what her
24   position was.  It was just a --
25        Q    Were you introduced by someone at DATS or
```

STEVE MOSS - MAY 25, 2012

Page 110

```
 1   Truman Arnold, or were you just introduced by --
 2        A    I can't remember what the occasion was.
 3   I was introduced by somebody, but I can't remember who
 4   it was.
 5        Q    All right.  And you don't recall whether
 6   you discussed --
 7        A    No, we didn't discuss anything because it
 8   was just a general meeting.  Hi, this is Nancy.
 9        Q    Okay.  And how about did you meet with
10   anyone internally at Sam's in connection with Suncor
11   business?
12        A    I don't recall ever meeting anybody from
13   Sam's.
14        Q    Did you meet internally with anyone from
15   Safeway in connection with Suncor business?
16        A    No.
17        Q    So you were never asked by the
18   wholesalers to, you know, come along and, say, do
19   marketing or sales calls or anything of that nature?
20        A    No, that wasn't -- that wasn't a trend.
21        Q    Did you ever have any training in
22   antitrust laws at Suncor?
23        A    We were given classes on antitrust law,
24   yes.
25        Q    When did you take those classes?
```

STEVE MOSS - MAY 25, 2012

Page 111

```
 1        A    I don't recall exactly.  I think if I
 2   remember right I think we got the spiel from Michael --
 3   or from legal once a year.
 4        Q    And was that as part of an all-company
 5   meeting or was it to your group in particular?
 6        A    I believe it was to anybody who could
 7   fall into that category.  So I would believe marketing,
 8   sales, supply group, anybody who dealt with customers I
 9   think.  I'm not sure.
10        Q    Do you recall what the substance of the
11   training was at all with respect to price
12   discrimination?
13        MR. SHAHEEN:  Wait a minute.  I think
14   you're getting into attorney/client communication.
15        MS. CRAIGMILE:  Well, if it's general
16   corporate training.
17        MR. SHAHEEN:  Well, it's being given by
18   an attorney to the corporate employees.
19        Q    (BY MS. CRAIGMILE) Do you recall anyone
20   else that gave the training?
21        A    Not that I can recall.
22        Q    Okay.  So it was Mr. Korenblat that gave
23   the training?
24        A    Somebody from the legal department, yes.
25        Q    Do you recall anyone outside of Suncor
```

STEVE MOSS - MAY 25, 2012

Page 112

```
 1   being -- attending the training?
 2        A    No, I don't recall anybody else there.
 3        Q    All right.  And you just generally
 4   remember the training occurring once a year?
 5        A    I'm thinking it was once a year.  I'm not
 6   even certain it was once a year.
 7        Q    Do you remember doing it on more than one
 8   occasion?
 9        A    Yes.
10        Q    Do -- did you have antitrust policies
11   that you accessed during your employment?
12        A    The policies were out there, yes.
13        Q    Did you access the policies either as a
14   matter of practice or any time that you can recall in
15   terms of doing your work at Suncor?
16        A    No.  I didn't go to them and refer to
17   them, if that's what you mean.
18        Q    Did you ever raise any antitrust issues
19   with respect to pricing for your products?
20        A    Can you rephrase that?  I'm not sure what
21   you're asking me.
22        Q    Did you ever raise any concerns with any
23   of your contracts or potential contracts -- concerns
24   about the antitrust implications of the contracts or
25   the deals that a customer was proposing, for example,
```

Page 113

1   with Mr. Ewing?

2        A    No, I don't believe so.

3        Q    Did Mr. Ewing or any of his predecessors

4   ever raise any concerns about antitrust issues related

5   to any of your unbranded business?

6        A    No, not that I'm aware of.

7        Q    Do you ever recall those discussions in

8   your group meetings regarding antitrust issues on the

9   branded side of the business?

10       A    No.

11       Q    Okay.  So would it be safe to say the

12  only time that in your experience at Suncor antitrust

13  issues ever came up were the annual or other periodic

14  training sessions that Mr. Korenblat gave?

15       A    Yeah, we were made of aware of them

16  during those meetings.

17       Q    Okay.  And you don't ever recall the

18  issue of antitrust laws or policies coming up at any

19  other time specifically?

20       A    I don't recall any specific instance

21  where that came into play.

22       Q    Okay.  We talked a little about Mr. Ewing

23  being the director, but I'd like to understand a little

24  bit more about the period in which Ms. Carbone was the

25  director of rack forward sales.  And you said that was

Page 114

1   for a period of something like eight months?

2        A    Approximately, if I remember rightly.

3        Q    All right.  And what were the

4   circumstances of her taking over that position?  Did

5   she take it over directly from Mr. Smith, or was that

6   position vacant for a while?

7        A    No, she took -- if I remember rightly,

8   she took that position from Mr. Smith.

9        Q    Okay.  And was she an internal Suncor

10  employee at the time, or did she come from the outside?

11       A    No, she was an internal employee.

12       Q    What was her previous job?

13       A    She was director of the accounting

14  department, if I remember rightly.

15       Q    And so that was sort of a lateral

16  transfer in Suncor terminology?  Directors are --

17       A    I would say so, yes.

18       Q    Okay.  And so you reported to her

19  directly for the entire time that she was director of

20  rack forward sales?

21       A    For the majority of the time Mr. Ewing

22  came on as the rack forward manager, I want to say

23  about the last month of her tenure.

24       Q    Okay.  So he actually came on in the

25  position that Mr. Vejnar ultimately held?

Page 115

1        A    Correct.

2        Q    And then Ms. Carbone left and Ewing was

3   elevated to the director position?

4        A    Correct.

5        Q    All right.  And where did Mr. Ewing come

6   from?

7        A    When he became director -- or became the

8   manager and eventually the director, he was manager of

9   retail.  He'd either been in retail the whole time, but

10  I don't remember.  Before that I don't know his

11  employment history.

12       Q    Okay.  So he was the guy in charge of the

13  retail stores that were Suncor-owned?

14       A    He was the manager and he reported to the

15  director of retail, if I remember rightly.

16       Q    Did that retail group report to Kendall

17  Carbone?

18       A    Yes, they would have reported to the

19  director.

20       Q    Okay.  And so at the time when Mr. Ewing

21  held that position, how long did he hold that position?

22       A    I couldn't tell you how long he'd been in

23  that position.  He'd been there since I was in the

24  office in 2007.  Before that I don't know.

25       Q    Okay.  So at least two or three years, he

Page 116

1   was the manager of all the retail operations?

2        A    Correct.

3        Q    All right.  And in that position, he

4   would -- the operations he managed would have competed

5   with operations such as Western Convenience Stores?

6        A    I don't know if it was considered

7   competition.  They were just responsible for the -- for

8   Suncor's retail outlets, those 30, 40 stores, whatever

9   it was they owned.

10       Q    Okay.  So to the extent that any of those

11  30 or 40 outlets might competed with Western's

12  retail outlets, there would have been a competitive

13  relationship?

14            MR. SHAHEEN:  I think the question is

15  confusing and vague.  Go ahead if you can answer.

16       A    I think they considered like -- I would

17  imagine, because I really don't know -- that they

18  considered everybody their competition.  They were

19  looking at the Conocos, the Shells, the Valeros,

20  everybody.  Who they considered their competition I

21  really couldn't tell you.

22       Q    (BY MS. CRAIGMILE) So when Mr. Ewing came

23  on, did you ever have any discussions with him about

24  Western and did he give you any information that he

25  understood about Western because of his -- you know,

STEVE MOSS - MAY 25, 2012

Page 121

```
 1        A    I believe -- you know what?  I believe
 2   Ms. Carbone was there when we took on the Mini Mart
 3   volume.  Again, I'd have to look at their contracts to
 4   know exactly the time and who was there and what -- but
 5   I believe she was the director at that time.
 6        Q    Okay.  So your recollection is that King
 7   Soopers was already on board when she took over that
 8   position?
 9        A    Yes.
10        Q    And -- but Mini Mart was new when she
11   was -- she had her tenure as director?
12        A    Yes.
13        Q    Did Ms. Carbone ever negotiate directly
14   with Western about prices or contracts to the best of
15   your knowledge?
16        A    Not to my knowledge.
17        Q    Did she negotiate directly with other
18   unbranded customers to your knowledge?
19        A    No.  That was pretty much my job.  She
20   would have given me direction and I would keep her --
21   obviously keep my director in the loop.  But actually
22   negotiating directly, I don't believe so.
23        Q    Was there a change in model, a Suncor
24   model in terms of these unbranded contracts between the
25   time that Mr. Smith was there to Ms. Carbone's time?
```

STEVE MOSS - MAY 25, 2012

Page 122

```
 1        A    Not that I recall.
 2        Q    So the model stayed exactly the same as
 3   far as you can tell?
 4        A    As far as I recall, yes.
 5        Q    How about from the change between
 6   Ms. Carbone and then Mr. Ewing?
 7        A    When Mr. Ewing came on as director, there
 8   were starting to be changes.  Our whole business and
 9   operations was changing at that time.
10        Q    Was that spearheaded by Mr. Ewing or was
11   that something that was already in place from somewhere
12   above?
13        A    From somewhere above.  During that
14   previous -- in I believe it was in 2010, we -- Suncor
15   merged with Petro Canada.
16        Q    Uh-huh.
17        A    So there was a change in operation and
18   business philosophy directed from Canada through that
19   Petro Canada organization.  So it was a philosophical
20   change in business.
21        Q    How did that philosophical change in
22   business change your business?
23        A    Let me correct myself.  I said
24   philosophical.  It wasn't really a philosophical.  It
25   was an operating change in business.  We were changing
```

STEVE MOSS - MAY 25, 2012

Page 123

```
 1   the way we were organized, the way we did business to
 2   match the Canadian business structure.
 3        Q    Okay.  Specifically how did that impact
 4   your unbranded sales?
 5        A    Well, you know, we had more directors.
 6   Mr. Vejnar came in kind of during that period.
 7   Mr. Ewing first and then Mr. Vejnar.  So there was a
 8   change in organizations.  Our VP went and moved to
 9   Canada instead of being here in the U.S.  So obviously
10   like any big corporate change, there was personnel
11   changes.
12        Q    Sure.
13        A    But the biggest change was the fact that
14   we were adopting the Petro Canada Canadian business
15   model.  And so there was a lot of teaming problems not
16   only for obviously people like myself at my level
17   trying to understand what the new way we were going,
18   what the business changes were.  Are we doing contract
19   changes?  Are we doing communication changes?  But the
20   biggest thing was for the people in the U.S. was
21   understanding the Canadian business mentality for
22   staff.
23        Q    Uh-huh.
24        A    Where they're coming from and how they
25   ran their business.
```

STEVE MOSS - MAY 25, 2012

Page 124

```
 1        Q    Did the form of contract change as a
 2   result of that shift that you recall?
 3        A    Not the contract itself I don't believe
 4   changed.  We still kept that agreement of supply or
 5   whatever it was called.  That was still -- some of the
 6   wording could have changed.  I don't recall anything
 7   specific.
 8        Q    Was there a difference in the pricing
 9   structure or the pricing philosophy in terms of cents
10   per gallon discounts?
11        A    No, there was no change in the pricing
12   philosophy.
13        Q    Okay.  So there was no real change on the
14   operations that did the rack pricing, the group that
15   was headed by Ms. Thonen, or from your perspective
16   the -- whatever the contractual cents per gallon
17   discount that you were going to offer unbranded
18   customers?
19        A    There was no changes -- there were no
20   changes in that that I'm aware of.
21        Q    What is your -- what happened to
22   Ms. Carbone?  Did she leave the company?
23        A    She left the company, yes.
24        Q    What is your understanding of the reason
25   for her departure?  Was it voluntary?
```

STEVE MOSS - MAY 25, 2012

Page 125

```
 1        A    Yes, it was voluntary.  Ms. Carbone --
 2  Mrs. Carbone -- she came from a tax and accounting
 3  background and had taken the position of director of
 4  sales.  And her true love was tax and numbers, so she
 5  went to a job that gave her tax and numbers.
 6        Q    Did she stay in the -- was her background
 7  in energy or oil companies or was it -- did she --
 8        A    I'm not sure what her background is.  I
 9  knew she had been at Suncor for quite a while.
10        Q    Okay.  Do you recall any dissatisfaction
11  with her performance in the position or assertions that
12  bad contracts had been entered into during her tenure?
13        A    No.  It was strictly she was given an
14  offer that she felt she couldn't refuse.
15        Q    Did you ever get confronted or talked to
16  from anyone above you about entering into a contract
17  that Suncor didn't feel in retrospect had been prudent
18  or in Suncor's best interest?
19        A    No, because all the contracts had pretty
20  much already been discussed or approved by my
21  hierarchy, my higher-ups, my director.  So I don't
22  recall any conversations about any particular contract
23  that they didn't like.
24        Q    Did you ever hear about any feedback or
25  flak your director was getting from anybody above his
```

STEVE MOSS - MAY 25, 2012

Page 126

