STEVEN EWING - MARCH 8, 2012

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., A Colorado corporation, WESTERN TRUCK ONE, LLC, a Colorado limited liability company,
Plaintiffs,
vs.
SUNCOR ENERGY (U.S.A.) INC., A DELAWARE CORPORATION,
Defendant, Third-party plaintiff

vs.

HOSSEIN AND DEBRA LYNN TARAGHI,
Third-party defendants.
-----------------------------------------------------

DEPOSITION OF STEVEN EWING
March 8, 2012
-----------------------------------------------------

Deposition location:
370 17th Street, Suite 3500
Denver, Colorado 80202

APPEARANCES:
    Kenneth R. Bennington, Esq.
    Kathleen E. Craigmile, Esq.
    Bennington Johnson Biermann & Craigmile
    370 17th Street, Suite 3500
    Denver, Colorado 80202
    Phone: (303) 629-5200
  For Western and the Taraghis
    Anthony J. Shaheen, Esq.
    Holland & Hart, LLP
    555 17th Street, Suite 3200
    Denver, Colorado 80202
    Phone: (303) 295-8054
  For Suncor Energy

ALSO PRESENT:  None

Page 2

APPEARANCES (CONTINUED):
    Michael E. Korenblat, Esq.
    Suncor Energy Services, Inc.
    717 17th Street, Suite 2900
    Denver, Colorado 80202
    Phone: (303) 793-8052
  For Suncor Energy

    William L. Monts, III, Esq.
    Hogan Lovells
    555 Thirteenth Street, NW
    Columbia Square
    Washington, D.C. 20004
    Phone: (202) 637-5600
  For Suncor Energy

Page 3

 1   The deposition of STEVEN EWING, called for
 2  examination by the Plaintiff Western, was taken in
 3  the offices of Bennington Johnson Biermann &
 4  Craigmile, LLC, 370 17th Street, Suite 3500, Denver,
 5  Colorado, commencing at 1:56 p.m. on the 8th day of
 6  March, 2012, before Rebecca J. Collings of Avery
 7  Woods Reporting Service, Inc., 455 Sherman Street,
 8  Suite 250, Denver, Colorado 80203, a Registered
 9  Professional Reporter and a Notary Public in and for
10  the State of Colorado, pursuant to the Colorado
11  Rules of Civil Procedure.
12                    **********
13              INDEX OF EXAMINATION
                                          PAGE
14  EXAMINATION BY MR. BENNINGTON             4
15
              INDEX OF EXHIBITS
16  EXHIBIT NO.             PAGE REFERENCED
17   2    Master Product Purchase and Sale    23
         Agreement
18
    11   Confirmation of Purchase/Sale        26
19       Agreement
20  18   String of emails                     51
21  22   Email regarding matching a           55
         discount
22
    23   Page from Suncor website             16
23
    26   Invoice # 91938278                   77
24
25

Page 4

 1           STEVEN EWING,
 2  being first duly sworn to state the truth, the whole
 3  truth, and nothing but the truth, testified under oath
 4  as follows:
 5              EXAMINATION
 6  BY MR. BENNINGTON:
 7      Q   Good afternoon, Mr. Ewing.  As you know,
 8  my name is Ken Bennington.  I represent Western
 9  Convenience Stores.  And you are here to testify in a
10  suit brought by Western against your employer, Suncor
11  Energy U.S.A.  Is that your understanding?
12      A   It is.
13      Q   Have you ever had your deposition taken
14  before?
15      A   No.
16      Q   Well, I'm sure Mr. Shaheen has explained
17  to you the drill.
18      A   He has.
19      Q   If you're uncertain about what I'm
20  getting to, the question I'm asking or anything, let me
21  know because it doesn't do us any good if we're
22  confused.
23      A   Absolutely.
24      Q   Your job at Suncor is what?
25      A   I'm the director of rack forward sales

1 (Pages 1 to 4)

