DIANE KRISKOVICH - FEBRUARY 7, 2012

### Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation, WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

Plaintiffs,

vs.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

Defendant.

_____

DEPOSITION OF DIANE KRISKOVICH
February 7, 2012

_____

Deposition location: 370 17th Street, Suite 3500
Denver, Colorado 80202

APPEARANCES:

   KENNETH R. BENNINGTON, ESQ.
   ADAM F. ALDRICH, ESQ.
   BENNINGTON JOHNSON BIERMANN & CRAIGMILE
   370 17th Street
   Suite 3500
   Denver, Colorado 80202
   Phone: (303) 629-5200
 For Plaintiffs
   ANTHONY J. SHAHEEN, ESQ.
   HOLLAND & HART LLP
   555 Seventeenth Street
   Suite 3200
   Denver, Colorado 80202
   Phone: (303) 295-8054
 For Defendant
Also present: Michael E. Korenblat, Esq.

### Page 2

1      The deposition of DIANE KRISKOVICH, called for
2  examination by the Plaintiffs, was taken in the offices
3  of Bennington Johnson Biermann & Craigmile, LLC, 370
4  17th Street, Suite 3500, Denver, Colorado, commencing
5  at 1:01 p.m. on the 7th day of February, 2012, before
6  Deborah A. Glennon of Avery Woods Reporting Service,
7  Inc., 455 Sherman Street, Suite 250, Denver, Colorado
8  80203, a Registered Professional Reporter and a Notary
9  Public in and for the State of Colorado, pursuant to
10 the Federal Rules of Civil Procedure.
11           **********
12       INDEX OF EXAMINATION
13                        PAGE
    EXAMINATION BY MR. BENNINGTON     4

### Page 3

1        INDEX OF EXHIBITS
2  EXHIBIT NO.                  PAGE
3  Plaintiffs' Deposition Exhibit No. 4    65
    (E-mail from Mr. Ewing dated 5/8/11)
5  Plaintiffs' Deposition Exhibit No. 5    68
    (E-mail from Mr. Dowden dated 5/9/11)
6  Plaintiffs' Deposition Exhibit No. 10   74
    (Credit Scoring Excel Spreadsheet)
   Plaintiffs' Deposition Exhibit No. 11   21
8    (Confirmation of Purchase/Sale Agreement)
9  Plaintiffs' Deposition Exhibit No. 13   49
    (E-mail from Mr. Moss dated 4/27/11)
   Plaintiffs' Deposition Exhibit No. 17   64
11   (E-mail from Mr. Ewing 5/8/11)
12 Plaintiffs' Deposition Exhibit No. 18   46
    (E-mail from Mr. Ewing dated 4/25/11)
   Plaintiffs' Deposition Exhibit No. 19   54
14   (E-mail from Mr. Ewing dated 5/5/11)
15 Plaintiffs' Deposition Exhibit No. 20   82
    (E-mail from Mr. Ewing dated 5/12/11)
   Plaintiffs' Deposition Exhibit No. 21   88
17   (E-mail from Ms. Kriskovich dated 6/9/11)
18 Plaintiffs' Deposition Exhibit No. 22   47
    (E-mail from Mr. Vejnar dated 6/4/11)
   Plaintiffs' Deposition Exhibit No. 23   18
20   (Suncor Website Printout)
21 Plaintiffs' Deposition Exhibit No. 24   95
    (Spreadsheet marked Highly Confidential)
23       (Mr. Bennington retained exhibits.)

### Page 4

1        DIANE KRISKOVICH,
2  being first duly sworn to state the truth, the whole
3  truth, and nothing but the truth, testified under oath
4  as follows:
5        EXAMINATION
6    Q. (BY MR. BENNINGTON) Afternoon,
7  Ms. Kriskovich. As you know, I'm Ken Bennington.
8    **A. Yes.**
9    Q. And we're here to take your deposition
10 in a case captioned Western Convenience Stores versus
11 Suncor Energy USA. You're aware of that?
12   **A. Yes.**
13   Q. You ever had your deposition taken
14 before?
15   **A. No.**
16   Q. All right. Well, it won't be as bad as
17 you're thinking it's going to be. I'm sure Mr. Shaheen
18 has told you what's going to happen. The main thing is
19 if you don't understand my question or you think we're
20 not -- if we're miscommunicating or something, please
21 speak up. It does neither of us any good if we're
22 going in different directions.
23   **A. I will.**
24   Q. What is your present position with
25 Suncor Energy?

