JAMES PISCATELLI - DECEMBER 7, 2012

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Case No. 11-cv-01611-MSK-CBS
WESTERN CONVENIENCE STORES, INC., a Colorado
corporation, WESTERN TRUCK ONE, LLC, a Colorado
limited liability company,
Plaintiffs,
vs.
SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,
Defendant.
vs.
HOSSEIN AND DEBRA LYNN TARAGHI,
Third-Party Defendants.
--------------------------------------------------------

DEPOSITION OF JAMES PISCATELLI  -- CONFIDENTIAL
December 7, 2012
--------------------------------------------------------

Deposition location:
370 17th Street, Suite 3500
Denver, Colorado
APPEARANCES:
KENNETH R. BENNINGTON, ESQ.
KATHLEEN E. CRAIGMILE, ESQ.
BENNINGTON JOHNSON BIERMANN &
CRAIGMILE, LLC
370-17th Street, Suite 3500
Denver, Colorado 80202

For the Plaintiffs.

Page 2

1  APPEARANCES (Continued)
2      ANTHONY J. SHAHEEN, ESQ.
       HOLLAND & HART, LLP
3      555-17th Street
       Suite 3200
4      Denver, Colorado 80202
5      For the Defendant.
6  ALSO PRESENT: MICHAEL KORENBLAT, ESQ.
       TED TATOS
7
8          The deposition of JAMES PISCATELLI,
9  called for examination by the Plaintiffs, was taken
10 in the offices of BENNINGTON JOHNSON BIERMANN &
11 CRAIGMILE, LLC, 370 17th Street, Suite 3500, Denver,
12 Colorado, commencing at 8:55 a.m. on December 7,
13 2012, before Patricia M. Wrede of Avery/Woods
14 Reporting Service, Inc., 455 Sherman Street, Suite
15 250, Denver, Colorado 80203, a Registered
16 Professional Reporter and a Notary Public in and for
17 the State of Colorado, pursuant to the Federal Rules
18 of Civil Procedure.
19          ***************
20
21
22
23
24
25

Page 3

1          INDEX OF EXAMINATION
2                              PAGE
3  EXAMINATION BY MR. BENNINGTON        5
4
5          INDEX OF EXHIBITS REFERENCED
6  EXHIBIT NO.                PAGE NO.
7  Deposition Exhibit No. 81          198
       (E-Mails with Trade Summaries
8      Spreadsheet)
   Deposition Exhibit No. 82          161
9      (E-Mail, May 2010, Carbone to
       Piscatelli, et al.)
10 Deposition Exhibit No. 86          165
       (September 2010 E-Mail String)
11 Deposition Exhibit No. 90          96
       (March 2007 Henderson E-Mail re PTO)
12 Deposition Exhibit No. 92          168
       (Daily Price Move)
13 Deposition Exhibit No. 97          37
       (August 2010 Introduction to Crude
14     Supply, Refining and Marketing)
   Deposition Exhibit No. 98          99
15     (Denver Supply Trading Agreements
       Listing Terminating in '08)
16 Deposition Exhibit No. 99          105
       (Legend for Exhibit 98)
17 Deposition Exhibit No. 100         107
       (June 2010 Frontier Purchase/Sale
18     Agreement)
   Deposition Exhibit No. 101         111
19     (February 2010 Valero Purchase)
   Deposition Exhibit No. 102         113
20     (October 2009 Transaction Summary)
   Deposition Exhibit No. 103         109
21     (May 2010 Transaction Summary)
   Deposition Exhibit No. 104         117
22     (October 2009 Transaction Summary)
   Deposition Exhibit No. 105         118
23     (July 2008 Transaction Summary)
   Deposition Exhibit No. 106         119
24     (July 2008 Transaction Summary)
25

Page 4

1  Deposition Exhibit No. 107         120
       (July 2008 Contract - Suncor and Valero)
2  Deposition Exhibit No. 108         121
       (February 2011 Transaction Summary)
3  Deposition Exhibit No. 109         124
       (June 2008 Transaction Summary)
4  Deposition Exhibit No. 110         125
       (February 2011 Transaction Summary)
5  Deposition Exhibit No. 111         127
       (6-19-08 E-Mail, Matsushima to
6      Allaman, et al.)
   Deposition Exhibit No. 112         182
7      (September 2009 E-Mail String)
   Deposition Exhibit No. 113         186
8      (E-Mail String)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Exhibit 6

JAMES PISCATELLI - DECEMBER 7, 2012

Page 9

1    Q.   But let's talk about the other half of
2  your job.  Describe that for me just in general
3  terms.
4    **A.   So in general my job is to balance the**
5  **refinery, and by that I mean if we are short product,**
6  **finished product or feed stocks, I am responsible for**
7  **getting those to the refinery so we can meet our**
8  **sales commitments.**
9    **Additionally it is -- I manage two**
10 **schedulers who transport our product to third parties**
11 **via pipeline or by truck or rail to terminals for our**
12 **rack forward team to sell to our end users or our**
13 **customers.**
14   Q.   Does Suncor have any truck
15 transportation for rack forward operations?  In other
16 words, transportation from the rack to the buyer?
17 Let's stick with gasoline and diesel.
18   A.   Not to my knowledge.
19   Q.   So the truck fleet is used to move fuel
20 around so it's at the right rack at the right time to
21 the extent a truck is necessary to do that.
22   **A.   What do you mean by truck, a truck**
23 **fleet?**
24   Q.   Well, does Suncor have a truck fleet?
25   **A.   We do not have a truck fleet.**

Page 10

1    Q.   So you hire other vendors, other
2  transport companies, to do that function?
3    **A.   It's a very small -- it's happened I**
4  **can count on one hand the amount of times --**
5    Q.   Oh.
6    **A.   -- I've had to move by truck.**
7    **And when I say truck, it's ethanol.**
8    Q.   I see.
9    **A.   That I move to the terminals.**
10   Q.   Gasoline and diesel are either supplied
11 to the terminal, to the rack, by virtue of the rack
12 being at the refinery.
13   A.   Yes.
14   Q.   Or the rack being at the other end of a
15 pipeline.
16   A.   Yes.
17   Q.   Or rail to a rack.
18   A.   Correct.
19   Q.   My understanding is historically your
20 Grand Junction -- Suncor Grand Junction terminal was
21 supplied by rail.  Is that right?
22   A.   Correct.
23   Q.   Is that terminal still functional?
24   A.   Yes.
25   Q.   There's also a terminal known as

Page 11

1  Fruita.
2    A.   Yes.
3    Q.   Is that still in operation?
4    A.   It is.
5    Q.   Does Suncor own both of those
6  terminals?
7    **A.   No, just the Grand Junction products**
8  **terminal.**
9    Q.   Is Fruita supplied by a pipeline or --
10 let me back up.
11   Is Fruita also supplied by rail?
12   A.   Yes.
13   Q.   As part of your job to balance the
14 refinery, I think that was the words you used, what
15 you're doing is balancing supply with the demand, the
16 demand being your sales commitments, correct?
17   A.   Correct.
18   Q.   Is it also part of your job if the
19 Suncor refinery can't produce, for whatever reason
20 doesn't produce enough product to satisfy demand, is
21 part of your job to see to buying product, gasoline
22 and diesel, from other refiners and getting it to the
23 right place?
24   A.   Yes.
25   Q.   What do you call that function?

Page 12

1    **A.   Purchase.**
2    Q.   Is there a particular term in the
3  Suncor world that refers to purchases of fuel
4  incoming from out of state?
5    **A.   No.**
6    Q.   Is that because you can only purchase
7  fuel from out of state?  Right?  Can you purchase
8  fuel -- well, let me start again.
9    Am I correct that some fuel is
10 purchased and taken delivery of out of state?  Right?
11 For instance, Cheyenne?
12   A.   Yes.
13   Q.   And some fuel comes from out of state
14 but you -- Suncor takes delivery of it at the end of
15 some pipeline in Colorado.
16   A.   Correct.
17   Q.   And both of those functions are part of
18 your job for purchase of gasoline and diesel to
19 satisfy demand created by your customers.
20   A.   Yes.
21   Q.   All right.  Now let's talk about your
22 duties setting rack prices.  The name implies a lot,
23 but tell me what it is you do in general terms.
24   **A.   It is -- in general, very macro level,**
25 **I determine on a daily basis how we are going to**

JAMES PISCATELLI - DECEMBER 7, 2012

Page 13

1   price the fuel we sell over our racks, the basis for
2   pricing over our racks.
3       Q.   What do you mean by the basis?
4       A.   The unbranded and our branded postings.
5       Q.   We'll come back to what factors you go
6   through to get that done.
7       A.   Okay.
8       Q.   But I want to talk about just the
9   mechanics of it.  You've said you do this on a daily
10  basis, correct?
11      A.   Yes.
12      Q.   What is the cycle?  Is it 24 hours,
13  midnight to 11:59, or some other cycle is your day?
14      A.   The prices are effective 6 p.m. to 5:59
15  p.m. the next day.
16      Q.   So using today as an example, although
17  I imagine you've got somebody else doing it today --
18      A.   Unless you get me out of here.
19      Q.   Unless I get you out of here on time?
20  So I'm going to disrupt the entire supply chain if I
21  keep you?
22           On a given day then, you're working
23  that day making the decision as to what your rack
24  price is going to be published at 6 p.m. that night.
25  Is that right?

Page 14

1       A.   Correct.
2       Q.   When you set the price, how is that
3   communicated first of all to your company and second
4   of all to the world?
5       A.   It is e-mailed out to -- I believe to a
6   few people in -- internally, the sales group, my boss
7   and the director of rack forward.
8       Q.   Your boss is Nancy Thonen?
9       A.   Yes.
10      Q.   And remind me, what is her title?
11      A.   She's director of supply and --
12  refinery supply.  I'm not entirely sure of her exact
13  title.
14      Q.   Does she have to approve what you
15  choose or what you decide should be the rack price
16  for 6 p.m. each day?
17      A.   No.
18      Q.   Do you undergo any periodic review of
19  how you've been -- of your decision in terms of
20  setting rack pricing?
21      A.   No.
22      Q.   So you're it sounds like pretty
23  autonomous in setting that rack price every day.
24      A.   Yes.
25      Q.   Does rack price ever change midday for

Page 15

1   any reason?
2       A.   It does.  We change prices midday very,
3   very rarely.
4       Q.   So it would take some sort of calamity
5   or some massive change in the market that would cause
6   you to do that?
7       A.   Exactly.
8       Q.   When was the last time that happened?
9       A.   Katrina.
10      Q.   I was going to say, Hurricane Katrina.
11      A.   Yeah.
12      Q.   All right.  You said you decide the
13  price.  Do you enter that into some computer system,
14  or is that somebody else's job?
15      A.   It's someone else's job.
16      Q.   So they get it from you by e-mail and
17  that gets entered into the computer system?
18      A.   Yes.
19      Q.   Who does the entering it into the
20  computer system?
21      A.   The customer financial service group.
22      Q.   All right.  Eventually your rack price
23  ends up with OPIS.
24      A.   Yes.
25      Q.   Oil Price Information Service, right?

