VANCE KOPP - MARCH 8, 2012

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., A Colorado corporation, WESTERN TRUCK ONE, LLC, a Colorado limited liability company,
Plaintiffs,
vs.
SUNCOR ENERGY (U.S.A.) INC., A DELAWARE CORPORATION,
Defendant, Third-party plaintiff

vs.

HOSSEIN AND DEBRA LYNN TARAGHI,
Third-party defendants.
------------------------------------------------
DEPOSITION OF VANCE KOPP
March 8, 2012
------------------------------------------------

Deposition location:
370 17th Street, Suite 3500
Denver, Colorado 80202
APPEARANCES:
   Kenneth R. Bennington, Esq.
   Kathleen E. Craigmile, Esq.
   Bennington Johnson Biermann & Craigmile
   370 17th Street, Suite 3500
   Denver, Colorado 80202
   Phone: (303) 629-5200
  For Western and the Taraghis
   Anthony J. Shaheen, Esq.
   Holland & Hart, LLP
   555 17th Street, Suite 3200
   Denver, Colorado 80202
   Phone: (303) 295-8054
  For Suncor Energy

ALSO PRESENT: None

Page 2

APPEARANCES (CONTINUED):
   Michael E. Korenblat, Esq.
   Suncor Energy Services, Inc.
   717 17th Street, Suite 2900
   Denver, Colorado 80202
   Phone: (303) 793-8052
  For Suncor Energy

   William L. Monts, III, Esq.
   Hogan Lovells
   555 Thirteenth Street, NW
   Columbia Square
   Washington, D.C. 20004
   Phone: (202) 637-5600
  For Suncor Energy

Page 3

The deposition of VANCE KOPP, called for examination by the Plaintiff Western, was taken in the offices of Bennington Johnson Biermann & Craigmile, LLC, 370 17th Street, Suite 3500, Denver, Colorado, commencing at 1:23 p.m. on the 8th day of March, 2012, before Rebecca J. Collings of Avery Woods Reporting Service, Inc., 455 Sherman Street, Suite 250, Denver, Colorado 80203, a Registered Professional Reporter and a Notary Public in and for the State of Colorado, pursuant to the Colorado Rules of Civil Procedure.

          **********

INDEX OF EXAMINATION
          PAGE
EXAMINATION BY MR. BENNINGTON    3

INDEX OF EXHIBITS
EXHIBIT NO.         PAGE REFERENCED
25   Deposition Notice for 3/8/12   7

Page 4

    VANCE KOPP,
being first duly sworn to state the truth, the whole truth, and nothing but the truth, testified under oath as follows:
    EXAMINATION
BY MR. BENNINGTON:
    Q  Good afternoon, Mr. Kopp. As you know, my name is Ken Bennington. I represent Western Convenience Stores. And I'm sure you know there's a lawsuit between your company, Suncor, and Western. And you've been designated to appear today to answer some questions that have been posed to the company, that is Suncor. Is that your understanding?
    A  Yes.
    Q  Have you ever done this before?
    A  Once.
    Q  Oh, you're a veteran, then. Start out by telling me what is your job?
    A  I'm currently a consultant for Weaver & Tidwell. I was a former employee of Suncor.
    Q  Okay. And when did you make that change?
    A  A year ago.
    Q  When you were still employed by Suncor, what was your job when you left?
    A  I'm trying to think of the exact title,

1 (Pages 1 to 4)

Page 9

1 A  It's one that's used. I don't know if I
2 would use it or not.
3     Q  What would you use?
4     A  You can use fungible gasoline, pipeline
5 grade gasoline. There's a multitude of descriptors for
6 that, but typically the best one in my mind is
7 unadditized typically.
8     Q  All right. And from the point at which
9 unadditized fuel is ready to go into the delivery
10 system, the differences become that of additives and --
11 well, as -- do you consider ethanol an additive?
12    A  Some definitions do call ethanol an
13 additive, some do not. Again, it's -- what you're
14 deciding is your basis for additive.
15    Q  All right.
16    A  The federal government views ethanol as
17 an additive. Most of us otherwise do not.
18    Q  First of all, what differentiates --
19 let's do this. This may be easiest. What
20 differentiates, chemically, regular from premium
21 gasoline?
22    A  Those would be referring to octane
23 differences.
24    Q  Yes.
25    A  Those typically are of hydrocarbon

Page 10

1 nature. You can get to different octane levels using
2 different constituents. They may be identical. We may
3 be able to see them as far as higher carbon makeup, and
4 they may not. It's based upon the refiners available,
5 feedstocks, and components they can blend with.
6     Q  What is the most typical way at Suncor
7 unadditized fuel is blended in to becoming premium
8 fuel?
9         (Whereupon, the reporter asked for
10 clarification.)
11    A  May I ask you to clarify? You're saying
12 what methodology did they use to become premium fuel?
13    Q  (BY MR. BENNINGTON) What components?
14    A  What components. Components for Suncor
15 to make premium fuel exist as mainly what we refer to
16 as reformate. It has the highest octane component
17 available to Suncor refineries there. So predominantly
18 that grade would consist of reformate and blends of
19 other components.
20    Q  Does ethanol have anything to do with
21 changing the octane rating?
22    A  Absolutely. Yeah.
23    Q  So it's a combination of those things?
24    A  As all octane measurement is a
25 combination of all blend stocks, correct.

