SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

CONFIDENTIAL

### 2008

| Company | Amount |
|---|---|
| WESTERN CONVENIENCE | 59,072,597 UG6 ← |
| PESTER MARKETING CO | 45,707,519 UG6 |
| FMI RACK | 37,879,806 UG6 |
| DATS TRUCKING | 38,943,664 UG6 |
| SB FUELS OF WYOMING INC | 32,467,895 UG6 |
| OFFEN PETROLEUM INC | 32,676,297 UG6 |
| FMI CONTRACT | 29,780,641 UG6 |
| SIMONS PETROLEUM INC | 24,000,668 UG6 |
| EQUITABLE OIL PURCHASING | 12,231,628 UG6 |
| TA OPERATING CORPORATION | 12,133,137 UG6 |

### 2009

| Company | Amount |
|---|---|
| WESTERN CONVENIENCE | 71,472,568 UG6 ← |
| DATS TRUCKING | 66,237,837 UG6 |
| DILLON COMPANIES INC | [REDACTED] ← |
| OFFEN PETROLEUM INC | 49,280,329 UG6 |
| FMI RACK | 37,302,582 UG6 |
| PESTER MARKETING CO | 30,337,843 UG6 |
| FMI CONTRACT | 29,250,366 UG6 |
| SB FUELS OF WYOMING INC | 26,427,435 UG6 |
| ACORN PETROLEUM INC | 18,856,001 UG6 |
| TA OPERATING CORPORATION | 17,330,349 UG6 |

### 2010

| Company | Amount |
|---|---|
| DILLON COMPANIES INC | [REDACTED] ← |
| MINI MART INC | [REDACTED] ← |
| TRUMAN ARNOLD COMPANIES | 69,584,160 UG6 |
| DATS TRUCKING | 57,800,431 UG6 |
| OFFEN PETROLEUM INC | 44,461,740 UG6 |
| WESTERN CONVENIENCE | 35,270,747 UG6 ← |
| PESTER MARKETING CO | 22,560,591 UG6 |
| CARTER ENERGY INC | 21,104,362 UG6 |
| SOUTHERN COUNTIES OIL CO | 21,367,668 UG6 |
| SIMONS PETROLEUM INC | 20,594,318 UG6 |

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER



Exhibit 10

Deposition Exh.
5/25/12  30
MOSS       BC