Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Case No. 11-cv-01611-MSK-CBS
WESTERN CONVENIENCE STORES, INC., a Colorado
corporation, WESTERN TRUCK ONE, LLC, a Colorado
limited liability company,
 Plaintiffs,
vs.
SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,
 Defendant.
vs.
HOSSEIN AND DEBRA LYNN TARAGHI,
 Third-Party Defendants.
---------------------------------------------------

DEPOSITION OF CHRISTOPHER WEHRLE
January 10, 2013
CONTAINS HIGHLY CONFIDENTIAL TESTIMONY

---------------------------------------------------

            Deposition location:
            555-17th Street, Suite 3200
            Denver, Colorado

APPEARANCES:

      KENNETH R. BENNINGTON, ESQ.
      BENNINGTON JOHNSON BIERMANN &
      CRAIGMILE, LLC
      370-17th Street, Suite 3500
      Denver, Colorado 80202

          and

Page 2

1      PHILIP W. BLEDSOE, ESQ.
       POLSINELLI SHUGHART, P.C.
2      1515 Wynkoop Street
       Suite 600
3      Denver, Colorado 80202
4          For the Plaintiffs.
5      ANTHONY J. SHAHEEN, ESQ.
       HOLLAND & HART, LLP
6      555-17th Street
       Suite 3200
7      Denver, Colorado 80202
8          For the Defendant.
9  ALSO PRESENT: MICHAEL KORENBLAT, ESQ.
                 STEVEN EWING
10
11     The deposition of CHRISTOPHER WEHRLE,
12 called for examination by the Defendant, was taken in
13 the offices of HOLLAND & HART, LLP, 555-17th Street,
14 Suite 3200, Denver, Colorado, commencing at 9:37 a.m.
15 on January 10, 2013, before Patricia M. Wrede of
16 Avery/Woods Reporting Service, Inc., 455 Sherman
17 Street, Suite 250, Denver, Colorado 80203, a
18 Registered Professional Reporter and a Notary Public
19 in and for the State of Colorado, pursuant to the
20 Federal Rules of Civil Procedure.
21 ***************

Page 3

1  INDEX OF EXAMINATION
2                       PAGE
3  EXAMINATION BY MR. SHAHEEN           4
4
5  INDEX OF EXHIBITS
6  EXHIBIT NO.              PAGE NO.
7  Deposition Exhibit No. 30        44
     (Customer List)
8  Deposition Exhibit No. 31        52
     (Western Contracts)
9  Deposition Exhibit No. 137       31
     (December 2009 E-Mail String)
10 Deposition Exhibit No. 138       37
     (September 2009 E-Mail String)
11 Deposition Exhibit No. 139       40
     (2-15-11 E-Mail, Wehrle to Landenberger)
12 Deposition Exhibit No. 140       56
     (2-3-11 E-Mail, Hagen to Wehrle)
13 Deposition Exhibit No. 141       57
     (Confirmation of Purchase/Sale Agreement)
14 Deposition Exhibit No. 142       58
     (4-21-11 E-Mail, Hagen to Wehrle)
15 Deposition Exhibit No. 143       62
     (7-19-11 E-Mail, Wehrle to Taraghi)
16 Deposition Exhibit No. 144       63
     (Dispatch Sheet 7-29-11 through 8-1-11)
17 Deposition Exhibit No. 145       64
     (Price Analysis)
18 Deposition Exhibit No. 146       75
     (April 2010 E-Mail String)
19 Deposition Exhibit No. 147       77
     (Notes of 5-8-11 Meeting)
20 Deposition Exhibit No. 148       87
     (Credit Line Cuts)
21 Deposition Exhibit No. 149       92
     (11-17-11 Letter, Holly Frontier to
22   Western)
   Deposition Exhibit No. 150       95
23   (Info re Offen Pricing)
   Deposition Exhibit No. 151       96
24   (SB Fuels Pricing Info)
   Deposition Exhibit No. 152       96
25   (Western Petroleum Pricing Info)

