## Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation, WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

Plaintiffs,

vs.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

Defendant.

vs.

HOSSEIN AND DEBRA LYNN TARAGHI,

Third-Party Defendants.

--------------------------------------------------

DEPOSITION OF EDWARD SHARPE
{AS RULE 30(b)(6) DESIGNEE OF KROGER COMPANY}
February 19, 2013

(THIS TRANSCRIPT CONTAINS TESTIMONY DESIGNATED SECRET)
--------------------------------------------------

Deposition location:
201 West 8th Street
Suite 540
Pueblo, Colorado

APPEARANCES:

PHILIP W. BLEDSOE, ESQ.
POLSINELLI SHUGHART, P.C.
1515 Wynkoop Street
Suite 600
Denver, Colorado 80202

For the Plaintiffs.

## Page 2

ANTHONY J. SHAHEEN, ESQ.
HOLLAND & HART, LLP
555-17th Street
Suite 3200
Denver, Colorado 80202
    For the Defendant.
CHRISTOPHER A. TARAVELLA, ESQ.
MONTGOMERY LITTLE & SORAN, P.C.
5445 DTC Parkway
Suite 800
Englewood, Colorado 80111
    For Kroger Company and
    Affiliates.

ALSO PRESENT: MARK GLICK
              TED TATOS

The deposition of EDWARD SHARPE, called for examination by the Plaintiffs, was taken at 201 West 8th Street, Suite 540, Pueblo, Colorado, commencing at 11:11 a.m. on February 19, 2013, before Patricia M. Wrede of Avery/Woods Reporting Service, Inc., 455 Sherman Street, Suite 250, Denver, Colorado 80203, a Registered Professional Reporter and a Notary Public in and for the State of Colorado, pursuant to the Federal Rules of Civil Procedure.

***************

## Page 3

INDEX OF EXAMINATION
                                              PAGE
EXAMINATION BY MR. BLEDSOE                      4

INDEX OF EXHIBITS MARKED/REFERRED TO
EXHIBIT NO.                                  PAGE NO.
Deposition Exhibit No. 173                     87
    (Deposition Notice)
Deposition Exhibit No. 174                     78
    (Spreadsheet Info)
Deposition Exhibit No. 192                     84
    (Vendor Info)
Deposition Exhibit No. 194                     10
    (Info re Store 14)
Deposition Exhibit No. 195                     14
    (Price Data 5-15-11 through 5-28-11)
Deposition Exhibit No. 196                     32
    (Price Data 2-1-11 through 2-7-11)
Deposition Exhibit No. 197                     39
    (Sharpe Declaration)
Deposition Exhibit No. 198                     48
    (3-11-11 Moss E-Mail re Allocation)
Deposition Exhibit No. 199                     55
    (Info re Store 52)
Deposition Exhibit No. 200                     57
    (Info re Store 57)
Deposition Exhibit No. 201                     69
    (Info re Store 59)
Deposition Exhibit No. 202                     76
    (Info re Store 91)

## Page 4

        EDWARD SHARPE,
being first duly sworn to state the truth, the whole truth and nothing but the truth, testified on oath as follows:
        EXAMINATION
    Q.  (BY MR. BLEDSOE) State your name, please.
    A.  Edward Paul Sharpe, S-h-a-r-p-e, like "Sharpie."
    Q.  Mr. Sharpe, my name is Phil Bledsoe. As I mentioned to you just a few minutes ago, I'm representing the plaintiff in this case. Loaf 'N Jug is not a party, but you have you have been designated by Loaf 'N Jug to testify on its behalf in certain areas, and I take it you have familiarized yourself with those areas --
    A.  Pretty much.
    Q.  -- and are prepared to do so.
        MR. TARAVELLA: Excuse me, counsel. We're designating this deposition transcript and exhibits secret pursuant to the supplemental protective order. Thank you.
    Q.  (BY MR. BLEDSOE) I'm going to show you some stuff as we go through here that talks a lot about -- that indicates prices for various fuels for

