CONFIRMATION OF PURCHASE/SALE AGREEMENT



CONFIDENTIAL

Date: January 31, 2011
Contract No: WCS-1A043

| To: | Western Convenience<br>6746 S. Parkway #125<br>Centennial, CO 80112 | From: | Suncor Energy (U.S.A.) Inc.<br>7800 E. Orchard Road, Suite 300<br>Greenwood Village, CO 80111 |
|---|---|---|---|
| Representative: Chris Wehrle<br>Phone Number: 303 706-0340<br>Fax Number: 303 706-0345<br>e-mail address: chris.w@westernconveniencestores.com | | Representative: Steve Moss<br>Phone Number: 303 793-8027<br>Fax Number: 303 793-8003<br>e-mail address: SMoss@Suncor.com | |

The following confirms the terms of the agreement entered into on January 31, 2010 by and between Suncor Energy (U.S.A.) Inc. ("Suncor") and Western Convenience, a Colorado Corporation ("Counterparty"), upon which Suncor agrees to sell and deliver, and Counterparty agrees to purchase and receive, the quantity of Product(s) under the terms set forth below:

1. Term: The term of this Spot agreement shall commence on February 1, 2011 and terminate on April 30, 2011.

2. Product(s): E-10
   #2 ULSD

3. Specifications: Seasonal ASTM specifications.

4. Quantity: E-10: 30,000 BLS/per month
   #2 ULSD: 5,000 BLS/per month

5. Price: E-10:      SUNCOR U E-10 LESS 4.5CPG
   #2 ULSD:  SUNCOR U RACK LESS 4CPG

   All prices in U.S. dollars. Counterparty shall pay all applicable taxes in addition to the price of the Products as specifically set forth in Section 6 of the General Terms and Conditions.

6. Delivery Point/Title:  SUNCOR EAST/WEST RACK VIA TRUCK

7. Payment: Net 10 terms

8. Credit: Counterparty agrees that if Suncor elects to extend any credit to Counterparty under this Agreement, such extension of credit shall be on such terms as Suncor shall specify, in its sole discretion, and that Counterparty shall be required to obtain and maintain a Letter of Credit in an amount and with a financial institution approved by Suncor. Suncor reserves the right to modify or withdraw any credit or credit terms at any time without notice to Counterparty.

Exhibit 13

141
Wehrle
1/10/13

## CONFIRMATION OF PURCHASE/SALE AGREEMENT



CONFIDENTIAL

Date: January 31, 2011
Contract No: WCS-1A043

This Confirmation is entered into pursuant to and is governed by the Master Product Purchase and Sale Agreement between the parties hereto, including but not limited to the General Terms and Conditions attached as Exhibit A thereto (and the Confidentiality obligations thereunder). This Confirmation may be executed in counterparts and delivered by e-mail or fax, and each counterpart so delivered shall constitute an original, and together constituting one instrument.

| SUNCOR ENERGY (U.S.A.) INC. | WESTERN CONVENIENCE |
|---|---|
| By:_____ | By: /s/ Chris Wehrle |
| Print Name: Steve Ewing | Print Name: Chris Wehrle |
| Title: Director, Rack Forward Sales | Title: Fuel Manager |
| Date:_____ | Date: 2/3/2011 |

PLA066491