| | |
|---|---|
| **From:** | Maestas, April </O=SUNCOR_INC/OU=OSG/CN=AD OBJECTS/CN=SUNCOR ENERGY USA/CN=USERS AND GROUPS/CN=ARSMITH> |
| **Sent:** | Wednesday, May 11, 2011 4:45 PM |
| **To:** | Archambault, Melanie <marchambault@suncor.com>; Chilson, Laurie A. <lchilson@suncor.com>; Dittmer, Kathryn <kdittmer@suncor.com>; Ewing, Steven J. <SEwing@Suncor.com>; Gallagher, John <jgallagher@suncor.com>; Gillespie, Christopher <CGillespie@Suncor.com>; Hazell, James <jhazell@Suncor.com>; Higgins, Ben <bhiggins@Suncor.com>; Hudson, Karen <khudson@Suncor.com>; Jackson, Jonathan <JJackson@Suncor.com>; Kleeman, Alan <AKleeman@Suncor.com>; Kopp, Vance <VKopp@Suncor.com>; Levasseur, Myriam <mlevasseur@suncor.com>; Levins, Leah <LLevins@Suncor.com>; Ley, Josh <JLey@Suncor.com>; Lowe, Annie <ALowe@Suncor.com>; Maestas, April <amaestas@Suncor.com>; Mehta, Jay <JMehta@suncor.com>; Mendoza, Jenny <jmendoza@Suncor.com>; Moss, Steve <SMoss@suncor.com>; Nygren, Leif <lnygren@suncor.com>; Piscatelli, James <JPiscatelli@Suncor.com>; Schreiber, Norb <nschreiber@Suncor.com>; Schultz, Karen <KSchultz@Suncor.com>; Shields, Angela <ashields@suncor.com>; Shimoda, Laurie <lshimoda@Suncor.com>; Stobie, Gayle <gstobie@Suncor.com>; Taylor, Bruce <BTaylor@Suncor.com>; Thonen, Nancy <NThonen@Suncor.com>; Thornton, Louise <lthornton@suncor.com>; Vejnar, Doug R. <DVejnar@Suncor.com>; White, Gary Jr (Denver) <GaWhite@Suncor.com>; Yeung, Douglas <dyeung@suncor.com>; Zaludek, Dave <dzaludek@suncor.com> |
| **Subject:** | Meeting Notes for Light Oil Optimization meeting on May 11, 2011 |
| **Attach:** | 5-09-11 LOOP Graphmtg.xls |

<<...>>

Safety
Remember to clean lint out from under and around your clothes dryer in addition to cleaning the vent line and the lint trap at least once a year. Person in group had to make a repair on their dryer over the weekend and discovered evidence that a small fire had burned under the dryer. Luckily it extinguished itself instead of catching the house on fire.

Refinery Update --



```
May 1 - 10           MTD    Plan   Budget
Total Crude, mbd     82.3   93     100.5
Gasoline, mbd  37.7  49     50.5
Distillates, mbd     24.4   28.2   35.7
Intermediate Build/Draw, mbbls  30.4  -108.4  -65.1
```

Gasoline and Diesel production numbers include slopped barrels so they may be overstated.

The #2FCC was turned over to operations early this morning after unplugging the feed and slurry nozzles. It is in start-up and expected to have products to storage early morning of 5/12. The #2 CU rate has been restricted while the #2 FCC has been down because the sweet gas oil tank temperature is too high without the FCC taking the majority if the hot gas oil. #2 CU at reduced rate has restricted #2 Reformer rate due to lack of feed. Gasoline blending at P2 is

out of balance without a debut gasoline stream.

The #1 Reformer is expected to take feed and have reformate to storage this afternoon. The sour naphtha tank has about one days available capacity remaining. If #1 Reformer is not started up by the end of shift the #1 CU and #3 CU rate will be cut to minimum. Gasoline blending is significantly impaired without reformate. The debut gasoline RVP is too high, LSR octane is too low. A 30 mbbl pipeline batch was cut yesterday, and another 10 kbbl batch will be cut tomorrow if the #1 Reformer is not restarted by 1 am. Sales have already been cut to 28 kbpd to maintain minimum truck rack contracts.

The #2 HDS tube replacement is almost complete. The unit is expected to start-up with products to storage on May 13. T-777, the #2 HDS feed tank is completely full, so #1 CU and #3 CU rates have been limited to avoid overfilling the tank.

T-20 transmix tank, is full so all pipeline interface, slop and jet buffers have to go to crude tanks and will back out crude to #2 CU. Need #2 FCC in operation to start to draw down T-20.

Retail:
Unlead Spot Retail Price          $ 3.81
MTD Unlead Retail Price       $ 3.70
Unlead Spot Margin                $ .09 cents
MTD Unlead Margin                 $ .16 cents

Diesel Spot Retail Price          $ 4.05
MTD Diesel Retail Price           $ 4.04
Diesel Spot Margin                $ .36 cents
MTD Diesel Margin                 $ .25 cents

National Average Unlead $ 3.96, Diesel $4.14

Restored Unlead to $3.79 on Tuesday; limited support in Denver

Wholesale:
Our gasoline inventory in Fountain is out, and will be out until Saturday when we can hopefully ship a pipeline batch to them. Frontier is the only supplier with gasoline in Fountain and they will run-out on Saturday. They will not float any barrels to us.

Denver Rack is allocated to 28,000 bpd (no ethanol) on a daily basis to keep from running out. Plan to keep allocations until May 20th, then raise sales to 34,000 bpd (no ethanol).

Plan to start trucking in gasoline from out-of-state to at least meet contacted volume of 8000 bpd (with ethanol). This will cost a lot, but is better than losing the contracts. Estimated cost is $110,000/day assuming 5 cpg trucking fee and 28 cpg gasoline differential from National average to Denver average. The pipeline from Billings is idle due to lack of product to push barrels. Borger is having issues. Frontier Cheyenne is still down, and Sinclair's operation has been unreliable. Valero may be able to supply additional volume.

==Plan to cancel contract with Western Convenience due to poor credit and differences in operating philosophy. The contract is for 60 mbbls/month and will reduce demand until it can be replaced.==

Trading Update -
DOE Stats -
Crude inventory       +3.8    MMbbls
Gasoline inventory    -1.3    MMbbls
Distillate inventory  -0.8    MMbbls
Refinery Utilization  81.7%   up 1.1%

Crude build supports draw in light oils. Concerns about flooding refineries and production facilities along Mississippi River are driving up crude prices.

Looking for gasoline purchases to support contracted volume. Purchased 50 mbbls from Valero during the meeting. Not sure about timing of import.

**Average Retail Gasoline Price**
US $3.98/gal up 3 cpg
Denver $3.70/gal up 5 cpg

Graph Review
Gasoline Graph:

- May production assumes #2 FCC is up on May 13, allowing #2 CU and #2 Reformer rate increase and #1 Reformer is up today, May 11.
- Blender thinks we can support 28 - 30 mbd truck rack sales (given the assumptions above) until May 20th, then can increase to 34 mbd. Hit very low points on May 17 and 19.
- subPUL purchases of 160 bpm June - Sept are placeholders and can be reduced if demand drops.
- Discussed outage in Fountain. We sell 8000 bpd oxy gasoline. Can't allow them to come to Denver to pick up. Need to start trucking in from out of state to cover outage.
- Order of outages should be Grand Junction, Fountain, then refinery. Protect refinery sales as much as possible.

LM Graph:

- Recovering nicely.

#2 ULSD Graph:

- The truck demand is too high by about 50 mbbls due to the current allocations in place and high prices to keep sales reduced. This was corrected during the meeting so the LOOP info matches what we expect but not the demand nom sheet.

Jet/No.1 Graph:

- The summer purchases are placeholders and can be adjusted.

Action Items-

1. (10/4) - **Validate the Grand Junction natural gasoline blending economics** - Ben and James will meet on this next week to finalize.
2. (2/9) - **Determine if we need to import subPUL this summer** - Closed - yes it is economic to import subPUL if sales are there to support it. Already purchased for May.
3. (3/30) - Need to **open up Gasoline, LM and ULSD sales significantly when units start up from turnaround.** Closed - This is now a regular LOOP discussion item.
4. (5/4) - Look for opportunities to **push more diesel through the #4 HDS to relieve #3**

**HDS limitations**: Update - Angela has started work with the CFT and Project Engineer to develop a test plan during next week's #4 HDS ULSD production test run.