12/22/2010

| Customer | Name | Credit Limit | Balance | Current Due | 1 To 10 | 11 To 30 | 31 To 60 | 61 To 90 | Over 90 | Total Overdue |
|---|---|---|---|---|---|---|---|---|---|---|
| 1000926 | CONOCOPHILLIPS | 500,000 | 340 | 340 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001218 | WESTERN REFINING SOUTHWEST, IN | 500,000 | 1,021 | 0 | 1,021 | 0 | 0 | 0 | 0 | 1021 |
| 1001219 | SINCLAIR OIL CORP | 50,000 | 2,077,227 | 758,718 | 1,652,499 | -333,989 | 0 | 0 | 0 | 1318510 |
| 1001223 | VALERO MARKETING & SUPPLY | 20,000,000 | 7,379,460 | 3,585,797 | 3,805,133 | -11,469 | 0 | 0 | 0 | 3793664 |
| 1001236 | KUGLER OIL COMPANY | 20,000 | 5,248 | 5,248 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001249 | J R SIMPLOT CO | 500,000 | 402,477 | 196,159 | 126,655 | 79,664 | 0 | 0 | 0 | 206319 |
| 1001250 | CONOCOPHILLIPS COMPANY | 19,500,000 | 2,503,350 | 2,194,444 | 0 | 308,906 | 0 | 0 | 0 | 308906 |
| 1001258 | CHS INC | 400,000 | 20,664 | 20,664 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001259 | EQUILON ENTERPRISES | 1,000,000 | 25,579 | 12,822 | 12,757 | 0 | 0 | 0 | 0 | 12757 |
| | Total JAMES PISCATELLI | | 12,415,366 | 6,774,191 | 5,598,063 | 43,111 | 0 | 0 | 0 | 5641174 |
| | Total Percent | | 100 | 55 | 45 | 0 | 0 | 0 | 0 | 45 |
| 1000068 | WESTERN PETROLEUM COMPANY | 300,000 | 24,710 | 24,710 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001188 | MINI MART INC | 5,000,000 | 10,081,910 | 10,081,910 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001190 | OFFEN PETROLEUM INC | 1,500,000 | 1,514,668 | 1,514,668 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001205 | REGIONAL TRANSPORTATION | 750,000 | 336,812 | 336,812 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001207 | SKYWEST AIRLINES INC | 1 | -374,019 | 0 | 54,518 | -428,538 | 0 | 0 | 0 | -374020 |
| 1001208 | UNION PACIFIC RR CO | 2,000,000 | 1,873,344 | 1,559,034 | 275,364 | 0 | 0 | 22,665 | 16,282 | 314311 |
| 1001209 | UNITED AIRLINES INC | 1 | -1,533,657 | 0 | 800,580 | -2,334,237 | 0 | 0 | 0 | -1533657 |
| 1001210 | TA OPERATING CORPORATION | 800,000 | 1,187,464 | 1,187,464 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001211 | SIMONS PETROLEUM INC | 3,000,000 | 2,393,047 | 2,393,047 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001212 | DATS TRUCKING | 1,700,000 | 2,913,223 | 2,913,223 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001213 | GRAY OIL COMPANY INC | 250,000 | 207,532 | 207,532 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001217 | WESTERN CONVENIENCE | 3,000,000 | 1,673,831 | 1,673,831 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001221 | THE CIGARETTE STORE CORP | 500,000 | 373,729 | 373,729 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001224 | CITYSERVICE VALCON LLC | 250,000 | 147,697 | 147,697 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001225 | DILLON COMPANIES INC | 5,000,000 | 7,658,557 | 7,658,557 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001227 | FRONTIER AIRLINES | 1 | 172,601 | 0 | 196,453 | -23,851 | 0 | 0 | 0 | 172602 |
| 1001229 | EQUITABLE OIL PURCHASING | 2,500,000 | 282,984 | 282,984 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001230 | BNSF RAILWAY CO | 2,000,000 | 2,763,297 | 2,222,733 | -11,654 | 0 | 491,323 | 60,896 | 0 | 540565 |
| 1001232 | GROENDYKE TRANSPORTATION | 100,000 | 72,355 | 52,066 | 0 | 20,290 | 0 | 0 | 0 | 20290 |
| 1001237 | PILOT TRAVEL CENTERS LLC | 500,000 | 1,221,537 | 1,221,537 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001242 | LOCO INC | 400,000 | 418,645 | 418,645 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001244 | AVFUEL CORPORATION | | 64,314 | 64,314 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001254 | SOUTHWEST AIRLINES | 3,000,000 | 1,983,032 | 1,221,412 | 761,620 | 0 | 0 | 0 | 0 | 761620 |
| 1001260 | SOUTHERN COUNTIES OIL CO | 2,500,000 | 1,510,384 | 1,598,530 | 0 | -88,146 | 0 | 0 | 0 | -88146 |
| 1001261 | THE KROGER COMPANY | 250,000 | 287,026 | 287,026 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001310 | AIRTRAN AIRWAYS INC | 1 | -120,208 | 0 | 278,687 | -398,894 | 0 | 0 | 0 | -120207 |
| 1001355 | MANSFIELD OIL COMPANY | 200,000 | 647,877 | 647,877 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001360 | GREAT LAKES AVIATION | 1 | -171 | 0 | -171 | 0 | 0 | 0 | 0 | -171 |
| 1001391 | WORLD FUEL SERVICES INC | 500,000 | 313,881 | 313,881 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001393 | EPIC AVIATION LLC | 1,500,000 | 956,077 | 956,077 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001555 | BRAD HALL & ASSOCIATES, INC | 800,000 | 469,968 | 469,968 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001726 | WESTERN PETROLEUM INC | 1 | 1,355,021 | 1,355,021 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001770 | TRUMAN ARNOLD COMPANIES | 5,000,000 | 5,677,794 | 5,677,794 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001780 | MUSKET CORPORATION | 3,000,000 | 994,133 | 994,133 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001911 | SAPP BROS INC | 1,200,000 | 2,275,153 | 2,275,153 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Total STEVE MOSS | | 49,824,548 | 50,131,363 | 2,355,397 | -3,253,376 | 491,323 | 83,560 | 16,282 | -306814 |
| | Total Percent | | 100 | 101 | 5 | -7 | 1 | 0 | 0 | -1 |
| 1000922 | SCHRADER OIL CO | 1,500,000 | 1,782,155 | 1,782,155 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001171 | ACORN PETROLEUM INC | 1,500,000 | 1,335,440 | 1,335,440 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001172 | BENS GAS HOUSE INC | 57,000 | 22,441 | 22,441 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001173 | BLACKWELL OIL CO INC | 200,000 | 242,390 | 242,390 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001174 | CARTER ENERGY INC | 1,000,000 | 1,418,759 | 1,418,759 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001181 | WESTERN REFINING WHOLESALE, IN | 400,000 | 55,978 | 55,978 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001182 | DJ PETROLEUM INC | 100,000 | 297,429 | 297,429 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001184 | EVERGREEN OIL CO | 400,000 | 41,600 | 41,600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001185 | FEATHER PETROLEUM CO | 750,000 | 454,725 | 454,725 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001186 | GREENE BROS GAS & OIL CO | 165,000 | 168,759 | 168,759 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001187 | HARPEL OIL CO | 800,000 | 1,078,550 | 1,078,550 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001189 | MONUMENT OIL CO | 1,000,000 | 1,024,829 | 1,024,829 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001191 | DURAN OIL CO | 280,000 | 535,768 | 535,768 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001192 | PARISH OIL CO INC | 200,000 | 482,308 | 482,308 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001193 | PETROLEUM MANAGEMENT LLC | 400,000 | 545,652 | 545,652 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001194 | SILCO OIL CO | 800,000 | 630,812 | 630,812 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001196 | SWALLOW OIL CO | 600,000 | 847,045 | 847,045 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001198 | MARCUM OIL & GAS | 500,000 | 270,552 | 270,552 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001199 | WALLACE GAS & OIL CO | 70,000 | 173,147 | 173,147 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001200 | WALLACE OIL CO | 400,000 | 246,329 | 246,329 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001201 | PESTER MARKETING CO | 3,000,000 | 635,557 | 635,557 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001202 | TALLMAN OIL CO | 75,000 | 57,098 | 57,098 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001203 | REX OIL CO INC | 1,000,000 | 824,736 | 824,736 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001204 | G & S SERVICES COMPANY | 1,000,000 | 234,954 | 234,954 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001367 | WESTERN PETROLEUM CO | 500,000 | 1,478,414 | 1,478,414 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001845 | DOOLEY OIL INC | 1 | 841,666 | 841,666 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001846 | BEAVER PARK INVESTMENTS INC | 1,000,000 | 755,870 | 755,870 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001847 | BALMAR MANAGEMENT GROUP LLC | 1 | 459,761 | 459,761 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001848 | STAR FUEL OF OKLAHOMA LLC | 1 | 160,381 | 160,381 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001849 | RED EAGLE OIL INC | 500,000 | 236,498 | 236,498 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Total LAURIE CHILSON | | 17,339,603 | 17,339,603 | 0 | 0 | 0 | 0 | 0 | 0 |

Exhibit 15

| ID | Name | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Total Percent** | | 100 | 100 | 0 | 0 | 0 | 0 | 0 | **0** |
| **1000923** | COLUMBIAN CHEMICALS CO | **1,000,000** | 629,338 | 629,338 | 0 | 0 | 0 | 0 | 0 | **0** |
| **1000924** | OWENS CORNING SALES INC | **1,000,000** | 901,360 | 847,884 | 40,235 | 13,241 | 0 | 0 | 0 | **53476** |
| **1000925** | CABOT CORPORATION | **2,000,000** | 92,977 | 92,977 | 0 | 0 | 0 | 0 | 0 | **0** |
| **1000931** | UNITED ASPHALTS INC | **200,000** | 273,404 | 273,404 | 0 | 0 | 0 | 0 | 0 | **0** |
| **1001257** | THE SWT GROUP | **800,000** | 1,447,656 | 1,447,656 | 0 | 0 | 0 | 0 | 0 | **0** |
| **1001402** | COLORADO ASPHALT SERVICES INC | **700,000** | 90,374 | 90,374 | 0 | 0 | 0 | 0 | 0 | **0** |
| **1001403** | AGGREGATE INDUSTRIES | **2,000,000** | 1,839,338 | 1,839,338 | 0 | 0 | 0 | 0 | 0 | **0** |
| **1001404** | SCHMIDT CONSTRUCTION CO (DBA) | **1,600,000** | 37,087 | 37,087 | 0 | 0 | 0 | 0 | 0 | **0** |
| **1001406** | BRANNAN SAND AND GRAVEL CO | **800,000** | 13,607 | 13,607 | 0 | 0 | 0 | 0 | 0 | **0** |
| **1001410** | ASPHALT SPECIALTIES CO INC | **1** | 47,665 | 47,665 | 0 | 0 | 0 | 0 | 0 | **0** |
| **1001411** | CONNELL RESOURCES INC | **600,000** | -12,546 | 21,720 | 0 | -34,266 | 0 | 0 | 0 | **-34266** |
| **1001413** | LAFARGE N AMERICA | **7,500,000** | 243,513 | 243,513 | 0 | 0 | 0 | 0 | 0 | **0** |
| **1001415** | ELAM CONSTRUCTION | **1,000,000** | 26,491 | 26,491 | 0 | 0 | 0 | 0 | 0 | **0** |
| **1001416** | CENTENNIAL STATE PAVING INC | **100,000** | 131,416 | 131,416 | 0 | 0 | 0 | 0 | 0 | **0** |
| **1001417** | A & S CONSTRUCTION CO | **250,000** | 35,825 | 35,825 | 0 | 0 | 0 | 0 | 0 | **0** |
| **1001419** | ROCKY MOUNTAIN MATERIALS & ASP | **1** | 46,264 | 46,264 | 0 | 0 | 0 | 0 | 0 | **0** |
| **1001425** | DENVER IND SALES & SERV CO | **100,000** | 26,371 | 26,371 | 0 | 0 | 0 | 0 | 0 | **0** |
| **1001445** | STAKER & PARSON COMPANIES | **1** | 1,253,458 | 1,253,458 | 0 | 0 | 0 | 0 | 0 | **0** |
| **1001455** | THE CITY AND COUNTY OF DENVER | **750,000** | 135,693 | 0 | 135,693 | 0 | 0 | 0 | 0 | **135693** |
| **1001457** | PREMIER PAVING INC | **300,000** | 1,321,132 | 185,243 | -128,666 | 0 | 624,085 | 640,470 | 0 | **1135889** |
| **1001458** | UNITED COMPANIES OF MESA COUNT | **1** | 61,619 | 61,619 | 0 | 0 | 0 | 0 | 0 | **0** |
| **1001645** | THE KIESEL COMPANY | **250,000** | 484,433 | 484,433 | 0 | 0 | 0 | 0 | 0 | **0** |
| **1001650** | PIONEER OIL, LLC | **100,000** | 247,941 | 247,941 | 0 | 0 | 0 | 0 | 0 | **0** |
| **1001655** | ASPHALT SERVICES | **1** | 2,646 | 0 | 0 | 0 | 0 | -87 | 2,733 | **2646** |
| **1001684** | COLORADO DEPARTMENT OF | **1** | 31,026 | 305 | 0 | 353 | 0 | 8,187 | 22,181 | **30721** |
| **1001687** | MESA COUNTY GOVERNMENT | **500,000** | 2,085 | 0 | 0 | 0 | 5,392 | -14,156 | 10,849 | **2085** |
| **1001692** | VISTA PAVING CORPORATION | **150,000** | 20 | 20 | 0 | 0 | 0 | 0 | 0 | **0** |
| **1001694** | CITY OF DELTA | **1** | 1,755 | 0 | 0 | 0 | 0 | 0 | 1,755 | **1755** |
| **1001706** | GARFIELD COUNTY | **1** | 592 | 0 | 0 | 0 | 592 | 0 | 0 | **592** |
| **1001708** | LA PLATA COUNTY | **1** | 60,443 | 0 | 0 | 0 | 1,087 | 0 | 59,356 | **60443** |
| **1001765** | THOMPSON TRUCKING | **1** | 237 | 0 | 0 | 0 | 0 | -1,094 | 1,331 | **237** |
| **1001775** | PARAMOUNT PETROLEUM CORPORATIO | **750,000** | 305,901 | 305,901 | 0 | 0 | 0 | 0 | 0 | **0** |
| **1001850** | A-1 CHIPSEAL CO | **1** | 3,848 | 3,848 | 0 | 0 | 0 | 0 | 0 | **0** |
| **1001856** | CITY OF PUEBLO | **1** | 3,147 | 0 | 0 | 0 | 0 | 0 | 3,147 | **3147** |
| **1001865** | LEDCOR CMI INC | **1** | 192,101 | 192,101 | 0 | 0 | 0 | 0 | 0 | **0** |
| **1001880** | MARTIN RESOURCE MANAGEMENT COR | **1** | 54,389 | 54,389 | 0 | 0 | 0 | 0 | 0 | **0** |
| **1001881** | CITY OF ASPEN | **1** | 1,235 | 472 | 763 | 0 | 0 | 0 | 0 | **763** |
| **1001885** | TELLER COUNTY GOVERNMENT | **1** | 2,980 | 0 | 0 | 0 | 540 | 0 | 2,440 | **2980** |
| | **Total NORB SCHREIBER** | | 10,036,823 | 8,640,664 | 48,025 | -20,672 | 631,695 | 633,320 | 103,792 | **1396160** |
| | **Total Percent** | | 100 | 86 | 0 | 0 | 6 | 6 | 1 | **13** |
| **1000460** | NGL SUPPLY CO LTD | **500,000** | 75,305 | 38,302 | 0 | 37,003 | 0 | 0 | 0 | **37003** |
| **1000915** | AMERIGAS PROPANE LP | **200,000** | 13,122 | 13,122 | 0 | 0 | 0 | 0 | 0 | **0** |
| **1000917** | METROGAS INC | **100,000** | 14,578 | 14,578 | 0 | 0 | 0 | 0 | 0 | **0** |
| **1000920** | FERRELLGAS LP | **100,000** | 86,677 | 86,677 | 0 | 0 | 0 | 0 | 0 | **0** |
| **1000921** | CENTENNIAL ENERGY LLC | **600,000** | 251,330 | 293,252 | -41,922 | 0 | 0 | 0 | 0 | **-41922** |
| **1000927** | PLAINS MARKETING CANADA LP | **5,000,000** | 382,083 | 369,669 | 0 | 12,414 | 0 | 0 | 0 | **12414** |
| | **Total LOUISE THORNTON** | | 823,095 | 815,600 | -41,922 | 49,417 | 0 | 0 | 0 | **7495** |
| | **Total Percent** | | 100 | 99 | -5 | 6 | 0 | 0 | 0 | **1** |
| **GRAND** | **TOTAL** | | **90,439,435** | **83,701,420** | **7,959,562** | **-3,181,520** | **1,123,018** | **716,880** | **120,073** | **6738013** |
| **GRAND** | **Percent** | | **100** | **93** | **9** | **-4** | **1** | **1** | **0** | **7** |

HIGHLY CONFIDENTIAL