| | |
|---|---|
| **From:** | Moss, Steve </O=SUNCOR_INC/OU=OSG/CN=AD OBJECTS/CN=SUNCOR ENERGY USA/CN=USERS AND GROUPS/CN=SMOSS> |
| **Sent:** | Wednesday, February 10, 2010 7:20 AM |
| **To:** | White, Robert <rwhite2@Suncor.com>; Saunders, Audrey <ASaunders@Suncor.com> |
| **Subject:** | FW: 2010-02-09 Aging.xls |
| **Attach:** | 2010-02-09 Aging.xls |

Do we need to request a bigger credit line for Dillon?

Need a 5000000 for mini mart?

Mansfield can we double their line of credit.

Stephen Moss

Manager unbranded sales

Suncor Energy (USA) Inc.

7800 East Orchard Road, Suite #300

Greenwood Village, CO  80111

Tel: 303-793-8027

Cell: 720-201-6801

smoss@suncor.com

---

**From:** Saunders, Audrey
**Sent:** Tuesday, February 09, 2010 4:22 PM
**To:** Carbone, Kendall; Chilson, Laurie A.; Cross, Linda; Joshua, Janell; LeBleu, Kerry; Mehta, Jay; Moss, Steve; Piscatelli, James; Saunders, Audrey; Schreiber, Norb; Spears, Rebecca; Suppes, Ron; Thonen, Nancy; White, Robert M.; Wilkins, John
**Subject:** 2010-02-09 Aging.xls

<<...>>

Exhibit 16

SECRET- SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER      Suncor_WCS 00044780

**2/9/2010**

| Customer | Name | Credit Limit | Balance | Current Due | 1 To 10 | 11 To 30 | 31 To 60 | 61 To 90 | Over 90 | Total Overdue |
|---|---|---|---|---|---|---|---|---|---|---|
| 1000202 | ELBOW RIVER MARKETING LP |  | 31,200 | 31,200 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1000929 | COLORADO FUELS MANUFACTURERS I | 1,500,000 | 435 | 0 | 0 | 0 | 0 | 0 | 435 | 435 |
| 1000944 | FRONTIER OIL AND REFINING CO. | 2,000,000 | 746,888 | 746,888 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001219 | SINCLAIR OIL CORP | 50,000 | 190,543 | 190,543 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001223 | VALERO MARKETING & SUPPLY | 20,000,000 | 5,622,900 | 3,487,194 | 2,135,706 | 0 | 0 | 0 | 0 | 2135706 |
| 1001240 | PETRO SOURCE PARTNERS LP | 500,000 | 18,038 | 0 | 0 | 18,038 | 0 | 0 | 0 | 18038 |
| 1001249 | J R SIMPLOT CO | 500,000 | 97,304 | 59,051 | 14,795 | 23,459 | 0 | 0 | 0 | 38254 |
| 1001250 | CONOCOPHILLIPS COMPANY | 19,500,000 | 4,463,578 | 4,463,578 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001258 | CHS INC | 400,000 | 299,782 | 120,998 | 178,785 | 0 | 0 | 0 | 0 | 178785 |
| 1001259 | EQUILON ENTERPRISES | 1,000,000 | 175,502 | 175,502 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | Total JAMES PISCATELLI |  | 11,646,169 | 9,274,953 | 2,329,285 | 41,497 | 0 | 0 | 435 | 2371217 |
|  | Total Percent |  | 100 | 80 | 20 | 0 | 0 | 0 | 0 | 20 |
| 1000922 | SCHRADER OIL CO | 500,000 | 1,140,358 | 1,140,358 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001171 | ACORN PETROLEUM INC | 1,500,000 | 555,434 | 555,434 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001172 | BENS GAS HOUSE INC | 57,000 | 36,506 | 36,506 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001173 | BLACKWELL OIL CO INC | 200,000 | 177,783 | 177,783 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001174 | CARTER ENERGY INC | 1,000,000 | 1,133,921 | 1,133,921 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001180 | CHIEF PETROLEUM CO | 300,000 | 76,605 | 76,605 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001182 | DJ PETROLEUM INC | 100,000 | 126,792 | 126,792 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001184 | EVERGREEN OIL CO | 400,000 | 70,037 | 70,037 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001185 | FEATHER PETROLEUM CO | 750,000 | 324,485 | 324,485 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001186 | GREENE BROS GAS & OIL CO | 125,000 | 103,726 | 103,726 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001187 | HARPEL OIL CO | 800,000 | 539,826 | 539,826 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001189 | MONUMENT OIL CO | 1,000,000 | 1,069,145 | 1,069,145 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001191 | DURAN OIL CO | 280,000 | 177,877 | 177,877 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001192 | PARISH OIL CO INC | 200,000 | 495,706 | 495,706 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001193 | PETROLEUM MANAGEMENT LLC | 400,000 | 625,374 | 625,374 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001194 | SILCO OIL CO | 800,000 | 867,550 | 766,640 | 100,910 | 0 | 0 | 0 | 0 | 100910 |
| 1001196 | SWALLOW OIL CO | 600,000 | 668,490 | 668,490 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001198 | MARCUM OIL & GAS | 500,000 | 256,575 | 256,575 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001199 | WALLACE GAS & OIL CO | 125,000 | 89,264 | 89,264 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001200 | WALLACE OIL CO | 400,000 | 518,947 | 518,947 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001201 | PESTER MARKETING CO | 3,000,000 | 2,158,739 | 2,158,739 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001202 | TALLMAN OIL CO | 75,000 | 80,966 | 80,966 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001203 | REX OIL CO INC | 500,000 | 840,703 | 840,703 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001787 | G2 RETAIL MANAGEMENT LLC | 100,000 | 200,663 | 0 | -27 | -22,193 | 222,884 | 0 | 0 | 200664 |
|  | Total RON SUPPES |  | 12,335,472 | 12,033,899 | 100,883 | -22,193 | 222,884 | 0 | 0 | 301574 |
|  | Total Percent |  | 100 | 98 | 1 | 0 | 2 | 0 | 0 | 3 |
| 1000068 | WESTERN PETROLEUM COMPANY | 300,000 | 34,683 | 34,683 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001188 | MINI MART INC DBA LOAF N JUG | 120,000 | 4,778,113 | 4,778,113 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001190 | OFFEN PETROLEUM INC | 1,500,000 | 1,847,790 | 1,847,790 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001205 | REGIONAL TRANSPORTATION | 750,000 | 931,896 | 931,896 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001207 | SKYWEST AIRLINES INC | 1 | -201,429 | -201,429 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001208 | UNION PACIFIC RR CO | 2,000,000 | 651,374 | 439,402 | 211,971 | 0 | 0 | 0 | 0 | 211971 |
| 1001209 | UNITED AIRLINES INC | 1 | -1,961,648 | -3,684,405 | 1,722,757 | 0 | 0 | 0 | 0 | 1722757 |
| 1001210 | TA OPERATING CORPORATION | 800,000 | 652,152 | 652,152 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001211 | SIMONS PETROLEUM INC | 3,000,000 | 1,218,978 | 1,218,978 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001212 | DATS TRUCKING | 1,700,000 | 3,407,479 | 3,489,461 | -81,982 | 0 | 0 | 0 | 0 | -81982 |
| 1001213 | GRAY OIL COMPANY INC | 250,000 | 213,426 | 213,426 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001216 | SB FUELS OF WYOMING INC | 600,000 | 938,377 | 938,377 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001217 | WESTERN CONVENIENCE | 3,000,000 | 2,482,230 | 2,482,230 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001220 | SAPP BROS TRAVEL CENTERS, INC | 500,000 | 459,460 | 459,460 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001221 | THE CIGARETTE STORE CORP | 500,000 | 342,569 | 342,569 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001224 | CITYSERVICE VALCON LLC | 250,000 | 142,785 | 142,785 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001225 | DILLON COMPANIES INC | 5,000,000 | 8,154,836 | 8,154,836 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001227 | FRONTIER AIRLINES | 1 | -3,266,735 | -113,576 | -3,153,159 | 0 | 0 | 0 | 0 | -3153159 |
| 1001229 | EQUITABLE OIL PURCHASING | 2,500,000 | 381,996 | 381,996 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001230 | BNSF RAILWAY CO | 2,000,000 | 1,125,809 | 947,651 | 161,912 | 16,246 | 0 | 0 | 0 | 178158 |
| 1001232 | GROENDYKE TRANSPORTATION | 100,000 | 16,990 | 16,990 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001242 | LOCO INC | 400,000 | 295,737 | 295,737 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001247 | COLORADO PETROLEUM PRODUCTS CO | 200,000 | 26,935 | 26,935 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001248 | HILL PETROLEUM | 300,000 | 440,849 | 440,849 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001260 | SOUTHERN COUNTIES OIL CO | 2,500,000 | 1,507,650 | 1,507,650 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001261 | THE KROGER COMPANY | 250,000 | 234,269 | 234,269 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001310 | AIRTRAN AIRWAYS INC | 1 | -80,675 | -2,039 | -78,636 | 0 | 0 | 0 | 0 | -78636 |
| 1001355 | MANSFIELD OIL COMPANY | 200,000 | 439,709 | 439,709 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001360 | GREAT LAKES AVIATION | 1 | -547,952 | -275,616 | -272,336 | 0 | 0 | 0 | 0 | -272336 |
| 1001367 | WESTERN PETROLEUM CO | 500,000 | 183,758 | 183,758 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001393 | EPIC AVIATION LLC | 400,000 | 166,169 | 166,169 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001456 | CONSOLIDATED ENERGY COMPANY | 1,000,000 | 661,619 | 661,619 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001550 | RAM OIL LTD LLP | 800,000 | 170,389 | 170,389 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001555 | BRAD HALL & ASSOCIATES, INC | 800,000 | 209,067 | 209,067 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001726 | WESTERN PETROLEUM INC | 1 | 15,593 | 15,593 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001770 | TRUMAN ARNOLD COMPANIES | 5,000,000 | 3,599,597 | 3,599,597 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001791 | CONRAD BISCHOFF | 600,000 | 608,276 | 608,276 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | Total STEVE MOSS |  | 30,282,120 | 31,755,347 | -1,489,472 | 16,246 | 0 | 0 | 0 | -1473226 |
|  | Total Percent |  | 100 | 105 | -5 | 0 | 0 | 0 | 0 | -5 |
| 1000915 | AMERIGAS PROPANE LP | 200,000 | 12,561 | 12,561 | 0 | 0 | 0 | 0 | 0 | 0 |

SECRET- SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

| ID | Name | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1000917 | METROGAS INC | 100,000 | 16,600 | 16,600 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1000921 | CENTENNIAL ENERGY LLC | 600,000 | 1,008,787 | 1,008,787 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1000927 | PLAINS MARKETING CANADA LP | 2,000,000 | 231,352 | 231,352 | 0 | 0 | 0 | 0 | 0 | 0 |
| | **Total LAURIE CHILSON** | | 1,269,299 | 1,269,299 | 0 | 0 | 0 | 0 | 0 | 0 |
| | **Total Percent** | | 100 | 100 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1000433 | WARNER PETROLEUM CORPORATION | 100,000 | 5,715,949 | 5,470,189 | 345,977 | 0 | -100,217 | 0 | 0 | 245760 |
| 1000923 | COLUMBIAN CHEMICALS CO | 1,000,000 | 349,148 | 349,148 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1000924 | OWENS CORNING SALES INC | 1,000,000 | 1,148,009 | 1,148,009 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1000925 | CABOT CORPORATION | 2,000,000 | 299,946 | 0 | 299,946 | 0 | 0 | 0 | 0 | 299946 |
| 1000928 | PONDEROSA PETROLEUM CO | 600,000 | 812,265 | 812,265 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1000931 | UNITED ASPHALTS INC | 200,000 | 132,013 | 132,013 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1000955 | VISTA PETROLEUM SERVICES | 700,000 | 349,325 | 349,325 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001257 | THE SWT GROUP | 800,000 | 2,541,285 | 2,541,285 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001402 | COLORADO ASPHALT SERVICES INC | 700,000 | 140,588 | 140,588 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001404 | SCHMIDT CONSTRUCTION CO (DBA) | 1,600,000 | 914,366 | 914,366 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001406 | BRANNAN SAND AND GRAVEL CO | 800,000 | 53,558 | 53,558 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001410 | ASPHALT SPECIALTIES CO, INC | 1 | 800,069 | 800,069 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001413 | LAFARGE N AMERICA | 7,500,000 | 2,996,758 | 2,996,758 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001425 | DENVER IND SALES & SERV CO | 100,000 | 25,083 | 25,083 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001445 | STAKER & PARSON COMPANIES | 1 | 5,412,069 | 5,412,069 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001457 | PREMIER PAVING INC | 300,000 | 11,117 | 11,117 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001580 | NK ASPHALT PARTNERS | 1 | 397,813 | 397,813 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001641 | MOUNTAIN STATES ASPHALT INC | 1 | -802,312 | 0 | -783,000 | 0 | -19,312 | 0 | 0 | -802312 |
| 1001650 | PIONEER OIL, LLC | 1 | 1,195,872 | 1,195,872 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001684 | COLORADO DEPARTMENT OF | 1 | -305 | -305 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001687 | MESA COUNTY GOVERNMENT | 500,000 | -132 | -132 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001765 | THOMPSON TRUCKING | 1 | -480 | 0 | 0 | 0 | 0 | 0 | -480 | -480 |
| 1001795 | ALON USA LP | 1 | 152,178 | 152,178 | 0 | 0 | 0 | 0 | 0 | 0 |
| | **Total NORB SCHREIBER** | | 22,644,179 | 22,901,265 | -137,078 | 0 | -119,528 | 0 | -480 | -257086 |
| | **Total Percent** | | 100 | 101 | -1 | 0 | -1 | 0 | 0 | -2 |
| **GRAND TOTAL** | | | 78,177,240 | 77,234,762 | 803,618 | 35,549 | 103,356 | 0 | -46 | 942477 |
| **GRAND Percent** | | | 100 | 99 | 1 | 0 | 0 | 0 | 0 | 1 |

SECRET- SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER