HIGHLY CONFIDENTIAL

Katherine Bell

| | |
|---|---|
| From: | Ewing, Steven J. [SEwing@Suncor.com] |
| Sent: | Wednesday, April 13, 2011 4:03 PM |
| To: | Laurie (Chilson) Bender; Moss, Steve; Vejnar, Doug R. |
| Subject: | FW: 2011.04.13 Aging.xls |
| Attachments: | 2011.04.13 Aging.xls |

Laurie and Steve, I have concerns with some of your customers..

Steve: Dats is to far over their credit line? What the plan?
    BNSF is almost 4M over their credit line?
Western Convenience: What contract do we have in place?

Pester: Steve I know we discussed a few weeks ago.. Do we have a contact with Pester?

Steve, to clarify, all customers who pull product have updated contracts?

Harpel: We need to get this account at our under their credit limit.

Laurie:
Carter is 600K over his credit.. I realize Schrader is over but they are his own stores.. Carter is dealing with independent stores. You can also visit with the customer service group to see if there is room for Carter to increase his credit limit.
Steve Ewing
Director, Rack Forward Sales & Services
Suncor Energy

Phone: 303-793-8066
Fax: 303-793-8003
Cell: 303-956-4349
Email: Sewing@suncor.com

---

, Janell
day, April 13, 2011 11:30 AM
:even J.; Vejnar, Doug R.; Chilson, Laurie A.; Moss, Steve; Schreiber, Norb; Wilkins, John; Piscatelli, James; Thonen, Nancy
011.04.13 Aging.xls

Thanks,
Janell Joshua
Pricing/Volume Analyst
Suncor Energy USA
303-793-8045 Direct Line
303-241-3761 Cell
303-793-8054 Fax



1

Exhibit 17

HIGHLY CONFIDENTIAL SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

Suncor WCS 00045273

| Customer | Name | Credit Limit | Balance | Current Due | 1 To 10 | 11 To 30 | 31 To 60 | 61 To 90 | Over 90 | Total Overdue |
|---|---|---|---|---|---|---|---|---|---|---|
| 1000944 | FRONTIER OIL AND REFINING CO. | 2,000,000 | 1,004,658 | 970,674 | 0 | 33,989 | 0 | -5 | 0 | 33984 |
| 1001167 | SINCLAIR OIL CORP | 2,000,000 | -258,781 | 0 | 0 | -258,781 | 0 | 0 | 0 | -258781 |
| 1001219 | SINCLAIR OIL CORP | 50,000 | 332,825 | 255,206 | 1,812,073 | 260,665 | -1,995,318 | 0 | 0 | 77620 |
| 1001223 | VALERO MARKETING & SUPPLY | 20,000,000 | 6,612,926 | 2,623,229 | 3,391,985 | 453,065 | 145,088 | -441 | 0 | 3989697 |
| 1001250 | CONOCOPHILLIPS COMPANY | 19,500,000 | 3,400,389 | 3,394,327 | 156,862 | -103,064 | -50,997 | 1,008 | 2,254 | 6063 |
| 1001258 | CHS INC | 400,000 | 189,510 | 109,443 | 79,936 | 0 | 131 | 0 | 0 | 80067 |
| Total | JAMES PISCATELLI | | 11,281,527 | 7,352,880 | 5,440,855 | 386,074 | -1,901,096 | 562 | 2,254 | 3928649 |
| Total | Percent | | 100 | 65 | 48 | 3 | -17 | 0 | 0 | 34 |
| 1000068 | WESTERN PETROLEUM COMPANY | 300,000 | 91,559 | 91,559 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001188 | MINI MART INC | 7,000,000 | 13,899,935 | 13,899,935 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001190 | OFFEN PETROLEUM INC | 1,500,000 | 3,705,685 | 3,705,685 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001205 | REGIONAL TRANSPORTATION | 750,000 | 445,146 | 445,146 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001207 | SKYWEST AIRLINES INC | 1 | -60,819 | 0 | 24,993 | -85,812 | 0 | 0 | 0 | -60819 |
| 1001208 | UNION PACIFIC RR CO | 2,000,000 | 2,424,960 | 403,675 | 2,021,285 | 0 | 0 | 0 | 0 | 2021285 |
| 1001209 | UNITED AIRLINES INC | 1 | -3,081,885 | 0 | -3,772,503 | 690,618 | 0 | 0 | 0 | -3081885 |
| 1001210 | TA OPERATING CORPORATION | 1,000,000 | 1,189,861 | 1,189,861 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001211 | SIMONS PETROLEUM INC | 3,000,000 | 1,375,931 | 1,375,931 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001212 | DATS TRUCKING | 1,700,000 | 3,896,391 | 3,896,391 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001213 | GRAY OIL COMPANY INC | 250,000 | 175,048 | 175,048 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001217 | WESTERN CONVENIENCE | 3,000,000 | 1,735,527 | 1,735,527 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001221 | THE CIGARETTE STORE CORP | 500,000 | 357,821 | 357,821 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001224 | CITYSERVICE VALCON LLC | 250,000 | 52,351 | 52,351 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001225 | DILLON COMPANIES INC | 7,000,000 | 9,868,768 | 9,868,768 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001227 | FRONTIER AIRLINES | 1 | 11,470 | 0 | 2,470,413 | -2,458,943 | 0 | 0 | 0 | 11470 |
| 1001229 | EQUITABLE OIL PURCHASING | 2,500,000 | 362,297 | 362,297 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001230 | BNSF RAILWAY CO | 2,000,000 | 6,163,076 | 6,113,506 | -40,985 | 79,828 | 0 | 10,727 | 0 | 49570 |
| 1001232 | GROENDYKE TRANSPORTATION | 100,000 | 44,743 | 54,018 | -9,275 | 0 | 0 | 0 | 0 | -9275 |
| 1001237 | PILOT TRAVEL CENTERS LLC | 500,000 | 1,026,928 | 1,026,928 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001242 | LOCO INC | 400,000 | 181,799 | 181,799 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001244 | AVFUEL CORPORATION | | 156,777 | 131,031 | 25,746 | 0 | 0 | 0 | 0 | 25746 |
| 1001247 | COLORADO PETROLEUM PRODUCTS CO | 200,000 | 16,590 | 16,590 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001254 | SOUTHWEST AIRLINES | 3,000,000 | 3,130,687 | 1,705,120 | 1,425,567 | 0 | 0 | 0 | 0 | 1425567 |
| 1001260 | SOUTHERN COUNTIES OIL CO | 2,500,000 | 81,824 | 81,824 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001261 | THE KROGER COMPANY | 500,000 | 360,034 | 360,034 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001310 | AIRTRAN AIRWAYS INC | 1 | -361,278 | 0 | -151,000 | -210,278 | 0 | 0 | 0 | -361278 |
| 1001355 | MANSFIELD OIL COMPANY | 1,700,000 | 1,203,731 | 1,203,731 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001360 | GREAT LAKES AVIATION | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001391 | WORLD FUEL SERVICES INC | 500,000 | 827,787 | 827,787 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001393 | EPIC AVIATION LLC | 1,500,000 | 772,337 | 772,337 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001555 | BRAD HALL & ASSOCIATES, INC | 800,000 | 43,271 | 43,271 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001726 | WESTERN PETROLEUM INC | 600,000 | 691,229 | 691,229 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001770 | TRUMAN ARNOLD COMPANIES | 5,000,000 | 6,800,283 | 6,800,283 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001780 | MUSKET CORPORATION | 3,000,000 | 1,193,495 | 1,193,495 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001911 | SAPP BROS INC | 1,200,000 | 1,534,229 | 1,534,229 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | STEVE MOSS | | 60,317,589 | 60,297,206 | 1,994,241 | -1,984,587 | 0 | 10,727 | 0 | 20351 |
| Total | Percent | | 100 | 100 | 3 | -3 | 0 | 0 | 0 | 0 |

Suncor WCS 00045274

HIGHLY CONFIDENTIAL SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

| ID | Name | Col1 | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 | Col9 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1000922 | SCHRADER OIL CO | 1,500,000 | 2,075,298 | 2,075,298 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001171 | ACORN PETROLEUM INC | 1,500,000 | 1,618,037 | 1,618,037 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001172 | BENS GAS HOUSE INC | 57,000 | 80,170 | 80,170 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001173 | BLACKWELL OIL CO INC | 200,000 | 255,062 | 255,062 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001174 | CARTER ENERGY INC | 1,400,000 | 2,032,433 | 2,032,433 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001181 | WESTERN REFINING WHOLESALE, IN | 400,000 | 42,467 | 42,467 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001182 | DJ PETROLEUM INC | 400,000 | 218,821 | 218,821 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001184 | EVERGREEN OIL CO | 400,000 | 104 | 104 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001185 | FEATHER PETROLEUM CO | 750,000 | 504,055 | 504,055 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001186 | GREENE BROS GAS & OIL CO | 165,000 | 185,880 | 185,880 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001187 | HARPEL OIL CO | 800,000 | 1,017,896 | 1,017,896 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001189 | MONUMENT OIL CO | 1,000,000 | 829,387 | 829,387 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001191 | DURAN OIL CO | 500,000 | 761,980 | 761,980 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001192 | PARISH OIL CO INC | 600,000 | 463,197 | 463,197 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001193 | PETROLEUM MANAGEMENT LLC | 400,000 | 690,560 | 690,560 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001194 | SILCO OIL CO | 800,000 | 572,344 | 572,344 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001196 | SWALLOW OIL CO | 600,000 | 617,442 | 617,442 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001199 | WALLACE GAS & OIL CO | 70,000 | 242,184 | 242,184 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001200 | WALLACE OIL CO | 400,000 | 727,371 | 727,371 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001201 | PESTER MARKETING CO | 3,000,000 | 246,843 | 246,843 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001202 | TALLMAN OIL CO | 75,000 | 42,598 | 42,598 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001203 | REX OIL CO INC | 1,000,000 | 1,070,355 | 1,070,355 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001204 | G & S SERVICES COMPANY | 1,000,000 | 282,694 | 282,694 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001367 | WESTERN PETROLEUM CO | 1,500,000 | 1,751,287 | 1,751,287 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001845 | DOOLEY OIL INC | 500,000 | 757,304 | 757,304 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001846 | BEAVER PARK INVESTMENTS INC | 1,000,000 | 1,076,214 | 1,076,214 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001847 | BALMAR MANAGEMENT GROUP LLC | 300,000 | 600,057 | 600,057 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001848 | STAR FUEL OF OKLAHOMA LLC | 300,000 | 189,592 | 189,592 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001849 | RED EAGLE OIL INC | 500,000 | 1,062,613 | 1,062,613 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001973 | SHOP & HOP 3 LLC | 500,000 | 356,712 | 356,712 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Total LAURIE CHILSON | | 20,370,958 | 20,370,958 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Total Percent | | 100 | 100 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1000923 | COLUMBIAN CHEMICALS CO | 1,000,000 | 459,198 | 459,198 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1000924 | OWENS CORNING SALES INC | 1,000,000 | 2,740,452 | 2,764,055 | -125,246 | 44,802 | 54,100 | -8,408 | 11,149 | -23603 |
| 1000931 | UNITED ASPHALTS INC | 200,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001257 | THE SWT GROUP | 800,000 | 2,288,421 | 2,288,421 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001402 | COLORADO ASPHALT SERVICES INC | 700,000 | 62,792 | 62,792 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001403 | AGGREGATE INDUSTRIES | 2,000,000 | 1,368 | 1,368 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001406 | BRANNAN SAND AND GRAVEL CO | 800,000 | 115,995 | 115,995 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001408 | ASPHALT PAVING COMPANY | 500,000 | 51,045 | 51,045 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001409 | APC SOUTHERN CONSTRUCTION CO L | 1 | 23,361 | 23,361 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001413 | LAFARGE N AMERICA | 7,500,000 | 362,766 | 362,766 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001415 | ELAM CONSTRUCTION | 1,000,000 | 1,595 | 1,595 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001416 | CENTENNIAL STATE PAVING INC | 100,000 | 131,416 | 0 | 0 | 0 | 0 | 131,416 | 0 | 131416 |
| 1001418 | COULSON EXCAVATING CO INC | 150,000 | 56,260 | 56,260 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001419 | ROCKY MOUNTAIN MATERIALS & ASP | 1 | 99,311 | 99,311 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001425 | DENVER IND SALES & SERV CO | 100,000 | 90,834 | 90,834 | 0 | 0 | 0 | 0 | 0 | 0 |

Suncor WCS 00045275

HIGHLY CONFIDENTIAL SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

| ID | Name | Limit | Col1 | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1001445 | STAKER & PARSON COMPANIES | 1 | 3,626,860 | 3,626,860 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001455 | THE CITY AND COUNTY OF DENVER | 750,000 | 192,236 | 155,069 | 0 | 0 | 0 | 0 | 37,167 | 37167 |
| 1001457 | PREMIER PAVING INC | 300,000 | 315,527 | 216,499 | 0 | 88,175 | 0 | -1,087 | 11,941 | 99029 |
| 1001458 | UNITED COMPANIES OF MESA COUNT | 1 | 1,840 | 1,840 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001595 | VENTURE CORPORATION | 1,500,000 | 200,099 | 200,099 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001655 | ASPHALT SERVICES | 1 | 2,646 | 0 | 0 | 0 | 0 | 0 | 2,646 | 2646 |
| 1001684 | COLORADO DEPARTMENT OF | 1 | 9,135 | 0 | 0 | 0 | 0 | 0 | 9,135 | 9135 |
| 1001687 | MESA COUNTY GOVERNMENT | 500,000 | 2,085 | 0 | 0 | 172 | 0 | 0 | 1,914 | 2086 |
| 1001692 | VISTA PAVING CORPORATION | 150,000 | 43 | 43 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001693 | ASPHALT SPECIALISTS & SUPPLY I | 5,000 | 465 | 465 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1001694 | CITY OF DELTA | 1 | 1,755 | 0 | 0 | 0 | 0 | 0 | 1,755 | 1755 |
| 1001765 | THOMPSON TRUCKING | 1 | 237 | 0 | 0 | 0 | 0 | 0 | 237 | 237 |
| 1001867 | APAC - KANSAS INC - SHEAR DIVI | 500,000 | 262,010 | 262,010 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Total NORB SCHREIBER | | 11,099,752 | 10,839,886 | -125,246 | 133,148 | -54,100 | 121,920 | 75,943 | 259865 |
| | Total Percent | | 100 | 98 | -1 | 1 | 0 | 1 | 1 | 2 |
| 1000460 | NGL SUPPLY CO LTD | 500,000 | 45,773 | 3,281 | 42,520 | -28 | 0 | 0 | 0 | 42492 |
| 1000915 | AMERIGAS PROPANE LP | 200,000 | 12,667 | 0 | 12,667 | 0 | 0 | 0 | 0 | 12667 |
| 1000917 | METROGAS INC | 100,000 | 15,041 | 15,041 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1000919 | ENTERPRISE PRODUCTS OPERATING | 100,000 | 207,699 | 104,893 | 102,806 | 0 | 0 | 0 | 0 | 102806 |
| 1000921 | CENTENNIAL ENERGY LLC | 600,000 | 800 | 800 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1000927 | PLAINS MARKETING CANADA LP | 5,000,000 | 161,008 | 0 | 205,005 | -43,997 | 0 | 0 | 0 | 161008 |
| | Total LOUISE THORNTON | | 442,988 | 124,015 | 362,997 | -44,025 | 0 | 0 | 0 | 318972 |
| | Total Percent | | 100 | 28 | 82 | -10 | 0 | 0 | 0 | 72 |
| | GRAND TOTAL | | 103,512,813 | 98,984,947 | 7,672,847 | -1,509,390 | -1,846,996 | 133,209 | 78,197 | 4527867 |
| | GRAND Percent | | 100 | 96 | 7 | -1 | -2 | 0 | 0 | 4 |

Suncor_WCS 00045276

HIGHLY CONFIDENTIAL SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER