10/06/2009 TUE 7:36 FAX 303 706 0345 Western Convenience                    ⌀001/002

## CONFIRMATION OF PURCHASE/SALE AGREEMENT


SUNCOR
CONFIDENTIAL

Date: October 1, 2009
Contract No: WCS-1H67

| To: | Western Convenience<br>6746S. Parkway #125<br>Centennial, CO 80112 | From: | Suncor Energy (U.S.A.) Inc.<br>7800 E. Orchard Road, Suite 300<br>Greenwood Village, CO 80111 |
|---|---|---|---|
| Representative:<br>Phone Number:<br>Fax Number:<br>e-mail address: | Angelia Spillman<br>303 706-0340<br>303 706-0345<br>Angelia@westernconveniencestores.com | Representative:<br>Phone Number:<br>Fax Number:<br>e-mail address: | Steve Moss<br>303 793-8027<br>303 793-8003<br>SMoss@Suncor.com |

The following confirms the terms of the agreement entered into on October 1, 2009 by and between Suncor Energy (U.S.A.) Inc. ("Suncor") and Western Convenience, a Colorado Corporation ("Counterparty"), upon which Suncor agrees to sell and deliver, and Counterparty agrees to purchase and receive, the quantity of Product(s) under the terms set forth below:

1. **Term:** The term of this agreement shall commence on October 1, 2009 and terminate on October 31, 2009.

2. **Product(s):** SUB/RUL - E-10 - #2 ULSD

3. **Specifications:** Seasonal ASTM specifications.

4. **Quantity:**
   SUB/RUL - E-10 -   120,000 bls -- Denver
   SUB/RUL - E-10 -   30,000 bls -- Fountain

   #2 ULSD -- 30,000 bls

5. **Price:** Clear Gasoline -- Suncor U Rack Less 3.5 CPG

   E-10 -   Suncor U Rack Less 4.5 CPG

   #2ULSD - Suncor U Rack less 3.5 CPG

   **PIPELINE DELIVERIES TO BE PREPAY (3 DAYS BEFORE DELIVERY AND NEGOTIATED IN ADVANCE IF REQUIRED**

   Spot deal for October SUB/RUL - E-10 and #2 ULSD

   All prices in U.S. dollars. Counterparty shall pay all applicable taxes in addition to the price of the Products as specifically set forth in Section 6 of the General Terms and Conditions.

6. **Delivery Point/Title:** Denver / Fountain / Grand Junction
   Gasoline shipped to Dupont on W/C account. Diesel by truck from Denver West/Grand Juntion/Fountain

7. **Payment:** Counterparty will PREPAY for PIPELINE DELIVERIES N-10 - N-10 FOR RACK LIFTINGS

8. **Credit:** Counterparty agrees that if Suncor elects to extend any credit to Counterparty under this Agreement, such extension of credit shall be on such terms as Suncor shall specify, in its sole discretion, and that Counterparty shall be required to obtain and maintain a Letter of Credit in an amount and with a financial institution approved by Suncor. Suncor reserves the right to modify or withdraw any credit or credit terms at any time without notice to Counterparty.

Exhibit 18

Suncor_WCS 00005545

14

## CONFIRMATION OF PURCHASE/SALE AGREEMENT


CONFIDENTIAL

Date: October 1, 2009
Contract No: WCS-1H67

---

This Confirmation is entered into pursuant to and is governed by the Master Product Purchase and Sale Agreement between the parties hereto, including but not limited to the General Terms and Conditions attached as Exhibit A thereto (and the Confidentiality obligations thereunder). This Confirmation may be executed in counterparts and delivered by e-mail or fax, and each counterpart so delivered shall constitute an original, and together constituting one instrument.

SUNCOR ENERGY (U.S.A.) INC.

By: _Kendall Carbone_ (signature)

Print Name: Kendall Carbone

Title: Director, Sales & Marketing

WESTERN CONVENIENCE

By: _(signature)_

Print Name: Hossein Taraghi

Title: Pres.

Suncor_WCS 00005546