

Contract #: DIL-1J045
October 1, 2010

### Product Purchase / Sale Agreement

Upon acceptance by you, this letter constitutes our entire agreement whereby:

Suncor Energy (U.S.A.) Inc.
7800 East Orchard Road
Suite 300
Greenwood Village, CO  80111

Telephone: (303) 793-8000
Telecopier: (303) 793-8003

("Vendor")

agrees to sell and deliver to:

Dillon Companies DBA King Soopers
2800 East Fourth Avenue
Hutchison, Kansas  67501

Telephone: 620 694-5122
Telecopier: 620 694-5153

("Purchaser")

and Purchaser agrees to purchase and receive from the Vendor the hereinafter specified quantity of petroleum products upon the terms and conditions set forth herein.

| | |
|---|---|
| Product: | Ultra Low Sulfur Diesel #1/#2 Clear (ULSD)<br>E-10 |
| Specifications: | At ASTM standards. |
| Quantity: | ▇▇▇ gallons per month ULSD #1/#2 (Approx ▇▇ BPM) +/- 20%<br>▇▇▇ gallons per month E-10 (Approx ▇▇ BPM) +/- 20% |
| Term: | This agreement shall be in effect from October 1, 2010 through September 30, 2011 |
| Price: | Denver east/west gross rack average less ▇ cpg ▇▇ BPM for E-10.<br>Denver east/west gross rack average less ▇ cpg ▇▇ BPM #1/#2 ULSD.<br><br>Grand Junction gross rack average less ▇ cpg ▇▇ BPM for E-10.<br>Grand Junction gross rack average less ▇ cpg ▇▇ BPM #1/#2 ULSD.<br><br>Fountain        DBPM              for E-10.<br>Fountain        DBPM              for #1/#2 ULSD<br><br>All prices are in U.S. dollars. Purchaser shall pay all applicable taxes in addition to the price of the Products, as specifically set forth in Section 6 of the attached General Terms and Conditions. |
| Delivery/Title: | Product shall be delivered to Suncor east/west terminal Denver, Grand Junction Suncor Terminal, or RMPL Terminal Fountain. Title and risk of loss shall pass from Vendor to Purchaser as the Product passes through the flange at the truck (the "Delivery Point"). |
| Transportation: | Counterparties Trucks. |

Carbone 11/2/12
Deposition Exhibit 50

Exhibit 22

SECRET

DILLON 025000

2

| | |
|---|---|
| Payment: | Terms of payment hereunder shall be Net 10 days from the date of lifting. All payments are to be made through and in accordance with Seller's pre authorized payment system (electronic funds transfer). |
| Credit: | Vendor may extend credit to Purchaser on such terms as Vendor shall specify from time to time and Purchaser shall pay Vendor for Products in accordance with such terms and any other payment terms applicable at the time of delivery. Vendor reserves the right to modify or withdraw such credit terms at any time without prior notice to Purchaser. In addition, Vendor may require Purchaser to enter into a separate Credit Agreement and/or Security Agreement in connection with the extension of any credit to Purchaser. |
| Security: | Vendor's rights and obligations are set forth under Section 16 of the attached General Terms and Conditions. |

The General Terms and Conditions as contained in Schedule A attached to this agreement are expressly incorporated herein, by this reference, and constitute a part of this agreement.

Approved and Accepted:

Suncor Energy (U.S.A.) Inc.                              Dillon Companies Inc. (dba King Soopers)

By: _____                              By: _____[signature]_____

Title: _Director, Rack Forward Sales_                    Title: ____VP____

Date: _____                            Date: __11-10-10__

SECRET

DILLON 025001