# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF COLORADO

| | |
|---|---|
| WESTERN CONVENIENCE STORES, INC., a Colorado Corporation; WESTERN TRUCK ONE, LLC, a Colorado Limited Liability Company,<br><br>  Plaintiffs,<br><br>v.<br><br>SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,<br><br>  Suncor. | **AFFIDAVIT OF MARK GLICK AND TED TATOS**<br><br>Civil Action No. 11-cv-01611-MSK-CBS |

STATE OF UTAH    )
          : ss.
COUNTY OF SALT LAKE )

  We, Mark Glick and Ted Tatos, hereby swear under the penalties of perjury that the following assertions are true:

  1.  We have been asked by counsel for WCS Convenience Stores ("WCS") to provide information related to its response to Suncor Energy's ("Suncor") motion for summary judgment and to Exhibit X, which contains an affidavit from Suncor's expert economist.

**I. Issues Regarding Size of the Price Discrimination**

  2.  The average price discrimination, or the difference between what WCS paid and what Kroger paid for the same fuel, from the same terminal, on the same day, was approximately ▮ cents between October 2009 and May 2011 for King Soopers and February 2010 and May 2011 for Loaf 'n' Jug. WCS's average margin on fuel during the same period was between 10.7

**Exhibit 23**

**CONTAINS INFORMATION THAT HAS BEEN DESIGNATED AS CONFIDENTIAL, HIGHLY CONFIDENTIAL OR SECRET BY DEFENDANT OR KROGER**

and 12.4 cents. Thus, the size of the price discrimination was economically substantial averaging about 25% of the WCS margin. In addition, the daily price discrimination between WCS and Loaf 'n' Jug reached as high as 18.7 cents, and was as high as 18 cents between WCS and King Soopers.

3. There is evidence in the public domain and in this case that consumers are highly sensitive to the retail price of gasoline. One BP gas station owner stated that "*Gasoline is the only product in this country that if you're a penny different people will go out of their way to go somewhere else.*"[1] The National Association of Convenience Stores (NACS) survey on consumer price sensitivity found that "*Price is clearly the most important factor in why a consumer selects a fueling location. More than two-thirds of all consumers surveyed said it is the most important factor*."[2] Kroger further testified at its 30(b)(6) deposition that:

(Counsel) I understand that, Mr. Sharpe. But plainly the gasoline, the retail gasoline business is a competitive business, correct?

(Kroger) Correct.

(Counsel) Price sensitive, correct?

(Kroger) Very much so.

Sharpe Dep. at 9.

4. There is evidence in the public domain and in this case that the retail gasoline market has very low profit margins such that a ▮¢ buying price disadvantage is expected to have significant impact on the disfavored purchaser. Sageworks, a financial information firm,

---

[1] "Gas prices are about more than just oil", Jonathan Farley, Seattle Times, March 7, 2011. Available online at: http://seattletimes.com/html/businesstechnology/2014425559_apuspricinggas.html

[2] NACS Consumer Fuels Report, 2011. Available online at http://www.nacsonline.com/NACS/Resources/campaigns/GasPrices_2011/Documents/NACSConsumerFuelsReport.pdf

found that net profit margins for privately held gas stations are 1.45%, "*putting the industry near the bottom of an industry-by-industry ranking of profitability levels.*"[3] Kroger's 10-k concurs noting that "[o]*ur retail fuel sales reduce our FIFO gross margin rate due to the very low FIFO gross margin on retail fuel sales as compared to non-fuel sales.*" Kroger 2011 form 10-k.[4] During the damage period (2009-2011) in this case, WCS' profit margin for the competitive stores was between approximately $0.107 and $0.124 per gallon. Given the average selling price of fuel during this period of $2.89 (across all grades), this results in a margin of approximately 4.3%. Likewise, Kroger reported fuel margins of approximately $0.102 and $0.124 per gallon in the 4th quarters of 2011 and 2012 respectively.[5] In its Q3 2010 earnings call, Kroger CFO Michael Schlotman reported that "*The cents per gallon fuel margin for the fourth quarter was approximately $0.127 compared to $0.119 for the same period last year. On a rolling four-quarter basis, the cents per gallon fuel margin was $0.121 compared with $0.107 in the comparable prior period.*"[6] As a benchmark, Kroger's grocery business, typically considered a low margin business, had profit margins of 20% in the same period.[7] Thus, it is evident that retail gasoline is a low margin business.

---

[3] Sageworks – "*You think you hate high gas prices? Try selling the stuff,*" October 16, 2012. CSP - http://www.cspnet.com/news/fuels/articles/weakest-margins-more-two-years.

[4] Available online at Kroger.com or the SEC's Edgar data site: http://www.sec.gov/Archives/edgar/data/56873/000110465912021358/a12-1263_110k.htm

[5] http://www.sellmoregas.com/blog/2012/03/01/kroger-reports-retail-fuel-margins/

[6] Transcript of Q3 2010 Kroger earnings call. Available online at SeekingAlpha.com: http://seekingalpha.com/article/239801-kroger-co-ceo-discusses-q3-2010-earnings-call-transcript

[7] See 2011 Kroger 10-k. Available at Kroger.com.

## II. Paragraphs Related to Suncor' Claim That It Can Break the Causal Link Between the Price Discrimination and WCS's Competitive Injury

5. In this case, the causal chain between the price discrimination disfavoring WCS and the adverse impact on WCS's profits consists of two links. We address each link separately, though causality can be shown directly in one step, as we discuss in this affidavit. First, the price discrimination affected Kroger's retail's prices because Kroger passed on changes in wholesale costs to its retail prices. Second, Kroger's retail prices affected WCS' profits because when Kroger lowered its retail price, WCS was forced to either match Kroger's price and lose profits, or fail to match Kroger's price and lose volume and thereby profits. Thus, as a consequence of the price discrimination, WCS lost profits either through lost margins or lost volume. Suncor' Summary Judgment Brief challenges both links. We address Suncor' arguments below.

### A. The Causal Relationship Between Kroger's Wholesale and Retail prices.

6. Suncor' claims in Paragraph Q of their Summary Judgment Brief, that "The price that Kroger sets for the retail sale of gasoline at its stations is independent of the wholesale price it pays for gasoline because Kroger prices to the market." Suncor' SJ brief at 18. The overwhelming evidence in this case is contrary to Suncor' assertion. First, Kroger's own 2011 10-k states that "*The increase in the average supermarket retail fuel price **was caused by** an increase in the product cost of fuel*."[8] (emphasis added) Second, Kroger's 30(b)(6) witness, who sets the prices at all Loaf 'n' Jug locations across eight (8) states, testified that wholesale costs affect retail prices, sometimes on the same day. Sharpe Deposition at 8, 9. Third, Suncor's expert, Dr. James Griffin, in his expert report, demonstrates that Kroger passes through

---

[8] Kroger 2011 10-K at 12.

4

wholesale cost changes to its retail prices. According to Dr. Griffin, the result "*confirms that there is a long-term relationship between the OPIS average rack price and the Kroger retail price.*" Griffin Report at 18. We note that Kroger's contract with Suncor was based on the OPIS average rack prices, hence Dr. Griffin's use of this benchmark. Across all stores, his results of daily Kroger prices vs. daily OPIS rack prices show that nearly 100% of Kroger's cost changes were eventually passed on to their retail price. In other words, not only does a pass-through exist, but over the long term it is essentially one-to-one.[9] Griffin Report, Exhibit 6. Fourth, the National Association of Convenience Stores' 2009 Gas Price Kit states "*Retail gasoline prices directly reflect wholesale prices*." NACS Gas Price Kit, 2009. Fifth, the U.S. Department of Energy's Energy Information Administration (EIA) states in their Gasoline Price Pass-Through paper that "*In order to understand the movement of gasoline prices over time, it is necessary to examine the relationship between prices at retail and various wholesale levels*." The EIA's results also show that price changes at the wholesale level are fully passed through to the retail level over time.[10] Sixth, an extensive literature confirms that a pass-through from wholesale prices to retail prices exists.[11]

7. We understand that WCS believes that its wholesale costs impact its retail prices. Moreover, Kroger concurred in its deposition that this was consistent with its experience as well:

---

[9] The pass-through Dr. Griffin calculates is approximately 97.6% for Loaf 'n' Jug and 98.6% for King Soopers.

[10] EIA report "Gasoline Price Pass-Through", January 2003. Available online at ftp://ftp.eia.doe.gov/features/gasolinepass.htm

[11] For example: Gautier and LeSaout, "The Dynamics of Gasoline Prices: Evidence from Daily French Micro Data," (2012) at 2. ( "*the degree of pass-through of wholesale prices to retail gasoline prices is on average 0.77 for diesel and 0.67 for petrol.*"); Federal Trade Commission, "Investigation of Gasoline Price Manipulation and Post-Katrina Gasoline Price Increases" (2006) at 106. ("*Retail prices are highly responsive to price changes at the wholesale level, although adjustments generally occur with a time lag.*"); Energy Information Administration, "Price Changes in the Gasoline Market – Are Midwestern Gasoline Prices Downward Sticky" (1999) at 21-22, Figure 3.7 (Lagged wholesale prices predict retail prices at the national level).

5

| | | |
|---|---|---|
| (Counsel) | | If your wholesale price is $3.00 net of discount and somebody else's wholesale price is $2.90 net of discount, then you've got a 10-cent differential that hurts your competitive position, correct? |
| (Kroger) | | Sure. |
| (Counsel) | | And the reverse is true as well. If your wholesale price is advantageous to your competitors, if you have 2.90 and the competitor has 3.00, then it's your competitors that are at a disadvantage. Right? |
| (Kroger) | | Sure. |
| (Counsel) | | And when we say disadvantage, that means less profit, right? If somebody's at a pricing disadvantage, the likely outcome is less profit, isn't it? |
| (Kroger) | | Likely. |

8. In addition, we independently test the proposition that Kroger wholesale prices affect its retail prices. Since the issue raised in Suncor' brief is whether Kroger's practice, as a company, is to pass-on wholesale cost changes to retail prices, we analyze Kroger's stores in Colorado as a whole. We perform this analysis by averaging Kroger's retail prices and wholesale costs by date across all of the stores that compete with WCS over the relevant time period. A graph of these two series appears below.



9. Second, we run a regression that explains retail prices as a function of the current day's costs, lagged costs, as well as lagged error terms, which tend to incorporate long-term equilibrium effects. Our equation is

$$Retail_t = \alpha + \sum_{i=0}^{20} \beta_i Cost_{t-i} + AR1 + AR2$$

Where:

*Retail* = the retail price at time t

*Cost* = Cost at time t and lagged costs up to 20 periods

*AR1* = One period lagged error terms

7

    *AR2 = Two period lagged error terms*

The AR1 and AR2 terms are the same terms we applied in the analysis of our report. We find that significant pass-through occurs on the same day, with nearly 18% of the cost shocks' being passed that day. Significant pass-through exists through approximately the previous 6 days, which account for approximately 65% of the cost effects. The effect of a cost change decays as time passes, since the majority of the cost shocks are passed on in the first few days. Our results appear in Appendix 1 to this Affidavit.

      **B.    The Causal Link Between Kroger Retail Prices and WCS Profits.**

    10.    Suncor further claim that, even if a pass-through from wholesale to retail prices exists, the causal chain can be broken, because they claim that Kroger's prices do not affect WCS' profits. However, their argument lacks logical foundation. Suncor does not dispute the following:

      a.    The existence of a wholesale price difference favoring Kroger over WCS;

      b.    Some WCS and Kroger gas stations compete in the same relevant market?

Given these undisputed facts and the existence of the pass-through as discussed and shown above, competitive injury follows as a matter of economic logic. Competition between WCS and Kroger means that WCS prices and/or volumes are impacted by Kroger's retail price. If the price difference in wholesale prices impacts Kroger's retail price (which is admitted by Kroger and demonstrated above), the price difference must impact WCS prices or volumes, which is the definition of competitive injury. Although these facts are not sufficient alone to quantify the WCS injury, they do establish that injury occurred.

8

11. Suncor claims that no competitive injury can exist if the following two conditions hold:

    a. WCS is always the lowest priced competitor; and

    b. Kroger is never the second lowest competitor.

Suncor suggest that no causal connection exists between price discrimination and WCS profit margins and/or volumes because WCS is reacting to a different competitor, not Kroger. Suncor's argument runs counter to the facts, (WCS is not always the lowest priced; Kroger is frequently the lowest, tied for lowest or second), to economic theory, and to logic and common sense.

12. If Suncor were correct (which it is not) that WCS was always the lowest priced competitor and Kroger was never the second lowest priced competitor it would imply that the volumes sold by WCS must be completely independent of the pricing of all stations except the second lowest-priced competitor. This implies that the cross-elasticities between the two lowest priced stores and all other "competitors" must be zero.[12] In other words, what Suncor claims is that, if, for example, Kroger is the 3rd lowest priced competitor, its price has _no_ effect on the volumes of the two lower priced competitors. Suncor has not shown this counter-intuitive supposition to be true, nor would we expect this to be the case. As the price differential between Kroger and the lowest-priced competitor falls in the highly price sensitive gasoline markets, standard economics predicts that some customers will switch to Kroger.

13. While it is of no relevance to the actual extent of competition between Kroger and WCS nor the impact on WCS's margins and/or volumes, Suncor's support for their claim that

---

[12] According to Suncor, these stations would not be competitors.

9

Kroger is never or rarely the low-price competitor in simply wrong. Suncor's support for their incorrect conclusions about the lowest priced competitors is contained in a table in Exhibit X. The first four rows of the table purport to show that Kroger is rarely the lowest price competitor, while WCS is typically the lowest or tied for the lowest price on most days. However, the data in the table are unreliable because they ignore important facts in the case. Kroger offers its customers a three-cent discount on its loyalty card, which a large number of its customers use. Sharpe Dep. at 61. Further, with regard to competition with WCS Convenience, Kroger testified that "we would match them with our loyalty price." Sharpe Dep. at 60. Similarly, when WCS "matches" Kroger's price it means that it matches a price that is three cents below Kroger's posted street price. Thus, Suncor's analysis in its brief does not compare the relevant prices, which must take account of the three-cent loyalty discount.[13]

14. The table below recalculates the Suncor's numbers[14] for the first four rows in Exhibit X, taking into account the three-cent discount.[15]

---

[13] Safeway also offered a 3-cent discount to customers who held its loyalty card. It ended this program in 2012. See the Denver Business Journal, August 8, 2012. http://www.bizjournals.com/denver/news/2012/08/08/safeway-ends-3-cent-gas-discount-offer.html

[14] Suncor's table excluded WCS Store 117. Making this correction, the total number of observations increases from 13,352 to 13,923.

[15] We have investigated whether other competitors offered loyalty discounts. Safeway also offered a 3-cent discount during this time period. We have thus adjusted Safeway's price accordingly.

10

|  | **Suncor's Results Based Only on Kroger Posted Prices** | **Kroger Posted Price Minus 3-Cent Discount** |
|---|---|---|
| **Total Observations** | **13,352** | **13,923** |
| Observations where WCS is the absolute lowest price | 35.1% | 9.9% |
| Observations where WCS is tied with the lowest absolute price | 38.7% | 60.6% |
| Observations where a Kroger Family outlet is the absolute lowest price | 0.8% | 5.6% |
| Observations where a Kroger Family outlet is tied with the absolute lowest price | 1.6% | 49.9% |

The table illustrates that when the Kroger loyalty discount is taken into account, Kroger is the absolute lowest-priced competitor in 5.6% of the cases. When counting instances where Kroger was also tied for the lowest price, the results show that Kroger was either the lowest or tied for the lowest price in over 55% of the cases.[16] In contrast, WCS was the lowest priced competitor in less than 10% of the cases.

15. In addition, Kroger and WCS were often next closest competitors in price. We find that for 73% of the observations, a WCS and a Kroger store were either tied or adjacent in rank using the three-cent discount.

16. We next address changes in Kroger pricing behavior before and after the Suncor alleged discriminatory contracts. Put differently, we directly test whether the price discrimination caused Kroger to price more aggressively compared to WCS after the price discrimination began. We do this by comparing the difference between WCS and Kroger net

---

[16] Even under Suncor's misconceived theory about a bifurcated market in which the lowest two stations only compete with each other and the other stations then compete for the remaining customers, competition will exist between the Kroger and WCS stations when they are next in rank even if not the two lowest priced competitors.

11

retail prices[17] pre- and post-contract. We separate WCS competing stores into those that compete with Loaf 'n' Jug and those that compete with King Soopers. The first table shows that, for every store, Loaf 'n' Jug priced lower relative to WCS after the price discrimination compared with before the price discrimination. On average, Loaf 'n' Jug was able to reduce their price relative to WCS after the price discrimination began by 0.4 cents to 3.3 cents, for an average of approximately 1.4 cents.

| WCS Store | Avg. Diff. Before Loaf 'n' Jug Contract | Avg. Diff. After Loaf 'n' Jug Contract | Change Before to After |
|---|---|---|---|
| 109 | $0.038 | $0.044 | $0.006 |
| 116 | $0.031 | $0.035 | $0.004 |
| 121 | -$0.018 | -$0.006 | $0.012 |
| 122 | $0.028 | $0.047 | $0.019 |
| 128 | -$0.022 | -$0.001 | $0.021 |
| 129 | -$0.014 | $0.003 | $0.017 |
| 130 | -$0.010 | $0.023 | $0.033 |
| 135 | $0.006 | $0.012 | $0.007 |
| 138 | -$0.010 | -$0.004 | $0.007 |
| 141 | -$0.040 | -$0.031 | $0.009 |
| 143 | -$0.025 | $0.006 | $0.031 |

17. Below, we show the same analysis for King Soopers and City Market stores. The results show that these Kroger stores also reduced their net retail price compared to WCS at seven of the 10 competing locations for which data were available.[18]

---

[17] The net retail prices are equal to the total sales divided by total gallons sold.

[18] The analysis of Store 125's data shows that the King Soopers (City Market) that WCS price-checks significantly raised its price relative to WCS. However, the two City Markets are closer to Store 124 than Store 125.

12

| WCS Store | Avg. Diff. Before King Soopers Contract | Avg. Diff. After King Soopers Contract | Change Before to After |
|---:|---:|---:|---:|
| 112 | $0.011 | $0.026 | $0.015 |
| 113 | $0.067 | $0.078 | $0.012 |
| 119 | -$0.002 | $0.025 | $0.027 |
| 125 | $0.017 | -$0.019 | -$0.036 |
| 126 | $0.030 | $0.028 | -$0.002 |
| 127 | $0.028 | $0.029 | $0.001 |
| 129 | $0.020 | $0.022 | $0.002 |
| 130 | $0.164 | $0.027 | -$0.138 |
| 134 | $0.069 | $0.081 | $0.012 |
| 136 | $0.047 | $0.061 | $0.015 |

18. In paragraph S of their brief, Suncor claims that "the record contains no evidence that WCS cut its margins in response to prices charged by Kroger." This is not correct. For example, Kroger's 30(b)(6) deponent, Mr. Edward Sharpe, reviewed WCS and Loaf 'n' Jug prices from May 19 through May 28, 2011 at WCS Store 135 in Pueblo, CO. Loaf 'n' Jug Store #14 and WCS Store #135 are across the street from each other. From May 19 until May 26, WCS maintained a price of $3.71 for regular unleaded gasoline. Loaf 'n' Jug maintained a price of $3.74. Loaf 'n' Jug and WCS consider these prices to be equal because of the 3-cent loyalty discount Kroger offered. On May 27th, Loaf 'n' Jug dropped their price by $0.11 to $3.63. Contrary to Suncor' claims, on May 27th, Loaf 'n' Jug was a price leader, not a price follower. No other competitors changed their prices that day. On the next day, May 28th, WCS lowered its price by $0.11 to $3.63, matching Loaf 'n' Jug's discount card price. Gas Stop also lowered its price to $3.62, or two cents higher than Loaf 'n' Jug's loyalty card price. 7-11's price remained unchanged at $3.70. Presented with this evidence, Mr. Sharpe testified as follows:

(Counsel)  And so plainly what's happened here is that WCS has responded to Loaf 'n' Jug lowering its price, right?

13

| | | |
|---|---|---|
| (Kroger) | | Yes, I would imagine so. |
| (Counsel) | | Well, I mean, that's nothing surprising. |
| (Kroger) | | No. |
| (Counsel) | | That happens all the time in the retail fuel business? |
| (Kroger) | | That's correct. |
| (Counsel) | | Somebody changes their price and the guy across the street responds. |
| (Kroger) | | Up or down. |
| (Counsel) | | Up or down. |
| (Kroger) | | Right. |
| (Counsel) | | And sometimes, as we see here, Loaf 'n' Jug goes first and sometimes Loaf 'n' Jug follows. |
| (Kroger) | | That's correct. |

Sharpe Dep. at 31-32.

### C. Other Facts That May Impact Profits

19. In paragraph M of their brief, Suncor claims that many factors impact profits, though they do not identify these factors or calculate their impact on profits. They further claim that the existence of such factors would break the causal link between price discrimination and the injury. This is not correct. While many factors could impact profits, the plaintiff's burden, as we understand it, is to show that the price discrimination impacted profits, and not to account for every factor that might have some impact. We show that price discrimination, when controlling for other measurable factors such as demand, driving season, and weekend/weekdays, was a significant factor that reduced WCS's profits over what they would have been absent the price discrimination.

14

### D. The Link Between Price Discrimination and WCS Profits.

20. In our expert report we demonstrated that price discrimination exists and that many Kroger and WCS gas stations compete. Suncor does not dispute these facts. Moreover, we showed that during the damage period, a statistically significant relationship exists between the price discrimination and WCS profits. While Suncor's experts challenge the appropriateness of the econometrics we applied in the context of damages, they do not dispute that the relationship between price discrimination and WCS profits exists.

21. There is also other evidence that links wholesale price differences to competitive injury. For example, Kroger testified that it could be competitively disadvantaged by discriminatory wholesale prices:

| | |
|---|---|
| (Counsel) | So when your costs are going up, you don't have a lot of alternatives, recognizing a lag time, but to have your retail price follow. Correct? |
| (Kroger) | Correct. |
| (Counsel) | And if that wholesale price is a disadvantageous wholesale price, higher than your competitors', then you're at a competitive disadvantage, right? |
| (Kroger) | Yeah, I would assume, yes. |

Sharpe Dep. at 46-47

### III. Issues Related to Shipments of Suncor Fuel

22. We have been asked to calculate the number of gallons that WCS and Kroger purchased from Suncor at various terminals. The results of this analysis appear in the table below. The data in this Table show that sales during the Damage Period were made to WCS not only from the Commerce City west plant but also from its east plant, from the Rocky Mountain Pipeline terminals in Fountain, Colorado and Dupont, Colorado, from the Suncor terminal in Grand Junction and from a terminal in Fruita.

15

| Location | DILLON | MINI-MART | KROGER TOTAL | WESTERN |
|---|---|---|---|---|
| East Plant | ■ | ■ | ■ | 5,247,286 |
| Fruita | ■ | | ■ | 903,609 |
| Grand Junction | ■ | | ■ | 2,119,929 |
| RMPL Dupont | | ■ | ■ | 5,846,013 |
| RMPL Fountain | ■ | ■ | ■ | 14,275,427 |
| West Plant | ■ | ■ | ■ | 36,822,824 |
| Grand Total | ■ | ■ | ■ | 65,215,088 |
| | | | | |
| % DuPont | 0.00% | 0.30% | 0.20% | 9.00% |
| % Fountain | 15.80% | 50.60% | 31.50% | 21.90% |
| % East Plant | 44.18% | 9.14% | 28.36% | 8.05% |
| % West Plant | 21.15% | 39.91% | 29.62% | 56.46% |

23. We have also been asked to address the fuel purchased by Kroger and WCS from the East Plant and the Rocky Mountain Pipeline Fountain terminal. As reflected in the above table, 44.18% of the fuel purchased by Dillon (King Soopers), 9.14% of the fuel purchased by MiniMart (Loaf 'n' Jug) and 8.05% of the fuel purchased by WCS from Suncor was purchased from the East Plant. In addition, more than 50% of the total Loaf 'n' Jug purchases, and more 15% of the total King Soopers purchases and more than 20% of the total WCS purchases were from the RMPL Fountain terminal.

24. We have been further asked to address Kroger and WCS' purchases of mid-grade fuel from Suncor. Only one WCS store, number 122 in Canon City receives deliveries of mid-grade gasoline. Neither Western nor Kroger purchased substantial amounts of mid-grade fuel from Suncor. Approximately 1 % of the total Suncor fuel purchases by Kroger affiliate Loaf N Jug were for Midgrade Fuel products. It does not appear that King Soopers purchased mid-grade fuel from Suncor during the relevant period.

25. We have been further asked to calculate the amount of fuel purchased by WCS from Suncor for delivery to its Nebraska stores. These purchases appear below.

**WCS Purchases from Suncor for WCS' Nebraska Stores**[19]

| Date | Unleaded Gasohol | Premium Gasohol | Diesel | Total |
|---|---|---|---|---|
| Oct-09 | 14,306 | 4,003 | 22,502 | 40,811 |
| Nov-09 | 204,048 | 6,505 | 206,865 | 417,418 |
| Dec-09 | 201,653 | 77,759 | 313,820 | 593,232 |
| Jan-10 | 164,474 | 61,650 | 194,032 | 420,156 |
| Feb-10 | 8,701 | 2,002 | 3,000 | 13,703 |
| Mar-10 | 59,324 | 6,903 | 3,961 | 70,188 |
| Apr-10 | 170,608 | 8,010 | 17,495 | 196,113 |
| May-10 | 38,513 | 1,002 | 18,301 | 57,816 |
| Jun-10 | 5,500 | 999 | 16,999 | 23,498 |
| Jul-10 | 3,000 | 1,000 | 7,000 | 11,000 |
| Sep-10 | 19,004 | 5,005 | 26,500 | 50,509 |
| Oct-10 | 191,504 | 21,015 | 23,700 | 236,219 |
| Nov-10 | 207,284 | 31,316 | 34,802 | 273,402 |
| Dec-10 | 125,931 | 17,255 | 5,999 | 149,185 |
| Jan-11 | 139,949 | 17,985 | 8,701 | 166,635 |
| Feb-11 | 63,439 | 6,000 | 3,981 | 73,420 |
| Mar-11 | 27,000 | 14,000 | 31,651 | 72,651 |
| Apr-11 | 56,872 | 15,009 | 4,000 | 75,881 |
| May-11 | 57,566 | 7,004 | 6,999 | 71,569 |
| **Total** | **1,758,676** | **304,422** | **950,308** | **3,013,406** |

26. We have been additionally asked to calculate the Suncor sales to Kroger what were destined for an out-of-state location. Although Suncor did not provide specific destination information, it did provide a field labeled "Destination Region". The data below show the gallons sold to Kroger where the destination region was a state other than Colorado.

**Kroger Purchases from Suncor Destined for Outside of Colorado**[20]

| Date | Reg. | Mid. | Prm. | DSL |
|---|---|---|---|---|
| Oct-09 | ■ | | ■ | ■ |
| Nov-09 | ■ | | | ■ |
| Dec-09 | ■ | | | ■ |
| Jan-10 | ■ | | | ■ |
| Feb-10 | ■ | ■ | | ■ |
| Mar-10 | ■ | | ■ | ■ |

---

[19] *Source: WCS purchase and delivery data.*

[20] *Source: Suncor data.*

17

| Date | Reg. | Mid. | Prm. | DSL |
|---:|:---:|:---:|:---:|:---:|
| Apr-10 | ███ | ███ | ███ | ███ |
| May-10 | ███ | ███ | ███ | ███ |
| Jun-10 | ███ | ███ | ███ | ███ |
| Jul-10 | ███ | ███ | ███ | ███ |
| Aug-10 | ███ | ███ | ███ | ███ |
| Sep-10 | ███ | ███ | ███ | ███ |
| Oct-10 | ███ | ███ | ███ | ███ |
| Nov-10 | ███ | ███ | ███ | ███ |
| Dec-10 | ███ | ███ | ███ | ███ |
| Jan-11 | ███ | ███ | ███ | ███ |
| Feb-11 | ███ | ███ | ███ | ███ |
| Mar-11 | ███ | ███ | ███ | ███ |
| Apr-11 | ███ | ███ | ███ | ███ |
| May-11 | ███ | ███ | ███ | ███ |

27. We have also been asked to calculate the total gallons of fuel that WCS purchased from Suncor by month for the time period from October 1, 2009 through May 25, 2011. These data appear in Appendix 2 to this Affidavit.

28. We have also been asked to calculate the total gallons of fuel that Kroger purchased from Suncor by month for the time period for which Suncor provided data. These data appear in Appendix 3 to this Affidavit.

18

DATED this 13th day of March, 2013.

_____
Mark Glick

Subscribed and sworn to before me this 13th day of March, 2013.


_____
Notary Public

DATED this 13th day of March, 2013.

_____
Ted Tatos

Subscribed and sworn to before me this 13th day of March, 2013.

_____
Notary Public

19