# KROGER AVERAGE RETAIL PRICES AND WHOLESALE COSTS
## Regular Unleaded Gasoline



EXHIBIT 23 - APPENDIX 1

*Kroger Pass-Through Regression - Regular Unleaded Gasoline* 2

*The AUTOREG Procedure*

| Dependent Variable | REG |

*Kroger Pass-Through Regression - Regular Unleaded Gasoline*

*The AUTOREG Procedure*

| Ordinary Least Squares Estimates | | | |
|---|---|---|---|
| SSE | 0.37168207 | DFE | 580 |
| MSE | 0.0006408 | Root MSE | 0.02531 |
| SBC | -2599.5566 | AIC | -2696.3623 |
| MAE | 0.02001814 | AICC | -2694.6144 |
| MAPE | 0.74907166 | HQC | -2658.6834 |
| Durbin-Watson | 0.3082 | Regress R-Square | 0.9951 |
| | | Total R-Square | 0.9951 |

| Durbin-Watson Statistics | | | |
|---|---|---|---|
| Order | DW | Pr < DW | Pr > DW |
| 1 | 0.3082 | <.0001 | 1.0000 |

**Note:** Pr<DW is the p-value for testing positive autocorrelation, and Pr>DW is the p-value for testing negative autocorrelation.

| Parameter Estimates | | | | | |
|---|---|---|---|---|---|
| Variable | DF | Estimate | Standard Error | t Value | Approx Pr > |t| |
| Intercept | 1 | 0.4542 | 0.007172 | 63.34 | <.0001 |
| FNPPG_DILLON | 1 | 0.2045 | 0.0472 | 4.33 | <.0001 |
| COST_LAG_1 | 1 | 0.007419 | 0.0728 | 0.10 | 0.9189 |
| COST_LAG_2 | 1 | 0.1047 | 0.0733 | 1.43 | 0.1536 |
| COST_LAG_3 | 1 | 0.0912 | 0.0732 | 1.25 | 0.2133 |
| COST_LAG_4 | 1 | 0.0811 | 0.0731 | 1.11 | 0.2681 |
| COST_LAG_5 | 1 | 0.0472 | 0.0732 | 0.64 | 0.5195 |
| COST_LAG_6 | 1 | 0.1254 | 0.0727 | 1.73 | 0.0849 |
| COST_LAG_7 | 1 | -0.000961 | 0.0722 | -0.01 | 0.9894 |

## Kroger Pass-Through Regression - Regular Unleaded Gasoline

4

### The AUTOREG Procedure

| Parameter Estimates | | | | | |
|---|---|---|---|---|---|
| Variable | DF | Estimate | Standard Error | t Value | Approx Pr > \|t\| |
| COST_LAG_8 | 1 | 0.0426 | 0.0726 | 0.59 | 0.5576 |
| COST_LAG_9 | 1 | 0.0930 | 0.0727 | 1.28 | 0.2014 |
| COST_LAG_10 | 1 | 0.0487 | 0.0729 | 0.67 | 0.5045 |
| COST_LAG_11 | 1 | 0.0233 | 0.0728 | 0.32 | 0.7496 |
| COST_LAG_12 | 1 | 0.0624 | 0.0727 | 0.86 | 0.3909 |
| COST_LAG_13 | 1 | -0.0285 | 0.0735 | -0.39 | 0.6978 |
| COST_LAG_14 | 1 | 0.0465 | 0.0735 | 0.63 | 0.5267 |
| COST_LAG_15 | 1 | -0.0528 | 0.0743 | -0.71 | 0.4775 |
| COST_LAG_16 | 1 | 0.007420 | 0.0744 | 0.10 | 0.9206 |
| COST_LAG_17 | 1 | -0.005222 | 0.0746 | -0.07 | 0.9442 |
| COST_LAG_18 | 1 | 0.0215 | 0.0747 | 0.29 | 0.7731 |
| COST_LAG_19 | 1 | 0.0281 | 0.0754 | 0.37 | 0.7092 |
| COST_LAG_20 | 1 | 0.0900 | 0.0511 | 1.76 | 0.0787 |

| Estimates of Autocorrelations | | | |
|---|---|---|---|
| Lag | Covariance | Correlation | -1 9 8 7 6 5 4 3 2 1 0 1 2 3 4 5 6 7 8 9 1 |
| 0 | 0.000617 | 1.000000 | \|                    \|******************\| |
| 1 | 0.000517 | 0.837195 | \|                    \|*****************   \| |
| 2 | 0.000463 | 0.749889 | \|                    \|***************     \| |

| Preliminary MSE | 0.000180 |
|---|---|

*Kroger Pass-Through Regression - Regular Unleaded Gasoline* 5

*The AUTOREG Procedure*

| Estimates of Autoregressive Parameters | | | |
|---|---|---|---|
| Lag | Coefficient | Standard Error | t Value |
| 1 | -0.700060 | 0.041033 | -17.06 |
| 2 | -0.163803 | 0.041033 | -3.99 |

Algorithm converged.

*Kroger Pass-Through Regression - Regular Unleaded Gasoline*  6

### The AUTOREG Procedure

| Maximum Likelihood Estimates | | | |
|---|---|---|---|
| SSE | 0.10349644 | DFE | 578 |
| MSE | 0.0001791 | Root MSE | 0.01338 |
| SBC | -3355.0653 | AIC | -3460.6714 |
| MAE | 0.00957055 | AICC | -3458.5917 |
| MAPE | 0.3540466 | HQC | -3419.5672 |
| Log Likelihood | 1754.33572 | Regress R-Square | 0.9289 |
| Durbin-Watson | 2.0180 | Total R-Square | 0.9986 |
| | | Observations | 602 |

| Durbin-Watson Statistics | | | |
|---|---|---|---|
| Order | DW | Pr < DW | Pr > DW |
| 1 | 2.0180 | 0.5822 | 0.4178 |

**Note:** Pr<DW is the p-value for testing positive autocorrelation, and Pr>DW is the p-value for testing negative autocorrelation.

| Parameter Estimates | | | | | |
|---|---|---|---|---|---|
| Variable | DF | Estimate | Standard Error | t Value | Approx Pr > \|t\| |
| Intercept | 1 | 0.4538 | 0.0276 | 16.47 | <.0001 |
| FNPPG_DILLON | 1 | 0.1787 | 0.0249 | 7.18 | <.0001 |
| COST_LAG_1 | 1 | 0.0151 | 0.0272 | 0.55 | 0.5793 |
| COST_LAG_2 | 1 | 0.1049 | 0.0272 | 3.85 | 0.0001 |
| COST_LAG_3 | 1 | 0.0905 | 0.0272 | 3.33 | 0.0009 |
| COST_LAG_4 | 1 | 0.0860 | 0.0272 | 3.16 | 0.0016 |
| COST_LAG_5 | 1 | 0.0569 | 0.0273 | 2.09 | 0.0373 |
| COST_LAG_6 | 1 | 0.1191 | 0.0271 | 4.39 | <.0001 |

*Kroger Pass-Through Regression - Regular Unleaded Gasoline*

7

*The AUTOREG Procedure*

| Parameter Estimates | | | | | |
|---|---|---|---|---|---|
| Variable | DF | Estimate | Standard Error | t Value | Approx Pr > \|t\| |
| COST_LAG_7 | 1 | 0.0135 | 0.0272 | 0.50 | 0.6187 |
| COST_LAG_8 | 1 | 0.0319 | 0.0274 | 1.17 | 0.2434 |
| COST_LAG_9 | 1 | 0.0886 | 0.0273 | 3.25 | 0.0012 |
| COST_LAG_10 | 1 | 0.0534 | 0.0273 | 1.95 | 0.0512 |
| COST_LAG_11 | 1 | 0.0281 | 0.0274 | 1.03 | 0.3046 |
| COST_LAG_12 | 1 | 0.0647 | 0.0274 | 2.36 | 0.0188 |
| COST_LAG_13 | 1 | -0.0412 | 0.0279 | -1.48 | 0.1398 |
| COST_LAG_14 | 1 | 0.0519 | 0.0274 | 1.89 | 0.0588 |
| COST_LAG_15 | 1 | -0.0252 | 0.0281 | -0.90 | 0.3707 |
| COST_LAG_16 | 1 | 0.0214 | 0.0283 | 0.76 | 0.4486 |
| COST_LAG_17 | 1 | -0.002294 | 0.0283 | -0.08 | 0.9353 |
| COST_LAG_18 | 1 | 0.0323 | 0.0282 | 1.15 | 0.2525 |
| COST_LAG_19 | 1 | 0.0192 | 0.0286 | 0.67 | 0.5030 |
| COST_LAG_20 | 1 | 0.0507 | 0.0267 | 1.90 | 0.0581 |
| AR1 | 1 | -0.7346 | 0.0413 | -17.77 | <.0001 |
| AR2 | 1 | -0.1402 | 0.0416 | -3.37 | 0.0008 |

## Kroger Pass-Through Regression - Regular Unleaded Gasoline

### The AUTOREG Procedure

| Autoregressive parameters assumed given | | | | | |
|---|---|---|---|---|---|
| Variable | DF | Estimate | Standard Error | t Value | Approx Pr > \|t\| |
| Intercept | 1 | 0.4538 | 0.0275 | 16.52 | <.0001 |
| FNPPG_DILLON | 1 | 0.1787 | 0.0248 | 7.20 | <.0001 |
| COST_LAG_1 | 1 | 0.0151 | 0.0272 | 0.56 | 0.5790 |
| COST_LAG_2 | 1 | 0.1049 | 0.0272 | 3.85 | 0.0001 |
| COST_LAG_3 | 1 | 0.0905 | 0.0272 | 3.33 | 0.0009 |
| COST_LAG_4 | 1 | 0.0860 | 0.0272 | 3.16 | 0.0016 |
| COST_LAG_5 | 1 | 0.0569 | 0.0273 | 2.09 | 0.0373 |
| COST_LAG_6 | 1 | 0.1191 | 0.0271 | 4.39 | <.0001 |
| COST_LAG_7 | 1 | 0.0135 | 0.0272 | 0.50 | 0.6186 |
| COST_LAG_8 | 1 | 0.0319 | 0.0274 | 1.17 | 0.2434 |
| COST_LAG_9 | 1 | 0.0886 | 0.0273 | 3.25 | 0.0012 |
| COST_LAG_10 | 1 | 0.0534 | 0.0273 | 1.95 | 0.0511 |
| COST_LAG_11 | 1 | 0.0281 | 0.0274 | 1.03 | 0.3046 |
| COST_LAG_12 | 1 | 0.0647 | 0.0274 | 2.36 | 0.0188 |
| COST_LAG_13 | 1 | -0.0412 | 0.0279 | -1.48 | 0.1397 |
| COST_LAG_14 | 1 | 0.0519 | 0.0274 | 1.89 | 0.0588 |
| COST_LAG_15 | 1 | -0.0252 | 0.0281 | -0.90 | 0.3706 |
| COST_LAG_16 | 1 | 0.0214 | 0.0283 | 0.76 | 0.4484 |
| COST_LAG_17 | 1 | -0.002294 | 0.0283 | -0.08 | 0.9353 |
| COST_LAG_18 | 1 | 0.0323 | 0.0282 | 1.15 | 0.2524 |
| COST_LAG_19 | 1 | 0.0192 | 0.0286 | 0.67 | 0.5029 |
| COST_LAG_20 | 1 | 0.0507 | 0.0267 | 1.90 | 0.0581 |

*Kroger Pass-Through Regression - Regular Unleaded Gasoline* 9

*The AUTOREG Procedure*

