Appendix 2    WCS GALLONS FROM SUNCOR BY MONTH

| PRICEMONTH | REG | MID | PRM | DSL | OTH | TOTAL |
|---:|---:|---:|---:|---:|---:|---:|
| Sep-09 | 76,318 | | 7,002 | 12,000 | | 95,320 |
| Oct-09 | 4,858,988 | 1,001 | 578,823 | 746,805 | | 6,185,617 |
| Nov-09 | 4,836,011 | | 519,704 | 1,006,265 | | 6,361,980 |
| Dec-09 | 5,352,808 | 999 | 623,774 | 1,123,123 | | 7,100,704 |
| Jan-10 | 4,467,679 | 2,001 | 789,240 | 788,143 | | 6,047,063 |
| Feb-10 | 2,963,222 | 1,999 | 150,826 | 290,736 | | 3,406,783 |
| Mar-10 | 2,258,055 | | 35,916 | 536,735 | | 2,830,706 |
| Apr-10 | 2,522,614 | 1,000 | 321,590 | 429,204 | | 3,274,408 |
| May-10 | 1,645,474 | 999 | 236,016 | 400,363 | | 2,282,852 |
| Jun-10 | 228,853 | | 6,902 | 506,806 | | 742,561 |
| Jul-10 | 1,151,137 | | 176,487 | 313,044 | | 1,640,668 |
| Aug-10 | 79,800 | | 29,400 | | | 109,200 |
| Sep-10 | 1,655,750 | 2,000 | 70,856 | 315,294 | | 2,043,900 |
| Oct-10 | 4,508,578 | 3,899 | 377,689 | 381,029 | 210,000 | 5,481,195 |
| Nov-10 | 4,134,986 | | 413,466 | 346,151 | | 4,894,603 |
| Dec-10 | 2,068,717 | 1,000 | 207,776 | 208,862 | | 2,486,355 |
| Jan-11 | 2,903,750 | 1,001 | 232,918 | 342,977 | | 3,480,646 |
| Feb-11 | 1,051,995 | | 79,800 | 124,635 | | 1,256,430 |
| Mar-11 | 1,172,818 | 2,000 | 144,810 | 235,079 | | 1,554,707 |
| Apr-11 | 1,853,755 | | 173,220 | 90,523 | | 2,117,498 |
| May-11 | 1,516,090 | 3,000 | 119,413 | 183,389 | | 1,821,892 |
| **TOTAL** | 51,307,398 | 20,899 | 5,295,628 | 8,381,163 | 210,000 | 65,215,088 |

**EXHIBIT 23 - APPENDIX 2**