Appendix 3      KROGER GALLONS FROM SUNCOR BY MONTH      Page 1

| PRICEMONTH | REG | MID | PRM | DSL | TOTAL |
|---|---|---|---|---|---|
| Jan-08 | ■ | | ■ | ■ | ■ |
| Feb-08 | ■ | | ■ | ■ | ■ |
| Mar-08 | ■ | | ■ | ■ | ■ |
| Apr-08 | ■ | | ■ | ■ | ■ |
| May-08 | ■ | | ■ | ■ | ■ |
| Jun-08 | ■ | | ■ | ■ | ■ |
| Jul-08 | ■ | | ■ | ■ | ■ |
| Aug-08 | ■ | | ■ | ■ | ■ |
| Sep-08 | ■ | | ■ | ■ | ■ |
| Oct-08 | ■ | | ■ | ■ | ■ |
| Nov-08 | ■ | | ■ | ■ | ■ |
| Dec-08 | ■ | | ■ | ■ | ■ |
| Jan-09 | ■ | | ■ | ■ | ■ |
| Feb-09 | ■ | | ■ | ■ | ■ |
| Mar-09 | ■ | | ■ | ■ | ■ |
| Apr-09 | ■ | | ■ | ■ | ■ |
| May-09 | ■ | | ■ | ■ | ■ |
| Jun-09 | ■ | | ■ | ■ | ■ |
| Jul-09 | ■ | | ■ | ■ | ■ |
| Aug-09 | ■ | | ■ | ■ | ■ |
| Sep-09 | ■ | | ■ | ■ | ■ |
| Oct-09 | ■ | | ■ | ■ | ■ |
| Nov-09 | ■ | | ■ | ■ | ■ |
| Dec-09 | ■ | | ■ | ■ | ■ |
| Jan-10 | ■ | ■ | ■ | ■ | ■ |
| Feb-10 | ■ | ■ | ■ | ■ | ■ |
| Mar-10 | ■ | ■ | ■ | ■ | ■ |
| Apr-10 | ■ | ■ | ■ | ■ | ■ |
| May-10 | ■ | ■ | ■ | ■ | ■ |
| Jun-10 | ■ | ■ | ■ | ■ | ■ |
| Jul-10 | ■ | ■ | ■ | ■ | ■ |
| Aug-10 | ■ | ■ | ■ | ■ | ■ |
| Sep-10 | ■ | ■ | ■ | ■ | ■ |
| Oct-10 | ■ | ■ | ■ | ■ | ■ |
| Nov-10 | ■ | ■ | ■ | ■ | ■ |
| Dec-10 | ■ | ■ | ■ | ■ | ■ |
| Jan-11 | ■ | ■ | ■ | ■ | ■ |
| Feb-11 | ■ | ■ | ■ | ■ | ■ |
| Mar-11 | ■ | ■ | ■ | ■ | ■ |
| Apr-11 | ■ | ■ | ■ | ■ | ■ |
| May-11 | ■ | ■ | ■ | ■ | ■ |
| Jun-11 | ■ | ■ | ■ | ■ | ■ |
| Jul-11 | ■ | ■ | ■ | ■ | ■ |
| Aug-11 | ■ | ■ | ■ | ■ | ■ |

**EXHIBIT 23 - APPENDIX 3**

Appendix 3      KROGER GALLONS FROM SUNCOR BY MONTH      Page 2

| Month | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sep-11 | | ■ | | ■ | | ■ | | ■ | | ■ | |
| Oct-11 | | ■ | | ■ | | ■ | | ■ | | ■ | |
| Nov-11 | | ■ | | ■ | | ■ | | ■ | | ■ | |
| Dec-11 | | ■ | | ■ | | ■ | | ■ | | ■ | |

TOTALS     ■     ■     ■     ■     ■

Case 1:11-cv-01611-MSK-CBS Document 261-27 Filed 03/18/13 USDC Colorado Page 2 of 2

Appendix 3      KROGER GALLONS FROM SUNCOR BY MONTH      Page 2