Western Convenience Stores, Inc. et al vs. Suncor Energy (U.S.A.) Inc.

United States District Court for the District of Colorado

Case NO. 11-cv-01611-MSK-CBS

Expert Report of

James M. Griffin

March 1, 2013

Exhibit 24

## Expert Report of James M. Griffin

### I.      Introduction and Qualifications

1.      I am James M. Griffin, Professor of Economics & Public Policy at the George Bush School of Government and Public Service at Texas A & M University.  At the Bush School, I am the Director of the Mosbacher Institute for Trade, Economics, & Public Policy and hold the Bob Bullock Chair in Public Policy and Finance.  I currently serve on the editorial boards of three journals specializing in energy economics.  My consulting activities are affiliated with the Berkeley Research Group (BRG), an economics and finance consulting firm, where I am a Director.

2.      I am a specialist in the field of industrial organization and energy economics.  At the Bush School, I routinely teach courses in public policy related to antitrust policy, regulation, and energy policy.  I have written extensively in the field having published eight books and over fifty articles in peer-reviewed academic journals.   A list of my publications is attached in Appendix A.  Much of my published research has focused on energy and petroleum markets.  My textbook with Henry Steele, *Energy Economics and Policy*, was for many years the leading text in the field.  Most recently, my 2009 book with Yale University Press entitled *A Smart Energy Policy: An Economist's Rx for Balancing Cheap, Clean, and Secure Energy,* proposes a broad agenda for reforming energy policy.

3.      My early academic research focused extensively on petroleum refining in which I used linear programming models[1] to show among other things how refiners' marginal cost of production rises as they approach the engineering limits of the refinery.  Indeed in those early

---

[1] Linear programming models are mathematical descriptions of the various processes and blending constraints that describe how refineries operate.  They typically involve more than 300 equations requiring computer programs to solve them.

1

years, I worked as an economist for the Sun Oil Company in Philadelphia and later for Exxon's

Corporate Planning Department in New York where I received a broad understanding of the

petroleum industry.  After entering academia, my fascination with the petroleum industry

continued.  I have written extensively on OPEC, the world oil market, the demand for and

pricing of gasoline, environmental issues, and most recently on the blending of ethanol in

gasoline.

4.      As a consultant, I have worked for the U.S. Department of Energy, Brookhaven National

Laboratory, the Electric Power Research Institute, as well as for a number of major petroleum

firms.  While much of this work has been of a non-litigation nature, I have had considerable

experience as an expert witness in a variety of matters including antitrust economics.  Included in

my curriculum vitae in Appendix A is a list of deposition and court testimony over the last seven

years.  In the process of forming my opinions in this matter, I have either personally reviewed or

BRG staff under my direction have reviewed a voluminous amount of material.  A list of these

materials is shown in Appendix B.  BRG bills my time at a rate of $650 per hour.  My

compensation is not dependent on the outcome of this matter.

## II.      What are the Issues I have been Asked to Address?

5.      I have been asked by Suncor's counsel to perform my own independent analysis of the

economic consequences of Suncor's allegedly anti-competitive behavior related to fuel sales to

the Kroger family (hereafter "Kroger") of outlets (which include King Soopers, City Market, and

Loaf 'N Jug convenience stores) and whether this alleged behavior affected competition and

Western Convenience Stores (hereafter "WCS").  More specifically, I have been asked to review

the report of Plaintiffs' economic experts, Professor Mark Glick and Mr. Ted Tatos (hereafter

"Glick/Tatos").  They opine that Suncor engaged in differential pricing in its sales of gasoline

2

SECRET/HIGHLY CONFIDENTIAL

and diesel fuel, charging WCS more than Kroger.  They then develop an econometric model using regression analysis[2] which they then use to estimate damages to WCS of $964,229.[3]   I may render further opinions based on additional depositions, if any, that are taken (particularly any depositions of Glick and Tatos) and updated information that is not currently available as they relate to my opinions.

### III.    A Summary of Opinions and Conclusions

6.      My opinions can be grouped into three general areas.  The first area pertains to the Glick/Tatos regression model, which aims at quantifying alleged injury to WCS.  Their model is deficient in two major respects.  First, by basing their model on the wholesale price differences paid by WCS and Kroger, they assume a "binary world" in which WCS and Kroger are the only two gasoline retailers in the "market" surrounding a given WCS store.[4]  This assumption is contradicted by WCS' own price surveys that frequently identify more than 7 nearby competitors.  Furthermore, deposition testimony is replete with discussions of other competitors.[5] When the binary world assumption is no longer imposed, their statistical results fall apart. Second, in order to establish a causal link between the *retail* prices charged by Kroger and lost profits to WCS, Glick and Tatos assume there is an automatic and immediate cent-per-cent pass-through of wholesale costs to retail prices.  Again, this assumption is contradicted by Kroger

---

[2] Econometric models using regression analysis are designed to empirically isolate the effects of various factors on some particular key variable—in this case the profitability of various WCS stores.  In order to isolate the effects of various factors, observed data is commonly fit to linear equations with the goal of empirically determining the effect of the various explanatory variables on the key variable.  In this case a central question is what effect, if any, did Suncor's allegedly different wholesale product prices have on WCS's profitability.

[3] Glick and Tatos Report, p. 20.

[4] Typically, gasoline retailers survey the prices of competitors' stores within a 2 to 3 mile radius of their store.  They refer to this area as the "market."  This use of the word "market" should not be confused with an antitrust market definition which would be much broader geographically and include the potential of entry.

[5] E.g.,Taraghi Deposition, pp. 41-46, 123; Giannola Deposition, pp. 31, 34, 37, 40, 55-56; Sharpe Deposition, pp.11-13, 37, 70-71 and 77-80.

SECRET/HIGHLY CONFIDENTIAL

witnesses Susan Giannola and Edward Sharpe.[6]  In order to establish causation, Glick/Tatos must show how Kroger's retail prices caused customers to leave WCS.  They have not done this.  In fact, when retail prices are used in their model in place of wholesale prices, the results show no statistically significant causal link between Kroger's retail prices and any profits allegedly lost by WCS.  These deficiencies are in my opinion sufficiently serious as to render their analysis specious and unreliable.

7.     Second, having found the Glick/Tatos damage model to be unreliable, I have performed my own independent analysis for a causal link between Kroger and WCS that avoids the assumption of an automatic and immediate cent-per-cent pass-through from wholesale to retail prices.  Specifically, I perform three tests designed to show whether Kroger's retail pricing behavior impacted WCS negatively.  The first test shows that Kroger's retail prices were rarely the lowest in locations nearby to WCS stores.  Therefore, even if Kroger enjoyed a wholesale cost advantage compared to WCS, it was the pricing of other competitors that determined retail prices to nearby WCS locations. The second test compares Kroger's retail pricing before and after it began to buy from Suncor and finds no difference between the two periods.  Finally, the third test is a trend analysis of the profitability of WCS stores.  It shows no structural break after the Kroger/Suncor contract.  In other words, the trend analysis shows that the Kroger/Suncor contract had no statistically significant negative effect on the profitability of WCS stores.  All three of these tests indicate no basis to infer a causal link between Kroger's retail pricing and competitive injury to WCS.

8.     Third, the mere existence of a price difference between Suncor's price to WCS and to Kroger outlets does not automatically qualify as an example of price discrimination as that term

---

[6] Giannola Deposition, pp. 26, 34-36, 50; Sharpe Deposition, pp. 6, 19-20.

4

is understood in economics. Economically, the two buyers must have similar characteristics – or

in legal jargon, be "similarly situated." In this case, Kroger and WCS differ in a number of key

attributes including: (1) the duration of the Kroger vs. WCS contracts, (2) the type of pricing

formulas they have chosen, (3) the aggregate volumes purchased from Suncor, (4) the variability

of purchases of the two companies and (5) the credit worthiness of the two companies. Using an

analogy from electricity generation, Kroger is a base load customer while WCS operates

primarily as a peak load or spot market purchaser. In these circumstances, it is normal to expect

price differences when buyers differ so fundamentally.

## IV.    Conceptual Flaws in the Glick/Tatos Damage Model

9.    Glick and Tatos have estimated a regression model designed to link the differences in

prices paid to Suncor to lost profits for each of the WCS stores facing competition from a Kroger

location. The end result of their analysis is that 26 of the 42 WCS stores allegedly suffered

competitive injury because of the nearby presence of a Kroger location.[7] After summing

damages across all three grades of gasoline plus diesel fuel sold at each of these 26 stores, they

estimate damages at $964,229, with the bulk – $760,493 – coming from regular unleaded

gasoline.[8] Because regular unleaded gasoline accounts for the bulk of damages, this report

focuses on unleaded regular, although results for other fuels are reported in Appendices C

(midgrade unleaded), D (premium unleaded), and E (diesel fuel).

### A.  Conceptual Flaw #1:  A Binary World with no Role for other Competitors

10.   While Glick and Tatos are to be commended for their detailed store-by-store analysis,

there are two very serious conceptual flaws in the underlying model specification which vitiate

---

[7] Glick and Tatos Report, pp. 19-20.
[8] Glick and Tatos Report, p. 20.

SECRET/HIGHLY CONFIDENTIAL

their conclusions.  The first conceptual flaw is they postulate a binary world, i.e. a WCS station's profitability depends on the wholesale price difference between Kroger and WCS *without any allowance for competition with other gasoline retailers*.  This assumption is contradicted by WCS's own price surveys for each location which often show 7 or more nearby competitors,[9] as well as the deposition testimony of Taraghi, Giannola and Sharpe. Their regression model can be summarized as follows:

$$(1) \quad Profits_t = \beta_0 + \beta_1\left(P_{WCS} - P_{Kroger}\right)_t + \beta_2\left(P_{WCS} - P_{Kroger}\right)_{t-1} + other\ variables$$

11.  Basically, their equation says that there are a number of variables explaining the profits of a given WCS location and that these can be approximated by a linear equation.  The key variables for purposes here is the effect of the wholesale price difference between WCS and Kroger in the current day and the previous day$\left(P_{WCS} - P_{Kroger}\right)$.  The reason this model posits a binary world consisting only of Kroger and WCS is that the other variables in equation (1) (which include: a) monthly total gasoline sales in Colorado from all sellers, b) transportation costs, b) portion of daily fuel WCS purchased from Suncor at a given store, and d) control variables for weekends and driving seasons[10]) do not include the pricing effects of other competitors near the WCS location.   Thus Glick/Tatos assume a binary world consisting only of WCS and Kroger.

12.  The Glick/Tatos damage calculations depend critically on the magnitude of the parameters $\beta_1$ and $\beta_2$.  For example, if in the current day ("day t") the cost difference in gasoline between WCS and Kroger increases by $0.01, the effect on WCS's daily profits on that same day

---

[9] WCS price survey data, "HIGHLY_CONFIDENTIAL _PLA072639.xlsx."
[10] Glick and Tatos Report, pp. 17-18.

SECRET/HIGHLY CONFIDENTIAL

would be $\beta_1$ x \$0.01.  If the \$0.01 increase persisted to the next day, t+1, the lost profits in day
t+1 would include the cumulative effect or $(\beta_1 + \beta_2)$ x \$0.01.[11]

13.     By assuming a binary world consisting only of WCS and Kroger, the Glick/Tatos
equation (1) utilizes the following symmetry condition on the price effects, allowing  equation
(1) to be mathematically rewritten as follows:

(2)     $Profits_t = \beta_0 + \beta_1 P_{WCS} - \beta_1 P_{Kroger} + \beta_2 P_{WCS} - \beta_2 P_{Kroger} + other\ variables$

*In effect, the symmetry assumption in equation (2) says that the effect on WCS profits would be
the same regardless of whether Suncor lowered its price to WCS by 1 cent per gallon or raised
its price to Kroger by 1 cent per gallon.*

14.     If Kroger and WCS were the only two gasoline retailers in the market, it would be
plausible to assume a binary world and thus assume symmetrical price effects between WCS and
Kroger's prices.  But this assumption makes no sense in the market place.  In the Denver
Metropolitan Statistical Area ("MSA"), WCS sells about 2% of all gasoline sold and Kroger sells
about 11% of all gasoline sold,[12] leaving the remaining 87% unidentified.  Even in local markets
where 7 or more competitors are identified in WCS' own price surveys, a binary world, which is
reflected in the symmetry assumption, makes no sense.

---

[11] The above illustration assumes that the WCS store purchased 100% of its supplies from Suncor.  If for example,
only half of the supplies to the WCS store were from Suncor and the cost difference was attributable to the portion
supplied by Suncor, Glick and Tatos would adjust the \$0.01 difference to \$0.005, effectively cutting the damages in
half.

[12] Share estimates are only approximate and based on 2010 sales of WCS and Kroger locations in the Denver area
compared to Colorado gasoline excise tax data.  The Colorado Department of Revenue provides data on the gallons
of gasoline sold on a state-wide basis but sales tax data on a county basis.  Denver area gasoline sales are estimated
on a pro-rata basis using the county sales tax data.

7

SECRET/HIGHLY CONFIDENTIAL

15.    In order to account for the presence of other gasoline retailers, Glick and Tatos should

have either (a) accounted for the prices of other competitors or (b) no longer imposing the

symmetry assumption by allowing the price effects of Kroger to differ as follows:

$$(3) \quad Profits_t = \beta_0 + \beta_1 P_{WCS_t} + \gamma_1 P_{Kroger_t} + \beta_2 P_{WCS_{t-1}} + \gamma_2 P_{Kroger_{t-1}} + other\ variables$$

Allowing the parameters $\gamma_1$ and $\gamma_2$ in equation (3) above on Kroger's price to differ from $-\beta_1$

and $-\beta_2$ in equation (2) above permits the possibility that the response to Kroger's price may be

influenced by other competitors, which the Glick/Tatos model does not do.

16.    When one re-estimates the Glick/Tatos model without imposing the symmetry

assumption, we discover some very interesting results regarding the original Glick/Tatos

specification.  Exhibit 1 shows the results of such an analysis for the 26 WCS stations examined

by Glick and Tatos.   Most critically, the test for symmetry – that is, a one-cent price reduction to

WCS has the same effect on profitability as a one increase in the price to Kroger $(\beta_1 = -\gamma_1)$ and

$(\beta_2 = -\gamma_2)$ – does not hold for 20 of the 26 WCS locations.  The results of the analysis are

shown on Exhibit 1, where the term "Reject" means to reject the assumption of symmetry that

underlies the Glick/Tatos model.

17.    One would also expect to find that the $\beta_1$ and $\beta_2$ parameters on WCS' prices to have

negative signs since higher fuel costs to WCS should reduce profitability.[13]  Conversely, the

parameter estimates for $\gamma_1$ and $\gamma_2$ would be expected to be positive since higher costs to Kroger

---

[13]  Barron, John M., John R. Umbeck, and Glen R. Waddell, "Consumer and Competitor Reactions: Evidence from a
Retail-Gasoline Field Experiment," University of Oregon Economics Department Working Papers; 2003-18.
Findings show that an increase in the number of rivals increases the price elasticity of demand.  Rivals' reaction to
an exogenous price change by one seller is inversely related to the number of rivals.   Eckert, Andrew and Douglas
S. West, "Retail Gasoline Price Cycles across Spatially Dispersed Gasoline Stations," *Journal of Law and
Economics*, vol. 47, no. 1, April 2004.  Findings also suggest that "demand factors may be more important in driving
volatility than previously believed and that the proximity to wholesale costs is less important."  See, also, Marvel,
Howard P., "The Economics of Information and Retail Gasoline Price Behavior: An Empirical Analysis," *Journal of
Political Economy*, vol. 84, no. 5, 1976.

SECRET/HIGHLY CONFIDENTIAL

would be expected to increase WCS sales and thus benefit profitability at WCS locations. But again, that is not what we see. Out of the 52 parameters pertaining to Kroger's prices (26 estimates of $\gamma_1$ and $\gamma_2$), shown in red shading are the 7 parameter estimates having the wrong sign (i.e., negative when it should be positive), and being statistically significant. The green shading shows that 29 of the 52 parameter estimates are not statistically significant. Those cells with no shading have the correct sign and are statistically significant, but they refer primarily to the WCS wholesale price variables.

18.     In sum, the fact that the symmetry assumption was soundly rejected for 20 of the 26 WCS stores and that the parameter estimates are so frequently statistically insignificant points to a major flaw of the Glick/Tatos model. Namely, their regression model predicated on a binary world is inconsistent with the data. They cannot ignore the other retailers identified in WCS's own price surveys.

### B.  Conceptual Flaw #2:  Their Regression Model fails to establish a Causal link between Kroger's Retail Prices and WCS' lost profits.

19.     A fundamental premise of the Glick/Tatos model is that any competitive injury suffered by WCS is measured by the wholesale cost difference between WCS and Kroger.   Remember that variables $P_{WCS}$ and $P_{Kroger}$ in equation (1) above are the *wholesale prices* of gasoline paid by the two customers. Glick and Tatos compute WCS' competitive injury by taking the difference in the two prices for the current day $dif_t = (P_{WCS} - P_{Kroger})_t$ and for the previous day $dif_{t-1} = (P_{WCS} - P_{Kroger})_{t-1}$ and calculate lost profits as follows:

(4)     $lost\ profits_t = \beta_1 dif_t + \beta_2 dif_{t-1}$

9

SECRET/HIGHLY CONFIDENTIAL

By imposing symmetry ($\gamma_1 = -\beta_1$) and ($\gamma_2 = -\beta_2$), their model assumes no difference *mathematically* whether the Kroger advantage (dif) is added to the Kroger price (thus raising its cost of fuel) or is subtracted from the WCS wholesale price (thus lowering its cost of fuel). The effect is the same.

20.     Conceptually however, from a conventional "but for" damage calculation, it is appropriate to add the Kroger advantage to the Kroger wholesale cost to show what WCS profits would have been *absent* the alleged unfair competitive advantage afforded Kroger. Thus the focus should be on the Kroger price as the source of competitive injury to WCS.

21.     But if Kroger's cost advantage were eliminated by raising Kroger's wholesale price, one has to determine how that would impact Kroger's retail price. This is where Glick and Tatos' hidden cent-per-cent pass-through assumption becomes important. Their model implicitly assumes that differences in wholesale costs are automatically and immediately passed through cent-per-cent to retail prices. In their effort to show causal injury to WCS, Glick and Tatos must implicitly assume that Kroger's retail prices would increase by the amount of its lost cost advantage; in turn, Kroger's higher retail prices would result in higher profits to WCS in a "but for" world of no Kroger advantage.

22.     To summarize the flow of causation in the Glick/Tatos damage analysis, they either explicitly or implicitly assume the following: (1) in the "but for" world, Kroger would lose its cost advantage over WCS, (2) under the automatic and immediate cent-per-cent pass-through, Kroger's retail gasoline prices would rise by the amount of Kroger's lost cost advantage, (3) WCS would enjoy an increase in profitability as customers leave Kroger stores for WCS stores, and (4) the difference in WCS' "but for" profitability and actual profitability measures the competitive injury suffered by WCS.

10

SECRET/HIGHLY CONFIDENTIAL

23.     The reason that the automatic and immediate cent-per-cent cost pass through is crucial to the Glick/Tatos analysis is because their regression model is based on Kroger's wholesale prices for fuel purchased from Suncor.  If the automatic and immediate cent-per-cent pass through assumption is not correct, then the Glick/Tatos model cannot compute any lost profits suffered by WCS.  In other words, by assuming the automatic and immediate cent-per-cent cost pass through, Glick and Tatos have effectively assumed what they set out to prove.

24.     Rather than merely making the cent-per-cent pass through assumption, Glick and Tatos should have tested it.  In order to quantify directly the effects of Kroger's *retail* prices on WCS profitability, we replaced the wholesale prices in equation (2) above with retail prices and did not impose the symmetry assumption as follows:

(5)     $Profits = \beta_0 + \beta_1 P^R_{WCS_t} + \gamma_1 P^R_{Kroger_t} + \beta_2 P^R_{WCS_{t-1}} + \gamma_2 P^R_{Kroger_{t-1}} + other\ variables$

where the superscript R is affixed to the price variables (e.g. $P^R_{Kroger_t}$) to indicate the street or retail prices.[14]

25.     The key parameter results of equation (5) are reported for regular gasoline in Exhibit 2. Focusing on the effects of Kroger's retail prices in days t and t-1, the green shading suggests "no statistically significant" relationship between Kroger's retail prices and WCS' profitability. For example, for the current day t, 16 of the 25 parameter estimates shaded in green show no statistically significant relationship.[15]  In addition, the 8 red parameter estimates indicate an incorrect but statistically significant effect.  For example, WCS store 106 shows a negative coefficient (-599.7) implying that a Kroger retail price increase would somehow *decrease* WCS

---

[14] Note that equation (5) relaxes the symmetry assumption since it is implausible to think that a five cent retail price decrease by WCS would have the same effect on profitability as a five cent retail price increase by Kroger, given the other competitors in the market.
[15] Likewise, for the previous day effect, 16 of the 25 parameters are not statistically significant.

11

SECRET/HIGHLY CONFIDENTIAL

profitability, which is contrary to commonly accepted economic principles! Looking at all 50 parameter estimates for the current day t and previous day t-1, we find only 4 out of a possible 50 white cells (pertaining to the Kroger prices) with the economically plausible positive and statistically significant effect.[16]

26.     The results in Exhibit 2 indicate there is no statistical relationship between Kroger's retail prices and WCS profitability. Without a statistically significant relationship, Glick and Tatos have no reliable method to infer a causal link between the alleged price discrimination and WCS' profitably and thus no basis for inferring competitive injury to WCS.

### C.  Glick and Tatos did not Consider Other Causal Explanations

27.     Glick and Tatos should have examined the relationship between Kroger's retail price and its wholesale cost, which is based on the OPIS average rack price. That relationship can be illustrated by fitting a simple regression equation between the Kroger retail price and the OPIS average rack price (the basis for Kroger's wholesale price) as follows:

(6)     $P^R_{Kroger_t} = \beta_0 + \beta_1 \, P_{OPIS} + \textit{Unexplained Error}$

In equation (6), if there is a cent-per-cent pass-through of wholesale costs (based on the OPIS average governing Kroger's contract) as Glick and Tatos assume, then $\beta_0$ is the markup over wholesale cost and $\beta_1$ should equal one. If wholesale and retail prices move together in lock step as Glick/Tatos assume, one would expect to see little if any unexplained error. Fitting equation (6) to the data for Kroger's King Soopers #42, we find that $\beta_0$ equals \$0.46 and the coefficient

---

[16] For the WCS price parameters, we also observe from the red cells frequently wrong signed and statistically significant coefficients. For example, because WCS faces a very price elastic demand curve, raising its price vis-à-vis all others would likely lead to lower, not greater profits, explaining why WCS has chosen to be the lowest price competitor. Nevertheless, the preponderance of parameter estimates are green, indicating they are not statistically significant from zero. Only 1 of the 50 WCS parameters is statistically significant with the correct sign.

SECRET/HIGHLY CONFIDENTIAL

$\beta_1$ equals 0.98 (not statistically different than 1).  Clearly, *over the long run*, wholesale prices do influence retail prices on a one-for-one basis as one would expect.   However, in the short term, there is considerable variation in the relationship between wholesale costs and retail prices.

28.     Exhibit 3 shows the unexplained variation or error in retail prices that cannot be explained by wholesale costs.  The blue dots show the unexplained errors, indicating that from day-to-day or even week-to-week there is a lot of variation in Kroger's retail prices that cannot be explained by its wholesale costs.  In Exhibit 3, it is quite common to observe fluctuations of plus or minus 10 cents per gallon and even 20 cents in some instances.  As evidenced in Exhibit 3, there can be substantial periods lasting as long as a month in which the retail prices substantially exceed or fall below the retail prices predicted from the Glick/Tatos assumption of an automatic and immediate cent-per-cent pass-through from wholesale to retail prices.

29.     Glick and Tatos also fail to consider other causes that would explain differences in retail prices not attributable to Kroger's wholesale costs. For example, assume (1) that Kroger's cost advantage is taken away but (2) Kroger knowing that its retail price is set by competition cannot pass along the price increase and must maintain the same retail price as in equation (5) above; with no change in Kroger's retail price, WCS' profitability would be unaffected.  Under this hypothetical, competition at the gasoline retailing level sets retail prices – and not the costs of one seller (Kroger) in the market.  In this case, WCS suffers no competitive injury.  In fact, the deposition testimony of Kroger witness Susan Giannola supports this scenario because she indicates that Kroger is a price follower, not a price setter.[17]  As a price follower, the market and not Kroger's cost, sets the retail price.

---

[17] See Giannola Deposition, pp. 24-25, 31, 34, 50, 55-56, 106-107.

SECRET/HIGHLY CONFIDENTIAL

30.     There is yet another causal chain not considered by Glick and Tatos that does not implicate Kroger.  Remember that the WCS purchase price was pegged to the Suncor unbranded rack price whereas the Kroger price was pegged to fluctuate with the OPIS average rack price as follows[18]:

(7)      $P_{WCS} = P_{Suncor} - \$0.045 \ and \ P_{Kroger} = P_{OPIS} - \$$ ███

Consequently, the price difference between the WCS and Kroger wholesale prices can be written as:

(8)      $dif = P_{WCS} - P_{Kroger} = P_{Suncor} - P_{OPIS} + \$$ ███

31.     By breaking the price difference into two pieces in this manner, we get an entirely different way of thinking about the source of the supposed "injury" to WCS.  Equation (8) allows us to analyze the issue more precisely and to pose this question.  Is the source of the "injury" to WCS (1) the ███ cent difference in discounts it received vis-à-vis Kroger or (2) is it the difference between the two pricing formulas ($P_{Suncor} - P_{OPIS}$)?

32.     A look at Exhibit 4 suggests that the primary source of the lost profits was WCS' choice[19] to purchase off of the Suncor unbranded rack price.[20]  Exhibit 4 shows the price difference between the Suncor unbranded rack price and the OPIS average rack price ($P_{Suncor} - P_{OPIS}$).  Interestingly, from July 2009 through January 2010 and excepting a brief period in October 2009, Suncor's unbranded rack price fluctuated between 0 and 3 cents *below* the OPIS average

---

[18] Suncor_WCS 00005213; Suncor_WCS 00005323; Suncor_WCS 00005353.
[19] Taraghi Deposition, pp. 161-162.
[20] Reay Deposition, Exhibit 203.

SECRET/HIGHLY CONFIDENTIAL

rack price.[21]  However, beginning in February 2010 and lasting until September 2010, we observe a persistent price inversion when the Suncor unbranded rack price *exceeds* the OPIS average rack price.   Adding the additional ▮ cent difference in the discounts, it is clear that Kroger's wholesale prices, and the prices of any other purchasers tied to the OPIS rack average (whether they bought from Suncor or not), were lower than WCS's wholesale prices.

33.     The broader implication from equation (8) above is that during periods of substantial price inversions (such as from February to September in 2010) *any buyer* whose price was tied to the OPIS average rack enjoyed a substantial benefit over those tied to the Suncor unbranded rack.  Under this explanation, Kroger is no different than other purchasers whose price was tied to the OPIS average rack. In other words, WCS chose one index price (the Suncor unbranded rack price) over another index price (the OPIS rack average).  It was that choice that explains a major component of its supposed "injury," but it is a source that was entirely within its control.

34.     From a variety of perspectives, Glick and Tatos have failed to establish a causal link between Kroger's retail prices and competitive injury to WCS.  The assumption of a binary world is not supported either by the facts or statistical tests.  Next, the notion that wholesale and retail fuel prices move in lock step with an immediate cent-per-cent pass-through from wholesale costs to retail prices is likewise refuted by the data.  Indeed, substituting Kroger's retail prices in their model fails to show a causal connection.  At a more fundamental level, Glick and Tatos do not consider the fact that differences in pricing indexes (Suncor's unbranded rack price vs. the OPIS average rack price) over which WCS had a choice, played a major role in their damage calculations.

---

[21] Adding the ▮ cent difference in discounts would suggest that WCS would not be substantially disadvantaged vis-à-vis those buying off of the OPIS average rack price.  Indeed, there were instances in which WCS would have received a lower price.  This is particularly true with respect to locations served out of Grand Junction which were bound by a different contract.  Suncor_WCS 00005305.

SECRET/HIGHLY CONFIDENTIAL

## V.    Independent Tests for Causal Links to Competitive Injury

35.    To be sure, during periods of price inversions Kroger had a cost advantage over WCS. But the critical question is whether Kroger used this advantage to become the lowest price retailer in the various local markets around WCS locations?  To answer this question, I looked at the following three pieces of evidence: (1) Kroger's retail price behavior vis-à-vis other retailers located near WCS locations, (2) statistical tests to determine if Kroger changed its retail pricing behavior after securing the Suncor contracts in October 2009 and February 2010, and (3) a graphical trend analysis of the profitability of WCS locations before and after the Kroger contracts.  All three support the conclusion that competitive injury from Kroger, if any, was at most de minimis.

### A.  Test 1:  Kroger's Retail Pricing Behavior vis-à-vis WCS and Other Competitors

36.    Fortunately, WCS performed daily price surveys that included nearby competitor stores. Taking the 26 WCS stores for which Glick and Tatos find competitive injury from a Kroger family outlet, there are a total of 13,352 location/days – 26 locations covering daily price observations from October 1, 2009 to April 30, 2011.  Taking these observations, BRG staff under my direction computed the number of location/days for which a Kroger family outlet posted the lowest price or was tied for the lowest price.   Exhibit 5 tabulates these results. Likewise, a similar calculation was made for the WCS outlets and finally a similar calculation was made for other competitors.  Exhibit 5 confirms that Kroger family stores were rarely the lowest (0.8%) or tied for the lowest price (1.6%).   In contrast, WCS outlets were very aggressive, being the lowest price in 35.1% of the observations and tied for the lowest price in another 38.7% of the observations.  It is also clear that WCS faced aggressive price competition

16

SECRET/HIGHLY CONFIDENTIAL

from other (non-Kroger) marketers as they accounted for the lowest price 24.1% of the time and tied for the lowest price in another 39.7% of the instances.

37.     WCS faced aggressive price competition from a variety of marketers. Hossein Taraghi mentions a number including Bradley, Diamond Shamrock, Safeway, and Maverick.[22] Both Kroger witnesses, Susan Giannola,[23] and Edward Sharpe,[24] as well as WCS witness, Hossein Taraghi[25] appear to agree with this conclusion. Interestingly, Kroger witness, Susan Giannola described Western and Bradley as "low-price low-ballers in the market, and if we start trying to match them, they just keep going down and down and down and we create a price war that affects entire markets."[26]

### B. Test 2: What Determined Kroger's Retail Pricing and Did the Suncor Contract Matter?

38.     To test whether the Suncor contract had any effect on Kroger's retail pricing, I returned to equation (6) above focusing on Kroger's retail pricing behavior before and after it signed the Suncor contract. At issue is the unexplained error in equation (6) which we saw in Exhibit 3 could be as much as 20 cents per gallon. I posed this question: When Kroger began being supplied by Suncor, could this have caused it to lower its retail price in the post-Suncor contract period? It is important to include an "indicator variable" that takes on a value of 1 during periods when the Suncor contract was in effect and equal to zero, when it was not in effect.

---

[22] E.g. Taraghi Deposition, pp. 41-46, 123.
[23] E.g. Giannola Deposition, pp. 31-34.
[24] E.g. Sharpe Deposition, p. 33.
[25] E.g. Taraghi Deposition, pp. 41-46, 123.
[26] E.g. Giannola Deposition, p. 34.

SECRET/HIGHLY CONFIDENTIAL

39.    Accordingly, I  have added to equation (6) an indicator variable reflecting the period during which the Suncor contract was in effect[27]:

(9)    $P^R_{Kroger_t} = \beta_0 + \beta_1 P_{OPIS_t} + \beta_2 Suncor\ Contract + Unexplained\ Error$

"Suncor Contract" represents an indicator variable for the period after Kroger began buying from Suncor (October 1, 2009 for King Soopers and City Market locations and February 1, 2010 for Loaf 'N Jug locations).

40.    Exhibit 6 shows the results of these equations for the 27 Kroger outlets facing competition from the 26 WCS locations.  Not surprisingly, just as in the results for Exhibit 3, Exhibit 6 confirms that there is a long-term relationship between the OPIS average rack price and the Kroger retail price.  As discussed in Exhibit 3, there is substantial unexplained variation around this long term relationship because equation (9) above does not include local competitive factors.  The magnitude of the unexplained errors is reported in Exhibit 6 by the "standard error of the regression."   These standard errors range from 6 to 9.7 cents per gallon.  Statistically, taking two standard deviations about the standard error of the regression indicates that 95% of the time, the unexplained variation is within plus or minus 12 to 19.4 cents depending on the Kroger location.   In short, the magnitude of these unexplained errors suggests that, as the testimony states, retail prices were set by competition among retailers and not as a result of wholesale price changes, as Glick and Tatos assume.

41.    Of particular interest in Exhibit 6 is $\beta_2$, which is designed to show whether or not Kroger appears to have changed its retail pricing strategy after securing the Suncor contract.  According

---

[27] I estimated $P^R_{Kroger_t}$ using both WCS and Kroger price survey data.  For Kroger's King Soopers and City Market locations, I used "8A - SPG - krogerFuelPrices.xlsx".  For those days when data were missing from Kroger's data, I supplemented the data using WCS' price surveys - "HIGHLY_CONFIDENTIAL _PLA072639.xlsx".  For Loaf 'n Jug, WCS' price survey was used.

SECRET/HIGHLY CONFIDENTIAL

to the Plaintiffs' theory, one would expect $\beta_2$ to be negative and statistically significant.[28]   That is, because of the Kroger's cost advantage, one would expect lower Kroger prices after the Suncor contracts were in place.  But again, the results do not comport with the theory.  Note that in 22 of the 27 cases, we do not observe any apparent effect; only 5 (shown in blue shading) do we see any effect.

42.     For all 5 of these cases, there are other plausible explanations – where the direction of causation is reversed – namely, competition from WCS or others, not the pricing in the Suncor contract, caused Kroger to lower its price to meet competition.   For example, for King Soopers store 12, and Loaf 'N Jug stores 1, 54 and 55 an analysis of the WCS price survey data summarized in Exhibit 7 indicates that the Kroger stores in question did not change their pricing behavior as a result of the Suncor contracts.  Rather, increased competition from others caused Kroger to reduce its price.  Nevertheless, Kroger stores rarely posted the lowest retail price, either before or after entering into the Suncor contracts.

43.     In summary, Exhibits 6 and 7 indicate that Kroger's retail pricing strategy did not change after it entered into the Suncor contracts.  If Kroger was not a source of competitive injury *before* entering into the Suncor contract and did not change its pricing strategy thereafter, how then can Kroger be a source of competitive injury *after* buying Suncor fuel?  It cannot be.

### C.  Test 3:  WCS Profit Trends

44.     Yet another test of potential competitive injury to WCS is to ask whether the Kroger/Suncor contracts affected the profit trends at the 26 nearby WCS locations.  Shown in

---

[28] Therefore, if Kroger's cost advantage were taken away in a "but for" world, Kroger's retail price would rise by the amount of the coefficient $\beta_2$.

SECRET/HIGHLY CONFIDENTIAL

Exhibits 8-1 through 8-26 are the profits of the 26 WCS stores for the period August 2007[29] to May 2011.  Interestingly, in the period after the EPA banned WCS from blending natural gasoline in late February, 2009,[30] profits fell sharply.  Consequently, for each WCS location, a simple spline function[31] is fitted from March 2009 to the end of the sample in May 2011.  At the point at which a Kroger/Suncor contract was initiated, the spline function allows the slope of the profit trend (shown by the red line) to change.

45.     The critical question is whether after commencement of the Kroger/Suncor contracts in October 2009 and February 2010, did these trend lines show a statistically significant downward change?   Only 21 WCS locations were impacted by these contracts and they are shown in Exhibits 8-1 to 8-21.  None of these locations indicate a statistically significant negative structural trend after the Suncor contracts.

46.     Exhibits 8-22 to 8-26 show the five WCS locations served out of the Grand Junction terminal.  The Kroger stations served out of Grand Junction were covered by different pricing contracts than those in the Denver area.[32]  In fact, it appears that roughly 65% of the time, WCS actually received a lower price than Kroger.  No inferences of injury can be drawn for these 5 locations.

47.     For completeness, I have included the remaining 14 Colorado WCS locations that were unaffected by Kroger.  These include Exhibits 8-27 to Exhibit 8-40.  The performance of these

---

[29] The earliest WCS profit data we have is from August 2007.

[30] Taraghi Deposition, pp. 81, 96-98.

[31] Spline functions are simple time trends that connect together.  For example, at the time of the Suncor contract, the slope of the trend is allowed to change to the one best fitting the data after that time period.

[32] Beginning as early as May 2008, Kroger's contracts with Suncor for fuel pulled at Grand Junction called for a $█ discount off the Grand Junction OPIS average rack for E-10 and a $█ discount off the Suncor Grand Junction rack price for regular unleaded, midgrade, and supreme. (Suncor_WCS 0005317; Suncor_WCS 0005329; Suncor_WCS 0005801).

SECRET/HIGHLY CONFIDENTIAL

stores vary considerably vis-à-vis each other, suggesting as found for the other WCS locations that local market conditions played the dominant role in their profit trends.

## VI.    The Issue of Whether Kroger and WCS Were Similarly Situated Buyers:

48.    It is important to consider whether differences in the WCS/Suncor and Kroger/Suncor contracts could provide a legitimate explanation for the price differences paid by WCS and Kroger.   That appears to be the case here.

49.    The WCS/Suncor and Kroger/Suncor contracts differed in a number of dimensions.  First, they differed by the duration of contracts with Kroger signing annual contracts and WCS signing monthly or bi-monthly contracts.[33]   The longer length of the Kroger contracts alone suggests that Kroger was a long term contract purchaser.  In contrast, the short-term duration of the WCS contracts is suggestive of WCS acting as a spot or short-term purchaser.

50.    There are substantial differences in the pricing formula, the magnitude of volumes purchased, the variability of purchases, and even the creditworthiness of the two buyers.

51.    Contractually, Kroger purchased gasoline under annual contracts with competitive bidding.  As noted above, the pricing formula called for a ▮ cent per gallon discount[34] off of the *OPIS rack average*.   The OPIS average rack price was a simple average of the branded and unbranded prices by the various suppliers in the respective geographic area.  In effect, the price formula in the Kroger/Suncor contract was tied to a *market-wide* indicator of price.

---

[33] For most of 2009 and 2010, WCS contracts with Suncor were monthly contracts with volumes that varied from month-to-month.  From late August 2010 through late October 2010, however, the contract was approximately a two-month contract but with negligible volume.

[34] In the October 1, 2009 contract with Kroger, the discount was ▮ cents per gallon serving King Soopers and City Market locations.  Later on December 14, 2009, Suncor raised the discount to ▮ cents per gallon for the Loaf 'N Jug contract commencing on February 1, 2010.  At this point, the previous contract was amended to conform to the ▮ cents per gallon discount. Moss Deposition, pp. 298-301; Deposition Exhibit 80.

SECRET/HIGHLY CONFIDENTIAL

52.     In contrast, earlier it was noted that the WCS/Suncor contracts used a pricing formula tied to the *Suncor rack price for unbranded gasoline* and not to the OPIS average rack price. WCS received a discount of 4.5 cents per gallon off the Suncor unbranded rack price.

53.     Recall that Exhibit 4 shows the Suncor unbranded rack price minus the OPIS average rack price for 2009 and 2010.  Generally, the OPIS average rack price exceeds the Suncor unbranded price, but this is not always the case.  The reason for these differences in price is that the OPIS average price reflects market-wide supply and demand factors, whereas the Suncor rack price reflects Suncor's own supply-demand situation.   Basic economic theory suggests that if Suncor wants to dispose of inventory of unbranded gasoline, all it must do is lower its own rack price vis-à-vis the OPIS average rack price, providing an incentive for purchasers tied to Suncor's rack (like WCS) to buy these inventories.  In contrast, Kroger's price is tied to a market-wide measure of supply and demand and Kroger, with no storage tanks, had no incentive to purchase these supplies.

54.     Why would Kroger prefer a price formula tied to a market-wide measure of supply and demand while WCS would prefer a price formula tied to Suncor's supply and demand condition? WCS maintains spare tankage and buys from a number of suppliers, allowing it to respond to the imbalances of individual suppliers' own supply and demand situation.  In contrast, Kroger does not maintain spare tankage and prefers instead a steady flow of supplies at a price reflecting market-wide supply and demand conditions.

55.     Both the volumes and the variability of gasoline purchases differ appreciably between Kroger and WCS confirming why the two parties would prefer different pricing formulas. Exhibit 9 shows Suncor's monthly sales of gasoline and diesel fuel to Kroger and WCS from

22

SECRET/HIGHLY CONFIDENTIAL

2008 to May 2011.  Prior to October 2009, Kroger's purchases averaged less than ▌ million

gallons per month, and these volumes served locations in the Grand Junction area.  Then in

October 2009, the first Kroger contract began (linking the King Soopers and City Market

locations) and Kroger's purchases from Suncor jumped to ▌ million gallons per month.  Then in

February 2010, with the second Kroger contract (including the Loaf 'N Jug stores), volumes

jumped to almost ▌ million gallons per month.  By this time, Kroger's total deliveries were

about 6 times WCS's purchases from Suncor.   Using an analogy from electricity generation,

Kroger would be described as a base load customer.

56.     Exhibit 10 shows the percentage of WCS's purchases from Suncor.  Note the wide

variability[35] as illustrated by a high of 92% of its supplies in September 2009 to a low of a few

percent in August 2010.[36]  This pattern of purchases is indicative of a spot purchaser of fuel,

switching between multiple suppliers depending on the best price.

57.     Continuing with the base and peak load analogy from electricity generation, the Kroger

contract offered important benefits to both Kroger and Suncor.  Kroger was assured a continuous

gasoline supply at a price tied to market-wide supply and demand conditions.  Suncor with a

nearby refinery complex in the Denver area was assured a more-or-less guaranteed market for a

substantial portion of its refinery output.  Interestingly, in negotiating the quantity volumes to be

purchased, Kroger asked for a plus or minus 20%.  Suncor, knowing the importance of an

---

[35] Interestingly, in 2009 and 2010 WCS had a series of monthly contracts with Suncor. While these contracts stipulated volumes, there were no penalties for purchasing less than the contracted amounts. Steve Ewing of Suncor testified that Suncor has never taken legal action against anyone for buying less than their contractual volumes. Ewing Deposition, vol. 2, p. 78.  Furthermore, purchases in excess of the contracted volumes were accommodated if supplies were available.  Consequently, WCS acted as a spot purchaser.
[36] The low percentages shown in 2010 may overstate the variability.  Taraghi testified that there were times when he wanted added supplies and these were not available.  Taraghi Deposition, pp. 69, 155.  Furthermore, apparently in April 2011, WCS asked for a long term contract with variable discounts depending on purchases which would have allowed it to continue buying spot supplies.  Ewing Deposition, vol. 2, p. 83.

SECRET/HIGHLY CONFIDENTIAL

assured market insisted and got a plus or minus 10% volume agreement.[37]   As it turned out,

Kroger consistently hit its volume commitment.[38]

58.    Kroger purchases account for about 40% of Suncor's unbranded gasoline production.[39]

With refineries operating 24 hours per day and producing large continuous flows of petroleum

products, having a nearby "home" for this gasoline mitigated the requirements for excess

storage.  In addition, the marginal cost of petroleum products is less for base-load customers like

Kroger.[40]  Consequently, Suncor had an added incentive to bid aggressively to win the Kroger

contracts.

59.    Likewise, using the electricity analogy, the incentives behind the WCS/Suncor

arrangement were quite different.   WCS had a long history of buying supplies from a variety of

sources.[41]  WCS' former Fuel Transportation Manager, Angelia Reay, testified that Mr. Taraghi

required her to phone call various suppliers daily after rack prices were posted and "wheel and

deal" to get the best price.[42]  According to Ms. Reay, after WCS stopped blending natural

gasoline WCS started buying from even more suppliers as it became even more important for

WCS to shop around for the best price.[43]  Shown in Exhibit 11 is the number of suppliers from

which WCS bought fuel on a monthly basis.  From April 2009 to January 2010, WCS bought

from as many as 7 suppliers, but Suncor was the most important.  For example in 2009, it

purchased about 71% of its supplies from Suncor.  In 2010, WCS bought only 38% of its

---

[37]Kroger wanted +-20%; Suncor insisted on +-10%.  Moss, pp. 323-325; Ewing, vol. 2, pp. 188-189.

[38] Kroger consistently hit its targets. Moss, pp. 71, 216, 263-264. 325.

[39] Ewing Deposition, vol. 2, p. 193.

[40] As shown in my 1972 article, "The Process Analysis Alternative to Statistical Cost Functions:  An Application to Petroleum Refining," *American Economic Review,* March 1972, the marginal cost of a refiner's production tends to be flat over a considerable output range.  However, as output approaches the engineering limits of the refinery's capacity, marginal costs rise sharply.

[41] Moss Deposition, pp. 84-85, 100.

[42] Reay Deposition, pp. 12-14.

[43] Reay Deposition, pp. 16-18.

SECRET/HIGHLY CONFIDENTIAL

supplies from Suncor.  During the summer months of 2010, WCS bought from as many as 15 suppliers.  Unlike Kroger, WCS maintained bulk storage tanks, so that it could take advantage of special price offerings from Suncor and other suppliers.

60.     Spot contracts tied to Suncor's rack price (rather than the OPIS average rack price) provided a convenient pricing mechanism for disposal of excess inventories.  Suncor could simply lower its Suncor unbranded rack price until bargain hunting buyers like WCS would buy these supplies.   In sum, the spot purchase nature of the contracting between WCS and Suncor can be explained by legitimate business factors and need not invoke any anticompetitive motives to explain their existence.

61.     Yet another fundamental difference was the credit-worthiness of the two buyers.  Kroger is a very large company with 2010 annual sales in excess of $82 billion and net earnings of $1.1 billion.[44] In contrast, in year-ending March 2011, WCS had annual sales of $301 million and a loss of $3.5 million.[45]  In May 2011, Suncor received information suggesting that WCS had become a high credit risk with an impending EPA fine for its blending of natural gasoline.  The resulting credit evaluation led to Suncor's decision to place WCS on a cash basis.[46]

62.     In my opinion, Kroger and WCS were not similarly situated buyers.  Each played economically efficient but different roles in the market.  Consequently, the mere existence of price differences does not necessarily imply price discrimination, nor competitive injury.  From a public policy perspective, if all price differences are interpreted as price discrimination, then all

---

[44] The Kroger Co., 10-K, January 28, 2012, p. 36.
[45] Western Convenience Stores, Inc. Financial Statements and Independent Auditor's Report, March 31, 2011 and 2010.
[46] Ewing Deposition, vol. 2, pp. 111-116, 142-145.

SECRET/HIGHLY CONFIDENTIAL

refiners would be forced to use identical pricing formulas, which would impede rather than foster competition.

63.     In summary, based on my review of the Glick/Tatos analysis and my own analyses, I find no basis to infer any competitive injury or damages to WCS.

_James M. Griffin_                3/1/13

James M. Griffin                  Date

SECRET/HIGHLY CONFIDENTIAL

**Exhibit 1**
**Glick/Tatos Regression Model without Symmetry Restrictions**
**Regular Gasoline**

| WCS ID | WCS Cost$_t$ | Kroger Cost$_t$ | WCS Cost$_{t-1}$ | Kroger Cost$_{t-1}$ | Symmetry Test |
|---|---|---|---|---|---|
| 106 | -1017 | | -344.8053 | | |
| | *(0.00)* | | *(0.06)* | | |
| 109 | -1651 | | -1010 | | Reject |
| | *(0.00)* | | *(0.00)* | | |
| 112 | -2239 | | -346.5656 | | Reject |
| | *(0.00)* | | *(0.00)* | | |
| 113 | -1593 | | 41.426 | | Reject |
| | *(0.00)* | | *(0.28)* | | |
| 116 | -1313 | | -389.4753 | | Reject |
| | *(0.00)* | | *(0.00)* | | |
| 119 | -2714 | | -330.4902 | | Reject |
| | *(0.00)* | | *(0.02)* | | |
| 121 | -180.4751 | | -199.0634 | | Reject |
| | *(0.00)* | | *(0.00)* | | |
| 122 | -613.0957 | | -461.27 | | Reject |
| | *(0.00)* | | *(0.01)* | | |
| 124 | -710.7861 | | -99.5791 | | Reject |
| | *(0.00)* | | *(0.21)* | | |
| 125 | -417.5858 | | 1.9606 | | Reject |
| | *(0.00)* | | *(0.49)* | | |
| 126 | -751.2414 | | -364.497 | | Reject |
| | *(0.00)* | | *(0.00)* | | |
| 127 | -705.3734 | | -34.4218 | | Reject |
| | *(0.00)* | | *(0.25)* | | |
| 128 | -1010 | | -332.6857 | | Reject |
| | *(0.00)* | | *(0.00)* | | |
| 129 | -1018 | | -361.5176 | | |
| | *(0.00)* | | *(0.01)* | | |
| 130 | -1679 | | -676.7697 | | Reject |
| | *(0.00)* | | *(0.00)* | | |
| 133 | -174.1953 | | -113.4197 | | |
| | *(0.00)* | | *(0.00)* | | |
| 134 | -532.6436 | | -107.3984 | | Reject |
| | *(0.00)* | | *(0.13)* | | |
| 135 | -711.7654 | | -307.5022 | | Reject |
| | *(0.00)* | | *(0.00)* | | |
| 136 | -1403 | | 26.1451 | | |
| | *(0.00)* | | *(0.16)* | | |
| 138 | -1238 | | -80.5296 | | Reject |
| | *(0.00)* | | *(0.08)* | | |

SECRET/HIGHLY CONFIDENTIAL

Exhibit 1-1

## Glick/Tatos Regression Model without Symmetry Restrictions
### Regular Gasoline

| WCS ID | WCS Cost$_t$ | Kroger Cost$_t$ | WCS Cost$_{t-1}$ | Kroger Cost$_{t-1}$ | Symmetry Test |
|---|---|---|---|---|---|
| 140 | -912.7633 | ■ | -185.4845 | ■ | Reject |
|  | *(0.00)* |  | *(0.19)* |  |  |
| 141 | -898.7255 | ■ | -38.6254 | ■ | Reject |
|  | *(0.00)* |  | *(0.25)* |  |  |
| 143 | -437.9534 | ■ | -138.4869 | ■ |  |
|  | *(0.00)* |  | *(0.04)* |  |  |
| 146 | -195.1593 | ■ | -28.8905 | ■ | Reject |
|  | *(0.00)* |  | *(0.10)* |  |  |
| 147 | -831.6806 | ■ | -314.738 | ■ | Reject |
|  | *(0.00)* |  | *(0.01)* |  |  |
| 149 | -1088 | ■ | 224.4223 | ■ |  |
|  | *(0.00)* |  | *(0.28)* |  |  |

Wrong sign and statistically sigfinicant at 95% confidence level, one-tailed test.
Not significant at 95% confidence level, one-tailed test.
P-Values in parenthesis (one-tailed test).
Symmetry test based on joint hypothesis test at 95% confidence level.

SECRET/HIGHLY CONFIDENTIAL

Exhibit 1-2

**Exhibit 2**
# Glick/Tatos Regression Model with Retail Prices
**Regular Gasoline**

| WCS ID | WCS Price$_t$ | Kroger Price$_t$ | WCS Price$_{t-1}$ | Kroger Price$_{t-1}$ |
|---|---|---|---|---|
| 106 | 535.47 | -599.71 | 693.50 | -421.82 |
| | (0.01) | (0.02) | (0.00) | (0.08) |
| 109 | 276.55 | -52.07 | 1754.00 | 1521.00 |
| | (0.21) | (0.44) | (0.00) | (0.00) |
| 112 | 2401.00 | -426.64 | 3116.00 | -866.03 |
| | (0.00) | (0.20) | (0.00) | (0.04) |
| 113 | 2052.00 | -836.62 | 501.53 | -1552.00 |
| | (0.00) | (0.08) | (0.15) | (0.00) |
| 116 | -216.48 | -334.53 | 686.03 | 133.11 |
| | (0.32) | (0.23) | (0.06) | (0.39) |
| 119 | -374.57 | -784.97 | 2722.00 | -1176.00 |
| | (0.09) | (0.01) | (0.00) | (0.00) |
| 121 | 274.29 | 6.64 | -153.69 | -10.34 |
| | (0.03) | (0.36) | (0.14) | (0.29) |
| 122 | 1689.00 | 948.33 | 1316.00 | -1013.00 |
| | (0.00) | (0.06) | (0.01) | (0.06) |
| 124 | -95.87 | -109.00 | 1520.00 | -960.95 |
| | (0.44) | (0.45) | (0.01) | (0.11) |
| 125 | 731.99 | -1458.00 | 1523.00 | -915.35 |
| | (0.00) | (0.00) | (0.00) | (0.00) |
| 126 | 596.62 | 2.31 | 833.62 | 11.85 |
| | (0.02) | (0.47) | (0.00) | (0.36) |
| 127 | 9.42 | 12.59 | 95.64 | 5.56 |
| | (0.46) | (0.33) | (0.14) | (0.42) |
| 128 | 437.48 | -755.99 | 512.71 | -214.38 |
| | (0.04) | (0.01) | (0.02) | (0.24) |
| 129 | 1834.00 | -1319.00 | 785.76 | -792.73 |
| | (0.00) | (0.00) | (0.00) | (0.01) |
| 130 | 1871.00 | -4.02 | 2489.00 | 11.47 |
| | (0.00) | (0.47) | (0.00) | (0.41) |
| 133 | 26.81 | -8.49 | 54.90 | 4.57 |
| | (0.38) | (0.29) | (0.26) | (0.38) |
| 134 | -311.29 | 28.13 | 433.66 | 14.47 |
| | (0.16) | (0.26) | (0.09) | (0.37) |
| 135 | 556.54 | 18.34 | -185.89 | 40.27 |
| | (0.00) | (0.17) | (0.19) | (0.05) |
| 136 | 4162.00 | -5210.00 | 5038.00 | -2935.00 |
| | (0.00) | (0.00) | (0.00) | (0.00) |
| 138 | 381.95 | -520.70 | 296.64 | -28.42 |
| | (0.11) | (0.01) | (0.13) | (0.45) |

SECRET/HIGHLY CONFIDENTIAL

Exhibit 2-1

**Exhibit 2**
**Glick/Tatos Regression Model with Retail Prices**
**Regular Gasoline**

| WCS ID | WCS Price$_t$ | Kroger Price$_t$ | WCS Price$_{t-1}$ | Kroger Price$_{t-1}$ |
|---|---|---|---|---|
| 141 | 245.34 | -699.44 | 803.66 | -229.72 |
| | *(0.22)* | *(0.01)* | *(0.00)* | *(0.24)* |
| 143 | 244.55 | 995.52 | 116.78 | 1012.00 |
| | *(0.04)* | *(0.00)* | *(0.20)* | *(0.00)* |
| 146 | 14.33 | -2.13 | 10.64 | -8.57 |
| | *(0.15)* | *(0.44)* | *(0.22)* | *(0.26)* |
| 147 | -579.08 | 196.90 | 373.91 | 273.76 |
| | *(0.01)* | *(0.21)* | *(0.06)* | *(0.13)* |
| 149 | 918.29 | -787.04 | 552.07 | -459.57 |
| | *(0.04)* | *(0.07)* | *(0.13)* | *(0.20)* |

Wrong sign and statistically sigfinicant at 95% confidence level, one-tailed test.
Not significant at 95% confidence level, one-tailed test
P-Values in parenthesis (one-tailed test).

WCS store number 140 is omitted because it apparently did not conduct price surveys of allegedly competing King Sooper #118.

SECRET/HIGHLY CONFIDENTIAL                                          Exhibit 2-2

Exhibit 3



**Unexplained Error in Simple Kroger Retail Price Regression**

● King Soopers #42 Unexplained Error

SECRET/HIGHLY CONFIDENTIAL

**Exhibit 4**



*Source: OPIS.*

SECRET/HIGHLY CONFIDENTIAL

**Exhibit 5**
**Test 1:  Pricing Behavior of WCS, Kroger and Other Competitors**
Regular Unleaded Gasoline

|  | Contested WCS Stores with Kroger Family outlet Present | |
|---|---|---|
| Total Observations | 13,352 | |
| Observations where WCS is absolute lowest price | 4,688 | 35.1% |
| Observations where WCS is tied with lowest price | 5,173 | 38.7% |
| Observations where a Kroger Family outlet is absolute lowest price | 111 | 0.8% |
| Observations where Kroger Family outlet is tied with lowest price | 217 | 1.6% |
| Observations where a marketer other than WCS or Kroger Family is absolute lowest price | 3,220 | 24.1% |
| Observations where a marketer other than WCS or Kroger Family is tied with lowest price | 5,299 | 39.7% |

WCS Price Survey Data: October 1, 2009 - April 30, 2011

Source:  "HIGHLY_CONFIDENTIAL _PLA072639.xlsx" and BRG tabulation.   SECRET/HIGHLY CONFIDENTIAL

**Exhibit 6**
**Test 2:  Effect of Suncor Contracts on Kroger's Retail Pricing**

| Kroger ID | WCS ID | Intercept | OPIS Rack Average | Suncor Contract | Regression Standard Error |
|---|---|---|---|---|---|
| KS 6 | 134 | 0.483 | 0.976 | 0.015 | 0.078 |
|  |  | (0.000) | (0.000) | (0.249) |  |
| KS 9 | 138, 130 | 0.206 | 1.046 | 0.086 | 0.073 |
|  |  | (0.000) | (0.000) | (0.011) |  |
| KS 12 | 147 | 0.423 | 1.019 | -0.044 | 0.071 |
|  |  | (0.000) | (0.000) | (0.006) |  |
| KS 39 | 116 | 0.555 | 0.939 | 0.006 | 0.097 |
|  |  | (0.000) | (0.000) | (0.410) |  |
| KS 42 | 129 | 0.450 | 0.992 | -0.019 | 0.074 |
|  |  | (0.000) | (0.000) | (0.152) |  |
| KS 74 | 119 | 0.432 | 0.992 | 0.021 | 0.064 |
|  |  | (0.000) | (0.000) | (0.090) |  |
| KS 76 | 136 | 0.543 | 0.975 | -0.066 | 0.070 |
|  |  | (0.000) | (0.000) | (0.000) |  |
| KS 81 | 112 | 0.478 | 0.969 | 0.031 | 0.076 |
|  |  | (0.000) | (0.000) | (0.052) |  |
| KS 102 | 129 | 0.467 | 0.981 | 0.000 | 0.076 |
|  |  | (0.000) | (0.000) | (0.495) |  |
| KS 118 | 140 | 0.516 | 0.960 | 0.004 | 0.071 |
|  |  | (0.000) | (0.000) | (0.430) |  |
| KS 119 | 136 | 0.435 | 1.001 | -0.017 | 0.077 |
|  |  | (0.000) | (0.000) | (0.233) |  |
| KS 133 | 113 | 0.463 | 0.986 | -0.007 | 0.076 |
|  |  | (0.000) | (0.000) | (0.366) |  |
| LnJ 1 | 133 | 0.568 | 0.993 | -0.042 | 0.071 |
|  |  | (0.000) | (0.000) | (0.005) |  |
| LnJ 7 | 116 | 0.559 | 0.958 | -0.007 | 0.076 |
|  |  | (0.000) | (0.000) | (0.360) |  |
| LnJ 14 | 135 | 0.368 | 1.039 | -0.014 | 0.068 |
|  |  | (0.000) | (0.000) | (0.152) |  |
| LnJ 19 | 130 | 0.407 | 1.000 | 0.014 | 0.069 |
|  |  | (0.000) | (0.000) | (0.211) |  |
| LnJ 20 | 109 | 0.477 | 0.977 | 0.011 | 0.064 |
|  |  | (0.000) | (0.000) | (0.210) |  |
| LnJ 25 | 143 | 0.425 | 1.013 | 0.012 | 0.061 |
|  |  | (0.000) | (0.000) | (0.194) |  |
| LnJ 26 | 106 | 0.532 | 0.957 | -0.009 | 0.066 |
|  |  | (0.000) | (0.000) | (0.278) |  |

SECRET/HIGHLY CONFIDENTIAL

Exhibit 6-1

**Exhibit 6**
**Test 2:  Effect of Suncor Contracts on Kroger's Retail Pricing**

| Kroger ID | WCS ID | Intercept | OPIS Rack Average | Suncor Contract | Regression Standard Error |
|---|---|---|---|---|---|
| LnJ 33 | 128 | 0.560 | 0.951 | -0.002 | 0.066 |
| | | (0.000) | (0.000) | (0.453) | |
| LnJ 54 | 122 | 0.668 | 0.950 | -0.045 | 0.068 |
| | | (0.000) | (0.000) | (0.003) | |
| LnJ 55 | 141 | 0.726 | 0.936 | -0.061 | 0.075 |
| | | (0.000) | (0.000) | (0.001) | |
| LnJ 59 | 121 | 0.642 | 0.966 | -0.017 | 0.070 |
| | | (0.000) | (0.000) | (0.143) | |
| LnJ 67 | 143 | 0.359 | 1.043 | -0.013 | 0.072 |
| | | (0.000) | (0.000) | (0.198) | |
| LnJ 69 | 106 | 0.528 | 0.960 | -0.012 | 0.067 |
| | | (0.000) | (0.000) | (0.221) | |
| LnJ 95 | 129 | 0.519 | 0.956 | 0.008 | 0.074 |
| | | (0.000) | (0.000) | (0.317) | |
| LnJ 858 | 138 | 0.581 | 0.947 | -0.008 | 0.070 |
| | | (0.000) | (0.000) | (0.326) | |

P-Values in parentheses based on Newey-West robust standard errors.  One tailed test for Suncor Contract effect.

SECRET/HIGHLY CONFIDENTIAL

Exhibit 6-2

**Exhibit 7**

Test 2:  Kroger Pricing Behavior Pre and Post Suncor Contract

| WCS ID | Kroger ID | Obs. | WCS is Minimum | WCS is tied for Minimum | Kroger is Minimum | Kroger is $0.03 or more above WCS | Average Kroger - WCS Price Difference |
|---|---|---|---|---|---|---|---|
| 135, 143, 147 | 12 | | | | | | |
| Pre-Contract | | 78 | 2 | 71 | 0 | 76 | |
| | | | 2.6% | 91.0% | 0.0% | 97.4% | |
| Post-Contract | | 607 | 281 | 250 | 6 | 564 | |
| | | | 46.3% | 41.2% | 1.0% | 92.9% | |
| 136 | KS 76 | | | | | | |
| Pre-Contract | | 78 | 29 | 3 | 0 | 76 | |
| | | | 37.2% | 3.8% | 0.0% | 97.4% | |
| Post-Contract | | 242 | 67 | 12 | 0 | 228 | |
| | | | 27.7% | 5.0% | 0.0% | 94.2% | |
| 133 | LnJ 1 | | | | | | |
| Pre-Contract | | 201 | 200 | 0 | 0 | 201 | |
| | | | 99.5% | 0.0% | 0.0% | 100.0% | |
| Post-Contract | | 482 | 474 | 5 | 3 | 459 | |
| | | | 98.3% | 1.0% | 0.6% | 95.2% | |
| 122 | LnJ 54 | | | | | | |
| Pre-Contract | | 201 | 10 | 175 | 0 | 194 | |
| | | | 5.0% | 87.1% | 0.0% | 96.5% | |
| Post-Contract | | 483 | 20 | 431 | 1 | 472 | |
| | | | 4.1% | 89.2% | 0.2% | 97.7% | |
| 141 | LnJ 55 | | | | | | |
| Pre-Contract | | 201 | 198 | 2 | 0 | 199 | |
| | | | 99% | 1% | 0% | 99% | |
| Post-Contract | | 485 | 464 | 12 | 0 | 475 | |
| | | | 95.7% | 2.5% | 0.0% | 97.9% | |

Pre-Contract period is 7/15/2009 - 9/30/209 for KS/CM and 7/15/2009 - 1/31/2010 for LnJ.  Post-Contract period is 10/1/2009 - 5/31/2011 for KS/CM and 2/1/2010 - 5/31/3011 for LnJ.

SECRET/HIGHLY CONFIDENTIAL

Exhibit 7-1

# Appendix 8-1

Source: "HIGHLY_CONFIDENTIAL _PLA072637.xlsx" and BRG compilation.

SECRET/HIGHLY CONFIDENTIAL



# Appendix 8-2

Source: "HIGHLY_CONFIDENTIAL _PLA072637.xlsx" and BRG compilation.

SECRET/HIGHLY CONFIDENTIAL



# Appendix 8-3

Source: "HIGHLY_CONFIDENTIAL _PLA072637.xlsx" and BRG compilation.

SECRET/HIGHLY CONFIDENTIAL



Appendix 8-4



## WCS Store 113 Weekly Profits and Trend

**WCS Store # 113**
King Soopers # 133
Trend break wrong sign

WCS stopped Nat.
Gasoline Blending

Suncor KS/CM
Contract

WCS Profits 113 ——— Estimated Trend

Case 1:11-cv-01611-MSK-CBS Document 198-27 Filed 11/18/13 USDC Colorado Page 42 of 109

## Appendix 8-5

Source: "HIGHLY_CONFIDENTIAL _PLA072637.xlsx" and BRG compilation.

SECRET/HIGHLY CONFIDENTIAL



Case 1:11-cv-01611-MSK-CBS Document 198-27 Filed 03/13/13 USDC Colorado Page 43 of 109

**Appendix 8-6**

Source: "HIGHLY_CONFIDENTIAL _PLA072637.xlsx" and BRG compilation.



Case 1:11-cv-01611-MSK-CBS Document 198-27 Filed 03/13/13 USDC Colorado Page 44 of 109

**Appendix 8-7**

Source: "HIGHLY_CONFIDENTIAL _PLA072637.xlsx" and BRG compilation.

SECRET/HIGHLY CONFIDENTIAL



Appendix 8-8



**WCS Store 122 Weekly Profits and Trend**

**WCS Store # 122**
LnJ #54
Trend break wrong sign

WCS stopped Nat. Gasoline Blending

Suncor LnJ Contract

WCS Profits 122 ——— Estimated Trend

Source: "HIGHLY_CONFIDENTIAL _PLA072637.xlsx" and BRG compilation.          SECRET/HIGHLY CONFIDENTIAL

**Appendix 8-9**



WCS Store 128 Weekly Profits and Trend

**WCS Store # 128**
LnJ #33
Trend break wrong sign

WCS stopped Nat. Gasoline Blending

Suncor LnJ Contract

▬▬ WCS Profits 128     ▬▬ Estimated Trend

Source: "HIGHLY_CONFIDENTIAL _PLA072637.xlsx" and BRG compilation.

SECRET/HIGHLY CONFIDENTIAL

**Appendix 8-10**



# WCS Store 129 Weekly Profits and Trend

**WCS Store # 129**
King Soopers #42 & #102
LnJ #95:  Combined break
wrong sign

Suncor LnJ
Contract

Suncor KS/CM
Contract

WCS stopped Nat.
Gasoline Blending

—— WCS Profits 129    —— Estimated Trend

Source: "HIGHLY_CONFIDENTIAL _PLA072637.xlsx" and BRG compilation.                    SECRET/HIGHLY CONFIDENTIAL

Case 1:11-cv-01611-MSK-CBS Document 198-27 Filed 03/13/13 USDC Colorado Page 48 of 109

# Appendix 8-11

Source: "HIGHLY_CONFIDENTIAL _PLA072637.xlsx" and BRG compilation.



Appendix 8-12



**WCS Store 133 Weekly Profits and Trend**

WCS Store # 133
LnJ # 1
Trend break wrong sign

Suncor LnJ Contract

WCS stopped Nat. Gasoline Blending

WCS Profits 133 ━━━ Estimated Trend

Source: "HIGHLY_CONFIDENTIAL _PLA072637.xlsx" and BRG compilation.          SECRET/HIGHLY CONFIDENTIAL

# Appendix 8-13

Source: "HIGHLY_CONFIDENTIAL _PLA072637.xlsx" and BRG compilation.



Case 1:11-cv-01611-MSK-CBS Document 198-27 Filed 03/13/13 USDC Colorado Page 51 of 109

# Appendix 8-14

Source: "HIGHLY_CONFIDENTIAL _PLA072637.xlsx" and BRG compilation.

SECRET/HIGHLY CONFIDENTIAL



Case 1:11-cv-01611-MSK-CBS Document 198-27 Filed 03/13/13 USDC Colorado Page 52 of 109

## Appendix 8-15

Source: "HIGHLY_CONFIDENTIAL _PLA072637.xlsx" and BRG compilation.

SECRET/HIGHLY CONFIDENTIAL



# Appendix 8-16

Source: "HIGHLY_CONFIDENTIAL _PLA072637.xlsx" and BRG compilation.

SECRET/HIGHLY CONFIDENTIAL



**Appendix 8-17**

Source: "HIGHLY_CONFIDENTIAL _PLA072637.xlsx" and BRG compilation.



Case 1:11-cv-01611-MSK-CBS Document 198-27 Filed 03/13/13 USDC Colorado Page 55 of 109

**Appendix 8-18**

Source: "HIGHLY_CONFIDENTIAL _PLA072637.xlsx" and BRG compilation.

SECRET/HIGHLY CONFIDENTIAL



Appendix 8-19



**WCS Store 143 Weekly Profits and Trend**

WCS Store # 143
LnJ #25
Trend break wrong sign

Suncor LnJ
Contract

WCS Profits 143 — Estimated Trend

Source: "HIGHLY_CONFIDENTIAL _PLA072637.xlsx" and BRG compilation.          SECRET/HIGHLY CONFIDENTIAL

Case 1:11-cv-01611-MSK-CBS Document 198-27 Filed 03/13/13 USDC Colorado Page 57 of 109

# Appendix 8-20

Source: "HIGHLY_CONFIDENTIAL _PLA072637.xlsx" and BRG compilation.

SECRET/HIGHLY CONFIDENTIAL



**Appendix 8-21**



# WCS Store 149 Weekly Profits and Trend

**WCS Store # 149**
LnJ #804
Opened after Suncor contract

Legend: WCS Profits 149 — Estimated Trend

Source: "HIGHLY_CONFIDENTIAL _PLA072637.xlsx" and BRG compilation.

SECRET/HIGHLY CONFIDENTIAL

Case 1:11-cv-01611-MSK-CBS Document 198-27 Filed 03/13/13 USDC Colorado Page 59 of 109

# Appendix 8-22

Source: "HIGHLY_CONFIDENTIAL _PLA072637.xlsx" and BRG compilation.

SECRET/HIGHLY CONFIDENTIAL



Case 1:11-cv-01611-MSK-CBS Document 198-27 Filed 03/13/13 USDC Colorado Page 60 of 109

# Appendix 8-23

Source: "HIGHLY_CONFIDENTIAL _PLA072637.xlsx" and BRG compilation.

SECRET/HIGHLY CONFIDENTIAL



Case 1:11-cv-01611-MSK-CBS Document 198-27 Filed 03/13/13 USDC Colorado Page 61 of 109

**Appendix 8-24**

Source: "HIGHLY_CONFIDENTIAL _PLA072637.xlsx" and BRG compilation.

SECRET/HIGHLY CONFIDENTIAL

Case 1:11-cv-01611-MSK-CBS Document 198-27 Filed 03/13/13 USDC Colorado Page 62 of 109

**Appendix 8-25**

Source: "HIGHLY_CONFIDENTIAL _PLA072637.xlsx" and BRG compilation.

SECRET/HIGHLY CONFIDENTIAL



Case 1:11-cv-01611-MSK-CBS Document 198-27 Filed 03/13/13 USDC Colorado Page 63 of 109

**Appendix 8-26**

Source: "HIGHLY_CONFIDENTIAL _PLA072637.xlsx" and BRG compilation.



Appendix 8-27



**WCS Store 104 Weekly Profits and Trend**

WCS stopped Nat. Gasoline Blending

— WCS Profits 104   — Estimated Trend

Source: "HIGHLY_CONFIDENTIAL _PLA072637.xlsx" and BRG compilation.

SECRET/HIGHLY CONFIDENTIAL

Appendix 8-28



**WCS Store 105 Weekly Profits and Trend**

WCS stopped Nat. Gasoline Blending

Legend: ■ WCS Profits 105   ■ Estimated Trend

Source: "HIGHLY_CONFIDENTIAL _PLA072637.xlsx" and BRG compilation.                SECRET/HIGHLY CONFIDENTIAL

Appendix 8-29



**WCS Store 111 Weekly Profits and Trend**

WCS stopped Nat. Gasoline Blending

— WCS Profits 111        — Estimated Trend

Source: "HIGHLY_CONFIDENTIAL _PLA072637.xlsx" and BRG compilation.          SECRET/HIGHLY CONFIDENTIAL

Case 1:11-cv-01611-MSK-CBS Document 198-27 Filed 03/13/13 USDC Colorado Page 67 of 109

**Appendix 8-30**

Source: "HIGHLY_CONFIDENTIAL _PLA072637.xlsx" and BRG compilation.

SECRET/HIGHLY CONFIDENTIAL



Case 1:11-cv-01611-MSK-CBS Document 198-27 Filed 03/13/13 USDC Colorado Page 68 of 109

**Appendix 8-31**

Source: "HIGHLY_CONFIDENTIAL _PLA072637.xlsx" and BRG compilation.

SECRET/HIGHLY CONFIDENTIAL



**Appendix 8-32**



**WCS Store 117 Weekly Profits and Trend**

WCS stopped Nat. Gasoline Blending

— WCS Profits 117    — Estimated Trend

Source: "HIGHLY_CONFIDENTIAL _PLA072637.xlsx" and BRG compilation.     SECRET/HIGHLY CONFIDENTIAL

Appendix 8-33



Source: "HIGHLY_CONFIDENTIAL _PLA072637.xlsx" and BRG compilation.

SECRET/HIGHLY CONFIDENTIAL

Case 1:11-cv-01611-MSK-CBS Document 198-27 Filed 03/13/13 USDC Colorado Page 71 of 109

**Appendix 8-34**

Source: "HIGHLY_CONFIDENTIAL _PLA072637.xlsx" and BRG compilation.

SECRET/HIGHLY CONFIDENTIAL



Case 1:11-cv-01611-MSK-CBS Document 198-27 Filed 03/13/13 USDC Colorado Page 72 of 109

**Appendix 8-35**

Source: "HIGHLY_CONFIDENTIAL _PLA072637.xlsx" and BRG compilation.

SECRET/HIGHLY CONFIDENTIAL



**Appendix 8-36**



# WCS Store 142 Weekly Profits and Trend

WCS stopped Nat. Gasoline Blending

Legend: WCS Profits 142 — Estimated Trend

Source: "HIGHLY_CONFIDENTIAL _PLA072637.xlsx" and BRG compilation.

SECRET/HIGHLY CONFIDENTIAL

Case 1:11-cv-01611-MSK-CBS Document 261-28 Filed 11/18/13 USDC Colorado Page 74 of 109

# Appendix 8-37

Source: "HIGHLY_CONFIDENTIAL _PLA072637.xlsx" and BRG compilation.

SECRET/HIGHLY CONFIDENTIAL

Case 1:11-cv-01611-MSK-CBS Document 198-27 Filed 03/13/13 USDC Colorado Page 75 of 109

**Appendix 8-38**

Source: "HIGHLY_CONFIDENTIAL _PLA072637.xlsx" and BRG compilation.

SECRET/HIGHLY CONFIDENTIAL



**Appendix 8-39**



Source: "HIGHLY_CONFIDENTIAL _PLA072637.xlsx" and BRG compilation.            SECRET/HIGHLY CONFIDENTIAL

Exhibit 8-40

Regression Results for WSC Weekly Profits with Trend and Breaks

| WCS ID | Intercept | Trend | KS/CM Contract | LnJ Contract |
|--------|-----------|-------|----------------|--------------|
| 106 | 6,059 | -22 | | |
| | (0.000) | (0.541) | | |
| 109 | 5,902 | -47 | | |
| | (0.000) | (0.111) | | |
| 112 | 3,154 | 53 | | |
| | (0.120) | (0.499) | | |
| 113 | 9,859 | -157 | | |
| | (0.000) | (0.006) | | |
| 116 | 7,763 | 157 | | |
| | (0.000) | (0.037) | | |
| 119 | 3,942 | -31 | | |
| | (0.000) | (0.521) | | |
| 121 | 2,757 | -20 | | |
| | (0.000) | (0.000) | | |
| 122 | 6,796 | -16 | | |
| | (0.000) | (0.450) | | |
| 128 | 8,676 | -72 | | |
| | (0.000) | (0.005) | | |
| 129 | 3,017 | 11 | | |
| | (0.010) | (0.842) | | |
| 130 | -1,476 | 124 | | |
| | (0.190) | (0.022) | | |
| 133 | 2,673 | -10 | | |
| | (0.000) | (0.072) | | |
| 134 | 6,525 | -87 | | |
| | (0.000) | (0.006) | | |
| 135 | 8,411 | -79 | | |
| | (0.000) | (0.000) | | |
| 136 | 13,115 | -244 | | |
| | (0.000) | (0.000) | | |
| 138 | 2,981 | 53 | | |
| | (0.000) | (0.118) | | |
| 140 | 5,797 | -73 | | |
| | (0.000) | (0.060) | | |
| 141 | 3,100 | 16 | | |
| | (0.000) | (0.467) | | |
| 143 | 4,038 | -44 | | |
| | (0.020) | (0.234) | | |
| 147 | -5,749 | 81 | | |
| | (0.000) | (0.000) | | |

SECRET/HIGHLY CONFIDENTIAL

Exhibit 8-41

Regression Results for WSC Weekly Profits with Trend and Breaks

| WCS ID | Intercept | Trend | KS/CM Contract | LnJ Contract |
|---|---|---|---|---|
| 149 | -19,429 | 230 | | |
| | *(0.000)* | *(0.000)* | | |
| **WCS Grand Junction Rack Locations** | | | | |
| 124 | 4,702 | -5 | | |
| | *(0.000)* | *(0.430)* | | |
| 125 | 3,062 | -10 | | |
| | *(0.000)* | *(0.075)* | | |
| 126 | 3,039 | 8 | | |
| | *(0.000)* | *(0.121)* | | |
| 127 | 2,579 | 10 | | |
| | *(0.000)* | *(0.030)* | | |
| 146 | 1,023 | 25 | | |
| | *(0.120)* | *(0.000)* | | |
| **WCS Locations not at Issue** | | | | |
| 104 | 2,145 | 88 | | |
| | *(0.190)* | *(0.000)* | | |
| 105 | 4,235 | 7 | | |
| | *(0.000)* | *(0.060)* | | |
| 111 | 3,407 | 5 | | |
| | *(0.000)* | *(0.285)* | | |
| 114 | 4,707 | 4 | | |
| | *(0.000)* | *(0.296)* | | |
| 115 | 4,057 | 16 | | |
| | *(0.000)* | *(0.021)* | | |
| 117 | 3,326 | 0 | | |
| | *(0.000)* | *(0.973)* | | |
| 120 | 4,610 | 2 | | |
| | *(0.000)* | *(0.693)* | | |
| 123 | 6,229 | 31 | | |
| | *(0.000)* | *(0.001)* | | |
| 139 | 1,915 | 10 | | |
| | *(0.000)* | *(0.037)* | | |

SECRET/HIGHLY CONFIDENTIAL

Exhibit 8-42

Regression Results for WSC Weekly Profits with Trend and Breaks

| WCS ID | Intercept | Trend | KS/CM Contract | LnJ Contract |
|---|---|---|---|---|
| 142 | 4,057 | 11 | | |
| | (0.000) | (0.002) | | |
| #REF! | 534 | 22 | | |
| | (0.150) | (0.000) | | |
| 145 | (1,241) | 50 | | |
| | (0.190) | (0.000) | | |
| 148 | (4,199) | 72 | | |
| | (0.000) | (0.000) | | |

P-Values in parentheses

SECRET/HIGHLY CONFIDENTIAL

Case 1:11-cv-01611-MSK-CBS Document 198-27 Filed 03/13/13 USDC Colorado Page 80 of 109

**Exhibit 9**

*Source: Suncor_WCS 00003837-48.*

SECRET/HIGHLY CONFIDENTIAL

**Exhibit 10**



*Source: PLA072636.*

SECRET/HIGHLY CONFIDENTIAL

**Exhibit 11**



### Number of Suppliers Selling Unleaded Fuel to WCS

*Source: PLA072636.* For Colorado destination sites.

SECRET/HIGHLY CONFIDENTIAL



BERKELEY RESEARCH

**James M. Griffin**
**BERKELEY RESEARCH GROUP**
2700 Earl Rudder Freeway South
Suite 4800
College Station, TX 77845
office: (510) 658-2507
mobile: (979) 777-9950

## EDUCATION:

Ph.D., Economics, University of Pennsylvania, 1970.
B.A., Economics and Mathematics, Southern Methodist University, 1966.

## PROFESSIONAL EXPERIENCE:

Director, Mosbacher Institute for Trade, Economics & Public Policy, George Bush School, 2010+
Professor of Economics and Public Policy, George Bush School, Texas A & M University 2001+
Hugh Roy Cullen Professor in Economics, Texas A&M University, 1991-2001
Ella C. McFadden Professor of Economics, Texas A&M University, 1989-1991
Professor of Economics, Texas A&M University, 1983-89
Professor of Economics, University of Houston, 1977-83
Associate Professor of Economics, University of Pennsylvania, 1973-77
Assistant Professor of Economics, University of Houston, 1972-73
Economist, Corporate Planning, Exxon Corporation (New York) 1971-72
Economist, Corporate Planning, Sun Oil, 1969-71

## ACADEMIC HONORS AND ACTIVITIES:

Bob Bullock Chair in Public Policy and Finance, 2001+
Hugh Roy Cullen endowed professorship in Economics, 1991-2001.
Ella C. McFadden endowed professorship in Liberal Arts, 1989-1991.
Editorial Board Member, *Journal of Resources and Energy*
Editorial Board Member, *Journal of Regional Science*, 1978-89
Editorial Board Member, *The Energy Journal*
Editorial Board Member, *Pacific and Asian Journal of Energy*
Humboldt Fellow, University of Koln, 1980
Economics Research Unit Fellow, University of Pennsylvania, 1966-1969

## RESEARCH GRANTS:

"Studies in Energy Tax Policy," Energy Policy Project, Ford Foundation, $12,000, 1972-1973

"An International Analysis of Demand Elasticities Among Fuel Types," National Science Foundation, $70,000, 1975-1976

"Development Work for an Energy Economics Text," (with Henry Steele), Exxon Foundation, $25,000, 1977

"Miscellaneous Studies of Gasoline Demand and OPEC Pricing," Energy Laboratory, University of Houston, $21,000, 1978-1982

"The Economic Impact of Severance Taxes," (with John Moroney), Texas Midcontinent Oil and Gas Association, $150,000, 1984-1985

"Previous Cartel Experience:  Any Lessons for OPEC?," Tenneco Foundation, $21,000, 1987.

"Economic Analysis of a Proposal to Extend the Economic Lives of Marginal Oil and Gas Wells," Center for Energy and Mineral Resources, $16,500, 1990-1991

"The Effects of Airline Deregulation on Costs and Technical Change," (with Badi Baltagi), Texas Advanced Research Program, $63,600, 1992-93

"Liquor Consumption: The Relative Impact of Different Social Control Devices," (with Badi Baltagi), Texas Advanced Research Program, $72,800, 1999-2001.


# PUBLICATIONS:

## BOOKS:

*Capacity Measurement in Petroleum Refining* (Lexington, Massachusetts:  D.C. Heath, 1971)

*Energy Conservation in the OECD:  1980 to 2000* (Cambridge: Ballinger, 1979).

*Energy Economics and Policy* (with Henry Steele) (New York:  Academic Press, 1980). First Edition.

*OPEC Behavior and World Oil Prices* (ed. with David Teece) (London:  Allen and Unwin, 1982).

*Energy Economics and Policy* (with Henry Steele) (Orlando:  Academic Press, 1986) Second Edition.

*Global Climate Change: The Science, Economics and Politics*, editor (Cheltenham, U.K., Edward Elgar, 2003)

*Electricity Deregulation: Choices and Challenges,* edited with Steven Puller (Chicago, University of Chicago Press, 2005)

*A Smart Energy Policy: An Economist's Rx for Balancing Cheap, Clean, and Secure Energy* (New Haven, Ct., Yale University Press, 2009)

## MONOGRAPHS:

*Energy Input-Output Modelling*, Problems and Prospects (Palo Alto:  Electric Power Research Institute, 1976)

*The Economic Impact of Severance Taxes:  Results from an Econometric Model of the Texas Oil and Gas Industry* (with J.R. Moroney) (Austin:  Texas Mid Continent Oil and Gas Association, 1985)

## ARTICLES AND PAPERS:

"An Econometric Model of the U.S. Petroleum Refining Industry," (with F.G. Adams) in *Essays in Industrial Econometrics*, Vol. 1, ed. L.R. Klein (Philadelphia:  University of Pennsylvania, 1969).

"The Process Analysis Alternative to Statistical Cost Functions:  An Application to Petroleum Refining," *American Economic Review* 62 (March 1972): 46-56.

"An Economic Measure of Capacity in a Joint Product, Multi-Process Industry," *Journal of Political Economy* 80 (August 1972): 703-723

"An Econometric-Linear Programming Model of the U.S. Petroleum Refining Industry," (with F.G. Adams), *Journal of the American Statistical Association* 67 (September 1972): 542-551.  Reprinted in *Studies in Industrial Econometrics*, ed. Walter Labys (Cambridge:  Heath Lexington, 1974)

"Suggested Roles for Econometrics and Process Analysis in Long-Term Energy Modelling," in *Prospects for Energy Modeling*, ed. Milton Searl (Baltimore:  John Hopkins Press, 1973):  177-186

"Recent Sulphur Tax Proposals:  An Econometric Evaluation of Welfare Gains," in *Energy: Demand, Conservation and Institutional Problems*, ed. Michael S. Macrakis (Cambridge:  M.I.T. Press, 1974):  236-248

"The Process Analysis Alternative to Statistical Cost Functions:  Reply," *American Economic Review* 64 (September 1974):  777-779

"Methodological Issues in the Econometric Estimation of Energy Demand Elasticities," in *Energy Modeling and Forecasting*, ed. Peter Benenson et al. (Berkeley:  Lawrence Berkeley Laboratory, 1975)

"Secular and Cross-Section Industrialization Patterns:  Some Further Evidence on the Kuznets-Chenery Controversy," (with Paul Gregory) *The Review of Economics and Statistics* 56 (August 1974):  360-368

"An Econometric Evaluation of Sulphur Taxes," *Journal of Political Economy* 82 (July/August 1974):  669-688

"Environmental Quality and Rising Energy Needs:  A Collision Course?," *Studies in Energy Tax Policy*, ed., Gerard M. Brannon (Cambridge:  Ballinger, 1975):  253-320

"The Effects of Higher Prices on Electricity Consumption," *Bell Journal of Economics and Management Science* 5 (Autumn 1974):  515-539

"Demand Elasticities for Gasoline: Another View," (with F.G. Adams and Hugh Graham) University of Pennsylvania Working Paper, 1975

"An Intercountry Translog Model of Energy Substitution Responses," (with Paul Gregory) *American Economic Review* 66 (December 1976): 845-857

"Uncertainty and the Choice of Pollution Control Instruments," (with Zvi Adar) *Journal of Environmental Economics* 3 (October 1976): 178-188

"Long Run Production Modeling with Pseudo Data: Electrical Power Generation," *Bell Journal* 8 (Spring 1977): 112-127

"The Econometrics of Joint Production: Another Approach," *Review of Economics and Statistics* 59 (August 1977): 389-397

"Interfuel Substitution Possibilities: A Translog Application to Pooled Data," *International Economic Review* 18 (October 1977): 755-770

"An Application of Process Modelling in a Macroeconomic Framework," in *Intermaterials Competition in the Management of Shrinking Resources*, ed. W.R. Schmeal (New York: American Institute of Chemical Engineers, Symposium Series, Vol. 73, 1977): 55-56

"Methodological Implications of International Energy Demand Analysis," in *International Comparisons of Energy Consumption*, ed. Joy Dunkerley (Washington: Resources for the Future, 1978): 101-110

"Joint Production Technology: The Case of Petrochemicals," *Econometrica* 46 (March 1978): 379-396

"Results of Policy Simulations to 2000," in *Select Papers from Workshops on World Energy Supply and Demand*, International Energy Agency, Paris, 1978

"A Post Arab Oil Embargo Comparison of Alternative I-O Coefficient Modelling Techniques," (with W.F. Finan) *Journal of Resources and Energy* 1 (December 1978): 315-324

"Statistical Cost Analysis Revisited," *Quarterly Journal of Economics* 93 (February 1979): 107-130

"Alternative Functional Forms and Errors of Pseudo Data Estimation: A Reply," *Review of Economics and Statistics* 62 (May 1980): 327-328

"The Energy-Capital Complementarity Controversy: A Progress Report on Reconciliation Attempts," in Berndt and Fields (eds.), *Economics of Natural Resource Substitution*, (M.I.T. Press, 1982)

"Statistical Cost Analysis Revisited: A Reply," *Quarterly Journal of Economics* 96 (February 1981): 183-187

"The Approximation Characteristics of Generalized Functional Forms: Results from Pseudo-Data Experiments. V.K. Smith (ed.), *Advances in Applied Microeconomics, Vol. II*, (Greenwich: J.A.I. Press, 1982): 3-18

"Engineering and Econometric Interpretations of Energy-Capital Complementarity: A Comment," *American Economic Review* 71 (December 1981): 1100-1104

"Pseudodata:  A Synthesis of Econometric and Process Modeling Methodologies," in R. Amit and M. Avriel (eds.), *Perspectives on Resource Policy Modeling:  Energy and Minerals*, (Cambridge:  Ballinger, 1982):  63-82

"A Tariff on Imported Oil," (with David Teece) *Journal of Contemporary Studies*, Winter, 1982. Also see "An Exchange on Oil Tariffs," with Milton Friedman, *Journal of Contemporary Studies*, Summer, 1982

"The Welfare Implications of Externalities and Price Elasticities for Telecommunications Pricing," *Review of Economics and Statistics* 64  (February 1982):  59-66

"Recent Oil Price Escalations:  Implications for OPEC Stability," (with G. Daly and H.B. Steele) in Griffin and Teece (eds.), *OPEC Behavior and World Oil Prices*, (Boston:  Allen and Unwin, 1982): 145-174

"The Future of OPEC:  Price Level and Cartel Stability," (with G. Daly and H.B. Steele) *The Energy Journal*, Vol. 4, No. 1 (1983): 65-77

"Gasoline Demand in the OECD:  An Application of Pooling and Testing Procedures," (with Badi Baltagi) *European Economic Review* 22 (July 1983):  117-137

"U.S. Gasoline Demand:  What Next," (with Badi Baltagi) *The Energy Journal*, Vol. 5, No. 1 (1984): 129-140

"Short and Long Run Effects in Pooled Models," (with Badi Baltagi) *International Economic Review* 25 (October 1984):  631-646

"Demand System Estimation in the Presence of Multi-block Tariffs:  A Telecommunications Example," (with Bruce Egan) *Review of Economics and Statistics* 67 (August 1985):  520-524

"OPEC Behavior:  A Test of Alternative Hypotheses," *American Economic Review* 75 (December 1985):  954-963

"An Economic Model of the Texas Petroleum Industry," (with J.R. Moroney, Dale Bremmer, and Clifton Jones) *Oil and Gas Tax Quarterly*, Vol. 34, No. 3 (March, 1986): 575-596

"Falling Oil Prices:  Where is the Floor," (with Cliff Jones) *Energy Journal*, Vol. 7, No. 4 (October, 1986): 37-50

"Comments on "Lessons Learned from the 1986 Oil Price Collapse," *Brookings Papers on Economic Activity*, II (1986): 276-282

"The Welfare Gain from Efficient Pricing of Local Telephone Services," (with Tom Mayor) *Journal of Law and Economics* 30 (October 1987):  465-488

"Economies of Scale in a Multiplant Technology:  Evidence from the Oilpatch," (with Cliff Jones) *Economic Inquiry*, Vol. 26, No. 1 (January, 1988): 107-122

"A General Index of Technical Change," (with Badi Baltagi) *Journal of Political Economy* 96 (February 1988):  20-41

"A Test of the Free Cash Flow Hypothesis:  Results from the Petroleum Industry," *Review of Economics and Statistics* 70 (February 1988):  76-82

"A Generalized Error Component Model with Heteroskedastic Disturbances," (with Badi Baltagi) *International Economic Review* 29 (November 1988):  745-754

"Alternative Models of Managerial Behavior:  Empirical Tests for the Petroleum Industry," (with Badi Baltagi) *Review of Economics and Statistics* 71 (November 1989):  579-585

"Previous Cartel Experience:  Any Lessons for OPEC?", in *Economics in Theory and Practice: An Eclectic Approach* (eds. L. R. Klein and J. Marquez) (Kluwer, 1989): 179-206

"Takeover:  Managerial Incompetence or Managerial Shirking?" (with Steven Wiggins), *Economic Inquiry* 30 (April 1992):  355-370

"OPEC and World Oil Prices: Is the Genie Back in the Bottle?" *Energy Studies Review* 4 (January 1992):  27-40

"Methodological Advances in Energy Modelling:  1970-90", *Energy Journal*, Vol. 14, No. 1, (January 1993):  111-124

"The 1985-86 Oil Price Collapse and Afterwards:  What Does Game Theory Add?" (with William Neilson), *Economic Enquiry*, October 1994: 543-562

"OPEC Production:  The Missing Link" (with Larry Vielhaber), *Energy Journal*, Special Issue 1994:  115-132

"Airline Deregulation:  The Cost Pieces of the Puzzle" (with Badi Baltagi and Daniel Rich), *International Economic Review*, February 1995:  245-258

"A Dynamic Demand Model for Liquor:  The Case for Pooling" (with Badi Baltagi), *Review of Economics and Statistics*, August 1995

"The Measurement of Firm-Specific Indexes of Technical Change" (with Badi Baltagi and Daniel Rich), *Review of Economics and Statistics*, November 1995: 654-663

"Pooled Estimators vs. Their Heterogeneous Counterparts in the Context of Dynamic Demand for Gasoline," (with Badi Baltagi), *Journal of Econometrics*, April 1997: 303-327. Also reprinted in *Recent Developments in the Econometrics of Panel Data*, ed. Badi Baltagi ( Cheltenham, U.K., Edward Elgar, 2002)

"The Incentive to Cheat: An Empirical Analysis of OPEC" (with Weiwen Xiong), *The Journal of Law and Economics*, October 1997: 289-316

"Effect of a Mass Merchandiser on Traditional Food Retailers" (with Oral Capps), *Journal of Food Distribution Research,* February, 1998

"Excess Capacity: A Permanent Characteristic of U.S. Airlines?," (with Badi H. Baltagi and S.R. Vadali), *Journal of Applied Econometrics,* December 1998: 645-646

"To Pool or Not to Pool: Homogenous Estimates Applied to Cigarette Demand" (with Badi Baltagi and Weiwen Xiong), *Review of Economics and Statistics,* February 2000:117-126

"The Econometrics of Rational Addiction: The Case of Cigarettes" (with Badi Baltagi), *Journal of Business and Economic Statistics*, October, 2001

"Rational addiction to alcohol: panel data analysis of liquor consumption" (with Badi Baltagi), *Health Economics*, Fall 2002: 485-491

"Homogeneous, heterogeneous or shrinkage estimators?  Some empirical evidence from French regional gasoline consumption" (with Badi Baltagi, Georges Bresson, and Alain Pirotte), *Empirical Economics,* 2003, 795-811

"New Evidence on Asymmetric Gasoline Price Responses" (with Lance Bachmeier), *Review of Economics and Statistics*, August 2003, 772-776

"Price Asymmetry: A Proxy for Energy Saving Technical Change?" (with Craig Schulman), *The Energy Journal,* 2005:II, pp. 1-21

"Swedish Liquor Consumption:   New Evidence on Taste Change" with Badi Baltagi, in *Contributions in Economic Analysis,* ed. Badi Baltagi (North Holland, Elsevier, 2006)

"Testing for Market Integration: Crude Oil, Coal and Natural Gas (with Lance Bachmeier), *The Energy Journal,* 2006:II, pp. 55-71

"The Future of World Oil Prices: Some Keys to the Puzzle." In  K. Huff,  K. Meilke,  R. Knutson,  R. Ochoa, and J. Rude, eds. *Contemporary Drivers of Integration*. (Texas A&M University, University of Guelph, and Inter-American Institute for Cooperation on Agriculture-Mexico: 2008),   pp. 7-24

JAMES M. GRIFFIN
SELECTED EXPERT TESTIMONY EXPERIENCE

Affiliation:
Director, Berkeley Research Group
2700 Earl Rudder Fwy. South
Suite 4800
College Station, TX 77845
979-599-9222

Depositions and Trial Testimony: 2006-present

United States of America et al. v. Shell Oil Co. et al., U.S. District Court in the Eastern District of Texas, Lufkin, Division, CIV-9:96CV66, Deposition, July 2000.

Hillwood Enterprises, LP vs Los Nietos de Turner LP, et al., 3rd Judicial District Court of Houston County, Texas, No. 00-0239, Report, June 2001.

Novus International vs Union Pacific Corporation, 239th Judicial District, State District Court of Brazoria, County, Texas No. 5510*JG98, Deposition, August 2001; Trial Testimony, November 2001.

Mitchell Energy et al. v. Johnson & Dylewski and Dennis Dylewski, 284th District Court of Montgomery County, Texas No. 99 01 00192 CV, Deposition, August 2002.

Ramco Energy PLC.; Golden Eagle Partners S.a.r.L., Central Asian Industrial Investments, N.V.; Halliburton Energy Services, Inc.; Halliburton Company, Bruce Kososki; and Fred M. Tresca, Deposition, 2003.

I Q Products vs Pennzoil-Quaker State Company, U.S. District Court for the Southern District of Texas, Houston Division, H-01-0066, Deposition, February 2003.

Thornberry Oil Field Service vs Gulf Coast Partners, Houston Pipeline Co., and Danex Energy Co., U.S. District Court for the Southern District of Texas, Houston Division, H-03-1458, Report, January 2004; Deposition, March 2004.

Union Oil Company of California, United States of America, Before the Federal Trade Commission, 9305, Report, September 2003; Deposition, October 2003; Trial Testimony, January 2005.

Plains Marketing, L.P. vs Geonet Gathering, LLC D/B/A Geonet Gathering, Inc., and/or D/B/A Geonet Inc.; 190th District Court, Harris County, Texas No. 2002-47434, Trial Testimony, April 2005.

Tetco, Inc., Spot Services LP, Los Nietos De Turner LP, and Tetco Stores LP vs Exxon Corporation, Mobil Oil Corporation, ExxonMobil Corporation, and Mobil Marketing Ventures, Inc., 73rd District Court, Bexar County, Texas, Report and Deposition December 2005.

Kenneth Schauer, et al vs Cargill, Incorporated, et al, 25th Judicial Court, Gonzales County, Cause No. 21,586, Report and Deposition, 2007.

O2Micro v. Rohm Co., Ltd., Sony Corporation, Sony EMCS Corporation, Sony Corporation of America, Sony Electronics Inc; v. MicroSemi Corporation, Third Party Defendant, U.S. District Court for the Eastern District of Texas, Marshall Division, Report and Deposition 2008.

Charles Foti, Attorney General ex rel, State of Louisiana v. Jansenn Pharmaceutica, Inc., el al, 27th Judicial District Court, Parish of St. Landry, Louisiana, Report and Deposition, September 2009.

BP America Production Company v. Zaffirini, et al, 49th Judicial District Court, Webb County, Texas, Report, July 2011.

# Appendix B

| Title or Bates Number |
| --- |
| 5A - SPG net price info |
| 5B - C-Stores net price info |
| 7 - Cstore Fuel Gallons 102412 |
| 7 - C-Store Fuel Sales 101012 Dillon 400000 |
| 7 - C-Store Fuel Sales 101012 Dillon 410000 |
| 7 - Cstore Fuel Sales 102412 |
| 7 - C-Store Fuel Transaction Count 101012 Dillon 420000 |
| 7 - Supermarket Fuel Sales and Gallons 102412 |
| 7 - Supermarket Fuel Sales and Gallons Count 101012 Dillon 430000 |
| 7 - Supermarket Fuel Transaction Count 101012 Dillon 440000 |
| 8A - SPG - krogerFuelPrices |
| 8B - C-Stores ColoradoOurPrices |
| 8B - C-Stores NebraskaOurPrices |
| 9A - SPG - competitorFuelPrices |
| 9B - C-Stores ColoradoCompNames |
| 9C - C-Stores ColoradoComps |
| 9D - C-Stores NebraskaCompNames |
| 9E - C-Stores NebraskaComps |
| All Stores.xlsx |
| Answer to Amended Complaint |
| Barron, John M., John R. Umbeck, and Glen R. Waddell, "Consumer and Competitor Reactions: Evidence from a Retail-Gasoline Field Experiment," University of Oregon Economics Department Working Papers, 2003-18 |
| Colorado Department of Revenue Office of Research and Analysis Monthly State Motor Fuel Gallons and Receipts, http://www.colorado.gov/cs/Satellite?c=Page&cid=1213954144067&pagename=Revenue-Main%2FXRMLayout |
| Colorado Department of Revenue State Sales Tax Collected in Colorado Counties and Related Statistics, January - December 2010, http://www.colorado.gov/cs/Satellite?c=Page&cid=1214299848172&pagename=Revenue-Main%2FXRMLayout |
| Deposition Exhibits 24, 30, 46-48, 53, 71-74, 79-80, 85, 87, 153, 156-160, 162-163, 174-175, 191-192, 203 |
| Deposition of Aaron Lingnau, March 8, 2012 |
| Deposition of Angelia Reay, February 20, 2013 |
| Deposition of Chad Thiessen, February 7, 2013 |
| Deposition of Chris Wehrle, January 10, 2013 |
| Deposition of David Parker |
| Deposition of David Wilson, February 5, 2013 |
| Deposition of Diane Kriskovich, February 7, 2012 |
| Deposition of Edward Sharpe |
| Deposition of Hosseing Taraghi, January 23, 2013 |
| Deposition of Kendall Carbone, November 2, 2012 |

# Appendix B

| Title or Bates Number |
|---|
| Deposition of Steve Ewing, December 14, 2012 |
| Deposition of Steve Moss, January 30, 2013 |
| Deposition of Steve Moss, May 25, 2012 |
| Deposition of Steven Ewing, March 8, 2012 |
| Deposition of Susan Giannola, January 31,2013 |
| Deposition of Vance Kopp, March 8, 2012 |
| DILLON 000001 - 000007 |
| DILLON 000017 - 000028 |
| DILLON 000157 - 001468 |
| DILLON 023788 - DILLON 023789 |
| DILLON 023932 - DILLON 023937 |
| DILLON 500000 - Vendor A SPG |
| DILLON 505000 - Vendor A C-Store |
| DILLON 510000 - Vendor B SPG |
| Eckert, Andrew and Douglas S. West, "Retail Gasoline Price Cycles across Spatially Dispersed Gasoline Stations," *Journal of Law and Economics*, vol. 47, no. 1, April 2004 |
| Expert Report of John Mayes and Accompanying Materials |
| Expert Report of Keith B. Leffler |
| Expert Report of Mark Glick and Ted Tatos and Accompanying Backup Files and Materials |
| Fifth Status Report by Interested Party Dillon Companies, Inc. |
| Fourth Status Report by Interested Party Dillon Companies, Inc. |
| Griffin, "The Process Analysis Alternative to Statistical Cost Functions: An Application to Petroleum Refining," *American Economic Review*, March 1972 |
| Kroger 10-K, January 28, 2012 |
| Marvel, Howard P., "The Economics of Information and Retail Gasoline Price Behavior: An Empirical Analysis," *Journal of Political Economy*, vol. 84, no. 5, 1976 |
| Newey, W.K. and K.D. West, "A Simple, Positive Semi-Definite, Heteroskedasticity and Auto-Correlation Consistent Covariance Matrix, *Econometrica*, vol. 55, 1987, pp. 703-708 |
| OPIS Data - History For Suncor 177701 Gross DSL |
| OPIS Data - History For Suncor 177701 Gross Gas |
| OPIS Data - History For Suncor 177701 Net DSL |
| OPIS Data - History For Suncor 177701 Net Gas |
| OPIS Product Codes |
| PLA010026 - PLA010029 |
| PLA010299 - PLA010300 |
| PLA011938 - PLA011945 |
| PLA012183 - PLA012191 |
| PLA017354 - PLA017361 |

# Appendix B

| Title or Bates Number |
| --- |
| PLA018275 - PLA018277 |
| PLA018564 - PLA018573 |
| PLA020397 - PLA020398 |
| PLA020485 - PLA020495 |
| PLA022696 - PLA022698 |
| PLA023695 - PLA023704 |
| PLA024633 |
| PLA025278 - PLA025289 |
| PLA028357 - PLA028358 |
| PLA028609 |
| PLA028961 - PLA028962 |
| PLA032349 - PLA032360 |
| PLA032374 |
| PLA032538 - PLA032540 |
| PLA032544 - PLA032547 |
| PLA032794 - PLA032797 |
| PLA032828 - PLA032834 |
| PLA043895 - PLA043896 |
| PLA044412 - PLA044413 |
| PLA044443 - PLA044455 |
| PLA044577 - PLA044586 |
| PLA044942 |
| PLA045011 |
| PLA045036 |
| PLA045143 |
| PLA051945 |
| PLA052122 - PLA052131 |
| PLA052268 |
| PLA052840 |
| PLA053125 |
| PLA053948 |
| PLA057971 |
| PLA058267 |
| PLA059053 - PLA059062 |
| PLA059131 |
| PLA059237 |
| PLA059240 |
| PLA059245 |
| PLA059247 - PLA059258 |
| PLA059271 |
| PLA059274 |
| PLA059288 |
| PLA062821 |

# Appendix B

| Title or Bates Number |
| --- |
| PLA063961 |
| PLA064161 |
| PLA064531 - PLA064532 |
| PLA066489 |
| PLA066670 - PLA066677 |
| PLA066761 - PLA066763 |
| PLA070729 - PLA070730 |
| PLA071702 - PLA071713 |
| PLA072635 - PLA072639 |
| PLA073506 - PLA073510 |
| PLA074979 - PLA074985 |
| PLA075018 - PLA075028 |
| PLA075085 - PLA075088 |
| PLA075145 - PLA075146 |
| PLA075173 - PLA075174 |
| PLA075595 - PLA075598 |
| PLA076099 - PLA076130 |
| PLA077064 - PLA077076 |
| PLA077515 - PLA077527 |
| PLA078641 - PLA079094 |
| Plaintiffs' Amended Complaint |
| Response to Plaintiffs' First Set of Interrogatories and Request for Production of Documents to Defendant |
| Response to Plaintiffs' Second Set of Requests for Production |
| Second Supplement Regarding Status Report by Interested Party Dillon Companies, Inc. |
| Store list WCS |
| Suncor - Contracts Price Info Summary.xlsx |
| Suncor Colorado Store List |
| Suncor Owned Store List |
| Suncor_WCS 00000047 - Suncor_WCS 00000065 |
| Suncor_WCS 00000066_001 - Suncor_WCS 00000719_001 |
| Suncor_WCS 00000066R - Suncor_WCS 000000719R |
| Suncor_WCS 00003837 ULTBILL_DILLON_1001225_LT_2008 |
| Suncor_WCS 00003838 ULTBILL_DILLON_1001225_LT_2009 |
| Suncor_WCS 00003839 ULTBILL_DILLON_1001225_LT_2010 |
| Suncor_WCS 00003840 ULTBILL_DILLON_1001225_LT_2011 |
| Suncor_WCS 00003841 ULTBILL_DILLON_1001225_LT_2012 |
| Suncor_WCS 00003842 ULTBILL_MINI MART_1001188_LT_2010 |
| Suncor_WCS 00003843 ULTBILL_MINI MART_1001188_LT_2011 |
| Suncor_WCS 00003844 ULTBILL_MINI MART_1001188_LT_2012 |
| Suncor_WCS 00003845 ULTBILL_WESTERN CONV_1001217_LT_2008 |
| Suncor_WCS 00003846 ULTBILL_WESTERN CONV_1001217_LT_2009 |

# Appendix B

| Title or Bates Number |
| --- |
| Suncor_WCS 00003847 ULTBILL_WESTERN CONV_1001217_LT_2010 |
| Suncor_WCS 00003848 ULTBILL_WESTERN CONV_1001217_LT_2011 |
| Suncor_WCS 00005205 - Suncor_WCS 00005213 |
| Suncor_WCS 00005215 - Suncor_WCS 00005217 |
| Suncor_WCS 00005219 - Suncor_WCS 00005222 |
| Suncor_WCS 00005224 - Suncor_WCS 00005226 |
| Suncor_WCS 00005228 - Suncor_WCS 00005229 |
| Suncor_WCS 00005244 - Suncor_WCS 00005261 |
| Suncor_WCS 00005264 |
| Suncor_WCS 00005266 - Suncor_WCS 00005267 |
| Suncor_WCS 00005270 |
| Suncor_WCS 00005304 - Suncor_WCS 00005307 |
| Suncor_WCS 00005310 |
| Suncor_WCS 00005312 |
| Suncor_WCS 00005317 - Suncor_WCS 00005318 |
| Suncor_WCS 00005323 |
| Suncor_WCS 00005327 |
| Suncor_WCS 00005329 |
| Suncor_WCS 00005331 - Suncor_WCS 00005332 |
| Suncor_WCS 00005334 |
| Suncor_WCS 00005353 |
| Suncor_WCS 00005801 |
| Suncor_WCS 00005808 |
| Suncor_WCS 00013327 |
| Suncor_WCS 00022708 |
| Suncor_WCS 00022710 |
| Suncor_WCS 00043539 - Suncor_WCS 00043575 |
| Suncor_WCS 00044923 - Suncor_WCS 00044927 |
| Suncor's Motion For Summary Judgment on Plaintiff Western Convenience Stores' First and Sixth Claims For Relief and Suncor's Third Affirmative Defense and Exhibits |
| Supplement Regarding Status Report by Interested Party Dillon Companies, Inc. |
| Third Supplement Regarding Status Report by Interested Party Dillon Companies, Inc. |
| Third-Party Complaint Against Hossein and Debra Lynn Taraghi |
| Transcript of Preliminary Injunction Hearing |
| WCS03312007 - WCS03312012 |
| Western Convenience Stores, Inc. Financial Statements and Independent Auditor's Report, March 31, 2011 and 2010 |
| WESTERN-2006 TR |
| WESTERN-2007 TR |
| WESTERN-2008 TR |

# Appendix B

| Title or Bates Number |
| --- |
| WESTERN-2009 TR |
| WESTERN-2010 TR |
| WESTERN-2011 TR |
| Whaley and Leffler, "Private Actions and Proof of Damages In Secondary Line Cases - The Texaco Inc. V. Hasbrouck Experience," *Antitrust Law Journal* , Vol. 59, No. 3, Pages 811-825 |
| WTO-TaxRtns-2006-2011 |

**Appendix C**
# Glick/Tatos Regression Model without Symmetry Restriction
**Mid-Grade**

| WCS ID | WCS Cost$_t$ | Kroger Cost$_t$ | WCS Cost$_{t-1}$ | Kroger Cost$_{t-1}$ | Symmetry Test |
|--------|-------------|-----------------|------------------|---------------------|---------------|
| 106 | -138.7515 | | 4.7497 | | Reject |
| | (0.00) | | (0.16) | | |
| 109 | -35.8868 | | -4.0134 | | Reject |
| | (0.20) | | (0.11) | | |
| 112 | -314.2216 | | 3.3744 | | Reject |
| | (0.00) | | (0.13) | | |
| 113 | -135.8952 | | 4.4826 | | Reject |
| | (0.00) | | (0.11) | | |
| 116 | -141.5473 | | -0.3306 | | Reject |
| | (0.00) | | (0.47) | | |
| 119 | -138.5714 | | -2.4508 | | Reject |
| | (0.00) | | (0.15) | | |
| 121 | -5.9842 | | 52.1689 | | |
| | (0.50) | | (0.47) | | |
| 122 | -50.6492 | | -0.4767 | | |
| | (0.09) | | (0.46) | | |
| 124 | -47.6666 | | -9.5635 | | Reject |
| | (0.09) | | (0.02) | | |
| 125 | -78.2813 | | -1.5478 | | Reject |
| | (0.00) | | (0.28) | | |
| 126 | -71.7079 | | -5.5726 | | Reject |
| | (0.00) | | (0.00) | | |
| 127 | -85.8207 | | -5.7723 | | Reject |
| | (0.00) | | (0.00) | | |
| 128 | -21.6369 | | 1.379 | | Reject |
| | (0.22) | | (0.31) | | |
| 129 | -42.09 | | -0.5701 | | Reject |
| | (0.05) | | (0.37) | | |
| 130 | -41.1635 | | 0.2566 | | |
| | (0.07) | | (0.45) | | |
| 133 | -18.476 | | 5.9907 | | |
| | (0.27) | | (0.08) | | |
| 134 | -96.8179 | | 1.683 | | Reject |
| | (0.00) | | (0.27) | | |
| 135 | -16.7454 | | 0.7274 | | |
| | (0.28) | | (0.40) | | |
| 136 | -358.1486 | | 2.9746 | | Reject |
| | (0.00) | | (0.21) | | |
| 138 | -70.4788 | | 1.1737 | | Reject |
| | (0.00) | | (0.27) | | |

SECRET/HIGHLY CONFIDENTIAL

### Glick/Tatos Regression Model without Symmetry Restriction
#### Mid-Grade

| WCS ID | WCS Cost$_t$ | Kroger Cost$_t$ | WCS Cost$_{t-1}$ | Kroger Cost$_{t-1}$ | Symmetry Test |
|--------|--------------|-----------------|------------------|---------------------|---------------|
| 140 | -51.5943 | ■ | 2.403 | ■ | |
| | (0.11) | | (0.24) | | |
| 141 | -59.4444 | ■ | -1.2385 | ■ | Reject |
| | (0.01) | | (0.31) | | |
| 143 | 2.6918 | ■ | 0.5056 | ■ | |
| | (0.43) | | (0.40) | | |
| 146 | -12.2072 | ■ | 0.0882 | ■ | |
| | (0.26) | | (0.49) | | |
| 147 | 2.5199 | ■ | -1.3797 | ■ | |
| | (0.44) | | (0.30) | | |
| 149 | -105.3009 | ■ | -5.3002 | ■ | |
| | (0.02) | | (0.16) | | |

Wrong sign and statistically sigfinicant at 95% confidence level, one-tailed test.
Not significant at 95% confidence level, one-tailed test.
P-Values in parenthesis (one-tailed test).
Symmetry test based on joint hypothesis test at 95% confidence level.

SECRET/HIGHLY CONFIDENTIAL

## Appendix C
# Glick/Tatos Regression Model with Retail Prices
### Mid-Grade

| WCS ID | WCS Price$_t$ | Kroger Price$_t$ | WCS Price$_{t-1}$ | Kroger Price$_{t-1}$ |
|---|---|---|---|---|
| 106 | -68.18 | -56.79 | 211.29 | -99.26 |
| | (0.17) | (0.20) | (0.00) | (0.09) |
| 109 | 88.08 | -161.65 | 236.05 | -148.27 |
| | (0.07) | (0.01) | (0.00) | (0.01) |
| 112 | 74.19 | -213.39 | 321.58 | -182.77 |
| | (0.14) | (0.00) | (0.00) | (0.01) |
| 113 | 291.69 | -65.82 | 34.24 | -253.37 |
| | (0.00) | (0.23) | (0.31) | (0.00) |
| 116 | -122.77 | -3.30 | 203.88 | -97.54 |
| | (0.08) | (0.48) | (0.01) | (0.15) |
| 119 | -40.73 | 7.60 | 287.78 | -220.22 |
| | (0.15) | (0.44) | (0.00) | (0.00) |
| 121 | -13.31 | 1.91 | 38.62 | -25.40 |
| | (0.43) | (0.49) | (0.35) | (0.39) |
| 122 | -78.19 | -77.84 | 16.95 | 129.38 |
| | (0.23) | (0.20) | (0.42) | (0.10) |
| 124 | 227.99 | -60.89 | 40.14 | 11.83 |
| | (0.11) | (0.32) | (0.41) | (0.46) |
| 125 | 64.78 | -242.34 | 242.88 | -84.80 |
| | (0.01) | (0.00) | (0.00) | (0.03) |
| 126 | 10.94 | -72.61 | -13.42 | 78.36 |
| | (0.40) | (0.09) | (0.38) | (0.07) |
| 127 | -1.29 | -67.69 | 78.64 | -1.85 |
| | (0.49) | (0.11) | (0.08) | (0.49) |
| 128 | 63.38 | -149.52 | 89.97 | -11.83 |
| | (0.15) | (0.01) | (0.08) | (0.42) |
| 129 | 138.16 | -141.36 | 43.30 | -13.88 |
| | (0.00) | (0.00) | (0.06) | (0.36) |
| 130 | 67.76 | -154.10 | 248.73 | -101.09 |
| | (0.02) | (0.00) | (0.00) | (0.01) |
| 133 | -0.44 | -27.37 | 102.52 | -72.98 |
| | (0.50) | (0.36) | (0.03) | (0.11) |
| 134 | -104.31 | -10.93 | 156.45 | -50.11 |
| | (0.08) | (0.44) | (0.01) | (0.24) |
| 135 | 134.26 | -165.74 | 93.91 | -31.92 |
| | (0.01) | (0.00) | (0.06) | (0.29) |
| 136 | 96.49 | -128.67 | 63.92 | 20.55 |
| | (0.09) | (0.05) | (0.19) | (0.40) |
| 138 | -4.69 | -32.96 | 35.39 | -4.87 |
| | (0.46) | (0.21) | (0.22) | (0.46) |

## Appendix C
## Glick/Tatos Regression Model with Retail Prices
### Mid-Grade

| WCS ID | WCS Price$_t$ | Kroger Price$_t$ | WCS Price$_{t-1}$ | Kroger Price$_{t-1}$ |
|---|---|---|---|---|
| 141 | -34.92 | -87.95 | 158.73 | -50.21 |
| | *(0.26)* | *(0.02)* | *(0.00)* | *(0.13)* |
| 143 | 12.78 | -49.96 | 33.41 | 13.50 |
| | *(0.37)* | *(0.10)* | *(0.18)* | *(0.36)* |
| 146 | 125.17 | 1.28 | -92.22 | 17.38 |
| | *(0.00)* | *(0.49)* | *(0.01)* | *(0.33)* |
| 147 | -20.11 | 26.73 | -13.44 | 13.96 |
| | *(0.12)* | *(0.08)* | *(0.22)* | *(0.23)* |
| 149 | -107.17 | -46.19 | 232.56 | -46.37 |
| | *(0.11)* | *(0.24)* | *(0.00)* | *(0.26)* |

Wrong sign and statistically sigfinicant at 95% confidence level, one-tailed test.

Not significant at 95% confidence level, one-tailed test

P-Values in parenthesis (one-tailed test).

WCS store number 140 is omitted because it apparently did not conduct price surveys of allegedly competing King Sooper #118.

SECRET/HIGHLY CONFIDENTIAL

## Appendix D
# Glick/Tatos Regression Model without Symmetry Restrictions
### Premium Gasoline

| WCS ID | WCS Cost$_t$ | Kroger Cost$_t$ | WCS Cost$_{t-1}$ | Kroger Cost$_{t-1}$ | Symmetry Test |
|---|---|---|---|---|---|
| 106 | -178.6156 | | -8.3646 | | Reject |
| | (0.00) | | (0.42) | | |
| 109 | -87.6702 | | -91.5326 | | |
| | (0.00) | | (0.00) | | |
| 112 | -15.7003 | | -61.0618 | | Reject |
| | (0.28) | | (0.02) | | |
| 113 | -65.2509 | | 10.5939 | | Reject |
| | (0.00) | | (0.24) | | |
| 116 | -72.6633 | | -98.5149 | | Reject |
| | (0.02) | | (0.01) | | |
| 119 | -58.8502 | | -24.3108 | | |
| | (0.00) | | (0.00) | | |
| 121 | -2.064 | | 3.1861 | | |
| | (0.45) | | (0.41) | | |
| 122 | 4.7048 | | 14.774 | | Reject |
| | (0.41) | | (0.11) | | |
| 124 | -67.227 | | 10.2398 | | Reject |
| | (0.01) | | (0.35) | | |
| 125 | -40.8163 | | 0.6976 | | Reject |
| | (0.01) | | (0.48) | | |
| 126 | -35.4805 | | -19.0811 | | |
| | (0.05) | | (0.13) | | |
| 127 | -35.608 | | -24.8552 | | |
| | (0.01) | | (0.03) | | |
| 128 | -57.6669 | | -38.261 | | Reject |
| | (0.01) | | (0.03) | | |
| 129 | 7.1189 | | -8.4742 | | |
| | (0.34) | | (0.32) | | |
| 130 | -45.2731 | | -7.1401 | | |
| | (0.01) | | (0.19) | | |
| 133 | -17.7504 | | 7.7265 | | |
| | (0.19) | | (0.16) | | |
| 134 | -73.4752 | | 22.2075 | | Reject |
| | (0.00) | | (0.03) | | |
| 135 | -74.5743 | | -45.9998 | | |
| | (0.02) | | (0.06) | | |
| 136 | -72.0416 | | -20.6908 | | |
| | (0.00) | | (0.22) | | |
| 138 | 21.7538 | | -38.9667 | | |
| | (0.25) | | (0.13) | | |

## Glick/Tatos Regression Model without Symmetry Restrictions
### Premium Gasoline

| WCS ID | WCS Cost$_t$ | Kroger Cost$_t$ | WCS Cost$_{t-1}$ | Kroger Cost$_{t-1}$ | Symmetry Test |
|--------|------------|---------------|----------------|------------------|---------------|
| 140 | -47.5686 | | -41.5046 | | Reject |
| | (0.07) | | (0.11) | | |
| 141 | -44.6297 | | 16.1467 | | Reject |
| | (0.02) | | (0.09) | | |
| 143 | -18.6934 | | 18.508 | | |
| | (0.20) | | (0.12) | | |
| 146 | -30.3871 | | 33.0954 | | Reject |
| | (0.03) | | (0.01) | | |
| 147 | 7.162 | | -9.785 | | |
| | (0.35) | | (0.25) | | |
| 149 | -13.5574 | | -5.6109 | | Reject |
| | (0.31) | | (0.42) | | |

Wrong sign and statistically sigfinicant at 95% confidence level, one-tailed test.
Not significant at 95% confidence level, one-tailed test.
P-Values in parenthesis (one-tailed test).
Symmetry test based on joint hypothesis test at 95% confidence level.

SECRET/HIGHLY CONFIDENTIAL

**Appendix D**
# Glick/Tatos Regression Model with Retail Prices
### Premium Gasoline

| WCS ID | WCS Price$_t$ | Kroger Price$_t$ | WCS Price$_{t-1}$ | Kroger Price$_{t-1}$ |
|---|---|---|---|---|
| 106 | 11.59 | -135.96 | 4.80 | 96.22 |
| | *(0.20)* | *(0.00)* | *(0.36)* | *(0.02)* |
| 109 | 32.64 | 17.65 | 47.81 | -84.62 |
| | *(0.15)* | *(0.28)* | *(0.07)* | *(0.00)* |
| 112 | 93.41 | 46.94 | 16.99 | -173.67 |
| | *(0.01)* | *(0.16)* | *(0.32)* | *(0.00)* |
| 113 | 123.18 | -40.92 | -58.45 | -27.68 |
| | *(0.00)* | *(0.16)* | *(0.07)* | *(0.26)* |
| 116 | -1.43 | -31.73 | 2.61 | 5.88 |
| | *(0.35)* | *(0.27)* | *(0.25)* | *(0.45)* |
| 119 | 2.98 | 45.39 | 3.34 | -49.34 |
| | *(0.26)* | *(0.09)* | *(0.24)* | *(0.07)* |
| 121 | -110.87 | 107.33 | -111.58 | 116.95 |
| | *(0.08)* | *(0.09)* | *(0.09)* | *(0.10)* |
| 122 | -4.40 | 4.60 | 41.12 | -52.43 |
| | *(0.48)* | *(0.47)* | *(0.29)* | *(0.23)* |
| 124 | 229.96 | -33.11 | -174.48 | -27.89 |
| | *(0.00)* | *(0.23)* | *(0.01)* | *(0.23)* |
| 125 | 41.12 | -46.04 | -7.80 | -5.91 |
| | *(0.00)* | *(0.05)* | *(0.27)* | *(0.41)* |
| 126 | -8.66 | -7.19 | -48.96 | 58.47 |
| | *(0.41)* | *(0.43)* | *(0.10)* | *(0.08)* |
| 127 | -1.31 | 2.79 | 0.25 | -0.16 |
| | *(0.28)* | *(0.37)* | *(0.46)* | *(0.49)* |
| 128 | 40.44 | -39.32 | -22.42 | 4.59 |
| | *(0.16)* | *(0.16)* | *(0.28)* | *(0.45)* |
| 129 | -1.68 | -17.72 | -2.29 | 21.32 |
| | *(0.47)* | *(0.26)* | *(0.46)* | *(0.22)* |
| 130 | 108.72 | -41.56 | -3.70 | -30.23 |
| | *(0.00)* | *(0.09)* | *(0.44)* | *(0.14)* |
| 133 | 29.40 | -18.61 | -29.72 | 25.70 |
| | *(0.17)* | *(0.28)* | *(0.14)* | *(0.23)* |
| 134 | -0.96 | -11.07 | -3.66 | 6.28 |
| | *(0.39)* | *(0.07)* | *(0.14)* | *(0.21)* |
| 135 | 160.85 | -157.20 | -51.05 | 56.68 |
| | *(0.00)* | *(0.00)* | *(0.12)* | *(0.12)* |
| 136 | -6.01 | 3.83 | 26.17 | -13.65 |
| | *(0.33)* | *(0.26)* | *(0.03)* | *(0.01)* |
| 138 | 38.39 | -1.78 | -40.68 | -2.51 |
| | *(0.28)* | *(0.49)* | *(0.28)* | *(0.48)* |

SECRET/HIGHLY CONFIDENTIAL

**Appendix D**
# Glick/Tatos Regression Model with Retail Prices
### Premium Gasoline

| WCS ID | WCS Price$_t$ | Kroger Price$_t$ | WCS Price$_{t-1}$ | Kroger Price$_{t-1}$ |
|--------|---------------|------------------|-------------------|----------------------|
| 141 | #N/A | #N/A | #N/A | #N/A |
|  | *#N/A* | *#N/A* | *#N/A* | *#N/A* |
| 143 | 31.53 | -27.78 | -2.71 | 6.11 |
|  | *(0.22)* | *(0.23)* | *(0.47)* | *(0.44)* |
| 146 | -1.69 | -8.00 | -5.66 | 32.75 |
|  | *(0.48)* | *(0.42)* | *(0.44)* | *(0.19)* |
| 147 | -3.78 | 31.06 | -14.60 | -14.93 |
|  | *(0.42)* | *(0.04)* | *(0.19)* | *(0.16)* |
| 149 | 95.23 | -35.81 | -41.32 | -8.90 |
|  | *(0.08)* | *(0.23)* | *(0.23)* | *(0.44)* |

Wrong sign and statistically sigfinicant at 95% confidence level, one-tailed test.
Not significant at 95% confidence level, one-tailed test

P-Values in parenthesis (one-tailed test).

For WCS store 141, price surveys for premium gasoline at the allegedly competing Loaf 'N Jug were completed on only 4 days during the damage period - - February 25-28, 2011.

WCS store number 140 is omitted because it apparently did not conduct price surveys of allegedly competing King Sooper #118.

SECRET/HIGHLY CONFIDENTIAL

## Appendix E
# Glick/Tatos Regression Model without Symmetry Restrictions
### Diesel

| WCS ID | WCS Cost$_t$ | Kroger Cost$_t$ | WCS Cost$_{t-1}$ | Kroger Cost$_{t-1}$ | Symmetry Test |
|---|---|---|---|---|---|
| 106 | -239.3815 | | -135.4802 | | Reject |
| | (0.00) | | (0.03) | | |
| 109 | -67.9928 | | -88.4519 | | Reject |
| | (0.26) | | (0.24) | | |
| 112 | -149.202 | | -181.2907 | | Reject |
| | (0.00) | | (0.00) | | |
| 113 | -128.9701 | | -16.1781 | | |
| | (0.00) | | (0.36) | | |
| 116 | -393.6223 | | -103.7028 | | Reject |
| | (0.00) | | (0.11) | | |
| 119 | -78.1495 | | -123.2962 | | Reject |
| | (0.04) | | (0.00) | | |
| 121 | -51.4299 | | 13.4635 | | Reject |
| | (0.19) | | (0.38) | | |
| 122 | -356.7623 | | -245.1483 | | Reject |
| | (0.00) | | (0.00) | | |
| 124 | -88.2694 | | -88.0241 | | Reject |
| | (0.11) | | (0.08) | | |
| 125 | -360.6943 | | -56.4046 | | |
| | (0.00) | | (0.14) | | |
| 126 | 6.7899 | | 0.6055 | | Reject |
| | (0.48) | | (0.50) | | |
| 127 | -174.6868 | | 36.589 | | Reject |
| | (0.02) | | (0.31) | | |
| 128 | -105.2754 | | -67.6536 | | Reject |
| | (0.03) | | (0.14) | | |
| 129 | 11.9433 | | -85.5767 | | Reject |
| | (0.37) | | (0.01) | | |
| 130 | -97.09 | | 15.4122 | | Reject |
| | (0.01) | | (0.30) | | |
| 133 | -91.9768 | | -61.5446 | | |
| | (0.17) | | (0.22) | | |
| 134 | -35.2235 | | -25.3936 | | |
| | (0.16) | | (0.22) | | |
| 135 | -269.942 | | -164.1573 | | Reject |
| | (0.00) | | (0.01) | | |
| 136 | -35.1871 | | 38.1277 | | |
| | (0.18) | | (0.16) | | |
| 138 | -11.7525 | | -47.9307 | | |
| | (0.35) | | (0.08) | | |

SECRET/HIGHLY CONFIDENTIAL

## Glick/Tatos Regression Model without Symmetry Restrictions
### Diesel

| WCS ID | WCS Cost$_t$ | Kroger Cost$_t$ | WCS Cost$_{t-1}$ | Kroger Cost$_{t-1}$ | Symmetry Test |
|--------|------------|----------------|-----------------|--------------------|---------------|
| 140 | -53.6555 | | 6.0655 | | |
| | *(0.14)* | | *(0.44)* | | |
| 141 | -386.2114 | | -320.3919 | | Reject |
| | *(0.00)* | | *(0.00)* | | |
| 143 | 2.7746 | | 22.9015 | | |
| | *(0.47)* | | *(0.27)* | | |
| 146 | -397.3117 | | -280.1615 | | Reject |
| | *(0.01)* | | *(0.00)* | | |
| 147 | -36.4874 | | 19.6139 | | |
| | *(0.24)* | | *(0.35)* | | |
| 149 | -252.692 | | -58.5945 | | Reject |
| | *(0.01)* | | *(0.32)* | | |

Wrong sign and statistically sigfinicant at 95% confidence level, one-tailed test.
Not significant at 95% confidence level, one-tailed test.
P-Values in parenthesis (one-tailed test).
Symmetry test based on joint hypothesis test at 95% confidence level.

SECRET/HIGHLY CONFIDENTIAL                    Appendix E-2

## Appendix E
# Glick/Tatos Regression Model with Retail Prices
### Diesel

| WCS ID | WCS Price$_t$ | Kroger Price$_t$ | WCS Price$_{t-1}$ | Kroger Price$_{t-1}$ |
|--------|---------------|------------------|-------------------|----------------------|
| 106 | 32.32 | -68.42 | 16.27 | 96.46 |
|  | *(0.01)* | *(0.20)* | *(0.14)* | *(0.12)* |
| 109 | -152.50 | -132.85 | 261.92 | 94.02 |
|  | *(0.11)* | *(0.07)* | *(0.03)* | *(0.13)* |
| 112 | 15.56 | -77.57 | -4.26 | 68.50 |
|  | *(0.05)* | *(0.19)* | *(0.33)* | *(0.22)* |
| 113 | 12.48 | -55.40 | -5.51 | 118.25 |
|  | *(0.17)* | *(0.25)* | *(0.32)* | *(0.08)* |
| 116 | -263.18 | -149.20 | 736.13 | -228.53 |
|  | *(0.16)* | *(0.30)* | *(0.00)* | *(0.19)* |
| 119 | 122.74 | -99.97 | 42.44 | -19.92 |
|  | *(0.09)* | *(0.14)* | *(0.32)* | *(0.42)* |
| 121 | 422.01 | -263.35 | 84.06 | -258.78 |
|  | *(0.03)* | *(0.13)* | *(0.34)* | *(0.11)* |
| 122 | -18.37 | 44.68 | 4.35 | 406.02 |
|  | *(0.15)* | *(0.35)* | *(0.40)* | *(0.00)* |
| 124 | -7.88 | -192.66 | -22.45 | 487.22 |
|  | *(0.43)* | *(0.18)* | *(0.29)* | *(0.01)* |
| 125 | 957.63 | -109.08 | 663.49 | -51.64 |
|  | *(0.00)* | *(0.05)* | *(0.00)* | *(0.21)* |
| 126 | -399.55 | 237.99 | -393.44 | 480.03 |
|  | *(0.16)* | *(0.27)* | *(0.15)* | *(0.11)* |
| 127 | 53.04 | -15.77 | -10.38 | -3.20 |
|  | *(0.07)* | *(0.23)* | *(0.38)* | *(0.44)* |
| 128 | 116.33 | -56.83 | 0.53 | 36.39 |
|  | *(0.00)* | *(0.25)* | *(0.50)* | *(0.33)* |
| 129 | -38.30 | -7.46 | 167.17 | -44.96 |
|  | *(0.32)* | *(0.46)* | *(0.02)* | *(0.28)* |
| 130 | 89.72 | -30.19 | 54.68 | -70.10 |
|  | *(0.06)* | *(0.33)* | *(0.20)* | *(0.12)* |
| 133 | 27.64 | 155.48 | -23.03 | -162.06 |
|  | *(0.27)* | *(0.12)* | *(0.31)* | *(0.11)* |
| 134 | 18.53 | 51.70 | -12.73 | -49.26 |
|  | *(0.43)* | *(0.29)* | *(0.45)* | *(0.32)* |
| 135 | 43.23 | 11.73 | -30.77 | 1.14 |
|  | *(0.12)* | *(0.37)* | *(0.20)* | *(0.49)* |
| 136 | 238.08 | -33.01 | 25.87 | 51.10 |
|  | *(0.00)* | *(0.32)* | *(0.35)* | *(0.21)* |
| 138 | #N/A | #N/A | #N/A | #N/A |
|  | *#N/A* | *#N/A* | *#N/A* | *#N/A* |

**Appendix E**
# Glick/Tatos Regression Model with Retail Prices
### Diesel

| WCS ID | WCS Price$_t$ | Kroger Price$_t$ | WCS Price$_{t-1}$ | Kroger Price$_{t-1}$ |
|---|---|---|---|---|
| 141 | 660.59 | -108.17 | 553.54 | 184.76 |
| | *(0.00)* | *(0.09)* | *(0.00)* | *(0.21)* |
| 143 | 5.07 | 20.12 | -54.79 | 24.46 |
| | *(0.48)* | *(0.41)* | *(0.26)* | *(0.39)* |
| 146 | 359.40 | 373.25 | -567.27 | -24.34 |
| | *(0.28)* | *(0.25)* | *(0.16)* | *(0.48)* |
| 147 | 11.18 | 11.76 | 25.89 | -48.78 |
| | *(0.29)* | *(0.43)* | *(0.10)* | *(0.23)* |
| 149 | #N/A | #N/A | #N/A | #N/A |
| | *#N/A* | *#N/A* | *#N/A* | *#N/A* |

Wrong sign and statistically sigfinicant at 95% confidence level, one-tailed test.
Not significant at 95% confidence level, one-tailed test
P-Values in parenthesis (one-tailed test).

For WCS stores 138 and 149, no price surveys were completed for diesel during the damage period from the allegedly competing Kroger family stores.
WCS store number 140 is omitted because it apparently did not conduct price surveys of allegedly competing King Sooper #118.

SECRET/HIGHLY CONFIDENTIAL                    Appendix E-4