

# EAI, Inc. (Energy Analysts International)

# Suncor Integrated Supply-Market Analysis & Strategy Study

## Executive Summary Presentation For Suncor Energy U.S.A.
## February 20, 2009

Exhibit 25







*Copyright ©: EAI, Inc., 2009*

HIGHLY CONFIDENTIAL SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

# Retail and Rack Pricing Structure
## Denver Market Area

### Retail Pricing Structure
- Tier One: Lowest, most aggressive
  - King Soopers, Costco
- Tier Two: Mid-range, competitive
  - Sinclair, Safeway, Independent, and Diamond Shamrock
- Tier Three: Highest, market follower, behaves more like a c-store
  - Phillips, 7-Eleven, Shell, and Conoco

| DENVER RACK PRICE - UNL REG GASOLINE | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SQ1_05 | SQ2_05 | SQ3_05 | SQ4_05 | SQ1_06 | SQ2_06 | SQ3_06 | SQ4_06 | SQ1_07 | SQ2_07 | SQ3_07 | SQ4_07 | SQ1_08 | SQ2_08 | SQ3_08 | SQ4_08 |
| 0.19 | -1.05 | -1.35 | -2.83 | -1.54 | -2.52 | -1.32 | -4.83 | -9.48 | -6.24 | -5.51 | -5.60 | -7.56 | -1.94 | -1.84 | -2.53 |

| DENVER RACK PRICE - NO. 2 LS DIESEL | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SQ1_05 | SQ2_05 | SQ3_05 | SQ4_05 | SQ1_06 | SQ2_06 | SQ3_06 | SQ4_06 | SQ1_07 | SQ2_07 | SQ3_07 | SQ4_07 | SQ1_08 | SQ2_08 | SQ3_08 | SQ4_08 |
| 0.61 | 0.01 | -1.24 | -1.10 | 0.04 | -1.67 | -12.00 | -1.68 | -0.89 | -6.64 | -2.50 | 0.31 | -4.03 | 1.37 | -0.84 | -0.43 |

*Suncor rack price minus the average rack price. Suncor unbranded posting.*

| DENVER - GASOLINE RACK PRESENCE | | | | | | | |
|---|---|---|---|---|---|---|---|
| BRANDED | CENEX | COP | SHAMROCK | SHELL | SINCLAIR | SUN-PHILL | VALERO DS |
| UNBRANDED | FRONTIER | SHELL | SINCLAIR | SUNCOR | VALERO | WESTRNPET | |

| DENVER - DIESEL RACK PRESENCE | | | | | | | |
|---|---|---|---|---|---|---|---|
| BRANDED | CENEX | COP | SHAMROCK | SHELL | SINCLAIR | SUN-PHILL | VALERO DS |
| UNBRANDED | FRONTIER | MUSKET | SEMFUEL | SHELL | SUNCOR | VALERO | WESTRNPET |

**Notes:**
- Retail pricing structure based on comparative retail pricing over past year and market survey work. Only companies with significant retail presence included
- Rack poster companies as of Month, Year




*Copyright ©: EAI, Inc., 2009*

HIGHLY CONFIDENTIAL SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

# Retail and Rack Pricing Structure
## Grand Junction Market Area

**Retail Pricing Structure**
- Tier One: Lowest, most aggressive
  - City Market (Kroger-King Soopers), Sinclair, Western Convenience Store
- Tier Two: Mid-range, competitive
  - Safeway, Valero, Conoco
- Tier Three: Highest, market follower, behaves more like a c-store
  - Phillips, Shell

**Suncor – Market Rack Price Trend**
- Suncor Average Branded minus Competitor Average Branded
- Only if applicable to client (including first box below)

| GRAND JUNCTION RACK PRICE - UNL REG GASOLINE ||||||||||||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SQ1_05 | SQ2_05 | SQ3_05 | SQ4_05 | SQ1_06 | SQ2_06 | SQ3_06 | SQ4_06 | SQ1_07 | SQ2_07 | SQ3_07 | SQ4_07 | SQ1_08 | SQ2_08 | SQ3_08 | SQ4_08 |
| -0.66 | -1.55 | -1.32 | -0.60 | -2.11 | -1.40 | 0.66 | -1.81 | -2.58 | -2.95 | -3.87 | -3.06 | -3.67 | -2.08 | 5.77 | -0.46 |

| GRAND JUNCTION RACK PRICE - NO. 2 LS DIESEL ||||||||||||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SQ1_05 | SQ2_05 | SQ3_05 | SQ4_05 | SQ1_06 | SQ2_06 | SQ3_06 | SQ4_06 | SQ1_07 | SQ2_07 | SQ3_07 | SQ4_07 | SQ1_08 | SQ2_08 | SQ3_08 | SQ4_08 |
| -2.21 | 2.51 | 0.42 | 1.50 | 2.05 | 1.48 | -10.24 | -4.10 | 2.81 | -1.08 | -1.76 | 0.05 | -7.53 | -6.29 | 4.54 | 4.66 |

| GRAND JUNCTION - GASOLINE RACK PRESENCE ||||||| |
|---|---|---|---|---|---|---|
| BRANDED | CENEX | COP | SINCLAIR | SUN-PHLL | VALERO DS | | |
| UNBRANDED | FMI | FRONTIER | SUNCOR | | | | |

| GRAND JUNCTION - DIESEL RACK PRESENCE ||||||| |
|---|---|---|---|---|---|---|
| BRANDED | CENEX | COP | SINCLAIR | SUN-PHLL | VALERO DS | | |
| UNBRANDED | FMI | FRONTIER | SUNCOR | | | | |

Notes:
- Retail pricing structure based on comparative retail pricing over past year and market survey work.
- Only companies with significant retail presence included
- Rack poster companies as of Month, Year

*Copyright ©: EAI, Inc., 2009*

HIGHLY CONFIDENTIAL SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER