# Suncor Energy USA

## Introduction to Crude Supply, Refining, and Marketing

August 2010

Presented by: April Maestas, Teresa Gibbons, Angela Shields and James Piscatelli





CONFIDENTIAL

Exhibit 27

# The Value Chain





# Suncor Commerce City Products Distribution





56

# Rocky Mountain Pipeline System





# Pipelines

- Suncor is a shipper on the following pipelines:
  - *Rocky Mountain Pipeline (Plains) – Suncor is a shipper/recipient at Fountain, CO and DuPont, CO*

  - *Magellan – Suncor purchases bbls from refiners in Tulsa, OK region (Group III) and is the shipper from Tulsa to El Dorado, KS, then to Aurora.*

  - *Explorer – starts in Pasadena, Tx, (Gulf) connects to Magellan system in Tulsa.*



# Colorado Supply Channels

- Gas and Diesel
  - *Local Refineries*
    - *Colorado, WY, Dedicated pipeline connections*
    - *Contribute 116,000bpd to local market by pipeline and trucks*
  - *Out of Market Refiners and Brokers*
    - *Group III, Gulf, Montana, Utah*
    - *Contribute 26,000bpd to local market by pipeline and rail*

- Ethanol and Biodiesel
  - *Local producers*
  - *Brokers*



# Competitive Landscape

- Local Competition
  - *Frontier*
    - *Cheyenne, WY - 52,000bpd*
    - *El Dorado, KS - 130,000bpd*
  - *Sinclair*
    - *Rawlins, WY – 60,000bpd*
    - *Casper, WY – 20,000bpd*
  - *Valero*
    - *McKee, TX – 170,000bpd*
  - *Conoco*
    - *Borger, TX - 146,000bpd*
- Out of Market Competition
  - *Montana*
    - *Conoco, Exxon, CHS*
  - *Utah*
    - *Holly, Sinclair, Conoco*
  - *Group III*
    - *Frontier, Musket, Holly, Coffeyville, Morgan Stanley*
  - *Gulf*



60

# Supply Deals

- ## Rack Sales
  - *Retail*
  - *Branded*
  - *Unbranded*
  - *Commercial*

- ## Offtakes
  - *Conoco*
    - *Gasoline 7,000bpd*
    - *Diesel 2,800bpd*
  - *Valero*
    - *Gasoline 7,000bpd*
    - *Diesel 2,000bpd*



# Supply Deals

- Exchanges
  - *Conoco in La Junta*
  - *Sinclair in Grand Jct*

- Thruputs
  - *Valero*

- Buy/Sell
  - *Western Refining in Bloomfield*



# Sales by Channel

- Retail  (Shell)
  - *Gasoline 1.7Mbbls (8.5% of total production)*
  - *Diesel 110kbbls (1.2% of total production)*
- Branded Marketers (Shell and Phillips 66)
  - *Gasoline 3.7Mbbls(18.6% of total production)*
  - *Diesel 700kbbls (7.4% of total production)*
- Unbranded
  - *Gasoline 9.2Mbbls(46.2% of total production)*
  - *Diesel 7Mbbls (74.4% of total production)*
- Commercial
  - *Gasoline 5.3Mbbls(26.6% of total production)*
  - *Diesel 1.6Mbbls (17% of total production)*
  - *Jet 2.6Mbbls(100% of total production)*



63

# Colorado Gasoline Supply Distribution



**Valero** 17%

**Sinclair** 6%

**Other** 1%

**Suncor** 32%

**Conoco** 15%

**Frontier** 25%

**Ethanol** 4%



# Colorado Gasoline Market Share by Company

## Branded = 62,496 BPD, Unbranded = 38,304 BPD

*Conoco, Phillips, and Diamond Shamrock (Valero) have the largest integrated brand shares.*



Integrated Refiners

| Hypermarts | Large Chain Independents | Small Chain Independent | Other retailers -misc |

# Colorado Distillate Supply Distribution



Valero
12%

Sinclair
0%

Other
1%

Conoco
11%

Suncor
54%

Frontier
22%



# Factors That Determine Our Pricing Strategy

- Market Indices
  - *Crude WTI*
  - *Nymex Futures*
  - *Group III*
  - *Gulf*
- Supply
- Competitors
- Location Differentials
- Customer Impact
- Other



# Factors That Determine Our Pricing Strategy

- ## Crude Market
  - ### WTI (West Texas Intermediate)
    - Benchmark used in oil pricing. Underlying commodity of the Oil Futures Market

- ## Product Futures (NYMEX)
  - ### Heating Oil and Gasoline

- ## Group III (Tulsa, OK) and the Gulf (TX and Gulf Coast)
  - ### Regional Markets
  - ### Historic Differentials



68

# Factors That Determine Our Pricing Strategy

- Supply
  - Suncor
  - Local Market
    - Outages
    - Maintenance
  - National
    - Inventory numbers released on Wednesday

- Competition
  - COP and everyone else
    - Discounts
    - Supply

- Customer Impact
  - Retail and Branded
    - Street Price
  - Refiners
  - Unbranded



69

# Factors That Determine Our Pricing Strategy

- ## Differentials
  - ### Relationship to Other Markets
    - Group III and Gulf
    - Colorado Markets
    - Cheyenne
    - Regional
  - ### Material Specific
    - RUL vs. MUL vs. SUL (clear and blended 10%)
    - #2 vs. #1
  - ### Branded vs. Unbranded

- ## *Other Factors*
    - Driving the marketplace
    - Sending a message
    - Market Correction



# Gasoline Value Chain

| $75/bbl Crude Price |
|---|

| $75/bbl Crude Price | $77.47/bbl FOB Refinery |
|---|---|

| $75/bbl Crude Price | $77.47/bbl FOB Refinery | $87.41/bbl Finished Product |
|---|---|---|

| $1.78/gal Crude Price | $1.84/gal FOB Refinery | $2.08/gal Finished Product | $2.20/gal Wholesale Price |
|---|---|---|---|

| $1.78/bbl Crude Price | $1.84/gal FOB Refinery | $2.08/gal Finished Product | $2.20/gal Wholesale Price | $2.23/gal Delivered Price |
|---|---|---|---|---|

| $1.78/bbl Crude Price | $1.84/gal FOB Refinery | $2.08/gal Finished Product | $2.20/gal Wholesale Price | $2.23/gal Delivered Price | $2.65/gal Taxes | $2.85/gal Retail |
|---|---|---|---|---|---|---|

### Taxes

| | |
|---|---|
| State: | $.235/gal |
| Federal: | $.185/gal |
| Total: | $.42/gal |



# The Value Chain - Coordination





# The Value Chain





73

# Refinery Business Process



**Business Planning (RIOT)**

Set global refinery targets

**Operations Planning**

Set Process Targets

Evaluate business environment

Measure Process Performance

**Process Support**

Update Process Models

Identify Process Constraints

**Operations**

SUNCOR ENERGY

74

# RIOT (Rockies Integration and Optimization Team)

- Team members include Crude Supply and Scheduling, Product Supply and Scheduling, Operations Planning and Scheduling, Marketing and Operations.
- Provide a forum for regular communication to ensure constant alignment.
- Make short-term and long-term tactical decisions around Crude Supply, Refinery Operations Planning and Scheduling, and Product Supply and Marketing to maximize business unit profits.



75

# Operations Planning Department

- Report-up through the Refining and Product Supply (R&PS) Organization.
    - *Maximize net cash flow from existing assets to support the growth objectives of the Corporation.*
- Major coordination with Refinery CFT's and Operations Shift Teams
- Manager – April Maestas
- Business Optimization and Analysis (Operations Planner) – Jay Mehta
- Refinery Scheduler – Karen Hudson
- Gasoline Blender – Brian Blaskovich (soon to be Ben Higgins)
- Distillate Blender and Asphalt Coordinator – Angela Shields
- Product Quality Coordinator – Alan Kleeman
- Yields Engineer – Tom Spear
- Yields Analyst – Dawn Allaman
- LP Analyst – Vickie Schulz



# Production, Sales and Supply Planning Process



# Operations Planning – Operating Plan

- Operating Plan developed with input from the refinery, product supply and marketing, crude supply and trading, product blending, pricing calls
- The goal is to run the refinery such that we meet product demand, stay within unit and equipment constraints (i.e. max unit rates) and maximize profit opportunities.
- Haverly LP and spreadsheets are used to develop the operating plan
- Strict planning calendar
- Plan is issued to Operations Planning Department, Refinery, Supply and Marketing, Crude Supply for execution.



# Operations Planning – Refinery Scheduling

- Set operating targets to meet operating plan and communicate those targets verbally and through the OLT for operations execution.
- Monitor operation's ability to meet targets and point out deviations
- Balance intermediate inventories
- 6 crude tanks, 8 intermediate tanks
- Work with crude supply to ensure optimal crude slate is delivered to refinery. Monitor three day crude schedule.
- Communicate planned production to product blenders
- Communicate crude resid and slurry/CBO inventory and quality to Black Oils Sales Manager
- Assist with economic analysis related to planning unit outages/slowdowns.



79

# Operations Planning – Gasoline Blending

- Plant 1 on-line (live to sales) blend system
- Plant 2 batch gasoline blending
- Monitor gasoline production, balance gasoline tanks between refinery and sales
- 31 total gasoline tanks: 18 base stock, and 13 sales
- Develop gasoline blend plans based on product demand forecasts and seasonal specification targets.
- Work with supply and marketing to blend correct grades of gasoline to meet pipeline, rail, and truck demand
- Communicate daily/weekly blend schedules to operations through planning meetings and Operator Log Tool (OLT).
- Track daily sales of gasoline and manage base/product tank inventories.
- Minimize octane and RVP giveaway
- Monitor and communicate LPG production and inventory. Balance butane between sales and gasoline blending



## Operations Planning – Distillate Blending and Asphalt Coordination

- #2 ULSD on-line (live to sales) blend system.
- NRLM, #1 ULSD, Jet-A batch blending.
- Distillate blending is integrated between both plants
- 17 total distillate tanks: 14 sales tanks, 3 blend stock
- Asphalt blended in a semi-batch blend process, rundown to stock tank and transfer to sales tank
- 11 asphalt tanks: 7 rundown stock tanks, 4 sales tanks
- Interface with Crude Supply, Refinery Operations, and Sales/Marketing personnel to ensure the refinery can provide the product required to meet demand.
- Track daily sales of distillate and asphalt products and manage base/product tank inventories.
- Develop distillate blend plans based on product demand forecasts and seasonal specification targets.
- Coordinate asphalt grade changes based on incoming crude schedule, maintenance impacts, and sales strategy.
- Communicate daily/weekly blend schedules to operations through planning meetings and Operator Log Tool (OLT).



**Operations Planning – Yields**

- Daily yields balance
- Complete DOE and EIA reports in a timely manner
- Compile and review yields data to ensure accuracy and highlight any balance deviations
- Complete month-end production report and refinery balance
- Nominate purchased natural gas for refinery. Review and approve invoice for purchased natural gas
- Supply yields data for Solomon reports



82