IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation,
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs,

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Defendant,

v.

HOSSEIN AND DEBRA LYNN TARAGHI,

    Third-Party Defendants.

## DECLARATION OF KENNETH R. BENNINGTON

I, Kenneth R. Bennington, pursuant to 28 U.S.C. § 1746, state as follows:

1.     I am over eighteen (18) years of age and competent to testify to the matters stated herein. I make this declaration on personal knowledge.

2.     I am an attorney licensed to practice law in the State of Colorado and the managing member of Bennington, Johnson, Biermann & Craigmile, LLC. I am counsel of record for the Plaintiffs in this action. I make this declaration in support of Plaintiffs' Response to Defendants' Motion for Summary Judgment on First and Sixth Claims for Relief and Third Affirmative Defense filed on March 13, 2013 ("Response").

**Exhibit 28**

3. Attached as Exhibit 29 to the Response is a true and correct summary of discovery documents that I and members of our staff have located reflecting Suncor out of state purchase transactions in the relevant time period, October 2009 through May 2011 (these may not reflect all of the out of state transactions, as additional review of discovery documents or additional documents requested from Suncor may reveal additional relevant transactions). The documents summarized in Exhibit 29 are identified in the column titled *Bates No.*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March __, 2013.

*s/ Kenneth R. Bennington*

_____

Kenneth R. Bennington