**PLANTIFFS' EX. 29**

| | Contract Date | Effective Date | | Trading Partner | Product (Grade) | Volume | Gallons/ Barrels | Total Gallons | | Destination | Method of Transportation | FOB location | Bates No. | In Shields Declaration? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Start | End | | | | | | | | | | | |
| 1 | 4/9/2009 | 4/1/2009 | 9/30/2009 | Valero Marketing & Supply Company | PUL | 120,000 | bpm (1 mo.; Sept. 09) | 5,040,000 | gal | Suncor East Plant | Pipeline | Suncor Plant 2 | Suncor_WCS 00043629 | No |
| 2 | 9/28/2009 | 9/1/2009 | 9/30/2009 | Valero Marketing & Supply Company | Diesel | 10,000 | bbls | 420,000 | gal | Denver | Tank transfer | | Suncor_WCS 00043651 - Suncor_WCS 00043655 | No |
| 3 | 10/1/2009 | 9/1/2009 | 9/30/2009 | Valero Marketing & Supply Company | Diesel | 10,000 | bbls | 420,000 | gal | Suncor East Plant | PTO | Suncor Plant 2 | Suncor_WCS 00043628 | Yes |
| 4 | 9/22/2009 | 10/1/2009 | 10/31/2009 | Valero Marketing & Supply Company | PUL | 40,000 | bbls | 1,680,000 | gal | Suncor East Plant | Pipeline | Suncor Plant 2 | Suncor_WCS 00043627 | Yes |
| 5 | 10/14/2009 | 10/1/2009 | 10/31/2009 | Valero Marketing & Supply Company | RUL (85 octane conv) | 10,846 | bbls | 455,532 | gal | Dupont & Fountain | Tank transfer | | Suncor_WCS 00043645 - Suncor_WCS 00043650 | No |
| 6 | 10/15/2009 | 10/16/2009 | 10/31/2009 | Valero Marketing & Supply Company | RUL / PUL | 10,846 / 1,775 | bbls | 455,532 / 74,550 | gal | Suncor East Plant | PTO | Fountain & Dupont | Suncor_WCS 00043626 | Yes |
| 7 | 2/11/2010 | 3/1/2010 | 3/31/2010 | Valero Marketing & Supply Company | PUL | 50,000 | bbls | 2,100,000 | gal | Plant 2 | Truck | Valero | Suncor_WCS 00043828 | Yes |
| 8 | 1/18/2011 | 1/15/2011 | 1/31/2011 | Valero Marketing & Supply Company | PUL (91 OCT conv) | 1,448 | bbls | 60,816 | gal | Denver | Tank transfer | | Suncor_WCS 00043803 - Suncor_WCS 00043806 | Yes |
| 9 | 1/20/2011 | 1/15/2011 | 1/31/2011 | Valero Marketing & Supply Company | Diesel | 1,440 | bbls | 60,480 | gal | Commerce City | PTO | | Suncor_WCS 00043826 | Yes |
| 10 | 2/28/2011 | 4/1/2011 | 4/30/2011 | Valero Marketing & Supply Company | RUL (82 UNL) | 60,000 | bbls | 2,520,000 | gal | Commerce City | PTO | | Suncor_WCS 00043822 | Yes |
| 11 | 2/28/2011 | 4/1/2011 | 4/30/2011 | Valero Marketing & Supply Company | PUL (89 UNL) | 160,000 | bbls | 6,720,000 | gal | Commerce City | PTO | | Suncor_WCS 00043821 | Yes |
| 12 | 2/28/2011 | 3/1/2011 | 4/30/2011 | Valero Marketing & Supply Company | Diesel | 374,000 | bbls | 15,708,000 | gal | Commerce City | PTO | | Suncor_WCS 00043820 | Yes |
| 13 | 2/28/2011 | 3/1/2011 | 4/30/2011 | Valero Marketing & Supply Company | Diesel | 28,000 | bbls | 1,176,000 | gal | Grand Junction | Rail | | Suncor_WCS 00043819 | Yes |
| 14 | 2/16/2011 | 2/16/2011 | 12/20/2011 | Valero Marketing & Supply Company | PUL (91 OCT conv) | 15,000 | bbls | 630,000 | gal | Commerce City | PTO | | Suncor_WCS 00043823 | Yes |

HIGHLY CONFIDENTIAL SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

PLANTIFFS' EX. 29

| # | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 2/3/2011 | 3/1/2011 | 4/30/2011 | ExxonMobil Corp. | RUL (85 UNL) | 200,000 | bbls | 8,400,000 | gal | Cheyenne, Dupont, Fountain | PTO | | Suncor_WCS 00044193 - Suncor_WCS 00044194 | Yes |
| 16 | 2/3/2011 | 3/1/2011 | 4/30/2011 | ExxonMobil Corp. | PUL (91 UNL) | 20,000 | bbls | 840,000 | gal | Cheyenne, Dupont, Fountain | PTO | | Suncor_WCS 00044195 | Yes |
| 17 | 10/22/2009 | 10/22/2009 | 10/31/2009 | ExxonMobil Corp. | RUL | 22,000 | bbls | 924,000 | gal | RMPL Dupont terminal | PTO | RMPL Dupont terminal | Suncor_WCS 00044198 | Yes |
| 18 | 10/27/2009 | 10/22/2009 | 11/10/2009 | ExxonMobil Corp. | Sub 87 OCT | 22,000 | bbls | 924,000 | gal | Dupont | Pipeline | Dupont | Suncor_WCS 00044189 - Suncor_WCS 00044192 | Yes |
| 19 | 1/29/2010 | 2/1/2010 | 2/28/2010 | ExxonMobil Corp. | RUL | 75,000 | bbls | 3,150,000 | gal | RMPL Dupont Location | PTO | RMPL Dupont terminal | Suncor_WCS 00044197 | Yes |
| 20 | 1/29/2010 | 2/1/2010 | 2/28/2010 | ExxonMobil Corp. | Sub 87 OCT | 75,000 | bbls | 3,150,000 | gal | RMPL Dupont Location | In Tank Transfer | RMPL Dupont terminal | Suncor_WCS 00044185 - Suncor_WCS 00044188 | Yes |
| 21 | 2/18/2010 | 3/1/2010 | 3/31/2010 | ExxonMobil Corp. | RUL | 105,000 | bbls | 4,410,000 | gal | RMPL Dupont Location | PTO | RMPL Dupont terminal | Suncor_WCS 00044196 | Yes |
| 22 | 2/3/2011 | 3/1/2011 | 4/30/2011 | ExxonMobil Corp. | PUL (91 UNL) | 20,000 | bbls | 840,000 | gal | Cheyenne, Dupont, Fountain | PTO | | Suncor_WCS 00044195 | Yes |
| 23 | 5/13/2011 | 5/12/2011 | 5/13/2011 | Frontier Oil & Refining Co. | Unl 82 | 5,000 | bbls | 210,000 | gal | Fountain RMPL | PTO | | Suncor_WCS 00043579 | No |
| 24 | 3/24/2011 | 3/24/2011 | 4/30/2011 | Shell Oil Products US | Diesel | 100,000 | bbls | 4,200,000 | gal | Aurora, CO - Magellan | truck | | Suncor_WCS 00043970 | Yes |
| 25 | 3/15/2011 | 3/15/2011 | 4/30/2011 | Shell Oil Products US | Diesel | 2,100,000 | Gal | 2,100,000 | gal | Aurora, CO - Magellan | truck | | Suncor_WCS 00043972 - Suncor_WCS 00043980 | No |
| 26 | 3/24/2011 | 3/24/2011 | 4/30/2011 | Shell Oil Products US | Diesel | 100,000 | bbls | 4,200,000 | gal | Aurora, CO - Magellan | truck | | Suncor_WCS 00044374 | Yes |
| 27 | 3/15/2011 | 3/15/2011 | 4/15/2011 | Truman Arnold Companies | Diesel | 25,000 | bbls | 1,050,000 | gal | Aurora, CO - Magellan | PTO | | Suncor_WCS 00044386 | Yes |
| | | | | | | Total | 71,918,910 | gal | gasoline, diesel and ethanol Sept. 1, 2009 to May 31, 2011 | | | | |
| | | | | | | Total | 8,225,532 | gal | not in Shields Declaration | | 11% | of the total | |

HIGHLY CONFIDENTIAL SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER