| | |
|---|---|
| From: | Piscatelli, James </O=SUNCOR_INC/OU=OSG/CN=RECIPIENTS/CN=JPISCATELLI> |
| Sent: | Monday, March 1, 2010 12:55 PM |
| To: | Carbone, Kendall <KCarbone@Suncor.com> |
| Cc: | Moss, Steve <SMoss@suncor.com>; Thonen, Nancy <NThonen@Suncor.com> |
| Subject: | RE: Product Purchase Profitability |
| Attach: | Trade Summaries.xls |

Kendall,
I can do whatever you would like. This is a sheet that I am currently using to record my sales profit/loss. I can present it however you would like to see it.

<<...>>

James

---

| | |
|---|---|
| From: | Carbone, Kendall |
| Sent: | Friday, February 26, 2010 2:59 PM |
| To: | Piscatelli, James |
| Cc: | Moss, Steve; Thonen, Nancy |
| Subject: | Product Purchase Profitability |

James-

I did a very quick and dirty analysis to ensure that we made money on the recent PTO of 20,000 barrels of clear gasoline to Western Convenience that we had purchase from Exxon a few days earlier. I am wondering if it would be difficult for us to put together a quick analysis like this for all finished product purchases that we make? I am also curious how you guys think we could get a good estimate of what we sold the remaining 16,000 barrels that we bought from Exxon for? If it went out over the rack - could we use the rack average price for the days after 2/20/10 until we sold that number of barrels out of DuPont? I think this kind of information in a simple format would provide valuable data for all of us to better understand our purchase deals. You and Steve probably have this all in your head but I know that it would be helpful to me. Let me know what your thoughts are. Thanks!

<< File: Product Purchase Profitability.xls >>

Kendall K. Carbone
Director of Rack Forward Sales
kcarbone@suncor.com
(303) 793-8077 - Phone
(303) 885-9070 - Cell
(303) 793-8004 - Fax

Carbone 11/2/12
Deposition Exhibit 81

Exhibit 30