RE: Shell Phase III

| | |
|---|---|
| From: | Piscatelli, James </O=SUNCOR_INC/OU=OSG/CN=RECIPIENTS/CN=JPISCATELLI> |
| Sent: | Friday, May 14, 2010 10:47 AM |
| To: | Carbone, Kendall <KCarbone@Suncor.com>; Moss, Steve <SMoss@suncor.com>; Suppes, Ron <RSuppes@Suncor.com>; Thonen, Nancy <NThonen@Suncor.com>; Lowe, Annie <ALowe@Suncor.com> |
| Subject: | RE: Shell Phase III |

Based on the logistical issues we have moving product between the east and west plants (and to third party terminals) I do not see a way that we can bid on the Shell Phase III volume. I have called them and told them that at this time we will have to pass, but we would like to take a swing at it next year should it be available.

-----Original Message-----
From: Carbone, Kendall
Sent: Wednesday, May 12, 2010 11:49 AM
To: Piscatelli, James; Moss, Steve; Suppes, Ron; Thonen, Nancy; Lowe, Annie
Subject: RE: Shell Phase III

I took a look at the UB sales for the first four months of the year as well as some of the contracts we have out there. We have been selling Western Convenience 50-65,000 barrels the past couple of months and can easily cut them back. We also appear to have a DATS contract for 50,000 barrels a month that expires 6/1/10 - so if we don't renew that and cut back WC then we are a good chunk of the way there.

Steve - the other thing that I noted was that Kroger appears to be overlifting their ocntract by quite a lot. I show their volume is supposed to be around [redacted] barrels per month and they have lifted around [redacted] barrels of gasoline the past couple of months. I did not see anything in the file that talked about seasonality, I only found an e-mail where the guy asked you for +/- 10% on the contact. Even if I added in an extra 10% over the [redacted] barrels, it seems to me like we could limit them to about 35-40,000 barrels less than what they have been lifting. What are your thoughts on that approach? I did not see anything else where we could easily cut people back as everyone else has contracts that expire later in the year.

I have a crazy day of driving and meetings tomorrow so won't really have time to sit down and talk about this. It looks like the Rockies game is going to happen so we just picked up the kids from school and are going to head to the game as Steve got these great front row seats from one of his buddies. ARG - I hope that we don't freeze to death.

Those are my thoughts for now - I am very apprehensive in trying to make this happen June 1st with everything else we have on our plates but maybe you can talk it out and see if we can make this happen. I would like to understand more what "back-up" volume means to them as this is exactly what Mike Lambert told me when I asked him about this. See you tomorrow!

K


Kendall K. Carbone
Director of Rack Forward Sales
kcarbone@suncor.com
(303) 793-8077 - Phone
(303) 885-9070 - Cell
(303) 793-8004 - Fax




-----Original Message-----
From: Piscatelli, James
Sent: Wednesday, May 12, 2010 10:30 AM
To: Carbone, Kendall; Moss, Steve; Suppes, Ron; Thonen, Nancy; Lowe, Annie

Carbone 11/2/12
Deposition Exhibit 82

file:////192.168.1.140/.../May%202010%20Carbone%20Email%20re%20Kroger%20overlifting%20and%20cutting%20WCS%20down.htm[10/26/2012 11:00:11 AM]

RE: Shell Phase III

Subject: Shell Phase III

I talked with Shell yesterday and they said that they already got opted out of their current deal and need to have volume starting June 1. Also I was told that this volume would be a backup, not sure what that means if it is guaranteed liftings, for the Circle K stores.

Are we still on pace to get me the volume information for tomorrow?

James