IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation,
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs,

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Defendant,

v.

HOSSEIN AND DEBRA LYNN TARAGHI,

    Third-Party Defendants.

---

**ERRATA TO PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT ON FIRST AND SIXTH CLAIMS FOR RELIEF
AND THIRD AFFIRMATIVE DEFENSE (DOC. 198)**

---

Plaintiffs Western Convenience Stores, Inc. ("Western") and Western Truck One, LLC ("Western Truck One"), by and through their undersigned counsel of Bennington Johnson Biermann & Craigmile LLC and Polsinelli Shugart, LLC, submit the following errata to *Plaintiffs' Response to Defendant's Motion for Summary Judgment on First and Sixth Claims for Relief and Third Affirmative Defense* filed March 13, 2013 (Doc. 198, "Plaintiffs' Response").

The second paragraph on page 52 of Plaintiffs' Response should read as follows:

    <u>Third,</u> Ms. Shields makes additional statements that are contradicted by the documents that she did review, *e.g.*, her statement

that the Suncor transaction summaries "confirm that, from October 2009 through March 2011, Suncor did not acquire any" subPUL or subRUL "that was produced outside of Colorado." Motion Ex. AA (Doc. 185-30) at ¶¶ 3.a. and 3.c. The documents referenced at lines 18 and 20 of Exhibit 29 show that statement to be untrue. Those documents evidence nearly 4.1 million gallons of sub grade gasoline purchased from Exxon (Billings, Montana) during the relevant period.

A corrected page 52 is being filed concurrently herewith.

Dated: March 21, 2013.                                    *s/ Kenneth R. Bennington*

---

Kenneth R. Bennington
Kathleen E. Craigmile
Adam F. Aldrich
BENNINGTON JOHNSON
BIERMANN & CRAIGMILE, LLC
370 17th Street, Suite 3500
Denver, CO 80202

Philip W. Bledsoe
Joseph T. VanLandingham
Polsinelli Shughart PC
1225 Seventeenth Street, 29th Floor
Denver, CO 80202-5529
Telephone: (303) 572-9300

*Attorneys for Plaintiffs and Third-Party Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on March 21, 2013, the foregoing **ERRATA TO PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON FIRST AND SIXTH CLAIMS FOR RELIEF AND THIRD AFFIRMATIVE DEFENSE (DOC. 198)** was served on the following parties via CM/ECF:

| | |
|---|---|
| Anthony J. Shaheen | J. Robert Robertson |
| Keeya M. Jeffrey | William L. Monts III |
| Holland & Hart LLP | Hogan Lovells US LLP |
| 555 17th Street, Suite 3200 | 555 Thirteenth Street, N.W. |
| Denver, CO 80201-8749 | Washington, D.C. 20004-1109 |
| AJShaheen@hollandhart.com | robby.robertson@hoganlovells.com |
| KMJeffrey@hollandhart.com | william.monts@hoganlovells.com |
| | |
| Philip W. Bledsoe | Christopher A. Taravella |
| Joseph T. VanLandingham | Michael R. McCormick |
| Polsinelli Shughart PC | Montgomery Little & Soran, P.C. |
| 1225 Seventeenth Street, 29th Floor | 5445 DTC Parkway, Suite 800 |
| Denver, CO 80202-5529 | Greenwood Village, CO 80111 |
| pbledsoe@polsinelli.com | ctaravella@montgomerylittle.com |
| jvanlandingham@polsinelli.com | mmccormick@montgomerylittle.com |

*s/ Marie Newberger*

**11-cv-01611-MSK-CBS: ERRATA TO PLAINTIFFS' RESPONSE TO MOTION FOR SUMMARY JUDGMENT ON FIRST AND SIXTH CLAIMS AND THIRD AFFIRMATIVE DEFENSE (DOC. 198)**