IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation;
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs and Counterclaim Defendant,

vs.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Defendant, Counterclaimant, Third-Party Plaintiff,

HOSSEIN and DEBRA LYNN TARAGHI,

    Third-Party Defendants.

**NOTICE OF UNRESTRICTED FILING OF SUNCOR'S REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON FIRST AND SIXTH CLAIMS FOR RELIEF AND THIRD AFFIRMATIVE DEFENSE AND EXHIBITS THERETO (DOC. 219, ET. SEQ.)**

Pursuant to the Court's oral orders of October 30, 2013, Defendant Suncor Energy (U.S.A.) Inc. ("Suncor"), by and through its undersigned counsel, submits for public access unrestricted and, where appropriate, redacted versions of *Suncor's Reply to Plaintiffs' Response to Defendant's Motion for Summary Judgment on First and Sixth Claims for Relief and Third Affirmative Defense* and the exhibits thereto (originally filed at Doc. 219, et. seq.) previously filed with the Court as restricted. The resubmitted documents are submitted concurrently herewith as attachments.

Dated:  November 20, 2013

        Respectfully submitted,

        *s/Anthony J. Shaheen*
        HOLLAND & HART LLP
        Post Office Box 8749
        Denver, CO  80201-8749
        Phone: 303-295-8054
        Fax: 303-291-9126
        AJShaheen@hollandhart.com

        J. Robert Robertson
        William L. Monts III
        Hogan Lovells US LLP
        555 Thirteenth Street, N.W.
        Washington, D.C.  20004-1109
        robby.robertson@hoganlovells.com
        william.monts@hoganlovells.com
        **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

   I hereby certify that on November 20, 2013, I served the foregoing NOTICE OF UNRESTRICTED FILING OF SUNCOR'S REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON FIRST AND SIXTH CLAIMS FOR RELIEF AND THIRD AFFIRMATIVE DEFENSE AND EXHIBITS THERETO, by causing the foregoing to be presented to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following email addresses:

Kenneth R. Bennington
Kathleen E. Craigmile
Adam F. Aldrich
BENNINGTON JOHNSON BIERMANN & CRAIGMILE, LLC
370 17th Street, Suite 3500
Denver, CO 80202
krb@benningtonjohnson.com
kec@benningtonjohnson.com
afa@benningtonjohnson.com

Philip W. Bledsoe
POLSINELLI SHUGHART, P.C.
1515 Wynkoop Street, Suite 600
Denver, CO 80202
pbledsoe@polsinelli.com

                    *s/Anthony Shaheen*

6520561_1