SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

Document 219-2

STEPHEN MOSS - JANUARY 30, 2013

Page 246

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation, WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

Plaintiffs,

vs.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

Defendant.

vs.

HOSSEIN AND DEBRA LYNN TARAGHI,

Third-Party Defendants.

---

VIDEOTAPED DEPOSITION OF STEPHEN MOSS -- VOLUME II
January 30, 2013

---

Deposition location:
370 17th Street, Suite 3500
Denver, Colorado

APPEARANCES:

KATHLEEN E. CRAIGMILE, ESQ.
KENNETH R. BENNINGTON, ESQ.
BENNINGTON JOHNSON BIERMANN &
CRAIGMILE, LLC
370-17th Street, Suite 3500
Denver, Colorado 80202

and

EXHIBIT CC

3a760724-6adf-4f67-b97c-716fd022e733

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

Document 219-2

STEPHEN MOSS - JANUARY 30, 2013

Page 315

1  with Mr. Piscatelli, the Suncor pricing person,
2  about, you know, getting input from him as to how you
3  would bid these contracts or price your unbranded
4  contracts?
5      A.  No. Piscatelli had nothing to do with
6  how we priced or what we sold product to our customer
7  for. I would have approached -- Mr. Piscatelli was
8  part of the supply group, so obviously I would have
9  made sure that I had the supply. No point in me
10 going and saying, hey, I'm going to do X amount of
11 product and I tell Kroger yes, I'm going to sell
12 this, and then that's when Piscatelli says where are
13 you going to get the product from, I don't have it.
14 So I had to make sure the product was --
15     Q.  Available?
16     A.  -- I was correct and available.
17     Q.  Okay.
18     A.  So that's the only input he would have
19 had.
20     Q.  Did you ever see any document relating
21 to Western Convenience Stores' creditworthiness in
22 the 2009 to early 2011 time frame?
23     A.  I don't recall any particular
24 incident -- or particular occasion when I would have
25 seen those documents. I was aware that we were

Page 316

1  trying -- that by -- well, depending on the time I
2  think we started, Mr. Smith was my boss when we
3  started looking at all the credits, as I mentioned
4  earlier. I got Kendall got very involved with
5  Western Convenience with regards to credit. So
6  obviously we were trying to get their
7  creditworthiness up or -- but as I said, exact
8  incidents I don't recall.
9      Q.  Do you recall why -- when you talk
10 about Kendall, you're talking about Kendall Carbone?
11     A.  Correct.
12     Q.  Do you recall why she got involved with
13 Western's credit?
14     A.  Well, she became the director of the
15 sales department, so it became her job to -- you
16 know, to -- to be overseeing our customers, my
17 customers, because as I said, she was my manager,
18 director by then, and as I mentioned before, we were
19 starting to get, I won't say pressure, but the
20 director from Canada, our parent companies, was to
21 get our credit lines -- they were -- they felt that
22 we weren't managing our credits and our customers
23 as -- as properly as we should basically, so they
24 were like please tidy up your -- your credit, get all
25 your credit information up to date and things like

Page 317

1  that, which --
2      Q.  So in 2010 you started feeling some
3  pressure from above in Canada to start --
4      A.  2009, 2010. I don't recall exactly
5  when it started.
6      Q.  Okay. Would you take a look at
7  Deposition Exhibit 54, please?
8      A.  54.
9      Q.  Yes. Do you have that?
10     A.  Correct.
11     Q.  All right. That's a contract between
12 Suncor and Mini Mart dated September 30th, 2010.
13 It's a one-year contract for purchases of E-10 and
14 diesel from Fountain and Denver.
15     Is that accurate?
16     A.  Yes. It's Mini Mart and --
17     Q.  Right, Mini Mart.
18     A.  Fountain and Denver. It looks like the
19 contract, correct.
20     Q.  Okay. And at this point your E-10
21 price is going up a little bit it appears to
22 Dillon -- or, excuse me, Mini Mart based on the
23 previous contract, because the previous word was
24 Fountain rack less ■ ■ ■ -- I believe ■, and this
25 one is now down ■ ■ ents per gallon off that OPIS

Page 318

1  rack.
2      Do you recall why that change was made?
3      MR. SHAHEEN: Let me object. I think
4  you've misstated the earlier contract price.
5      But go ahead and answer the question.
6      A.  Y... the earlier contract price,
7  whatever it was ■ ■, if I recall, is now ■
8  This ... renewal of the contract.
9      Q.  M-hm.
10     A.  And what I've done is I've renegotiated
11 and said -- I probably said ■ is probably too high
12 now with the market.
13     Again, it's months later. The market
14 was chang... so drastically during these time periods
15 that I've said ■ as -- somewhere along the line I
16 come up with a ■ instead of a ■.
17     It looks like it's the same volumes.
18 I'd have to go back and check. I don't recall.
19 Time-wise I'm just looking to see. I don't see
20 anything that's different apart from we've changed
21 that price.
22     Q.  When you increased the price a little
23 bit here from over ■ cents per gallon discount to
24 ■, was it based on the fact that the margins that
25 Suncor was experiencing under the previous version of

19 (Pages 315 to 318)

3a760724-5adf-4f57-b97c-716fd022e733

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

Document 219-2

STEPHEN MOSS - JANUARY 30, 2013

Page 319

1  the contract were just too small, or was it based on
2  your view of what was going to happen in the future
3  with respect to the market?
4       A.  It wouldn't have really been margins,
5  it would have been just the market. I probably went
6  ahead and reevaluated the numbers allowing for
7  whatever the last 12 months and decided that the OPIS
8  number was -- was now a little different or it
9  changed and that that ▓▓▓ was -- there could have
10 been a lot of reasons, and I can't really say what --
11 what the reasons are.
12      Q.  What I'm trying to get at, do you
13 recall there being a point where you're saying or
14 someone is saying to you we are losing money on
15 this --
16      A.  Oh.
17      Q.  -- Kroger deal, you need -- when you
18 renegotiate you need to raise the price?
19      A.  No, I don't recall any conversations
20 like that. Usually -- I mean, usually on these bids
21 it was pretty much my -- my decision to come up with
22 a price, you know, as long as I -- if somebody asked
23 me, like my boss, if -- if Ms. Carbone or Mr. Smith,
24 eventually Mr. Ewing, if they said where are you
25 coming up with these numbers, obviously I had to be

Page 320

1  able to show them something significant, I couldn't
2  just say, well, it just sounded like a good number on
3  my home today, you know.
4       Q.  Right?
5       A.  There had to be some good basis. And
6  as long as I could show them that this was a good
7  number, that it was justifiable, I didn't usually
8  get -- and I can't recall even -- really having any
9  of those conversations but...
10      Q.  Okay. And I just want to see if your
11 testimony is the same with respect to this time
12 frame.
13          Do you recall at this time frame making
14 an offer to Western for a year-long contract or a
15 year-long contract based on these prices?
16      A.  Again this is close -- this is -- well,
17 this is -- this particular contract is September. I
18 wanted yearly contracts, and I believe we were still
19 chasing a yearly contract with Western Convenience.
20 And why we didn't have one in place or why -- well,
21 this one, in September I wouldn't have, because their
22 contracts were -- were -- were pretty much yearly, so
23 I would have been chasing them later after this.
24      Q.  Do you recall beginning in January 2011
25 when you would have been chasing Western for a yearly

Page 321

1  contract offering to Western these same price terms
2  that you had given to Mini Mart?
3       A.  I don't recall what I would have --
4  what I was offering back then. Probably not,
5  because, again, they worked off the Suncor rack, so
6  it would have been a totally different price
7  mechanism. It would have been similar. Knowing the
8  way I did business back then, it would have been
9  similar.
10      Q.  All right. Can you take a look at
11 Deposition Exhibit 50, please. And this appears to
12 be sort of a corresponding contract for Dillon in
13 this same time frame, starting October 1st, 2010 and
14 then going for one year, and you are giving Dillon
15 the same prices that you were giving Mini Mart in the
16 contract at the same time.
17          Is that accurate?
18      A.  It looks like we've gone ahead and kept
19 the contract the same, yeah, it's the same price as
20 what we did with the Loaf 'N Jug/Mini Mart.
21      Q.  All right. Let me ask you this. It
22 says for Fountain DBPM. What does that mean?
23      A.  Well, Fountain is the -- is the
24 terminal, which is our --
25      Q.  Pipeline terminal?

Page 322

1       A.  Pipeline -- pipeline terminal we used
2  in Colorado Springs.
3           I'm assuming that must be a print error
4  or something -- well, BPM is barrels per month, but I
5  don't know why there's not a number in there.
6       Q.  So you don't -- the term -- or the
7  acronym DBPM doesn't mean anything to you?
8       A.  Oh. You know what? If there's no --
9  there's nothing in there, that means I wasn't -- I
10 didn't -- I'm sorry, excuse me. I'm just looking
11 through this.
12          This says for Denver-Grand Junction, so
13 I'm now -- I've now added the Grand Junction contract
14 to this as well. I believe the way this reads, and
15 without going back and looking, is we did not get the
16 Colorado Springs business for Kroger. We lost that
17 business.
18      Q.  Okay.
19      A.  And that Fountain is there because
20 we -- on the previous contract we had it, but now
21 because there's no figures in there and no pricing,
22 we are not doing --
23      Q.  So it's almost the equivalent of not
24 applicable?
25      A.  Yes.

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER