## WCS and Kroger Family Suncor Price Comparisons

### Suncor Denver: #2D 15 PPM SULFUR MV DIESEL

Calendar heatmap showing daily price comparisons for 2009, 2010, and 2011, organized by day of week (Sunday through Saturday) across months JAN through DEC.

Legend:
- ■ WCS paid a higher price (red)
- ■ WCS paid a lower price (teal)
- ☐ No comparable transaction (white)

EXHIBIT DD

## WCS and Kroger Family Suncor Price Comparisons

**Suncor Denver: UNL CONV 85 10% ETH G**

[Heat map calendar chart showing daily price comparisons from 2009–2011, with columns for months JAN–DEC and rows for days Sunday–Saturday. 2009 shows data for approximately OCT–DEC; 2010 and 2011 show full-year data.]

Legend:
- ■ WCS paid a higher price (red)
- ■ WCS paid a lower price (teal)
- □ No comparable transaction (white)



WCS and Kroger Family Suncor Price Comparisons

Suncor Denver: UNL CONV 91 10% ETH G