# WCS and Kroger Family Suncor Price Comparisons

## Grand Junction: #2D 15 PPM SULFUR MV DIESEL

Calendar heatmap showing daily price comparisons across 2009, 2010, and 2011, with rows for Sunday through Saturday and columns for months January through December.

Legend:
- ■ (red) WCS paid a higher price
- ■ (teal) WCS paid a lower price
- □ No comparable transaction

EXHIBIT EE





WCS and Kroger Family Suncor Price Comparisons

Grand Junction: UNL CONV 91 10% ETH G