

**WCS and Kroger Family Suncor Price Comparisons**

Fountain: #2D 15 PPM SULFUR MV DIESEL

EXHIBIT FF

## WCS and Kroger Family Suncor Price Comparisons

**Fountain:   UNL CONV 85 10% ETH G**





WCS and Kroger Family Suncor Price Comparisons

## WCS and Kroger Family Suncor Price Comparisons

**Fountain:  UNL CONV 91 10% ETH G**

