## WCS and Kroger Family Suncor Price Comparisons

### Dupont: #2D 15 PPM SULFUR MV DIESEL



### Dupont: UNL CONV 85 10% ETH G



### Dupont: UNL CONV 91 10% ETH G



■ WCS paid a higher price  ■ WCS paid a lower price  □ No comparable transaction

EXHIBIT GG