ANGELIA REAY - FEBRUARY 20, 2013

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado
corporation, WESTERN TRUCK ONE, LLC, a Colorado
limited liability company,

Plaintiffs,

vs.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

Defendant.

vs.

HOSSEIN AND DEBRA LYNN TARAGHI,

Third-Party Defendants.

---

DEPOSITION OF ANGELIA REAY
February 20, 2013

(THIS TRANSCRIPT CONTAINS TESTIMONY DESIGNATED
CONFIDENTIAL)

---

       Deposition location:
       555-17th Street, Suite 3200
       Denver, Colorado

APPEARANCES:

  KATHLEEN E. CRAIGMILE, ESQ.
  BENNINGTON JOHNSON BIERMANN &
  CRAIGMILE, LLC
  370-17th Street, Suite 3500
  Denver, Colorado 80202

    For the Plaintiffs.

EXHIBIT HH

62179631-3ae0-4bc0-92a5-3696c91accac

ANGELIA REAY - FEBRUARY 20, 2013

Page 6

1   A.  Yes. Yes. I believe it was March of
2 2002.
3   Q.  And from the e-mails that I've seen,
4 I've seen your title as Fuel and Transportation
5 Manager, then they dropped the "and" and combined
6 you -- maybe this means they paid you less I don't
7 know -- into Fuel Transportation Manager.
8   A.  That is correct.
9   Q.  I assume your responsibilities didn't
10 change although they shortened the title.
11   A.  That is correct.
12   Q.  What were your responsibilities at
13 Western?
14   A.  My main responsibility was running the
15 trucks, overseeing the drivers, also talking with
16 suppliers for discounts of the fuel, and I also had
17 two dispatchers under me and also had another gal in
18 accounting under me.
19   Q.  So when you say you were talking with
20 suppliers for discounts for fuel, in this case we've
21 been using the word "discounts" two ways, you have to
22 help me.
23   A.  Okay.
24   Q.  One way we've been using the word
25 "discount" is the contract price. Typically, for

Page 7

1 example, the Western Convenience Suncor contract was
2 Suncor rack minus 4-1/2 cents or something like that.
3   A.  Correct.
4   Q.  The minus 4-1/2 cents is what we call a
5 discount.
6   A.  That is correct.
7   Q.  In addition there's an off contract
8 discount, which I've been calling a special discount
9 or an off contract discount. That is, it's in
10 addition to what your contract price would be.
11   A.  That is correct.
12   Q.  So do you understand discounts to have
13 those two meanings?
14   A.  Yes, yes.
15   Q.  So when you were talking with suppliers
16 about discounts, which discount, or maybe both, were
17 you talking about?
18   A.  Well, with -- I want to -- with other
19 suppliers it was just, say, OPIS rack minus 3-1/2
20 cents. With Suncor it was different because it was
21 different contracts, if I remember correctly, going
22 on.
23      You know, I really wasn't in the room
24 when Steve Moss would come in and negotiate with
25 Hossein about what it would be. After they did their

Page 8

1 discussion, Hossein would come to me and say, okay,
2 this is what you're going to see, Steve's going to
3 e-mail over the contract, we're going to get such
4 amount off of OPIS rack or Suncor rack, whichever one
5 it was. So that's how it was.
6   Q.  Okay. And it could be either one,
7 either Suncor rack dealing with Suncor or OPIS rack
8 average?
9   A.  Correct.
10   Q.  And so I notice on a lot of the
11 contracts, and we have them in one of these binders,
12 I think it's Exhibit 31, and I'm happy to show them,
13 you're listed as the quote, representative.
14   A.  Correct.
15   Q.  So is that -- that's consistent with
16 Mr. Taraghi telling you Steve and I have cut a deal,
17 he's going to send you the contract, and it was yours
18 to administer. Is that fair?
19   A.  That is correct.
20   Q.  And did you have any involvement in
21 negotiating any of the contracts with Suncor up until
22 the time you left in --
23   A.  No.
24   Q.  -- 2009?
25   A.  No.

Page 9

1   Q.  So they were just given to you as a
2 done deal.
3   A.  That is correct.
4   Q.  Who were the other suppliers that
5 Western Convenience was buying from?
6      And let me make it easier on you if I
7 can --
8   A.  Okay.
9   Q.  -- Mrs. Reay. Let me just work from
10 2007 forward, if you can use that division in your
11 head.
12   A.  Okay.
13   Q.  It may not be easy, I understand,
14 but --
15   A.  Okay.
16   Q.  Would it be easier if we work
17 backwards? Would it be easier if we started with
18 2009? What's easier for you?
19   A.  Well, I can tell you what suppliers we
20 used, but off the top of my head I can't tell you
21 what kind of deals we received.
22   Q.  That's okay.
23   A.  Unless it was in front of me, you know.
24   Q.  Go ahead.
25   A.  Okay. I mean, I know the different

3 (Pages 6 to 9)

8217963f-3ae0-4bc0-92a5-3696c91accac