I**N** T**HE** U**NITED** S**TATES** D**ISTRICT** C**OURT**
F**OR** T**HE** D**ISTRICT** O**F** C**OLORADO**

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation;
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs and Counterclaim Defendant,

vs.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Defendant, Counterclaimant, Third-Party Plaintiff,

HOSSEIN and DEBRA LYNN TARAGHI,

    Third-Party Defendants.

**NOTICE OF UNRESTRICTED FILING OF SUNCOR'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S FIRST AND SIXTH CLAIMS FOR RELIEF AND THIRD AFFIRMATIVE DEFENSE AND EXHIBITS THERETO (DOC. 185, ET. SEQ.)**

Pursuant to the Court's oral orders of October 30, 2013, Defendant Suncor Energy (U.S.A.) Inc. ("Suncor"), by and through its undersigned counsel, submits for public access unrestricted and, where appropriate, redacted versions of *Suncor's Motion for Summary Judgment on Plaintiff Western Convenience Stores' First and Sixth Claims for Relief and Suncor's Third Affirmative Defense* and the exhibits thereto (originally filed at Doc. 185, et. seq.) previously filed with the Court as restricted. The resubmitted documents are submitted concurrently herewith as attachments.

Dated:  November 20, 2013

          Respectfully submitted,

          *s/Anthony J. Shaheen*
          HOLLAND & HART LLP
          Post Office Box 8749
          Denver, CO  80201-8749
          Phone: 303-295-8054
          Fax: 303-291-9126
          AJShaheen@hollandhart.com

          J. Robert Robertson
          William L. Monts III
          Hogan Lovells US LLP
          555 Thirteenth Street, N.W.
          Washington, D.C.  20004-1109
          robby.robertson@hoganlovells.com
          william.monts@hoganlovells.com
          **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

  I hereby certify that on November 20, 2013, I served the foregoing NOTICE OF UNRESTRICTED FILING OF SUNCOR'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S FIRST AND SIXTH CLAIMS FOR RELIEF AND THIRD AFFIRMATIVE DEFENSE AND EXHIBITS THERETO, by causing the foregoing to be presented to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following email addresses:


Kenneth R. Bennington
Kathleen E. Craigmile
Adam F. Aldrich
BENNINGTON JOHNSON BIERMANN & CRAIGMILE, LLC
370 17th Street, Suite 3500
Denver, CO 80202
krb@benningtonjohnson.com
kec@benningtonjohnson.com
afa@benningtonjohnson.com

Philip W. Bledsoe
POLSINELLI SHUGHART, P.C.
1515 Wynkoop Street, Suite 600
Denver, CO 80202
pbledsoe@polsinelli.com

                     *s/Anthony Shaheen*

6520431_1