IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation; WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs,

vs.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Defendant-Third Party Plaintiff,

vs.

HOSSEIN AND DEBRA LYNN TARAGHI,

    Third Party Defendants.

**EXHIBIT INDEX TO SUNCOR's MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF WESTERN CONVENIENCE STORES' FIRST AND SIXTH CLAIMS FOR RELIEF AND SUNCOR's THIRD AFFIRMATIVE DEFENSE**

| | |
|---|---|
| A | Expert Report of Mark Glick and Ted Tatos, Dated January 22, 2013 |
| B | Steve Moss Depositions, Dated May 25, 2012 and January 30, 2013 |
| C | Chad Thiessen Deposition, Dated February 7, 2013 |
| D | David Wilson Deposition, Dated February 5, 2013 |
| E | Steven Ewing Deposition, Dated December 14, 2012 |
| F | The Kroger Company Supermarket Petroleum Group's Request for Proposal, Dated March 15, 2004 |
| G | The Kroger Company April 2, 2004 Letter |
| H | The Kroger Company December 21, 2005 Letter |
| I | Email from David Wilson, Dated February 11, 2008 |
| J | Steve Moss Email to David Wilson, Dated February 29, 2008, Depo. Exh. 71 |
| K | Product Purchase/Sale Agreement between Suncor and Dillon, May 1, 2008 – April 30, 2009 |
| L | Email from David Wilson, Dated March 13, 2008 |
| M | Email from Steve Moss to David Wilson, Dated March 31, 2008, Depo. Exh. 73 |
| N | Email from Steve Moss to David Wilson, Dated May 16, 2008, Depo. Exh. 74 |
| O | Email from Steve Moss to David Wilson, Dated July 31, 2009 |
| P | Product Purchase/Sale Agreement Addendum, between Suncor and Dillon, Dated |

|     | September 4, 2009, Depo. Exh. 46 |
| --- | --- |
| Q   | Email from David Wilson, Dated November 25, 2009, Depo. Exh. 163 |
| R   | Email from Steve Moss to David Wilson, Dated December 14, 2009, Depo. Exh. 80 |
| R-1 | Confirmation of Purchase/Sale Agreement, Dated January 18, 2010, Depo. Exh. 53 |
| R-2 | Product Purchase and Sale Agreement Addendum, Dated January 19, 2010, Depo. Exh. 48 |
| S   | Hossein Taraghi Deposition, Dated January 23, 2013 |
| T   | WCS Fuel Margins, Depo. Exh. 159 |
| U   | WCS Same Store Sales, Depo. Exh. 160 |
| V   | Pricing Survey, Depo. Exh. 156 |
| W   | Susan Giannola Deposition, Dated January 31, 2013 |
| X   | Affidavit of James M. Griffin |
| Y   | James Piscatelli Deposition, Dated December 7, 2012 |
| Z   | John Mayes Expert Report, Dated January 22, 2013 |
| AA  | Angela Shields Declaration |

6009349_1