SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

Document 185-2

Western Convenience Stores, Inc. et al, vs. Suncor Energy (U.S.A.) Inc.
United States District Court for the District of Colorado
Case No. 11-cv-01611-MSK-CBS

Expert Report of

Mark Glick
Professor of Economics

Ted Tatos
Statistician

Dated:  January 22, 2013

EXHIBIT A

4832-8445-9026.1
CONTAINS CONFIDENTIAL, HIGHLY CONFIDENTIAL OR SECRET INFORMATION

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

Document 185-2

# EXPERT REPORT OF MARK GLICK AND TED TATOS

## I.   ASSIGNMENT

We have been asked to address several elements of the Robinson-Patman claim by Western Convenience Stores, Inc. ("WCS") against Suncor Energy (USA) Inc. ("Suncor"). In particular we have been asked to determine (1) whether Suncor charged different wholesale prices to King Soopers and Loaf 'N Jug (collectively, "Kroger"), than it charged to WCS for identical types of unbranded gasoline; (2) whether Suncor's price discrimination resulted in lower margins and/or lost sales; and (3) a calculation of damages to WCS resulting from the price discrimination. To some extent, this report is preliminary. We have not yet had the opportunity to review our data and analysis with WCS. The data is subject to a protective order that prohibits disclosure to WCS. Moreover, we understand that discovery is ongoing. If we obtain further relevant information, we reserve the right to supplement this report.

## II.   QUALIFICATIONS

### A.   Qualifications of Mark A. Glick

Mark Glick is a professor of economics at the University of Utah. He has been a visiting scholar at UCLA and recently was a visiting scholar at Harvard Business School in the summer of 2012. Professor Glick has taught undergraduate and graduate courses in industrial organization at the University of Utah since 1985, and he is responsible for the graduate industrial organization field. Industrial organization is the specialty field that covers antitrust economics. Professor Glick is also an adjunct professor of law at the University of Utah where he teaches antitrust law. Professor Glick received his Ph.D. in economics from the New School for Social Research in 1985, and his law degree from Columbia University in 1990, where he received a scholarship in law and economics. Professor Glick is also currently Of Counsel at

4832-8445-9026.1
CONTAINS CONFIDENTIAL, HIGHLY CONFIDENTIAL OR SECRET INFORMATION

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

Document 185-2

Parsons Behle & Latimer, where he practices exclusively in the areas of antitrust and law and economics related to intellectual property. He has served as an antitrust expert for the Utah Attorney General, an arbiter in an antitrust case brought by the Utah Attorney General, and as an advisor on the subject matter of antitrust economics for the Utah Legislature. In 2012 Professor Glick was the President of the Antitrust Section of the Utah State Bar. He has also served on the economics and private litigation committees of the American Bar Association Antitrust Section. Professor Glick has also been an economics expert in several antitrust cases. Appendix A contains a list of cases in which Professor Glick has served as an economic expert in the last four years. Appendix B provides a list of Professor Glick's publications in the last ten years. The documents considered in developing this opinion are listed in Appendix C. Professor Glick's billing rate is $390 per hour.

**B.    Qualifications of Ted Tatos**

Ted Tatos is a Director in the professional services firm Empirical Analytics. He has previously worked as a Managing Economist in the professional services firm LECG, where he was part of the Antitrust Group in its Washington, D.C. and Salt Lake City offices. He has over seventeen years of experience in economic consulting for both public and private sector clients. He has provided consulting services in various antitrust matters such as the industrial silicon, software, flat glass, vitamins, contact lens, window blinds, and commercial tissue industries. Mr. Tatos's education and experience is in statistics, with a focus in econometrics, and his involvement in antitrust cases has generally been to develop econometric models. He has taught both undergraduate and graduate-level economics classes at the University of Utah as an Adjunct Professor, including co-teaching graduate econometrics for three years. Mr. Tatos has also made presentations to graduate classes in the Finance department and to the Executive MBA Program at the University of Utah as well as presentations to organizations including the Chief

3
CONTAINS CONFIDENTIAL, HIGHLY CONFIDENTIAL OR SECRET INFORMATION

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

Document 185-2

Economist's team of the European Commission's Director General of Competition, the Utah Bar Association, and the American Agricultural Economics Association. Appendix A contains a list of cases in which Mr. Tatos served as an expert in the last four years. Appendix B contains a list of Mr. Tatos's publications in the last ten years. The documents considered by Mr. Tatos are listed in Appendix C. Mr. Tatos's billing rate is $275 per hour.

## III.  FACTUAL BACKGROUND

Suncor owns the only refinery located in Colorado.[1]  In 2003 Suncor acquired the Conoco Phillips Commerce City refinery, and in 2005 it acquired the Valero refinery "across the street."[2]  Suncor has approximately a 34.1% market share of gasoline in the Colorado Front Range.[3]  Five other refineries supply gasoline to Colorado via product pipelines.[4]  Suncor delivers its Colorado gasoline primarily from four terminals:  the Suncor terminal at Commerce City, the DuPont terminal owned by Rocky Mountain Pipeline, the Fountain terminal owned by Rocky Mountain Pipeline, and the Grand Junction or Fruita terminal owned by Colorado Fuel Manufacturers.[5]

WCS owns forty-two gasoline stations located in Colorado and Nebraska, of which thirty-nine are in Colorado. King Soopers is a supermarket chain in Colorado and Wyoming.[6]  It was purchased in 1957 by the Dillons Companies and Dillon merged with Kroger in 1982.[7]  Loaf 'N Jug operates 170 stores in Colorado and seven other states.  Loaf 'N Jug (also referred to as

---

[1] Denver/North Front Range Fuel Supply Costs and Impacts, EAI, 2011 at ES4 (EAI 2011).

[2] Suncor Denver Refinery Overview, June 10, 2010, at 2, 4.

[3] EAI 2011 at ES6.  This includes the area where most of WCS's stores are located with the exception of stores located in Grand Junction and Nebraska.

[4] EAI 2001 at ES4.

[5] Active Fuel Terminals, IRS, October 2012.

[6] In some locations, King Soopers is known as City Market.

[7] David Dillon, Wikipedia entry.

4832-8445-9026.1

4

**CONTAINS CONFIDENTIAL, HIGHLY CONFIDENTIAL OR SECRET INFORMATION**

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

Document 185-2

Mini-Mart) was purchased by Kroger in 1986.[8]  King Soopers and Loaf 'N Jug are owned by Kroger Co.  According to WCS, some but not all of its locations compete with a King Soopers, a Loaf 'N Jug, or both.  WCS and Kroger both purchase unbranded gasoline with identical sulfur content,[9] vapor pressure (RVP),[10] and octane levels.[11]  WCS and Kroger purchase regular (including E10 ethanol), premium and midgrade gasoline.  WCS and Kroger also purchase diesel fuel.

WCS alleges that between October 1, 2009, and April 30, 2011, it was charged a higher wholesale price for identical gasoline, lifted on the same day, at the same terminal as King Soopers.  It further alleges that between February 1, 2010, and April 30, 2011, it was charged a higher wholesale price for identical gasoline, lifted on the same day, at the same terminal as Loaf 'N Jug.  We refer to either of these time periods as the "Damage Period."  We recognize that the damage period is different for WCS stores that compete with King Soopers, and WCS stores that compete with Loaf 'N Jug.  WCS believes that as a result of its disadvantage in wholesale gasoline prices from Suncor, it lost profits at the stores that compete with King Soopers and/or Loaf 'N Jug.

## IV.   DESCRIPTION OF DATA

In preparing this report, we have considered on data from multiple sources, including WCS, Suncor, Kroger, the Energy Information Agency (EIA) and OPIS.

### A.   **Suncor Data**

Suncor provided the wholesale gasoline sales data for WCS.  These data included fields detailing the date, fuel grade, terminal rack price, discount applied, and gallons purchased for

---

[8] Loaf 'N Jug website.

[9] Sulfur content is uniform in the United States.

[10] The Denver area is 7.8 psi maximum in summer, outside of Denver it is 9.0 psi.

[11] Octane is a measure of the resistance to premature ignition.

5
**CONTAINS CONFIDENTIAL, HIGHLY CONFIDENTIAL OR SECRET INFORMATION**

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

Document 185-2

each customer, among other fields. Suncor also provided these data for some, but not all, of its other top customers of unbranded gasoline customers.

**B.   Kroger Data**

Kroger provided information from February 2009 through May 2011 for King Soopers. These data included:

1. Fuel delivery information to each store, showing the price Kroger paid for fuel from Suncor and the store number to which that fuel was delivered.

2. Fuel sales information for each store, showing the total gallons sold and the receipts for fuel sales for each store and grade by day.

3. Limited price-checking information.

4. Kroger store address information.

**C.   WCS Data**

WCS has produced a substantial amount of data. We received a copy of WCS's entire SQL database. Many of the tables in this database were not relevant for our analysis. We extracted data regarding fuel deliveries to each WCS store. For each delivery, we extracted the price paid, as well as other useful information.

We further obtained the following information from WCS.

1. Price-checking information.

2. Fuel sales and cost information. We obtained total gallons sold, total receipts, and total costs by store by grade, by day.

3. Store and competitor geocoding information. We also obtained latitude and longitude information for each WCS store and their corresponding competitor(s).

**D.   Public Data**

We obtained rack price data from the Oil Price Information Service (OPIS). These data included OPIS average rack prices by day, by grade, for the Denver, Fountain, and Grand Junction terminals. We also obtained the Suncor rack prices by day, by grade, for the same

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

Document 185-2

terminals.  Further, we obtained monthly fuel volume data for major outlets in Colorado from the Energy Information Administration.

These data sources were combined into a single data set for WCS and Kroger stores that compete containing wholesale volumes and prices by grade, day, and location, and daily retail sales and prices by grade.  We combined the fuel grades into four categories: regular unleaded, mid-grade, premium, and diesel.[12]

## V.   OPINIONS AND THEIR BASES REGARDING THE ROBINSON-PATMAN ACT

**Opinion 1:**   **Suncor discriminated in price between WCS and Kroger for the sale of the same types of gasoline on the same days.**

### Bases for Opinion 1

We understand that price discrimination is defined as a difference in price.  Price means actual net prices after all discounts and rebates, or the actual amount paid by the buyer for the commodity.  In this case, both Kroger and WCS had contracts for purchase of wholesale gasoline from Suncor.  The contracts set the price for regular (regular, unleaded and E10), midgrade, premium and diesel fuel at each of three terminals:   Commerce City, Fountain and Grand Junction.  Fuel is priced in two parts:  the rack rate, plus a discount. There are several types of rack rates.  WCS contracts employ the Suncor Rack, while the Kroger contracts use the Opis Rack Average.  Suncor would then apply a discount to the rack price.  For example, E10 ethanol in 2010 at the Commerce City terminal was priced at the Suncor Rack price less 4.5 cents per gallon for WCS, and Opis Denver Rack Average less ▮ cents per gallon for Kroger.  These

---

[12] We note WCS generally purchases mid-grade gasoline for only a single store, number #122.  For the remaining stores, mid-grade gasoline is blended at the pump from a mixture of 65% regular unleaded and 35% premium unleaded.  Thus, in order to calculate wholesale prices for mid-grade, we calculated  a weighted average figure based on the mixture of regular and premium gasoline.  Finally, we aggregated fuel grades into four types: regular, mid-grade, premium, and diesel, in conformity with how it is sold at the pump.

**7**
**CONTAINS CONFIDENTIAL, HIGHLY CONFIDENTIAL OR SECRET INFORMATION**

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

Document 185-2

contract prices reflect all discounts and rebates from Suncor.[13]  As described above, Suncor provided daily price data.  This data matches the contracted prices.[14]  The average prices paid by WCS and Kroger over the price discrimination period by product and terminal location are as follows:

**WCS AND KING SOOPERS WHOLESALE FUEL PRICES FROM SUNCOR**

**10/09 TO 05/11**

| Terminal | Product | WCS Price | Dillon Price | Difference (WCS-Dillon) |
|---|---|---|---|---|
| Commerce City | #2D 15 PPM SULFUR MV DIESEL FUEL | $2.4029 | | |
| Commerce City | GASOLINE UNL CONV 85 10% ETH 7.8 RVP G | $2.1909 | | |
| Commerce City | GASOLINE UNL CONV 85 10% ETH G | $2.2042 | | |
| Commerce City | GASOLINE UNL CONV 91 10% ETH 7.8 RVP G | $2.4727 | | |
| Commerce City | GASOLINE UNL CONV 91 10% ETH G | $2.4067 | | |
| Fountain | #2D 15 PPM SULFUR MV DIESEL FUEL | $2.1728 | | |
| Fountain | GASOLINE UNL CONV 85 10% ETH G | $1.9650 | | |
| Fountain | GASOLINE UNL CONV 91 10% ETH G | $2.1442 | | |
| Grand Junction | #2D 15 PPM SULFUR MV DIESEL FUEL | $2.2143 | | |
| Grand Junction | GASOLINE UNL CONV 85 10% ETH G | $2.2940 | | |
| Grand Junction | GASOLINE UNL CONV 91 10% ETH G | $2.3742 | | |

**WCS AND LOAF 'N JUG WHOLESALE FUEL PRICES FROM SUNCOR**

**02/10 TO 05/11**

| Terminal | Product | WCS Price | Mini Mart Price | Difference (WCS-Mini Mart) |
|---|---|---|---|---|
| Commerce City | #2D 15 PPM SULFUR MV DIESEL FUEL | $2.4987 | | |
| Commerce City | GASOLINE UNL CONV 85 10% ETH 7.8 RVP G | $2.1909 | | |
| Commerce City | GASOLINE UNL CONV 85 10% ETH G | $2.3480 | | |
| Commerce City | GASOLINE UNL CONV 91 10% ETH 7.8 RVP G | $2.4727 | | |
| Commerce City | GASOLINE UNL CONV 91 10% ETH G | $2.5934 | | |
| Fountain | #2D 15 PPM SULFUR MV DIESEL FUEL | $2.2658 | | |
| Fountain | GASOLINE UNL CONV 85 10% ETH G | $2.1667 | | |
| Fountain | GASOLINE UNL CONV 91 10% ETH G | $2.3105 | | |

---

[13] Carbone Dep. at 82-83, 122-23.

[14] Carbone Dep. at 120-23.

CONTAINS CONFIDENTIAL, HIGHLY CONFIDENTIAL OR SECRET INFORMATION

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

Document 185-2

As evident from the table, WCS, on average, paid more for wholesale fuel from Suncor than Loaf 'N Jug in every category at every terminal. The same applies to WCS's price relative to King Soopers, with the exception of regular and mid-grade gasoline purchased from Grand Junction. Most WCS and King Soopers gasoline was purchased at Commerce City. The fuel gallons lifted from the Grand Junction terminal where WCS and King Soopers paid approximately the same price were equal to 9.5% percent of the total gallons purchased. Taking the weighted average sales to WCS and Kroger as a whole, WCS paid $2.382 for a gallon of fuel, while Dillon and Mini-Mart each paid ███, an average difference of ███ cents.[15] The WCS gross profit margin on fuel for the relevant time period for competitive stores was approximately 9.8 cents.

The price differences between WCS and Kroger are relevant on a daily basis because gasoline is delivered and priced each day. The calendar below shows the days when WCS paid more, less, or the same as Kroger for the 85 octane regular unleaded fuel with 10% ethanol from the Commerce City terminal during the Damage Periods. Red blocks indicate days when WCS paid more. Green blocks indicate days when WCS paid less. Blank, or white, blocks indicate days when the two did not purchase on the same day:

---

[15] The daily difference in wholesale prices were sometimes as high as 15 cents.

**CONTAINS CONFIDENTIAL, HIGHLY CONFIDENTIAL OR SECRET INFORMATION**

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

Document 185-2

### WCS AND KING SOOPERS DIFFERENCES FOR UNLEADED 85 OCTANE REGULAR GASOLINE WITH 10% ETHANOL SOLD AT COMMERCE CITY



WC Price ▮ 1. PAID MORE THAN KS   ▮ 3. PAID LESS THAN KS

### WCS AND LOAF 'N JUG DIFFERENCES FOR UNLEADED 85 OCTANE REGULAR GASOLINE WITH 10% ETHANOL SOLD AT COMMERCE CITY



WC Price ▮ 1. PAID MORE THAN LJ   ▮ 3. PAID LESS THAN LJ

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

10
CONTAINS CONFIDENTIAL, HIGHLY CONFIDENTIAL OR SECRET INFORMATION

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

Document 185-2

Appendix D provides the same calendar-type analysis for every grade and terminal combination shown in the two tables above.[16]

Finally, it appears that the parties agree that WCS paid more for wholesale gasoline than did Kroger.  For example, Kendall Carbone testified that unbranded gasoline customers paid different prices:

| COUNSEL: | And it is accurate to say that some unbranded customers had bigger discounts than others? |
| MS. CARBONE: | That's accurate.[17] |
| . . . . | |
| COUNSEL: | Are you generally aware that the pricing to Kroger was more favorable than the pricing to Western Convenience Stores? |
| MS. CARBONE: | Yes.[18] |
| . . . . | |
| COUNSEL: | Well, given the volumes you had locked in—first of all, we've established that Kroger got the lowest price of anybody, correct? |
| MS. CARBONE: | Correct.[19] |

**Opinion 2:   Twenty-six WCS Stores compete with a nearby Kroger store.**

**Bases for Opinion 2**

Kroger and WCS operate at the same distributional level (retail gasoline sales).  They both sell unbranded gasoline.  WCS bases its retail pricing decisions in part on information it receives from its price-checking efforts.  According to WCS, it price-checks nearby gas stations

---

[16] In many cases the daily differences are more pronounced during the summer driving months than in the winter months.  During the winter, Suncor sometimes offered temporary special discounted rack prices to selected customers and WCS sometimes availed themselves of these opportunities.

[17] Deposition of Kendall Carbone, Nov. 2, 2012 ("Carbone Dep.") at 75; Deposition of Steven Ewing, March 8, 2012 ("Ewing Dep.") at 46 (stating Mr. Ewing could authorize discounts).

[18] Carbone Dep. at 81.

[19] Carbone Dep. at 175.

**CONTAINS CONFIDENTIAL, HIGHLY CONFIDENTIAL OR SECRET INFORMATION**

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

Document 185-2

it believes compete with each of its stores.  Kroger states that it is able to "earn a return above the cost of capital by drawing customers from a 2-2.5 mile radius."[20]  Stephen Ewing of Suncor testified that Suncor and the industry believes that gas stations within one to one-and-one-half miles of each other compete.[21]  WCS provided us with 26 WCS locations that compete with Kroger.  We verified that WCS price checks the Kroger locations and we calculated distances.[22]

### WCS STORES THAT COMPETE WITH KING SOOPERS

| WCS Store | WCS Price-Checks This Kroger Store | City | Distance Between Stores |
|---|---|---|---|
| 112 | 81 | Brighton | 1.201 |
| 140 | 118 | Broomfield | 1.577 |
| 136 | 119 | Colorado Springs | 1.916 |
| 113 | 133 | Colorado Springs | 1.226 |
| 136 | N/A | Colorado Springs | 0.834 |
| 134 | 6 | Colorado Springs | 0.157 |
| 146 | 404 | Delta | 1.688 |
| 127 | 404 | Delta | 1.403 |
| 138 | 9 | Fort Collins | 2.462 |
| 130 | 9 | Fort Collins | 1.746 |
| 125 | 401 | Grand Junction | 3.821 |
| 124 | 451 | Grand Junction | 1.63 |
| 129 | 102 | Longmont | 1.494 |
| 129 | 42 | Longmont | 0.924 |
| 119 | 74 | Loveland | 1.891 |
| 119 | 44 | Loveland | 1.535 |
| 126 | 440 | Montrose | 1.26 |
| 126 | 403 | Montrose | 0.59 |
| 116 | 39 | Parker | 1.053 |
| 147 | 12 | Pueblo | 0.183 |

---

[20] http://www.thekrogerco.com/about-kroger/operations/grocery-retail

[21] Ewing II Dep. at 60 ("The industry would usually classify that as a mile, mile and a half.")

[22] We compiled a list of all WCS and Kroger stores in Colorado, as well as a list of other potentially competing fuel stations.  We calculated the distances between these stations  and the nearest WCS location, using latitude/longitude coordinates.  We then used the Google Earth as well as various mapping tools (Google Maps, MS MapPoint North America) to examine relative locations of individual stores.  We also examined which WCS stores price-check Kroger stores, whether they are City Market/King Soopers or Loaf 'N Jug.

**CONTAINS CONFIDENTIAL, HIGHLY CONFIDENTIAL OR SECRET INFORMATION**

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

Document 185-2

## WCS STORES THAT COMPETE WITH LOAF 'N JUG

| WCS Store | WCS Price-Checks This Kroger Store | City | Distance Between Stores |
|---|---|---|---|
| 122 | 54 | Canon City | 0.25 |
| 128 | 33 | Colorado Springs | 0.49 |
| 109 | 20 | Denver | 1.95 |
| 138 | 858 | Fort Collins | 1.68 |
| 130 | 19 | Fort Collins | 1.00 |
| 133 | 1 | Fowler | 0.36 |
| 121 | 59 | Las Animas | 0.32 |
| 129 | 95 | Longmont | 1.20 |
| 116 | 7 | Parker | 1.81 |
| 143 | 25 | Pueblo | 1.55 |
| 143 | 67 | Pueblo | 0.94 |
| 147 | 52 | Pueblo | 0.27 |
| 135 | 14 | Pueblo | 0.02 |
| 141 | 55 | Salida | 4.44 |
| 149 | 804 | Steamboat Springs | 1.11 |
| 117 | 3 | Walsenburg | 0.08 |
| 106 | 69 | Woodland Park | 2.56 |
| 106 | 26 | Woodland Park | 1.62 |

Finally, it appears that Suncor does not dispute the general fact that some Kroger and WCS stores are competitive. For example, Mr. Ewing testified that it is important that WCS not obtain competitive information because WCS competes on price with Kroger's:

> I certainly wouldn't give out Kroger's pricing and Mr. Taraghi understands what the pricing was 18 months ago, he's going to be in the ball park, and he may use that to his competitive advantage, to price his stores, understanding maybe what the ball park is on the street.[23]

---

[23] Deposition of Steven Ewing, Dec. 14, 2012 ("Ewing II Dep."), at 37.

13

**CONTAINS CONFIDENTIAL, HIGHLY CONFIDENTIAL OR SECRET INFORMATION**

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

Document 185-2

**Opinion 3:**   **The price discrimination resulted in WCS's earning lower margins on gasoline sold and/or selling lower volumes of gasoline.**

**Bases for Opinion 3**

According to WCS, when Kroger lowers its retail prices in response to lower wholesale prices,[24] WCS will typically (but not always) try to match the Kroger price reduction. When WCS successfully matches Kroger's price, it suffers a margin reduction as a result of the price discrimination. When WCS is unable or unwilling to match a Kroger price reduction, WCS loses customers to the Kroger store. To illustrate, consider WCS store number 135. WCS store number 135 competes with a Loaf 'N Jug store located approximately 350 feet away. The relative locations of the two stores are evident from the Google Earth picture. The Western Convenience store is located in the foreground, while the Loaf 'N Jug store is located across the street in the background.[25] Thus, price discrimination impacts the WCS stores that compete with Kroger by reducing WCS margins and/or volumes.

---

[24] Discussion with Mr. Taraghi. According to the Kroger 10-K, "The increases in the average supermarket retail fuel price was caused by an increase in the product cost of fuel." Kroger 10-K for fiscal year ending January 28, 2012, at 15.

[25] Source: Google StreetView

**CONTAINS CONFIDENTIAL, HIGHLY CONFIDENTIAL OR SECRET INFORMATION**

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

Document 185-2



According to WCS, at Store 135 WCS attempts to set a price equal to three cents below the street price because Loaf 'N' Jug offers a three cent automatic loyalty discount. WCS also believes it loses customers to this Loaf 'N Jug store when Loaf 'N Jug prices are lower than WCS.[26]

To show that margins and volumes are impacted by price discrimination at store number 135, we studied the store 135 profits. These profits are equal to the profit margin multiplied by the sales volume. As we explained, if WCS is matching the lower Loaf 'N Jug price, the impact will be manifested in lower margins. However, if WCS does not lower its prices, then the impact will be manifested in lower volumes. Thus, either way, the product of margin and volume (profits) will be lower. In order to empirically confirm the impact of price discrimination on

---

[26] WCS informed us that at some stores in some time periods it does not match the Kroger price and as a result loses sales to the Kroger store.

CONTAINS CONFIDENTIAL, HIGHLY CONFIDENTIAL OR SECRET INFORMATION

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

Document 185-2

WCS, we used the standard statistical tool of regression analysis.[27]  The analysis regresses the product of the margin and the volume (profits) on the wholesale price difference between WCS store number 135 and the competing Loaf 'N Jug store, controlling for other relevant variables. Our regression equation for this estimation is discussed in the context of Opinion 4 below.  We find that the wholesale price difference between WCS and Kroger has a statistically significant relationship with WCS profits.  The results confirm that the lower the differential between WCS and Kroger's wholesale prices, the higher is the product of WCS's margins and volume. Therefore, we have confirmed that the discrimination does impact store number 135's margins/sales.  In Appendix E we present the results of the same analysis for every competitive store.  We find that in all cases WCS's margin/volume (profits) were adversely impacted by Suncor's price discrimination.

**Opinion 4:**    **WCS's lost profits resulting from Suncor's price discrimination are approximately $964,229.**

**Basis for Opinion 4**

We estimated the results of the impact of the competitive process by estimating the average impact the wholesale price differences between competitive stores and WCS profits. More specifically, the damages in a Robinson-Patman case are calculated as the plaintiff's lost profits due to the price discrimination.  These lost profits are measured by the difference between plaintiffs' actual profits during the damage period and the profits the plaintiff would have

---

[27] Regression analysis is a statistical technique used to investigate and model relationships between variables.  These variables generally include one dependent variable, which is the response variable of interest (in this case, WCS's profits), and one or more independent variables, whose relationship with the dependent variable the researcher aims to investigate (e.g., difference in wholesale prices).  Regression analysis not only permits the researcher to identify the existence of a relationship between the independent variable(s) and the dependent variable, but it also permits the researcher to quantify that relationship.  The researcher can interpret the results in terms of the effect on the dependent variable of a one unit or a one percent change in each independent variable, holding all other independent variable(s) in the model constant.

**CONTAINS CONFIDENTIAL, HIGHLY CONFIDENTIAL OR SECRET INFORMATION**

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

Document 185-2

obtained in a "violation free" world, usually referred to as the "but for" world.  In our model, the damage period is coextensive with the price discrimination.[28]

WCS provided actual profits for each competitive store for the relevant Damage Period. To construct "but for" profits during the relevant Damage Period, we want to estimate what WCS's profits would have been had no price discrimination by Suncor have occurred.  To estimate such profits we calculate the average relationship between WCS profits at each competitive store and the difference between the wholesale gasoline costs to the WCS store and the competing Kroger store.  We perform this analysis by store and by gasoline grade.  We employ the following regression specification:

$$\text{Profits} = f((P_{WCS} - P_{Kroger})_t, (P_{WCS} - P_{Kroger})_{t-1}, D_M, PCT_{Suncor}, FRT_{WCS},$$
$$\text{Weekend, Driving Season})$$

Where:

$(P_{WCS} - P_{Kroger})_t =$  the difference in wholesale fuel prices paid by WCS and Kroger for the same gasoline grade at time t (current day).

$(P_{WCS} - P_{Kroger})_{t-1} =$  the difference in wholesale fuel prices paid by WCS and Kroger for the same gasoline grade at time t-1 (the previous day).

$D_M =$  Monthly total gasoline sales from all sellers, obtained from the Energy Information Administration (EIA).  Daily data were not available.

$FRT_{WCS} =$  Total transportation costs (freight) paid by WCS to bring the fuel from the terminal to the respective station

$PCT_{Suncor} =$  Percentage of fuel purchased by WCS for delivery at that store for that day that came from Suncor.

Weekend =  Binary (1/0) variable indicating if the day was Saturday or Sunday

---

[28] We have also calculated the amount of the discrimination.  This is given by the wholesale prices differentials multiplied by the gallons purchased by WCS attributed to the competitive stores less certain gallons that cannot be traced but must have gone to these stores.  This measures the cost savings WCS would have if WCS purchased their gasoline from Suncor at the same price paid by Kroger when Kroger paid a lower price.  In contrast to the amount of discrimination, the lost profits that we calculate take into account the extent to which the prize to Kroger might be raised, and the reactions of Kroger, WCS and the market to the wholesale price differentials.

**17**
**CONTAINS CONFIDENTIAL, HIGHLY CONFIDENTIAL OR SECRET INFORMATION**

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

Document 185-2

Driving Season =      Binary (1/0) variable indicating if the day fell during the April-September driving season.

These regressions were run on daily observations by store, and by fuel grade (regular unleaded (85 octane), mid-grade unleaded (87 octane), premium unleaded (91 octane), and diesel).  We note that, while there are several types of wholesale gasoline for each grade, we aggregated them in conformity with how fuel is sold at the pump.  Furthermore, some types of gasoline are seasonal, such as RVP (Reid Vapor Pressure) 7.8 gasoline in Denver.[29]  In order to obtain a full time series of data, we aggregated RVP 9.0 and 7.8 into their respective grades (Regular, etc.).  Our results are reported in Appendix E.  We restrict the damage calculation to stores and gasoline grades where the coefficient on the wholesale price differences are significant at the .05 level of significance.

We again use the regression model to construct WCS profits in the absence of price discrimination.  We can perform this analysis by assuming that the Suncor prices paid by Kroger and WCS were the same during the damage period.  Using equal Suncor prices we recalculate wholesale cost differences and then recalculate profits.  As an example, assume that Dillon paid 10 cents less than WCS for the same gallon of fuel from Suncor.  Assume also that WCS purchased 50% of their fuel that day for that store from Suncor  and 50% from another vendor.  The price difference for the fuel paid from the other vendor was 15 cents, with Dillon paying less than what WCS paid.   The total price difference is thus:

**Actual Price difference = .10 \* 50% + .15 \* 50% = .125 cents (12.5 cents)**

The "but-for" price difference would be:

**"But-for" price difference =  0 \* 50% + .15 \* 50% = .075 cents (7.5 cents)**

---

[29] During the summer season, the Denver Range requires that RVP 7.8 gasoline be sold, rather than the standard RVP 9.0 gasoline, for purposes of reducing pollution.

CONTAINS CONFIDENTIAL, HIGHLY CONFIDENTIAL OR SECRET INFORMATION

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

Document 185-2

Thus, if WCS had been able to purchase its fuel from Suncor, the overall price difference between WCS and Kroger would have been smaller. We only adjust the price differences on fuel purchased from Suncor. We make no adjustment to the price differences on gallons purchased from other vendors. In other words, damages are only computed for the gallons of gasoline, or purchases of gasoline, that WCS made from Suncor. For example, on days when WCS did not purchase from Suncor, we calculate no damages.

We then multiply the "but-for" wholesale price difference by their respective coefficients and calculate the "but-for" profits. The lost profits are then equal to the difference between the "but-for" profits and the actual profits. In cases where the actual profits exceeded the "but-for" profits, the lost profits are equal to zero.[30] We then aggregate these lost profits over the damages paid:

### TOTAL DAMAGES BY STORE NUMBER AND FUEL GRADE

| STORE NUMBER | REGULAR UNLEADED | MIDGRADE UNLEADED | PREMIUM UNLEADED | DIESEL FUEL |
|---|---|---|---|---|
| 106 | $27,228 | $6,900 | $3,412 | $4,980 |
| 109 | $22,058 | $3,478 | $1,004 | $4,252 |
| 112 | $67,610 | $8,907 | $2,036 | $3,244 |
| 113 | $60,675 | $10,972 | $1,793 | $2,110 |
| 116 | $38,610 | $6,914 | $2,723 | $8,065 |
| 119 | $55,858 | $5,957 | $1,364 | $1,846 |
| 121 | $1,417 | $0 | $22 | $217 |
| 122 | $18,106 | $0 | $117 | $6,147 |
| 124 | $28,962 | $0 | $995 | $1,838 |
| 125 | $26,050 | $4,691 | $359 | $5,064 |
| 126 | $28,331 | $3,960 | $528 | $1,464 |
| 127 | $22,073 | $4,139 | $806 | $4,801 |
| 128 | $19,058 | $2,946 | $595 | $4,769 |
| 129 | $38,652 | $4,616 | $507 | $1,505 |
| 130 | $68,498 | $7,212 | $1,749 | $995 |
| 133 | $1,311 | $0 | $18 | $1,272 |
| 134 | $30,776 | $5,189 | $625 | $196 |

---

[30] We have been asked to calculate what additional profits, if any, WCS would have received during the relevant period if the wholesale price difference existed between WCS and Kroger on all the fuel that WCS sold. We used the same regression models as above. This analysis yields additional profits of approximately $2,697,937. Appendix F displays these results.

**CONTAINS CONFIDENTIAL, HIGHLY CONFIDENTIAL OR SECRET INFORMATION**

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

**Document 185-2**

| STORE NUMBER | REGULAR UNLEADED | MIDGRADE UNLEADED | PREMIUM UNLEADED | DIESEL FUEL |
|---|---|---|---|---|
| 135 | $20,882 | $4,047 | $598 | $1,497 |
| 136 | $80,711 | $13,851 | $3,378 | $1,483 |
| 138 | $21,433 | $3,039 | $462 | $1,252 |
| 140 | $35,572 | $0 | $1,071 | $1,229 |
| 141 | $10,154 | $1,029 | $174 | $7,862 |
| 143 | $8,664 | $1,403 | $226 | $135 |
| 146 | $8,618 | $0 | $152 | $6,928 |
| 147 | $10,850 | $0 | $48 | $144 |
| 149 | $8,336 | $1,097 | $272 | $5,060 |
| **Total** | **$760,493** | **$100,347** | **$25,034** | **$78,355** |
| **Grand Total** | **$964,229** | | | |

We note that these damages are conservative for several reasons.

First, since our analysis deals only with WCS stores that compete with Kroger, we analyzed fuel deliveries to specific WCS stores. However, WCS purchased fuel from vendors, including Suncor, that was not delivered directly to a store. These purchases were paper transfer orders ("PTOs") that were delivered into bulk tanks. WCS periodically drew fuel from these bulk tanks, fuel that it had already purchased, to deliver to its stores. These bulk tanks contained fuel from various vendors. Thus, any purchase from Suncor that was delivered to a bulk tank and then delivered to a store has two "legs" of a journey. Only the first "leg" can be traced. In other words, we can trace the purchase coming from Suncor and going into the bulk tanks. However, the next leg of the journey, the delivery to the store, does not show who the original vendor of the fuel (e.g., Suncor) was. Thus, our analysis understates the impact that purchases from Suncor had on WCS' profits.

Second, we do not consider any impact on convenience store sales. Convenience store sales are likely correlated with higher foot traffic. In other words, lower prices would likely generate higher volume, meaning more foot traffic. More foot traffic would likely lead to more convenience store sales, which we understand have higher margins that fuel. However, as of the

CONTAINS CONFIDENTIAL, HIGHLY CONFIDENTIAL OR SECRET INFORMATION

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

Document 185-2

date of this report, we do not have "foot traffic" data.  We have thus computed no damages from any potential lost convenience store sales.

_____

Mark Glick

_____

Ted Tatos

**CONTAINS CONFIDENTIAL, HIGHLY CONFIDENTIAL OR SECRET INFORMATION**

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER