SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

Document 185-7

**CONFIDENTIAL**

# Request for Proposal

**The Kroger Company**
**Supermarket Petroleum Group**

**Petroleum Supply – King Soopers/City Market**

I. **General**

The Kroger Supermarket Petroleum Group (SPG) would like to invite you to provide a bid for the sale of petroleum products to the King Soopers/ City Market located in Colorado and Wyoming. One location Turpin, OK for Dillon Stores.

It is the goal of SPG to procure competitively priced quality service. It is also imperative that all responsive bidders are willing to commit the necessary resources to meet the needs of our aggressive expansion program.

    A. **Questions Regarding the RFP Package**

        Bidders shall submit any questions regarding the RFP package in writing. All questions shall be submitted in a timely manner to provide Kroger SPG adequate time to respond.

II. **Pricing**

    A. Petroleum products will be purchased in full truckloads. At a minimum, truckloads will be defined as 8,500 gallons for gasoline and 7,500 gallons for #2 diesel.
    B. Price should be quoted in cents per gallon. State whether the price is Pipeline Spot or rack.

    D. The length of this agreement will be at least 12 months.

    E. Payment Terms – EFT net 10 days.

III. Phase III – Submittal Evaluation and Supplier Selection

The evaluation process shall take into consideration unit pricing, company supply logistics.

Final acceptance of any offer submitted in response to this "Request for Proposal" RFP is expressly contingent upon Kroger's acceptance of the terms and conditions of the written

3/15/04          1

EXHIBIT F

HC1034          Suncor_WCS 00043554

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

Document 185-7

agreement between the parties, said agreement to include and address the issues discussed herein. Kroger retains the right to accept parts of, and reject any and all responses to, this RFP. While it is Kroger's intent in issuing this RFP to secure reliable petroleum products at a lower overall cost to the Company, it will award the contract based on both price and non-price factors that provide the best overall value to Kroger.

IV. Estimated annual volumes in gallons:
1) Denver Ethanol 10% year round ███.
2) Grand Junction ███. 6    15,300
3) Fountain/ Colorado Springs Clear ███.    10,000
4) Turpin, OK Clear ███. For Dillon Stores.
5) 76% regular unleaded, 18% premium and 6% Diesel
6) More sites could be built during the duration of this agreement.

Bids should be submitted by the 23th day of March 2004. Contract to start May 1, 2004

Kroger thanks you for your interest and participation in this RFP.

Daryl Johnson
Supermarket Petroleum Group
620-694-5114 Phone
620-694-5153 Fax
2800 E. 4th Ave P.O. Box 1266
Hutchinson, KS 67504-1266
Daryl.johnson@krogerhutch.com

3/15/04

2

Suncor_WCS 00043555

HC1034