

 

**The Kroger Company**
2800 East Fourth Avenue PO Box 1266 Hutchinson, KS 67504-1266 | (620) 694-5114

**Daryl O. Johnson**
Petroleum Supply Manager
daryl.johnson@krogerhutch.com
fax (620-694-5153)

April 2, 2004

Suncor
Hubert Hicks

Dear Hubert:

Thank you for taking the time to bid on product supply for the Kroger Distribution Center in Denver. I know a lot of time and energy was spend preparing your bid.
Kroger has awarded you the supply for the next twelve months Starting May 1, 2004 in Denver.
Thank you for your effort.
Any questions please call.

Daryl Johnson

*Diesel Bid*

EXHIBIT G

Suncor_WCS 00043564

HC1021