



**The Kroger Company**
2800 East Fourth Avenue PO Box 1266 Hutchinson, KS 67504-1266  |  (620) 694-5114

**Daryl O. Johnson**
Petroleum Supply Manager
daryl.johnson@krogerhutch.com
fax (620-694-5153)

December 21, 2005

James Hanson

Dear James:

This letter is first to thank you for taking the time to bid on Kroger's petroleum business for our Loaf N' Jug stores and secondly to inform you that your bid was not successful. As additional areas and products become available for bid we will keep you informed.

Sincerely,

Daryl Johnson

EXHIBIT H

Suncor_WCS 00043568

HC1020