SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

Document 185-10

| | |
|---|---|
| From: | david.wilson@krogerhutch.com |
| Sent: | Monday, February 11, 2008 5:14 PM |
| To: | |
| Cc: | rick.krafels@krogerhutch.com; christopher.finecy@krogerhutch.com |
| Subject: | Kroger Grand Junction CO RFP |
| Attach: | Grand Junction 2008.doc |

Good afternoon!

I am please to invite you to submit a proposal to supply Kroger with gasoline and ULSD in Grand Junction CO. Attached is the formal RFP.

Please respond with a NO Bid email to stay on the bid list for future opportunities if you don't plan on submitting a proposal.

Please submit your proposal by March 3, 2008. The contract is to start May 1, 2008.

David M. Wilson
Manager of Petroleum Procurement
Kroger Company
E-Mail: david.wilson@krogerhutch.com
Office: 620.694.5122
Pager: 620.727.8546
Cell: 620.200.1582
Fax: 620 694.5153
Yahoo IM: moab_oj5
(See attached file: Grand Junction 2008.doc)

EXHIBIT I                               Suncor_WCS 00043572

S-E-00094816

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

Document 185-10

## Request for Proposal

### The Kroger Company
### Supermarket Petroleum Group

#### General

The Kroger Supermarket Petroleum Group (SPG) would like to invite you to provide a bid for the sale of petroleum products supply to sites in Grand Junction Colorado.

It is the goal of SPG to procure competitively priced quality service. It is also imperative that all responsive bidders are willing to commit the necessary resources to meet our needs.

This RFP is for fuel FOB at a truck loading terminal only. If you would like Kroger to consider you for the freight, please include a freight proposal as a separate bid. Bidders shall submit any questions regarding the RFP package in writing. All questions shall be submitted in a timely manner to provide Kroger SPG adequate time to respond.

Sales under this agreement will be made to Dillon Companies, Inc dba: King Soopers.

#### Pricing

Petroleum products will be purchased in full truckloads. At a minimum, truckloads will be defined as 8,500 gallons of gasoline and 7,500 gallons of diesel. Indicate on your bid if you will be billing Kroger in Net or Gross gallons at each location.

Price should be quoted in cents per gallon. If basing your quote on OPIS, you must state which OPIS index you are quoting (i.e. Gross Daily Contract Average, Net Morning Low, etc.). Please indicate if your pricing formula is based on prior day or same day postings. **Please save time by providing your absolute best bid for each location the first time.**

The length of this agreement will be at least 12 months with an evergreen. Payment Terms are EFT no shorter than net 10 days.

#### Submittal Evaluation and Supplier Selection

The evaluation process shall take into consideration unit pricing and company supply logistics. Final acceptance of any offer submitted in response to this "Request for Proposal" RFP is expressly contingent upon the following: 1) Kroger's acceptance of the terms and conditions of the written agreement between the parties, and 2) The written agreement is to include and address the issues discussed in this RFP.

Kroger retains the right to accept parts of, and reject any and all responses to this RFP. While it is Kroger's intent in issuing this RFP to secure reliable fuel supply at a lower overall cost to the Company, it will award the contract based on both price and non-price factors that provide the best overall value to Kroger.

#### Estimated Monthly Volumes (in gallons)

All diesel is ULSD and all gasoline is conventional, clear. Please provide an offer for ethanol if you feel it would make your proposal more competitive.

Gasoline: [redacted] gallons per month.
ULSD: [redacted] gallons per month.

#### Conclusion

Bids should be submitted by March 3, 2008. Contract is to start May 1, 2008.

Kroger thanks you for your interest and participation in this RFP.

Sincerely,

David Wilson
Manager of Petroleum Procurement
Office: 620-694-5122
Fax: 620-694-5153
P.O. Box 1266
Hutchinson, KS 67504-1266
david.wilson@krogerhutch.com

Suncor_WCS 00043573

S-E-00094817