Document 185-11

Page 1 of 2



**REDACTED**



**From:** Moss, Steve [mailto:SMoss@suncor.com]
**Sent:** Friday, February 29, 2008 12:58 PM
**To:** david.wilson@krogerhutch.com.
**Subject:** SUNCOR GRAND JUNCTION PETROLEUM BID PROPOSAL

David,

Attached is the Suncor Energy Products Inc. Initial proposal for Grand Junction

<<KROGER PROPOSAL 2008 GJ.doc>>

Thank you for the opportunity to maintain our business.

Stephen Moss

Manager unbranded sales

Suncor Energy (USA) Inc.

7800 East Orchard Road, Suite #300

Greenwood Village, CO 80111

Tel: 303-793-8027

Cell: 720-201-6801

smoss@suncor.com

EXHIBIT J

**REDACTED**

Depo Exh. 71




DILLON 025130

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

Document 185-11

Page 2 of 2

---

This e-mail contains confidential information. If you are not the intended recipient or have received this e-mail in error, please notify the sender immediately and destroy this e-mail. Any unauthorized copying, disclosure or distribution of the e-mail or the information it contains, is strictly forbidden.

---

This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain information that is confidential and protected by law from unauthorized disclosure. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**REDACTED**

DILLON 025131

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

Document 185-11

Stephen Moss
Suncor Energy Products Inc.
7800 E. Orchard Road, Suite 300
Greenwood Village
CO 80111

To
David Wilson
Manager of Petroleum Procurement

## PROPOSAL FOR THE KROGER COMPANY PETROLEUM SUPPLY TO SITES IN GRAND JUNCTION

I would like to make the following proposal:

Per our existing contract with the Kroger Company, I propose keeping the same terms with regards to a ratable term contract.

Pricing would be based on the Grand Junction OPIS Gross rack average.

#2ulsd ▊ gallons per month @ Grand Junction OPIS Gross rack average less ▊ cpg
Clear gasoline ▊ gallons per month @ Grand Junction OPIS Gross rack average less ▊ cpg.

If desired I would propose using the Grand Junction Suncor unbranded daily rack less ▊ cpg on diesel and less ▊ cpg on gasoline, Our rack is historically 1-2cpg below average giving an additional annual savings, numbers to correlate this can be supplied.

At this time we will be to offer E-10 supply at Grand Junction in the near future (May 2008), we will be able to price at Grand Junction Suncor unbranded ethanol 10% rack less ▊ cpg. E-10 is not a posted price at this time due to unavailability.

With the supply of E-10 our secondary terminal will be Suncor Denver to ensure ratable and reliable supply, the price will be Grand Junction OPIS rack average lee ▊ cpg, Suncor Energy Products Inc. will cover the additional carrier and transportation.

## SECRET

DILLON 025132

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER