


Contract #: DIL-1C06 r1

**Product Purchase / Sale Agreement**

Upon acceptance by you, this letter constitutes our entire agreement whereby:

> Suncor Energy (U.S.A.) Inc.
> 7800 East Orchard Road
> Suite 300
> Greenwood Village, CO 80111
>
> Telephone: (303) 793-8000
> Telecopier: (303) 793-8003
>
> ("Vendor")

agrees to sell and deliver to:

> Dillon Companies DBA King Soopers
> 2800 East Fourth Avenue
> Hutchison, Kansas 67501
>
> Telephone: 620 694-5122
> Telecopier: 620 694-5153
>
> ("Purchaser")

and Purchaser agrees to purchase and receive from the Vendor the hereinafter specified quantity of petroleum products upon the terms and conditions set forth herein.

**Product:** Ultra Low Sulfur Diesel #2 Clear (ULSD)
E-10
RUL, Mid Grade, PUL

**Specifications:** At ASTM standards.

**Quantity:** ▇▇▇ gallons per month ULSD #2 and #1
▇▇▇ gallons per month RUL, Mid Grade or PUL or E-10, RUL and PUL.

**Term:** This agreement shall be in effect from May 1, 2008 through April 30, 2009

**Price:** Suncor Grand Junction Rack Posted Price less ▇▇▇ per gallon for #2 Clear ULSD.
Grand Junction OPIS Gross Clear Average Pricing less ▇▇▇ per gallon for E-10.
Suncor Grand Junction Rack Posted Price less ▇▇▇ per gallon for RUL, Mid Grade and SUL Gasolines.

All prices are in U.S. dollars. Purchaser shall pay all applicable taxes in addition to the price of the Products, as specifically set forth in Section 6 of the attached General Terms and Conditions.

**Delivery/Title:** Product shall be delivered to Grand Junction Suncor Terminal or in Fruita at the Colorado Fuel Manufacturing Terminal. Title and risk of loss shall pass from Vendor to Purchaser as the Product passes through the flange at the truck (the "Delivery Point").

**Transportation:** Counterparties Trucks.

EXHIBIT K

Highly Confidential Attorneys' Eyes Only        Suncor_WCS 00005801

2

**Payment:** Terms of payment hereunder shall be Net 10 days from the date of lifting. All payments are to be made through and in accordance with Seller's pre authorized payment system (electronic funds transfer).

**Credit:** Vendor may extend credit to Purchaser on such terms as Vendor shall specify from time to time and Purchaser shall pay Vendor for Products in accordance with such terms and any other payment terms applicable at the time of delivery. Vendor reserves the right to modify or withdraw such credit terms at any time without prior notice to Purchaser. In addition, Vendor may require Purchaser to enter into a seperate Credit Agreement and/or Security Agreement in connection with the extension of any credit to Purchaser.

**Security:** Vendor's rights and obligations are set forth under Section 16 of the attached General Terms and Conditions.

The General Terms and Conditions as contained in Schedule A attached to this agreement are expressly incorporated herein, by this reference, and constitute a part of this agreement.

Approved and Accepted:

Suncor Energy (U.S.A.) Inc.
By: [signature]
Title: Director, Sales and Marketing
Date: 4-21-08

Dillon Companies Inc. (dba King Soopers)
By: [signature]
Title: 
Date: 4-16-08

Highly Confidential Attorneys' Eyes Only

Suncor_WCS 00005802