Document 185-13

| | |
|---|---|
| From: | david.wilson@krogerhutch.com |
| Sent: | Thursday, March 13, 2008 2:57 PM |
| To: | |
| Cc: | rick.krafels@krogerhutch.com; christopher.finecy@krogerhutch.com |
| Subject: | Kroger RFP |
| Attach: | March 2008.doc |

Good afternoon!

I am please to invite you to submit a proposal to supply Kroger with gasoline and ULSD in various states. Attached is the formal RFP.

Please respond with a NO Bid email to stay on the bid list for future opportunities if you don't plan on submitting a proposal.

Please submit your proposal by March 31, 2008.

David M. Wilson
Manager of Petroleum Procurement
Kroger Company
E-Mail: david.wilson@krogerhutch.com
Office: 620.694.5122
Pager: 620.727.8546
Cell: 620.200.1582
Fax: 620.694.5153
Yahoo IM: moab_cj5

(See attached file: March 2008.doc)

EXHIBIT L

Suncor_WCS 00043569

S-E-00094814

Document 185-13

## Request for Proposal

### The Kroger Company
### Supermarket Petroleum Group

**General**

The Kroger Supermarket Petroleum Group (SPG) would like to invite you to provide a bid for the sale of petroleum products supply to sites described in Table A.

It is the goal of SPG to procure competitively priced quality service. It is also imperative that all responsive bidders are willing to commit the necessary resources to meet our needs.

This RFP is for fuel FOB at a truck loading terminal only. If you would like Kroger to consider you for the freight, please include a freight proposal as a separate bid. Bidders shall submit any questions regarding the RFP package in writing.

Sales under this agreement will be made to **Kroger entities listed in Table A**.

**Pricing**

Petroleum products will be purchased in full truckloads. At a minimum, truckloads will be defined as 8,500 gallons of gasoline and 7,500 gallons of diesel. Indicate on your bid if you will be billing Kroger in Net or Gross gallons at each location.

Price should be quoted in cents per gallon. If basing your quote on OPIS, you must specify OPIS index you are quoting (i.e. Gross Daily Contract Average, Net Morning Low, etc.). Please indicate if your pricing formula is based on prior day or same day postings. Please save time by providing your absolute best bid for each location the first time.

The length of this agreement will be at least 12 months with an evergreen. Payment Terms are EFT no shorter than net 10 days.

**Submittal Evaluation and Supplier Selection**

The evaluation process shall take into consideration unit pricing and company supply logistics. Final acceptance of any offer submitted in response to this "Request for Proposal" RFP is expressly contingent upon the following: 1) Kroger's acceptance of the terms and conditions of the written agreement between the parties, and 2) The written agreement is to include and address the issues discussed in this RFP.

Kroger retains the right to accept parts of, and reject any and all responses to this RFP. While it is Kroger's intent in issuing this RFP to secure reliable fuel supply at a lower overall cost to the Company, it will award the contract based on both price and non-price factors that provide the best overall value to Kroger.

**Estimated Monthly Volumes (in gallons)**

See Table A

**Conclusion**

Bids should be submitted by March 31, 2008. Contracts are to start between May 1, and June 1, 2008

Kroger thanks you for your interest and participation in this RFP.

Sincerely,

David Wilson
Manager of Petroleum Procurement
Office: 620-694-5122
Fax: 620-694-5153
P.O. Box 1266
Hutchinson, KS 67504-1266
david.wilson@krogerhutch.com

Suncor_WCS 00043570

S-E-00094815

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

Document 185-13

Table A.

| State | City | Kroger Entity | Gasoline Type | AVG Monthly Gallons | | | Approx Year Gallons | Destination States | Contract Start |
|---|---|---|---|---|---|---|---|---|---|
| | | | | GAS | ULSD | Total | | | |
| Mississippi | Meridian | KLP1 | Clear or E10 | | | | | MS | ASAP |
| Ohio | Cincinnati[4] | KLP1 | Clear or E10 | | | | | OH, IN | ASAP |
| | Dayton[4] | KLP1 | Clear or E10 | | | | | OH | ASAP |
| | Columbus | KLP1 | Clear or E10 | | | | | OH, KY, WV | ASAP |
| South Carolina | N Augusta | KLP1 | Clear or E10 | | | | | GA, SC | 6/1/2008 |
| Colorado | Denver | King Soopers | E10[5] | | | | | CO, WY | 6/1/2008 |
| | | | Clear | | | | | CO | 6/1/2008 |
| Wyoming | Cheyenne | King Soopers | E10 | | | | | CO, WY | 6/1/2008 |
| | | | Clear | | | | | CO, WY | 6/1/2008 |

Notes:
1. Please Ensure that you are licensed in the states you will be selling us product for.
2. For Ethanol blended gasoline, please indicate how you are bidding the Ethanol portion of the product.
3. Please give us your best number the first time. You will not be given a second chance to reevaluate your bid.
4. From May 15, 2008 to Sept 1, 2008 approx 90% of the gasoline will be 7.8lb RVP.
5. All E10 volume in Denver is 7.8# RVP May 15 to Sept 1.
6. Please indicate how you plan to winterize the ULSD from roughly Oct to Mar in Ohio, Colorado, and Wyoming.
7. KLP1 is Kroger Limited Partnership 1.

Suncor_WCS 00043571

S-E-00094815