SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

Document 185-15

| | |
|---|---|
| From: | Moss, Steve <SMoss@suncor.com> |
| Sent: | Friday, May 16, 2008 3:47 PM |
| To: | david.wilson@krogerlurch.com. |
| Subject: | Suncor Denver Proposal |
| Attach: | KROGER PROPOSAL denver 2008 .doc |

David,

After further review, Opis average less ▮ cpg is the best pricing we can do, this reflects the current market and is by far Suncor's best pricing offered in the market.

We have no problem with any supply you would need and would be guaranteed at a ratable rate.

If there are any further questions or needs please contact Don Smith during my absence.

DonSmith@suncor.com

<<KROGER PROPOSAL denver 2008 .doc>>

Stephen Moss

Manager unbranded sales

Suncor Energy (USA) Inc.

7800 East Orchard Road, Suite #300

Greenwood Village, CO 80111

Tel: 303-793-8027

Cell: 720-201-6801

smoss@suncor.com

---

This e-mail contains confidential information. If you are not the intended recipient or have received this e-mail in error, please notify the sender immediately and destroy this e-mail. Any unauthorized copying, disclosure or distribution of the e-mail or the information it contains, is strictly forbidden.

SECRET

EXHIBIT N

Eth 74

DILLON 025046

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

Document 185-15

Stephen Moss
Suncor Energy Products Inc.
7800 E. Orchard Road, Suite 300
Greenwood Village
CO 80111

To
David Wilson
Manager of Petroleum Procurement

PROPOSAL FOR THE KROGER COMPANY PETROLEUM SUPPLY TO SITES IN COLORADO

I would like to make the following proposal:

Pricing would be based:
OPIS Gross clear rack average (Denver /Fountain) for clear gasoline ▮ gls month
OPIS Gross 10% rack average (Denver/Fountain) for E-10 gasoline ▮ gls month
OPIS Gross rack average (Denver/Fountain) for ULSD ▮ gls month.

Clear gasoline would be clear rack avg less ▮ cpg.
E-10 gasoline would be E-10 rack avg less ▮ cpg less (▮ cpg rebate for Fed' tax ).
Ulsd diesel would be rack avg less ▮ cpg.

Conditions would be N-10 and delivery would be from the Suncor Denver terminal or RMPL Fountain terminal.

Stephen Moss
Manager unbranded sales
Suncor Energy (USA) Inc.
7800 East Orchard Road, Suite #300
Greenwood Village, CO 80111
Tel: 303-793-8027
Cell: 720-201-6801
▮.o▮▮.ncor.com

SECRET

DILLON 025046

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER