Document 185-16



SECRET

Page 1 of 4

**REDACTED**

**From:** Moss, Steve [mailto:SMoss@suncor.com]
**Sent:** Friday, July 31, 2009 5:08 PM
**To:** Wilson, David M
**Subject:** FW: Colorado Volumes

Stephen Moss
Manager unbranded sales
Suncor Energy (USA) Inc.
7800 East Orchard Road, Suite #300
Greenwood Village, CO 80111
Tel: 303-793-8027
Cell: 720-201-6801
smoss@suncor.com

**From:** Moss, Steve
**Sent:** Friday, July 31, 2009 2:45 PM
**To:** Moss, Steve
**Subject:** RE: Colorado Volumes

EXHIBIT O

You were correct I attached the wrong file.

SECRET

**REDACTED**

Stephen Moss
Manager unbranded sales
Suncor Energy (USA) Inc.



DILLON 025104

Document 185-16

SECRET

Page 2 of 4

7800 East Orchard Road, Suite #300
Greenwood Village, CO 80111
Tel: 303-793-8027
Cell: 720-201-6801
smoss@suncor.com

**From:** Moss, Steve
**Sent:** Friday, July 31, 2009 2:09 PM
**To:** Wilson, David M
**Subject:** RE: Colorado Volumes

David,
    Suncor would like to make an informal bid for the Colorado volumes

Stephen Moss
Manager unbranded sales
Suncor Energy (USA) Inc.
7800 East Orchard Road, Suite #300
Greenwood Village, CO 80111
Tel: 303-793-8027
Cell: 720-201-6801
smoss@suncor.com

**From:** Wilson, David M [mailto:david.wilson@krogerhutch.com]
**Sent:** Monday, July 20, 2009 7:47 AM
**To:** Moss, Steve
**Subject:** Re: Colorado Volumes

I am out of the office this week, but will respond to email periodically.

Talk to you soon!

**From:** Moss, Steve
**To:** Wilson, David M
**Sent:** Mon Jul 20 09:37:19 2009
**Subject:** RE: Colorado Volumes
David,
    I would be interested in the Bid. I will give you a call to get more information. I will be out of the office for the next two weeks but working remote as I need.

Steve.........

Stephen Moss
Manager unbranded sales
Suncor Energy (USA) Inc.
7800 East Orchard Road, Suite #300
Greenwood Village, CO 80111
Tel: 303-793-8027
Cell: 720-201-6801
smoss@suncor.com

SECRET      **REDACTED**



DILLON 025105

Document 185-16

# SECRET

Page 3 of 4

**From:** Wilson, David M [mailto:david.wilson@krogerhutch.com]
**Sent:** Friday, July 17, 2009 5:25 PM
**Cc:** Krafels, Rick; Spain, Andrew M
**Subject:** Colorado Volumes
**Importance:** High

This is an informal RFP for the Denver and Colorado Springs King Soopers volume. The contract will start 9/1/09. Please respond with a NO BID if you don't plan to submit a proposal for all or even a part of the contract. **Proposals are due back to me by 8/3/09.**

All volumes are average monthly volumes and are estimates that don't include Kroger's future volume from new stores and increased sales.

The 7.8# gasoline volume in Denver needs to be added to the 9.0# gasoline volume during High RVP season.

| City | 7.8# Gasoline | 9.0# Gasoline | ULSD |
|---|---|---|---|
| Denver | ▓ | ▓ | ▓ |
| Colorado Springs | --- | ▓ | ▓ |

Let me know if you have any questions.

David M. Wilson
Sr. Manager, Petroleum Procurement
Kroger Company
E-Mail: david.wilson@krogerhutch.com
Office: 620.694.5122
Pager: 620.727.8546
Cell: 620.200.1582
Fax: 620.694.5153
Yahoo IM: moab_cj5

"Vision without action is a dream. Action without Vision is simply passing the time. Action with Vision is making a positive difference."

-Joel Barker

This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain information that is confidential and protected by law from unauthorized disclosure. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

This e-mail contains confidential information. If you are not the intended recipient or have received this e-mail in error, please notify the sender immediately and destroy this e-mail. Any unauthorized copying, disclosure or distribution of the e-mail or the information it contains, is strictly forbidden.

This e-mail contains confidential information. If you are not the intended recipient or have received this e-mail in error, please notify the sender immediately and destroy this e-mail. Any unauthorized copying, disclosure or distribution of the e-mail or the information it contains, is strictly forbidden.

SECRET                **REDACTED**

DILLON 025106

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

Document 185-16

Page 4 of 4

This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain information that is confidential and protected by law from unauthorized disclosure. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

SECRET

**REDACTED**

DILLON 025107

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

Document 185-16



Stephen Moss
Manager Unbranded Sales
SUNCOR ENERGY USA
INC.CORP

7800 E. Orchard Road
Suite #300
Greenwood Village, CO 80111

Tel 303.793.6013
Fax 303.793.8004

David,

Suncor would like to make the following bids for the Colorado Volumes.
Supply is guaranteed on a ratable basis at all locations.

DENVER:
E-10   7.8# and 9.0#          ▮gpm          Denver gross rack avg less ▮ cpg.
ULSD                          ▮gpm          Denver gross rack avg less ▮ cpg

FOB Suncor Denver (Commerce city rack).

COLORADO SPRINGS:
E-10                          ▮gpm          Fountain gross rack avg less ▮ cpg.
ULSD                          ▮gpm          Fountain gross rack avg less ▮ cpg

We would be in a position to supply more volume if mutually agreed upon.
With the Grand Junction and Distribution contracts we would be in a position to re-access the contracts to pull into line.

Regards
Stephen Moss.

# SECRET

DILLON 025108