Document 185-18

| | |
|---|---|
| From: | Wilson, David M <david.wilson@krogerhutch.com> |
| Sent: | Wednesday, November 25, 2009 12:31 PM |
| To: | |
| Cc: | Krafels, Rick <rick.krafels@krogerhutch.com>; Spain, Andrew M <andrew.spain@krogerhutch.com>; Thiessen, Chad D <chad.thiessen@krogerhutch.com> |
| Subject: | Mini Mart (Loaf N Jug) RFP for CO |
| Attach: | Loaf N Jug 2009.doc |

Attached you will find an RFP for the supply of petroleum products in Colorado.

Please respond by 12/18/09 with your proposal or NON-BID. The contract is to start 02/01/10.

Thank you for your interest!

David M. Wilson
Senior Manager, Petroleum Procurement
Kroger Company
E-Mail: david.wilson@krogerhutch.com
Office: 620.694.5122
Cell: 620.200.1582
Fax: 620.694.5153
Yahoo IM: moab_cj5

"Vision without action is a dream. Action without Vision is simply passing the time. Action with Vision is making a positive difference."

-Joel Barker

This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain information that is confidential and protected by law from unauthorized disclosure. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

Suncor_WCS 00043574

S-E-00094808

EXHIBIT Q



Document 185-18

## Request for Proposal

### Kroger Petroleum Procurement

**General**

Kroger Petroleum Procurement (Kroger) would like to invite you to provide a bid for the sale of pet... ...ta supply in Colorado.

It is Kroger's goal to pr...ute comp...'ve'...rleed quality service. It is also imperative that all rem... ...re willing to commit the necessary resources to meet our needs.

This RFP is for ... ...posi only. If you would like Kroger to consider you for the freight, please include a freight proposal as a separate bid. At th... ...the fr... ...ching bid on this contract. Bidders shall submit any questions regarding the RFP in change in writing.

Sales under this agreement will be made to ...uf Mart Inc.

**Pricing**

Petroleum products will be purchased in full truckloads. At a minimum truckloads will be defined as 8,500 gallons of gasoline and 7,500 gallons of diesel. Indicate on your bid if you will be billing Kroger in Net or Gross gallons... ...con rection.

Price should be quoted in cents per gallon. If basing your g... ...n OPIS, you must state which OPIS index you are quoting (i.e. Gross Daily Contract Average, Net Monday Low, etc). Please indicate if your pricing formula is based on prior day or same day postings.

Please save time by providing your absolute best bid for each location the first time.

The length of this agreement will be at least 12 months. Kroger will also accept contracts with an evergreen after the initial term.

Payment Terms are EFT no shorter than net 10 days.

**Submittal Evaluation and Supplier Selection**

The evaluation process shall take into consideration pricing and company supply logist... Final acceptance of any... submitted in response to this "Request for Proposal" RFP is expressly contingent upon the following 1) Kroger's acceptance of the terms and con... ...s of the written agreement between the parties, and 2) The written re... ...nd is to include and address the issues discussed in this RFP.

Kroger retains the right to accept part... ...ject any and all responses to this RFP. While it is Kroger's in... ...issuing this RFP to secure reliable fuel supply at a lower overall cost t... ..e Co... pany, Kroger will award the contract based on both price and non-price factors that provide the best overall value to Kroger.

**Estimated Monthly Volumes (in gallons)**

| | Gasoline | ULSD |
|---|---|---|
| Denver: | ▓▓▓ | ▓▓▓ |
| Colorado Springs: | ▓▓▓ | ▓▓▓ |

**Conclusion**

Bids should be submitted by Dec 18, 2009. The contract(s) is to start February 1, 2010.

Kroger thanks you for your interest and participation in this RFP.

Sincerely,

David W...on
Senior Manager, Petroleum Procurement
Office: 620-694-5122
Fax: 620-694-5153
P.O. Box 1266
Hutchinson, KS 67504-1266
david.w...on@krogerhutch.com

Suncor_WCS 00043575

S-E-00094809

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER