SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

Document 185-19

Page 1 of 2



**REDACTED**



**From:** Moss, Steve [mailto:SMoss@suncor.com]
**Sent:** Monday, December 14, 2009 2:01 PM
**To:** Wilson, David M
**Subject:** RE: Mini Mart (Loaf N Jug) RFP for CO

David,

Please find attached Suncor's bid for the Loaf N Jug contract.

Stephen Moss
Manager unbranded sales
Suncor Energy (USA) Inc.
7800 East Orchard Road, Suite #300
Greenwood Village, CO 80111
Tel: 303-793-8027
Cell: 720-201-6801
smoss@suncor.com

**From:** Wilson, David M [mailto:david.wilson@krogerhutch.com]
**Sent:** Wednesday, November 25, 2009 12:31 PM
**Cc:** Krafels, Rick; Spain, Andrew M; Thiessen, Chad D
**Subject:** Mini Mart (Loaf N Jug) RFP for CO

Attached you will find an RFP for the supply of petroleum products in Colorado.

Please respond by 12/18/09 with your proposal or NON-BID. The contract is to start 02/01/10.

Thank you for your interest!



**REDACTED**

EXHIBIT R

DILLON 025101

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

Document 185-19

Page 2 of 2

David M. Wilson
Senior Manager, Petroleum Procurement
Kroger Company
E-Mail: david.wilson@krogerhutch.com
Office: 620.694.5122
Cell: 620.200.1582
Fax: 620 694.5153
Yahoo IM: moab_cj5

"Vision without action is a dream. Action without Vision is simply passing the time. Action with Vision is making a positive difference."

-Joel Barker

---

This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain information that is confidential and protected by law from unauthorized disclosure. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

---

This email and its contents are private and confidential, for the sole use of the addressees. If you are not an intended recipient, copying, forwarding or other distribution of this email or its contents by any means is prohibited. If you believe that you received this email in error please notify the original sender immediately.

Petro-Canada is a Suncor Energy business.

---

Ce courriel et son contenu sont priv?s et confidentiels, et sont destin?s ? l?usage exclusif des destinataires. Si vous n'?tes pas le destinataire pr?vu, toute reproduction, transfert ou autre forme de diffusion de ce courriel ou de son contenu par quelque moyen que ce soit est interdit. Si vous croyez avoir re?u ce courriel par erreur, veuillez en aviser l'exp?diteur original imm?diatement.

Petro-Canada est une entreprise de Suncor ?nergie.

---

This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain information that is confidential and protected by law from unauthorized disclosure. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**REDACTED**



DILLON 025102

Document 185-19



Stephen Moss
Manager Unbranded Sales
SUNCOR ENERGY USA
INC.CORP

7600 E. Orchard Road
Suite #300
Greenwood Village, CO 80111

Tel 303.793.8013
Fax 303.793.8004

December 14th 2009

To whom it may concern,

Suncor Energy Products Inc. would like to submit the following bid for the Loaf N Jug product supply on behalf of Kroger.

DENVER:
Gasoline E-10      ▮ gallons per month    Opis Denver rack average less ▮ cpg
Ulsd diesel        ▮ gallons per month    Opis Denver racl average less ▮ cpg

FOUNTAIN/COLORADO SPRINGS
Gasoline E-10      ▮ gallons per month    Opis Fountain rack average less ▮ cpg
Ulsd diesel        ▮ gallons per month    Opis Fountain rack average l... ▮ cpg

Suncor is willing to do an Energy ... clause if so desired.
Suncor is willing to do a portion of requested volume is so desired.

Yours sincerely

Stephen Moss.

# SECRET

DILLON 025103