SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

Document 185-20

## CONFIRMATION OF PURCHASE/SALE AGREEMENT

**SUNCOR** CONFIDENTIAL

Date: January 18, 2010
Contract No: LNJ-1A012

To: Mini Mart aka Loaf N Jug
c/o David Wilson
P.O. Box 1266
Hutchinson, KS 67504-1266

From: Suncor Energy (U.S.A.) Inc.
7800 E. Orchard Road, Suite 300
Greenwood Village, CO 80111

Representative: David Wilson
Phone Number: 620-694-5122
Fax Number: 620-694-5153
e-mail address: david.wilson@krogerhutch.com

Representative: Steve Moss
Phone Number: 303 793-8027
Fax Number: 303 793-8003
e-mail address: SMoss@suncor.com

The following confirms the terms of the agreement entered into on January 18, 2010 by and between Suncor Energy (U.S.A.) Inc., ("Suncor") and Mini Mart Inc. aka Loaf N Jug ("Counterparty"), upon which Suncor agrees to sell and deliver, and Counterparty agrees to purchase and receive, the quantity of Product(s) as set forth below:

1. **Term:** The term of this agreement shall commence on February 1, 2010 and terminate on January 31, 2011

2. **Product(s):** Gasoline (E-10)
   #1 and #2 ULSD

3. **Quantity:** Gasoline (E-10) - ▮▮▮GPM, ▮▮▮BPM)
   #1 and #2 ULSD - ▮▮▮GPM (▮▮▮BPM)

4. **Destinations:** Various Colorado

5. **Price:**
   E-10 ▮▮▮BPM Fountain) – OPIS Fountain Rack Average Less ▮▮▮cpg
   #1 and #2 ULSD ▮▮▮BPM) – OPIS Fountain Rack Average Less ▮▮▮cpg
   E-10 ▮▮▮BPM Denver) – OPIS Denver Rack Average Less ▮▮▮cpg
   #1 and #2 ULSD ▮▮▮BPM) – OPIS Denver Rack Average Less ▮▮▮cpg

   Counterparty shall be charged at the applicable price effective at the time of the end of each lifting. Unless otherwise notified by Suncor, Suncor's pricing for the following business day shall go into effect at 6:00 p.m. (Mountain Time) of the previous calendar day, excluding Saturday and Sunday (which shall retain Friday's pricing). For example, the posted price for a Tuesday shall go into effect at 6:00 p.m. on the previous day, Monday, and shall remain in effect until 5:59 p.m. on that Tuesday. Therefore, if Counterparties lifting of Product ends at 6:01 p.m. on a Monday, then Counterparty shall pay the posted price effective for the next day, Tuesday.

   All prices are in U.S. dollars. Counterparty shall pay all applicable taxes in addition to the price of the Products as specifically set forth in Section 6 of the General Terms and Conditions.

6. **Delivery Point/Title:**
   Product shall be delivered to, and title and risk of loss of Product shall pass from Suncor to Counterparty at the point where the Product passes from the last hard applicable flange at Fountain RMPL Terminal, Denver Terminal, and Denver East and West Terminal into Counterparties receiving equipment (the "Delivery Point:)

7. **Transportation:**
   Counterparty shall be responsible for all transportation costs associated with the Counterparty or delivery of Product, including without limitation, any and all demurrage charges.

8. **Payment:** Counterparty will pay for Products on a "Net-10" basis and/or in accordance with such other terms that Suncor may specify as applicable at the time of delivery. Payment will be made via EFT.

9. **Credit:** Counterparty agrees that if Suncor elects to extend any credit to Counterparty under this Agreement, such extension of credit shall be on such terms as Suncor shall specify, in its sole discretion, and that Counterparty shall be required to obtain and maintain a Letter of Credit in an amount and with a financial institution approved by Suncor. Suncor reserves the right to modify or withdraw any credit or credit terms at any time without notice to Counterparty.

EXHIBIT R-1

Depo Exh. 53

Highly Confidential Attorneys' Eyes Only

Suncor_WCS 00005841

SECRET - SUBJECT TO SUPPLEMENTAL PROTECTIVE ORDER

Document 185-20

## CONFIRMATION OF PURCHASE/SALE AGREEMENT

**SUNCOR**
CONFIDENTIAL

Date: January 18, 2010
Contract No: LNJ-1A012

10. Special Provisions.

This Confirmation is entered into pursuant to and is governed by the Master Product Purchase and Sale Agreement between the parties hereto, including but not limited to the General Terms and Conditions attached as Exhibit A thereto (and the Confidentiality obligations thereunder). This Confirmation may be executed in counterparts and delivered by e-mail or fax, and each counterpart so delivered shall constitute an original, and together constituting one instrument.

SUNCOR ENERGY (U.S.A.) INC.

By: _Kendall Carbone_
Print Name: ____Kendall Carbone____
Title: _Director, Rack Forward Sales_

MINI MART, INC aka LOAF N JUG

By: _[signature]_
Print Name: _VAN S. TARVER_
Title: _VP_

Highly Confidential Attorneys' Eyes Only

Suncor_WCS 00005842