HOSSEIN TARAGHI - JANUARY 23, 2013

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado
corporation, WESTERN TRUCK ONE, LLC, a Colorado
limited liability company,

Plaintiffs,

vs.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

Defendant.

vs.

HOSSEIN AND DEBRA LYNN TARAGHI,

Third-Party Defendants.
-------------------------------------------------------

DEPOSITION OF HOSSEIN TARAGHI
January 23, 2013

(CONTAINS TESTIMONY DESIGNATED HIGHLY CONFIDENTIAL)

-------------------------------------------------------

                            Deposition location:
                            555-17th Street, Suite 3200
                            Denver, Colorado

APPEARANCES:

                KENNETH R. BENNINGTON, ESQ.
                BENNINGTON JOHNSON BIERMANN &
                CRAIGMILE, LLC
                370-17th Street, Suite 3500
                Denver, Colorado 80202

                        and

EXHIBIT S

HOSSEIN TARAGHI - JANUARY 23, 2013

**Page 6**

1  discount, I'll say that, special discount or off
2  contract discount. Is that okay?
3     A.  It's okay.
4     Q.  So tell me a little bit about yourself.
5  I don't care how old you are, but your educational
6  background. What did you do before you started
7  Western Convenience in 1989 or so?
8     A.  I worked for 7-Eleven for seven years.
9  First I went to school. I graduated from University
10  of Southern Colorado. I have a bachelor degree,
11  bachelor of science in civil engineering, and I — at
12  this time I was going to school I was working for
13  7-Eleven as a clerk, and then I worked for them for
14  seven years. After that I worked for Bradley
15  Petroleum for one year. And then I went to my own —
16  I opened my first store.
17     Q.  In 1989?
18     A.  In 1989. April 1989.
19     Q.  Where was your first store?
20     A.  Chambers and Mexico.
21     Q.  What happened to your civil engineering
22  degree?
23     A.  It's still with me.
24     Q.  Ever use it?
25     A.  No, never use it. I'm using it like

**Page 7**

1  education. I mean, it's always using it.
2     Q.  So when you were working for 7-Eleven
3  in that seven-year period, I guess it was, what did
4  you do for them?
5     A.  I started as a clerk because I was
6  going to school, and then I become store manager, I
7  become a field manager.
8     Q.  As a store manager what did you do?
9     A.  I was in charge of store. One store.
10     Q.  One store?
11     A.  Yeah.
12     Q.  Did the store that you were in charge
13  of, did that have gas pumps?
14     A.  Yes.
15     Q.  And so you were in charge of both the
16  inside sales, the retail sales, and the gas sales?
17     A.  Correct.
18     Q.  And then you became field manager?
19     A.  Field manager.
20     Q.  What did you do as a field manager?
21     A.  Started out with four stores and I end
22  up with eight stores, in charge of eight stores.
23  Just a territory.
24     Q.  Where was your territory?
25     A.  I mean, I was a few places. We rotated

**Page 8**

1  different place. I was in downtown area, Federal
2  area, Commerce City, Brighton. Those are the stuff I
3  remember right now.
4     Q.  What made you start Western
5  Convenience?
6     A.  I thought I was ready.
7     Q.  I'm sorry?
8     A.  I thought I was ready.
9     Q.  What do you mean by "I thought I was
10  ready"?
11     A.  Ready to go my own.
12     Q.  And start your own convenience store
13  and gas stations?
14     A.  First store, yes.
15     Q.  When you started, you knew you'd be in
16  competition with 7-Eleven, right?
17     A.  Correct.
18     Q.  And when you were working for 7-Eleven,
19  who were 7-Eleven's competitors?
20     A.  Who were 7-Eleven competitors?
21     Q.  Yes. When you were the store manager,
22  then the field manager, who were 7-Eleven's
23  competitors for selling gasoline?
24     A.  I mean, Circle K at the time, they were
25  pretty big competitors for 7-Eleven at that time.

**Page 9**

1     Q.  Circle K. Anybody else?
2     A.  Circle K. And Roadrunners. Right now
3  some of them are Valero. Because there are a lot
4  of — yeah, at the time was Roadrunner, Circle K, and
5  those are what I remember right now.
6     Q.  What did you do for Bradley Petroleum?
7     A.  I did the same thing.
8     Q.  Same thing? Did you manage a store?
9     A.  No, I didn't manage a store. I was
10  field manager.
11     Q.  So when you started 7-Eleven — or
12  pardon me, Western Convenience, why did you think you
13  would be successful?
14     A.  I just started. I mean, I started, I
15  didn't know at the time what's going to happen. I
16  just started.
17     Q.  Well, you took a risk.
18     A.  Of course.
19     Q.  You quit your job?
20     A.  I mean, I just opened it. I thought I
21  can do it and I just kept doing it.
22     Q.  Did you think you could do it better
23  than 7-Eleven was doing it?
24     A.  You know, I wasn't thinking anything
25  that way, but I thought, you know, I can go into the

HOSSEIN TARAGHI - JANUARY 23, 2013

**Page 10**

1  business to see what happens. I thought I could
2  survive.
3      Q.   I compliment you on that.
4      A.   Yeah.
5      Q.   Because --
6      A.   Yeah, you can never know. It's just
7  something that you think that's what you're going to
8  do, and you just go ahead with it.
9      Q.   Well, were there things that you saw
10 when you were working for Bradley and 7-Eleven before
11 that that you said to yourself I can do this better
12 with my own stores and make money?
13     A.   I didn't think that way. I thought I
14 can do it. I just -- I'm just going to go open my
15 first store and take that risk and see how it goes.
16     Q.   Back in '89 when you started your first
17 Western Convenience store, was the retail market for
18 gasoline, was it -- would you describe it as
19 competitive?
20     A.   It was competitive. It's always been
21 competitive.
22     Q.   Was it more competitive let's say in
23 2011 than it was back in 1989 when you jumped in the
24 water so to speak and started your first store?
25     A.   I mean, it gets different. It is

**Page 11**

1  competitive, but I don't know how to explain it.
2  It's different.
3      Q.   How is --
4      A.   It changes as it goes. I mean, people
5  changes, and everybody just try to -- there's a piece
6  of pie, everybody tries to get the biggest piece they
7  can, I mean, I guess. That's what it is. Everybody
8  just tries differently, different way. And that's
9  how you try in business, try to do it the best you
10 can.
11     Q.   And did Western Convenience have a
12 different way of trying to get that piece of the pie,
13 as you said?
14     A.   I mean, it was just my philosophy that
15 was -- I was using me and my philosophy try to do
16 what I can to survive.
17     Q.   You must have done all right. You have
18 a home in Cherry Hills if I recollect correctly.
19     A.   Yes, I do.
20     Q.   You have a jet I think?
21     A.   Yes, I do.
22     Q.   So what was your philosophy?
23     A.   To leave -- you know, I had a standard,
24 and I was just trying to meet my standards.
25     Q.   What was your standard?

**Page 12**

1      A.   To excel myself.
2      Q.   What do you mean excel yourself?
3      A.   In daily basis just be better. Today
4  be better than tomorrow. Tomorrow better than -- I
5  mean, just keep on getting better and get better
6  every day.
7      Q.   You sound a bit like Peyton Manning.
8      A.   That's what it is really. That's
9  exactly what it is. We try to get better, today
10 better than tomorrow or tomorrow better than -- I
11 mean, you just have to -- that's what we strive to
12 do.
13     Q.   I'm trying to put some flesh on that,
14 Mr. Taraghi.
15     A.   M-hm.
16     Q.   Because obviously you've been
17 successful. You have 42 stores today?
18     A.   That's correct.
19     Q.   When you say "we try to get better
20 every day," you mean you make more money? Be more
21 customer oriented? What do you mean by --
22     A.   Everything. It's not one. Every piece
23 you get better. You get better in customer service,
24 you better skill yourself, you better compete. I
25 mean, you just -- just do what you can do to better

**Page 13**

1  your business in daily basis.
2      Q.   Today is your business doing well?
3      A.   Doing well.
4      Q.   Still making a lot of money?
5      A.   I make money.
6      Q.   Still getting all the gasoline you need
7  to sell at your stores?
8      A.   Yes, I do get it.
9      Q.   And since that dispute arose with
10 Suncor roughly May of 2011, have you always been able
11 to get -- when I say "you" I mean Western
12 Convenience -- always been able to get enough
13 gasoline to meet your needs?
14     A.   It's been harder.
15     Q.   But you've always gotten enough
16 gasoline to meet your needs.
17     A.   Pay more.
18     Q.   Yes, but you've always gotten enough
19 gasoline.
20     A.   Yes.
21     Q.   And Mr. Wehrle said he had to work
22 harder --
23     A.   Sure.
24     Q.   -- to make deals.
25         If I understand correctly, you're the,

HOSSEIN TARAGHI - JANUARY 23, 2013

**Page 14**

1  what, president and the CEO, and really the owner of
2  Western Convenience.
3      A.   That's right.
4      Q.   How would you describe -- are you a
5  hands-on president and CEO? I mean, do you do
6  things, or do you sit in your office and let
7  everybody else do it?
8      A.   I delegate but I'm hands on.
9      Q.   What do you do?
10          Did you work yesterday?
11     A.   Yes, I did.
12     Q.   And I don't -- I just want to know --
13 tell me what you did yesterday. Business-wise. I
14 don't care about anything but business.
15     A.   I manage. I manage the company.
16     Q.   What does it mean to manage the
17 company?
18     A.   I delegate the stuff. I make sure the
19 people are accountable for what their responsibility
20 is.
21     Q.   So who do you delegate to?
22     A.   I have a lot of people in a lot of
23 different areas.
24     Q.   And I'm trying to understand that,
25 Mr. Taraghi.

**Page 15**

1          So you're the boss. And so who does
2  what in the company?
3      A.   I have operation manager.
4      Q.   Who is that?
5      A.   It's Bob Van Meter.
6      Q.   What does the operation manager do?
7      A.   He's in charge of all 42 stores
8  operation-wise. Hiring, training, developing.
9      Q.   Is he in charge of gas sales?
10     A.   He is. I mean, by my okay. I mean,
11 it's two together.
12     Q.   So you and Mr. Van Meter work together
13 on gasoline sales?
14     A.   That's correct.
15     Q.   What do you do together?
16     A.   We'll go to the prices, all the
17 competitors, every day.
18     Q.   And when do you do that?
19     A.   Every morning. It just depends.
20 Sometimes once, sometimes twice, sometimes three
21 times.
22     Q.   A day?
23     A.   A day, m-hm.
24     Q.   And what would determine if you were
25 going to do it once, two, three times a day?

**Page 16**

1      A.   It just all depends what the business
2  dictate to us. What we have to do.
3      Q.   And how do you -- how do you know
4  looking at -- how do you determine what the business
5  dictates so you know what you have to do?
6      A.   Because the -- like the pricing,
7  sometimes people they decided to go up, sometimes
8  they decided to go down, and we have to respond to
9  that in order to stay competitive.
10     Q.   And you and Mr. Meter do that.
11     A.   That's correct.
12     Q.   Does Mr. Van Meter do that by himself,
13 or is it always you two together as a matter of
14 generality?
15     A.   He has authority to do by himself, but
16 he does it with me when I'm around. If I'm not
17 around, he does it himself.
18     Q.   Okay. Who else? You delegate
19 operations -- is Mr. Van Meter in charge of the
20 inside store sales at your convenience stores?
21     A.   He is -- okay. Now I have a marketing
22 and merchandising which I have a director to handle
23 that.
24     Q.   And who is that?
25     A.   Is Mark Norick.

**Page 17**

1      Q.   And he's in charge of the sort of --
2      A.   Merchandising, buying, merchandising
3  stuff, yeah.
4      Q.   How long has Van Meter worked for you?
5      A.   13 years.
6      Q.   Who else do you delegate to?
7      A.   And I have Charles Dowden. He's my
8  controller.
9          Where are you right now? I'm lost.
10     Q.   No, I'm asking -- we're talking about
11 how the operation works, and you said I'm a hands-on
12 owner but I also delegate.
13     A.   Right. Well, Van Meter handles
14 operation.
15     Q.   And we've got Mark -- I've forgot his
16 last name.
17     A.   Mark Norick handles the merchandising.
18     Q.   And Charlie Dowden is your controller?
19     A.   Controller.
20     Q.   He's worked for you for a long time, I
21 think.
22     A.   Yes. About 15, 16 years, yeah.
23     Q.   Who else?
24     A.   And Chris Wehrle.
25     Q.   And we deposed Chris, of course.

## HOSSEIN TARAGHI - JANUARY 23, 2013

**Page 26**

1  been marked as Exhibit 153 and it's entitled
2  Declaration of Hossein Taraghi.
3      Do you remember making this
4  declaration?
5      A.  Can I have a minute, please?
6      Q.  Certainly.  You can have as much time
7  as you need whenever I hand you a document.
8      A.  I've read it.
9      Q.  Have you seen it before?
10     A.  Yes.
11     Q.  Did you draft it, write it?
12     A.  Yes.
13         I mean, I -- I was drafted by my
14  attorney, but I sign it, yes.
15     Q.  You read it and you signed it?
16     A.  Yes.  Yes.
17     Q.  And again, as everyone knows in this
18  proceeding, I can't ask you what you said to
19  Mr. Bledsoe or Ken Bennington, so just be careful,
20  don't tell me what you talked to them about.
21     A.  Okay.
22     Q.  I can ask you stuff as a businessman
23  and what you've done.  Okay?
24     A.  Okay.
25     Q.  Okay.  So you've seen it before?

**Page 27**

1      A.  I've seen it and signed it, yes.
2      Q.  Let me ask you a question.  On
3  paragraph 3, you say Western -- as set forth in the
4  Complaint, WCS, Western Convenience, is known in the
5  fuel industry as a, quote, discounter.
6          Okay?
7      A.  Okay.
8      Q.  Is discounter how you would describe
9  Western Convenience?  Is that your word?
10     A.  Okay.  It is.
11     Q.  So tell me what you mean by Western
12  Convenience is a discounter.
13     A.  We are very competitive.  That's what
14  they call.
15     Q.  What does it mean from your perspective
16  to be very competitive?
17     A.  Not let people cut me.
18     Q.  What do you mean when you say "not let
19  people cut me"?  What do you mean "cut me"?
20     A.  Which they can be lower than me.
21     Q.  So is it your goal -- and I say you
22  meaning Western Convenience's goal as run by you to
23  be the lowest -- sell gas at the lowest price on the
24  street?
25     A.  Not necessarily.

**Page 28**

1      Q.  Well, then, what does it mean not to
2  let people cut you?
3      A.  Not be higher than anybody.
4      Q.  Not to be higher.  So if you're not
5  higher, you have to be equal to or lower than
6  everybody.
7      A.  Sometime you can't be lower, but is
8  equal, that's what the key is.
9      Q.  The key is to be equal --
10     A.  Equal, yeah.
11     Q.  Has that always been Western
12  Convenience's philosophy?
13     A.  That's correct.
14     Q.  Is Western Convenience the only store
15  out there in the marketplace that's selling gasoline
16  that you would describe as a discounter?
17     A.  Would you repeat that, please?
18     Q.  Is Western Convenience the only gas
19  station, if you will, or store out there selling gas
20  that you would describe as a discounter?
21     A.  No.
22     Q.  There are others, right?
23     A.  Correct.
24     Q.  And you compete against the other
25  discounters.

**Page 29**

1      A.  That's correct.
2      Q.  And do they have the same goal as far
3  as you know based on your 30 years of experience --
4      A.  I don't know what their goals are.
5      Q.  You told us at the preliminary
6  injunction hearing that you were able to observe the
7  lack of movement in prices.  Do you remember that
8  testimony?
9      A.  Say it again, one more.
10     Q.  At the preliminary injunction
11  hearing --
12     A.  M-hm.
13     Q.  -- you testified that you drew some
14  conclusions from what you saw as the lack of price
15  movement on the street.
16         Do you remember talking about that?
17     A.  You have to tell me more than that.
18     Q.  Why don't we mark this.
19         (Whereupon, Deposition Exhibit 154 was
20  marked for identification by the reporter.)
21     Q.  So look over at page 32 of Exhibit 154.
22  And for the record, Exhibit 154 is a transcript from
23  the preliminary injunction hearing or the motions
24  hearing held September 28, 2011.
25         Look over at page 32, Mr. Taraghi, and

HOSSEIN TARAGHI - JANUARY 23, 2013

**Page 38**

1  Spillman, to send an e-mail asking about a discount."
2      A.  I don't remember.
3      Q.  You don't remember or you just don't
4  know?
5      A.  I don't remember.
6      Q.  And again, in order to refresh your
7  memory, you'd have to go back and look at the
8  e-mails, right?
9      A.  I don't know what I can look.  Sometime
10  I have them, sometime I don't have them.  I just have
11  to look, gather my thought, I mean.
12      Q.  But you do know there were times when
13  Western Convenience was given discounts by Suncor,
14  off contract discounts.  Right?
15      A.  Like everybody else was getting?  Is
16  that what it was?  Kind of a universal one?
17      Q.  My question was, there were times when
18  Suncor gave Western Convenience off contract
19  discounts.
20      A.  Yes.
21      Q.  And you're not complaining about
22  getting those discounts, are you?
23      A.  No, I don't.
24      Q.  And they usually came across in the
25  form of an e-mail in which Suncor would say we're

**Page 39**

1  going to give you a discount at this terminal for
2  this period and the discount off your contract is
3  this amount.
4      A.  Both ways.  E-mail, phone.  Both ways.
5      Q.  Let me ask you, you told me that the
6  retail gas sales market is very competitive.
7      A.  Yes.
8      Q.  Given the low gas prices that are in
9  effect today, is business tough today?  Are you
10  making — are margins good?
11      A.  Business always tough and -- but we
12  survive.  That's all I can tell you right now.  I'm
13  surviving.  Because I'm not -- I'm restricted from
14  the only refiners in Colorado not to buy them.
15      Q.  Because you can't buy directly from
16  Suncor?
17      A.  That's the only refiners in Colorado.
18  I can't buy from.
19      Q.  But there are other sources of gasoline
20  in Colorado?
21      A.  I'm just saying it.  The only refiners
22      Q.  But there are other sources of gasoline
23  in Colorado from whom you can buy, correct?
24      A.  That's correct.
25      Q.  Would you describe Gas Plus -- based on

**Page 40**

1  your experience -- as a discounter?
2      A.  Who's Gas Plus?
3      Q.  Isn't it one -- isn't there a Gas Plus
4  that competes with one of your stores?
5      A.  Which store?
6      Q.  I don't know.  They're your stores.
7      A.  I know, but you have you to tell me
8  which store.  I don't remember right now what Gas
9  Plus is.  Who's Gas Plus?
10      Q.  How about 7-Eleven?  You worked there.
11  Would you describe 7-Eleven as a discounter?
12      A.  I mean, everybody can be discounter if
13  you let them to be.
14      Q.  No, no, in the sense that you use
15  discounter in describing Western Convenience —
16      A.  I compete I said, not let them go below
17  me.  That's what I said.  Now, 7-Eleven, Suncor,
18  whoever, Shell, I will not let them go below me.  But
19  sometimes, you know, they go below me.  I mean, if --
20  it's all depends, but usually I try not to let them.
21      Q.  I understand that, but my question is,
22  you've been observing the market for retail gas sales
23  really since you started working for 7-Eleven in '82.
24      A.  M-hm.
25      Q.  And you told us at the hearing you've

**Page 41**

1  got 30 years of experience.
2      A.  That's correct.
3      Q.  And in order to compete, you've got to
4  know your competition.
5      A.  That's correct.
6      Q.  So I'm asking you what you know about
7  your competition.  All right?  Would you describe
8  7-Eleven's business philosophy as being a discounter
9  in the same sense as Western Convenience?
10      A.  Probably they are.
11      Q.  How about Bradley?
12      A.  Oh, yes.
13      Q.  They're a discounter too.
14      A.  Yes.
15      Q.  So they have the same philosophy as
16  Western Convenience.
17      A.  I don't know their philosophy, but I
18  know they are.
19      Q.  But watching their prices on the
20  street, like you, they don't want anybody to sell
21  cheaper than they are.  Is that correct?
22      A.  That might be.
23      Q.  Well, what have you observed about
24  Bradley when you're setting the prices every day?
25      A.  They don't let people cut them.

HOSSEIN TARAGHI - JANUARY 23, 2013

Page 42

1    Q.   Just like you don't want -- Western
2  Convenience --
3    A.   That's -- that would be pretty right
4  analogy.
5    Q.   How about Safeway?  Would you describe
6  Safeway's gas stations as discounters?
7    A.   Yes.
8    Q.   King Soopers?
9    A.   Yes.
10   Q.   City Markets?
11   A.   Yes.
12   Q.   Loaf 'N Jug?
13   A.   Yes.
14   Q.   Diamond Shamrock?
15   A.   They're up and down.  They're up and
16 down.  Sometimes they're brutal.
17   Q.   What do you mean, Mr. Taraghi?
18   A.   Sometimes they cut, yeah.
19   Q.   Sometimes they cut.
20   A.   Yeah.
21   Q.   And when I was asking you Bradley,
22 Safeway, King Soopers, you described them as
23 discounters?
24   A.   They're different though.  Diamond
25 Shamrock has a refinery.  It's different.  Those guys

Page 43

1  they buy, they don't have refinery.  That's why
2  competition is a little different.  They have to have
3  deeper discount to compete harder.
4    Q.   Does it make it easier for like Diamond
5  Shamrock to cut because they're a refinery too?
6    A.   They're a little different.  Yeah,
7  they're refinery.  They have refineries.  They're
8  different.
9    Q.   Does that give them a competitive
10 advantage against Western Convenience?
11   A.   Sure.
12   Q.   In what sense?
13   A.   Because they're refiners.  They make
14 the gas.  They make gas.
15   Q.   So they can --
16   A.   I don't make gas.
17        Oh, yeah, they have a lot of hands in
18 their pricing, the wholesale pricing.  They have a
19 lots of hands in it.  I don't have no hands in the
20 wholesale pricing.  They do.
21   Q.   So that gives Diamond --
22   A.   Correct.
23   Q.   -- Shamrock an advantage?
24   A.   M-hm.
25   Q.   Gas Mart.  Would you describe Gas

Page 44

1  Mart --
2    A.   Who's Gas Mart?
3    Q.   Food Mart?
4    A.   Who's Food Mart?
5    Q.   Kum & Go?
6    A.   Kum & Go, okay.  I know Kum & Go.
7    Q.   Okay.  Would you describe Kum & Go as a
8  discounter in the same sense as you described Western
9  Convenience?
10   A.   Yeah, they are.
11   Q.   And are you familiar with Gasomat?
12   A.   Yes.
13   Q.   Are they a discounter in the same sense
14 as Western Convenience?
15   A.   Yes.
16   Q.   U-Pump-It.
17   A.   Yes.
18   Q.   I love this one and -- Tank & Tummy?
19 Have you heard of Tank & Tummy?
20   A.   Yeah.  I mean...
21   Q.   Okay.  You've heard of Tank & Tummy?
22   A.   I have.
23   Q.   I love the name.
24        Would you describe them as a
25 discounter?

Page 45

1    A.   If they can.  They can be, yeah.  They
2  can be, sure.
3    Q.   Farmcrest?
4    A.   Yes.
5    Q.   And In & Out?
6    A.   I don't know In & Out.
7    Q.   Are there any of your competitors that
8  I haven't asked you about that you would describe as
9  discounters?
10   A.   Everybody's discounters.
11   Q.   So it's a pretty cut throat market, is
12 it?
13   A.   I mean, that's why I say, compete,
14 everybody competes.  Now, they all have different
15 philosophies how they compete.
16   Q.   But I was asking you discounter in the
17 same sense that you used the word --
18   A.   Okay.
19   Q.   -- to describe Western Convenience.
20 Okay?
21        Are there any other competitors out
22 there that I haven't asked you about that you would
23 describe as discounters?
24   A.   I don't remember.
25   Q.   Okay.

HOSSEIN TARAGHI - JANUARY 23, 2013

**Page 46**

1    A.   I'd say you covered them.
2    Q.   In order not to be higher than anybody
3    else, any of your competitors, would you sell
4    gasoline -- would Western Convenience sell gasoline
5    at a loss?
6    A.   Yes.
7    Q.   Is there a certain margin, certain
8    number of cents, that Western Convenience would not
9    go lower than in setting its price in terms of its
10   margin?
11        Does my question make sense?
12   A.   You're telling me that sometime
13   disregard the competition?  Is that what you're
14   saying?
15   Q.   No.
16   A.   Because of the margin?  That's what you
17   said.
18   Q.   I asked you first did sometimes in
19   order not to be higher than anybody else, did Western
20   Convenience sell gas at a loss, and you said to me
21   yes.  Am I correct in that?
22   A.   You're say in order for me not to be
23   higher than my competitors, in order to stay the same
24   as my competitors --
25   Q.   Yes.

**Page 47**

1    A.   -- I stayed with the lost.
2    Q.   Yes.
3    A.   Yes.
4    Q.   You do that.
5    A.   Yes.
6    Q.   Do you remember doing that?
7        Were there months -- do you remember
8    times when Western Convenience did that, sold
9    gasoline cheap -- below its cost so you were losing
10   money?
11   A.   Yes.
12   Q.   When?
13   A.   It was that April that one of them.
14   Q.   April you were losing money because you
15   were selling gas below your cost?
16   A.   Yeah, because everybody was getting
17   that 10 cents.
18        I mean a lot of people were getting it.
19   I can't say everybody, but a lot of people were
20   getting it.
21   Q.   Who do you think was getting 10 cents
22   in April of 2011?
23   A.   That answer you know from your client.
24   Q.   Well, I'm asking you.
25   A.   I don't -- I don't have that

**Page 48**

1    information, but I -- I asked that question; they
2    told me they were.  Now, specifically I need to go
3    back, ask them to give me specific information.
4    Q.   So sitting here you don't know in April
5    of 2011 who was getting a 10 cent discount.
6    A.   They told me they were giving 10 cents
7    discount.
8    Q.   That wasn't my question, Mr. Taraghi.
9    My question was, you don't know who was getting a 10
10   cent discount in April of 2011, do you?
11   A.   I know some.  I don't know all of it,
12   no.
13   Q.   Tell me who you know.
14   A.   Branded.  I knew that branded one, they
15   were getting it.
16   Q.   And how did you know that?
17   A.   They told me.  Steve told me that.
18   Q.   Okay.  Who else?
19        I'm sorry.  Let me back up.  You've got
20   two Steves.  Ewing or Moss?
21   A.   Both.
22   Q.   Both.  Okay.
23   A.   And in my information, I mean, I still
24   haven't got that information from Suncor, they still
25   giving some other people, but we still don't have

**Page 49**

1    that information from them, but I -- I don't have it.
2    Q.   So all's you know is --
3    A.   Branded.  That's what they were saying.
4    Q.   That's all you know.
5    A.   That's all I know, but I know some
6    other people were getting it.
7    Q.   How do you know other people were
8    getting it?
9    A.   Because they were behaving the same as
10   other guys on the street.
11   Q.   Who were the other people that were
12   behaving the same as the other guys on the street?
13   A.   You know, I don't have that
14   information, I can't tell you, but that -- but I'm
15   just telling you they were getting it, because they
16   were acting the same as branded ones.
17   Q.   But no names.  You can't give me one
18   single name other than saying I know branded --
19   A.   I'm trying to get that information.
20   I'm not getting it.
21   Q.   I understand that.
22   A.   Yeah.
23   Q.   But my question was --
24        MR. BLEDSOE:  Just so we're clear,
25   you're asking him about some information that you

HOSSEIN TARAGHI - JANUARY 23, 2013

**Page 78**

1  not selling it to you?
2      A.   They were short.  They were just
3  overcommitted themself to somebody else.
4      Q.   And that was a conclusion you drew at
5  the time, correct, that Suncor was overcommitted to
6  somebody else?
7      A.   No, that wasn't that time.  It took me
8  years.
9      Q.   Years?
10     A.   A couple years, year, year and a half,
11  to figure that out.  At the time I thought they were
12  just going to give me that product.  But I was
13  suspecting something going on but I -- but I was
14  trying to ask them, I said, is that -- no, we have
15  plenty product, we will give you, and then I wasn't
16  getting it.  That's what dragged me -- until that
17  May.  And then that time I knew, because he wasn't
18  having meeting with me, twice.  I scheduled two
19  months in advance and he cancelled it.
20     Q.   That's just --
21     A.   That's what I was trying to talk to
22  him.  You have product?  Let's just get this straight
23  up so I can go on with my business.  But I could
24  never get him to meet with me.  And then until I come
25  to that end of it, then it was a little bit late and

**Page 79**

1  I got cut off.  That's what it was.
2      Q.   Let's change gears and go to a more
3  pleasant subject.
4      A.   Okay, sure.
5      Q.   You started off with one store in 1989,
6  right?
7      A.   Right.
8      Q.   And so how are the -- in terms of
9  Western Convenience's growth, between 1989 and 1999
10  how did you -- how did you grow?  How many stores
11  roughly did you expand to between '89 and '99?  I'm
12  trying to understand how you grew.
13     A.   It wasn't -- you know, it grows when I
14  was making money.
15     Q.   I'm sorry?
16     A.   I was making money.  My business was
17  very successful.  I was making money and I was
18  expanding, expanding.
19     Q.   So do you remember -- after the first
20  10 years, how many stores did you have?
21          In 1999 do you remember approximately
22  how many stores you had expanded to?
23     A.   13 probably.  13.  12, 13, something
24  like that.
25     Q.   Okay.

**Page 80**

1      A.   I don't know.  It's just kind of a
2  guess.
3      Q.   I understand.  But I'll bet you know
4  every one of your stores pretty well.
5      A.   Oh, yeah, I do.
6      Q.   I mean, it seems to me, maybe I'm
7  wrong, that one way to measure your success was how
8  many stores you were expanding to.  Right?
9      A.   Right.
10     Q.   So 12 or 13 give or --
11     A.   About 13.  13.  That's what it was.
12  Around there.
13     Q.   So from 1999 --
14     A.   Or 14 -- yeah, 14.
15     Q.   Okay.  14 stores.
16     A.   Yeah.
17     Q.   So from 1999 to 2009 how many stores
18  did you expand to?
19     A.   From '99 I had -- 2009, I think that's
20  what it was, around 40.  Another 26.
21     Q.   So --
22     A.   Say 26 to 28, yeah.
23     Q.   Okay.
24     A.   By that time.
25     Q.   So 26 to 28 more stores.

**Page 81**

1      A.   Right.
2      Q.   So business must have been good.
3      A.   Yes.
4      Q.   You were selling lots of gas.  Is that
5  fair?
6      A.   We were selling a lot of things, yeah.
7      Q.   And margins and profits were good.
8      A.   It was good, yeah.
9      Q.   Now, am I correct that in 2009 Western
10  Convenience had a problem with the Environmental
11  Protection Agency?
12     A.   2009.  Yeah, we did.
13     Q.   What was the problem?  As you
14  understand it.
15     A.   Yeah, they came for violation of --
16  what's it called, CFR 141, or 41, something like
17  that.  I don't know.
18     Q.   You looked at all the lawyers in the
19  room, and not one of them would tell you you were
20  right.
21     A.   Yeah, it's something.  I don't know
22  those expression.  It's something they said.  What it
23  was, I mean, it was nothing basically.
24     Q.   Okay.
25     A.   Nothing.  They told me it was nothing

HOSSEIN TARAGHI - JANUARY 23, 2013

Page 82

1  themselves.
2      Q.   So were you doing something illegal?
3      A.   No.
4      Q.   Am I correct that what you were doing
5  was you were blending natural gas with gasoline?
6      A.   That's correct.
7      Q.   So as you understand it, what was the
8  EPA saying you did wrong, Western Convenience did
9  wrong?
10     A.   Just procedural, just certain procedure
11 wasn't followed.  That's it.
12     Q.   And --
13     A.   I don't exactly know what it was, but
14 right now -- that I have to have my attorney talk to
15 you about.
16     Q.   And I'm not asking you as a lawyer.
17     A.   If you want to exactly talk about that,
18 my attorney will tell you.  But it wasn't anything.
19 Even they told me it wasn't anything.  It was just
20 procedural.
21     Q.   Was it something you could -- as you
22 understood it --
23     A.   Correct.
24     Q.   -- you could correct it?
25     A.   I can go back and do it right now.

Page 83

1      Q.   And am I also correct that Offen
2  Petroleum and Rocky Mountain Pipeline were also
3  involved in this?
4      A.   Correct.
5      Q.   When did you first start blending --
6  you meaning Western Convenience -- blending natural
7  gas with gasoline?
8      A.   Sometime around 2006 or 2007.  End of
9  2006, beginning of 2007.
10     Q.   End of 2006?
11     A.   Beginning of 2007.  Something in that
12 area.
13     Q.   And when was the last time that you
14 blended natural gas and gasoline?
15     A.   Last time it was -- if you say it was
16 2009, it would have been February.  I mean, it was
17 February.  I think it was 2009 probably.
18     Q.   Okay.  February 2009.
19     A.   Probably.
20     Q.   Why were you blending -- you told me it
21 was procedural what you were doing, the problem?
22     A.   Yeah, some procedure they said it
23 wasn't...
24     Q.   Why was Western Convenience blending
25 natural gas with gasoline?

Page 84

1      A.   Because that was the way to make a more
2  profit.
3      Q.   So it gave you a competitive edge?
4      A.   Yes, it did.
5      Q.   And how?
6      A.   Because natural gas is cheaper than
7  conventional gasoline.  If you add them to that, it
8  will bring the profit up.
9      Q.   And you stopped blending natural gas in
10 February of 2009.
11     A.   We stopped voluntarily.
12     Q.   Yeah, I understand.
13     A.   Yeah.
14     Q.   Well, if it was -- and so in that
15 period that you were -- Western Convenience was
16 blending natural gas with gasoline, was all the
17 gasoline that you were selling blended with natural
18 gas?
19     A.   Yes.  I mean, sometime I will buy some
20 from Suncor, like from the rack too.  I mean, it
21 wasn't -- but I -- there was some buying from Suncor
22 from their rack.
23     Q.   Is it fair to say that the majority --
24     A.   Majority, yeah.
25     Q.   -- was blended?

Page 85

1      A.   Correct.
2      Q.   With natural gas.
3      A.   Correct.
4      Q.   And what kind of gasoline did you use
5  in that period, 2006 to 2009, to blend with the
6  natural gas?
7      A.   Majority of it was from Suncor.
8      Q.   You didn't buy it at the terminal.
9      A.   Pipeline.  We bought it like they call
10 them PTO's.
11     Q.   From the pipeline.
12          Why did you buy pipeline gas?
13     A.   Because I have a -- I can buy pipeline
14 gas.
15     Q.   But why did you?  I mean --
16     A.   Because I have to blend it with natural
17 gasoline.  That's why I had to do that, yeah.
18     Q.   Could you blend terminal gas that you
19 bought at the terminal with natural gas?
20     A.   It's the same thing.
21     Q.   It's the same thing?
22     A.   Yeah, terminal and pipeline is the same
23 thing.
24     Q.   If it's the same thing, why were you
25 buying from the pipeline?

HOSSEIN TARAGHI - JANUARY 23, 2013

**Page 86**

1     A. I wasn't. I was buying from the
2 terminal. PTO from terminal. I was buying from
3 terminal, because they were bringing from Suncor to
4 Rocky Mountain. I was just PTOing it to my account
5 and I was paying them.
6     Q. So you're saying --
7     A. PTO is terminal. It's terminal.
8     Q. I want to make sure I understand. What
9 you're saying is the gasoline that you blended, that
10 you bought from the pipelines --
11     A. No.
12     Q. At the pipeline.
13     A. I bought it from Suncor.
14     Q. At the pipeline.
15     A. No, at the terminal.
16     Q. You picked it up at the pipeline.
17     A. Terminal.
18     Q. What do you mean terminal?
19     A. Rocky Mountain. Suncor brought it
20 there and they sold it to me.
21     Q. Sir, were you buying pipeline gas or
22 not?
23     A. Ask the question. You're asking me
24 about Suncor right now, right?
25     Q. Were you buying pipeline gas from

**Page 87**

1 Suncor during the period of 2006 to 2009?
2     A. No, I was buying PTO's. PTO's, which
3 mean from one account to another account in terminal,
4 in-tank transfer they call PTO.
5     Q. So it's your testimony that the
6 gasoline you were buying and blending from 2006 to
7 2009 was of the same quality of gasoline that you
8 could have bought from Suncor if you went to Commerce
9 City and had one of your trucks pull up at the rack.
10     A. I mean, that answer Suncor has to
11 answer. I was buying their gasoline. You've got to
12 answer that question from Suncor. I can't go answer
13 the quality of gasoline for Suncor. But I can answer
14 my quality. My quality was above and exceed the ASTM
15 regulation, what I was selling out of Rocky Mountain
16 terminal.
17     Q. What do you mean it exceeded the --
18     A. Which means I am under compliance. My
19 gasoline was in compliance.
20     Q. Your gasoline complied with the Clean
21 Air Act?
22     A. Exactly. With everything.
23     Q. Well, you told me that by blending with
24 natural gas that gave you a competitive edge.
25 Correct?

**Page 88**

1     A. Correct.
2     Q. And you also told me that the violation
3 was a procedural, technical violation.
4     A. Correct.
5     Q. And that it could be cured or
6 corrected.
7     A. Correct.
8     Q. Why did you stop blending?
9     A. I did not. Rocky Mountain doesn't want
10 to do it anymore. I want to still doing it, but I
11 can't find terminal who wants to do it with me.
12     Q. So that would -- if you had your way,
13 you would have continued to blend with natural gas;
14 Rocky Mountain Pipeline wouldn't let you do it.
15     A. That's correct.
16     Q. Do you know how the blending occurs,
17 how it's done?
18     A. Yes, I do.
19     Q. How is it done?
20     A. What do you want? Just blend it.
21     Q. Yeah. How?
22     A. Mix them together. That's blending.
23     Q. How?
24     A. You say I want some percentage of this,
25 some percentage of that, some percentage of this, you

**Page 89**

1 get to the computer and it puts it through your pipe
2 into your tank, your tanker, and tanker takes it to
3 the store.
4     Q. Did you have to supply the natural gas,
5 Western Convenience?
6     A. No.
7     Q. Where did you get the natural gas from?
8     A. From brokers.
9     Q. But you bought it. And did you bring
10 it to the terminal --
11     A. The terminal.
12     Q. -- for storage?
13     A. M-hm.
14     Q. And then am I correct Rocky Mountain
15 Pipeline then based on directions you gave blended
16 the gasoline with the natural gas?
17     A. That's correct.
18     Q. And is that the extent of your
19 involvement in the blending process? You told them
20 what percentages of natural gas to put into the
21 gasoline?
22     A. That's correct.
23     Q. How did you know what percentages of
24 natural gas to put in with the gasoline?
25     A. Because consultant.

23 (Pages 86 to 89)

HOSSEIN TARAGHI - JANUARY 23, 2013

Page 90

1  Q.  Who was your consultant?
2  A.  There's a -- at the time it was at the
3  Rocky Mountain.
4  Q.  So you worked through Rocky Mountain
5  Pipeline to get that done.
6  A.  That's correct.
7  Q.  In terms of cents per gallon, how
8  much money do you save per gallon by blending with
9  natural gas?
10  A.  Just depends.
11  Q.  Well, just give me a range.  Tell me
12  how much you think you saved.
13  A.  I have to go look.  I saved pretty good
14  money.
15  Q.  How much is pretty good money?
16  A.  Like 10 or something.
17  Q.  10 what?  10 cents per gallon?
18  A.  10 cents per gallon probably, yeah.
19  Q.  By blending.
20  A.  (Nodding head).
21  Q.  Did you keep separate records
22  internally at Western Convenience about what it was
23  costing you to blend and what you were saving by
24  blending with natural gas?
25  A.  What do you mean separately?

Page 91

1  Q.  Well, I'm just --
2  A.  No, I go to financial statement.
3  That's all we were doing.
4  Q.  You just looked at the financial
5  statements --
6  A.  Financial statement, strictly it.
7  Q.  If you were go to your financial
8  statements to look to say, hey, let me figure out how
9  much money we made by blending with natural gas, what
10  would you look at?
11  THE DEPONENT:  I have one question.  We
12  are okay to answer question before the 2009?  Right?
13  MR. BLEDSOE:  Yeah, we're okay.
14  A.  All right.  Go ahead, sorry.
15  MR. BENNINGTON:  We should mark this --
16  MR. BLEDSOE:  Yeah, we'll undoubtedly
17  mark this as Highly Confidential.
18  A.  Yeah, because before 2009 -- you're
19  asking all these questions --
20  Q.  No, I was just asking --
21  A.  -- 2009.
22  Q.  I didn't get into the substance yet, I
23  was just asking the documents, but if -- are you
24  uncomfortable?  Do you want Mr. Ewing to leave?
25  A.  No.  I mean --

Page 92

1  Q.  Okay.
2  A.  Yeah, probably.  Those questions, they
3  should be leaving, yes.
4  Q.  Are you comfortable with Mr. Korenblat
5  staying here?
6  A.  I think both of them should be out of
7  this office if you're asking about those stuff.  And
8  it's before 2009.  I don't know if that's the
9  question we --
10  Q.  You can --
11  A.  I don't know.
12  THE DEPONENT:  You guys have to help me
13  out on this.  I mean, if you -- this is before 2009
14  he's asking these questions.
15  MR. BLEDSOE:  It is.
16  THE DEPONENT:  And I think we were just
17  limited from 2009 --
18  MR. SHAHEEN:  No, I can ask you
19  questions before 2009.  So I -- but the more
20  important question is the question that we lawyers
21  have to resolve.
22  THE DEPONENT:  If you're asking
23  anything about natural gas, I want both of them out
24  of this office.
25  MR. BENNINGTON:  Let's establish what

Page 93

1  the question is.
2  Q.  (BY MR. SHAHEEN) My question was,
3  simply, at the time if you were go to your financial
4  statements and try to figure out how much profit you
5  were making by blending with natural gas, where would
6  you go to look?
7  MR. SHAHEEN:  I don't think that
8  triggers anything.  But I want him comfortable.
9  A.  I'll answer that question.  I said
10  financial statement.
11  Q.  (BY MR. SHAHEEN) I'll be more specific.
12  You know your financial statements.  I don't happen
13  to have any here.  Where would you look to see what
14  kind of profit you were making by blending with
15  natural gas?
16  A.  Again, I could answer anything --
17  THE DEPONENT:  You guys okay though
18  before 2009, right?
19  MR. BENNINGTON:  Yes.
20  MR. BLEDSOE:  Yeah, at this level of
21  generality that we're at now, yes, we're okay with
22  that.  He's asking you about -- do you know what cost
23  accounting is?  He's asking you about cost accounting
24  is really what he's asking you about.
25  Is that -- I'm not trying to --

8df9507c-c43f-449f-8926-b5be9312b6d8

HOSSEIN TARAGHI - JANUARY 23, 2013

Page 94

1     A.   That's specific stuff that controller
2  does really for me, but usually I just go with the
3  financial statement mainly.
4     Q.   (BY MR. SHAHEEN) And I guess -- and
5  that's fair. I'm just trying to figure out, what
6  would you look at?
7     A.   Financial statement.
8     Q.   What in the financial statement?
9     A.   Oh.
10    Q.   Yeah, what part? Sorry, Mr. Taraghi.
11 I'm also not an accountant.
12    A.   Okay. What do you want to know? Tell
13 me. What do you want to know? Tell me what you want
14 to know I can tell you what exactly you want to know.
15 I want to see exactly what the question is, what you
16 want to know, let me see if I can answer that or
17 somebody else should be here or not be here, because
18 some of this stuff is silly ask them to leave, is not
19 really big deal. But just tell me what your question
20 is, I can understand your question, I can answer your
21 question.
22    Q.   Okay. My question simply was, I asked
23 you if you were trying to figure out how much profit
24 Western Convenience was making by blending gasoline
25 with natural gas, you said you'd look at the

Page 95

1  financial statements, and I said where would you
2  look, what part of the financial -- specifically
3  where would you look?
4     A.   It's -- on financial statement it says
5  fuel margin. You look on fuel margin and it shows
6  you how much margin you made, how much money you made
7  on that gas, and then -- and you have your cost. And
8  that's when the margin is set. And then you're
9  comparing where you were buying from without blending
10 and you compare it. That's what I'm saying, 10 to 12
11 cents different.
12    Q.   And where would I see the cost and the
13 margin without blending? That's what I'm trying to
14 figure out.
15    A.   Cost --
16    Q.   Well, let me back up.
17    A.   -- Okay. I'm trying to tell you how to
18 calculate.
19    Q.   Okay.
20    A.   If you see -- you have a margin and you
21 have a retail, you can come up with the cost.
22    Q.   You can calculate it.
23    A.   You can calculate it.
24    Q.   In your financial statements was the
25 margin for fuel broken out between blended with

Page 96

1  natural gas and not blended with natural gas?
2     A.   No.
3     Q.   Is that because most of your gasoline
4  during that period --
5     A.   Unless I bought it from outside -- no,
6  it was all mixed. Yeah, it was -- margins is all
7  mixed, yeah.
8     Q.   And that's because, as you told me,
9  most of the gasoline that you were selling during
10 that period when you were blending with natural gas
11 was natural gas and gasoline blended.
12    A.   See, you're asking me some accounting
13 question. I'm not comfortable answering that
14 question because I'm not accountant.
15    Q.   Okay.
16    A.   But I can answer you that much question
17 that, yeah, we made a little bit more margin, and I
18 told you how much it was in my estimation, and I said
19 we can calculate the cost out of it, but when it goes
20 to those technical accounting question, I don't think
21 I can answer that question.
22    Q.   So when you had to stop blending, when
23 you decided to stop blending in February of '09, did
24 that have an impact on your margins and your profits,
25 Western Convenience's margins and profits.

Page 97

1     A.   You know you make less profit. I made
2  less profit.
3     Q.   So your profits went down when you had
4  to stop -- when you decided to stop blending after
5  February of '09.
6     A.   You make less profit, yeah.
7     Q.   Did your volumes in sales go down when
8  you stopped blending --
9     A.   No.
10    Q.   Your volumes stayed the same?
11    A.   Stayed pretty much -- pretty strong.
12    Q.   How are you so sure of that?
13    A.   Because I look at my volumes.
14    Q.   And when you go look at your volumes --
15 you know what I'm going to ask you.
16    A.   Sure.
17    Q.   -- what do you look at?
18    A.   My sales, my financial statement.
19 There are places to look.
20    Q.   And so you kept -- is it fair to say,
21 Mr. Taraghi, that after you stopped blending in
22 February of '09, you kept careful track to see what
23 your volumes were doing?
24    A.   Correct.
25    Q.   And you kept careful track at each

HOSSEIN TARAGHI - JANUARY 23, 2013

**Page 98**

1  store?
2      A.   Each store and per company, both, yeah.
3      Q.   Per company and each store.
4      A.   Yeah.
5      Q.   And it's your testimony that your
6  margins went down after you stopped blending in
7  February of '09, correct?
8      A.   Correct.
9      Q.   But your volumes stayed the same or
10  they increased?
11      A.   You know, always have volume a little
12  bit up and down, but it stays pretty good. I can say
13  good.
14      Q.   When you say good, you mean at least
15  stayed the same and in some cases increased?
16      A.   No, it can be dropped too is good,
17  because sometime -- you do a lot of volume, because
18  sometime is the nature of -- I have to look. There
19  are -- see, right now for example it doesn't matter
20  what you do you're going to lose sales, natural gas,
21  without natural gas, because there are certain times
22  you go -- the gas, like industry right now sales
23  down.
24      Q.   Sales are down?
25      A.   Fuel is down. That's what I'm saying.

**Page 99**

1  You need to look at all those.
2      Q.   Okay.
3      A.   But it was good. Sales was good.
4      Q.   Sales were good.
5      A.   Yeah.
6      Q.   If volumes dropped at a given store --
7  let's make up a store. Store 104. That's one of
8  your stores, right?
9      A.   Right.
10      Q.   If volumes dropped after you stopped
11  blending in 2009, would you go investigate to figure
12  out why are our volumes dropping at this store?
13      A.   Yes, I do.
14      Q.   And would there be a written record of
15  what you find? I mean, did you write it down
16  somewhere so you can make changes? What would you do
17  when you'd go to investigate why volumes were
18  dropping?
19      A.   There is no reason. There's just --
20  just again financial statement shows it's down or up,
21  yeah.
22      MR. SHAHEEN:  We've been going for
23  another hour. Should we take a break?
24      MR. BLEDSOE:  Sure, absolutely.
25      (Whereupon, there was a recess from

**Page 100**

1  11:01 a.m. to 11:12 a.m.)
2      Q.   (BY MR. SHAHEEN) Okay?
3      A.   Okay.
4      Q.   We were talking -- and again if at any
5  time I ask you a question where you are uncomfortable
6  because Mr. Korenblat or Mr. Ewing are here, please
7  tell me --
8      A.   Sure.
9      Q.   -- and we'll work our way through it.
10          When you stopped blending with natural
11  gas in February of '09, 2009, did you have to change
12  the way you did business to compensate for the fact
13  that you were paying now more for gasoline?
14      A.   I wasn't paying more. I was making
15  more profit.
16      Q.   Well --
17      A.   I wasn't -- it wasn't affecting to my
18  running my business. I was just making more profit.
19      Q.   Well, you were making more profit
20  because the gasoline you were selling was cheaper
21  when the gasoline was blended with natural gas.
22  Right?
23      A.   What? What did you say? One more
24  time, please.
25      Q.   You were making more profit because the

**Page 101**

1  cost to you for the gasoline that you were selling
2  that was blended with natural gas was cheaper.
3      A.   Yes. Correct.
4      Q.   Okay. And so when you were no longer
5  blending, did you have to make any adjustments or
6  changes to the way you did business and priced your
7  gasoline for sale?
8      A.   I didn't have to do too much, no. The
9  only thing make the adjustment when it got to that
10  2010. Up before that I was pretty much very -- doing
11  close what I was doing before.
12      Q.   In terms of volumes.
13      A.   In terms of volume, I was doing pretty
14  close.
15      Q.   And so after you stopped blending in
16  2009, the volumes of sales from your -- fuel sales
17  from your various stores was pretty much the same as
18  it was before.
19      A.   Close.
20      Q.   Close. Was it down a little bit?
21      A.   If it was down, it was to some other
22  factors.
23      Q.   What other factors?
24      A.   Well, that's what I said, there's a lot
25  of things involved. It's not just -- sometime you

HOSSEIN TARAGHI - JANUARY 23, 2013

Page 102

1  can't even wipe anybody out, give it away. That's
2  why I said there are going to be all these different
3  factors. I have to look. To answer that question
4  intelligently I got to look, I got to analyze to
5  answer that question to tell the one you want
6  specifically what caused it. But as far as I know,
7  it was good sales. I was still doing good.
8      Q.   Okay.
9      A.   Until that happened with me and Suncor.
10     Q.   And that's 2010.
11     A.   That's correct.
12     Q.   And help me because I don't know this
13 industry very well. I know a little bit now. How
14 does ethanol blending differ, if at all, from natural
15 gas blending? I understand they're different
16 products, but how does it differ?
17     A.   Nothing.
18     Q.   Same thing.
19     A.   Same thing.
20     Q.   Is the gasoline the same -- the
21 gasoline before it's blended with ethanol the same as
22 the gasoline after it's blended with ethanol? Do you
23 know?
24     A.   What is question?
25     Q.   Does blending with ethanol change the

Page 103

1  composition of the gasoline at all, do you know?
2      A.   We don't go that far for me. I'm in
3  compliance what I do because I'm not -- I don't make
4  it -- those questions it goes to refinery. But for
5  me it's a simple blending, I can do it, I am within
6  the compliance, I'll do it.
7      Q.   And that's really all you know.
8      A.   That's what it was, yeah.
9      Q.   Okay, good. You told me earlier that
10 being able to blend with natural gas gave you a
11 competitive edge over --
12     A.   Correct.
13     Q.   -- your competitors.
14          Did you have to do something to make up
15 for the competitive edge that you were losing because
16 you couldn't blend anymore?
17     A.   No. That was just extra profit that I
18 couldn't make. I just have to deal with it. Yeah.
19 You make it, you make what you make; you can't make
20 it, you can't make it.
21          MR. SHAHEEN: Ken, I want to talk about
22 the price surveys, and I think they're marked Highly
23 Confidential.
24          MR. BENNINGTON: Correct.
25     Q.   (BY MR. SHAHEEN) So I think you would

Page 104

1  be more comfortable, Mr. Taraghi -- one, the price
2  surveys are marked Highly Confidential.
3      A.   Okay.
4      Q.   And under the way the protective order
5  works, Mr. Korenblat can stay, Mr. Ewing has to
6  leave, but if you'd like, I'll ask Mr. Korenblat to
7  leave. It's up to you.
8          MR. BENNINGTON: We'd appreciate that.
9          MR. SHAHEEN: Okay. So you guys have
10 got to go.
11          (Whereupon, Messrs. Korenblat and Ewing
12 left the room.)
13          (Whereupon, Deposition Exhibit 156 was
14 marked for identification by the reporter.)
15     Q.   (BY MR. SHAHEEN) I've handed you what's
16 been marked as Exhibit 156, Mr. Taraghi.
17     A.   Okay.
18     Q.   Because of the way native files work in
19 document production, this document is a Highly
20 Confidential document, although it isn't -- I hand
21 wrote that, and it also is produced by Western
22 Convenience.
23     A.   Okay.
24     Q.   Have you seen -- can you tell me what
25 this is?

Page 105

1      A.   Just a survey. Daily survey.
2      Q.   And this is a daily survey?
3      A.   Of competitors. Our competitors.
4  Individual store competitors.
5          MR. BLEDSOE: For your records, it
6  looks like it's 5-2 to 5-6-11.
7      Q.   (BY MR. SHAHEEN) It covers a period --
8      A.   Two months?
9      Q.   No, five days.
10         MR. BLEDSOE: Five days.
11     Q.   (BY MR. SHAHEEN) May 2nd through May 6,
12 '11.
13         And I've also written page numbers at
14 the bottom, Mr. Taraghi, to make this easier.
15     A.   Okay.
16     Q.   If you'll look, if you'll look over on
17 page 2 under Store 109, you'll see there's a Gas
18 Mart -- these are some of the stores I asked
19 you about --
20     A.   My Mart.
21     Q.   I'm sorry?
22     A.   Gas Mart, okay. Gas Mart.
23     Q.   And there's a My Mart. I'd asked you
24 before --
25     A.   There's just one store. That's what

## HOSSEIN TARAGHI - JANUARY 23, 2013

### Page 110

1  And Store 144. Leetsdale, Parker.
2  Parker and Mississippi or Leetsdale and Mississippi.
3  That one is 2009.
4  These are all approximate.
5  Q.  Yeah, I understand.  You've told me
6  that.
7  A.  And then 149 is Steamboat.  Possibly
8  2009 or '10 sometimes.  That was the last...
9  That's it.
10  Q.  And I notice it starts with Store
11  Number 104.
12  A.  Right.
13  Q.  Was there no Number 100?
14  A.  Yeah, that 101 was the first store I
15  opened, Chambers and Mexico.  That one I had them for
16  20 years and then, you know, we couldn't come with
17  the agreement to renew the lease, we just let go.
18  The same thing with 102.  Same thing with 103.
19  Q.  About when -- those were all leased
20  as --
21  A.  They were leased, right.  But we
22  couldn't -- I had them for a while, but when the
23  owner ask for certain money and we didn't think it
24  was right money for it, then it went away.
25  Q.  Okay.  So let me -- and the reason I

### Page 111

1  pulled out Exhibit 157 for this purpose, Mr. Taraghi,
2  is so I would understand looking at the store numbers
3  where the stores are so I have a picture in my head
4  of what we're talking about.
5  A.  No problem.
6  Q.  So tell me, I selected just May 2nd
7  through May 6th, 2011 to have you look at.  Can you
8  tell me, how are these surveys done using this
9  Exhibit 156 as just an example?
10  A.  That's what I said, we do sometimes
11  one, sometimes two, sometimes three, whatever that
12  day warrant us to do.  And we do survey our
13  competitors and we make sure we stay competitive.
14  Q.  And by staying competitive you told me
15  you don't want to be higher than anybody else within
16  the survey range.  Is that right?
17  A.  In certain days, yes.  Not higher.
18  Certain days.  It can be sometime.  It's not never
19  ever.  But that's what it is, yes.
20  Q.  Your goal is never to be higher than
21  anybody else in the competitive survey range.  You
22  don't always accomplish correctly --
23  A.  Correct.
24  Q.  -- but that's your goal?
25  A.  Try.  Try not to be above.

### Page 112

1  Q.  So who does these surveys?
2  A.  Store managers.
3  Q.  And so each individual store manager --
4  how does he do it?  Does he call in the information?
5  How do you get the information?
6  A.  They go look at the competitors.  On
7  the way to the store they do survey and go to the
8  store, and then on the way home they do another one.
9  Q.  And how do they get the information to
10  you?
11  A.  They punch it in on our system, or they
12  call it in to Bob Van Meter.  They put in the
13  information, and then if there's a correction they
14  call in, make the correction on the -- first we get
15  them in the system and they call in to Bob Van Meter,
16  they give the correction, and he makes the correction
17  on them, and then he knows -- and he does what he can
18  do, and he has question he come to me and he goes
19  over with me too while I'm in the office, and then
20  I'll approve it and we are...
21  Q.  You've given me a lot.  So the store
22  manager does this.
23  A.  Yeah.
24  Q.  They look at the prices of the other
25  stations on the way in to work in the morning.

### Page 113

1  A.  Correct.
2  Q.  What time do your stores typically
3  open?
4  A.  We're open 24 hours, except some is
5  not.  We're closed from midnight or 11 till 5.
6  Q.  So when you say look at the prices on
7  the way in in the morning, are these 8 o'clock in the
8  morning prices, 7 --
9  A.  6.  Between 6 or 7.
10  Q.  Let me look at Store Number 104, which
11  is the first one, which makes it easy.
12  A.  Right.
13  Q.  And that's in Castle Rock.
14  A.  Right,
15  Q.  Who determined which stores, which
16  competitors, should appear on this price survey under
17  Store Number 104?
18  A.  Myself and Bob.
19  Q.  And how did you go about doing that?
20  A.  We do survey.  We look at our
21  competitors that is around us.  We go up to five.
22  But we just pick the ones.
23  And then also there's another report we
24  look to beside this one.  We have another OPIS report
25  we get, we look at it, a little bit further, yes.

HOSSEIN TARAGHI - JANUARY 23, 2013

Page 114

1    Q.   But the OPIS --
2    A.   We just don't get restricted by this,
3  but we have another report we get every day from
4  OPIS.  We look at that too.
5    Q.   Is that just --
6    A.   Broad.  It's broad.
7    Q.   It's not on a store by store level like
8  this.
9    A.   It is by store level.
10   Q.   It is store by store.
11   A.   That is correct.
12   Q.   What is the name of that OPIS report?
13 Because I don't believe I've seen that in the
14 discovery that was produced.  What is the name of
15 that OPIS report you get that gives the retail
16 prices?
17   A.   That's from OPIS.  Everybody can get
18 it.
19   Q.   I understand that, but I don't believe
20 that was produced to us, so what is it called?
21   A.   OPIS.  I don't know what it's called.
22 I don't remember right now.  I don't remember the
23 name.
24   Q.   But you get it today?  You got it this
25 morning?

Page 115

1    A.   Yeah.  We have it, yeah.
2    Q.   Since you were coming here this
3  morning, did Mr. Van Meter set the prices for the
4  day at the various stores?
5    A.   For today, yes.
6    Q.   Without you.
7    A.   Without me.
8    Q.   And so you determine what stores ought
9  to appear on the survey?
10   A.   Right.  One per store.  The manager
11 checks it.
12   Q.   Manager checks it, but you determine
13 which stores are to appear, you personally?
14   A.   And Bob Van Meter.
15   Q.   And what criteria did you use to
16 determine which stores should appear on the survey?
17   A.   These ones are the ones they compete
18 the most.  But then we have another report we say --
19 we still look at the other ones too but, you know,
20 we've got to make sure that we cover all our corners
21 in order to compete properly.
22   Q.   And the other report, that's the OPIS
23 report you're talking about?
24   A.   OPIS.  Yeah, everybody can get that
25 report.

Page 116

1    Q.   But this report, Exhibit 156, contains,
2  for example under Store 104, those other stores that
3  you consider to be your biggest competitors of
4  Store 104.
5    A.   These are the biggest.
6    Q.   Yes.
7    A.   Yeah.
8    Q.   So I was right in what I said.
9    A.   Right.
10   Q.   Okay.  So tell me -- and again I don't
11 want to know anything you've told your lawyers.
12       Did you talk to your experts at all
13 about how you set the prices at the various Western
14 Convenience Stores?  This just calls for a yes or no
15 answer.
16       Did you talk to your experts about how
17 you set the prices at your various Western
18 Convenience Stores?
19   A.   Yes.
20   Q.   Did you talk about a specific -- any
21 specific stores?
22   A.   I believe I -- I'm sure if they asked
23 it, I answered the question, yes.
24   Q.   Do you remember talking about any --
25 look at Exhibit 156.

Page 117

1    A.   See, I get asked a lot of questions.
2  I'm just -- sometime I have a hard time remember
3  every specific, but I do -- I was asked and I
4  answered the question but I don't -- I'm not sure the
5  specific -- if they have asked, I answered the
6  question, yes.
7    Q.   Did you talk to your experts about what
8  a -- the competition for retail gas sales in
9  Colorado?
10   A.   About the retail sales?
11   Q.   Yeah, the competition for retail gas
12 sales in Colorado.
13   A.   Like what?
14   Q.   I don't know.  Did you --
15   A.   Like prices, right?  Prices like this?
16   Q.   Prices and --
17   A.   Just one at a time.  If you have a
18 question, I can answer that question.
19   Q.   Okay.  Did you talk to your experts --
20   A.   Okay.
21   Q.   -- about the competition for retail gas
22 sales in Colorado?
23   A.   Yes.
24   Q.   Now, I know you haven't seen any Highly
25 Confidential documents.

HOSSEIN TARAGHI - JANUARY 23, 2013

Page 118

1   A. No, I haven't seen any.
2   Q. Do you do anything to check the
3   accuracy of the prices that show up on this survey?
4   A. That's why we have the other report we
5   look at it. They are there too.
6   Q. So you --
7   A. It's in the other report, yeah.
8   Q. So you double-check what your guys are
9   seeing.
10  A. Yeah.
11  Q. And if there's a difference between
12  what your guys are reporting, your managers are
13  reporting, and the OPIS report, what do you do? Send
14  them out to check?
15  A. District manager, not manager. The
16  district manager goes checks them.
17  Q. The street manager. What --
18  MR. BLEDSOE: District manager.
19  Q. (BY MR. SHAHEEN) Oh, district manager.
20  A. Which is area manager. We have like
21  five, six seven stores. Sometime if we have some
22  question, manager missed it, we have somebody else go
23  check it.
24  Q. But in the first instance, the manager
25  for each store sends in the price.

Page 119

1   A. Right.
2   Q. And then if there's a difference or
3   discrepancy between what OPIS is saying and the
4   manager said, the district manager goes out?
5   A. Right.
6   Q. How many districts are your 42 stores
7   divided into?
8   A. Six, seven. Something like that. Six
9   probably. About six districts.
10  Q. So the reason I included May 2nd
11  through May 6th, Mr. Taraghi, was to give you five
12  days to look at, because I would like to know how you
13  use the information in, for example, Exhibit 156 to
14  set the price. And since Store Number 104 is the
15  first one, it's probably the easiest one, but tell me
16  how you use the information, you and Mr. Van Meter,
17  in Exhibit 156 to set the price for store 104.
18  A. Okay. For 104 -- I give you one at a
19  time.
20  Q. Yeah.
21  A. You see here Bradley is 57. If we are
22  58, we should have been 57. But probably is a little
23  bit delay. He changed it a little bit before us.
24  But usually we should have been. Then on the bottom
25  it -- yeah, we should have been 57. Usually we match

Page 120

1   Bradley.
2   Q. So is it the policy that you try to do
3   is you get the survey, the information called in, and
4   then you look at it, and you try to have your Western
5   Convenience store at least equal the lowest price of
6   your competitors?
7   A. Yes. Sometimes. I mean, there are
8   times we don't, but most of the time we do, yes.
9   Q. And why would there be times when you
10  don't match the lowest price?
11  A. We can't afford it. Survival kicks in.
12  Q. That makes good sense, Mr. Taraghi.
13  A. Survival kicks in.
14  Q. That makes good sense.
15  So is that the principle you look at,
16  you look at the survey, you look at the lowest price,
17  you see if your store can match it, and you match it?
18  A. Right.
19  Q. And it doesn't matter what store it is
20  that's the competitor; what's important is the lowest
21  price. Is that correct?
22  A. Match the lowest price.
23  Q. Yes.
24  A. Yeah.
25  Q. So if, for example, Safeway's price was

Page 121

1   3.57 instead of Bradley's price being 3.57, you would
2   have tried to match the 3.57 price, it didn't matter
3   it was Safeway or Bradley.
4   A. It doesn't matter.
5   Q. Okay. Let's look over if we can,
6   Mr. Taraghi, at Store Number 124.
7   A. Okay.
8   MR. BLEDSOE: On the same --
9   MR. SHAHEEN: On page 6, I'm sorry.
10  MR. BLEDSOE: Thank you.
11  MR. SHAHEEN: Page 6.
12  Q. (BY MR. SHAHEEN) And the price there is
13  3.669.
14  A. Okay.
15  Q. Looking at the price survey, how did
16  you come up with the price of 3.669 for Store Number
17  124?
18  A. That time was surviving. We have to
19  look at our volume, and that store sometime has a
20  strong and -- I mean, we had -- at the time I
21  couldn't go 62, you know. These are just 2011. I
22  was -- I'm buying -- I'm paying gas too expensive.
23  Suncor is not on my side. I'm paying too expensive,
24  and I have to pull it from a lot of places to go to
25  Grand Junction. This is Grand Junction store.

31 (Pages 118 to 121)

HOSSEIN TARAGHI - JANUARY 23, 2013

**Page 122**

1    Q.   Yes.
2    A.   And I'm paying a lot of money, and I
3  have to kick my survival in.
4    Q.   And so I'm looking at this.  So if I
5  understand you correctly, the decision is you look to
6  see who's got the lowest price out there.
7    A.   Right.
8    Q.   And the lowest price is --
9    A.   Bradley.
10   Q.   Bradley.
11   A.   And Sam, yeah.
12        And then also Albertson is across the
13  street from me, which is Valero.  It's not Albertson,
14  it's Valero.  That's Valero across the street from
15  me.
16   Q.   Is Valero -- so is this wrong when it
17  says Albertson's?
18   A.   It's not wrong.  It was Albertson.
19   Q.   Okay.
20   A.   Valero bought them out.
21   Q.   So again you look at the price and you
22  say can we match it; if you can, you match the lowest
23  price out there.
24   A.   Right.
25   Q.   And so look down at Store Number 125,

**Page 123**

1  page 6 again.
2    A.   Yes.
3    Q.   If I'm reading this right, the lowest
4  price is 3.629, and that's at a Bradley station,
5  second from the bottom, and I guess Bradley – again
6  the Bradley station --
7    A.   There is a competition missing there.
8  Maverick.
9        I know you're going to ask me why I'm
10  3.61.
11   Q.   Yeah, I am going to ask you why you're
12  3.61.
13   A.   Yeah, Maverick is missing there.
14   Q.   Okay.
15   A.   Maverick are new.  They opened it
16  there.  They're missing kind of there.  That's why –
17  that Maverick, I have to give that price in there.
18  That's the reason I was 3.61, because of Maverick.
19   Q.   Because you were meeting Maverick.
20   A.   Right.  They're new there too.
21   Q.   I had asked you the question about
22  stores that were discounters like Western
23  Convenience, remember, early on in this deposition.
24   A.   Right.  Maverick is part of them too,
25  yeah.

**Page 124**

1    Q.   Maverick is one of them?
2    A.   Yeah.
3    Q.   Is Maverick --
4    A.   They have two stores around me there at
5  125.  There's one on -- yeah, I'm right in between
6  them.
7    Q.   Is there a Maverick by Store 124?
8    A.   No.
9    Q.   That's a Grand Junction store, right,
10  124?
11   A.   Right.  Both Grand Junction, yeah.
12   Q.   So do I understand how you use these
13  surveys to price your gasoline.
14   A.   (Nodding head).
15   Q.   Is there anything -- I know you look at
16  the OPIS that you get.
17        Is there anything else you and Mr. Van
18  Meter or you do to price your gasoline at a given
19  station on any given day?
20   A.   That I remember, this is what I
21  remember right now.
22   Q.   Can I have you look at page 9?
23   A.   What store?
24   Q.   Store 135.
25   A.   Okay.

**Page 125**

1    Q.   Did you talk to your experts about
2  Store 135?
3    A.   I might.
4    Q.   Do you remember?
5    A.   I said I might.
6    Q.   Well –
7    A.   You know, I talked to them.  I mean, a
8  lot of stuff.  It might be -- yeah, probably I have.
9    Q.   So why are there zeros for 7-Eleven
10  Lake, for 7-Eleven Prairie and then Sinclair Prairie,
11  Gas Stop -- I assume that's Prairie, First Stop, Loaf
12  'N Jug North, King Soopers.
13   A.   Let me tell you why.
14   Q.   That's what I want to know, yes.
15   A.   7-Eleven Lake no longer has gas.
16  That's zero.  They took the gas out.
17   Q.   Okay.
18   A.   And 7-Eleven Prairie, that doesn't have
19  the gas either.  They took that gas out over there.
20        And then the rest of them, Sinclair,
21  Gas Stop, is a competitor for other store that I
22  have, 147, if you look at it.  This is stores, they
23  are at 147 and 143.  If you look at it, those
24  numbers is recorded at 147 and 143.
25   Q.   So --

8df9507c-c43f-449f-8926-b5be9312b6d8

HOSSEIN TARAGHI - JANUARY 23, 2013

**Page 134**

1  to go up, they're not going up.
2      Q.  But isn't that --
3      A.  Okay. Now -- okay. This is -- is this
4  the April?
5      Q.  No, this is May.
6      A.  This is May. This is not April.
7      Then show me April, I can show it to
8  you.
9      Q.  Well, no, I just want to know --
10     A.  No, because you're asking me to tell
11 you behavior on this price. I can't tell you this.
12 Show me on April behavior, I can show you on the
13 price, yes.
14     Q.  If I got you after lunch price surveys
15 for --
16     A.  April.
17     Q.  Tell me what days you want.
18     A.  Just give me the whole month. Give me
19 the whole month for April.
20     Q.  That's going to be a big pile,
21 Mr. Taraghi.
22     A.  That's okay. I'll go through them. I
23 want to show it to you.
24     Q.  You'll show me how you can tell.
25     A.  Yes.

**Page 135**

1      Q.  Well, it's almost time --
2      A.  Now, again, you're not going to pick
3  and choose the stores. There are a going to be a lot
4  of stores that --
5      Q.  Mr. Taraghi, I will let you pick --
6      A.  Okay, good.
7      Q.  -- any store you want.
8      A.  All right. We'll do that. No problem.
9  And I can show you the behavior.
10     Q.  That's what I want to see.
11     A.  Okay.
12     MR. SHAHEEN: An hour you guys?
13     MR. BLEDSOE: Sure.
14     (Whereupon, there was a lunch recess
15 from 11:54 a.m. to 1:02 p.m.)
16     Q.  (BY MR. SHAHEEN) Are you ready,
17 Mr. Taraghi?
18     A.  Yes, I am.
19     Q.  All right. I appreciate your patience.
20     Let me make sure I understood
21 correctly. Looking at Exhibit 156, that's the
22 pricing survey we were talking about.
23     A.  Yes.
24     Q.  Correct me if I'm wrong, but what I
25 understand is the pricing surveys, one of which is

**Page 136**

1  reflected by Exhibit 156, is what you use to set the
2  prices at the Western Convenience retail stations.
3      A.  This and some other stuff.
4      Q.  Okay. And the other -- some other
5  stuff is what? Is that the OPIS?
6      A.  There's another one, OPIS. And also
7  the condition. And there's a lot of -- as I said,
8  sometime the survival mode, you have to -- I have to
9  do a little different pricing.
10     Q.  So sometimes you have to go off your
11 gut. Is that what you're saying?
12     A.  Yes.
13     Q.  In a non-legal sense.
14     A.  Yes.
15     Q.  So there's a --
16     A.  There's a lot of obstacles in there.
17     Q.  Let me ask a question. How much --
18 using 100 percent of the time, meaning you would
19 price off the surveys that your store managers phone
20 in every day, so 100 percent of the time you would do
21 that, what percentage of that time would you price
22 off OPIS? 10 percent, 20 percent, 30 percent?
23     A.  No, we look -- we look a lot to OPIS.
24 We just check that, kind of -- on a consistent basis
25 we're checking that against what -- because they have

**Page 137**

1  these prices in there too. We'll check that, we'll
2  check this. We make sure that we have as much
3  information as accurate as we can have them to make a
4  sound decision.
5      Q.  And I understood from this morning, and
6  that's where I was kind of going, that you used
7  OPIS -- and again correct me if I'm wrong -- as a
8  check to make sure that the prices that your managers
9  have called in were accurate.
10     A.  Not just check, check the other -- we
11 do a little bit broad pricing, because it has a lot
12 of different -- has a lot more broader than this one.
13     Q.  Well, how would I find out those
14 instances when you priced let's say for example
15 Store 104 off of stores that are reflected in the
16 OPIS report but not reflected on Exhibit 156?
17     A.  You won't, because we go by the volume,
18 because our volume shows that -- if it's dropping, we
19 have to find out, we go a little bit further.
20     Q.  So the only time you would go and price
21 off of stores on OPIS that are not reflected in the
22 pricing surveys your manager does is if the volumes
23 are dropping in a store?
24     A.  Say one more time the question.
25     Q.  What I'm trying to think about is when

HOSSEIN TARAGHI - JANUARY 23, 2013

**Page 138**

1 you would price off of a store that shows up on OPIS
2 but doesn't show up on the surveys that your managers
3 do.
4    A.   Right.  When we have -- these are the
5 ones we look, and sometime we have to -- then we look
6 at the OPIS to make sure we are competitive that we
7 want to be.  Now, if we have more problems, we have
8 to look to more.  Then that's when the volume kicks
9 in, yeah.
10    Q.   So absent some problems with a given --
11 if you have a problem with a given store in terms of
12 its volumes dropping, then what you would do is you
13 might look at the OPIS report to see what other
14 stores are doing in that area.  Is that right?
15    A.   We are looking to that -- I said we are
16 look at that already.  You know, we -- that's what I
17 said, we are looking that every day anyway.  But
18 the -- the volume makes us to be more -- to look to
19 more stuff, to more information, get more information
20 to see what the problem is, if there is a problem.
21    Q.   You didn't price out any stations today
22 because you're here with us, right?
23    A.   Correct.
24    Q.   But did you set the retail prices
25 yesterday at gas stations for Western Convenience?

**Page 139**

1    A.   I approved it, yes.
2    Q.   When was the last time -- so does that
3 mean you didn't do it --
4    A.   I do it almost every day.
5    Q.   You do.
6    A.   Or sometimes I'm here and I can't do
7 it.  Or there's a tie-up someplace, I cannot do it.
8    Q.   Can you --
9    A.   Or if I'm on vacation I cannot do it.
10    Go ahead.
11    Q.   I understand.  I understand that.
12    When was the last time you remember
13 pricing a Western Convenience store off of a store
14 that showed up in OPIS but not on the price survey?
15    A.   Let me -- sometime it happens like a
16 few days in a row, sometime it doesn't happen for a
17 week or so because how the competitors are reacting.
18 Sometime price is so sensitive on the street it goes
19 up and down so quick.  That case we get a lot of
20 variance.  That's where we look a little bit more.  I
21 mean, we try to look at it a little bit deeper.  But
22 sometimes a little bit quieter.  Then probably we
23 would look at this and look at the other one there's
24 not that much difference.  It's quieter, they're not
25 changing too much, it's not as sensitive.  That's

**Page 140**

1 what I said.
2    That's my answer, is because it just
3 varies.  Different days is different things.  It
4 varies what day you have the same, sometime they're
5 the same, and sometime it's a little variance and
6 then we have to send somebody to go check it.
7    Q.   But you told me earlier this morning
8 that the stores that are reflected, the competitor
9 stores that are reflected in the price survey, those
10 are the stores that in your mind are the main
11 competitors.
12    A.   Correct.
13    Q.   And you'd look to OPIS if there
14 were circumstances going on that you needed more
15 information --
16    A.   Right.
17    Q.   -- to explain.
18    A.   That's correct.
19    Q.   Okay.  Now, before lunch, Mr. Taraghi,
20 you volunteered that if I got you your surveys for
21 April of 2011 you could show me the kind of behavior
22 that suggested to you that somebody was getting a
23 discount that you weren't getting in April of 2011.
24    A.   M-hm.
25    Q.   You still want to do it?

**Page 141**

1    A.   We'll do it.
2    Q.   Okay.
3    (Whereupon, there was discussion
4 outside the record.)
5    (Whereupon, Deposition Exhibit 158 was
6 marked for identification by the reporter.)
7    Q.   Mr. Taraghi, you're looking at Exhibit
8 158.
9    A.   I just need a couple minutes to look at
10 it.  Is that okay?
11    Q.   What I've given you is the whole month
12 of April 2011, as you requested.
13    A.   Okay.
14    (Whereupon, there was discussion
15 outside the record.)
16    A.   What it is, this needs analyzation, and
17 I need a cost that I put against this, because I can
18 show you the stores, already I can show you some
19 stores right now how they're behaving.  I can right
20 now give you one store on April 1st until the end of
21 April how the City Market at store in Montrose was
22 acting.
23    Q.   Okay.  Do that for me.
24    A.   But I'm saying -- but I have to have a
25 cost to see that though, because, see, they're at the

HOSSEIN TARAGHI - JANUARY 23, 2013

Page 162

1     A.   I didn't have problem with it, no.
2     Q.   Okay.  Do you have any idea,
3   Mr. Taraghi, what -- just from the street, because I
4   know you haven't seen the documents, do you have any
5   idea what Kroger is paying for gas from Suncor?
6     A.   I'm sure they're getting some discount
7   better than me.  I mean, I don't know how much
8   they're getting it.  I can't tell you exactly, but
9   they're getting some, better than me.
10    Q.   Why do you --
11    A.   Better than 4-1/2 cents, I know that.
12    Q.   How do you know that?
13    A.   Because the way they compete.  I heard
14  it on the street that they were going to other places
15  try to -- they are -- they're price negotiation
16  people.  They do -- they want a product but they do
17  negotiate the price too.
18    Q.   And you heard on the street they were
19  going to other places?  What do you mean by that?
20    A.   They're going to places and trying to
21  bid in for the product, yeah, and a price, yeah.
22    Q.   Trying to get other suppliers to supply
23  them with gas.
24    A.   That's correct.
25    Q.   And you've heard that on the street.

Page 163

1     A.   M-hm.
2     Q.   When did you first learn that Suncor
3   was selling gasoline to either City Market, King
4   Soopers or Loaf 'N Jug?
5     A.   I learned it probably around 2009 that
6   they were buying limited, they weren't buying too
7   much.  But that's the time, 2009, I was trying to
8   negotiate my contract.  They came in and they went
9   pretty much full-blown with them.  They got more.
10    Q.   I'm sorry, you were trying to negotiate
11  your contract?
12    A.   With Suncor.
13    Q.   And that's the verbal one-year contract
14  you had in --
15    A.   No, we were trying to do the paper one
16  too.  I mean, we were working try and get some
17  contract, whatever.  The thing is I get product.
18  Trying to find some contract, yes.
19    Q.   So let me back up.  Were you
20  negotiating with Suncor in 2009 for a written
21  one-year contract to buy gasoline from Suncor?
22    A.   Or verbal.  Didn't matter.
23    Q.   Well, which was it, verbal or oral,
24  Mr. Taraghi?
25    A.   Doesn't matter.  I was just looking for

Page 164

1   product.
2     Q.   Okay.
3     A.   I was just saying I want this much
4   product, try to just figure out how much product, how
5   much price we're going to be negotiating, put
6   together some contract.  Verbal or in writing.
7     Q.   Were you happy with whatever contract
8   you got from Suncor in 2009 in terms of the price you
9   were paying for Suncor for the gas?
10    A.   It wasn't whatever.  I was just willing
11  to reasonably negotiate with them.  It's not
12  whatever.  I mean, you can't say whatever.  It has to
13  be reasonably negotiated.
14    Q.   And were you happy with what you
15  reasonably negotiated from Suncor in 2009 to pay for
16  gasoline from Suncor?
17    A.   That was, yes.
18    Q.   You were.
19         Can I have you look, Mr. Taraghi, at
20  Exhibits -- I'm doing this upside down -- 143 and
21  144.  These were exhibits that I talked to Mr. Wehrle
22  about at his deposition.  Take a few minutes to read
23  it, or as much time as you need.
24    A.   Okay.  What is the question?
25    Q.   Then look at the next exhibit.

Page 165

1         MR. BLEDSOE:  He wants you to look at
2   144.
3     A.   Okay.
4     Q.   (BY MR. SHAHEEN) And it's Highly
5   Confidential.  I'm not going to ask you specific
6   questions about this.
7         MR. BLEDSOE:  This is fine, yeah.
8     Q.   (BY MR. SHAHEEN) Mr. Wehrle told me in
9   his deposition that what he would do is he would get
10  the OPIS and the price information he got from Sapp
11  Brothers and DATS and -- I'm leaving somebody out --
12  Offen --
13    A.   What date is this?  2011.
14    Q.   This is 2011.
15    A.   Okay.
16         MR. BLEDSOE:  July.
17    A.   July 2011.  I see it.  Okay.
18    Q.   (BY MR. SHAHEEN) But you were buying --
19  Western Convenience was buying gas in 2010 and 2011
20  from middlemen in addition to buying --
21    A.   Okay.  You're talking right now, you're
22  showing me 2011.  If you want to talk about 2010, we
23  talk about 2010.
24    Q.   I didn't ask my question yet.
25    A.   That's okay.

HOSSEIN TARAGHI - JANUARY 23, 2013

Page 194

```
 1    Q.   Let me just talk about --
 2    A.   Go ahead.
 3    Q.   -- the change between 2008 and 2009.
 4         As the president and CEO of Western
 5   Convenience, assuming the fuel is in dollars -- and
 6   I'll assume that for all of my questions -- is that
 7   change between 7.7 million in 2008 and 4.4 million in
 8   2009 significant for you as a businessman?
 9    A.   In my mind at the time when I was
10   running this, I was looking at it, it wasn't
11   significant, because there were some obstacles and
12   there were some reasons or there was some thing at
13   work between 2008 and 2009 that I understood that it
14   wasn't significant, otherwise I would have done
15   something about it.
16         If you look at 2007, you see how close
17   it is to 2009? 2008 it was a different year it looks
18   like it. That's why I did -- at the time went
19   through it, it wasn't significant to me, but at the
20   figures it shows significant. But when I analyze it,
21   it doesn't look significant to me.
22    Q.   So you agree with me --
23    A.   There was some stuff going on at the
24   time probably that it wasn't significant.
25    Q.   So will you agree with me just looking
```

Page 195

```
 1   at the dollar figures, that drop between 7.7 million
 2   in 2008 and 4.4 million in 2009, just looking at the
 3   numbers, is a significant drop.
 4    A.   Looking at the numbers it is, yeah.
 5    Q.   And as the president and CEO of Western
 6   Convenience, that would have concerned you.
 7    A.   Oh, sure, but at the time I was looking
 8   at them, but it -- if there was a problem I would
 9   have fixed it, but it looked like it wasn't.
10    Q.   Do you remember looking into Store 101
11   to see if there was a problem between 2008 and 2009?
12    A.   I have looked at it, sure.
13    Q.   Do you remember what you found out as
14   to what the problem was between 2008 and 2009 that
15   would account for the drop in sales?
16    A.   I have to go back and check it to see
17   what it was. There was some reasons -- there were
18   some reason. I know 2008 was a pretty big volume
19   year for Western. But you see 2007 and 2009 is not
20   too much different and 2008 is.
21    Q.   It's a big drop between '08 and '09?
22    A.   And '07.
23    Q.   Yeah. Would you look -- if you were
24   trying to figure out what the cause was for the drop
25   in sales at Store 101 between 2008 and 2009, where
```

Page 196

```
 1   would you go look to do that?
 2    A.   There's always -- I mean, the first you
 3   look is the competitors. You look at the
 4   competitors. And then always -- and then there are
 5   some -- probably the year was different year.
 6   Sometime the climate affects. And there are some
 7   stuff that government does affects to -- our gasoline
 8   sales, environmental people do something to affect
 9   our gasoline sales, and there is -- I said there's a
10   lot of things that you have to consider what is
11   affecting, and then you go one by one and analyze all
12   of them and you try to come out with some reason how
13   you can fix it. And I think at the time I did
14   analyze it and I went -- looked at everything and
15   whatever I could do I done it, but that's the sales I
16   got.
17    Q.   For Store 101.
18    A.   101, yes.
19    Q.   So tell me as president and CEO of
20   Western Convenience, you're sitting here today and
21   you see these numbers. You see the drop in sales
22   between 2008 and 2009. Tell me all the factors you
23   would look at to try and figure out why there was a
24   drop. Tell me all the factors you would look at that
25   would go through your mind saying I've got to look at
```

Page 197

```
 1   A, B, C, D, whatever it is, to find out why these
 2   sales have dropped.
 3    A.   Okay. I said I look at the competitor
 4   first.
 5    Q.   And what would you look for at the
 6   competitors?
 7    A.   The price.
 8    Q.   Okay.
 9    A.   And then --
10    Q.   Excuse me. One more -- is this a time,
11   Mr. Taraghi, when you would go beyond the market
12   surveys that we were talking about -- and I've
13   forgotten the exhibit.
14    A.   That's the survey. That's one of it.
15    Q.   Would you now go look at OPIS too to
16   see --
17    A.   Yes.
18    Q.   Okay. You'd look at what your
19   competitors are doing for price. What other factors
20   would you look at?
21    A.   Competitor -- I look at the
22   competitors. It's not just the price. There's a lot
23   of things you look at the competitors.
24    Q.   What else --
25    A.   You look at your competitors -- I mean,
```

HOSSEIN TARAGHI - JANUARY 23, 2013

**Page 198**

1  like their prices first, and their services, and also
2  you look at the -- to see what the government program
3  is doing it to affect, like making the hybrids cars,
4  electric cars, or -- and then there was -- and there
5  are -- the weather factor, temperature factor on that
6  year, that particular year, and --
7       Q.   How would the weather temperature
8  affect --
9       A.   Oh, it affects tremendously.  If it's
10 cold, you're not going out, you're staying home.
11      Q.   I should have thought of that.
12      A.   It's easy.
13      Q.   I should have thought of that.
14      A.   And I don't know -- economy.  Economy,
15 that's big.  2009, that's when it start going down.
16 Economy has a big factor in our people because they
17 were losing their jobs, they start manage our
18 driving.  It's still going on.
19      Q.   What do you mean start manage our
20 driving?
21      A.   For example, if you look at our system,
22 you go and they put in their credit card, we just
23 check that, they used to get like $55.32.  Now you
24 see them $20, $25, $18.  You see?  Because they have
25 a budget that they put it in there and they use it.

**Page 199**

1  Or 18.01 or -- sometimes it clicks one penny here or
2  there.  But you can see it how the pattern works.
3  That's the 2009.  That's when it start the economy
4  going down.
5           That's what I said, because there's a
6  lot of things factors in -- at the time you're
7  looking at everything because you are in it, but
8  right now it's four years after, it's a little
9  difficult to go back.
10      Q.   Just pretend it's today, just
11 pretend -- I know you don't want to pretend these
12 numbers are today, but for purposes of my exercise
13 pretend it's today.  So you'd look at the
14 competition, government programs, weather, economy.
15           What else would you look at to try and
16 figure out why the drop in sales?
17      A.   The economy has the biggest factor at
18 the time, I remember that, because we had to go look
19 to find in our -- in our general tape to see it, that
20 people they were managing their driving, they start
21 managing their driving.  And it's still going on.
22      Q.   Still managing their driving?
23      A.   Still trying to manage their drive.
24           And then -- and then price.  I think
25 2009, I don't know, I have to look again, if the

**Page 200**

1  price goes up, the purchase volume comes down,
2  because again it goes to people's budget.  If you
3  have $30, if the gas is $4 a gallon, you're getting
4  less gas, and that brings your gas volume down.
5  And -- you know, and et cetera.
6       Q.   No et ceteras, Mr. Taraghi.  That's too
7  easy an out, sir.
8            What else do you look at?
9       A.   I look at everything.  These are the
10 stuff that I remember right now.  I'm -- you know,
11 those are some of the stuff that I gave you some
12 example of it.
13      Q.   Okay.  So in addition to what you've
14 given me, there are other factors that you would look
15 at?
16      A.   It might be.  I don't know right now.
17 If I do, I'll give it to you.
18      Q.   Mr. Taraghi, I'm not going to -- let me
19 have you look at Store 135, since we talked about
20 that store.  And that's on -- and assuming again the
21 fuel sales are in dollars and not gallons --
22      A.   See, that one look problem to me
23 because that was a lot lower than even 2007.  That
24 look more problem.
25      Q.   And that's because 2009 is

**Page 201**

1  significantly lower than what the sales were --
2       A.   You say that even -- look at that, just
3  keep dropping every year.
4       Q.   And do you know why it kept dropping
5  every year?
6       A.   Because of Kroger across the street.
7       Q.   You mean Loaf 'N Jug?
8       A.   Loaf 'N Jug, yeah.
9       Q.   Any other reasons why the sales for
10 Store 135 would keep dropping other than Loaf 'N Jug
11 being across the street?
12      A.   I'm sure there is other factors, but
13 the main factor was at the time in that store --
14 because that store, if you see, the trend is totally
15 different than the other store, if you look at it.
16 Look at the 2007 in the other stores and then 2008
17 and then look at 2009.  That trend doesn't work in
18 that store.  It works just constantly down.  It
19 didn't go up on 2008.  You see that?  All the stores
20 went up in 2008.  That store didn't.  Went down from
21 2007.  And then went down on 2009.  Which that's the
22 problem.  That's the competition across the street.
23 I mean, I can't compete with them.  I mean, they were
24 giving all that money away.  I mean, I can't -- I
25 mean, it's sometimes hard to compete.