Document 185-23

\\10.0.0.12\ELA\BENNINGTON JOHNSON\BJ_WCS\$EDD\$NativeFiles\00\05\85\31.ntv.xls

| WESTERN CONVENIENCE STORES, INC. | | | | |
| --- | --- | --- | --- | --- |
| FUEL MARGINS | | | | |
| FOR PERIODS: JULY 2007 TO JUNE 2010 | | | | |
| MONTH | FUEL MARGIN $ | GALLONS | | MARGIN/GALLON |
| Jul-07 | 1315093.25 | 7573465 | | 0.1736 |
| Aug-07 | 849008.84 | 7558642 | | 0.1123 |
| Sep-07 | 1266936.27 | 7124775 | | 0.1778 |
| Oct-07 | 1058893.2 | 7252514 | | 0.1460 |
| Nov-07 | 1567319.61 | 6942848 | | 0.2257 |
| Dec-07 | 1438406.46 | 6865891 | | 0.2095 |
| Jan-08 | 1179413.26 | 6905250 | | 0.1708 |
| Feb-08 | 1895355.98 | 7049228 | | 0.2689 |
| Mar-08 | 1856206.33 | 7976611 | | 0.2327 |
| Apr-08 | 2713285.25 | 8513246 | | 0.3187 |
| May-08 | 3206644.64 | 9465086 | | 0.3388 |
| Jun-08 | 2744058.21 | 9193914 | | 0.2985 |
| Jul-08 | 1941778.2 | 9527771 | | 0.2038 |
| Aug-08 | 1565423.4 | 9341302 | | 0.1676 |
| Sep-08 | 1649329.9 | 8930995 | | 0.1847 |
| Oct-08 | 792070.75 | 9684603 | | 0.0818 |
| Nov-08 | -1096267.68 | 9441282 | | (0.1161) |
| Dec-08 | -581792.63 | 9651342 | | (0.0603) |
| Jan-09 | 244269.08 | 9298185 | | 0.0263 |
| Feb-09 | 750055.67 | 8384073 | | 0.0895 |
| Mar-09 | 642255.64 | 9312698 | | 0.0690 |
| Apr-09 | 637984.88 | 8890923 | | 0.0718 |
| May-09 | 799107.05 | 9369467 | | 0.0853 |
| Jun-09 | 715412.72 | 8784515 | | 0.0814 |
| Jul-09 | 701150.04 | 9425677 | | 0.0744 |
| Aug-09 | 1347255.04 | 9424806 | | 0.1429 |
| Sep-09 | 1359884.08 | 8838071 | | 0.1539 |
| Oct-09 | 228676.4 | 9012565 | | 0.0254 |
| Nov-09 | 1475164.44 | 8044128 | | 0.1834 |
| Dec-09 | 957553.56 | 8418785 | | 0.1137 |
| Jan-10 | 567118.12 | 8080202 | | 0.0702 |
| Feb-10 | 462922.34 | 7280886 | | 0.0636 |
| Mar-10 | 365302.75 | 8046341 | | 0.0454 |
| Apr-10 | 893428.28 | 8274951 | | 0.1080 |
| May-10 | 1392524.91 | 8721160 | | 0.1597 |
| Jun-10 | 765798.12 | 8968407 | | 0.0854 |

EXHIBIT T

Depo Exh. 159

**Highly Confidential**

PLA075595