| WESTERN CONVENIENCE STORES, INC. | | | |
|---|---|---|---|
| SAME STORE SALES | | | |
| FOR PERIOD: FY-2007, FY-2008, FY2009 | | | |
| STORE# | FY-2007 | FY-2008 | FY-2009 |
| Store#101 (Closed 1/2/10) | | | |
| Mdse | 883,292 | 884,533 | 720,281 |
| Fuel | 5,836,489 | 7,735,798 | 4,445,606 |
| NetIncom | 310,463 | 301,237 | 109,704 |
| Store#104 | | | |
| Mdse | 838,042 | 856,673 | 740,607 |
| Fuel | 17,055,866 | 21,848,458 | 16,102,240 |
| NetIncom | 624,956 | 107,704 | (192,880) |
| Store#105 | | | |
| Mdse | 975,715 | 993,325 | 1,103,511 |
| Fuel | 3,725,433 | 4,724,299 | 4,062,251 |
| NetIncom | 221,420 | (26,004) | 108,153 |
| Store#106 | | | |
| Mdse | 966,905 | 969,686 | 967,447 |
| Fuel | 10,280,757 | 13,849,198 | 10,017,663 |
| NetIncom | 485,368 | 144,427 | 114,144 |
| Store#109 | | | |
| Mdse | 217,679 | 218,711 | 211,339 |
| Fuel | 9,882,356 | 10,640,855 | 9,373,132 |
| NetIncom | 395,408 | 132,892 | (50,746) |
| Store#111 | | | |
| Mdse | 1,118,868 | 1,178,067 | 1,082,958 |
| Fuel | 5,474,025 | 7,160,228 | 4,940,672 |
| NetIncom | 351,024 | 198,566 | 9,236 |
| Store#112 | | | |
| Mdse | 600,170 | 630,975 | 541,319 |
| Fuel | 12,049,494 | 15,567,627 | 11,226,826 |
| NetIncom | 600,044 | 223,421 | (290,649) |
| Store#113 | | | |
| Mdse | 287,258 | 285,616 | 335,730 |
| Fuel | 9,246,082 | 9,901,681 | 6,491,144 |
| NetIncom | 455,451 | 202,257 | (88,472) |
| Store#114 | | | |
| Mdse | 711,037 | 775,132 | 737,641 |
| Fuel | 5,183,641 | 6,456,562 | 5,078,111 |
| NetIncom | 247,063 | 125,663 | 94,768 |
| Store#115 | | | |
| Mdse | 637,144 | 709,770 | 761,330 |
| Fuel | 7,315,454 | 9,913,660 | 7,757,867 |
| NetIncom | 389,289 | 163,882 | (11,642) |
| Store#116 | | | |
| Mdse | 626,761 | 619,958 | 567,311 |
| Fuel | 11,222,123 | 15,541,316 | 10,416,563 |
| NetIncom | 471,312 | 182,042 | 210,803 |
| Store#117 | | | |
| Mdse | 343,741 | 347,503 | 421,458 |
| Fuel | 3,898,047 | 5,008,179 | 3,402,641 |
| NetIncom | 206,065 | 67,316 | (22,751) |
| Store#118 | | | |
| Mdse | 795,833 | 757,400 | 744,779 |
| Fuel | 17,695,068 | 16,234,624 | 12,023,867 |

EXHIBIT U

Depo Exh. 160

**Highly Confidential**

PLA075596

\\10.0.0.12\ELA\BENNINGTON JOHNSON\BJ_WCS\$EDD\$NativeFiles\00\05\85\32.ntv.xls

| STORE# | FY-2007 | FY-2008 | FY-2009 |
|---|---|---|---|
| NetIncom | (268,805) | (136,108) | 33,942 |
| Store#119 | | | |
| Mdse | 415,049 | 424,533 | 421,672 |
| Fuel | 11,207,058 | 11,788,424 | 9,093,043 |
| NetIncom | 530,889 | 235,159 | (120,556) |
| Store#120 | | | |
| Mdse | 664,496 | 692,954 | 730,204 |
| Fuel | 3,170,782 | 4,248,032 | 3,682,679 |
| NetIncom | 126,005 | 66,521 | (12,513) |
| Store#121 | | | |
| Mdse | 536,091 | 550,216 | 571,169 |
| Fuel | 2,184,383 | 2,471,338 | 1,691,490 |
| NetIncom | 102,265 | (44,211) | (4,076) |
| Store#122 | | | |
| Mdse | 617,565 | 621,707 | 602,216 |
| Fuel | 6,911,526 | 7,058,337 | 5,015,560 |
| NetIncom | 557,537 | 174,021 | 137,959 |
| Store#123 | | | |
| Mdse | 628,158 | 674,365 | 688,970 |
| Fuel | 10,781,340 | 13,959,962 | 10,841,131 |
| NetIncom | 564,495 | 387,602 | 169,283 |
| Store#124 | | | |
| Mdse | 878,154 | 948,220 | 971,925 |
| Fuel | 9,288,007 | 8,611,435 | 7,004,265 |
| NetIncom | 271,811 | 113,670 | 44,382 |
| Store#125 | | | |
| Mdse | 804,259 | 987,817 | 1,007,326 |
| Fuel | 4,032,400 | 7,550,770 | 5,363,006 |
| NetIncom | 120,991 | 74,036 | 28,092 |
| Store#126 | | | |
| Mdse | 772,716 | 783,420 | 809,889 |
| Fuel | 7,210,043 | 6,652,977 | 5,105,016 |
| NetIncom | 94,374 | (18,600) | (50,093) |
| Store#127 | | | |
| Mdse | 507,938 | 581,057 | 572,034 |
| Fuel | 5,648,782 | 6,710,577 | 4,633,869 |
| NetIncom | (33,276) | 39,654 | (114,708) |
| Store#128 | | | |
| Mdse | 231,436 | 234,128 | 236,266 |
| Fuel | 8,943,600 | 10,864,824 | 7,926,525 |
| NetIncom | 488,067 | 354,395 | 97,584 |
| Store#129 | | | |
| Mdse | 482,880 | 500,991 | 469,154 |
| Fuel | 8,393,931 | 9,008,174 | 6,291,187 |
| NetIncom | 338,581 | 157,216 | (149,395) |
| Store#130 | | | |
| Mdse | 711,880 | 775,497 | 745,554 |
| Fuel | 7,093,469 | 10,412,663 | 7,891,753 |
| NetIncom | 343,120 | 103,986 | (203,232) |
| Store#131 | | | |
| Mdse | 668,097 | 701,200 | 764,441 |
| Fuel | 4,378,232 | 5,191,778 | 4,567,874 |
| NetIncom | 233,469 | (206,869) | (111,565) |
| Store#132 | | | |
| Mdse | 914,518 | 968,191 | 1,022,989 |
| Fuel | 4,780,993 | 6,378,291 | 5,348,408 |

**Highly Confidential**

PLA075597

\\10.0.0.12\ELA\BENNINGTON JOHNSON\BJ_WCS\$EDD\$NativeFiles\00\05\85\32.ntv.xls

| STORE# | FY-2007 | FY-2008 | FY-2009 |
|---|---|---|---|
| NetIncom | 258,411 | (18,672) | 58,779 |
| Store#133 | | | |
| Mdse | 201,788 | 249,044 | 273,604 |
| Fuel | 1,551,807 | 2,558,987 | 1,805,874 |
| NetIncom | (15,770) | (44,525) | (60,180) |
| Store#134 | | | |
| Mdse | 168,295 | 167,078 | 178,615 |
| Fuel | 6,709,022 | 6,896,602 | 5,078,718 |
| NetIncom | 272,063 | 83,329 | (48,586) |
| Store#135 | | | |
| Mdse | 519,643 | 544,182 | 537,629 |
| Fuel | 11,464,608 | 10,751,994 | 7,827,233 |
| NetIncom | 491,482 | 303,379 | 31,724 |
| Store#136 | | | |
| Mdse | 149,554 | 392,183 | 415,398 |
| Fuel | 5,680,699 | 15,135,799 | 10,942,973 |
| NetIncom | 292,695 | 451,578 | 92,510 |
| Store#138 | | | |
| Mdse | 20,375 | 244,367 | 456,779 |
| Fuel | 294,735 | 5,761,687 | 4,469,434 |
| NetIncom | 12,658 | (202,424) | (128,047) |
| Store#139 | | | |
| Mdse | 4,255 | 121,722 | 124,603 |
| Fuel | 278,996 | 6,375,457 | 3,521,248 |
| NetIncom | 5,502 | 10,781 | (54,342) |
| Store#140 | Opened 12/2008 | | |
| Mdse | | 187,576 | 489,505 |
| Fuel | | 2,013,337 | 5,505,023 |
| NetIncom | | (195,944) | (72,740) |
| Store#141 | Opened 08/2008 | | |
| Mdse | | 112,529 | 368,220 |
| Fuel | | 1,462,279 | 4,371,335 |
| NetIncom | | (67,641) | 37,046 |
| Store#142 | Opened 01/2009 | | |
| Mdse | | 75,634 | 669,603 |
| Fuel | | 307,902 | 2,676,670 |
| NetIncom | | (40,592) | 139,369 |
| Store#143 | Opened 10/2009 | | |
| Mdse | | | 253,964 |
| Fuel | | | 2,279,780 |
| NetIncom | | | (46,027) |
| Store#144 | Opened 05/2009 | | |
| Mdse | | | 253,282 |
| Fuel | | | 2,748,718 |
| NetIncom | | | (122,480) |
| Store#145 | Opened 08/2009 | | |
| Mdse | | | 244,949 |
| Fuel | | | 2,340,186 |
| NetIncom | | | (78,506) |
| Store#146 | Opened 10/2009 | | |
| Mdse | | | 137,486 |
| Fuel | | | 1,400,133 |
| NetIncom | | | (79,211) |

Highly Confidential

PLA075598