IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation; WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs,

vs.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Defendant.

## AFFIDAVIT OF JAMES M. GRIFFIN

I, James M. Griffin, being first duly sworn, state as follows:

1. I am a Professor of Economics and Public Policy at the George Bush School of Government and Public Service at Texas A&M University. I hold the Bob Bullock Chair in Public Policy and Finance and serve as Director of the Mosbacher Institute for Trade, Economics and Public Policy. In addition to my duties at the Bush School, I am a Director in the economics consulting firm Berkeley Research Group ("BRG"). BRG is a global expert services and consulting firm that provides independent expert testimony and analysis. I have over 40 years of experience in industry, academia and consulting in the field of energy economics and antitrust economics. I have published numerous books and articles in refereed academic journals on a wide range of economics topics including energy economics and antitrust economics. In addition, I serve on the editorial boards of three journals specializing in energy economics. Attached as Exhibit 1 is my curriculum vitae.

2. Counsel for Suncor Energy (U.S.A.) Inc. ("Suncor") has asked me to review certain retail price survey data produced by Plaintiffs (collectively, "WCS") in this matter to provide a tabulation of the prices charged by certain retail gasoline marketers. It is my understanding that the WCS price survey data provided to me as a Microsoft Excel workbook (an electronic file labeled "HIGHLY_CONFIDENTIAL _PLA072639.xlsx") represents daily surveys of the retail prices of each retail location operated by WCS and nearby retail outlets operated by other retail gasoline marketers. After an initial review of these data by BRG staff under my direction, it was brought to my attention that there were a number of instances where there appeared to be errors in the retail prices reflected in the data. For example, the August 10, 2010 entries for WCS location 106 show a price of 0.2569 for regular unleaded gasoline for a store name "Farm Crest." Since the entries for "Farm Crest" on August 9, 2010 and August 11, 2010 were 2.599 and 2.569, it was clear that the decimal was misplaced. The August 10 entry

EXHIBIT X

was corrected to 2.569. After correcting these and similar observations for obvious errors, I used this data to construct the tabulation requested by counsel for Suncor.

3. In their January 22, 2013 expert report for WCS, Mark Glick and Ted Tatos identify 26 WCS locations that were allegedly affected by wholesale sales of gasoline from Suncor to a group of Kroger family retail gasoline outlets (Expert Report of Mark Glick and Ted Tatos, January 22, 2013, pp. 18-19). The Kroger family of retail outlets are identified in the WCS price survey data as "King Soopers," "City Market," and "Loaf 'N Jug." Among the 26 WCS locations identified in the Glick/Tatos report, counsel asked me to tabulate the number of times the reported retail price of unleaded gasoline for WCS, Kroger family outlets, or other marketers were the lowest among those surveyed at a particular location on a particular day. The results of this tabulation are attached as Exhibit 2 to this affidavit.

4. For the period covering October 1, 2009 through April 20, 2011 there were a total of 13,352 location/day observations for the 26 WCS locations noted in ¶3 above, where price surveys included a Kroger family outlet. Among the 13,352 observations reported, prices at WCS locations were lower than any other nearby marketer 4,688 times – 35.1% of the time – and were tied for the lowest price an additional 38.7% of the time. The prices reported for Kroger family outlets were lower than any other nearby marketer only 111 – or 0.8% of the time and were tied for the lowest price an additional 217 location/days – or 1.6% of the time. Other marketers identified in the WCS surveys posted the lowest prices 3,220 location days – or 24.1% of the time. Also, other marketers tied for the lowest price on 5,299 location/days – or 39.7% of the time.

James M. Griffin
Director, Berkeley Research Group

STATE OF TEXAS ) 
) ss.
COUNTY OF BRAZOS )

The foregoing instrument was subscribed and sworn to before me this 7 day of February, 2013, by James M. Griffin.

Witness my hand and official seal.

My commission expires:

6003743_1



BRENDA M. HICKMAN
Notary Public, State of Texas
My Commission Expires
May 11, 2016



**James M. Griffin**
**BERKELEY RESEARCH GROUP**
2700 Earl Rudder Freeway South
Suite 4800
College Station, TX 77845
office: (510) 658-2507
mobile: (979) 777-9950

## EDUCATION:

Ph.D., Economics, University of Pennsylvania, 1970.
B.A., Economics and Mathematics, Southern Methodist University, 1966.

## PROFESSIONAL EXPERIENCE:

Director, Mosbacher Institute for Trade, Economics & Public Policy, George Bush School, 2010+
Professor of Economics and Public Policy, George Bush School, Texas A & M University 2001+
Hugh Roy Cullen Professor in Economics, Texas A&M University, 1991-2001
Ella C. McFadden Professor of Economics, Texas A&M University, 1989-1991
Professor of Economics, Texas A&M University, 1983-89
Professor of Economics, University of Houston, 1977-83
Associate Professor of Economics, University of Pennsylvania, 1973-77
Assistant Professor of Economics, University of Houston, 1972-73
Economist, Corporate Planning, Exxon Corporation (New York) 1971-72
Economist, Corporate Planning, Sun Oil, 1969-71

## ACADEMIC HONORS AND ACTIVITIES:

Bob Bullock Chair in Public Policy and Finance, 2001+
Hugh Roy Cullen endowed professorship in Economics, 1991-2001.
Ella C. McFadden endowed professorship in Liberal Arts, 1989-1991.
Editorial Board Member, *Journal of Resources and Energy*
Editorial Board Member, *Journal of Regional Science*, 1978-89
Editorial Board Member, *The Energy Journal*
Editorial Board Member, *Pacific and Asian Journal of Energy*
Humboldt Fellow, University of Koln, 1980
Economics Research Unit Fellow, University of Pennsylvania, 1966-1969

## RESEARCH GRANTS:

"Studies in Energy Tax Policy," Energy Policy Project, Ford Foundation, $12,000, 1972-1973

"An International Analysis of Demand Elasticities Among Fuel Types," National Science Foundation, $70,000, 1975-1976

"Development Work for an Energy Economics Text," (with Henry Steele), Exxon Foundation, $25,000, 1977

"Miscellaneous Studies of Gasoline Demand and OPEC Pricing," Energy Laboratory, University of Houston, $21,000, 1978-1982

"The Economic Impact of Severance Taxes," (with John Moroney), Texas Midcontinent Oil and Gas Association, $150,000, 1984-1985

"Previous Cartel Experience: Any Lessons for OPEC?," Tenneco Foundation, $21,000, 1987.

"Economic Analysis of a Proposal to Extend the Economic Lives of Marginal Oil and Gas Wells," Center for Energy and Mineral Resources, $16,500, 1990-1991.

"The Effects of Airline Deregulation on Costs and Technical Change," (with Badi Baltagi), Texas Advanced Research Program, $63,600, 1992-93

"Liquor Consumption: The Relative Impact of Different Social Control Devices," (with Badi Baltagi), Texas Advanced Research Program, $72,800, 1999-2001.

## PUBLICATIONS:

### BOOKS:

*Capacity Measurement in Petroleum Refining* (Lexington, Massachusetts: D.C. Heath, 1971)

*Energy Conservation in the OECD: 1980 to 2000* (Cambridge: Ballinger, 1979).

*Energy Economics and Policy* (with Henry Steele) (New York: Academic Press, 1980). First Edition.

*OPEC Behavior and World Oil Prices* (ed. with David Teece) (London: Allen and Unwin, 1982).

*Energy Economics and Policy* (with Henry Steele) (Orlando: Academic Press, 1986) Second Edition.

*Global Climate Change: The Science, Economics and Politics*, editor (Cheltenham, U.K., Edward Elgar, 2003)

*Electricity Deregulation: Choices and Challenges,* edited with Steven Puller (Chicago, University of Chicago Press, 2005)

*A Smart Energy Policy: An Economist's Rx for Balancing Cheap, Clean, and Secure Energy* (New Haven, Ct., Yale University Press, 2009)

### MONOGRAPHS:

*Energy Input-Output Modelling*, Problems and Prospects (Palo Alto: Electric Power Research Institute, 1976)

*The Economic Impact of Severance Taxes: Results from an Econometric Model of the Texas Oil and Gas Industry* (with J.R. Moroney) (Austin: Texas Mid Continent Oil and Gas Association, 1985)

## ARTICLES AND PAPERS:

"An Econometric Model of the U.S. Petroleum Refining Industry," (with F.G. Adams) in *Essays in Industrial Econometrics*, Vol. 1, ed. L.R. Klein (Philadelphia: University of Pennsylvania, 1969).

"The Process Analysis Alternative to Statistical Cost Functions: An Application to Petroleum Refining," *American Economic Review* 62 (March 1972): 46-56.

"An Economic Measure of Capacity in a Joint Product, Multi-Process Industry," *Journal of Political Economy* 80 (August 1972): 703-723

"An Econometric-Linear Programming Model of the U.S. Petroleum Refining Industry," (with F.G. Adams), *Journal of the American Statistical Association* 67 (September 1972): 542-551. Reprinted in *Studies in Industrial Econometrics*, ed. Walter Labys (Cambridge: Heath Lexington, 1974)

"Suggested Roles for Econometrics and Process Analysis in Long-Term Energy Modelling," in *Prospects for Energy Modeling*, ed. Milton Searl (Baltimore: John Hopkins Press, 1973): 177-186

"Recent Sulphur Tax Proposals: An Econometric Evaluation of Welfare Gains," in *Energy: Demand, Conservation and Institutional Problems*, ed. Michael S. Macrakis (Cambridge: M.I.T. Press, 1974): 236-248

"The Process Analysis Alternative to Statistical Cost Functions: Reply," *American Economic Review* 64 (September 1974): 777-779

"Methodological Issues in the Econometric Estimation of Energy Demand Elasticities," in *Energy Modeling and Forecasting*, ed. Peter Benenson et al. (Berkeley: Lawrence Berkeley Laboratory, 1975)

"Secular and Cross-Section Industrialization Patterns: Some Further Evidence on the Kuznets-Chenery Controversy," (with Paul Gregory) *The Review of Economics and Statistics* 56 (August 1974): 360-368

"An Econometric Evaluation of Sulphur Taxes," *Journal of Political Economy* 82 (July/August 1974): 669-688

"Environmental Quality and Rising Energy Needs: A Collision Course?," *Studies in Energy Tax Policy*, ed., Gerard M. Brannon (Cambridge: Ballinger, 1975): 253-320

"The Effects of Higher Prices on Electricity Consumption," *Bell Journal of Economics and Management Science* 5 (Autumn 1974): 515-539

"Demand Elasticities for Gasoline: Another View," (with F.G. Adams and Hugh Graham) University of Pennsylvania Working Paper, 1975

"An Intercountry Translog Model of Energy Substitution Responses," (with Paul Gregory) *American Economic Review* 66 (December 1976): 845-857

"Uncertainty and the Choice of Pollution Control Instruments," (with Zvi Adar) *Journal of Environmental Economics* 3 (October 1976): 178-188

"Long Run Production Modeling with Pseudo Data: Electrical Power Generation," *Bell Journal* 8 (Spring 1977): 112-127

"The Econometrics of Joint Production: Another Approach," *Review of Economics and Statistics* 59 (August 1977): 389-397

"Interfuel Substitution Possibilities: A Translog Application to Pooled Data," *International Economic Review* 18 (October 1977): 755-770

"An Application of Process Modelling in a Macroeconomic Framework," in *Intermaterials Competition in the Management of Shrinking Resources*, ed. W.R. Schmeal (New York: American Institute of Chemical Engineers, Symposium Series, Vol. 73, 1977): 55-56

"Methodological Implications of International Energy Demand Analysis," in *International Comparisons of Energy Consumption*, ed. Joy Dunkerley (Washington: Resources for the Future, 1978): 101-110

"Joint Production Technology: The Case of Petrochemicals," *Econometrica* 46 (March 1978): 379-396

"Results of Policy Simulations to 2000," in *Select Papers from Workshops on World Energy Supply and Demand*, International Energy Agency, Paris, 1978

"A Post Arab Oil Embargo Comparison of Alternative I-O Coefficient Modelling Techniques," (with W.F. Finan) *Journal of Resources and Energy* 1 (December 1978): 315-324

"Statistical Cost Analysis Revisited," *Quarterly Journal of Economics* 93 (February 1979): 107-130

"Alternative Functional Forms and Errors of Pseudo Data Estimation: A Reply," *Review of Economics and Statistics* 62 (May 1980): 327-328

"The Energy-Capital Complementarity Controversy: A Progress Report on Reconciliation Attempts," in Berndt and Fields (eds.), *Economics of Natural Resource Substitution*, (M.I.T. Press, 1982)

"Statistical Cost Analysis Revisited: A Reply," *Quarterly Journal of Economics* 96 (February 1981): 183-187

"The Approximation Characteristics of Generalized Functional Forms: Results from Pseudo-Data Experiments. V.K. Smith (ed.), *Advances in Applied Microeconomics, Vol. II*, (Greenwich: J.A.I. Press, 1982): 3-18

"Engineering and Econometric Interpretations of Energy-Capital Complementarity: A Comment," *American Economic Review* 71 (December 1981): 1100-1104

"Pseudodata: A Synthesis of Econometric and Process Modeling Methodologies," in R. Amit and M. Avriel (eds.), *Perspectives on Resource Policy Modeling: Energy and Minerals*, (Cambridge: Ballinger, 1982): 63-82

"A Tariff on Imported Oil," (with David Teece) *Journal of Contemporary Studies*, Winter, 1982. Also see "An Exchange on Oil Tariffs," with Milton Friedman, *Journal of Contemporary Studies*, Summer, 1982

"The Welfare Implications of Externalities and Price Elasticities for Telecommunications Pricing," *Review of Economics and Statistics* 64 (February 1982): 59-66

"Recent Oil Price Escalations: Implications for OPEC Stability," (with G. Daly and H.B. Steele) in Griffin and Teece (eds.), *OPEC Behavior and World Oil Prices*, (Boston: Allen and Unwin, 1982): 145-174

"The Future of OPEC: Price Level and Cartel Stability," (with G. Daly and H.B. Steele) *The Energy Journal*, Vol. 4, No. 1 (1983): 65-77

"Gasoline Demand in the OECD: An Application of Pooling and Testing Procedures," (with Badi Baltagi) *European Economic Review* 22 (July 1983): 117-137

"U.S. Gasoline Demand: What Next," (with Badi Baltagi) *The Energy Journal*, Vol. 5, No. 1 (1984): 129-140

"Short and Long Run Effects in Pooled Models," (with Badi Baltagi) *International Economic Review* 25 (October 1984): 631-646

"Demand System Estimation in the Presence of Multi-block Tariffs: A Telecommunications Example," (with Bruce Egan) *Review of Economics and Statistics* 67 (August 1985): 520-524

"OPEC Behavior: A Test of Alternative Hypotheses," *American Economic Review* 75 (December 1985): 954-963

"An Economic Model of the Texas Petroleum Industry," (with J.R. Moroney, Dale Bremmer, and Clifton Jones) *Oil and Gas Tax Quarterly*, Vol. 34, No. 3 (March, 1986): 575-596

"Falling Oil Prices: Where is the Floor," (with Cliff Jones) *Energy Journal*, Vol. 7, No. 4 (October, 1986): 37-50

"Comments on "Lessons Learned from the 1986 Oil Price Collapse," *Brookings Papers on Economic Activity*, II (1986): 276-282

"The Welfare Gain from Efficient Pricing of Local Telephone Services," (with Tom Mayor) *Journal of Law and Economics* 30 (October 1987): 465-488

"Economies of Scale in a Multiplant Technology: Evidence from the Oilpatch," (with Cliff Jones) *Economic Inquiry*, Vol. 26, No. 1 (January, 1988): 107-122

"A General Index of Technical Change," (with Badi Baltagi) *Journal of Political Economy* 96 (February 1988): 20-41

"A Test of the Free Cash Flow Hypothesis: Results from the Petroleum Industry," *Review of Economics and Statistics* 70 (February 1988): 76-82

"A Generalized Error Component Model with Heteroskedastic Disturbances," (with Badi Baltagi) *International Economic Review* 29 (November 1988): 745-754

"Alternative Models of Managerial Behavior: Empirical Tests for the Petroleum Industry," (with Badi Baltagi) *Review of Economics and Statistics* 71 (November 1989): 579-585

"Previous Cartel Experience: Any Lessons for OPEC?", in *Economics in Theory and Practice: An Eclectic Approach* (eds. L. R. Klein and J. Marquez) (Kluwer, 1989): 179-206

"Takeover: Managerial Incompetence or Managerial Shirking?" (with Steven Wiggins), *Economic Inquiry* 30 (April 1992): 355-370

"OPEC and World Oil Prices: Is the Genie Back in the Bottle?" *Energy Studies Review* 4 (January 1992): 27-40

"Methodological Advances in Energy Modelling: 1970-90", *Energy Journal*, Vol. 14, No. 1, (January 1993): 111-124

"The 1985-86 Oil Price Collapse and Afterwards: What Does Game Theory Add?" (with William Neilson), *Economic Enquiry*, October 1994: 543-562

"OPEC Production: The Missing Link" (with Larry Vielhaber), *Energy Journal*, Special Issue 1994: 115-132

"Airline Deregulation: The Cost Pieces of the Puzzle" (with Badi Baltagi and Daniel Rich), *International Economic Review*, February 1995: 245-258

"A Dynamic Demand Model for Liquor: The Case for Pooling" (with Badi Baltagi), *Review of Economics and Statistics*, August 1995

"The Measurement of Firm-Specific Indexes of Technical Change" (with Badi Baltagi and Daniel Rich), *Review of Economics and Statistics*, November 1995: 654-663

"Pooled Estimators vs. Their Heterogeneous Counterparts in the Context of Dynamic Demand for Gasoline," (with Badi Baltagi), *Journal of Econometrics*, April 1997: 303-327. Also reprinted in *Recent Developments in the Econometrics of Panel Data,* ed. Badi Baltagi ( Cheltenham, U.K., Edward Elgar, 2002)

"The Incentive to Cheat: An Empirical Analysis of OPEC" (with Weiwen Xiong), *The Journal of Law and Economics*, October 1997: 289-316

"Effect of a Mass Merchandiser on Traditional Food Retailers" (with Oral Capps), *Journal of Food Distribution Research,* February, 1998

"Excess Capacity: A Permanent Characteristic of U.S. Airlines?," (with Badi H. Baltagi and S.R. Vadali), *Journal of Applied Econometrics,* December 1998: 645-646

"To Pool or Not to Pool: Homogenous Estimates Applied to Cigarette Demand" (with Badi Baltagi and Weiwen Xiong), *Review of Economics and Statistics,* February 2000:117-126

"The Econometrics of Rational Addiction: The Case of Cigarettes" (with Badi Baltagi), *Journal of Business and Economic Statistics*, October, 2001

"Rational addiction to alcohol: panel data analysis of liquor consumption" (with Badi Baltagi), *Health Economics*, Fall 2002: 485-491

"Homogeneous, heterogeneous or shrinkage estimators? Some empirical evidence from French regional gasoline consumption" (with Badi Baltagi, Georges Bresson, and Alain Pirotte), *Empirical Economics,* 2003, 795-811

"New Evidence on Asymmetric Gasoline Price Responses" (with Lance Bachmeier), *Review of Economics and Statistics*, August 2003, 772-776

"Price Asymmetry: A Proxy for Energy Saving Technical Change?" (with Craig Schulman), *The Energy Journal,* 2005:II, pp. 1-21

"Swedish Liquor Consumption: New Evidence on Taste Change" with Badi Baltagi, in *Contributions in Economic Analysis,* ed. Badi Baltagi (North Holland, Elsevier, 2006)

"Testing for Market Integration: Crude Oil, Coal and Natural Gas (with Lance Bachmeier), *The Energy Journal,* 2006:II, pp. 55-71

"The Future of World Oil Prices: Some Keys to the Puzzle." In K. Huff, K. Meilke, R. Knutson, R. Ochoa, and J. Rude, eds. *Contemporary Drivers of Integration.* (Texas A&M University, University of Guelph, and Inter-American Institute for Cooperation on Agriculture-Mexico: 2008), pp. 7-24

HIGHLY CONFIDENTIAL

## Tabulation of WCS Price Survey Data: October 1, 2009 - April 30, 2011
### Regular Unleaded Gasoline

|  | Contested WCS Stores with Kroger Family outlet Present | |
|---|---:|---:|
| Total Observations | 13,352 | |
| Observations where WCS is absolute lowest price | 4,688 | 35.1% |
| Observations where WCS is tied with lowest price | 5,173 | 38.7% |
| Observations where a Kroger Family outlet is absolute lowest price | 111 | 0.8% |
| Observations where Kroger Family outlet is tied with lowest price | 217 | 1.6% |
| Observations where a marketer other than WCS or Kroger Family is absolute lowest price | 3,220 | 24.1% |
| Observations where a marketer other than WCS or Kroger Family is tied with lowest price | 5,299 | 39.7% |

Source: "HIGHLY_CONFIDENTIAL _PLA072639.xlsx" and BRG tabulation.