JAMES PISCATELLI - DECEMBER 7, 2012

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado
corporation, WESTERN TRUCK ONE, LLC, a Colorado
limited liability company,

Plaintiffs,

vs.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

Defendant.

vs.

HOSSEIN AND DEBRA LYNN TARAGHI,

Third-Party Defendants.

-------------------------------------------------------

DEPOSITION OF JAMES PISCATELLI  -- CONFIDENTIAL
December 7, 2012

-------------------------------------------------------

              Deposition location:
              370 17th Street, Suite 3500
              Denver, Colorado

APPEARANCES:

          KENNETH R. BENNINGTON, ESQ.
          KATHLEEN E. CRAIGMILE, ESQ.
          BENNINGTON JOHNSON BIERMANN &
          CRAIGMILE, LLC
          370-17th Street, Suite 3500
          Denver, Colorado 80202

              For the Plaintiffs.

EXHIBIT Y

JAMES PISCATELLI - DECEMBER 7, 2012

---

**Page 22**

1      A.   Projecting what our sales nominations
2  are versus what our production numbers are and our
3  inventory levels.
4          So to your comment, if our demand
5  outreaches our inventory levels, we may price
6  differently.
7      Q.   On a yearly basis does Suncor produce
8  less than the total demand?
9          I'm sorry. And when I say -- by
10 produce I mean by refinery, by its own refinery
11 operations, do the Suncor refineries in Colorado
12 produce less than Suncor actually sells to its
13 customers in terms of gasoline and diesel?
14     A.   I'm not exactly sure how to answer that
15 question, if they produce less than what our demand
16 actually is.
17         No. I would say no.
18     Q.   Okay.
19     A.   We don't.
20     Q.   What leads you to import? What leads
21 to you to buy fuel from other refiners, whether it's at
22 the end of a pipeline or coming from Cheyenne or
23 whatever?
24     A.   The ebb and flow of production and
25 demand.

**Page 23**

1      Q.   I see.
2      A.   And refinery issues, turnarounds,
3  issues like that.
4      Q.   Is that ebb and flow predictable on a
5  yearly basis? You can pretty much predict how much
6  fuel and when you're going to have to buy it from
7  other refiners?
8      A.   There is seasonality. The magnitude of
9  the volume is not -- not particularly predictable.
10     Q.   Tell me about the seasonality.
11     A.   Summer months, for instance, we had
12 historically had to purchase premium gasoline because
13 our refinery was unable to meet the octane specs for
14 summer months, so we had to purchase to blend with
15 our product to meet -- to meet specifications.
16     Q.   And that was something you could
17 predict year to year. You would just pretty much
18 know you're going to have to import, or buy from
19 somebody else I should say --
20     A.   Yes.
21     Q.   -- premium.
22     A.   Yes. We had been, but we haven't
23 purchased to do that since 2010.
24     Q.   What happened in 2010? Some upgrade in
25 the refinery?

**Page 24**

1      A.   We went to 100 percent E-10 blending,
2  ethanolized. We were blending ethanol into our
3  premium. We no longer needed to buy premium to blend
4  with our product to meet a clear premium spec.
5      Q.   I want to be sure I understand. Before
6  this change in 2010 was it the refinery couldn't
7  produce enough premium to add ethanol to to meet
8  summer demand?
9      A.   No. We were selling a clear premium
10 gasoline at the time, and we couldn't produce enough
11 clear premium to meet our demand.
12     Q.   So what changed? Walk me through that
13 again.
14     A.   We stopped selling clear premium.
15         So when you blend ethanol into
16 gasoline, you get an octane bump, so we were able to
17 meet the premium spec with ethanol.
18     Q.   So by diverting clear premium from
19 sales as clear premium, you're keeping it and
20 blending it with ethanol to create E-10, and that
21 satisfied all your demand.
22     A.   Yes.
23     Q.   After that change what other -- say
24 through 2011 what other products in gas and diesel
25 could you predict on a seasonal basis the company

**Page 25**

1  would have to supplement supply by buying from other
2  refiners?
3      A.   Jet fuel. We do buy a substantial
4  amount of jet fuel during the winter months.
5          And then beyond that it wasn't exactly
6  predictable.
7      Q.   So it would happen on a case by case
8  basis.
9      A.   Yes.
10     Q.   You need something to supply demand,
11 then it's your job to go find it and buy it.
12     A.   Yes.
13     Q.   How does the word trickle to you -- how
14 do you know that I've got to go out and buy
15 something? How does that message or need get to you?
16     A.   We have weekly meetings with the
17 refinery planning group where we have our, I guess,
18 spreadsheets, graphs of what our production numbers
19 are, what our inventory levels are, what our demand
20 numbers are on a rolling three-month plan.
21     Q.   So you have an idea of supply that way.
22     A.   Yes.
23     Q.   On a rolling three-month basis.
24     A.   Yes.
25     Q.   How often do these meetings occur?

7 (Pages 22 to 25)

JAMES PISCATELLI - DECEMBER 7, 2012

Page 26

1    A.   We have the three-month plan once a
2  month, and then we have weekly meetings as more of a
3  tactical where do we sit.
4    Q.   Each week are you doing a three-month
5  plan from that week, or are you staying within your
6  three-month plan until three months later when you do
7  a new one?
8    A.   The weekly meeting is where we pretty
9  much sit within the month and then maybe where we
10  project to be next month.
11    Q.   And the spreadsheet you're talking
12  about is known as what?
13    A.   It's the LOOP meeting. It's the Light
14  Oil Optimization Planning meeting.
15    Q.   And that is also the name of the
16  spreadsheet?
17    A.   We call it the LOOP graphs.
18    Q.   The LOOP graphs.
19         All right. So as a result of that
20  meeting you know as best anybody could tell you what
21  supply is for the next three months. Right?
22    A.   For the LOOP meeting what supply is for
23  the current month and maybe going out into next
24  month.
25    Q.   Out one or two. Okay.

Page 27

1    A.   Because when you start to get out into
2  two, three, four months down the line, it's subject
3  to significant change, unless there are turnarounds
4  we need to plan for.
5    Q.   And when you attend these LOOP
6  meetings, does someone also attend who updates you on
7  demand?
8    A.   The rack forward. There's a
9  representative from rack forward.
10    Q.   Is that usually the director of rack
11  forward?
12    A.   It is typically the sales team lead.
13    Q.   So right now would that be Steve Ewing?
14    A.   It would be Steven Curtis or Doug
15  Vejner.
16    Q.   Back when Kendall Carbone was director
17  of rack forward sales, was she the one who came to
18  this LOOP meeting?
19    A.   Yes.
20    Q.   All right. When the rack forward
21  people show up at this meeting, are they bringing
22  data to input or to be considered in contrast to
23  supply, here's what we think demand is?
24    A.   Yes.
25    Q.   What do you call that?

Page 28

1    A.   The rack — just the rack forward
2  demand numbers.
3    Q.   But is there a particular form or
4  spreadsheet or something that they typically supply?
5    A.   I'm not sure. Not to me. They don't
6  supply anything directly to me, no.
7    Q.   Then how do you find out what — how to
8  match the supply you've been told you're going to
9  have to the demand?
10    A.   They nominate on a monthly basis.
11  There's a spreadsheet that they enter their
12  nominations into. And that goes —
13    Q.   Projected sales nominations?
14    A.   Right.
15    Q.   You told me about that earlier.
16    A.   Right.
17    Q.   So that's a spreadsheet you get on a
18  monthly basis.
19    A.   It — it's in a shared drive. They
20  update it for the year and then make tweaks here and
21  there to it.
22    Q.   So you can access it when you're making
23  your rack price decisions.
24    A.   No.
25    Q.   No?

Page 29

1    A.   I don't use it, no.
2    Q.   So rack price decisions are separated
3  from demand, I take it.
4    A.   Yes.
5    Q.   And is it then correct that really what
6  rack pricing decisions are is a function of market
7  conditions?
8    A.   Yes.
9    Q.   And jumping ahead, when somebody's —
10  when the rack forward people set a discount for a
11  particular product under a particular contract,
12  anybody, the discount is not reflective of market
13  conditions but rather some other factors. What
14  reflects market conditions is your rack price. Is
15  that right?
16    A.   I'm not privy to their discounts. I'm
17  not involved in that process so I couldn't speculate.
18    Q.   Can you tell me whether you think —
19  whether it's your belief that — or your
20  understanding I should say — let me start again.
21         Do you have an understanding as to
22  whether the setting of discounts by the rack forward
23  people is in any way based on a view of the market
24  conditions that you have to consider when you're
25  setting rack price?

JAMES PISCATELLI - DECEMBER 7, 2012

**Page 30**

```
1        A.   I'm not -- I'm not in with them when
2   they do their contracts or set their discounts.  I
3   couldn't --
4        Q.   So you just don't know.
5        A.   I couldn't speculate.
6             That's -- to further that, that is why
7   pricing is set in my group, because I am -- it needs
8   to be separated from the rack forward group.  I don't
9   allow them to dictate what I do because there's a
10  conflict of interest there.
11       Q.   Expand on that for me.  I think I
12  understand the concept, but you're the expert in
13  this.  Tell me what's your reasoning behind that.
14       A.   There is a distinct conflict of
15  interest if they were setting the rack price of what
16  they're selling to their customers and doing
17  discounts off of that.  So I am held to a different
18  set of rules as I look at market conditions.  So it
19  takes out the ability for the rack forward team to
20  create a conflict.
21       Q.   Kendall Carbone described a process
22  which she said was very informal in which if a
23  contract with a purchaser -- we're talking about in
24  the rack forward end of Suncor's business -- if a
25  contract was being proposed with a particular
```

**Page 31**

```
1   discount, that there was an informal review of that
2   contract by people not only in rack forward but, if I
3   recall correctly, even you would participate.  In
4   other words, it was -- she described it as we have a
5   bull pen, you know, cubes or something, and there
6   would be informal discussion about whether a contract
7   was a good idea.
8             Were you ever part of that process?
9        A.   Not -- not that I recall.  If it's
10  informal enough, then I don't specifically remember
11  anything.
12       Q.   Let me ask you a question that will
13  probably just foreclose a lot, and that is, you're
14  aware that in 2009 the company, responding to an RFP
15  from Kroger, eventually entered a contract with
16  Kroger, which is the Dillon Company grocery stores
17  and then later Loaf 'N Jug convenience stores.
18            You're familiar with that much, is that
19  correct?
20       A.   That we do business with them, yes.
21       Q.   Yes.  Were you ever involved in any way
22  in the decision-making process with respect to what
23  discount off rack Kroger would get?
24       A.   No.
25       Q.   Were you --
```

**Page 32**

```
1        A.   I don't believe so.
2        Q.   -- involved at all in the
3   decision-making process as to what version of rack
4   price would be in the Kroger contract?  In other
5   words, Suncor rack or OPIS average or anything like
6   that.
7        A.   No.
8        Q.   All right.  Let's go back to your
9   effort to set -- the work you have to do every day to
10  set the rack price.
11       A.   Okay.
12       Q.   What do you look at in order to figure
13  out -- to assess what the competition is doing?  Is
14  that strictly a look at the OPIS report?
15       A.   Yes.
16       Q.   Meaning you're looking what OPIS
17  reported was the last rack price that they had --
18       A.   Yes.
19       Q.   -- that is, your competition had?
20       A.   Yes.
21       Q.   Is there anything else you look at to
22  find ow what the competition is doing?
23       A.   Not specific data, no.
24       Q.   So I'm judging from your question
25  (sic), I'm guessing there's sort of an industry-wide
```

**Page 33**

```
1   body of knowledge.  You read the trade magazines, you
2   read the newspaper and so forth.
3        A.   Yes.
4        Q.   What are the important published
5   resources, the general resources, that you regularly
6   pay attention to?
7        A.   OPIS publishes News Alert, is what they
8   call it, and Dow Jones for any actual refinery
9   operations.  If there's a fire or something like
10  that, it will be reported.
11       Q.   Is that a newswire or --
12       A.   Yes.
13       Q.   -- now probably an e-mail you get,
14  headlines from Dow Jones?
15       A.   Yeah, I have it streaming on a
16  computer.
17       Q.   All right.  Do you stream OPIS too?
18       A.   The -- yes, I have an OPIS ticker, so
19  the Group III and the Gulf price that I talked about
20  earlier are on the screen.  The individual daily
21  prices, what the competition is doing, is not, it's
22  not streamed.
23       Q.   So that's what you're looking at, this
24  e-mail from OPIS?
25       A.   Yes.
```

JAMES PISCATELLI - DECEMBER 7, 2012

Page 46

1    Q.   Well, what do you consider?  This is
2  under Factors That Determine Our Pricing Policy.
3  What do you mean by customer impact in terms of
4  determination of pricing policy?
5    A.   The -- so I have over here
6  Differentials, so it kind of feeds right into
7  Differentials on page 70, that if our price is too
8  disconnected from our surrounding markets and thereby
9  our competition, say Holly Frontier in Cheyenne or
10 the Group or the refineries in Salt Lake City, that
11 might incentivize product to come into this market,
12 that they can make much more money sending it in
13 here, or vice versa, that our product might flow out
14 of the market.  So I have to look at the impact to --
15 and when I say customer, it's a very broad term,
16 probably not the best usage of it, that -- of our
17 surrounding markets.
18    Q.   Down at the bottom of the next page,
19 70, Other Factors, driving the marketplace, sending a
20 message and market correction.  Tell me what you mean
21 by those three.
22    A.   Specifically driving the marketplace,
23 if the -- again to -- that's why it flows in this
24 direction, Customer Impact, Differentials and Other
25 Factors.  If the prices based on our surrounding

Page 47

1  markets are too high or they're too low, we need to
2  move our -- we need to move our price, and sometimes
3  we need to make larger moves in any one direction to
4  try and change our price.  And it all kind of feeds
5  in the same thing, sending a message that we -- you
6  know, because I can't have the conversation with our
7  competition that if someone is going particularly low
8  I'm not going chase them to the bottom, lower the
9  racks.  And the same thing, I'm not going to chase
10 up, or maybe I need to go up.  And -- and then market
11 correction if -- again, if prices are too low or
12 prices are too high, that I need to try and -- I need
13 to bring sanity at least from what I control, my
14 prices, to the market.
15    Q.   OPIS publishes in various ways; a rack
16 average price, Denver rack average for instance.
17        You're familiar with that?
18    A.   Yes.
19    Q.   And is the obvious true, that Suncor's
20 rack price is going to be part of that average?
21    A.   Yes.
22    Q.   For a given product?
23    A.   Yes.
24    Q.   Do you ever set rack price considering
25 what the average is?  In other words, you're trying

Page 48

1  to push the average one way or the other?
2    A.   I set my price based on what the rack
3  average might be but not with the intent to bring the
4  rack average up.  I don't control enough to move it
5  significantly one way or another.
6    Q.   Like for instance regular unleaded
7  E-10 -- well, am I correct that Suncor roughly
8  supplies about 30 -- 33 percent of the market in
9  Colorado?
10    A.   I'm not sure of the specific number.
11    Q.   How many other refiners are part of
12 that average?
13    A.   I'm not sure I specifically have them
14 all, but Phillips, Valero, Cenex, Shell, Sinclair,
15 Holly Frontier, and then we have -- there are others
16 who ship product into this market, like Growmark or
17 Musket, who post prices in OPIS.
18    Q.   And do you know if OPIS's rack average
19 is simply an average of those numbers, or is it
20 weighted by the volume connected with those numbers?
21    A.   It's purely weighted by the rack
22 prices.  It has no volume consideration to it.
23    Q.   So somebody who's publishing a rack
24 price who sells, I don't know, 10,000 gallons a month
25 is getting the same weight as Suncor who's selling a

Page 49

1  lot more?
2    A.   Yes.
3    Q.   All right.  We've gone through both
4  with and without this -- the Factors That Determine
5  Our Pricing Strategy, which is in Exhibit 97.
6        Can you think of any other factors that
7  we haven't talked about that aren't in this document
8  that you consider when you're setting rack price?
9  I'm not suggesting there are any, but I just want to
10 make absolutely certain as best we can today that
11 we've talked about everything.
12    A.   Nothing that I can think of, no.
13    Q.   Now, do you participate at all in any
14 way with the rack forward people in their decision as
15 to what version of rack price will be in a contract?
16 In other words, whether it's going to be Suncor rack
17 or rack average or yesterday's rack average or
18 anything like that?
19    A.   The -- no, I don't, not in the
20 determination of what they use, no.
21    Q.   Your answer suggests there's something
22 you're involved with.
23    A.   The deepest I would have gone
24 historically in my role as the pricing analyst would
25 have been to provide numbers, because I had access to

JAMES PISCATELLI - DECEMBER 7, 2012

**Page 54**

1    Q.   And if the market conditions change,
2    the rack price will change, or at least you'll look
3    at it and decide if it's going to change?
4    A.   Yes.
5    Q.   Now, you said that one of the factors
6    was projected sales nominations. I got that right?
7    A.   That projected sales nominations feed
8    into the meeting which feed into supply.
9    Q.   Yes.
10   A.   But on a -- in terms of setting
11   pricing, I don't specifically look at our
12   nominations, no.
13   Q.   You don't.
14   A.   No, I look at our inventories, which
15   the projected -- the nominations feed into the LOOP
16   meeting, which determine what our supply is from an
17   inventory position.
18   Q.   The nominations -- maybe I
19   misunderstood. I understood the nominations to tell
20   you -- or to tell the group the projected demand.
21   A.   To tell the group the -- the LOOP
22   meeting?
23   Q.   Yes.
24   A.   Yes. Yes, they do.
25   MR. SHAHEEN: Ken, can I interrupt for

**Page 55**

1    a second? You know, given the level of specificity,
2    and they are fair questions, don't get me wrong, can
3    we just mark this whole transcript Confidential, Ken?
4    I'll work my way through it afterwards?
5    MR. BENNINGTON: That's fine.
6    Q.   (BY MR. BENNINGTON) So do you or do you
7    not take into account in setting your rack price what
8    you understand demand to be?
9    A.   At a macro level, yes.
10   Q.   In other words -- well, what do you
11   mean by macro level? I know, but let's --
12   A.   The demand -- what the demand in our
13   market is. If demand overall is sluggish or
14   demand -- like the winter season demand for diesel is
15   higher, in the summer demand for gasoline is higher.
16   Q.   So macro level means your company and
17   everybody else, all the demand in your market.
18   A.   Yes.
19   Q.   Do you in setting your rack price look
20   at demand at the Suncor level? In other words, what
21   your customers are demanding, what you're committed
22   to sell or what you want to sell?
23   A.   Not -- not by customer and not on a
24   daily basis.
25   Q.   You said not by customer?

**Page 56**

1    A.   No, I don't -- not to any specific one
2    customer. I use it as an amalgamation of all of
3    our -- the total overall Suncor demand.
4    Q.   The projected sales nominations, does
5    that mean, does that term mean from the rack forward
6    group here's how much over the next period of time
7    we're committed to sell or we think we can sell?
8    A.   Yes.
9    Q.   And when they convey to you that data
10   regarding demand from your customers, do you also
11   know in terms of who the big customers are what their
12   demand is going to be?
13   A.   No.
14   Q.   Do you take into account in any sense
15   that a certain amount of our demand is committed to
16   one, two, three, four, five big customers, and then
17   there's other demand which we should take into
18   account in setting our market price?
19   A.   No.
20   Q.   Flatly not.
21   A.   No.
22   Q.   I'm correct, flatly not?
23   A.   No, I do not consider any one
24   individual customer.
25   Q.   How about groups of customers, like

**Page 57**

1    long term contracts versus what you folks call spot
2    contracts?
3    A.   No.
4    Q.   While we're on Exhibit 97, I want to
5    ask you some other questions about it.
6    First of all, just in general, as being
7    part of a team that produces this, are you satisfied
8    that it's -- this particular version, but this report
9    is generally accurate and factual?
10   A.   I'm only -- I'm only responsible for my
11   portion of it. So understanding is that April,
12   Teresa and Angela are putting in factual information.
13   Q.   Over the period of time that you've
14   been involved in the production of the report, I take
15   it it has proved to be generally factual and
16   accurate and reliable?
17   A.   My portion of it, yes.
18   Q.   And everybody else's too. I mean, do
19   you have any reason to think that everybody else's
20   portion is not reliable?
21   A.   I have no reason to think that.
22   Q.   Okay. What portion -- direct me by
23   page where you supply the information that's in this.
24   A.   55 through 71.
25   Q.   All right. Well, that's easy.

JAMES PISCATELLI - DECEMBER 7, 2012

Page 58

1    A.  I was waiting for the question.
2    Q.  You expected that.  Okay.  And then
3  55 --
4        MS. CRAIGMILE:  Maybe you should add
5  corporate lawyer to the rest of your job duties.
6   -- Q.  (BY MR. BENNINGTON) 55 is the heading
7  The Value Chain?
8    A.  Yes.
9    Q.  By the way, when you give a
10  presentation based on the current version of this
11  report, do you have a separate set of talking notes?
12    A.  No.
13    Q.  So you're doing it extemporaneously so
14  to speak from these slides.
15    A.  Yes.
16    Q.  Then let's go to page 56.  Up in the
17  upper left it says Wyoming - Frontier, Sinclair;
18  Montana - Exxon, Cenex and Conoco.  And there are
19  arrows pointing downward on the page through a
20  pipeline to Plains Rocky Mountain Pipeline, correct?
21    A.  Yes.
22    Q.  And that's -- the box there is DuPont
23  terminal.
24    A.  Yes.
25    Q.  Suncor does not own the DuPont

Page 59

1  terminal, correct?
2    A.  Correct.
3    Q.  But from the DuPont terminal, for
4  instance, the Fountain terminal is supplied by
5  pipeline.
6    A.  It can be supplied directly from the
7  DuPont terminal.  There is actually a pipeline --
8  this is not entirely accurate.  Yes, it can come out
9  of the DuPont terminal, but we can also feed directly
10  into Fountain without going through the DuPont
11  terminal.
12    Q.  How do you do that, pipeline or rail?
13    A.  Pipeline.
14    Q.  So there is a pipeline from the Suncor
15  box in the middle over to the Plains Rocky Mountain
16  Pipeline terminal.
17    A.  Yes.  It kind of skirts the DuPont
18  terminal but...
19    Q.  All right.
20    A.  We don't have to go into the tank at
21  DuPont to go into Fountain.
22    Q.  I see.  And someone else, that is --
23  Rocky Mountain Pipeline is a separate company.
24  Suncor does not own that terminal, do they?
25    A.  No, we do not.

Page 60

1    Q.  Now, the arrows pointing down from
2  Wyoming and Montana, what's the significance of that?
3  What's happening there?
4    A.  That is the direction the pipeline
5  flows.
6    Q.  And is this what we talked about
7  earlier, that it's occasionally or at some --
8  periodically sometimes on a seasonal basis, at least
9  up until 2010, Suncor had to obtain fuel from other
10  refiners and this is an example of that happening?
11    A.  We -- the premium that we were buying
12  up until 2010 was bought from Valero, the McKee
13  refinery.  It's on the lower right-hand portion of
14  the...
15    Q.  All right.  Then why is the Wyoming and
16  Montana box up there at all?
17    A.  Because that is -- that -- this is to
18  show to the new hires how product flows into this
19  market.  That's exactly what this slide really is.
20    Q.  Okay.  But is it also correct that from
21  time to time Suncor is obtaining product via that
22  pipeline?
23    A.  We have bought product off that
24  pipeline, yes.
25    Q.  And that is the process you've told me

Page 61

1  about that really is to some extent seasonal but also
2  just based on the vagaries of refining and supply; if
3  you need it, that's one place you can get it.
4    A.  Yes.
5    Q.  Okay.  The Valero McKee refinery,
6  that's McKee, Texas, right?
7    A.  Yes.
8    Q.  There's a pipeline coming from Valero,
9  and then it mentions a NuStar Colorado -- Colorado
10  Springs terminal.  Is that the same -- it's not the
11  same as Fountain, is it?
12    A.  No.
13    Q.  So what significance does that terminal
14  have for Suncor's operations?
15    A.  It's a competing terminal in the
16  Colorado Springs area.
17    Q.  Suncor customers do not pick up at that
18  terminal, correct?
19    A.  Not typically, no.
20    Q.  So what you're saying is there could be
21  some emergency or dislocation that might result in
22  that happening?
23    A.  The potential that I could get product
24  there exists, yes, but I do not regularly do that.
25    Q.  And it's also possible by way of

JAMES PISCATELLI - DECEMBER 7, 2012

**Page 66**

1 the direction --
2    Q.   You don't know which molecule is
3 flowing into the truck is what you're saying.
4    A.   I don't know.
5    Q.   But is it accurate to say that in a
6 truckload of fuel this mixed-together fuel is ending
7 up in that truck?
8    A.   The fuel being sold out of that tank,
9 yes, is ending up in that truck.
10    Q.   And the fuel in that tank is
11 mixed-together commingled fuel, right?
12    A.   The fuel is mixed together in that
13 tank.
14    Q.   And when we're talking about that fuel,
15 we're talking about gasoline in that case, right?
16    A.   Diesel as well.
17    Q.   What we just talked about, the
18 mixed-together issue --
19    A.   Yeah.
20    Q.   -- could be either gasoline or diesel.
21    A.   Yes.
22    Q.   Where else do Suncor customers pull
23 fuel that, say, could be possibly mixed with fuel
24 that is both originated at a Suncor refinery or a
25 refinery outside of Colorado?

**Page 67**

1    A.   DuPont.
2    Q.   Okay.
3    A.   Or our Commerce City refinery.  And
4 Fountain.
5    Q.   Who owns the DuPont terminal?
6    A.   Plains.
7    Q.   Is that separate from Rocky Mountain
8 Pipeline?
9    A.   It's called Plains Rocky Mountain
10 Pipeline.
11    Q.   Same --
12    A.   It's -- yeah, they're the same.
13    Q.   All right.
14    A.   It was originally Rocky Mountain
15 Pipeline was the company, Plains bought it and kept
16 the name Rocky Mountain Pipeline.
17    Q.   When a customer's truck pulls up to the
18 rack in Commerce City -- you've got two racks, right,
19 east and west?
20    A.   Yes.
21    Q.   And when a customer pulls up -- let me
22 back up.
23       Are the east and west racks different
24 in terms of their supply?
25    A.   They are supplied by the refinery, by

**Page 68**

1 the refinery tanks, they're supplied out of different
2 tankage at the refinery.
3    Q.   But is there a set of tanks for the
4 east rack and a set of tanks for the west rack?
5    A.   Yes.
6    Q.   To the extent there's pipelines feeding
7 into any of those tanks from fuel -- with fuel
8 supplied by other refiners.
9    A.   The fuel supplied outside of our
10 refinery does not go directly into any of the tanks
11 that go directly to our racks.
12    Q.   Where does it go?
13    A.   It goes into -- we have a number of
14 other tanks that it goes -- that it goes directly
15 into.
16       So if we receive off the Valero line,
17 it can go into a number of tanks, but they don't go
18 directly into our rack.  They go into blend tanks.
19    Q.   And do the east and west racks
20 generally pull from the same group of blended tanks?
21    A.   No, not generally.
22    Q.   Well, but they both -- do the east and
23 west racks both pull from tanks where blending may
24 have occurred with Suncor refined fuel and other
25 refined fuel?

**Page 69**

1    A.   Yes.
2    Q.   So it's possible in any given day that
3 a truck pulling up either to the west or east rack
4 for gasoline could be getting at least in part some
5 fuel blended from Suncor refinery and somebody else's
6 refinery.
7    A.   I couldn't say specifically what
8 they're going to get.
9    Q.   I asked you if it's possible.  It's
10 possible that they could get this blended fuel.
11    A.   It is -- if they are going to pull out
12 of one of those blended tanks, it's possible.
13    Q.   Now, if you wanted to go -- if you
14 wanted to figure out what the source of fuel that
15 is -- and I'm talking about the refinery source --
16 what the refinery source was on any given day, could
17 you do that?
18    A.   You have to ask that question again.
19    Q.   All right.  Let's use my one truck
20 rolls up -- let's just say for a given day of
21 delivery at the rack, do you have access to records
22 that could tell you that day 20 percent of that fuel
23 was refined by other people and about 80 percent was
24 refined by Suncor?
25    A.   No.

18  (Pages 66 to 69)

JAMES PISCATELLI - DECEMBER 7, 2012

**Page 74**

1    Q.    Then Explorer starts in Pasadena, Texas
2    and connects to Magellan system in Tulsa.
3            And that means it also ends up at the
4    Magellan terminal.
5        A.    Yes.
6        Q.    Who's the refiner in Pasadena, Texas?
7        A.    It's a -- it's a main -- it's the Gulf
8    of Mexico.
9        Q.    Oh, I see.
10       A.    There are a number of -- it's just a
11   potential source of product.
12       Q.    I see.  So it's a hub of a whole bunch
13   of pipelines from Texas.
14       A.    Yes.
15       Q.    And, well, the Gulf.
16       A.    Yeah, you've got all the -- all the
17   guys there.
18       Q.    All right.  Let's go to the next page,
19   Colorado Supply Channels.  First bullet point is Gas
20   and Diesel, Local Refineries.
21           Well, first of all, what is the point
22   of this slide?
23       A.    To give the new hires just a
24   perspective on what other refineries there are in
25   this region.  And to feed into the next slide, what

**Page 75**

1    are competition -- what those refineries are.
2        Q.    All right.  So when you say
3    Colorado-Wyoming Dedicated Pipeline Connections,
4    you're -- well, I don't know.  Tell me.
5            What does that sub bullet starting with
6    Local Refineries, what does that mean?
7        A.    That the -- what I determine to be
8    local refineries are refiners who can get their own
9    product directly into Denver, and they have a -- in
10   this case that might determine them to be local if
11   they have a pipeline source in here.
12       Q.    I see.  And by doing that they're
13   getting, at least back at this time in August of
14   2010, 116,000 barrels a day into the local market.
15       A.    That was --
16       Q.    That was your estimate.
17       A.    That number came from 2009, but yes.
18       Q.    All right.  Let's talk about ethanol
19   and bio diesel -- ethanol, not bio diesel.
20           Am I correct that there's nobody
21   refining ethanol in Colorado?
22       A.    Refining or producing?
23       Q.    Well, producing, I guess.
24       A.    There are -- there are at least three
25   plants producing ethanol in Colorado.  I believe

**Page 76**

1    there are more, but I buy from three plants in
2    Colorado.
3        Q.    You do.  Do you also buy from plants
4    outside of Colorado?
5        A.    I do.
6        Q.    Let's go back to 2010-2011.  Was it the
7    same answer?
8        A.    Yes.
9        Q.    And proportionally, out of 100 percent
10   of your ethanol needs, how much came from the plants
11   in Colorado and how much came from outside?
12       A.    Inside of Colorado is probably
13   two-thirds.
14       Q.    So two-thirds of your ethanol needs --
15       A.    Come from inside of Colorado.
16       Q.    And a third from out.
17       A.    Yes.
18       Q.    And that was the same roughly in
19   2010-2011 as it is today?  Rough numbers.
20       A.    Roughly.  Roughly, yeah.
21       Q.    Are there more people getting into the
22   ethanol business or is that stabilized?
23       A.    Producing ethanol?
24       Q.    Yeah.
25       A.    No.  It's a bad time to be producing

**Page 77**

1    ethanol.
2        Q.    That's what I thought.
3            Do you have trouble getting it?
4        A.    No.
5        Q.    Are you concerned about the future
6    being able to get it?
7        A.    No.
8        Q.    On the next page, Competitive
9    Landscape, Frontier and their 52,000 barrels a day,
10   that's fuel that's ending up in Colorado and
11   competing with you -- or competing with you also in
12   Cheyenne.
13       A.    That's their crude rate on a daily
14   basis.
15       Q.    Oh.  So that's how much crude they're
16   refining?
17       A.    That's how much crude they can run.
18       Q.    Oh.  By comparison, how much crude,
19   let's say in August 2010, could Suncor run?  What's a
20   comparable number for Suncor?
21       A.    Probably 100,000 barrels.
22       Q.    And the out of market competition
23   is refiners who are outside of your market but
24   nonetheless could affect it by their product somehow
25   getting into your market.

JAMES PISCATELLI - DECEMBER 7, 2012

Page 174

1  on.
2      A.   That's probably -- it's --
3      Q.   You don't have to answer that one.
4  Okay.
5      A.   I can't say.
6      Q.   We'll have to do our own research on
7  that if we care.
8      A.   You can go to the OPIS website, and
9  it'll tell you precisely how they get their data.
10     Q.   So your spreadsheet has got OPIS,
11 Group III, Gulf.  What else?
12     A.   OPIS, Group III, Gulf, our competitors.
13 I think I laid out what's all on the spreadsheet.
14     Q.   And the competitors is something you're
15 lifting off of OPIS, right?
16     A.   It's being fed in from the OPIS
17 reports, yes.
18     Q.   And does all this come from the --
19     A.   Market View.
20     Q.   Market View?
21     A.   Yes.
22     Q.   Is there anything that goes in your
23 spreadsheet that's not available on Market View that
24 you have to input yourself or get from some other
25 source?

Page 175

1      A.   No.
2      Q.   So you could -- is it correct then you
3  do your job basically using Market View data as the
4  references?
5      A.   The Market View provides me a historic
6  look.
7      Q.   Okay.
8      A.   So...
9      Q.   I want to go through -- to some extent
10 this is a bit redundant with this morning, but I've
11 got to make sure I understand.  I promise we'll be
12 out of here in less than an hour.  But I want to go
13 through each of these racks and make sure I
14 understand, the terminals, where possibly fuel could
15 be supplied from.
16          Would you go to page 56 of your --
17     A.   Yeah.
18     Q.   Okay.  Let's start out with the DuPont
19 terminal.  I'm not asking you to tell me what fuel is
20 there at any given time.  I want you to -- I want to
21 go through what could possibly be the source of fuel
22 that's delivered at the rack at Fountain -- I'm
23 sorry, in this one, in this case, at DuPont.  Okay?
24     A.   Clarify the source of fuel?
25     Q.   Well, the refiner of fuel.

Page 176

1      A.   Okay.
2      Q.   Do I have it correct that then at
3  DuPont the refiner could be Frontier, Sinclair,
4  Exxon, Cenex or Conoco?
5      A.   Yes.
6      Q.   And the refiner could also be Suncor.
7      A.   Yes.
8      Q.   Anyone else that you know of, maybe
9  that's not on this little flow chart?
10     A.   I am not entirely sure, but Conoco
11 could potentially push product into that terminal.
12     Q.   Okay.  Well, Conoco was one of the ones
13 I listed there in your box up at the top.
14     A.   Yeah.
15     Q.   So we've covered everybody you can
16 think of now for DuPont?
17     A.   Yes.
18     Q.   Let's go to Fountain.  Is the answer
19 the same?
20     A.   Yes.
21     Q.   And at both of these terminals, fuel
22 from all of those refiners could be commingled in the
23 tanks.
24     A.   Yes.
25     Q.   Let's go to Suncor.  Plant 1.  Is that

Page 177

1  the east plant?
2      A.   That's the west plant.
3      Q.   Okay.  Suncor Plant 1, which is the
4  west plant.  In addition to Suncor refined fuel, what
5  other refiners could be potentially supplying the
6  rack there?  I'm sorry.  Let me say that again.
7          What other refiners could be the source
8  of fuel supplied at the rack at Plant 1?
9      A.   It's difficult to say because I don't
10 know how -- I could tell you who was supplying
11 product to Suncor but not specifically what is going
12 to the rack.
13     Q.   Okay.  Fair enough.  And what you've
14 told me what could be coming to Suncor is
15 potentially, in addition to Suncor fuel, Valero's
16 McKee refinery fuel.
17     A.   Yes.
18     Q.   And possibly Conoco's Borger refinery.
19     A.   Yes.
20     Q.   Anyone else?
21     A.   The Wyoming and Montana refineries as
22 well.
23     Q.   Okay.
24     A.   Or the Wyoming and Montana refineries
25 listed there.

19b93801-0e02-48dc-994f-82a867327cb9