IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation; WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs,

vs.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Defendant.

vs.

HOSSEIN AND DEBRA LYNN TARAGHI,

    Third Party Defendants.

## DECLARATION OF ANGELA SHIELDS

I, Angela Shields, declare the following to be true to the best of my knowledge and information:

1. I am a Fuels Quality Specialist at Suncor Energy (U.S.A.) Inc. ("Suncor"), a position I have held for approximately two years. Before becoming a Fuels Quality Specialist, I held the position of Products Blender at Suncor's Commerce City, Colorado refinery (the "Refinery"). I have a B.S. degree in chemical engineering and a Master of Business Administration. Through my education and work experience, I have knowledge of, and familiarity with, fuel blending, fuel additives, and fuel quality.

2. I have been asked to explain the differences in the types of conventional gasoline purchased by Western Convenience Stores, Inc. ("WCS") from Suncor from October 2009 through April 2011, and how such gasoline can be changed into different products through blending and the use of fuel additives at the Refinery. Some of these product descriptions are specific to operations at the Refinery, and the nomenclature used by others in the industry may be different. In general, those types of gasoline products are as follows:

    a. <u>Premium Unleaded Gasoline (PUL)</u>: PUL is a grade of gasoline which has a specific antiknock index (also known as octane rating, posted octane or (R+M)/2) of 91. Antiknock index, or octane, of a fuel is a measure of its resistance to "knock" when combusted. Octane requirements can vary widely for vehicles and their mode and place

EXHIBIT AA

of operation. Thus, octane is one of the primary quality measurements for gasoline. PUL is in a "clear" state, meaning it does not contain any ethanol.

    b.    Premium Unleaded Gasoline E-10 (PUL E-10): PUL E-10 is created by blending sub-premium unleaded gasoline, which is a different product that has a lower octane rating of 89 ("subPUL"), with approximately 10% ethanol by volume to raise its octane rating to 91. The result is a new product, PUL E-10. PUL and PUL E-10 are not the same product. Federal and state regulations recognize a distinction between these two products because of their renewable fuel content and regulated vapor pressure.

    c.    Regular Unleaded (RUL): RUL is a grade of gasoline which has a specific octane rating of 85. RUL is in a "clear" state, meaning it does not contain any ethanol.

    d.    Regular Unleaded E-10 (RUL E-10): RUL E-10 is created by blending sub-regular unleaded gasoline, which is a different product that has a lower octane rating of 82 ("subRUL"), with ethanol, thereby creating a new product, RUL E-10. RUL E-10 has an octane rating of 85. RUL and RUL E-10 are not the same product. Federal and state regulations recognize a distinction between these two products because of their renewable fuel content and regulated vapor pressure.

    e.    Midgrade Unleaded Gasoline (MUL): MUL is a grade of gasoline which has a specific octane rating of 87. MUL is created by blending RUL and PUL in a 65% to 35% ratio.

    f.    Midgrade Unleaded Gasoline E-10 (MUL E-10): MUL E-10 is created by blending three different products: subPUL, subRUL, and ethanol. The result is a new product, MUL E-10. It has an octane rating of 87. MUL and MUL E-10 are not the same product. Federal and state regulations recognize a distinction between these two products because of their renewable fuel content and regulated vapor pressure.

3.    I have been asked to review the Purchase Transaction Summaries and supporting documents produced by Suncor in this case (Bates Nos. 43626-28; 43802-06; 43819-23; 43826; 43828; 43970; 44187-98; 44374; and 44386) (collectively, the Purchase Transaction Summary Documents"). These documents identify Suncor's purchases of gasoline and diesel that was produced outside of Colorado. This Affidavit is based solely on that review and my personal knowledge. My conclusions, and the documents I have reviewed to reach those conclusions, are as follows:

    a.    PUL E-10: From October 2009 through March 2011, WCS could not have purchased PUL E-10 from Suncor that was created with subPUL produced outside of Colorado. I know this because I have reviewed the Purchase Transaction Summaries for this period that identify Suncor's purchases of gasoline that was produced outside Colorado (Bates Nos. 43626-28; 43802-06; 43819-23; 43826; 43828; 43970; 44187-98; 44374; and 44386). Those summaries confirm that, from October 2009 through March 2011, Suncor did not acquire any subPUL that was produced outside of Colorado.

    b.    MUL E-10: As explained in paragraph 2.f. above, MUL E-10 is a unique product created by blending subPUL, subRUL and ethanol. As a blended product, MUL E-10 cannot be transported in an interstate pipeline and, therefore, Suncor could not have acquired any MUL E-10 produced outside of Colorado. It is blended by Suncor in Colorado. Based upon my review of the Purchase Transaction Summary Documents, I also confirmed that Suncor did not acquire any MUL produced outside of Colorado from October 2009 through April 2011. Moreover, as explained in paragraph 3.a. above, Suncor did not purchase subPUL produced outside of Colorado from October 2009 through March 2011 that could have been used to create MUL E-10.

    c.    RUL E-10: With the exception of one month (April 2011), none of the RUL E-10 purchased by WCS at the west plant during the relevant period could have been created by using subRUL produced outside Colorado. I know this because I have reviewed the Purchase Transaction Summaries for this period that identify Suncor's purchases of gasoline produced outside of Colorado (identified above). From October 2009 through March 2011, Suncor did not acquire any subRUL produced from outside of Colorado. In any event, with respect to April 2011, SubRUL is a different product than RUL E-10.

    d.    Diesel Fuel: I understand that WCS purchased diesel fuel from Suncor at its west plant truck rack in 2009 and 2010. None of this diesel fuel sold by Suncor could have been produced from outside of Colorado. I know this because the Purchase Transaction Summaries reveal that Suncor did not purchase any diesel fuel produced outside of Colorado in 2009 and 2010 that was delivered to the west plant of the Refinery, which supplies the west truck rack.

Angela Shields  
Fuels Quality Specialist  
Suncor Energy (U.S.A.) Inc.