# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### CHIEF JUDGE  MARCIA S. KRIEGER

Courtroom Deputy:   Patricia Glover               Date: November 20, 2013
Court Reporter:        Terri Lindblom

Civil Action No. 11-cv-01611-MSK-CBS

*Parties*:                                          *Counsel Appearing:*

WESTERN CONVENIENCE STORES, INC,                    Kenneth Bennington
   a Colorado corporation,                          Kathleen Craigmile
                                                    Philip Bledsoe

                    Plaintiff,
v.

SUNCOR ENERGY (U.S.A.) INC,                         Anthony Shaheen
   a Delaware corporation,                          Michael Korenblat

                    Defendant.

---

## COURTROOM MINUTES

---

HEARING:     Final Pretrial Conference.

Previous Final Pretrial Conference held on October 30, 2013.

**4:03 p.m.        Court in session.**

Parties are present.  Also present at plaintiff's table is Hossein Taraghi, and present at
defendant's table is Steve Ewing.

The Court addresses the Revised Proposed final pretrial order filed today.

The parties confirm the matter is ready to be set for trial.

**ORDER:**        Revised Final Pretrial Order (**Doc. #266**) is **APPROVED.**

**ORDER:**        Seven (7) day Jury Trial is set on **March 17-20; 24-26, 2014 at 9:00 a.m.**, in
                  Courtroom A901, 901 19th Street, Denver, CO.

**4:08 p.m.        Court in recess.**

**Total Time:   5minutes.**
**Hearing concluded.**