IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation,

    Plaintiff,

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Defendant,

v.

HOSSEIN AND DEBRA LYNN TARAGHI,

    Third-Party Defendants.

---

**UNOPPOSED MOTION FOR FORTHWITH HEARING ON PLAINTIFF'S MOTION FOR LIMITED DISCLOSURE OF CERTAIN "SECRET" DISCOVERY MATERIALS IN ADVANCE OF MARCH 17, 2014 TRIAL**

---

    Plaintiff Western Convenience Stores, Inc. ("Western"), by and through its undersigned counsel, moves unopposed for "forthwith hearing" by the Court on Plaintiff's Motion for Limited Disclosure of Certain "Secret" Discovery Materials in Advance of March 17, 2014 Trial ("Motion") (Doc. 269). Western requests that the Court set a deadline of 5:00 P.M. January 6, 2014 for Dillon to respond and a deadline of 5:00 P.M. January 8, 2014 for Western to reply.

---

**CERTIFICATION OF COMPLIANCE WITH MSK CIV. PRACTICE STANDARD V.F.1**

    The undersigned certifies that counsel for Western gave notice of filing this motion for forthwith hearing to counsel for Suncor and Interested Party Dillon Companies, Inc. ("Dillon"). Suncor agrees that a forthwith hearing and ruling on the Motion is appropriate. Dillon does not object to the requested relief.

1.      Western's Motion requests that the Court order that Western's counsel be permitted to disclose certain pricing and volume data produced by Dillon under the "Secret" designation as defined by the Supplemental Protective Order.  Western's counsel affirmed that this disclosure is necessary to prosecute its case, and this reason allows the Court to order disclosure of "Secret" documents and information.  *See* Motion ¶¶ 3, 5.

2.      As noted in the Motion, trial is set to begin on March 17, 2014.  The ordinary briefing schedule under D.C.COLO.LCivR 7.1(d) would allow Dillon until January 9, 2014 to respond.  While Western would file its reply, if necessary, shortly after Dillon files its response, the ordinary briefing schedule could result in the Motion not being at issue until just over two months before trial will begin.  Even if the Court were to rule on the Motion as soon as it would be at issue, having to wait until some time in mid-January 2014 to review these critical data with Mr. Hossein Taraghi would not give Western's counsel adequate time to properly prepare for trial.  As stated in the Motion, reviewing these data with Mr. Taraghi is essential to Western's ability to fully and fairly present its case at trial.  *See* Motion ¶¶ 3, 11-13.

3.      Western respectfully requests that the Court set a deadline of 5:00 P.M. January 6, 2014 for Dillon to respond to the Motion and a deadline of 5:00 P.M. January 8, 2014 for Western to reply.  If the Court believes that a hearing is required before ruling on the Motion, Western requests that it be set as soon as possible after completion of the briefing schedule so that the Court can rule on the Motion as soon as possible.

Dated:  December 19, 2013

*s/ Kenneth R. Bennington*

Kenneth R. Bennington
Kathleen E. Craigmile
Adam F. Aldrich
BENNINGTON JOHNSON BIERMANN & CRAIGMILE, LLC 370 17th Street, Suite 3500 Denver, CO 80202
Telephone: (303) 629-5200
Facsimile: (303) 629-5718
*krb@benningtonjonson.com*
*kec@benningtonjohnson.com*
*afa@benningtonjohnson.com*

Philip W. Bledsoe
Joseph T. VanLandingham
Polsinelli, PC
1225 Seventeenth Street, 29th Floor
Denver, CO 80202-5529
Telephone: (303) 572-9300
pbledsoe@polsinelli.com

*Attorneys for Plaintiffs and Third-Party Defendants*

11-cv-01611-MSK-CBS:  MOTION FOR FORTHWITH HEARING ON
PLAINTIFF'S MOTION FOR LIMITED DISCLOSURE OF CERTAIN
"SECRET" DISCOVERY MATERIALS IN ADVANCE OF MARCH 17, 2014 TRIAL

Page 3

**CERTIFICATE OF SERVICE**

  I hereby certify that, on December 19, 2013, copies of the foregoing **UNOPPOSED MOTION FOR FORTHWITH HEARING ON PLAINTIFF'S MOTION FOR LIMITED DISCLOSURE OF CERTAIN "SECRET" DISCOVERY MATERIALS IN ADVANCE OF MARCH 17, 2014 TRIAL** were served on the following parties via the CM/ECF e-filing system:

| | |
|---|---|
| Anthony J. Shaheen | J. Robert Robertson |
| Keeya M. Jeffrey | William L. Monts III |
| Holland & Hart LLP | Hogan Lovells US LLP |
| 555 17th Street, Suite 3200 | 555 Thirteenth Street, N.W. |
| Denver, CO 80201-8749 | Washington, D.C. 20004-1109 |
| AJShaheen@hollandhart.com | robby.robertson@hoganlovells.com |
| KMJeffrey@hollandhart.com | william.monts@hoganlovells.com |
| | |
| Philip W. Bledsoe | Christopher A. Taravella |
| Joseph T. VanLandingham | Michael R. McCormick |
| Polsinelli Shughart PC | Montgomery Little & Soran, P.C. |
| 1225 Seventeenth Street, 29th Floor | 5445 DTC Parkway, Suite 800 |
| Denver, CO 80202-5529 | Greenwood Village, CO 80111 |
| pbledsoe@polsinelli.com | ctaravella@montgomerylittle.com |
| jvanlandingham@polsinelli.com | mmccormick@montgomerylittle.com |

            *s/ Marie Newberger*