**Michael McCormick**

| | |
|---|---|
| **From:** | Kate Craigmile <KEC@Benningtonjohnson.com> |
| **Sent:** | Tuesday, December 17, 2013 12:00 PM |
| **To:** | Michael McCormick; Chris Taravella |
| **Cc:** | Kenneth Bennington; pbledsoe@polsinelli.com; Marie Newberger; Jeff McClelland; AJShaheen@hollandhart.com |
| **Subject:** | Western v. Suncor - Motion to Expedite and Trial Exhibits |

Michael and Chris:

To follow up on my voicemail to Michael, pursuant to Judge Krieger's procedures (Practice Standard § V.F), we will be filing a motion for forthwith hearing/expedited handling of the motion we filed Monday related to Mr. Taraghi's limited access to materials in connection with trial preparation. We have conferred with Mr. Shaheen; Suncor supports a request for expedited handling.  We had planned to file the motion today, but will wait until tomorrow (Wednesday) early afternoon given our understanding that Michael is in trial.  If you could let us know Kroger's position on the request for expedited handling, we'd appreciate that.

Regarding the request for copies of trial exhibits, as noted in the voicemail, paralegals from our firm and Holland and Hart are working to assemble the trial exhibits.  We do not know when that will be completed.  The trial exhibit list contains dates and fairly detailed descriptions for each exhibit.  We believe you have most, if not all, of the identified trial exhibits relating to Dillon/Mini-Mart as they were produced by Kroger or provided to you in connection with summary judgment or other motions that involved Kroger.  If there are identified exhibits which you don't have and about which you are concerned, let me know and we or Mr. Shaheen could provide a copy.

Thanks.

Best regards,

Kate Craigmile
Bennington Johnson Biermann & Craigmile, LLC
370 17th Street
Suite 3500
Denver, CO 80202
303.629.5200 T
303.629.5718 F
kec@benningtonjohnson.com



CONFIDENTIALITY NOTICE: This e-mail message (including any attachment[s]) may contain information that is confidential and/or legally privileged and is intended solely for the use of the named recipient[s]. If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of the contents of this transmission is strictly prohibited. If you have received this message in error, please notify us by telephone at (303) 629-5200 and promptly destroy this transmission.

**EXHIBIT C**