| | |
|---|---|
| **From:** | Kate Craigmile |
| **Sent:** | Wednesday, November 20, 2013 12:09 PM |
| **To:** | Michael McCormick (mmccormick@montgomerylittle.com); Christopher Taravella (ctaravella@montgomerylittle.com) |
| **Cc:** | AJShaheen@hollandhart.com; Kenneth Bennington; pbledsoe@polsinelli.com; Marie Newberger |
| **Subject:** | Revised Final PTO - Redaction Issues |
| **Attachments:** | 11.20.13 Revised Proposed Final Pretrial Order Unredacted.pdf |

Michael and Chris:

As you know, Western and Suncor were ordered on October 23 to continue to work on stipulations for trial and other pretrial matters.   One of the issues that prevented the parties from reaching further stipulations in advance of the first pretrial conference was the fact that many of the key facts for trial relate to the prices charged to Kroger and quantities of fuel sold Kroger during Western's asserted Damages Period.  We just filed the revised PTO, for which we have worked for many hours to reach additional factual stipulations.  You were served with the filed version via ECF.  As noted in footnote 2, the parties have redacted from the Stipulations section the specific prices and volumes sold to Kroger.

I have attached for your review the revised PTO in unredacted form.  The parties jointly request that Kroger agree that the revised PTO can be filed in unredacted form.

Thank you.


Best regards,

Kate Craigmile
Bennington Johnson Biermann & Craigmile, LLC
370 17th Street
Suite 3500
Denver, CO 80202
303.629.5200 T
303.629.5718 F
kec@benningtonjohnson.com



CONFIDENTIALITY NOTICE: This e-mail message (including any attachment[s]) may contain information that is confidential and/or legally privileged and is intended solely for the use of the named recipient[s]. If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of the contents of this transmission is strictly prohibited. If you have received this message in error, please notify us by telephone at (303) 629-5200 and promptly destroy this transmission.

Exhibit 1