THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation;
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs/Counter Defendants,

v.

SUNCOR ENERGY (U.S.A.), INC. a Delaware corporation,

    Defendant/Counter Claimant/Third-Party Plaintiff,

v.

HOSSEIN AND DEBRA LYNN TARAGHI,

    Third-Party Defendants.

_____

**MOTION BY INTERESTED NON-PARTY DILLON COMPANIES, INC. TO FILE SUPPLEMENT TO RESPONSE TO PLAINTIFF'S MOTION FOR LIMITED DISCLOSURE OF CERTAIN "SECRET" DISCOVERY MATERIALS IN ADVANCE OF MARCH 17, 2014 TRIAL**
_____

Comes now interested non-party Dillon Companies, Inc. ("Dillon"), by and through its attorneys, Montgomery Little & Soran, P.C., and respectfully submits this Motion for Leave to File Supplement to Response (Doc. #272) Regarding Plaintiff Western Convenience Stores, Inc.'s ("Western") Motion for Limited Disclosure of Certain "Secret" Discovery Materials in Advance of March 17, 2014 Trial (Doc. #269) ("Fifth Motion to Re-Designate").

### Conferral Pursuant to D.C. Colo. L. Civ. R. 7.1(A)

1.  On January 13, 2014, counsel for Dillon consulted with counsel for Western regarding the relief requested in this motion by providing a draft copy of this motion to counsel via e-mail along with Dillon's draft Supplement to Dillon's Response to Western's Fifth Motion to Re-Designate.  Based upon prior e-mail correspondence, counsel for Dillon believes that counsel for Western will object to the relief requested in this motion.

### MOTION

2.  On December 16, 2013, Western filed its Fifth Motion to Re-Designate.  Doc. #269.  A hearing is scheduled before the Court regarding Western's Fifth Motion to Re-Designate on Tuesday January 14, 2014 at 9:00 a.m.  Doc. #271.

3.  On January 6, 2014, Dillon filed its Response to Western's Fifth Motion to Re-Designate.  Doc. #272.

4.  After Dillon filed its Response, counsel for Dillon continued to consult with counsel for Western regarding Western's Fifth Motion to Re-Designate.  As described in the attached Supplement, after Dillon filed its Response, Western provided a modified list of documents that Western wishes to produce to Mr. Taraghi and provided Dillon with copies of some, but not all, of these documents.  Dillon seeks to file the attached Supplement to update Paragraphs 30 and 49 of Dillon's Response (Doc. #272) and provide the Court with the most recent information before tomorrow morning's hearing.

5.     The Rules do not permit Dillon to file the attached Supplement without the Court's approval.  *See* D.C.Colo.LCivR 7.1(C) (permits filing of response and a reply); *See Also*  D.C.Colo.LCivR 7.1(E) (supplemental authority must be filed at least seven days before the hearing).  Accordingly, Dillon respectfully seeks the Court's leave to file the attached Supplement to Dillon's Response.

WHEREFORE, Dillon respectfully requests that the Court accept the attached Supplement to Dillon's Response to Western's Fifth Motion to Re-Designate for filing and consideration.

Dated:  January 13, 2014.

                                                s/*Michael R. McCormick*
                                               Christopher A. Taravella, #7790
Michael R. McCormick, #33682
Montgomery Little & Soran, P.C.
5445 DTC Parkway, Suite 800
Greenwood Village, Colorado 80111
Phone Number: (303) 773-8100
Fax Number: (303) 220-0412
E-mail:  ctaravella@montgomerylittle.com
          mmccormick@montgomerylittle.com
*Attorney for Dillon Companies, Inc.*
*Interested Non-Party*

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

Kenneth R. Bennington
Kathleen E. Craigmile
Adam F. Aldrich
Bennington Johnson Biermann & Craigmile, LLC
370 17th Street, Suite 3500
Denver, CO 80202

Michael Korenblat
Suncor Energy Services, Inc.
717 17th Street, Suite 2900
Denver, CO  80202

Anthony Shaheen
Keeya M. Jeffrey
Holland & Hart LLP-Denver
555 17th Street, Suite 3200
Denver, CO  80201

Philip Wayne Bledsoe
Joseph T. VanLandingham
Polsinelli Shughart LLP
1515 Wynkoop Street, Suite 600
Denver, CO  80202

William LeitzseyMonts, III
John Robert Robertson
Hogan Lovells US LLP-DC
555 13th Street NW
Columbia Square #1300
Washington DC 20004-1109

s/ *Michael R. McCormick*
Montgomery Little & Soran, P.C.