## Michael McCormick

**From:**       Kenneth Bennington <KRB@Benningtonjohnson.com>
**Sent:**       Monday, January 13, 2014 11:27 AM
**To:**         Michael McCormick
**Cc:**         pbledsoe@polsinelli.com; Kate Craigmile; Jeff McClelland; Marie Newberger
**Subject:**    RE: Western v. Suncor - motion to provide Mr. Taraghi access to discovery materials

Michael,

The subject of the initial motion and conferral sought access to historical volume and pricing data, not "all of Dillon's secret documents" as you suggest.  Any assertion otherwise is mischaracterization but we can let the motion speak for itself on that issue.

We do not seek pretrial preparation access for Mr. Taraghi as to any *Secret* data that may be in the Mayes or Leffler reports.  Accordingly, they will not be the subject of tomorrow's hearing.  As I told you last week the SAS files are output from a statistical program used both parties' experts.  Mr. Taraghi will not be looking at those files either, but you asked me for copies of the expert reports and related papers, so I sent them to you.

*KRB*



3500 Republic Plaza | 370 17th Street | Denver | Colorado | 80202 | 303.629.5200 | www.benningtonjohnson.com

CONFIDENTIALITY NOTICE:  This e-mail message, including any attachments, may contain information that is confidential and/or legally privileged and is intended solely for the use of the named recipient.

---

**From:** Michael McCormick [mailto:mmccormick@montgomerylittle.com]
**Sent:** Monday, January 13, 2014 11:04 AM
**To:** Kenneth Bennington
**Cc:** pbledsoe@polsinelli.com; Kate Craigmile; Jeff McClelland; Marie Newberger
**Subject:** RE: Western v. Suncor - motion to provide Mr. Taraghi access to discovery materials

Ken:

Thank you for your e-mail.  I do not think we are wasting our time by continuing to consult and the Court would probably encourage us to do the same.

Your initial motion (and consultation regarding same) indicated that Western sought to produce all of Dillon's secret documents to Mr. Taraghi except for the marketing studies Dillon produced in response to request no. 10 of the first subpoena.  Later,  after Dillon filed its response, you sent us a revised list of documents Western wants to produce to Mr. Taraghi, which you then revised a second time.  You sent copies of some of the documents on January 7, 2014 and others on January 9, 2014.  Dillon has not had adequate time to review these documents before tomorrow's hearing and we still do not have all of the documents.

Thank you for sending copies of some of the expert reports a few minutes ago.    Regarding Ex 405 (Rebuttal Glick & Tatos Report) does it also include the files you sent in the "work papers" folder?  Some of these appear to be in the unreadable "SAS" format.  Also, we have not received the following on your revised list:



Ex 401 – expert report of Keith Leffler
Ex 402 – expert Report of John Mayes
Ex 404 –  supplemental expert report of Glick and Tatos
Ex 406 – rebuttal expert report of Keith Leffler
Ex 407 – rebuttal expert report of John Mayes

Ex 402 (Mayes expert report) may have been an exhibit to the motions for summary judgment (Doc. #185-29). Are there any tables or appendices attached to the Mayes report that were not included in Doc. #185-29?  I could be mistaken, but I believe that the remaining reports (Ex 401, 402, 404, 406 and 407) were not exhibits to the motions for summary judgment and I do not believe Dillon has copies of them.  Please send us copies as soon as possible.  As we have stated all along, the simplest procedure would be for you to send us complete copies of all of the trial exhibits related to Dillon instead of trying to resolve things in a piecemeal fashion on the eve of the hearing.

In response to your concerns regarding the draft status report, we changed the document to a supplement and added a motion for leave to file same.  Based upon our prior correspondence, I put in the draft motion that you will object to the motion to supplement Dillon's response, however please let me know if that understanding is incorrect.  We plan to file them in a few minutes because the hearing is tomorrow morning.  However, please do let us know if you have any additional comments or concerns regarding same.  We appreciate your assistance with this matter.  Thank you.

Michael McCormick

---

**From:** Kenneth Bennington [mailto:KRB@Benningtonjohnson.com]
**Sent:** Friday, January 10, 2014 4:03 PM
**To:** Michael McCormick
**Cc:** pbledsoe@polsinelli.com; Kate Craigmile; Jeff McClelland; Marie Newberger
**Subject:** RE: Western v. Suncor - motion to provide Mr. Taraghi access to discovery materials

Michael,

It almost seems as though you and I were not on the same telephone call yesterday.  Based on your message below it is apparent that we were wasting our time.

From the beginning when I conferred with you on the motion for access, I made it clear that Western is seeking limited access to historical volume and pricing data.  Any suggestion that you somehow did not know what was involved in the motion entirely disingenuous.  Moreover, with the possible exception of Trial Exhibits 559, 562 and 563 which always been on the joint trial exhibit list, all of the documents on the list are in your possession, and in most cases created by Kroger itself.

If there is material in the documents on the list that your client believes is something other than the historical volume and pricing data we have been conferring about now for weeks, identify it to me and we will certainly consider withdrawing it as something to be reviewed by Mr. Taraghi before trial.  Unless you can point out something that is not historical volume and pricing data, we are not willing to remove anything.  The test is not whether Mr. Taraghi will see something at trial (although that is one argument in favor of access).  Rather, the test is whether he needs to review the data in order to properly prepare for trial.  We have argued in our motion and will repeat at the hearing that the historical volume a pricing data is essential to his preparation for trial regardless of whether the original data file is in evidence.  I have already told that we would agree not give him copies of the data files as he would not be able to make sense of them anyway given the volume and complexity of the data.  However, what he must have access to is certain data from those data files, in the form of analyses prepared by the parties' experts.

That is also why we are insisting that he be allowed to review the expert reports.  Much of the analysis to which he needs access is in those reports.  You are correct that Judge Krieger stated that she would not admit expert testimony and reports.  However, which form of expert evidence will be offered at trial by Western or Suncor is yet to be seen.  The written reports could conceivably come in as ether direct or rebuttal evidence.  Again, however, the point is not what will be admitted at trial, but rather, what is necessary now for trial preparation.

Kroger certainly has copies of its Suncor contracts and you already have the expert reports as evidenced by our correspondence regarding redaction (attached).  In any event, I will send you another set of the reports over the weekend and I will send you the two deposition exhibits containing the contracts in a few minutes.

As far as your "Status Report" goes, it is nothing more than a sur-reply which you have no leave to file.  We request that you at least caption it what it is and skip the games.

*KRB*



3500 Republic Plaza | 370 17th Street | Denver | Colorado | 80202 | 303.629.5200 | www.benningtonjohnson.com

CONFIDENTIALITY NOTICE:  This e-mail message, including any attachments, may contain information that is confidential and/or legally privileged and is intended solely for the use of the named recipient.

**From:** Michael McCormick [mailto:mmccormick@montgomerylittle.com]
**Sent:** Friday, January 10, 2014 12:27 PM
**To:** Kenneth Bennington
**Cc:** pbledsoe@polsinelli.com; Kate Craigmile; Jeff McClelland; Marie Newberger
**Subject:** RE: Western v. Suncor - motion to provide Mr. Taraghi access to discovery materials

Ken:

Thank you for your e-mail and for sending some of the documents.

Here is an updated list of documents that shows our current understanding of what you wish to produce to Mr. Taraghi:

WCS and Suncor expert's reports (Trial Exhibits 400 through 408)
Contracts between Suncor and Dillon Companies, Inc. (King Soopers / City Market) (Trial Exhibit 2);
Contracts between Suncor and MiniMart (Loaf N' Jug) (Trial Exhibit 3);
**5 - LNJ Net Price Missing Stores DILLON 610000.pdf**
**5 - SPG Net Price Missing Stores DILLON 600000.pdf**
**5A - SPG net price info.pdf**
**5B - C-Stores net price info.pdf**
**7 - Cstore Fuel Gallons 101012 DILLON 400000.pdf**
**7 - Cstore Fuel Gallons 102412.xlsx**
**7 - Cstore Fuel Sales 101012 DILLON 410000.pdf**
**7 - Cstore Fuel Sales 102412.xlsx**
**7 - Cstore Fuel Transaction Count 101012 DILLON 420000.pdf**
**7 - SPG Gallons & Sales DILLON 630000.pdf**

**7 - SPG Transaction Count DILLON 620000.pdf**
**7 - Supermarket Fuel Sales and Gallons 101012 DILLON 430000.pdf**
**7 - Supermarket Fuel Sales and Gallons 102412.xlsx**
**7 - Supermarket Fuel Transaction Count 101012 DILLON 440000.pdf**
**8A - SPG - krogerFuelPrices.pdf**
**8B - C-Stores ColoradoOurPrices.pdf**
**8C - C-Stores NebraskaOurPrices.pdf**
**9A - SPG - competitorFuelPrices.pdf**
**9B - C-Stores ColoradoCompNames.pdf**
**9C - C-Stores ColoradoComps.pdf**
**9D - C-Stores NebraskaCompNames.pdf**
**9E - C-Stores NebraskaComps.pdf**
**DILLON 500000 - Vendor A SPG.pdf**
**DILLON 505000 - Vendor A C-Store.pdf**
**DILLON 510000 - Vendor B SPG.pdf**
Suncor_WCS 00044923 MiniMart 2010-2011.xlsx (Trial Exhibit 559)
Suncor_WCS 00044926 Dillon Companies 2008.xlsx (Trial Exhibit 562)
Suncor_WCS 00044927 Dillon Companies 2009-2011.xlsx (Trial Exhibit 563)

Please let us know whether this updated list is correct.

As you may recall, your 1/7/14 e-mail provided a list of items you wish to produce to Mr. Taraghi that were not in your original motion.  The items in bold above are new items in your revised 1/9/14 list that were not in your 1/7/14 e-mail.  Also, for your convenience, I attached a spreadsheet showing each item you requested, the number of pages in each item, and whether you have provided a copy of the document to Dillon.

Regarding the expert reports, we believe that at the pre-trial conference the Court directed that expert reports would not be exhibits at trial.  Accordingly, we are having a hard time understanding your argument that Mr. Taraghi will probably see the expert reports during the trial.  Further, although Dillon may have parts of the expert reports that were included as exhibits to the motion for summary judgment, it would be difficult for us to ascertain whether these are complete and whether we have them all.  It would be much simpler for Western to simply provide us with copies of them.  Please do so.  Also, your trial exhibit list includes several tables and appendices to the expert reports.  Are those included as well or is it just trial exhibits 400 through 408?  We reiterate that we still do not have copies of your trial exhibits related to Dillon.

Regarding the contracts (exhibits 2 & 3), we do not have copies.  In response to your e-mail below, we would prefer not to search our files to see if we have copies of deposition exhibits 33 and 34 (which is probably unlikely since we did not participate in most of the depositions).  It would be much simpler for you to provide us with copies.

Regarding the pricing spreadsheets, again it appears that you are asking to show Mr. Taraghi several documents that are not trial exhibits.  These pricing spreadsheets are several thousand pages in length.

The Court directed Western & Suncor to narrow the amount of material related to Dillon's trade secrets as much as possible.  Your original motion sought to produce approximately 94,383 pages of documents to Mr. Taraghi.  According to the attached chart and the documents you sent to us yesterday, Western still seeks to produce at least 40,638 pages of documents to Mr. Taraghi.  We do not believe that this significantly narrowed the documents in compliance with the Court's directive.  We respectfully request that you

immediately move to withdraw your expedited motion until or unless you comport with the Court's directions, narrow the documents as much as possible, and provide complete copies to Dillon, along with a reasonable amount of time to review them to provide you with a response.

I am attaching a draft status report for filing with the Court.   Dillon is contemporaneously reviewing the draft status report so it is still a work in progress.  Please let us know if you have any comments regarding same or any changes you would like for me to make.  We would like to file this with the Court as soon as possible, preferably by the end of today.

Please call me if you have any questions or concerns regarding this e-mail.  We appreciate your assistance with this matter.  Thank you.

Michael McCormick

---

**From:** Kenneth Bennington [mailto:KRB@Benningtonjohnson.com]
**Sent:** Thursday, January 09, 2014 3:39 PM
**To:** Michael McCormick
**Cc:** pbledsoe@polsinelli.com; Kate Craigmile; Jeff McClelland; Marie Newberger
**Subject:** RE: Western v. Suncor - motion to provide Mr. Taraghi access to discovery materials

Michael,

As we discussed we will request that the Court grant trial preparation access to Mr. Taraghi to review Trial Exhibits 2 and 3 (contracts), the WCS and Suncor expert reports, and the data documents listed in *Hist Vol Price Docs.pdf*, attached (the same list as I emailed to you earlier today).  (Marie Newberger will provide to you in a few minutes a link to download the documents in *Hist Vol Price Docs.pdf*.)

The documents highlighted in yellow in *Hist Vol Price Docs.pdf* were produced by Kroger.  The documents highlighted in blue were produced by Suncor and are the only ones on that list that are also presently on the parties' joint exhibit list.  They are Suncor .xls spreadsheets in the format in which we received them from Suncor's counsel; we do not have them in *pdf* format.

The data in the documents listed in *Hist Vol Price Docs.pdf* has been relied on by the experts but the documents themselves will likely not be offered as exhibits at trial unless a specific need arises.

Contrary to what I indicated yesterday, we will not ask for Mr. Taraghi's pretrial access to Exhibits 5644, or 565 through 568.  They originated from the Suncor experts and readable only by the SAS statistical software application (www.sas.com).

The final trial exhibits 2 and 3 (Kroger Contracts) have not been created as the parties are still assembling the best complete copies.  Those exhibits will mirror Deposition Exhibits 33 and 34.  Let me know if you don't have copies of those deposition exhibits.

You should already have copies of the all the expert reports.

We will agree that for trial preparation Mr. Taraghi will not receive copies of the documents listed in *Hist Vol Price.pdf*, and that if he actually reviews those documents it will only be in our offices.

*KRB*



3500 Republic Plaza | 370 17th Street | Denver | Colorado | 80202 | 303.629.5200 | www.benningtonjohnson.com

CONFIDENTIALITY NOTICE:  This e-mail message, including any attachments, may contain information that is confidential and/or legally privileged and is intended solely for the use of the named recipient.

---

**From:** Michael McCormick [mailto:mmccormick@montgomerylittle.com]
**Sent:** Tuesday, January 07, 2014 5:19 PM
**To:** Marie Newberger
**Cc:** Kenneth Bennington; pbledsoe@polsinelli.com; Kate Craigmile; Jeff McClelland
**Subject:** RE: Western v. Suncor - motion to provide Mr. Taraghi access to discovery materials

Marie:

Thank you for your e-mail.  We received the following documents from you this afternoon via the dropbox download:

Ex 559 – Suncor_WCS00044923 MiniMart 2010-2011 – a 4596 page spreadsheet in Microsoft Excel format
Ex 562 – Suncor_WCS 00044926 Dillon Companies 2008 – a 219 page spreadsheet in Microsoft Excel format
Ex 563 – Suncor_WCS 00044927 Dillon Companies 2009-2011 – a 4465 page spreadsheet in Microsoft Excel format

We were able to open these files in Microsoft Excel.  However, do you plan to submit all of these pages to the Court?  Also several of the columns extend beyond the edge of each page.  Will you include all of the columns?   Please send them to us in .pdf format so that we can see what you plan to submit to the Court.

Ex 564 - Table 1-3 Figure 3.  This is a Microsoft Excel spreadsheet with numerous tabs entitled "GT Mid Corrected Damages", "Pivot 1", "Pivot 2", "Pivot 3", etc.  Each tab has separate data and pages.  Will you include all of the tabs as separate documents?  Please send us this exhibit in pdf format so that we can see what you plan to submit to the Court as a trial exhibit.

We also received Ex 565, 566, 567 and 568, but they are  "SAS Files".  Exhibit 568 is an "SAS7BDAT"file.  We are unable to open these files.  They appear to be special data files that require special software to open.  Please send them to us in pdf format so that we can open them.

Exhibits 400 through 408 (WCS and Suncor's expert reports) and Exhibit 2 (Contracts between Suncor and Kroger entities) appear to be missing from the download.  Did you include them?

Please call me if you have any questions or concerns regarding this e-mail.  We appreciate your assistance with this matter.  Thank you.

Michael McCormick

---

**From:** Marie Newberger [mailto:man@benningtonjohnson.com]
**Sent:** Tuesday, January 07, 2014 3:59 PM
**To:** Michael McCormick
**Cc:** Kenneth Bennington; pbledsoe@polsinelli.com; Kate Craigmile; Jeff McClelland
**Subject:** RE: Western v. Suncor - motion to provide Mr. Taraghi access to discovery materials

Michael:

Please follow the link below to retrieve copies of the exhibits referenced in this email chain.  Note that the files have been encrypted.  I will contact you or Deborah by telephone with a password to access the files.

https://www.dropbox.com/sh/eek5eerur2phqol/6fRJTw2YKU

Marie Newberger, Paralegal



3500 Republic Plaza | 370 17th Street | Denver | Colorado | 80202 | 303.629.5200

**From:** Kenneth Bennington
**Sent:** Tuesday, January 07, 2014 3:10 PM
**To:** Michael McCormick
**Cc:** pbledsoe@polsinelli.com; Marie Newberger; Kate Craigmile; Jeff McClelland
**Subject:** RE: Western v. Suncor - motion to provide Mr. Taraghi access to discovery materials

Michael,

My responses are below.

*KRB*



3500 Republic Plaza | 370 17th Street | Denver | Colorado | 80202 | 303.629.5200 | www.benningtonjohnson.com

CONFIDENTIALITY NOTICE:  This e-mail message, including any attachments, may contain information that is confidential and/or legally privileged and is intended solely for the use of the named recipient.

**From:** Michael McCormick [mailto:mmccormick@montgomerylittle.com]
**Sent:** Tuesday, January 07, 2014 1:03 PM
**To:** Kenneth Bennington
**Cc:** pbledsoe@polsinelli.com; Marie Newberger; Kate Craigmile
**Subject:** RE: Western v. Suncor - motion to provide Mr. Taraghi access to discovery materials

Ken:

Thank you for your e-mail.  Your e-mail states: "Our pending motion requests that the Court grant Mr. Taraghi access to Kroger historical pricing and volume data through May 30, 2011."  Does that mean that your motion seeks to disclose something to Mr. Taraghi besides trial exhibits?  ***[KRB]  No, we seek to disclose the documents listed in my email to you.***  Your motion indicates that you want to show Mr. Taraghi everything from Dillon except for the consumer research information. ***[KRB]  I repeat, the motion only addresses the pricing and volume data, i.e., the documents on the list below.***  That is a significant issue.

Next, your e-mail, for the first time, gives us a list of trial exhibits that you want to produce to Mr. Taraghi.  It would have been much more helpful if you had specified what you wanted to provide to Mr. Taraghi before you filed the motion and given us a copy of it, especially given the expedited nature of

your motion and the upcoming hearing.  We do not have a copy of any of these trial exhibits.  Without copies, we would have to guess what they are and will incur additional attorney fees and costs by doing so.  Instead, we renew our request that you send us a copy of exactly what it is you wish to produce to Mr. Taraghi.  Otherwise, it will be very difficult to get any response from our client especially on such a short timeframe.  *[KRB]  We have been asking since November that you let us know of any documents on the Exhibit list that you do not have or about which you have concerns.  This is the first time you have made a request.  I will have those documents delivered to you via the web today.*

Further, with respect to the remaining trial exhibits, we are growing more and more concerned that if Dillon needs to seek relief from the Court concerning any of the trial exhibits then the Court will want the motion filed now.  We do not see why Dillon must go to the time and expense of guessing what your trial exhibits are and we respectfully decline to do so.  As we stated in our December 5, 2013 letter, please immediately send us copies of all trial exhibits that are: (A) related to Dillon; and (B) contain or are derived from Dillon's information that is designated as confidential, highly confidential, or secret under the Protective Order and Supplemental Protective Order.  To avoid copy costs, we suggest that you send the trial exhibits to us in electronic format on a CD or DVD.*[KRB]   As I have told you previously, we are not preparing for trial at the convenience of Kroger.  WCS and Suncor are jointly preparing the actual trial exhibits and when we have completed that task you will get a copy.  In the meantime,  as previously stated, if there is anything on the draft list that is not self-explanatory or that you cannot locate, please let me know and we will explain or get a copy to you.*

Please call me if you have any questions or concerns regarding this e-mail.  We appreciate your assistance with this matter.  Thank you.

Michael McCormick

---

**From:** Kenneth Bennington [mailto:KRB@Benningtonjohnson.com]
**Sent:** Tuesday, January 07, 2014 11:49 AM
**To:** Michael McCormick
**Cc:** pbledsoe@polsinelli.com; Marie Newberger; Kate Craigmile
**Subject:** RE: Western v. Suncor - motion to provide Mr. Taraghi access to discovery materials

Michael,

Your email below raises two issues, first, what is the data designated Secret by Kroger as to which we seek access for Mr. Taraghi before trial, and second, what are our trial exhibits?

Our pending motion requests that the Court grant Mr. Taraghi access to Kroger historical pricing and volume data through May 30, 2011.  Our request is for him to be allowed to review the following prior to trial:

1.      WCS and Suncor expert's reports (Exhibits 400 through 408);
2.      Contracts between Suncor and Kroger entities (Exhibit 2); and
3.      Kroger entity pricing spreadsheets (Exhibits  559, 562 – 568).

We have not yet pulled together copies of all the documents on the draft joint trial exhibit list being prepared by counsel for WCS and Suncor.  A copy of the most current draft is attached.  As we have told you before, if there is anything on that list that you cannot locate in your discovery records let us know and we will send you a copy.  When we have a complete set of trial exhibits in pdf format we will send you a disk.

To repeat, in advance of trial we propose to show to our client only the documents and data listed in paragraphs 1, 2 and 3, above.  If Kroger is willing to stipulate to Mr. Taraghi's pretrial access to that extent please let me know as our Reply is due tomorrow.

*KRB*



3500 Republic Plaza | 370 17th Street | Denver | Colorado | 80202 | 303.629.5200 | www.benningtonjohnson.com

CONFIDENTIALITY NOTICE:  This e-mail message, including any attachments, may contain information that is confidential and/or legally privileged and is intended solely for the use of the named recipient.

---

**From:** Michael McCormick [mailto:mmccormick@montgomerylittle.com]
**Sent:** Friday, January 03, 2014 6:11 PM
**To:** Kate Craigmile
**Cc:** Kenneth Bennington; pbledsoe@polsinelli.com; Marie Newberger
**Subject:** Western v. Suncor - motion to provide Mr. Taraghi access to discovery materials

Kate:

Regarding Western's motion for limited disclosure of certain secret discovery materials (Doc. #269), as you know, on November 21, 2013, Dillon requested a copy of Western's trial exhibits, but we still have not received them from Western.  We are having difficulty understanding what Western wants to disclose to Mr. Taraghi in a vacuum without seeing the trial exhibits.  Would you please send us a copy as soon as possible?  To avoid copy costs, we suggest that you send the trial exhibits to us in electronic format on a CD or DVD.

Also, we are concerned regarding the following statements that the Court made during the October 30, 2013 pre-trial conference:  "[L]et's start with this: If you go through the exercise that I have just suggested in deciding what facts you can agree upon, what happened, what sales occurred when, on what date, in what amount, for what price, you may be able to agree as to what information Mr. Taraghi can see that would allow him to make an informed decision."  Transcript p. 27-28.  Later the Court stated: "If there is information that is derived from the discovery that doesn't constitute Dillon's trade secrets, it may be able to be disclosed. And so I would ask you all to get out your very pincer-like tools, analytical tools, to think about that. And if necessary, file a stipulated motion, and we'll hear from Dillon as to what objection they have to the disclosure of information."  Transcript, 29:11-17.

I have attached a chart of documents that Dillon produced to Western.  If we understand paragraph 9 of Western's motion correctly, then the only documents Western does not seek to disclose to Mr. Taraghi are the marketing  studies labeled as "10-Marketing Studies" on page 2 of the chart.  These documents constitute 4,054 pages of the documents listed on Exhibit B.  *See* Exhibit B, page 2.  If we are correct, then this leaves approximately 94,383 pages

of documents, many or most of which were designated "Highly Confidential" or "Secret", that Western seeks to provide to Mr. Taraghi via its motion.  Do we understand that correctly?  Also, please let us know what steps, if any, that Western took to narrow the information that it seeks to disclose to Mr. Taraghi in response to the Court's statements during the October 30, 2013 pre-trial conference.

Please call me if you have any questions or concerns regarding this e-mail.  Because of the expedited nature of your motion and the briefing schedule, we would appreciate your response at your earliest convenience.   Thank you.

MICHAEL R. MCCORMICK **|** ATTORNEY

MONTGOMERY LITTLE
& SORAN, PC
Attorneys at Law

EMAIL          WEB          BIO

5445 DTC PARKWAY, SUITE 800, GREENWOOD VILLAGE, CO 80111-3053
MAIN: 303-773-8100 **|** FAX: 303-220-0412 **|** DIRECT DIAL: 303-779-2721

This e-mail message and any attachments may contain confidential, legally privileged information intended for the exclusive use of the addressee.  They may also contain proprietary information or information that is otherwise protected from disclosure by applicable law including without limitation the attorney-client privilege and the attorney work product doctrine for anyone but the intended recipient.  Please do not read, copy, or disseminate the information transmitted unless you are the addressee.  If you have received this message in error, please call us (collect) at (303) 773-8100 and ask to speak with the message sender.  Also, please delete the message from your system.  Thank you.

- 5 - LNJ Net Price Missing Stores DILLON 610000.pdf
- 5 - SPG Net Price Missing Stores DILLON 600000.pdf
- 5A - SPG net price info.pdf
- 5B - C-Stores net price info.pdf
- 7 - Cstore Fuel Gallons 101012 DILLON 400000.pdf
- 7 - Cstore Fuel Gallons 102412.xlsx
- 7 - Cstore Fuel Sales 101012 DILLON 410000.pdf
- 7 - Cstore Fuel Sales 102412.xlsx
- 7 - Cstore Fuel Transaction Count 101012 DILLON 420000.pdf
- 7 - SPG Gallons & Sales DILLON 630000.pdf
- 7 - SPG Transaction Count DILLON 620000.pdf
- 7 - Supermarket Fuel Sales and Gallons 101012 DILLON 430000.pdf
- 7 - Supermarket Fuel Sales and Gallons 102412.xlsx
- 7 - Supermarket Fuel Transaction Count 101012 DILLON 440000.pdf
- 8A - SPG - krogerFuelPrices.pdf
- 8B - C-Stores ColoradoOurPrices.pdf
- 8C - C-Stores NebraskaOurPrices.pdf
- 9A - SPG - competitorFuelPrices.pdf
- 9B - C-Stores ColoradoCompNames.pdf
- 9C - C-Stores ColoradoComps.pdf
- 9D - C-Stores NebraskaCompNames.pdf
- 9E - C-Stores NebraskaComps.pdf
- DILLON 500000 - Vendor A SPG.pdf
- DILLON 505000 - Vendor A C-Store.pdf
- DILLON 510000 - Vendor B SPG.pdf
- Suncor_WCS 00044923 MiniMart 2010-2011.xlsx
- Suncor_WCS 00044926 Dillon Companies 2008.xlsx
- Suncor_WCS 00044927 Dillon Companies 2009-2011.xlsx

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Case No. 11-cv-01611-MSK-CBS

Date: November 20, 2013

Case Title: Western Convenience Stores, Inc. v. Suncor Energy (U.S.A.) Inc.

JOINT EXHIBIT LIST

| Exhibit | Witness | Brief Description | Date if Avail | Reference No. | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|---|
| | | **Contracts** | | | | | | | |
| 1 | | Contracts between Suncor and Western Convenience Stores, Inc. | Various | Various | | | | | |
| 2 | | Contracts between Suncor and Dillon Companies, Inc. (King Soopers / City Market) | Various | Various | | | | | |
| 3 | | Contracts between Suncor and MiniMart (Loaf N' Jug) | Various | Various | | | | | |
| 4 | | Contracts between Suncor and Truman Arnold | Various | Various | | | | | |
| 5 | | Contracts between Suncor and Pilot Travel Centers | Various | Various | | | | | |
| 6 | | Contracts between Suncor and DATS Trucking | Various | Various | | | | | |
| | | **Chronological Exhibits** | | | | | | | |
| 100 | | Consent of Assignment of Contract to Suncor dated 7/21/2003 | 7/21/2003 | Suncor_WCS 00043563 | | | | | |
| 101 | | Requests for Proposals from The Kroger Company dated 3/15/2004 | 3/15/2004 | Suncor_WCS 000043554-43562 | | | | | |
| 102 | | Letter to Suncor from Kroger awarding Suncor the supply starting in May 2004 | May 2004 | Suncor_WCS 00043564 | | | | | |
| 103 | | Request for Proposal from The Kroger Company dated 6/28/2005 | 6/28/2005 | Suncor_WCS 00043565-43567 | | | | | |
| 104 | | Email to Laurie Gissiner from James Hanson dated 11/22/2005 regarding the attached Transaction Summary for Western Convenience | 11/22/2005 | Suncor_WCS 00022718-22719 | | | | | |
| 105 | | Letter to Suncor from Kroger dated 12/21/2005 stating that Suncor did not get the contract bid for the Loaf N' Jug stores | 12/21/2005 | Suncor_WCS 00043568 | | | | | |
| 106 | | Master Product Purchase and Sale Agreement between Suncor and Western Convenience dated January 17, 2007 | 1/17/2007 | Depo Exh 2 JTX002-001 - JTX002-007 Suncor_WCS 00005477-5483 | | | | | |
| 107 | | Email from Steve Moss to Hossein Taraghi dated 11/27/2007 regarding attached proposal for renewing contract between Suncor and WCS | 11/27/2007 | PLA034386-034388 | | | | | |
| 108 | | Email from Steve Moss to Hossein Taraghi dated 1/9/2008 regarding Suncor pricing | 1/9/2008 | PLA066650 | | | | | |
| 109 | | Email from Rebecca Spears to Steve Moss dated 1/24/2008 regarding WCS/Contract Pricing | 1/24/2008 | Depo Exh 203 Suncor_WCS 00008420 | | | | | |
| 110 | | D. Wilson email dated February 11, 2008 regarding Kroger Grand Junction, CO RFP with attachment | 2/11/2008 | Depo Exh 162 Suncor_WCS 00043572-43573 | | | | | |
| 111 | | S. Moss email to D. Wilson dated February 29, 2008 regarding Suncor Grand Junction Petroleum Bid Proposal | 2/29/2008 | Depo Exh 71 DILLON 025130-025132 | | | | | |
| 112 | | Email from David Wilson dated 3/13/2008 regarding invitation from Kroger to submit a proposal to supply Kroger with gasoline | 3/13/2008 | Suncor_WCS 00043569-43571 | | | | | |
| 113 | | S. Moss email to D. Wilson dated March 19, 2008 regarding Kroger Grand Junction Bid Proposal | 3/19/2008 | Depo Exh 72 DILLON 025039-025041 | | | | | |
| 114 | | S. Moss email to D. Wilson dated March 31, 2008 regarding Kroger Denver Bid Proposal | 3/31/2008 | Depo Exh 73 DILLON 025047-025048 | | | | | |
| 115 | | S. Moss email to D. Wilson dated May 16, 2008 regarding Kroger Denver Bid Proposal | 5/16/2008 | Depo Exh 74 DILLON 025045-025046 | | | | | |
| 116 | | **Exhibit Removed** | | | | | | | |
| 117 | | Energy Analysts International Powerpoint Presentation regarding Suncor Integrated Supply-Market Analysis & Strategy Study dated February 20, 2009 | 2/20/2009 | Depo Exh 96 | | | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Case No. 11-cv-01611-MSK-CBS

Date: November 20, 2013

Case Title: Western Convenience Stores, Inc. v. Suncor Energy (U.S.A.) Inc.

JOINT EXHIBIT LIST

| Exhibit | Witness | Brief Description | Date if Avail | Reference No. | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|---|
| 118 | | **Exhibit Removed** | | | | | | | |
| 119 | | Energy Analysts International Powerpoint Presentation regarding Suncor Competitive Analysis and Outlook dated April 2, 2009 | 4/2/2009 | Depo Exh 94 | | | | | |
| 120 | | **Exhibit Removed** | | | | | | | |
| 121 | | D. Wilson email re Colorado Volumes informal bid | 7/17/2009 | DILLON 025104-25108 | | | | | |
| 122 | | Suncor Competition Policy | 8/1/2009 | Plaintiffs' SJ Exhibit 21 | | | | | |
| 123 | | Suncor Energy USA Value Chain Powerpoint Presentation dated August 17, 2009 | 8/17/2009 | Depo Exh 93 | | | | | |
| 124 | | N. Thonen and J. Piscatelli emails dated September 2, 2009-September 3, 2009 entitled "Couple of Items" | 9/2/2009 | Depo Exh 112 | | | | | |
| 125 | | Emails between Steve Moss, David Wilson and Linda Cross dated 9/4/2009 regarding Suncor update/Kroger numbers | 9/4/2009 | Suncor_WCS 00005813-5814 | | | | | |
| 126 | | Transaction Summaries of Suncor Contracts with Valero dated October 1, 2009 and September 22, 2009 | 9/22/2009 | Depo Exh 104 Suncor_WCS 00043628-43627 | | | | | |
| 127 | | Transaction Summary of Suncor contract with Valero dated October 15, 2009 | 10/15/2009 | Depo Exh 102 Suncor_WCS 00043626 | | | | | |
| 128 | | Spreadsheet regarding Dillon Companies' Unbranded Wholesale as of October 16, 2009 | 10/16/2009 | Depo Exh 58 | | | | | |
| 129 | | Spreadsheet regarding WCS Unbranded Wholesale as of October 16, 2009 | 10/16/2009 | Depo Exh 59 | | | | | |
| 130 | | K. Carbone email to S. Douglass dated November 16, 2009 entitled "Pick Your Brain" | 11/16/2009 | Depo Exh 79 | | | | | |
| 131 | | Email from Steve Moss to Hossein Taraghi and Chris Wehrle dated 11/20/2009 regarding Suncor update | 11/20/2009 | PLA066617 | | | | | |
| 132 | | D. Wilson email dated November 25, 2009 regarding Mini Mart (Loaf N Jug) RFP for CO | 11/25/2009 | Depo Exhs 163 & 191 Suncor_WCS 00043574-43575 | | | | | |
| 133 | | **Exhibit Removed** | | | | | | | |
| 134 | | Email from David Wilson dated 11/25/2009 regarding RFP for Loaf N' Jug bid proposal | 11/25/2009 | Depo Exh 191 Suncor_WCS 00043574-43575 | | | | | |
| 135 | | **Exhibit Removed** | | | | | | | |
| 136 | | **Exhibit Removed** | | | | | | | |
| 137 | | **Exhibit Removed** | | | | | | | |
| 138 | | Suncor's bid for the Loaf N' Jug Contract, dated 12/14/2009 | 12/14/2009 | Depo Exhs 80 & 88 Dillon 025101-025103 | | | | | |
| 139 | | Email from Angelia Spillman to Hossein Taraghi dated 12/22/2009 regarding OPIS Wholesale Rack with OPIS Spot Mean | 12/22/2009 | PLA034317-034327 | | | | | |
| 140 | | Emails between Steve Moss and Chris Wehrle dated 12/30/2009 regarding Suncor discounts | 12/30/2009 | Suncor_WCS 00044994-44995 | | | | | |
| 141 | | Email from Steve Moss to Robert White dated 1/4/2010 regarding December Rebates | 1/4/2010 | Suncor_WCS 00044997 | | | | | |
| 142 | | Emails dated January 12, 2010 between S. Moss, D. Wilson & A. Beals regarding Loaf n Jug Set Up | 1/12/2010 | Depo Exh 164 DILLON 023829-023843 | | | | | |
| 143 | | Emails between Steve Moss, Chris Wehrle and Hossein Taraghi dated 2/11 & 2/9/2010 regarding BBLs for Feb and March | 2/9/2010 | Suncor_WCS 00045040 | | | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Case No. 11-cv-01611-MSK-CBS

Date: November 20, 2013

Case Title: Western Convenience Stores, Inc. v. Suncor Energy (U.S.A.) Inc.

JOINT EXHIBIT LIST

| Exhibit | Witness | Brief Description | Date if Avail | Reference No. | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|---|
| 144 | | Valero Sales Contract Confirmation to Suncor dated February 17, 2010 | 2/17/2010 | Depo Exh 101<br>Suncor_WCS 00043612-43616 | | | | | |
| 145 | | **Exhibit Removed** | | | | | | | |
| 146 | | Emails between K. Carbone & J. Piscatelli dated February 26, 2010-March 1, 2010 regarding Product Purchase Profitability | 2/26/2010 | Depo Exh 81 | | | | | |
| 147 | | **Exhibit Removed** | | | | | | | |
| 148 | | **Exhibit Removed** | | | | | | | |
| 149 | | SEUSA Rack Forward Organizational Design Powerpoint Presentation dated April 19, 2010 | 4/19/2010 | Depo Exh 69 | | | | | |
| 150 | | Email from Chris Wehrle to Hossein Taraghi dated 4/28/2010 regarding OPIS Wholesale Racks with OPIS Spot Mean | 4/28/2010 | PLA033956-33964 | | | | | |
| 151 | | Emails between J. Piscatelli & K. Carbone dated May 12, 2010-May 14, 2010 regarding Shell Phase III | 5/12/2010 | Depo Exh 82 | | | | | |
| 152 | | Transaction Summary of Suncor Contract with Frontier Oil dated May 21, 2010 and Sublease Agreement dated April 17, 2009 | 5/21/2010 | Depo Exh 103<br>Suncor_WCS 00043580-43581 | | | | | |
| 153 | | **Exhibit Removed** | | | | | | | |
| 154 | | **Exhibit Removed** | | | | | | | |
| 155 | | Emails between Chris Wehrle, Steve Moss, Hossein Taraghi dated 6/15/2010 regarding Suncor update | 6/15/2010 | Suncor_WCS 00045111 | | | | | |
| 156 | | Emails between Steve Moss and Chris Wehrle dated 7/8/2010 regarding Denver loads | 7/8/2010 | Suncor_WCS 00045119 | | | | | |
| 157 | | Introduction to Crude Supply, Refining, and Marketing Powerpoint Presentation dated August 1, 2010 | 8/1/2010 | Depo Exh 97 | | | | | |
| 158 | | Kroger Report, Drivers of Choice: Fuel Centers, August 2010 | 8/1/2010 | Depo Exh 180<br>Dillon 200034-200050 | | | | | |
| 159 | | Emails between Darrin Harris and Chris Wehrle dated 8/12/2010 regarding invoices | 8/12/2010 | PLA032541 | | | | | |
| 160 | | Email from Chris Wehrle, Hossein Taraghi dated 8/16/2010 regarding invoice dispute over Suncor loads | 8/16/2010 | PLA032543-032547 | | | | | |
| 161 | | **Exhibit Removed** | | | | | | | |
| 162 | | Emails between Steve Moss, Hossein Taraghi and Chris Wehrle dated 8/24 and 8/23/2010 regarding question on gas | 8/23/2010 | Suncor_WCS 00045127-45128 | | | | | |
| 163 | | Emails between Steve Moss and Chris Wehrle dated 8/31/2010 regarding allocations | 8/31/2010 | Suncor_WCS 00045136 | | | | | |
| 164 | | Emails between J. Piscatelli and S. Moss dated September 14, 2012 regarding gasoline sales | 9/14/2010 | Depo Exh 86 | | | | | |
| 165 | | Email from Steve Moss to Hossein Taraghi and Chris Wehrle dated 9/15/2010 regarding Suncor update | 9/15/2010 | PLA034350 | | | | | |
| 166 | | Email from David Wilson to Steve Moss dated 9/28/2010 regarding Kroger fuel | 9/28/2010 | Depo Exh 87<br>Dillon 025136-25137 | | | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Case No. 11-cv-01611-MSK-CBS

Date: November 20, 2013

Case Title: Western Convenience Stores, Inc. v. Suncor Energy (U.S.A.) Inc.

**JOINT EXHIBIT LIST**

| Exhibit | Witness | Brief Description | Date if Avail | Reference No. | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|---|
| 167 | | The Kroger Fuel Rewards Program – A Specific Examination of Price Sensitive/Mainstream Shoppers and Value/Mainstream Stores dated November 1, 2010 | 11/1/2010 | Depo Exh 184 DILLON 200126-200169 | | | | | |
| 168 | | Email from Steve Moss to Hossein Taraghi and Chris Wehrle dated 11/18/2010 regarding Suncor discount | 11/18/2010 | PLA066605 | | | | | |
| 169 | | Emails dated November 19, 2010 - November 20, 2010 between S. Ewing & S. Moss regarding WCS Contract | 11/19/2010 | Depo Exh 114 Suncor_WCS 00045191 | | | | | |
| 170 | | Emails dated November 22, 2010 between C. Wehrle & Suncor regarding Suncor product out of Dupont | 11/22/2010 | Depo Exh 115 Suncor_WCS 00045195-45196 | | | | | |
| 171 | | **Exhibit Removed** | | | | | | | |
| 172 | | Suncor Energy invoice to Dillon Companies Inc. dated January 3, 2011 | 1/3/2011 | Depo Exh 26 | | | | | |
| 173 | | Email dated January 3, 2011 from S. Moss to S. Ewing regarding December Unbranded Stewardship (including attachments) | 1/3/2011 | Depo Exh 32 | | | | | |
| 174 | | Email dated January 4, 2011 from S. Moss to S. Ewing regarding meeting with Western Convenience | 1/4/2011 | Depo Exh 36 | | | | | |
| 175 | | Email to Chris Wehrle from OPIS admin. Dated 1/4/2011 regarding attached OPIS Early Evening Updates | 1/4/2011 | PLA025767-25775 | | | | | |
| 176 | | Email dated January 5, 2011 from S. Ewing to S. Moss regarding Loaf Contract | 1/5/2011 | Depo Exh 37 Suncor_WCS 00003293 | | | | | |
| 177 | | Emails dated January 5, 2011 from L. Chilson regarding discount for Grand Junction and Fruita customers | 1/5/2011 | Depo Exh 38 Suncor_WCS 00003513 | | | | | |
| 178 | | Emails between Chris Wehrle and Steve Moss dated 1/11/2011 regarding volume | 1/11/2011 | DIDBJWCS02_0052637 | | | | | |
| 179 | | Emails between Chris Wehrle and Steve Moss dated 1/26/2011 regarding contract volumes | 1/26/2011 | PLA027934 | | | | | |
| 180 | | Emails between Chris Wehrle, Steve Moss and Hossein Taraghi dated 1/27 & 1/28/2011 regarding suncor allocations | 1/27/2011 | PLA066579 | | | | | |
| 181 | | Confirmation of Purchase /Sale Agreement for 1/31/2011 between Suncor and WCS | 1/31/2011 | Depo Exh 141 Suncor_WCS 00005535 PLA066490-66491 | | | | | |
| 182 | | Emails between Wynn Wright and Chris Wehrle dated 2/1/2011 regarding Offen Pricing | 2/1/2011 | PLA025487 | | | | | |
| 183 | | Email from Karen Hagen to Chris Wehrle dated 2/3/2011 regarding attached WCS Spot Contract | 2/3/2011 | Depo Exh 140 PLA027742-27744 | | | | | |
| 184 | | Emails between Chris Wehrle and Wynn Wright dated 2/9/2011 regarding Dupont | 2/9/2011 | PLA027971-27974 | | | | | |
| 185 | | Suncor Emails dated February 19, 2011 - February 21, 2011 regarding Unbranded Pricing | 2/19/2011 | Depo Exh 41 Suncor_WCS 00001305 | | | | | |
| 186 | | Emails between Steve Ewing, Joshua Janell, Steve Moss, Robert White dated 2/19 – 2/22/2011 regarding unbranded discounts | 2/19/2011 | Suncor_WCS 00001294 | | | | | |
| 187 | | Transaction Summaries of Suncor Contracts with Valero dated February 28, 2011 | 2/28/2011 | Depo Exh 108 Suncor_WCS 00043819-43820 | | | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Case No. 11-cv-01611-MSK-CBS

Date: November 20, 2013

Case Title: Western Convenience Stores, Inc. v. Suncor Energy (U.S.A.) Inc.

JOINT EXHIBIT LIST

| Exhibit | Witness | Brief Description | Date if Avail | Reference No. | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|---|
| 188 | | WCS Price Survey for April 2011 | 4/1/2011 | Depo Exh 158 | | | | | |
| 189 | | Email from Chris Wehrle to Hossein Taraghi dated 4/13/2011 regarding Liftings | 4/13/2011 | PLA028172 | | | | | |
| 190 | | Emails between Chris Wehrle and Steve Moss dated 4/14/2011 regarding Suncor gas | 4/14/2011 | PLA028176-28177 | | | | | |
| 191 | | Emails between Chris Wehrle and Dick Pryor dated 4/14 & 4/15/2011 regarding Suncor product | 4/14/2011 | PLA028189-28190 | | | | | |
| 192 | | Emails between Chris Wehrle, Steve Moss and Hossein Taraghi dated 4/15/2011 regarding lunch next week | 4/15/2011 | PLA028198 | | | | | |
| 193 | | Email from Karen Hagen to Chris Wehrle dated 4/21/2011 regarding attached WCS Spot Contract | 4/21/2011 | Depo Exh 142 PLA027745-27747 | | | | | |
| 194 | | Emails dated April 25, 2011 between W. Wright & S. Ewing re Colorado TVA Update | 4/25/2011 | Depo Exh 18 | | | | | |
| 195 | | Email dated June 4, 2011 from Doug Vejnar to Steve Ewing regarding Fuel Discount Announcement (4.26.2011) | 4/26/2011 | Depo Exh 22 | | | | | |
| 196 | | Email from Chris Wehrle to Steve Moss dated 4/26/2011 regarding needing extra loads | 4/26/2011 | PLA028211 | | | | | |
| 197 | | Emails between Chris Wehrle and Steve Moss dated 4/27/2011 regarding Suncor update | 4/27/2011 | PLA028223-28224 | | | | | |
| 198 | | Emails between Chris Wehrle and Dick Pryor dated 4/29/2011 regarding prices | 4/29/2011 | PLA028244 | | | | | |
| 199 | | WCS Price Survey for May 2011 | 5/1/2011 | Depo Exh 156 | | | | | |
| 200 | | S. Moss email to D. Vejnar regarding WCS Proposed Offer | 5/2/2011 | Depo Exh 117 Suncor_WCS 00002091 | | | | | |
| 201 | | S. Moss email dated May 2, 2011 regarding WCS 12-Month Contract | 5/2/2011 | Depo Exh 168 Suncor_WCS 00045330-45331 | | | | | |
| 202 | | Emails between Wynn Wright and Chris Wehrle dated 5/2 & 5/3/2011 regarding Offen Pricing | 5/2/2011 | PLA025609 | | | | | |
| 203 | | Emails between Steve Moss and Chris Wehrle dated 5/4 & 5/5/2011 regarding extra loads | 5/4/2011 | Suncor_WCS 00045341-45342 | | | | | |
| 204 | | Emails between Chris Wehrle and Wynn Wright dated 5/4/2011 regarding Cheyenne PTO | 5/4/2011 | PLA028254-28255 | | | | | |
| 205 | | Emails between Steve Moss and Chris Wehrle dated 5/5/2011 regarding loads | 5/5/2011 | Suncor_WCS 00045345-45346 | | | | | |
| 206 | | Emails between Chris Wehrle, Steve Ewing and Hossein Taraghi dated 5/5 thru 5/7/2011 regarding extra loads | 5/5/2011 | PLA034269-34272 | | | | | |
| 207 | | Email from Chris Wehrle to Steve Moss dated 5/5/2011 regarding allocation correction | 5/5/2011 | PLA028257 | | | | | |
| 208 | | Emails between Chris Wehrle, Steve Ewing and Hossein Taraghi dated 5/5 thru 5/9/2011 regarding suncor contract | 5/5/2011 | PLA028259-28263 | | | | | |
| 209 | | Emails dated May 6, 2011 through May 8, 2011 between S. Ewing and C. Werhle regarding meeting | 5/6/2011 | Depo Exh 17 | | | | | |
| 210 | | Emails between Charlie Dowden and Diane Kriskovich dated 5/17 & 5/10/2011 regarding WCS Bank Info. | 5/10/2011 | PLA075820 | | | | | |
| 211 | | **Exhibit Removed** | | | | | | | |
| 212 | | Emails between Chris Wehrle, Steve Moss, Linda Cross, Karen Hagen dated 5/16/2011 regarding WCS Bank Info. | 5/16/2011 | PLA028288-28289 | | | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Case No. 11-cv-01611-MSK-CBS

Date: November 20, 2013

Case Title: Western Convenience Stores, Inc. v. Suncor Energy (U.S.A.) Inc.

JOINT EXHIBIT LIST

| Exhibit | Witness | Brief Description | Date if Avail | Reference No. | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|---|
| 213 | | Notes of Meeting on 5/18/2011 between Suncor and WCS | 5/18/2011 | PLA064531-64532 | | | | | |
| 214 | | Emails between Chris Wehrle and Linda Cross dated 5/18 & 5/19/2011 regarding gasoline prices | 5/18/2011 | PLA028302-28303 | | | | | |
| 215 | | Email from Chris Wehrle to Janell Joshua dated 5/19/2011 regarding unbranded gasoline prices | 5/19/2011 | PLA028307 | | | | | |
| 216 | | Emails between Chris Wehrle and Wynn Wright dated 5/19/2011 regarding suncor load | 5/19/2011 | PLA028308-28309, 34450-34451 | | | | | |
| 217 | | Emails between Chris Wehrle and Janell Joshua dated 5/19 & 5/20/2011 regarding unbranded gas | 5/19/2011 | PLA028311-28312 | | | | | |
| 218 | | Letter from Suncor to Western Convenience dated 5/25/2011 regarding confirmation of suspension of all product sales to WCS | 5/25/2011 | Depo Exh 15 | | | | | |
| 219 | | S. Moss email to K. Hagen dated June 6, 2011 regarding renewal/extension of Loaf N' Jug contract and attached proposal | 6/6/2011 | Depo Exh 135<br>Suncor_WCS 00005833 | | | | | |
| 220 | | Email dated June 9, 2011 from D. Kriskovich to A. Saunders regarding Wester Convenience Unauthorized Drafts | 6/9/2011 | Depo Exh 21 | | | | | |
| 221 | | Complaint filed by WCS on 6/20/2011 in U.S. District Court of Colorado | 6/20/2011 | | | | | | |
| 222 | | Emails between Don Olguinn and Chris Wehrle dated 6/20 & 6/21/2011 regarding Ethanel | 6/20/2011 | PLA032442-32444 | | | | | |
| 223 | | Declaration of Hossein Taraghi dated 7/5/2011 | 7/5/2011 | Depo Exh 153 | | | | | |
| 224 | | Email from Chris Wehrle to Hossein Taraghi dated 7/29/2011 regarding Dispatch and Price Sheets | 7/29/2011 | PLA070754 | | | | | |
| 225 | | Western Conv. Gas/Diesel Racks Chart, 7/29/2011 to 8/1/2011 | 7/29/2011 | Depo Exh 144<br>PLA070755 | | | | | |
| 226 | | Transcript of Motion Hearing on 9/28/2011 | 9/28/2011 | Depo Exh 154 | | | | | |
| 227 | | Amended Complaint filed by WCS on 2/1/2012 in U.S. District Court of Colorado | 2/1/2012 | | | | | | |
| 228 | | Plaintiffs' First Set of Interrogatories and Reqests for Production of Documents to Defendant | 2/28/2012 | | | | | | |
| 229 | | Plaintiff's Amended Rule 30(b)(6) Notice of Deposition of Defendant / Third-Party Plaintiff Suncor Energy (U.S.A.) Inc. dated March 5, 2012 | 3/5/2012 | Depo Exh 25 | | | | | |
| 230 | | Suncor Responses to Plaintiffs' First Set of Interrogatories and Requests for Production of Documents to Defendant | 4/2/2012 | | | | | | |
| 231 | | Declaration of Steven Ewing | 6/13/2012 | Plaintiffs' SJ Exhibit 31 | | | | | |
| 232 | | Declaration of Susan Giannola Pursuant to 28 U.S.C. § 1746 dated August 31, 2012 and filed September 12, 2012 | 8/31/2012 | Depo Exh 189<br>Doc. No. 115-2 | | | | | |
| 233 | | Plaintiffs' Second Set of Interrogatories, Third Set of Requests for Production of Documents and First Requests for Admissions | 10/16/2012 | | | | | | |
| 234 | | Suncor Responses to Plaintiffs' Second Set of Interrogatories, Third Set of Requests for Production of Documents and First Requests for Admissions | 11/19/2012 | | | | | | |
| 234A | | Suncor Supplemental Responses to Plaintiffs' First Set of Interrogatories and Requests for Production of Documents | 12/5/2012 | | | | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Case No. 11-cv-01611-MSK-CBS

Date: November 20, 2013

Case Title: Western Convenience Stores, Inc. v. Suncor Energy (U.S.A.) Inc.

JOINT EXHIBIT LIST

| Exhibit | Witness | Brief Description | Date if Avail | Reference No. | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|---|
| 235 | | Suncor Supplemental Responses to Plaintiffs' Second Set of Interrogatories, Third Set of Requests for Production of Documents and First Requests for Admissions | 12/5/2012 | | | | | | |
| 236 | | Plaintiffs' Rule 30(b)(6) Notice of Deposition of the Kroger Company and Affiliates | 12/17/2012 | Depo Exh 173 | | | | | |
| 237 | | Declaration of Ed Sharpe dated January 24, 2013 | 1/24/2013 | Depo Exh 197 | | | | | |
| 238 | | Declaration of Angela Shields | 2/8/2013 | | | | | | |
| 239 | | Declaration of John Mayes | 3/13/2013 | | | | | | |
| 240 | | Chart for Western Convenience Stores, Same Store Sales for Period 2007-2009 | 2007-2009 | PLA075596-75598 | | | | | |
| 241 | | Suncor Top Ten Unbranded Customers | 2008, 2009, 2010 | Depo Exh 30 | | | | | |
| 242 | | Chart for Western Convenience Stores, Fuel Margins for Periods July 2007 to June 2010 | July 2007-June 2010 | PLA075595 | | | | | |
| 243 | | Denver Supply Trading Agreements Listing | Undated | Depo Exh 98 | | | | | |
| 244 | | Legend to Denver Supply Trading Agreements Listing | Undated | Depo Exh 99 | | | | | |
| 245 | | SEUSA RF Review (Ewing 11-10 SWOT Analysis) | Undated | Depo Exh 124 | | | | | |
| 246 | | The Kroger Co. 2011 Fact Book | Undated | Depo Exh 183 | | | | | |
| 247 | | Various Suncor Invoices to Dillon Companies | Various | Depo Exh 70 DILLON 025087-025100 | | | | | |
| **EXHIBITS 248-299 INTENTIONALLY OMITTED** | | | | | | | | | |
| | | **In Commerce / Thonen Exhibits** | | | | | | | |
| 300 | | RIOT Graphs (e.g., Suncor_WCS 00044835) (referenced in Mayes report) | | Plaintiffs' SJ Exhibit 29 | | | | | |
| 301 | | Summary of Suncor Out of State Fuel Purchases | | | | | | | |
| 302 | | Suncor Contracts and Purchase Transaction Summaries with Frontier Oil & Refining Company | Various | Depo Exhs 100 & 103 Suncor_WCS 00043585; 00043580-43581 | | | | | |
| 303 | | Suncor Contracts and Purchase Transaction Summaries with Valero Marketing and Supply Company | Various | Depo Exhs 101, 102, 104, 108 Suncor_WCS 00043612-43616; 00043626; 00043627-43628; 00043819-43820 | | | | | |
| 304 | | Transaction Summary of Suncor Contract with ExxonMobil Corp revised February 10, 2011 | 2/10/2011 | Depo Exh 110 Suncor_WCS 00044193 | | | | | |
| 305 | | Suncor Energy USA Introduction to Crude Supply, Refining, and Marketing Powerpoint presentation | 3/12/2010 | | | | | | |
| 306 | | RMPL Dupont Photos | | | | | | | |
| 307 | | Suncor's Production of 10/18/13 re: out of state products | | | | | | | |
| 307a | | the underlying data; | | | | | | | |
| 307b | | the product summaries; | | | | | | | |
| 307c | | the destination summaries; | | | | | | | |
| 307d | | the diesel summaries. | | | | | | | |
| 308 | | Suncor website pages | | | | | | | |
| **EXHIBITS 309-399 INTENTIONALLY OMITTED** | | | | | | | | | |
| | | **Expert Reports** | | | | | | | |
| 400 | | Expert Report of Mark Glick and Ted Tatos incl. Appendices | 1/22/2013 | | | | | | |

Page 7

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Case No. 11-cv-01611-MSK-CBS                                                                                               Date: November 20, 2013

Case Title: Western Convenience Stores, Inc. v. Suncor Energy (U.S.A.) Inc.

JOINT EXHIBIT LIST

| Exhibit | Witness | Brief Description | Date if Avail | Reference No. | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|---|
| 401 | | Expert Report of Keith B. Leffler | 1/22/2013 | | | | | | |
| 402 | | Expert Report of John Mayes | 1/22/2013 | | | | | | |
| 403 | | Expert Report of James M. Griffin | 3/1/2013 | | | | | | |
| 404 | | Supplemental Expert Report of Mark Glick and Ted Tatos incl. Appendices | 4/18/2013 | | | | | | |
| 405 | | Rebuttal Expert Report of Mark Glick and Ted Tatos incl. Appendices | 5/30/2013 | | | | | | |
| 406 | | Rebuttal Expert Report of Keith B. Leffler | 5/30/2013 | | | | | | |
| 407 | | Rebuttal Expert Report of John Mayes, including report on Refining and Marketing Industry | 5/31/2013 | | | | | | |
| 408 | | James Griffin Response to Rebuttal Report of Plaintiffs' Experts | 7/8/2013 | | | | | | |
| EXHIBITS 409-499 INTENTIONALLY OMITTED | | | | | | | | | |
| | | **Glick/Tatos Exhibits** | | | | | | | |
| 500 | | Table from Page 8 of Expert Report of Mark Glick and Ted Tatos (WCS and King Soopers Wholesale Fuel Prices from Suncor - 10/09 to 05/11) | | | | | | | |
| 501 | | Table from Page 8 of Expert Report of Mark Glick and Ted Tatos (WCS and Loaf 'N Jug Wholesale Fuel Prices from Suncor 02/10 to 05/11) | | | | | | | |
| 502 | | Chart from Page 10 of Expert Report of Mark Glick and Ted Tatos (WCS and King Soopers Differences for Unleaded 85 Octane Regular Gasoline with 10% Ethanol Sold at Commerce City) | | | | | | | |
| 503 | | Chart from Page 10 of Expert Report of Mark Glick and Ted Tatos (WCS and Loaf 'N Jug Differences for Unleaded 85 Octane Regular Gasoline with 10% Ethanol Sold at Commerce City) | | | | | | | |
| 504 | | Table from Page 12 of Expert Report of Mark Glick and Ted Tatos (WCS Stores That Compete With King Soopers) | | | | | | | |
| 505 | | Table from Page 13 of Expert Report of Mark Glick and Ted Tatos (WCS Stores That Compete with Loaf 'N Jug) | | | | | | | |
| 506 | | Google Street View of Store 135 from Page 15 of Expert Report of Mark Glick and Ted Tatos | | | | | | | |
| 507 | | Table from Page 19-20 of Expert Report of Mark Glick and Ted Tatos (Total Damages by Store Number and Fuel Grade) | | | | | | | |
| 508 | | Appendix A to Expert Report of Mark Glick and Ted Tatos (Mark A. Glick Expert Testimony in Last Four Years) | | | | | | | |
| 509 | | Appendix B to Expert Report of Mark Glick and Ted Tatos (Mark A. Glick Publications in Last 10 Years) | | | | | | | |
| 510 | | Appendix C to Expert Report of Mark Glick and Ted Tatos (Documents Considered) | | | | | | | |
| 511 | | Appendix D to Expert Report of Mark Glick and Ted Tatos (Fuel Pricing Comparisons: WCS v. King Soopers) | | | | | | | |
| 512 | | Appendix E to Expert Report of Mark Glick and Ted Tatos (One-Step Regression Reports) | | | | | | | |
| 513 | | Appendix F to Expert Report of Mark Glick and Ted Tatos (Additional Profits - WCS - Assuming No Wholesale Price Difference) | | | | | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Case No. 11-cv-01611-MSK-CBS

Date: November 20, 2013

Case Title: Western Convenience Stores, Inc. v. Suncor Energy (U.S.A.) Inc.

**JOINT EXHIBIT LIST**

| Exhibit | Witness | Brief Description | Date if Avail | Reference No. | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|---|
| 514 | | Figure 1. Little Overlap Between Independent Variables from Rebuttal Expert Report of Mark Glick and Ted Tatos | | | | | | | |
| 515 | | Figure 2. Severe Overlap Between Independent Variables from Rebuttal Expert Report of Mark Glick and Ted Tatos | | | | | | | |
| 516 | | Table 2. Comparison Between Our Original Specification and Including All Competitor Price Effects and Significant Competitor Price Effects from Rebuttal Expert Report of Mark Glick and Ted Tatos | | | | | | | |
| 517 | | Table 3. But-For Discounts from Rebuttal Expert Report of Mark Glick and Ted Tatos | | | | | | | |
| 518 | | Table from Page 19 of Rebuttal Expert Report of Mark Glick and Ted Tatos (Calculation of Damages Using Dr. Griffin's Model) | | | | | | | |
| 519 | | Table 4. Example of Transmission of the Price Discrimination from Rebuttal Expert Report of Mark Glick and Ted Tatos | | | | | | | |
| 520 | | Photo 1: Loaf 'N Jug at Abriendo and Lincoln from Rebuttal Expert Report of Mark Glick and Ted Tatos | | | | | | | |
| 521 | | Photo 2:  Diamond Shamrock on Abriendo and WCS #143 from Rebuttal Expert Report of Mark Glick and Ted Tatos | | | | | | | |
| 522 | | Chart from Page 28 of Rebuttal Expert Report of Mark Glick and Ted Tatos (WCS Store 130 Weekly Profits and Trend) | | | | | | | |
| 523 | | Chart from Page 28 of Rebuttal Expert Report of Mark Glick and Ted Tatos (Weekly U.S. Gulf Coast Conventional Gasoline Regular Spot Price FOB (Dollars per Gallon) | | | | | | | |
| 524 | | Table 5. Sources of WCS Purchases from Suncor from Rebuttal Expert Report of Mark Glick and Ted Tatos | | | | | | | |
| 525 | | Table 6. WCS vs. Kroger Purchases (Min. 30 comparable purchases) from Rebuttal Expert Report of Mark Glick and Ted Tatos | | | | | | | |
| 526 | | 050705gaspricesrpt.pdf | | | | | | | |
| 527 | | 169091 - Suncor USA Commercial Overview.ppt | | | | | | | |
| 528 | | 282221 CONFIDENTIAL Oct 2009 Suncor Sales and Marketing Overview.ppt | | | | | | | |
| 529 | | 282223 CONFIDENTIAL November 2009 Rack Forward Overview.ppt | | | | | | | |
| 530 | | 290094 CONFIDENTIAL Feb 2009 EAI Executive Summary for Suncor.ppt | | | | | | | |
| 531 | | DenverNorthFrontRangeFuelSupplyCostImpacts_EAIInc_2011_REV 2.pdf | | | | | | | |
| 532 | | EAI_Front_Range_Fuel_Supply_2011_99-1.pdf | | | | | | | |
| 533 | | EAI_Mkt_Profiles_Dec_27_2011_101-1.pdf | | | | | | | |
| 534 | | EAI_Mkt_Strategy_Support_March_2010_100-1.pdf | | | | | | | |
| 535 | | EAI_Su_Strategy_March_2011_ppt_102-1.pdf | | | | | | | |
| 536 | | ecu0208-Griffin.pdf | | | | | | | |
| 537 | | GasPriceKit2011.pdf | | | | | | | |
| 538 | | HIGHLY_CONFIDENTIAL _PLA072639 WCS Pricing History.xlsx | | | | | | | |
| 539 | | Kroger 2010 10k.pdf | | | | | | | |
| 540 | | Mid-Grade Damages Model-Supplemental Corrected.sas | | | | | | | |
| 541 | | Mid-Grade Damages Model-Supplemental.sas | | | | | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Case No. 11-cv-01611-MSK-CBS

Date: November 20, 2013

Case Title: Western Convenience Stores, Inc. v. Suncor Energy (U.S.A.) Inc.

**JOINT EXHIBIT LIST**

| Exhibit | Witness | Brief Description | Date if Avail | Reference No. | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|---|
| 542 | | sharpe 2-19-13.ptx | | | | | | | |
| 543 | | Suncor Denver Refinery Overview - 2010.pdf | | | | | | | |
| 544 | | Suncor_WCS 00043539 Western Petroleum Pricing List.xls.xls | | | | | | | |
| 545 | | Suncor_WCS 00043540 Carter Energy.xls.xlsx | | | | | | | |
| 546 | | Suncor_WCS 00043541 Parish Oil.xls.xlsx | | | | | | | |
| 547 | | Suncor_WCS 00043542 DATS.xls.xlsx | | | | | | | |
| 548 | | Suncor_WCS 00043543 SB Fuels.xls.xlsx | | | | | | | |
| 549 | | Suncor_WCS 00043544 Sapp Bros Travel.xls.xlsx | | | | | | | |
| 550 | | Suncor_WCS 00043545 FMI Contract.xls.xls | | | | | | | |
| 551 | | Suncor_WCS 00043546 FMI Rack.xls.xls | | | | | | | |
| 552 | | Suncor_WCS 00043547 Pilot Travel Centers.xls.xls | | | | | | | |
| 553 | | Suncor_WCS 00043548 Southern Counties Oil.xls.xls | | | | | | | |
| 554 | | Suncor_WCS 00043549 Western Petroleum Co.xls.xls | | | | | | | |
| 555 | | Suncor_WCS 00043550 Western Petroleum Inc.xls.XLS | | | | | | | |
| 556 | | Suncor_WCS 00043551 Truman Arnold.xls.xls | | | | | | | |
| 557 | | Suncor_WCS 00043552 Sapp Bros Inc.xls.XLS | | | | | | | |
| 558 | | Suncor_WCS 00043553 Formula List.xls.xls | | | | | | | |
| 559 | | Suncor_WCS 00044923 MiniMart 2010-2011.xlsx | | | | | | | |
| 560 | | Suncor_WCS 00044924 WCS 2008.xlsx | | | | | | | |
| 561 | | Suncor_WCS 00044925 WCS 2009-2011.xlsx | | | | | | | |
| 562 | | Suncor_WCS 00044926 Dillon Companies 2008.xlsx | | | | | | | |
| 563 | | Suncor_WCS 00044927 Dillon Companies 2009-2011.xlsx | | | | | | | |
| 564 | | Table 1-3 Figure 3.xlsx | | | | | | | |
| 565 | | Table 4 WCS v Kroger Price Comparisons.sas | | | | | | | |
| 566 | | WCS Fuel Damages Model-Reg Prm Dsl-Supplement Corrected.sas | | | | | | | |
| 567 | | WCS Fuel Damages Model-Reg Prm Dsl-Supplement.sas | | | | | | | |
| 568 | | wcsregdata.sas7bdat | | | | | | | |
| 569 | | Kroger/Loaf 'n'Jug/King Soopers web sites | | | | | | | |
| 570 | | Picture of WCS Store in Colorado Springs next to 7-11 | | | | | | | |
| 571 | | Papers and books referenced in expert reports/affidavits | | | | | | | |
| 572 | | NACS Survey - Consumer Fuels Report 2011 | | | | | | | |
| 573 | | All references cited in expert reports/affidavits | | | | | | | |
| 574 | | Econometrics - Intriligator | | | | | | | |
| 575 | | Econometrics - Bloom | | | | | | | |
| 576 | | Econometrics - Wooldridge | | | | | | | |
| 577 | | Econometric Models - Pindyck and Rubinfeld | | | | | | | |
| 578 | | Malcolm Burns - The Analysis of Secondary Line Injury and Damages - 58 UMKC Law Review 1 | | | | | | | |
| 579 | | Affidavit of Keith Leffler in Hasbrouck v. Texaco | | | | | | | |
| 580 | | Kroger: the King of Consistency - RetailingToday | | | | | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Case No. 11-cv-01611-MSK-CBS

Date: November 20, 2013

Case Title: Western Convenience Stores, Inc. v. Suncor Energy (U.S.A.) Inc.

JOINT EXHIBIT LIST

| Exhibit | Witness | Brief Description | Date if Avail | Reference No. | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|---|
| 581 | | Plaintiff's Price Surveys | | | | | | | |
| 582 | | "Gas prices are about more than just oil", Jonathan Farley, Seattle Times, March 7, 2011 (http://seattletimes.com/html/businesstechnology/2014425559_apuspricinggas.html) | | | | | | | |
| 583 | | NACS Consumer Fuels Report, 2011 | | | | | | | |
| 584 | | Sageworks:  "You think you hate high gas prices?  Try selling the stuff," October 16, 2012 (http://www.cspnet.com/news/fuels/articles/weakest-margins-more-two-years.) | | | | | | | |
| 585 | | Kroger 2011 Form 10-k (http://www.sec.gov/Archives/edgar/data/56873/000110465912021358/a12-1263_110k.htm) | | | | | | | |
| 586 | | Price Advantage:  "Kroger Reports Retail Fuel Margins" (http://www.sellmoregas.com/blog/2012/03/01/kroger-reports-retail-fuel-margins/) | | | | | | | |
| 587 | | Seeking Alpha:  Transcript of Q3 2010 Kroger earnings call (http://seekingalpha.com/article/239801-kroger-co-ceo-discusses-q3-2010-earnings-call-transcript) | | | | | | | |
| 588 | | EIA Report: "Gasoline Price Pass-Through", January 2003 | | | | | | | |
| 589 | | Denver Business Journal, August 8, 2012, Safeway ends 3 cent gas discount offer | | | | | | | |
| 590 | | Chart:  WCS Purchases from Suncor for WCS' Nebraska Stores | | | | | | | |
| 591 | | Chart:  Kroger Purchases from Suncor Destined for Outside of Colorado | | | | | | | |
| **EXHIBITS 592-599 INTENTIONALLY OMITTED** | | | | | | | | | |
| | | **Griffin Exhibits** | | | | | | | |
| 600 | | Exhibit 10 – Chart from Griffin's Expert Report (Western Purchases from Suncor as a Percentage of Total Purchases for Colorado Designation Sites) | | | | | | | |
| 601 | | Tabulation of Griffin Exhibit 10 – WCS Purchase from Suncor | | | | | | | |
| 602 | | Exhibit 11 – Chart from Griffin's Expert Report (Number of Suppliers Selling Unleaded Fuel to WCS) | | | | | | | |
| 603 | | Appendix D (Calendars) to Glick/Tatos Expert Report | | | | | | | |
| 604 | | Exhibit 3 – Chart from Griffin's Expert Report (Unexplained Error in Simple Kroger Retail Price Regression) | | | | | | | |
| 605 | | Figure 2 from Griffin's Expert Rebuttal Report (A Hypothetical Example of Injury) | | | | | | | |
| 606 | | Figure 1 from Griffin's Expert Rebuttal Report (A Hypothetical Example of No Injury) | | | | | | | |
| 607 | | Exhibit 5 – Table from Griffin's Expert Report (Test 1: Pricing Behavior of WCS, Kroger and Other Companies) | | | | | | | |
| 608 | | Exhibit 6 – Table from Griffin's Expert Report (Test 2: Effect of Suncor Contracts on Kroger's Retail Pricing) | | | | | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Case No. 11-cv-01611-MSK-CBS

Date: November 20, 2013

Case Title: Western Convenience Stores, Inc. v. Suncor Energy (U.S.A.) Inc.

JOINT EXHIBIT LIST

| Exhibit | Witness | Brief Description | Date if Avail | Reference No. | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|---|
| 609 | | Exhibit 7 – Table from Griffin's Expert Report (Test 2: Kroger Pricing Behavior Pre and Post Suncor Contract) | | | | | | | |
| 610 | | Appendix's 8-1 thru 8-26 from Griffin's Expert Report | | | | | | | |
| 611 | | Exhibit 4 – Chart from Griffin's Expert Report (Denver Price Differences:  Suncor Unbranded Rack-OPIS Rack Average) | | | | | | | |
| 612 | | Table 1 from Griffin's Expert Rebuttal Report (Comparison of Damage Calculations:  WCS Store 143 Regular Unleaded) | | | | | | | |
| 613 | | Figure 3 from Griffin's Expert Rebuttal Report (Glick/Tatos vs. Corrected Damages Estimates: WCS Store 143 Regular Unleaded) | | | | | | | |
| 614 | | Table 2 from Griffin's Expert Rebuttal Report (Frequency of Days When WCS Got a Better Price) | | | | | | | |
| 615 | | Table 3 from Griffin's Expert Rebuttal Report | | | | | | | |
| 616 | | Table 4 from Griffin's Expert Rebuttal Report (Cost Comparison Based on Actual Volumes: WCS Price vs. Kroger Price) | | | | | | | |
| 617 | | Table on page 12 of Glick/Tatos Expert Report (WCS Stores that Compete with King Soopers) | | | | | | | |
| 618 | | Table on page 13 of Glick/Tatos Expert Report (WCS Stores that Compete with Loaf 'N Jug) | | | | | | | |
| 619 | | Table on page 19 of Glick/Tatos Expert Report (Total Damages by Store Number and Fuel Grade) | | | | | | | |
| 620 | | Table on page 20 of Glick/Tatos Expert Report | | | | | | | |
| 621 | | Table from Glick/Tatos Supplemental Report (Profits Lost by Western Convenience Stores) | | | | | | | |
| 622 | | Exhibit 1 – Table from Griffin's Expert Report (Glick/Tatos Regression Model without Symmetry Restrictions, Regular Gasoline) | | | | | | | |
| 623 | | Exhibit 2 – Table from Griffin's Expert Report (Glick/Tatos Regression Model with Retail Prices, Regular Gasoline) | | | | | | | |
| 624 | | Appendix C from Griffin's Expert Report (Glick/Tatos Regression Model without Symmetry Restriction, Mid-Grade) | | | | | | | |
| 625 | | Appendix D from Griffin's Expert Report (Glick/Tatos Regression Model without Symmetry Restriction, Premium Gasoline) | | | | | | | |
| 626 | | Appendix E from Griffin's Expert Report (Glick/Tatos Regression Model without Symmetry Restrictions, Diesel) | | | | | | | |
| 627 | | Various Google Site Maps | | | | | | | |
| 628 | | Resume of James M. Griffin | | | | | | | |
| **EXHIBITS 629-699 INTENTIONALLY OMITTED** | | | | | | | | | |
| | | **Other** | | | | | | | |
| 700 | | Demonstrative Exhibits | | | | | | | |
| 800 | | Any documents necessary for impeachment | | | | | | | |
| 900 | | Any documents necessary for rebuttal | | | | | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Case No. 11-cv-01611-MSK-CBS                                                                  Date: November 20, 2013

Case Title: Western Convenience Stores, Inc. v. Suncor Energy (U.S.A.) Inc.

**JOINT EXHIBIT LIST**

| Exhibit | Witness | Brief Description | Date if Avail | Reference No. | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|-------------------|---------------|---------------|-------------|---------|----------|---------|----------------|
| * The parties have agreed not to list rebuttal and demonstrative exhibits. | | | | | | | | | |