**Western Convenience Stores, Inc. v. Suncor Energy (U.S.A.) Inc.**
Civil Action No. 11-cv-01611-MSK-CBS
Chief United States District Judge Marcia S. Krieger

Chart of Documents Western Seeks to Provide to Mr. Taraghi
Via Fifth Motion to Re-Designate

| Date of Request | Category | Trial Ex. No. | Document Title | # Pages | Did Western provide copy to Dillon? | Comment |
|---|---|---|---|---|---|---|
| 12/19/2013 | Para. 8 of Fifth Motion to Re-Designate (Doc. #269): "documents/data produced by Dillon relating to fuel pricing or volume" | N/A | | 94,383 | No | Estimate based upon number of pages Dillon produced to Western (see Exhibit E) |
| | | | **Subtotal (12/19/2013)** | **94,383** | | |

1

**EXHIBIT G**

| Date of Request | Category | Trial Ex. No. | Document Title | # Pages | Did Western provide copy to Dillon? | Comment |
|---|---|---|---|---|---|---|
| 1/7/2014 | WCS and Suncor expert's reports (Exhibits 400 through 408) | Ex 400 | Expert Report of Mark Glick and Ted Tatos incl. Appendices | 663 | Yes | |
| 1/7/2014 | Same as above | Ex 401 | Expert Report of Keith B. Leffler | N/A | N/A | Withdrawn on 1/13/14 |
| 1/7/2014 | Same as above | Ex 402 | Expert Report of John Mayes | N/A | N/A | Withdrawn on 1/13/14 |
| 1/7/2014 | Same as above | Ex 403 | Expert Report of James M. Griffin | 109 | Yes | |
| 1/7/2014 | Same as above | Ex 404 | Supplemental Expert Report of Mark Glick and Ted Tatos incl. Appendices | Unknown | No | |

| Date of Request | Category | Trial Ex. No. | Document Title | # Pages | Did Western provide copy to Dillon? | Comment |
|---|---|---|---|---|---|---|
| 1/7/2014 | Same as above | Ex 405 | Rebuttal Expert Report of Mark Glick and Ted Tatos incl. Appendices | 164 | Yes | Unknown if includes files provided by Western in "Work Paper" folder |
| 1/7/2014 | Same as above | Ex 406 | Rebuttal Expert Report of Keith B. Leffler | N/A | N/A | Withdrawn on 1/13/14 |
| 1/7/2014 | Same as above | Ex 407 | Rebuttal Expert Report of John Mayes, including report on Refining and Marketing Industry | N/A | N/A | Withdrawn on 1/13/14 |
| 1/7/2014 | Same as above | Ex 408 | James Griffin Response to Rebuttal Report of Plaintiffs' Experts | 38 | Yes | |
| 1/7/2014 | Contracts between Suncor and Kroger entities (Exhibit 2) | Ex 2 | Contracts between Suncor and Dillon Companies, Inc. (King Soopers / City Market) | 42 | Yes | |

3

| Date of Request | Category | Trial Ex. No. | Document Title | # Pages | Did Western provide copy to Dillon? | Comment |
|---|---|---|---|---|---|---|
| 1/7/2014 | Kroger entity pricing spreadsheets (Exhibits 559, 562 – 568) | Ex 559 | Suncor_WCS 00044923 MiniMart 2010-2011.xlsx | 555 | Yes but in Xcel format only | Extremely small print |
| 1/7/2014 | Same as above | Ex 562 | Suncor_WCS 00044926 Dillon Companies 2008.xlsx | 25 | Yes but in Xcel format only | Extremely small print |
| 1/7/2014 | Same as above | Ex 563 | Suncor_WCS 00044927 Dillon Companies 2009-2011.xlsx | 507 | Yes but in Xcel format only | Extremely small print |

| Date of Request | Category | Trial Ex. No. | Document Title | # Pages | Did Western provide copy to Dillon? | Comment |
|---|---|---|---|---|---|---|
| 1/7/2014 | Same as above | Ex 564 | Table 1-3 Figure 3.xlsx | 1466 | Yes but in Xcel format only | File has multiple tabs so actual page estimate is difficult |
| 1/7/2014 | Same as above | Ex 565 | Table 4 WCS v Kroger Price Comparisons.sas | Unknown | No | Unreadable SAS data format |
| 1/7/2014 | Same as above | Ex 566 | WCS Fuel Damages Model-Reg Prm Dsl-Supplement Corrected.sas | Unknown | No | Unreadable SAS data format |
| 1/7/2014 | Same as above | Ex 567 | WCS Fuel Damages Model-Reg Prm Dsl-Supplement.sas | Unknown | No | Unreadable SAS data format |
| 1/7/2014 | Same as above | Ex 568 | wcsregdata.sas7bdat | Unknown | No | Unreadable SAS data format |
| | | | **Subtotal (1/7/2014)** | **3,569** | | |

| Date of Request | Category | Trial Ex. No. | Document Title | # Pages | Did Western provide copy to Dillon? | Comment |
|---|---|---|---|---|---|---|
| 1/9/2014 | WCS and Suncor expert's reports (Exhibits 400 through 408) | Ex 400 | Expert Report of Mark Glick and Ted Tatos incl. Appendices | 663 | Yes | |
| 1/9/2014 | Same as above | Ex 401 | Expert Report of Keith B. Leffler | N/A | N/A | Withdrawn on 1/13/14 |
| 1/9/2014 | Same as above | Ex 402 | Expert Report of John Mayes | N/A | N/A | Withdrawn on 1/13/14 |
| 1/9/2014 | Same as above | Ex 403 | Expert Report of James M. Griffin | 109 | Yes | |
| 1/9/2014 | Same as above | Ex 404 | Supplemental Expert Report of Mark Glick and Ted Tatos incl. Appendices | Unknown | No | |

| Date of Request | Category | Trial Ex. No. | Document Title | # Pages | Did Western provide copy to Dillon? | Comment |
|---|---|---|---|---|---|---|
| 1/9/2014 | Same as above | Ex 405 | Rebuttal Expert Report of Mark Glick and Ted Tatos incl. Appendices | 164 | Yes | Unknown if includes files provided by Western in "Work Paper" folder |
| 1/9/2014 | Same as above | Ex 406 | Rebuttal Expert Report of Keith B. Leffler | N/A | N/A | Withdrawn on 1/13/14 |
| 1/9/2014 | Same as above | Ex 407 | Rebuttal Expert Report of John Mayes, including report on Refining and Marketing Industry | N/A | N/A | Withdrawn on 1/13/14 |
| 1/9/2014 | Same as above | Ex 408 | James Griffin Response to Rebuttal Report of Plaintiffs' Experts | 38 | Yes | |

7

| Date of Request | Category | Trial Ex. No. | Document Title | # Pages | Did Western provide copy to Dillon? | Comment |
|---|---|---|---|---|---|---|
| 1/9/2014 | Kroger Contracts (Trial Exhibits 2 and 3) | Ex 2 | Contracts between Suncor and Dillon Companies, Inc. (King Soopers / City Market) | 42 | Yes | |
| 1/9/2014 | Same as above | Ex 3 | Contracts between Suncor and MiniMart (Loaf N' Jug) | 190 | Yes | |
| 1/9/2014 | Data documents listed in Hist Vol Price Docs.pdf, | N/A | 5 - LNJ Net Price Missing Stores DILLON 610000.pdf | 29 | Yes | |
| 1/9/2014 | Same as above | N/A | 5 - SPG Net Price Missing Stores DILLON 600000.pdf | 186 | Yes | |
| 1/9/2014 | Same as above | N/A | 5A - SPG net price info.pdf | 1312 | Yes | |
| 1/9/2014 | Same as above | N/A | 5B - C-Stores net price info.pdf | 180 | Yes | |
| 1/9/2014 | Same as above | N/A | 7 - Cstore Fuel Gallons 101012 DILLON 400000.pdf | 1873 | Yes | |

| Date of Request | Category | Trial Ex. No. | Document Title | # Pages | Did Western provide copy to Dillon? | Comment |
|---|---|---|---|---|---|---|
| 1/9/2014 | Same as above | N/A | 7 - Cstore Fuel Gallons 102412.xlsx | 4172 | Yes | |
| 1/9/2014 | Same as above | N/A | 7 - Cstore Fuel Sales 101012 DILLON 410000.pdf | 1873 | Yes | |
| 1/9/2014 | Same as above | N/A | 7 - Cstore Fuel Sales 102412.xlsx | 4172 | Yes | |
| 1/9/2014 | Same as above | N/A | 7 - Cstore Fuel Transaction Count 101012 DILLON 420000.pdf | 1624 | Yes | |
| 1/9/2014 | Same as above | N/A | 7 - SPG Gallons & Sales DILLON 630000.pdf | 644 | Yes | |
| 1/9/2014 | Same as above | N/A | 7 - SPG Transaction Count DILLON 620000.pdf | 26 | Yes | |
| 1/9/2014 | Same as above | N/A | 7 - Supermarket Fuel Sales and Gallons 101012 DILLON 430000.pdf | 1261 | Yes | |

| Date of Request | Category | Trial Ex. No. | Document Title | # Pages | Did Western provide copy to Dillon? | Comment |
|---|---|---|---|---|---|---|
| 1/9/2014 | Same as above | N/A | 7 - Supermarket Fuel Sales and Gallons 102412.xlsx | 2897 | Yes | |
| 1/9/2014 | Same as above | N/A | 7 - Supermarket Fuel Transaction Count 101012 DILLON 440000.pdf | 43 | Yes | |
| 1/9/2014 | Same as above | N/A | 8A - SPG - krogerFuelPrices.pdf | 1963 | Yes | |
| 1/9/2014 | Same as above | N/A | 8B - C-Stores ColoradoOurPrices.pdf | 580 | Yes | |
| 1/9/2014 | Same as above | N/A | 8C - C-Stores NebraskaOurPrices.pdf | 5 | Yes | |
| 1/9/2014 | Same as above | N/A | 9A - SPG - competitorFuelPrices.pdf | 15354 | Yes | |
| 1/9/2014 | Same as above | N/A | 9B - C-Stores ColoradoCompNames.pdf | 9 | Yes | |
| 1/9/2014 | Same as above | N/A | 9C - C-Stores ColoradoComps.pdf | 788 | Yes | |

| Date of Request | Category | Trial Ex. No. | Document Title | # Pages | Did Western provide copy to Dillon? | Comment |
|---|---|---|---|---|---|---|
| 1/9/2014 | Same as above | N/A | 9D - C-Stores NebraskaCompNames.pdf | 1 | Yes | |
| 1/9/2014 | Same as above | N/A | 9E - C-Stores NebraskaComps.pdf | 11 | Yes | |
| 1/9/2014 | Same as above | N/A | DILLON 500000 - Vendor A SPG.pdf | 207 | Yes | |
| 1/9/2014 | Same as above | N/A | DILLON 505000 - Vendor A C-Store.pdf | 47 | Yes | |
| 1/9/2014 | Same as above | N/A | DILLON 510000 - Vendor B SPG.pdf | 262 | Yes | |
| 1/9/2014 | Same as above | Ex. 559 | Suncor_WCS 00044923 MiniMart 2010-2011.xlsx | 555 | Yes | Extremely small print |
| 1/9/2014 | Same as above | Ex. 562 | Suncor_WCS 00044926 Dillon Companies 2008.xlsx | 25 | Yes | Extremely small print |
| 1/9/2014 | Same as above | Ex. 563 | Suncor_WCS 00044927 Dillon Companies 2009-2011.xlsx | 539 | Yes | Extremely small print |
| | | | **Subtotal (1/9/14)** | **41,844** | | |