**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation,

    Plaintiff,

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Defendant,

v.

HOSSEIN AND DEBRA LYNN TARAGHI,

    Third-Party Defendants.

---

**PLAINTIFF'S RESPONSE TO SUPPLEMENT TO RESPONSE REGARDING
PLAINTIFF'S MOTION FOR LIMITED DISCLOSURE OF CERTAIN "SECRET"
DISCOVERY MATERIALS IN ADVANCE OF MARCH 17, 2014 TRIAL BY
INTERESTED NON-PARTY DILLON COMPANIES, INC.**

---

Plaintiffs and Third-Party Defendants (collectively, "Western"), by and through their undersigned counsel, submit this response to the Supplement to Response Motion for Limited Disclosure of Certain "Secret" Discovery Materials in Advance of March 17, 2014 Trial ("Dillon Supplement") filed by Dillon Companies, Inc. (Doc. 276-1).

Western opposes the filing and any consideration of the Dillon Supplement on two grounds, namely, that it only pretends to "correct" an argument it made in Dillon's previous Response (Doc. #322) and that it is nothing more than an attempt to present more argument sufficiently late to deny Western an opportunity for a meaningful response.

By Dillon's own account, it has always had the historical volume and pricing data as to which Western seeks Mr. Taraghi's access.  (*See Supplement, Exhibit G, pp. 8 – 11, Dillon volume and pricing documents*.)  Moreover, Dillon's counsel have been told repeatedly that Mr. Taraghi will not see the data documents themselves, but rather, samples of data extracted from them.  The assertion that "Western seeks to produce at least 41,844 pages of documents to Mr. Taraghi" (Supplemental Response ¶7, p. 3) is simply untrue.  Western's counsel has made this clear: "…we would agree not give him copies of the data files as he would not be able to make sense of them anyway given the volume and complexity of the data. However, what he must have access to is certain data from those data files, in the form of analyses prepared by the parties' experts" *Id. Ex. F. p.2.*[1]

Thus, the "corrected" assertion that Western seeks to produce 41,844 pages of documents to Mr. Taraghi is contrived not to make a correction, but, rather, to confuse the issue with more misdirection on an issue that must be decided by the Court tomorrow morning.

As stated in the Western Reply (Doc. #323, p.) the subject of limited access has always been historical volume and pricing data.  The number of pages containing that data is beside the point.  Dillon continues to misdirect the focus onto pages of data rather than the data itself.  At trial, Mr. Taraghi will see and hear the data regardless of whether the data documents are

---

[1] As to the parties' expert reports, they too are based on the data documents produced by Dillon and Suncor.  Although Dillon now suggests it did not receive copies of the reports until recently, its counsel participated in redaction of those reports for disclosure to Western, as well as redaction of portions of those reports, for summary judgment filings.

**11-cv-01611-MSK-CBS:  PLAINTIFF'S RESPONSE TO SUPPLEMENT TO RESPONSE REGARDING PLAINTIFF'S MOTION FOR LIMITED DISCLOSURE OF CERTAIN "SECRET" DISCOVERY MATERIALS IN ADVANCE OF MARCH 17, 2014 TRIAL BY INTERESTED NON-PARTY DILLON COMPANIES, INC.                                                                                                          Page 2**

admitted.  As a matter of due process not to mention trial efficiency, he must be allowed to see the data in in order to prepare for that trial.

Western requests that the Motion for the Dillon Supplement be denied, and requests again that Mr. Taraghi be given access to the data as requested in the Western Motion.

Dated:  January 8, 2014.

*s/ Kenneth R. Bennington*

Kenneth R. Bennington
Kathleen E. Craigmile
Adam F. Aldrich
BENNINGTON JOHNSON BIERMANN
& CRAIGMILE, LLC 370 17th Street,
Suite 3500 Denver, CO 80202
Telephone: (303) 629-5200
Facsimile: (303) 629-5718
*krb@benningtonjonson.com*
*kec@benningtonjohnson.com*
*afa@benningtonjohnson.com*


Philip W. Bledsoe
Joseph T. VanLandingham
Polsinelli, PC
1225 Seventeenth Street, 29th Floor
Denver, CO 80202-5529
Telephone: (303) 572-9300
pbledsoe@polsinelli.com

*Attorneys for Plaintiffs and Third-Party Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that, on January 13, 2014, copies of the foregoing **PLAINTIFF'S RESPONSE TO SUPPLEMENT TO RESPONSE REGARDING PLAINTIFF'S MOTION FOR LIMITED DISCLOSURE OF CERTAIN "SECRET" DISCOVERY MATERIALS IN ADVANCE OF MARCH 17, 2014 TRIAL BY INTERESTED NON-PARTY DILLON COMPANIES, INC.** were served on the following parties via the CM/ECF e-filing system:

| | |
|---|---|
| Anthony J. Shaheen | J. Robert Robertson |
| Keeya M. Jeffrey | William L. Monts III |
| Holland & Hart LLP | Hogan Lovells US LLP |
| 555 17th Street, Suite 3200 | 555 Thirteenth Street, N.W. |
| Denver, CO 80201-8749 | Washington, D.C. 20004-1109 |
| AJShaheen@hollandhart.com | robby.robertson@hoganlovells.com |
| KMJeffrey@hollandhart.com | william.monts@hoganlovells.com |
| | |
| Philip W. Bledsoe | Christopher A. Taravella |
| Joseph T. VanLandingham | Michael R. McCormick |
| Polsinelli Shughart PC | Montgomery Little & Soran, P.C. |
| 1225 Seventeenth Street, 29th Floor | 5445 DTC Parkway, Suite 800 |
| Denver, CO 80202-5529 | Greenwood Village, CO 80111 |
| pbledsoe@polsinelli.com | ctaravella@montgomerylittle.com |
| jvanlandingham@polsinelli.com | mmccormick@montgomerylittle.com |

      *s/ Marie Newberger*