# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### CHIEF JUDGE MARCIA S. KRIEGER

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: January 14, 2014 |
| Court Reporter: Terri Lindblom | |

Civil Action No. 11-cv-01611-MSK-CBS

| *Parties*: | *Counsel Appearing:* |
|---|---|
| WESTERN CONVENIENCE STORES, INC., a Colorado corporation, | Kenneth Bennington<br>Kathleen Craigmile<br>Philip Bledsoe |
| Plaintiff/Counterclaim Defendant, | |
| v. | |
| SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation, | Anthony Shaheen |
| Defendant/Counterclaim Plaintiff. | |

and

SUNCOR ENERGY (U.S.A.) INC.,

    Third-party Plaintiff,

v.

HOSSEIN TARAGHI, and
DEBRA LYNN TARAGHI,

    Third-Party Defendants.


HOSSEIN AND DEBRA LYNN TARAGHI,

    Third-Party Defendants.

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

# COURTROOM MINUTES

HEARING:     Motions

**9:19 a.m.      Court in session.**

Counsel Christopher Taravella and Michael McCormick present on behalf of Interested Party Dillon Companies, Inc.

The Court addresses Motion for Order to Disclose (**Doc. #269**)

Statement from counsel Bennington.

**9:46 a.m.      Court in recess**
**10:28 a.m.     Court in session**

Statements from counsel to the Court's inquiry regarding the requested documents.

**ORDER:**     By **January 24, 2014**, the parties may each file under Level 3 Restriction the list of information they want Mr. Taragi to see and be prepared to testify to or about. The parties will also provide the list to Interested Party Dillon, but Dillon is barred from disclosing the list (s) to either party.   Within seven days of receipt of the parties' lists, Dillon may file its position with regard to that information.  The Court will issue an order following review of the information received of what can be revealed to Mr. Taragi in preparation for trial.

**11:08 a.m.     Court in recess.**

**Total Time:   1 hours 8 minutes.**
**Hearing concluded.**