Western Convenience Stores, Inc. v. Suncor Energy (U.S.A.), Inc.
Case No. 1:11-cv-01611-MSK-CBS
Chief United States District Judge Marcia S. Krieger

Chart of Trial Exhibits Dillon Requests to Be Restricted[1]

| No. | Category | Sample Trial Exhibit | Trial Exhibits Dillon Requests to Be Restricted[2] | Categories of Trade Secrets |
|---|---|---|---|---|
| 1. | Requests for Proposals, Proposals and Associated Correspondence | Trial Ex. 115 (S. Moss email to D. Wilson dated May 16, 2008) (Doc. #185-15) | 101, 103, 110-115, 121, 125, 132, 134, 138, 142, 166, 219 | Prices & Quantities Offered by Suncor |
| 2. | Contracts | Trial Ex. 2 (Includes Contract # DIL-1J05) (Doc. #198-22) | 2, 3 | Prices & Quantities Purchased by Dillon From Suncor |
| 3. | Data Spreadsheets & Invoices | Trial Ex. 128 (Data Spreadsheet re: Dillon Unbranded Wholesale as of 10/16/2009) | 128, 172, 247 | Prices & Quantities Purchased by Dillon From Suncor |

---

[1] Dillon has not yet received copies of all of the trial exhibits. Dillon respectfully requests permission to supplement or amend this chart, if necessary, upon receipt of all of the actual trial exhibits.

[2] The trial exhibit numbers used herein are from the Joint Exhibit List dated November 20, 2013 (Doc. #266-4). Some of these trial exhibits were already redacted and thereafter made publically available because they were exhibits to the motions for summary judgment. *See, e.g.* Doc. #261-23, Doc. #265-3, and Doc. #265-16. Others were not exhibits to the motions for summary judgment and would still require redaction before being made available to the public.



| No. | Category | Sample Trial Exhibit | Trial Exhibits Dillon Requests to Be Restricted[2] | Categories of Trade Secrets |
|---|---|---|---|---|
| 4. | Expert Witness Reports, Charts & Supporting Data | Trial Exhibit 400 (Glick/Tatos Expert Report) (Doc. #185-2) | 400, 401, 403-406, 408, 500-591[3]; 600-628[3]. | Prices & Quantities Purchased by Dillon From Suncor |
| 5. | Dillon Marketing Studies | Trial Exhibit 158 (Kroger Report, Drivers of Choice: Fuel Centers, August 2010) | 158, 167 | Marketing Study Information |

---

[3] Please see footnote 1 above.  Some of the individual attachments to the Tatos and Griffin expert reports (i.e. Trial Exhibits 500-591 and 600-628) may not include Dillon's trade secrets.  However, Dillon has listed them all here out of an abundance of caution and respectfully requests permission to amend this list if necessary upon receipt of the actual trial exhibits.