**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation,

    Western/Counter Defendant,

v.

SUNCOR ENERGY (U.S.A.), INC. a Delaware corporation,

    Defendant/Counter Claimant/Third-Party Plaintiff,

v.

HOSSEIN AND DEBRA LYNN TARAGHI,

    Third-Party Defendants.

_____

**MOTION FOR FORTHWITH HEARING ON MOTION BY INTERESTED NON-PARTY DILLON COMPANIES, INC. TO RESTRICT ACCESS TO DILLON'S TRADE SECRETS AT TRIAL (DOC. #292)**
_____

Interested Non-Party Dillon Companies, Inc. ("Dillon"), by and through its attorneys, Montgomery Little & Soran, P.C., pursuant to MSK Civ. Practice Standard V.F, respectfully submits this Motion For Forthwith Hearing On Dillon's Motion to Restrict Access to Dillon's Trade Secrets At Trial pursuant to D.C. Colo. L. Civ. R. 7.2(B) (Doc. #292).

1

## **CERTIFICATE OF CONSULTATION**

1.      Dillon certifies that it consulted with counsel for Plaintiff Western Convenience Stores, Inc. ("Western") and Defendant Suncor Energy (U.S.A.), Inc. ("Suncor") before filing this motion.  Western will not object to the relief requested in this motion.  Suncor's counsel requested that any hearing regarding Dillon's Motion to Restrict Access to Dillon's Trade Secrets At Trial pursuant to D.C. Colo. L. Civ. R. 7.2(B) (Doc. #292) ("Motion") be held as soon as possible.

## **MOTION**

2.      Dillon is contemporaneously filing its Motion (Doc. #292), which requests, *inter alia*, that the Court order that reasonable and limited measures be taken at trial to protect Dillon's trade secrets from its competitors.

3.       As noted in the Motion, trial is set to begin on March 17, 2014.  The ordinary briefing schedule would allow Western and Suncor until March 3, 2014 to respond.  While Dillon would file its reply, if necessary, shortly after Western and Suncor file their responses, the ordinary briefing schedule would result in the Motion not being at issue until just two weeks before the trial will begin.  This would not allow adequate time for the Court to hold any hearing and the parties to take any necessary actions before the trial.

WHEREFORE, Dillon respectfully requests that:

(A) the Court set a deadline of February 19, 2014 for Western and Suncor to file any response to the Motion and February 21, 2014 for Dillon to file a reply; and

(B) If the Court believes that a hearing is required before ruling on the Motion, then the Court set it as soon as possible after completion of the briefing schedule so that the Court can rule on the Motion as soon as possible.

Dated:  February 7, 2014.

<div style="margin-left: 3em;">

s/ Michael R. McCormick
Christopher A. Taravella, #7790
Michael R. McCormick, #33682
Montgomery Little & Soran, P.C.
5445 DTC Parkway, Suite 800
Greenwood Village, Colorado 80111
Phone Number: (303) 773-8100
Fax Number: (303) 220-0412
E-mail:  ctaravella@montgomerylittle.com
         mmccormick@montgomerylittle.com
*Attorney for Dillon Companies, Inc.*
*Interested Non-Party*

</div>

# CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2014 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

Kenneth R. Bennington
Kathleen E. Craigmile
Adam F. Aldrich
Bennington Johnson Biermann & Craigmile, LLC
370 17th Street, Suite 3500
Denver, CO 80202

Michael Korenblat
Suncor Energy Services, Inc.
717 17th Street, Suite 2900
Denver, CO  80202

Anthony Shaheen
Keeya M. Jeffrey
Holland & Hart LLP-Denver
555 17th Street, Suite 3200
Denver, CO  80201

Philip Wayne Bledsoe
Joseph T. VanLandingham
Polsinelli Shughart LLP
1515 Wynkoop Street, Suite 600
Denver, CO  80202

William Leitzsey Monts, III
John Robert Robertson
Hogan Lovells US LLP-DC
555 13th Street NW
Columbia Square #1300
Washington DC 20004-1109

                                             s/ *Michael R. McCormick*
                                             Montgomery Little & Soran, P.C.