## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation,

    Plaintiff,

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Defendant,

v.

HOSSEIN AND DEBRA LYNN TARAGHI,

    Third-Party Defendants.

## EMERGENCY MOTION TO RESTRICT ACCESS TO LIST OF COMPETING DILLON STORES FOR PRE-TRIAL DISCLOSURE TO HOSSEIN TARAGHI (DOC. 295)

Plaintiff Western Convenience Stores, Inc. and Third-Party Defendant Hossein Taraghi (collectively, "Western"), by and through their undersigned counsel, move as follows pursuant D.C.COLO.L.CivR 7.2.B for an order of Level 3 restriction on access to Western's *List of Competing Dillon Stores for Pre-Trial Disclosure to Hossein Taraghi* (Doc. 295) ("List").

### CERTIFICATION OF COMPLIANCE WITH D.C.COLO.L.CivR 7.1.A

Due to the emergency status of this motion, Plaintiff's counsel has not conferred with the Parties to this action regarding this filing. However, it is assumed that no parties will object to the relief requested herein.

1. Pursuant to the Court's order of February 10, 2014 (Doc. 294), on February 11, 2014, Western filed the List (Doc. 295).

2. The List was intended to be filed under Level 3 Restriction; however, due to a clerical error, the List was inadvertently submitted under no restriction.

3. The submission of the List is in follow-up to the Courtroom Minutes dated January 14, 2014 (Doc. 278), in which the Court ordered the parties to submit a listing of information under Level 3 Restriction for Third-Party Defendant Hossein Taraghi to view prior to trial. Therefore, the List must also be submitted under Level 3 Restriction.

WHEREFORE, Western requests an order of Level 3 Restriction on access to the *List of Competing Dillon Stores for Pre-Trial Disclosure to Hossein Taraghi* (Doc. 295).

| | |
|---|---|
| February 11, 2014 | *s/ Kenneth R. Bennington* |
| | Kenneth R. Bennington<br>Kathleen E. Craigmile<br>Adam F. Aldrich<br>BENNINGTON JOHNSON BIERMANN & CRAIGMILE, LLC<br>370 17th Street, Suite 3500<br>Denver, CO 80202<br>Telephone: (303) 629-5200<br>Facsimile: (303) 629-5718<br>*krb@benningtonjonson.com*<br>*kec@benningtonjohnson.com*<br>*afa@benningtonjohnson.com* |
| | Philip W. Bledsoe<br>Joseph T. VanLandingham<br>Polsinelli, PC<br>1225 Seventeenth Street, 29th Floor<br>Denver, CO 80202-5529<br>Telephone: (303) 572-9300<br>*pbledsoe@polsinelli.com* |
| | *Attorneys for Plaintiffs and Third-Party Defendants* |

# CERTIFICATE OF SERVICE

   I hereby certify that, on February 11, 2014, copies of the foregoing **EMERGENCY MOTION TO RESTRICT ACCESS TO LIST OF COMPETING DILLON STORES FOR PRE-TRIAL DISCLOSURE TO HOSSEIN TARAGHI (DOC. 295)** were served on the following parties via the CM/ECF filing system:

Anthony J. Shaheen  
Keeya M. Jeffrey  
Holland & Hart LLP  
555 17th Street, Suite 3200  
Denver, CO 80201-8749  
AJShaheen@hollandhart.com  
KMJeffrey@hollandhart.com  

J. Robert Robertson  
William L. Monts III  
Hogan Lovells US LLP  
555 Thirteenth Street, N.W.  
Washington, D.C. 20004-1109  
robby.robertson@hoganlovells.com  
william.monts@hoganlovells.com  

Philip W. Bledsoe  
Joseph T. VanLandingham  
Polsinelli Shughart PC  
1225 Seventeenth Street, 29th Floor  
Denver, CO 80202-5529  
pbledsoe@polsinelli.com  
jvanlandingham@polsinelli.com  

Christopher A. Taravella  
Michael R. McCormick  
Montgomery Little & Soran, P.C.  
5445 DTC Parkway, Suite 800  
Greenwood Village, CO 80111  
ctaravella@montgomerylittle.com  
mmccormick@montgomerylittle.com  

             *s/ Marie Newberger*