## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation;
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs/Counter Defendants,

v.

SUNCOR ENERGY (U.S.A.), INC. a Delaware corporation,

    Defendant/Counter Claimant/Third-Party Plaintiff,

v.

HOSSEIN AND DEBRA LYNN TARAGHI,

    Third-Party Defendants.

_____

**MOTION BY INTERESTED NON-PARTY DILLON COMPANIES, INC. FOR LEAVE TO FILE DECLARATION OF KELLI DILLON IN SUPPORT OF MOTION TO RESTRICT ACCESS TO DILLON'S TRADE SECRETS AT TRIAL**
_____

Comes now interested non-party Dillon Companies, Inc. ("Dillon"), by and through its attorneys, Montgomery Little & Soran, P.C., and respectfully submits this Motion for Leave to File Declaration of Kelli Dillon in Support of Motion to Restrict Access to Dillon's Trade Secrets at Trial (Doc. #292).

### Conferral Pursuant to D.C. Colo. L. Civ. R. 7.1(A)

1.     On February 11, 2014, counsel for Dillon consulted with counsel for counsel for Plaintiff Western Convenience Stores, Inc. ("Western") and Defendant

1

Suncor Energy (U.S.A.), Inc. ("Suncor") regarding the relief requested in this motion by providing a draft copy of this motion to counsel via e-mail. Western does not object to the relief requested in this motion but will object to Dillon's Motion to Restrict Access to Dillon's Trade Secrets at Trial (Doc. #292) ("Motion to Restrict"). Suncor will object to the relief requested in this motion.

## MOTION

2. On February 7, 2014, Dillon filed its Motion to Restrict (Doc. #292).

3. As described in Paragraph 30 of the Motion to Restrict, the Joint Exhibit List (Doc. #266-3) appears to include five categories of documents related to Dillon. *See* Exhibit A to Motion to Restrict, Chart of Trial Exhibits (Doc. #292-1). The first four categories of trial exhibits include Dillon's trade secrets with information already addressed by the Court's Redaction Order. However, the fifth category includes two of Dillon's marketing studies: Trial Exhibits 158 and 167. *See* Exhibit A (Doc. #292-1). Footnote 5 of the Motion to Restrict states: "Dillon anticipates asking for the Court's permission to submit a supplemental declaration in support of this motion explaining in greater detail why these marketing studies are trade secrets."

4. Pursuant to Paragraph 30 and Footnote 5 of the Motion to Restrict, attached as Exhibit B is a declaration from Kelli Dillon, Coordinator of Corporate Consumer Research for The Kroger Co., explaining in greater detail why the marketing studies are trade secrets.

5. Due to the rapidly approaching trial, Dillon filed the Motion to Restrict on February 7, 2014. However, Dillon was unable to finalize Ms. Dillon's declaration before filing the Motion to Restrict due to Ms. Dillon's schedule.

6. The Rules do not permit Dillon to supplement its Motion to Restrict without the Court's approval. See D.C.Colo.LCivR 7.1(C) (permits filing of response and a reply). Accordingly, Dillon respectfully requests that the Court accept the attached Declaration of Kelli Dillon as Exhibit B in support of Dillon's Motion to Restrict (Doc. #292) for filing and consideration..

WHEREFORE, Dillon respectfully requests that the Court accept the attached Declaration of Kelli Dillon as Exhibit B in support of Dillon's Motion to Restrict (Doc. #292) for filing and consideration.

Dated: February 12, 2014.

s/*Michael R. McCormick*
Christopher A. Taravella, #7790
Michael R. McCormick, #33682
Montgomery Little & Soran, P.C.
5445 DTC Parkway, Suite 800
Greenwood Village, Colorado 80111
Phone Number: (303) 773-8100
Fax Number: (303) 220-0412
E-mail:  ctaravella@montgomerylittle.com
            mmccormick@montgomerylittle.com
*Attorney for Dillon Companies, Inc.*
*Interested Non-Party*

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

Kenneth R. Bennington
Kathleen E. Craigmile
Adam F. Aldrich
Bennington Johnson Biermann & Craigmile, LLC
370 17th Street, Suite 3500
Denver, CO 80202

Michael Korenblat
Suncor Energy Services, Inc.
717 17th Street, Suite 2900
Denver, CO 80202

Anthony Shaheen
Keeya M. Jeffrey
Holland & Hart LLP-Denver
555 17th Street, Suite 3200
Denver, CO 80201

Philip Wayne Bledsoe
Joseph T. VanLandingham
Polsinelli Shughart LLP
1515 Wynkoop Street, Suite 600
Denver, CO 80202

William LeitzseyMonts, III
John Robert Robertson
Hogan Lovells US LLP-DC
555 13th Street NW
Columbia Square #1300
Washington DC 20004-1109

s/ *Deborah Harant*
Montgomery Little & Soran, P.C.

4