THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation,

    Western/Counter Defendant,

v.

SUNCOR ENERGY (U.S.A.), INC. a Delaware corporation,

    Defendant/Counter Claimant/Third-Party Plaintiff,

v.

HOSSEIN AND DEBRA LYNN TARAGHI,

    Third-Party Defendants.

---

## DECLARATION OF KELLI DILLON PURSUANT TO 28 U.S.C. § 1746

---

1.    I am Kelli Dillon. I am employed as the Coordinator of Corporate Consumer Research for The Kroger Co. ("Kroger"). Dillon Companies Inc., a/k/a King Soopers ("Dillon"), is a subsidiary of Kroger. Loaf 'N Jug Inc. is a d/b/a of Mini Mart Inc. which is a subsidiary of Dillon.

2.    I have been an employee of Kroger since 2005, when I was hired as a Senior Consumer Insights Manager. In that role, I was responsible for driving insights from attitudinal and behavioral data for our Corporate Brands Department.

**EXHIBIT B**

3. I have been in my current position as Coordinator of Corporate Consumer Research since 2012. As Coordinator of Corporate Consumer Research my responsibility is to oversee the Custom Research Department, which uses both behavioral and attitudinal data to provide customer's feedback to the organization. The Custom Research Department provides a competitive advantage in the marketplace from a data intelligence standpoint that is unique to Kroger.

4. I have reviewed proposed Trial Exhibit 158 which is a Kroger marketing study, based on custom research titled; Drivers of Choice: Fuel Centers, Secondary Research Based Upon Previously Conducted Focus Groups With Customers, bates numbered DILLON 200034 -DILLON 200050.

5. I have reviewed proposed Trial Exhibit 167 which is a Kroger marketing study, based on custom research, titled The Kroger Fuel Rewards Program, a Specific Examination of Kroger's proprietary segmentation process, bates numbered DILLON 200126-DILLON 200169.

6. Trial Exhibits 158 and 167 are collectively referred to herein as the "Marketing Studies."

7. The Marketing Studies include our customers' highly confidential and proprietary behavior data (i.e. how our customers actually behave) as well as their confidential attitudinal data (i.e. our customers' attitudes in response to market conditions). It is a distinct competitive advantage to be able to use behavioral data with attitudinal data. The information contained within the Market Studies would be of significant value to Kroger's competitors who often try to guess Kroger's strategy.

2

Providing this information to the public or Kroger's competitors would be the difference between them getting the strategy close and getting it right.

8.  The Marketing Studies have very high response rates and extensive customer input and data. This makes them extremely valuable to Kroger and would make them more valuable to our competitors.

9.  The Marketing Studies include Kroger's proprietary research methodologies for obtaining the information it uses in developing its marketing strategies. Disclosure of the Marketing Studies would reveal Kroger's research methodology and provide a direct competitor of Kroger with a "working" or "live" set of data that resulted from Kroger's specialized procedures for gathering, organizing and interpreting data. This would be valuable to Kroger's competitors.

10. Knowing the information contained in the Marketing Studies would give Kroger's competitors a competitive advantage over Kroger. For example, Trial Exhibit 158 includes extensive information regarding customer behavioral patterns and attitudes. A competitor could use this information to competitively and attractively market its own stores, thereby taking away Kroger's customers and increasing its sales and profits.

11. As another example, Trial Exhibit 167 includes our internal pricing segmentation process. The pricing segmentation process is part of Kroger's overall Customer First Strategy and is used by Kroger to achieve sales and profits goals. A competitor could use this information as a guide to create its own pricing segmentation

process, thereby taking away Kroger's customers and increasing its own sales and profits.

12. The data in these Marketing Studies is not stale. The Marketing Studies contain detailed information on the foundation for Kroger's Customer First Strategy, which is still used today. The information contained within the Marketing Studies is still useful and valuable to Kroger. Kroger continues to derive independent economic value from the Marketing Studies.

13. The Marketing Studies were obtained and developed by Kroger at significant time and expense to Kroger. Kroger obtained each of these Marketing Studies at a cost of approximately $50,000 apiece. This does not include the extensive employee time spent developing and collecting the data therein, the cost of maintaining the panel of participants, and the cost to collect the behavioral data that supports the attitudinal behavior.

14. These Marketing Studies were done for Kroger's internal use only and were not intended to be disclosed to Kroger's customers or competitors under any circumstances. Kroger continues to hold the Marketing Studies in the strictest confidence and does disclose them to anyone outside of Kroger.

15. The Marketing Studies are accessible only through the company intranet or company shared drives within the department. The data is protected by an extensive firewall system.

16. For these reasons, the Marketing Studies include Kroger's trade secrets.

4

17. Kroger has a compelling need to protect the Marketing Studies from disclosure. Disclosure to the public and Kroger's competitors would be a serious and substantial injury to Kroger.

18. Below is some of the specific information in each Marketing Study and why having it would give Kroger's competitors a competitive advantage against Kroger.

*Trial Exhibit 158*

19. Table of Contents including Questions to be Answered (Dillon 200035): This is a list of questions regarding important marketing issues. The questions reveal Kroger's marketing methodologies, including survey questions Kroger deems relevant, in obtaining information Kroger considers in developing its marketing strategies. Disclosure would provide a competitor with useful information they could use to competitively prepare their own stores to draw away customers from Kroger. Having this information would be a significant competitive advantage to a competitor. This information is Kroger's trade secret.

20. Questions to Be Answered (Dillon 200038): same as paragraph 19, above.

21. Summary Answers (Dillon 200038 – Dillon 200050). This section lists factors that our customers consider and provides responsive customer information for each factor. This data is used by Kroger to make marketing decisions regarding customer behaviors and attitudes. A competitor could use this information to competitively and attractively market its own stores, thereby taking away Kroger's customers and increasing the competitor's sales and profits. Having this information

would be a significant competitive advantage to a competitor. This information is Kroger's trade secret.

*Trial Exhibit 167*

22. <u>Description of Methodology (Dillon 200129)</u>: This section provides Kroger's internal segmentation process. The segmentation process is a critical part of Kroger's go-to market strategy for how to market its products depending upon customer buying patterns. A competitor could use this information to create its own pricing segmentation process, thereby taking away Kroger's customers and increasing its own sales and profits. Having this information would be a significant competitive advantage to a competitor. This information is Kroger's trade secret.

23. <u>Executive Summary (Dillon 200132):</u> This section provides a summary of our customer fuel purchase behaviors and participation in Kroger's rewards program. The summary also includes a list of competitors mentioned by customers and the primary reason for choosing those competitors. Having this information would be a significant competitive advantage to a competitor. This information is Kroger's trade secret.

24. <u>Price Band Segments and Store Definition:  (Dillon 200136-Dillon 200163)</u>.   This section includes specific information regarding customer purchases from Kroger versus competitors as well as our customers' use of the Kroger fuel discount program versus using a competitor discount program. The section also includes the pricing segmentation process, which is a critical part of Kroger's go-to market strategy for marketing its products depending upon customer response. A

competitor could use this information to create its own pricing segmentation process, thereby taking away Kroger's customers and increasing its own sales and profits. Having this information would be a significant competitive advantage to a competitor. This information is Kroger's trade secret.

25.    I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.


Executed on this  11th  day of February, 2014.

_____
KELLI DILLON