**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation,

    Plaintiff,

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Defendant,

v.

HOSSEIN AND DEBRA LYNN TARAGHI,

    Third-Party Defendants.

---

**ENTRY OF APPEARANCE**

---

The undersigned hereby enters his appearance in this matter on behalf of Plaintiff Western Convenience Stores, Inc. and Third-Party Defendants Hossein and Debra Lynn Taraghi.

Dated: March 5, 2014

                                *s/ Jeffrey H. McClelland*

                                Kenneth R. Bennington
                                Kathleen E. Craigmile
                                Adam F. Aldrich
                                Jeffrey H. McClelland
                                BENNINGTON JOHNSON
                                BIERMANN & CRAIGMILE, LLC
                                370 17th Street, Suite 3500
                                Denver, CO 80202
                                Phone: (303) 629-5200
                                Fax:  (303) 629-5718
                                *krb@benningtonjonson.com*
                                *kec@benningtonjohnson.com*
                                *afa@benningtonjohnson.com*

                                *jhm@benningtonjohnson.com*

Philip W. Bledsoe
Joseph T. VanLandingham
Polsinelli, PC
1225 Seventeenth Street, 29th Floor
Denver, CO 80202-5529
Telephone: (303) 572-9300
*pbledsoe@polsinelli.com*

*Attorneys for Plaintiffs and Third-Party Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that, on March 5, 2014, copies of the foregoing **ENTRY OF APPEARANCE** were served on the following parties via the CM/ECF filing system:

| | |
|---|---|
| Anthony J. Shaheen | J. Robert Robertson |
| Keeya M. Jeffrey | William L. Monts III |
| Holland & Hart LLP | Hogan Lovells US LLP |
| 555 17th Street, Suite 3200 | 555 Thirteenth Street, N.W. |
| Denver, CO 80201-8749 | Washington, D.C. 20004-1109 |
| AJShaheen@hollandhart.com | robby.robertson@hoganlovells.com |
| KMJeffrey@hollandhart.com | william.monts@hoganlovells.com |

Philip W. Bledsoe
Joseph T. VanLandingham
Polsinelli PC
1225 Seventeenth Street, 29th Floor
Denver, CO 80202-5529
pbledsoe@polsinelli.com
jvanlandingham@polsinelli.com

*s/ Marie Newberger*