**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation,

    Plaintiff,

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Defendant,

v.

HOSSEIN AND DEBRA LYNN TARAGHI,

    Third-Party Defendants.

---

**PLAINTIFF'S TRIAL BRIEF – LISTING OF CASES**

---

Plaintiff Western Convenience Stores, Inc. ("Western") and Third-Party Defendants Hossein and Debra Lynn Taraghi (the "Taraghis"), by and through their undersigned counsel, identify the following relevant cases by claim and by element.[1]

**I.   WESTERN'S ROBINSON-PATMAN ACT CLAIM (15 U.S.C. § 13)**

    A.   **Legislative Purpose of the RPA:**

        1.   *Jefferson Cnty. Pharm. Ass'n, Inc. v. Abbott Labs.*, 460 U.S. 150, 159 (1983).

        2.   *FTC v. Morton Salt Co.*, 334 U.S. 37, 43, 49-50 (1948).

        3.   *Alan's of Atlanta, Inc. v. Minolta Corp.*, 903 F.2d 1414, 1422 (11th Cir. 1990).

---

[1] The outline of this listing generally follows that of the Statement of Claims and Defenses (Doc. 266-1) attached to the parties' Revised Final Pretrial Order. For purposes of brevity and clarity, all citations in the following brief intentionally omit all quotation and citation parentheticals.

    B.   **Elements:**

        1.   **Generally:** *Rutledge v. Elec. Hose & Rubber Co.,* 511 F.2d 668, 677 (9th Cir. 1975) (cited in the Court's Opinion and Order Granting in Part and Denying in Part Motions for Summary Judgment, Doc. 251 (the "Order") at 6).

        2.   **Two or more contemporaneous sales by the same seller to different buyers at different prices, 15 U.S.C. § 13(a).**

            a.  *Falls City Indus., Inc. v. Vanco Beverage, Inc.*, 460 U.S. 428, 444 n.10 (1983).

            b.  *Black Gold, Ltd. v. Rockwool Indus., Inc.*, 729 F.2d 676, 682-83 (10th Cir. 1984).

            c.  *Coastal Fuels of P.R., Inc. v. Caribbean Petroleum Corp.*, 79 F.3d 182, 188 (1st Cir. 1996).

        3.   **The discriminatory sales were of commodities of like grade and quality, 15 U.S.C. § 13(a).**

            a.  *Checker Motors Corp. v. Chrysler Corp.,* 283 F. Supp. 876, 888-89 (S.D.N.Y. 1968).

            b.  *Utah Foam Prods. Co. v. Upjohn Co.*, 154 F.3d 1212, 1217 & n.3 (10th Cir. 1998).

            c.  *Pac. Eng'g & Prod. Co. of Nev. v. Kerr-McGee Corp.*, No. C-40-70, 1974 WL 870, at *26 (D. Utah Mar. 4, 1974), *overruled in part on other grounds*, 551 F.2d 790 (10th Cir. 1977).

        4.   **At least one of the discriminatory sales was made in interstate commerce, 15 U.S.C. § 13(a).**

            a.  *Standard Oil Co. v. FTC*, 340 U.S. 231, 237-38 (1951) (cited in Order at 8).

            b.  *Gulf Oil Corp. v. Copp Paving Co.*, 419 U.S. 186, 198-99 (1974) (cited in Order at 7).

            c.  *Belliston v. Texaco, Inc.*, 455 F.2d 175, 178-81 (10th Cir. 1972) (cited in the Order at 7-8).

            d.  *Dean Milk Co. v. FTC*, 395 F.2d 696, 714-15 (7th Cir. 1968) (cited in Order at 8).

      e. *Foremost Dairies, Inc. v. FTC*, 348 F.2d 674, 676-78 (5th Cir. 1965).

      f. *Roorda v. American Oil Co.,* 446 F. Supp. 939, 941-45 (W.D.N.Y. 1978) (cited in Order at 9-10).

      g. *Able Sales Co. v. Compania de Azucar de P.R.*, 406 F.3d 56, 61-65 (1st Cir. 2005) (cited in Order at 7 & n.2).

      h. *Black Gold, Ltd. v. Rockwool Indus., Inc.*, 729 F.2d 676, 683 (10th Cir. 1984).

      i. *L & L Oil Co., Inc. v. Murphy Oil Corp.,* 674 F.2d 1113, 1116 (5th Cir. 1982).

5. **The discrimination had an effect on competition generally, i.e, competitive injury and antitrust injury, 15 U.S.C. § 13(a).**

      a. *FTC v. Morton Salt Co.*, 334 U.S. 37, 46, 49-51 (1948) (cited in the Order at 12).

      b. *J. Truett Payne Co. v. Chrysler Motors Corp.*, 451 U.S. 557, 562-64 (1981).

      c. *Falls City Indus., Inc. v. Vanco Beverage, Inc.*, 460 U.S. 428, 434-35 (1983).

      d. *Texaco Inc. v. Hasbrouck*, 496 U.S. 543, 559 (1990).

      e. *Volvo Trucks N. Am., Inc. v. Reeder-Simco GMC, Inc.*, 546 U.S. 164, 177 (2006) (cited in the Order at 12).

      f. *Coastal Fuels of P.R., Inc. v. Caribbean Petroleum Corp.*, 79 F.3d 182, 191-94 (1st Cir. 1996) (cited in the Order at 12).

      g. *J.F. Feeser, Inc. v. Serv-a-Portion, Inc.*, 909 F.2d 1524, 1532-35, 1538-39 (3d Cir. 1990) (cited in the Order at 12).

      h. *Chroma Lighting v. GTE Prods. Corp.,* 111 F.3d 653, 655-57 (9th Cir. 1997) (cited in Order at 12).

      i. *Schwartz v. Sun Co., Inc.,* 276 F.3d 900, 904-905 (6th Cir. 2002).

      j. *Hasbrouck v. Texaco, Inc.*, 842 F.2d 1034, 1040-42 (9th Cir. 1988), *aff'd Texaco Inc. v. Hasbrouck*, 496 U.S. 543 (1990).

    k. *Alan's of Atlanta, Inc. v. Minolta Corp.*, 903 F.2d 1414, 1418 n.6, 1427-28 (11th Cir. 1990).

    l. *Black Gold, Ltd. v. Rockwool Indus., Inc.*, 729 F.2d 676, 680-81 (10th Cir. 1984).

    m. *Motive Parts Warehouse v. Facet Enters.*, 774 F.2d 380, 394-95 (10th Cir. 1985).

    n. *World of Sleep, Inc. v. La-Z-Boy Chair Co.*, 756 F.2d 1467, 1479-80 (10th Cir. 1985).

    o. *King & King Enters. v. Champlin Petroleum Co.*, 657 F.2d 1147, 1156-57 (10th Cir. 1981).

6. **Western suffered a measurable quantity of damages.**

    a. *Bigelow v. RKO Radio Pictures, Inc.*, 327 U.S. 251, 264-66 (1946).

    b. *Story Parchment Co. v. Paterson Parchment Paper Co.*, 282 U.S. 555, 562-66 (1931).

    c. *Zenith Radio Corp. v. Hazeltine Research, Inc.*, 395 U.S. 100, 123-24 (1969).

    d. *J. Truett Payne Co. v. Chrysler Motors Corp.*, 451 U.S. 557, 565-67 (1981).

    e. *Texaco Inc. v. Hasbrouck*, 496 U.S. 543, 572-73 & n.31 (1990).

    f. *World of Sleep, Inc. v. La-Z-Boy Chair Co.*, 756 F.2d 1467, 1477-79 (10th Cir. 1985).

    g. *Aspen Highlands Skiing Corp. v. Aspen Skiing Co.*, 738 F.2d 1509, 1525-26 (10th Cir. 1984).

    h. *King & King Enters. v. Champlin Petroleum Co.*, 657 F.2d 1147, 1157-58 (10th Cir. 1981).

    i. *Huntsman Chemical Corp. v. Holland Plastics Co.*, 208 F.3d 226, No. 98-4157, 2000 WL 228269, at *5-8 (10th Cir. Feb. 29, 2000) (unpublished table decision).

    j. *Hasbrouck v. Texaco, Inc.*, 842 F.2d 1034, 1043-44 (9th Cir. 1988), *aff'd Texaco Inc. v. Hasbrouck*, 496 U.S. 543 (1990).

    **II.    SUNCOR'S AFFIRMATIVE DEFENSE TO ROBINSON-PATMAN CLAIM - MEETING COMPETITION DEFENSE (15 U.S.C. § 13(b)).**

        A.    **Elements:**

            1.    **The lower prices Suncor gave to Kroger were made in the good faith belief that they would meet an equally low price of a Suncor competitor even if Suncor unknowingly made a bid that beat its competition. 15 U.S.C. § 13(b)**

                a.    *United States v. U.S. Gypsum Co.*, 438 U.S. 422, 450-55 (1978) (cited in the Order at 16).

                b.    *Falls City Indus.*, *Inc. v. Vanco Beverage, Inc.*, 460 U.S. 428, 438, 446 (1983) (cited in the Order at 15).

                c.    *Water Craft Mgmt. LLC v. Mercury Marine*, 457 F.3d 484, 489-91 (5th Cir. 2006) (cited in the Order at 16).

                d.    *R.J. Reynolds Tobacco Co. v. Cigarettes Cheaper!*, 462 F.3d 690, 699 (7th Cir. 2006) (cited in the Order at 15).

    **III.    WESTERN'S COLORADO UNFAIR TRADE PRACTICES ACT CLAIM (C.R.S. §§ 6-2-101,** *et seq.***)**

        A.    **Elements:**

            1.    **Suncor gave a secret unearned discount not extended to all purchasers on like terms and conditions, C.R.S. § 6-2-108.**

                a.    *Eddins v. Redstone*, 35 Cal. Rptr. 3d 863, 898-99, 901-02 (Cal. Ct. App. 2005) (cited in the Order at 22).

                b.    *Diesel Elec. Sales & Serv., Inc. v. Marco Marine San Diego, Inc.*, 16 Cal. App. 4th 202, 211-13, 216 n.5 (Cal. Ct. App. 1993) (cited in the Order at 26).

                c.    *W. Pac. Kraft, Inc. v. Duro Bag Mfg. Co.*, 794 F. Supp. 2d 1087, 1090 (C.D. Cal. 2011) (cited in the Order at 27).

                d.    *Jauquet Lumber Co. v. Kolbe & Kolbe Millwork Co.*, 476 N.W.2d 305, 307-09 (Wis. Ct. App. 1991).

                e.    *Jefferson Ice & Fuel Co. v. Grocers Ice & Cold Storage Co.*, 286 S.W.2d 80, 83 (Ky. 1956) (cited in the Order at 26).

2. **Western was injured by Suncor's granting of the secret discounts to Kroger, C.R.S. § 6-2-108.**

   a. *Diesel Elec. Sales & Serv., Inc. v. Marco Marine San Diego, Inc.*, 16 Cal. App. 4th 202, 213 (Cal. Ct. App. 1993) (cited in the Order at 26).

   b. *Jauquet Lumber Co. v. Kolbe & Kolbe Millwork Co.*, 476 N.W.2d 305, 310 (Wis. Ct. App. 1991).

   c. *Dunlap v. Colo. Springs Cablevision, Inc.*, 829 P.2d 1286, 1293 (Colo. 1992).

3. **The secret discounts granted by Suncor to Kroger had the tendency to destroy competition, C.R.S. § 6-2-108.**

   a. *W. Pac. Kraft, Inc. v. Duro Bag Mfg. Co.*, 794 F. Supp. 2d 1087, 1090-91 (C.D. Cal. 2011) (cited in the Order at 27).

   b. *Diesel Elec. Sales & Serv., Inc. v. Marco Marine San Diego, Inc.*, 16 Cal. App. 4th 202, 213-15 (Cal. Ct. App. 1993) (cited in the Order at 26).

   c. *Dunlap v. Colo. Springs Cablevision, Inc.*, 829 P.2d 1286, 1294-95 (Colo. 1992).

4. **Western suffered a measurable quantity of damages**.

   a. *Donahue v. Pikes Peak Auto. Co.*, 372 P.2d 443, 446-47 (Colo. 1962).

   b. *Sonoco Prods. Co. v. Johnson*, 23 P.3d 1287, 1289-90 (Colo. App. 2001).

   c. *Diesel Elec. Sales & Serv., Inc. v. Marco Marine San Diego, Inc.*, 16 Cal. App. 4th 202, 219-20 (Cal. Ct. App. 1993) (cited in the Order at 26).

   d. *Jauquet Lumber Co. v. Kolbe & Kolbe Millwork Co.*, 476 N.W.2d 305, 310 (Wis. Ct. App. 1991).

## IV. SUNCOR'S AFFIRMATIVE DEFENSE TO UNFAIR TRADE PRACTICES CLAIM – MEETING COMPETITION

A. **Elements: Suncor incorporates by reference its meeting competition defense to the Robinson-Patman Act claim as set forth above in Section II.**

   1. See C.R.S. § 6-2-110.

      2.    *Diesel Elec. Sales & Serv., Inc. v. Marco Marine San Diego, Inc.,* 16 Cal. App. 4th 202, 217-18 (Cal. Ct. App. 1993) (cited in the Order at 26).

      3.    *Eddins v. Redstone*, 35 Cal. Rptr. 3d 863, 904-06 (Cal. Ct. App. 2005) (cited in the Order at 22).

## V. SUNCOR'S COUNTERCLAIM – BREACH OF AGREEMENT TO PAY FOR FUEL

A. In the Court's Opinion and Order Granting in Part and Denying in Part Motions for Summary Judgment at pages 37-38, the Court found certain facts established and requiring no further proof. The Court, however, denied Suncor summary judgment on Suncor's counterclaim pending determination of certain factual issues at trial: (i) whether Suncor's violations of the Robinson-Patman Act and/or Unfair Practice Act (assuming violations are proven) were sufficiently material to constitute a violation of Paragraph 7 of the Parties' Master Purchase and Sale Agreement ("Master Agreement") so as to relieve WCS of its obligation to pay for fuel taken but not paid for; and (ii) whether the contract asserted by Suncor to have been breached was in violation of C.R.S. § 6-2-108. Order at 37.

## VI. WESTERN'S AFFIRMATIVE DEFENSE TO COUNTERCLAIM – MATERIAL BREACH OF PARAGRAPH 7 OF MASTER AGREEMENT

A. **Elements:**

    1.    **Suncor violated the Robinson-Patman Act and/or the Colorado Uniform Practices Act.**

        a.   *See* Sections I & III, *supra.*

    2.    **Suncor's violation of the Robinson-Patman Act and/or the Colorado Uniform Practices Act was a material breach of the Master Agreement.**

        a.   *Blood v. Qwest Servs. Corp.*, 224 P.3d 301, 324 (Colo. App. 2009) (cited in the Order at 37).

        b.   *Coors v. Sec. Life of Denver Ins. Co.*, 112 P.3d 59, 64 (Colo. 2005) (cited in the Order at 37).

        c.   *Converse v. Zinke*, 635 P.2d 882, 887 (Colo. 1981).

        d.   *Reynolds v. Armstead*, 443 P.2d 990, 991 (Colo. 1968).

VII. **WESTERN'S AFFIRMATIVE DEFENSE TO COUNTERCLAIM – CONTRACT RENDERED ILLEGAL BY VIOLATION OF UPA**

    A. **Elements:**

        1. **Suncor violated the Colorado Unfair Practices Act, C.R.S. § 6-2-108.**

           a. *See* Section III, *supra.*

        2. **Suncor's UPA violation renders the Master Purchase and Sale Agreement and Confirmations void, C.R.S. § 6-2-109**

           a. *Metro. Life Ins. Co. v. Roma*, 50 P.2d 1142, 1143 (Colo. 1935).

           b. *Potter v. Swinehart*, 184 P.2d 149, 151-52 (Colo. 1947).

           c. *Bd. of Cnty. Comm'rs of Pitkin Cnty. v. Pfeifer*, 546 P.2d 946, 949 (Colo. 1976).

           d. *Equitex v. Ungar*, 60 P.3d 746, 750 (Colo. App. 2002).

           e. *Harding v. Heritage Health Prods. Co.*, 98 P.3d 945, 949 (Colo. App. 2004).

VIII. **AFFIRMATIVE DEFENSE TO SUNCOR'S THIRD-PARTY CLAIM – BREACH OF GUARANTY**

    A. **Elements:**

        1. **Suncor violated the Colorado Unfair Practices Act, C.R.S. § 6-2-108**

           a. *See* Section III, *supra.*

        2. **Suncor's UPA violation renders the Master Purchase and Sale Agreement and Confirmations void, C.R.S. § 6-2-109**

           a. *See* Section VII, *supra.*

        3. **If the underlying obligation is void, the personal guaranty is not enforceable.**

           a. *Alzado v. Blinder, Robinson & Co.*, 752 P.2d 544, 549 (Colo. 1988).

Dated: March 12, 2014.

        *s/ Kenneth R. Bennington*

        Kenneth R. Bennington
        Kathleen E. Craigmile
        Adam F. Aldrich
        Jeffrey H. McClelland
        BENNINGTON JOHNSON
        BIERMANN & CRAIGMILE, LLC
        370 17th Street, Suite 3500
        Denver, CO 80202
        Phone: (303) 629-5200
        Fax:  (303) 629-5718
        *krb@benningtonjonson.com*
        *kec@benningtonjohnson.com*
        *afa@benningtonjohnson.com*
        *jhm@benningtonjohnson.com*

        Philip W. Bledsoe
        Joseph T. VanLandingham
        Polsinelli, PC
        1225 Seventeenth Street, 29th Floor
        Denver, CO 80202-5529
        Telephone: (303) 572-9300
        *pbledsoe@polsinelli.com*

        *Attorneys for Plaintiffs and Third-Party Defendants*

**CERTIFICATE OF SERVICE**

       I hereby certify that, on March 12, 2014, copies of the foregoing **PLAINTIFF'S TRIAL BRIEF – LISTING OF CASES** were served on the following parties via the CM/ECF filing system:

| | |
|---|---|
| Anthony J. Shaheen | J. Robert Robertson |
| Keeya M. Jeffrey | William L. Monts III |
| Holland & Hart LLP | Hogan Lovells US LLP |
| 555 17th Street, Suite 3200 | 555 Thirteenth Street, N.W. |
| Denver, CO 80201-8749 | Washington, D.C. 20004-1109 |
| AJShaheen@hollandhart.com | robby.robertson@hoganlovells.com |
| KMJeffrey@hollandhart.com | william.monts@hoganlovells.com |

Philip W. Bledsoe
Joseph T. VanLandingham
Polsinelli PC
1225 Seventeenth Street, 29th Floor
Denver, CO 80202-5529
pbledsoe@polsinelli.com
jvanlandingham@polsinelli.com

                                        *s/ Marie Newberger*

                                        _____