IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation;

    Plaintiffs and Counterclaim Defendant,

vs.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Defendant, Counterclaimant, Third-Party Plaintiff,

HOSSEIN and DEBRA LYNN TARAGHI,

    Third-Party Defendants.

## SUNCOR'S LIST OF CASES

Pursuant to the Court's specific instructions in the Final Pretrial Order, Suncor Energy (U.S.A.) Inc. ("Suncor") submits the following cases on the illegality of the Master Product Purchase and Sale Agreement ("Master Agreement").

### "Discounts" Under the Unfair Trade Practices Act

- *Tele-Port, Inc. v. Ameritech Mobile Commc'n*, 637 N.W.2d 782, 790-91 (Wis. Ct. App. 2001)

- *Lorenzo v. Qualcomm Inc.*, 603 F. Supp. 2d 1291, 1304-05 (S.D. Cal. 2009)

### Illegal and Unenforceable Contracts

- *Kelly v. Kosuga*, 358 U.S. 516, 520-21 (1959)

- *Capital City Distrib., Inc. v. Classics Int'l Entm't, Inc.*, 1996 WL 535314, at *4 (N.D. Ill. Sept. 18, 1996)

- *Berra v. Springer & Steinberg, P.C.*, 251 P.3d 567, 570 (Colo. App. 2010)

**Materiality of Breach**

- *Blood v. Qwest Servs. Corp.*, 224 P.3d 301, 324 (Colo. App. 2009)

- *City of Meridian v. Petra Inc.,* 299 P.3d 232, 251 (Idaho 2013)

- *Xtreme Coil Drilling Corp. v. Encana Oil & Gas (USA) Inc.,* 2013 WL 3810861, at *2 (D. Colo. July 23, 2013)

- *AAMCO Transmissions, Inc. v. Dyer*, 433 F. Supp. 188, 194 (D. Colo. 1997)

Dated:  March 14, 2014

Respectfully submitted,

*s/Anthony J. Shaheen*
HOLLAND & HART LLP
Post Office Box 8749
Denver, CO  80201-8749
Phone: 303-295-8054
Fax: 303-291-9126
AJShaheen@hollandhart.com

William L. Monts III
Hogan Lovells US LLP
555 Thirteenth Street, N.W.
Washington, D.C.  20004-1109
william.monts@hoganlovells.com
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

      I hereby certify that on March 14, 2014, I served the foregoing **Suncor's List of Cases**, by causing the foregoing to be presented to the Clerk of Court for filing and uploading to the CM/ECF system.

Kenneth R. Bennington
Kathleen E. Craigmile
Adam F. Aldrich
BENNINGTON JOHNSON BIERMANN & CRAIGMILE, LLC
370 17th Street, Suite 3500
Denver, CO 80202
krb@benningtonjohnson.com
kec@benningtonjohnson.com
afa@benningtonjohnson.com

Philip W. Bledsoe
POLSINELLI SHUGHART, P.C.
1515 Wynkoop Street, Suite 600
Denver, CO 80202
pbledsoe@polsinelli.com

                                              *s/Anthony Shaheen*

6729181_1