**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover        Date:   March 17, 2014
Court Reporter:     Terri Lindblom

Civil Action No.   11-cv-01611-MSK-CBS

*Parties*:                                              *Counsel*:

WESTERN CONVENIENCE STORES, INC., a            Kenneth Bennington
Colorado corporation,                          Kathleen Craigmile
                                               Philip Bledsoe


            Plaintiff/Counterlaim Defendant

v.

SUNCOR ENERGY (U.S.A.), INC., a Delaware       Anthony Shaheen
corporation,                                   William Monts
                                               Michael Korenblat
Defendant/Counterclaim Plaintiff,

and

SUNCOR ENGERY (U.S.A.), INC., a Delaware
corporation,

            Third-party plaintiff,

v.

HOSSEIN TARAGHI, and
DEBRA LYNN TARAGHI,

            Third-party defendants

**COURTROOM MINUTES**

HEARING: Bench Trial - Day One

**9:16 a.m.        Court in session**

The trial setting at the Final Pretrial Conference (**Doc. #267**) was incorrectly identified as a 7 day jury trial.  This matter is set for a 7 day bench trial.

Hossein Taraghi and Steve Ewing are present for the parties and as corporate representatives.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

Preliminary matters addressed by the Court.

Opening statement by Mr. Bledsoe for the plaintiff.

Opening Statement by Mr. Shaheen for the defendant.

**Witness sworn  for the plaintiff : John Mayes:**
10:04 a.m.      Direct Examination by Mr. Bennington.

10:46 a.m.      **Court in recess**
10:59 a.m.      **Court in session**

Continued direct examination of witness by Mr. Bennington.

**EXHIBITS:   Received:      301, 256, 312**

Cross examination of witness by Mr. Monts.

12:05 p.m.      **Court in recess**
1:20 p.m.       **Court in session**

Continued cross examination of witness by Mr. Monts.

**EXHIBITS:   Received:      538**

Redirect examination of witness by Mr. Bennington.

**EXHIBITS:   Received:      245**

**Witness sworn  for the plaintiff : Hossein Taraghi :**
143 p.m.        Direct Examination by Mr. Bennington.

**EXHIBITS:   Received:      1, 241, 106**

2:57 p.m.       **Court in recess**
3:16 p.m.       **Court in session**

Continued direct examination of witness by Mr. Bennington.

**EXHIBITS:   Received:      254, 7**

Cross examination of witness by Mr. Shaheen.

**EXHIBITS:   Received:      240**

Courtroom Minutes
Judge Marcia S. Krieger
Page 3

**4:59 p.m.      Court in recess.**

**Total Time:    5 hours 56 minutes.**
**Trial continued.**