**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

| | |
|---|---|
| Courtroom Deputy: Patricia Glover<br>Court Reporter: Terri Lindblom | Date: March 18, 2014 |

Civil Action No.   11-cv-01611-MSK-CBS

| *Parties*: | *Counsel*: |
|---|---|
| WESTERN CONVENIENCE STORES, INC., a Colorado corporation, | Kenneth Bennington<br>Kathleen Craigmile<br>Philip Bledsoe |

             Plaintiff/Counterlaim Defendant

v.

| | |
|---|---|
| SUNCOR ENERGY (U.S.A.), INC., a Delaware corporation, | Anthony Shaheen<br>William Monts<br>Michael Korenblat |

Defendant/Counterclaim Plaintiff,

and

SUNCOR ENGERY (U.S.A.), INC., a Delaware corporation,

             Third-party plaintiff,

v.

HOSSEIN TARAGHI, and
DEBRA LYNN TARAGHI,

             Third-party defendants

---

**COURTROOM MINUTES**

---

HEARING: Bench Trial - Day Two

**9:56 a.m.       Court in session**

Hossein Taraghi and Steve Ewing are present for the parties and as corporate representatives.

**EXHIBITS:   Received:      107, 226, 255**

Continued cross examination of witness Taraghi by Mr. Shaheen.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

Redirect examination of witness by Mr. Bennington.

**Witness sworn for the plaintiff :Steve Moss:**
**10:27 a.m.**     Direct Examination by Mr. Bennington.

**EXHIBITS:   Received:      201 (admitted 3/17/14) 200,**

**11:06 a.m.     Court in recess**
**11:22 a.m.     Court in session**

Cross examination of witness by Mr. Shaheen.

**EXHIBITS:   Received:      4, 151, 155,**

**12:15 p.m.     Court in recess**
**12:53 p.m.     Court in session**

Continued cross examination of witness by Mr. Shaheen.

**EXHIBITS:   Received:      2, 112, 114, 115, 123, 117, 119, 121, 125, 132, 138, 131, 140, 6, 3,**

**2:05  p.m.     Court in recess.**
**2:24 p.m.      Court in session**

Redirect examination of witness by Mr. Bennington.

**EXHIBITS:   Received:           511, 122, 164**
**              Reserved:           234**

**Witness sworn for the plaintiff :Kendall Carbone:**
**3:12 p.m.**     Direct Examination by Mr. Bennington

No cross examination of witness.

**Witness sworn for the plaintiff :Susan Giannola:**
**3:43 p.m.**     Direct Examination by Mr. Bledsoe

Cross examination of witness by Mr. Monts.

Redirect examination of witness.

The Court addresses inquiry from Dillon's legal representative with regard to it's Order re Motion to Restrict Access.

Courtroom Minutes
Judge Marcia S. Krieger
Page 3

**4:16 p.m.       Court in recess**

**Total Time:    5 hours 57 minutes.**
**Trial continued.**