**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**HONORABLE MARCIA S. KRIEGER**

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date:   March 19, 2014 |
| Court Reporter: | Terri Lindblom | |
| | Mary George | |

Civil Action No.   11-cv-01611-MSK-CBS

| *Parties*: | *Counsel*: |
|---|---|
| WESTERN CONVENIENCE STORES, INC., a Colorado corporation, | Kenneth Bennington<br>Kathleen Craigmile<br>Philip Bledsoe<br>Jeffrey McClelland |

       Plaintiff/Counterlaim Defendant

v.

SUNCOR ENERGY (U.S.A.), INC., a Delaware corporation,

Anthony Shaheen
William Monts
Michael Korenblat

Defendant/Counterclaim Plaintiff,

and

SUNCOR ENGERY (U.S.A.), INC., a Delaware corporation,

       Third-party plaintiff,

v.

HOSSEIN TARAGHI, and
DEBRA LYNN TARAGHI,

       Third-party defendants

---

**COURTROOM MINUTES**

---

HEARING: Bench Trial - Day Three

**9:08  a.m.    Court in session**

Hossein Taraghi and Steve Ewing are present for the parties and as corporate representatives.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2


**Witness sworn for the plaintiff :Mark Glick:**
**9:09 a.m.**     Direct Examination by Mr. Bledsoe

**9:35 a.m.**     **Court in recess**
**9:57 a.m.**     **Court in session**

Continued direct examination of witness by Mr. Bledsoe.

**EXHIBITS:   Received:     500, 501, 770-773**

**10:53 a.m.**    **Court in recess**
**11:08 a.m.**    **Court in session**

Cross examination of witness by Mr. Shaheen

**EXHIBITS:   Received:     780**

Redirect examination of witness by Mr. Bledsoe.

**Witness for the plaintiff : James Piscatelli:**
**11:31 a.m.**    Deposition testimony read

**11:56 a.m.**    **Court in recess**
**1:20 p.m.**     **Court in session**

**EXHIBITS:   Received:     157**

Plaintiff makes a proffer as to the expected testimony of witness Keith Leffler

**Witness sworn for the plaintiff :Keith Leffler:**
**1:28 p.m.**     Direct Examination by Mr. Bledsoe

No cross examination of witness.

**Witness sworn for the plaintiff :Ted Tatos:**
**1:53 p.m.**     Direct Examination by Mr. Bledsoe

**EXHIBITS:   Received:     593**

**2:52 p.m.**     **Court in recess**
**3:06 p.m.**     **Court in session**

Continued direct examination of witness by Mr. Bledsoe

Courtroom Minutes
Judge Marcia S. Krieger
Page 3

Cross examination of witness by Mr. Shaheen.

Redirect examination of witness by Mr. Bledsoe

**EXHIBITS:   Received:      592**

Examination of the witness by the Court.

**4:18 p.m.        Court in recess**

**Total Time:    4 hours 55 minutes.
Trial continued.**