**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy: Patricia Glover  
Court Reporter: Terri Lindblom  

Date: March 20, 2014

Civil Action No. 11-cv-01611-MSK-CBS

*Parties*:

WESTERN CONVENIENCE STORES, INC., a Colorado corporation,

*Counsel*:

Kenneth Bennington  
Kathleen Craigmile  
Philip Bledsoe  
Jeffrey McClelland

       Plaintiff/Counterlaim Defendant

v.

SUNCOR ENERGY (U.S.A.), INC., a Delaware corporation,

Anthony Shaheen  
William Monts  
Michael Korenblat

Defendant/Counterclaim Plaintiff,

and

SUNCOR ENGERY (U.S.A.), INC., a Delaware corporation,

       Third-party plaintiff,

v.

HOSSEIN TARAGHI, and  
DEBRA LYNN TARAGHI,

       Third-party defendants

## COURTROOM MINUTES

HEARING: Bench Trial - Day Four

**9:13 a.m.     Court in session**

Hossein Taraghi and Steve Ewing are present for the parties and as corporate representatives.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2


**Witness sworn for the defendant : Angelia Spillman Reay:**
**9:14 a.m.**     Direct Examination by Mr. Shaheen

No cross examination of witness

**Witness sworn for the defendant :Christopher Werle:**
**9:22 a.m.**     Direct Examination by Mr. Shaheen

**EXHIBITS:   Refused:      213**

Cross examination of witness by Mr. Bennington.

**EXHIBITS:   Received:     213**

**Witness sworn for the defendant :James Griffin:**
**10:02 a.m.**    Direct Examination by Mr. Shaheen

**EXHIBITS:   Received:     407, 610, 616, 639, 708, 637**

**11:39 a.m.       Court in recess**
**1:04 p.m.        Court in session**

Cross examination of witness by Mr. Bledsoe.

**2:43 p.m.        Court in recess**
**3:03 p.m.        Court in session**

Continued cross examination of witness by Mr. Bledsoe.

Redirect examination of witness by Mr. Shaheen

Defendant rests.

Rebuttal case of plaintiff.

Dr. Glick is recalled.  Direct examination of Dr. Glick by Mr. Bledsoe.

No Cross examination of witness.

Ted Tatos is recalled.  Direct examination of witness by Mr. Bledsoe

No cross examination of witness.

No further rebuttal witnesses.

Courtroom Minutes
Judge Marcia S. Krieger
Page 3

Plaintiff's witness, Ed Sharpe, will testify on Monday, March 24, 2014, to be followed by closing arguments.

**3:53 p.m.        Court in recess.**

**Total Time:    4 hours 54 minutes.**
**Trial continued.**