**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover            Date:   March 24, 2014
Court Reporter:       Terri Lindblom

Civil Action No.   11-cv-01611-MSK-CBS

*Parties*:                                                *Counsel*:

WESTERN CONVENIENCE STORES, INC., a       Kenneth Bennington
Colorado corporation,                                 Kathleen Craigmile
                                                          Philip Bledsoe
                                                          Jeffrey McClelland

                    Plaintiff/Counterlaim Defendant

v.

SUNCOR ENERGY (U.S.A.), INC., a Delaware       Anthony Shaheen
corporation,                                           William Monts
                                                          Michael Korenblat
Defendant/Counterclaim Plaintiff,

and

SUNCOR ENGERY (U.S.A.), INC., a Delaware
corporation,

                    Third-party plaintiff,

v.

HOSSEIN TARAGHI, and
DEBRA LYNN TARAGHI,

                    Third-party defendants.

---

## COURTROOM MINUTES

---

HEARING: Bench Trial - Day Five

**9:06 a.m.        Court in session**

Hossein Taraghi and Steve Ewing are present for the parties and as corporate representatives.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**Witness sworn  for the plaintiff : Edward Sharpe:**
**9:07 a.m.**          Direct Examination by Mr. Bledsoe.

Cross examination of witness by Mr. Monts.

No re-direct examination of witness.

Plaintiff rests.  Evidence is closed.

Closing arguments.

**ORDER:**          Counsel may submit a list of other cases for the Court's consideration by **March 31, 2014.**  No argument may be submitted.

The Court takes the matter under advisement.

**10:28 a.m.          Court in recess.**

**Total Time:   1 hour 22 minutes.**
**Trial concluded.**