IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation;

      Plaintiffs and Counterclaim Defendant,

vs.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

      Defendant, Counterclaimant, Third-Party Plaintiff,

HOSSEIN and DEBRA LYNN TARAGHI,

      Third-Party Defendants.

---

## SUNCOR'S SUPPLEMENTAL LIST OF CASES

      Pursuant to the Court's instructions at the conclusion of the trial, Suncor Energy (U.S.A.)

Inc. ("Suncor") submits the following cases relevant to the parties' claims and defenses.

**I.      Robinson-Patman Act (15 U.S.C. § 13)**

      **A.    "Similarly situated" buyers.**

- *A.A. Poultry Farms, Inc. v. Rose Acre Farms, Inc.*, 881 F.2d 1396, 1407 (7th Cir. 1989), *cert. denied*, 494 U.S. 1019 (1990).
- *Cleveland v. Viacom, Inc.*, 73 Fed. App'x 736, 741 (5th Cir. 2003), *cert. denied*, 540 U.S. 1219 (2004).
- *Aerotec Int'l, Inc. v. Honeywell Int'l, Inc.*, --- F. Supp. 2d ----, 2014 WL 1017914, at *12 (D. Ariz. Mar. 14, 2014).
- *Coastal Fuels of Puerto Rico, Inc. v. Caribbean Petroleum Corp.*, 990 F.2d 25, 27 (1st Cir. 1993).

      **B.    Meeting competition defense.**

- *Falls City Indus. Inc. v. Vanco Beverage, Inc.*, 460 U.S. 428, 449-50 (1983).
- *Great Atl. & Pac. Tea Co. v. FTC*, 440 U.S. 69, 82-83 (1979).

1

- *United States v. U.S. Gypsum Co.*, 438 U.S. 422, 453-54 (1978).
- *Covey Oil Co. v. Continental Oil Co.*, 340 F.2d 993, 998 (10th Cir.), *cert. denied*, 380 U.S. 964 (1965).
- *Reserve Supply Corp. v. Owens-Corning Fiberglass Corp.*, 971 F.2d 37, 48 (7th Cir. 1992).
- *Water Craft Mgmt. LLC v. Mercury Marine*, 457 F.3d 484, 490-91 (5th Cir. 2006).

**C.     Identifying sales "in commerce."**

- *Belliston v. Texaco, Inc.*, 455 F.2d 175, 178 (10th Cir.), *cert. denied*, 408 U.S. 928 (1972).
- *Black Gold, Ltd. v. Rockwool Indus., Inc.*, 729 F.2d 676, 683 (10th Cir.), *cert. denied*, 469 U.S. 854 (1984).
- *Coastal Fuels of Puerto Rico*, 79 F.3d at 189.
- *Hanson v. Pittsburgh Plate Glass Indus., Inc.*, 482 F.2d 220, 224 (5th Cir. 1973), *cert. denied*, 414 U.S. 1136 (1974).

**D.     Damages for sales "in commerce" / injury to competition / proof of damages.**

- *Black Gold*, 729 F.2d at 683.
- *Falls City*, 460 U.S. at 435.
- *Motive Parts Warehouse v. Facet Enters.*, 774 F.2d 380, 395 (10th Cir. 1985).
- *Boise Cascade Corp. v. FTC*, 837 F.2d 1127, 1144 (D.C. Cir. 1988).
- *Chrysler Credit Corp. v. J. Truett Payne Co., Inc.,* 670 F.2d 575, 582 (5th Cir.), *cert. denied*, 459 U.S. 908 (1982).
- *El Aguila Food Prods., Inc. v. Gruma Corp.*, 131 Fed. App'x 450, 453-54 (5th Cir. 2005).

## II.     Colorado Unfair Trade Practices Act – Secret Discounts (C.R.S. § 6-2-108)

**A.     Meaning of "secret discounts."**

- *Tele-Port, Inc. v. Ameritech Mobile Commc'n*, 637 N.W.2d 782, 790-91 (Wis. Ct. App. 2001), *cert. denied*, 240 Wis. 2d 557 (2002).
- *Lorenzo v. Qualcomm Inc.*, 603 F. Supp. 2d 1291, 1304-05 (S.D. Cal. 2009).

**B.     Obligation to pay.**

- *Bruce's Juices, Inc. v. American Can Co.*, 330 U.S. 743, 754-56 (1947).

- *Kelly v. Kosuga*, 358 U.S. 516, 520-21 (1959).

- *Capital City Distrib., Inc. v. Classics Int'l Entm't, Inc.*, 1996 WL 535314, at *4 (N.D. Ill. Sept. 18, 1996).

- *Berra v. Springer & Steinberg, P.C.*, 251 P.3d 567, 570 (Colo. App. 2010), *cert. denied*, 2011 WL 317487 (Jan. 31, 2011).

**C.      Materiality of breach / waiver of breach.**

- *Xtreme Coil Drilling Corp. v. Encana Oil & Gas (USA) Inc.,* 2013 WL 3810861, at *2 (D. Colo. July 23, 2013).

- *Blood v. Qwest Servs. Corp.*, 224 P.3d 301, 324 (Colo. App. 2009), *aff'd*, 252 P.3d 1071 (Colo. 2011).

- *City of Meridian v. Petra Inc.,* 299 P.3d 232, 251 (Idaho 2013).

- *AAMCO Transmissions, Inc. v. Dyer*, 433 F. Supp. 188, 194 (D. Colo. 1977).

Dated:  March 31, 2014

<div style="margin-left:40%">

Respectfully submitted,

*s/Anthony J. Shaheen*
HOLLAND & HART LLP
Post Office Box 8749
Denver, CO  80201-8749
Phone: 303-295-8054
Fax: 303-291-9126
AJShaheen@hollandhart.com

William L. Monts III
Hogan Lovells US LLP
555 Thirteenth Street, N.W.
Washington, D.C.  20004-1109
william.monts@hoganlovells.com
**ATTORNEYS FOR DEFENDANT**

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2014, I served the foregoing **Suncor's Supplemental List of Cases**, by causing the foregoing to be presented to the Clerk of Court for filing and uploading to the CM/ECF system.


Kenneth R. Bennington
Kathleen E. Craigmile
Adam F. Aldrich
BENNINGTON JOHNSON BIERMANN  & CRAIGMILE, LLC
370 17th Street, Suite 3500
Denver, CO 80202
krb@benningtonjohnson.com
kec@benningtonjohnson.com
afa@benningtonjohnson.com

Philip W. Bledsoe
POLSINELLI SHUGHART, P.C.
1515 Wynkoop Street, Suite 600
Denver, CO 80202
pbledsoe@polsinelli.com


_s/Anthony Shaheen_

6750512_3