**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation,

    Plaintiff,

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Defendant,

v.

HOSSEIN AND DEBRA LYNN TARAGHI,

    Third-Party Defendants.

---

**PLAINTIFF'S SUPPLEMENTAL LISTING OF CASES**

---

    Plaintiff Western Convenience Stores, Inc. and Third-Party Defendants Hossein and Debra Lynn Taraghi, by and through their undersigned counsel, supplement their previously filed Listing of Cases (Doc. 303) as follows:

**I.   SUNCOR'S WAIVER OF COST JUSTIFICATION AND CHANGING CONDITIONS AFFIRMATIVE DEFENSES UNDER THE ROBINSON-PATMAN ACT (15 U.S.C. § 13(a)-(b)).**

    A.  Waiver of Affirmative Defenses – Pretrial Order:

        1.  *Youren v. Tintic Sch. Dist.*, 343 F.3d 1296, 1302-05 (10th Cir. 2003).

    B.  Robinson-Patman Act Section 2(a) and 2(b) Affirmative Defenses:

        1.  *Standard Oil Co. v. FTC*, 340 U.S. 231, 240-41 (1951).

    C.  Cost Justification Defense:

        1.  *FTC v. Morton Salt Co.*, 334 U.S. 37, 43-44 (1948).

    2. *Texaco Inc. v. Hasbrouck,* 496 U.S. 543, 561-62 & n.18 (1990) (contrasting functional discount and cost justification defenses).

  D. Changing Market Conditions Defense:

    1. *Comcoa, Inc. v. NEC Telephones, Inc.*, 931 F.2d 655, 659 (10th Cir. 1991).

II. **SUNCOR'S AFFIRMATIVE DEFENSE TO ROBINSON-PATMAN CLAIM - MEETING COMPETITION DEFENSE (15 U.S.C. § 13(b)).**

  A. Additional cases relevant to meeting competition defense and evidence presented at trial:

    1. *Feesers, Inc. v. Michael Foods, Inc.*, 632 F.Supp.2d 414, 451-59 (M.D. Pa. 2009), *rev'd on other grounds,* 498 F.3d 206 (3d. Cir. 2007).

    2. *FTC v. Sun Oil Co.*, 371 U.S. 505, 529 (1963).

Dated: March 31, 2014.　　　　　　　　　　*s/ Kenneth R. Bennington*

Kenneth R. Bennington
Kathleen E. Craigmile
Adam F. Aldrich
Jeffrey H. McClelland
BENNINGTON JOHNSON BIERMANN & CRAIGMILE, LLC
370 17th Street, Suite 3500
Denver, CO 80202
Phone: (303) 629-5200
Fax:  (303) 629-5718
*krb@benningtonjonson.com*
*kec@benningtonjohnson.com*
*afa@benningtonjohnson.com*
*jhm@benningtonjohnson.com*

Philip W. Bledsoe
Joseph T. VanLandingham
Polsinelli, PC
1225 Seventeenth Street, 29th Floor
Denver, CO 80202-5529
Telephone: (303) 572-9300
*pbledsoe@polsinelli.com*

*Attorneys for Plaintiffs and Third-Party Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on March 31, 2014, copies of the foregoing **PLAINTIFF'S SUPPLEMENTAL LISTING OF CASES** were served on the following parties via the CM/ECF filing system:

Anthony J. Shaheen
Keeya M. Jeffrey
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 80201-8749
AJShaheen@hollandhart.com
KMJeffrey@hollandhart.com

J. Robert Robertson
William L. Monts III
Hogan Lovells US LLP
555 Thirteenth Street, N.W.
Washington, D.C.  20004-1109
robby.robertson@hoganlovells.com
william.monts@hoganlovells.com

Philip W. Bledsoe
Joseph T. VanLandingham
Polsinelli PC
1225 Seventeenth Street, 29th Floor
Denver, CO  80202-5529
pbledsoe@polsinelli.com
jvanlandingham@polsinelli.com

*s/ Marie Newberger*