### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation,

    Plaintiff,

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Defendant,

v.

HOSSEIN AND DEBRA LYNN TARAGHI,

    Third-Party Defendants.

---

### ERRATA TO PLAINTIFF'S SUPPLEMENTAL LISTING OF CASES (DOC. 315)

---

    Plaintiff Western Convenience Stores, Inc. and Third-Party Defendants Hossein and Debra Lynn Taraghi, by and through their undersigned counsel, submit the following errata to *Plaintiff's Supplemental Listing of Cases* filed March 31, 2014 (Doc. 315).

    The citation on page 2, Section II(A)(1) should read as follows:

> *Feesers, Inc. v. Michael Foods, Inc.*, 632 F.Supp.2d 414, 451-59 (M.D. Pa. 2009), *rev'd on other grounds,* 591 F.3d 191 (3d. Cir. 2010).

Dated: April 3, 2014.                                                *s/ Kenneth R. Bennington*

                                                                           Kenneth R. Bennington
                                                                           Kathleen E. Craigmile
                                                                           Adam F. Aldrich
                                                                           Jeffrey H. McClelland
                                                                           BENNINGTON JOHNSON
                                                                           BIERMANN & CRAIGMILE, LLC
                                                                           370 17th Street, Suite 3500

Denver, CO 80202
Phone: (303) 629-5200
Fax:  (303) 629-5718
*krb@benningtonjonson.com*
*kec@benningtonjohnson.com*
*afa@benningtonjohnson.com*
*jhm@benningtonjohnson.com*

Philip W. Bledsoe
Joseph T. VanLandingham
Polsinelli, PC
1225 Seventeenth Street, 29th Floor
Denver, CO 80202-5529
Telephone: (303) 572-9300
*pbledsoe@polsinelli.com*

*Attorneys for Plaintiffs and Third-Party Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on April 3, 2014, copies of the foregoing **ERRATA TO PLAINTIFF'S SUPPLEMENTAL LISTING OF CASES (DOC. 315)** were served on the following parties via the CM/ECF filing system:

Anthony J. Shaheen
Keeya M. Jeffrey
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 80201-8749
AJShaheen@hollandhart.com
KMJeffrey@hollandhart.com

J. Robert Robertson
William L. Monts III
Hogan Lovells US LLP
555 Thirteenth Street, N.W.
Washington, D.C.  20004-1109
robby.robertson@hoganlovells.com
william.monts@hoganlovells.com

Philip W. Bledsoe
Joseph T. VanLandingham
Polsinelli PC
1225 Seventeenth Street, 29th Floor
Denver, CO  80202-5529
pbledsoe@polsinelli.com
jvanlandingham@polsinelli.com

*s/ Marie Newberger*