**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation,

      Plaintiff,

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

      Defendant,

v.

HOSSEIN AND DEBRA LYNN TARAGHI,

      Third-Party Defendants.

---

**NOTICE OF UNREDACTED FINAL PRETRIAL ORDER**

---

Plaintiff Western Convenience Stores, Inc. and Third-Party Defendants Hossein and Debra Lynn Taraghi (collectively, "Western"), by and through their undersigned counsel, submit the following notice of unredacted *Revised Proposed Final Pretrial Order* (Doc. 274), which was filed on January 8, 2014 under Level 1 Restriction and attached as Exhibit 2 to *Plaintiff's Reply in Support of Motion for Limited Disclosure of Certain "Secret" Discovery Materials in Advance of March 17, 2014 Trial* (Doc. 273).

At the initial Final Pretrial Conference held on October 30, 2013 (Doc. 260), based on "Interested Party" Dillon Companies, Inc.'s ("Dillon") objections to the filing of an unredacted Final Pretrial Order, the Court ordered the parties to file their Proposed Final Pretrial Order in redacted format. The parties filed their *Revised Proposed Final Pretrial Order* (Doc. 274), redacting materials that Dillon considered "secret." As noted above, Western subsequently filed

an unredacted version of the Final Pretrial Order as an exhibit to a reply brief.  Western is filing

this notice to ensure that the Court is aware that an unredacted version of the Final Pretrial Order

has been filed.  If the Court would prefer that Western (or the parties jointly) file an unredacted

Final Pretrial Order in connection with the *Revised Proposed Final Pretrial Order* filings (Docs.

266, 267, and 268), Western will arrange that filing.


Dated: April 3, 2014.                                    *s/ Kenneth R. Bennington*

                                                         _____
                                                         Kenneth R. Bennington
                                                         Kathleen E. Craigmile
                                                         Adam F. Aldrich
                                                         Jeffrey H. McClelland
                                                         BENNINGTON JOHNSON
                                                         BIERMANN & CRAIGMILE, LLC
                                                         370 17th Street, Suite 3500
                                                         Denver, CO 80202
                                                         Phone: (303) 629-5200
                                                         Fax:  (303) 629-5718
                                                         *krb@benningtonjonson.com*
                                                         *kec@benningtonjohnson.com*
                                                         *afa@benningtonjohnson.com*
                                                         *jhm@benningtonjohnson.com*

                                                         Philip W. Bledsoe
                                                         Joseph T. VanLandingham
                                                         Polsinelli, PC
                                                         1225 Seventeenth Street, 29th Floor
                                                         Denver, CO 80202-5529
                                                         Telephone: (303) 572-9300
                                                         *pbledsoe@polsinelli.com*

                                                         *Attorneys for Plaintiffs and Third-Party*
                                                         *Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on April 3, 2014, copies of the foregoing **NOTICE OF UNREDACTED FINAL PRETRIAL ORDER** were served on the following parties via the CM/ECF filing system:

Anthony J. Shaheen
Keeya M. Jeffrey
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 80201-8749
AJShaheen@hollandhart.com
KMJeffrey@hollandhart.com

J. Robert Robertson
William L. Monts III
Hogan Lovells US LLP
555 Thirteenth Street, N.W.
Washington, D.C.  20004-1109
robby.robertson@hoganlovells.com
william.monts@hoganlovells.com

Philip W. Bledsoe
Joseph T. VanLandingham
Polsinelli PC
1225 Seventeenth Street, 29th Floor
Denver, CO  80202-5529
pbledsoe@polsinelli.com
jvanlandingham@polsinelli.com

*s/ Marie Newberger*

_____