IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation,

    Plaintiff,

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Defendant,

v.

HOSSEIN AND DEBRA LYNN TARAGHI,

    Third-Party Defendants.

---

**ACKNOWLEDGEMENT OF SATISFACTION AND RELEASE
OF AWARD OF FEES AND COSTS TO INTERESTED NON-PARTY
DILLON COMPANIES, INC. (DOC. 313)**

---

    Plaintiff Western Convenience Stores, Inc.("WCS"), by and through its undersigned counsel, submits this acknowledgment that it has tendered full payment to Interested Non-Party Dillon Companies, Inc. ("Dillon") in the amount of $19,515.82 for discovery-related costs and attorneys' fees awarded by the Magistrate Judge in this action. Order, Doc. 313 at 55.

    Accordingly, Dillon has acknowledged to WCS' counsel that WCS has satisfied the Court's award of fees and costs arising from Dillon Companies, Inc.'s Motion for Fees and Costs, Doc. 226, and this Court's subsequent Order granting partial relief, Doc. 313. Dillon has authorized WCS to file this acknowledgement.

    Dated: June 17, 2014                  *s/ Kenneth R. Bennington*

Kenneth R. Bennington
Kathleen E. Craigmile
Adam F. Aldrich
Jeffrey H. McClelland
BENNINGTON JOHNSON
BIERMANN & CRAIGMILE, LLC
370 17th Street, Suite 3500
Denver, CO 80202
Phone: (303) 629-5200
Fax:  (303) 629-5718
*krb@benningtonjonson.com*
*kec@benningtonjohnson.com*
*afa@benningtonjohnson.com*
*jhm@benningtonjohnson.com*

Philip W. Bledsoe
Joseph T. VanLandingham
Polsinelli, PC
1225 Seventeenth Street, 29th Floor
Denver, CO 80202-5529
Telephone: (303) 572-9300
*pbledsoe@polsinelli.com*

*Attorneys for Plaintiffs and Third-Party Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 17, 2014, copies of the foregoing **ACKNOWLEDGEMENT OF SATISFACTION AND RELEASE OF AWARD OF FEES AND COSTS TO INTERESTED NON-PARTY DILLON COMPANIES, INC. (DOC. 313)** were served on the following parties via the CM/ECF filing system:

Anthony J. Shaheen
Keeya M. Jeffrey
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 80201-8749
AJShaheen@hollandhart.com
KMJeffrey@hollandhart.com

Philip W. Bledsoe
Joseph T. VanLandingham
Polsinelli PC
1225 Seventeenth Street, 29th Floor
Denver, CO  80202-5529
pbledsoe@polsinelli.com
jvanlandingham@polsinelli.com

J. Robert Robertson
William L. Monts III
Hogan Lovells US LLP
555 Thirteenth Street, N.W.
Washington, D.C.  20004-1109
robby.robertson@hoganlovells.com
william.monts@hoganlovells.com

Christopher A. Taravella
Michael R. McCormick
Montgomery Little & Soran, P.C.
5445 DTC Parkway, Suite 800
Greenwood Village, CO 80111
ctaravella@montgomerylittle.com
mmccormick@montgomerylittle.com

*s/ Marie Newberger*