IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation;
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs and Counterclaim Defendant,

vs.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Defendant, Counterclaimant, Third-Party Plaintiff,

HOSSEIN and DEBRA LYNN TARAGHI,

    Third-Party Defendants.

## SUBMISSION OF AGREED FORM OF JUDGMENT

Pursuant to the Opinion and Order Directing Entry of Judgment in favor of Suncor Energy (U.S.A.) (Dkt.**#319)**, the parties submit the attached agreed-upon form of judgment.

Dated: September 5, 2014

| | |
|---|---|
| *s/Anthony J. Shaheen* | *s/ Kenneth R. Bennington* |
| HOLLAND & HART LLP | Kenneth R. Bennington |
| Post Office Box 8749 | Kathleen E. Craigmile |
| Denver, CO  80201-8749 | BENNINGTON JOHNSON |
| Phone: 303-295-8054 | BIERMANN & CRAIGMILE, LLC |
| Fax: 303-291-9126 | 370 17th Street, Suite 3500 |
| AJShaheen@hollandhart.com | Denver, CO 80202 |
| **ATTORNEYS FOR DEFENDANT** | Phone: (303) 629-5200 |
| | Fax: (303) 629-5718 |
| | *krb@benningtonjonson.com* |
| | *kec@benningtonjohnson.com* |
| | *afa@benningtonjohnson.com* |
| | *jhm@benningtonjohnson.com* |
| | **ATTORNEYS FOR PLAINTIFFS AND THIRD-PARTY DEFENDANTS** |

-2-

# CERTIFICATE OF SERVICE

      I hereby certify that on September 5, 2014, I served the foregoing **SUBMISSION OF AGREED FORM OF JUDGMENT**, by causing the foregoing to be presented to the Clerk of Court for filing and uploading to the CM/ECF system. I will separately serve this document to the following email addresses:

Kenneth R. Bennington
Kathleen E. Craigmile
Adam F. Aldrich
BENNINGTON JOHNSON BIERMANN & CRAIGMILE, LLC
370 17th Street, Suite 3500
Denver, CO 80202
krb@benningtonjohnson.com
kec@benningtonjohnson.com
afa@benningtonjohnson.com

Philip W. Bledsoe
POLSINELLI SHUGHART, P.C.
1515 Wynkoop Street, Suite 600
Denver, CO 80202
pbledsoe@polsinelli.com

                                                                 *s/Anthony Shaheen*

7093368_1