IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation; and
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

        Plaintiffs,

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

        Defendant,

and

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

        Third-Party Plaintiff,

v.

HOSSEIN AND DEBRA LYNN TARAGHI,

        Third-Party Defendant.

## FINAL JUDGMENT
_____

        Pursuant to the Court's Opinion and Order Granting in Part and Denying in Part Motion for Summary Judgment (Dkt. **#251**) of Defendant and Third-Party Plaintiff Suncor Energy (U.S.A.) Inc. ("Suncor") and the Opinion and Order Directing Entry of Judgment in Favor of Suncor Energy (U.S.A.) (Dkt. **#319**) following trial to the Court of all remaining claims in this action, the Court directs entry of judgment for Suncor as follows:

        1. Judgment in favor of Suncor and against Plaintiffs Western Convenience Stores, Inc. ("WCS") and Western Truck One, LLC ("WTO") on all claims in the Amended Complaint

(Dkt. # 43). Plaintiffs shall take nothing on these claims.

2. Judgment in favor of Suncor on Suncor's counterclaim against Plaintiff WCS (Dkt. #**31**) in the amount of Three Million Seven Hundred Fifty-Five Thousand One Hundred Forty-One and 95/100 Dollars ($3,755,141.95), plus prejudgment interest at the rate of 12% (simple interest) in the amount of $1,467,900.42 through September 5, 2014. Prejudgment interest at the rate of 12% per annum shall continue to accrue at the rate of $1,233.72 per day until the entry of this Judgment. Thereafter, interest on the total judgment amount, principal and interest, shall accrue at the rate specified in 28 U.S.C. §1961 until this Judgment against WCS is satisfied in full (the "WCS Judgment").

3. Judgment in favor of Suncor on Suncor's third-party claim against Third-Party Defendants Hossein Taraghi and Debra Lynn Taraghi as guarantors of WCS (Dkt. #**37**), jointly and severally, in the amount of Three Million and 0/100 Dollars ($3,000,000). After entry of this Judgment, post-judgment interest shall accrue on this amount at the rate specified in 28 U.S.C. §1961 until this Judgment against Hossein Taraghi and Debra Taraghi, jointly and severally, is satisfied in full (the "Taraghi Judgment").

4. Once the WCS Judgment is partially satisfied by WCS so that the WCS Judgment balance, including interest, is $3,000,000, then any further amounts paid by WCS to Suncor or collected by Suncor from WCS's assets, shall also be applied toward the satisfaction of the Taraghi Judgment. Hossein Taraghi and Debra Lynn Taraghi are jointly and severally liable to Suncor for the WCS Judgment up to Three Million and 0/100 Dollars ($3,000,000) plus interest. Any amounts paid by Hossein Taraghi and Debra Lynn Taraghi to Suncor or collected by Suncor from Taraghi assets, shall also be applied toward the satisfaction of the WCS Judgment.

5. Pursuant to Rule 54(d)(1)&(2), the amount and scope of WCS's and Hossein and Debra Lynn Taraghi's liability for costs, attorneys' fees and related non-taxable expenses shall be determined at a later date, but that determination shall not delay entry of this Judgment which is a final judgment for purposes of appeal.

DATED this 8th day of September, 2014.

**BY THE COURT:**

*/s/ Marcia S. Krieger*

Marcia S. Krieger
Chief United States District Judge