## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation; and
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

      Plaintiffs,

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

      Defendant,

and

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

      Third-Party Plaintiff,

v.

HOSSEIN AND DEBRA LYNN TARAGHI,

      Third-Party Defendant.

---

### CERTIFICATE OF JUDGMENT UPON LAND AND TENEMENTS
### (TRANSCRIPT OF JUDGMENT)

---

      I, JEFFREY P. COLWELL, Clerk of the United States District Court for the District of Colorado, do certify that on September 08, 2014, a Final Judgment (document #321) was entered.  See attached Final Judgment.

This Judgment is entered on the docket of this Court, which remains on record in Denver, Colorado.

                              JEFFREY P. COLWELL, CLERK

Date: September 11, 2014         By:___s/J. Fox_____
                                              Deputy Clerk