**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation;
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs and Counterclaim Defendant,

vs.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Defendant, Counterclaimant, Third-Party Plaintiff,

HOSSEIN and DEBRA LYNN TARAGHI,

    Third-Party Defendants.

## SUNCOR'S EMERGENCY UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE TAXABLE COSTS AND TO FILE RULE 54(d)(2)(A) MOTION

    Pursuant to Rule 54(d)(1)&(2)(A)-(B), Suncor Energy (U.S.A.) Inc. ("Suncor") moves for a two-week extension of time, of up to and including October 6, 2014, to submit its taxable costs under Rule 54(d)(1) and to move for an award of attorneys' fees and related nontaxable expenses under Rule 54(d)(2)(A)-(B). Judgment was entered on September 8, 2014.

    Suncor files this Motion on an emergency basis because Suncor believed that it had filed this Motion last week, but discovered today that it inadvertently did not file the Motion.

    As grounds for this request, Suncor states as follows:

    1.    Suncor is authorized to state that he has conferred with counsel for Western Convenience Stores, Inc. and the Taraghis and they do not oppose this Motion.

2. Pursuant to the Opinion and Order Directing Entry of Judgment in Favor of Suncor Energy (U.S.A.) (Dkt. #319) and the Opinion and Order Granting in Part and Denying in Part Motion for Summary Judgment (Dkt. #251), the Court found in favor of Suncor Energy (U.S.A.) Inc. ("Suncor") on all claims in the case, including Suncor's Counterclaim against Western Convenience Stores, Inc. ("WCS") for breach of contract and Suncor's Third-Party Complaint against Hossein Taraghi and Debra Lynn Taraghi for breach of their personal guaranty (the "Personal Guaranty").

3. Pursuant to paragraph 20 of the Master Product Purchase and Sale Agreement ("MPPSA") between Suncor and WCS, WCS "shall pay all of Suncor's costs and expenses (including reasonable attorney's fees, court costs, and all other legal expenses) of collecting past due payments." Paragraph 15 of the Personal Guaranty between Suncor and the Taraghis provides, in pertinent part, that: "If any action or proceeding is commenced to enforce or interpret this Guaranty, the prevailing party shall be entitled to recover from the non-prevailing party the reasonable out-of-pocket costs and expenses of maintaining such action or proceeding, including reasonable attorneys' fees and disbursements."

4. This was protracted and complicated litigation and Suncor's costs, attorneys' fees and related nontaxable expenses are extensive. For that reason, Suncor needs additional time to assemble and review its bills and to file its motion under Rule 54(d)(2)(B). The additional time will also give the parties an opportunity to confer on the reasonableness of Suncor's costs, attorneys' fees and related nontaxable expenses.

WHEREFORE, for the reasons set forth above, Suncor requests an extension of time, up to and including October 6, 2014, to submit its taxable costs under Rule 54(d)(1) and to move for

an award of attorneys' fees and related nontaxable expenses under Rule 54(d)(2)(A)-(B).  A proposed Order is attached.

Dated:  September 19, 2014

                                             *s/Anthony J. Shaheen*
                                             HOLLAND & HART LLP
                                             Post Office Box 8749
                                             Denver, CO  80201-8749
                                             Phone: 303-295-8054
                                             Fax: 303-291-9126
                                             AJShaheen@hollandhart.com
                                             **ATTORNEYS FOR SUNCOR**

**CERTIFICATE OF SERVICE**

   I hereby certify that on September 19, 2014, I served the **EMERGENCY UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE TAXABLE COSTS AND TO FILE RULE 54(**d**)(2)(A) MOTION**, by causing the foregoing to be presented to the Clerk of Court for filing and uploading to the CM/ECF system.  I will separately serve this document to the following email addresses:

Kenneth R. Bennington
Kathleen E. Craigmile
Adam F. Aldrich
BENNINGTON JOHNSON BIERMANN  & CRAIGMILE, LLC
370 17th Street, Suite 3500
Denver, CO 80202
krb@benningtonjohnson.com
kec@benningtonjohnson.com
afa@benningtonjohnson.com

Philip W. Bledsoe
POLSINELLI SHUGHART, P.C.
1515 Wynkoop Street, Suite 600
Denver, CO 80202
pbledsoe@polsinelli.com

                       *s/Anthony Shaheen*

7092802_3