**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation;
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs and Counterclaim Defendant,

vs.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Defendant, Counterclaimant, Third-Party Plaintiff,

HOSSEIN and DEBRA LYNN TARAGHI,

    Third-Party Defendants.

## ORDER GRANTING EMERGENCY UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT SUNCOR TO FILE ITS TAXABLE COSTS AND TO FILE RULE 54(d)(2)(A) MOTION

    This matter comes before the Court on the Emergency Unopposed Motion for Extension of Time for Defendant Suncor to File its Taxable Costs and to File Rule 54(d)(2)(A) Motion. Having reviewed the Motion and being sufficiently advised in the premises, the Court herewith GRANTS the Motion. Defendant Suncor will have up to and including October 6, 2014 to submit its taxable costs.

    Dated: _____

                                         _____
                                         UNITED STATES MAGISTRATE JUDGE

7141525_1