IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation;
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

      Plaintiffs and Counterclaim Defendant,

vs.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

      Defendant, Counterclaimant, Third-Party Plaintiff,

HOSSEIN and DEBRA LYNN TARAGHI,

      Third-Party Defendants.

---

**DECLARATION OF ANTHONY J. SHAHEEN IN SUPPORT OF SUNCOR ENERGY'S
BILL OF COSTS**

---

      I, Anthony J. Shaheen, declare under penalty of perjury pursuant to the requirements of

28 U.S.C. § 1746, that the information contained in this declaration is true and correct being first

duly sworn under oath, states as follows:.

      1.      I am an attorney licensed to practice in the State of Colorado and a member of the

Bar of the United States District Court for the District of Colorado.  I am a Member of the law

firm of Holland & Hart LLP at 555 17th Street, Suite 3200, Denver, Colorado 80202, and serve as

lead counsel of record for defendant Suncor Energy (U.S.A.) Inc. ("Suncor") in this action.

      2.      I am aware and have knowledge concerning the costs incurred by Suncor in

defending this action and submit this declaration in support of Suncor's Bill of Costs, pursuant to

Rule 54(d) of the Local Rules of this Court, Rule 54(d) of the Federal Rules of Civil Procedure, and 28 U.S.C. §§ 1821, 1920, 1921, 1923 and 1924.

3.      By Order dated August 22, 2014 [Doc. #319], the Court entered an Opinion and Order Directing Entry of Judgment in Favor of Suncor Energy (U.S.A.), and entered Final Judgment in this case on September 8, 2014 [Doc. #321].

4.      From the commencement of this case until March 24, 2014, Suncor has incurred taxable costs in the amount of $15,833.79 in connection with the defense of this litigation, as reflected in the Bill of Costs and exhibits thereto ("Suncor's Bill of Costs") submitted concurrently with this declaration.

5.      All of the expenses included in Suncor's Bill of Costs were necessary for the defense of this case, and each service was actually performed and the invoices have all been paid in full.  All of the claimed costs are allowable by law pursuant to Federal Rule of Civil Procedure 54(d)(1), Local Rule 54.1, and the relevant provisions of the United States Code and case law interpreting those provisions.

6.      A summary of these costs and the basis for each is provided below.

7.      Court reporter/transcript fees are recoverable pursuant to 28 U.S.C. § 1920(2). The transcript of the September 28, 2011 Motions Hearing was necessarily obtained for use in support of the summary judgment briefing and for cross-examination at trial.  Mr. Taraghi and Mr. Wehrle testified at that hearing and also at trial.

8.      Costs incident to taking depositions are recoverable pursuant to 28 U.S.C. §§ 1920(2), 1821.  The following deposition transcripts were necessarily obtained and used by Suncor to support its motions for summary judgment and/or for trial preparation: (i) Kendall

Carbone (taken by WCS and testified at trial), (ii) Steven Ewing (taken twice by WCS but did not testify at trial), (iii) Susan Giannola (taken by WCS and testified at trial), (iv) Vance Kopp (taken by WCS but did not testify at trial), (v) Diane Kriskovich (taken by WCS but did not testify at trial), (vi) Aaron Lingnau (taken by WCS but did not testify at trial), (vii) Steve Moss (taken twice by WCS and testified at trial), (viii) James Piscatelli (taken by WCS but did not testify at trial), (ix) Angelia (Spillman) Reay (taken by Suncor and testified at trial), (x) Hossein Taraghi (taken by Suncor and testified at trial), (xi) Chad Thiessen (taken by WCS but did not testify at trial), (xii) Chris Wehrle (taken by Suncor and testified at trial), and (xiii) David Wilson (taken by WCS but did not testify at trial). All of the witnesses listed above were cited by Suncor and/or WCS in the summary judgment briefing in this case. Suncor is not seeking to recover deposition transcript costs for Don Wilson and David Parker, taken by WCS, who did not testify at trial and whose transcripts were not used in summary judgment briefings by Suncor or WCS.

9.      Suncor also seeks to recover witness fees pursuant to the statutory allowable amounts. Two witnesses are exceptions. Suncor and WCS agreed to share equally the costs for bringing Mr. Wilson from Utah and Mr. Thiessen from Kansas to be deposed in Denver, so included in this Bill of Costs is Suncor's 50% share for Mr. Thiessen's airfare. Mr. Wilson did not provide an itemized invoice so Suncor cannot determine his airfare and is not seeking to recover for it. Mr. Moss was deposed two times. When WCS took his deposition the first time on May 25, 2012, he was still living in Denver but was retiring from Suncor and moving to Spain. When WCS deposed him a second time on January 20, 2013, Suncor was able to coordinate his deposition with a trip he had planned to return to the United States for part of the

holidays.  Therefore, Suncor is seeking to recover his airfare from Billings, Montana, to Denver, and then to California.  Suncor is not seeking to recover his airfare to and from Spain for trial because Suncor does not have an itemized invoice for that amount.

10.     Pursuant to D.C.COLO.LCivR 54.1, before the hearing on the Bill of Costs, the undersigned will confer with counsel for Plaintiff regarding the Bill of Costs and inform the Clerk of the Court of any agreements made regarding the same.

I declare under penalty of perjury that the foregoing is true and correct.


Dated:  September 22, 2014

> *s/Anthony J. Shaheen*
> HOLLAND & HART LLP
> Post Office Box 8749
> Denver, CO  80201-8749
> Phone: 303-295-8054
> Fax: 303-291-9126
> AJShaheen@hollandhart.com
> **ATTORNEYS FOR SUNCOR**

## CERTIFICATE OF SERVICE

       I hereby certify that on September 22, 2014, I served the foregoing by causing same to be presented to the Clerk of Court for filing and uploading to the CM/ECF system:

Kenneth R. Bennington
Kathleen E. Craigmile
Adam F. Aldrich
krb@benningtonjohnson.com
kec@benningtonjohnson.com
afa@benningtonjohnson.com

Philip W. Bledsoe
pbledsoe@polsinelli.com

                                            *s/Anthony Shaheen*

7144456_1