# ATTACHMENT 1

# FEES OF COURT REPORTER FOR TRANSCRIPT OBTAINED FOR USE IN CASE

Avery Woods Reporting Service, Inc.
455 Sherman Street
Suite 250
Denver, CO 80203
(303) 825-6119   Fax (303) 893-8305

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 110114 | 03/12/2013 | 01-39101 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 01/28/2013 | WOODWI | 11 CV 01611 |
| CASE CAPTION | | |
| WESTERN CONVENIENCE VS. SUNCOR | | |
| TERMS | | |
| Due upon receipt | | |

ANTHONY J. SHAHEEN, ESQ.   15561
HOLLAND & HART, LLP
555 17TH STREET, #3200
DENVER, CO 80202

| | | |
|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: MOTIONS HEARING | 56 Pages | 112.00 |
| | TOTAL DUE >>>> | 112.00 |

TRANSCRIPT OF ELECTRONICALLY RECORDED PROCEEDINGS HELD BEFORE MAGISTRATE JUDGE CRAIG B. SHAFFER.   EMAIL COPY ONLY REQUESTED.

Sales & Use Tax Accrual  116.48
City          GL-23201 ____
State   10    GL-23202  4.48
City Consumption   GL-23201 ____
State Consumption  GL-23202 ____
Exempt from tax
Tax included



RECEIVED
MAR 12 2013
Financial Services

*900345189*

49776.0343
Katherine P Bell
#1805

TAX ID NO.: 84-1079884                                   (303) 295-8000

*Please detach bottom portion and return with payment.*

ANTHONY J. SHAHEEN, ESQ.
HOLLAND & HART, LLP
555 17TH STREET, #3200
DENVER, CO 80202

Job No.  : 01-39101
Case No. : 11 CV 01611
WESTERN CONVENIENCE VS. SUNCOR
Invoice No.: 110114
Date       : 03/12/2013
**TOTAL DUE** :    112.00

### PAYMENT WITH CREDIT CARD

Card Holder's Name: _____
VISA/MC #: _____
Exp. Date: _____   Phone #: _____
Billing Address: _____
Amount to Charge: _____   Zip: _____
Cardholder's Signature: _____

Remit To:   Avery Woods Reporting Service, Inc.
            455 Sherman Street
            Suite 250
            Denver, CO 80203

Holland & Hart Check Request | Printable Request                                    Page 1 of 1

Print this page and deliver it to Accounting with applicable signatures. Please have request to Accounting ½ hour prior to the selected Check Run Time. Your Check Request will be complete 1 ½ hours after the time you selected (12pm or 4pm).
Click here to create new check request

| Holland & Hart Check Request | | |
|---|---|---|
| Originator Name:<br>**Shaheen, Anthony** | Date:<br>**3/25/2014** | Routing:<br>**Mail To Payee** |
| Timekeeper ID:<br>**5396** | | |
| Originator Phone Ext:<br>**108054** | Date/Time Required:<br>**3/25/2014** | Payee ID#:<br>**37524** |

Payee Name and Address:
**Therese Lindblom, CSR, RMR, CRR** — Official Court Reporter
**901 19th Street**
**Denver CO 80294**

Payee Phone:

Description for Check:
**Realtime transcript of trial to court from 3/17-24/14**

Other Comments:
**Mail to payee**

| CHARGE TO | | | | |
|---|---|---|---|---|
| Client/Matter | GL | Cost Type | Office-Dept | Amount |
| 49776.0343<br>Suncor Energy USA - Western Convenience Stores, Inc.<br>Shaheen, Anthony J. | | 13 Outside Fees | 10 | 2,061.20 |

Total AR 0-90: 224,977.92  Total AR Over 90: 0.00  Trust Balance: 0.00

Total: 2,061.20

Originator Signature:                        Counter Signature - over $500

X /s/ Anthony J. Shaheen                     X /s/ _____ 0296

Approval Signature                           Counter Signature - over $10,000

X /s/ Anthony J. Shaheen                     X _____

Sales & Use Tax Accrual
City        GL-23201
State       GL-23202
City Consumption   GL-23201
State Consumption  GL-23202
Exempt from tax         ✓
Tax included

RECEIVED
MAR 26 2014
Financial Services

*9003792 41*

3/25/2014

| AO44 (Rev. 12/89) | UNITED STATES DISTRICT COURT FOR THE COLORADO |
|---|---|

INVOICE NO: 20140011

MAKE CHECKS PAYABLE TO:

Anthony Shaheen
Holland & Hart
555 17th Street
Denver, CO

Phone:

Therese Lindblom, CSR,RMR,CRR
Official Court Reporter
901 19th Street
Denver, CO 80294

Phone:   (303) 628-7877

Tax ID:   82-0586542
tclindblom@msn.com

☐ CRIMINAL   ☒ CIVIL

DATE ORDERED: 03-17-2014

DATE DELIVERED: 03-24-2014

**Case Style:** 11-cv-1611, Western Convenience v Suncor
Realtime Transcript of Trial to Court
3/17-24/14

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | 388 | 3.05 | 1,183.40 | 418 | 2.10 | 877.80 | | | | 2,061.20 |

Misc. Desc.

| | |
|---|---|
| MISC. CHARGES: | |
| TOTAL: | 2,061.20 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable) | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| Date Paid:   Amt:   TOTAL DUE: | $2,061.20 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE                                                                                       DATE   03-25-2014

*(All previous editions of this form are cancelled and should be destroyed)*

April 1, 2014

Two thousand sixty-one and 20/100************************************************************************   ***2,061.20***

Therese Lindblom, CSR, RMR, CRR
~~Official Court Reporter~~
901 19th Street
Denver, CO  80294


\* 6 7 2 5 1 0 \*

| Payee: | Therese Lindblom, CSR, RMR, CRR | Holland & Hart LLP | Check #: | **10245977** |
|---|---|---|---|---|
| Vendor: | 37524 | | Check Date: | 4/1/2014 |

| Invoice Number | Invoice Date | Invoice Amount | Amount Paid | Discount Taken | Payment Amt |
|---|---|---|---|---|---|
| 20140011 | 3/24/2014 | 2,061.20 | 2,061.20 | | 2,061.20 |

Realtime Transcript of Trial to Court from 3/17-24/2014

| Disb Date | Disb ID | Disbursements Description | Client | Matter | Amount | |
|---|---|---|---|---|---|---|
| 3/24/2014 | 10828624 | Outside Fees | 49776 | 0343 | 2,061.20 SV | |
| | | Totals | 2,061.20 | 2,061.20 | | 2,061.20 |

| AO44 (Rev. 12/89) | UNITED STATES DISTRICT COURT FOR THE COLORADO |
|---|---|

INVOICE NO: 20130045

**MAKE CHECKS PAYABLE TO:**

Anthony Shaheen
Holland & Hart
555 17th Street
Denver, CO

Phone:

Therese Lindblom, CSR,RMR,CRR
Official Court Reporter
901 19th Street
Denver, CO 80294

Phone: (303) 628-7877

Tax ID: 82-0586542
tclindblom@msn.com

☐ CRIMINAL   ☒ CIVIL

DATE ORDERED: 10-30-2013
DATE DELIVERED: 11-04-2013

**Case Style:** 11CV1611, Western v Suncor
Final Pretrial Conference 10/30/13

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | 32 | 4.85 | 155.20 | 32 | 0.90 | 28.80 | | | | 184.00 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.                                                                MISC. CHARGES:

TOTAL: 184.00

LESS DISCOUNT FOR LATE DELIVERY:

TAX (If Applicable):

**Check No: Half to Plf**     **Deposit Date: 11-04-2013**     LESS AMOUNT OF DEPOSIT: 92.00

TOTAL REFUND:

**Date Paid:**     **Amt:**     TOTAL DUE: $92.00

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE                                                                 DATE 11-04-2013

*(All previous editions of this form are cancelled and should be destroyed)*

Holland & Hart Check Request | Printable Request                                      Page 1 of 1

Print this page and deliver it to Accounting with applicable signatures. Please have request to Accounting ½ hour prior to the selected Check Run Time. Your Check Request will be complete 1 ½ hours after the time you selected (12pm or 4pm).
**Click here to create new check request**

| Holland & Hart Check Request | | |
|---|---|---|
| Originator Name:<br>**Shaheen, Anthony** | Date:<br>**11/6/2013** | Routing:<br>**Mail To Payee** |
| Timekeeper ID:<br>**5396** | | |
| Originator Phone Ext:<br>**108054** | Date/Time Required:<br>**11/6/2013** | Payee ID#:<br>**37524** |

Payee Name and Address:
**Therese Lindblom, CSR, RMR, CRR**
**901 19th Street**
**Denver CO 80294**

Payee Phone:

Description for Check:
**Final Pretrial Conference Transcript**

Other Comments:

| CHARGE TO | | | | |
|---|---|---|---|---|
| Client/Matter | GL | Cost Type | Office-Dept | Amount |
| 49776.0343<br>Suncor Energy USA - Western Convenience Stores, Inc.<br>Shaheen, Anthony J. | | 13 Outside Fees | 10 | 92.00 |
| Total AR 0-90: 138,571.33  Total AR Over 90: 5,752.85  Trust Balance: 0.00 | | | | |
| | | | Total: | 92.00 |

Originator Signature:                         Counter Signature - over $500

X *Anthony J. Shaheen*                        X_____
Approval Signature

                                              Counter Signature - over $10,000

X_____                       X_____

*900367422*

Sales & Use Tax Accrual
City          GL-23201 _____
State         GL-23202 _____         RECEIVED
City Consumption  GL-23201 _____
State Consumption GL-23202 ____✓____       NOV 08 2013
Exempt from tax   _____
Tax included      _____              Financial Services

http://apps.hollandhart.com/CheckRequest/printablerequest.aspx                        11/6/2013