# ATTACHMENT 2

# FEES FOR WITNESSES

Holland & Hart LLP

**Expense Report**

| Name of Reporter: | 5396A - AMEXShaheen, Anthony J. | Date of Report: | February 07,2013 |
|---|---|---|---|
| Office: | 10 - Denver | Department: | 130 - Environment, Energy & Nat |
| Business Purpose: | Steve Moss Deposition Charges | | |

---

**All Receipts Over $25.00 Must Be Attached**

| Date | Offc | Dept | Expense | Details / Comments | Voucher Source | Client #/ Account # | Amount | Paid By AmEx | Paid By Reporter |
|---|---|---|---|---|---|---|---|---|---|
| 01/31/2013 | | | 04-Lodging | Hotel expenses for Steve-Stephanie Moss, Deposition in Denver | Grand Hyatt Denver Downtown | 49776.0343 | 964.02 | 964.02 | |
| 02/07/2013 | | | 05-Meals | Coffee w/ Steve Ewing, AJShaheen | Starbucks | 49776.0343 | 4.21 | 4.21 | |

Total: $968.23

☐ Charge my Account
☐ Credit Paycheck

☐ Check/Cash Attached
☐ Reimburse by check ($100 Min)

Signature of Reporter

AMEXShaheen, Anthony J.

Signature of Approver

Bus Dev/op Runca Tsa -S.Ewing

GRAND HYATT
DENVER
STARBUCKS

Jacquelyn
3987  FEB07'13  8:13A

T DRIP COFFEE          1.6:
V DRIP COFFEE          2.2:

Food                   3.9C
* TAX                  0.31
PAYMENT $              4.21
XXXXXXXXXXXX1882      XX/XX
American Express       4.21

in Hyatt Gold Passport
lay and start earning poin
. stays, dining and more.
it goldpassport.com.
*Not point earning eligible.
#Not point redemption eligible.
Thanks for your Patronage!



Grand Hyatt Denver
1750 Welton Street
Denver, CO 80202
Tel: 303-295-1234
Fax: 303-292-2472

## INFORMATION INVOICE

| | | | |
|---|---|---|---|
| Payee | Dr Stephen Moss<br>United States | Room No. | 1517 |
| | | Arrival | 01-27-13 |
| | | Departure | 01-31-13 |
| | | Page No. | 1 of 2 |
| Membership | GP   G84524279E | Folio Window | 1 |
| Bonus Code | | Folio | 286945 |
| Confirmation No. | 1651706601 | Invoice | |
| Group Name | | | |

| Date | Description | | | Charges | Credits |
|---|---|---|---|---|---|
| 01-27-13 | Package Room | | | 149.00 | |
| 01-27-13 | State Occupancy Tax | | | 5.96 | |
| 01-27-13 | City Occupancy Tax | | | 16.02 | |
| 01-28-13 | - Pub 17 Breakfast Food | CHECK# 1785 | | 43.32 | |
| 01-28-13 | - Pub 17 Dinner Food | CHECK# 1842 | | 56.00 | |
| 01-28-13 | Package Room | | | 149.00 | |
| 01-28-13 | State Occupancy Tax | | | 5.96 | |
| 01-28-13 | City Occupancy Tax | | | 16.02 | |
| 01-29-13 | - Pub 17 Dinner Food | CHECK# 1009 | | 29.00 | |
| 01-29-13 | Package Room | | | 149.00 | |
| 01-29-13 | State Occupancy Tax | | | 5.96 | |
| 01-29-13 | City Occupancy Tax | | | 16.02 | |
| 01-30-13 | - Pub 17 Breakfast Food | CHECK# 1054 | | 43.00 | |
| 01-30-13 | Parking Valet | | | 28.00 | |
| 01-30-13 | Parking Valet | | | 28.00 | |
| 01-30-13 | Package Room | | | 195.00 | |
| 01-30-13 | State Occupancy Tax | | | 7.80 | |
| 01-30-13 | City Occupancy Tax | | | 20.96 | |
| 01-31-13 | American Express | XXXXXXXXXXX1015 | XX/XX | | 964.02 |
| 01-31-13 | American Express | XXXXXXXXXXX1882 | XX/XX | | 964.02 |
| 01-31-13 | American Express | XXXXXXXXXXX1015 | XX/XX | | -964.02 |



Grand Hyatt Denver
1750 Welton Street
Denver, CO 80202
Tel: 303-295-1234
Fax: 303-292-2472

## INFORMATION INVOICE

| | | |
|---|---|---|
| Payee | Dr Stephen Moss | |
| | United States | |

| | | |
|---|---|---|
| Room No. | 1517 |
| Arrival | 01-27-13 |
| Departure | 01-31-13 |
| Page No. | 2 of 2 |
| Folio Window | 1 |
| Folio | 286945 |
| Invoice | |

| | | |
|---|---|---|
| Membership | GP | G84524279E |
| Bonus Code | | |
| Confirmation No. | 1651706601 | |
| Group Name | | |

| Date | Description | Charges | Credits |
|---|---|---|---|
| | Your Gold Passport account will be credited for this stay. | | |
| | **Total** | **964.02** | **964.02** |
| | **Balance** | **0.00** | |

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held
personally liable in the event that the indicated person, company or
association fails to pay for any part or the full amount of these charges.

For questions regarding billing  Please contact 888.472.2870 or e-mail
na.customerservice@hyatt.com.

At Grand Hyatt Denver, our goal is to provide each guest with an exceptional
stay. We are interested in hearing any comments you may have. Please contact our
Executive Office: Regular Mail: 1750 Welton St. Denver, CO 80202 or via Email
at qualitydenrd@hyatt.com.

Please forward all invoice payments to:

Grand Hyatt Denver
PO BOX 202595
Dallas, TX 75320

**We hope to welcome you back to Grand Hyatt Denver.**

Holland & Hart LLP

**Expense Report**

| Name of Reporter: | 5396A - AMEXShaheen, Anthony J. | Date of Report: | January 28,2013 |
|---|---|---|---|
| Office: | 10 - Denver | Department: | 130 - Environment, Energy & Nat |
| Business Purpose: | Charges for deposition travel | | |

---

### All Receipts Over $25.00 Must Be Attached

| Date | Offc | Dept | Expense | Details / Comments | Voucher Source | Client #/ Account # | Amount | Paid By AmEx | Paid By Reporter |
|---|---|---|---|---|---|---|---|---|---|
| 01/16/2013 | | | 01-Air Travel | Airfare for Stephanie&StephenMoss, Billings, MT-DEN for deposition testimony | Frontier Airlines | 49776.0343 | 238.00 | 238.00 | |
| 01/16/2013 | | | 01-Air Travel | Airfare Stephanie-Stephen Moss for deposition testimony, DEN-Palm Springs, CA | United Airlines | 49776.0343 | 446.80 | 446.80 | |
| | | | | | | Total: | | $684.80 | |

☐ Charge my Account          ☐ Check/Cash Attached

☐ Credit Paycheck          ☐ Reimburse by check ($100 Min)

Signature of Reporter                                             Signature of Approver

AMEXShaheen, Anthony J.

**Susanne Johnson**

| | |
|---|---|
| **From:** | Frontier Airlines [no-reply@flyfrontier.com] |
| **Sent:** | Wednesday, January 16, 2013 9:33 AM |
| **To:** | Susanne Johnson |
| **Subject:** | Reservation Confirmation |

**FLYFRONTIER.COM**

Frontier Airlines Inc.
7001 Tower Road
Denver, CO 80249-7312

Thank you for choosing FlyFrontier.com for your travel plans. Please read these important details carefully regarding your purchase and itinerary:

## Booking Confirmation

Reservation Code: **JZVPRX**

Issue Date:   Wed, 16 Jan 2013

Main contact: Mr Stephen Moss G.
E-mail:        sjohnson@hollandhart.com
Home phone: 303-295 ext. 8054

## Passengers

| Mr Stephen G. Moss | **Flight** | **DEN-PSP** |
|---|---|---|
| | Ticket Number | 4222174172276 |
| | Seat | 16D |
| Mrs Stephanie A. Moss | **Flight** | **DEN-PSP** |
| | Ticket Number | 4222174172277 |
| | Seat | 16E |

## Air Itinerary Details
## Flights

| Denver CO (DEN), US | Palm Springs CA (PSP), US | F9 391 | Fare Type : Economy |
|---|---|---|---|
| Sun, 03 Mar 2013, **08:08 AM** | Sun, 03 Mar 2013, **09:17 AM** | Frontier | 0 |
| Airbus 319. | | Airlines Inc. | |

## Fare Breakdown

| Passenger Type | Base Fare per person | Taxes per person | Total Fare per person | Number of passengers | Total Fare |
|---|---|---|---|---|---|
| Adult | 100.56 USD | 18.44 USD | 119.00 USD | x 2 | **238.00 USD** |

**DEN-PSP: Economy Fare Benefits**

1. Advance Seat Assignment*: Standard Seating
2. 1st & 2nd checked Bags: $20 each
3. Same Day Confirmed Alternate Flight: $50
4. Itinerary Change Fee prior to day of travel: $50 + fare difference
5. Name Change Fee: $50 + fare difference
6. STRETCH Seating*: From $15/segment
7. SELECT Seating*: From $5/segment
8. EarlyReturns® Credit & Elite Qualification Miles: 100%
9. * Not available on Great Lakes codeshare flights.

## GRAND TOTAL

**Charged to American Express .... 1882**                                **TOTAL: 238.00 USD**

## Delivery Information

Delivery Option: E-Ticket

## Important Information

Be sure to review what's included in your Fare Type before arriving at the airport. CLICK HERE for fare attributes.
To assist with your travel planning.

- We allow each passenger, free of charge, one carry-on bag (up to 9.5" height x 15.5" width x 24" length and 35 pounds) and one personal item. Visit our carry-on baggage page for details.
- 1st and 2nd checked baggage fees vary based on the Fare Option purchased. See the fees and benefits of your fare listed above. For all Fare Options, there is a $50 fee for each bag beyond the first two checked bags. Any bag that exceeds 62 linear inches (up to a maximum of 110

1

**Susanne Johnson**

**From:** United Airlines, Inc. [unitedairlines@united.com]
**Sent:** Wednesday, January 16, 2013 9:34 AM
**To:** Susanne Johnson
**Subject:** eTicket Itinerary and Receipt for Confirmation NH29YV

 **UNITED** | A STAR ALLIANCE MEMBER

Confirmation:
**NH29YV**

Issue Date: January 16, 2013

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| MOSS/STEPHENGMR | 0162352429303 | | --- |
| MOSS/STEPHANIEMRS | 0162352429304 | | --- |

**FLIGHT INFORMATION**

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Sun, 27JAN13 | UA6203 | Q | BILLINGS, MT (BIL) **1:09 PM** | DENVER, CO (DEN) **2:37 PM** | CRJ-700 | |

Flight operated by SKYWEST AIRLINES doing business as UNITED EXPRESS.

**FARE INFORMATION**

**Fare Breakdown**

| | | Form of Payment: |
|---|---|---|
| Airfare: | 199.07USD | AMERICAN EXPRESS |
| U.S. Federal Transportation Tax: | 14.93 | Last Four Digits 1882 |
| U.S. Flight Segment Tax: | 3.90 | |
| September 11th Security Fee: | 2.50 | |
| U.S. Passenger Facility Charge: | 3.00 | |
| Per Person Total: | 223.40USD | |

**eTicket Total:** **446.80USD**

The airfare you paid on this itinerary totals: 398.14 USD

**The taxes, fees, and surcharges paid total: 48.66 USD**

Fare Rules:      Additional charges may apply for changes in addition to any fare rules listed.

        NONREF/0VALUAFTDPT/CHGFEE
        Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

**Baggage allowance and charges for this itinerary.**

**Baggage fees are per traveler**

| Origin and destination for checked baggage | 1ˢᵗ bag | 2ⁿᵈ bag | Max wt / dim per piece |
|---|---|---|---|
| 1/27/2013 Billings, MT (BIL) to Denver, CO (DEN) | 25.00 USD | 35.00 USD | 50.0lbs (23.0kg) - 62.0in (157.0cm) |

**Additional Baggage Information**

**Carry-on baggage information**
United accepts one carry-on item of no more than 45 linear inches or 114 linear centimeters in the aircraft cabin, along with one personal item (such as a shoulder or laptop bag).
Due to FAA regulations, operating carriers may have different carry-on requirements. Please check with the operating carrier for more information or go to united.com.

**General Baggage Information**
First and second bag service charges do not apply to active-duty members of the U.S. military and their accompanying dependents. For additional information regarding baggage charges allowances, weight/size restrictions, exceptions or embargoes, or charges for overweight, oversized, excess, odd-sized baggage, special items or sporting equipment, visit united.com/baggage.

**IMPORTANT CONSUMER NOTICES**

- **Incorporated Terms** - Your travel is subject to United's Contract of Carriage terms. The Contract is available for inspection at any UA ticketing facility, united.com or by calling 1-800-UNITED-1. Passengers have the right to receive the full text of the terms incorporated by reference free of charge by mail or other delivery service. The Contract terms include rules about limits on liability for personal injury or death and for loss, damage, or delay of goods and baggage, check-in times, overbooking, security issues, reservations, denial of carriage, refunds, claims limits and restrictions, including time limitations for filing a claim or lawsuit, and schedule changes and irregularities. The Contract of Carriage contains further detail of these terms.
- **Additional Terms** - Depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to one or more of the following, may apply to your travel: (1) the ticket may not be refundable but may be exchangeable for a fee with another restricted fare ticket meeting all the

Holland & Hart Check Request | Printable Request                    Page 1 of 1

Print this page and deliver it to Accounting with applicable signatures. Please have request to
Accounting ½ hour prior to the selected Check Run Time. Your Check Request will be complete 1
½ hours after the time you selected (12pm or 4pm).
**Click here to create new check request**

| Holland & Hart Check Request | | |
|---|---|---|
| **Originator Name:**<br>**Shaheen, Tony** | **Date:**<br>**2/5/2013** | **Routing:**<br>**Internal Messenger** |
| **Timekeeper ID:**<br>**5396** | | |
| **Originator Phone Ext:**<br>**108054** | **Date/Time Required:**<br>**2/5/2013** | Payee ID#: _new_ 49882 |

Payee Name and Address:
**David Wilson**
**c/o Christopher A. Taravella**
**Michael R. McCormick**
**Montgomery Little & Soran, P.C.**
**5445 DTC Parkway, Suite 800**
**Greenwood Village, CO 80111**

Payee Phone:
**307-634-3929**

Description for Check:
**Witness, appearance fee and travel expenses for deposition**

Other Comments:

| CHARGE TO | | | | |
|---|---|---|---|---|
| Client/Matter | GL | Cost Type | Office-Dept | Amount |
| 49776.0343<br>Suncor Energy USA - Western Convenience Stores, Inc.<br>Shaheen, Anthony J. | | 14 Witness Fees | 10 | 960.00 |
| Total AR 0-90: 196,099.88 Total AR Over 90: 4,421.67 Trust Balance: 0.00 | | | | |

|  |  |
|---|---|
|  | Total:   960.00 |

Originator Signature:                       Counter Signature - over $500

X _[signature]_                             X _____

Approval Signature                          Counter Signature - over $10,000

X _____                          X _____

RECEIVED

FEB 05 2013

Financial Services

Sales & Use Tax Accrual
City                GL-23201 _____
State               GL-23202 _____
City Consumption    GL-23201 _____
State Consumption   GL-23202 _____
Exempt from tax
Tax Included

*900340968*

February 5, 2013

Nine hundred sixty and 00/100***************************************************************************   ***960.00***

David Wilson
c/o Christopher A. Taravella
Michael R. McCormick
Montgomery Little & Soran, P.C. 
5445 DTC Parkway, Suite 800
Greenwood Village, CO  80111

| Payee: | David Wilson | | Holland & Hart LLP | Check #: | **10226550** |
|---|---|---|---|---|---|
| Vendor: | 49882 | | | Check Date: | 2/5/2013 |

| Invoice Number | Invoice Date | Invoice Amount | Amount Paid | Discount Taken | Payment Amt |
|---|---|---|---|---|---|
| 020513 | 2/5/2013 | 960.00 | 960.00 | | 960.00 |

Witness, appearance fee and travel expenses for deposition

| Disb Date | Disb ID | Disbursements Description | Client | Matter | Amount |
|---|---|---|---|---|---|
| 2/5/2013 | 10708308 | Witness Fees | 49776 | 0343 | 960.00 |
| | | Totals | 960.00 | 960.00 | 960.00 |

Holland & Hart Check Request | Printable Request

*Thiessen*

Page 1 of 1

Print this page and deliver it to Accounting with applicable signatures. Please have request to Accounting ½ hour prior to the selected Check Run Time. Your Check Request will be complete 1 ½ hours after the time you selected (12pm or 4pm).

**Click here to create new check request**

| Holland & Hart Check Request | | |
|---|---|---|
| Originator Name:<br>**Shaheen, Tony** | Date:<br>**4/5/2013** | Routing:<br>**Internal Messenger** |
| Timekeeper ID:<br>**5396** | | |
| Originator Phone Ext:<br>**108054** | Date/Time Required:<br>**4/5/2013** | Payee ID#: |

50117

*new*

Payee Name and Address:
**The Kroger Co.**
~~The Kroger Co.~~
**c/o Montgomery Little & Soran, PC**   *The Quadrant*
**5445 DTC Parkway, Suite 800**
**Greenwood Village, CO 80111**

Payee Phone:

Description for Check:
**Suncor's 1/2 responsibility for payment of Kroger's witness, Chad Thiessen**

Other Comments:

| CHARGE TO | | | | |
|---|---|---|---|---|
| Client/Matter | GL | Cost Type | Office-Dept | Amount |
| 49776.0343<br>Suncor Energy USA - Western Convenience Stores, Inc.<br>Shaheen, Anthony J. | | 14 Witness Fees | 10 | 539.27 |
| Total AR 0-90: 0.00 Total AR Over 90: 55,939.90 Trust Balance: 0.00 | | | | |
| | | | Total: | 539.27 |

Originator Signature:                    Counter Signature - over $500

X *Anthony J Shaheen*          X _____

Approval Signature                      Counter Signature - over $10,000

X _____          X _____

RECEIVED

APR 05 2013

Financial Services

Sales & Use Tax Accrual
City                    GL-23201 _____
State        IO        GL-23202 _____
City Consumption       GL-23201 _____
State Consumption      GL-23202    ✓
Exempt from tax        _____
Tax included           _____

*900347050*

**Summary of Chad Thiessen Expenses**
**February 7, 2013 Deposition**

| | | |
|---|---|---|
| Airfare: | $623.96 | 1/2 of this amount = $311.98 |
| Denver Marriott (hotel): | $274.25 | |
| Denver Marriott (meal): | $23.36 | |
| Enterprise Rental: | $77.17 | |
| LAZ Parking (Denver): | $23.00 | |
| Pour La France (meal): | $38.81* | |
| Wichita Airport Parking: | $18.00 | |

**Total:**            **$1,078.55**

**Total due from Western:**     **$539.27**

**Total due from Suncor:**     **$539.27**

<u>Notes:</u>

*Attached receipt does not include $7 tip.

Ticket Number: 0167173220587:       **$284.43** USD

Taxes and fees:                     **$32.23** USD

Ticket Number: 0377173220586:       **$275.72** USD

Taxes and fees:                     **$31.58** USD

**Air Total Price:**                $623.96 USD

**Hotel:**                          **$239.00** USD

**Car:**                            **$100.27** USD

**Total Estimated Cost:**           **$963.23** USD

On-line Check-in

**United Check-In**

You can check-in on-line up to **24** hours before your flight. You may print your boarding pass at your home or office to avoid ticket counters and kiosks and go right to security. Click the Check-in button to find out more.

**Confirmation Number:JNE4M1**

**US Airways Check-In**

You can check-in on-line up to **24** hours before your flight. You may print your boarding pass at your home or office to avoid ticket counters and kiosks and go right to security. Click the Check-in button to find out more.

**Confirmation Number:EYLWTV**

Itinerary created on 01/30/2013 at 3:58 PM

This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain information that is confidential and protected by law from unauthorized disclosure. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

# Marriott

## HOTELS & RESORTS

### DENVER TECH CENTER MARRIOTT

**GUEST FOLIO**

| 359 THIESSEN/CHAD | 239.00 | 02/07/13 12:00 | 4696 |
|---|---|---|---|
| ROOM   NAME | RATE | DEPART        TIME | ACCT# |
| KGBL | | 02/06/13 18:55 | |
| TYPE | | ARRIVE       TIME | |
| 118 | | | |
| ROOM CLERK | | VSXXXXXXXXXXXX0211 | MRW#: |
| | | PAYMENT | |

ADDRESS

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|
| 02/06 | SELFPARK   # 469668 | .00 | | |
| 02/06 | ROOM          359, 1 | 239.00 | | |
| 02/06 | TAXES        359, 1 | 25.69 | | |
| 02/06 | STATE TX     359, 1 | 9.56 | | |
| 02/07 | VS CARD | | $274.25 ✓ | |

TO BE SETTLED TO:   VISA    CURRENT BALANCE  .00

THANK YOU FOR CHOOSING MARRIOTT!

------------------ EXP. REPORT SUMMARY -------------------
| 02/06 | ROOM | 239.00 |
|---|---|---|
| | TAXES | 25.69 |
| | STATE TX | 9.56 |

WANT YOUR FINAL HOTEL BILL BY EMAIL? JUST ASK THE FRONT DESK!
SEE "INTERNET PRIVACY STATEMENT" ON MARRIOTT.COM

# Marriott
## HOTELS & RESORTS

**DENVER TECH CENTER MARRIOTT**
**4900 SOUTH SYRACUSE**
**DENVER, CO  80237**
**303-779-1100**

This statement is your only receipt.  You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you.  The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above.  (The credit card company will bill in the usual manner.)  If for any reason the credit card company does not make payment on this account, you will owe us such amount.  If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X _____

**enterprise**

Pour la France!
Concourse B
PO Box 49310
Denver, CO 80249
(303) 342-8469

Server: Abeba                    02/07/2013
Table 43/1                        5:30 PM
Guests: 2                          100047
Reprint #: 1

Small Green Salad                    4.50
New York Strip Steak                24.95

Subtotal                            29.45
Tax                                  2.36

Total                               31.81

VISA #XXXXXXXXXXXXX0211             31.81
  Auth:038419
Balance Due              0.00

Thank You!
We would love to hear you
Please email comments to:
pourlafranceb@skyportco.com
or call 303-317-9472

RA 131069606          Bill 0
Rental  06-FEB-2013 05:56 PM
DENVER INTL ARPT
Return  07-FEB-2013 12:31 PM
DENVER INTL ARPT

CHAD THIESSEN
Vehicle # CF364195
Model   1LT MALIBU
Class Driven FCAR    Class Charged FCAR
License# 661XUB      State/Province CO
M/Kms Driven 70
M/Kms Out   19129
M/Kms In    19199

KROGER - NATIONAL ACCOUNT
Billing Ref 985099635

| Charges | No Unit | Price | Amount |
|---|---|---|---|
| FSO | 1 Rental | 26.80 | 26.80* |
| T & N | 1 Days | 37.00 | 37.00* |
| UNLIN M/KM | 0 M/Kms | | 0.00* |
| ROAD SAFETY PROGRAM FEE | | | 2.00 |
| CONCESSION RECOUP FEE | | | 4.11* |
| FACILITY USE FEE | | | 1.60* |
| SALES TAX @13.250 % | | | 5.66 |

Total Charges              USD 77.17

Deposit   Visa  0211

Amount Due                 USD 77.17

* Taxable Items
Subject to Audit
For Reservations: 1-800-RENT-A-CAR

& & & 405 & & &
***** CREDIT CARD VOUCHER *****
********************************
DENVER MARRIOTT TECH CENTER
DENVER, CO
THE LIFT
CHECK:     9951
TABLE:     3/3
SERVER:    407 RVP
DATE:      06FEB'13  8:18PM
CARD TYPE: VISA/MASTERCARD
ACCT #:    XXXXXXXXXXXXX0211
EXP DATE:  XX/XX
AUTH CODE: 055054

CHAD THIESSEN

SUBTOTAL:            18.36
***** THANK YOU FOR DINING *****

GRATUITY $          5.00

TOTAL    $          23.36

SIGNATURE

THANK YOU FOR DINING WITH US

please leave signed copy
with your server



WICHITA MIDCONTINENT AIRPORT
2141 AIRPORT ROAD
WICHITA KS  67209

LAZ PARKING
410 17th Street
Denver, Colorado 80202
(303)572-6680

Full Statement

Fee Computer Number:                3
Cashier:               BRIDGETTE ID #2
Transaction Number:               104
Entered:            02/06/13  15:46
Exited:             02/07/13  22:22
Ticket #47209           Dispenser #2
Rate:                     LONG TERM
Total Fee:                    $18.00
Cash:                         $18.00

P/S #15        A Payment No.00000585
T/D #03            Ticket No.051296
Entry Time  02/07/2013 (Thu)  7:40
Exit Time   02/07/2013 (Thu) 11:48
Parking Time                    4:08
Parking Fee      Rate A       $23.00

Visa
  Account #          ***********0211
  Slip #                      13705
  Authority #                071237
  Credit Card Amount         $23.00
==================================
Cash Amount                    $0.00
Total           $23.00
Thank You for Your Visit

Thank you for choosing
WICHITA MIDCONINENT AIRPORT
Have a nice day



**Thursday Feb 7, 2013**

**Denver, CO (DEN) to Wichita, KS (ICT)**

Thu Feb 7   United  708   *Duration:* 1 hour, 22 minutes Nonstop

Denver (DEN):8:05 PM          Wichita (ICT):10:27 PM
Confirmation Number:JNE4M1    Status:Confirmed

**Flight Information**

Aircraft:Airbus A319          Distance:428 miles
E-Ticket
Cabin:Economy (E)             Seat:27F
Meal:Refreshment

**Total Estimated Cost**

| Ticket Number | Airfare amount | Taxes and fees | Airfare Paid |
|---|---|---|---|
| 0167173220587 | $284.43 USD | $32.23 USD | $316.66 USD |
| 0377173220586 | $275.72 USD | $31.58 USD | $307.30 USD |

Air

**From:** Concur [mailto:Travel@concursolutions.com]
**Sent:** Wednesday, March 27, 2013 4:15 PM
**To:** Leslie, Sue L; Thiessen, Chad D
**Subject:** Trip from Wichita to Denver

## Trip from Wichita to Denver

Start Date: Feb 6, 2013
End Date: Feb 7, 2013
Created: Jan 30, 2013, Lynette Miller (Modified: Mar 27, 2013)
Description: (No Description Available)
What is your Kroger Meeting Code (EX. JB19MAR12CVG)? If you do not have one, enter NA.: NA
What is your Meeting Registration ID? If you do not have one enter NA.: NA
Are you attending a meeting with a meeting code?: No
Trip Record Locator: 4NG6QX
Passengers: Chad.David Theissen.
Ticket Number(s):0167173220587, 0377173220586

 AAA Corporate Travel Services (Kroger)
513-762-1575 Fax
513-762-1300

## Wednesday Feb 6, 2013

Wichita, KS (ICT) to Denver, CO (DEN)

Wed Feb 6    US Airways 7717      *Duration:* 1 hour, 45 minutes Nonstop

**OPERATED BY REPUBLIC AIRLINES DBA UNITED EXPRESS UA 4872**

Wichita (ICT):4:33 PM              Denver (DEN):5:18 PM
Confirmation Number:EYLWTV        Status:Confirmed

Flight Information
Aircraft:DHC8 Dash 8-400          Distance:428 miles
E-Ticket
Cabin:Economy (Y)                 Seat:16A

## Car Rental at Denver (DEN)

Wed Feb 6      Enterprise   Enterprise

Picking up:Wed Feb 6 5:18 PM              Returning:Thu Feb 7 8:05 PM

Pick-up at:Denver (DEN)                   Returning to:Denver (DEN)
Confirmation Number:136947685COUNT        Status:Confirmed
Rate:$37.00 USD daily rate, unlimited miles; $37.00 USD extra daily rate, unlimited miles; $12.21 USD extra hourly
rate, unlimited miles
Total rate:$100.27 USD                    Corporate Discount:XZ38003

Rate Code:Z264XK

Rental Details

Number of Cars:1
Full-size / Car / Automatic transmission / Air conditioning
Special Instructions:NONSMOKING



## Denver Marriott Tech Center

4900 S. Syracuse Street
Denver, Colorado, 80237
1-303-779-1100

Wed Feb 6    *Checking in:* Wed Feb 6 (15:00)          *Checking out:* Thu Feb 7 (12:00)

Room 1, Days 1, Guests 1                              Status:Confirmed
Confirmation Number:88238727 $MC$
Rate Code:REGB00
Daily rate:$239.00 USD                               Total rate:$239.00 USD
Phone:1-303-779-1100

Cancellation Policy

Cancel Permitted Up To 6Pm Day Of Arrival Hotel Time. 274.25 Cancel Fee Per Room.

Directions to Hotel from Denver Intl Arpt
(Distance 25.9 miles,   Time 42m 18s)

1. Depart E 88th Ave toward Grandbay St (463 feet/ 14s)
2. Turn right onto Grandbay St (0.5 miles/1m 28s)
3. Turn left onto E 92nd Ave (0.8 miles/2m 30s)
4. Turn left onto Gun Club Rd (0.5 miles/1m 43s)
5. Turn right onto E 88th Ave (3.0 miles/9m 59s)
6. Turn left onto CO-32 / Tower Rd (1.4 miles/2m 4s)
7. Bear right onto CO-32 S / Tower Rd (2.7 miles/3m 49s)
8. Turn right onto E 56th Ave (0.8 miles/1m 25s)
9. Take ramp left and follow signs for Pena Blvd South (1.5 miles/1m 48s)
10. Take ramp left for I-70 W / US-36 W / Tuskegee Airmen Memorial Hwy (1.6 miles/1m 30s)
11. At exit 282, take ramp right for I-225 South toward Aurora / Colorado Springs (11.8 miles/11m 37s)
12. At exit 2A, take ramp right and follow signs for Tamarac Street / DTC Blvd (0.4 miles/ 46s)
13. Turn left onto DTC Blvd (0.3 miles/ 55s)
14. Turn right onto E Union Ave (0.5 miles/1m 42s)
15. Turn left onto S Syracuse St (0.1 miles/ 40s)
16. Arrive at S Syracuse St (0 feet/ 0s)

Click  here  to customize your driving directions before printing.

April 5, 2013

Five hundred thirty-nine and 27/100************************************************************************************   ***539.27***

The Kroger Co.
c/o Montgomery Little & Soran, PC
The Quadrant 
5445 DTC Parkway, Suite 800
Greenwood Village, CO  80111

*636252*

| Payee: | The Kroger Co. | | **Holland & Hart LLP** | Check #: | **10229163** |
| Vendor: | 50117 | | | Check Date: | 4/5/2013 |

| Invoice Number | Invoice Date | Invoice Amount | Amount Paid | Discount Taken | Payment Amt |
|---|---|---|---|---|---|
| 020713 | 4/3/2013 | 539.27 | 539.27 | | 539.27 |

Suncor's 1/2 responsibility for payment of Kroger's witness, Chad Thiessen

| Disb Date | Disb ID | Disbursements Description | Client | Matter | Amount |
|---|---|---|---|---|---|
| 4/3/2013 | 10726425 | Witness Fees | 49776 | 0343 | 539.27 |
| | | Totals | 539.27 | 539.27 | 539.27 |

Holland & Hart | Check Request

## Holland & Hart Check Request

| Payee Information | ⌃ |

To look up a vendor by name, begin typing in the vendor name and choose from the provided list.
Or, type the name and address of the vendor in the box provided below.

Payee Name And Address:

Angelia Reay
c/o Offen Petroleum
5201 York Street
Denver, CO 80216

Vendor ID:

Tax ID:

SS:

Payee Phone:

| General Information | ⌃ |

Timekeeper ID
Begin typing timekeeper first or last name:
Bell, Katherine

Date
2/18/2013

Chosen Timekeeper:
**Bell, Katherine** change

Run Time:

◌ 10:30am

◉ 2:30pm

Please have request to Accounting ½ hour prior to the above selected Check Run Time. Your Check Request will be complete 1 ½ hours after the time you selected

Routing:

◉ Hold For Pickup

◌ Mail To Payee

◌ Internal Messenger

◌ Interoffice Mail

Description for check:

Witness and mileage fee

Other Comments:

| Charge Information | ⌃ |

Select a charge option, enter the applicable charge item in the text box, and click submit to search.

◉ Client/Matter: Select this option for a Client/Matter charge.

◌ General Ledger

◌ Client Refunds

Holland & Hart | Check Request                                      Page 2 of 2

49776-0343

**Enter the client number or client name and click submit.**

Submit

Choose Client #:            S

Choose Matter #:

Choose Cost Type:          Witness fee

Choose Office:             Denver

Enter Amount:              $ 46.00                    Katherine Bell

Submit Charge

**RECEIVED**

FEB 1 8 2013

**Financial Services**

Sales & Use Tax Accrual
City                    GL-23201
State                   GL-23202
City Consumption        GL-23201
State Consumption       GL-23202
Exempt from tax
Tax included

*900342585*

February 18, 2013

Forty-six and 00/100******************************************************************************   ***46.00***

Angelia Reay
c/o Offen Petroleum
5201 York Street
Denver, CO  80216



**\* 6 3 1 2 4 7 \***

| | | | |
|---|---|---|---|
| Payee: | Angelia Reay | **Holland & Hart LLP** | Check #: |
| Vendor: | 49927 | | Check Date: 2/18/2013 |

**10227075**

| Invoice Number | Invoice Date | Invoice Amount | Amount Paid | Discount Taken | Payment Amt |
|---|---|---|---|---|---|
| 021813 | 2/18/2013 | 46.00 | 46.00 | | 46.00 |

Witness and mileage fee

| Disb Date | Disb ID | Disbursements Description | Client | Matter | Amount |
|---|---|---|---|---|---|
| 2/18/2013 | 10710817 | Witness Fees | 49776 | 0343 | 46.00 |
| | | Totals | 46.00 | 46.00 | 46.00 |

Holland & Hart Check Request | Printable Request

*Reay*

Page 1 of 1

Print this page and deliver it to Accounting with applicable signatures. Please have request to Accounting ½ hour prior to the selected Check Run Time. Your Check Request will be complete 1 ½ hours after the time you selected (12pm or 4pm).
**Click here to create new check request**

| Holland & Hart Check Request | | |
|---|---|---|
| Originator Name:<br>**Shaheen, Anthony** | Date:<br>**3/13/2014** | Routing:<br>**Hold For Pickup** |
| Timekeeper ID:<br>**5396** | | |
| Originator Phone Ext:<br>**108054** | Date/Time Required:<br>**3/13/2014**<br>**10:30am** | Payee ID#:<br>**49927** |

Payee Name and Address:
**Angelia Reay**
**c/o Offen Petroleum**
**5201 York Street**
**Denver CO 80216**

Payee Phone:

Description for Check:
**Witness and mileage fee**

Other Comments:

| CHARGE TO | | | | | |
|---|---|---|---|---|---|
| Client/Matter | GL | Cost Type | Office-Dept | Amount | |
| 49776.0343<br>Suncor Energy USA - Western Convenience Stores, Inc.<br>Shaheen, Anthony J. | | 14 Witness Fees | 10 | 51.00 | |
| Total AR 0-90: 147,668.58 Total AR Over 90: 0.00 Trust Balance: 0.00 | | | | | |
| | | | | Total: 51.00 | |

19·47×
0·565××
11·00××

19·47×

40·00÷
11·00÷

51·00××

Originator Signature:

Counter Signature - over $500

X *Anthony J. Shaheen*        X _____

Approval Signature        5396

Counter Signature - over $10,000

X _____        X _____

*Roundtrip mileage is calculated from where payee is coming from: 5100 E. 78th Ave. Commerce City CO 80022*

RECEIVED

MAR 13 2014

Financial Services

| Sales & Use Tax Accrual | | |
|---|---|---|
| City | 0 | GL-23201 _____ |
| State | | GL-23202 _____ |
| City Consumption | | GL-23201 _____ |
| State Consumption | | GL-23202 _____ |
| Exempt from tax | | ✓ |
| Tax included | | _____ |

*9003779 75*

kRequest/printablerequest.aspx

3/13/2014

AO 88 (Rev. 12/13) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| Western Convenience Stores, Inc. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Suncor Energy (U.S.A.) Inc. | ) |
| *Defendant* | ) |

Civil Action No.   11-cv-01611-MSK-CBS

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:  Angelia Spillman Reay

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | United States District Court<br>901 19th Street, Denver, CO 80294 | Courtroom No.: A-901 |
|---|---|---|
| | | Date and Time: 03/24/2014 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   03/07/2014

*CLERK OF COURT*

OR

_____          s/Anthony J. Shaheen
*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____

Suncor Energy (U.S.A.) Inc. _____ , who issues or requests this subpoena, are:

Anthony J. Shaheen, Holland & Hart
555 17th Street, #3200, Denver, CO 80202, (303) 295-8000

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

March 13, 2014

Fifty-one and 00/100***************************************************************************************************   ***51.00***

Angelia Reay
c/o Offen Petroleum
5201 York Street
Denver, CO  80216



```
* 6 7 0 2 1 1 *
```

| Payee: | Angelia Reay | | Holland & Hart LLP | Check #: | **10245059** |
| Vendor: | 49927 | | | Check Date: | 3/13/2014 |

| Invoice Number | Invoice Date | Invoice Amount | Amount Paid | Discount Taken | Payment Amt |
|---|---|---|---|---|---|
| 031314 | 3/13/2014 | 51.00 | 51.00 | | 51.00 |
| Witness and mileage fee | | | | | |

| Disb Date | Disb ID | Disbursements Description | Client | Matter | Amount |
|---|---|---|---|---|---|
| 3/13/2014 | 10823185 | Witness Fees | 49776 | 0343 | 51.00 |
| | | Totals | 51.00 | 51.00 | 51.00 |