# ATTACHMENT 3

# FEES FOR EXEMPLIFICATION AND COPIES OF PAPERS NECESSARILY OBTAINED FOR USE IN THE CASE

**Marathon Document Solutions, Inc.**
700 17th St., Suite 800
Denver, CO 80202
(303) 607-9999
84-1446667  Tax ID



# Invoice

| DATE | INVOICE # |
|------|-----------|
| 1/23/2012 | 29492 |

| BILL TO | SHIP TO |
|---------|---------|
| Holland & Hart<br>Att: Jeff Jackson<br>KC Benegar<br>555 Seventeenth Suite 2700<br>Denver, CO 80202 | Holland & Hart<br>555 Seventeenth Suite 2700<br>Denver, CO 80202 |

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|-------------|-------|-----|------|-----|--------|---------|
| HH#120007 | Net 15 | TAR | 1/23/2012 | Free Delivery | 49776.0343 | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| 2,092 | Heavy Lit. | Photocopying-Heavy Litigation | 0.15 | 313.80T |
| | | Suncor<br>Job#12010096<br>Tax | 7.72% | 24.23 |

RECEIVED
FEB 2 0 2012
Financial Services

*900304534*

INVOICE APPROVED FOR PAYMENT
Vendor #_____ 21083
Ofc/GL #_____ 49776.0343
Client #_____ 0737
Tkr #_____
Amount $_____ 338.03
By_____ Jeff Jackson
Date_____ 2-17-12

Sales & Use Tax Accrual
City _____ GL-23201_____
State _____ GL-23202_____
City Consumption _____ GL-23201_____
State Consumption _____ GL-23202_____
Exempt from tax
Tax included

| | Total | $338.03 |
|--|-------|---------|

TDC
REDO





**LITIGATION SOLUTION INCORPORATED**
Colorado

*Denver*
*(303) 820.2000*

# INVOICE

| Date | Invoice # |
|------|-----------|
| 2/10/2012 | 06/26764 |

**Please Remit All Payments to 1600 Stout St, Suite 720, Denver, CO 80202 We Accept Master Card or Visa**

**Did you know LSI makes FORENSIC copies of hard drives? Ask about our Forensic Services!**

*WWW.LSILEGAL.COM*

**Job #**
106655

| Bill To |
|---------|
| Attention: Jeff Jackson |
| Holland & Hart |
| 555 17th St., Suite 3200 |
| Denver, CO 80202 |

RECEIVED
MAR 0 7 2012
Financial Services

| Client Ref. # | Terms | Rep | Customer |
|---------------|-------|-----|----------|
| 49776.0343 HH120011 | 30 Days Net | lopez | Aaron Schneider |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Slip Sheets | 598 | 0.01 | 5.98T |
| Blowbacks B/W | 1,734 | 0.08 | 138.72T |
| 3" Binders | 1 | 20.00 | 20.00T |
| 4" Binders | 2 | 28.00 | 56.00T |
| Blowbacks: Prep Time | 0.5 | 75.00 | 37.50T |
| - Extract documents from zip file and load into LAW to prepare for blowing back. | | | |

Client Ref. #49776.0343
Case: Suncor/WCS
HH120011

**Sales & Use Tax Accrual**

| | |
|---|---|
| City | GL-23201 |
| State | GL-23202 |
| City Consumption | GL-23201 |
| State Consumption | GL-23202 |
| Exempt from tax | ✓ |
| Tax included | |

**INVOICE APPROVED FOR PAYMENT**
Vendor #  31224
Ofc/GL #
Client #  49776.0343
Tkr #  2095
Amount $  277.88
By  Jeff Jackson
Date  3-2-12

LSI would like to have your feedback.
Please conduct a short survey at www.lsilegal.com/survey.asp and have a chance to win a monthly gift card.

*Unless written notice to the contrary is given to LSI within 7 days of the receipt of invoice, all services delivered to customer are deemed to have been performed in a satisfactory manner and are accepted by customer.*

*Send only your payment to the payment address indicated on this invoice. All payments are due within your terms upon your receipt of this invoice. All late payments may be subject to finance charges or other late charge fees assessable against you; provided, however, that such amount shall be automatically reduced to the maximum amount permitted by law if such amount is deemed to be usurious or unlawful. If payments are not received within your terms after invoiced, financing charges and/or late fees may begin to accrue at our option. Please be advised that the person or entity indicated in the address block of this invoice (i.e. you) is/are responsible for any and all payments herein referenced, irrespective of whether such amounts are ultimately posted to the account of your client or other third party.*

| | |
|---|---|
| **Subtotal** | $258.20 |
| **Sales Tax (7.62%)** ✓ | $19.68 |

| Customer Signature | Date | **Total** | $277.88 |
|---|---|---|---|

Tax ID Number:
84-1612777

**LSI retains client data for a period of 90 days. All client data will be purged after this period unless a written retention request is made.**

TDF
2-142



**410 17th Street**
**Suite #350**
**Denver, CO 80202**

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/15/2014 | 20568 |

**Bill To**

Holland & Hart
555 17th Street
Suite 3200
Denver, CO 80201
Attn: Jeff Jackson

RECEIVED
APR 0 9 2014
Financial Services

**Remit To:**

Impact Legal Technologies
410 17th Street
Suite #350
Denver, CO 80202

| Rep | Job Number | Terms | Client-Matter # | Ordered By |
|-----|-----------|-------|-----------------|------------|
| DC | 14/11944 | 30 days | 49776.0343 Suncor Energy | Kathy Bell |

| Description | | Qty | Rate | Amount |
|-------------|--|-----|------|--------|
| HH# 140009 | | | 0.00 | 0.00 |
| Blowbacks | Sales & Use Tax Accrual | 10,269 | 0.085 | 872.87T |
| Color Blowbacks | City          GL-23201 | 885 | 0.75 | 663.75T |
| 11 x 17 Black & White | State          GL-23202 | 6 | 0.35 | 2.10T |
| 11 x 17 Color | State          GL-23202 | 12 | 2.25 | 27.00T |
| Index Tabs | City Consumption   GL-23201 | 370 | 0.25 | 92.50T |
| 1 inch Binder | State Consumption  GL-23202 | 1 | 7.00 | 7.00T |
| 2 inch Binder | | 5 | 9.00 | 45.00T |
| | Exempt from tax | | | |
| | Tax included | | | |

INVOICE APPROVED FOR PAYMENT
Vendor #   36376
Ofc/GL #
Client   #   49776.0343
Tkr   #   1405
Amount $   1,840.54
By   Jeff Jackson
Date   3-26-14

S/a approval

*900381201*

**SIGNATURE:**

Phone:303.825.9258
Fax:303.825.9259

TIN 42-1704595

| | |
|--|--|
| Subtotal | $1,710.22 |
| Sales Tax (7.62%) | $130.32 |
| Total | $1,840.54 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$1,840.54** |

TOF
3/24/14



**410 17th Street**
**Suite #350**
**Denver, CO 80202**

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/15/2014 | 20568 |

| Bill To |
|---------|
| **Holland & Hart**<br>**555 17th Street**<br>**Suite 3200**<br>**Denver, CO 80201**<br>**Attn: Jeff Jackson** |

| Remit To: |
|-----------|
| **Impact Legal Technologies**<br>**410 17th Street**<br>**Suite #350**<br>**Denver, CO 80202** |

| Rep | Job Number | Terms | Client-Matter # | Ordered By |
|-----|-----------|-------|-----------------|------------|
| DC | 14/11944 | 30 days | 49776.0343 Suncor Energy | Kathy Bell |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| HH# 140009 | | 0.00 | 0.00 |
| Blowbacks | 10,269 | 0.085 | 872.87T |
| Color Blowbacks | 885 | 0.75 | 663.75T |
| 11 x 17 Black & White | 6 | 0.35 | 2.10T |
| 11 x 17 Color | 12 | 2.25 | 27.00T |
| Index Tabs | 370 | 0.25 | 92.50T |
| 1 inch Binder | 1 | 7.00 | 7.00T |
| 2 inch Binder | 5 | 9.00 | 45.00T |

RECEIVED

MAR 2 6 2014

Financial Services

Sales & Use Tax Accrual
City            GL-23201
State           GL-23202
City Consumption   GL-23201
State Consumption  GL-23202
Exempt from tax
Tax included

**SIGNATURE:**

| | |
|---|---|
| **Subtotal** | $1,710.22 |
| **Sales Tax  (7.62%)** | $130.32 |
| **Total** | $1,840.54 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,840.54 |

Phone:303.825.9258
Fax:303.825.9259

TIN 42-1704595

TOF
3/24/14

## Dottie Weishaupt

| | |
|---|---|
| **From:** | Stephen Villano |
| **Sent:** | Monday, April 07, 2014 3:11 PM |
| **To:** | Susanne Johnson |
| **Cc:** | Dottie Weishaupt |
| **Subject:** | RE: Impact Legal Technologies 20568 |

0294

Okay to pay.  Thanks.

**From:** Susanne Johnson
**Sent:** Monday, April 07, 2014 2:56 PM
**To:** Stephen Villano
**Cc:** Dottie Weishaupt
**Subject:** FW: Impact Legal Technologies 20568

Steve, can you please approve?  Thanks!

**From:** Dottie Weishaupt
**Sent:** Thursday, March 27, 2014 10:20 AM
**To:** Susanne Johnson
**Cc:** Anthony Shaheen
**Subject:** Impact Legal Technologies 20568

I am in receipt of an invoice in the amount of $1840.54 from Impact Legal Technologies  for which they are requesting payment (see attached).  Because this invoice is coded to a client matter *and* is over $1,000.00, we have three options for payment processing:

1. You may request approval to pay this invoice from Steve Villano (Financial Partner).

If you elect this option, please include the following in your email request to Steve:

- Current status of the client's accounts receivable

- Reason for immediate payment by H&H as opposed to requesting client to pay vendor

2. You may forward this invoice to the client for direct payment to the vendor.

3. You may request that we classify the invoice as BPR (Bill Payment Required).  With this payment option, the client would be billed for the vendor invoice and the firm would send payment to the vendor only after the client pays us.

Will you please advise of your payment processing option?

Thank you.

**Dottie Weishaupt**
*Accounts Payable*

1

Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 80202
Phone (303) 295-8590
Fax (303) 558-3822
E-mail: dlweishaupt@hollandhart.com



**CONFIDENTIALITY NOTICE:** This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this e-mail. Thank you.

IRS EMPLOYER NO. 84-0382505

# Holland & Hart LLP

### ATTORNEYS AT LAW

| | | |
|---|---|---|
| DENVER * BOULDER | PLEASE REMIT TO: | JACKSON HOLE |
| DENVER TECH CENTER | P. O. BOX 17283 | LAS VEGAS * SANTA FE |
| COLORADO SPRINGS | DENVER, CO 80217-0283 | CARSON CITY * RENO |
| ASPEN * BILLINGS | TELEPHONE (303) 295-8000 | SALT LAKE CITY |
| BOISE * CHEYENNE | FACSIMILE (303) 295-8261 | WASHINGTON D.C. |

## July 18, 2011

| | |
|---|---|
| Suncor Energy USA<br>Michael E. Korenblat, Esq.<br>717 17th Street, Suite 2900<br>Denver, CO  80202 | Invoice No.  1091953<br>H&H Ref. No.  1694610<br>Client No.  49776<br>Attorney:  AJShaheen |

**Regarding: Matter No. 0343 - Western Convenience Stores, Inc.**

### *Invoice Summary*

| | |
|---|---|
| **Current fees** | **$48,884.00** |
| **Less discount on current fees** | **$-4,888.40** |
| **Current fees less discount** | **$43,995.60** |
| **Current disbursements** | **$549.09** |
| **Current charges this invoice** | **$44,544.69** |
| **Total outstanding invoices** | **$5,958.45** |
| **Total current charges plus outstanding balance** | **$50,503.14** |

Thank you for your prompt payment.  Questions regarding this invoice should be directed to the attorney responsible for your account, or Michael Williams, Billing Supervisor in our Denver office, at (303) 295-8414.

**Due On Receipt**

IRS EMPLOYER NO. 84-0382505

# Holland & Hart LLP
### ATTORNEYS AT LAW

| 49776 Suncor Energy USA | Invoice No. | 1091953 |
|---|---|---|
| | H&H Ref. No. | 1694610 |

## Disbursements

| Description of Disbursements | Date | Amount |
|---|---|---|
| Computerized Research:  Westlaw | 05/28/11 | 0.00 |
| Computerized Research:  Westlaw | 05/28/11 | 0.00 |
| Computerized Research:  Westlaw | 05/28/11 | 0.00 |
| Computerized Research:  Westlaw | 05/28/11 | 0.00 |
| Computerized Research:  Westlaw | 05/28/11 | 0.00 |
| Computerized Research:  Westlaw | 05/28/11 | 0.00 |
| Computerized Research:  Westlaw | 05/29/11 | 0.00 |
| Computerized Research:  Westlaw | 05/29/11 | 0.00 |
| Computerized Research:  Westlaw | 05/29/11 | 0.00 |
| Computerized Research:  Westlaw | 05/29/11 | 0.00 |
| Computerized Research:  Westlaw | 06/16/11 | 0.00 |
| Computerized Research:  Westlaw | 06/16/11 | 0.00 |
| Computerized Research:  Westlaw | 06/16/11 | 0.00 |
| Computerized Research:  Westlaw | 06/16/11 | 0.00 |
| Computerized Research:  Westlaw | 06/16/11 | 0.00 |
| Computerized Research:  Westlaw | 06/16/11 | 0.00 |
| Computerized Research:  Westlaw | 06/16/11 | 0.00 |
| Computerized Research:  Westlaw | 06/16/11 | 0.00 |
| Outside Fees:  VENDOR: Access/Information, Inc.; INVOICE#: 061160; DATE: 6/21/2011 | 06/21/11 | 95.81 |
| Copying Charges | | 65.10 |
| File & Serve Electronic Filing Charges | | 382.18 |
| Walking Messenger | | 6.00 |
| **Total Current Disbursements:** | | **$549.09** |

## Outstanding Invoices as of 07/16/11

| Invoice No. | Date | Amount Billed | Payments | Balance Due |
|---|---|---|---|---|

IRS EMPLOYER NO. 84-0382505

# Holland & Hart LLP
### ATTORNEYS AT LAW

| 49776 Suncor Energy USA | Invoice No.<br>H&H Ref. No. | 1091953<br>1694610 |
|---|---|---|

| 1083700 | 06/08/11 | 5,958.45 | 0.00 | 5,958.45 |
|---|---|---|---|---|

**Total Outstanding Balance:**   **$5,958.45**

IRS EMPLOYER NO. 84-0382505

# Holland & Hart LLP

**ATTORNEYS AT LAW**

DENVER * BOULDER
DENVER TECH CENTER
COLORADO SPRINGS
ASPEN * BILLINGS
BOISE * CHEYENNE

PLEASE REMIT TO:
P. O. BOX 17283
DENVER, CO 80217-0283
TELEPHONE (303) 295-8000
FACSIMILE (303) 295-8261

JACKSON HOLE
LAS VEGAS * SANTA FE
CARSON CITY * RENO
SALT LAKE CITY
WASHINGTON D.C.

## August 16, 2011

| | |
|---|---|
| Suncor Energy USA<br>Michael E. Korenblat, Esq.<br>717 17th Street, Suite 2900<br>Denver, CO  80202 | Invoice No.   1099014<br>H&H Ref. No.   1710324<br>Client No.   49776<br>Attorney:   AJShaheen |

**Regarding: Matter No. 0343 - Western Convenience Stores, Inc.**

### *Invoice Summary*

| | |
|---|---|
| **Current fees** | $81,516.50 |
| **Less discount on current fees** | $-8,151.65 |
| **Current fees less discount** | $73,364.85 |
| **Current disbursements** | $233.24 |
| **Current charges this invoice** | $73,598.09 |
| **Total outstanding invoices** | $44,544.69 |
| **Total current charges plus outstanding balance** | $118,142.78 |

Thank you for your prompt payment.  Questions regarding this invoice should be directed to the attorney responsible for your account, or Michael Williams, Billing Supervisor in our Denver office, at (303) 295-8414.

**Due On Receipt**

IRS EMPLOYER NO. 84-0382505

# Holland & Hart LLP
### ATTORNEYS AT LAW

| 49776 Suncor Energy USA | Invoice No.<br>H&H Ref. No. | 1099014<br>1710324 |
|---|---|---|

## Disbursements

| Description of Disbursements | Date | Amount |
|---|---|---|
| Computerized Research:  Westlaw | 07/17/11 | 0.00 |
| Computerized Research:  Westlaw | 07/17/11 | 0.00 |
| Computerized Research:  Westlaw | 07/19/11 | 0.00 |
| Computerized Research:  Westlaw | 07/19/11 | 0.00 |
| Computerized Research:  Westlaw | 07/19/11 | 0.00 |
| Computerized Research:  Westlaw | 07/19/11 | 0.00 |
| Computerized Research:  Westlaw | 07/19/11 | 0.00 |
| Computerized Research:  Westlaw | 07/19/11 | 0.00 |
| Computerized Research:  Westlaw | 07/19/11 | 0.00 |
| Computerized Research:  Westlaw | 07/20/11 | 0.00 |
| Computerized Research:  Westlaw | 07/20/11 | 0.00 |
| Computerized Research:  Westlaw | 07/20/11 | 0.00 |
| Computerized Research:  Westlaw | 07/20/11 | 0.00 |
| Computerized Research:  Lexis | 07/21/11 | 0.00 |
| Process Service Fee/Cost:  VENDOR: Night Moves of Denver; INVOICE#: 0711/26; DATE: 7/25/2011  -  Service of Process | 07/25/11 | 90.00 |
| Copying Charges | | 115.40 |
| File & Serve Electronic Filing Charges | | 27.84 |
| **Total Current Disbursements:** | | **$233.24** |

## Outstanding Invoices as of 08/16/11

| Invoice No. | Date | Amount Billed | Payments | Balance Due |
|---|---|---|---|---|
| 1091953 | 07/18/11 | 44,544.69 | 0.00 | 44,544.69 |
| | | **Total Outstanding Balance:** | | **$44,544.69** |

IRS EMPLOYER NO. 84-0382505

# Holland & Hart LLP
### ATTORNEYS AT LAW

| | | |
|---|---|---|
| DENVER * BOULDER | PLEASE REMIT TO: | JACKSON HOLE |
| DENVER TECH CENTER | P. O. BOX 17283 | LAS VEGAS * SANTA FE |
| COLORADO SPRINGS | DENVER, CO 80217-0283 | CARSON CITY * RENO |
| ASPEN * BILLINGS | TELEPHONE (303) 295-8000 | SALT LAKE CITY |
| BOISE * CHEYENNE | FACSIMILE (303) 295-8261 | WASHINGTON D.C. |

## September 15, 2011

| | |
|---|---|
| Suncor Energy USA<br>Michael E. Korenblat, Esq.<br>717 17th Street, Suite 2900<br>Denver, CO  80202 | Invoice No.  1104989<br>H&H Ref. No.  1726219<br>Client No.  49776<br>Attorney:  AJShaheen |

**Regarding: Matter No. 0343 - Western Convenience Stores, Inc.**

### *Invoice Summary*

| | |
|---|---|
| **Current fees** | **$51,906.50** |
| **Less discount on current fees** | **$-5,190.65** |
| **Current fees less discount** | **$46,715.85** |
| **Current disbursements** | **$293.40** |
| **Current charges this invoice** | **$47,009.25** |
| **Total outstanding invoices** | **$118,142.78** |
| **Total current charges plus outstanding balance** | **$165,152.03** |

Thank you for your prompt payment.  Questions regarding this invoice should be directed to the attorney responsible for your account, or Michael Williams, Billing Supervisor in our Denver office, at (303) 295-8414.

**Due On Receipt**

IRS EMPLOYER NO. 84-0382505

# Holland & Hart LLP
### ATTORNEYS AT LAW

| 49776 Suncor Energy USA | Invoice No.<br>H&H Ref. No. | 1104989<br>1726219 |
|---|---|---|

## Disbursements

| Description of Disbursements | Date | Amount |
|---|---|---|
| Computerized Research: Westlaw | 08/11/11 | 0.00 |
| Computerized Research: Westlaw | 08/11/11 | 0.00 |
| Computerized Research: Westlaw | 08/11/11 | 0.00 |
| Computerized Research: Westlaw | 08/11/11 | 0.00 |
| Computerized Research: Westlaw | 08/11/11 | 0.00 |
| Computerized Research: Westlaw | 08/11/11 | 0.00 |
| Computerized Research: Westlaw | 08/12/11 | 0.00 |
| Computerized Research: Westlaw | 08/12/11 | 0.00 |
| Computerized Research: Westlaw | 08/12/11 | 0.00 |
| Computerized Research: Westlaw | 08/12/11 | 0.00 |
| Computerized Research: Westlaw | 08/12/11 | 0.00 |
| Computerized Research: Westlaw | 08/25/11 | 0.00 |
| Computerized Research: Westlaw | 08/25/11 | 0.00 |
| Computerized Research: Westlaw | 08/25/11 | 0.00 |
| Computerized Research: Westlaw | 08/25/11 | 0.00 |
| Computerized Research: Westlaw | 08/25/11 | 0.00 |
| Computerized Research: Westlaw | 08/25/11 | 0.00 |
| Computerized Research: Westlaw | 08/28/11 | 0.00 |
| Computerized Research: Westlaw | 08/28/11 | 0.00 |
| Computerized Research: Westlaw | 08/28/11 | 0.00 |
| Computerized Research: Westlaw | 08/29/11 | 0.00 |
| Computerized Research: Westlaw | 08/29/11 | 0.00 |
| Computerized Research: Westlaw | 08/29/11 | 0.00 |
| Computerized Research: Westlaw | 08/29/11 | 0.00 |
| Computerized Research: Westlaw | 08/30/11 | 0.00 |
| Computerized Research: Westlaw | 08/30/11 | 0.00 |
| Copying Charges | | 15.00 |

IRS EMPLOYER NO. 84-0382505

# Holland & Hart LLP
### ATTORNEYS AT LAW

| 49776 Suncor Energy USA | Invoice No.<br>H&H Ref. No. | 1104989<br>1726219 |
| --- | --- | --- |

## Disbursements

| Description of Disbursements | Date | Amount |
| --- | --- | --- |
| File & Serve Electronic Filing Charges | | 13.92 |
| Walking Messenger | | 12.00 |
| **Total Current Disbursements:** | | **$293.40** |

## Outstanding Invoices as of 09/15/11

| Invoice No. | Date | Amount Billed | Payments | Balance Due |
| --- | --- | --- | --- | --- |
| 1091953 | 07/18/11 | 44,544.69 | 0.00 | 44,544.69 |
| 1099014 | 08/16/11 | 73,598.09 | 0.00 | 73,598.09 |
| | | **Total Outstanding Balance:** | | **$118,142.78** |

IRS EMPLOYER NO. 84-0382505

# Holland & Hart LLP

### ATTORNEYS AT LAW

| | | |
|---|---|---|
| DENVER * BOULDER | PLEASE REMIT TO: | JACKSON HOLE |
| DENVER TECH CENTER | P. O. BOX 17283 | LAS VEGAS * SANTA FE |
| COLORADO SPRINGS | DENVER, CO 80217-0283 | CARSON CITY * RENO |
| ASPEN * BILLINGS | TELEPHONE (303) 295-8000 | SALT LAKE CITY |
| BOISE * CHEYENNE | FACSIMILE (303) 295-8261 | WASHINGTON D.C. |

## October 18, 2011

| Suncor Energy USA | Invoice No. | 1111850 |
|---|---|---|
| Michael E. Korenblat, Esq. | H&H Ref. No. | 1743152 |
| 717 17th Street, Suite 2900 | Client No. | 49776 |
| Denver, CO  80202 | Attorney: | AJShaheen |

**Regarding: Matter No. 0343 - Western Convenience Stores, Inc.**

### *Invoice Summary*

| | |
|---|---|
| **Current fees** | **$45,032.00** |
| **Less discount on current fees** | **$-4,503.20** |
| **Current fees less discount** | **$40,528.80** |
| **Current disbursements** | **$131.97** |
| **Current charges this invoice** | **$40,660.77** |
| **Total outstanding invoices** | **$47,009.25** |
| **Total current charges plus outstanding balance** | **$87,670.02** |

Thank you for your prompt payment.  Questions regarding this invoice should be directed to the attorney responsible for your account, or Michael Williams, Billing Supervisor in our Denver office, at (303) 295-8414.

**Due On Receipt**

IRS EMPLOYER NO. 84-0382505

# Holland & Hart LLP
### ATTORNEYS AT LAW

| 49776 Suncor Energy USA | Invoice No.<br>H&H Ref. No. | 1111850<br>1743152 |
|---|---|---|

## Disbursements

| Description of Disbursements | Date | Amount |
|---|---|---|
| Computerized Research: Westlaw | 09/16/11 | 0.00 |
| Computerized Research: Westlaw | 09/16/11 | 0.00 |
| Computerized Research: Westlaw | 09/19/11 | 0.00 |
| Computerized Research: Westlaw | 09/19/11 | 0.00 |
| Computerized Research: Westlaw | 09/19/11 | 0.00 |
| Computerized Research: Westlaw | 09/19/11 | 0.00 |
| Computerized Research: Westlaw | 09/19/11 | 0.00 |
| Computerized Research: Westlaw | 09/19/11 | 0.00 |
| Computerized Research: Westlaw | 09/19/11 | 0.00 |
| Computerized Research: Westlaw | 09/19/11 | 0.00 |
| Computerized Research: Westlaw | 09/19/11 | 0.00 |
| Computerized Research: Westlaw | 09/19/11 | 0.00 |
| Computerized Research: Westlaw | 09/19/11 | 0.00 |
| Computerized Research: Westlaw | 09/20/11 | 0.00 |
| Computerized Research: Westlaw | 09/20/11 | 0.00 |
| Computerized Research: Westlaw | 09/20/11 | 0.00 |
| Computerized Research: Westlaw | 09/20/11 | 0.00 |
| Computerized Research: Westlaw | 09/20/11 | 0.00 |
| Computerized Research: Westlaw | 09/20/11 | 0.00 |
| Copying Charges | | 48.45 |
| File & Serve Electronic Filing Charges | | 83.52 |

| | | |
|---|---|---|
| **Total Current Disbursements:** | | **$131.97** |

## Outstanding Invoices as of 10/18/11

| Invoice No. | Date | Amount Billed | Payments | Balance Due |
|---|---|---|---|---|
| 1104989 | 09/15/11 | 47,009.25 | 0.00 | 47,009.25 |
| | | **Total Outstanding Balance:** | | **$47,009.25** |

IRS EMPLOYER NO. 84-0382505

# Holland & Hart LLP
### ATTORNEYS AT LAW

| | | |
|---|---|---|
| DENVER * BOULDER | PLEASE REMIT TO: | JACKSON HOLE |
| DENVER TECH CENTER | P. O. BOX 17283 | LAS VEGAS * SANTA FE |
| COLORADO SPRINGS | DENVER, CO 80217-0283 | CARSON CITY * RENO |
| ASPEN * BILLINGS | TELEPHONE (303) 295-8000 | SALT LAKE CITY |
| BOISE * CHEYENNE | FACSIMILE (303) 295-8261 | WASHINGTON D.C. |

## November 16, 2011

| | | |
|---|---|---|
| Suncor Energy USA | Invoice No. | 1118216 |
| Michael E. Korenblat, Esq. | H&H Ref. No. | 1754139 |
| 717 17th Street, Suite 2900 | Client No. | 49776 |
| Denver, CO  80202 | Attorney: | AJShaheen |

**Regarding: Matter No. 0343 - Western Convenience Stores, Inc.**

### *Invoice Summary*

| | |
|---|---|
| **Current fees** | **$41,760.50** |
| **Less discount on current fees** | **$-4,176.05** |
| **Current fees less discount** | **$37,584.45** |
| **Current disbursements** | **$76.82** |
| **Current charges this invoice** | **$37,661.27** |
| **Total outstanding invoices** | **$87,670.02** |
| **Total current charges plus outstanding balance** | **$125,331.29** |

Thank you for your prompt payment.  Questions regarding this invoice should be directed to the attorney responsible for your account, or Michael Williams, Billing Supervisor in our Denver office, at (303) 295-8414.

**Due On Receipt**

IRS EMPLOYER NO. 84-0382505

# Holland & Hart LLP
### ATTORNEYS AT LAW

| 49776 Suncor Energy USA | Invoice No.<br>H&H Ref. No. | 1118216<br>1754139 |
|---|---|---|

## Timekeeper Summary

| Timekeeper | Tkpr ID | Rate | Hours | Amount |
|---|---|---|---|---|
| SGMasciocchi | 0622 | 445.00 | 0.20 | 89.00 |
| JLSmith | 0867 | 485.00 | 2.10 | 1,018.50 |
| KPBell | 1805 | 180.00 | 7.00 | 1,260.00 |
| DHSenturia | 2084 | 155.00 | 0.30 | 46.50 |
| PJKyed | 5300 | 285.00 | 0.40 | 114.00 |
| MEWilliams | 5304 | 265.00 | 9.90 | 2,623.50 |
| KMJeffrey | 5353 | 265.00 | 1.20 | 318.00 |
| AJShaheen | 5396 | 465.00 | 62.70 | 29,155.50 |
| CAChrisman | 5432 | 335.00 | 21.30 | 7,135.50 |
| | | | **105.10** | **$41,760.50** |

## Disbursements

| Description of Disbursements | Date | Amount |
|---|---|---|
| Computerized Research: Westlaw | 10/24/11 | 0.00 |
| Computerized Research: Westlaw | 10/25/11 | 0.00 |
| Computerized Research: Westlaw | 10/25/11 | 0.00 |
| Computerized Research: Westlaw | 10/25/11 | 0.00 |
| Computerized Research: Westlaw | 10/25/11 | 0.00 |
| Computerized Research: Westlaw | 10/26/11 | 0.00 |
| Computerized Research: Westlaw | 10/26/11 | 0.00 |
| Computerized Research: Westlaw | 10/26/11 | 0.00 |
| Computerized Research: Westlaw | 10/26/11 | 0.00 |
| Computerized Research: Westlaw | 10/26/11 | 0.00 |
| Copying Charges | | 32.50 |
| File & Serve Electronic Filing Charges | | 27.84 |
| Walking Messenger | | 6.00 |
| Pacer Quarterly Charges | | 10.48 |

IRS EMPLOYER NO. 84-0382505

# Holland & Hart LLP
### ATTORNEYS AT LAW

| 49776 Suncor Energy USA | Invoice No.<br>H&H Ref. No. | 1118216<br>1754139 |
|---|---|---|

## Disbursements

| Description of Disbursements | Date | Amount |
|---|---|---|
| Total Current Disbursements: | | $76.82 |

## Outstanding Invoices as of 11/16/11

| Invoice No. | Date | Amount Billed | Payments | Balance Due |
|---|---|---|---|---|
| 1104989 | 09/15/11 | 47,009.25 | 0.00 | 47,009.25 |
| 1111850 | 10/18/11 | 40,660.77 | 0.00 | 40,660.77 |
| | | Total Outstanding Balance: | | $87,670.02 |

IRS EMPLOYER NO. 84-0382505

# Holland & Hart LLP

**ATTORNEYS AT LAW**

DENVER * BOULDER
DENVER TECH CENTER
COLORADO SPRINGS
ASPEN * BILLINGS
BOISE * CHEYENNE

PLEASE REMIT TO:
P. O. BOX 17283
DENVER, CO 80217-0283
TELEPHONE (303) 295-8000
FACSIMILE (303) 295-8261

JACKSON HOLE
LAS VEGAS * SANTA FE
CARSON CITY * RENO
SALT LAKE CITY
WASHINGTON D.C.

## December 14, 2011

| | |
|---|---|
| Suncor Energy USA<br>Michael E. Korenblat, Esq.<br>717 17th Street, Suite 2900<br>Denver, CO  80202 | Invoice No.   1124505<br>H&H Ref. No.   1774213<br>Client No.   49776<br>Attorney:   AJShaheen |

**Regarding: Matter No. 0343 - Western Convenience Stores, Inc.**

### *Invoice Summary*

| | |
|---|---|
| **Current fees** | **$48,453.00** |
| **Less discount on current fees** | **$-4,845.30** |
| **Current fees less discount** | **$43,607.70** |
| **Current disbursements** | **$6.30** |
| **Current charges this invoice** | **$43,614.00** |
| **Total outstanding invoices** | **$78,322.04** |
| **Total current charges plus outstanding balance** | **$121,936.04** |

Thank you for your prompt payment.  Questions regarding this invoice should be directed to the attorney responsible for your account, or Michael Williams, Billing Supervisor in our Denver office, at (303) 295-8414.

**Due On Receipt**

IRS EMPLOYER NO. 84-0382505

# Holland & Hart LLP
### ATTORNEYS AT LAW

| 49776 Suncor Energy USA | Invoice No.<br>H&H Ref. No. | 1124505<br>1774213 |
|---|---|---|

## Disbursements

| Description of Disbursements | Date | Amount |
|---|---|---|
| Computerized Research:  Westlaw | 11/18/11 | 0.00 |
| Computerized Research:  Westlaw | 11/18/11 | 0.00 |
| Computerized Research:  Westlaw | 11/18/11 | 0.00 |
| Copying Charges | | 0.30 |
| Walking Messenger | | 6.00 |
| **Total Current Disbursements:** | | **$6.30** |

## Outstanding Invoices as of 12/14/11

| Invoice No. | Date | Amount Billed | Payments | Balance Due |
|---|---|---|---|---|
| 1111850 | 10/18/11 | 40,660.77 | 0.00 | 40,660.77 |
| 1118216 | 11/16/11 | 37,661.27 | 0.00 | 37,661.27 |
| | | **Total Outstanding Balance:** | | **$78,322.04** |

IRS EMPLOYER NO. 84-0382505

# Holland & Hart LLP

**ATTORNEYS AT LAW**

| | | |
|---|---|---|
| DENVER * BOULDER | PLEASE REMIT TO: | JACKSON HOLE |
| DENVER TECH CENTER | P. O. BOX 17283 | LAS VEGAS * SANTA FE |
| COLORADO SPRINGS | DENVER, CO 80217-0283 | CARSON CITY * RENO |
| ASPEN * BILLINGS | TELEPHONE (303) 295-8000 | SALT LAKE CITY |
| BOISE * CHEYENNE | FACSIMILE (303) 295-8261 | WASHINGTON D.C. |

## December 14, 2011

| | |
|---|---|
| Suncor Energy USA<br>Michael E. Korenblat, Esq.<br>717 17th Street, Suite 2900<br>Denver, CO  80202 | Invoice No.      1124505<br>H&H Ref. No.   1774213<br>Client No.        49776<br>Attorney:        AJShaheen |

Regarding: Matter No. 0343 - Western Convenience Stores, Inc.

### *Invoice Summary*

| | |
|---|---|
| **Current fees** | **$48,453.00** |
| **Less discount on current fees** | **$-4,845.30** |
| **Current fees less discount** | **$43,607.70** |
| **Current disbursements** | **$6.30** |
| **Current charges this invoice** | **$43,614.00** |
| **Total outstanding invoices** | **$78,322.04** |
| **Total current charges plus outstanding balance** | **$121,936.04** |

Due On Receipt

Please return this page with your remittance.

IRS EMPLOYER NO. 84-0382505

# Holland & Hart LLP
### ATTORNEYS AT LAW

DENVER * BOULDER
DENVER TECH CENTER
COLORADO SPRINGS
ASPEN * BILLINGS
BOISE * CHEYENNE

PLEASE REMIT TO:
P. O. BOX 17283
DENVER, CO 80217-0283
TELEPHONE (303) 295-8000
FACSIMILE (303) 295-8261

JACKSON HOLE
LAS VEGAS * SANTA FE
CARSON CITY * RENO
SALT LAKE CITY
WASHINGTON D.C.

## December 30, 2011

| | | |
|---|---|---|
| Suncor Energy USA<br>Michael E. Korenblat, Esq.<br>717 17th Street, Suite 2900<br>Denver, CO  80202 | Invoice No.<br>H&H Ref. No.<br>Client No.<br>Attorney: | 1128282<br>1785918<br>49776<br>AJShaheen |

Regarding: **Matter No. 0343 - Western Convenience Stores, Inc.**

## *Invoice Summary*

| | |
|---|---|
| **Current fees** | **$28,491.50** |
| **Less discount on current fees** | **$-2,849.15** |
| **Current fees less discount** | **$25,642.35** |
| **Current disbursements** | **$26.25** |
| **Current charges this invoice** | **$25,668.60** |
| **Total outstanding invoices** | **$43,614.00** |
| **Total current charges plus outstanding balance** | **$69,282.60** |

Thank you for your prompt payment.  Questions regarding this invoice should be directed to the attorney responsible for your account, or Michael Williams, Billing Supervisor in our Denver office, at (303) 295-8414.

**Due On Receipt**

IRS EMPLOYER NO. 84-0382505

# Holland & Hart LLP
### ATTORNEYS AT LAW

| 49776 Suncor Energy USA | Invoice No.<br>H&H Ref. No. | 1128282<br>1785918 |
|---|---|---|

## Timekeeper Summary

| Timekeeper | Tkpr ID | Rate | Hours | Amount |
|---|---|---|---|---|
| KPBell | 1805 | 180.00 | 16.80 | 3,024.00 |
| ATSchneider | 2095 | 170.00 | 21.30 | 3,621.00 |
| KMJeffrey | 5353 | 265.00 | 20.20 | 5,353.00 |
| AJShaheen | 5396 | 465.00 | 32.30 | 15,019.50 |
| CAChrisman | 5432 | 335.00 | 4.40 | 1,474.00 |
| | | | **95.00** | **$28,491.50** |

## Disbursements

| Description of Disbursements | Date | Amount |
|---|---|---|
| Computerized Research: Westlaw | 11/28/11 | 0.00 |
| Computerized Research: Westlaw | 11/28/11 | 0.00 |
| Computerized Research: Westlaw | 11/28/11 | 0.00 |
| Computerized Research: Westlaw | 11/28/11 | 0.00 |
| Computerized Research: Westlaw | 12/09/11 | 0.00 |
| Computerized Research: Westlaw | 12/09/11 | 0.00 |
| Computerized Research: Westlaw | 12/09/11 | 0.00 |
| Computerized Research: Westlaw | 12/09/11 | 0.00 |
| Computerized Research: Westlaw | 12/21/11 | 0.00 |
| Computerized Research: Westlaw | 12/21/11 | 0.00 |
| Computerized Research: Westlaw | 12/21/11 | 0.00 |
| Computerized Research: Westlaw | 12/21/11 | 0.00 |
| Computerized Research: Westlaw | 12/21/11 | 0.00 |
| Copying Charges | | 8.25 |
| Walking Messenger | | 18.00 |
| **Total Current Disbursements:** | | **$26.25** |

## Outstanding Invoices as of 01/03/12

IRS EMPLOYER NO. 84-0382505

# Holland & Hart LLP
### ATTORNEYS AT LAW

| 49776 Suncor Energy USA | Invoice No. | 1128282 |
| | H&H Ref. No. | 1785918 |

| Invoice No. | Date | Amount Billed | Payments | Balance Due |
|---|---|---|---|---|
| 1124505 | 12/14/11 | 43,614.00 | 0.00 | 43,614.00 |
| | | **Total Outstanding Balance:** | | **$43,614.00** |

IRS EMPLOYER NO. 84-0382505

# Holland & Hart LLP

### ATTORNEYS AT LAW

| | | |
|---|---|---|
| DENVER * BOULDER | PLEASE REMIT TO: | JACKSON HOLE |
| DENVER TECH CENTER | P. O. BOX 17283 | LAS VEGAS * SANTA FE |
| COLORADO SPRINGS | DENVER, CO 80217-0283 | CARSON CITY * RENO |
| ASPEN * BILLINGS | TELEPHONE (303) 295-8000 | SALT LAKE CITY |
| BOISE * CHEYENNE | FACSIMILE (303) 295-8261 | WASHINGTON D.C. |

## February 27, 2012

| | |
|---|---|
| Suncor Energy USA<br>Michael E. Korenblat, Esq.<br>717 17th Street, Suite 2900<br>Denver, CO 80202 | Invoice No.      1139532<br>H&H Ref. No.   1803759<br>Client No.        49776<br>Attorney:         AJShaheen |

**Regarding: Matter No. 0343 - Western Convenience Stores, Inc.**

### *Invoice Summary*

| | |
|---|---|
| **Current fees** | **$49,412.00** |
| **Less discount on current fees** | **$-4,941.20** |
| **Current fees less discount** | **$44,470.80** |
| **Current disbursements** | **$1,223.46** |
| **Current charges this invoice** | **$45,694.26** |
| **Total outstanding invoices** | **$3,995.55** |
| **Total current charges plus outstanding balance** | **$49,689.81** |

***This invoice may reflect changes to our billing rates that took effect on January 1, 2012.***

Thank you for your prompt payment.  Questions regarding this invoice should be directed to the attorney responsible for your account, or Michael Williams, Billing Supervisor in our Denver office, at (303) 295-8414.

**Due On Receipt**

IRS EMPLOYER NO. 84-0382505

# Holland & Hart LLP

### ATTORNEYS AT LAW

| 49776 Suncor Energy USA | Invoice No. | 1139532 |
|---|---|---|
| | H&H Ref. No. | 1803759 |

## Disbursements

| Description of Disbursements | Date | Amount |
|---|---|---|
| Computerized Research:  Westlaw | 12/27/11 | 0.00 |
| Document Imaging:  VENDOR: Litigation Solution Incorporated; INVOICE#: 06/26552; DATE: 1/9/2012 - Scanning | 01/09/12 | 299.57 |
| Outside Copying Charges:  VENDOR: Marathon Document Solutions, Inc.; INVOICE#: 29492; DATE: 1/23/2012 - Photocopying | 01/23/12 | 338.03 |
| Document Imaging:  VENDOR: Litigation Solution Incorporated; INVOICE#: 06/26649; DATE: 1/25/2012 - Scanning | 01/25/12 | 455.26 |
| Copying Charges | | 85.80 |
| Walking Messenger | | 30.00 |
| Pacer Quarterly Charges | | 14.80 |
| **Total Current Disbursements:** | | **$1,223.46** |

## Outstanding Invoices as of 02/27/12

| Invoice No. | Date | Amount Billed | Payments | Balance Due |
|---|---|---|---|---|
| 1129166 | 01/09/12 | 3,995.55 | 0.00 | 3,995.55 |
| | | **Total Outstanding Balance:** | | **$3,995.55** |

IRS EMPLOYER NO. 84-0382505

# Holland & Hart LLP
### ATTORNEYS AT LAW

| | | |
|---|---|---|
| DENVER * BOULDER | PLEASE REMIT TO: | JACKSON HOLE |
| DENVER TECH CENTER | P. O. BOX 17283 | LAS VEGAS * SANTA FE |
| COLORADO SPRINGS | DENVER, CO 80217-0283 | CARSON CITY * RENO |
| ASPEN * BILLINGS | TELEPHONE (303) 295-8000 | SALT LAKE CITY |
| BOISE * CHEYENNE | FACSIMILE (303) 295-8261 | WASHINGTON D.C. |

## March 19, 2012

| | |
|---|---|
| Suncor Energy USA | Invoice No.      1144637 |
| Michael E. Korenblat, Esq. | H&H Ref. No.   1816895 |
| 717 17th Street, Suite 2900 | Client No.       49776 |
| Denver, CO  80202 | Attorney:       AJShaheen |

**Regarding: Matter No. 0343 - Western Convenience Stores, Inc.**

### _Invoice Summary_

| | |
|---|---|
| **Current fees** | **$82,769.50** |
| **Less discount on current fees** | **$-8,276.95** |
| **Current fees less discount** | **$74,492.55** |
| **Current disbursements** | **$582.96** |
| **Current charges this invoice** | **$75,075.51** |
| **Total outstanding invoices** | **$49,689.81** |
| **Total current charges plus outstanding balance** | **$124,765.32** |

*This invoice may reflect changes to our billing rates that took effect on January 1, 2012.*

Thank you for your prompt payment.  Questions regarding this invoice should be directed to the attorney responsible for your account, or Michael Williams, Billing Supervisor in our Denver office, at (303) 295-8414.

**Due On Receipt**

IRS EMPLOYER NO. 84-0382505

# Holland & Hart LLP
### ATTORNEYS AT LAW

| 49776 Suncor Energy USA | Invoice No. | 1144637 |
|---|---|---|
| | H&H Ref. No. | 1816895 |

## Disbursements

| Description of Disbursements | Date | Amount |
|---|---|---|
| Computerized Research:  Westlaw | 01/25/12 | 0.00 |
| Computerized Research:  Westlaw | 01/25/12 | 0.00 |
| Computerized Research:  Westlaw | 01/25/12 | 0.00 |
| Computerized Research:  Westlaw | 01/25/12 | 0.00 |
| Outside Fees:  VENDOR: Office Depot; INVOICE#: 596719901001; DATE: 2/2/2012; Binders | 02/02/12 | 19.16 |
| Outside Copying Charges:  VENDOR: Litigation Solution Incorporated; INVOICE#: 06/26764; DATE: 2/10/2012 - Copies | 02/10/12 | 277.88 |
| Deposition:  VENDOR: Avery Woods Reporting Service, Inc.; INVOICE#: 106416; DATE: 2/13/2012 - Diane Kriskovich Deposition Transcript | 02/13/12 | 278.32 |
| Copying Charges | | 1.60 |
| Walking Messenger | | 6.00 |
| **Total Current Disbursements:** | | **$582.96** |

## Outstanding Invoices as of 03/19/12

| Invoice No. | Date | Amount Billed | Payments | Balance Due |
|---|---|---|---|---|
| 1129166 | 01/09/12 | 3,995.55 | 0.00 | 3,995.55 |
| 1139532 | 02/27/12 | 45,694.26 | 0.00 | 45,694.26 |
| | | **Total Outstanding Balance:** | | **$49,689.81** |

IRS EMPLOYER NO. 84-0382505

# Holland & Hart LLP
### ATTORNEYS AT LAW

| | | |
|---|---|---|
| DENVER * BOULDER | PLEASE REMIT TO: | JACKSON HOLE |
| DENVER TECH CENTER | P. O. BOX 17283 | LAS VEGAS * SANTA FE |
| COLORADO SPRINGS | DENVER, CO 80217-0283 | CARSON CITY * RENO |
| ASPEN * BILLINGS | TELEPHONE (303) 295-8000 | SALT LAKE CITY |
| BOISE * CHEYENNE | FACSIMILE (303) 295-8261 | WASHINGTON D.C. |

## May 16, 2012

| | |
|---|---|
| Suncor Energy USA<br>Michael E. Korenblat, Esq.<br>717 17th Street, Suite 2900<br>Denver, CO 80202 | Invoice No.  1157659<br>H&H Ref. No.  1850212<br>Client No.  49776<br>Attorney:  AJShaheen |

**Regarding: Matter No. 0343 - Western Convenience Stores, Inc.**

### *Invoice Summary*

| | |
|---|---|
| **Current fees** | **$66,508.00** |
| **Less discount on current fees** | **$-6,650.80** |
| **Current fees less discount** | **$59,857.20** |
| **Current disbursements** | **$71.93** |
| **Current charges this invoice** | **$59,929.13** |
| **Total outstanding invoices** | **$67,393.20** |
| **Total current charges plus outstanding balance** | **$127,322.33** |

Thank you for your prompt payment.  Questions regarding this invoice should be directed to the attorney responsible for your account, or Michael Williams, Billing Supervisor in our Denver office, at (303) 295-8414.

**Due On Receipt**

IRS EMPLOYER NO. 84-0382505

# Holland & Hart LLP
### ATTORNEYS AT LAW

| 49776 Suncor Energy USA | Invoice No. | 1157659 |
|---|---|---|
| | H&H Ref. No. | 1850212 |

## Itemized Fees

| Description of Work | Date | Tkpr | Hours |
|---|---|---|---|
| Review and respond to e-mails; work on document issues; telephone conference with Mr. Zeeb; telephone conference with Mr. Monts; | 04/30/12 | AJS | 3.10 |
| Load Moss documents that hit on new searches into attorney review database; | 04/30/12 | ATS | 1.10 |

**Total Current Fees:** **$66,508.00**

## Timekeeper Summary

| Timekeeper | Tkpr ID | Rate | Hours | Amount |
|---|---|---|---|---|
| KPBell | 1805 | 185.00 | 70.00 | 12,950.00 |
| ATSchneider | 2095 | 175.00 | 29.20 | 5,110.00 |
| KMJeffrey | 5353 | 275.00 | 46.90 | 12,897.50 |
| AJShaheen | 5396 | 485.00 | 73.30 | 35,550.50 |
| | | | **219.40** | **$66,508.00** |

## Disbursements

| Description of Disbursements | Date | Amount |
|---|---|---|
| Computerized Research: Westlaw | 04/12/12 | 0.00 |
| Computerized Research: Westlaw | 04/12/12 | 0.00 |
| Computerized Research: Westlaw | 04/12/12 | 0.00 |
| United Parcel Service: COM. NEXT DAY AIR, Craig T. Schulman, Berkeley Research Group, COLLEGE STATION, TX, 1Z8112520193231546 | 04/12/12 | 16.01 |
| Computerized Research: Westlaw | 04/20/12 | 0.00 |
| Computerized Research: Westlaw | 04/20/12 | 0.00 |
| Computerized Research: Westlaw | 04/20/12 | 0.00 |
| Copying Charges | | 25.20 |
| Walking Messenger | | 30.00 |
| Pacer Quarterly Charges | | 0.72 |

IRS EMPLOYER NO. 84-0382505

# Holland & Hart LLP
### ATTORNEYS AT LAW

| 49776 Suncor Energy USA | Invoice No.<br>H&H Ref. No. | 1157659<br>1850212 |
|---|---|---|

## Disbursements

| Description of Disbursements | Date | Amount |
|---|---|---|
| **Total Current Disbursements:** | | **$71.93** |

## Outstanding Invoices as of 05/16/12

| Invoice No. | Date | Amount Billed | Payments | Balance Due |
|---|---|---|---|---|
| 1129166 | 01/09/12 | 3,995.55 | 0.00 | 3,995.55 |
| 1150574 | 04/13/12 | 63,397.65 | 0.00 | 63,397.65 |
| | | **Total Outstanding Balance:** | | **$67,393.20** |

IRS EMPLOYER NO. 84-0382505

# Holland & Hart LLP

### ATTORNEYS AT LAW

| | | |
|---|---|---|
| DENVER * BOULDER | PLEASE REMIT TO: | JACKSON HOLE |
| DENVER TECH CENTER | P. O. BOX 17283 | LAS VEGAS * SANTA FE |
| COLORADO SPRINGS | DENVER, CO 80217-0283 | CARSON CITY * RENO |
| ASPEN * BILLINGS | TELEPHONE (303) 295-8000 | SALT LAKE CITY |
| BOISE * CHEYENNE | FACSIMILE (303) 295-8261 | WASHINGTON D.C. |

### June 15, 2012

| | |
|---|---|
| Suncor Energy USA<br>Michael E. Korenblat, Esq.<br>717 17th Street, Suite 2900<br>Denver, CO 80202 | Invoice No.  1163683<br>H&H Ref. No.  1858934<br>Client No.  49776<br>Attorney:  AJShaheen |

**Regarding: Matter No. 0343 - Western Convenience Stores, Inc.**

### *Invoice Summary*

| | |
|---|---|
| **Current fees** | **$86,466.00** |
| **Less discount on current fees** | **$-8,646.60** |
| **Current fees less discount** | **$77,819.40** |
| **Current disbursements** | **$690.41** |
| **Current charges this invoice** | **$78,509.81** |
| **Total outstanding invoices** | **$123,326.78** |
| **Total current charges plus outstanding balance** | **$201,836.59** |

Thank you for your prompt payment.  Questions regarding this invoice should be directed to the attorney responsible for your account, or Michael Williams, Billing Supervisor in our Denver office, at (303) 295-8414.

**Due On Receipt**

IRS EMPLOYER NO. 84-0382505

# Holland & Hart LLP

### ATTORNEYS AT LAW

| 49776 Suncor Energy USA | Invoice No.<br>H&H Ref. No. | 1163683<br>1858934 |
|---|---|---|

## Disbursements

| Description of Disbursements | Date | Amount |
|---|---|---|
| Copying Charges | | 102.80 |
| File & Serve Electronic Filing Charges | | 29.74 |
| Walking Messenger | | 18.00 |
| **Total Current Disbursements:** | | **$690.41** |

## Outstanding Invoices as of 06/15/12

| Invoice No. | Date | Amount Billed | Payments | Balance Due |
|---|---|---|---|---|
| 1150574 | 04/13/12 | 63,397.65 | 0.00 | 63,397.65 |
| 1157659 | 05/16/12 | 59,929.13 | 0.00 | 59,929.13 |
| | | **Total Outstanding Balance:** | | **$123,326.78** |

IRS EMPLOYER NO. 84-0382505

# Holland & Hart LLP

### ATTORNEYS AT LAW

| | | |
|---|---|---|
| DENVER * BOULDER | PLEASE REMIT TO: | JACKSON HOLE |
| DENVER TECH CENTER | P. O. BOX 17283 | LAS VEGAS * SANTA FE |
| COLORADO SPRINGS | DENVER, CO 80217-0283 | CARSON CITY * RENO |
| ASPEN * BILLINGS | TELEPHONE (303) 295-8000 | SALT LAKE CITY |
| BOISE * CHEYENNE | FACSIMILE (303) 295-8261 | WASHINGTON D.C. |

## July 17, 2012

| | |
|---|---|
| Suncor Energy USA<br>Michael E. Korenblat, Esq.<br>717 17th Street, Suite 2900<br>Denver, CO  80202 | Invoice No.      1170875<br>H&H Ref. No.   1873020<br>Client No.         49776<br>Attorney:         AJShaheen |

**Regarding: Matter No. 0343 - Western Convenience Stores, Inc.**

### *Invoice Summary*

| | |
|---|---|
| **Current fees** | **$71,508.00** |
| **Less discount on current fees** | **$-7,150.80** |
| **Current fees less discount** | **$64,357.20** |
| **Current disbursements** | **$756.82** |
| **Current charges this invoice** | **$65,114.02** |
| **Total outstanding invoices** | **$78,509.81** |
| **Total current charges plus outstanding balance** | **$143,623.83** |

Thank you for your prompt payment.  Questions regarding this invoice should be directed to the attorney responsible for your account, or Michael Williams, Billing Supervisor in our Denver office, at (303) 295-8414.

**Due On Receipt**

IRS EMPLOYER NO. 84-0382505

# Holland & Hart LLP

### ATTORNEYS AT LAW

| 49776 Suncor Energy USA | Invoice No.<br>H&H Ref. No. | 1170875<br>1873020 |
|---|---|---|

## Disbursements

| Description of Disbursements | Date | Amount |
|---|---|---|
| Computerized Research:  Westlaw | 05/30/12 | 0.00 |
| Computerized Research:  Westlaw | 05/30/12 | 0.00 |
| Computerized Research:  Westlaw | 05/30/12 | 0.00 |
| Computerized Research:  Westlaw | 05/30/12 | 0.00 |
| Computerized Research:  Westlaw | 06/04/12 | 0.00 |
| Computerized Research:  Westlaw | 06/04/12 | 0.00 |
| Computerized Research:  Westlaw | 06/05/12 | 0.00 |
| Computerized Research:  Westlaw | 06/05/12 | 0.00 |
| Computerized Research:  Westlaw | 06/12/12 | 0.00 |
| Computerized Research:  Westlaw | 06/12/12 | 0.00 |
| United Parcel Service:  COM. NEXT DAY AIR, "William Monts III", Hogan Lovells US LLP-DC, WASHINGTON, DC, 1Z8112520195643599 | 06/15/12 | 14.57 |
| United Parcel Service:  COM. NEXT DAY AIR, "William Monts III", Hogan Lovells US LLP-DC, WASHINGTON, DC, 1Z8112520196761156 | 06/18/12 | 14.57 |
| Meals:  VENDOR: Heidi's Brooklyn Deli; INVOICE#: 1903; DATE: 6/21/2012 | 06/21/12 | 25.41 |
| Deposition:  VENDOR: Avery Woods Reporting Service, Inc.; INVOICE#: 107737; DATE: 6/25/2012  -  Copy of deposition transcript for Steve Moss | 06/25/12 | 519.60 |
| United Parcel Service:  COM. NEXT DAY AIR, "William Monts III", Hogan Lovells US LLP-DC, WASHINGTON, DC, 1Z8112520192119509 | 06/27/12 | 14.57 |
| Copying Charges | | 144.10 |
| Walking Messenger | | 24.00 |

**Total Current Disbursements:** $756.82

IRS EMPLOYER NO. 84-0382505

# Holland & Hart LLP

**ATTORNEYS AT LAW**

| 49776 Suncor Energy USA | Invoice No. | 1170875 |
| | H&H Ref. No. | 1873020 |

### Outstanding Invoices as of 07/17/12

| Invoice No. | Date | Amount Billed | Payments | Balance Due |
|---|---|---|---|---|
| 1163683 | 06/15/12 | 78,509.81 | 0.00 | 78,509.81 |
| | | **Total Outstanding Balance:** | | **$78,509.81** |

IRS EMPLOYER NO. 84-0382505

# Holland & Hart LLP

**ATTORNEYS AT LAW**

DENVER * BOULDER
DENVER TECH CENTER
COLORADO SPRINGS
ASPEN * BILLINGS
BOISE * CHEYENNE

PLEASE REMIT TO:
P. O. BOX 17283
DENVER, CO 80217-0283
TELEPHONE (303) 295-8000
FACSIMILE (303) 295-8261

JACKSON HOLE
LAS VEGAS * SANTA FE
CARSON CITY * RENO
SALT LAKE CITY
WASHINGTON D.C.

## August 6, 2012

| | |
|---|---|
| Suncor Energy USA<br>Michael E. Korenblat, Esq.<br>717 17th Street, Suite 2900<br>Denver, CO  80202 | Invoice No.   1174959<br>H&H Ref. No.   1896710<br>Client No.   49776<br>Attorney:   AJShaheen |

**Regarding: Matter No. 0343 - Western Convenience Stores, Inc.**

### *Invoice Summary*

| | |
|---|---|
| **Current fees** | $53,258.50 |
| **Less discount on current fees** | $-5,325.85 |
| **Current fees less discount** | $47,932.65 |
| **Current disbursements** | $967.67 |
| **Current charges this invoice** | $48,900.32 |
| **Total outstanding invoices** | $143,623.83 |
| **Total current charges plus outstanding balance** | $192,524.15 |

Thank you for your prompt payment.  Questions regarding this invoice should be directed to the attorney responsible for your account, or Michael Williams, Billing Supervisor in our Denver office, at (303) 295-8414.

**Due On Receipt**

IRS EMPLOYER NO. 84-0382505

# Holland & Hart LLP
### ATTORNEYS AT LAW

| 49776 Suncor Energy USA | Invoice No. | 1174959 |
|---|---|---|
| | H&H Ref. No. | 1896710 |

## Disbursements

| Description of Disbursements | Date | Amount |
|---|---|---|
| Meals:  VENDOR: The Corporate Deli and Grill; INVOICE#: HF071112; DATE: 7/11/2012 | 07/11/12 | 40.53 |
| Experts:  VENDOR: Zeeb & Company, Inc.; INVOICE#: 0712.072; DATE: 7/12/2012  -  Professional services | 07/12/12 | 769.00 |
| Meals:  VENDOR: Heidi's Brooklyn Deli; INVOICE#: 1915; DATE: 7/12/2012 | 07/12/12 | 28.34 |
| Meals:  VENDOR: Heidi's Brooklyn Deli; INVOICE#: 1922; DATE: 7/23/2012 | 07/23/12 | 15.10 |
| Copying Charges | | 75.80 |
| Color Photocopies | | 9.70 |
| Walking Messenger | | 18.00 |
| Pacer Quarterly Charges | | 11.20 |
| **Total Current Disbursements:** | | **$967.67** |

## Outstanding Invoices as of 08/06/12

| Invoice No. | Date | Amount Billed | Payments | Balance Due |
|---|---|---|---|---|
| 1163683 | 06/15/12 | 78,509.81 | 0.00 | 78,509.81 |
| 1170875 | 07/17/12 | 65,114.02 | 0.00 | 65,114.02 |
| | | **Total Outstanding Balance:** | | **$143,623.83** |

IRS EMPLOYER NO. 84-0382505

# Holland & Hart LLP

**ATTORNEYS AT LAW**

DENVER * BOULDER
DENVER TECH CENTER
COLORADO SPRINGS
ASPEN * BILLINGS
BOISE * CHEYENNE

PLEASE REMIT TO:
P. O. BOX 17283
DENVER, CO 80217-0283
TELEPHONE (303) 295-8000
FACSIMILE (303) 295-8261

JACKSON HOLE
LAS VEGAS * SANTA FE
CARSON CITY * RENO
SALT LAKE CITY
WASHINGTON D.C.

## September 21, 2012

| | |
|---|---|
| Suncor Energy USA<br>Michael E. Korenblat, Esq.<br>717 17th Street, Suite 2900<br>Denver, CO  80202 | Invoice No.      1184752<br>H&H Ref. No.    1908438<br>Client No.        49776<br>Attorney:         AJShaheen |

**Regarding: Matter No. 0343 - Western Convenience Stores, Inc.**

## *Invoice Summary*

| | |
|---|---|
| **Current fees** | $97,844.00 |
| **Less discount on current fees** | $-9,784.40 |
| **Current fees less discount** | $88,059.60 |
| **Current disbursements** | $382.77 |
| **Current charges this invoice** | $88,442.37 |

Thank you for your prompt payment.  Questions regarding this invoice should be directed to the attorney responsible for your account, or Michael Williams, Billing Supervisor in our Denver office, at (303) 295-8414.

**Due On Receipt**

IRS EMPLOYER NO. 84-0382505

# Holland & Hart LLP
### ATTORNEYS AT LAW

| 49776 Suncor Energy USA | Invoice No. | 1184752 |
|---|---|---|
| | H&H Ref. No. | 1908438 |

## Disbursements

| Description of Disbursements | Date | Amount |
|---|---|---|
| United Parcel Service:  COM. NEXT DAY AIR, "William Monts III", Hogan Lovells US LLP-DC, WASHINGTON, DC, 1Z8112520198888963 | 08/16/12 | 34.29 |
| Meals:  MAGallegos; Weekend working lunch | 08/19/12 | 6.83 |
| Meals:  MAGallegos; Weekend working dinner | 08/19/12 | 8.31 |
| Ground Travel:  MAGallegos; Sunday Parking | 08/19/12 | 5.00 |
| Meals:  MAGallegos; Working dinner | 08/20/12 | 13.40 |
| Meals:  VENDOR: The Corporate Deli and Grill; INVOICE#: HX082112; DATE: 8/21/2012 | 08/21/12 | 50.66 |
| Outside Fees:  VENDOR: Office Depot, Inc; INVOICE#: 623078137001; DATE: 8/30/2012; Binders | 08/30/12 | 80.00 |
| United Parcel Service:  COM. NEXT DAY AIR, Michael A Zeeb, Zeeb & Co Inc, GREENWOOD VILLAGE, CO, 1Z8112520196228554 | 08/31/12 | 8.42 |
| Copying Charges | | 89.00 |
| Walking Messenger | | 54.00 |
| **Total Current Disbursements:** | | **$382.77** |

Page 9