# ATTACHMENT 4

# COSTS INCIDENT TO TAKING OF DEPOSITIONS

Avery Woods Reporting Service, Inc.
455 Sherman Street
Suite 250
Denver, CO 80203
(303) 825-6119    Fax  (303) 893-8305

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 106416 | 02/13/2012 | 01-36929 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 02/07/2012 | GLENDE | 11 CV 01611 |

| CASE CAPTION |
|---|
| WESTERN CONVENIENCE VS. SUNCOR |
| **TERMS** |
| Due upon receipt |

ANTHONY J. SHAHEEN, ESQ.
HOLLAND & HART, LLP
555 17TH STREET, #3200
DENVER, CO 80202

155561

1 CERTIFIED COPY OF TRANSCRIPT OF:          129 Pages                    258.00
   DIANE KRISKOVICH                                                          n/c
          INDEX PRODUCTION                                                  10.00
          DELIVERY FEE

RECEIVED                          **TOTAL  DUE  >>>>**              268.00

FEB 2 0 2012                      278.32

Financial Services

Sales & Use Tax Accrual
City              GL-23201 _____
State             GL-23202  10.32
City Consumption  GL-23201 _____
State Consumption GL-23202 _____
Exempt from tax            _____
Tax included               _____

*900304511*

TAX ID NO.:  84-1079884                              (303) 295-8000

*Please detach bottom portion and return with payment.*

ANTHONY J. SHAHEEN, ESQ.
HOLLAND & HART, LLP
555 17TH STREET, #3200
DENVER, CO 80202

Job No.    :  01-36929
Case No.   :  11 CV 01611
WESTERN CONVENIENCE VS. SUNCOR

Invoice No.:  106416
Date       :  02/13/2012
**TOTAL  DUE**  :      268.00

| PAYMENT WITH CREDIT CARD |
|---|
| Card Holder's Name: _____ |
| VISA/MC #: _____ |
| Exp. Date: _____   Phone #: _____ |
| Billing Address: _____ |
| Amount to Charge: _____   Zip: _____ |
| Cardholder's Signature: _____ |

Remit To:    **Avery Woods Reporting Service, Inc.**
             **455 Sherman Street**
             **Suite 250**
             **Denver, CO 80203**

Holland & Hart Check Request | Printable Request                                Page 1 of 1

Print this page and deliver it to Accounting with applicable signatures. Please have request to
Accounting ½ hour prior to the selected Check Run Time. Your Check Request will be complete 1
½ hours after the time you selected (12pm or 4pm).
**Click here to create new check request**

| Holland & Hart Check Request | | |
|---|---|---|
| Originator Name:<br>**Shaheen, Anthony**<br>Timekeeper ID:<br>**5396** | Date:<br>**2/15/2012** | Routing:<br>**Mail To Payee** |
| Originator Phone Ext:<br>**8054** | Date/Time Required:<br>**2/15/2012** | Payee ID#:<br>**15561** |

Payee Name and Address:
**Avery Woods Reporting Service, Inc.
455 Sherman Street
Suite 250**

**Denver CO 80203**

Payee Phone:
**303-825-6119**

Description for Check:
**Diane Kriskovich Deposition Transcript**

Other Comments:

| CHARGE TO | | | | | |
|---|---|---|---|---|---|
| Client/Matter | GL | Cost Type | Office-Dept | Amount |
| 49776.0343<br>Suncor Energy USA - Western Convenience Stores, Inc.<br>Shaheen, Anthony J. | | 15<br>Deposition | 10 | 268.00 |
| Total AR 0-90: 219,720.83 Total AR Over 90: 4,325.85 Trust Balance: 0.00 | | | | |

|  | Total: | 268.00 |
|---|---|---|

Originator Signature:                           Counter Signature - over $500

X  _____                              X  _____

Approval Signature:                             Counter Signature - over $10,000

X  _____                              X  _____

Avery Woods Reporting Service, Inc.
455 Sherman Street
Suite 250
Denver, CO 80203
(303) 825-6119   Fax  (303) 893-8305

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 106825 | 03/20/2012 | 01-37165 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/08/2012 | COLLBE | 11 CV 01611 |
| | **CASE CAPTION** | |
| | WESTERN CONVENIENCE VS. SUNCOR | |
| | **TERMS** | |
| | Due upon receipt | |

ANTHONY J. SHAHEEN, ESQ.
HOLLAND & HART, LLP
555 17TH STREET, #3200
DENVER, CO 80202

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    AARON LINGNAU                    134 Pages          268.00 ST
         REPORTER ATTENDANCE                              80.00

1 CERTIFIED COPY OF TRANSCRIPT OF:
    VANCE KOPP                        25 Pages           50.00 ST
         REPORTER ATTENDANCE                              80.00

1 CERTIFIED COPY OF TRANSCRIPT OF:
    STEVEN EWING                      85 Pages          170.00 ST
         REPORTER ATTENDANCE                              80.00
         INDEX PRODUCTION                                   n/c
         DELIVERY FEE                                     10.00

                          TOTAL   DUE   >>>>            738.00
```

**TAX ID NO. :**  84-1079884                                        (303) 295-8000

*Please detach bottom portion and return with payment.*

ANTHONY J. SHAHEEN, ESQ.
HOLLAND & HART, LLP
555 17TH STREET, #3200
DENVER, CO 80202

```
Job No.    : 01-37165
Case No.   : 11 CV 01611
WESTERN CONVENIENCE VS. SUNCOR

Invoice No.: 106825
Date       : 03/20/2012
TOTAL DUE  :    738.00
```

Remit To:     **Avery Woods Reporting Service, Inc.**
              **455 Sherman Street**
              **Suite 250**
              **Denver, CO 80203**

### PAYMENT WITH CREDIT CARD

Card Holder's Name: _____
VISA/MC #: _____
Exp. Date: _____   Phone #: _____
Billing Address: _____
Amount to Charge: _____   Zip: _____
Cardholder's Signature: _____

Holland & Hart Check Request | Printable Request                                     Page 1 of 1

Print this page and deliver it to Accounting with applicable signatures. Please have request to Accounting ½ hour prior to the selected Check Run Time. Your Check Request will be complete 1 ½ hours after the time you selected (12pm or 4pm).
**Click here to create new check request**

| Holland & Hart Check Request | | |
|---|---|---|
| Originator Name: **Shaheen, Anthony** | Date: **3/27/2012** | Routing: **Mail To Payee** |
| Timekeeper ID: **5396** | | |
| Originator Phone Ext: **8054** | Date/Time Required: **3/27/2012 2:30pm** | Payee ID#: **15561** |

Payee Name and Address:
**Avery Woods Reporting Service, Inc.**
**455 Sherman Street**
**Suite 250**

**Denver CO 80203**

Payee Phone:
**303-825-6119**

Description for Check:
**Deposition Transcripts**

Other Comments:

| CHARGE TO | | | | | |
|---|---|---|---|---|---|
| Client/Matter | GL | Cost Type | Office-Dept | Amount |
| 49776.0343 Suncor Energy USA - Western Convenience Stores, Inc. Shaheen, Anthony J. | | 15 Deposition | 10 | 738.00 |
| Total AR 0-90: 282,196.05 Total AR Over 90: 10,069.70 Trust Balance: 0.00 | | | | |

Total:   738.00

Originator Signature:                          Counter Signature - over $500

X _Debbie Cochur_                              X _____

Approval Signature                             Counter Signature - over $10,000

X _A.J. Shede_                                 X _____

Sales & Use Tax Accrual          757.52
City
State          ID      GL-23201
                       GL-23202    19.52
City Consumption       GL-23201
State Consumption      GL-23202
Exempt from tax
Tax included

RECEIVED
MAR 2 8 2012
Financial Services

*900310651*

Avery Woods Reporting Service, Inc.
455 Sherman Street
Suite 250
Denver, CO 80203
(303) 825-6119   Fax  (303) 893-8305

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 107737 | 06/25/2012 | 01-37718 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 05/25/2012 | COLLBE | 11 CV 01611 |

| CASE CAPTION |
|---|
| WESTERN CONVENIENCE VS. SUNCOR |

| TERMS |
|---|
| Due upon receipt |

ANTHONY J. SHAHEEN, ESQ.
HOLLAND & HART, LLP
555 17TH STREET, #3200
DENVER, CO 80202

#15561

1 CERTIFIED COPY OF TRANSCRIPT OF:      245 Pages                         490.00
   STEVE MOSS
      INDEX PRODUCTION                                                       n/c
      DELIVERY FEE                                                        10.00

**RECEIVED**
JUN 2 9 2012
Financial Services      TOTAL   DUE   >>>>                                500.00

THIS INVOICE DOES NOT REFLECT VIDEOGRAPHER CHARGES.

49776.0343
519.60

Sales & Use Tax Accrual
City                           GL-23201
State                          GL-23202    9.60
City Consumption               GL-23201
State Consumption              GL-23202
Exempt from tax
Tax included

**RECEIVED**
Holland & Hart LLP
JUL 2 7 2012
Anthony J. Sha

*900319025*

TAX ID NO.: 84-1079884                                          (303) 295-8000

*Please detach bottom portion and return with payment.*

ANTHONY J. SHAHEEN, ESQ.        Job No.    : 01-37718
HOLLAND & HART, LLP             Case No.   : 11 CV 01611
555 17TH STREET, #3200          WESTERN CONVENIENCE VS. SUNCOR
DENVER, CO 80202
                                Invoice No.: 107737
                                Date       : 06/25/2012
                                **TOTAL DUE**   :      500.00

| PAYMENT WITH CREDIT CARD |
|---|
| Card Holder's Name: |
| VISA/MC #: |
| Exp. Date: _____  Phone #: |
| Billing Address: |
| Amount to Charge: _____  Zip: |
| Cardholder's Signature: |

Remit To:   **Avery Woods Reporting Service, Inc.**
            **455 Sherman Street**
            **Suite 250**
            **Denver, CO 80203**

Holland & Hart Check Request | Printable Request

Page 1 of 1

Print this page and deliver it to Accounting with applicable signatures. Please have request to Accounting ½ hour prior to the selected Check Run Time. Your Check Request will be complete 1 ½ hours after the time you selected (12pm or 4pm).
**Click here to create new check request**

| Holland & Hart Check Request | | |
|---|---|---|
| Originator Name:<br>**Shaheen, Anthony** | Date:<br>**6/28/2012** | Routing:<br>~~Internal Messenger~~ *mail to vendor* |
| Timekeeper ID:<br>**5396** | | |
| Originator Phone Ext:<br>**8054** | Date/Time Required:<br>**6/28/2012<br>2:30pm** | Payee ID#:<br>**15561** |

Payee Name and Address:
**Avery Woods Reporting Service, Inc.**
**455 Sherman Street**
**Suite 250**
**Denver CO 80203**

Payee Phone:
**303-825-6119**

Description for Check:
**Copy of deposition transcript for Steve Moss**

Other Comments:

| CHARGE TO | | | | |
|---|---|---|---|---|
| Client/Matter | GL | Cost Type | Office-Dept | Amount |
| 49776.0343<br>Suncor Energy USA - Western Convenience Stores, Inc.<br>Shaheen, Anthony J. | | 15 Deposition | 10 | 500.00 |
| Total AR 0-90: 326,803.14 Total AR Over 90: 0.00 Trust Balance: 0.00 | | | | |
| | | | Total: | 500.00 |

Originator Signature:

X _____

Approval Signature

X _____

Counter Signature - over $500

X _____

Counter Signature - over $10,000

X _____

Avery Woods Reporting Service, Inc.
455 Sherman Street
Suite 250
Denver, CO 80203
(303) 825-6119   Fax  (303) 893-8305

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 109024 | 11/12/2012 | 01-38470 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 11/02/2012 | WREDPA | 11 CV 01611 |

| CASE CAPTION |
|---|
| WESTERN CONVENIENCE VS. SUNCOR |

| TERMS |
|---|
| Due upon receipt |

ANTHONY J. SHAHEEN, ESQ.
HOLLAND & HART, LLP
555 17TH STREET, #3200
DENVER, CO 80202

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
  KENDALL CARBONE                    197 Pages                394.00
          INDEX PRODUCTION                                       n/c
          DELIVERY FEE                                         10.00
                                                              -------
                              TOTAL   DUE   >>>>               404.00
```

TAX ID NO. :  84-1079884                                    (303) 295-8000

*Please detach bottom portion and return with payment.*

November 21, 2012

Four hundred four and 00/100************************************************************************************ ***404.00***

Avery Woods Reporting Service, Inc.
455 Sherman Street
Suite 250
Denver, CO  80203 

```
* 6 2 2 7 5 1 *
```

| Payee: | Avery Woods Reporting Service, Inc. | **Holland & Hart LLP** | Check #: | **10223250** |
| --- | --- | --- | --- | --- |
| Vendor: | 15561 | | Check Date: | 11/21/2012 |

| Invoice Number | Invoice Date | Invoice Amount | Amount Paid | Discount Taken | Payment Amt |
| --- | --- | --- | --- | --- | --- |
| 109024 | 11/12/2012 | 404.00 | 404.00 | | 404.00 |

Deposition transcript for Kendall Carbone

| Disb Date | Disb ID | Disbursements Description | Client | Matter | Amount |
| --- | --- | --- | --- | --- | --- |
| 11/12/2012 | 10683379 | Deposition | 49776 | 0343 | 419.76 |

| Account Code | Account Description | Tran Date | Office | Department | Amount |
| --- | --- | --- | --- | --- | --- |
| 23202 | State Sales & Use Tax | 11/12/2012 | 10 | 900 | (15.76) |

| | | | |
| --- | --- | --- | --- |
| Totals | 404.00 | 404.00 | 404.00 |

Print this page and deliver it to Accounting with applicable signatures. Please have request to
Accounting ½ hour prior to the selected Check Run Time. Your Check Request will be complete 1
½ hours after the time you selected (12pm or 4pm).
**Click here to create new check request**

| Holland & Hart Check Request | | |
|---|---|---|
| Originator Name:<br>**Shaheen, Anthony** | Date:<br>**11/20/2012** | Routing:<br>**Mail To Payee** |
| Timekeeper ID:<br>**5396** | | |
| Originator Phone Ext:<br>**108054** | Date/Time Required:<br>**11/20/2012** | Payee ID#:<br>**15561** |

Payee Name and Address:
**Avery Woods Reporting Service, Inc.
455 Sherman Street
Suite 250**

**Denver CO 80203**

Payee Phone:
**303-825-6119**

Description for Check:
**Deposition transcript for Kendall Carbone**

Other Comments:

| CHARGE TO | | | | | |
|---|---|---|---|---|---|
| Client/Matter | GL | Cost Type | Office-Dept | Amount | |
| 49776.0343<br>Suncor Energy USA - Western Convenience Stores, Inc.<br>Shaheen, Anthony J. | | 15<br>Deposition | 10 | 404.00 | |
| Total AR 0-90: 187,950.37 Total AR Over 90: 573.75 Trust Balance: 0.00 | | | | | |

|  |  |
|---|---|
|  | Total:   404.00 |

Originator Signature:                          Counter Signature - over $500

X _(signature)_                                X_____

Approval Signature                             Counter Signature - over $10,000

X_____                       X_____



Sales & Use Tax Accrual            419.76

City                10    GL-23201   15.74
Rate                      GL-23202
City Consumption          GL-23201
State Consumption         GL-23202
Exempt from tax
Tax included

RECEIVED
NOV 2 1 2012
Financial Services

*900332843*

Avery Woods Reporting Service, Inc.
455 Sherman Street
Suite 250
Denver, CO 80203
(303) 825-6119   Fax  (303) 893-8305

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 109331 | 12/14/2012 | 01-38644 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 12/07/2012 | WREDPA | 11-CV-01611- |

| CASE CAPTION |
|---|
| WESTERN CONVENIENCE VS. SUNCOR |

| TERMS |
|---|
| Due upon receipt |

ANTHONY J. SHAHEEN, ESQ.
HOLLAND & HART, LLP
555 17TH STREET, #3200
DENVER, CO 80202

| | | |
|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
| JAMES PISCATELLI | 197 Pages | 394.00 |
| INDEX PRODUCTION | | n/c |
| DELIVERY FEE | | 10.00 |
| | TOTAL  DUE  >>>> | 404.00 |

TAX ID NO. :  84-1079884                                    (303) 295-8000

*Please detach bottom portion and return with payment.*

ANTHONY J. SHAHEEN, ESQ.
HOLLAND & HART, LLP
555 17TH STREET, #3200
DENVER, CO 80202

Job No.    :  01-38644
Case No.   :  11-CV-01611-MSK-CBS
WESTERN CONVENIENCE VS. SUNCOR

Invoice No.:  109331
Date       :  12/14/2012
**TOTAL DUE** :    404.00

## PAYMENT WITH CREDIT CARD

Card Holder's Name: _____
VISA/MC #: _____
Exp. Date: _____   Phone #: _____
Billing Address: _____
Amount to Charge: _____   Zip: _____
Cardholder's Signature: _____

Remit To:   **Avery Woods Reporting Service, Inc.**
            **455 Sherman Street**
            **Suite 250**
            **Denver, CO 80203**

December 20, 2012

Four hundred four and 00/100******************************************************************************************   ***404.00***

Avery Woods Reporting Service, Inc.
455 Sherman Street
Suite 250
Denver, CO  80203





*625623*

| Payee: | Avery Woods Reporting Service, Inc. | **Holland & Hart LLP** | Check #: | **10224698** |
|---|---|---|---|---|
| Vendor: | 15561 | | Check Date: | 12/20/2012 |

| Invoice Number | Invoice Date | Invoice Amount | Amount Paid | Discount Taken | Payment Amt |
|---|---|---|---|---|---|
| 109331 | 12/14/2012 | 404.00 | 404.00 | | 404.00 |

Deposition Transcript

| Disb Date | Disb ID | Disbursements Description | Client | Matter | Amount |
|---|---|---|---|---|---|
| 12/14/2012 | 10692703 | Deposition | 49776 | 0343 | 419.76 |

| Account Code | Account Description | Tran Date | Office | Department | Amount |
|---|---|---|---|---|---|
| 23202 | State Sales & Use Tax | 12/14/2012 | 10 | 900 | (15.76) |

|  | Totals | 404.00 | 404.00 | | 404.00 |

Holland & Hart Check Request | Printable Request                                    Page 1 of 1

Print this page and deliver it to Accounting with applicable signatures. Please have request to
Accounting ½ hour prior to the selected Check Run Time. Your Check Request will be complete 1
½ hours after the time you selected (12pm or 4pm).
**Click here to create new check request**

| Holland & Hart Check Request | | |
|---|---|---|
| Originator Name:<br>**Shaheen, Tony** | Date:<br>**12/19/2012** | Routing:<br>**Internal Messenger** |
| Timekeeper ID:<br>**5396** | | |
| Originator Phone Ext:<br>**108054** | Date/Time Required:<br>**12/19/2012<br>2:30pm** | Payee ID#:<br>**15561** |

Payee Name and Address:
**Avery Woods Reporting Service, Inc.
455 Sherman Street
Suite 250**

**Denver CO 80203**

Payee Phone:
**303-825-6119**

Description for Check:
**Deposition Transcript**

Other Comments:

| CHARGE TO | | | | |
|---|---|---|---|---|
| Client/Matter | GL | Cost Type | Office-Dept | Amount |
| 49776.0343<br>Suncor Energy USA - Western Convenience Stores, Inc.<br>Shaheen, Anthony J. | | 15<br>Deposition | 10 | 404.00 |
| Total AR 0-90: 196,397.91 Total AR Over 90: 68.85 Trust Balance: 0.00 | | | | |

|  |  |  |  | Total: | 404.00 |
|---|---|---|---|---|---|

Originator Signature:                          Counter Signature - over $500

x *Christine Miccio*                           X _____

Approval Signature                            Counter Signature - over $10,000

x _____                               X _____

419.74

Sales & Use Tax Accrual
City          GL-23201 _____
State         GL-23202 15.74
City Consumption   GL-23201 _____
State Consumption  GL-23202 _____
Exempt from tax
Tax included

RECEIVED
DEC 19 2012
Financial Services

*900337101*

Avery Woods Reporting Service, Inc.
455 Sherman Street
Suite 250
Denver, CO 80203
(303) 825-6119   Fax  (303) 893-8305

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 109435 | 12/28/2012 | 01-38702 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 12/14/2012 | WREDPA | 11 CV 01611 |

| CASE CAPTION |
|---|
| WESTERN CONVENIENCE VS. SUNCOR |

| TERMS |
|---|
| Due upon receipt |

ANTHONY J. SHAHEEN, ESQ.
HOLLAND & HART, LLP
555 17TH STREET, #3200
DENVER, CO 80202

```
  1 CERTIFIED COPY OF TRANSCRIPT OF:
      STEVEN EWING                       265 Pages                 530.00
            INDEX PRODUCTION                                           n/c
            DELIVERY FEE                                             10.00
                                                        _____
                                    TOTAL   DUE   >>>>                540.00
```

TAX ID NO. :  84-1079884                                    (303) 295-8000

*Please detach bottom portion and return with payment.*

ANTHONY J. SHAHEEN, ESQ. ✓
HOLLAND & HART, LLP
555 17TH STREET, #3200
DENVER, CO 80202

```
Job No.    :  01-38702
Case No.   :  11 CV 01611
WESTERN CONVENIENCE VS. SUNCOR

Invoice No.:  109435
Date       :  12/28/2012
TOTAL DUE  :     540.00
```

## PAYMENT WITH CREDIT CARD

Card Holder's Name: _____
VISA/MC #: _____
Exp. Date: _____ Phone #: _____
Billing Address: _____
Amount to Charge: _____ Zip: _____
Cardholder's Signature: _____

Remit To:   **Avery Woods Reporting Service, Inc.**
            **455 Sherman Street**
            **Suite 250**
            **Denver, CO 80203**

Holland & Hart Check Request | Printable Request                    Page 1 of 1

Print this page and deliver it to Accounting with applicable signatures. Please have request to
Accounting ½ hour prior to the selected Check Run Time. Your Check Request will be complete 1
½ hours after the time you selected (12pm or 4pm).
Click here to create new check request

| Holland & Hart Check Request | | |
|---|---|---|
| Originator Name:<br>**Shaheen, Tony** | Date:<br>**1/8/2013** | Routing:<br>**Mail To Payee** |
| Timekeeper ID:<br>**5396** | Date/Time Required:<br>**1/8/2013** | |
| Originator Phone Ext:<br>**108054** | **2:30pm** | Payee ID#:<br>**15561** |

Payee Name and Address:
**Avery Woods Reporting Service, Inc.**
**455 Sherman Street**
**Suite 250**

**Denver CO 80203**

Payee Phone:
**303-825-6119**

Description for Check:
**Deposition of Steven Ewing**

Other Comments:

| CHARGE TO | | | | |
|---|---|---|---|---|
| Client/Matter | GL | Cost Type | Office-Dept | Amount |
| 49776.0343<br>Suncor Energy USA - Western Convenience Stores, Inc.<br>Shaheen, Anthony J. | | 15<br>Deposition | 10 | 540.00 |
| Total AR 0-90: 0.00 Total AR Over 90: 3,870.87 Trust Balance: 0.00 | | | | |

|  |  | Total: | 540.00 |
|---|---|---|---|

Originator Signature:                        Counter Signature - over $500

X _Anthony Shaheen_                           X_____
Approval Signature                           Counter Signature - over $10,000

X _Al___                                      X_____

561.20

Sales & Use Tax Accrual
City            GL-23201
State           GL-23202   21.20
City Consumption    GL-23201
State Consumption   GL-23202
Exempt from tax
tax included

RECEIVED
DEC 09 2013
Financial Services


*900338497*

Avery Woods Reporting Service, Inc.
455 Sherman Street
Suite 250
Denver, CO 80203
(303) 825-6119   Fax  (303) 893-8305

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 109555 | 01/14/2013 | 01-38778 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 01/03/2013 | WREDPA | 11 CV 01611 |

**CASE CAPTION**

WESTERN CONVENIENCE VS. SUNCOR

**TERMS**

Due upon receipt

ANTHONY J. SHAHEEN, ESQ.
HOLLAND & HART, LLP
555 17TH STREET, #3200
DENVER, CO 80202

| | | |
|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
| DON SMITH | 47 Pages | 94.00 ST |
| INDEX PRODUCTION | | n/c |
| DELIVERY FEE | | 10.00 |

RECEIVED

JAN 1 8 2013

Financial Services

**TOTAL   DUE   >>>>        104.00**

*900340117*

INVOICE APPROVED FOR PAYMENT

Vendor _____ 15.5601
Ofc/GL _____ Denver
Client _____ 49774.0343
Tkpr _____ Anthony J. Shaheen
Amount $ _____ $104.00
By _____ Anthony Shaheen

Sales & Use Tax Accrual _____ 107.76
City _____ 10 _____ GL-23201
State _____ GL-23202 _____ 3.76
City Consumption _____ GL-23201
State Consumption _____ GL-23202
Exempt from tax
Tax included

TAX ID NO. :  84-1079884                                    (303) 295-8000

*Please detach bottom portion and return with payment.*

ANTHONY J. SHAHEEN, ESQ.
HOLLAND & HART, LLP
555 17TH STREET, #3200
DENVER, CO 80202

| | | |
|---|---|---|
| Job No. | : | 01-38778 |
| Case No. | : | 11 CV 01611 |
| WESTERN CONVENIENCE VS. SUNCOR | | |
| Invoice No.: | | 109555 |
| Date | : | 01/14/2013 |
| **TOTAL DUE** | **:** | **104.00** |

## PAYMENT WITH CREDIT CARD

Card Holder's Name: _____
VISA/MC #: _____
Exp. Date: _____         Phone #: _____
Billing Address: _____
Amount to Charge: _____         Zip: _____
Cardholder's Signature: _____

Remit To:   **Avery Woods Reporting Service, Inc.**
            **455 Sherman Street**
            **Suite 250**
            **Denver, CO 80203**

Avery Woods Reporting Service, Inc.
455 Sherman Street
Suite 250
Denver, CO 80203
(303) 825-6119  Fax  (303) 893-8305

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 109608 | 01/21/2013 | 01-38808 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 01/10/2013 | WREDPA | 11 CV 01611 |

| CASE CAPTION |
|---|
| WESTERN CONVENIENCE VS. SUNCOR |

| TERMS |
|---|
| Due upon receipt |

*15561*

ANTHONY J. SHAHEEN, ESQ.
HOLLAND & HART, LLP
555 17TH STREET, #3200
DENVER, CO 80202

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
CHRISTOPHER WEHRLE                    99 Pages              470.25
        REPORTER ATTENDANCE                                    50.00
        INDEX PRODUCTION                                          n/c
        DELIVERY FEE                                            10.00

                                        TOTAL  DUE  >>>>       530.25

*49776.0343*

*549.00*

Sales & Use Tax Accrual
City            GL-23201
State           GL-23202
City Consumption    GL-23201
State Consumption   GL-23202
Exempt from tax
Tax included

RECEIVED
JAN 3 1 2013
Financial Services

*900340766*

TAX ID NO. : 84-1079884                        (303) 295-8000

*Please detach bottom portion and return with payment.*

ANTHONY J. SHAHEEN, ESQ.
HOLLAND & HART, LLP
555 17TH STREET, #3200
DENVER, CO 80202

Job No.    :  01-38808
Case No.   :  11 CV 01611
WESTERN CONVENIENCE VS. SUNCOR

Invoice No.:  109608
Date       :  01/21/2013
**TOTAL DUE** :     530.25

| PAYMENT WITH CREDIT CARD |
|---|
| Card Holder's Name: _____ |
| VISA/MC #: _____ |
| Exp. Date: _____  Phone #: _____ |
| Billing Address: _____ |
| Amount to Charge: _____  Zip: _____ |
| Cardholder's Signature: _____ |

Remit To:    **Avery Woods Reporting Service, Inc.**
             **455 Sherman Street**
             **Suite 250**
             **Denver, CO 80203**

Holland & Hart Check Request | Printable Request                                   Page 1 of 1

Print this page and deliver it to Accounting with applicable signatures. Please have request to
Accounting ½ hour prior to the selected Check Run Time. Your Check Request will be complete 1
½ hours after the time you selected (12pm or 4pm).
**Click here to create new check request**

| Holland & Hart Check Request | | |
|---|---|---|
| Originator Name:<br>**Shaheen, Tony**<br>Timekeeper ID:<br>**5396** | Date:<br>**1/28/2013** | Routing:<br>**Mail To Payee** |
| Originator Phone Ext:<br>**108054** | Date/Time Required:<br>**1/28/2013** | Payee ID#:<br>**15561** |

Payee Name and Address:
**Avery Woods Reporting Service, Inc.**
**455 Sherman Street**
**Suite 250**

**Denver CO 80203**

Payee Phone:
**303-825-6119**

Description for Check:
**Deposition transcript of Christopher Wehrle and court reporter appearance**

Other Comments:

| CHARGE TO | | | | | |
|---|---|---|---|---|---|
| Client/Matter | GL | Cost Type | Office-Dept | Amount | |
| 49776.0343<br>Suncor Energy USA - Western Convenience Stores,<br>Inc.<br>Shaheen, Anthony J. | | 15<br>Deposition | 10 | 530.25 | |
| Total AR 0-90: 196,099.88 Total AR Over 90: 4,421.67 Trust Balance: 0.00 | | | | | |

|  | | | | Total: | 530.25 |
|---|---|---|---|---|---|

Originator Signature:

X

Approval Signature

X

Counter Signature - over $500

X

Counter Signature - over $10,000

X

# INVOICE



*Agren Blando Court Reporting & Video, Inc.*
National Coverage · 1-800-739-4846
303-296-0017 · Fax 303-296-0203
ABNational.com · Billing@Agren.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 47211 | 1/31/2013 | 29401 |

| Job Date | Case No. | |
|---|---|---|
| 1/17/2013 | 10-CV-00088 | |

| Case Name |
|---|
| TANK VS. BURLINGTON RESOURCES OIL & GAS COMPANY (CE) |

| Payment Terms |
|---|
| Net 30 |

Anthony J. Shaheen, Esq.
HOLLAND & HART LLP
555 - 17th Street, Suite 3200
Denver, CO  80202

| | | | |
|---|---|---|---|
| Video Depo Certified Condensed Single Sided Copy & Keyword | | | |
| DONALD A KESSEL | 145.00 | Pages | 362.50 |
| Litigation Support Package | | | 45.00 |
| Exhibit Scanned Copy | 251.00 | Pages | 62.75 |
| Courier | | | 11.00 |
| | **TOTAL DUE  >>>** | | **$481.25** |

*To ensure proper payment posting please include the Invoice number with your remittance information.

Access your transcripts, invoices, and more on our secure online repository by emailing MyTeam@Agren.com for your user name, password and link to your exclusive web page.

Finance charges will be applied monthly for invoices unpaid over 30 days.

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 481.25 |

**Tax ID:** 841334569

Phone: 303-295-8000   Fax:303-713-6289

*Please detach bottom portion and return with payment.*

Anthony J. Shaheen, Esq.
HOLLAND & HART LLP
555 - 17th Street, Suite 3200
Denver, CO  80202

| | | | | |
|---|---|---|---|---|
| Job No. | : 29401 | | BU ID | : AB Main |
| Case No. | : 10-CV-00088 | | | |
| Case Name | : TANK VS. BURLINGTON RESOURCES OIL & GAS COMPANY (CE) | | | |
| Invoice No. | : 47211 | | Invoice Date | : 1/31/2013 |
| **Total Due** | : **$481.25** | | | |

Remit To: **Agren Blando Court Reporting & Video, Inc.**
**216 16th Street, Suite 600**
**Denver, CO  80202**

PAYMENT WITH CREDIT CARD    AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                   Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

February 4, 2013

Four hundred eighty-one and 25/100******************************************************************************     ***481.25***

Agren Blando Court Reporting & Video, Inc.
216 16th Street, Suite 600
Denver, CO  80202



| Payee: | Agren Blando Court Reporting & Video, Inc. | **Holland & Hart LLP** | Check #: | **10226373** |
|---|---|---|---|---|
| Vendor: | 28653 | | Check Date: | 2/4/2013 |

| Invoice Number | Invoice Date | Invoice Amount | Amount Paid | Discount Taken | Payment Amt |
|---|---|---|---|---|---|
| 47211 | 1/31/2013 | 481.25 | 481.25 | | 481.25 |

Deposition of Donald Kessel

| Disb Date | Disb ID | Disbursements Description | Client | Matter | Amount |
|---|---|---|---|---|---|
| 1/31/2013 | 10707672 | Deposition | 49776 | 0343 | 500.06 |

| Account Code | Account Description | Tran Date | Office | Department | Amount |
|---|---|---|---|---|---|
| 23202 | State Sales & Use Tax | 1/31/2013 | 10 | 900 | (18.81) |

| | | Totals | 481.25 | 481.25 | | 481.25 |

Holland & Hart Check Request | Printable Request

Print this page and deliver it to Accounting with applicable signatures. Please have request to Accounting ½ hour prior to the selected Check Run Time. Your Check Request will be complete 1 ½ hours after the time you selected (12pm or 4pm).
**Click here to create new check request**

| Holland & Hart Check Request | | | |
|---|---|---|---|
| Originator Name:<br>**Shaheen, Tony** | Date:<br>**2/1/2013** | Routing:<br>**Mail To Payee** | |
| Timekeeper ID:<br>**5396** | | | |
| Originator Phone Ext:<br>**108054** | Date/Time Required:<br>**2/1/2013** | Payee ID#:<br>**28653** | |

Payee Name and Address:
**Agren Blando Court Reporting & Video, In
216 16th Street, Suite 600
Denver CO 80202**

Payee Phone:

Description for Check:
**Deposition of Donald Kessel**

Other Comments:

| CHARGE TO | | | | |
|---|---|---|---|---|
| Client/Matter | GL | Cost Type | Office-Dept | Amount |
| 49776.0343<br>Suncor Energy USA - Western Convenience Stores, Inc.<br>Shaheen, Anthony J. | | 15<br>Deposition | 10 | 481.25 |
| Total AR 0-90: 196,099.88 Total AR Over 90: 4,421.67 Trust Balance: 0.00 | | | | |

| | Total: | 481.25 |
|---|---|---|

Originator Signature:

X _____

Approval Signature

X _____

Counter Signature - over $500

X _____

Counter Signature - over $10,000

X _____

500.00

*900340865*

Sales & Use Tax Accrual
City                         GL-23201 _____
State          10            GL-23202  18.81
City Consumption             GL-23201 _____
State Consumption            GL-23202 _____
Exempt from tax
Tax included

RECEIVED

FEB 04 2013

Financial Services

Avery Woods Reporting Service, Inc.
455 Sherman Street
Suite 250
Denver, CO 80203
(303) 825-6119   Fax  (303) 893-8305

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 109721 | 02/01/2013 | 01-38879 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 01/31/2013 | WREDPA | 11 CV 01611 |

| CASE CAPTION |
|---|
| WESTERN CONVENIENCE VS. SUNCOR |

| TERMS |
|---|
| Due upon receipt |

ANTHONY J. SHAHEEN, ESQ.
HOLLAND & HART, LLP
555 17TH STREET, #3200
DENVER, CO 80202

| | | |
|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
| SUSAN GIANNOLA | 109 Pages | 626.75 |
| INDEX PRODUCTION | | n/c |
| DELIVERY FEE | | 10.00 |
| | TOTAL   DUE   >>>> | 636.75 |

TAX ID NO. :  84-1079884                                   (303) 295-8000

*Please detach bottom portion and return with payment.*

ANTHONY J. SHAHEEN, ESQ.
HOLLAND & HART, LLP
555 17TH STREET, #3200
DENVER, CO 80202

Job No.      :  01-38879
Case No.     :  11 CV 01611
WESTERN CONVENIENCE VS. SUNCOR

Invoice No.:  109721
Date         :  02/01/2013
**TOTAL DUE**  :      636.75

| PAYMENT WITH CREDIT CARD |
|---|
| Card Holder's Name: _____ |
| VISA/MC #: _____ |
| Exp. Date: _____    Phone #: _____ |
| Billing Address: _____ |
| Amount to Charge: _____    Zip: _____ |
| Cardholder's Signature: _____ |

Remit To:      **Avery Woods Reporting Service, Inc.**
               **455 Sherman Street**
               **Suite 250**
               **Denver, CO 80203**

February 4, 2013

Six hundred thirty-six and 75/100************************************************************************************     ***636.75***

Avery Woods Reporting Service, Inc.
455 Sherman Street
Suite 250
Denver, CO  80203



| Payee: | Avery Woods Reporting Service, Inc. | Holland & Hart LLP | Check #: | **10226372** |
|---|---|---|---|---|
| Vendor: | 15561 | | Check Date: | 2/4/2013 |

| Invoice Number | Invoice Date | Invoice Amount | Amount Paid | Discount Taken | Payment Amt |
|---|---|---|---|---|---|
| 109721 | 2/1/2013 | 636.75 | 636.75 | | 636.75 |

Deposition of Susan Giannola

| Disb Date | Disb ID | Disbursements Description | Client | Matter | Amount |
|---|---|---|---|---|---|
| 2/1/2013 | 10707671 | Deposition | 49776 | 0343 | 661.82 |

| Account Code | Account Description | Tran Date | Office | Department | Amount |
|---|---|---|---|---|---|
| 23202 | State Sales & Use Tax | 2/1/2013 | 10 | 900 | (25.07) |

| | | | Totals | 636.75 | 636.75 | 636.75 |

Holland & Hart Check Request | Printable Request

Page 1 of 1

Print this page and deliver it to Accounting with applicable signatures. Please have request to Accounting ½ hour prior to the selected Check Run Time. Your Check Request will be complete 1 ½ hours after the time you selected (12pm or 4pm).
**Click here to create new check request**

| Holland & Hart Check Request | | |
|---|---|---|
| Originator Name:<br>**Shaheen, Tony** | Date:<br>**2/1/2013** | Routing:<br>**Mail To Payee** |
| Timekeeper ID:<br>**5396** | | |
| Originator Phone Ext:<br>**108054** | Date/Time Required:<br>**2/1/2013** | Payee ID#:<br>**15561** |

Payee Name and Address:
**Avery Woods Reporting Service, Inc.**
**455 Sherman Street**
**Suite 250**

**Denver CO 80203**

Payee Phone:
**303-825-6119**

Description for Check:
**Deposition of Susan Giannola**

Other Comments:

| CHARGE TO | | | | |
|---|---|---|---|---|
| Client/Matter | GL | Cost Type | Office-Dept | Amount |
| 49776.0343<br>Suncor Energy USA - Western Convenience Stores, Inc.<br>Shaheen, Anthony J. | | 15<br>Deposition | 10 | 636.75 |
| Total AR 0-90: 196,099.88 Total AR Over 90: 4,421.67 Trust Balance: 0.00 | | | | |
| | | | Total: | 636.75 |

Originator Signature:

X _____

Approval Signature

X _____

Counter Signature - over $500

X _____

Counter Signature - over $10,000

X _____

Sales & Use Tax Accrual
City                    GL-23201
State          10       GL-23202    25.07
City Consumption        GL-23201
State Consumption       GL-23202
Exempt from tax
Tax included

601.82

RECEIVED

FEB 04 2013

Financial Services


*900340868*

Avery Woods Reporting Service, Inc.
455 Sherman Street
Suite 250
Denver, CO 80203
(303) 825-6119   Fax (303) 893-8305

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 109740 | 02/04/2013 | 01-38890 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 01/30/2013 | WREDPA | 11 CV 01611 |
| CASE CAPTION | | |
| WESTERN CONVENIENCE VS. SUNCOR | | |
| TERMS | | |
| Due upon receipt | | |

ANTHONY J. SHAHEEN, ESQ.
HOLLAND & HART, LLP
555 17TH STREET, #3200
DENVER, CO 80202

---

1 CERTIFIED COPY OF TRANSCRIPT OF:
    STEPHEN MOSS, VOLUME II          151 Pages                453.00
        INDEX PRODUCTION                                         n/c
        DELIVERY FEE                                           10.00

                                    TOTAL   DUE   >>>>         463.00

Received
FEB 07 2013
Financial Services

481.12

Sales & Use Tax Accrual
City            GL-23201
State           GL-23202   18.12
City Consumption    GL-23201
State Consumption   GL-23202
Exempt from tax
Tax included



INVOICE APPROVED FOR PAYMENT          155601
Vendor :
Ofc/GL :  Denver
Client :  49776-0343
Tkpr :  ajshahen
Amount $  463
By  Anthony J. Shahen

TAX ID NO.: 84-1079884                                    (303) 295-8000

*Please detach bottom portion and return with payment.*

ANTHONY J. SHAHEEN, ESQ.
HOLLAND & HART, LLP
555 17TH STREET, #3200
DENVER, CO 80202

Job No.   :  01-38890
Case No.  :  11 CV 01611
WESTERN CONVENIENCE VS. SUNCOR

Invoice No.:  109740
Date       :  02/04/2013
TOTAL DUE  :      463.00

## PAYMENT WITH CREDIT CARD

Card Holder's Name: _____
VISA/MC #: _____
Exp. Date: _____   Phone #: _____
Billing Address: _____
Amount to Charge: _____   Zip: _____
Cardholder's Signature: _____

Remit To:   **Avery Woods Reporting Service, Inc.**
            **455 Sherman Street**
            **Suite 250**
            **Denver, CO 80203**

Avery Woods Reporting Service, Inc.
455 Sherman Street
Suite 250
Denver, CO 80203
(303) 825-6119   Fax (303) 893-8305

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 109735 | 02/04/2013 | 01-38888 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 01/23/2013 | WREDPA | 11 CV 01611 |
| CASE CAPTION | | |
| WESTERN CONVENIENCE VS. SUNCOR | | |
| TERMS | | |
| Due upon receipt | | |

ANTHONY J. SHAHEEN, ESQ.
HOLLAND & HART, LLP
555 17TH STREET, #3200
DENVER, CO 80202

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    HOSSEIN TARAGHI                   242 Pages                1,149.50
       REPORTER ATTENDANCE                          100.00
       INDEX PRODUCTION                              n/c
       DELIVERY FEE                                10.00

TOTAL   DUE   >>>>   1,259.50

RECEIVED

FEB 11 2013

Financial Services

*900341195*

INVOICE APPROVED FOR PAYMENT
Vendor _____ 15561
Ofc/GL _____ Denver
Client _____ 49776-0343
Tkpr _____ AJShaheen
Amount $ _____ 1259.50
By _____ Anthony J. Shaheen

Sales & Use Tax Accrual
City         GL-23201
State       GL-23202
City Consumption    GL-23201
State Consumption    GL-23202 ✓
Exempt from tax
Tax included    oris

TAX ID NO. :  84-1079884                               (303) 295-8000

*Please detach bottom portion and return with payment.*

ANTHONY J. SHAHEEN, ESQ.
HOLLAND & HART, LLP
555 17TH STREET, #3200
DENVER, CO 80202

Job No.     :  01-38888
Case No.   :  11 CV 01611
WESTERN CONVENIENCE VS. SUNCOR

Invoice No.: 109735
Date       :  02/04/2013
**TOTAL DUE**  :    1,259.50

## PAYMENT WITH CREDIT CARD

Card Holder's Name: _____
VISA/MC #: _____
Exp. Date: _____    Phone #: _____
Billing Address: _____
Amount to Charge: _____    Zip: _____
Cardholder's Signature: _____

Remit To:    **Avery Woods Reporting Service, Inc.**
            **455 Sherman Street**
            **Suite 250**
            **Denver, CO 80203**

Avery Woods Reporting Service, Inc.
455 Sherman Street
Suite 250
Denver, CO 80203
(303) 825-6119   Fax (303) 893-8305

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 109763 | 02/06/2013 | 01-38904 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 02/05/2013 | WREDPA | 11 CV 01611 |
| **CASE CAPTION** | | |
| WESTERN CONVENIENCE VS. SUNCOR | | |
| **TERMS** | | |
| Due upon receipt | | |

ANTHONY J. SHAHEEN, ESQ.
HOLLAND & HART, LLP
555 17TH STREET, #3200
DENVER, CO 80202

1 CERTIFIED COPY OF TRANSCRIPT OF:
   DAVID M. WILSON                  65 Pages                      373.75
         INDEX PRODUCTION                                              n/c
         DELIVERY FEE                                                10.00

RECEIVED

FEB 07 2013

Financial Services

TOTAL   DUE   >>>>                383.75

*900341079*

398.70

Sales & Use Tax Accrual
City              GL-23201
State             GL-23202        14.95
City Consumption  GL-23201
State Consumption GL-23202
Exempt from tax
Tax Included

INVOICE APPROVED FOR PAYMENT       15560
Vendor ___ Denver ___
Ofc/GL ___ 49976.0343 ___
Client ___
Tkpr ___ aj shaheen ___
Amount $ ___
By ___ Anthony J. Shaheen ___

TAX ID NO.: 84-1079884                                      (303) 295-8000

*Please detach bottom portion and return with payment.*

ANTHONY J. SHAHEEN, ESQ.
HOLLAND & HART, LLP
555 17TH STREET, #3200
DENVER, CO 80202

Job No.    : 01-38904
Case No.   : 11 CV 01611
WESTERN CONVENIENCE VS. SUNCOR

Invoice No.: 109763
Date       : 02/06/2013
**TOTAL DUE** :      383.75

| PAYMENT WITH CREDIT CARD |
|---|
| Card Holder's Name: _____ |
| VISA/MC #: _____ |
| Exp. Date: _____   Phone #: _____ |
| Billing Address: _____ |
| Amount to Charge: _____   Zip: _____ |
| Cardholder's Signature: _____ |

Remit To:   **Avery Woods Reporting Service, Inc.**
            **455 Sherman Street**
            **Suite 250**
            **Denver, CO 80203**

Avery Woods Reporting Service, Inc.
455 Sherman Street
Suite 250
Denver, CO 80203
(303) 825-6119   Fax (303) 893-8305

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 109780 | 02/08/2013 | 01-38915 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 02/07/2013 | WREDPA | 11 CV 01611 |
| **CASE CAPTION** | | |
| WESTERN CONVENIENCE VS. SUNCOR | | |
| **TERMS** | | |
| Due upon receipt | | |

ANTHONY J. SHAHEEN, ESQ.
HOLLAND & HART, LLP
555 17TH STREET, #3200
DENVER, CO 80202

**RECEIVED**

FEB 13 2013

Financial Services

| | | | |
|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| CHAD THIESSEN | 96 Pages | | 552.00 |
| INDEX PRODUCTION | | | n/c |
| DELIVERY FEE | | | 10.00 |
| | **TOTAL DUE >>>>** | | **562.00** |

584.08

Sales & Use Tax Accrual

| | | |
|---|---|---|
| V | GL-23201 | 10 |
| e | GL-23202 | 22.08 |
| Consumption | GL-23201 | |
| Consumption | GL-23202 | |
| ot from tax | | |
| cluded | | |

INVOICE APPROVED FOR PAYMENT
Vendor    15561
Ofc/GL    Denver
Client    49776.0343
Tkpr      Anthony J. Shaheen
Amount $  562.00
By        Anthony J. Shaheen

* 9 0 0 3 4 2 4 6 5 *

TAX ID NO.: 84-1079884                                        (303) 295-8000

*Please detach bottom portion and return with payment.*

ANTHONY J. SHAHEEN, ESQ.
HOLLAND & HART, LLP
555 17TH STREET, #3200
DENVER, CO 80202

Job No.   :  01-38915
Case No.  :  11 CV 01611
WESTERN CONVENIENCE VS. SUNCOR

Invoice No.:  109780
Date        :  02/08/2013
**TOTAL DUE :     562.00**

| PAYMENT WITH CREDIT CARD |
|---|
| Card Holder's Name: |
| VISA/MC #: |
| Exp. Date: _____ Phone #: |
| Billing Address: |
| Amount to Charge: _____ Zip: |
| Cardholder's Signature: |

Remit To:   **Avery Woods Reporting Service, Inc.**
            **455 Sherman Street**
            **Suite 250**
            **Denver, CO 80203**

Avery Woods Reporting Service, Inc.
455 Sherman Street
Suite 250
Denver, CO 80203
(303) 825-6119   Fax (303) 893-8305

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 109936 | 02/26/2013 | 01-39008 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 02/19/2013 | WREDPA | 11 CV 01611 |
| **CASE CAPTION** | | |
| WESTERN CONVENIENCE VS. SUNCOR | | |
| **TERMS** | | |
| Due upon receipt | | |

ANTHONY J. SHAHEEN, ESQ.
HOLLAND & HART, LLP
555 17TH STREET, #3200
DENVER, CO 80202

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    DAVID M. PARKER, JR.              58 Pages          188.50

1 CERTIFIED COPY OF TRANSCRIPT OF:
    EDWARD SHARPE                     96 Pages          312.00
         INDEX PRODUCTION                                  n/c
         DELIVERY FEE                                    10.00

                           TOTAL DUE  >>>>               510.50
```

* 9 0 0 3 4 3 7 3 1 *

530.52

RECEIVED

MAR 0 6 2013

Financial Services



INVOICE APPROVED FOR PAYMENT
Vendor : 1556
Ofc/GL. : Denver
Client : 49776.0343
Tkpr : Anthony J. Shaheen
Amount $ 510.50
By  Anthony J. Shaheen

Sales & Use Tax Accrual
City                    GL-23201
State          10       GL-23202  20.02
City Cor. umption       GL-23201
State Consumption       GL-23202
Exempt from tax
Tax included

TAX ID NO. :  84-1079884                              (303) 295-8000

*Please detach bottom portion and return with payment.*

ANTHONY J. SHAHEEN, ESQ.
HOLLAND & HART, LLP
555 17TH STREET, #3200
DENVER, CO 80202

```
Job No.    :  01-39008
Case No.   :  11 CV 01611
WESTERN CONVENIENCE VS. SUNCOR

Invoice No.:  109936
Date       :  02/26/2013
TOTAL DUE  :      510.50
```

| PAYMENT WITH CREDIT CARD |
|---|
| Card Holder's Name: _____ |
| VISA/MC #: _____ |
| Exp. Date: _____   Phone #: _____ |
| Billing Address: _____ |
| Amount to Charge: _____   Zip: _____ |
| Cardholder's Signature: _____ |

Remit To:   **Avery Woods Reporting Service, Inc.**
            **455 Sherman Street**
            **Suite 250**
            **Denver, CO 80203**

Avery Woods Reporting Service, Inc.
455 Sherman Street
Suite 250
Denver, CO 80203
(303) 825-6119   Fax (303) 893-8305

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 109948 | 02/27/2013 | 01-39016 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 02/20/2013 | WREDPA | 11 CV 01611 |

| CASE CAPTION |
|---|
| WESTERN CONVENIENCE VS. SUNCOR |
| **TERMS** |
| Due upon receipt |

ANTHONY J. SHAHEEN, ESQ.
HOLLAND & HART, LLP
555 17TH STREET, #3200
DENVER, CO 80202

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
ANGELIA REAY                          26 Pages          97.50
    REPORTER ATTENDANCE                                 50.00
    INDEX PRODUCTION                                    n/c
    DELIVERY FEE                                        10.00

TOTAL   DUE   >>>>                  157.50

**RECEIVED**
MAR 0 6 2013
Financial Services

*900344262*

INVOICE APPROVED FOR PAYMENT
Vendor          15561
Ofc/GL         Denver
Client         49776.0343
Tkpr           Anthony J. Shaheen
Amount $       157.50
By  Anthony J. Shaheen

Sales & Use Tax Accrual
City                    GL-23201
State                   GL-23202
City Consumption        GL-23201
State Consumption       GL-23202
Exempt from tax
Tax included            orig

TAX ID NO. :  84-1079884                              (303) 295-8000

*Please detach bottom portion and return with payment.*

ANTHONY J. SHAHEEN, ESQ.
HOLLAND & HART, LLP
555 17TH STREET, #3200
DENVER, CO 80202

Job No.     :  01-39016
Case No.    :  11 CV 01611
WESTERN CONVENIENCE VS. SUNCOR

Invoice No.:  109948
Date        :  02/27/2013
**TOTAL DUE** :     157.50

| PAYMENT WITH CREDIT CARD |
|---|
| Card Holder's Name: |
| VISA/MC #: |
| Exp. Date: _____ Phone #: |
| Billing Address: |
| Amount to Charge: _____ Zip: |
| Cardholder's Signature: |

Remit To:   **Avery Woods Reporting Service, Inc.**
            **455 Sherman Street**
            **Suite 250**
            **Denver, CO 80203**