IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation;
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs and Counterclaim Defendant,

vs.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Defendant and Counterclaimant

and

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Third-Party Plaintiff

vs.

HOSSEIN TARAGHI and DEBRA LYNN TARAGHI,

    Third-Party Defendants.

**DECLARATION OF WILLIAM L. MONTS III IN SUPPORT OF DEFENDANT, COUNTERCLAIMANT AND THIRD-PARTY PLAINTFF SUNCOR ENERGY (U.S.A.) INC.'S MOTION FOR ATTORNEYS' FEES AND RELATED NON-TAXABLE EXPENSES**

I, William L. Monts III, declare as follows:

1.     I am above the age of eighteen (18) and not a party to this action. If called as a witness in this matter, I could and would testify competently to the following matters.

2.     I am a partner in the law firm of Hogan Lovells US LLP ("Hogan Lovells"), where I have practiced for 25 years, principally in the area of antitrust litigation. Hogan Lovells and Holland & Hart LLP were counsel to Suncor Energy (U.S.A.) Inc. ("Suncor") in this matter.

I make this declaration for the purpose of providing summaries of the relevant qualifications and experience of the persons at Hogan Lovells for which Suncor seeks reimbursement of fees.

3. Attached as Exhibit 1 to this Declaration is a true and correct copy of my professional profile that appears on the Hogan Lovells website. It sets forth a summary of my relevant qualifications and experience.

4. Attached as Exhibit 2 to this Declaration is a true and correct copy of the professional profile of J. Robert Robertson that appears on the Hogan Lovells website. Mr. Robertson is a partner in Hogan Lovells. Exhibit 2 sets forth a summary of Mr. Robertson's qualifications and experience.

5. Attached as Exhibit 3 to this Declaration is a true and correct copy of the professional profile of Mary Anne Mason that appeared on the Hogan Lovells website when Ms. Mason was a partner in the firm (except for her office telephone number). Ms. Mason is a former partner in Hogan Lovells and is now a partner in Crowell & Moring LLP in Washington, D.C. Exhibit 3 sets forth a summary of Ms. Mason's qualifications and experience. Because Ms. Mason's office telephone number may have been reassigned, it has been redacted from Exhibit 3.

6. Attached as Exhibit 4 to this Declaration is a true and correct copy of the professional profile of Tracy L. Januzzi that appears on the Hogan Lovells website. Ms. Januzzi is associated with Hogan Lovells. Exhibit 4 sets forth a summary of Ms. Januzzi's qualifications and experience.

7. Attached as Exhibit 5 to this Declaration is a true and correct copy of the professional profile of Christine Habeeb that appeared on the Hogan Lovells website when Ms. Habeeb was associated with the firm (except for her office telephone number). Ms. Habeeb was

formerly associated with Hogan Lovells and is now employed by Amazon in Seattle. Exhibit 5 sets forth a summary of Ms. Habeeb's qualifications and experience. Because Ms. Habeeb's office telephone number may have been reassigned, it has been redacted from Exhibit 5.

        8. Attached as Exhibit 6 to this Declaration is a true and correct copy of the professional profile of Anna Edgar that appeared on the Hogan Lovells website when Ms. Edgar was associated with the firm (except for her office telephone number). Ms. Edgar was formerly associated with Hogan Lovells in Denver and is now employed in Denver as an Assistant United States Attorney in the United States Attorney's Office for the District of Colorado. Exhibit 6 sets forth a summary of Ms. Edgar's qualifications and experience. Because Ms. Edgar's office telephone number may have been reassigned, it has been redacted from Exhibit 6.

        9. Attached as Exhibit 7 to this Declaration is a true and correct copy of the professional profile of William H. Rawson that appeared on the Hogan Lovells website when Mr. Rawson was associated with the firm (except for his office telephone number). Mr. Rawson was formerly associated with Hogan Lovells and is now associated with Latham & Watkins LLP in Washington, D.C. Exhibit 7 sets forth a summary of Mr. Rawson's qualifications and experience. Because Mr. Rawson's office telephone number may have been reassigned, it has been redacted from Exhibit 7.

        10. Stephanie Seymour was formerly a legal assistant at Hogan Lovells in the Washington office. She received a Bachelor's degree from Vanderbilt University. Ms. Seymour's duties at the firm included maintaining case files, preparing exhibits, cite-checking legal memoranda and assisting in the preparation and filing of various papers with the Court and other tasks regularly performed by paralegal personnel.

11. Laura Choyce is a Knowledge Services Specialist in the Information Resource Center of Hogan Lovells' Washington, D.C. office. Ms. Choyce holder's a Bachelor's degree from Furman University and a Masters of Information Science from the University of North Texas. Ms. Choyce regularly works with information knowledge applications to assist Hogan Lovells attorneys and legal assistants in creating and establishing shared workspaces, finding internal information and setting up client services sites for securities and other filings. Ms. Choyce assisted Ms. Seymour in setting up a digital shared workspace for management of case pleadings, motions, documents and other information in this action.

12. Dianne Chambers is a Research Analyst in the Information Resource Center of Hogan Lovells' Washington, D.C. office. Ms. Chambers holds a Bachelor of Arts degree from Howard University and a Master of Library Science degree from Catholic University. Ms. Chambers regularly researches legal, scientific, and international policy issues for Hogan Lovells attorneys and uses public sources to obtaining information about corporations and other business entities. Before joining Hogan Lovells, Ms. Chambers was employed in a similar capacity at Crowell & Moring LLP. Before that, she worked for Lexis Nexis. Ms. Chambers assisted Ms. Edgar by performing research from available public sources about Plaintiff Western Convenience Stores.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of September 2014 at Washington, D.C.

*William L. Monts*
William L. Monts III