# EXHIBIT 1





**V-CARD**

**PHONE**
+1 202 637 6440

**FAX**
+1 202 637 5910

### WILLIAM L. MONTS, III
Partner, Washington, D.C.
william.monts@hoganlovells.com

William "Tripp" Monts is a partner in the Washington, D.C. office of Hogan Lovells US LLP. Since joining the firm in 1989, Tripp has spent the bulk of his practice representing clients in numerous industries in antitrust and complex litigation matters. He has represented major American automobile manufacturers and their related businesses in several cases alleging an array of antitrust claims, including price fixing and other agreements to restrict output, market allocation, concerted refusal to deal, unlawful tying, monopolization, and attempted monopolization. In the petroleum industry, Tripp has represented integrated oil companies in litigation matters alleging various antitrust violations arising from the production, transportation, and sale of crude oil and the distribution of gasoline and other refined petroleum products and on pricing and other distribution issues. He has also advised a major state-owned oil company and represented a foreign government in litigation matters challenging alleged crude oil output restrictions. Tripp has also handled antitrust litigation matters for many other businesses, including software companies, insurance companies, pharmaceutical manufacturers, major retailers, and hospitals and other health care providers, among others.

Outside of litigation, Tripp has provided antitrust and commercial law counseling to a number of clients in the sports field. For 18 years he has advised certain college football conferences and institutions in connection with post-season football arrangements and has testified on these issues before the Antitrust Subcommittee of the Judiciary Committee of the United States Senate. He has also represented individual universities on potential antitrust issues arising under NCAA rules. Beyond intercollegiate athletics, Tripp has counseled several professional sports franchises on antitrust matters, including issues related to labor and television agreements, represented a number of professional tennis tournaments in connection with their relationships with the sport's governing bodies, and advised venue owners and stadium authorities on antitrust matters. In addition to his work with sports entities, Tripp has assisted numerous business clients on antitrust issues arising in the creation of joint ventures, on vertical distribution restraints, and under various price discrimination statutes.

### REPRESENTATIVE EXPERIENCE

- Currently representing Suncor Energy (U.S.A.) Inc. in litigation alleging unlawful price discrimination under the Robinson-Patman Act and related state-law claims. A preliminary injunction sought by the plaintiff was denied in October 2011. The case remains pending.
- Obtained summary judgment for Ford Motor Company in a case alleging unlawful market allocation and distribution restraints in the remanufactured parts business. Summary judgment was affirmed by the Sixth Circuit.
- Obtained summary judgment for Ford Motor Company in a case alleging unlawful monopolization and related state-law claims in the extended service plan business. Summary judgment was affirmed by the Fifth Circuit.
- Defeated a request for preliminary injunction in a matter brought against Ford Motor Company alleging unlawful monopolization and unlawful tying in the parts catalog business. The denial of preliminary relief was affirmed on appeal by the Fifth Circuit, and the plaintiff thereafter abandoned the case.
- Counsel to several major college athletic conferences and an independent institution in connection with the Bowl Championship Series and other predecessor arrangements to decide a national champion in intercollegiate football.

### HOGAN LOVELLS PUBLICATIONS

#### 09 JULY 2012
"Seventh Circuit paves way for increased application of U.S. antitrust laws to foreign conduct." *Antitrust, Competition, and Economic Regulation Alert*, Hogan Lovells

#### 17 FEBRUARY 2012
"A new critical path for utility mergers. FERC declines to adopt DOJ/FTC framework for merger and market-based rates analysis." *Energy Alert*, Hogan Lovells

#### 09 DECEMBER 2011
"Morgan Stanley to disgorge profits earned from anticompetitive derivative agreements." *Antitrust, Competition and Economic Regulation Alert*, Hogan Lovells

#### 21 JULY 2010
"California Supreme Court Bars Pass-on Defense for State Law Antitrust Claims." *ACER Alert*, Hogan Lovells

#### 25 JUNE 2010
"Certain Financial Hedge Arrangements Can Violate Sherman Act Section 1." *ACER (Antitrust) Alert*, Hogan Lovells

#### 15 JUNE 2010
"American Needle: The Supreme Court Evaluates Antitrust Immunity for Joint Ventures." *Antitrust, Competition and Economic Regulation Alert*, Hogan Lovells

### PRACTICES
Antitrust, Competition and Economic Regulation
Class Actions
Commercial Litigation
Alternative Dispute Resolution
Appellate
Pro Bono

### INDUSTRY SECTORS
Automotive
Sports and Recreational Facilities
Energy and Natural Resources Group
Transportation

### AREAS OF FOCUS
Antitrust counseling
Antitrust litigation
Complex litigation
Mergers and acquisitions

### EDUCATION
J.D., University of South Carolina School of Law, 1989
B.A., Yale University, 1984

### MEMBERSHIPS
Member, Antitrust Section, American Bar Association
Member, Litigation Section, American Bar Association

### BAR ADMISSIONS / QUALIFICATIONS
District of Columbia
Virginia

### COURT ADMISSIONS
U.S. Court of Appeals, Fifth Circuit
U.S. Court of Appeals, Fourth Circuit
U.S. District Court, District of Columbia

**24 FEBRUARY 2010**
"Ruling in NFL case could apply beyond sports," *Antitrust Update*, Hogan & Hartson LLP

**27 MARCH 2009**
"Life Sciences: Competition & Antitrust Update: Issue 12," *Life Sciences: Competition & Antitrust Update*, Hogan & Hartson LLP

**06 MARCH 2009**
"Supreme Court Shuns 'Price Squeeze' Theory," *Antitrust Update*, Hogan & Hartson LLP

## PUBLISHED WORKS

**AUGUST 2011**
"Antitrust Class Actions After Wal-Mart Stores, Inc. v. Dukes," *CPI Antitrust Chronicle*, Competition Policy International, Inc.

© HOGAN LOVELLS. ALL RIGHTS RESERVED. "HOGAN LOVELLS" OR THE "FIRM" REFERS TO THE INTERNATIONAL LEGAL PRACTICE THAT COMPRISES HOGAN LOVELLS INTERNATIONAL LLP, HOGAN LOVELLS US LLP AND THEIR AFFILIATED BUSINESSES, EACH OF WHICH IS A SEPARATE LEGAL ENTITY. ATTORNEY ADVERTISING. PRIOR RESULTS DO NOT GUARANTEE A SIMILAR OUTCOME.