# EXHIBIT 2





**V-CARD**

**PHONE**
+1 202 637 5774

**FAX**
+1 202 637 5910

## J. ROBERT ROBERTSON
Partner, Washington, D.C.
robby.robertson@hoganlovells.com

Robby Robertson's practice focuses primarily on antitrust, consumer protection, and commercial litigation.

Robby is the former Chief Trial Counsel for the Bureau of Competition of the U.S. Federal Trade Commission. Recently, Robby was the lead counsel for *LabCorp in FTC v. Laboratory Corporation of America*, in which the U.S. District Court denied the FTC's motion for a preliminary injunction to bar LabCorp's integration of the assets of Westcliff Laboratories. The FTC withdrew its appeal. Recently, he was also lead trial counsel for defendants in *United States v. H&R Block, et al.*, a merger case, in which the U.S. District Court granted an injunction, and he was also lead trial counsel for SunCor in *Western Convenience Stores, Inc. et al., v. Suncor Energy (U.S.A.) Inc.*, in which the court denied a preliminary injunction.

Robby also was the lead trial counsel on several other competition matters before either the Commission or federal district courts. For example, Robby led the litigation team in *FTC v. CCC Holdings, Inc.*, in which the U.S. District Court granted a preliminary injunction enjoining CCC's US$1.4 billion merger with Mitchell International Inc. The parties subsequently abandoned the merger. He was also was the lead trial counsel in the FTC's monopolization case against Intel Corporation, which was settled in August 2010, and the lead trial counsel in the *Matter of Polypore International*, a post-closing merger challenge. In Polypore, after a one-month trial, the judge and the Commission ordered a divestiture of the acquired company.

Robby was the FTC's lead trial counsel in the *Matter of Chicago Bridge & Iron, N.V.*, the first post-closing merger challenge tried at the FTC in over a decade. Following a three-month trial, the judge ordered full divestiture of the acquired company. The Commission and the Fifth Circuit affirmed. He was also the FTC's lead trial counsel in the *Matter of Union Oil Co. of California*, a standard-setting case based on Unocal's alleged monopolization of the technology market for summertime, reformulated gasoline in California. After a nearly four-month trial, the case resulted in a Consent Order granting all the relief sought in the complaint. While at the FTC, Robby also participated in many other competition matters involving the cruise line, pharmaceutical, and computer industries. He is the recipient of the FTC's Award for Distinguished Service.

While a partner at another major law firm, Robby had dozens of antitrust or commercial trials before federal and state courts, administrative agencies, or arbitration panels in the automotive, high tech, healthcare, and energy industries. He also represented clients in numerous investigations before the FTC and the U.S. Department of Justice Antitrust Division.

Prior to attending law school, Robby served more than 10 years as an officer in the U.S. Marine Corps.

### HOGAN LOVELLS PUBLICATIONS

**10 JANUARY 2014**
"Judge Rules Non-Reportable, Consummated Merger Violates U.S. Antitrust Law." *Antitrust, Competition and Economic Regulation Alert*, Hogan Lovells

**20 JUNE 2013**
"Supreme Court decision in American Express Co. v. Italian Colors Restaurant." *Class Action Alert*, Hogan Lovells

**18 JUNE 2013**
"Supreme Court overturns Eleventh Circuit in Reverse Payment Case." *Antitrust, Competition and Economic Regulation Alert*, Hogan Lovells

**02 MAY 2013**
"Hogan Lovells Antitrust, Competition and Economic Regulation Alert: Supreme Court denial of certiorari leaves exclusive dealing and loyalty discount jurisprudence in flux." *Antitrust, Competition and Economic Regulation Alert*, Hogan Lovells

**01 MAY 2013**
"Hogan Lovells Antitrust, Competition and Economic Regulation Alert: Kansas legislature overrides state supreme court's attempt to depart from U.S. Supreme Court precedent." *Antitrust, Competition and Economic Regulation Alert*, Hogan Lovells

**16 JANUARY 2013**
"DOJ continues aggressive scrutiny of consummated mergers." *Antitrust, Competition and Economic Regulation Alert*, Hogan Lovells

**12 OCTOBER 2012**
"DOJ and FTC consider NPE antitrust issues." *Antitrust, Competition and Economic Regulation Alert*, Hogan Lovells

**28 SEPTEMBER 2012**

### PRACTICES
Antitrust, Competition and Economic Regulation
Litigation and Arbitration

### AREAS OF FOCUS
Antitrust Litigation
Commercial Litigation

### EDUCATION
J.D., *with honors, Order of the Coif*, The University of Chicago Law School, 1990

B.A., *with distinction*, Virginia Military Institute, 1977

### MEMBERSHIPS
*The Antitrust Law Journal*, Editorial Chair, 2005-2009; Co-Editorial Chair, 2009-2012; Senior Editor, 2012-present

### AWARDS / RANKINGS
*Washingtonian* Magazine, Top Lawyers, Antitrust, 2013

*Legal Media Group*, Guide to the World's Leading Competition and Antitrust Lawyers, 2013

*Legal 500 US*, Antitrust, 2012-2014

*Chambers USA*, Antitrust, 2013 - 2014

*Who's Who Legal: The International Who's Who of Business Lawyers*, Competition Section, 2012-2013

BTI Client Service All-Stars, Antitrust, 2014

*PLC which lawyers?*, "Recommended" Competition Lawyer, 2012

Litigation of the Year, 2012 GCR Awards

Shortlisted, Lawyer of the Year, 2012 GCR Awards

FTC's Janet D. Steiger Award

FTC's Award for Distinguished Service

### BAR ADMISSIONS / QUALIFICATIONS
District of Columbia
Illinois
Texas

### COURT ADMISSIONS
U.S. Court of Appeals, Third

"FTC finalizes new rules related to Part 2 (non-adjudicative) investigations and attorney conduct," *Antitrust, Competition and Economic Regulation Alert*, Hogan Lovells

**06 JUNE 2012**

"Continued lack of clarity on the legality of resale price maintenance," *Antitrust, Competition and Economic Regulation Alert*, Hogan Lovells

### PUBLISHED WORKS

**30 JANUARY 2014**

"Judge Rules Non-Reportable, Consummated Merger Violates Antitrust Law," *International Law Office*

**2013**

"Administrative Trials at the Federal Trade Commission in Competition Cases," *14 Sedona Conference Journal 101*

**2013**

"Procedural and Substantive Differences in Merger Challenges by Different Authorities in the United States," *58 Antitrust Bulletin 201*

**SUMMER-FALL 2013**

"Procedural and Substantive Differences in Merger Challenges by Different Authorities in the United States," *The Antitrust Bulletin* Vol. 58, Nos. 2 & 3

**23 MAY 2013**

"Kansas legislature overrides state court departure from Supreme Court precedent," *Competition - USA*, International Law Office

### PUBLISHED WORKS PRIOR TO JOINING THE FIRM

Editor's Note, Symposium: "The Antimonopoly Law of The People's Republic of China," 75 *Antitrust Law Journal* 67 (2008)

FTC Part III Litigation: "Lessons from Chicago Bridge and Evanston Northwestern Healthcare," *Antitrust* (Spring 2006)

Editor's Note, Symposium: "The Law of Vertical Restraints in Franchise Cases and Summary Adjudication," 67 *Antitrust Law Journal* 201 (1999)

Circuit
U.S. Court of Appeals, Fourth Circuit
U.S. Court of Appeals, Seventh Circuit
U.S. Court of Appeals, Ninth Circuit
U.S. District Court, District of Columbia
U.S. District Court, District of Colorado
U.S. District Court, Northern District of Illinois
U.S. District Court, Central District of Illinois
U.S. District Court, Eastern District of Texas
U.S. District Court, Northern District of Texas
U.S. District Court, Southern District of New York

© HOGAN LOVELLS. ALL RIGHTS RESERVED. "HOGAN LOVELLS" OR THE "FIRM" REFERS TO THE INTERNATIONAL LEGAL PRACTICE THAT COMPRISES HOGAN LOVELLS INTERNATIONAL LLP, HOGAN LOVELLS US LLP AND THEIR AFFILIATED BUSINESSES, EACH OF WHICH IS A SEPARATE LEGAL ENTITY. ATTORNEY ADVERTISING. PRIOR RESULTS DO NOT GUARANTEE A SIMILAR OUTCOME.