# EXHIBIT 3



# Mary Anne Mason

Partner, Washington, D.C.

Mary Anne Mason focuses on antitrust law, competition policy, and economic regulation, appearing before federal and state antitrust enforcement agencies. Her clients include firms engaged in energy, healthcare, life sciences, pharmaceuticals, hospitality and related services, automotive and aeronautical manufacturing and distribution, steel manufacturing and recycling, software, and telecommunications.

Mary Anne's government investigations practice involves advocacy before the Department of Justice, the Federal Trade Commission, the Commodity Futures Trading Commission, and various state attorneys general in connection with allegations of anticompetitive dominant firm conduct, predatory or exclusionary conduct, and market manipulation.

Mary Anne's litigation practice includes administrative litigation and litigation before federal and state courts involving claims under Sections 1 and 2 of the Sherman Act, Section 2(a) of the Robinson-Patman Act, and Section 7 of the Clayton Act. She has litigated matters involving allegations of unlawful price-fixing, price signaling, price discrimination, predatory pricing, group boycotting, tying, monopolization, and attempted monopolization.

### Representative Experience

Advice to multiple clients involved in over-the-counter commodity derivatives markets affected by proposed CFTC rules to implement Dodd-Frank Financial Reform legislation.

Advice to global producer of carbon-based products on proposed production joint venture.

Advice to a major interstate pipeline on proposed joint venture arrangements with competitor to develop to pipeline infrastructure.

Advice to a major integrated electric utility in joint venture arrangements for development of alternative/renewable energy power plants.

HSR counsel to a major producer and recycler of steel products in a multi-jurisdictional production and marketing joint venture.

Lead counsel for refiners and gasoline distributors in gasoline pricing investigations by federal and state antitrust authorities.



T +1
F +1 202 637 5910

maryanne.mason@hoganlovells.com

#### Practices
Antitrust, Competition and Economic Regulation
Energy
Health
Litigation and Arbitration

#### Industry Sectors
Life Sciences and Healthcare
Automotive
Energy and Natural Resources Group
Technology, Media and Telecoms
Hotels, Leisure and Gaming
Transportation

#### Areas of Focus
Antitrust Regulation
Energy Regulation
Trade Regulation
Merger Clearance
Government Investigations

#### Education
J.D., *cum laude*, Georgetown University Law Center, 1983
B.A., The College of William and Mary, 1970

#### Memberships

Advice to providers of revenue management products to participants in the hospitality and travel industries.

Representation of a major international producer of crude oil in class action lawsuits alleging unlawful conspiracy to fix the prices of refined petroleum products.

Advice to equity investors and customers in connection with mergers investigations involving markets for oil and gas; petrochemicals; financial services; renal dialysis care centers; prescription benefit management services; geophysical survey services; software and networking services and natural gas storage and processing services.

HSR counsel to TransCanada Pipeline Corporation in its successful acquisition of ANR Pipeline Company, ANR Storage Company, and Great Lakes Pipeline Company.

HSR counsel to a competing bidder in a hostile takeover effort of a firm with assets in the immunohistochemistry markets.

HSR counsel to a competing bidder for assets in the petrochemical industry being divested pursuant to a merger consent agreement with the Federal Trade Commission.

HSR counsel to a competing bidder in a hostile takeover effort of a regional firm involved in equipment rental services to the hospitality industry.

HSR counsel to Mobil Corporation in its merger with Exxon.

Litigation counsel to Wal-Mart in defense of class action lawsuit alleging unlawful price discrimination in the sale of prescription drugs.

Lead counsel to Peabody Energy Corp. in connection with a Department of Justice investigation of alleged tacit agreements to restrict output.

Lead counsel for major consumers of coal in opposition to the proposed merger of Arch Coal and Triton Energy Company.

Antitrust and regulatory counsel to Southern California Edison Company in efforts to seek redress for market manipulation, monopolization, and attempted monopolization during the California energy crisis.

Member, Antitrust Law Section, American Bar Association

Vice Chair, Antitrust Section, Exemptions and Immunities Committee

Vice Chair, Antitrust Section, Unilateral Conduct Committee

Chair, Antitrust Section, Fuels and Energy Industry Committee

**Bar Admission**

District of Columbia

**Court Admissions**

U.S. Court of Appeals, District of Columbia Circuit
U.S. Court of Appeals, Fourth Circuit
U.S. Court of Appeals, Fifth Circuit
U.S. Court of Appeals, Seventh Circuit
U.S. Court of Appeals, Ninth Circuit

**Languages**

Spanish

### Recent Presentations
**2006**
"Searching for Liability Standards under Section 2 of the Sherman Act," 2006 Spring Meeting, Section of Antitrust Law of the American Bar Association

**31 March 2005**
"Hot Topics in Section 2: News from the EC: 'Ubiquitous' Microsoft or Abuse of Dominance?" ABA Antitrust Section Spring Meeting

**02 March 2005**
"Navigating Multijurisdictional Standards for Dominant Firm Conduct," Teleseminar for the American Bar Association