# EXHIBIT 4





**TRACY L. JANUZZI**
Associate, Washington, D.C.
tracy.januzzi@hoganlovells.com

**V-CARD**

**PHONE**
+1 202 637 5593

**FAX**
+1 202 637 5910

Tracy L. Januzzi is an associate in our Washington, DC office, advising clients on antitrust and competition matters. Her practice focuses on antitrust litigation, government investigations, and antitrust clearance of mergers and acquisitions. She also counsels clients on a wide range of antitrust compliance issues.

In addition to her antitrust practice, Tracy is active in the firm's pro bono efforts. Most recently, she has worked on matters involving immigration law and landlord-tenant law.

Prior to joining Hogan Lovells, Tracy served as a judicial law clerk to The Honorable Christine Odell Cook Miller of the United States Court of Federal Claims and to The Honorable Marcus D. Williams of the Fairfax County Circuit Court. While in law school, Tracy was the Managing Editor of the Catholic University Law Review.

### REPRESENTATIVE EXPERIENCE

- Antitrust counsel to Arris in its US$2.35 billion acquisition of Google Inc.'s Motorola Home business
- Representing Ford Motor Co. as plaintiff's counsel in class-action opt-out litigation against manufacturers of polyurethane foam
- Antitrust counsel to client in multi-jurisdictional investigation of the sale of its majority interest in a joint venture

### HOGAN LOVELLS PUBLICATIONS

**01 MAY 2013**
"Hogan Lovells Antitrust, Competition and Economic Regulation Alert: Kansas legislature overrides state supreme court's attempt to depart from U.S. Supreme Court precedent," *Antitrust, Competition and Economic Regulation Alert*, Hogan Lovells

### PUBLISHED WORKS

**JULY 2013**
"Declining to State Its Enforcement Intentions: Insights from the DOJ's Business Review Letter to IPXI, Inc." *Perspectives in Antitrust*, Vol. 1, No. 7, ABA Civil Practice & Procedure Committee Young Lawyers Advisory Panel

**23 MAY 2013**
"Kansas legislature overrides state court departure from Supreme Court precedent," *Competition - USA*, International Law Office

**SPRING 2013**
"We are... Facing an Uphill Battle: The Weaknesses in Governor Corbett's Suit Against the NCAA," *Antitrust Law Committee Newsletter*, Vol. 1,2, ABA Young Lawyer Division Antitrust Law Committee (2013)

### PRACTICES

Government Regulatory

Antitrust, Competition and Economic Regulation

### EDUCATION

J.D., *magna cum laude*, Catholic University of America, 2010

B.S. Business Administration, *summa cum laude*, Susquehanna University, 2007

### MEMBERSHIPS

Member, American Bar Association

Member, Antitrust Section, American Bar Association

### BAR ADMISSIONS / QUALIFICATIONS

District of Columbia

Virginia

### COURT ADMISSIONS

Supreme Court of Virginia

U.S. Court of Federal Claims

District of Columbia Court of Appeals

© HOGAN LOVELLS. ALL RIGHTS RESERVED. "HOGAN LOVELLS" OR THE "FIRM" REFERS TO THE INTERNATIONAL LEGAL PRACTICE THAT COMPRISES HOGAN LOVELLS INTERNATIONAL LLP, HOGAN LOVELLS US LLP AND THEIR AFFILIATED BUSINESSES, EACH OF WHICH IS A SEPARATE LEGAL ENTITY. ATTORNEY ADVERTISING. PRIOR RESULTS DO NOT GUARANTEE A SIMILAR OUTCOME.