# EXHIBIT 5





### CHRISTINE HABEEB
Associate, Washington, D.C.
christine.habeeb@hoganlovells.com

Christine Habeeb is an associate in our Washington, D.C. office. Her practice focuses on antitrust litigation, merger investigations, and Hart-Scott-Rodino Act compliance. She advises clients on a number of competition and policy issues, including the Sherman Act, the Clayton Act, the Robinson-Patman Act, and the FTC Act.

Prior to joining Hogan Lovells, Christine clerked for the Honorable Chief Judge Yvette Kane of the Middle District of Pennsylvania. In law school, Christine was an articles editor of the *Indiana Law Journal*.

**V-CARD**

**PHONE**
+1

**FAX**
+1 202 637 5910

### REPRESENTATIVE EXPERIENCE

- Secondee to American Express Chief Antitrust Counsel, advising on mergers and acquisitions, litigation matters, compliance programs, and contractual relationships with suppliers and vendors, among other things
- Counsel to ARRIS Group in its US$2.2 billion acquisition of the Motorola Home business from Google
- Counsel to Verizon in its US$3.6 billion acquisition of spectrum from a consortium of cable companies and the creation of joint marketing/development agreements
- Counsel to Laboratory Corporation of America in FTC challenge to Laboratory Corporation's acquisition of Westcliff Medical Laboratories, Inc.
- Counsel to 2nd Story Software and H&R Block in DOJ challenge to proposed purchase of 2nd Story Software by H&R Block
- Counsel to clients in ongoing federal government investigations and class actions

### PRACTICES

Antitrust, Competition and Economic Regulation

Government Regulatory

Litigation and Arbitration

Mergers and Acquisitions

### INDUSTRY SECTORS

Financial Institutions

Healthcare Services

Technology, Media and Telecoms

Technology

Consumer

### EDUCATION

J.D., *summa cum laude*, Indiana University Maurer School of Law, Bloomington, 2008

B.A., *cum laude*, University of Notre Dame, 2005

### MEMBERSHIPS

Member, Antitrust Section, ABA

Member, Women's Bar Association

### BAR ADMISSIONS / QUALIFICATIONS

District of Columbia

Pennsylvania

### LANGUAGES

French

© HOGAN LOVELLS. ALL RIGHTS RESERVED. "HOGAN LOVELLS" OR THE "FIRM" REFERS TO THE INTERNATIONAL LEGAL PRACTICE THAT COMPRISES HOGAN LOVELLS INTERNATIONAL LLP, HOGAN LOVELLS US LLP AND THEIR AFFILIATED BUSINESSES, EACH OF WHICH IS A SEPARATE LEGAL ENTITY. ATTORNEY ADVERTISING. PRIOR RESULTS DO NOT GUARANTEE A SIMILAR OUTCOME.