# EXHIBIT 6

Anna K. Edgar - Our People - Hogan Lovells

Page 1 of 1





**ANNA K. EDGAR**
Associate, Denver
anna.edgar@hoganlovells.com

Anna Edgar's practice focuses on complex commercial litigation, including commercial contracts, business torts, property securities, employment, tax, and environmental matters. She assists clients with all aspects of litigation strategy, pleadings, discovery, pretrial motions and hearings, settlement negotiations, trial work, and appellate proceedings.

Anna also has extensive experience advising clients on responding to government investigations involving the False Claims Act and the Anti-Kickback Statute, including management of electronic discovery and response to subpoenas.

She was appointed by the U.S. Court of Appeals for the Tenth Circuit as a Criminal Justice Act Panel Member in April 2010 and has briefed and argued a criminal appeal in the Court.

Prior to joining our legal practice, Anna was a law clerk to The Honorable Deanell R. Tacha of the U.S. Court of Appeals for the Tenth Circuit. During law school, she served as executive editor and executive board member of the *Georgetown Law Journal*.

**V-CARD**

**PHONE**
+1

**FAX**
+1 303 899 7333

### PUBLISHED WORKS

**28 JUNE 2012**
"Lone Pine Procedure Successful in Fracking Case," *Environmental Litigation*, American Bar Association

### PRACTICES
Litigation, Arbitration and Employment

Environmental Litigation

### EDUCATION
J.D., *magna cum laude*, Order of the Coif, Georgetown University Law Center, 2006

B.A., *summa cum laude*, American University, School of International Service, 2001

### MEMBERSHIPS
Member, Colorado Bar Association

Member, American Bar Association

Executive Committee, Denver Bar Association, Younger Lawyers Division

Board Member, Colorado "I Have a Dream" Foundation

### AWARDS / RANKINGS
*Law Week Colorado*, Up and Coming Lawyer, 2010

*Super Lawyers*, Colorado Rising Stars in General Litigation, 2010

### BAR ADMISSIONS / QUALIFICATIONS
Colorado

### COURT ADMISSIONS
U.S. District Court, District of Colorado

U.S. Court of Appeals, Tenth Circuit

U.S. Court of Appeals, Fifth Circuit

U.S. Tax Court

U.S. Court of Federal Claims

© HOGAN LOVELLS. ALL RIGHTS RESERVED. "HOGAN LOVELLS" OR THE "FIRM" REFERS TO THE INTERNATIONAL LEGAL PRACTICE THAT COMPRISES HOGAN LOVELLS INTERNATIONAL LLP, HOGAN LOVELLS US LLP AND THEIR AFFILIATED BUSINESSES, EACH OF WHICH IS A SEPARATE LEGAL ENTITY. ATTORNEY ADVERTISING. PRIOR RESULTS DO NOT GUARANTEE A SIMILAR OUTCOME.