# EXHIBIT 7

William H. Rawson - Washington, D.C. - Lawyer - Our People - Hogan Lovells          Page 1 of 1





**WILLIAM H. RAWSON**
Associate, Washington, D.C.
william.rawson@hoganlovells.com

V-CARD

PHONE
+1

FAX
+1 202 637 5910

Will Rawson focuses on antitrust litigation, antitrust clearance of mergers and acquisitions, and non-merger antitrust investigations. He also provides counseling for firm clients on a range of antitrust issues, including joint ventures and antitrust compliance. Will assists in representing clients in matters before the U.S. Federal Trade Commission (FTC), the Antitrust Division of the U.S. Department of Justice (DOJ), and various U.S. Attorneys' Offices.

Prior to joining Hogan Lovells, Will served as a law clerk to the Honorable William H. Pryor Jr. of the U.S. Court of Appeals for the Eleventh Circuit.

**REPRESENTATIVE EXPERIENCE**

- Member of team that defended H&R Block from the DOJ's challenge of H&R Block's acquisition of TaxACT (*United States v. H&R Block*, 2011).
- Member of team that negotiated settlement with the FTC to allow Laboratory Corporation of America to acquire Orchid Cellmark (2011).
- Member of team that successfully defended Laboratory Corporation of America from the FTC's challenge of LabCorp's acquisition of Westcliff Medical Laboratories.
- Member of team that secured unanimous FTC commissioner vote approving Google's acquisition of AdMob (2009–2010).

**HOGAN LOVELLS PUBLICATIONS**

**17 DECEMBER 2012**
"Key developments in "reverse payment" dispute: the Supreme Court agrees to weigh in, and a NJ court refuses to condemn exclusive authorized generics." *Antitrust, Competition and Economic Regulation Alert*, Hogan Lovells

**09 NOVEMBER 2012**
"Likely antitrust enforcement during President Obama's second term." *Antitrust, Competition and Economic Regulation Alert*, Hogan Lovells

**14 AUGUST 2012**
"FTC issues advisory opinion approving drug shortage initiative." *Antitrust, Competition and Economic Regulation Alert*, Hogan Lovells

**09 JULY 2012**
"Seventh Circuit paves way for increased application of U.S. antitrust laws to foreign conduct." *Antitrust, Competition, and Economic Regulation Alert*, Hogan Lovells

**19 JUNE 2012**
"Third Circuit rules in favor of FTC view on pharmaceutical patent settlements; next stop, Supreme Court?" *Antitrust, Competition, and Economic Regulation Alert*, Hogan Lovells

**JUNE 2012**
"Life Sciences Antitrust and Competition Update." *Life Sciences Antitrust and Competition Update*, Hogan Lovells

**08 DECEMBER 2011**
"Life Sciences Antitrust and Competition Newsletter." *Life Sciences: Competition & Antitrust Alert, Issue 18*, Hogan Lovells

**PRACTICES**

Antitrust, Competition and Economic Regulation

Government Regulatory

**EDUCATION**

J.D., Stanford Law School, 2008

B.A., *magna cum laude*, Middlebury College, 2005

**MEMBERSHIPS**

Member, Section of Antitrust Law, American Bar Association

**BAR ADMISSIONS / QUALIFICATIONS**

District of Columbia

Maryland

© HOGAN LOVELLS. ALL RIGHTS RESERVED. "HOGAN LOVELLS" OR THE "FIRM" REFERS TO THE INTERNATIONAL LEGAL PRACTICE THAT COMPRISES HOGAN LOVELLS INTERNATIONAL LLP, HOGAN LOVELLS US LLP AND THEIR AFFILIATED BUSINESSES, EACH OF WHICH IS A SEPARATE LEGAL ENTITY. ATTORNEY ADVERTISING. PRIOR RESULTS DO NOT GUARANTEE A SIMILAR OUTCOME.