IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation;
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs and Counterclaim Defendant,

vs.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Defendant and Counterclaimant

and

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Third-Party Plaintiff

vs.

HOSSEIN TARAGHI and DEBRA LYNN TARAGHI,

    Third-Party Defendants.

**DECLARATION OF ANTHONY J. SHAHEEN IN SUPPORT OF DEFENDANT, COUNTERCLAIMANT AND THIRD-PARTY PLAINTIFF SUNCOR ENERGY (U.S.A.) INC.'S MOTION FOR ATTORNEYS' FEES AND RELATED NON-TAXABLE EXPENSES**

I, Anthony J. Shaheen, declare as follows:

1. I am above the age of eighteen (18) and not a party to this action. If called as a witness in this matter, I could and would, testify competently to the following matters.

2. I am a partner in the law firm of Holland & Hart LLP, where I have practiced since March 1, 2007, principally in the area of natural resources litigation. Prior to joining Holland & Hart, I had been a partner in Davis, Graham & Stubbs, LLP (1990-2007) in its natural

- 2 -

resources department.  Hogan Lovells and Holland & Hart LLP were counsel to Suncor Energy (U.S.A.) Inc. ("Suncor") in this matter.  I make this declaration for the purpose of providing summaries of the relevant qualifications and experience of the persons at Holland & Hart LLP and others for which Suncor seeks fees.

3.      Attached as Exhibit 1 is a true and correct copy of my professional profile that appears on the Holland & Hart website.

4.      Attached as Exhibit 2 are true and correct copies of the professional biographies of other Holland & Hart professionals who worked on this case, arranged in alphabetical order, as they appear today on the Holland & Hart website or, in the case of those professionals who have left Holland & Hart, at the time when they were working on this case.

5.      Attached as Exhibit 3 are true and correct copies of the resumes of Jason Bullinger and David Carter who work in graphics at Holland & Hart.

6.      Attached as Exhibit 4 are true and correct copies of the resumes of Jean Arnold and others at the law firm of Arnold & Arnold, LLP, who are providing services to Suncor in connection with the judgment that was entered in favor of Suncor on its counterclaim for money due and owing for gasoline that Western Convenience took but did not pay for and on its third party claim against the Taraghis under their personal guaranty.

7.      Attached as Exhibit 5 are the resumes of the experts that Suncor retained in this case.  Dr. Furey provided services in connection with fuel testing when both branded and unbranded gasoline were part of Western Convenience's Robinson-Patman Act claim.  Dr. Griffin and Dr. Schulman are economists with the Berkeley Research Group, LLC.  Attached also are the resumes of people at Berkeley Research who supported Drs. Griffin and Schulman.

8. Attached as Exhibit 6 are the resumes of attorneys at Gibson Arnold & Associates, Inc. who performed document review, as contract attorneys, in connection with Suncor's production of e-discovery documents, principally emails and spreadsheets.

9. Resumes are not available for Aaron Schneider (who left Holland & Hart during the case to join the Polsinelli firm which also represented Western Convenience and the Taraghis), Joanna Schaefer (who left Holland & Hart after discovery was completed) and Aleta Johnson (who is still with Holland & Hart).  These individuals performed services as part of Holland & Hart's Practice Support group in connection with the production of documents and document control through the Ringtail platform which Holland & Hart uses.  Mr. Schneider's title was "Litigation Support Analyst" and he was responsible for managing, administering and supporting litigation applications for case management solutions.  Ms. Schaefer's title was "Litigation Support Technician" and she assisted the litigation support analysts with case management including the processing and loading of documents into a review platform.  Ms. Johnson's title is "Litigation Support Manager" and she is responsible for general oversight and support.

10. Resumes are not available for Rachel Nelson and Dagfinn Senturia who work in Holland & Hart's Library Department and provided research support for this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of September 2014 at Denver, Colorado.

_s/ Anthony J. Shaheen_____
Anthony J. Shaheen

7144609_1