# EXHIBIT 1

**E X H I B I T 1**



## Anthony J. Shaheen
**Partner**

Mr. Shaheen has successfully tried natural resources cases for more than 25 years. His courtroom experience and industry knowledge give his clients the leading edge when facing disputes. Mr. Shaheen's achievements include obtaining verdicts for his clients that have permanently altered oil and gas law in Colorado.

Mr. Shaheen is experienced in complex, multi-party litigation, both civil and criminal. His practice emphasizes natural resources litigation where he has represented oil and gas and coal companies in cases where the damages alleged exceeded hundreds of millions of dollars. He has litigated and tried important oil and gas cases throughout the Rocky Mountain Region. He has also litigated and tried numerous other types of natural resources cases including those seeking damages for breach of contract, underpaid royalties, operational issues and environmental contamination. Mr. Shaheen excels at making complicated information simple and understandable for judges and juries.

His extensive experience also includes personal injury and products liability litigation. He has represented automobile manufacturers and distributors, heavy equipment manufacturers, military contractors and pharmaceutical companies.

Mr. Shaheen has defended and tried criminal cases, ranging from a criminal action brought for violation of the Resource Conservation and Recovery Act to first-degree murder.

Mr. Shaheen is admitted to practice in the states of Colorado and North Dakota.

- Read Less



**Denver**

P 303-295-8054

**Related Practices**
Oil and Gas
Natural Resources Litigation
Environment, Energy, and Natural Resources

**Education**
University of Michigan (J.D., 1984)
*magna cum laude*

Order of the Coif

University of Michigan (Ph.D.)

University of Michigan (M.A.)

University of Notre Dame (B.A.)
*magna cum laude*

Phi Beta Kappa

**Bar Admissions**

Colorado

North Dakota

### Experience

**REPRESENTATIVE MATTERS**

Obtained defense verdict for refinery on antitrust claim that it engaged in price discrimination in violation of the Robinson-Patman Act.

In a case of first impression in Wyoming, obtained defense verdict for major oil and gas company for alleged breach of joint operating agreement by prevailing on the defense of laches. The verdict was affirmed by the Wyoming Supreme Court which held that laches was an available defense to a breach of contract claim even though the statute of limitations had not run and that the defense had been proven.

Recently obtained the first defense verdict in a case brought under *Rogers v. Westerman Farm Co.*, a landmark Colorado Supreme Court decision which dramatically changed Colorado oil and gas law. The case was a class action comprised of 2,500 members in which the class alleged that the producer had underpaid royalties because the gas was not in marketable condition until after it had been processed into residue gas and natural gas liquids. The jury disagreed and found that the gas was in marketable condition at the wellhead and that the producer was properly paying royalties to the class.

Lead trial counsel for 100 named oil company defendants and a defendant class of 3,000 royalty owners involving ownership of the coalbed methane underlying the Southern Ute Indian Reservation. The United States Supreme Court affirmed judgment in favor of the defendants and the class in 1999.

Obtained acquittal in criminal environmental trial for violation of the Resource Conservation and Recovery Act

Successfully sued the Ute Indian Tribe of the Uintah and Ouray Reservation, Utah, in Denver District Court, defeating claim of sovereign immunity

Obtained defense verdict and award of attorneys fees and costs in the amount of $750,000 where damages requested in closing argument were $9 million for breach of joint operating agreement

Won summary judgment on wrongful death claim as the result of an oil field accident

Obtained defense verdict for major automobile manufacturer in products liability case for personal injuries sustained when gas tank exploded

### Honors & Awards

- *The Best Lawyers in America*© Energy Law and Natural Resources Law (1999-2015)
- Colorado Super Lawyers®, Energy and Natural Resources (2010-2014)

### News

71 Holland & Hart Attorneys Named 2014 Colorado Super Lawyers®

Natural Gas Producer, K.P. Kauffman Company, Inc., Wins First Royalty Case Under Rogers

97 Holland & Hart Attorneys Named Best Lawyers in America

### Speaking Engagements

**Planning for Litigation, Mediation and Arbitration**

Denver Association of Petroleum Landmen

**Practical Considerations For Defending A Royalty Case**

RMMLF, Special Institute on Oil and Gas Royalties

**Royalties: So you Think You Are Doing It Right?**

National Association of Lease and Title Analysts

**Avoiding Royalty Litigation**

COPAS Spring 2012 National Meeting

**Defending Against Royalty Claims**

Denver Association of Division Order Analysts

**Issues in Royalty Litigation**

Petroleum Accountants Society of Oklahoma, Tulsa