# EXHIBIT 2

E
X
H
I
B
I
T

2

Barry C. Bartel | People | Holland & Hart LLP                                                    http://www.hollandhart.com/bcbartel/



## Barry C. Bartel
**Of Counsel**



With more than 20 years of professional experience, Mr. Bartel's extensive knowledge of natural gas litigation and royalty disputes, as well as his experience with a broad range of natural resource and commercial litigation, enable him to help his clients reach favorable resolutions to their disputes. His ability to move between law practice and executive leadership demonstrates the unique skills he brings to litigating complex cases – situations in which analyzing new issues and developing strategies for unique and difficult circumstances are critical.

Mr. Bartel has tried multiple cases as assistant at the Denver City Attorney's office, and he has handled cases involving contract and business disputes with stakes in the thousands of dollars and with stakes of over a million dollars. He has been an integral part of teams handling complex class action litigation with stakes in the tens or hundreds of millions of dollars. His involvement ranges from advising clients how to avoid disputes; to assessing, negotiating, mediating, or litigating; to dealing with appeals.

Mr. Bartel's roles as director of an international development organization and as college president honed analytical, negotiating, strategic and creative thinking, speaking, and writing skills. He developed skills in solving problems in different arenas, and his experience interacting as a consumer of legal services now helps him relate to in-house counsel and senior business leaders dealing with complex issues and disputes. Just as he learned Creole and Spanish for leadership roles in Haiti and Bolivia, and learned the language of oil and gas for royalty and other disputes in the industry, Mr. Bartel is equipped to learn the language of other unique situations to help individuals, organizations, and businesses prevent, manage, and resolve disputes.

Mr. Bartel is admitted to practice in all state and federal courts in Colorado and in the Tenth Circuit Court of Appeals. He has also been admitted to practice for cases in federal court in Louisiana and in an Oklahoma state court pro hac vice and federal courts in Oklahoma.

- Read Less

**Denver**

P 303-295-8328

**Related Practices**

Oil and Gas
Employment Class Actions
Business/Commercial Litigation
Environmental Litigation
Natural Resources Litigation
Appellate
American Indian Law
Environment, Energy, and Natural Resources
Litigation

**Education**

Bethel College (B.A., 1984)
*summa cum laude*

Willamette University College of Law (J.D., 1991)
*magna cum laude*

Certificate in Dispute Resolution

Editor-in-Chief, *Willamette Law Review* (1990-1991)

High Honors: Legal Research and Writing

**Bar Admissions**

Colorado

**Court Admissions**

Tenth Circuit Court of Appeals

**Spoken Languages**

Spanish

Haitian Creole

### Experience

**PROFESSIONAL EXPERIENCE**

President, Bethel College
North Newton, Kansas 2006-2009
Chief Executive for small liberal arts college in central Kansas

Associate Attorney, Holland & Hart LLP
Denver, Colorado 2003-2006
Trial Associate in large full-service law firm, focusing on complex commercial litigation involving natural resources

Co-Director, Mennonite Central Committee Bolivia Program
Santa Cruz, Bolivia 1998-2003
Directed one of MCC's larger programs, with a multinational staff of about 70 workers, half from Bolivia and half from up to six other countries, working primarily in Spanish

Associate Attorney, Davis Graham & Stubbs LLP
Denver, Colorado 1993-1997
Trial Associate in large full-service law firm, including two-month program assisting Denver City Attorney's office

Judicial Law Clerk: Justice Richard L. Unis, Oregon Supreme Court
Salem, Oregon, 1991 – 1993
Prepared memoranda recommending cases for review; prepared, edited, and discussed draft opinions

Law Clerk: Clark, Lindauer, McClinton, Krueger, Fetherston & Edmonds

Salem, Oregon, 1989 – 1991
Researched legal issues; wrote memoranda, motions, and correspondence

Research Assistant: Professor Carlton Snow
Salem, Oregon, 1988 – 1989
Assisted with research and writing related to arbitration opinions

Project Coordinator: MCC Rural Community Development Project
Bois de Laurence, Haiti, 1985 – 1988
Coordinated leadership and administration of project which emphasized
agriculture and health training

### REPRESENTATIVE LEGAL MATTERS

Participated in defense of multiple class actions for underpayment of royalty in
Colorado, Oklahoma, and New York, which either are ongoing or have resulted in
favorable settlements.

Advised companies regarding tribal IMDA and allottee oil and gas leases on
Indian lands, as well as issues involving sovereignty and dispute resolution.

Advised companies regarding recoupment of overpayment of royalty.

Defended claim for failure to pay gross production taxes on natural gas
production.

Defended claims for failure to satisfy leasing obligations in operation of natural
gas well, resulting in favorable settlement.

Represented company seeking exclusion from water district resulting in dismissal
of Petition for Organization.

Litigated jurisdictional issues involving personal jurisdiction.

Obtained summary judgment (affirmed on appeal) in $5 million claim for
trademark infringement.

Participated in teams litigating contract claims regarding coal mining; claims for
breach of contract involving aerospace industry; claims for indemnification
related to verdict on royalty claims; claims under the False Claims Act; ownership
of coalbed methane; claims for improper payment of federal royalties; claims for
breach of implied duty to develop under oil and gas leases; and dispute
regarding interpretation of conveyance of interests in oil and gas leases.

Prepared analysis of federalism issues related to applying 28 U.S.C. § 1746
(relating to sworn declarations under penalty of perjury) to state court
proceedings for the ABA International Litigation Section.

Provided pro bono legal assistance in contract action involving damage to art
studio; in evaluating and confirming water rights for church camp; and in
modification of bylaws for local congregation and regional church conference.

### Memberships & Affiliations

- Member, Colorado Bar Association Natural Resources and Energy Law Section
  Executive Council, 2014-present
- Member, American Bar Association
- Member, Colorado Bar Association
- Member, Denver Bar Association

### Publications

Oil and Gas 2013 Annual Report (Colorado)

*ABA Environment, Energy, and Resources Law Journal, The Year in Review
2013,* p. 210 and 51 RMMLF Journal (publication pending)

Author(s): Barry Bartel, and Jeanine Feriancek

**What You Didn't Say: Implied Obligations at the Cutting Edge of Natural Gas Development**

*ABA Natural Gas Resources Litigation Newsletter, Vol. 2, No. 1, December 2013*
Author(s): Barry Bartel

**Oil and Gas 2012 Annual Report (Colorado)**

*ABA Environment, Energy, and Resources Law Journal, The Year in Review 2012, p. 244 and 50 RMMLF Journal No. 1, p. 90, 2012*
Author(s): Barry Bartel, and Jeanine Feriancek

**Oil and Gas 2011 Annual Report (Colorado)**

*ABA Environment, Energy, and Resources Law Journal, The Year in Review 2011, p. 258 and 49 RMMLF Journal No. 1 p. 125*
Author(s): Barry Bartel, and Jeanine Feriancek

**Oil and Gas 2010 Annual Report (Colorado)**

*ABA Environment, Energy, and Resources Law Journal, The Year in Review 2010, p. 261 and 48 RMMLF Journal No. 1 p. 191*
Author(s): Barry Bartel, and Jeanine Feriancek

**International Litigation Year in Review**

*ABA International Lawyer, 40:2, 275, Summer 2006, pp. 297-99*
Author(s): Barry Bartel
Co-author(s): Meshach Y. Rhoades

**Legal Developments in 2005 Affecting the Oil and Gas Exploration and Production Industry**

*ABA Environment, Energy, and Resources Law Journal, 2006, p. 194 and 43 RMMLF Journal No. 1*
Author(s): Barry Bartel, and Jeanine Feriancek

**Book Review of Douglas Noll's Peacemaking: Practicing at the Intersection of Law and Human Conflict**

*Published in Mennonite Life, volume 50:4, December 2004, 476*
Author(s): Barry Bartel

**The Migrant Workers Convention: Its Place in Human Rights Law**

*25 International Migration Review, 771*
Author(s): Barry Bartel
Co-author(s): James A. R. Nafziger

**Med – Arb as a Distinct Method of Dispute Resolution: History, Analysis, and Potential**

*27 Willamette Law Review 661*
Author(s): Barry Bartel

**Tort Law and the Safety Belt Defense: Analysis and Recent Oregon Developments**

*26 Willamette Law Review 517*
Author(s): Barry Bartel

**Animation in Haiti: MCC Haiti's Experience with Rural Community Development**

Author(s): Barry Bartel

**Communication Skills and Conflict Resolution**

*Faith and Life Press, revised as "Let's Talk: Communication Skills and Conflict Transformation," Faith and Life Press (2000)*
Author(s): Barry Bartel

Speaking Engagements

April 11, 2014                                   **Colorado Gas Royalty Law at the Intersection of Implied Covenants**

**and Class Treatment: A Look Back and a Look Forward**

Speaker, Natural Resources Section of the Colorado Bar Association

**Community Involvement**

- Involved with pro bono legal work, served as a volunteer mediator, and led workshops on conflict management in Denver area churches
- Held leadership positions in Mennonite church organizations and served in various positions on boards of non-profit organizations
- Served as a consultant with respect to the earthquake response in Haiti
- Served three years in Haiti and five years in Bolivia providing leadership to international development programs working to improve economic well-being of local populations
- Has spoken extensively in his leadership roles in international development in Bolivia and as college president; speaking has involved public presentations for alumni, convocation presentations to the college campus community, board presentations on strategic planning, presentations to potential donors as part of a capital campaign, sermons to church audiences, presentations for training, and many others
- Member, Investment Committee of Mennonite Education Committee
- Member, Mennonite Mission Network Board
- Member, Dialogue Resource Team of the Mountain States Mennonite Conference



HOLLAND&HART

## Katherine P. Bell
**Paralegal**

Katherine Bell has significant experience in the natural resource field. She has worked extensively in the areas of Environmental and Oil & Gas Law and has been involved in significant oil and gas royalty litigation. She has been responsible for document productions in royalty cases, in which the documents produced exceeded 350 boxes and over 35 CD's. She has also participated in six bench and jury trials, including three oil and gas royalty cases, where the damages claimed ranged from $1 million to over $45 million, and she had total responsibility for the overall management of the trial logistics, exhibits and courtroom technology. Ms. Bell is also trained in Summation, PowerPoint and Sanctions.



**Denver**

**P** 303-295-8096

**Related Practices**
Natural Resources Litigation
Oil and Gas

**Education**
Arapahoe Community
College (A.S., 1985)

Kathleen Benegar | People | Holland & Hart LLP                     http://www.hollandhart.com/professionals/uniEntity.aspx?xpST=Pro...



### Kathleen Benegar
**Paralegal**

Ms. Benegar has been with Holland & Hart for nearly 20 years. During that time, she has skillfully assisted in tort litigation, worked on behalf of both the plaintiff and the defense, drafted pleadings, arranged for service of process, prepared discovery requests and responses, done trial preparation and participation, and analyzed for privilege and relevance.

Ms. Benegar also does legal and medical research, preparation of chronologies, client interaction, and case management.

Prior to joining Holland & Hart, Ms. Benegar worked as a registered nurse.

- Read Less

**Honors & Awards**

- Colorado Lawyers' Committee annual "Lawyer/Team of the Year" award (2012)

**Denver**

P 303-295-8439

**Education**

Denver Paralegal Institute
(Paralegal Certificate, 1993)

University of Colorado
(M.A., 1985) Political
Science

University of Colorado
(B.A., 1981) *magna cum
laude*

Holy Cross Hospital School
of Nursing (R.N., 1955)

Michael A. Boggs | People | Holland & Hart LLP                    http://www.hollandhart.com/maboggs/



## Michael A. Boggs
**Director of Practice Support**

Mr. Boggs has over 16 years experience working with technology in the legal industry. He oversees all legal applications within the firm. While much of his time is spent supporting the discovery management lifecycle, Mr. Boggs also routinely advises lawyers and clients alike on other value the Practice Support Group can deliver. In 2013, the International Legal Technology Association recognized Mr. Boggs with its Litigation Support Professional of the Year Distinguished Peer Award.

Mr. Boggs confers with lawyers and clients to help develop custom solutions for unique needs. Directing a staff of 12, Mr. Boggs manages resources effectively and efficiently to help lawyers and clients identify and organize critical data and achieve desirable outcomes as quickly as possible. Recently, he has been instrumental in deploying new ethical wall software that provides more stringent protections without encumbering the firm's ability to retrieve critical, client information quickly and efficiently.

As the firm examines its client intake and conflicts platforms, Mr. Boggs is involved in answering practical questions about how proposed changes may affect both users and clients. Additionally, he plays a leading role in ongoing discussions regarding matter budgeting and legal project management tools as Holland & Hart explores ways to improve to give clients even more access to and control over their matters and cases.

Prior to joining Holland & Hart, Mr. Boggs was the Information Systems Director for Hennigan, Bennett & Dorman LLP. While there, he helped its professionals to achieve the best results for their clients through the use of technology. He regularly provided assistance to external clients for extranet and other technology based needs related to litigation. Mr. Boggs oversaw and also provided courtroom automation support and handled several high profile trials while at Hennigan.

Prior to joining Hennigan, Mr. Boggs provided IT support in his various roles at Baker & Hostetler, a 600-attorney law firm. Starting as a Network Administrator, he was promoted to the position of IT manager over three California offices and, after an IT reorganization, assumed the role of National Training Manager.

- Read Less



**Denver**
P 303-295-8502

**Education**
University of Oklahoma
(B.A., 1991) - Public Affairs
Administration

**Memberships & Affiliations**

- Conference Planning Committee Member – International Legal Technology Association (ILTA) (2011 – Present)
- Past Vice President/Director of Public Relations for the Colorado Association of Litigation Support Professionals – A nonprofit organization charged with the promotion of electronic discovery knowledge for litigation support professionals in Colorado (2009 – 2011)

**Speaking Engagements**

| | |
|---|---|
| March 2011 – Present | **Technology and Litigation Support Trends in Law Firms**<br>Adjunct Professor, University of Denver Sturm College of Law MSLA Program |
| May 2011 | **Managing the Information Across the Firm**<br>Speaker, LegalTech West Coast |
| January 2011 | **Creating Hyperlinked Briefs**<br>Speaker and Panelist, Brief-Lynx CLE Event |
| October 2010 | **Practicalities of eDiscovery**<br>Featured Speaker, Rocky Mountian AIIM Chapter |
| February 2010 | **In-House vs. Outsourced: How do you manage the data life cycle?**<br>Panelist, National Ringtail User Group |

|  | Meeting |
| --- | --- |
| January 2010 | **eDiscovery Jobs In a Law Firm** |
|  | Speaker, Women In eDiscovery |
| November 2009 | **Electronic Evidence and Electronics** |
|  | Speaker, The Nevada Chapter of the Federal Bar Association |
| May 2009 | **Document Retention and Destruction** |
|  | Instructor, Lorman - Overview of Document Retention and Destruction Information Challenges (day-long seminar) |
| August 2008 | **Intersection of Enterprise Search and Litigation Support** |
|  | Panelist, ILTA Annual Conference 2008 |
| August 2008 | **In-House Versus Outsourced Electronic Discovery Services** |
|  | Panelist, ILTA Annual Conference 2008 |



## Elizabeth R. Carney
**Partner**

Ms. Carney assists clients in commercializing their proprietary technology and in obtaining rights to use third party technology that they need in order to move their businesses forward.

### Experience

#### TECHNOLOGY TRANSACTIONS

Ms. Carney has extensive experience in drafting and negotiating software license and support agreements, software subscription agreements, equipment purchase and maintenance agreements as well as a wide variety of technology services agreements.

Her technology transactions practice includes work across a range of industries, including telecommunications, healthcare, aerospace, and mining.

Ms. Carney has represented Fortune 500 companies on technology transactions with vendors such as Oracle, IBM, Juniper Networks, Verizon Wireless, Wipro, Nuance Communications, BMC Software, Ingram Micro, Brightpoint, Equifax, Experian, NetCracker Technology Solutions, Syniverse Technologies, Harmonic, Imagine Communications, TeleTech, Convergys Customer Management Group, CSG Systems and Ubee Interactive.

#### REPRESENTATIVE MATTERS

- Represented a Fortune 500 telecommunications company in two long term billing system licensing transactions, each worth hundreds of millions of dollars.
- Represented one of the nation's largest cable operators in licensing a content management system and second screen technology for the purpose of synchronizing and serving up second screen content in connection with live telecasts of an NBA team's games.
- Represented a healthcare management company in a software-as-a-service transaction to receive medical and provider analytics for the purpose of analyzing a medical plan population to identify opportunities for clinical improvement, evaluate financial outcomes and accurately assess physician-level efficiency.
- Represented a Fortune 500 telecommunications company in both domestic and international WiFi roaming agreements.
- Represented one of the nation's largest cable operators in purchasing a service that translated voicemails left on a VoIP telephone line to text.
- Represented a Fortune 500 company in purchasing marketing campaign automation cloud services from Oracle.
- Represented one of the nation's largest cable operators in a multimillion dollar purchase agreement for encoders and related maintenance services.

### Memberships & Affiliations
- Member, American Bar Association
- Member, Colorado Bar Association
- Member, Denver Bar Association

### Community Involvement
- Make-A-Wish Foundation of Colorado, Inc.
  Chairman of the Board, August 2004 through August 2006
  Board Member, August 2000 through August 2006
  Advisory Board Member, 2013-present



Denver

P 303-295-8377

**Related Practices**
IP Transactions

**Education**
Yale Law School (J.D., 1993)

Georgetown University (B.S., 1990)
*magna cum laude*

Phi Beta Kappa

**Bar Admissions**

Colorado

## Memberships & Affiliations

- Member, American Bar Association

- Member, Colorado Bar Association

- Member, Denver Bar Association

## Community Involvement

- Make-A-Wish Foundation of Colorado, Inc.
  Chairman of the Board, August 2004 through August 2006
  Board Member, August 2000 through August 2006
  Advisory Board Member, 2013-present

HOLLAND&HART

## Christopher A. Chrisman
**Partner**



Chris Chrisman has extensive experience litigating a variety of disputes that arise in the natural resources industry. Mr. Chrisman has particular experience with royalty litigation, defending producers in federal and state courts against underpayment and underpricing actions in Colorado, New Mexico, and Oklahoma. In 2009, Mr. Chrisman and Holland & Hart partner Tony Shaheen obtained the first ever defense verdict in a case brought under *Rogers v. Westerman Farm Co.*, a landmark Colorado Supreme Court decision.

Beyond royalty litigation disputes, Mr. Chrisman has defended natural gas producers against allegations of mismeasurement, mineral trespass, and surface damages. Mr. Chrisman also has experience litigating commercial disputes involving well site operations, defending producers against challenges to drilling brought by environmental groups, and prosecuting claims on behalf of producers to obtain access to mineral estates.

In addition to trial experience, Mr. Chrisman practices in state and federal appellate courts, representing clients in a variety of complex, natural resources-related appeals.

Before arriving at Holland & Hart, Mr. Chrisman clerked for the Honorable Allison H. Eid of the Colorado Supreme Court. Before his clerkship, Mr. Chrisman practiced in the trial group of a Denver law firm.

He is admitted to practice in the states of Colorado and North Dakota.

- Read Less

### Experience

**REPRESENTATIVE MATTERS**

In 2009, Mr. Chrisman and Holland & Hart partner Tony Shaheen obtained the first ever defense verdict in a case brought under *Rogers v. Westerman Farm Co.*, a landmark Colorado Supreme Court decision.

### News

Natural Gas Producer, K.P. Kauffman Company, Inc., Wins First Royalty Case Under Rogers

### Publications

**Multiple Pathways: 21st Century High Schools that Prepare All Students**

*Education And The Public Interest Center (Colorado) and Education Policy Research Unit (Arizona State)*
Author(s): Christopher Chrisman
Co-author(s): Marisa Saunders

**Mind the Gap: The Missing Standard of Review Under the Second Amendment (and Where to Find It)**

*4 GEORGETOWN JOURNAL OF LAW & PUBLIC POLICY 289-332*
Author(s): Christopher Chrisman

**Article III Goes to War: A Case for a Separate Federal Circuit for Enemy Combatant Habeas Cases**

*21 JOURNAL OF LAW & POLITICS (Virginia) 31-102*
Author(s): Christopher Chrisman

**Colorado Unfair and Deceptive Trade Practices**

*UNFAIR TRADE PRACTICES: A COMPENDIUM OF STATE LAW (DRI DEFENSE LIBRARY SERIES)*
Author(s): Christopher Chrisman

**Denver**

P 303-295-8013

**Related Practices**
Environment, Energy, and Natural Resources
Environmental Litigation
Natural Resources Litigation
Oil and Gas

**Education**
University of Arizona (J.D., 2001)
*summa cum laude*
Order of the Coif
*Arizona Law Review*
Award for Best Published Note
American University (B.A., 1998)
*summa cum laude*
Phi Beta Kappa

**Bar Admissions**

Colorado

North Dakota

Co-author(s): Gale T. Miller

**Constitutional Structure and the Second Amendment: A Defense of Individual Right to Keep and Bear Arms**

*43 ARIZONA LAW REVIEW 439-464*
Author(s): Christopher Chrisman

Conor F. Farley | People | Holland & Hart LLP                                  http://www.hollandhart.com/cfarley/



## Conor F. Farley
**Of Counsel**

Mr. Farley helps his clients defend their products and technologies, and he handles cases for companies involved in domestic and international disputes over patent, trademark, copyright, trade secrets, and other technology rights. His experience includes a wide range of cases involving disputes over software ownership and performance.

Mr. Farley also helps companies with the transfer and licensing of a variety of technologies. He negotiates and drafts license agreements, vendor agreements, consulting agreements, and e-commerce agreements.

Mr. Farley has handled numerous real estate litigation cases involving disputes over construction contracts, purchase/sale agreements, landlord/tenant disputes, partition actions, quiet title actions, and private condemnations, and rights-of-way.

- Read Less



**Denver**

P 303-295-8432

**Related Practices**
Intellectual Property
IP Litigation

**Education**
College of William and Mary (B.A., 1989)

University of Virginia School of Law (J.D., 1999)
*Virginia Law Review*, Editorial Board, 1997-98, Articles Review Board, 1998-99

Bracewell & Patterson Best Brief Award

Best Legal Memorandum, Legal Research and Writing

**Bar Admissions**

Colorado

### Experience

#### REPRESENTATIVE MATTERS

After obtaining important admissions in depositions of key witnesses, Plaintiff voluntarily dismissed case in breach of contract action involving leased property and alleged eight-figure damages.

Currently representing the American Society of Composers, Authors and Publishers in copyright infringement cases.

First chair in patent infringement case involving canopies. After obtaining favorable claim construction ruling after two Markman hearings, case settled on very favorable terms.

First-chair in arbitration of dispute over ownership of proprietary non-stick technology for electrosurgical forceps. Arbitrator awarded substantial damages, attorneys' fees, and entered permanent injunction.

First-chair in evidentiary hearing held to determine damages in copyright infringement cases after liability had been found. Court awarded all damages sought and attorneys' fees and costs.

First-chair in partition of property. Judge partitioned property and provided client with preferred parcel.

Intellectual Property Litigation

Obtained favorable settlement for client in trademark/counterfeiting case. After obtaining key admissions in depositions, Defendants made sizable payment to client and agreed to an onerous consent judgment.

Obtained summary judgment of noninfringement and invalidity in multiple patent infringement cases involving moisture transfer fabrics and phase change materials used in apparel. Court awarded attorneys' fees and costs. Rulings upheld on appeal.

Obtained summary judgment of noninfringement and invalidity of patent and dismissal of trade dress claim in case involving carry-on travel kits. Case settled on very favorable terms on remaining trademark claim.

Obtained temporary restraining order for developer of software for communication service providers against former employee and competitor for misappropriation of trade secrets and violations of the Computer Fraud and Abuse Act.

Real Estate Litigation

Represented Defendant in dispute over development of property. After conducting discovery, case settled on favorable terms to client.

Represented defendant in breach of construction contract action. Judge dismissed the plaintiff's claim at the close of evidence.

Represented developer in dispute over development of commercial property in Vail. After conducting discovery, case settled on very favorable terms to client.

Represented leading provider of anti-malware software in $35 million dispute over classification of plaintiff's software as malware. After defeating motion for temporary restraining order, plaintiff voluntarily dismissed the case.

Represented plaintiff in partition dispute of property in Vail. Judge granted client's motion to partition without appointing commission and then provided client with preferred partition remedy.

Represented purchaser of property in dispute over terms of purchase. Case settled on very favorable terms to client.

Represented software developer in dispute over authorship and ownership of software. After defeating motion for temporary restraining order, plaintiff made substantial payment to client to settle case.

Software Litigation

**Honors & Awards**

- Colorado Super Lawyers® Rising Stars (2010)
- Judicial Clerk for The Honorable Lewis T. Babcock, Chief Judge of the U.S. District Court for the District of Colorado (1999-2001)

**Memberships & Affiliations**

- Member, American Bar Association
- Member, American Intellectual Property Law Association
- Reporting Member, Subcommittee on Model Patent Jury Instructions
- Member, Colorado Bar Association
- Intellectual Property Section, Patent Local Rules Committee
- Member, Federal Circuit Bar Association

**Publications**

**Intellectual Property Law Update**

*National Business Institute*
Author(s): Conor Farley

## Publications

**Intellectual Property Law Update**
*National Business Institute*
Author(s): Conor Farley

# M. ANTONIO GALLEGOS

**Associate — Denver Office**

Commercial Litigation
Products Liability
Agriculture and Food
Pharmaceuticals
Government Investigations and
    White Collar Defense
Advertising, Promotions &
    Entertainment

**303.295.8313**
**agallegos@hollandhart.com**



## Overview

Mr. Gallegos provides sound and effective counsel to clients who need clear litigation and dispute resolution strategy. He advises clients in a variety of legal issues affecting businesses of all sizes, with particular emphasis on the food, nutrition, medical device and sports industries.  In addition to private party disputes, Mr. Gallegos represents businesses and individuals in government investigations and regulatory enforcement actions.

Mr. Gallegos also provides legal advice on compliance with regulations administered by the Food & Drug Administration (FDA), Federal Trade Commission (FTC), Drug Enforcement Administration (DEA), Department of Agriculture (USDA) and similar state-level agencies.  Similar to his litigation and dispute resolution experience, Mr. Gallegos' regulatory emphasis is in the food, dietary supplement, medical device and over-the-counter drug industries.

Building on this experience and several years as a competitive cyclist, Mr. Gallegos has represented professional athletes in anti-doping enforcement actions. He has also served as a legal analyst on anti-doping issues for the country's leading publication for competitive cycling and international newspapers.

Mr. Gallegos' pro bono work includes representing the interests of poor and minority children in the public school system and providing risk management and other legal counsel to youth sports leagues. He is also a co-founder of program aimed at assisting small businesses understand the legal issues that their businesses face and, where appropriate, referring these businesses to reputable attorneys for representation at reasonable rates.

## Experience
### Representative Matters

- Breach of contract actions ranging from $75,000 to $25 million

- Product liability claims involving sports equipment, pharmaceuticals, and dietary supplement products

- Defense of fraud and consumer protection actions, including regulatory enforcement by government agencies

- Trade secret disputes

- Compliance with FDA, FTC, DEA and USDA regulations

- Defense of anti-doping enforcement actions against athletes



- Criminal and civil fraud and consumer protection actions
- Defense of anti-doping enforcement actions against athletes

### Honors and Awards

- Listed as a *Colorado Super Lawyers* "Rising Star" (2011, 2012)

### Memberships and Affiliations

- Litigation Section, American Bar Association
- Trial Evidence Committee, American Bar Association
- Products Liability Committee, American Bar Association
- Products Liability Committee, Defense Research Institute
- Litigation Section, Colorado and Denver Bar Associations
- Sports and Entertainment Law Section, Colorado and Denver Bar Associations
- Chair, Business Development Committee, Colorado Hispanic Bar Association
- Board Member, Colorado Lawyers Committee

### Publications

"Raising the Bar for the Food Industry – What You Need to Know about the FDA Food Safety Modernization Act," *Colorado Biz Magazine,* April 30, 2012

"Legal and Practical Effects of the FDA Food Safety Modernization Act," August, 2011

"Athletic Doping: Legal Issues for the Guilty, Innocent and Everyone in Between," *Colorado Biz Magazine*, September 17, 2008

"Changes to the WADA Code: How will they affect cycling?" *VeloNews.com*, December 20, 2007

"Floyd Landis vs. USADA:  A Lawyer's View," *VeloNews – The Journal of Competitive Cycling,* Vol. 6, No. 10, June 2007.

"The Landis Hearing:  A Lawyer's View," *VeloNews.com*, May 15-18, 2007 (Legal analysis of each of the first five days of the Floyd Landis anti-doping arbitration hearing)

"The Long Arm of the Law:  Extraterritorial Application of Federal Criminal Statutes," *Newsletter of the American Bar Association's Criminal Litigation Committee,* Vol. 6, No. 1, Fall 2006.  (Co-authored with Holland & Hart associate Danielle R. Voorhees)



"Selective Waiver of Privilege and Work Product in Government Investigations," Newsletter of the American Bar Association's Criminal Litigation Committee, Vol. 4, No. 4, Summer 2005.

"Brief Protocol for Employee Interviews in Internal Corporate Investigations," *Newsletter of the American Bar Association's Criminal Litigation Committee*, Vol. 4, No. 2, Winter 2005 (Co-Authored with Holland & Hart Partner J. Triplett Mackintosh)

## Speaking Engagements

"Food Safety – A Regulatory Overview and Considerations for Risk Management," presentation to Naturally Boulder trade association, April 21, 2012

## Education

University of Denver (J.D. 2000)

University of Colorado (B.A. 1997)

## Languages

Spanish







## Timothy W. Gordon
**Partner**

By clearing up and resolving legal problems, Mr. Gordon helps his clients get the most value out of their real property. Mr. Gordon represents construction and commercial real estate clients in complex disputes, and understands the interrelationship between the long-term real estate development, project construction, and property management. His clients trust him to protect their interests in drafting construction and design contracts, and to achieve favorable results when their businesses face litigation.

A thought leader in construction law, he currently authors "Construction Law in Colorado," a blog that provides insight on key cases and developments relevant to construction law in Colorado, and is the Co-Managing Editor of *The Practitioner's Guide to Colorado Construction Law*, a three-volume treatise on construction law in Colorado.

**Denver**

P 303-295-8173

**Related Practices**
Construction and Design
Construction Litigation
Condemnation
Litigation
Real Estate and Construction

**Education**
University of Denver College of Law (J.D., 1996)
Law Review

Order of St. Ives

California State University, Northridge (B.A., 1993)

**Bar Admissions**
Colorado

Nebraska

## Experience

### COMMERCIAL REAL ESTATE

Mr. Gordon represents real estate developers in litigation matters, and specializes in removing obstacles to the development and use of real property. Mr. Gordon's real estate litigation practice also includes representing commercial landlords in landlord/tenant litigation and representing property owners and project owners in eminent domain matters. As part of his eminent domain practice, Mr. Gordon also advises the firm's energy, oil, gas, and utility clients about the nuances and requirements for exercising the right to condemn property in Colorado.

### CONSTRUCTION

Mr. Gordon prepares, defends, and litigates construction claims for both contractors and owners. In addition to his litigation activities, Mr. Gordon is involved in early project development, counseling and representing project owners, design professionals, and general contractors in the drafting and negotiation of design and construction contracts for a variety of project-delivery systems.

### ELECTRONIC DISCOVERY AND NEW MEDIA

Mr. Gordon is the partner liaison for Holland & Hart's Practice Support Group, which manages electronic discovery for the firm. He is a frequent lecturer on electronic discovery and litigation holds, and an active member of The Sedona Conference® Working Group on Electronic Document Retention & Production.

## Honors & Awards

- Colorado Super Lawyers® (2013)

- Super Lawyers® Rising Stars, Construction Litigation (2009)

- *The Legal 500*, Construction Law (2010)

## Memberships & Affiliations

- Past Chair and Current Member, Colorado Bar Association, Construction Law Section

- Member, American Bar Association, Forum on the Construction Industry

- Member, Associated General Contractors of Colorado, Legal Advisory Committee

## News

**Holland & Hart Attorneys Listed as Leaders in "Black Book"**

**Holland & Hart Launches Construction Law Blog**

## Publications

**Primer on Social Media**
*The Sedona Conference*
Author(s): Timothy Gordon

**The Practitioner's Guide to Colorado Construction Law, and author of Chapter 19 on Mechanics' Liens**
*Co-Managing Editor*
Author(s): Timothy Gordon

**Avoiding Spoliation**
*Association of General Contractors of Colorado website*
Author(s): Timothy Gordon

**Recent Colorado Appellate Decisions Highlight How Unpredictable Construction Litigation Can Be**
Construction and Design
Author(s): Timothy Gordon

**Court of Appeals Rules That Delay Damages Not Recoverable**
Construction and Design
Author(s): Timothy Gordon

**Suing Someone Who Has To Agree To Be Sued**
Construction and Design
Author(s): Timothy Gordon

**New Defect Act Has Implications For Commercial Construction**
Construction and Design
Author(s): Timothy Gordon

**Court Rules on "Pay-When-Paid" or "Pay-if-Paid" Clause in Colorado**
*Colorado Real Estate Journal, page 16*
Author(s): Timothy Gordon

**The Endangered Species Act: Impacts on Land Use and Development, Technical Services Rep. No. 11**
*Rocky Mtn. Land Use Inst.*
Author(s): Timothy Gordon

## Speaking Engagements

| March 18, 2013 | **E-Discovery, Use, Management and Strategy**<br>Peak Training |
| Sept. 6, 2012 | **Mechanics' Liens: Advanced Issues**<br>CLE Colorado, program chair and presenter of "Oil and Gas Liens" |
| Oct. 25, 2011 | **Want To Be My Friend? Social Networking, Ethics & Discovery**<br>ACC Annual Meeting panel discussion |
| March 24, 2010; May 13, 2010; August 10, 2010 | **In-House Litigation Training – Social Media and eDiscovery** |
| Feb. 21, 2011 | **Recent Developments in Mechanics' Liens**<br>CLE In Colorado, Inc. |
| Nov. 17, 2010 | **Lease Defaults - Real Estate Defaults: Drafting and Litigation Issues for Defaults on Loans, Leases, and Purchase and Sale Contracts**<br>CLE In Colorado, Inc. |
| Oct. 6, 2010 | **Co-Leader of Panel Discussion on Social Media**<br>The Sedona Conference® Working Group on Electronic Document Retention & Production |
| August 17, 2010 | **Women in eDiscovery – Social Media and eDiscovery** |
| March 12, 2010 | **Peak Training – Practicalities of E-Discovery** |
| Nov. 5, 2009 | **Fundamentals of Construction Law – Schedules and Time Impact Issues, and Changes and Differing Site Conditions** |
| Nov. 3, 2009 | **Promise & Perils of Web 2.0 and Your Business – eDiscovery as it relates to Web 2.0** |
| Oct. 30, 2009 | **3rd Annual eDiscovery Summit**<br>Colorado Association of Litigation Support Professionals |
| June 7, 2007 | **Litigation and Electronically-Stored Information**<br>AIIM Rocky Mountain |
| March 8, 2007 | **Litigation and Electronically-Stored Information**<br>FRII Executive Series |
| | **AGC Mechanics' Lien Seminar** |



### HOLLAND&HART

## James E. Hartley
**Partner**



When clients need an experienced trial attorney to handle their antitrust and intellectual property litigation, they turn to Mr. Hartley. As a fellow in the American College of Trial Lawyers, and having 40 years of experience, Mr. Hartley knows how to simplify and present complex technical and factual disputes for a judge or jury.

Mr. Hartley has handled antitrust and patent infringement cases in a wide variety of businesses and industries, including healthcare, computer software and hardware, telecommunications, cable television, electronics, consumer products, manufacturing, title insurance, cattle feeding and beef packing, construction, medical devices, building materials, banking, transportation, agriculture, energy and natural resources, lumber, professional sports, and labor relations.

**Antitrust.** The leader of Holland & Hart's antitrust group, Mr. Hartley served a three-year term as a member of the governing Council of the Antitrust Section of the American Bar Association and was a member of a special task force reviewing certain issues arising in antitrust litigation. The Antitrust Section is the leading professional association of antitrust lawyers and economists.

Mr. Hartley has been lead counsel or actively involved in a number of successful trials involving antitrust claims, and has won numerous cases on motions to dismiss or for summary judgment. He represented clients in a wide variety of cases involving horizontal and vertical restraints, monopolization claims, and mergers challenged under Section 7 of the Clayton Act. Mr. Hartley also has represented clients before state and federal criminal grand juries and defended deceptive practice cases brought by the Federal Trade Commission. In addition, he has advised clients concerning premerger notification rules and frequently makes presentations about antitrust compliance procedures.

**Patent Infringement.** Mr. Hartley has been responsible for more than 30 significant patent infringement lawsuits, including a number of successful jury trials, and several TRO or preliminary injunction evidentiary hearings, in fields such as computer software and hardware, telecommunications, medical instruments and electronics.

Mr. Hartley also has handled many *Markman* hearings, which have resulted in highly favorable claim interpretation rulings. Additionally, Mr. Hartley has extensive trial experience in cases dealing with claims involving trade secrets, trademark and copyright infringement, and unfair competition.

- Read Less

**Denver**

P 303-295-8237

**Related Practices**
Intellectual Property
IP Litigation
Antitrust and Trade Regulation
Litigation
Healthcare

**Education**
University of California (B.A., 1971)
Psychology with Great Distinction

Phi Beta Kappa

University of California (J.D., 1974)
Law Review
Order of the Coif

**Bar Admissions**

Colorado

Experience

**REPRESENTATIVE MATTERS**

**Agricultural Products.** Mr. Hartley represented several clients in a nationwide price fixing case involving agricultural products.

**Healthcare.** Mr. Hartley represented a major health plan in an antitrust case alleging that several health plans and hospitals conspired to drive the plaintiffs out of business.

**Beef Products.** This was an action we brought on behalf of our client, the fifth largest beef packer in the country, under Section 7 of the Clayton Act to enjoin a proposed merger between the second and third largest beef packers in the United States. In District Court, Chief Judge Finesilver enjoined the merger and his decision was affirmed on appeal by the Tenth Circuit. The United States Supreme Court, sadly, reversed the decision. Mr. Hartley was one of two Holland & Hart partners jointly responsible for representing the client in the district court and on appeal.

**Real Estate Brokerage Services.** Mr. Hartley represented a defendant in this class action in which the plaintiffs asserted that certain practices of real estate agents in Boise, Idaho constituted a tying arrangement that was unlawful under state and federal antitrust laws. The court granted our motion for summary judgment and dismissed the complaint. The case was affirmed on appeal.

**Oil and Gas.** Our oil company client was one of ten defendants in a class action alleging multiple violations of state and federal antitrust law. Mr. Hartley served as a coordinator of the defense effort, which resulted in the dismissal of the complaint on a motion to dismiss.

**Building Materials.** Holland & Hart was among the lead defense counsel in a nationwide, multi-district, class action alleging price fixing in the cement industry. After the defendants prevailed on a number of key pretrial motions, the cases all settled for nominal amounts. Mr. Hartley played a major role in the defense of our client.

**Professional Rodeo.** In this case, the plaintiff accused our client of monopolization and conspiracy to restrain trade. After a three-week trial, the jury acquitted the defendants of the monopolization claims and entered a nominal judgment in favor of the plaintiff on the conspiracy claim. The case was not appealed. Mr. Hartley tried the case on behalf of defendants.

**Natural Gas.** Mr. Hartley assisted in this antitrust case, which was tried before a jury for ten weeks in Cheyenne, Wyoming, and resulted in a nine-figure judgment.

**Softwood Lumber.** In this antitrust case, the plaintiff sought to represent a nationwide class of purchasers of Canadian softwood lumber and alleged that 15 Canadian defendants fixed the price of lumber imported into the United States. Holland & Hart represented one of the defendants. Mr. Hartley handled the case for our firm and served as a member of the defense counsel steering committee. The complaint was dismissed and settled on appeal.

**Managed Care.** An insurance company retained Mr. Hartley to consult on antitrust issues raised in the managed care industry. The case was dismissed on summary judgment.

**Portable Shades.** Midway through discovery, Mr. Hartley was retained as the lead trial attorney in this complex case pending in federal court in Los Angeles. His client was accused of infringing four patents and misappropriating the packaging and product configuration trade dress claimed by one of the plaintiffs. The case also involved an antitrust counterclaim asserted by Mr. Hartley's client. On summary judgment, we succeeded in invalidating one of the plaintiff's patents. After the remaining issues were narrowed significantly during Markman proceedings, the case was settled on extremely favorable terms.

**Hospital Services.** Mr. Hartley was the lead attorney on this case in which the plaintiff raised a variety of antitrust claims against our client. After third-party discovery punched major holes in the plaintiff's theory of the case, the lawsuit settled before trial for less than the cost of defense.

**Chiropractic.** This was an antitrust action by a group of chiropractors to force a number of Front Range hospitals to admit them to their medical staffs. Mr. Hartley represented several of the hospitals. This case was dismissed on the pleadings by the trial court and affirmed on appeal.

**Cable Television.** Mr. Hartley represented a cable operator in a case alleging price discrimination. The action was dismissed by the district court, but reversed on appeal. On remand, the plaintiffs' motion for class certification was denied and the case quickly settled.

**Agricultural Products.** Mr. Hartley represented the patent holder in a case involving a chemical composition used in fertilizers. The defendant asserted antitrust, contract and business tort counterclaims. After a six-week jury trial, our client prevailed on all counts.

**Agricultural Chemicals.** Mr. Hartley also represented the patent holder in a case involving the infringement of a patent on a chemical composition and method used to control sprouting in potatoes. We prevailed in a Markman hearing and obtained a favorable claim interpretation. A series of successful motions in limine greatly limited the defendant's evidence, and after six-day trial, the jury handed down a verdict of willful infringement.

James E. Hartley | People | Holland & Hart LLP                                      http://www.hollandhart.com/jhartley/

**Software and Signal Processing.** Mr. Hartley represented the patent holder in an infringement action concerning a method for using sonar to detect fish. We won a preliminary injunction after a five-day trial and the case settled.

**Consumer Products.** Near the close of discovery, Mr. Hartley was retained to try this case involving claims that our client infringed the design patent, trade dress and trademark rights asserted by the plaintiff. Two days before the trial was scheduled to begin, the court granted our motion for summary judgment, finding the design patent invalid and the claimed trade dress unprotectable. The case settled the next day.

**Medical Instruments.** Mr. Hartley was retained to try this patent infringement case involving suture anchors after our client became dissatisfied with existing trial counsel. After a full day Markman hearing, the court construed the claims favorably and entered summary judgment of non-infringement.

**Electrosurgery.** This case primarily involved issues of patent validity and infringement in the medical instruments field. After a three-week jury trial, we were successful in obtaining injunctive relief for our client, the patent owner. In addition, a TRO was obtained on a trademark infringement claim. A preliminary injunction was not entered and the trademark claims were settled before trial.

**Healthcare Finance.** Mr. Hartley was the lead Holland & Hart lawyer in two cases involving state payments to health maintenance organizations for services provided to Medicaid recipients. In the first case, the firm's client won a $15 million judgment after a week-long trial to the court. On the basis of that judgment, the second case promptly settled for $10 million.

**Anesthesia.** In this case, a group of nurse anesthetists claimed that the defendants had conspired to reduce the scope of their practice at a Denver-area hospital. Mr. Hartley represented the hospital and, after lengthy discovery, and the filing of a motion for summary judgment, the case was settled for a nominal amount.

**Civil Liberties.** Mr. Hartley was a volunteer lawyer and lead trial counsel in a successful 10-week trial in Denver federal court involving civil liberties issues.

**Dialysis.** In this case, the plaintiff claimed that the defendants monopolized kidney dialysis treatment in Colorado Springs. Mr. Hartley represented the defendants. The case was settled favorably shortly after it was filed.

**Title Insurance.** Mr. Hartley represented a title insurance company in the successful defense of several lawsuits involving jointly-owned title plants.

**Physical Therapy.** This was an antitrust case in which the plaintiff alleged that a network of physical therapy clinics improperly denied her application to join the organization. The lawsuit closely examined a number of questions in the managed care environment, including quality of care, utilization controls, and reimbursement issues. Mr. Hartley represented the defendants in this case, which was settled on the eve of trial.

**Cardiovascular Surgery.** Mr. Hartley represented a cardiovascular surgeon who entered into an exclusive contract with the hospital. Another surgeon challenged the exclusive contract. The motion to dismiss filed by Mr. Hartley's client was granted.

**Radiation Therapy.** In this case, Mr. Hartley represented a regional cancer treatment center in Billings, Montana. The plaintiffs claimed that the defendants used an exclusive contract to monopolize the provision of radiation physics services within the center. A favorable settlement was reached before trial.

**Podiatry.** In this action, a podiatrist alleged that a hospital violated the antitrust laws when it denied him privileges. Mr. Hartley monitored the case on behalf of two of the individual physician defendants.

**Anesthesia.** A nurse anesthetist sued a hospital in Helena, Montana for

conspiring to exclude him from performing anesthesia services at the hospital. Mr. Hartley was asked to consult on the antitrust defense mounted on behalf of two anesthesiologists who were named as defendants. These defendants settled the lawsuit before trial.

**Managed Care.** In this case, a number of physicians were accused of price fixing as a result of their efforts to engage in joint negotiations with prepaid health plans. After the Colorado Attorney General and Federal Trade Commission started investigations, Mr. Hartley was asked to represent the physicians and negotiate an acceptable consent decree.

**Computer Maintenance.** In this case, Holland & Hart and California counsel represented the plaintiff who asserted that a computer manufacturer illegally tied the sale of hardware and software maintenance. The case was settled.

**Fiber Optics.** Holland & Hart represented the defendant in this case involving trade secrets, trademarks, and patents. The technology covered high-definition television and fiber optics. Mr. Hartley was lead trial counsel for Holland & Hart.

**Voice Compression.** In this trade secrets case involving voice compression technology, Mr. Hartley represented the plaintiff. The lawsuit settled successfully when the defendant agreed to license the plaintiff's proprietary technology.

**Computer Testing.** Mr. Hartley was co-counsel for a computer products company in a patent infringement lawsuit involving automatic computer testing products. The case was transferred to California.

**Gaming.** Mr. Hartley has been retained to defend several clients accused of infringing a patent covering a jackpot component of a live casino table game.

**Agricultural Products.** Mr. Hartley represented a manufacturer and distributor of drift control agents and chemicals used in agricultural spraying. The case settled.

**Fiber Optics.** Mr. Hartley represented the defendant in a case involving allegations of breach of fiduciary duty and theft of trade secrets. After a three-day hearing, the court denied the plaintiff's request for a preliminary injunction and the case settled shortly thereafter.

### ANTITRUST COUNSELING

In addition to the antitrust lawsuits listed above, Mr. Hartley routinely advises clients on antitrust issues. For example, he has:

Advised a manufacturing firm with respect to anticompetitive standards adopted by an industry trade association

Represented clients in a variety of investigations by the Federal Trade Commission and Colorado Attorney General

Evaluated the antitrust implications of horizontal joint venture in many different industries

Counseled numerous companies on issues relating to pricing, product distribution, and information exchange

Advised natural resources and manufacturing firms on possible mergers

Evaluated the potential business justification for and competitive effects of practices of firms with market power in industries such as professional sports, skiing, manufacturing, computers, healthcare, and natural resources

Advised high-technology firms in a variety of industries on the issues raised by the interplay of patent and antitrust laws

### Honors & Awards

- *The Best Lawyers in America*© Lawyer of the Year, Antitrust Law – Denver (2013, 2015)
- *The Best Lawyers in America*© Lawyer of the Year, Litigation – Patent – Denver (2013)

- *The Best Lawyers in America*© Antitrust, Patent Litigation, and IP Litigation (2005-2015)
- *Chambers USA*, Antitrust, Patent Litigation, and IP Litigation
- Colorado Super Lawyers® (2006-2014)
- Colorado Super Lawyers®, "Top 50 Lawyers"
- *Benchmark Litigation*, Colorado Litigation Star (2013, 2014)
- *Managing Intellectual Property*, IP Star (2013, 2014)
- *Denver Business Journal*, "Best of the Bar" survey finalist, Antitrust Law (2004)
- *IAM Patent 1000*, one of the world's leading patent practitioners (2013)

Memberships & Affiliations

- Fellow in the American College of Trial Lawyers
- Past Chair of Holland & Hart's 200-member Litigation Department
- Member, American Bar Association Section on Antitrust Law
  - Former Member of the governing Council, appointed to a special task force reviewing certain issues arising in antitrust litigation
  - Former Co-chair, Operations Committee
  - Vice-chair, Sherman Act Section One Committee
  - Former principal editor, RULE OF REASON monograph published by the Section in 1999
  - Author and Member, editorial board of the ABA treatise on STATE ANTITRUST PRACTICE
  - Co-chair, editorial board for the Section's ANNUAL REVIEW OF ANTITRUST LAW DEVELOPMENT (2000)
  - Editor, ANTITRUST LAW JOURNAL
- For over 25 years, has served as regional copyright counsel for the American Society of Composers, Authors and Publishers
- Former adjunct professor at the University of Denver School of Law
- Frequent lecturer for continuing legal education programs covering antitrust, intellectual property issues, and trial practice

News

172 Holland & Hart Attorneys Selected Among the Best Lawyers in America 2015

Holland & Hart Attorneys and Practice Groups Recognized by Chambers USA

71 Holland & Hart Attorneys Named 2014 Colorado Super Lawyers®

Holland & Hart and its Attorneys Earn High Honors from IAM Patent 1000 for Patent Litigation and Licensing, Patent Prosecution

Holland & Hart and its Attorneys Recognized by Chambers USA

Holland & Hart Attorneys Named 2013 IP Stars by Managing Intellectual Property

Holland & Hart Earns National Honors from Chambers USA

Holland & Hart Lawyers and Practice Groups Recognized in 2009 Chambers USA

97 Holland & Hart Attorneys Named Best Lawyers in America

89 Holland & Hart Attorneys Named Leaders by Super Lawyers

Holland & Hart Ranked as Leader in Region

Holland & Hart Attorneys Top the State's Super Lawyers Rankings

James Hartley Admitted to American College of Trial Lawyers

Holland & Hart Tops Chambers' U.S. Rankings In Its Six State Region

Six Holland & Hart Attorneys Honored at Denver's "Best of the Bar 2004" Event

Publications

**State Antitrust Practice and Statutes**

*Contributing Author and Editor, ABA, Antitrust Section, State Antitrust Practice and Statutes (3d ed. 2004)*
Author(s): James Hartley

**Antitrust Pitfalls in Outpatient Services**

*7 The Medical Staff Counselor 53*
Author(s): James Hartley
Co-author(s): W. Corwin

**Monograph 16, Private Litigation Under Section 7 of the Clayton Act: Law and Policy**

*Contributing Author, ABA, Antitrust Section*
Author(s): James Hartley

# KEEYA M. JEFFREY

## Associate – Denver Office

Healthcare

Appellate

Products Liability

Tort Defense

Oil and Gas

Business/Commercial Litigation

Energy, Environment, and Natural Resources

Natural Resources Litigation

303.295.8060
kmjeffrey@hollandhart.com



## Overview

Ms. Jeffrey assists clients to understand and comply with complex state and federal regulations regarding healthcare and the FDA. She represents and advises healthcare companies on recent changes within the Affordable Care Act, as well as on fraud and abuse regulations. Ms. Jeffrey also guides clients through FDA regulations regarding the classification of medical devices, the registration of new products, and the process for recall.

In addition, Ms. Jeffrey effectively represents clients facing a wide variety of litigation matters, including appellate law, torts, medical malpractice, oil and gas, and complex commercial cases.

Ms. Jeffrey joined Holland & Hart as a summer clerk. Prior, Ms. Jeffrey served as a legal intern for the Wyoming State Treasurer's Office where she reviewed statutory language, assisted in preparing a draft of the State's Investment Policy, and reviewed real estate proposals. During law school, she volunteered at a domestic relations clinic where she interviewed clients and assisted with the preparation of legal documents. She also served as a note and comment editor on the *Arizona Journal of International and Comparative Law*.

## Memberships and Affiliations

- Member, Sam Cary Bar Association
- Member, Sisters-in-Law
- Member, Black Chamber of Commerce

## Community Involvement

- Member, University of Colorado Health Law Advisory Board
- Supervising Attorney, Colorado Health Equity Project
- Member, Center Stage, Colorado Ballet's Emerging Leaders' Committee
- Member, Board of Directors, cityWILD
- Fellow, Colorado Black Chamber of Commerce Chamber Connect Leadership Program
- Past Member, Board of Directors, Denver Young Artists Orchestra
- Lincoln Park Scholars Tutoring Program



## Publications

"FDA Issues Final Guidance on Mobile Medical Apps," *Holland& Hart News Update*, September 2013

"Law Firms in 2011: Addressing the Challenges of Inclusiveness for Women and Minorities," *Wyoming Lawyer*, April 2011, Vol. 34, No. 2

"Lawyer Who Denied Access to Service Dog Gets Bit," *Holland & Hart Employment Law Blog*, June 2010

## Education

University of Arizona (J.D. 2007)
  Dean's Merit Scholarship
  Black Law Students' Association
  *Arizona Journal of International and Comparative Law*

University of Wyoming (B.A. 2004)
  With honors



# PAUL J. KYED

**Associate – Denver Office**

Commercial Litigation
Products Liability
Appellate
Patent Litigation

**303.295.8477**
**pjkyed@hollandhart.com**



## Overview

Mr. Kyed efficiently and effectively represents clients of all sizes, from individuals to large corporations, in cases involving commercial litigation, products liability, patent litigation, and appeals. With a doctorate in engineering, Mr. Kyed has the experience and the background knowledge to guide his clients through the complexities of litigation.

Prior to joining Holland & Hart, Mr. Kyed clerked for Justice Nathan B. Coats of the Colorado Supreme Court.

During law school, Mr. Kyed interned for one summer in the criminal division of the United States Attorney's Office for the District of Colorado. He also spent two years representing children in dependency and neglect proceedings as a student guardian ad litem supervised by the Rocky Mountain Children's Law Center. In his final year of law school, he served as editor-in-chief of the Denver University Law Review.

Prior to attending law school, Mr. Kyed worked as a research engineer at Bethlehem Steel's Homer Research Laboratories in Bethlehem, Pennsylvania. In that capacity, Mr. Kyed acquired expertise in the roll forming of coated steel roofing panels and worked on-site with numerous customers in the metal building industry to help resolve their steel fabrication issues.

Additionally, he carried out field and laboratory investigations of corrosion failures of steel buildings; successfully worked with OSHA on behalf of the entire North American steel industry to improve the safety of workers who walk on steel products during building construction; and provided extensive laboratory and steel mill production support for the introduction of a new coated steel roofing product, GalvalumePlus®. Mr. Kyed successfully completed four weeks of training in GE's "six sigma" industrial troubleshooting methodology and led joint management and union worker "six sigma" teams whose efforts resulted in significant production cost savings at Bethlehem Steel.

**HOLLAND&HART** LLP

Mr. Kyed is admitted to practice before the United States Supreme Court, the 10th Circuit Court of Appeals, the Federal District Court for the District of Colorado, and the Federal District Court for the Eastern District of Texas.

## Honors and Awards

- Young Engineer of the Year, Pennsylvania Society of Professional Engineers, 1998

- Outstanding Young Member, ASMInternational, Pennsylvania Lehigh Valley Chapter, 1997

- Licensed Professional Engineer (PE), Commonwealth of Pennsylvania

## Memberships and Affiliations

- American Bar Association

- Colorado Bar Association

- ASMInternational (an international association of metallurgical engineers)

## Publications

Paul Kyed, Crawford v. Washington: *Child Victims of Sex Crimes in Colorado and the United States Supreme Court's Revised Approach to the Confrontation Clause*, 82 Denv. U. L. Rev. 427 (2004)

## Speaking Engagements

Moderator, "Medical Marijuana: Impact on Business," Denver Metro Chamber of Commerce Gold Program Panel, March 2010

"What Every Engineer Should Know About Being an Expert Witness (And Other Legal Lessons for Engineers)," Colorado School of Mines Research Seminar Series, February 28, 2008

## Education

University of Denver Sturm College of Law (J.D. 2006)
    Order of St. Ives

Colorado School of Mines (Ph.D. 1994)
    Metallurgical and Materials Engineering

Stanford University (M.S. 1991)
    Materials Science & Engineering

Colorado School of Mines (B.S. 1989)
    Metallurgical and Materials Engineering





## Stephen G. Masciocchi
**Partner**

With more than 20 years of complex civil litigation experience, Mr. Masciocchi specializes in appellate advocacy. He has handled more than 75 appeals and presented nearly 50 oral arguments in civil appeals in state and federal appellate courts.

Mr. Masciocchi chairs Holland & Hart's Appellate Practice Group. He is the past chair and a current member of both the Colorado Bar Association Ethics Committee and Holland & Hart's Ethics and Conflicts Committee. He represents attorneys in grievance, disqualification, and other ethics-related matters.

Mr. Masciocchi has represented clients on diverse subjects including bankruptcy, constitutional law, commercial litigation, insurance coverage, oil and gas litigation, personal injury, product liability, real estate, and UCC. He has practiced before state and federal courts in Colorado, Idaho, Nevada, New Mexico, Oklahoma, Tennessee, Virginia, Washington, and Wyoming. He is admitted to practice in Colorado; the Colorado Federal District Court; the Fourth, Eighth, Ninth, and Tenth Circuit Courts of Appeals; and the United States Supreme Court.



**Denver**

P 303-295-8451

**Related Practices**
Appellate
Litigation

**Education**
University of Washington (J.D., 1990)
With honors

Associate Editor,
*Washington Law Review*

Gettysburg College (B.A., 1980)
English Literature

**Bar Admissions**
Colorado

**Court Admissions**
Colorado Federal District Court

Fourth Circuit Court of Appeals

Eighth Circuit Court of Appeals

Ninth Circuit Court of Appeals

Tenth Circuit Court of Appeals

United States Supreme Court

## Experience

### REPRESENTATIVE CASES

*Wallace B. Roderick Revocable Living Trust v. XTO Energy Inc.*, 725 F.3d 1213 (10th Cir. 2013) and *Chieftain Royalty Co. v. XTO Energy Inc.*, 2013 WL 3388629 (10th Cir. July 9, 2013). In this Rule 23(f) appeal, the Tenth Circuit vacated orders certifying large classes of Kansas and Oklahoma royalty owners who claimed that our client underpaid millions of dollars in royalties. The court determined that the lower courts failed to follow recent Supreme Court precedent, particularly Wal-Mart v. Dukes, in certifying the classes.

*Purco Fleet Services, Inc. v. Koenig*, 285 F.3d 979 (Colo. 2012) and 240 P.3d 435 (Colo. App. 2010). In this case of first impression, the court reinstated our client's claim for breach of a commercial rental contract and established that loss-of-use damages are recoverable under such contracts. The court also upheld summary judgment for our client on plaintiff's claim under the Colorado Fair Debt Collection Practices Act and awarded our client attorney fees.

*Rodriguez v. Drive Financial Services*, 609 F.3d 1106 (10th Cir. 2010). In a significant victory for our client and for consumer lenders, the Tenth Circuit held that when a bankruptcy trustee avoids a lien, the remedy of avoidance is usually sufficient and a money judgment against the creditor is neither required nor appropriate.

*West Coast Life Ins. Co. v. Hoar*, 558 F.3d 1151 (10th Cir. 2009). In this insurance coverage case, the Tenth Circuit upheld summary judgment and affirmed our client's right to rescind a $3 million life insurance policy. Addressing an issue of first impression in Colorado, the court upheld our view of when an insurer becomes "chargeable with knowledge" of a fact concealed by the insured.

*Federated Publications, Inc. v. Idaho Business Review*, 192 P.3d 1031 (Idaho 2008). In this dispute involving the validity of legislation establishing requirements for publication of legal notice, the Idaho Supreme Court agreed with us that the title of the legislation

violated, in relevant part, the subject-in-title provision of the Idaho constitution. The court therefore reversed the district court's judgment against our client.

*Isis Litigation LLC v. Svensk Filmindustri*, 170 P.3d 742 (Colo. App. 2007) and 2005 WL 2327227 (Colo. App. Sept. 22, 2005). In the first appeal in this complex commercial dispute, the Colorado Court of Appeals held that a foreign guarantor was bound to the terms of its guaranty. The court affirmed a $6.7 million judgment for our client and awarded appellate attorney fees. In the second appeal, the Court of Appeals reversed the trial court's denial of our client's requests for post-judgment discovery.

*Loughridge v. Goodyear*, 431 F.3d 1268 (10th Cir. 2005) and Malek v. Goodyear Tire & Rubber Co., 2005 WL 3529215 (10th Cir. Dec. 20, 2005). In these companion product liability cases, the Tenth Circuit upheld prejudgment interest awards from the date of the defective product's installation. These rulings added almost $11 million to the judgments in our clients' favor.

*LMITCO v. LMAES*, Civ. 98-0316-E-BLW (D. Idaho March 29, 2005). In this government contract dispute, the federal district court adopted our position that federal contract law, not Idaho law, governed whether the plaintiff was entitled to prejudgment interest, resulting in a savings of over $23 million for our client.

*Estate of Amos v. Vanderbilt Univ.,* 62 S.W.3d 133 (Tenn. 2001). In this transfusion-associated AIDS case, the Tennessee Supreme Court reinstated a $4.36 million judgment for our clients. The Court agreed that (1) a hospital had a duty to warn our client that she had received a blood transfusion and was at risk for contracting HIV, and (2) special proof requirements for negligent infliction of emotional distress claims did not apply to this duty to warn claim. The judgment was worth nearly $6 million at the time of reversal.

*Roe # 2 v. Ogden*, 253 F.3d 1225 (10th Cir. 2001). In this significant civil rights case challenging questions on the Colorado bar application, the Tenth Circuit reversed the dismissal of our clients' Americans with Disabilities Act and right of privacy claims, and remanded for trial.

*Atmel Corp. v. Vitesse Semiconductor Corp.,* 30 P.3d 789 (Colo. App. 2001). In this case of first impression involving non-solicitation and non-disclosure clauses in employment contracts, the court vacated an injunction entered against our clients and awarded our clients attorney fees.

*Cissell Manufacturing v. Park*, 36 P.3d 85 (Colo. App. 2001). In this complex UCC case, the court upheld a complete defense verdict for our client based on the harmless error rule.

*SWANCC v. U.S. Army Corps of Engineers*, 531 U.S. 159 (2001). We drafted an amicus brief on behalf of three industry groups in a challenge to the validity of the "migratory bird rule," a regulation which extended the Army Corps of Engineers' permitting authority under the Clean Water Act to isolated bodies of water used by migratory birds. The Supreme Court ruled in favor of our clients' position and held that in adopting the rule, the Corps exceeded its authority under the Act.

*Rocky Mountain Greyhound Park v. Wembley PLC*, 992 P.2d 711 (Colo. App. 1999). The court affirmed a grant of summary judgment in our client's favor in an equal protection challenge to the constitutionality of a state racing statute.

*Relative Value Studies, Inc. v. McGraw-Hill Companies*, 981 P.2d 687 (Colo. App. 1999). In this appeal involving the intellectual property rights of authors and publishers upon the sale of a publishing contract to a new publisher, the Court affirmed summary judgment in favor of our client.

*Bennett v. Greeley Gas Co.*, 969 P.2d 754 (Colo. App. 1998). In this gas explosion case, a judgment of approximately $6 million (including punitive damages) had been entered

against our client. The appellate court reversed and remanded for a new trial on both liability and damages. The victory facilitated the favorable settlement of all claims.

## Honors & Awards

- Colorado Super Lawyers® (2006-2008, 2010-2013)

- *The Best Lawyers in America*© Appellate Practice (2013-2015)

## Memberships & Affiliations

- Coordinating Editor, *The Colorado Lawyer,* Professional Conduct and Legal Ethics column

- American Bar Association
  Litigation Section, Appellate Practice Committee

- Colorado Bar Association
  Ethics Committee
  Litigation Section, Appellate Practice Subcommittee

- Denver Bar Association

## News

**89 Holland & Hart Attorneys Named Leaders by Super Lawyers**

**Holland & Hart Attorneys Top the State's Super Lawyers Rankings**

## Publications

**Climate Change and Positional Conflicts of Interest**
*The Colorado Lawyer, October 2011, p. 43.*
Author(s): Denise Kennedy, Christopher Colclasure, and Stephen Masciocchi

**Marketing Plus Referrals for a Fee - Feeder Operations by Any Other Name**
*The Colorado Lawyer, July 2007, p. 75.*
Author(s): Stephen Masciocchi

**Federal Anti-Terrorism Laws And Law Firm Clients**
*The Colorado Lawyer, October 2004, p. 117.*
Export Control/Trade Sanctions
Author(s): J. Triplett Mackintosh, Lizbeth Rodriguez-Johnson, and Stephen Masciocchi

**Novel Theories and Notable Exceptions: Making the Most of a Federal Appellate Court's Discretion to Hear Issues for the First Time on Appeal**
*Trial Talk, April/May 2004, p. 26.*
Author(s): Stephen Masciocchi
Co-author(s): Megan C. Bertron

**Ethical Marketing**
*The Colorado Lawyer, October 2003, p. 27.*
Author(s): Stephen Masciocchi

**The Insurer's Right to Recoup Defense Costs, the Insured's Right to Independent Counsel, and the Recovery of Attorney Fees in Coverage Actions**

*Paper for ABA TIPS Insurance Coverage Litigation Committee Midwinter Mtg.*
Author(s): Stephen Masciocchi

**Rights in Flux: The Insurer's "Right" to Recoup Defense Costs and the Insured's "Right" to Independent Counsel**
*The Brief, Winter 2003, p. 30.*
Author(s): Stephen Masciocchi

**Interlocutory Appeals**
*Paper for Colorado Appellate Practice, CLE in Colorado, Inc., October 29, 1999*
Author(s): Stephen Masciocchi
Co-author(s): Judge John Criswell

**The Insurer's Right to Reimbursement of Defense Costs: The Emerging Morass**
*American Bar Association Tips Corporate Counsel Comm. News, Summer 1999, p. 1.*
Author(s): Stephen Masciocchi

**Internet E-Mail and Encryption: Privilege, Confidentiality, and Malpractice Risks**
*The Colorado Lawyer, Oct. 1998, p. 21.*
Author(s): Stephen Masciocchi

**Internet E-Mail: Legal and Practical Considerations**
*American Bar Association Journal Practice Mgmt., Oct. 1998, p. 42.*
Author(s): Stephen Masciocchi

**Insurance Coverage for Environmental Liabilities**
*The American Law of Mining, Chapter 180 (2d ed. 1996)*
Author(s): Stephen Masciocchi
Co-author(s): Co-authored with 5 others

**Employment, Conflicts, and Professional Fees**
*Paper for Bankruptcy CLE, May 20, 1994*
Author(s): Stephen Masciocchi
Co-author(s): Howard Tallman and Leo Weiss

**The Item Veto Power in Washington**
*64 Washington Law Review 891*
Author(s): Stephen Masciocchi

## Speaking Engagements

| July 13, 2013 | **Ethical Marketing** CLE Presentation for Willis Carpenter Real Estate Symposium, CLE in Colorado, Inc. |
|---|---|
| May 25, 2012 | **Not-So-Obvious Rules of Professional Conduct** CLE Presentation to Pitkin County Bar Association |
| Dec. 1, 2011 | **Beginning and Ending the Attorney-Client Relationship: Engagement Letters and Withdrawal** CLE Presentation for Ethics 7.0 CLE in Colorado, Inc. |
| Oct. 25, 2011 | **Climate Change and Positional Conflicts of Interest** CLE Presentation to Colorado Bar |

Association Environmental Section

| | |
|---|---|
| Nov. 19, 2010 | **Interlocutory Appeals in Colorado State Courts**<br>CLE Presentation for Appellate Practice Update, CLE in Colorado, Inc., |
| Oct. 15, 2010 | **Not-So-Obvious Rules of Professional Conduct**<br>CLE Presentation for University of Denver Sturm College of Law Alumni Weekend |
| March 18, 2010 | **Multi-Jurisdictional Practice and the Unauthorized Practice of Law**<br>Presentation for Renewable Energy Transmission Conference: Bridging the Gap<br>Denver, CO |
| Dec. 7, 2009 | **Will MJP be the End of Me? Multi-Jurisdictional Practice and the Unauthorized Practice of Law**<br>Presentation for 2009 annual Ethics CLE, CLE International, Inc. |
| Nov. 6, 2009 | **The Ethics of Representing More Than One Party to a Real Estate Transaction**<br>Presentation for 2009 Annual Real Estate Law Update, CLE in Colorado, Inc. |
| Oct. 10, 2008 | **Interlocutory Appeals in Colorado State Courts**<br>CLE Presentation for Appellate Hot Topics, CLE in Colorado, Inc. |
| June 26, 2008 | **Collecting Prejudgment and Postjudgment Interest in Colorado**<br>CLE Presentation, CLE in Colorado, Inc. |
| Nov. 14, 2006 | **Lawyer Mobility and Conflicts Checking**<br>CLE Presentation for Tuesdays at the Bar, Denver Bar Association |
| June 28, 2006 | **Ethics When Emotions Run High**<br>CLE Presentation for Colorado Municipal League Annual Meeting |
| Dec. 9, 2005 | **Motions to Disqualify Opposing Counsel**<br>CLE Presentation for Ethics, CLE International, Inc. |
| May 13, 2005 | **Current Ethical Issues in Appellate Practice**<br>CLE Presentation for Appellate Practice in Colorado's Federal and State Courts, CLE in Colorado, Inc. |
| Sept. 13, 2004 | **Ethics: Considerations When Emotions Run High**<br>CLE Presentation for Local Regulation of Adult Businesses, CLE International, Inc. |

| Oct. 25, 2002 | **Internet Ethics: Email Confidentiality and Marketing on the Web**<br>CLE Presentation for Legal Ethics 2002, CLE in Colorado, Inc. |
| May 10-11, 2001 | **Appellate Advocacy Workshop**<br>Faculty, CLE in Colorado, Inc. |
| Nov. 4, 1999 | **Ethics Update**<br>CLE Presentation for Torts Update, CLE in Colorado, Inc. |

# BROOKE H. MCCARTHY

## Associate – Denver Office

Commercial Litigation

Antitrust and Trade Regulation

Government Investigations &
    White Collar Defense

Intellectual Property Litigation

Healthcare

**(303) 295-8567**
bhmccarthy@hollandhart.com



## Overview

Ms. McCarthy effectively assists clients in antitrust, securities regulation, insurance, and complex commercial litigation, providing them with efficient strategy to help guide them through the litigation process.

Prior to joining Holland & Hart, Ms. McCarthy practiced as an associate in the litigation group at Simpson Thacher & Bartlett LLP in New York City, New York. While there, she worked on large commercial litigation matters, antitrust disputes, and multiple pro bono cases, including successful representations of two Tibetan women seeking asylum.

Ms. McCarthy is admitted to practice in New York and Colorado. She is also admitted to practice in the District of Colorado and the Tenth Circuit Court of Appeals.

### Honors and Awards

- Listed as a *Colorado Super Lawyers* "Rising Star" in 2012

### Memberships and Affiliations

- Member, Colorado Bar Association

- Member, New York State Bar Association

- Member, American Bar Association

- Member, Colorado Women's Bar Association

- Member, Denver Bar Association

- Member, Board of Directors, Raymond Wentz Foundation

- Participant, Downtown Denver Partnership's 2010 Leadership Program

### Education

University of Virginia (J.D. 2005)
    Dillard Fellow, *Legal Research & Writing Assistant*, 2003-04
    Articles Editor, *Virginia Journal of Sports and Entertainment Law*

Harvard College (B.A. 2001)
    *cum laude*
    Recipient, John Harvard College Scholarship
    Captain, Varsity Soccer

HOLLAND&HART.



**HOLLAND&HART**

## Jack L. Smith
**Of Counsel**

As one of the leading bankruptcy and insolvency lawyers in Colorado for more than 30 years, Mr. Smith represents creditors in bankruptcy, insolvency, restructuring, and other creditors' rights matters. While concentrating on Chapter 11 reorganizations, Mr. Smith also serves creditors in Chapter 7, 9, 12, and 13 cases and has represented debtors in significant Chapter 11 cases. In addition, Mr. Smith helps buyers acquire assets out of Chapter 7 and 11 cases, with extensive experience in major acquisitions through contested and competitive bidding processes.

Aside from bankruptcy, Mr. Smith serves clients in out-of-court workouts, receiverships, and state and federal court litigation of business disputes and creditors' rights. He also regularly counsels both debtor and creditor clients about insolvency issues in transactional matters and in developing strategies to manage the risks of impending or future insolvency.

Mr. Smith's practice has involved almost every conceivable business area, including real estate, manufacturing, mining, oil and gas, retail, agriculture, construction, hotels, restaurants, high tech, special districts, airlines, broadcasting, health care, entertainment, higher education, and many more.

As a longstanding member of the Denver bankruptcy bar and broader legal community, Mr. Smith has strong working relationships with virtually all of the bankruptcy attorneys in the region. He has established a reputation for integrity and credibility both within the bar and with all of the bankruptcy judges in the district, whom he has known and worked with for many years. Mr. Smith's focus is on results, and his goal is to get those results as fully, quickly, and efficiently as possible.

Mr. Smith is admitted to practice before the state and federal courts in Colorado, as well as the U.S. Courts of Appeals for the 9th and 10th Circuits and the U.S. Supreme Court.



**Denver**

**P** 303-295-8246

**Related Practices**
Bankruptcy and Creditors' Rights

Business/Commercial Litigation

Business, Corporate, and Finance

Litigation

Banking and Financial Institutions

**Education**
Cornell Law School (J.D., 1971)

Davidson College (B.A., 1968)

**Bar Admissions**
Colorado

### Honors & Awards

- American College of Bankruptcy, Fellow

- *The Best Lawyers in America*© Bankruptcy and Creditor-Debtor Rights / Insolvency and Reorganization Law (2012-2015)

- Colorado Super Lawyers®, Bankruptcy: Business (2006-2014)

### Memberships & Affiliations

- Member, American College of Bankruptcy

- Member, American Bankruptcy Institute

- Member, Colorado Bar Association
  Past Chair, Bankruptcy Subsection

- Member, American Bar Association

### News

**71 Holland & Hart Attorneys Named 2014 Colorado Super Lawyers®**

**89 Holland & Hart Attorneys Named Leaders by Super Lawyers**

**Holland & Hart Attorneys Top the State's Super Lawyers Rankings**

**Holland & Hart's Jack Smith Elected As A Fellow Of The American College Of Bankruptcy**





PERSUASION
STRATEGIES

**Shelley C. Spiecker, Ph.D.**
**Senior Litigation Consultant**
**720-231-1197**
**sspiecker@persuasionstrategies.com**

**Dr. Shelley Spiecker** has been advising attorneys on case strategy, courtroom persuasion and jury selection for over 19 years. With a doctorate in legal communication, Dr. Spiecker has extensive experience in the design and analysis of mock trial and focus group research. Her studies of the tactical use of innuendo in the courtroom and her analyses of effective opening statements and closing arguments have been recognized as valuable contributions to the trial consulting field. Dr. Spiecker is a national leader in strategic trial solutions in energy litigation and is frequently asked to lecture on emerging research findings.

**REPRESENTATIVE EXPERIENCE**

Dr. Spiecker is nationally recognized as having unparalleled expertise in energy litigation. In one example, in a two and one-half month trial in a small community in southern Mississippi, Dr. Spiecker's strategy advice, assistance with preparing witnesses, and jury selection assistance were instrumental in leading to a complete verdict in favor of two oil and gas companies. The two defendant energy companies were particularly pleased with the unique value added since the venue reflected significant bias against energy companies. We conducted a mock trial in the case which led directly to the co-defendants' refinement of trial strategy to present a united front centered on two distinctly different messages, which was critical given the facts of the case and the venire's predisposition to suspect that two energy companies would conspire in their defense.

Dr. Spiecker is also known for her fine-tuned abilities to work with witnesses to enhance credibility and likeability, and to translate unfamiliar concepts into identifiable issues. In one construction case example, the issue involved construction delay and included complex engineering analyses and testimony from seasoned construction workers who had never before communicated to jurors. She conducted a focus group to test key graphics concepts and worked extensively with the construction workers to help them feel more comfortable, friendly and approachable to the jury. Together with the trial team, she developed themes and language strategies to make the complexities of the delay issues understandable. The outcome of the case was a complete jury verdict in our client's favor, plus an award of attorneys' fees.

**EDUCATION**

Doctor of Philosophy, Communication Studies – University of Kansas, Lawrence, Kansas. 1998. Emphasis on legal communication and qualitative and quantitative research methods.

Master of Arts, Communication Studies – University of Kansas, Lawrence, Kansas. 1995. Emphasis on legal communications and social influence.

Bachelor of Arts with Honors, Communication Studies – University of Kansas, Lawrence, Kansas. 1993.

**MEMBERSHIPS AND AFFILIATIONS**

American Society of Trial Consultants – 1993 to present
Communication and Law Commission of National Communication Association – 1992 to present
American Association of Public Opinion Research – 1992 to present
American Psychological Association - Psychology and Law Division – 1992 to present
Institute for Energy Law – 2007 to present
American Bar Association – 2007 to present

**SELECTED PUBLICATIONS**

Spiecker, S.C. (March, 2011). *Test the Waters, But Don't Assume That Bias is Forever: Deepwater Hasn't Translated to Deep Trouble for Energy Defendants.* Persuasion Strategies.

Spiecker, S.C., Broda-Bahm, K., Boully, K.R., Lisko, K.O. (September 2009.) *Corporate America in Lean Times: Do Today's Jurors Have Shallow Sympathy for Deep Pockets?* InsideCounsel.

Spiecker, S.C., Worthington, D.L. (April, 2009). *Explorations of Juror Reasoning: Extending Our Understanding of the Influence of Attorney Opening Statement/Closing Argument Organizational Strategy.* Communication Law & Ethics Division of the Eastern Communication Association, Philadelphia, PA.

Spiecker, S.C., Broda-Bahm, K., Boully, K.R., Lisko, K.O. (September, 2008). *Are Judges Becoming More Like Jurors?* InsideCounsel.

Spiecker, S.C. (June, 2008). *Witness Preparation: A Key Component in the Successful Defense of Employment Cases.*  Persuasion Strategies.

Spiecker, S.C., Broda-Bahm, K., Boully, K.R., Lisko, K.O. (September, 2007). *Arbitration v. Jury Trial: What is the Real Difference?* InsideCounsel.

Spiecker, S.C., Broda-Bahm, K., Lisko, K.O., Boully, K.R. (July, 2006). *Anti-Corporate Bias is a Given, But Corporations Should Not Give Up on the Courtroom.* Persuasion Strategies.

Spiecker, S.C., Broda-Bahm, K., Lisko, K.O., Boully, K.R. (August, 2006). *Mocking Corporate America.* InsideCounsel.

Spiecker, S.C., Broda-Bahm, K., Lisko, K.O. (November, 2005). *Jurors in Red & Blue America.* Corporate Legal Times.

**SELECTED SPEAKING ENGAGEMENTS**

Spiecker, S.C., Bernard, B., Brimmer, G. (October, 2012). *Investing in Successful Litigation Strategies.* Presentation to major banking institution. Salt Lake City, Utah.

Spiecker, S.C. (October, 2012). *Women at Work: Making Communication Work for You.* Women Lawyers of Utah – 2012 Fall Retreat. Salt Lake City, Utah.

Spiecker, S.C., Lisko, K.O. (July, 2012). *Preparing Your Best Witness for Your Best Jury: Effective Techniques in Witness Preparation and Jury Selection in Medical Malpractice Litigation.* Presentation at Legal Summit, Napa, California.

Spiecker, S.C., Shaheen, A. (April, 2012). *Avoiding Royalty Litigation.* Presentation to Small Oil and Gas Companies Standing Committee, Denver, Colorado.

Spiecker, S.C., Day, P. (February, 2012). *The Practice of Environmental Law.* Presentation University of Denver Sturm College of Law, Denver, Colorado.

Spiecker, S.C. (October, 2011). Presentation on Judges, Juries and Arbitrators for the Inn of Court, Salt Lake City, Utah.

Spiecker, S.C. (May, 2011). *What's on the Horizon: Energy Litigation and Public Perceptions.* Presentation for the American Bar Association Antitrust and Consumer Protection in Energy Conference Panel, Houston, Texas.

Spiecker, S.C. (May, 2011). *Arming for Battle.* Presentation for the Colorado Defense Lawyers Association, Denver, Colorado.

Spiecker, S.C., Frost, D. (December, 2009). *Building Your Foundation: The Five Pillars of a Persuasive Construction Case.* Presentation at the Construction SuperConference, San Francisco, California.

Spiecker, S.C. (November, 2009). *Has the Down Economy Changed Jurors' Perceptions of the Energy Industry?* Presentation for prominent energy company, Houston, Texas.

Spiecker, S.C. (September, 2009). *Has the Down Economy Changed Jurors' Perceptions of the Energy Industry?* Litigation and Liability Issues for Oil & Gas Companies, Houston, Texas.

Spiecker, S.C. (August, 2009). *Becoming a More Effective Witness.* Litigation Education Retreat Presentation, Eugene, Oregon.

Spiecker, S.C. (June, 2009). *See Your Jury Case: Effective Jury Research.* Presentation to the Colorado County Attorneys Association 2009 Annual Conference, Vail, Colorado.

Spiecker, S.C., Foley, E. (December, 2008). *The Trial of a Private Royalty Lawsuit to Judge and Jury.* Presentation at the Rocky Mountain Mineral Law Foundation Special Institute on Private Oil and Gas Royalties, Denver, Colorado.

Spiecker, S.C., Broda-Bahm, K. (May, 2008). *Preparing the Company Witness in Employment Litigation.* Presentation to the Society of Human Resource Professionals, Salt Lake Chapter Legal Conference, Salt Lake City, Utah.

Spiecker, S.C., Broda-Bahm, K. (May, 2008). *Anti-Corporate Bias in Employment Contexts.* Presentation to the Society of Human Resource Professionals, Salt Lake Chapter Legal Conference, Salt Lake City, Utah.

Spiecker, S.C., Boully, K. (February, 2008). *Anti-Oil Industry Bias: How Deep Does It Go? How Best to Avoid It?* Presentation to the Institute for Energy Law 59th Annual Oil and Gas Law Conference, Houston, Texas.



# C. Pen Volkmann

**Director of Graphics & Video Services**



Pen Volkmann has, over the last nineteen years, created still and animated demonstrative exhibits for state and federal trials. He has worked on cases across the U.S, from New York City to Los Angeles and extensively in the greater Rocky Mountain region. With a strong background in the sciences, he has illustrated opinions in environmental, energy, defective product, patent, personal injury, tax, labor, contract, construction and trademark litigation. He has assisted in large cases with billions of dollars at stake, to small pro bono defenses of constitutional rights.

An over 40-year career in commercial and fine art, painting, and sculpture, enriches his 22 years of experience with computers. In 1989 he produced a forensic animation, which was one of the first created on a "personal computer". Mr. Volkmann has been with Persuasion Strategies since its inception, helping to develop it into one of the most capable legal multi-media groups in the country. The department he heads is nationally recognized as advancing the latest graphic, video and trial presentation technology in the practice of law.

**Denver**

P 303-295-8120

HONORS

- Law Technology News Award, Most Innovative Use of Technology During a Trial - 2006
- Telly Award - 2003
- The Videographer Award of Distinction - 2003
- The Communicator Award - 2002
- Who's Who Historical Society Registry of Executives & Professionals

**Related Practices**

Trial Consulting and Graphics

**Education**

American Film Institute

University of Massachusetts Amherst

9/19/2014

# MALISSA E. WILLIAMS

## Associate – Denver Office

Environmental Litigation

Environmental Compliance

Oil and Gas

Mining

Products Liability

**303.295.8440**

**mewilliams@hollandhart.com**



## Overview

Ms. Williams provides clients with sound advice in matters involving royalties, compliance, and litigation. Natural resources companies trust Ms. Williams to surmount legal obstacles so they can focus on doing business.

Ms. Williams focuses her practice on oil and gas federal royalty matters that include compliance, counseling, and administrative appeals. Her practice also involves environmental litigation and compliance in the oil and gas and mining industries, with an emphasis on state and federal solid and hazardous waste management regulatory regimes. Her federal statutory experience includes Resource Conservation and Recovery Act (RCRA), Comprehensive Environmental Response, Compensation and Liability Act (CERCLA), False Claims Act, and Mineral Leasing Act.

She served as lead counsel on a tort matter and has played an integral role on the defense team for a mining client defending a RCRA citizen suit in Federal district court. She has also worked on the defense of interstate pipeline companies in land use disputes and breach of contract actions.

Ms. Williams is admitted to practice in Colorado and the U.S. District Court for the District of Colorado.

## Publications

"Toxic Substances Control Act," The American Law of Mining, Second Edition, Chapter 178, 2010, co-author

## Speaking Engagements

"The History of the Marketable Condition Rule," co-presenter at the 2011 BLM-ONRR PASO Workshop in Tulsa, Okla.

## Education

University of Colorado (J.D. 2007)
Student Attorney, Legal Aid & Defender Program, 2006-07
Co-President, Black Law Students Association, 2005-06

Amherst College (B.A. 1992)
*cum laude*
English

