# EXHIBIT 3

EXHIBIT 3





Jason Bullinger
Graphic Designer, Illustrator and Photographer
303-295-8137
jbullinger@persuasionstrategies.com

For more than 13 years Jason Bullinger has served the Persuasion Strategies team as a graphic designer, illustrator, photographer and provider of trial presentation support. He has created visuals such as charts, maps, illustrations, photos and videos for cases in several practice areas, including employment, intellectual property and energy. Attorneys rely upon his trial presentation support for trials, hearings, mediations and arbitrations. Jason is also a freelance photographer, illustrator and graphic designer, which enhances the depth and breadth of his experience and ultimately, the quality of his work for clients of Persuasion Strategies.

## REPRESENTATIVE EXPERIENCE

Jason's visuals played a crucial role in the presentation to the State Department and ultimate win for our client, a small defense contractor. The case involved hundreds of thousands of dollars in potential penalties for unlicensed exports of defense services to foreign special services.

## EDUCATION

Associate Degree in Graphic Design and Multimedia – Westwood College of Technology 2000

Bachelor of Fine Arts in Illustration – Minnesota State University at Moorhead 1995





David Carter
Graphic Designer and Animator

303-295-8597
decarter@persuasionstrategies.com

David Carter has spent more than 18 years in various positions involving multimedia, graphic design and photography. During his five years with Persuasion Strategies he has specialized in 3D animation, CAD and mapping programs to create exhibits and demonstratives for use in court. David's interactive timelines have been instrumental in cases ranging from energy and construction to intellectual property, enabling the attorney to communicate quickly, clearly and effectively to fact finders at all levels in the case.

REPRESENTATIVE EXPERIENCE

David worked on a complex oil and gas case involving hundreds of complicated financial transactions and multiple natural gas pipelines and destinations. His interactive demonstrative enabled the client to explain the facts to the jury in a clear and understandable way, ultimately resulting in a favorable decision for the client.

EDUCATION

Bachelor of Arts with Honors, Interactive Multimedia – Platt College 1995
Associate of Arts, Graphic Design - Platt College 1991