# EXHIBIT 4

EXHIBIT 4



**Arnold & Arnold, LLP**
**Attorneys at Law**
7691 Shaffer Parkway, Suite A
Littleton, CO 80127
Phone: 720-962-6010
Fax: 720-962-6011
Map and Directions
E-Mail

# Jean C. Arnold

Partner

**Location:**

Littleton, Colorado

**Phone:**

(720) 962-6010

**Fax:**

(720) 962-6011

**Email:**

E-mail Me

I have been practicing law since 1983 and enjoy the challenge and especially the people involved in each case - both my clients and opposing counsel. I entered the legal profession to help others and solve problems. My ideals, while often tested, remain the same: Helping individuals in their businesses, big and small, and in their personal lives, communicate better and solve legal issues in creative ways. Sometimes solutions are found by going to Court or Arbitration. But, more often, deals are made and creative legal solutions are constructed in a way that brings closure, resolution and satisfaction.

*INTERESTS:* I enjoy singing, piano, hiking, golfing, swimming, skiing, reading and yoga. I am a certified lay speaker in the United Methodist Church and I am a Sunday School preschool teacher. My husband and I have two children, Allan (a C.U. graduate) and Sierra (attending Purdue University). We are both active in music, mission and outreach through Green Mountain United Methodist Church, pro bono legal services for Denver Urban Ministries as well as Metro Volunteer Lawyers.

**Areas of Practice**

Construction Litigation and Claims
Mechanic's Liens
Civil and Commercial Litigation
Business Law and Planning
Arbitration and Mediation

Real Estate
Creditor Representation in Bankruptcy Court
Administrative Law
Professional Training, Teaching and Staff Development

**Litigation Percentage**

90% of Practice Devoted to Litigation

**Bar Admissions**

Colorado, 1983
U.S. District Court District of Colorado, 1983
U.S. Court of Appeals 10th Circuit, 1983

**Education**

### University of Denver College of Law, Denver, Colorado

J.D., - 1983

### University of Denver

B.S.B.A. summa cum laude - 1980

### University of Denver

M.B.A. - 1983

**Published Works**

Chapter 13: "The Construction Manager and the Design-Build Project," Jean C. Arnold and Chris Squadra, Design Professional and Construction Manager Law, eds. Stephen A. Hess, Jerome V. Bales, P. Douglas Folk, L. Tyrone Holt, American Bar Association, 2007
"So Who Says You Can't Get Paid?" Collection Tools for the Construction Industry, Jean C. Arnold., Self-published, 1994 present [Updated annually]
"A Step-by-Step Guide to Completing: Mechanic's Lien and Notice of Intent; Notice Extending Time to File Lien Statement; Disburser's Notice; Verified Claim; Notice Under Miller Act, Jean. C. Arnold., Self-published, 2000 present [Updated annually]
"Collection Strategies: Use of Checks in the Construction Industry Small Claims Court Litigation Post Judgment Collections," Terry Ehrlich and Jean C. Arnold, Self-published, 2006
"Judgment and Mechanic's Liens Colorado," Jean C. Arnold and Terry Ehrlich, Self-published, 2008

**Representative Cases**

*Sophir Company v. Heiney*, 194 B.R. 898 (D.Colo. 1996)
*Browder v. U.S.F.&G.*, 893 P.2d 143 (Colo. 1995)

*Browder v. U.S.F.&G.*, 873 P.2d 16 (Colo. App. 1993)
*Travelers Indemnity Company v. Howard Electric Company*, 879 P.2d 431 (Colo. App. 1994)
*Amber Properties Ltd. v. Howard Electric and Mechanical Co., Inc.*, 775 P.2d 43 (Colo. App. 1988)
*Welch v. Gordon*, 97 CA 0171 (Colo. App. 1999)

**Representative Clients**

Wagner Equipment Co.
Pro Build South, LLC
Rio Grande Co.
BMC West Corp.

**Classes/Seminars**

Mechanic's Lien Seminar (Annual Class), NACM, 1985 - 2008
Construction Credit Management - Mechanic's Liens, Mountain States Commercial Credit, 1994 - 2008
"What to do before you call your lawyer - Contract review made easy", Presented to various professional trade organizations and employers, 1995 - Present
"So Who Says You Can't Get Paid?" - Collection Tools for the Construction Industry, Presented to various professional trade organizations and employers, 1985 - Present
Judgment and Mechanic's Liens - Colorado, National Business Institute, 2007
"An Ounce of Prevention . . . What to do before you call your lawyer & Down and dirty bankruptcy tips", Pella Windows & Doors, Inc., 2008
Watch that check - UCC and commercial paper, National Association of Credit Managers, 1998
Understanding the UCC - secured transactions, Wagner Equipment Co., 2007
Panel Member, "Insurance coverage issues - construction industry", Waterproofing Industry Trade Association, 2007

**Professional Associations and Memberships**

Denver Bar Association, Member
1st Judicial District Bar Association, Member
Colorado Bar Association, Member
Alfred Arraj Inn of Court, Member
American Bar Association, Construction Law Section, Member
Law Club, Member, 2007 - 2008

**Past Employment Positions**

Wolf & Slatkin, P.C., Shareholder, 1983 - 1994
Howard Electrical & Mechanical, Inc., Project Engineer, 1974 - 1983

**Pro Bono Activities**

Metro Volunteer Lawyers, 1983 - 2008
Legal Services - Denver Urban Ministries, 1994 - 2008

Jean C. Arnold | Arnold & Arnold, LLP | Littleton & Denver, Colorado          Page 4 of 4

Volunteer, Kenner, Louisiana - Hurricane Katrina relief and reconstruction work, 2006
Volunteer, Greensburg, Kansas - Tornado reconstruction work, 2008
Warren Village, Santa Shop, 2008

**Languages**

American Sign Language

**Fraternities/Sororities**

Beta Gamma Sigma

Copyright © 2014 by Arnold & Arnold, LLP. All rights reserved. Disclaimer | Site Map

**Kelley Shirk's Bio:**

**Personal Statement:**

Kelley is a new Associate at Arnold & Arnold, LLP as of July 2010. Kelley is a 2006 graduate from the University of Wisconsin, Madison, where she earned a Bachelor of Arts degree in Spanish. She continued her education at Marquette University Law School and received a law degree in 2009. Kelley was admitted to practice in Wisconsin in 2009 and in Colorado in 2010.

Kelley began her law practice as an Associate Corporate Counsel at a Consumer Collection Company in Greeley. During law school, she gained family and criminal law experience while working as a law clerk at a family law firm and at the Milwaukee County District Attorney's Office.

Kelley volunteered at the Marquette Legal Clinic throughout her legal education and she will continue to be active in pro bono activities through Denver Urban Ministries and Metro Volunteer Lawyers. Kelley spent time living abroad in both Spain and Mexico, and she is fluent in Spanish.

**Areas of Practice:**

Collections

Civil litigation

Family Law

Estate Planning

Mechanic's Liens

General Practice

**Bar Admissions:**

Wisconsin, 2009

Colorado, 2010

U.S. District Court District of Colorado, 2010

**Education:**

**Marquette University Law School**

J.D. – 2009

**University of Wisconsin, Madison**

B.A. - 2006

**Professional Associations and Memberships:**

Wisconsin Bar Association, Member

Colorado Bar Association, Member

Denver Bar Association, Member

**Fraternities/Sororities:**

Gamma Phi Beta

**Arnold & Arnold, LLP**
**Candace Mitchell Bio**

Ms. Mitchell has been a paralegal for 25 years and the last 7 years with Arnold & Arnold. She is a former land title examiner. She has her paralegal certificate from Metropolitan State University in Denver.

**Arnold & Arnold, LLP**
**Vicki Van Sittert Bio**

Ms. Sittert has been a paralegal at Arnold & Arnold for the last 10 years. She has her certificate from Arapahoe Community College, Littleton, Colorado. She specializes in litigation.