# EXHIBIT 5

## ROBERT L. FUREY

After obtaining B.S. and Ph.D. degrees in Chemistry, Robert Furey spent two years conducting research for the U.S. Army.  He then worked for 29 years at General Motors Research & Development Center investigating the effects of fuel properties, composition, and additives on vehicle emissions, performance, fuel economy, and durability.  His work involved laboratory bench testing, chemical analysis, and engine dynamometer and vehicle testing.  His last position at GM R&D was Manager of the Gasoline Fuel Systems Section of the Fuels and Lubricants Department, and Principal Research Scientist.

Bob then worked another six years at General Motors Powertrain as Fuels Group Leader investigating causes of fuel-related vehicle problems, coordinating fuel recommendations for new vehicles, and representing GM on ASTM and SAE fuels committees.  For about ten years, he was Chairman of ASTM Subcommittee D02.A on Gasoline and Oxygenated Fuels.

During his career, he published numerous technical papers, most of them through SAE International.

After retiring from GM, he formed his own automotive fuels consulting business, Furey and Associates LLC, and currently Furey Fuels Consulting LLC.  He is a member of the American Chemical Society, ASTM International, and SAE International.

Robert L. Furey, PhD
Furey Fuels Consulting LLC
2691 Radford St NW
North Canton, Ohio 44720
Email  robert.furey59@gmail.com
Telephone  330-768-7404

**James Griffin**

Director

James M. Griffin has extensive experience in antitrust economics and the calculation of damages in complex litigation. He is a professor of economics and public policy and holder of the Bob Bullock Chair in Public Policy and Economics at the George Bush School at Texas A&M University. He is also the director of the Mosbacher Institute for Trade, Economics, and Public Policy.

Dr. Griffin is a nationally known authority in the area of energy economics. He coauthored with Henry Steele the leading textbook in the field, Energy Economics and Policy. Yale University Press recently published his latest book, A Smart Energy Policy. He has also authored three other energy-related books, two recently edited volumes on climate change (Global Climate Change: The Science, Economics, and Politics) and electricity deregulation (Electricity Deregulation: Choices and Challenges), and numerous articles in leading economics journals.

Prior to joining the Bush School in 2001, Mr. Griffin held the Cullen Professorship in the Department of Economics at Texas A&M. His previous academic positions included the University of Pennsylvania and the University of Houston. He is a Humboldt Fellow and is included in Who's Who in Economics. He also serves on the editorial boards of three journals specializing in energy economics: The Energy Journal, Resources and Energy, and The Pacific and Asian Journal of Energy.

Education

- University of Pennsylvania, Ph.D., Economics, 1971
- Southern Methodist University, B.A., Mathematics & Economics, 1966

Employment History

- George Bush School of Government & Public Service, Bob Bullock Chair, Professor of Economics & Public Policy, 2001 - 2010
- LECG, Director, 2001 - 2010
- Department of Economics, Texas A & M University, Professor of Economics, 1983 - 2001

Honors

- Bush School Faculty Award for Excellence in Teaching, Research, and Service, George Bush School, 2009
- Humboldt Fellow, University of Koln, Alexander Humboldt Foundation, 1981

**Craig Schulman**

Principal

Craig T. Schulman is a visiting associate professor of economics at Texas A&M University. Dr. Schulman has been engaged as a testifying expert and consultant in large-scale litigation in the areas of antitrust, intellectual property, international trade, and general litigation.

Dr. Schulman's engagements have occurred in a variety of industries, including petrochemicals, petroleum refining, petroleum product markets and pricing crude-oil markets and pricing, heavy manufacturing, chemicals, pharmaceuticals, insurance, financial services, consumer products, and computer hardware. These engagements have included settings in state and federal courts, in international arbitration, and with the Federal Trade Commission and the U.S. International Trade Commission. In addition, Dr. Schulman has provided support and analysis for presentation to the Federal Trade Commission and Department of Justice during their merger review process.

Dr. Schulman's research and teaching interests include international trade policy, econometrics, industrial organization, and financial economics. He has published articles in Energy Economics, Journal of International Economics, National Tax Journal, Annales D'Economie et de Statistique, and Review of International Economics, among others.

Education

Texas A&M University

Ph.D., Economics, 1990

B.S., Economics, 1985

**Bradley Noffsker**

Principal

Brad Noffsker specializes in industrial organization, finance, and data analytics. His work encompasses a wide variety of industries and focuses on competition analysis and consumer protection issues, as well as class certification and damages analysis in complex business litigation. He coordinates large data management and analysis projects including providing econometric and statistical analysis for large-scale complex litigation projects and mergers that are reviewed by government competition bureaus. Mr. Noffsker has managed several matters involving analyses of mergers and acquisitions and has coauthored studies submitted to U.S. and Canadian antitrust agencies.

Mr. Noffsker has worked extensively on matters involving economic analysis of matters involving monopoly, monopsony, conspiracy, and Racketeer Influenced and Corrupt Organizations Act allegations. He has served as a consultant to companies in a variety of industries including energy, healthcare,

pharmaceuticals, medical devices, insurance, automobile manufacturing, cigarette and smokeless tobacco manufacturing, food service, retail, banking, road construction, software manufacturing, beverages, outdoor power equipment, insurance, and fertilizer manufacturing.

Mr. Noffsker received his master's degree in finance from Texas A&M University and has taught microeconomics and finance courses at Texas A&M. In addition, Mr. Noffsker has completed Ph.D.-level economics and finance courses in microeconomic theory, macroeconomic theory, econometrics, game theory, industrial organization, labor economics, corporate finance, and investments.

Education

Texas A&M University

- M.S., Finance, 1997

Harding University

- BBA, Economics, 1989 (summa cum laude)

Employment History

- LECG, LLC and predecessor companies, Principal, 1996 - 2010

---

**Tiffany Vernon**

Managing Consultant

Managing Consultants/Economists demonstrate a thorough understanding of all technical and management aspects of client service. Managing Consultants/Economists are capable of planning, budgeting, executing and delivering discreet complex technical segments of large projects or all aspects of small or medium sized client assignments. This includes the delegation and monitoring of tasks performed by other team members and critically auditing all work performed under their supervision. Managing Consultants/Economists frequently assist in developing solutions, creating large portions of client deliverables under supervision, and are expected to provide meaningful intellectual contributions to the engagement. They may be a regular point of contact for the client on an engagement. Managing Consultants/Economists have developed a thorough understanding of the standards and procedures that are required in delivering client work product in their primary areas of expertise, and have a deep knowledge of their discipline. Managing Consultants/Economists are also responsible for actively participating in the career development of Associates, Senior Associates, and Consultants on their engagement teams or office. Managing Consultants/Economists continue to expand firm-building activities by assuming managerial roles in the office for such functions as recruiting, training, or staff coordination. They also begin to participate in developing project proposals and other business development activities with experts.

**Aaron Ates**

Associate

Associates use standard research skills and employ basic analytic techniques to complete specific tasks as defined by their supervisors. Associates demonstrate an ability to listen carefully and to document their work in the manner established by the engagement team. They are expected to develop good auditing practices to ensure the quality of their work and the work of other team members. Associates develop proficiency with Microsoft Office products using both public resources and guidance from their peers. Associates also begin to develop experience with other analytical software, such as SAS, SQL Server, Stata, or other software programs relevant to their work. Associates demonstrate the ability to understand the underlying issues of a case or project, to think critically in solving quantitative and qualitative problems, and to plan, prioritize, set, and achieve personal goals for accuracy and efficiency. Good organizational, verbal, and written communication skills are essential. Associates demonstrate the ability to work with and adapt to different management styles, and to work well both independently and in teams.

**Brenda Hickman**

Case Assistant

Support experts and senior professional staff on project engagements

• Manage, develop and maintain project files (electronic or paper), electronic databases, spreadsheets and other files as dictated by project needs through organization and filing.

• Provide analytical support to senior staff by through research of project files, identification of key documents, development of issues chronologies

• Assemble project data into spreadsheets and databases for analytical use

• Assist with preparation of expert reports including typing, editing and proofreading

• Prepare report exhibits and graphics to support analysis

• Assist with the preparation of presentations for mediation, arbitration, trial and/or industry seminars and marketing events

• Participate in a team environment and meet client deadlines and quality expectations.

**Sahil Dilwali**

Consultant

Consultants continue to focus on completing project analyses using the skills defined in the Associate and Senior Associate job descriptions while expanding their supervisory responsibility and assisting in leadership roles. Consultants demonstrate a solid understanding of the technical concepts in their primary areas of service delivery and most analytical and presentation tools and can leverage this understanding in completing project assignments with limited supervision. In addition to taking on a greater number of more complex projects and technical assignments, Consultants develop their skills in team leadership, training and supervision. They take personal responsibility for the completion of project segments and assist in creating client deliverables. Consultants may coach and supervise Associates and Senior Associates, and assist in the development of technical skills and knowledge in their area of expertise. Consultants may also act as case managers on some assignments and be a point of contact for clients. Consultants are expected to take an active role in firm development activities through recruiting, training, brownbag presentations, etc.

**Joseph Bacica**

Associate

Associates use standard research skills and employ basic analytic techniques to complete specific tasks as defined by their supervisors. Associates demonstrate an ability to listen carefully and to document their work in the manner established by the engagement team. They are expected to develop good auditing practices to ensure the quality of their work and the work of other team members. Associates develop proficiency with Microsoft Office products using both public resources and guidance from their peers. Associates also begin to develop experience with other analytical software, such as SAS, SQL Server, Stata, or other software programs relevant to their work. Associates demonstrate the ability to understand the underlying issues of a case or project, to think critically in solving quantitative and qualitative problems, and to plan, prioritize, set, and achieve personal goals for accuracy and efficiency. Good organizational, verbal, and written communication skills are essential. Associates demonstrate the ability to work with and adapt to different management styles, and to work well both independently and in teams.

**David Najvar**

Principal

David J. Najvar has extensive experience with large-scale antitrust litigation and merger analysis, as well as matters involving intellectual property, commercial damages, and business valuation. Mr. Najvar has

consulted on numerous projects in a wide range of industries including healthcare and pharmaceuticals, telecommunications, energy, and chemicals.

Mr. Najvar serves as a principal and the office director for Berkeley Research Group's College Station office. Prior to joining BRG, Mr. Najvar worked as an economic consultant at LECG for almost 12 years.

Education

University of Texas at Austin

- MBA

Texas A&M University

- BBA, Finance

Employment History

- LECG, LLC , Senior managing consultant and office director, 1998 - 2010

Professional Affiliations

- Chartered Financial Analyst (CFA) Institute
- CFA Charterholder
- Certified Public Accountant (CPA)
- State of Texas license
- American Institute of Certified Public Accountants (AICPA)
- Accredited in Business Valuation (ABV)

---

**Rebecca Navjar**

Case Assistant

Support experts and senior professional staff on project engagements

• Manage, develop and maintain project files (electronic or paper), electronic databases, spreadsheets and other files as dictated by project needs through organization and filing.

• Provide analytical support to senior staff by through research of project files, identification of key documents, development of issues chronologies

• Assemble project data into spreadsheets and databases for analytical use

• Assist with preparation of expert reports including typing, editing and proofreading

• Prepare report exhibits and graphics to support analysis

• Assist with the preparation of presentations for mediation, arbitration, trial and/or industry seminars and marketing events

• Participate in a team environment and meet client deadlines and quality expectations.

### Matthew Wey

Associate

Associates use standard research skills and employ basic analytic techniques to complete specific tasks as defined by their supervisors. Associates demonstrate an ability to listen carefully and to document their work in the manner established by the engagement team. They are expected to develop good auditing practices to ensure the quality of their work and the work of other team members. Associates develop proficiency with Microsoft Office products using both public resources and guidance from their peers. Associates also begin to develop experience with other analytical software, such as SAS, SQL Server, Stata, or other software programs relevant to their work. Associates demonstrate the ability to understand the underlying issues of a case or project, to think critically in solving quantitative and qualitative problems, and to plan, prioritize, set, and achieve personal goals for accuracy and efficiency. Good organizational, verbal, and written communication skills are essential. Associates demonstrate the ability to work with and adapt to different management styles, and to work well both independently and in teams.

### Christian Torres-Lopez

Associate

Associates use standard research skills and employ basic analytic techniques to complete specific tasks as defined by their supervisors. Associates demonstrate an ability to listen carefully and to document their work in the manner established by the engagement team. They are expected to develop good auditing practices to ensure the quality of their work and the work of other team members. Associates develop proficiency with Microsoft Office products using both public resources and guidance from their peers. Associates also begin to develop experience with other analytical software, such as SAS, SQL Server, Stata, or other software programs relevant to their work. Associates demonstrate the ability to understand the underlying issues of a case or project, to think critically in solving quantitative and qualitative problems, and to plan, prioritize, set, and achieve personal goals for accuracy and efficiency. Good organizational, verbal, and written communication skills are essential. Associates demonstrate the ability to work with and adapt to different management styles, and to work well both independently and in teams.

**Ashley Majzun**

Associate

Associates use standard research skills and employ basic analytic techniques to complete specific tasks as defined by their supervisors. Associates demonstrate an ability to listen carefully and to document their work in the manner established by the engagement team. They are expected to develop good auditing practices to ensure the quality of their work and the work of other team members. Associates develop proficiency with Microsoft Office products using both public resources and guidance from their peers. Associates also begin to develop experience with other analytical software, such as SAS, SQL Server, Stata, or other software programs relevant to their work. Associates demonstrate the ability to understand the underlying issues of a case or project, to think critically in solving quantitative and qualitative problems, and to plan, prioritize, set, and achieve personal goals for accuracy and efficiency. Good organizational, verbal, and written communication skills are essential. Associates demonstrate the ability to work with and adapt to different management styles, and to work well both independently and in teams.

**Nicholas Zeien**

Associate

Associates use standard research skills and employ basic analytic techniques to complete specific tasks as defined by their supervisors. Associates demonstrate an ability to listen carefully and to document their work in the manner established by the engagement team. They are expected to develop good auditing practices to ensure the quality of their work and the work of other team members. Associates develop proficiency with Microsoft Office products using both public resources and guidance from their peers. Associates also begin to develop experience with other analytical software, such as SAS, SQL Server, Stata, or other software programs relevant to their work. Associates demonstrate the ability to understand the underlying issues of a case or project, to think critically in solving quantitative and qualitative problems, and to plan, prioritize, set, and achieve personal goals for accuracy and efficiency. Good organizational, verbal, and written communication skills are essential. Associates demonstrate the ability to work with and adapt to different management styles, and to work well both independently and in teams.

**Joel Woodward**

Consultant

Consultants continue to focus on completing project analyses using the skills defined in the Associate and Senior Associate job descriptions while expanding their supervisory responsibility and assisting in leadership roles. Consultants demonstrate a solid understanding of the technical concepts in their primary

areas of service delivery and most analytical and presentation tools and can leverage this understanding in completing project assignments with limited supervision. In addition to taking on a greater number of more complex projects and technical assignments, Consultants develop their skills in team leadership, training and supervision. They take personal responsibility for the completion of project segments and assist in creating client deliverables. Consultants may coach and supervise Associates and Senior Associates, and assist in the development of technical skills and knowledge in their area of expertise. Consultants may also act as case managers on some assignments and be a point of contact for clients. Consultants are expected to take an active role in firm development activities through recruiting, training, brownbag presentations, etc.

**Matthew Neideffer**

Principal

Matt Neideffer has advised clients and provided analyses supporting expert testimony in antitrust, wage and overtime disputes, class certification, and public policy matters. Mr. Neideffer has extensive experience coordinating large-scale projects and conducting complex analysis. These analyses have been presented in federal and state courts, and before regulatory agencies including the Department of Justice and Federal Trade Commission.

Mr. Neideffer received bachelor's degrees in economics and psychology from San Diego State University and advanced to candidacy for a Ph.D. in economics at Texas A&M University. He has taught courses in econometrics, research methods in economics, microeconomics, and macroeconomics.

Education

Texas A&M University

- ABD, Economics, 1999

San Diego State University

- B.A., Economics and Psychology, 1992

Employment History

- LECG, Principal, 1999 - 2010