# EXHIBIT 6

E
X
H
I
B
I
T

6

# JOSEPH PATRICK CARBON, ESQ.

**DOCUMENT REVIEW EXPERIENCE:**

**Baker Hostetler,** Denver, Colorado                                                                Jan 2013
*Contract Attorney (through Gibson, Arnold & Assoc.) – Document Review.* Identify documents containing protected health information and personally identifiable information re: malware breach at Wisconsin hospital.

**Wheeler Trigg O'Donnell, LLP,** Denver, Colorado                                      Dec 2012
*Contract Attorney (through Gibson, Arnold & Assoc.) – Document Review.* Bad faith insurance and breach of contract claims re: managed care organization; Review for relevance and attorney client privilege using Summation platform.

**Quinn Emanuel,** New York, NY                                                 Oct 2012 – Nov 2012
*Contract Attorney (through Lexolution) – Document Review.* Adversary proceeding in US Bankruptcy Court, SDNY. Review documents for relevancy and issue tagging re: oil company directors' and officers' pre-bankruptcy asset transfers. Conduct database searches and draft memoranda re: sale of corporate jet.

**Keker & Van Nest, LLP,** New York, NY                                                         Oct 2012
*Contract Attorney (through Update Legal) – Document Review.* Patent infringement litigation. Review documents for attorney client privilege, attorney work product, and confidentiality. Review and analyze patent applications.

**Faegre Baker Daniels, LLP,** Denver, Colorado                                             July 2012
*Contract Attorney (through Gibson, Arnold & Assoc.) – Document Review.* Pre-certification phase of potential class action re: underinsured / uninsured motorist claims filed with large automobile insurer. Redact personal information and conduct attorney client / work product reviews using Axcelerate platform.

**Berg, Hill, Greenleaf & Ruscitti, LLP,** Boulder, Colorado                             June 2012
*Contract Attorney (through Gibson, Arnold & Assoc.) – Substantive Review.* Breach of contract and termination for convenience; Conduct database search and legal research re: Bolivian silver mine contractors using Relativity platform.

**Janus Capital Group,** Denver, CO                                                     Apr 2012-May 2012
*Contract Attorney (through Gibson, Arnold & Assoc.) – Document Review.* Securities and Exchange Commission request for email correspondence. Review messages for attorney-client privileged communications.

**Holland & Hart, LLP,** Denver, CO                                                 Jan 2012 – Mar 2012
*Contract Attorney (through Gibson, Arnold & Assoc.) – Document Review.* Breach of contract and price discrimination litigation re: large energy company and retail fuel outlets. Review internal documents for attorney-client privilege, attorney work product and confidentiality using Ringtail platform.

**Dechert, LLP,** New York, NY                                                         Sept 2008-Dec 2008
*Contract Attorney (through HIRECounsel) – Document Review.* IRS audit of a large multi-national insurance corporation's investment banking subsidiary. Review of foreign tax credits claimed by Special Purpose Vehicles engaged in substantial credit derivative swap transactions.

**Gibson, Dunn & Crutcher,** New York, NY                                                       Jul 2008



**GIBSON ARNOLD & ASSOCIATES, INC.**
518 17th STREET          303/595-3655
SUITE 1125               303/595-3660 FAX
DENVER, CO 80202         888/376-3655 TOLL FREE
www.gibsonarnold.com

GIBSON ARNOLD ASSOCIATES, INC.

*Placing the Best with the Best.*

*The resume on this page is an exact copy of the resume submitted to Gibson Arnold & Associates, Inc. by the applicant. The applicant has represented to GAA that the information on their resume is accurate. GAA independently verifies references but does not guarantee the validity or accuracy of any information provided by the applicant.*

*Contract Attorney (through Hudson Global Resources) – Document Review. A*nti-trust second request review. Review documents using Attenex platform.  Merger / acquisition, competition, and pricing information related to software companies that provide loss valuation software to the auto insurance industry.

---

**NERA Economic Consulting**, New York, NY                                                                       Jun 2008
*Contract Attorney (through HIRECounsel)  – Document Review*. Asbestos litigation.  Compile statistics for help in determining insurance policy coverage, date of alleged exposure, claimants' work history and medical diagnoses.

**McCarter & English,** Newark, NJ                                                              Jan 2008 – Apr 2008
*Contract Attorney (through Hudson Global Resources) - Document Review*. Pharmaceutical litigation. Review documents for relevancy, confidentiality and attorney-client privilege, utilizing Ringtail software.

<u>OTHER LEGAL EXPERIENCE:</u>

**LiPuma Law Associates, LLC**, Loveland, Colorado                                         Jun 2010 – Apr 2011
*Associate Attorney*. Civil litigation, business transactions and general practice. Drafted corporate and partnership organizational documents, including operating agreements, by-laws and articles of incorporation. Handled emergency parenting time hearing and won child custody for client. Prepared and filed state and local license applications for medical marijuana centers. Successfully prosecuted and settled litigation involving breach of contract for the purchase and sale of home furnishings.

**Abrams, Cohen & Associates,** New York, NY                                               Feb 2009 – Jun 2010
*Associate Attorney*. Researched and drafted insurance defense litigation memoranda of law. Conducted depositions and oversaw firm's deposition calendar. Appeared in court for pre-trial motion practice. Drafted pleadings and responses to demands for interrogatories.  Participated in settlement negotiations with opposing counsel.

**Fine, Olin & Anderman, LLP,** New York, NY                                                May 2006 – Feb 2007
*Law Clerk*. Managed collections practice for client credit union: heavy client contact, settlement negotiations, drafting of complaint, default judgment and execution on judgments. Conducted legal research and writing and prepared documents for real estate closings, estate planning, divorce proceedings and workers' compensation matters.

**New York City Law Department,** New York, NY                                           Aug 2005 – Dec 2005
*Extern - Commercial and Real Estate Litigation*. Researched constitutional challenges to NYC Administrative Code *in rem* tax lien foreclosure statute. Drafted arguments in support of City's motion for summary judgment of foreclosure, affirming adequacy of statutory redemption period and compliance with Fifth Amendment Due Process requirements.

<u>COMPUTER SKILLS:</u>
Westlaw, Lexis Nexis, MS Word, WordPerfect, Ringtail, Attenex, Axcelerate, Relativity, Concordance, PACER

<u>BAR ADMISSIONS:</u>
Colorado        2010
New York        2008
New Jersey      2007



**GIBSON ARNOLD & ASSOCIATES, INC.**
518 17th STREET
SUITE 1125
DENVER, CO 80202

303/595-3655
303/595-3660 FAX
888/376-3655 TOLL FREE
www.gibsonarnold.com

*Placing the Best with the Best.*

*The resume on this page is an exact copy of the resume submitted to Gibson Arnold & Associates, Inc. by the applicant.  The applicant has represented to GAA that the information on their resume is accurate.  GAA independently verifies references but does not guarantee the validity or accuracy of any information provided by the applicant.*

<u>**EDUCATION**</u>:
**New York Law School,** New York, NY                                                    Juris Doctor, 2007
Dean's List, 2006

**Loyola University Chicago,** Chicago, IL                                            Bachelor of Arts, 2000
Major: History   Minor: Classical Studies
Dean's List, 1999-2000
Phi Alpha Theta, History Honors Society

<u>**ACTIVITIES & INTERESTS**</u>:
**National Outdoor Leadership School (NOLS)**, Palmer, AK                 Jun 2002-Aug 2002
*Semester in Alaska*; Kayaking, Backpacking & Mountaineering;
Certified in Leave No Trace outdoor ethics and skills

Hiking & Backpacking; Cooking; Travel



**GIBSON ARNOLD & ASSOCIATES, INC.**
518 17th STREET        303/595-3655
SUITE 1125             303/595-3660 FAX
DENVER, CO 80202       888/376-3655 TOLL FREE
                       www.gibsonarnold.com

*Placing the Best with the Best.*
The resume on this page is an exact copy of the resume submitted to Gibson Arnold & Associates, Inc. by the applicant.  The applicant has represented to GAA that the information on their resume is accurate.  GAA independently verifies references but does not guarantee the validity or accuracy of any information provided by the applicant.

# Douglas A. Gitlin

**EXPERIENCE**

| | |
|---|---|
| 2008 to Present | **Translation and Document Review** (Denver, CO)<br>***Contract Attorney and Dutch-English Translator*** |

- Analyze, translate, and summarize Dutch documents
- Produce English translations of the highest quality
- Review Dutch and English legal, scientific, financial, marketing, and general business documents for responsiveness and privilege
- Work under tight deadlines on regulatory and litigated matters
- Clients include world's leading pharmaceutical, telecommunications, and financial companies
- Project summary and client list attached below

| | |
|---|---|
| 2005 to 2008 | **Gitlin Legal Services** (Denver, CO *and* Hilversum, The Netherlands), ***Principal*** |

- Provide legal, writing, and editing services for clients in the United States and Europe
- Advise clients on complex commercial litigation matters
- Produce manuals for Swedish software company

| | |
|---|---|
| 2001 to 2005 | **The Hustead Law Firm, LLC** (Denver, CO)<br>***Partner*** (2003-2005); ***Senior Associate*** (2001-2003) |

- Represented leading surety and corporate clients in complex commercial litigation, insurance, and bankruptcy matters
- Worked closely with clients to plan litigation strategy
- Prepared written briefs and motions, negotiated with opposing counsel, and presented arguments to Courts and to arbitrators and mediators
- Supervised and trained the firm's associates, with an emphasis on editing and improving the associates' legal writing
- Published analyses of national surety decisions
- Led a team that wrote and published a comprehensive survey of surety law throughout the Rocky Mountain region

| | |
|---|---|
| 1999 to 2001 | **Costigan and Company** (New York, NY); ***Senior Associate*** |
| 1995 to 1999 | **Hart and Hume** (New York, NY); ***Associate*** |
| 1993 to 1995 | **Ohrenstein and Brown** (New York, NY); ***Associate*** |

- Handled complex commercial, surety, and bankruptcy litigation caseload
- Represented victims of investment company's Ponzi scheme in successful class action claim

---

| | |
|---|---|
| **EDUCATION** | **New York University School Of Law** (New York, NY) Juris Doctor, 1993 |
| | **Cornell University** (Ithaca, New York) Bachelor of Arts, *cum laude*, 1990 |
| | **Chris P. Odijk English Courses & Translations** (Amsterdam, The Netherlands), 2009-2011 |



**GIBSON ARNOLD & ASSOCIATES, INC.**
518 17th STREET
SUITE 1125
DENVER, CO 80202

303/595-3655
303/595-3660 FAX
888/376-3655 TOLL FREE
www.gibsonarnold.com

GIBSON ARNOLD & ASSOCIATES INC.

*Placing the Best with the Best.*

*The resume on this page is an exact copy of the resume submitted to Gibson Arnold & Associates, Inc. by the applicant. The applicant has represented to GAA that the information on their resume is accurate. GAA independently verifies references but does not guarantee the validity or accuracy of any information provided by the applicant.*

postgraduate instruction and tutoring in Dutch-English legal translation

**PROFESSIONAL**  Member of New York and Colorado State Bars (inactive status - no longer actively practicing law)

**AFFILIATIONS**  Member, American Translators Association (since 2009)

**COMPUTER**  WordFast computer assisted translation software; Concordance FYI, Kroll, Relativity, Ringtail

**SKILLS**  and Summation document review software; Microsoft Office; WordPerfect Office

**GIBSON ARNOLD & ASSOCIATES, INC.**
518 17th STREET          303/595-3655
SUITE 1125               303/595-3660 FAX
DENVER, CO 80202         888/376-3655 TOLL FREE
                         www.gibsonarnold.com

GIBSON
ARNOLD
& ASSOCIATES, INC.

*Placing the Best with the Best.*

*The resume on this page is an exact copy of the resume submitted to Gibson Arnold & Associates, Inc. by the applicant. The applicant has represented to GAA that the information on their resume is accurate. GAA independently verifies references but does not guarantee the validity or accuracy of any information provided by the applicant.*

## PROJECT SUMMARY

**Dutch-to-English Translation Projects**

*Representative Client List*
**All Language Alliance**, Highlands Ranch, CO
**Geotext Translations Inc.**, New York, NY
**Global Arena**, Philadelphia, PA
**HC Language Solutions**, Foster City, CA
**KERN Corporation**, New York, NY
**Liaison Multilingual Services**, Denver, CO
**Linguistic Services, Inc.**, Cambridge, MA
**Morningside Translations**, New York, NY
**Scribe Consulting**, San Diego, CA
**TransPerfect Translations**, New York, NY
**TransPerfect Translations**, London, UK
**Trust Forte**, New York, NY
**Universe Technical Translation**, Houston, TX
**Worldwide Translation Center**, San Diego, CA

*Sample Project List*
- Translated legal pleadings in patent, civil, criminal, and family law matters, including briefs to Dutch Supreme Court and Court of Appeals

- Translated judgments from courts in the Netherlands and Belgium, including
    - Decision by Dutch Supreme Court in patent infringement case
    - Trial court decision involving alleged violation of Hague Convention on the Civil Aspects of International Child Abduction

- Translated portions of Dutch and Belgian statutes and regulations, and international treaties and conventions
- Translated technical and business documents, including environmental analyses, planning reports, and pollution remediation plans
- Translated claims by passengers injured in aircraft accident
- Translated medical documents including handwritten and typed medical notes and lab reports
- Translated official investigator's report on fatal workplace accident
- Proofread and edited Dutch to English translations

- Translations from word documents, pdf files, excel spreadsheets, and more
- High-volume, complex translations produced under tight deadlines

**Dutch Document Review Projects**

**Clifford Chance LLP**, New York, NY

- Analyzed financial documents, correspondence, and legal assessments on behalf of leading Dutch financial institution
- Reviewed Dutch and English documents for responsiveness and privilege in connection with regulatory proceeding



**GIBSON ARNOLD & ASSOCIATES, INC.**
518 17th STREET          303/595-3655
SUITE 1125              303/595-3660 FAX
DENVER, CO 80202        888/376-3655 TOLL FREE
                        www.gibsonarnold.com

GIBSON ARNOLD & ASSOCIATES, INC.

*Placing the Best with the Best.*
The resume on this page is an exact copy of the resume submitted to Gibson Arnold & Associates, Inc. by the applicant. The applicant has represented to GAA that the information on their resume is accurate. GAA independently verifies references but does not guarantee the validity or accuracy of any information provided by the applicant.

**Gibson Dunn and Crutcher**, New York, NY

- Analyzed, translated, and summarized financial, marketing, and general business documents on behalf of leading Dutch telecommunications provider
- Reviewed Dutch and English documents for responsiveness and privilege in litigated matter involving minority shareholder's rights following tender offer

**Watkins & Eager**, Jackson, MS

- Analyzed, translated, and summarized scientific, financial, marketing, and general business documents for responsiveness and privilege
- Extremely high volume of Dutch and English documents translated and reviewed on behalf of multinational pharmaceutical company litigating highly technical and scientific matters (including genetic and biochemical issues)
- Performed quality control and follow-up translations at client's request after main project concluded

## English Language Document Review Projects

**Baker Hostetler**, Denver, CO                                                                    June 2014

- Analyzed documents for compliance with privacy laws and regulations on behalf of state agency.

**Kilpatrick Townsend & Stockton**, Denver, CO                                    April 2014

- Analyzed and coded documents for responsiveness, confidentiality, and privilege in connection with patent infringement litigation on behalf of top global aircraft component manufacturer.

**Hogan Lovells**, Denver, CO                                                June 2013 to March 2014

- Analyzed and coded documents for responsiveness and privilege on behalf of governmental entity involved in complex litigation relating to public retirement funds
- Analyzed and coded documents for responsiveness and privilege on behalf of leading nutritional supplement provider in securities compliance matter
- Develop privilege log, identifying documents protected by attorney-client, deliberative process, or common interest privileges

**Wheeler Trigg O'Donnell**, Denver, CO                                          May to June 2013

- Analyzed and coded documents for responsiveness, confidentiality, and privilege in connection with breach of contract claim in complex oil and gas litigation.

---



**GIBSON ARNOLD & ASSOCIATES, INC.**
518 17th STREET
SUITE 1125
DENVER, CO 80202

303/595-3655
303/595-3660 FAX
888/376-3655 TOLL FREE
www.gibsonarnold.com

*Placing the Best with the Best.*

*The resume on this page is an exact copy of the resume submitted to Gibson Arnold & Associates, Inc. by the applicant. The applicant has represented to GAA that the information on their resume is accurate. GAA independently verifies references but does not guarantee the validity or accuracy of any information provided by the applicant.*

**Hogan Lovells**, Denver, CO                                        February to April 2013

- Analyzed and coded documents for responsiveness and privilege on behalf of governmental entity involved in complex litigation in connection with land use, water rights, and breach of contract claims

**Brownstein Hyatt Farber Schreck**, Denver, CO        November 2012 to December 2012

- Analyzed and coded documents for responsiveness, confidentiality, and privilege in connection with breach of contract and fraud claims

**Hogan Lovells**, Denver, CO                                        August to November 2012

- Analyzed and coded documents for responsiveness and privilege in regulatory matter concerning transportation and storage of potentially hazardous waste
- Analyzed and coded documents for responsiveness and privilege in complex litigation arising out of employment and fraud claims

**Faegre Baker Daniels**, Denver, CO                                      July 2012

- Analyzed and coded documents for responsiveness and privilege on behalf of national insurer in complex litigation arising out of bad faith claims

**Hogan Lovells**, Denver, CO                                             June 2012

- Analyzed and coded documents for responsiveness and privilege on behalf of leading health insurance provider facing discrimination and qui tam claims
- Performed additional analysis at client's request after initial project ended

**Gibson Arnold**, Golden, CO                                     April 2012 to May 2012

- Analyzed and coded documents for responsiveness and privilege for global financial group as part of federal compliance review

**Berg Hill**, Boulder, CO                                                 April 2012

- Analyzed and coded English and Spanish-language documents for responsiveness, confidentiality, and privilege on behalf of multi-national mining company involved in litigation arising out of contract dispute.

**Brownstein Hyatt Farber Schreck**, Denver, CO             March 2012 to April 2012

- Analyzed and coded documents for responsiveness, confidentiality, and privilege in connection with employment and securities dispute.
- Performed additional analysis and quality-control at client's request

---



**GIBSON ARNOLD & ASSOCIATES, INC.**
518 17th STREET          303/595-3655
SUITE 1125               303/595-3660 FAX
DENVER, CO 80202         888/376-3655 TOLL FREE
                         www.gibsonarnold.com

GIBSON ARNOLD & ASSOCIATES, INC.

*Placing the Best with the Best.*

*The resume on this page is an exact copy of the resume submitted to Gibson Arnold & Associates, Inc. by the applicant. The applicant has represented to GAA that the information on their resume is accurate. GAA independently verifies references but does not guarantee the validity or accuracy of any information provided by the applicant.*

**Holland & Hart**, Denver, CO                                    January 2012 to March 2012

- Analyzed and coded documents for responsiveness, confidentiality, and privilege on behalf of multi-national energy company involved in litigation arising out of contract dispute.

**AppleOne**, Colorado Springs, CO                                        December 2011

- Analyzed state statutory codifications for accuracy and consistency. Reviewed and updated codifications on behalf of leading global legal publisher.

**Jackson Lewis**, Denver, CO                                              September 2011

- Analyzed corporate hiring practices and employment records on behalf of multinational high-tech manufacturer in connection with EEOC anti-discrimination compliance review.

**Glaser Weil**, Los Angeles, CA / Macau, China                   July 2011 to August 2011

- Worked in Macau, China on a several-week long project involving an employment dispute and alleged violations of the Foreign Corrupt Practices Act (FCPA).
- Analyzed and coded documents on-site on behalf of multinational corporation while maintaining highest levels of confidentiality and security in accordance with Macau data protection laws.

**Wheeler Trigg O'Donnell**, Denver, CO                        October 2010 to March 2011

- Analyzed and coded documents for responsiveness, confidentiality, and privilege on behalf of leading student loan origination corporation involved in multi-million dollar litigation over legitimacy of student loan applications.

**Jackson Lewis**, Denver, CO                                               October 2010

- Analyzed corporate hiring practices and employment records on behalf of national healthcare provider in connection with EEOC anti-discrimination compliance review.

**Baker Hostetler**, Denver, CO                                      March 2010 to April 2010

- Analyzed and coded documents for responsiveness and privilege on behalf of leading American telecommunications company involved in class action contract dispute.

**Gibson Dunn and Crutcher**, Denver, CO                                   January 2010

- Analyzed and coded financial documents, appraisals, email, and other documents for privilege, confidentiality, and responsiveness in litigated real estate matter involving top ski resorts.

---



**GIBSON ARNOLD & ASSOCIATES, INC.**
518 17th STREET
SUITE 1125
DENVER, CO 80202

303/595-3655
303/595-3660 FAX
888/376-3655 TOLL FREE
www.gibsonarnold.com

*Placing the Best with the Best.*

*The resume on this page is an exact copy of the resume submitted to Gibson Arnold & Associates, Inc. by the applicant. The applicant has represented to GAA that the information on their resume is accurate. GAA independently verifies references but does not guarantee the validity or accuracy of any information provided by the applicant.*

**Gibson Arnold & Associates**, Denver, CO                                 November 2009

- Analyzed product specifications, hardware drawings and schematics and patent applications as part of a patent review for medical technologies company.

**Baker Hostetler**, Denver, CO                          March 2009 to September 2009

- Analyzed and coded documents for responsiveness and privilege on behalf of leading American telecommunications company involved in class action contract dispute.

**Hogan & Hartson**, Denver, CO                          October 2008 to February 2009

- Analyzed and coded documents for responsiveness and privilege in litigated real estate matter
- Performed additional analysis at client's request after initial project ended

**First American Corp.**, Denver, CO                      September 2008 to October 2008

- Reviewed title claims on behalf of leading title insurance provider

**Winston & Strawn**, Denver, CO                           March 2008 to July 2008

- Analyzed and coded documents for responsiveness and privilege on behalf of leading telecommunications company
- Project encompassed regulatory issues and litigation arising out of patent dispute
- Performed quality control, developed privilege logs, and conducted additional reviews at client's request after initial project ended

**GIBSON ARNOLD & ASSOCIATES, INC.**
518 17th STREET          303/595-3655
SUITE 1125               303/595-3660 FAX
DENVER, CO 80202         888/376-3655 TOLL FREE
                         www.gibsonarnold.com

GIBSON
ARNOLD
& ASSOCIATES, INC.

*Placing the Best with the Best.*
*The resume on this page is an exact copy of the resume submitted to Gibson Arnold & Associates, Inc. by the applicant. The applicant has represented to GAA that the information on their resume is accurate. GAA independently verifies references but does not guarantee the validity or accuracy of any information provided by the applicant.*

**David S Harmon, Esq.**

### Experience

<u>**Contract Attorney**</u>
**Gibson Arnold & Associates, Inc., Denver and Golden, CO**          2009-Present
• Routinely selected by law firms or companies to perform electronic document review in civil litigation matters, including telecommunications, medical device, securities law, franchise agreement, construction and patent infringement cases
• Proficient at assessing document relevancy and attorney-client and work-product privileges, at redacting privileged information, at recognizing "smoking gun" or "hot" documents, and at reviewing other attorneys' work for quality control purposes
• Experienced in using document review software, Relativity, Concordance and Summation

<u>**Civil Litigation Attorney**</u>
Handled all aspects of discovery and civil litigation in state and federal courts, including privilege log preparation, production of relevant documents, motions to compel production, hearings on motions to compel, depositions, research, pleadings, briefs, trials and appeals

**Colorado Attorney General's Office, Denver, CO**          2001-2005
Assistant Attorney General, Education Unit
• Represented state colleges in construction, real estate and other commercial litigation; following the preparation of a privilege log, the production of voluminous documents and my discovery of several "hot" documents, I saved a college $1 million through the mediation of a large environmental case involving the removal of tons of radioactive soil

**AT&T, Denver, CO**          2000-2001
Senior Attorney, Law and Government Affairs
• Represented AT&T in telecommunication matters before public utilities commissions in Colorado, New Mexico and Idaho

**Brown, Harmon & Eckstein, P.C., Denver, CO**          1993-1998
Owner, director and manager of law firm
• Commercial and personal injury defense litigation; won motions to compel production and saved client $20 million by obtaining summary judgment in a case involving a complex sale-leaseback transaction; also represented a national railroad in defense of all injured workers' claims filed Colorado, including the routine review of medical, personnel, attorney-client privileged and attorney work-product documents

**Grant McHendrie, P.C., Denver, CO**          1988-1993
Owner and director of law firm
• Commercial and real estate litigation; after privilege log preparation and document productions pertaining to damages, I saved a landlord $750,000 through the settlement of multiple tenants' claims arising from conflicting lease provisions for exclusive uses in a shopping center

**Colorado Attorney General's Office, Denver, CO**          1985-1988
Assistant Attorney General, Antitrust Unit
• I successfully defended in court my attorney work-product objections, won a $5.4 million jury verdict in a federal highway bid rigging case, and I negotiated settlements in excess of $5 million in other federal bid rigging cases. These antitrust cases involved the review and analysis of 30 years of state highway department records.



**GIBSON ARNOLD & ASSOCIATES, INC.**

518 17th STREET          303/595-3655
SUITE 1125               303/595-3660 FAX
DENVER, CO 80202         888/376-3655 TOLL FREE
                         www.gibsonarnold.com

GIBSON ARNOLD
ASSOCIATES INC.

*Placing the Best with the Best.*

*The resume on this page is an exact copy of the resume submitted to Gibson Arnold & Associates, Inc. by the applicant. The applicant has represented to GAA that the information on their resume is accurate. GAA independently verifies references but does not guarantee the validity or accuracy of any information provided by the applicant.*

**Grant, McHendrie, Haines & Crouse, P.C., Denver, CO**                    1980-1985
Associate Attorney, then director and owner of law firm
• Having prevailed on significant attorney-client privilege disputes raised in discovery motions, I tried and won a construction suit against an insurance/surety company and recovered $500,000 (above surety bond limits) for my client.  I established a mentoring program for new associate attorneys..

**Booth, Mitchel, Strange & Smith, Los Angeles, CA**                    1977-1980
Associate Attorney
• Represented insurers in personal injury, workers compensation and surety defense matters

**Utah Supreme Court, Salt Lake City, UT**                    1976-1977
Law Clerk
Performed legal research and analysis for a justice of the Utah Supreme Court

### Education

**University of Utah, Salt Lake City, UT**
Juris Doctor Degree                                                     1977
Bachelor of Arts Degree, Business Finance, *cum laude,* Dean's List      1974
No. 1 men's singles varsity tennis team, outstanding scholar-athlete award for all university sports
United States Tennis Association Men's Singles Tennis Champion for the Intermountain West Region, 1974

### Bar Admissions

Admitted to practice law in Colorado                                     1980
        All state courts, U.S. District Court for Colorado, and 10th Circuit Court of Appeals
Admitted to practice law in California                                   1977
        All state courts, and the U.S. District Court for California, Central Division

**GIBSON ARNOLD & ASSOCIATES, INC.**
518 17th STREET          303/595-3655
SUITE 1125               303/595-3660 FAX
DENVER, CO 80202         888/376-3655 TOLL FREE
GIBSON                   www.gibsonarnold.com
ARNOLD
& ASSOCIATES, INC.

*Placing the Best with the Best.*
The resume on this page is an exact copy of the resume submitted to Gibson Arnold & Associates, Inc. by the applicant.  The applicant has represented to GAA that the information on their resume is accurate.  GAA independently verifies references but does not guarantee the validity or accuracy of any information provided by the applicant.

## JANE E. TUMMINIA

**BAR ADMISSIONS**:
Colorado State Bar – May 14, 2002
New York State Bar – March 13, 2002
Washington, D.C. – October 4, 2002

**EXPERIENCE:**

**2002 – Present**       **Contract Attorney (Denver, Colorado)**

- Perform document review work for law firms and corporate clients on various projects on a contract basis.
- Contract work includes preparing privilege logs, performing legal research and reviewing/analyzing documents for responsiveness, privilege, and level of confidentiality.
- Selected as project manager to oversee document review team of contract attorneys. Consulted with the client's lead attorneys to develop project strategies.
- Performed copy-editing and cite and source checking tasks for various texts prior to publication.
- Placed on contract/document review projects through agencies including:
  - Gibson Arnold & Associates
  - Robert Half Legal
  - Falcon Discovery
  - Special Counsel
  - Strategic Staffing Associates (now known as LAC Group)
  - Strategic Workforce Solutions (New York-based agency)
- Project Summary List below.

**EDUCATION:**

**Advanced Concepts, Inc. Real Estate Academy, Greenwood Village, CO**
Associate Broker Pre-Licensing Course, July 2003 (Licensed Associate Broker - December 2003)

**Brooklyn Law School, Brooklyn, NY**
Juris Doctor, June 2001                    *Rank*: Top 32%
*Awards*:
          Robert A. Morse Memorial Prize (Criminal Procedure I)
          CALI Excellence for the Future Award in Criminal Procedure
          CALI Excellence for the Future Award in Legal & Statutory Interpretation

**Boston College, Chestnut Hill, MA**
Bachelor of Arts in Political Science, May 1996
*Award*:        50% Merit Scholarship
*Activities*:   Participant and Team Leader, Appalachia Volunteers Club 1994/1995
          Volunteer at Shelter for Homeless Women 1993
          Assistant to Father Frank Parker, Real Estate Law Professor

**COMPUTER SKILLS:** ADI, Catalyst, Cataphora, Clearwell, Concordance FYI, iConect, Relativity, Ringtail, Summation, and Viewpoint document review software; Microsoft Office, WordPerfect Office.

**HOBBIES:** Writing, Traveling, Golf

Jane E. Tumminia
Page 2

## <u>PROJECT SUMMARY</u>

**Hogan Lovells, Denver, CO**                                    August 2013 – September 2013

- Analyzed and coded documents for responsiveness and privilege on behalf of governmental entity involved in complex litigation relating to public retirement funds.  Prepared privilege log, identifying documents protected by attorney-client, deliberative process, or common interest privileges.

**Bryan Cave LLP, Denver, CO**                                    July 2013 – August 2013

- Reviewed a large volume of electronic documents for responsiveness in response to a Department of Justice investigation regarding potential consumer fraud in banking.

**Hogan Lovells, Denver, CO**                                    June 2013 – July 2013

- Analyzed and coded documents for responsiveness and privilege on behalf of governmental entity involved in complex litigation relating to public retirement funds.  Prepared privilege log, identifying documents protected by attorney-client, deliberative process, or common interest privileges.

**Hogan Lovells, Denver, CO**                                    April 2013 – June 2013

- Reviewed a large volume of electronic documents for responsiveness and privilege in preparation for breach of contract claims litigation.

**Brownstein Hyatt Farber Schreck, LLP, Denver, CO**                November 2012 – December 2012

- Reviewed a large volume of electronic documents for responsiveness and privilege in preparation for fraud and breach of contract claims litigation.

**Wheeler Trigg O'Donnell LLP, Denver, CO**                        August 2012 – September 2012

- Assigned to the office of a prominent Denver law firm to review large volumes of documents for responsiveness and privilege in preparation for complex products liability litigation.

**Faegre Baker Daniels LLP, Denver, CO**                            July 2012

- Reviewed a large volume of electronic documents in order to redact personal and privileged information in preparation for a complex insurance litigation.

**Gibson Arnold & Associates, Inc., Denver, CO**                    April 2012 – May 2012

- Reviewed a large volume of electronic documents for issue relevance and privilege on behalf of Colorado-based global investment management company for SEC compliance review.

**Berg Hill Greenleaf & Ruscitti LLP, Denver, CO**                  March 2012 – April 2012

- Reviewed a large volume of paper and electronic documents for issue relevance, confidentiality, and privilege on behalf of a Boulder-based law firm in preparation for a complex mine litigation.

**Holland & Hart LLP, Denver, CO**                                  January 2012 – March 2012

- Reviewed a large volume of documents for responsiveness and privilege on behalf of a national law firm in preparation for oil and gas litigation.

**Falcon Discovery, Denver, CO**                                    November 2011 – December 2011

Jane E. Tumminia
Page 3

- Reviewed a large volume of documents for responsiveness and privilege on behalf of a variety of clients.

**Greenberg Traurig LLP, Denver, CO**                    September 2011 – October 2011

- Reviewed a large volume of documents for responsiveness and privilege and prepared privilege log on behalf of a national law firm in preparation for employment litigation.

**Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP, Los Angeles**         July 2011 – August 2011

- Temporarily lived in Macao while reviewing a large volume of documents for responsiveness and privilege on behalf of a major Macao-based corporation.

**Falcon Discovery, Denver, CO**                    April 2010 – April 2011

- Reviewed a large volume of documents for responsiveness and privilege on behalf of a variety of clients.

**Baker Hostetler, Denver, CO**                    March 2009 – April 2010

- Reviewed a large volume of documents for responsiveness and privilege on behalf of a major Colorado-based satellite television/products provider.

**Morrison & Foerster LLP, Denver, CO**                    July 2008 – March 2009

- Reviewed a large volume of documents for responsiveness in preparation for patent litigation.
- Placed in the Denver office of a prominent, national law firm to review documents for responsiveness and privilege in preparation for litigation on behalf of a large satellite television provider.

**Arnold & Porter LLP, Denver, CO**                    June 2008 – July 2008

- Reviewed documents for responsiveness at the Denver office of a national law firm in preparation for oil/gas litigation.

**Willkie Farr & Gallagher LLP and Winston & Strawn LLP, Denver, CO**        February 2008 – June 2008

- Assigned to the Broomfield office of a major communications company to review large volumes of documents for responsiveness and privilege in preparation for patent infringement litigation.

**Gibson Arnold & Associates, Inc., Denver, CO**                    October 2007 - February 2008

- Reviewed large volumes of documents for responsiveness and privilege on behalf of medical device manufacturer in preparation for complex litigation.

**Canges, Iwashko, Bethke & Bailey, P.C., Denver, CO**                    February 2007 - July 2007

- Prepared motions and pleadings for complex family law and civil litigation cases.
- Performed Westlaw research and prepared memoranda of relevant legal issues.
- Researched and traced financial holdings to determine appropriate maintenance and child support award requests.

**DaVita, Inc., Denver, CO**                    May 2006 - February 2007

- Assigned to the Denver office of a national healthcare company, reviewing and summarizing commercial leases and related documents in company database.

Jane E. Tumminia
Page 4

- Prepared new medical services contracts to conform with Corporate Integrity Agreement requirements.

**Toeroek Associates, Inc., Denver, CO**                    April 2006 - May 2006

- Assigned to the office of an environmental consulting firm, reviewing large volumes of documents and preparing a privilege log using Concordance for EPA litigation.

**Wheeler Trigg O'Donnell LLP, Denver, CO**                February 2006 - March 2006

- Assigned to the office of a prominent Denver law firm, reviewing large volumes of documents for responsiveness and privilege in preparation for complex products liability litigation.

**Strategic Workforce Solutions, New York, NY**            August 2003 - February 2005

- Assigned to the Denver office of a national law firm, participating in high volume document review and analysis in response to SEC investigation.

**Bradford Publishing Company, Denver, CO**                July 2003 - December 2003

- _Contract Editor_: Performed copy-editing and cite and source checking tasks for various texts prior to publication.

**The Affiliates,  Denver, CO**                            March 2003 - April 2003

- Organized and coded documents in preparation for trial using Inmagic DB/TextWorks software.

# RICHARD B. JOHNSON

## PROFESSIONAL EXPERIENCE

**Gibson Arnold & Associates, Document Review** (2006 - 2008 & 2012 - Present)
- Routinely selected by law firms to perform electronic document review in both civil and criminal cases, including securities law, real estate, oil and gas leasing, antitrust and telecommunications
- Proficient at assessing documents in cases with complex issues for relevancy, attorney-client/attorney work product privilege, identification and redaction of confidential information, and recognizing "hot" documents based on given criteria
- Experienced in using various electronic document review software, including Concordance, Ringtail, PWC proprietary review system

**Intrado - Regulatory Compliance** (2008 - 2012)
- Completed certification requirements in 35 states for a 9-1-1 Service Provider and Competitive Local Exchange Carrier (CLEC)
- Wrote and updated tariffs for 9-1-1 and CLEC services in 42 states
- Drafted interconnection agreements, customer service agreement and responses to public utility commission interrogatories
- Trained Incident Teams and FCC Outage Reporting Directors across the company in procedures required to comply with federal and state service-outage reporting regulations
- Developed and implemented network service quality reporting procedures to comply with state reporting regulations in 16 states

**Private Practice, Attorney** (2004 - 2006)
- Drafted discovery responses for Federal Communications Commission's (FCC) triennial review of competitive local telecommunications regulations
- Drafted real estate broker/agent employment contracts, vendor agreements and wrote Colorado Real Estate Commission Office Policy Manuals for Colorado real estate offices
- Wrote patent descriptions for products introduced by start-up telecommunications companies

**University of Colorado, Associate Professor, adjunct** (2000 - 2004)
- Taught courses in the College of Engineering and Applied Science, Graduate Degree Program in Interdisciplinary Telecommunications
  - ☐ Telecommunications Law and Regulation
  - ☐ Telecommunications Regulatory Policy in the U.S.

**Hatfield Associates, Consultant** (1994 - 2002)
- Wrote, reviewed and edited research papers in high-profile regulatory policy proceedings before Congress and the FCC; e.g.:



**GIBSON ARNOLD & ASSOCIATES, INC.**
518 17th STREET       303/595-3655
SUITE 1125            303/595-3660 FAX
DENVER, CO 80202      888/376-3655 TOLL FREE
                     www.gibsonarnold.com

GIBSON ARNOLD & ASSOCIATES, INC.

*Placing the Best with the Best.*
The resume on this page is an exact copy of the resume submitted to Gibson Arnold & Associates, Inc. by the applicant. The applicant has represented to GAA that the information on their resume is accurate. GAA independently verifies references but does not guarantee the validity or accuracy of any information provided by the applicant.

- ☐ Competition in local exchange service
- ☐ Implementation of the Communications Act
- ☐ Shared-use and resale of broadband service
- Wrote, negotiated and reviewed consulting contracts, employment contracts, software documentation and license agreements, nondisclosure agreements
- Wrote technical documentation and responded to discovery questions related to the "Hatfield Model" a computer cost model used state regulatory proceedings nationwide to determine the cost of local exchange service
- Advised U.S. and international clients in telecommunications regulatory proceedings:
  - ☐ Competitive Access Service
  - ☐ Introduction of Interexchange Competition in Australia and Canada
  - ☐ Local Number Portability

**Teleport Communications Group, Attorney** (1992 - 1994)
- Wrote, negotiated and approved multiple commercial real estate leases in 24 Tier I cities in six states to construct regional sales offices and network operations centers
- Wrote and negotiated long-term right-of-way, pole attachment and conduit agreements with county and municipal governments, public utility companies, and railroads
- Provided legal and regulatory compliance advice to local sales and marketing departments in Tier I cities were commercial real estates transactions were being negotiated

## EDUCATION

- **Juris Doctor,** University of Colorado School of Law, licensed to practice in Colorado

- **Master of Science,** College of Engineering and Applied Science, Telecommunications, University of Colorado

- **Bachelor of Business Administration,** Eastern Michigan University

- **Licensed Real Estate Agent,** Colorado Real Estate Commission

**GIBSON ARNOLD & ASSOCIATES, INC.**
518 17th STREET
SUITE 1125
DENVER, CO 80202

303/595-3655
303/595-3660 FAX
888/376-3655 TOLL FREE
www.gibsonarnold.com

GIBSON ARNOLD & ASSOCIATES, INC.

*Placing the Best with the Best.*

*The resume on this page is an exact copy of the resume submitted to Gibson Arnold & Associates, Inc. by the applicant. The applicant has represented to GAA that the information on their resume is accurate. GAA independently verifies references but does not guarantee the validity or accuracy of any information provided by the applicant.*

# Janet E. Yamamoto

## SUMMARY
Dedicated, personable four-year litigation attorney with additional years of legal and regulatory experience. Experience includes research, memoranda/briefs, due diligence, and all phases of litigation preparation in complex matters from initial client meetings, case assessment and pleadings through discovery, document review, depositions and expert testimony preparation, and motions practice. Background in multiple legal areas including: healthcare, employment, commercial, real estate, environmental, partnerships, financial services, M&A, bankruptcy, securities, and intellectual property. ***Clerked for U.S. Environmental Protection Agency, Office of Regional Counsel, and public interest environmental law firm during law school.***

## EDUCATION
**Sturm College of Law**, Denver CO                                                     Juris Doctor

**University of Colorado**, Boulder, CO                                          Bachelor of Arts
    Double major:  Japanese Language and Literature, Communication
**Stanford University**, Stanford, CA
    Intensive Japanese language exchange program

## BAR ADMISSION                                                                              Colorado

## EXPERIENCE
***Contract Attorney/Law Clerk,*** Denver, CO
**Engagements with sole practitioners/small law firms:**
- Participated in mediation and other settlement discussions that resulted in favorable outcomes for clients
- Drafted successful briefs, pleadings, motions, memoranda, and demand letters after independent research and analysis
- Analyzed case documents to develop strategies to optimize client results
- Met with potential clients to assess case strengths and weaknesses
- Assisted counsel in wrongful death lawsuits involving healthcare standards and subrogation claim

**Additional engagements include:**
Providing high-quality legal services on contract basis to law firms and corporate law departments to maximize efficiency and efficacy on complex legal matters.
    **Baker Hostetler LLP**
- Analyzed documents for responsiveness to HIPAA requirements
    **Hogan Lovells**
- Analyzed documents for responsiveness and privilege in separate government contract lawsuits
    **Gibson Dunn & Crutcher LLP**
- Reviewed documents for responsiveness and privilege in conflicting statutory interpretations case and real estate contract dispute
    **Wheeler Trigg O'Donnell LLP**
- Evaluated documents for relevancy, significance, and quality control in $100 million securitized financial services breach of contract case
- Substantively reviewed documents for legal malpractice and two product liability cases
    **Jackson Lewis LLP**



**GIBSON ARNOLD & ASSOCIATES, INC.**
518 17th STREET    303/595-3655
SUITE 1125    303/595-3660 FAX
DENVER, CO 80202    888/376-3655 TOLL FREE
www.gibsonarnold.com

*Placing the Best with the Best.*
The resume on this page is an exact copy of the resume submitted to Gibson Arnold & Associates, Inc. by the applicant.  The applicant has represented to GAA that the information on their resume is accurate.  GAA independently verifies references but does not guarantee the validity or accuracy of any information provided by the applicant.

- Substantively reviewed employment applications for audit responsive data

**Winston & Strawn LLP**

- Analyzed intellectual property documents for telecommunications patent infringement lawsuit

**Dorsey & Whitney LLP**

- Redacted privileged text and assisted in document production after initial document review ended



**GIBSON ARNOLD & ASSOCIATES, INC.**

518 17th STREET          303/595-3655
SUITE 1125               303/595-3660 FAX
DENVER, CO 80202         888/376-3655 TOLL FREE
                         www.gibsonarnold.com

*Placing the Best with the Best.*

*The resume on this page is an exact copy of the resume submitted to Gibson Arnold & Associates, Inc. by the applicant. The applicant has represented to GAA that the information on their resume is accurate. GAA independently verifies references but does not guarantee the validity or accuracy of any information provided by the applicant.*

**Ruth L. Burns**
(303) 564-1051 (cell)
e-mail:  youshmoo@comcast.net

**(Colorado Bar, 2006)**

**Qualifications:**  Dynamic, experienced litigator, an out of the box thinker, with demonstrated ability to convince juries, and spot important and subtle issues within cases.

**Litigation Experience**

**Ruth L. Burns, Esq.**  10/06 – 2/13
Estate Administration and Litigation 2012 - 2013
Family law (custody, child support enforcement, divorce) 2007 - 2011
Civil litigation (breach of contract, landlord-tenant)   2006 - 2011
Administrative law (Social Security, VA and HUD) 2006 - 2008
Substantial expertise in Colorado Landlord-Tenant law.  2002 – 2011
Pleadings, Motions, Discovery, Trial (1st chair), Client communications

**University of Denver College of Law Student Law Office**   1/01 – 7/03
All aspects of handling litigation as Lead Counsel
Settlement negotiations and mediation
Motions and Discovery (depositions and written)
Trial preparation and Direct and Cross-examination at trial.

**Document Review Experience**

**Update Legal (Cooley, LLP.)**              9/13 – 10/13
(Relativity)
Review documents for privilege and issue tagging for pre-production of
documents relating to patent litigation for large international client.

**Gibson Arnold & Associates (Hogan Lovells)**      7/13
(Concordance)
Review documents and create Privilege Log; some review
of documents for privilege and responsiveness to Request for
Production involving city hospital lease and PERA issues

**Gibson Arnold & Associates (Hogan Lovells)**      2/13
(Relativity)
Review for privilege and relevance to search terms regarding case
involving university policy and accreditation

**Gibson Arnold & Associates (Hogan Lovells)** 8/12, 11/12-12/12
(Relativity)
review for privilege and relevance to search terms for State investigation
involving transport of hazardous materials

**Gibson Arnold & Associates (Berg Hill Greanleaf & Ruscitti)** 3/12 – 6/12
(Relativity, Clearwell and hard copy)
review for privilege and relevance to core issues of large corporate mining case
conduct searches in Relativity and in hard copies to locate evidentiary materials,
and create index of potentially important documents

**Gibson Arnold & Associates (Holland & Hart, Las Vegas)** 6/11 – 11/11
(Ringtail)
review for privilege and responsiveness to search terms
review for a variety of state and federal claims, including FCPA issues

**Lexolution, Inc. (Featherstone, Petrie & Desisto)** 4/10 – 5/10
(Hard document/electronic review)
review, organize and index loan file documents for case involving
repurchase of loan files on secondary mortgage market

**Exclusively Legal (Fish & Richardson)** 9/08 – 6/09
(Concordance/Summation/IPRO)
review for privilege and responsiveness to request for production
review and redaction of privileged and non-responsive material
review for large commercial product liability class action suit
redaction of privileged material

**Gibson Arnold and Associates (Hogan & Hartson)** 1/07 – 3/08
(Aert, paper review)
reviews for privilege and responsiveness to subpoenas
reviews for redaction of privileged material.
reviews have included oil and gas, and DOJ/SEC investigations and merger.

<u>**Education**</u>

**University of Denver College of Law**            J.D. (Law) 12/03
Academic Excellence Award, 2003 (Administrative Law)
Plaintiff Employment Lawyers Association Chair, 2003
Kutak Rock Scholar, 2000                             GPA:  3.14

**Metropolitan State College of Denver**          BA, English/History 5/99
Student Government Assembly (Board of Trustees Rep.), 1998- 1999
Colorado Student Association Board Member, 1998-1999
Awards for Academic Excellence, 1994-1999
Joan of Arc Award for Justice & Equity, 1999              GPA:  3.5

# Mark S. Zaynard, Esq

CO Bar #39329

## EXPERIENCE

**Partner, Prentiss Zaynard, P.C.**                     Jan 2012 - Present

Broomfield, Colorado                                 www.pzlawyers.com

720-282-5755 x2 or 970-818-9357 x2                   mark@pzlawyers.com

Own and operate a two-person law firm, specializing in Family Law and Bankruptcy practice. My practice includes:

- Consumer Bankruptcy – All stages of Chapter 7 and Chapter 13 bankruptcies, including: Client intake, petition drafting (and amendments as necessary), appearance at §341 meetings (and confirmation hearings, where applicable), negotiation with Trustees (as necessary), and client management.
- Estate Planning - Advise clients on comprehensive estate planning, including drafting of Last Wills and Testaments, General Powers of Attorney, Medical Powers of Attorney, and Advanced Medical Directives (Living Wills).
- Civil Litigation – Handle small litigations from pre-filing to end of dispute (property disputes, contempt actions, judgment enforcement and correction), and larger litigations (including both pre- and post-filing work) as part of a team of attorneys.
- Miscellaneous non-criminal matters, primarily advisement and document drafting (contract, business entity formation/dissolution), and including some Family Law (dissolution of marriage).

Additional duties include business building, rainmaking, blogging on a variety of legal topics, and maintaining the corporate website.

**Contract Attorney, Gibson Arnold & Associates**       Feb 2008 – Present

Golden, Colorado                                     www.gibsonarnold.com

Supervisor:    Elisha Breiner, 303-273-9420

Participated as a contract attorney on numerous document reviews, encompassing all sizes and complexities of civil cases; most recently, a series of data breaches that implicate HIPAA and other privacy regulation. Specifically requested by returning clients due to my ability, knowledge, and performance, and increasingly taking a more supervisory role in those reviews.

**Owner, Zaynard Office of Law (Defunct)**              July 2011 – Jan 2012

Superior, Colorado

Owned and operated my own firm as a solo practitioner, specializing in consumer Bankruptcy but also handling a small landlord-tenant case (as tenant's counsel) from Answer to Trial.

**Solo Practice**                                       Nov 2009 – July 2011

Superior, Colorado



**GIBSON ARNOLD & ASSOCIATES, INC.**
518 17th STREET          303/595-3655
SUITE 1125               303/595-3660 FAX
DENVER, CO 80202         888/376-3655 TOLL FREE
                         www.gibsonarnold.com

*Placing the Best with the Best.*

*The resume on this page is an exact copy of the resume submitted to Gibson Arnold & Associates, Inc. by the applicant. The applicant has represented to GAA that the information on their resume is accurate. GAA independently verifies references but does not guarantee the validity or accuracy of any information provided by the applicant.*

GIBSON ARNOLD &ASSOCIATES INC.

Operated as a solo practitioner on a limited basis, providing primarily Bankruptcy (Chapter 7) and document drafting services.

**Contract Attorney, DLH Law Firm (Defunct)**                                    Sept 2008 – Dec 2008
Aurora, Colorado
Supervisor:      Robin Roberts, 720-684-4378
Participated as a contract attorney in nearly 100 consumer bankruptcies, Chapter 7 and Chapter 13. Duties included client management, petition drafting, drafting amendments to schedules and Chapter 13 plans, and appearing at §341 meetings.

## EDUCATION

Juris Doctorate, University of Denver Sturm College of Law (Denver, Colorado)          May 2007
Bachelor of Science (Microbiology), Colorado State University (Fort Collins, Colorado)      May 1998

## INTERESTS
- Computer programming and web design
- Outdoor sports – Disc Golf, Fishing, Golf, and Snowboarding.
- Roller Derby (watching, not playing)
- Reading – Science, technical, historical and biographical non-fiction; science, speculative, fantasy, mystery, and weird fiction.
- Cooking

**GIBSON ARNOLD & ASSOCIATES, INC.**          *Placing the Best with the Best.*
518 17th STREET          303/595-3655          *The resume on this page is an exact copy of the resume submitted to Gibson Arnold & Associates, Inc.*
SUITE 1125              303/595-3660 FAX      *by the applicant. The applicant has represented to GAA that the information on their resume is accu-*
DENVER, CO 80202         888/376-3655 TOLL FREE  *rate. GAA independently verifies references but does not guarantee the validity or accuracy of any*
                       www.gibsonarnold.com      *information provided by the applicant.*

GIBSON
ARNOLD
& ASSOCIATES, INC.

## KAREN A. KISHBAUGH

**Admitted to Colorado Bar: 1989**

## *SIGNIFICANT EXPERIENCE*

**Contract Attorney / Case Manager**
Strategic Legal Resources / Strategic Staffing Associates, January 2005 – March 2007; May 2008 - Present
- Lead attorney for large review projects in complex litigation and regulatory investigations.
- Directly manage team of over twenty attorneys.
- Strategize with outside litigation firms and in-house counsel.

**Corporate Counsel**
TAB Boards International, Inc., March 2007 – June 2007
- Manage corporate franchise compliance in all states, including preparation of disclosure and compliance documents, default notices, and termination agreements.
- Review, draft and negotiate complex contracts, real estate documents, leases, construction contracts.
- Develop corporate forms and agreements, procedures, policies, and contract tracking systems.
- Manage company's intellectual property.
- Advise management team on corporate risk mitigation.
- Manage outside counsel and corporate paralegal.

**Corporate Counsel and Contracts Manager**
Operations Management International, Inc., November 2002- July 2004 (Now known as CH2M HILL OMI; left when CH2M HILL assumed corporate functions)
- Drafted, reviewed and negotiated complex contracts for operation and management of public and private facilities, subcontracts, vendor agreements, leases; and other corporate documents.
- Identified risks and developed options and solutions to manage risks.
- Advised management and business units regarding contract requirements and regulatory compliance.
- Managed contract administration specialist staff and outside counsel.

**Litigation and Regulatory Specialist, Rocky Flats Environmental Technology Site**
Department of Energy Contract, Gonzales Consulting Services, Inc.; March – November 2002 (Colorado field office was closed because site cleanup was completed ahead of schedule)
- Prepared strategy and drafted documents for administrative employment hearings and environmental rulemaking hearings.
- Provided advice regarding regulatory, permit, compliance and personnel issues.
- Performed complex legal research and analysis regarding federal, state and local statutes and regulations.
- Project manager for contract legal staff.

**Self-employed**
November 2000 – March 2002
- Prepared and negotiated contracts, commercial leases, and corporate and partnership documents.



**GIBSON ARNOLD & ASSOCIATES, INC.**
518 17th STREET          303/595-3655
SUITE 1125               303/595-3660 FAX
DENVER, CO 80202         888/376-3655 TOLL FREE
www.gibsonarnold.com

GIBSON
ARNOLD
& ASSOCIATES, INC.

*Placing the Best with the Best.*

*The resume on this page is an exact copy of the resume submitted to Gibson Arnold & Associates, Inc. by the applicant. The applicant has represented to GAA that the information on their resume is accurate. GAA independently verifies references but does not guarantee the validity or accuracy of any information provided by the applicant.*

- Handled general litigation and negotiation matters.
- Established ADA regulatory services program for local company.

**Project Manager / Regulatory Specialist**
Dames & Moore / J.F. Sato and Associates, March 1999- November 2000 (D&M ceased to exist);
- Developed regulatory studies for state highway project with federal and state agencies pursuant to NEPA, including analysis of environmental issues, permits and documents.
- Performed legal research and analysis regarding federal and state lands.
- Coordinated power generation and transmission project planning for public utility companies: organized internal technical and public working groups; defined power supply problems and identified resolutions; prepared and negotiated permits and approvals.
- Drafted and edited large reports, coordinating multiple authors.
- Negotiated resolution of procedural and jurisdictional issues between federal agencies.

**Assistant Attorney General, Colorado Department of Law**
Education Unit and Natural Resources and Environment Section, February 1991- March 1999
- Drafted and negotiated innovative and complex agreement to remediate mine waste and protect water quality in mine closure litigation.
- Drafted regulations and policies; negotiated with industry and public interest groups.
- Negotiated and drafted complex Consent Decrees in CERCLA cases;
- Conducted negotiations, administrative hearings and litigation in state court regarding enforcement actions, discharge permits, and wastewater treatment facility site applications.
- Represented state divisions in rulemaking hearings before boards and commissions.
- Respond to Open Records Act request.
- Reviewed legislation that could impact client agencies.
- Designed and conducted training programs for agency personnel.

**Adjunct Professor, Colorado School of Mines**
1995 -1997
Regulatory Analysis and Environmental Permitting
- Designed curriculum and materials
- Taught graduate level class.

**Assistant to Dean Edward A. Dauer, University of Denver College of Law; 1988 Appointment**
- Designed and administered education seminars for the Colorado General Assembly.
- Coordinated faculty hiring committee.

## _EDUCATION_

**University of Denver College of Law**, Denver, Colorado
Juris Doctor 1989
- Top 15% of Class
- American Jurisprudence Award: Remedies

**Pennsylvania State University**, University Park, Pennsylvania
Bachelor of Sciences, 1984, Geology and Earth Sciences



**GIBSON ARNOLD & ASSOCIATES, INC.**

518 17th STREET    303/595-3655
SUITE 1125         303/595-3660 FAX
DENVER, CO 80202   888/376-3655 TOLL FREE
                   www.gibsonarnold.com

GIBSON
ARNOLD
& ASSOCIATES, INC.

*Placing the Best with the Best.*

*The resume on this page is an exact copy of the resume submitted to Gibson Arnold & Associates, Inc. by the applicant. The applicant has represented to GAA that the information on their resume is accurate. GAA independently verifies references but does not guarantee the validity or accuracy of any information provided by the applicant.*

- Senior Thesis: "Anthracite: The Legal Side of Reclamation"
- Geology Field School, Summer 1984



GIBSON
ARNOLD
& ASSOCIATES, INC.

**GIBSON ARNOLD & ASSOCIATES, INC.**
518 17th STREET
SUITE 1125
DENVER, CO 80202

303/595-3655
303/595-3660 FAX
888/376-3655 TOLL FREE
www.gibsonarnold.com

**Placing the Best with the Best.**

The resume on this page is an exact copy of the resume submitted to Gibson Arnold & Associates, Inc. by the applicant. The applicant has represented to GAA that the information on their resume is accurate. GAA independently verifies references but does not guarantee the validity or accuracy of any information provided by the applicant.