```
 1  level or her level when Ms. Carbone was there about
 2  having entered into contracts, long-term contracts that
 3  ended up not being favorable for Suncor?
 4        A    No, I don't recall any -- anything like
 5  that.
 6        Q    Okay.  I'll have the court reporter mark
 7  an exhibit for you.
 8             (Whereupon, Moss Deposition Exhibit
 9  No. 30 was marked for identification.)
10             MR. SHAHEEN:  So this should be
11  confidential on the record, this part.
12        Q    (BY MS. CRAIGMILE) All right.  Mr. Moss,
13  we've handed you what's been marked as Exhibit 30.  And
14  for the record, that's a document that we received from
15  Mr. Shaheen that identifies to my understanding the
16  unbranded customers -- the top ten per year unbranded
17  customers by volume sold at Suncor.  Does that -- does
18  this document look like that to you, to the best of
19  your understanding?
20        A    Can you say what it's supposed to be
21  again?
22        Q    Sure.  My understanding is that per year
23  this is the top ten list by volume of unbranded
24  customers for Suncor.
25        A    Correct.  That's what it seems to be.
```

STEVE MOSS - MAY 25, 2012

Page 127

```
 1        Q    Okay.  So in 2008, for example, and 2009
 2  Western Convenience was the top purchaser of unbranded
 3  gas for Suncor.  Is that what you recall?
 4        A    That's what it seems to be, yes.
 5        Q    Do you generally recall that, as
 6  Western --
 7        A    They were one of our biggest.  I never
 8  paid any attention as to who was the biggest.
 9        Q    Okay.  In Suncor terminology when a U
10  appears in front of something, like UG, that means
11  unbranded?
12        A    No.  That's -- I think that's U.S.
13  gallons.
14        Q    Okay.  Do you know what the 6 stands for?
15        A    I don't.
16        Q    Okay.  All right.  What was your -- let's
17  start in 2010 and work backwards.  So we've got Dillon
18  Companies and Mini Mart as the top purchasers in 2010.
19  Dillon Companies with ███ million gallons and Mini Mart
20  with ███ million gallons.  Were those numbers right at
21  the volumes, to the best of your recollection, that
22  Dillon and Mini Mart agreed to buy in their contracts
23  that resulted from the bid process?
24        A    Without looking at the contracts, I
25  wouldn't be able to say for sure; but they should be.
```

STEVE MOSS - MAY 25, 2012

Page 128

```
 1        Q    Okay.  And then under those two, we've
 2  got Truman Arnold followed by DATS and Offen.  And we
 3  talked about those three as being the wholesalers that
 4  sold to Sam's, Costco, and Safeway.  But they sell to
 5  other customers from the best of your understanding, is
 6  that correct?
 7        A    Yes, they were a wholesaler.
 8        Q    And so each of these would have had a
 9  special contract that resulted from the dealings with
10  Sam's or Costco or Safeway, is that right?
11        A    That would have been treated as a totally
12  separate contract.
13        Q    Okay.  Because they were delivering to
14  those customers.  And then you had a different contract
15  or perhaps contracts with those entities for the other
16  purchases of unbranded gas from Suncor?
17        A    Correct.
18        Q    All right.  And for those customers,
19  what -- to the best of your recollection, what was the
20  nature of their deals just in terms of -- were they
21  annual deals?
22        A    They would have been annual deals, yes.
23        Q    Okay.  Do you recall any of those having
24  two-year deals?
25        A    I don't believe so, but -- I don't recall
```

Page 129

```
 1   any having two years.
 2        Q    Okay.  Or any of them being spot deals?
 3        A    Oh, being spot deals, these were old.
 4        Q    Okay.  And did they get the same price
 5   per gallon discounts on each product that the others
 6   did?  Did they get the exact same discounts, cents per
 7   gallon discounts?
 8        A    Yes, they did.  In 2009, 2010 everybody
 9   got the same deal.
10        Q    How about 2008?
11        A    2008, that was existing contracts and --
12   they got the same deals.  I correct myself, yes.  In
13   2008 they would have gotten the same deal.
14        Q    Okay.  Did you change the deals yearly?
15        A    No.
16        Q    So from -- would they -- to the extent
17   you sold the same products in 2008, 2009, 2010 say to
18   DATS and Truman Arnold, would that price have always
19   stayed the same during that period?  For example,
20   Suncor rack minus 3.5 cents per gallon?
21        A    In the end of the spring, in spring of
22   2008 is when we changed to that 4 and a half.  My
23   standard deal was a 4 and a half cent deal on the off
24   rack on E-10, 3 and a half on what we called
25   conventional regular gasoline, and 3 and a half cents
```

Page 130

```
 1   on diesel.  And that stayed in place until after I
 2   retired.
 3        Q    Okay.  So 4 and a half for E-10, 3 and a
 4   half for unleaded regular, and 3 and a half for diesel?
 5        A    Correct.
 6        Q    And premium, what was that?
 7        A    That was the same.
 8        Q    Okay.  So the same, 3 and a half.  All
 9   right.  And all of your customers got that deal?
10        A    Yes.
11        Q    All right.  Were there any exceptions?
12        A    No exceptions.
13        Q    Okay.  What is this organization FMI
14   Rack?  It seems to stop doing business in 2010.  Did it
15   get purchased by somebody?
16        A    Truman Arnold.
17        Q    Okay.  So it got sort of subsumed in
18   Truman Arnold?
19        A    Correct.
20        Q    And for 2010 we've got Truman Arnold and
21   DATS and Offen listed, but we can't tell what the
22   volumes were for the Costco and Sam's and Safeway
23   deals; is that correct?
24        A    No.  You'd have to pull the contracts and
25   look at the individual volumes.
```

Page 131

```
 1        Q    Did you have a sense for what percentage
 2   of Truman Arnold business, for example, was Costco
 3   or --
 4        A    Again, without looking at the contracts,
 5   I really don't want to guesstimate.
 6        Q    Okay.  Who are your -- who were your main
 7   contacts at Truman Arnold?
 8        A    Main contact at Truman Arnold was a
 9   gentleman by -- Rob Case who's based here in Denver.
10        Q    Rob Case?
11        A    Correct.
12        Q    C-A-S-E?
13        A    C-A-S-E.  And a gentleman called Karl
14   Nelson.  He's based out of Tulsa, Oklahoma.
15        Q    Because DATS takes its fuel and sells its
16   fuel in multiple states, is that correct?
17        A    You're talking DATS or Truman Arnold?
18   I'm sorry.
19        Q    I'm sorry.  Truman Arnold.
20        A    Yeah, they're a national company.
21        Q    As is DATS?
22        A    Truman is more national.  DATS really is
23   kind of Salt Lake, the Western Rockies.
24        Q    Okay.  Who were your contacts at Truman
25   Arnold?  I'm sorry.  DATS.
```

Page 132

```
 1        A    My contact at DATS would be -- was a
 2   gentleman called Daryn Snow based in St. George, Utah.
 3        Q    Anyone in Colorado for DATS?
 4        A    Nobody in Colorado for DATS.
 5        Q    Okay.  At Offen who were your main
 6   contacts?
 7        A    Mr. Bill Gallagher, the owner of Offen
 8   Petroleum.
 9        Q    Was Wynn Wright associated with Offen?
10        A    He's one of their sales and supply
11   managers.  They have two or three of them.
12        Q    But Gallagher was the one that you'd take
13   direction from?
14        A    I took most from him.
15        Q    All right.  How about Pester Marketing?
16        A    Pester Marketing, I didn't do any
17   business with Pester Marketing.
18        Q    Why -- they're one of the top sellers at
19   least in 2008, and then they sort of seem to be selling
20   lesser volumes.  Why didn't you deal with Pester
21   Marketing directly?
22        A    They were a branded customer.
23        Q    Okay.  Do you know why they're listed on
24   this unbranded list?
25        A    I think probably because they had a small
```

Page 133

1  unbranded business, but it was so minute that I didn't
2  really do business.  The branded manager just kind of
3  took care of that as well.
4        Q    Okay.  So you think that Pester
5  Marketing, the 45 million gallons that are listed up
6  here in 2008, the majority of that would have been
7  branded rather than unbranded?
8        A    Nearly all of it would have been branded.
9        Q    Okay.  So this looks to be the top ten
10  customers by volume, and as long as they sold some
11  unbranded they ended up on this list?
12        A    Yes, exactly.
13        Q    What brand was Pester?  Was it Phillips?
14        A    They were Phillips.
15        Q    Okay.  Are there any other customers on
16  this list that you can see that sort of fit into the
17  same category as Pester where really their business was
18  branded but they made it onto this unbranded list?
19        A    Acorn Petroleum I would put in that
20  category.
21        Q    What is Simons' business model?  Is it
22  the same as DATS?  Is it a wholesaler or does it have
23  retail operations?
24        A    Simons Petroleum is strictly a diesel
25  business.

Page 134

1        Q    Okay.
2        A    They do distillate diesels.
3        Q    How about Equitable Oil?
4        A    Same thing.  They are a diesel customer.
5        Q    And what's TA Operating Corporation?  Is
6  that something associated with Truman Arnold?
7        A    No.  TA Operating runs the TA truck
8  stops.
9        Q    Okay.  So they are sort of in your mind a
10  competitor of Western?  They run retail operations in
11  some sense?
12        A    They're a truck stop.
13        Q    Okay.
14        A    In my mind they wouldn't be considered a
15  competitor; but again, I don't do retail, so I don't
16  know.
17        Q    Okay.  And then how about SB Fuels of
18  Wyoming?  What is that?
19        A    SB Fuels are a reseller.
20        Q    So they're like an Offen?
21        A    Correct.  They're a wholesale business
22  with a couple of truck stops.  They have a twofold
23  business.
24        Q    How about Carter Energy?
25        A    Carter Energy -- actually Carter Energy

Page 135

1  is a branded customer.  They are branded outlets only.
2        Q    And do you recall what their brand was?
3        A    They would have been ConocoPhillips and
4  then Shell in 2010.
5        Q    All right.  And then Southern Counties?
6        A    Southern Counties is a wholesale company.
7        Q    And Simons I think we already talked
8  about.
9        A    Yeah.
10        Q    What about Sapp Brothers?  Is Sapp
11  Brothers an unbranded customer?
12        A    Sapp Brothers is SB Fuels, the same
13  company.
14        Q    Okay.
15        A    They had two different divisions, but
16  they're the same company.
17        Q    So Sapp Brothers was both a wholesaler
18  and a retailer?
19        A    They only had the truck stops.  They had
20  two or three truck stops I believe through Colorado and
21  Wyoming.
22        Q    Were those called those Travel Centers?
23        A    No.  That was a different.  They're
24  actually called Sapp Brothers Trucking, truck stops.
25        Q    Okay.  But they also sell retail to

Page 136

1  consumers, don't they?
2        A    I don't believe they have any retail.
3  They sell product wholesale to other customers, yes.
4        Q    Okay.  But to your understanding, Sapp
5  Brothers doesn't sell retail fuel to ordinary consumers
6  like me?
7        A    No.  They don't have their own outlets,
8  that's correct, as far as I'm aware.
9        Q    Okay.  Why was there a cent difference in
10  the discount between E-10 and regular unleaded?
11        A    They are two completely different
12  products.  Regular gasoline -- prior to the RFS when
13  everybody went to E-10, regular gasoline basically was
14  conventional gasoline; i.e., no ethanol.
15        Q    Uh-huh.
16        A    Ethanolized gas obviously has the
17  10 percent ethanol in it which is typical for our
18  market.  The price difference was because of the price
19  difference of ethanol; and there was also different
20  things, tax credits and things like that.
21        Q    Okay.  So when you -- are you just when
22  you get the E-10 blend, that's just a blend of your
23  regular unleaded with ethanol; or do you start out with
24  a different --
25        A    You start out with a different gasoline

Page 161

1  you were moving to a two- or three-month model or do
2  you recall why this would not have been on a -- you
3  know, a first day of the month to last day of month?
4        A    I don't recall the specifics of this
5  contract because it's a very small amount.
6        Q    So this wasn't one of your standard
7  contracts with Western?
8        A    It wasn't a standard contract, no.  I
9  would have to look into the details.
10       Q    Okay.  So is this another pipeline
11  contract?
12       A    Yes, because it says Net 10 terms,
13  N-3 pipeline gasoline shipped, Dupont.  So that was a
14  pipeline agreement.
15       Q    Is there any terminal pickup at Dupont?
16       A    There is a terminal there, yes.
17       Q    Okay.  Did you sell to Western at that
18  terminal or to your unbranded customers at Dupont?
19       A    At certain times we had a position there
20  which means we had the rights to sell our own product
21  at Dupont.
22       Q    Okay.
23       A    Dupont is a common terminal.  Numerous
24  companies would put their product into that terminal
25  and could pull out of it as long as you had an

Page 162

1  agreement and did business with that company.  We did
2  do business, although at times -- there would have been
3  times when I would have sold that --
4        Q    Okay.
5        A    -- or Western Convenience lifted off my
6  number instead of their own.
7        Q    All right.  Then if you look at the last
8  contract.  I have two copies of it: one that's readable
9  and one that is signed but unreadable that follows it.
10  And this is the last contract that we can tell existed
11  between Western and Suncor.
12            And it's dated January 31, 2011, and it's
13  to be between February 1, 2011, and April 30, 2011; but
14  it's not signed by either party until the last week or
15  almost the last week of April 2011.  Do you know why
16  this was signed so late?
17       A    I think it was in that transition.
18  Mr. -- when did we start in this?  February?  Mr. Ewing
19  had come on board there, and I think it just got behind
20  and he was going back and trying to sign all the
21  contracts.  You'd mentioned earlier on that the
22  contract wasn't signed.  Mr. Ewing was a stickler and
23  wanted all the contracts signed, so he went back and
24  signed all those that hadn't been verified.
25       Q    Okay.  But this one wasn't signed by

Page 163

1  Western until nearly that same time frame.  Was that an
2  unusual practice?
3        A    It could have -- I don't know the
4  circumstances on that one.  It could have been they had
5  to go back and get his signature as well.
6        Q    Would you have been the person to go back
7  and get the signature, or is this somebody in customer
8  service?
9        A    I believe it would have been customer
10  service.  I wouldn't have done it.
11       Q    Okay.  You can put that exhibit to the
12  side, although it's possible we could look at it again.
13            I'm going to ask you about a couple of
14  different companies that we haven't talked about.  We
15  talked briefly about Sapp Brothers.  Is there a
16  distinction in contracts between Sapp Brothers and
17  Sapp Brothers Travel Centers?
18       A    There was a distinct -- they belonged to
19  the same company, i.e., the same owners; but they were
20  two separate entities.  SB Fuels was more of a
21  wholesale division based out of Cheyenne.
22       Q    Okay.
23       A    And when we refer to Sapp Brothers, it
24  was their actual truck stop operations, one of which
25  was in Cheyenne and one of which was here in Denver.

Page 164

1        Q    Okay.  The Travel Centers?
2        A    The Travel Centers, yes.
3        Q    How about Western Petroleum Company?  Was
4  that an unbranded customer?
5        A    Western Petroleum was an unbranded
6  customer.  It depends which Western Petroleum you're
7  referring to.  There were numerous companies called
8  Western Petroleum.
9        Q    Okay.  And it's not to be confused with
10  Western Convenience, obviously.
11       A    Not to be -- yeah, not by us.
12       Q    Okay.  There seems to be a Western
13  Petroleum Company and a Western Petroleum, Inc.  Are
14  those two separate entities or are they related at all?
15       A    Two totally separate companies.
16       Q    Okay.  And what was the business of
17  Western Petroleum Company?  What was it's model?
18       A    Do you have an address on that one?
19       Q    No.
20       A    Because as I said, we have numerous
21  Western Petroleums and even I couldn't keep them
22  straight at certain times.  Western Petroleum
23  Company -- okay.  I'm going to give you a list of
24  Western Petroleum.
25       Q    Okay.

STEVE MOSS - MAY 25, 2012

Page 165

```
 1        A    Because that's the only way I can really
 2   differentiate.  There's a Western Petroleum Company
 3   that's based out of Glenwood Springs --
 4        Q    Okay.
 5        A    -- predominantly a branded customer.  It
 6   wasn't somebody that I dealt with on a regular basis.
 7   There's a Western Petroleum Company based in Eden
 8   Prairie, Minneapolis --
 9        Q    Okay.
10        A    -- who we had some small dealings with.
11   And then there was a Western Petroleum based out of
12   Vernal, Utah --
13        Q    Okay.
14        A    -- who we had small dealings with.
15        Q    Okay.  So the Eden Prairie, Minnesota,
16   and the Vernal, Utah, were unbranded customers but not
17   of a large volume?
18        A    They were unbranded customers, but not
19   large volume, yes.
20        Q    Were they wholesale operations or --
21        A    They were wholesale operations, correct.
22        Q    Okay.  Do you know, are those major
23   operations generally and they were just buying small
24   volumes from you, or do you have any idea?
25        A    The Western Petroleum Minneapolis is a
```

STEVE MOSS - MAY 25, 2012

Page 166

```
 1   very large entity, not particularly in our market.
 2        Q    Uh-huh.
 3        A    So I had very small dealings with them.
 4   Predominantly diesel, to be honest.
 5        Q    Okay.
 6        A    The Western Petroleum in Vernal, they
 7   were wholesalers.  Again, they did very little product
 8   with us.  What their business was with other suppliers
 9   I wasn't familiar.
10        Q    Okay.  How about Southern Counties Oil
11   Company?
12        A    Southern Counties Oil Company are in
13   California, Southern California.  Southern Counties is
14   what it stands for.  Based out of California, a
15   national company, they have business across the
16   southwest.  And they truck -- they would also do a
17   little bit of business in this market.
18        Q    Okay.  But not much?
19        A    Not much at the time.
20        Q    And was it unbranded?
21        A    They're considered unbranded, yes.
22        Q    Okay.  Were they a wholesaler?
23        A    Wholesaler for the most part, yes.
24        Q    All right.  How about Dooley Oil?
25        A    Dooley Oil is a company that's based out
```

STEVE MOSS - MAY 25, 2012

Page 167

```
 1   of Wyoming, out of Laramie, Wyoming, predominantly
 2   branded.  They did a little bit of unbranded, but the
 3   majority of their business was through retail sites.
 4        Q    Their own owned retail sites?
 5        A    Yes, they owned what they supplied,
 6   different stations.
 7        Q    How about Pilot Travel Centers?
 8        A    Pilot Travel Centers is strictly truck,
 9   Pilot truck centers.
10        Q    Uh-huh.  Like a Sapp?
11        A    Based out of Tennessee, if I remember
12   correctly.  Nationwide.  Pilots is a very big
13   nationwide company.
14        Q    Okay.  And they had some operations here
15   and bought some unbranded fuel from you?
16        A    They bought unbranded diesel.  That was
17   predominately what I sold there.  I did not sell much
18   gasoline, but predominantly diesel.
19        Q    Did they run a Flying J?  Is that a --
20        A    They purchased Flying J back in I want to
21   say 2010.  I'm not quite sure of the date.  But they
22   acquired the Flying J truck stops.
23        Q    Okay.  And that's another retail truck
24   stop --
25        A    Yes.
```

STEVE MOSS - MAY 25, 2012

Page 168

```
 1        Q    -- organization?  All right.  Okay.  Now
 2   I'm going to hand -- or have an exhibit marked.
 3            (Whereupon, Moss Deposition Exhibit
 4   No. 32 was marked for identification.)
 5            MR. SHAHEEN:  So now we're getting into a
 6   highly confidential area.
 7            MR. BENNINGTON:  According to the
 8   document.
 9            MR. SHAHEEN:  According to the document.
10        Q    (BY MS. CRAIGMILE)  Okay.  I'm handing you
11   what's been marked as Exhibit 32.  And Mr. Moss, that
12   is a document that was produced to us in email form and
13   it was an email with several attachments that you can
14   tell the email is the first page.
15            And that is from you to Mr. Ewing dated
16   January 3, 2011.  So right after the first of the year
17   it looks like you're sending him an email related to
18   December unbranded stewardship, and then you're
19   attaching a number of documents.  Do you recall sending
20   this document?
21        A    I don't recall this one, no.
22        Q    All right.  So it's safe to say -- did
23   you look at this document when you were preparing for
24   your deposition?
25        A    No.  This is the first time I've seen
```

STEVE MOSS - MAY 25, 2012

Page 241

```
 1   the discount or --
 2         A    Yes, if it's going to be site-specific or
 3   group customers.
 4         Q    All right.  I am going to hand you what's
 5   previously been marked as Exhibit 24.  I'm just going
 6   to hand you a copy of it, but it's in the notebook.
 7              And this, Mr. Moss, is -- my
 8   understanding is it's a spreadsheet of data that was
 9   produced by Suncor related to pricing and discounts to
10   the Dillon Companies for a period of time.  And I think
11   that if the spreadsheet was printed in its entirety, it
12   would be something in the order of 100 pages long.
13              But this is a spreadsheet that reflects
14   pricing on January 1, 2011, if you look at the pricing
15   date column in the middle of the -- I don't know, in
16   40 percent of the way into the document.  Have you ever
17   seen pricing data at Suncor in this format?
18         A    No.  This is new to me.  It's not
19   something I would have used.
20         Q    Okay.  This refers to -- I think for each
21   day and each terminal and each type of product what
22   Dillon Companies is taking in terms of volume from
23   Suncor and then the price.  And there's a column called
24   discount that is right under the Y of the "highly
25   confidential" that's written at the top.  Do you see
```

STEVE MOSS - MAY 25, 2012

Page 242

```
 1   that?
 2         A    Correct.
 3         Q    And we see a minus ████ for some of
 4   these, and then we get to like █-cent discount going
 5   down to certain products at certain terminals.  Do you
 6   know why these discount amounts are greater than the,
 7   say,████ or whatever that we're seeing in the Suncor --
 8   excuse me -- the Dillon contract?
 9         A    As I said, I've never seen one of these
10   before, so I'm not really familiar with what these
11   numbers represent or translate them.  Without spending
12   a lot of time looking through the whole thing, I can't
13   say for sure what that means.
14         Q    Are you familiar with customers getting
15   an ethanol credit?
16         A    That was standard.  That was an ethanol
17   credit that everybody got for using ethanol.
18         Q    Do you know what the amount per gallon
19   was?
20         A    It was ████████ cents per gallon.
21         Q    Okay.  And every customer, whether it was
22   branded or unbranded, that was sort of a standard?
23         A    Yes, that was a standard.  It was a
24   government tax break.  It was a renewable fuels tax
25   break that everybody got if you took ethanol gasoline.
```

STEVE MOSS - MAY 25, 2012

Page 243

```
 1              MS. CRAIGMILE:  Okay.  Mr. Moss, I
 2   appreciate your time today.  And I hope you have a safe
 3   trip to Spain.  It was a pleasure to meet you.
 4              THE DEPONENT:  Well, thank you very much.
 5              MS. CRAIGMILE:  Thank you.  We're done
 6   unless Mr. Shaheen has questions.
 7              MR. SHAHEEN:  We're done.  Thank you.
 8              THE VIDEOGRAPHER:  We're going off the
 9   record at 3:45 p.m.  This concludes the video
10   deposition of Steve Moss.  The unedited original
11   recording will be kept at Avery Woods Reporting
12   Service.
13
14              (Whereupon, at 3:45 p.m. the videotaped
15   deposition was concluded.)
16
17
18
19
20
21
22
23
24
25
```

STEVE MOSS - MAY 25, 2012

Page 244

```
 1        I, STEVE MOSS, do hereby state under oath
 2   that I have read the above and foregoing deposition,
 3   and that the above transcript and accompanying
 4   correction sheets, if any, constitute a true and
 5   correct record of my testimony.
 6
 7              _____
 8                        STEVE MOSS
 9
10   STATE OF COLORADO      )
                            ) ss.
     COUNTY OF _____ )
11
12        Subscribed and sworn to before me by the
13   said STEVE MOSS, this _____ day of
14   _____, 2012.
15        My commission expires:
16              _____.
17
18              _____
19                        NOTARY PUBLIC
20              _____
21                        ADDRESS
22
23
24
25
```

STEPHEN MOSS - JANUARY 30, 2013

Page 246

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Case No. 11-cv-01611-MSK-CBS
WESTERN CONVENIENCE STORES, INC., a Colorado
corporation, WESTERN TRUCK ONE, LLC, a Colorado
limited liability company,
    Plaintiffs,
vs.
SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,
    Defendant.
vs.
HOSSEIN AND DEBRA LYNN TARAGHI,
    Third-Party Defendants.
--------------------------------------------------------

VIDEOTAPED DEPOSITION OF STEPHEN MOSS -- VOLUME II
January 30, 2013
--------------------------------------------------------

        Deposition location:
        370 17th Street, Suite 3500
        Denver, Colorado
APPEARANCES:
        KATHLEEN E. CRAIGMILE, ESQ.
        KENNETH R. BENNINGTON, ESQ.
        BENNINGTON JOHNSON BIERMANN &
        CRAIGMILE, LLC
        370-17th Street, Suite 3500
        Denver, Colorado 80202

        and

Page 248

1              INDEX OF EXAMINATION
2                                    PAGE
3   EXAMINATION BY MS. CRAIGMILE        250
4
5       INDEX OF EXHIBITS MARKED/REFERRED TO
6   EXHIBIT NO.              PAGE NO.
7   Deposition Exhibit No. 46        278
        (10-7-09 Dillon Contract)
8   Deposition Exhibit No. 47        285
        (11-3-09 Addendum)
9   Deposition Exhibit No. 48        298
        (3-1-10 Dillon Contract)
10  Deposition Exhibit No. 50        321
        (10-1-10 Dillon Contract)
11  Deposition Exhibit No. 53        291
        (1-18-10 Mini Mart Contract)
12  Deposition Exhibit No. 54        317
        (9-30-10 Mini Mart Contract)
13  Deposition Exhibit No. 71        268
        (February 2008 Proposal)
14  Deposition Exhibit No. 72        269
        (March 2008 Proposal)
15  Deposition Exhibit No. 73        272
        (March 2008 Proposal)
16  Deposition Exhibit No. 74        274
        (5-16-08 E-Mail, Moss to Wilson)
17  Deposition Exhibit No. 80        290
        (E-Mails re Loaf 'N Jug Bid)
18  Deposition Exhibit No. 125       323
        (2-22-11 E-Mail, Ewing to Moss)
19  Deposition Exhibit No. 131       387
        (4-21-11 E-Mail String)
20  Deposition Exhibit No. 135       325
        (June 2011 E-Mail String)
21  Deposition Exhibit No. 136       266
        (Calendar Entry re Mirage Meeting)
22  Deposition Exhibit No. 141       386
        (Confirmation of Purchase/Sale Agreement)
23  Deposition Exhibit No. 162       261
        (2-11-08 Wilson E-mail re Kroger RFP)
24
25

Page 247

1        PHILIP W. BLEDSOE, ESQ.
         POLSINELLI SHUGHART, P.C.
2        1515 Wynkoop Street
         Suite 600
3        Denver, Colorado 80202
4            For the Plaintiffs.
5        ANTHONY J. SHAHEEN, ESQ.
         HOLLAND & HART, LLP
6        555-17th Street
         Suite 3200
7        Denver, Colorado 80202
8            For the Defendant.
9
10  ALSO PRESENT: JOSH JONES, Videographer
11
12        The videotaped deposition of STEPHEN
13  MOSS, called for examination by the Plaintiffs, was
14  taken in the offices of BENNINGTON JOHNSON BIERMANN &
15  CRAIGMILE, LLC, 370 17th Street, Suite 3500, Denver,
16  Colorado, commencing at 9:31 a.m. on January 30,
17  2013, before Patricia M. Wrede of Avery/Woods
18  Reporting Service, Inc., 455 Sherman Street, Suite
19  250, Denver, Colorado 80203, a Registered
20  Professional Reporter and a Notary Public in and for
21  the State of Colorado, pursuant to the Federal Rules
22  of Civil Procedure.
23            ****************
24
25

Page 249

1   Deposition Exhibit No. 163        288
        (RFP for Mini-Mart/Loaf 'N Jug)
2   Deposition Exhibit No. 164        294
        (Loaf 'N Jug Setup Documents)
3   Deposition Exhibit No. 165        301
        (2-10-10 E-Mail, Moss to White
4       and Saunders)
    Deposition Exhibit No. 166        342
5       (2-26-10 E-Mail, Carbone to Taraghi)
    Deposition Exhibit No. 167        349
6       (3-2-10 E-Mail, Carbone to Moss)
    Deposition Exhibit No. 168        352
7       (2011 Transaction Summary for Western)
    Deposition Exhibit No. 169        362
8       (E-Mail, Moss to Ewing re Consent Decree)
    Deposition Exhibit No. 170        366
9       (5-11-11 Maestas E-Mail)
    Deposition Exhibit No. 171        377
10      (4-21-11 E-Mail, Moss to Lingnau)
    Deposition Exhibit No. 172        383
11      (4-21-11 E-Mail String)
12
13
14
15
16
17
18
19
20
21
22
23
24
25

STEPHEN MOSS - JANUARY 30, 2013

Page 258

1  time that you were on some sort of consulting
2  arrangement with Suncor that permitted you to be paid
3  an hourly fee in connection with the time that you
4  spend on this case.
5      A.   With preparation, correct.
6      Q.   All right.  And you continue to be
7  under that same consulting agreement?
8      A.   Correct.
9      Q.   And is my recollection correct that it
10  was something around the neighborhood of $150 per
11  hour?
12      A.   Yes.
13      Q.   Plus reimbursement and costs -- of
14  costs and --
15      A.   Correct.
16      Q.   -- expenses?  All right.
17          All right.  At the time of your first
18  deposition we learned for the first time that there
19  was a bid process involved in the Kroger entities
20  becoming Suncor customers for fuel at least in the
21  2008, 2009 and perhaps later time periods.  Is that
22  correct?
23      A.   Yes.
24      Q.   And at that time we didn't have
25  documents related to the bid process, and now since

Page 259

1  that date Suncor has produced some of those
2  documents, as has Kroger.  So we'll go through a
3  number of those documents, but I'd like to ask you a
4  few general questions about that process first.
5          In the first deposition you testified
6  that there were times that you believed that Kroger
7  would send you a package of RFP materials
8  electronically and that there were times that perhaps
9  you went on to a Kroger website to input Suncor's
10  responsive information.  In discovery we've only
11  received copies of electronic transmissions from
12  Kroger to you, principally in the form of e-mails
13  requesting Suncor's participation in the RFP process.
14  Do you believe that there were times where you went
15  out to a website and input information, or is it
16  possible that there simply are electronic e-mails?
17      A.   I believed Kroger was, but if there was
18  only e-mails, that meant that I was incorrect in that
19  case.
20          A lot of those bid processes, which I
21  had numerous by this -- by this -- by that time,
22  by -- before I left Suncor I had numerous bid --
23      Q.   Sure.
24      A.   -- companies, most of those were, and I
25  just -- I think I probably just believed that Kroger

Page 260

1  was one of those --
2      Q.   Okay.  So you can't remember --
3      A.   Yeah, correct.
4      Q.   All right.  We're going to start going
5  through exhibits, and a lot of the exhibits will be
6  new exhibits.  Some of the exhibits will be exhibits
7  that have been used in other depositions, such as the
8  deposition of Ms. Carbone or Mr. Ewing, and so those
9  are contained in the notebooks to your right.
10      A.   Okay.
11      Q.   So there will be times when I ask you
12  to reach for one of the notebooks.
13          (Whereupon, Deposition Exhibit 162 was
14  marked for identification by the reporter.)
15      Q.   All right.  Mr. Moss, I've handed you
16  what's been marked as Exhibit 162, and we're trying
17  to save paper in this room and in this case in
18  general so it's double-sided.  And for the record,
19  this appears to be an e-mail from David Wilson at
20  Kroger -- which I understand to be Kroger, is that
21  correct?
22      A.   Correct.
23      Q.   -- dated February 11th, 2008, and it
24  relates to the Kroger Grand Junction Company RFP and
25  includes an attachment which is the second page of

Page 261

1  the document.
2          Is this -- does this appear to be a
3  document that you received from Mr. Wilson in
4  connection with 2008 RFP for Grand Junction?
5      A.   Yes, it appears to be a request for
6  supply, and it does state that it's for Grand
7  Junction.
8      Q.   Do you recall receiving any of -- any
9  RFP's for Kroger business that occurred before 2008?
10      A.   I don't recall the exact dates, but
11  yes, we would have had some -- some RFP's from Kroger
12  because we had their -- when I came to work for
13  Suncor in 2007 we already had the Kroger distribution
14  center, which was a diesel contract --
15      Q.   Okay.
16      A.   -- for their transportation company,
17  and we also had business in Grand Junction under City
18  Market I believe it was.
19      Q.   So the 2007 business, when you talk
20  about the distribution center business --
21      A.   Yes.
22      Q.   -- that would have been for the sale of
23  ultra low sulfur diesel number 1 fuel for their truck
24  fleet as opposed to fuel for them to sell to
25  consumers.  Is that correct?

STEPHEN MOSS - JANUARY 30, 2013

Page 262

```
 1    A.   Correct.
 2    Q.   All right.  And then you had Grand
 3  Junction business for their purchase of fuel that
 4  would ultimately be sold to the consumers?
 5    A.   Sold to the consumers, correct.
 6    Q.   Was it your understanding that the
 7  Kroger business always was obtained via an RFP from
 8  the beginning?
 9    A.   Yes.
10    Q.   All right.  You'll notice that this
11  request for proposal indicates that the -- under
12  Pricing:  The price should be quoted in cents per
13  gallon.  If basing your quote on OPIS, you must state
14  which OPIS index you are quoting.
15         I understand that the contracts with
16  Kroger ultimately were based on an OPIS rack average
17  rather than a Suncor rack average.
18    A.   That would -- the OPIS rack average
19  from me, from Suncor, was a -- their pricing index
20  from Suncor was OPIS rack average, correct.
21    Q.   Why was it OPIS rack average rather
22  than Suncor rack average?
23    A.   Companies like Kroger pretty much
24  always want an OPIS.  OPIS is a pricing reporting
25  company for all intents and purposes.  They compile
```

Page 263

```
 1  all the prices that companies put out and work out
 2  what the average is, who's the low, high, and they
 3  sell their -- they sell this information to
 4  companies.
 5    Q.   Sure.
 6    A.   In the oil business.
 7    Q.   What I'm wondering is, did Kroger --
 8  did you know from Kroger that they wanted an OPIS
 9  rack average, or did you just assume that they wanted
10  an OPIS rack?
11    A.   No, they -- they always asked for an
12  OPIS as far as I remember.
13    Q.   Is it accurate -- I referred to a
14  Suncor rack average.  Is there -- there is no such
15  thing as Suncor --
16    A.   There's no Suncor rack average.  We
17  have our Suncor posted prices.
18    Q.   All right.  If you look down at the
19  estimated monthly volume, what does estimated monthly
20  volumes mean to you?  Is it an estimate of what
21  Kroger intends to purchase?
22    A.   It's -- yes.  They always put that this
23  is the estimated volume.  Obviously they -- you know,
24  there's no way they're going to hit exactly ▌▌▌▌▌
25  every month, but it's -- it's an approximate number
```

Page 264

```
 1  that they are going to hit close to their demand.
 2  For people like Kroger -- or for the companies like
 3  Kroger who are doing their bids, that's a pretty
 4  consistent number.  They're saying that will take
 5  ▌▌▌▌▌ gallons.
 6    Q.   All right.  And --
 7    A.   Give or take.
 8    Q.   And under that it indicates that all
 9  diesel that they'd be purchasing is ULSD.
10    A.   Yeah.
11    Q.   And all gasoline is conventional clear.
12    A.   Correct.
13    Q.   Is that correct?
14         At that time, from what I understand
15  from your previous testimony, is that was principally
16  the type of gas that Western was also purchasing, is
17  conventional clear.  Is that correct?
18    A.   At this time that would be correct.
19    Q.   All right.  And Western was purchasing
20  it via pipeline, and Suncor was -- excuse me, Kroger
21  would be purchasing it from the Grand Junction rack?
22    A.   From the Grand Junction rack, yes.
23    Q.   At this time did you have any other
24  OPIS rack based contracts other than Kroger?
25    A.   This was in 2008.  If memory serves me
```

Page 265

```
 1  right, at that time I had the railroads, which were
 2  obviously diesel, both Burlington and Union Pacific,
 3  and they worked on a OPIS number or a Platts number,
 4  which is similar, it's just two different companies
 5  but it's the same --
 6    Q.   Sure.
 7    A.   -- same type of number.
 8         I had numerous airline companies who
 9  were my customers, and they worked off an OPIS slash
10  Platts number.
11    Q.   And I think you referred to those in
12  your -- the airlines and the railway companies as
13  commercial customers in your last deposition?
14    A.   Yeah, we considered them commercial,
15  because it was for their own use.  They weren't
16  resellers.  They weren't selling the product on to
17  the consumer.  It was for their own use.
18    Q.   Did you have any non-commercial
19  customers that were on an OPIS rack average other
20  than Kroger?
21    A.   No, non- -- oh, RTD.  We had an RTD
22  contract, which was obviously the Denver bus company,
23  transportation.
24    Q.   But that would be commercial.
25    A.   That would have been commercial as
```

STEPHEN MOSS - JANUARY 30, 2013

Page 266

1  well. So as far as I can remember, there was no
2  other OPIS companies out there.
3      Q. All right. Could you take a look at
4  Deposition Number 136, which I think is going to be
5  in the third notebook, and Mr. Shaheen can probably
6  help you.
7      A. 136?
8          MR. SHAHEEN: It's in the notebook
9  you've got. It's the last exhibit probably.
10     A. 136. Okay.
11     Q. (BY MS. CRAIGMILE) All right. And
12 that's a calendar entry for a meeting with, the
13 subject, Dave Wilson, Kroger, Mirage lobby.
14     A. Correct.
15     Q. What was that meeting?
16     A. That meeting, as you mentioned, it was
17 at the Mirage Hotel in Las Vegas.
18     Q. Okay.
19     A. Every year round about, it's usually
20 always February, the weekend, the holiday weekend or
21 the holiday week, they have a big conference in Las
22 Vegas, called the Western Petroleum Marketers
23 Association. Everybody in our industry pretty much
24 goes to that. So it's just a big industry-wide
25 meeting.

Page 267

1      What I've done here and during that --
2  during my time that I'm there, I make appointments to
3  see customers and usually people who were out of
4  state. Kroger is based out of Kansas so it's not
5  somebody who I would see very often, so I made a
6  point of getting together. Don Smith was the
7  director of sales at that time, he was my boss, so I
8  thought it was important that he met with -- with
9  this customer as well.
10     Q. And did -- when you met with Mr. Wilson
11 at the Mirage, did you discuss the anticipated bid at
12 all?
13     A. I don't recall, recollect, what the
14 conversation would have been. I would -- I would --
15 I would say that I probably did ask him when the bids
16 were coming up and get my name on the list to bid.
17     Q. Did you ever discuss with Mr. Wilson,
18 either at this meeting or any other conversations
19 with you -- with Mr. Wilson that you might have had,
20 the nature of the bids by any other suppliers?
21     A. No, that -- and even if I'd have asked
22 him, he wouldn't -- he wouldn't have disclosed that
23 information, so I wouldn't have asked him.
24     Q. So that issue was entirely --
25     A. No.

Page 268

1      Q. -- off the table.
2      A. Off the table.
3      Q. Did Mr. Smith attend that meeting as
4  well, do you recall?
5      A. Yes.
6      Q. All right. Can you take a look at
7  Deposition Exhibit Number 71, which probably is at
8  the beginning of that book that you have?
9      A. 71?
10     Q. Yes. Really all I think I need you to
11 do is tell me whether this is your response to
12 Mr. Wilson with respect to the bid for Grand Junction
13 petroleum supply.
14     A. It states it was 2008. Correct. This
15 would have been my response to -- to their -- the
16 RFP.
17     Q. All right. And on the actual proposal
18 document, it indicates that pricing would be based on
19 Grand Junction OPIS gross rack average, and for the
20 Number 2 ultra low sulfur diesel it would be gross --
21 OPIS gross rack average less █ cents and for clear
22 gasoline it would be OPIS gross rack average less █
23 cents.
24          Is that the same price that was in
25 place previously to the best of your knowledge?

Page 269

1      A. I would have to look back. I don't
2  recollect what the previous contract contained.
3      Q. Do you recall a pattern in which you
4  would lower prices for Kroger each time a new bid
5  process would come around to maintain the business?
6      A. No. There wouldn't have been -- they
7  wouldn't have automatically lowered the price. I --
8  in this particular case, I believe this was the first
9  time I'd actually done a bid for Kroger, I would have
10 done like I always do; I would have looked at the
11 market, seen if there was any significant changes.
12 As the incumbent, I more than likely would have --
13 would have stayed with my -- with the original bid,
14 you know, pricing, but I can't be certain of that.
15     Q. Did Mr. Wilson ever say to you you need
16 to go lower that you recall?
17     A. Not that I recall.
18     Q. All right. Why don't you take a look
19 at Deposition Exhibit 72.
20     A. 72.
21     Q. Exhibit 72 is an e-mail from you to
22 Mr. Wilson dated March 19th, 2008, which is
23 approximately three weeks after the e-mail that's at
24 Exhibit 71, and that looks to be a second -- like a
25 second version of the Kroger proposal for the Grand

STEPHEN MOSS - JANUARY 30, 2013

Page 278

1  Western deal?
2      **A.   Correct.**
3      Q.   All right.  Will you take a look at
4  Deposition Exhibit Number 46, which may or may not be
5  in that notebook?
6      **A.   46?**
7      Q.   Right.  And that appears to be a
8  contract between Suncor and Dillon dated
9  September 4th, 2009 for fuel and diesel purchases out
10 of Denver and Fountain.
11         Does that look an accurate
12 characterization to you?
13     **A.   This is for Dillon, clear gasoline,**
14 **Denver, Fountain -- correct.**
15     Q.   I am not certain that we've seen an RFP
16 for this contract.  Again, do you ever recall doing a
17 contract with Dillon that was not subject to an RFP?
18     **A.   All their business came through an RFP.**
19     Q.   Let me ask you this.  There were times
20 that we can see in the contracts where you have a
21 year-long contract with Dillon or Mini Mart, I think
22 more Dillon because you had a longer relationship
23 with Dillon, and then mid-cycle Suncor enters into a
24 new year-long contract.  Do you ever recall that
25 happening?

Page 279

1      **A.   I don't recall the exact times or the**
2  **circumstances, but after I -- in 2009, this**
3  **particular contract, Exhibit 46, is the actual**
4  **contract, that was the first time I got the business**
5  **in Denver.  And then there were changes because the**
6  **business changed over a period of time.  So, yes, the**
7  **contract was opened up and we amended it.  I think at**
8  **the time it was mainly just to -- I can't -- I can't**
9  **recollect.  I'd have to really look at the --**
10     Q.   What do you mean the --
11     **A.   -- at the circumstances.**
12     Q.   What do you mean the business changed?
13     **A.   We were -- at that time we were getting**
14 **rid of a lot of regular gasoline, a lot of E-10.  I**
15 **think there were some changes to their business as**
16 **regards to whether we supplied Fountain, which was**
17 **Colorado Springs at the time.  There was changes in**
18 **terminals.  So I think it was mostly language, I**
19 **don't believe we opened up the contracts, but again I**
20 **would have to go back and really look at those**
21 **documents.**
22     Q.   All right.  In this contract, by this
23 time Suncor is paying Denver gross rack average less
24 ■ cents per gallon for gas and gross rack average
25 less ■ cents per gallon for diesel.

Page 280

1      **A.   Correct.**
2      Q.   All right.  And that is -- seems like a
3  substantially better price than they were previously
4  paying in 2008 and early 2009.  Does that comport
5  with your memory?
6         MR. SHAHEEN:  I think the question --
7  I'm going to object.  I think the question is vague.
8  Previously paying.  If you're referring to something,
9  it would be helpful to show him what you're talking
10 about.
11     Q.   (BY MS. CRAIGMILE)  All right.  Let's
12 look at the Deposition Exhibit 74.
13     **A.   74.**
14     Q.   Yes.
15     **A.   Sorry.**
16     74, correct?  Deposition -- so that's
17 the 2008 proposal, correct?
18     Q.   Right.  The 2008 proposal.  Suncor is
19 offering to sell Kroger gas or Dillon gas.  E-10 gas
20 would be rack average less ■ cents per gallon, and
21 ultra low sulfur diesel would be rack average less ■
22 cents per gallon.  And then by 2009 the gasoline,
23 meaning the E-10, is going down to Denver gross rack
24 average less ■ cents per gallon, and the diesel is
25 going down to Denver gross rack average less ■

Page 281

1  cents per gallon.
2      **A.   Correct.**
3      Q.   So it looks to me like there's a cent
4  and a half drop in the E-10 price per gallon off the
5  rack and a 0.5 cent drop in the -- oh, excuse me, a
6  1.5 cent drop in the diesel price.  Is that accurate?
7      **A.   Correct.**
8      Q.   All right.  What is your recollection
9  for the reason why Suncor would now be offering a
10 lower price to Dillon?
11     **A.   The Exhibit 46 is the contract for a**
12 **bid that came out in 2009.  That was a year later.**
13     Q.   Okay.
14     **A.   2008 to 2009 there was a lot of changes**
15 **in our business.  The pricing, the market value.**
16 **Plus the 2008 contract -- bid proposal I did not get.**
17 **I was not the winner of that bid.  One of my**
18 **competitors got that business.**
19     Q.   Okay.
20     **A.   As you can see on the 2009 we actually**
21 **won the business.  Suncor's business model had**
22 **changed, and the difference between 2008 and 2009 is**
23 **we really wanted the King Soopers business.  We were**
24 **going to chase it.  And the ■ cents pricing here**
25 **pretty much reflects the change in the market on what**

STEPHEN MOSS - JANUARY 30, 2013

Page 282

1  we felt we needed to do to win this business based on
2  the fact that I knew I didn't -- ■ cents did not
3  get me the business the previous year.
4      Q.  All right.  In 2009 Western was still
5  your biggest unbranded customer.  Did you ever sit
6  down with Mr. Taraghi in 2009 and say, listen, I
7  would like to do a long term deal with you at these
8  prices that are reflected in Deposition Exhibit 46?
9      A.  No, because this is a totally different
10 company with regards to these prices and everything.
11 I wouldn't have done that.
12     Q.  Why is Kroger a totally different
13 company?
14     A.  It's a national company, they only work
15 on bids, i.e. they're putting their business out.
16 They put -- they ask people to offer them product for
17 their -- you know, for their sales to suppliers or
18 their marketers.  What they do is when they award the
19 bid you are strictly -- you -- once they give you
20 these volumes, they lift them regardless.  They don't
21 go to other companies.  They don't change their
22 prices.  They only want to lift from you.  So --
23     Q.  Dillon is a much bigger company to your
24 understanding than Western.  Is that accurate?
25     A.  Yeah, that's a fair statement.

Page 283

1      Q.  And it's accurate to say that in your
2  mind Dillon had a much greater purchasing power than
3  Western?
4      A.  I wouldn't -- not from our -- from
5  Suncor's standpoint.  I wouldn't say that was a
6  factor.  I mean, yes, obviously they've got larger
7  volumes so they -- but it doesn't really play into --
8  volumes didn't play into my decision as to what the
9  pricing was when I went after the business.
10     Q.  Did you ever say to Mr. Taraghi or
11 Western, listen, if you will purchase from us on a
12 ratable way, a sort of standard amount per month, we
13 will give you the prices that are reflected in
14 Deposition Exhibit 46?
15     A.  No, I wouldn't have said that, because
16 he wouldn't have -- I wouldn't have talked about this
17 to Mr. Taraghi.
18     Q.  I mean putting aside -- I understand
19 that you would not have told him what Suncor was
20 giving Kroger as a price.
21     A.  Correct.
22     Q.  But would you have sat down with him
23 and said, listen, you are a valuable customer to
24 us -- and I assume Western was a valuable customer --
25     A.  Oh, yes.

Page 284

1      Q.  -- in your mind -- you've been one of
2  our largest purchasers over the years, we would like
3  to obtain some ratable business for you and have a
4  ratable relationship, we will give you -- sell to you
5  X number of gallons per month on a one-year contract
6  at Denver gross rack average less 7.0 cents per
7  gallon for gasoline?  Did you ever have that
8  conversation?
9      A.  Not per -- not per se in respect of
10 that -- I would have had a similar conversation.
11 Western Convenience, as you've said, was my largest
12 customer back then, still was, still -- when I left
13 was still an important part of my portfolio.  And
14 when I came into the job in 2007 we had a yearly
15 contract that you mentioned, a ratable.  It was
16 renewed and reevaluated in 2008.  And in 2009 I would
17 have wanted to re -- we had a yearly contract so, you
18 know, December-January I would have wanted to renew
19 that yearly contract.
20     Q.  What I'm saying is, did you ever
21 communicate to Western that you would renew that
22 yearly contract on the same price terms that are
23 contained in Deposition Exhibit 46?
24     A.  No, because this is a totally different
25 price mechanism.  He was working off Suncor rack, and

Page 285

1  his business model was pipeline back then.
2  2000-2009, it was a whole different price.  But as I
3  said before, this price would have been fairly close
4  to what my other customers, Western Convenience
5  included, would have had.
6      Q.  Did -- when was it your recollection
7  that he moved from a pipeline operation to a -- more
8  of a traditional truckload operation?  Early 2010?
9      A.  Exact time frame I don't know.  I would
10 say it was -- it was 2009 towards -- between 2009 and
11 2010 when there was a marked difference in the
12 business.
13     Q.  All right.  Would you take a quick look
14 at Deposition Exhibit Number 47?
15     A.  47?
16     Q.  Exhibit 47 appears to be a
17 November 3rd, 2009 Product Purchase/Sale Agreement
18 Addendum.  There's no RFP for it.  And based on your
19 testimony, what I think that this was a -- you
20 talked earlier about occasionally changing contracts
21 midstream because circumstances changed, and it
22 appears here that you're adding Number 1 diesel for
23 Grand Junction to the previous contract.  Is that all
24 that's happening in your mind?
25     A.  So the original contract was from

STEPHEN MOSS - JANUARY 30, 2013

Page 298

1  wasn't really my department.
2      Q.   So that's not something you tracked.
3  Once the fuel was sold --
4      A.   No, I didn't --
5      Q.   -- you didn't care where it went.
6      A.   I didn't track where it went, if they
7  had a different destination.
8      Q.   All right.  Will you take a look at
9  Deposition Exhibit 48.  And that is a new Product
10 Purchase/Sale Agreement Addendum with Dillon it
11 appears to be.
12         Does that look like an accurate
13 characterization?
14     A.   This is January 2010.  Correct.
15     Q.   All right.  And if you look back at
16 Deposition Exhibit 53.
17     A.   53.
18     Q.   That -- that's your Loaf 'N Jug
19 contract that you'd done just a day before it looks
20 like.
21     A.   Correct.
22     Q.   Why are you doing a new contract with
23 Dillon at this point when you had one in late 2009
24 that was a year-long contract?
25     A.   What we're -- what was the original

Page 299

1  Dillon contract number?  We just looked at that,
2  didn't we?
3         By this time then -- this was January
4  2010.
5      Q.   Well, let's take a look at
6  Exhibit 48 -- or, I'm sorry, you've got -- look at 46
7  and 48.
8      A.   46.  46.
9      Q.   So 46 is the Dillon contract dated
10 September 9th, 2009.
11     A.   And the date --
12     Q.   That's a one-year contract.  Is that
13 accurate?
14     A.   That is correct.  And it states October
15 to September of 2010.
16     Q.   All right.  And then Exhibit 48 is the
17 January 19th, 2010 contract with Dillon.
18     A.   With Dillon.
19     Q.   So three months into the previous
20 contract, Deposition Exhibit 46, you are giving
21 Dillon a new contract, and the price for gasoline
22 appears to be going down by another quarter of a
23 cent, from ▌ cents per gallon off the Denver gross
24 rack average price or the Fountain gross average
25 price to ▌ cents per gallon.

Page 300

1      A.   Correct.
2      Q.   Do you recall why Suncor would have
3  lowered the price once again to Dillon this time
4  frame mid-contract?
5      A.   I don't recall --
6         MR. SHAHEEN:  I'm going to object to
7  the characterization.  Mischaracterizes his
8  testimony.
9         Go ahead though.
10        THE DEPONENT:  Oh.
11     A.   I don't recall the -- what the details
12 were of changing that contract, but it definitely
13 coincides with the Loaf 'N Jug, and the only thing I
14 can think of is that it was possibly to get -- even
15 though Loaf 'N Jug and the King Soopers were two --
16 you know, were run as two separate entities with
17 regards to organizing supply and trucking and loading
18 and everything like that, different numbers, they
19 were still the same company, so the only thing I can
20 think of is we -- we wanted to get the whole
21 portfolio on the same pricing mechanism for --
22     Q.   (BY MS. CRAIGMILE) So you wanted to
23 give Dillon the same price as you were giving Loaf 'N
24 Jug?
25     A.   I can't say that for certain, whether

Page 301

1  we wanted to or whether they wanted to, but it sure
2  looks like it was to make all the contracts uniform
3  in Denver and Fountain.
4      Q.   For the Kroger entities.
5      A.   Correct.
6      Q.   All right.
7         (Whereupon, Deposition Exhibit 165 was
8  marked for identification by the reporter.)
9      Q.   All right, Mr. Moss.  I've handed you
10 what's been marked as Exhibit Number 165.  That's an
11 e-mail from you to Robert White and Audrey Saunders
12 about a month after the Dillon and Mini -- the Dillon
13 contract is amended and the Mini Mart contract is
14 entered.  Is that accurate?
15     A.   Correct.
16     Q.   Who's Robert White?  What's his job or
17 what was his job?
18     A.   Robert White was head of -- and I can't
19 remember what the group was -- it was basically the
20 customer support group.  That's where they did all
21 the billing, contracts, documentation, things like
22 that.
23     Q.   All right.  And it -- you're attaching
24 what's called a 2010 February 9th Aging Excel
25 Spreadsheet?

STEPHEN MOSS - JANUARY 30, 2013

Page 310

1    Did Suncor take steps to ensure that
2 these companies got below their credit limits?
3    A.   As I said, it -- you know, somewhere
4 around about this time is when we started really
5 looking.  And, yes, eventually that's where we ended
6 up.  I don't know if it happened in February of 2010.
7 But we did get to the stage where we were holding
8 people to their credit limits, as far as I know, or
9 we were still working to get those credit limits
10 increased.
11    Q.   Do you ever recall a time in which
12 Western was over its credit limit?
13    A.   Western started about that time --
14 somewhere in here, again I don't know exactly,
15 whether it was 2009, late -- 2010, but the credit
16 limit became an issue for Western Convenience.
17    Q.   So like some of the other customers, it
18 would occasionally go over its credit limit?
19    A.   Yes.
20    MS. CRAIGMILE:  All right.  We've been
21 going about an hour and 15 minutes.  Do you want to
22 take a break now?
23    THE DEPONENT:  Yes, please.
24    MS. CRAIGMILE:  All right.  We'll do
25 that.

Page 311

1    THE VIDEOGRAPHER:  We are off the
2 record at 10:45 a.m.
3    (Whereupon, there was a recess from
4 10:45 a.m. to 10:57 a.m.)
5    THE VIDEOGRAPHER:  We are on the record
6 at 10:57 a.m.
7    Q.   (BY MS. CRAIGMILE) Mr. Moss, we're back
8 on the record.  And you had testified previously that
9 you had, I believe, an inkling of what other
10 suppliers that Dillon might be using for -- Dillon
11 and Loaf 'N Jug might be using for their Colorado
12 business.
13    A.   Correct.
14    Q.   Do you recall that?
15    And that was an inkling based on your
16 sort of understanding of the market rather than
17 something you learned from Kroger.  Is that correct?
18    A.   That is correct.
19    Q.   All right.  And did you have an inkling
20 about the other suppliers that were bidding for the
21 Kroger business or just the other suppliers that were
22 ultimately selected for Kroger business?
23    A.   No, I had no inclination as to what
24 they were bidding or who was bidding on the -- on the
25 business.

Page 312

1    Q.   All right.  What other suppliers did
2 you have an inkling were actually supplying -- ended
3 up supplying Kroger fuel?
4    A.   Well, in -- in Denver obviously the --
5 my inclination, I mean, we didn't -- Suncor didn't
6 have the business.  My competitors, Conoco, didn't --
7 that wasn't part of their business model, that -- as
8 far as I was aware, so I kind of ruled them out.
9    Q.   M-hm.
10    A.   Which kind of -- which left my big
11 competitors in this market would have been Valero,
12 Sinclair and Frontier.  So, you know, I could narrow
13 it down and assume that one or more of those
14 companies was supplying it.  As to which -- why I --
15 you know, which -- which of those were doing it, if
16 it was just one company or two companies, I don't
17 know.  I just narrowed it down to my major
18 competitors.  I knew Frontier's business model, and
19 that was kind of their business model, so I just
20 figured if it was anybody it would be Frontier, or
21 Valero possibly because they didn't have a lot of
22 stations so they had to be using other --
23    Q.   So they had supply and maybe looking --
24    A.   And they were looking -- so in my mind
25 those were the two most probable.  You know, if

Page 313

1 somebody said, you know, who are they hauling from, I
2 would say Frontier or Valero based on my knowledge of
3 the market.
4    Q.   Did you ever have discussions about
5 these inklings with your superiors at Suncor or make
6 any decisions based on these inklings?
7    A.   No, because really, you know, who the
8 supplier was at that time really didn't matter to me.
9 It was a matter of what I thought, if I wanted the
10 business, which I did back then, by 2009, was what I
11 thought it was going to take to win that business.
12    Q.   Okay.  So it was sort of a matter of
13 professional curiosity for you, but you didn't
14 discuss it with anyone else at Suncor?
15    A.   No, because really it was -- you know,
16 we didn't -- I didn't have any proof really of who
17 was doing it.
18    Q.   Okay.
19    A.   Or how much.
20    Q.   So it seems like, and correct me if I'm
21 wrong, on Suncor's behalf you just bid as low as you
22 felt Suncor could go without giving consideration to
23 what others were bidding?
24    A.   No --
25    MR. SHAHEEN:  I think it

STEPHEN MOSS - JANUARY 30, 2013

Page 314

```
 1   mischaracterizes what he's been saying.
 2           But go ahead and answer.
 3       A.   No, that's incorrect.  I wouldn't just
 4   put a low number out there.  The way -- I mean, the
 5   way I approached a bid was what I -- what could
 6   the -- you know, what was my price, what was a
 7   competitive and fair price to offer for the business
 8   based on my other customers, no matter what their
 9   channel was, what their price index was, how did it
10   match up, obviously knowing in this particular case
11   what didn't get me the business so I knew the 5-1/2
12   was out.  So I had to -- I had to find the price that
13   I thought would get me the business but was still
14   fair for -- or acceptable for Suncor.  I mean, Suncor
15   was in the business of making money, so obviously I
16   wasn't just going to go so low that, you know, it was
17   a non-profitable margin.
18           The other thing that I always did was
19   look at what the market was.  I'd go back and do
20   trends, look at what the -- you know, what the market
21   had done for the last two or three years, how the
22   prices compared, and make -- you know, make as best I
23   could a professional or a guesstimate as to what I
24   thought the market was going to do.
25       Q.    (BY MS. CRAIGMILE) Did you ever consult
```

Page 315

```
 1   with Mr. Piscatelli, the Suncor pricing person,
 2   about, you know, getting input from him as to how you
 3   would bid these contracts or price your unbranded
 4   contracts?
 5       A.   No.  Piscatelli had nothing to do with
 6   how we priced or what we sold product to our customer
 7   for.  I would have approached -- Mr. Piscatelli was
 8   part of the supply group, so obviously I would have
 9   made sure that I had the supply.  No point in me
10   going and saying, hey, I'm going to do X amount of
11   product and I tell Kroger yes, I'm going to sell
12   this, and then that's when Piscatelli says where are
13   you going to get the product from, I don't have it.
14   So I had to make sure the product was --
15       Q.   Available?
16       A.   -- I was correct and available.
17       Q.   Okay.
18       A.   So that's the only input he would have
19   had.
20       Q.   Did you ever see any document relating
21   to Western Convenience Stores' creditworthiness in
22   the 2009 to early 2011 time frame?
23       A.   I don't recall any particular
24   incident -- or particular occasion when I would have
25   seen those documents.  I was aware that we were
```

Page 316

```
 1   trying -- that by -- well, depending on the time I
 2   think we started, Mr. Smith was my boss when we
 3   started looking at all the credits, as I mentioned
 4   earlier.  I got Kendall got very involved with
 5   Western Convenience with regards to credit.  So
 6   obviously we were trying to get their
 7   creditworthiness up or -- but as I said, exact
 8   incidents I don't recall.
 9       Q.   Do you recall why -- when you talk
10   about Kendall, you're talking about Kendall Carbone?
11       A.   Correct.
12       Q.   Do you recall why she got involved with
13   Western's credit?
14       A.   Well, she became the director of the
15   sales department, so it became her job to -- you
16   know, to -- to be overseeing our customers, my
17   customers, because as I said, she was my manager,
18   director by then, and as I mentioned before, we were
19   starting to get, I won't say pressure, but the
20   director from Canada, our parent companies, was to
21   get our credit lines -- they were -- they felt that
22   we weren't managing our credits and our customers
23   as -- as properly as we should basically, so they
24   were like please tidy up your -- your credit, get all
25   your credit information up to date and things like
```

Page 317

```
 1   that, which --
 2       Q.   So in 2010 you started feeling some
 3   pressure from above in Canada to start --
 4       A.   2009, 2010.  I don't recall exactly
 5   when it started.
 6       Q.   Okay.  Would you take a look at
 7   Deposition Exhibit 54, please?
 8       A.   54.
 9       Q.   Yes.  Do you have that?
10       A.   Correct.
11       Q.   All right.  That's a contract between
12   Suncor and Mini Mart dated September 30th, 2010.
13   It's a one-year contract for purchases of E-10 and
14   diesel from Fountain and Denver.
15           Is that accurate?
16       A.   Yes.  It's Mini Mart and --
17       Q.   Right, Mini Mart.
18       A.   Fountain and Denver.  It looks like the
19   contract, correct.
20       Q.   Okay.  And at this point your E-10
21   price is going up a little bit it appears to
22   Dillon -- or, excuse me, Mini Mart based on the
23   previous contract, because the previous word was
24   Fountain rack less ■ point -- I believe ■, and this
25   one is now down to ■ cents per gallon off that OPIS
```

STEPHEN MOSS - JANUARY 30, 2013

Page 326

1   document that you're sending to Karen Hagen?
2       A.   This is a trading transaction summary.
3   This particular document was dated 6th of -- 6-20-11
4   for Mini Mart.  A trading transaction was to document
5   any changes or anything, contracts that I did.  This
6   particular one starts June 1st of '11 through
7   May 31st of '13.  So this contract was just -- was
8   just prior to me retiring from the company.  It looks
9   like this is -- this is a renewal of the contracts.
10      Q.   All right.  So what I understand from
11  seeing a number of these transaction summaries is
12  that you would input the data for the unbranded
13  customers for the new contract and then it would then
14  get approved, or is this a contract that's approved?
15      A.   This is a contract that is -- these are
16  the details of the contract.  This is the information
17  I want, the pricing, the volumes, the -- what -- you
18  know, obviously what the company is, destinations,
19  terminals.  And then this -- this would be put into a
20  contract form and sent back to me.  That contract
21  would have then been -- by this stage it's kind of
22  hand in hand.  This would have been approved then by
23  the directors.
24      Q.   Okay.
25      A.   Or manager.  Would be sent to the

Page 327

1   company.  In this particular case would have been
2   Dillon on behalf of Kroger -- of Mini Mart.  This
3   would have been sent to Dave Wilson.  Yeah, it's got
4   Dave's name on it.
5       Q.   Would he have gotten the transaction
6   summary or --
7       A.   He would not have gotten the
8   transaction.  He gets the actual contract.  Once the
9   contracts were in, it would be sent to him for
10  approval and signing.  Once he'd signed it, then we'd
11  sign it, and it was in the system.
12      Q.   Okay.  I just want to make sure I get
13  the process straight.
14           You get the transaction summary, you
15  get the data into the transaction summary, you send
16  it -- once it's approved, you send it to Karen Hagen
17  or someone in her area, she then takes it and turns
18  it into a contract, which you or she or someone else
19  then sends to the customer for signature?
20      A.   Correct.
21      Q.   All right.  Does the transaction
22  summary, is this -- can you tell by the fact that
23  this has gone to Karen Hagen that it's already been
24  approved on the Suncor side?
25      A.   It would -- it would have been -- it

Page 328

1   would have been approved, because this is the
2   final -- I'm getting the document written up, and
3   normally I wouldn't have the contract written up if
4   we hadn't already agreed on it or got approval.  I
5   mean, it doesn't mean that occasionally there was a
6   change to it that we wouldn't -- or Steve -- one of
7   the directors may have stopped it, you know, if there
8   was something someone saw they didn't like, but very
9   rarely.
10      Q.   All right.  And this particular
11  contract had no price changes from the previous
12  contract, but it would be a two-year contract as
13  opposed to a one-year contract.
14      A.   Correct.
15      Q.   Why did Suncor and the Kroger entities
16  go to a two-year model versus a one-year model?
17      A.   At this particular time I believe David
18  Wilson, who was the -- he was my contact then, he was
19  their sales manager, he was leaving -- he was leaving
20  Kroger going to another -- he was leaving and
21  going to another company.  He found another position
22  in Salt Lake I believe, Salt Lake.  So at this time
23  there wasn't going to be anybody fulfilling his
24  position, if I recall correctly.  So I think what it
25  was, it was a request by Kroger to go ahead and

Page 329

1   extend a lot of their bids because they wouldn't have
2   anybody in place to handle the bids for that year.
3   So all they wanted to do was really just go ahead and
4   get all the contracts redone.
5       Q.   Okay.  So that was a request that they
6   made.
7       A.   I believe so.  I believe that's what it
8   was.
9       Q.   All right.  Generally these RFP
10  contracts, the documents and the contract, they all
11  specify purchase of unbranded gasoline, either E-10
12  or clear in the earlier contracts and then Number 1
13  or Number 2 ULSD.
14      A.   Correct.
15      Q.   Is that accurate?
16      A.   Correct.
17      Q.   Now, they don't specify that the
18  customer, Kroger, is purchasing necessarily Suncor
19  refined gas.  Is that accurate?
20      A.   It -- Suncor supplied gasoline, so, I
21  mean, in this particular case we -- we refined our
22  own gasoline.  It doesn't mean that we didn't
23  purchase gasoline to supplement sales or -- you know,
24  from a refinery standpoint, obviously if we're doing
25  work and our refinery is shut down, then we have to

STEPHEN MOSS - JANUARY 30, 2013

Page 330

1    purchase gasoline so --
2        Q.   Okay.  So --
3        A.   It doesn't specify that -- yeah,
4    correct, it doesn't specify that it has to be
5    gasoline that we refine and no other product.  It's
6    just that we are supplying it.
7        Q.   Is it your understanding that generally
8    unbranded gasoline and then diesel as long as it's in
9    a particular grade, like the E-10 or the clear or the
10   ULSD 1 --
11       A.   M-hm.
12       Q.   -- or the ULSD 2, that's a fungible
13   product, and so entities that are purchasing that
14   could purchase it from any number of refiners or
15   suppliers or it could be traded fungibly?
16       A.   It's traded fungibly.  Not
17   necessarily -- not -- not so much in our refinery,
18   because the product in our refinery is predominantly
19   produced.  Doesn't mean that our supply group
20   wouldn't bring product in or ship product to another
21   company.  Some of the other terminals like, you know,
22   the Rocky Mountain, these terminals that are not tied
23   to any one particular producer --
24       Q.   Sure.
25       A.   -- would definitely be fungible, i.e.

Page 331

1    like a DuPont.
2        Q.   Okay.
3        A.   They would have a tank of clear
4    gasoline, and it would have Sinclair gasoline, it
5    would have Frontier gasoline, Suncor gasoline.  It
6    could have any -- any number of companies in the --
7        Q.   And this would be the case at Fountain?
8        A.   Fountain was a -- was a -- yeah,
9    Fountain would have been a fungible terminal, because
10   they brought product in from all different companies.
11       Q.   And would the same be the case at Grand
12   Junction?
13       A.   Grand Junction, no, we were the only
14   supplier at Grand Junction.
15       Q.   Okay.  And with respect to your Denver,
16   your Commerce City racks, the east and west plant,
17   you have these volume commitments to Kroger, but if
18   you couldn't meet them with Suncor refined product
19   for whatever reason, because there was a turnaround
20   or some sort of hiccup in Suncor's ability to supply
21   the product, Suncor was free to satisfy the contract
22   with Kroger, Mini Mart, Dillon, with gasoline of the
23   same grades refined by other refiners.
24       A.   Correct.  It was -- it was a
25   standard -- not standard policy but it was -- all the

Page 332

1    companies did that.  If I didn't have product for
2    whatever reason, shutdowns, turnarounds as you said,
3    yeah, we would get supply from another company, and
4    vice versa, we would supply them when they were shut
5    down.
6        Q.   And the same would be the case with
7    Western or any of your other unbranded --
8        A.   It would be for our sales.  I mean, the
9    way production and supply works, just because we're
10   having a shutdown, our customer still needs product,
11   so we -- we inevitably -- supply would endeavor to
12   meet our sales.
13       Q.   And that's Mr. Piscatelli's sort of --
14       A.   That's Piscatelli's department, yes,
15   and he knows what we have and what we need to get by.
16       Q.   So if he didn't have enough Suncor
17   refined products, he could purchase them from a
18   Valero --
19       A.   He could purchase it or get the supply
20   from somewhere else.
21       Q.   All right.  Were there times that you
22   are aware of that -- or instances that you can recall
23   that the Kroger demand under their contracts exceeded
24   the Suncor refinery supply and somebody had to go out
25   specifically and obtain supply from another refiner

Page 333

1    to meet the Kroger contract?
2        A.   I don't --
3        Q.   Contracts.
4        A.   -- recall any particular incident, but
5    we would not have gone and -- it would have had to
6    have been an overall problem, i.e. Suncor was short
7    on supply or we'd come up short for whatever reason.
8    It wouldn't be necessarily Kroger or Dillon, it would
9    be my whole -- our whole market.
10       Q.   Okay.
11       A.   We needed supply to meet our sales
12   figures for all our customers.  Now, who ended up
13   pulling it or how we shipped it out, I have --
14       Q.   So any of those entities at any time
15   could have ended up getting some Suncor unbranded gas
16   and some other refiner's unbranded gas --
17       A.   Oh, correct.
18       Q.   -- depending on supply?
19       A.   Correct.
20       Q.   Okay.  And there's no way for Suncor
21   to -- once the gasoline went into the tanks for
22   discharge at the terminal, there's no way for Suncor
23   to figure out which was Suncor refined gas and which
24   was --
25       A.   No, it's all -- all -- the way it

STEPHEN MOSS - JANUARY 30, 2013

Page 334

1  works -- or the way these terminals work, all the
2  product comes in by pipeline or --
3      Q.  Okay.
4      A.  -- however and goes into the one tank.
5          So, no, there's no -- what it is, is
6  from a -- obviously from a terminal standpoint, it's
7  accounting.  They know who that product belongs to.
8  Doesn't mean it was the product that I put in there.
9  If I send -- or if Sun -- when I say "I," if Suncor
10 sent 10,000 barrels into Fountain --
11     Q.  Okay.
12     A.  -- and there's 20,000 in the tank,
13 obviously I'm not going to get my exact 10,000 out,
14 but 10,000 of that 20,000 belongs to me and the other
15 10 belongs to Frontier, Sinclair, whoever has put it
16 in there.
17         So they keep -- you know, we keep --
18 they keep track of who the product belongs to from
19 a -- from a volume standpoint.  They have to -- in
20 turn they have to -- they're obliged to Suncor and
21 all the suppliers to make sure that those tanks are
22 on spec, that they meet the standards.
23     Q.  Right.  Whomever --
24     A.  They're not letting anybody put stuff
25 in there that doesn't -- if I put in premium, I don't

Page 335

1  want them to turn around and say, well, we -- you
2  know, we put Sinclair regular in there and you don't
3  have premium anymore.  It's got to be --
4      Q.  So they're segregated certainly by
5  grade.
6      A.  Oh, they're segregated by grade.
7      Q.  But all of the unbranded gas,
8  regardless of the refiner --
9      A.  Becomes a fungible.
10     Q.  Becomes a fungible.
11     A.  Correct.
12     Q.  All right.  Did you ever give your
13 customers or potential customers tours of the Suncor
14 terminals?
15     A.  We did.  If it -- I've done that
16 before.  It's part of relations around doing
17 business.  It's like, you know -- who I did and who I
18 did it for and that, I don't recall but --
19     Q.  At the west plant and the east plant,
20 do they have these same blending tanks where the --
21     A.  They have different tanks, you know,
22 because our east plant has units, you know,
23 production units that go into those tanks.
24     Q.  Okay.
25     A.  Again they're fungible, because I would

Page 336

1  transfer product -- or the refinery -- and I say "I"
2  because it used to be a job that I had at one time,
3  so when I say "I," I mean Suncor.
4      Q.  Sure.
5      A.  We -- we would transfer from east plant
6  to west plant to keep the tanks inventoried for
7  loading or for shipping out.
8      Q.  Okay.  And the tanks in the east plant
9  and the west plant would have both the Suncor refined
10 gas and if you had needed supply from other refiners
11 would have that -- the other refiners' refined gas so
12 long as it was the same grade --
13     A.  Correct.
14     Q.  -- in any one tank.  Okay.
15     A.  Could have, yeah, at any given time.
16     Q.  I take it that you didn't have any
17 responsibility and didn't account to your customers
18 for the source of the unbranded gasoline that you
19 were selling to them on any given month or day or --
20     A.  No, because that was strictly, you
21 know, production and supply.  So that was, you know,
22 basically James Piscatelli's group and the refinery
23 group as to what was in the tank.  I mean, it's not
24 something that I -- you know, was part of my business
25 then.  You know, they just had to assure me that the

Page 337

1  product that I was selling to my customers was -- was
2  good product.
3      Q.  Okay.  And based on what you've said
4  about the tanks and how all of the fungible products,
5  so long as they're the same grade and meet the specs,
6  are in one tank, there would be no way to account for
7  how much of the Kroger loads picked up today, for
8  example, were Suncor refined gas versus some other
9  refiner's --
10     A.  No.
11     Q.  -- refined gas?
12     A.  Because it would have all gone into one
13 inventory and...
14     Q.  And the same would be true for Western.
15 You can't -- you couldn't tell Western on a given day
16 if they picked up three truckloads of E-10 at your
17 west or east terminal whether they were picking up
18 Suncor refined gas versus refined gas from another
19 supplier?
20     A.  No, because once all the product comes
21 into the tank, the one thing we do -- so to just sort
22 of clarify, say for instance one of our supply group
23 had brought in product from another supplier into
24 my -- into our tank.  That tank would then be tested
25 and certified as Suncor product.  So nobody even

STEPHEN MOSS - JANUARY 30, 2013

Page 338

1  knows what it is. It's Suncor product at this stage.
2  We've purchased it, it's now in my tanks, we have
3  tested it, or the refinery has tested it --
4  Q.  Okay.
5  A.  -- and certified this is Suncor product
6  and it meets all specs.
7  Q.  So the other suppliers that you're
8  aware of would be and I think that I've heard of are
9  Valero and perhaps Holly Frontier and Sinclair,
10  Exxon. Are those other suppliers that you're aware
11  of that Suncor --
12  A.  They are other suppliers in this market
13  that we could -- the supply group could have done
14  business with or made the swaps or purchases from.
15  Q.  And is it my understanding that all of
16  the refineries other than Suncor are outside of
17  Colorado?
18  A.  Correct.
19  Q.  I'm just trying to get sort of a mental
20  picture of the Suncor east and west terminals because
21  I can't go and see them.
22      At the east and west terminals are
23  there pipelines that come in to feed the trucks that
24  come to pick up the gas, or are there blending tanks
25  that feed the pumps that go directly to the trucks?

Page 339

1  A.  The -- the truck rack -- the loadings
2  at the west rack and the east rack, as you said, are
3  two separate, and the reason they're two separate --
4  or I assume they still are. I don't know. When I
5  left they were still two separate entities.
6  Q.  M-hm.
7  A.  The reason for that is it used to be --
8  we call it the west plant and the east plant. It
9  used to be two separate refineries. One was Conoco.
10  Q.  Okay.
11  A.  Which was the west plant.
12  Q.  Okay.
13  A.  On the east side was a Valero refinery.
14  Q.  Okay.
15  A.  Well, Valero were the last owners until
16  Suncor purchased it. What happened is Suncor
17  purchased -- came in and they purchased the Conoco
18  refinery and Suncor has now the refinery.
19      Approximately two years later we then
20  purchased the Valero refinery.
21  Q.  Okay.
22  A.  So now they're all Suncor refinery,
23  east and west, pretty much separated by a rail line
24  that goes all the way --
25  Q.  Okay.

Page 340

1  A.  -- between the two. So we've got the
2  Burlington Northern and Union Pacific Railroad that
3  goes right between our two facilities.
4  Q.  Okay.
5  A.  So we have two loading -- so back at
6  this time we still have two loading facilities.
7      The west rack is -- has the loading
8  bay. So basically a customer's truck comes along,
9  pulls into one of the -- just like going to a gas
10  station, pulls into one of the bays or, you know, you
11  know, a gas dispenser, diesel dispenser. Those
12  loading bays on the west are fed from finished
13  product at the west refinery's tank farm. So it's
14  not base products. It's not blended or mixed, you
15  know. It is finished products that is put into the
16  trucks. The only thing that they would get is -- is
17  additives. Each company has a -- has their company
18  additives or unbranded additives to make the
19  gasoline --
20  Q.  Okay.
21  A.  -- for the consumers.
22      And ethanol. We don't blend ethanol
23  into the refinery because of EPA regulations.
24  Q.  Sure.
25  A.  The ethanol is injected to at a 10 or

Page 341

1  15 percent rate. At this time it's 15 percent.
2      So when the truck comes in, he locks
3  up, he says I'm loading regular gasoline. He gets
4  the regular gasoline from the refinery, and at the
5  same time the 15 percent ethanol is injected into the
6  truck at the same time so that they have a -- so they
7  have a finished product when it's actually loaded.
8  Q.  Let me ask you -- or stop you there.
9      So you say that there's a finished
10  product tank, and that could include either the
11  Suncor refined product or some other refined product
12  pursuant to some sort of --
13  A.  It could.
14  Q.  -- supply deal.
15  A.  Yes. Yes.
16  Q.  Okay. And so that's how they take the
17  clear gasoline in your last example out of that mixed
18  finished product tank, and then it goes to the truck
19  bay, and at the truck bay the additives are added
20  depending on what exactly they purchased?
21  A.  Correct.
22  Q.  Okay.
23  A.  And then the east plant has a similar
24  setup where the tanks are at the east rack.
25  Q.  I take it that you never had any

STEPHEN MOSS - JANUARY 30, 2013

Page 358

1  saying, hey, we pick up -- they pick up the product
2  and we only give them 5 days to pick it -- to pay for
3  it.
4      Q.   That's why it was confusing to us --
5      A.   And I think it --
6      Q.   -- because they were on net 10?
7      A.   I think that's what they're referring
8  to.  Anything -- anything else would just be
9  subjective right now from me as to what was going on.
10         Obviously March 2010 we were trying --
11 Kendall was -- Kendall and Western Convenience were
12 working diligently to try and get the credits and all
13 that lined up.  So I'm thinking we were trying to
14 go -- we were trying to come up with a different --
15 or somebody was trying to -- yeah, she's referring to
16 me.  "I would rather not go."  So I must have said
17 net 5.
18         We were trying to figure out another
19 way of getting -- of keeping all our products moving
20 with what credit lines we've got is all I can think
21 of.
22     Q.   When she says "I feel like they have
23 been so difficult to deal with," do you have any
24 understanding for the basis of that statement other
25 than the conversation you testified about earlier

Page 359

1  regarding the instance in which they -- Western
2  chose --
3      A.   I --
4      Q.   -- to pay another supplier before
5  Suncor?
6      A.   I -- I don't -- I don't know of
7  anything or why that statement was.  Obviously she
8  felt that way.  But as I said, I wasn't really
9  involved in the credit and all the stuff that was
10 going on at that time with them.
11     Q.   Okay.
12         MS. CRAIGMILE:  Why don't we go ahead
13 and take a lunch break.  Is that all right?
14         MR. SHAHEEN:  Sure.
15         MS. CRAIGMILE:  Come back a little
16 before 1?
17         MR. SHAHEEN:  Sure.
18         MS. CRAIGMILE:  Okay.
19     A.   Can I go back to this?  And I'm just
20 trying to -- it says at the end:  Robert still thinks
21 they should be on prepay for any pipeline.
22         So obviously that net 5 has to do,
23 because back then they were still doing pipeline
24 purchase.  We put them on prepay, and I must have
25 gone and asked if we could put them on net 5 instead

Page 360

1  of prepay.
2      Q.   (BY MS. CRAIGMILE)  Okay.  So this --
3      A.   So that's what this reads.
4      Q.   This was a particular pipeline purchase
5  from DuPont?
6      A.   From -- yeah, from us via pipeline,
7  because it says Robert thinks they should still be
8  prepay, which then it says they were having to prepay
9  for pipeline batches, which I probably felt was a
10 hindrance to their business so I'm asking for some
11 leniency, and saying, hey, give me net 5, can they
12 buy it today and pay in 5 days, so that's what this
13 is reading.  And...
14     Q.   Okay.
15     A.   And she's saying no.
16         MS. CRAIGMILE:  All right.  Let's take
17 a lunch break.
18         THE DEPONENT:  Thank you.
19         MS. CRAIGMILE:  Thank you.
20         THE VIDEOGRAPHER:  We are off the
21 record at 11:53 a.m.
22         (Whereupon, there was a lunch recess
23 from 11:53 a.m. to 12:59 p.m., after which the
24 following proceedings were had, Mr. Bledsoe not being
25 present.)

Page 361

1          THE VIDEOGRAPHER:  We are on the record
2  at 1259 p.m.
3      Q.   (BY MS. CRAIGMILE)  Good afternoon,
4  Mr. Moss.  We've just come back from a lunch break,
5  and I appreciate your coming back.
6          We've been talking quite a bit about
7  this Kroger, meaning Dillon and Mini Mart, RFP
8  process, and there was a point where those contracts
9  became very large in terms of Suncor's overall
10 business.  Is that accurate?
11     A.   Correct.
12     Q.   And was that at the end of 2009 or in
13 2010, do you recall?
14     A.   It would have been 2010 when we brought
15 on the Loaf 'N Jug is when --
16     Q.   Okay.
17     A.   -- the volumes got large.
18     Q.   All right.  And we are going to be
19 taking Mr. Wilson's deposition coming up in about a
20 week, and clearly we'll be asking him this question
21 as well, but I want you to think as clearly as you
22 can or as clearly as you can recall, did you ever
23 have any conversation with Mr. Wilson in which
24 Western Convenience or Mr. Taraghi ever came up in
25 any context?

STEPHEN MOSS - JANUARY 30, 2013

Page 370

1    A.    She would -- she did them -- April did
2  them -- I think that some people took it in turns.
3  It depended who was at the meeting and who
4  distributed the meeting.  But I think April was
5  the -- was normally the person that would send the
6  notes out.
7    Q.    I see this is sent to John Gallagher.
8  Is he the head of the refinery?
9    A.    He was the refinery manager.  Or still
10  is, I don't know.
11    Q.    Was there anyone on this list that was
12  a higher level than him?
13    A.    John was at the same level as -- as my
14  superiors, but I think John was -- no, John was the
15  highest level at that time.
16    Q.    Okay.  If you go to the wholesale
17  section, which is on the second page of the report,
18  and the first three paragraphs talk about planning
19  issues about inventories or allocations, and then
20  last paragraph states:  Plan to cancel contract with
21  Western Convenience due to poor credit and
22  differences in operating philosophy.  The contract is
23  for 60 million barrels per month and will reduce
24  demand until it can be replaced.
25    Who at that meeting articulated the

Page 371

1  plan to cancel the Western contract?
2    A.    That would have had to have been
3  Mr. Vejner or Mr. -- Steve.
4    Q.    Steve Ewing?
5    A.    Ewing, thank you.
6    Q.    So you don't recall yourself stating
7  this.
8    A.    No.  I don't recall stating that.
9  Because at that time -- well, when's this.  This is
10  May.  This is after the -- this is the same time --
11  okay.  So this is the week after the original -- the
12  deal that Steve has sent out saying shut Western down
13  until we find out what's going on.
14    Q.    Right.
15    A.    That was the Exhibit 169 that you just
16  gave me.  So I think this is just referring to that,
17  that at this time we weren't doing business with
18  Western Convenience and he was going to reduce the
19  demand until further notice.
20    Q.    Right.  And this was a -- this was on
21  May 11th, and so that's a week before you had the
22  meeting with Mr. Taraghi and Mr. --
23    A.    Oh, okay.
24    Q.    -- Wehrle and Ms. Kriskovich and --
25    A.    Yeah.

Page 372

1    Q.    -- Mr. Vejner and Mr. Ewing.
2    Was it your recollection that the
3  decision to cancel was made prior to that meeting?
4    A.    It wasn't my recollection.  I don't
5  recall us making that decision.  You know, from what
6  I could tell, we were still negotiating and still
7  trying to figure out where the finances were or the
8  credit department was.
9    Q.    Okay.  And it says the contract is for
10  60 million barrels.  And that was the one that was
11  reflected in the transaction summary?
12    A.    That would have been that transaction
13  summary volume that we talked about.
14    Q.    And will reduce demand until it can be
15  replaced.
16    So somebody is saying we're going to
17  have less demand.  For planning purposes?  Is that --
18    A.    Yes.  That's a big -- obviously a big
19  deal for me, to have to find another 60,000 barrels
20  of sales.
21    Q.    All right.  And so that was a big
22  reduction in your sales?
23    A.    Oh, yes.  That's -- yes.
24    Q.    Do you ever recall having difficulty
25  filling that demand?

Page 373

1    A.    I don't recall really what happened or
2  how I filled it or what -- or if we did fill it.
3  There was a lot of different things going on then.
4  We had a lot of supply issues and -- and stuff, so I
5  don't really recall what -- I didn't -- as far as I
6  recall -- well, as far as I recall, I don't think I
7  replaced it.
8    Q.    Right.  You left about what, three
9  months later?
10    A.    I left three months later, yes.
11    Q.    Okay.  And you -- you can't recall
12  whether you got that demand completely filled before
13  the time you left Suncor?
14    A.    I don't recall doing any large
15  contracts with anybody at that time.
16    Q.    Okay.
17    A.    To replace it.
18    Q.    What is this reference to -- excuse me.
19  Strike that.
20    It says:  Plan to cancel contract with
21  Western Convenience due to poor credit and
22  differences in operating philosophy.
23    I think we've talked about poor credit,
24  at least some.  They were looking at Western's
25  credit?

STEPHEN MOSS - JANUARY 30, 2013

Page 374

1    A.   Yes.
2    Q.   Did you believe Western to have poor
3  credit at that time?
4    A.   As I said, I really didn't have much to
5  do with the credit or how they ran it.  Personally I
6  didn't think we had a problem, I mean, but I was just
7  dealing with Mr. Taraghi, with Western Convenience on
8  the sales side.  Really I had very little to do or
9  understanding or knowledge of how they came up with
10 credit numbers.
11   Q.   What do you understand the reference to
12 differences in operating philosophy to mean?
13   A.   I don't know where that came -- what
14 that is referring to because -- no, I really don't
15 know what that -- what that means.
16   Q.   Do you recall that even coming up at
17 that meeting or --
18   A.   I don't.  To be honest -- obviously we
19 had these meetings every week, and at this time there
20 was a lot going on.  I don't even know if I was
21 actually present at this meeting.  I'm just looking
22 to see.  Usually they give a list of all those
23 present.
24   Q.   When they talk -- or when this document
25 refers to differences in operating philosophy with

Page 375

1  Western, do you have any sense based on your
2  understanding of Western's business what that could
3  have meant?
4    A.   No, because, I mean, from my standpoint
5  I didn't see any real -- this is May of '11.  There
6  was really nothing -- I mean, Western Convenience's
7  operating philosophy had changed drastically during
8  like 2009 and forward after the -- after the
9  blending --
10   Q.   M-hm.
11   A.   -- had been shut down, as we -- as we
12 found out later.  Obviously his business philosophy
13 changed, but it -- I wouldn't have called it an
14 operating philosophy.  Maybe that's what they're
15 referring to, is just that difference in his business
16 model.
17   Q.   But he had been picking up truckload --
18   A.   Yeah.
19   Q.   -- truckload shipments for over a year
20 by that point.
21   A.   He had been -- yeah, it sounds like
22 he'd been -- yeah, he'd been doing business -- I
23 mean, I knew he was doing business from other
24 suppliers as well.  His philosophy had changed in
25 regards to me being, you know, a primary or a -- I

Page 376

1  can't say not -- I still hoped I was a primary
2  supplier for him but -- back then I would imagine,
3  but he was definitely buying from other people.  I
4  mean, Western Convenience was buying basically from
5  whoever was the cheapest or whoever had the product,
6  depending on credit and things like that I assumed.
7  But I don't know where this statement came from.
8    Q.   All right.  And so sitting here today,
9  you don't have any reason to believe that --
10   A.   No.
11   Q.   -- from at least your mind there was
12 any operating philosophy difference that stood out --
13   A.   No.
14   Q.   -- sufficient to cause Suncor to cancel
15 the contract with Western?
16   A.   No.  At this time I still considered
17 Western one of our biggest customers, and he still
18 was lifting, and --
19   Q.   Okay.
20   A.   -- we were still chasing contracts.
21        (Whereupon, Deposition Exhibit 171 was
22 marked for identification by the reporter.)
23   Q.   All right.  I'm going to hand you what
24 we've marked as Exhibit 171.  Exhibit 171 is an April
25 21st, 2011 e-mail with no subject.

Page 377

1        Can you explain what this e-mail
2  relates to?
3    A.   This is an e-mail from myself to Aaron
4  Lingnau.  I've cc'd Doug Vejner, Steve Ewing and
5  Laurie Chilson.  And it refers to allocate unbranded
6  gasoline, and there's companies there who are being
7  allocated.  Offen, two loads; DATS, two loads;
8  Western Convenience.  So what it is is an allocation.
9        Aaron Lingnau was a member of the
10 support group and kind of a transportation guru.
11   Q.   M-hm.
12   A.   He's the one who would put in the
13 allocations for the different terminals.  Earlier on
14 we talked about the loading racks at the east and
15 west plants of the Suncor refinery.  What we could
16 do, we could allocate our customers or we could -- he
17 could go in there and put in how much product per day
18 each customer was allowed to pull based on their
19 contracts and based on the supply of product.  And
20 what I've done here, this sounds like this is just
21 changing or adjusting loads.
22        So as you can see, Offen was given two
23 loads a day, so that means I was -- we must have had
24 supply issues or we were in a turnaround mode of some
25 description because these are very low obviously.