Avery Woods Reporting Services, Inc., (303) 825-6119

Exhibit 4

STEVEN EWING - MARCH 8, 2012

Page 5

1  and services.
2      Q   And tell me what the term rack forward
3  means.
4      A   It's anything that leaves the refinery
5  gate forward.  So rack -- it's a Canadian term.  Rack
6  back would be anything from the refinery back.  And so
7  I would be responsible for anything that leaves that
8  refinery on the light oil side from the gate forward.
9      Q   So that includes gasoline, diesel?
10     A   That's correct.
11     Q   Are you also responsible for asphalt and
12 other petroleum products?
13     A   I am not responsible for asphalt, no.
14 But I am responsible for jet also.
15     Q   So rack forward fuel sales, you cover it
16 all, for you?
17     A   Yes.  Absolutely.
18     Q   How long have you had that job?
19     A   Oh, about a year and a half.
20     Q   And how long have you been with Suncor?
21     A   Since they purchased the asset, so since
22 2003.
23     Q   What was your job before you were
24 director of rack forward sales?
25     A   I was the manager of rack forward sales

Page 6

1  for a temporary period.
2      Q   Here's what I'm going to have to ask you,
3  just organizational kind of basic chart kind of
4  questions.
5      A   Okay.  Absolutely.
6      Q   You are a director, correct?
7      A   Correct.
8      Q   Typically how is the company structured,
9  say, below you?  I understand there's managers and so
10 forth.
11     A   Right.
12     Q   But walk me through that organizational
13 structure.
14     A   On the fuel side of the business?
15     Q   Yeah.
16     A   So there's a wholesale team lead that
17 reports to me, and then an unbranded account manager
18 that reports to the wholesale team lead, a branded
19 account manager that reports to the wholesale team
20 lead, and then a direct sales manager that reports to
21 the wholesale team lead.
22     Q   Who -- what sort of sales is the direct
23 sales manager responsible for?
24     A   The direct sales manager is responsible
25 for selling to a Costco, a Sam's, directly to the

Page 7

1  customer instead of using a marketer to go through that
2  sale.
3      Q   I see.
4      A   And they would also sell to commercial
5  business.
6      Q   Does Suncor sell to government and
7  fleets?
8      A   We do.  We have one large government
9  account right now.
10     Q   Well, we can -- we can stay out of
11 government sales.
12     A   Okay.
13     Q   Are there other fleet-type customers who
14 use the fuel you're selling?  In other words, there's
15 nobody in between?
16     A   There -- we sell to the railroad.
17     Q   Yes.
18     A   Besides the government, RTD, airlines.
19 We sell jet to the airlines.  But that's the bulk part
20 of it.
21     Q   Okay.  We're going to stay on the
22 gasoline and diesel side of the equation.
23     A   Okay.  That's a good thing.
24     Q   Okay.  Now, you got us to the point of --
25 see, I've already forgotten this.  But you got us to

Page 8

1  the point of -- what was the lowest level manager we
2  got to?
3      A   The direct sales.
4      Q   Yeah.
5      A   And then they're all on the same -- the
6  direct sales, the unbranded, and the branded manager
7  are all at the same level.
8      Q   All right.  And who do they have
9  reporting to them?  Typically what are those job
10 titles?
11     A   There is nobody reporting to them.
12     Q   All right.  There is somebody, for
13 instance, in that organizational structure who was
14 assigned to Western Convenience Stores?
15     A   Absolutely.
16     Q   And for a long time that was Steve Moss?
17     A   That's correct.
18     Q   Mr. Moss is retired?
19     A   He is retired.
20     Q   And who stepped into his position?
21     A   Rob Coulter stepped into his position.
22     Q   Did Mr. Moss retire after the
23 relationship split up between Suncor and Western?
24     A   Mr. Moss retired in September.
25     Q   Of --

2 (Pages 5 to 8)

STEVEN EWING - MARCH 8, 2012

Page 9

1   A   Of 2011.
2   Q   All right. So that's afterwards. At the
3   time he retired, then, he was a -- sorry -- a customer
4   manager?
5   A   Steve Moss?
6   Q   Yes.
7   A   Steve Moss was an unbranded account
8   manager.
9   Q   All right. Was there more than one
10  unbranded account manager?
11  A   No.
12  Q   So he was responsible for customer
13  contact for all unbranded accounts in Colorado?
14  A   Correct. That's right.
15  Q   How about branded accounts? Who was at
16  his level?
17  A   It was -- that would have been Laurie
18  Chillsome (phonetic).
19  Q   Is she still with the company?
20  A   She is.
21  Q   And then the person responsible for sales
22  to the Costcos and so forth, who is that?
23  A   That's Todd Sowell. And that's a newly
24  created position.
25  Q   Since when?

Page 10

1   A   October. October 31, 2011.
2   Q   Before that who handled those kind of
3   customers?
4   A   That would have been the unbranded
5   account manager. So we -- to make it simple, we really
6   put the unbranded business on the unbranded account
7   manager and the branded business on the branded account
8   manager, to think of it as two different buckets.
9   Q   So you have a branded account manager, an
10  unbranded account manager, but there's also an account
11  manager with an unbranded who just deals with these big
12  retail accounts like Costco?
13  A   Yes, a newly created position that would
14  deal with the -- the majority of that business will be
15  unbranded. But in the future that person may also look
16  for branded business too, but right now it's unbranded
17  business.
18  Q   During the time that -- let's say through
19  May of 2011, was Suncor selling -- wholesaling fuel to
20  Costco?
21  A   Yes. We were selling fuel to Costco
22  indirectly, not directly.
23  Q   What do you mean by indirectly?
24  A   One of our unbranded customers was
25  selling fuel.

Page 11

1   Q   All right. Who was that?
2   A   It would have been Truman Arnold or Dats
3   Petroleum.
4   Q   Any other customers of that scale that
5   come to mind?
6   A   For a marketer, like an unbranded like
7   that?
8   Q   Yeah.
9   A   Offen Petroleum, Dats, Overland,
10  Truman Arnold, Harpel.
11  Q   Would you put Sapp Brothers in that
12  category?
13  A   Sapp Brothers is in that category.
14  Q   How about at a Costco-type retail outlet?
15  Is there anybody else of that nature?
16  A   As far as --
17  Q   In May of 2011 I'm talking about.
18  A   Moving volume or that we sold to?
19  Q   Yeah.
20  A   Kroger, Loaf 'N Jug.
21  Q   Kroger, Costco, anybody else?
22  A   Those are the big guys, yeah.
23  Q   All right. I spoke a few weeks ago to
24  Diane Kriskovich. Is she a director as well?
25  A   No. She's a manager.

Page 12

1   Q   But she is not in your chain of
2   management, is she?
3   A   She is not in my chain of management, no.
4   Q   All right. Go up from your level.
5   A   Okay. From my level -- I report to Mel
6   Broten. And that's in Ontario, Canada, Mississauga.
7   Q   You're going to have to spell two names
8   for our reporter.
9   A   Ontario is O-N-T-A-R-I-O. I haven't
10  spelled that for a while. And then Mississauga is
11  M-I-S-S-I-S-S-A-U-G-A.
12      MR. SHAHEEN: Don't look at me for that
13  one.
14  Q   (BY MR. BENNINGTON) How about Mel's last
15  name?
16  A   Broten, B-R-O-T-E-N.
17  Q   Okay. And I don't know if you said this.
18  Where is he located?
19  A   Canada.
20  Q   So your -- you report to a person in
21  Canada?
22  A   Yes. But all the decisions are made at
23  the -- in the U.S. It's a separate entity -- a
24  separate -- Souza sales and the business is a separate
25  entity, so I make the decisions in the United States.

3 (Pages 9 to 12)

STEVEN EWING - MARCH 8, 2012

Page 13

1  Q  All right. So is he -- he is with
2  Suncor U.S.A. in the capacity of supervising you?
3  A  No. He's with Suncor Energy.
4  Q  All right. So I think we may have done
5  this. One of the questions is identify account
6  managers.
7  A  We did.
8  Q  So Mr. Moss was responsible for Western
9  Convenience Stores and Kroger?
10  A  Correct.
11  Q  And Costco?
12  A  Costco indirectly. It would have been
13  Truman Arnold or one of Steve's customers. Steve would
14  not have managed Costco or Sam's. I want to make sure
15  that's clear.
16  Q  Because there's another entity in
17  between?
18  A  Yes.
19  Q  All right. Why is that, do you know?
20  A  It's just the way we do business right
21  now.
22  Q  It's just historically the way it
23  happened?
24  A  It's just the marketer of the unbranded
25  business has that contract, and we supply it.

Page 14

1  Q  Is all Costco fuel sold in Colorado
2  Suncor fuel?
3  A  No, I don't believe so.
4  Q  They can get it from various sources?
5  A  Yes.
6  Q  So you're competing with other refineries
7  for their business?
8  A  Absolutely.
9  Q  What other unbranded customers was
10  Mr. Moss responsible for, let's say in May of 2011?
11  A  He had Kroger, Truman Arnold, Offen,
12  Harpel, Dats, Overland. And I'm sure there's several
13  more, but those are the --
14  Q  Do any of those other than Western and
15  Kroger have their own retail sites?
16  A  I couldn't answer that for sure. I know
17  they service. They probably service -- Dats and
18  Truman Arnold, these guys are large customers. So for
19  me to answer that question -- I would not feel good
20  answering that question. I assume they have to service
21  retail sites. I just don't know if they own them.
22  Q  And in terms of volume -- and if we leave
23  out the customers who are actually -- are you
24  comfortable with me using the term middleman as to the
25  Offen Petroleum --

Page 15

1  A  Sure.
2  Q  -- and Sapp Brothers and others who are
3  reselling it to somebody else?
4  A  Yeah, those are our customers.
5  Q  Your customers are those guys, but your
6  customers are also Western and Kroger at that level?
7  A  Okay.
8  Q  Is there anybody else comparable in terms
9  of volume to Western and Kroger?
10  A  Well, I think you have Dillon that's also
11  part of that. Kroger is Dillon, Loaf 'N Jug. They're
12  two separate.
13  Q  Fair enough. Let's include all of those
14  under the name Dillon or Kroger, whichever you --
15  A  Dats, Truman Arnold. Those guys are big.
16  Overland, Harpel.
17  Q  But those are not retailers, are they?
18  A  No, they're not retailers.
19  Q  They're -- they're what we were calling
20  earlier a middleman?
21  A  Sure. Yeah.
22  Q  I'm talking about pure retailers.
23  A  Okay. Fair enough.
24  Q  Direct purchasers from Suncor.
25  A  Okay.

Page 16

1  Q  Anybody else comparable to Western and
2  Kroger?
3  A  No, not on a -- our own retail sites.
4  Q  All right. Let's get to that. There are
5  Shell and Phillips 66 sites which are either owned or
6  controlled by Suncor, is that right?
7  A  Correct.
8  (Whereupon, Deposition Exhibit No. 23 is
9  referenced.)
10  Q  (BY MR. BENNINGTON) I've put in front of
11  you what's been marked as Exhibit 23. This is a page
12  off of the Suncor website. It says Suncor has its own
13  network of 44 retail sites across Colorado, 38 of which
14  are branded Shell. Is that consistent with your
15  understanding?
16  A  That's correct.
17  Q  And those 38 branded Shell sites are
18  either owned by Suncor or leased by Suncor, am I
19  correct?
20  A  They are owned by Suncor. We have -- we
21  operate all of our sites and we have three ground
22  leases out of those 44.
23  MR. BENNINGTON: Let's go off the record
24  for a second.
25

4 (Pages 13 to 16)

STEVEN EWING - MARCH 8, 2012

Page 17

1    (Whereupon, there was a brief discussion
2 off the record.)
3    Q  (BY MR. BENNINGTON) Was this the case --
4 that is these 44 retail sites across Colorado -- was
5 that the case since January 2007?  In other words, did
6 it predate that?
7    A  We -- I believe that's correct.  We
8 purchased another site, and I believe that was close to
9 that 2007 mark.  Originally it was 43, and then we
10 purchased another.
11    Q  I see.  Does Suncor have any Suncor
12 branded sites anywhere?
13    A  No.
14    Q  And I take it that the six Phillips 66
15 sites are operated under some agreement that expires in
16 2013, so at that point they're gone?
17    A  The license agreement for Phillips 66
18 would terminate, but we still hold the store.
19    Q  I see.  Well, and that's in 2013?
20    A  Yeah.
21    Q  All right.  Do you know, does the -- do
22 the license agreements with both Shell and Phillips 66
23 specify that the fuel sold at those sites has to be
24 Shell or, as appropriate, Phillips 66 specifications?
25    A  Yes, it does have to meet the

Page 18

1 specifications.
2    Q  You can't sell generic Suncor fuel at
3 those sites?
4    A  No.
5    Q  Has that ever happened?
6    A  No.
7    Q  Now, on that same page of exhibit --
8 that -- Exhibit 23, the last sentence in the first
9 paragraph says, "Suncor also has contract agreements to
10 supply Shell and Phillips 66 branded fuels to more than
11 225 outlets throughout Colorado."
12    Would I be correct that those are retail
13 sites owned either by Shell or Phillips or somebody
14 who's operating under a license from them?
15    A  They're retail sites operated under a
16 license.  They're independent operators.
17    Q  I see.  And would it be your
18 understanding that those operators at those sites only
19 sell the branded version appropriate for Shell or
20 Phillips --
21    A  Yes, sir.
22    Q  -- of Suncor fuel?
23    A  Yes.
24    Q  I asked you about Mr. Moss, and I don't
25 know that I've pushed the date all the way back.  Was

Page 19

1 he the account manager -- did I say that right?
2 Account manager? --
3    A  Yes, unbranded account manager.
4    Q  -- for Western starting with January 2007
5 through May 2011?
6    A  I can't confirm back to 2007, but I can
7 tell you since I've been in the position, he was the
8 account manager.  So I would think that he would have
9 been the account manager.  He hasn't switched the
10 bucket, so he's always been on the unbranded side of
11 business.
12    Q  And Kroger -- as far as you know, was he
13 the account manager for Kroger going back to January of
14 2007?
15    A  Again, I'm not sure about 2007; but since
16 I've been in the position, yes, he's been the manager.
17    Q  And tell me again, when did you take the
18 position?
19    A  Early 2010.  And then -- yeah.
20    Q  Who was your predecessor?
21    A  Kendall Carbone.
22    Q  And do you have any knowledge of how long
23 she had been in that position?
24    A  Probably about six months, eight months.
25    Q  And who was her predecessor?

Page 20

1    A  Don Smith.
2    Q  Don Smith?
3    A  Yes.
4    Q  Did his tenure go back before 2007, do
5 you think?
6    A  You know, he may have been there in 2007.
7 Yeah, I'm sure he was.
8    Q  Did he retire or leave the company or
9 what?
10    A  He moved back to Canada.
11    Q  Good for him.  So we have Smith, then
12 Carbone, then you?
13    A  Yes.
14    MR. BENNINGTON:  Off the record.
15    (Whereupon, there was a brief discussion
16 off the record.)
17    Q  (BY MR. BENNINGTON) I've got the tax
18 records and I'm trying to -- with respect to -- let's
19 talk about setting fuel pricing.
20    A  Okay.
21    Q  Gasoline and diesel.  From testimony
22 earlier today, my understanding is that it's not your
23 job to set the rack price; is that correct?
24    A  That's correct.
25    Q  And as far as you understand it, how --

5 (Pages 17 to 20)

Avery Woods Reporting Services, Inc., (303) 825-6119