DIANE KRISKOVICH - FEBRUARY 7, 2012

Page 5

1   A. My current position is credit account
2   manager.
3   Q. And how long have you had that -- had
4   that position?
5   A. Since October of 2011.
6   Q. Okay. And in May 2011 you were involved
7   somewhat with the facts of this case, namely the
8   eventual review of the credit of Western Convenience
9   Stores and the ultimate termination; is that correct?
10  A. That's correct.
11  Q. What was your job then?
12  A. I was hired as manager of rack forward
13  sales service. Included in that was all credit
14  management for the refinery as well.
15  Q. All right. And how long had you been in
16  that position?
17  A. I started with Suncor on May 2nd of
18  2011.
19  Q. Where had you been before that?
20  A. Trimble Navigation Limited.
21  Q. Doing what?
22  A. I was North American credit manager.
23  Q. Are you a -- tell me your educational
24  background.
25  A. I attended Parsons College in Fairfield,

Page 6

1   Iowa, majored in business administration. And my
2   industry experience is over 20 years. Part of that is
3   upstream working for a service company, also for an
4   independent exploration company downtown Denver here,
5   and then most recently in the industry here with
6   Suncor.
7   Q. When you say upstream, are you talking
8   about the production process going towards the hole in
9   the ground from where you are?
10  A. That's correct. Upstream means from the
11  wellhead to the refinery.
12  Q. Okay. Give me an idea of the present
13  organizational outline of your duties. I take it from
14  what you've told me you are now at a higher level than
15  you were back in May of 2011; is that right?
16  A. I would view it as a lateral.
17  Q. I see. And what do the people who
18  report to you do? Generally, what is the job or
19  function of the organization that you supervise?
20  A. Today I have no direct reports. In my
21  previous position with Suncor I did.
22  Q. So in the position you had in May of
23  2011 you did?
24  A. Correct.
25  Q. Okay. And tell me what you do today.

Page 7

1   A. Today my main responsibility is focusing
2   on creditworthiness of new customers and existing
3   customers.
4   Q. Is the activity of determining
5   creditworthiness something that is initiated by someone
6   else in your organization, or do you have to go out and
7   choose who to examine for creditworthiness or both?
8   A. No. For new customers the sales team --
9   anyone on the sales team might bring me a new possible
10  customer, and they will ask me if I could do a review
11  on the financials.
12  Q. Would I be correct in then assuming that
13  any new customer, at least in Colorado, is going to
14  have to be approved by you for creditworthiness? Is
15  that correct?
16  A. Any new customer purchasing from Suncor
17  Energy.
18  Q. And that could extend beyond Colorado;
19  is that right?
20  A. Correct.
21  Q. Generally, where do you understand
22  Suncor Energy USA products that are refined in
23  Colorado, what states are they sold in?
24  A. I couldn't name them all. But I know
25  that some are sold in Utah, Colorado, Nebraska,

Page 8

1   possibly Wyoming.
2   Q. I take it from time to time you examine
3   the credit of existing customers?
4   A. Yes, I do. That's routine.
5   Q. What initiates that? What gets that
6   process going?
7   A. The sales force might say they're
8   getting ready to negotiate a new contract, which
9   would -- they would come and ask me again to review the
10  credit and the financials. Or another example would be
11  during peak seasons, summer season, when there's more
12  of a demand on product for gasoline and diesel.
13  Q. Yes.
14  A. I watch the numbers. I watch the sales,
15  and then I will just take it upon myself to do a
16  review.
17  Q. A review of someone who seems to be
18  taking a higher volume than normal?
19  A. Correct.
20  Q. You want to make sure they're credit
21  worthy?
22  A. Correct.
23  Q. Is it Suncor's policy that -- let me
24  strike that.
25      You said at the time in May of 2011 when

2 (Pages 5 to 8)

AVERY WOODS REPORTING SERVICE, INC. 303-825-6119