Page 16

1       A.   Yes.
2       Q.   How do they get it?
3       A.   They get it by e-mail.
4       Q.   Are you sending the e-mail to them?
5       A.   No, the customer financial service
6   group does.
7       Q.   Are they just turning around the same
8   e-mail and sending it over to OPIS?
9       A.   No, the financial service group --
10  actually I populate a spreadsheet and then let them
11  know that it is ready for pricing, and then they
12  enter it into our system.  Our system generates the
13  e-mail to OPIS.
14      Q.   When you are setting your rack price in
15  this daily effort you go through, do you refer to
16  OPIS in any way?
17      A.   Yes.
18      Q.   What are you looking at at OPIS or from
19  OPIS in considering how to set your rack price?
20      A.   What our price is --
21      Q.   Yes.
22      A.   -- and what our competition is doing.
23      Q.   I see.  So you're looking essentially
24  at yesterday what your competition was doing?
25      A.   Yes.

JAMES PISCATELLI - DECEMBER 7, 2012

Page 17

1      Q.   How soon after you communicate your
2   price, the price, to the financial services people
3   does it -- does OPIS -- does it appear on OPIS, or
4   how soon do they know what it is?
5      A.   I'm not entirely sure how long it takes
6   to get to OPIS.
7      Q.   My understanding is every day my client
8   gets an e-mail from OPIS showing all the rack
9   pricing.  It's probably the same thing you get.
10      A.   Yes, I would assume.
11      Q.   Well, let's talk about the one you get.
12   Is that e-mail you're getting essentially history
13   through yesterday?
14      A.   I get -- I get the report at about 6:30
15   in the morning, and that is -- that has the price
16   change that I made effective 6 p.m. the prior day.
17      Q.   I see.  So when you're going through
18   the factors that you have to go through to decide
19   what the rack price is going to be, do you regard
20   what you get at 6:30 in the morning from OPIS as
21   being authoritative?
22      A.   By -- define "authoritative."
23      Q.   Well, is it something you rely on?
24      A.   Yes.
25      Q.   You regard it as being correct?

Page 18

1      A.   Yes.
2           There are -- I will clarify though that
3   OPIS does send out multiple reports throughout the
4   day.  The 6:30 report is the initial reporting of
5   prices that were effective the prior day.  The report
6   that they send out later in the day, 3 o'clock, 4
7   o'clock, is the final-final prices.
8      Q.   So during that period they could be
9   making corrections or updating late deliveries of
10   pricing and so forth?
11      A.   Yes.
12      Q.   But it is correct that all in all the
13   industry relies on OPIS as a reporting system for
14   rack prices, at least for gasoline and diesel?
15      A.   We rely on OPIS, yes.
16      Q.   Is it your understanding that the
17   industry relies on OPIS in general?
18      A.   We rely on OPIS.  I'm not entirely sure
19   what everyone else uses.  I know there are other
20   reporting services.
21      Q.   Does Suncor subscribe to any other
22   reporting services?
23      A.   No.
24      Q.   All right.  Let's talk about your
25   process of doing this, and now I'm to the more

Page 19

1   cerebral part of it, not the logistics --
2      A.   Perfect.
3      Q.   -- but what's going through your head.
4           Obviously the company reposes a great
5   deal of confidence and trust in you to set the rack
6   price every day, so you must have to go through a
7   process to come up with that.  Tell me how you do
8   that.
9      A.   There are a number of factors and
10   variables that I look at on a daily basis to
11   determine what we're doing.  On more of a macro level
12   I look at what the crude price is doing on a daily
13   level, because that's kind of the underlying
14   commodity that shifts gas and diesel.  I look at the
15   heating oil and RBOB postings on the NYMEX, which are
16   again the underlying commodities for base gas and
17   diesel.
18      Q.   Tell me what RBOB is.
19      A.   Refined blendstock for oxygenate
20   blending.
21           Reformulated blendstock for oxygenate
22   blending.
23      Q.   All right.
24      A.   It's a fancy word for fuel.
25      Q.   All right.

Page 20

1      A.   Then I look at how -- what our
2   competition is doing, where we are positionally with
3   our competition.  It fundamentally comes down to
4   supply and demand, Economics 101.
5      Q.   Yes.
6      A.   What our inventory levels are.  Again
7   supply and demand.
8           And then what our surrounding markets
9   are doing.  The Group III, which is Tulsa, Oklahoma,
10   which is basically a clearinghouse for product, kind
11   of like a New York Harbor or Chicago.  So we'll look
12   at the Group III, and see what the Gulf Coast market
13   is doing as well.
14      Q.   When you say the market, you're talking
15   about it's the rack price or the pricing in
16   Group III or something else?
17      A.   Yes, the pricing in Group III.
18      Q.   So that's another way you're looking at
19   the competition.  You're looking at your competitors
20   in Group III.
21      A.   It's not the competition.  It's -- the
22   Group III posts more of a liquid price like what
23   crude is doing on a daily basis, if you heard someone
24   say crude is up 2 bucks.  The Group III, it's a very
25   good indicator of what product is valued at, the

JAMES PISCATELLI - DECEMBER 7, 2012

Page 57

1   long term contracts versus what you folks call spot
2   contracts?
3       A.   No.
4       Q.   While we're on Exhibit 97, I want to
5   ask you some other questions about it.
6            First of all, just in general, as being
7   part of a team that produces this, are you satisfied
8   that it's -- this particular version, but this report
9   is generally accurate and factual?
10      A.   I'm only -- I'm only responsible for my
11  portion of it.  So understanding is that April,
12  Teresa and Angela are putting in factual information.
13      Q.   Over the period of time that you've
14  been involved in the production of the report, I take
15  it it has proved to you to be generally factual and
16  accurate and reliable?
17      A.   My portion of it, yes.
18      Q.   And everybody else's too.  I mean, do
19  you have any reason to think that everybody else's
20  portion is not reliable?
21      A.   I have no reason to think that.
22      Q.   Okay.  What portion -- direct me by
23  page where you supply the information that's in this.
24      A.   55 through 71.
25      Q.   All right.  Well, that's easy.

Page 58

1       A.   I was waiting for the question.
2       Q.   You expected that.  Okay.  And then
3   55 --
4            MS. CRAIGMILE:  Maybe you should add
5   corporate lawyer to the rest of your job duties.
6       Q.   (BY MR. BENNINGTON) 55 is the heading
7   The Value Chain?
8       A.   Yes.
9       Q.   By the way, when you give a
10  presentation based on the current version of this
11  report, do you have a separate set of talking notes?
12      A.   No.
13      Q.   So you're doing it extemporaneously so
14  to speak from these slides.
15      A.   Yes.
16      Q.   Then let's go to page 56.  Up in the
17  upper left it says Wyoming - Frontier, Sinclair;
18  Montana - Exxon, Cenex and Conoco.  And there are
19  arrows pointing downward on the page through a
20  pipeline to Plains Rocky Mountain Pipeline, correct?
21      A.   Yes.
22      Q.   And that's -- the box there is DuPont
23  terminal.
24      A.   Yes.
25      Q.   Suncor does not own the DuPont

Page 59

1   terminal, correct?
2       A.   Correct.
3       Q.   But from the DuPont terminal, for
4   instance, the Fountain terminal is supplied by
5   pipeline.
6       A.   It can be supplied directly from the
7   DuPont terminal.  There is actually a pipeline --
8   this is not entirely accurate.  Yes, it can come out
9   of the DuPont terminal, but we can also feed directly
10  into Fountain without going through the DuPont
11  terminal.
12      Q.   How do you do that, pipeline or rail?
13      A.   Pipeline.
14      Q.   So there is a pipeline from the Suncor
15  box in the middle over to the Plains Rocky Mountain
16  Pipeline terminal.
17      A.   Yes.  It kind of skirts the DuPont
18  terminal but...
19      Q.   All right.
20      A.   We don't have to go into the tank at
21  DuPont to go into Fountain.
22      Q.   I see.  And someone else, that is --
23  Rocky Mountain Pipeline is a separate company.
24  Suncor does not own that terminal, do they?
25      A.   No, we do not.

Page 60

1       Q.   Now, the arrows pointing down from
2   Wyoming and Montana, what's the significance of that?
3   What's happening there?
4       A.   That is the direction the pipeline
5   flows.
6       Q.   And is this what we talked about
7   earlier, that it's occasionally or at some --
8   periodically sometimes on a seasonal basis, at least
9   up until 2010, Suncor had to obtain fuel from other
10  refiners and this is an example of that happening?
11      A.   We -- the premium that we were buying
12  up until 2010 was bought from Valero, the McKee
13  refinery.  It's on the lower right-hand portion of
14  the...
15      Q.   All right.  Then why is the Wyoming and
16  Montana box up there at all?
17      A.   Because that is -- that -- this is to
18  show to the new hires how product flows into this
19  market.  That's exactly what this slide really is.
20      Q.   Okay.  But is it also correct that from
21  time to time Suncor is obtaining product via that
22  pipeline?
23      A.   We have bought product off that
24  pipeline, yes.
25      Q.   And that is the process you've told me

JAMES PISCATELLI - DECEMBER 7, 2012

Page 61

1 about that really is to some extent seasonal but also
2 just based on the vagaries of refining and supply; if
3 you need it, that's one place you can get it.
4     A.   Yes.
5     Q.   Okay.  The Valero McKee refinery,
6 that's McKee, Texas, right?
7     A.   Yes.
8     Q.   There's a pipeline coming from Valero,
9 and then it mentions a NuStar Colorado -- Colorado
10 Springs terminal.  Is that the same -- it's not the
11 same as Fountain, is it?
12    A.   No.
13    Q.   So what significance does that terminal
14 have for Suncor's operations?
15    A.   It's a competing terminal in the
16 Colorado Springs area.
17    Q.   Suncor customers do not pick up at that
18 terminal, correct?
19    A.   Not typically, no.
20    Q.   So what you're saying is there could be
21 some emergency or dislocation that might result in
22 that happening?
23    A.   The potential that I could get product
24 there exists, yes, but I do not regularly do that.
25    Q.   And it's also possible by way of

Page 62

1 pipeline from the Conoco Borger -- is that how it's
2 pronounced?
3     A.   "Bor-jer."
4     Q.   Borger refinery.  Also in Texas?
5     A.   Yes.
6     Q.   That product could come from Texas and
7 following this path end up at the main Suncor
8 terminals.
9     A.   Yes.
10    Q.   Are there any pipelines that terminate
11 in Grand Junction?
12    A.   Not products pipe -- no.  I don't
13 believe there are any pipelines, no.
14         I know there are no products pipelines.
15 Let's put it that way.
16    Q.   Do you from time to time have to
17 arrange for rail shipments of fuel to the Grand
18 Junction terminal from outside the state?  For
19 instance, Salt Lake City?
20    A.   No.  I have done it one time two years
21 ago.
22    Q.   For how long?
23    A.   A month.
24    Q.   So roughly sometime 2010?
25    A.   No, I think it was -- I'm sorry.  It

Page 63

1 was 2011.  It was our turnaround in March of 2011.
2     Q.   Who was the contract with?
3     A.   Valero.  They were rail cars of diesel.
4     Q.   Having been refined at the Valero
5 refinery in Salt Lake?
6     A.   In Texas.
7     Q.   Oh.  Have you ever had to bring
8 anything from Salt Lake City to that terminal?
9     A.   I have not, no.
10    Q.   Let's go to the next page.  At least in
11 August of 2010 this is a depiction of in general the
12 Rocky Mountain Pipeline System.  And by Rocky
13 Mountain Pipeline you mean the system owned by that
14 company or --
15    A.   No.
16    Q.   -- the system in the Rocky Mountains?
17    A.   The system in the Rocky Mountains, yes.
18    Q.   Okay.  So there are, roughly speaking,
19 five pipelines that one way or the other can end up
20 in Commerce City, fuel can be delivered to Commerce
21 City.
22    A.   No.  The -- that El Dorado, Kansas
23 line, this Chase, it delivers to Aurora, and that
24 cannot get into our refinery.  The Sinclair line from
25 Rawlins cannot get into our refinery.

Page 64

1     Q.   Do Suncor customers from time to time
2 buy at this -- buy from the terminal of the Sinclair
3 pipeline on Suncor's account?  In other words, buying
4 fuel from Suncor but doing it by going to a rack
5 that's at the end of that Sinclair pipeline?
6     A.   No.
7     Q.   Does Suncor ever sell any fuel refined
8 by Sinclair?
9     A.   Yes.
10    Q.   How did that get to Colorado?
11    A.   We sell -- well, first we sell product
12 at their Casper, Wyoming refinery.
13    Q.   Okay.
14    A.   Over their rack.
15         And we sell -- we have product -- we
16 take product from them at DuPont.  Or we take it from
17 them at Fountain.
18    Q.   So at DuPont and Fountain from time to
19 time Suncor customers will buy fuel that has been
20 refined by Sinclair in Wyoming.
21    A.   I can't actually -- I can't say that.
22    Q.   Why not?
23    A.   Because I don't know if they're
24 buying -- I provide product to DuPont and Fountain as
25 well.  I can't say that they're buying the Sinclair

JAMES PISCATELLI - DECEMBER 7, 2012

Page 65

1   barrels specifically.
2       Q.   When somebody rolls up to the rack
3   there, they're actually pulling from a storage tank.
4   Is that correct?
5       A.   Yes.
6       Q.   So is it also correct then that Suncor
7   refined fuel is then -- is in that storage tank in
8   the scenario you just described?
9       A.   Yes.
10      Q.   As well as Sinclair fuel?
11      A.   Yes.
12      Q.   So the likelihood is that Sinclair and
13  Suncor fuel are being mixed together and that's what
14  the customer is buying.
15      A.   They are mixed together in that tank,
16  yes.
17      Q.   And the customer is buying that
18  mixed-together fuel.
19      A.   They are buying fuel out of that tank,
20  yes.
21      Q.   Why are you dodging me here?  Why --
22      A.   I'm not -- I'm assuming where you're
23  going is if we're selling Sinclair product
24  specifically to a Western or someone else.  I don't
25  know which barrels are being sold to who, if that's

Page 66

1   the direction --
2       Q.   You don't know which molecule is
3   flowing into the truck is what you're saying.
4       A.   I don't know.
5       Q.   But is it accurate to say that in a
6   truckload of fuel this mixed-together fuel is ending
7   up in that truck?
8       A.   The fuel being sold out of that tank,
9   yes, is ending up in that truck.
10      Q.   And the fuel in that tank is
11  mixed-together commingled fuel, right?
12      A.   The fuel is mixed together in that
13  tank.
14      Q.   And when we're talking about that fuel,
15  we're talking about gasoline in that case, right?
16      A.   Diesel as well.
17      Q.   What we just talked about, the
18  mixed-together issue --
19      A.   Yeah.
20      Q.   -- could be either gasoline or diesel.
21      A.   Yes.
22      Q.   Where else do Suncor customers pull
23  fuel that, say, could be possibly mixed with fuel
24  that is both originated at a Suncor refinery or a
25  refinery outside of Colorado?

Page 67

1       A.   DuPont.
2       Q.   Okay.
3       A.   Or our Commerce City refinery.  And
4   Fountain.
5       Q.   Who owns the DuPont terminal?
6       A.   Plains.
7       Q.   Is that separate from Rocky Mountain
8   Pipeline?
9       A.   It's called Plains Rocky Mountain
10  Pipeline.
11      Q.   Same --
12      A.   It's -- yeah, they're the same.
13      Q.   All right.
14      A.   It was originally Rocky Mountain
15  Pipeline was the company, Plains bought it and kept
16  the name Rocky Mountain Pipeline.
17      Q.   When a customer's truck pulls up to the
18  rack in Commerce City -- you've got two racks, right,
19  east and west?
20      A.   Yes.
21      Q.   And when a customer pulls up -- let me
22  back up.
23           Are the east and west racks different
24  in terms of their supply?
25      A.   They are supplied by the refinery, by

Page 68

1   the refinery tanks, they're supplied out of different
2   tankage at the refinery.
3       Q.   But is there a set of tanks for the
4   east rack and a set of tanks for the west rack?
5       A.   Yes.
6       Q.   To the extent there's pipelines feeding
7   into any of those tanks from fuel -- with fuel
8   supplied by other refiners.
9       A.   The fuel supplied outside of our
10  refinery does not go directly into any of the tanks
11  that go directly to our racks.
12      Q.   Where does it go?
13      A.   It goes into -- we have a number of
14  other tanks that it goes -- that it goes directly
15  into.
16           So if we receive off the Valero line,
17  it can go into a number of tanks, but they don't go
18  directly into our rack.  They go into blend tanks.
19      Q.   And do the east and west racks
20  generally pull from the same group of blended tanks?
21      A.   No, not generally.
22      Q.   Well, but they both -- do the east and
23  west racks both pull from tanks where blending may
24  have occurred with Suncor refined fuel and other
25  refined fuel?

JAMES PISCATELLI - DECEMBER 7, 2012

Page 69

1    A.   Yes.
2    Q.   So it's possible in any given day that
3  a truck pulling up either to the west or east rack
4  for gasoline could be getting at least in part some
5  fuel blended from Suncor refinery and somebody else's
6  refinery.
7    A.   I couldn't say specifically what
8  they're going to get.
9    Q.   I asked you if it's possible.  It's
10  possible that they could get this blended fuel.
11    A.   It is -- if they are going to pull out
12  of one of those blended tanks, it's possible.
13    Q.   Now, if you wanted to go -- if you
14  wanted to figure out what the source of that fuel
15  is -- and I'm talking about the refinery source --
16  what the refinery source was on any given day, could
17  you do that?
18    A.   You have to ask that question again.
19    Q.   All right.  Let's use my one truck
20  rolls up -- let's just say for a given day of
21  delivery at the rack, do you have access to records
22  that could tell you that day 20 percent of that fuel
23  was refined by other people and about 80 percent was
24  refined by Suncor?
25    A.   No.

Page 70

1    Q.   But you could determine how much fuel
2  has been purchased by Suncor from refineries outside
3  of Colorado.
4    A.   Yes.
5    Q.   And you could determine how, that is,
6  what pipeline it used to get to Colorado.
7    A.   Yes.
8    Q.   And you could determine what the end
9  point was, that is, when it got to Colorado whether
10  it went into a tank or into somebody's truck or
11  terminal or whatever.
12    A.   I could determine what terminal it went
13  into.
14    Q.   So if -- you could -- do you call east
15  and west separate terminals?
16    A.   Yes.
17    Q.   Okay.  So you could figure out if you
18  had to where -- fuel refined by somebody outside of
19  Colorado, you could figure out what that fuel --
20  went to the east -- for delivery to the east terminal
21  or the west terminal?
22    A.   I could not.
23    Q.   You just know it came to Commerce City?
24    A.   Yeah, that's where I am; it comes to
25  Commerce City.

Page 71

1    Q.   And what you've told me earlier was
2  that in getting to Commerce City what it ends up --
3  what ends up happening is it's in what you just
4  called a blend tank?
5    A.   A number of different tanks, yes.
6    Q.   Yeah.
7    A.   They go into a rundown tank.  So they
8  go in with the product we're producing at the same
9  time.  So the pipeline opens into those tanks.
10    Q.   So essentially you've got two pipes
11  into that tank inbound, one from your own terminal
12  and one from another pipeline of fuel that could be
13  refined just about anywhere.
14    A.   Potentially, yes.
15    Q.   And at that point you can't trace it,
16  it's all blended together and you're selling it, it's
17  just gasoline.
18    A.   I cannot trace it.
19    Q.   Does anybody trace it as far as you
20  know?
21    A.   Not to my knowledge, no.
22    Q.   It would be a chemical issue by then,
23  is that right?  I mean, it's all just intermixed
24  gasoline.
25    A.   I -- I have no idea -- I would assume,

Page 72

1  but I have no idea how you would go about doing that
2  or who could go about doing that.
3    Q.   Let's go to page 58.  The heading is
4  Pipelines.
5    A.   M-hm.
6    Q.   "Suncor is a shipper on the following
7  pipelines."  Does that mean Suncor is putting fuel
8  into the pipeline and -- or could it be going either
9  way?
10    A.   No, this is -- this is specifically --
11  and to talk to this other chart -- that we have
12  received product off of these three --
13    Q.   I see.  Another way of saying is fuel
14  is being shipped to Suncor on the following
15  pipelines.
16    A.   Yes.
17    Q.   So you've got the Rocky Mountain
18  Pipeline, Plains, we already talked about that.
19         And this just repeats what you've told
20  me, right?  That it ends up in either Fountain or
21  DuPont.
22    A.   Yes.
23    Q.   And then Magellan.  Is this also known
24  as Aurora?
25    A.   Yes.  Yes.

JAMES PISCATELLI - DECEMBER 7, 2012

Page 73

1    Q.  Okay.
2    A.  And on this chart it's called Chase.
3  So if you're -- it's an old map.
4    Q.  From El Dorado.
5    A.  Yes.
6    Q.  So you purchase barrels from refiners
7  in Tulsa, in the Tulsa region, Group III -- I see,
8  and there's a shipper from Tulsa to El Dorado, then
9  to Aurora, meaning then to the Magellan terminal?
10   A.  Yes.
11   Q.  Is there a pipeline from Commerce City
12 to the Magellan terminal?
13   A.  There is.  It's a jet pipeline.
14   Q.  Oh.
15   A.  It's solely jet.  It comes through
16 the -- we pump jet over to the Conoco terminal, and
17 it goes by the Conoco pipeline to the Magellan
18 terminal.
19   Q.  All right.  So anybody buying gasoline
20 or diesel -- let's exclude jet.
21       Anybody buying from Suncor gasoline or
22 diesel at the Magellan terminal is buying it --
23 buying fuel that's been refined by somebody outside
24 of Colorado.
25   A.  Yes.

Page 74

1    Q.  Then Explorer starts in Pasadena, Texas
2  and connects to Magellan system in Tulsa.
3       And that means it also ends up at the
4  Magellan terminal.
5    A.  Yes.
6    Q.  Who's the refiner in Pasadena, Texas?
7    A.  It's a -- it's a main -- it's the Gulf
8  of Mexico.
9    Q.  Oh, I see.
10   A.  There are a number of -- it's just a
11 potential source of product.
12   Q.  I see.  So it's a hub of a whole bunch
13 of pipelines from Texas.
14   A.  Yes.
15   Q.  And, well, the Gulf.
16   A.  Yeah, you've got all the -- all the
17 guys there.
18   Q.  All right.  Let's go to the next page,
19 Colorado Supply Channels.  First bullet point is Gas
20 and Diesel, Local Refineries.
21       Well, first of all, what is the point
22 of this slide?
23   A.  To give the new hires just a
24 perspective on what other refineries there are in
25 this region.  And to feed into the next slide, what

Page 75

1  are competition -- what those refineries are.
2    A.  All right.  So when you say
3  Colorado-Wyoming Dedicated Pipeline Connections,
4  you're -- well, I don't know.  Tell me.
5       What does that sub bullet starting with
6  Local Refineries, what does that mean?
7    A.  That the -- what I determine to be
8  local refineries are refiners who can get their own
9  product directly into Denver, and they have a -- in
10 this case that might determine them to be local if
11 they have a pipeline source in here.
12   Q.  I see.  And by doing that they're
13 getting, at least back at this time in August of
14 2010, 116,000 barrels a day into the local market.
15   A.  That was --
16   Q.  That was your estimate.
17   A.  That number came from 2009, but yes.
18   Q.  All right.  Let's talk about ethanol
19 and bio diesel -- ethanol, not bio diesel.
20       Am I correct that there's nobody
21 refining ethanol in Colorado?
22   A.  Refining or producing?
23   Q.  Well, producing, I guess.
24   A.  There are -- there are at least three
25 plants producing ethanol in Colorado.  I believe

Page 76

1  there are more, but I buy from three plants in
2  Colorado.
3    Q.  You do.  Do you also buy from plants
4  outside of Colorado?
5    A.  I do.
6    Q.  Let's go back to 2010-2011.  Was it the
7  same answer?
8    A.  Yes.
9    Q.  And proportionally, out of 100 percent
10 of your ethanol needs, how much came from the plants
11 in Colorado and how much came from outside?
12   A.  Inside of Colorado is probably
13 two-thirds.
14   Q.  So two-thirds of your ethanol needs --
15   A.  Come from inside of Colorado.
16   Q.  And a third from out.
17   A.  Yes.
18   Q.  And that was the same roughly in
19 2010-2011 as it is today?  Rough numbers.
20   A.  Roughly.  Roughly, yeah.
21   Q.  Are there more people getting into the
22 ethanol business or is that stabilized?
23   A.  Producing ethanol?
24   Q.  Yeah.
25   A.  No.  It's a bad time to be producing

JAMES PISCATELLI - DECEMBER 7, 2012

Page 77

1  ethanol.
2      Q.   That's what I thought.
3          Do you have trouble getting it?
4      A.   No.
5      Q.   Are you concerned about the future
6  being able to get it?
7      A.   No.
8      Q.   On the next page, Competitive
9  Landscape, Frontier and their 52,000 barrels a day,
10 that's fuel that's ending up in Colorado and
11 competing with you -- or competing with you also in
12 Cheyenne.
13     A.   That's their crude rate on a daily
14 basis.
15     Q.   Oh.  So that's how much crude they're
16 refining?
17     A.   That's how much crude they can run.
18     Q.   Oh.  By comparison, how much crude,
19 let's say in August 2010, could Suncor run?  What's a
20 comparable number for Suncor?
21     A.   Probably 100,000 barrels.
22     Q.   And the out of market competition
23 is refiners who are outside of your market but
24 nonetheless could affect it by their product somehow
25 getting into your market.

Page 78

1      A.   Yes.
2      Q.   And once again it's always pipeline.
3  Virtually always.
4      A.   Virtually.  On the Western Slope, the
5  Utah, they can get trucks into Colorado.
6      Q.   On the next page are we still in
7  what -- we're still in your slides, right?
8      A.   Yep.
9      Q.   What does offtakes mean?  I think I
10 know, but let's get it on the record.
11     A.   Offtakes are just the -- another name
12 for contracts done with refiners.  They're typically
13 larger deals.  They're just called offtake deals.
14     Q.   So is it correct that refiners have
15 arrangements by which when they need it they can buy
16 from each other?
17     A.   There are -- there are -- I mean, spot
18 deals happen that way.  Yes.
19     Q.   But what you're referring to here is
20 long term deals --
21     A.   Yes.
22     Q.   -- with, for instance, Conoco where
23 you're selling them, back in August of 2010, 7,000
24 barrels a day.
25     A.   Yes.

Page 79

1      Q.   And is that number fixed?  I mean, were
2  they required to take 7,000 barrels a day?
3      A.   Yes.
4      Q.   And could they take more, or was there
5  a throttle on it?
6      A.   They were -- if they wanted more,
7  they'd have to ask for it.  It would be done on a
8  separate deal.
9      Q.   I see.  And Valero another 7,000
10 barrels a day.
11     A.   Yes.
12     Q.   Why are Conoco and Valero buying fuel
13 from Suncor?
14     A.   When we purchased the Conoco refinery
15 in 2003, we -- Conoco wanted to secure that they had
16 supply to supply their customers in Denver, so they
17 set up on offtake a 10-year agreement to supply them
18 fuel.
19         The same deal was set up with Valero
20 when we purchased the east plant or the Valero
21 refinery in 2005.
22     Q.   I take it this is not 100 percent of,
23 for instance, Conoco's needs.
24     A.   No.
25     Q.   Not even probably a fraction of them.

Page 80

1      A.   It's a fraction, yes.
2      Q.   And is that 7,000 barrels Conoco
3  branded by the time they take it, or is it generic
4  that they brand?
5      A.   We pipeline generic gasoline over to
6  their terminal for sale.
7      Q.   So the branded additives get put in at
8  the rack presumably.
9      A.   That would -- I would assume.
10     Q.   Same with Valero?
11     A.   Valero lifts it off of our rack and it
12 is all branded, the Valero.
13     Q.   Do you negotiate these contracts?
14     A.   The offtakes, yes.
15         Well, sorry.  I apologize.  These two
16 deals were set prior to me.  These were set well
17 prior to me.  I managed the contracts.  If another
18 one were to arise, yes, I would.
19     Q.   And is the pricing on those contracts
20 some sort of OPIS-related price?
21     A.   It is, yes.
22     Q.   And that was set by a contract long
23 before -- or before you came on.
24     A.   Yes.
25     Q.   If a new -- if new offtakes were to be

JAMES PISCATELLI - DECEMBER 7, 2012

Page 81

1   negotiated, would that be your job?
2       A.   Yes.
3       Q.   Is it possible that will ever happen,
4   or is this just kind of a legacy thing that's going
5   to disappear eventually?
6       A.   No, it has happened.  I have an offtake
7   with Shell.
8       Q.   Since the time of this slide?
9       A.   Yes, since -- yes, since the time of
10  the slide.
11      Q.   All right.  Let's go to the next page.
12          Do you have offtake agreements that
13  have gasoline flowing the other direction?  In other
14  words, offtakes where somebody else is supplying you
15  with gasoline?
16      A.   I had -- well, I have -- well, what I
17  get to here is buy-sells.  In Bloomfield, New Mexico
18  I buy from the Western refinery -- or I used to buy
19  from the Western refinery, and I bought off them and
20  sold to my customers, so in essence an offtake.
21      Q.   That's the only one?
22      A.   I do it in Cheyenne off of Holly
23  Frontier, and Phillips in Rock Springs, Wyoming, and
24  Wyoming Refining in Newcastle, Wyoming.
25      Q.   All these are offtake agreements.

Page 82

1       A.   Yes.
2       Q.   Are they all in writing?
3       A.   Yes.
4       Q.   And are they contracts you've
5   negotiated?
6       A.   Yes.
7       Q.   All based on some sort of OPIS pricing?
8       A.   Yes.  They're all based off OPIS.
9       Q.   And are they a combination of gasoline
10  and diesel or --
11      A.   Yes.
12      Q.   -- one or the other?
13          Both.
14      A.   Gasoline and diesel, yes.
15      Q.   Delivered by pipeline?
16      A.   No, sold directly over their -- sold
17  directly over their rack.
18          So I buy off of Holly Frontier directly
19  off of their rack in Cheyenne.  I buy directly off
20  the Newcastle rack from Wyoming Refining.  I buy from
21  the Rock Springs terminal that is fed by pipeline
22  from ConocoPhillips.  And I buy -- and then Western
23  Refining was directly out of their terminal.
24      Q.   So do I understand correctly all these
25  offtake agreements you've just outlined for me are

Page 83

1   for sales -- or let's say rack deliveries outside of
2   Colorado?
3       A.   Yes.
4       Q.   And none of these offtake agreements
5   are for fuel that one way or the other gets delivered
6   to Colorado and sold in Colorado, correct?
7       A.   That's -- not to my knowledge.
8       Q.   So let me make sure.  I said yes and
9   you said no, and it looks terrible on the record.
10          What you're saying is to your knowledge
11  none of the fuel that's the subject of these offtake
12  agreements ends up in Colorado at a Colorado rack.
13  Is that correct?
14      A.   Correct.  Correct.
15      Q.   All right.  Let's go to 62, Exchanges.
16          First of all, what's an exchange?
17      A.   An exchange is exactly that.  It's an
18  exchange of product.  To getting product in one
19  location where I can physically ship my barrels.
20          For instance, the -- well, I'll start
21  with the Sinclair one, the second one, as that's the
22  only one that still exists.  I give Sinclair barrels
23  at our Grand Junction terminal, and I take barrels
24  from them at their Casper, Wyoming refinery, at their
25  rack.  So we -- they give me a barrel in Casper, I

Page 84

1   give them a barrel in Grand Junction.
2       Q.   All right.  And these are written
3   contracts?
4       A.   Yes.
5       Q.   You've negotiated these?
6       A.   The Sinclair one I have not.  Neither
7   of those I have actually.
8       Q.   I think you -- I'm gathering the Conoco
9   one no longer exists.
10      A.   It does not.
11      Q.   So it did in 2010 but --
12      A.   It did, yes.
13      Q.   What was it?  Where were the barrels
14  being exchanged?
15      A.   We took barrels from them at La Junta,
16  Colorado off that border pipeline and we paid them
17  back in Denver.
18      Q.   With barrels in Denver?
19      A.   Yes, barrels in Denver.  Pipelined over
20  to their terminal.
21      Q.   Who were you -- so you had a rack in
22  La Junta?
23      A.   Phillips has a rack in La Junta.
24      Q.   Well, now I'm confused.  Phillips has
25  the rack.  Is this to supply the Phillips 66?

JAMES PISCATELLI - DECEMBER 7, 2012

Page 85

1    A.   We had some Phillips 66 customers in
2 Southern Colorado, and we supplied them off of that.
3    Q.   So this is --
4    A.   When --
5    Q.   Go ahead, I'm sorry.
6    A.   When we bought the terminal we had --
7 we got some of those customers in Southern Colorado.
8    Q.   I see.  So this La Junta rack, it's all
9 branded now I take it.
10    A.   Yes.
11    Q.   Now what's a throughput?
12    A.   Throughput is taking in barrels
13 produced by someone else that they sell themselves.
14 So in this case Valero.  Valero would pipeline
15 barrels up into our tankage, pay us a fee, a storage
16 fee, and then they would sell it over our rack to
17 their own customers.
18    Q.   In Commerce City.
19    A.   Yes.
20    Q.   Would the fuel that's the subject of
21 this be going through these same blending tanks you
22 were telling me about earlier?
23    A.   Yes.
24    Q.   So what people are pulling at -- well,
25 so the Valero customers are pulling at your east and

Page 86

1 west rack?
2    A.   They pull at our east rack, yes.
3    Q.   I see.  And what they're getting is not
4 necessarily Valero refined fuel, it could be a
5 combination of that and your fuel.
6    A.   Yes.
7    Q.   Okay.  The next page, 63, are we out of
8 your --
9    A.   Yes.
10    Q.   -- area?
11    A.   Yes, this is all information provided
12 by rack forward.
13    Q.   This is rack forward stuff.
14    A.   Yeah.
15    Q.   Go to page 67.  Now we're back to --
16 this is stuff you've supplied.
17    A.   Yes.
18    Q.   We've talked about this earlier.
19    A.   Yes.
20    Q.   Keep going with me then.
21       67 through 70, correct, are you?
22    A.   Yes.
23    Q.   And then 71 somebody else?
24    A.   I created that.
25    Q.   Oh, you created this.  Okay.  Tell me

Page 87

1 the point of this if you could just generally.
2    A.   It's to give the new hires an idea of
3 what a barrel -- the pricing of a barrel of crude
4 translates -- what that -- how that price translates
5 to the street, when they go lift it at a gas station,
6 with some assumptions thrown in.
7    Q.   Walk me through one of these, would
8 you, please?
9    A.   If you start at the top, you have a $75
10 barrel of crude.  That would be the price that our
11 crude group pays for it.  Then it costs us $2.47 on
12 average in freight to get it to the refinery.  And
13 then it costs us about $10 to refine it into a
14 product.
15    Q.   So that's the 87.41 box?
16    A.   Yes, 87.41.  And then I converted
17 everything else to dollars per gallon.
18    Q.   What's the price of crude today?
19    A.   $86 when I walked over here this
20 morning.
21    Q.   What's the highest you've ever had to
22 deal with?
23    A.   143 and change.
24    Q.   What?
25    A.   143 and change.  2008.

Page 88

1    Q.   All right.  Keep going then starting at
2 72.  Is any of this your --
3    A.   No.  I end at 71, is my last slide.
4    Q.   Okay.  So what was your last slide?
5 71?
6    A.   71 is my last slide.
7    Q.   In deciding the rack price, you have to
8 understand the capacity of the refinery.  Is that
9 true?  On any given for instance day or period.
10    A.   Not directly.
11    Q.   Okay.  That sounds like indirectly you
12 do.  Tell me what you mean.
13    A.   Again in a very macro level, knowing
14 what the overall inventory I can maintain at the
15 refinery is important, again going to supply and
16 demand.  If I have a significant amount of product, I
17 might price differently, or if I have very little
18 product I might price differently.
19    Q.   Does Suncor -- let's say in 2010 and
20 '11, was the refinery -- actually there were two
21 refineries, right?
22    A.   Yes.
23    Q.   Upgraded together?
24    A.   Yes.
25    Q.   But when I say refinery in the single,

JAMES PISCATELLI - DECEMBER 7, 2012

Page 89

1  you understand we're talking about those two in
2  Commerce City?
3       **A.   I understand, yes.**
4       Q.   In 2010 and '11 was the refinery
5  operating at maximum capacity?
6       **A.   I do not specifically recall.**
7       Q.   Does demand ever result in refinery
8  operations being cut back in order to cut back the
9  amount of refined product to be sold?
10      **A.   Can you ask that again?**
11      Q.   Do refinery operations -- let's say
12 since you've been on board doing your job, have
13 refinery operations been curtailed because the demand
14 wasn't there?
15      **A.   Yes.**
16      Q.   How does the interchange work between
17 you and whomever?  If that happens, that's also a
18 function of setting the rack price, is that right?
19      **A.   It is.  It's an outlier.  It feeds into
20 one of the things I do look at as supply that we went
21 over.**
22      Q.   But do they look at you too?  In other
23 words, do the refinery operators have to look and
24 say -- and determine that we can't deal with this by
25 setting the rack price, we're going to have tanks

Page 90

1  that are full here we can't sell unless we cut back
2  our operations?
3       **A.   Yes.**
4       Q.   Do you participate in that
5  decision-making process?
6       **A.   I am part of that group, yes.  In my
7  function as the trader, not in my function as doing
8  the pricing.**
9       Q.   Sure.  As the trader for buying and
10 selling your products outside of the company.
11      **A.   Yes.**
12      Q.   What is the name of that group, or is
13 there a name?
14      **A.   I don't know if there's any specific
15 name for the group because it touches a lot of
16 different people.  I know at one point it was called
17 the RIOT team, the Rockies Integration Optimization
18 Team, back in the day.  But it's fanned out and
19 involves a large number of people.**
20      Q.   And does this large number of people
21 meet periodically?
22      **A.   Every month.**
23      Q.   Does it include the rack forward folks
24 and their supply nominations -- what are they
25 called? -- projected sales nominations?

Page 91

1       **A.   It does.**
2       Q.   Is the goal -- from the guys running
3  the refinery, is the goal to run it at its maximum
4  capacity as much as possible?
5       **A.   That would be the -- if the refinery
6  had their druthers, that would be their goal, yes.**
7       Q.   I understand you can't give me an exact
8  answer on this, but how frequent is it the refinery
9  cannot run at its max capacity because the product
10 can't be sold, the demand isn't there?
11      **A.   Every winter.**
12      Q.   Every winter.
13      **A.   Yes.  Typically every winter.**
14      Q.   And this is all tied to the driving
15 season.
16      **A.   Yes.**
17      Q.   And that starts roughly around
18 Thanksgiving holiday and through the rest of the
19 winter?
20      **A.   Roughly, yeah, you'd say November
21 through probably late February-early March.**
22      Q.   What happens when there's excess
23 gasoline to sell?  In other words, the tanks are
24 filling up, getting concerned about where we're going
25 to store it.  What happens?

Page 92

1       **A.   We look at our -- our production
2  levels, so how much the refinery is running, and we
3  have to ratchet that down.**
4       Q.   Do you also from time to time ratchet
5  down the demand by raising the price, the rack price?
6       **A.   If we're filling up, no.**
7       Q.   Sorry?
8       **A.   If we're filling up, if our tanks are
9  getting full, no, I wouldn't raise the price, I'd
10 lower the price.**
11      Q.   Yeah.  I said that wrong.
12      **A.   Yes.**
13      Q.   Okay.  So in order -- if you're
14 concerned about the tanks filling up and having too
15 much supply, one way you can deal -- you've really
16 got two ways to deal with it.  One is to cut back on
17 refinery production.
18      **A.   Yes.**
19      Q.   And the other is lower your price.
20      **A.   Yes.**
21      Q.   And is this kind of a subjective
22 process among this group?  You've got to kind of do
23 it by feel?
24      **A.   It's a combination of -- yes, it a
25 combination of two things.  It is kind of by feel.**

JAMES PISCATELLI - DECEMBER 7, 2012

Page 109

1 yet, but we'll get there.
2     Q.   What is this document?
3     **A.   This is a transaction summary, so this**
4 **is sent to the customer financial service group to**
5 **enter into the system, so for contract information.**
6     Q.   And this occurs after you have made the
7 deal so to speak, after you've committed --
8     A.   Yes, this is -- yes.
9     Q.   All right. And it's a purchase and
10 you're the contract trader.
11     A.   Yes.
12     Q.   Done in May of 2010.
13     A.   Yes.
14     Q.   Is this -- does this relate to the
15 previous exhibit, 100?
16     **A.   No, 98.**
17     Q.   98.
18     **A.   So do you see under the Suncor contract**
19 **number? In the upper left-hand corner it says that**
20 **FRN9D092?**
21     Q.   Yes?
22     **A.   That number is generated from this**
23 **number 98, Exhibit 98.**
24     Q.   Yes?
25     **A.   And this information should tie to what**

Page 110

1 **was entered in on the newer version of Exhibit 98.**
2     Q.   Does it -- is it the transaction
3 summary for this contract?
4     **A.   It looks like it but...**
5     **It looks like it, yes.**
6     Q.   I want to ask you about the center of
7 it, the center block. It starts off with net or
8 gross gallons. It says net.
9     A.   Yeah.
10     Q.   And it says FOB location, Frontier
11 Cheyenne refinery rack. And then volume measurement
12 metered as loaded into rail cars.
13     Do you see that?
14     A.   Yes.
15     Q.   Was that for fuel that was going to be
16 shipped by rail to somewhere?
17     **A.   No, that was an omission on my part.**
18 **That was me using a transaction summary I shouldn't**
19 **have been. I just -- I missed that. It should have**
20 **been as loaded in the truck, not rail cars.**
21     Q.   Okay. That's what confused me. So
22 this is -- this like the -- this is what you
23 described as Exhibit 100, the Frontier contract, for
24 delivery at Frontier's terminal in Cheyenne.
25     A.   Yes.

Page 111

1     Q.   At the rack.
2     A.   Yes.
3     **(Whereupon, Deposition Exhibit 101 was**
4 **marked for identification by the reporter.)**
5     Q.   Here's Exhibit 101. It's titled Valero
6 Marketing Supply Company. It's their letterhead.
7     What's going on here?
8     **A.   This is a purchase of premium gasoline**
9 **into the Commerce City refinery from Valero.**
10     Q.   Is this one of those instances you told
11 me about where this had to happen seasonally?
12     A.   Yes.
13     Q.   So this would have been 91 octane, 9.0
14 RVP. And you entered this contract in, what,
15 February of 2010? Have I got that right?
16     A.   Yes.
17     Q.   And it's for March.
18     A.   Yes.
19     Q.   30-day period.
20     A.   Yes.
21     Q.   Keep going through the rest of this
22 document.
23     Do we have this right? Is this an
24 integrated document? Pages 1 through 6.
25     A.   Yes.

Page 112

1     Q.   So I take it this is Valero's standard
2 form.
3     A.   Yes.
4     Q.   In the Delivery section it says via
5 pipeline transfer Commerce City Colorado.
6     A.   Sorry. Say again.
7     Q.   Under Delivery on page 2.
8     A.   Yeah.
9     Q.   Based on this contract can you tell me
10 at what point Suncor owns this fuel?
11     **A.   When it goes into our tankage at the**
12 **refinery.**
13     Q.   So while it's in the pipeline it still
14 belongs to Valero.
15     **A.   Yes. If you look at the Title and Risk**
16 **of Loss section on page 3, title and risk of loss**
17 **shall pass from seller to buyer at Commerce City**
18 **refinery.**
19     Q.   Okay. This is an example of what would
20 occur many times each -- well, more than once every
21 winter you're going to have to -- there's going to be
22 contracts like this?
23     **A.   Every year, yes. Yes.**
24     Q.   And once a month.
25     **A.   Not necessarily, no.**

JAMES PISCATELLI - DECEMBER 7, 2012

Page 113

1    Q.   This is for a 30-day supply.
2    **A.   Yes.**
3    Q.   Would you expect there will be
4  contracts similar to this from Thanksgiving on
5  through March or April?
6    **A.   No.  We weren't buying premium from**
7  **Valero over the winter months.  We took fuel and**
8  **bought it through the summer months.  But I'm not --**
9  **I can't speak directly that we bought this for the**
10 **entire summer of 2010.**
11   Q.   Well, this is delivered in March, so I
12 mean, it's for a -- the validity period is March.  I
13 was assuming that this is for the winter, lowered
14 driving season.  Am I wrong about that?
15   **A.   No, we're coming out of the winter**
16 **driving season, so it was intended most likely to**
17 **rebuild or we had an octane issue at the refinery.**
18 **So looking at this that I made the deal on**
19 **February 17th for delivery in March, there might have**
20 **been an upset at the refinery that required us to buy**
21 **this.**
22        **(Whereupon, Deposition Exhibit 102 was**
23 **marked for identification by the reporter.)**
24   Q.   Next I've handed you what's marked as
25 Exhibit 102.  This is a transaction summary, correct?

Page 114

1    **A.   Yes.**
2    Q.   October 2009.
3    **A.   Yes.**
4    Q.   What's going on here?
5    **A.   Looks like a sale of regular and**
6  **premium to Valero at Fountain and DuPont in the Rocky**
7  **Mountain system.**
8    Q.   I know you can look at these quickly
9  and figure out which way the fuel is going.  What do
10 you look at to determine whether this is Suncor
11 purchasing or Suncor selling?
12   **A.   The top line under Agreement Type.**
13   Q.   Purchase.
14   **A.   And then the contract number says 9.**
15   Q.   So purchase doesn't mean Suncor is
16 purchasing.  Purchase means --
17   **A.   Sorry, sorry, I apologize.  I mean**
18 **purchasing.  I apologize.  I am purchasing this from**
19 **Valero.**
20   Q.   Okay.  You as trader purchased from
21 Valero --
22   **A.   Yes, I purchased this.**
23   Q.   -- and we're in October of 2009, so is
24 this going to fall into that category we talked about
25 where -- no.

Page 115

1        Anyway, do you remember what kicked
2  this off?  Why did you need to purchase?
3    **A.   If I remember correctly, it was**
4  **because -- we used to deliver product -- as part of**
5  **our offtake deal we delivered product to Valero on**
6  **the Rocky Mountain system, and this was basically**
7  **buying them out of their position as they no longer**
8  **needed product in the Rocky Mountain system.**
9    Q.   Where did this product end up?
10   **A.   This was a PTO so directly into my**
11 **tankage.  So -- not in my tankage.  Consigned over to**
12 **Suncor at the DuPont or Fountain terminals.**
13   Q.   Via the Rocky Mountain Pipeline.
14   **A.   Yes, this was already sitting in the**
15 **Rocky Mountain Pipeline system under Valero's name,**
16 **and they sold it to me.  This is the PTO we discussed**
17 **earlier.**
18   Q.   Now, down at the middle block it says
19 Description, Regular Unleaded, Premium Unleaded.  Are
20 you with me?
21   **A.   Yes.**
22   Q.   Then below that FOB.  FOB Fountain and
23 DuPont.  Meaning title passed in Fountain and DuPont.
24   **A.   Yes.**
25   Q.   And this fuel then would have been just

Page 116

1  put in the common tank that whoever bought -- picked
2  up fuel at those two racks would have potentially
3  drawn from.
4    **A.   Yes, this was already sitting in the**
5  **common tank.  That is how the PTO goes.  So there is**
6  **one giant tank with five or six different**
7  **stockholders.  Plains would have written Valero's**
8  **position over to me.**
9    Q.   And the tanks that are -- that we're
10 talking about are the Rocky Mountain Pipeline, they
11 own the tanks.
12   **A.   Yes.**
13   Q.   And the tanks are at those terminals.
14   **A.   Yes.**
15   Q.   So would it be your understanding that
16 the gasoline was already there when this transaction
17 occurred or was on its way or in the pipeline?
18   **A.   It was already there.**
19   Q.   How do you know that?
20   **A.   If I am -- if I am remembering this**
21 **transaction specifically, and looking at the decimals**
22 **on the transaction, they're typically not done that**
23 **way, they're rounded, this was -- this was me buying**
24 **Valero out of their position at -- in the Rocky**
25 **Mountain Pipeline system.  They no longer had**

JAMES PISCATELLI - DECEMBER 7, 2012

Page 117

1  customers at those two terminals.
2      Q.   The decimals are down at the very
3  bottom.
4      **A.   Yes, if you look at the volumes.**
5      Q.   7,227.43 barrels in DuPont.
6      **A.   Yes.**
7      Q.   That would be a measurement that's
8  usually expressed in terms of somebody -- what's in a
9  tank.
10     **A.   It's -- typically when a deal is done,**
11 **it is very round numbers, and to get to this level of**
12 **detail, if I am remembering correctly, it was to get**
13 **them out of their position.**
14     Q.   Now, it says destination Suncor East
15 Plant.
16     **A.   That was another error on my part.**
17         **(Whereupon, there was discussion**
18 **outside the record.)**
19         **(Whereupon, Deposition Exhibit 104 was**
20 **marked for identification by the reporter.)**
21     Q.   This is Exhibit 104.  Which direction
22 is the fuel flowing in this one?
23     **A.   I don't know.  Let me look at it before**
24 **I commit to it.  Apparently you're picking out the**
25 **ones I make mistakes on.**

Page 118

1         **This is a purchase from Valero into**
2  **our -- delivered to the Commerce City refinery,**
3  **specifically into Plant 2.**
4      Q.   So there where it says Destination,
5  Ship to Location is, that's correct, Suncor's east
6  plant.
7      **A.   Yes.**
8      Q.   And the FOB point is that same, Suncor
9  plant.
10     **A.   Yes.**
11     Q.   It's arriving by pipeline.
12     **A.   Yes.**
13     Q.   Do you recall anything in particular
14 about this transaction, why you made this purchase?
15     **A.   No.**
16         **(Whereupon, Deposition Exhibit 105 was**
17 **marked for identification by the reporter.)**
18     Q.   This is Exhibit 105.  Is this a
19 purchase -- well, this is July of 2008.  So fuel is
20 flowing towards Suncor.
21     **A.   Yes.  But on the -- on the -- it**
22 **would -- yeah.  We were taking it in the Explorer**
23 **pipeline.**
24     Q.   Okay.  So it says Method of Transport,
25 Pipeline.  It must be Pasadena, Texas.  Is that

Page 119

1  point -- is that the point where it enters the
2  Explorer pipeline?
3      **A.   Yes.**
4      Q.   So Suncor owned it at that point.
5      **A.   I -- by the -- by this it would -- yes,**
6  **it would -- Suncor is listed as the shipper of**
7  **record.**
8      Q.   Hubert Hicks is someone who's no longer
9  with the company, is that right?
10     **A.   Right.**
11     Q.   Was his job, was he a predecessor of
12 Nancy Thonen?
13     **A.   Yes.**
14     Q.   In that job?
15     **A.   Yes.**
16     Q.   So Christina Henderson, you said there
17 was somebody in between the two of you but you
18 ultimately took that job.
19     **A.   Yes.**
20         **(Whereupon, Deposition Exhibit 106 was**
21 **marked for identification by the reporter.)**
22     Q.   I'll hand you Exhibit 106.  Here the
23 trader is Randy Matsushima, who is the person you
24 took over from.
25     **A.   M-hm.  Yes.**

Page 120

1      Q.   So do you agree with me, this is July
2  of 2008, you've got 25,000 barrels of diesel on
3  the -- well, Suncor takes title in Tulsa at the
4  Magellan pipeline?
5      **A.   Yes.**
6      Q.   And PTO from Valero inventory means
7  that this product existed in a tank there and there
8  was simply a change of title as to who owned it.
9      **A.   Correct.**
10     Q.   To Suncor.
11     **A.   Yes.**
12     Q.   And then Suncor ships it by pipeline to
13 Colorado.
14     **A.   Correct.  Looking at this, yes.**
15         **(Whereupon, Deposition Exhibit 107 was**
16 **marked for identification by the reporter.)**
17     Q.   Exhibit 107 is next.  Contract with
18 Valero for the period of July 2008, right?
19     **A.   Excuse me?**
20     Q.   This is a contract between Valero and
21 Suncor for a period of July 2008?
22     **A.   Yes.**
23     Q.   Product is diesel via the Magellan
24 pipeline in Tulsa.
25         What's your interpretation of when

JAMES PISCATELLI - DECEMBER 7, 2012

Page 121

1  title passes on this diesel?
2      A.  That we took title in tank -- that we
3  took title of the product in tankage at Tulsa.
4      Q.  Where do you look to see that?
5      A.  Title and Risk of Loss.  That's the
6  page 3 at the bottom.
7      Q.  What's the subparagraph?
8      A.  The third.
9      Q.  C?
10     A.  Oh, no, no, no, the first line under
11 Title and Risk of Loss.  Except as otherwise
12 specified in this agreement, title and risk of loss
13 shall pass from seller to buyer at West Tulsa,
14 Oklahoma.
15     Q.  Tulsa, I see.
16         (Whereupon, Deposition Exhibit 108 was
17 marked for identification by the reporter.)
18     Q.  Exhibit 108 is next.  You're the trader
19 on this one.
20     A.  Yeah.
21     Q.  February 2011.
22     A.  Yes.
23     Q.  What's going on here?
24     A.  This is a purchase from Valero to --
25 Suncor purchasing Number 2 ULSD barrels from Valero

Page 122

1  at their rail rack in McKee, Texas to bring to Grand
2  Junction.
3      Q.  So this will come to Grand Junction by
4  rail.
5      A.  Yes.
6      Q.  I guess that's how -- that's what you
7  told me.  Grand Junction -- does Grand Junction get
8  supplied by rail from Commerce City?
9      A.  Yes.
10     Q.  So this happened to be a diesel supply
11 that came from Texas.
12     A.  Correct.
13     Q.  And what was the pricing -- price
14 formula?  Formula price marker?  Do you see that in
15 the middle?
16     A.  Yes.
17     Q.  Argus, Group III, Number 2 ULSD and so
18 forth.
19         So that is a -- that is a pricing
20 mechanism similar to OPIS, just a different outfit,
21 right?  Argus?
22     A.  Yes.  Yes.
23     Q.  Is that something they chose or you
24 chose?
25     A.  They chose.

Page 123

1      Q.  And you don't have any choice in that?
2      A.  Not in this instance, no.
3      Q.  Would you have preferred to tie it to
4  some OPIS price?
5      A.  In this instance, no, I wouldn't have.
6      Q.  Didn't matter?
7      A.  No.
8      Q.  Because you knew what the Argus price
9  was going to be?
10     A.  Typically when you're going with an
11 OPIS price, you're looking at on OPIS rack price,
12 what the competition is.  This is using a Group III,
13 so this is the -- what we discussed earlier, using
14 that kind of clearinghouse number.  So the only way
15 you're going to get is by Platts or Argus, and OPIS
16 reports it as well, so it's not -- it doesn't really
17 matter.
18     Q.  So the price is for the Group III
19 region because it's a much bigger market or area that
20 the price is calculated from?
21     A.  Yes, and it's not specific individual
22 posters, it's not Phillips posting and --
23     Q.  Is it an average?
24     A.  It's -- it's actually -- it's similarly
25 reported the way crude is reported, the crude price

Page 124

1  is reported.  You see, you know, on the news you see
2  crude did X today.  That's how it's reported.
3  It's -- Argus, Platts, OPIS call a number of
4  customers on a daily basis -- sorry, a number of
5  sellers and buyers on a daily basis just to see what
6  the market is doing, not to get a specific what did
7  you buy at today, what did you sell at.
8      Q.  So it's sort of like the Dow Jones
9  Industrial Average, a bunch of sources are put
10 together --
11     A.  Yes.
12     Q.  -- to come up with a price.
13     A.  Yes.
14         (Whereupon, Deposition Exhibit 109 was
15 marked for identification by the reporter.)
16     Q.  Exhibit 109 is next, and I promise
17 we're almost to lunch.
18     A.  And she recorded that so...
19     Q.  This is 2008 before you start as the
20 trader.
21     A.  M-hm.
22     Q.  This says gasoline purchased, FOB title
23 passes at Sunoco's Tulsa refinery, right?
24     A.  Yes.
25     Q.  Wait a minute.  This is for Jet A.

JAMES PISCATELLI - DECEMBER 7, 2012

Page 125

```
 1        A.   No, this is for unleaded.
 2        Q.   Sorry?
 3        A.   No, this one is for unleaded.  The --
 4   yeah, looks like there was an error made.  See?  I'm
 5   not the only one.
 6        Q.   So Jet A would be an error.
 7        A.   Yes.
 8        Q.   I see.  And you can -- well, it says
 9   Magellan pipeline specs for N2 grade max 7.8.
10        A.   Yes.
11        Q.   That tells you it's oxygenated
12   gasoline.
13        A.   Yes, under the price calculation it's
14   using the Group III 87 octane mid posting.
15             (Whereupon, Deposition Exhibit 110 was
16   marked for identification by the reporter.)
17        Q.   Exhibit 110 you're the trader.
18   Purchase in February 2011.
19        A.   Yes.
20        Q.   Revised per James.  Is that your
21   handwriting?
22        A.   No, that's not.
23        Q.   There's some sort of a change made to
24   this.
25        A.   Yes.
```

Page 126

```
 1        Q.   So PTO again is a paper transfer order,
 2   meaning this product was in a tank somewhere --
 3        A.   Yes.
 4        Q.   -- and title was shifted?
 5        A.   Yes.
 6        Q.   And tell me the particulars here.
 7   Where is this?
 8        A.   This is a purchase from Exxon, and I
 9   was taking barrels at Cheyenne, DuPont or Fountain in
10   their existing -- so they were the shipper -- or they
11   already had barrels at these three destinations and I
12   took title to them there.
13        Q.   And for it to have been Exxon would
14   mean -- can you say that it was Exxon-refined fuel?
15        A.   I can't say that it was.
16        Q.   So all you know it's something they
17   owned.
18        A.   Yes.
19        Q.   Could have been something they bought
20   from somebody else?
21        A.   Could have entirely been my product for
22   all I know.
23        Q.   All right.  But in any event it was
24   barrels in tanks in Cheyenne, DuPont and Fountain.
25        A.   Yes.
```

Page 127

```
 1             (Whereupon, Deposition Exhibit 111 was
 2   marked for identification by the reporter.)
 3        Q.   Next is Exhibit 111.
 4             All right.  I'm not even sure why we're
 5   looking at this.  This is in June of 2008 from
 6   Matsushima.  So it's for 7.8 RVP unleaded gasoline,
 7   and Suncor's going to take title to it when it's
 8   delivered into the Magellan pipeline.  Do you agree?
 9        A.   That is what it says, yes.
10        Q.   Do you know what Coffeyville refers to?
11        A.   Coffeyville is a refiner in Oklahoma.
12   Or Kansas.  Kansas.
13             MR. BENNINGTON:  Let's take a lunch
14   break.
15             (Whereupon, there was a lunch recess
16   from 11:57 a.m. to 1:06 p.m., after which the
17   following proceedings were had, Mr. Korenblat not
18   being present.)
19        Q.   (BY MR. BENNINGTON) We're back on the
20   record, Mr. Piscatelli.
21             How did you learn how to set rack
22   prices?  Pardon me, but you're a young guy and you
23   have a lot of responsibility, and so I'm curious how
24   you got thrust into that.  And I'm jealous that
25   you're a young guy, for the record, so tell us about
```

Page 128

```
 1   it.
 2        A.   I'm an old soul.
 3             I don't know how to answer that
 4   question.  I started at Suncor as a pricing analyst,
 5   so I provided the backup and support to Hubert Hicks,
 6   who was the trader at that time, and I did the
 7   analysis of the market for him, and it's -- so by
 8   doing the analysis I learned how to do the pricing.
 9   And I've been in essence in it for seven years.
10        Q.   Do you have pricing analysts working
11   for you?
12        A.   I just recently do, yes.
13        Q.   So at some point somebody thought you
14   were so good at it you didn't need a -- need you to
15   back you up.
16        A.   I had a rotating cast which is to enter
17   in the data.  So I did my own work for two and a half
18   years, yes.
19        Q.   Did you have any idea when you
20   graduated from college in New Hampshire you were
21   going to end up setting rack prices in the petroleum
22   industry?
23        A.   No.
24        Q.   Is that a career goal you had?
25        A.   Oddly enough -- no, it was not.
```

JAMES PISCATELLI - DECEMBER 7, 2012

Page 145

1    average pricing was based on the Group III price.
2        Q.   And where does your stewardship report
3    go?
4        A.   To Nancy Thonen.
5        Q.   Do you know what she does with it?
6        A.   She compiles it in a stewardship for
7    her boss with the transportation and planning group
8    stewardships.
9        Q.   And her boss is in Canada?
10       A.   Yes.
11       Q.   Do you know if that's the same boss
12   that Ewing compiles his for?
13       A.   It is not.
14       Q.   Who are these two bosses, do you know?
15       A.   Nancy's boss is Miriam Levasseur,
16   and --
17       Q.   Is she in Calgary?
18       A.   She's in Mississauga.
19       Q.   Okay.
20       A.   And I am blanking on Steve Ewing's
21   boss.
22       Q.   All right.  Well, we'll ask him.
23       A.   I can't think of his name.
24       Q.   Do you have a history of -- have you
25   kept a historical collection of your stewardship

Page 146

1    reports?
2        A.   Yes.
3        Q.   Going back how far?
4        A.   When I started this role.
5        Q.   I see.  How often do you produce them?
6        A.   Monthly.
7        Q.   And as far as you know, is Thonen's --
8    what she's producing is monthly to her boss?
9        A.   Yes.
10       Q.   So by comparing your rack pricing to
11   Group III -- to the Group III data, does that -- that
12   gives the reader some sense of whether rack pricing
13   is being set optimally for the company I take it.
14       A.   It's because we -- directionally and
15   partially to the magnitude we move on a daily basis
16   is based on the Group III.  That's to give the reader
17   an idea of where we sat in relation to that.
18       Q.   Remind me again.  You get the Group III
19   data -- I could find it -- where does that come from
20   every day?
21       A.   OPIS.
22       Q.   OPIS, okay.
23            All right.  In your world, that is
24   trading, with your trading hat on -- it's a terrible
25   metaphor but sometimes it helps -- in your job as

Page 147

1    trader, you use the word "spot."
2        A.   Yes.
3        Q.   What does that mean to you?
4        A.   A spot in relation to like a deal --
5        Q.   Yes.
6        A.   -- is a one time, one volume deal, a
7    single transaction, contract.
8        Q.   And what defines a single transaction?
9    A single load?  Or --
10       A.   I don't -- I deal in larger volumes, so
11   it's -- say my volume I might sell 50,000 barrels to
12   Sinclair.  That's a spot deal.
13       Q.   That's a spot deal.
14       A.   Yes.
15       Q.   Do you ever have deals -- well, we saw
16   them I think like with Valero, you had something go
17   on for a while.
18       A.   Yes.
19       Q.   And you don't consider those spot.
20       A.   No.
21       Q.   And I take it that the difference
22   between spot and not spot is probably not very well
23   defined.  Is that right?
24       A.   It's length of time.
25       Q.   Length of time.  I see.

Page 148

1            So what's the break point?
2        A.   If there are going to be multiple
3    transactions, if I'm doing two, three, four months
4    worth of deals, it's not a spot transaction.
5            It's very clean.  A spot transaction
6    is, like I said, if I do 50,000 barrels, here, it's
7    done, here are your barrels, this deal is over.  And
8    the -- and a non-spot transaction would be over a
9    period of time, I'm going to deliver you 50,000
10   barrels a month for the next four months, five
11   months, et cetera.
12       Q.   So how about three months and 50,000
13   barrels a month?  That wouldn't be spot then, would
14   it?
15       A.   I wouldn't consider it a spot deal.
16       Q.   "Spot" is actually a term -- it's an
17   industry term and it's even reported, right?  The
18   various reporting services talk about spot prices for
19   this and that?
20       A.   Yeah.
21       Q.   But in your experiences you can't
22   always be sure what the definition of "spot" is?
23   People use it differently or even use it incorrectly?
24       A.   I think people use different, you know,
25   definitions for a lot of different words, and

JAMES PISCATELLI - DECEMBER 7, 2012

Page 149

1    that's...
2        Q.    Is that one?
3        A.    That's one it could be.
4        Q.    Let's say you consider something to be
5    spot.  Does that affect -- does the fact that it's
6    spot by itself affect how you price or how you do the
7    transaction?
8        A.    No.
9        Q.    It's just how long it's going to be.
10       A.    Whether or not -- I'm sorry.  You have
11   to ask that question again.
12       Q.    Okay.
13       A.    I'm not understanding.
14       Q.    Spot doesn't -- rather than try to say
15   it back to you --
16           MR. BENNINGTON:  Patty, would you read
17   it back to me?
18           (Whereupon, the question on page 149,
19   line 4, was read by the reporter.)
20       Q.    (BY MR. BENNINGTON) And your answer was
21   no?
22       A.    How I -- how I price the transaction
23   with the purchaser, it could come into play, yes.
24       Q.    How?
25       A.    If there is -- if it's a longer term

Page 150

1    deal, there might be more variability to the -- to
2    however we choose to price it.  I might not want to
3    be selling at one price in the winter that I'm
4    selling in the summer.
5        Q.    So a longer term deal needs something
6    that it adjusts for market conditions?
7        A.    Yes.
8        Q.    Or season or whatever.
9        A.    Potentially, yes.
10       Q.    Would you say that what you've just
11   described for me is an industry -- an accepted
12   industry approach and spot doesn't necessarily mean
13   pricing, it just means the duration of a contract and
14   what interval stuff is delivered?
15       A.    As it relates to a rack back kind of
16   business, yes.
17       Q.    How about rack forward?
18       A.    I don't know how they -- I mean, to
19   your comment, I don't know what they might deem it.
20       Q.    Okay.  In your world, rack back, to use
21   a -- that's a good word, I've heard that before --
22   does the word "ratable" come into play?
23       A.    It does.
24       Q.    All right.  First of all -- well, you
25   describe for me.  How do you use it and what does it

Page 151

1    mean?
2        A.    Ratable means consistent.  I mean,
3    that's exactly what we're looking for.  It's -- in
4    the use of that word.  It's consistent.
5        Q.    And what sort of consistency are you
6    looking for as a trader?
7        A.    From my perspective as far as a sale
8    goes, a consistent lifting.  If I know what you're
9    lifting per day, it's easier for me to plan.  It
10   helps the refinery understand what they need to do
11   and takes out that variability for production.
12       Q.    Could something be a spot contract but
13   also be ratable just because you know consistently
14   over the length of that spot contract how stuff is
15   going to be pulled?
16       A.    Not in my world I wouldn't use it that
17   way.
18       Q.    And why is that?
19       A.    I might not view a spot contract as --
20   I can't think of a deal I've done in that way where
21   it's like a ratable -- and when we use "ratable,"
22   it's viewing it as truck business, lifting off a
23   rack, and my deals are typically large pipeline
24   shipments or PTO's.
25       Q.    Well, for instance, could you have a

Page 152

1    pipeline shipment that was a one-month -- I'm sorry,
2    a pipeline deal that was for a month but it was
3    10,000 barrels a month out of the pipeline.
4        A.    M-hm.
5        Q.    Would that be spot?
6        A.    For a one-month deal?
7        Q.    Yeah.
8        A.    Just doing 10,000 barrels at one shot?
9        Q.    Well, pick a number, I don't care.
10       A.    Well, whatever.  If I was doing one
11   volume and shipping it to them one time, I'd call
12   that spot.
13       Q.    How about if it was 100,000 barrels --
14   whatever -- 10,000 barrels a day for a month?  That's
15   ratable, isn't it?
16       A.    I guess you could -- could say that,
17   yeah.
18       Q.    But it would still be spot?
19       A.    I might not -- if I'm doing that kind
20   of a volume on a consistent -- if I'm supplying in
21   that kind of daily kind of delivery, I probably
22   wouldn't consider it spot.
23       Q.    So here's where we're getting into the
24   gray area of these terms.
25       A.    Yeah.

JAMES PISCATELLI - DECEMBER 7, 2012

Page 173

1  Valero is pricing in Ardmore. It's not like that.
2  It's a reporting kind of like what you said, the Dow
3  Jones or whatever, it's a...
4     Q.  So somebody who publishes -- well, it's
5  the Defense Department, right, the Group III?
6     A.  It is one of the pads, yes.
7     Q.  So they've got some sort of formula
8  that's been constant over time that everybody just
9  sort of relies on; here's a benchmark number we can
10  all pay attention to.
11     A.  It's not so much a formula. It is
12  basically a reporting. They call buyers and sellers
13  of product to determine what is being bought and sold
14  on a daily basis.
15     Q.  But they must average it out to --
16     A.  Yes.
17     Q.  -- get to something they can tell you?
18     A.  Yes.
19     But I wanted to clarify, they're not
20  looking at this OPIS report on a daily basis and
21  saying I'm going to choose one guy from here and come
22  up with some sort of average.
23     Q.  Something like the Consumer Price
24  Index. Somebody is looking at all kinds of data
25  points and comes up with a number that we all rely

Page 174

1  on.
2     A.  That's probably -- it's --
3     Q.  You don't have to answer that one.
4  Okay.
5     A.  I can't say.
6     Q.  We'll have to do our own research on
7  that if we care.
8     A.  You can go to the OPIS website, and
9  it'll tell you precisely how they get their data.
10     Q.  So your spreadsheet has got OPIS,
11  Group III, Gulf. What else?
12     A.  OPIS, Group III, Gulf, our competitors.
13  I think I laid out what's all on the spreadsheet.
14     Q.  And the competitors is something you're
15  lifting off of OPIS, right?
16     A.  It's being fed in from the OPIS
17  reports, yes.
18     Q.  And does all this come from the --
19     A.  Market View.
20     Q.  Market View?
21     A.  Yes.
22     Q.  Is there anything that goes in your
23  spreadsheet that's not available on Market View that
24  you have to input yourself or get from some other
25  source?

Page 175

1     A.  No.
2     Q.  So you could -- is it correct then you
3  do your job basically using Market View data as the
4  references?
5     A.  The Market View provides me a historic
6  look.
7     Q.  Okay.
8     A.  So...
9     Q.  I want to go through -- to some extent
10  this is a bit redundant with this morning, but I've
11  got to make sure I understand. I promise we'll be
12  out of here in less than an hour. But I want to go
13  through each of these racks and make sure I
14  understand, the terminals, where possibly fuel could
15  be supplied from.
16     Would you go to page 56 of your --
17     A.  Yeah.
18     Q.  Okay. Let's start out with the DuPont
19  terminal. I'm not asking you to tell me what fuel is
20  there at any given time. I want you to -- I want to
21  go through what could possibly be the source of fuel
22  that's delivered at the rack at Fountain -- I'm
23  sorry, in this one, in this case, at DuPont. Okay?
24     A.  Clarify the source of fuel?
25     Q.  Well, the refiner of fuel.

Page 176

1     A.  Okay.
2     Q.  Do I have it correct that then at
3  DuPont the refiner could be Frontier, Sinclair,
4  Exxon, Cenex or Conoco?
5     A.  Yes.
6     Q.  And the refiner could also be Suncor.
7     A.  Yes.
8     Q.  Anyone else that you know of, maybe
9  that's not on this little flow chart?
10     A.  I am not entirely sure, but Conoco
11  could potentially push product into that terminal.
12     Q.  Okay. Well, Conoco was one of the ones
13  I listed in your box up at the top.
14     A.  Yeah.
15     Q.  So we've covered everybody you can
16  think of now for DuPont?
17     A.  Yes.
18     Q.  Let's go to Fountain. Is the answer
19  the same?
20     A.  Yes.
21     Q.  And at both of these terminals, fuel
22  from all of those refiners could be commingled in the
23  tanks.
24     A.  Yes.
25     Q.  Let's go to Suncor. Plant 1. Is that

JAMES PISCATELLI - DECEMBER 7, 2012

Page 177

1  the east plant?
2      A.  That's the west plant.
3      Q.  Okay.  Suncor Plant 1, which is the
4  west plant.  In addition to Suncor refined fuel, what
5  other refiners could be potentially supplying the
6  rack there?  I'm sorry.  Let me say that again.
7          What other refiners could be the source
8  of fuel supplied at the rack at Plant 1?
9      A.  It's difficult to say because I don't
10 know how -- I could tell you who was supplying
11 product to Suncor but not specifically what is going
12 to the rack.
13     Q.  Okay.  Fair enough.  And what you've
14 told me what could be coming to Suncor is
15 potentially, in addition to Suncor fuel, Valero's
16 McKee refinery fuel.
17     A.  Yes.
18     Q.  And possibly Conoco's Borger refinery.
19     A.  Yes.
20     Q.  Anyone else?
21     A.  The Wyoming and Montana refineries as
22 well.
23     Q.  Okay.
24     A.  Or the Wyoming and Montana refineries
25 listed there.

Page 178

1      Q.  And once again, some or all of those --
2  all of the -- some or all of those refiners may have
3  fuel commingled in tanks that supply the rack in
4  Plant 1?
5      A.  They would have product in our tanks.
6      Q.  And that product could be supplied at
7  the rack --
8      A.  It could potentially be supplied at the
9  rack.
10     Q.  -- at -- where else would it go if not
11 through the rack?
12     A.  It could -- it could get -- I mean, if
13 commingled, it could also get pushed out into the
14 Rocky Mountain system or over to the Conoco terminal.
15     Q.  Now, is the same answer with respect to
16 Plant 2, the east rack or east plant?
17     A.  Yes.
18     Q.  And Grand Junction, we know it's
19 supplied rail, and I think we talked about two
20 sources, a rail supply from Suncor directly and then
21 we talked about occasionally we know that some supply
22 comes by rail from Valero in Texas.
23     A.  Yes, one time I have done that.  In
24 three years I've done one deal.
25     Q.  I see.  So other than one time, would

Page 179

1  it be your testimony that everything else that's sold
2  by Suncor at the Grand Junction terminal is shipped
3  by Suncor via rail?
4      A.  With the exception of ethanol.
5      Q.  All right.
6      A.  But yes.
7      Q.  Leaving ethanol to the side?
8      A.  Leaving ethanol out of it, yes.
9      Q.  Is ethanol shipped separately to Grand
10 Junction?
11     A.  It is.
12     Q.  So it's not finished product?
13     A.  Correct.
14     Q.  So the finished product from Grand
15 Junction could be composed of fuel that was refined
16 by -- I'm talking about clear gasoline let's say --
17 that was refined by Suncor.  It also could have been
18 refined by any of these other refineries that have a
19 pipeline link to Commerce City.  Correct?  Could be.
20     A.  The potential exists but I don't --
21 yes.
22     Q.  You can't quantify it.
23     A.  I cannot.
24     Q.  All right.  And then the third thing is
25 Grand Junction is being supplied by rail with ethanol

Page 180

1  that could come from two sources, three plants within
2  the state and other plants outside the state.
3      A.  Yes.
4      Q.  When the ethanol arrives in Colorado
5  from outside the state, does it come by pipeline or
6  truck?
7      A.  Truck or rail.
8      Q.  Truck or rail.
9          Is it then put into a common tank where
10 you put all your ethanol?
11     A.  Yes.
12     Q.  So then the ethanol that goes to Grand
13 Junction could be composed of both Colorado ethanol
14 and Nebraska ethanol, for example.
15     A.  Yes.
16     Q.  All right.  Are there any other --
17 strike that.  Let me start again.
18          It goes without saying that any fuel
19 that gets commingled with Suncor fuel by definition
20 had to come from outside the state, because there's
21 no other refinery in the state.
22     A.  Any fuel that came from -- that is
23 commingled had to come from outside the state?  Not
24 including ethanol?
25     Q.  Right.  Let's just talk about clear