Page 11

1     Q  So is it accurate to think that -- think
2 of unadditized fuel is one of the -- one means of
3 differentiating or -- yeah, differentiating fuel would
4 be at that level you have 85 octane and whatever the
5 octane rating is for premium?
6     A  That's one differentiation. There are
7 others, but that is one reason you would store them
8 separately, for instance.
9         (Whereupon, Mr. Steve Ewing joined the
10 proceedings.)
11    Q  (BY MR. BENNINGTON) Where in the process
12 between the source of unadditized fuel and the truck
13 taking delivery of it is the -- are the additives --
14 first of all, the octane additives put in and then
15 later on the other additives?
16    A  Let's discuss octane first. The base
17 hydrocarbon fuel would be blended to a certain level
18 with the understanding that it would be blended with
19 ethanol to complete the octane carbon for that fuel.
20 So those would be blended in the refinery typically in
21 a storage tank and designated as whatever grade they
22 may be, whether you refer to that as regular or
23 premium.
24    Q  Okay.
25    A  Those products make their way to the

Page 12

1 truck loading racks and there they're additized, and
2 that provides the finished product for the customers to
3 take out of the facility.
4     Q  We've looked at invoices and so forth for
5 say conventional 85 octane and the word "G" is there
6 which I'm told means generic.
7     A  Correct.
8     Q  What in addition to the octane-changing
9 additives and ethanol is put into G-grade gasoline?
10    A  In G-grade gasoline, the minimum amount
11 of additives that are required by the federal
12 government are added to that fuel.
13    Q  And what are they?
14    A  They are deposit control additives. They
15 form a couple different functions, but mainly you can
16 roll them up in that functionality called deposit
17 control. That's engine deposit control.
18    Q  Essentially to keep fuel injectors from
19 gumming up?
20    A  Not necessarily at that level,
21 unfortunately.
22    Q  Okay. All right. Well, I won't get into
23 that part although I'm interested. I take it there's
24 more than one additive --
25    A  There can be multiple --

3 (Pages 9 to 12)

VANCE KOPP - MARCH 8, 2012

Page 13

1  Q  -- at the G level?
2  A  There can be. Now, are we talking about
3  Suncor's facility?
4  Q  Suncor G fuel.
5  A  There is a single additive used.
6  Q  What is that?
7  A  That is referred to -- during this period
8  of time that I'm aware of, it was referred to as
9  HiTEC 6560 and 6590.
10 Q  And what would be the decision-making
11 process as to which to use, or is there always both
12 used?
13 A  Those were an evolutionary fuel. There
14 was a prior product of the current version.
15 Q  And HiTEC is supplied by a vendor to
16 Suncor?
17 A  That's correct. It's a brand name.
18 Q  So today it would be the -- well, let's
19 say in 2011, which of the HiTEC products was used as
20 that base additive?
21 A  And you're -- the only reason I hesitate
22 for a moment is because as I mentioned to you, I left
23 in March.
24 Q  All right.
25 A  At that time we were using 6560.

Page 14

1  Subsequent to that period of time they have changed to
2  6590.
3  Q  All right.
4  A  I do not know the exact date.
5  Q  Did 6590 just replace 6560?
6  A  Yes. Yes.
7  Q  And we've been looking at an invoice with
8  roughly 5,000 gallons. How much 6560 is in
9  5,000 gallons?
10 A  For the G-grade?
11 Q  Yeah.
12 A  It's dosed at -- you said 6560 or 6590?
13 Q  Well, let's stick with 6590, the current.
14 I'm just trying to get an idea at this point.
15 A  Okay. That is dosed at .08 something
16 gallons per thousand gallons.
17 Q  And is this dosing done as the fuel is
18 going through the dispenser into the truck?
19 A  Through the load nozzle, correct.
20 It's -- fuel is being delivered to the vehicle that is
21 dosed at that level by a control system.
22 Q  All right. Now let's switch from generic
23 to -- is it correct to say branded or something else?
24 A  You can refer to it as branded. You can
25 refer to it as proprietary. Whatever makes the most

Page 15

1  sense for you.
2  Q  Let's just call it branded because we're
3  using that word a lot.
4  A  Okay.
5  Q  What is the difference? I assume at the
6  time of dosing both branded and unbranded is the same
7  gasoline in terms of it's octane rating. Where it
8  diverges in terms of quality is at the dosing moment
9  when it gets different additives?
10 A  That would be correct for a constant
11 octane product. So the unadditized fuel prior to being
12 additized would be what we refer to as fungible fuel at
13 that point. It can be used for either purpose.
14 Q  Either branded or unbranded?
15 A  Correct.
16 Q  And there would be a regular fungible
17 fuel and a premium fungible fuel?
18 A  Correct.
19 Q  Does Suncor sell mid-grade at the rack,
20 or is that always the customer's blending at the pump?
21 A  They do not sell it at the rack.
22 Q  All right. So at the rack, then, the
23 difference between branded and unbranded is the
24 additives that are put in at that moment of dosing?
25 A  Yeah, the amount and type.

Page 16

1  Q  All right.
2  A  It may or --
3  Q  Okay. Let's -- now, does that amount and
4  type vary -- for instance, while you were there, does
5  it vary between Shell and Phillips 66?
6  A  Yes, it does.
7  Q  All right. Let's start with Shell. What
8  is different about the amount and type in the Shell
9  product versus the generic product?
10 A  Shell uses a proprietary additive that is
11 theirs and theirs alone that is supplied by them
12 through their vendor. And those dose rates we talked
13 about are set by Shell with the main purpose of
14 maintaining their brand quality.
15 Q  What's the name of that additive?
16 A  I believe it's referred to now as
17 NEMO 1121. It goes through an evolutionary process
18 Q  Does Shell sell that additive to anybody
19 else or they only put it in their fuel?
20 A  Only their fuel. They maintain very
21 tight control over that additive and how it's used and
22 where it's used.
23 Q  Is the formulation of that fuel -- I'm
24 sorry -- that additive a trade secret?
25 A  To the best of my knowledge.