Page 4

1  CHRISTOPHER WEHRLE,
2  being first duly sworn to state the truth, the whole
3  truth and nothing but the truth, testified on oath as
4  follows, Mr. Bledsoe not being present:
5  EXAMINATION
6  Q.   (BY MR. SHAHEEN) Good morning,
7  Mr. Wehrle. I'm Tony Shaheen. I represent Suncor.
8  **A.   Okay.**
9  Q.   Would you state your full name for the
10 record, please?
11 **A.   Christopher Lee Wehrle.**
12 Q.   It's my understanding from your
13 testimony at the preliminary injunction hearing that
14 you're the fuel manager for Western Convenience
15 Stores.
16 **A.   Yes.**
17 Q.   How long have you been the fuel
18 manager?
19 **A.   Just over three years.**
20 Q.   And starting in when?
21 **A.   It was 9-9-09. September 9th, 2009.**
22 **That's an easy one to remember.**
23 Q.   It is.
24 (Whereupon, Mr. Bledsoe entered the
25 room and there was discussion outside the record.)

Exhibit 11              1 (Pages 1 to 4)

Page 17

1  Correct?
2  A.  Yes.
3  Q.  Were you getting a better price from
4  Sapp or Offen and DATS on a regular basis than you
5  were getting from Suncor under your contracts?
6  A.  I don't know.
7  Q.  You never looked to see?
8  A.  I don't know what they bought it for.
9  I don't know what they bought from Suncor for so I
10 can't -- I have no idea.
11 MR. BENNINGTON:  Try the question
12 again.
13 Q.  (BY MR. SHAHEEN) I understand you don't
14 know what they bought it for, but you knew the price
15 they were selling it to you for.
16 A.  Oh, okay.
17 Q.  Right?  And you knew what your contract
18 price was.  And you knew what -- through Suncor,
19 right?
20 A.  I knew my price that Suncor sent me.
21 Q.  Yes.
22 A.  I knew the price they sent me, yes.
23 Q.  So couldn't you compare the two to see
24 which price was better, Sapp, for example, versus
25 Suncor's price?

Page 18

1  A.  Versus my Suncor's price versus Sapp's
2  Suncor price I could --
3  Q.  No, versus -- I'm sorry.  Let me --
4  what I want to know is, how did the price that you
5  were paying for gas from Sapp compare with the price
6  that Suncor was offering to sell you the gas at
7  pursuant to its contracts with you?
8  A.  I could see what Sapp would charge us
9  if I went to pull on their Suncor account compared to
10 what I would pay if I went to pull on my Suncor
11 account, yes.
12 Q.  You could see that.
13 A.  I could see that, yes.
14 Q.  And how do the prices compare?
15 A.  Typically they would be a little bit
16 higher than me buying directly.
17 Q.  So the middlemen would be higher than
18 if you had bought the gas directly from Suncor?
19 A.  In most instances, yes.
20 Q.  So that being the case, why didn't you
21 just buy the gas from Suncor directly?
22 A.  We would every chance we would get, but
23 they have -- they only allow us to buy so much at
24 certain times, and we -- when we can only get a
25 certain amount, then we -- Sapp Brothers or Offen or

Page 19

1  those guys don't pull that gas there so we use their
2  accounts to pull it because we have to.  It's our
3  volume -- it's a volume issue mostly.  That's the
4  only reason we would go pull on their accounts.
5  Q.  Well, is there -- you know Mr. Moss.
6  A.  Yes.
7  Q.  And you and Mr. Moss, am I correct,
8  would negotiate these monthly contracts between
9  Western Convenience and Suncor?  Correct?
10 A.  Yeah, we would talk about them.
11 Q.  In the negotiations that you were
12 involved in after you got the job as fuel manager in
13 September of '09, did you ever say to Mr. Moss,
14 Western Convenience wants a contract to buy X amount
15 of gas, and Mr. Moss said to you, we will not sell
16 you that X amount of gas, we'll sell you some lower
17 amount under the contract?
18 A.  Mr. Taraghi made the final decisions on
19 the volume he wanted so he did -- I'd probably ask
20 him those questions on the volumes and...
21 I'd just be with him putting those
22 together, but it was his decision on how much he
23 wanted to try to contract on those, so I'm probably
24 not the one to ask the question.
25 Q.  So to make sure I understand correctly,

Page 20

1  in terms of the volume Western Convenience was going
2  to buy from Suncor, that was Mr. Taraghi's decision.
3  A.  Yes.
4  Q.  I would be correct, Mr. Wehrle, that as
5  part of your job as fuel manager, you had to have a
6  good feel for what the pricing was out in the
7  marketplace that was available to Western
8  Convenience?
9  A.  Correct.
10 Q.  During the time that you were involved
11 in your position, did you ever think that Suncor --
12 the price that Suncor was charging for its gas was
13 way out of line, way too high?
14 A.  From when I was fuel manager just --
15 Q.  Yes.
16 A.  -- the price compared -- no, I didn't
17 think they were way out of line.
18 Q.  Did you ever think that the price that
19 Suncor was charging for its gas was set in bad faith,
20 for example?
21 A.  I'm not sure I understand.
22 Q.  Well, did you ever think that the price
23 that Suncor was charging Western for its gas was
24 designed to drive Western out of business, for
25 example?

Page 41

1  They're called group suppliers more or less. Like
2  a -- there's a Growmark or a Shell, and by saying --
3  they go down during those times, it's when the group
4  goes down several days in a row, they'll move a lot
5  bigger than someone like Suncor would here locally
6  because they just -- they're -- I think it's -- their
7  products are hedge-tied to a market so they move
8  their prices with that more than on the local supply.
9  They're an outsider kind of trying to get into this
10 market. Does that make sense?
11 Q.   Yes, it makes perfect sense. So
12 compare that, the Shell approach, if you will, to
13 what you say here. You go on to say: They move
14 their prices with the market -- and you just
15 explained to me what you meant by market -- whereas
16 the Suncors and Frontiers are more tied to the local
17 situation.
18 What do you mean by that?
19 A.   Supply and demand locally. That's it
20 really. They kind of price differently. Or they
21 move differently.
22 That would probably be a question
23 better for Mr. Ewing than me.
24 Q.   Well, but you were the buyer. You
25 mean --

Page 42

1  A.   I just noticed that's how it is, what I
2  just told you. They move differently than outsiders
3  who try to come into this market.
4  Q.   Up until the time of this dispute in
5  April-May of 2011, as a buyer of -- as the fuel
6  purchaser for Western Convenience, did you have any
7  complaints about Suncor's prices?
8  A.   I don't recall.
9  Q.   Would it be fair to conclude that if
10 you did have complaints about their prices, you'd
11 remember?
12 A.   I don't know. I don't recall anything
13 about their prices at that time that I want to go on
14 the record as saying.
15 Q.   Well --
16 A.   Everyone complains about -- I'd say
17 maybe there's complaints about prices but not Suncor.
18 In general, no.
19 Q.   Yeah.
20 A.   No, I don't recall anything about them
21 in general.
22 Q.   I mean, you complained about the Valero
23 price, remember, we just went through that.
24 A.   Yeah. We complain about all the
25 prices, but I'm not going to -- no, I'm not singling

Page 43

1  out Sinclair. I don't -- or Suncor, I'm sorry.
2  Q.   How would you describe the relationship
3  between Western Convenience and Suncor as you
4  understood it prior to this dispute in April-May
5  2011?
6  A.   How much prior? Give me a timeline.
7  Q.   If it changed you tell me. If there's
8  a timeline that says the relationship changed on this
9  date, you tell me that. But just describe it. You
10 had the job from September '09, and you've still got
11 it. Dispute arises somewhere around April-May of
12 2011. So from your perspective as the fuel
13 purchaser, describe the relationship.
14 A.   It was a very strong relationship when
15 I came on board, and it remained strong it seemed
16 like until -- I can't give a specific date but maybe
17 2010 later. We kept trying to buy more and more gas
18 from them, and we weren't allowed to, and then that
19 just -- we were just wondering why because we've
20 always been -- had such a good relationship and we're
21 we thought one of their best customers. And it
22 was -- it was -- when I came on board, that's all we
23 bought from, was Suncor, and it just sort of went
24 slowly towards that way, and in the end of 2010 it
25 was really getting cut back to little percentages of

Page 44

1  what we do daily.
2  Q.   Let me back up. When you said it was a
3  very strong relationship, what did you mean by
4  strong?
5  A.   We bought all of our fuel from them
6  just about when I came on. It seemed like that was
7  where we were always going every day buying our fuel.
8  Q.   If you look at Exhibit 30, just so you
9  know, this is something that Suncor produced. It
10 shows the volumes starting in 2008. I'm reading
11 upside down. Do I have my date right?
12 A.   Yeah.
13 Q.   2009, 2010.
14 It's apparent from reading this that
15 there's a change in Western Convenience's purchases
16 from Suncor between 2009-2010, correct?
17 A.   Yeah.
18 Q.   Is that what you're referring to when
19 you were saying earlier that up until 2009 or so we
20 were buying all of our product from Suncor?
21 A.   Well, I'd say, yeah, the majority of it
22 for sure.
23 Q.   What changed? What in your mind
24 accounts for the change in 2010, the decrease in
25 volumes purchased by Western Convenience?

Page 45

1  A. They didn't give us the same amount of
2  product.
3  Q. So is it your testimony that you asked
4  for more product in a contract than Suncor was
5  willing to sell to you in 2010?
6  A. I would put that question on
7  Mr. Taraghi again because that's volumes, but you
8  can -- that -- I mean, you can see the volumes we did
9  less, but I know we needed more.
10 Q. I understand. So you --
11 A. Specifics, I would just do that with
12 Mr. Taraghi, please.
13 Q. I'm sorry, I didn't mean to interrupt
14 you. I apologize for that.
15 So you don't know the reason why the
16 volumes changed between 2009 and 2010.
17 MR. BENNINGTON: Objection. He just
18 gave you an answer.
19 MR. SHAHEEN: He said to ask
20 Mr. Taraghi.
21 A. Yeah, I mean ask him -- like you said
22 how much or -- volumes or what we asked for.
23 Q. (BY MR. SHAHEEN) Yes.
24 A. For that part ask Mr. Taraghi. From my
25 point what I saw was we were put on tighter

Page 46

1  allocations and couldn't pull as much as we wanted
2  to, was my answer. They didn't give us as much
3  product as we -- now, volumes that were asked for,
4  that's a question for Mr. Taraghi.
5  Q. But you don't -- in terms of what was
6  asked for under the contracts, you don't know why the
7  specific volumes were asked for or what the
8  negotiations were between Suncor and Mr. Taraghi with
9  respect to volumes.
10 A. Yeah, I'd go to Mr. Taraghi on the
11 contract volumes.
12 Q. And allocations, that's not unusual in
13 the industry, is it?
14 A. It happens. It's not a regular event.
15 Q. Well, Suncor isn't the only supplier
16 that allocated Western Convenience, is it?
17 A. I don't recall during that time. I --
18 we were more regulated by credit with other companies
19 because we did all of our business with Suncor. Our
20 problem with them was allocation. Our problems with
21 other companies is having the same credit line we had
22 with them. But I don't recall being in any
23 allocations at that time. I don't remember. From
24 another company.
25 Q. And you don't know how the credit

Page 47

1  limits were established with any other companies.
2  A. Most of them were already in place when
3  I came to work for Western Convenience so I don't
4  know how they were established. I filled out -- I
5  assume they filled out a credit application with
6  them. Most of those relationships had been in place
7  for many years before I got there, so I didn't have
8  to do any of that part.
9  Q. Is that a good thing?
10 A. It's not a big deal.
11 Q. Well, did you and Mr. -- if you weren't
12 getting the volumes from Suncor in 2010 that Western
13 Convenience wanted, did Western Convenience consider
14 going to a different supplier, for example, Conoco,
15 Valero, Holly Frontier?
16 A. What do you mean going to?
17 Q. Purchasing more from a different
18 supplier.
19 A. Oh, yeah. We had to.
20 Q. And did you enter -- but you didn't
21 enter into any contracts like you did with Suncor
22 with any other suppliers during this time.
23 A. No.
24 Q. Correct?
25 A. Correct.

Page 48

1  Q. And so you were just basically buying
2  on a spot basis.
3  MR. BENNINGTON: Objection to the word
4  "spot." It's ambiguous and undefined.
5  Q. (BY MR. SHAHEEN) As you needed it you'd
6  contact another supplier to see if they would provide
7  product to you. Is that correct?
8  A. Correct.
9  Q. And at any time did you go to any other
10 supplier in 2010 and say Western Convenience wants to
11 enter into a contract, be it monthly or three
12 monthly, to buy product from you?
13 A. I don't recall.
14 Q. Would Mr. Taraghi know better than you
15 about that?
16 A. You can ask him. I mean, he may have
17 had conversations about that -- you have
18 conversations all the time with people, but I don't
19 remember any conversations with that, but that would
20 be something you'd ask him if he did.
21 Q. The fact that Suncor was allocating
22 product to Western Convenience in 2010, that must
23 have made your job much more difficult. Correct?
24 A. Correct.
25 Q. Did you ever go to Mr. Taraghi yourself