EDWARD SHARPE - FEBRUARY 19, 2013

Page 5

1    various locations.
2        A.   Okay.
3        Q.   It's my understanding that you are the
4    fuel manager for Loaf 'N Jug?
5        A.   Director of petroleum.
6        Q.   All right.  And it's your title so I'm
7    going to call you that.
8        A.   It's a pretty lofty title for a
9    department of one.
10       Q.   All right.  And you've been -- director
11   of petroleum for Loaf 'N Jug I take it has a number
12   of rolls, but one of them is involvement in the
13   setting of daily price.
14       A.   That's correct.
15       Q.   You've been at Loaf 'N Jug for how many
16   years?
17       A.   A little over six and -- about six and
18   a half.
19       Q.   And before that you had other petroleum
20   marketing experience, correct?
21       A.   About 25 years worth.
22       Q.   With Amoco?
23       A.   Amoco and BP.
24       Q.   All right.  And was really -- I take it
25   it's the same company after BP and Amoco combined?

Page 6

1        A.   Right.  Correct.
2        Q.   Were you involved then in the operation
3    or the price setting of -- or the setting of prices
4    for branded stations?
5        A.   For part of my career, yes.
6        Q.   Okay.  Have you always been on the
7    marketing -- sales and marketing side of the
8    petroleum business?
9        A.   Yes, marketing operations.
10       Q.   Okay.  In your time at Loaf 'N Jug,
11   have you played any role in the acquisition of
12   supply?
13       A.   No.
14       Q.   Prior to your being with Loaf 'N Jug,
15   have you had any experience in the acquisition of
16   supply?
17       A.   Yes.
18       Q.   I take it that's a little bit different
19   from somebody like Amoco that may operate its own
20   refineries.
21       A.   Yeah, it's quite a bit different.
22       Q.   All right.  You have a pretty good idea
23   of where your supply is coming from in that
24   circumstance.
25       A.   Right.  I would hope so.

Page 7

1        Q.   So in your 6-1/2 years, I think is what
2    I heard you say --
3        A.   Right.
4        Q.   -- at Loaf in jug in your department of
5    one, I take it that most of those days you have been
6    involved in the establishment of retail pricing at
7    Loaf 'N Jug convenience stores throughout the state
8    of Colorado.
9        A.   Yes.
10       Q.   Do you have involvement in that beyond
11   the state of Colorado?
12       A.   Yes.
13       Q.   Wherever there's a Loaf 'N Jug.
14       A.   Correct.  All eight states.
15       Q.   Okay.  You survey virtually every day,
16   correct?
17       A.   Yes, we do.
18       Q.   And I'd say always, but I'm sure
19   there's a day here and there that gets missed.
20            And you typically survey once a day or
21   twice a day?
22       A.   Once a day.
23       Q.   Morning or afternoon?
24       A.   Morning.
25       Q.   Do you move prices more than once a

Page 8

1    day?
2        A.   Yes.
3        Q.   Generally speaking, when you move a
4    price, what's it based on, during the day, within a
5    day?
6        A.   **Number of factors.  It can be you see
7    that the market has moved either up or down, or it
8    could be based on a wholesale move that our buying
9    price has gone up or down.  It could have to do with
10   looking up what our sales are for a given time
11   period.  We have, obviously, sales goals to meet, and
12   if we're not meeting those goals, we may move a
13   market to try and generate some volume.**
14       Q.   And when you say sales goals, you're
15   really talking about volume goals --
16       A.   Gallons.
17       Q.   -- correct?
18       A.   Correct.
19       Q.   And it's been your long experience that
20   lowering the street price will increase volumes,
21   correct?
22       A.   That's one of the factors.
23       Q.   Right.  Nothing is exclusive in this
24   business.
25       A.   Right.

2 (Pages 5 to 8)

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

Page 17

1    the things that drives pricing a bit is access to the
2    interstate or any highway, correct?
3        A.   Well, for certain locations.
4        Q.   And is Store 14 --
5        A.   Yes.
6        Q.   -- one of those locations?
7        A.   Yes.
8        Q.   And so we see here on the 16th of May
9    that Loaf 'N Jug went below Western by a penny, and
10   then if we look on the next day, Loaf 'N Jug's price
11   is the same but Western has gone lower by 3 cents.
12       A.   Correct.
13       Q.   And, again, not every day is the same
14   and nobody's trying to say that, but if I saw a price
15   differential that was the most common between Loaf 'N
16   Jug and Western, it would be 3 cents, wouldn't it, at
17   this location?
18       A.   Yes.
19       Q.   And that 3 cents also happens to be the
20   same number of cents that's offered on your discount
21   card, correct?
22       A.   Yes, the loyalty card, correct.
23       Q.   Right.  And these prices are exclusive
24   of the loyalty card, these are the posted --
25       A.   Posted --

Page 18

1        Q.   -- prices on the street?
2        A.   Posted prices on the street, correct.
3        Q.   And your loyalty card will give anyone
4    who uses it a 3 cents discount?
5        A.   Correct, 3 cents off a gallon.
6        Q.   So on those occasions when Western
7    Convenience street price is 3 cents lower, it would
8    be the same for a loyalty card holder.
9        A.   Correct.
10       Q.   And so then again if we went back to
11   the day before on the 16th, for a holder of a loyalty
12   card, there'd be a 4 cent differential for that
13   individual buyer as between Loaf 'N Jug and Western
14   on May 16th.
15       A.   At the time of the survey.
16       Q.   At the time of the survey.
17            And the one thing you can't tell
18   precisely I take it from here is that we noted that
19   the Western price had gone from 3.77 to 3.73 between
20   the 16th and the 17th survey but you can't tell when
21   that actually happened.
22       A.   No.
23       Q.   When you say your survey's in the
24   morning, 6 a.m., 10 a.m.?
25       A.   Depends on the manager.

Page 19

1        Q.   Okay.
2        A.   There's a difference between when the
3    survey is taken and when I look at it.
4        Q.   Fair enough.  When do you look at it?
5        A.   Depends on the day and what's going on.
6    I usually try to look at all surveys -- a day in my
7    life is get the cup of coffee, sit down at the desk,
8    around 8:30 I'll open up the surveys and I'll go
9    through all 170 stores that sell gasoline.
10       Q.   Is that a couple hour project?
11       A.   Some -- at the -- on a fast day.
12       Q.   Okay.
13       A.   Usually 2-1/2 to 3 hours.
14       Q.   So the survey data is collected and
15   it's sent to you.  Anybody else help you look at it?
16       A.   No.
17       Q.   And I take it that there's always
18   fluctuations kind of geographically.  Pueblo is
19   probably a little different than Colorado Springs is
20   probably a little bit different than Denver.  Is that
21   fair?
22       A.   In terms?
23       Q.   In terms of --
24       A.   Pricing?
25       Q.   Yeah, how pricing is moving and that

Page 20

1    kind of thing.
2        A.   Yeah, that's fair.
3        Q.   And the survey data is recorded and
4    sent to you, and you take a look at it, and then you
5    set the price.
6        A.   Correct.
7        Q.   What kind, if any, of discretion does
8    your store manager have about setting a price?
9        A.   They're not to move price unless they
10   contact me.
11       Q.   Okay.
12       A.   Or their district adviser.  If they
13   can't get ahold of me, their direct supervisor, but
14   they're not to move price unless it comes through my
15   office or through their district adviser.
16       Q.   Because one of the things you're
17   looking at is you're looking at the bigger picture,
18   not just what's happening on the corner of Elm and
19   Main.
20       A.   Correct.
21       Q.   And that big picture includes a number
22   of inputs into the pricing decision, right?
23       A.   Right.
24       Q.   Including the wholesale price, correct?
25       A.   Right.

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

Page 29

1  it?
2  Q. No, it doesn't.
3  A. Consumers say gas goes up on --
4  Q. That was going to be my question. 5 Historically wouldn't that be accurate, that prices 6 do increase --
7  A. You know, it really isn't accurate.
8  Q. Just an urban myth?
9  A. Yeah, it really is. If you look 10 through history, it's -- it usually will go up after 11 the holiday.
12  Q. Okay. There is typically a spring and 13 summer increase though, isn't there, compared to a 14 winter cost?
15  A. Yeah, they change the formula of 16 gasoline from winter blend to summer blend, and the 17 refineries go through turnaround.
18  Q. That can affect supply.
19  A. Affects supply, it affects cost.
20  Q. And just -- there's more driving in the 21 summer --
22  A. Sure.
23  Q. -- than the winter too, isn't there?
24  A. Yes.
25  Q. So there's more demand for gasoline.

Page 30

1  A. Yes.
2  Q. And that typically leads to a higher 3 price too, doesn't it?
4  A. There are certain times of the year 5 that if you look traditionally it's higher priced at 6 certain times as compared to other times.
7  Q. Sure. And historically, for example, 8 November-December are lower cost times.
9  A. Actually the time before Christmas is 10 actually a -- retail can be higher during those 11 times. During the turnaround when supply is tight, 12 wholesale costs go up, and so prices will usually go 13 up.
14  Q. Is that what's happening now, today, 15 2013?
16  A. That's what they say.
17  Q. That's what I saw.
18  A. That's what the refiners say.
19  Q. You don't play any role in procurement 20 these days, do you, at Loaf 'N Jug?
21  A. No.
22  Q. But we see, for example, staying on 23 May 27th --
24  A. Right.
25  Q. -- which is the second page here, that

Page 31

1  Western as of this survey was 3.71 so was at an 8 2 cent disadvantage, correct?
3  A. At the time of the survey.
4  Q. Again, at the time of the survey.
5  And for those people with a discount 6 card, an 11 cent disadvantage.
7  A. Correct.
8  Q. And then we see the next day that 9 Western moved to 3.60 as to the survey.
10  A. Right.
11  Q. And that Loaf 'N Jug remained at 3.63, 12 so for a 3 cent differential Western lower than 13 Loaf 'N Jug.
14  A. Correct.
15  Q. And so plainly what's happened here is 16 that Western has responded to Loaf 'N Jug lowering 17 its price, right?
18  A. Yes, I would imagine so.
19  Q. Well, I mean, that's nothing 20 surprising.
21  A. No.
22  Q. That happens all the time in the retail 23 fuel business?
24  A. That's correct.
25  Q. Somebody changes their price and the

Page 32

1  guy across the street responds.
2  A. Up or down.
3  Q. Up or down.
4  A. Right.
5  Q. And sometimes, as we see here, 6 Loaf 'N Jug goes first and sometimes Loaf 'N Jug 7 follows.
8  A. That's correct.
9  (Whereupon, Deposition Exhibit 196 was 10 marked for identification by the reporter.)
11  Q. This next exhibit, we're going to stay 12 on the same store, 14. And we're going to look at 13 seven days in February of 2011 right now on 14 Exhibit 196. I could have done 7 days in May, but I 15 didn't want to confuse with the old novel.
16  And, again, this is for your Loaf 'N 17 Jug Store 14. We see still for this time frame that 18 there's a 3 cent differential for this entire week 19 between Western and Loaf 'N Jug where Western is 3 20 cents lower than Loaf 'N Jug for all of the data.
21  Do you agree with that?
22  A. Yes.
23  Q. And we also see for this time frame 24 here that during all of that time frame, as I'm 25 looking at it, Loaf 'N Jug is lower than Gas Stop.

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

Page 41

paraphrase it -- says that businesses in the retail fuel industry are always attempting to anticipate the next move of their competitors in order to enhance their own competitive advantage.
   And you agree with that, don't you?
   A.  Yes.
   Q.  And paragraph 11 goes on to say: Allowing a direct competitor to review the pricing materials would put Loaf 'N Jug at a substantial competitive disadvantage due to the nature of the information included in the pricing materials.
   And I take it you believe that to be true.
   A.  Yes.
   Q.  And there isn't any question here that the direct competitor that's being referenced here is Western Convenience Stores, correct?
   A.  No, it would be any competitor.
   Q.  But that would include Western Convenience store.
   A.  Right.
   Q.  Because if they weren't a direct competitor, it wouldn't be that critical that they not get the information, right?
   A.  Correct.

Page 42

   Q.  So I want to turn your attention then to the first sentence of that paragraph numbered 11 of Exhibit 197 about businesses in the retail fuel industry are always attempting to anticipate the next move of their competitors.
   And I take it that next move that you're talking about here is changes in pricing. Correct?
   A.  Yes.
   Q.  And that next move in pricing could be higher or it could be lower.
   A.  Correct.
   Q.  And in terms of anticipating where somebody -- a direct competitor may be going, you're going to in your case -- and I'm going to use you as an example --
   A.  Okay.
   Q.  -- you're going to take your 30 years of experience in the retail gasoline business, your understanding of the historic markets that are involved, the differences that might be from market to market, and asking yourself where a price is headed.  Correct?
   A.  Yes.
   Q.  And you've already testified about this

Page 43

morning a little bit about some of the inputs that go into that, right?
   A.  Yes.
   Q.  But regardless of what all the inputs are, at some point at the end of the day, I take it that you in terms of making your pricing decisions are trying to make a profit, right?
   A.  In the long run, yes.
   Q.  Sure.
   A.  Hold volume, make profit.
   Q.  Exactly, exactly.  And one of things that would be pertinent to that, and, again, you alluded to it this morning and I don't think it's controversial, but sometimes you trade margin for volume.  Correct?
   A.  Yes.
   Q.  And sometimes you do it the other way around.
   A.  Correct.
   Q.  You trade volume for margin, right?
   A.  Correct.
   Q.  But at the end of the day what you're still trying to do is make a profit, correct?
   A.  Correct.
   Q.  And in terms of anticipating where

Page 44

competitors might be going, as we just referenced in here, sometimes you'll get out ahead of your competitors in terms of lowering your prices, correct?
   A.  Correct.
   Q.  Sometimes you'll get out ahead of competitors in raising your prices?
   A.  Correct.
   Q.  And then sometimes it would be true sometimes you're going to follow a competitor in lowering a price, correct?
   A.  Right.
   Q.  And sometimes you'd follow a competitor in raising prices?
   A.  Right.
   Q.  There's really kind of four possibilities, sometimes you follow, sometimes you lead.
   A.  Fair.
   Q.  Correct?
   A.  Fair.
   Q.  And Loaf 'N Jug is not always a price follower, as you've testified.  Sometimes you're a price leader, correct?
   A.  Correct, in certain -- yes, correct.

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

EDWARD SHARPE - FEBRUARY 19, 2013

Page 45

1  Q. And on those occasions when Loaf 'N Jug
2  is a price leader, it wouldn't surprise you if
3  Western would follow, would it?
4  A. No.
5  Q. It wouldn't surprise you if anybody
6  might follow, correct?
7  A. We would hope they would.
8  Q. All right. Well, I guess if you
9  lowered, maybe you would hope they might not.
10  A. Well, then we might question why we
11  lowered.
12  Q. Sure, sure. And this is not an exact
13  science, is it?
14  A. Right. Not at all.
15  Q. I mean, when you're gathering all that
16  data that you gather from 173 stores -- is that what
17  you said today?
18  A. Yes.
19  Q. -- I mean, there's not just some
20  computer program here.
21  A. No, this is not an exact science.
22  Q. Right. And there's some art to it if
23  you will, right?
24  A. I believe there is.
25  Q. Feel for the market as you described at

Page 46

1  the end of your testimony this morning about the
2  Pueblo market, correct?
3  A. Correct.
4  Q. And same thing might be said about a
5  number of different geographic locations.
6  A. Sure.
7  Q. And in terms of the inputs that you've
8  mentioned and in particular wholesale pricing, if
9  there's a situation where your wholesale prices keep
10  going up, I mean, it's inevitable that your price is
11  going to go up, right?
12  A. That's what wholesale price means.
13  Q. Right.
14  A. If your wholesale goes up, your price
15  goes up.
16  Q. Right, okay.
17  A. Your cost.
18  Q. Your cost, right. When we say the
19  wholesale price --
20  A. Cost.
21  Q. -- it's your cost.
22  A. Right.
23  Q. So when your costs are going up, you
24  don't have a lot of alternative, recognizing a lag
25  time, but to have your retail price follow. Correct?

Page 47

1  A. Correct.
2  Q. And if that wholesale price is a
3  disadvantageous wholesale price, higher than your
4  competitors', then you're at a competitive
5  disadvantage, right?
6  A. Yeah, I would assume, yes.
7  Q. Sure. I mean, if -- you know, and I'm
8  just going to pick a couple numbers to be exact.
9     If your wholesale price is $3.00 net of
10  discount and somebody else's wholesale price is $2.90
11  net of discount, then you've got a 10-cent
12  differential that hurts your competitive position,
13  correct?
14  A. Sure.
15  Q. And the reverse is true as well. If
16  your wholesale price is advantageous to your
17  competitors, if you have the 2.90 and the competitor
18  has the $3.00, then it's your competitors that are at
19  a disadvantage. Right?
20  A. Sure.
21  Q. And when we say disadvantage, that
22  means less profit, right? If somebody's at a pricing
23  disadvantage, the likely outcome is less profit,
24  isn't it?
25  A. Likely.

Page 48

1  Q. Do you have any role in the
2  establishment of retail locations here in Colorado or
3  wherever Loaf 'N Jug operates?
4  A. Not really. It's more the real estate
5  arm.
6  Q. Okay. Do they ever seek your input?
7  A. Yeah. Informally. We think this is a
8  good location, what do you think of this piece of
9  dirt.
10  Q. Okay.
11     (Whereupon, Deposition Exhibit 198 was
12  marked for identification by the reporter.)
13  Q. Exhibit 198 is a two-sided exhibit.
14  A. Okay.
15  Q. And it's just offered for one
16  particular piece of example that I want to ask you
17  about.
18     Exhibit 198 is an e-mail from a
19  Mr. Steve Moss at Suncor and it shows you about
20  halfway down -- I'll show you right here.
21  A. Yeah.
22  Q. -- that you're a recipient. Do you see
23  that?
24     And do you know who Steve Moss is?
25  A. Oh, yeah.

12 (Pages 45 to 48)

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

Page 53

1 Who do you think they are?
2    A.   Well, I know that my counterpart with
3 King Soopers, they give the store managers a leeway.
4 I've decided not to do that.  But -- we didn't do
5 that in Amoco.
6         I don't know who in town might do that.
7 I would guess probably some of the folks that move
8 the quickest have given that so that they don't have
9 to make the phone call.  I can usually tell that they
10 move the price -- if the price moves, you see that
11 they move it within 2 or 3 minutes, that kind of
12 gives you an indication that that person has some
13 type of pricing authority.
14    Q.   What's your understanding of the leeway
15 from your counterpart?
16    A.   That they give a -- they give a -- who
17 the direct competitors are -- they define who they
18 think they are, and if those folks move, they can
19 move.
20         For example, I know that King Soopers
21 will move their location if the -- if the Loaf 'N Jug
22 that's closest to them -- we obviously have a number
23 here -- if we have moved -- contrary to popular
24 belief, I don't call them every time we move, they
25 don't call me.  I mean, the price is up there on the

Page 54

1 sign.  If they see that we've moved, they'll go ahead
2 and move.
3    Q.   That's an interesting point.  You
4 survey one another --
5    A.   Yes.
6    Q.   -- where appropriate, correct?
7    A.   Yes.
8    Q.   And you talked about your meaningful
9 competitors, you know, I've forgotten the phrase that
10 you used, but, you know, the real competitors, and
11 sometimes that might be a King Soopers or --
12    A.   Yeah.
13    Q.   -- City Market, correct?
14    A.   Yes.
15    Q.   And in fact here within Pueblo you
16 have -- within Pueblo you've got at least one or two
17 stores that I know are included in your survey data.
18    A.   There's one King Soopers with fuel.
19    Q.   Okay.  And we're going to talk about
20 that one.
21         What I think I heard you just say
22 about, you know, following King Soopers or matching
23 King Soopers or King Soopers matching you is that
24 sometimes they're the leader and you're the follower
25 and sometimes it might be the other way around.  Is

Page 55

1 that right?
2    A.   That's correct.
3         (Whereupon, Deposition Exhibit 199 was
4 marked for identification by the reporter.)
5    Q.   Exhibit 199 are similar to what we did
6 for 194 in that it's a map of a portion of Pueblo
7 here, and this one happens to identify two different
8 Loaf 'N Jugs, the first page, and that is a
9 Loaf 'N Jug 52 is on here, correct?
10    A.   Correct.
11    Q.   That's the Loaf 'N Jug at 2405
12 Northern, right?
13    A.   Right.
14    Q.   And then Loaf 'N Jug 37 is -- actually
15 it's not shown on here but it's not too -- it's
16 further down the road on Northern, isn't it?
17    A.   It's actually on Pueblo Boulevard.
18    Q.   Okay.  North of Northern or south of
19 Northern?
20    A.   It would be south.
21    Q.   Okay.
22    A.   Ivywood.
23    Q.   It's on Ivywood?
24    A.   Ivywood.  It's on that corner.
25    Q.   It's not shown on this map --

Page 56

1    A.   Right.
2    Q.   -- but that corner of Pueblo and
3 Ivywood is on the map, right?
4    A.   Right.
5    Q.   So we've got again some pictures that
6 follow it of the Western store that's on Northern and
7 the Loaf 'N Jug that's also on Northern, right?
8    A.   Yeah, that's 52.
9    Q.   Yeah.  And then in this particular
10 circumstance, the next picture kind of has the
11 Loaf 'N Jug markings, but that's a fuel station at a
12 King Soopers, isn't it?
13    A.   Correct.
14    Q.   And so because of the co-branding, the
15 logo, et cetera, on the fuel stations has the same
16 look a little bit as the Loaf 'N Jug, right?
17    A.   Correct.
18    Q.   And then the last page in Exhibit 199
19 is a Gas Stop.
20    A.   Correct.
21    Q.   And, again, I'm going to hand you what
22 is going to be marked as 200.
23         (Whereupon, Deposition Exhibit 200 was
24 marked for identification by the reporter.)
25    Q.   And Exhibit 200 is in the format that

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

EDWARD SHARPE - FEBRUARY 19, 2013

Page 61

```
 1  is clear on that.
 2        If they were at $3.00, you'd be at
 3  3.03?
 4        A.  Our posted price.
 5        Q.  Right.  And so from your standpoint the
 6  way you analyze it, you, Mr. Sharpe, pricing for
 7  Loaf 'N Jug, when you match with a discount card,
 8  you're considering that the same price, a match,
 9  aren't you?
10        A.  Matching for those customers that use
11  the loyalty card.
12        Q.  Okay.  And is that --
13        A.  That's not 100 percent.
14        Q.  No, I understand, nobody is saying
15  that, but it's a big number, isn't it?
16        A.  Yeah, we -- it could be higher but,
17  yeah, it -- and it depends what store it's at.
18        Q.  Sure.  At some stores it's well over
19  half, isn't it?
20        A.  I'm not quite sure.
21        Q.  Okay.
22        A.  The exact number.
23        Q.  But it's a big number.  Is that fair?
24        A.  I would say that.
25        Q.  And on those circumstances where -- I
```

Page 62

```
 1  mean, the price is equivalent for a user of your
 2  discount card.  I mean, that's what you're saying,
 3  isn't it?
 4        A.  Yes, it is.
 5        Q.  Staying with Exhibit 200 then -- and
 6  that actually ties in a little bit with what you're
 7  saying here -- here you're actually allowing for
 8  Store 37 to have a greater price advantage -- or
 9  excuse me, a greater price disadvantage against
10  Western on this, right?
11        A.  Correct.
12        Q.  So you're not following Western at
13  Store 37 in the way you might at several other
14  stores.
15        A.  Correct.  At this point in time.
16        Q.  Right, right.
17        And here then we also see that the King
18  Soopers and Loaf 'N Jug price are the same for May 2
19  through 6.
20        A.  Yes.
21        Q.  And then we see that on the 7th the
22  King Soopers price dropped to 3.64.
23        A.  Correct.
24        Q.  Right?
25        Where King Soopers was maintaining a 3
```

Page 63

```
 1  cent differential between it and Western, right?
 2        A.  It appears to be that way, yes.
 3        Q.  But you stayed at Store 37 at 8 cents
 4  differential, correct?
 5        A.  Right.
 6        Q.  So, in other words, when King Soopers
 7  moved down, you did not move down as well.
 8        A.  Not at that store.
 9        Q.  Right.  And, I mean, it looks to me --
10  and I think I heard you say this is what you're
11  trying to do -- it looks to me that the pricing at
12  this time frame, May of '11, was you were looking for
13  higher margin at the time.  Is that fair?
14        A.  Well, you know, it's hard to tell
15  without seeing what the wholesale price was.  To me
16  when I look at the 3.69 both there and then down
17  towards the 15th it jumps to 3.79, I'm just guessing
18  that the wholesale price was probably moving up at
19  this time and there may have been an attempt on our
20  part to move -- we probably moved -- if I look at all
21  of our prices on that day, I would assume that we
22  probably had every store in town at 3.69 --
23        Q.  All the Loaf 'N Jugs?
24        A.  All our Loaf 'N Jugs.
25        And then again we moved up again it
```

Page 64

```
 1  looks like on the 12th another dime.  So usually when
 2  we move up -- that big of a move up is usually
 3  because wholesale prices are creeping up and, you
 4  know, you -- you usually get a price change -- at
 5  whatever your margin is, it can be this big
 6  (indicating) and then all of a sudden every day goes
 7  by and it's a 2 cent up, it's a 3 cent up, till
 8  finally it squeezes the margins that you jump up.
 9  You know, the consumer is always, "You jumped up a
10  dime."  Well, it's because over the past six days my
11  costs have increased a dime.  So I ate some of it for
12  a while.  And so the consumer is always wondering
13  why, you know, you move down 2 cents but you move up
14  10.  And that's what's really happening.  What they
15  don't see is the wholesale price, which is the hidden
16  factor in here, is the wholesale price, because there
17  would have been no reason to jump a dime without your
18  cost going up.
19        And my guess is, is that we all went up
20  to 3.69, including King Soopers.  It appears they
21  made the decision that they had held long enough and
22  were going to get back to be within 3 cents of
23  Western.
24        Q.  And you've described the process going
25  up.
```

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER