# EXHIBIT 2
# Part 1

E
X
H
I
B
I
T

2

Part 1

# Hogan
# Lovells

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC  20004-1109
T +202 637 5600
F +202 637 5910

www.hoganlovells.com

Fed. I.D. No.
53-0084704

---

Invoice No. 1990856

Client / Matter No. 088139.000022

Suncor Energy (U.S.A.) Inc.
Attention: Michael E. Korenblat, General Counsel
7800 East Orchard Road, Suite 300
Greenwood Village, CO 80111

August 12, 2011

**WESTERN CONVENIENCE STORES, INC.**

### * * * SUMMARY OF CURRENT INVOICE * * *

| | |
|---|---|
| Professional Services | $46,507.00 |
| Less 15% Discount | ($6,976.05) |
| Total Professional Services | $39,530.95 |
| Other Charges | $2.80 |
| **Total Current Invoice** | **$39,533.75** |

Please include invoice number(s) on your check for faster processing.

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR
HOGAN LOVELLS US LLP – OPERATING ACCOUNT
ACCOUNT# 2000010688096, WELLS FARGO BANK NA, 1300 I STREET, N.W.
WASHINGTON, D.C.  20005
ABA #054001220
FOR WIRES COMING FROM OUTSIDE THE US, PLEASE USE – SWIFT CODE PNBPUS33 INSTEAD OF ABA

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia  Hogan Lovells refers to the international legal practice comprising Hogan Lovells
US LLP, Hogan Lovells International LLP, Hogan Lovells Worldwide Group (a Swiss Verein), and their affiliated businesses with offices in:  Abu Dhabi  Alicante  Amsterdam
Baltimore  Beijing  Berlin  Boulder  Brussels  Caracas  Chicago  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City
Hong Kong  Houston  London  Los Angeles  Madrid  Miami  Milan  Moscow  Munich  New York  Northern Virginia  Paris  Philadelphia  Prague  Rome  San Francisco
Shanghai  Silicon Valley  Singapore  Tokyo  Warsaw  Washington DC  Associated offices: Budapest  Jeddah  Riyadh  Zagreb

Invoice No. 1990856                                    Client / Matter No. 088139.000022

Suncor Energy (U.S.A.) Inc.                            August 12, 2011
Attention: Michael E. Korenblat, General Counsel
7800 East Orchard Road, Suite 300
Greenwood Village, CO 80111

## WESTERN CONVENIENCE STORES, INC.

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 07/10/11 | M. Mason | 0.60 | 720.00 | 432.00 | Correspondence regarding Western Convenience Suncor matter; review materials from client |
| 07/11/11 | W. Monts | 1.00 | 690.00 | 690.00 | Telephone conference with R. Robertson, M. Korenblat, and A. Shaheen regarding ▉ |
| 07/11/11 | J. Robertson | 2.00 | 900.00 | 1,800.00 | Research, prepare and participate in strategy discussion about case |
| 07/12/11 | J. Robertson | 0.50 | 900.00 | 450.00 | Prepare for call with court |
| 07/13/11 | A. Edgar | 0.20 | 445.00 | 89.00 | E-mails with R. Robertson regarding ▉ |
| 07/13/11 | M. Mason | 0.60 | 720.00 | 432.00 | Review correspondence and notes of client conference |
| 07/13/11 | W. Monts | 0.40 | 690.00 | 276.00 | Telephone conference with R. Robertson and A. Shaheen regarding ▉ |
| 07/13/11 | J. Robertson | 1.00 | 900.00 | 900.00 | Prepare for and participate at status hearing with court |
| 07/14/11 | W. Monts | 3.60 | 690.00 | 2,484.00 | Review documents related to Suncor litigation; review preliminary injunction motion; draft memorandum to R. Robertson regarding same; telephone conference with M. Korenblat and A. Shaheen regarding ▉; meet with R. Robertson regarding ▉ |
| 07/14/11 | J. Robertson | 1.00 | 900.00 | 900.00 | Telephone conference with client and co-counsel regarding ▉ |
| 07/14/11 | S. Seymour | 0.80 | 180.00 | 144.00 | Research district and local court rules; research ECF registration procedures for R. Robertson |
| 07/15/11 | L. Choyce | 0.40 | 210.00 | 84.00 | Initiate and set up case management workspace per S. Seymour |

WESTERN CONVENIENCE STORES, INC.

August 12, 2011

Invoice No. 1990856

Page 2

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 07/15/11 | A. Edgar | 1.00 | 445.00 | 445.00 | Review entries of appearance and attention to filing of same; pull Krieger standards of practice; draft corporate disclosure statement; attention to case background and history |
| 07/15/11 | S. Seymour | 1.30 | 180.00 | 234.00 | Organize documents for case management site |
| 07/16/11 | W. Monts | 1.40 | 690.00 | 966.00 | Research regarding motion to dismiss counts II-V of Western federal complaint |
| 07/18/11 | M. Mason | 0.80 | 720.00 | 576.00 | Review and communicate notes regarding prior antitrust issues involving dealer relationships |
| 07/18/11 | W. Monts | 7.20 | 690.00 | 4,968.00 | Research regarding motion to dismiss counts II-V of Western federal complaint; draft memorandum outlining motion to dismiss |
| 07/18/11 | S. Seymour | 0.70 | 180.00 | 126.00 | Maintain case management site |
| 07/19/11 | W. Monts | 5.70 | 690.00 | 3,933.00 | Research regarding motion to dismiss counts II-V; draft memorandum outlining motion to dismiss; transmit same to client; telephone conference with R. Robertson, M. Korenblat, and A. Shaheen regarding ██████████ |
| 07/19/11 | J. Robertson | 1.00 | 900.00 | 900.00 | Factual development of case |
| 07/20/11 | W. Monts | 1.20 | 690.00 | 828.00 | Review documents related to price discrimination claims |
| 07/21/11 | W. Monts | 1.30 | 690.00 | 897.00 | Review issues for motion to dismiss; prepare for meeting with client |
| 07/22/11 | W. Monts | 1.30 | 690.00 | 897.00 | Research regarding motion for stay of state law claims |
| 07/25/11 | W. Monts | 4.70 | 690.00 | 3,243.00 | Prepare for meeting with client; review documents regarding same |
| 07/26/11 | W. Monts | 8.40 | 690.00 | 5,796.00 | Review documents; prepare for and meet with client regarding litigation issues |
| 07/26/11 | J. Robertson | 8.00 | 900.00 | 7,200.00 | Factual development of case |
| 07/27/11 | A. Edgar | 0.70 | 445.00 | 311.50 | Attention to case status and review of facts learned at witness interviews |
| 07/27/11 | W. Monts | 4.80 | 690.00 | 3,312.00 | Review cases related to implied covenant of good faith; meet with A. Edgar regarding ██████████ begin drafting motion to dismiss |

WESTERN CONVENIENCE STORES, INC.                                    August 12, 2011
Invoice No. 1990856                                                             Page 3

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 07/28/11 | M. Mason | 0.80 | 720.00 | 576.00 | Telephone conference with W. Monts regarding ▉▉▉▉▉ |
| 07/29/11 | A. Edgar | 0.30 | 445.00 | 133.50 | Research for T. Monts regarding local filing requirements |
| 07/29/11 | W. Monts | 3.60 | 690.00 | 2,484.00 | Continue drafting motion to dismiss; review complaints and cases regarding same |

| | |
|---|---:|
| **Professional Services** | $46,507.00 |
| Less 15% Discount | ($6,976.05) |
| **Total for Professional Services** | $39,530.95 |

Other Charges

| | |
|---|---:|
| Printing | 2.80 |
| **Total for Other Charges** | $2.80 |

| | |
|---|---:|
| **TOTAL CURRENT INVOICE** | $39,533.75 |

Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|------------|-----:|------:|-------:|
| M. Mason | $720.00 | 2.80 | $2,016.00 |
| W. Monts | $690.00 | 44.60 | $30,774.00 |
| J. Robertson | $900.00 | 13.50 | $12,150.00 |
| A. Edgar | $445.00 | 2.20 | $979.00 |
| S. Seymour | $180.00 | 2.80 | $504.00 |
| L. Choyce | $210.00 | 0.40 | $84.00 |
| Total All Timekeepers | | 66.30 | $46,507.00 |

WESTERN CONVENIENCE STORES, INC.
Invoice No. 1990856

August 12, 2011

Page 4

Outstanding Invoices

Paid-in-full invoices and corresponding payments are not shown below.
This summary reflects payments received through August 12, 2011.
This statement includes the current invoice.

| Invoice No. | Date | Fees | Other Charges | Total | Payments | Date Last Payment | Balance |
|---|---|---|---|---|---|---|---|
| 1990856 | 08/12/11 | 39,530.95 | 2.80 | 39,533.75 | 0.00 | | 39,533.75 |
| Total | | 39,530.95 | 2.80 | 39,533.75 | 0.00 | | 39,533.75 |

**\*\*\* RETURN THIS PAGE WITH YOUR PAYMENT \*\*\***

Please include invoice number(s) on your check for faster processing

# Hogan Lovells

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC  20004-1109
T +202 637 5600
F +202 637 5910

www.hoganlovells.com

Fed. I.D. No.
53-0084704

---

Invoice No. 2000042

Client / Matter No. 088139.000022

Suncor Energy (U.S.A.) Inc.
Attention: Michael E. Korenblat, General Counsel
7800 East Orchard Road, Suite 300
Greenwood Village, CO 80111

September 29, 2011

**WESTERN CONVENIENCE STORES, INC.**

### * * * SUMMARY OF CURRENT INVOICE * * *

| | |
|---|---|
| Professional Services | $36,643.00 |
| Less 15% Discount | ($5,496.45) |
| Total Professional Services | $31,146.55 |
| Other Charges | $2,000.15 |
| **Total Current Invoice** | **$33,146.70** |

Please include invoice number(s) on your check for faster processing.

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR
HOGAN LOVELLS US LLP – OPERATING ACCOUNT
ACCOUNT# 2000010686096, WELLS FARGO BANK NA, 1300 I STREET, N.W.
WASHINGTON, D.C.  20005
ABA #054001220
FOR WIRES COMING FROM OUTSIDE THE US, PLEASE USE – SWIFT CODE PNBPUS33 INSTEAD OF ABA

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia.  Hogan Lovells refers to the international legal practice comprising Hogan Lovells
US LLP, Hogan Lovells International LLP, Hogan Lovells Worldwide Group (a Swiss Verein), and their affiliated businesses with offices in:  Abu Dhabi  Alicante  Amsterdam
Baltimore  Beijing  Berlin  Boulder  Brussels  Caracas  Chicago  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City
Hong Kong  Houston  London  Los Angeles  Madrid  Miami  Milan  Moscow  Munich  New York  Northern Virginia  Paris  Philadelphia  Prague  Rome  San Francisco
Shanghai  Silicon Valley  Singapore  Tokyo  Warsaw  Washington DC  Associated offices: Budapest  Jeddah  Riyadh  Zagreb

Invoice No. 2000042

Client / Matter No. 088139.000022

Suncor Energy (U.S.A.) Inc.
Attention: Michael E. Korenblat, General Counsel
7800 East Orchard Road, Suite 300
Greenwood Village, CO 80111

September 29, 2011

## WESTERN CONVENIENCE STORES, INC.

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 08/02/11 | W. Monts | 2.10 | 690.00 | 1,449.00 | Draft and revise motion to dismiss |
| 08/03/11 | W. Monts | 3.20 | 690.00 | 2,208.00 | Research regarding stay of claims in federal court pending adjudication of parallel state court proceedings |
| 08/04/11 | W. Monts | 1.60 | 690.00 | 1,104.00 | Review motion of plaintiffs to dismiss state court action; draft e-mail regarding same; telephone conference with M. Korenblat regarding ▮▮▮▮ draft motion to dismiss |
| 08/05/11 | W. Monts | 0.90 | 690.00 | 621.00 | Draft motion to dismiss; telephone conference with J. Robertson regarding ▮▮▮▮ |
| 08/08/11 | W. Monts | 1.20 | 690.00 | 828.00 | Draft motion to dismiss |
| 08/11/11 | W. Monts | 2.20 | 690.00 | 1,518.00 | Draft motion to dismiss and research regarding same |
| 08/12/11 | W. Monts | 1.20 | 690.00 | 828.00 | Draft and revise motion to dismiss; draft e-mail to A. Shaheen regarding ▮▮▮▮ |
| 08/15/11 | W. Monts | 3.40 | 690.00 | 2,346.00 | Draft and revise motion to dismiss |
| 08/16/11 | W. Monts | 6.40 | 690.00 | 4,416.00 | Draft and revise motion to dismiss |
| 08/17/11 | W. Monts | 2.30 | 690.00 | 1,587.00 | Draft and revise motion to dismiss |
| 08/18/11 | W. Monts | 1.10 | 690.00 | 759.00 | Review and comment on opposition to motion for preliminary injunction |
| 08/19/11 | W. Monts | 2.40 | 690.00 | 1,656.00 | Draft and revise comments on motion for preliminary injunction; draft and revise motion to dismiss |
| 08/21/11 | W. Monts | 3.10 | 690.00 | 2,139.00 | Draft and revise motion to dismiss |
| 08/22/11 | S. Seymour | 0.20 | 180.00 | 36.00 | Create and update case calendar |
| 08/23/11 | W. Monts | 1.10 | 690.00 | 759.00 | Revise motion to dismiss |
| 08/25/11 | W. Monts | 0.40 | 690.00 | 276.00 | Telephone conference with M. Korenblat regarding ▮▮▮▮ telephone conference with R. Robertson regarding ▮▮▮▮ |

WESTERN CONVENIENCE STORES, INC.

September 29, 2011

Invoice No. 2000042

Page 2

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 08/26/11 | W. Monts | 2.20 | 690.00 | 1,518.00 | Revise motion to dismiss; telephone conference with M. Korenblat, A. Shaheen, and R. Robertson regarding ██████ telephone conference with A. Shaheen regarding ████████ |
| 08/26/11 | J. Robertson | 1.00 | 900.00 | 900.00 | Review materials; discuss ████ on a conference call with M. Korenblat |
| 08/28/11 | W. Monts | 3.10 | 690.00 | 2,139.00 | Revise memorandum in support of motion to dismiss |
| 08/29/11 | A. Edgar | 0.20 | 445.00 | 89.00 | Review motion to dismiss status and deadlines |
| 08/29/11 | W. Monts | 4.20 | 690.00 | 2,898.00 | Revise memorandum in support of motion to dismiss |
| 08/30/11 | A. Edgar | 2.60 | 445.00 | 1,157.00 | Review draft motion to dismiss and suggest proposed revisions; research for same; confirm conformity with procedural requirements; review draft section for preliminary injunction response |
| 08/30/11 | W. Monts | 2.30 | 690.00 | 1,587.00 | Draft and revise insert for opposition to motion for preliminary injunction regarding Robinson-Patman claims; research regarding same |
| 08/31/11 | M. Mason | 1.00 | 720.00 | 720.00 | Conference with W. Monts and review draft briefs |
| 08/31/11 | W. Monts | 4.50 | 690.00 | 3,105.00 | Draft and revise motion to dismiss; review and comment on memorandum in opposition to motion for preliminary injunction; research regarding same; review and comment on motion for summary judgment in state court action |

**Professional Services** $36,643.00

Less 15% Discount ($5,496.45)

**Total for Professional Services** $31,146.55

WESTERN CONVENIENCE STORES, INC.                                    September 29, 2011

Invoice No. 2000042                                                            Page 3

Other Charges

| | | |
|---|---|---:|
| | Travel - DINERS CLUB; Washington Denver Washington; July 26, 2011; MONTS,WILLIAM L; 810916 | 47.00 |
| | Travel - DINERS CLUB; Washington Denver Washington; July 26, 2011; MONTS,WILLIAM L; 810916 | 853.60 |
| | Travel - DINERS CLUB; Washington Denver; July 26, 2011; ROBERTSON,JOHN ROBERT; 810921 | 426.80 |
| | Travel - DINERS CLUB; Washington Denver; July 26, 2011; ROBERTSON,JOHN ROBERT; 810921 | 47.00 |
| | Searches/research - LEXIS NEXIS INTERFACE SOFTWARE Report - Documents By Case | 10.60 |
| | Telephone MEETINGONE | 1.82 |
| | Telephone MEETINGONE | 1.84 |
| | Telephone MEETINGONE | 1.82 |
| | Hotel - Denver - July 26-27, 2011  J ROBERT ROBERTSON | 275.64 |
| | Misc. Travel Charges - Internet - July 26-27, 2011 J ROBERT ROBERTSON | 10.00 |
| | Car Service - BOSTON COACH CORPORATION John Robert Robertson, July 26, 2011 | 324.03 |

**Total for Other Charges**                                           $2,000.15

**TOTAL CURRENT INVOICE**                                            $33,146.70

Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| M. Mason | $720.00 | 1.00 | $720.00 |
| W. Monts | $690.00 | 48.90 | $33,741.00 |
| J. Robertson | $900.00 | 1.00 | $900.00 |
| A. Edgar | $445.00 | 2.80 | $1,246.00 |
| S. Seymour | $180.00 | 0.20 | $36.00 |
| Total All Timekeepers | | 53.90 | $36,643.00 |

WESTERN CONVENIENCE STORES, INC.                                        September 29, 2011
Invoice No. 2000042                                                              Page 4

### Outstanding Invoices

Paid-in-full invoices and corresponding payments are not shown below.
This summary reflects payments received through September 29, 2011.
This statement includes the current invoice.

| Invoice No. | Date | Fees | Other Charges | Total | Payments | Date Last Payment | Balance |
|---|---|---|---|---|---|---|---|
| 2000042 | 09/29/11 | 31,146.55 | 2,000.15 | 33,146.70 | 0.00 | | 33,146.70 |
| Total | | 31,146.55 | 2,000.15 | 33,146.70 | 0.00 | | 33,146.70 |

**\*\*\* RETURN THIS PAGE WITH YOUR PAYMENT \*\*\***

Please include invoice number(s) on your check for faster processing

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC  20004-1109
T +202 637 5600
F +202 637 5910

**www.hoganlovells.com**

Fed. I.D. No.
53-0084704

Invoice No. 2624553                                           Client / Matter No. 088139.000022

Suncor Energy (U.S.A.) Inc.                                   October 28, 2011
Attention: Michael E. Korenblat, General Counsel
7800 East Orchard Road, Suite 300
Greenwood Village, CO 80111

**WESTERN CONVENIENCE STORES, INC.**

### * * * SUMMARY OF CURRENT INVOICE * * *

| | |
|---|---|
| Professional Services | $135,580.00 |
| Less 15% Discount | ($20,337.00) |
| Total Professional Services | $115,243.00 |
| Other Charges | $285.64 |
| **Total Current Invoice** | **$115,528.64** |

Please include invoice number(s) on your check for faster processing.

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR
HOGAN LOVELLS US LLP – OPERATING ACCOUNT
ACCOUNT# 2000010688098, WELLS FARGO BANK NA, 1300 I STREET, N.W.
WASHINGTON D.C. 20005
ABA #054001220
FOR WIRES COMING FROM OUTSIDE THE US, PLEASE USE – SWIFT CODE PNBPUS33 INSTEAD OF ABA

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia.  Hogan Lovells refers to the international legal practice comprising Hogan Lovells
US LLP, Hogan Lovells International LLP, Hogan Lovells Worldwide Group (a Swiss Verein), and their affiliated businesses with offices in: Abu Dhabi  Alicante  Amsterdam
Baltimore  Beijing  Berlin  Boulder  Brussels  Caracas  Chicago  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City
Hong Kong  Houston  London  Los Angeles  Madrid  Miami  Milan  Moscow  Munich  New York  Northern Virginia  Paris  Philadelphia  Prague  Rome  San Francisco
Shanghai  Silicon Valley  Singapore  Tokyo  Warsaw  Washington DC  Associated offices: Budapest  Jeddah  Riyadh  Zagreb

Invoice No. 2624553                                          Client / Matter No. 088139.000022

Suncor Energy (U.S.A.) Inc.                                  October 28, 2011
Attention: Michael E. Korenblat, General Counsel
7800 East Orchard Road, Suite 300
Greenwood Village, CO 80111

## WESTERN CONVENIENCE STORES, INC.

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 09/01/11 | A. Edgar | 0.70 | 445.00 | 311.50 | Conference with W. Monts regarding status/filing of motion to dismiss; research Colorado rules for deciding motion to recuse judge |
| 09/01/11 | W. Monts | 8.40 | 690.00 | 5,796.00 | Draft and revise memorandum in support of motion to dismiss; revise motion document regarding same; research regarding same; review draft summary judgment brief in state court; review opposition to motion for preliminary injunction in federal court; telephone conference with M. Korenblat and A. Shaheen regarding ▮▮▮▮▮; telephone conference with A. Edgar regarding ▮▮▮▮▮ |
| 09/02/11 | W. Monts | 5.40 | 690.00 | 3,726.00 | Review and revise motion to dismiss and memorandum in support of motion to dismiss; telephone conferences with A. Shaheen regarding ▮▮▮ |
| 09/04/11 | W. Monts | 1.40 | 690.00 | 966.00 | Draft and revise outline of issues on price discrimination claims in Western litigation; research regarding same |
| 09/05/11 | W. Monts | 2.30 | 690.00 | 1,587.00 | Draft and revise outline of issues on price discrimination claims in Western litigation; research regarding same |
| 09/06/11 | W. Monts | 4.40 | 690.00 | 3,036.00 | Review documents in preparation for preliminary injunction hearing; research regarding price discrimination claims; draft and revise outline of issues for price discrimination claims |
| 09/07/11 | W. Monts | 3.60 | 690.00 | 2,484.00 | Draft and revise outline of defense on price discrimination claims in Western litigation; research regarding same; review documents regarding same |
| 09/08/11 | M. Mason | 0.40 | 720.00 | 288.00 | Correspondence with W. Monts regarding ▮▮▮▮▮ |

WESTERN CONVENIENCE STORES,                                    October 28, 2011
INC.
Invoice No. 2624553
                                                                        Page 2

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 09/08/11 | W. Monts | 6.40 | 690.00 | 4,416.00 | Draft and revise outline of issues on price discrimination claims in Western litigation; research regarding same; review documents regarding same |
| 09/09/11 | W. Monts | 7.20 | 690.00 | 4,968.00 | Draft and revise outline of issues on price discrimination claims in Western litigation; research regarding same; review documents regarding same |
| 09/12/11 | W. Monts | 0.40 | 690.00 | 276.00 | Review documents related to Western dispute for preliminary injunction hearing |
| 09/14/11 | W. Monts | 2.20 | 690.00 | 1,518.00 | Review documents for preliminary injunction hearing |
| 09/14/11 | W. Monts | 1.10 | 690.00 | 759.00 | Review documents related to Western dispute for preliminary injunction hearing |
| 09/14/11 | S. Seymour | 0.20 | 180.00 | 36.00 | Maintain case files |
| 09/15/11 | W. Monts | 6.30 | 690.00 | 4,347.00 | Review documents for preliminary injunction hearing; draft witness outlines for preliminary injunction hearing; telephone conference with A. Shaheen regarding ██████████ telephone conference with A. Shaheen and M. Korenblat regarding ████ ████████████████s |
| 09/16/11 | W. Monts | 8.30 | 690.00 | 5,727.00 | ███████ view documents for preliminary injunction hearing; draft witness outlines for preliminary injunction hearing |
| 09/18/11 | W. Monts | 2.20 | 690.00 | 1,518.00 | Draft witness outlines for preliminary injunction hearing |
| 09/19/11 | W. Monts | 6.30 | 690.00 | 4,347.00 | Draft and revise witness outlines for preliminary injunction hearing; research regarding preliminary injunction; review exhibits for preliminary injunction hearing |
| 09/20/11 | W. Monts | 8.40 | 690.00 | 5,796.00 | Draft and revise Taraghi cross outline for preliminary injunction hearing; review exhibits for preliminary injunction hearing; review reply memorandum in support of preliminary injunction motion; telephone conference with A. Shaheen regarding ████████████████████████ |
| 09/20/11 | S. Seymour | 0.60 | 180.00 | 108.00 | Update case management site |

WESTERN CONVENIENCE STORES,
INC.
Invoice No. 2624553

October 28, 2011

Page 3

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 09/21/11 | W. Monts | 8.40 | 690.00 | 5,796.00 | Draft and revise Taraghi cross outline for preliminary injunction hearing; review exhibits for preliminary injunction hearing; review reply memorandum in support of preliminary injunction motion; telephone conference with A. Shaheen regarding ███████████████████; draft and revise exhibit list |
| 09/21/11 | J. Robertson | 2.00 | 900.00 | 1,800.00 | Review documents |
| 09/21/11 | S. Seymour | 3.10 | 180.00 | 558.00 | Telephone conversation with W. Monts regarding ███████████; prepare briefing binders for J. Robertson and W. Monts |
| 09/22/11 | A. Edgar | 0.50 | 445.00 | 222.50 | Attention to requests from W. Monts regarding preparation/assistance for preliminary injunction hearing |
| 09/22/11 | W. Monts | 6.60 | 690.00 | 4,554.00 | Review exhibits and revise exhibit list; telephone conference with K. Craigmile regarding exchange of exhibits; prepare exhibits for preliminary injunction hearing; review legal issues for preliminary injunction hearing; review Taraghi declaration in support of preliminary injunction hearing |
| 09/22/11 | J. Robertson | 2.00 | 900.00 | 1,800.00 | Review documents |
| 09/22/11 | S. Seymour | 4.00 | 180.00 | 720.00 | Prepare witness outline and brief binders for J. Robertson and W. Monts; research regarding exhibits; prepare trial exhibits |
| 09/23/11 | W. Monts | 8.10 | 690.00 | 5,589.00 | Review exhibits and revise exhibit list; prepare summary of unpaid invoices; telephone conference with J. Robertson, A. Shaheen, M. Korenblat, and D. Kriskovich in preparation for preliminary injunction hearing; meet with S. Seymour regarding ████████████████████████ |
| 09/23/11 | J. Robertson | 3.00 | 900.00 | 2,700.00 | Prepare D. Kriscovich and work on crosses |
| 09/23/11 | S. Seymour | 3.40 | 180.00 | 612.00 | Redact exhibits for trial; prepare final exhibit list and exhibits |
| 09/24/11 | W. Monts | 2.30 | 690.00 | 1,587.00 | Review cases for preliminary injunction motion hearing; telephone conference with J. Robertson regarding ██████████ ████████████ |

WESTERN CONVENIENCE STORES,
INC.                                                                October 28, 2011
Invoice No. 2624553
                                                                                Page 4

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 09/25/11 | A. Edgar | 1.90 | 445.00 | 845.50 | Review cases holding there is no right to get an injunction to continue a contract when contract contains unilateral right to revoke, per W. Monts request; shepardize same to determine whether case analyses remains valid |
| 09/25/11 | W. Monts | 3.30 | 690.00 | 2,277.00 | Review exhibits for preliminary injunction hearing listed by plaintiffs; prepare exhibit list for filing with the court; review cases concerning issuance of injunctions when contract provision permits revocation |
| 09/25/11 | J. Robertson | 7.50 | 900.00 | 6,750.00 | Prepare for trial |
| 09/26/11 | A. Edgar | 2.50 | 445.00 | 1,112.50 | Attention to preparation of exhibit binders for hearing; additional research for W. Monts for Colorado cases regarding specific performance/injunction regarding contract terminable at will of defendant |
| 09/26/11 | W. Monts | 7.20 | 690.00 | 4,968.00 | Review exhibits; telephone conference and e-mail with K. Bennington regarding same; meet with J. Robertson regarding ███████████████meet with A. Edgar regarding ██████████ |
| 09/26/11 | J. Robertson | 10.50 | 900.00 | 9,450.00 | Prepare for trial |
| 09/26/11 | S. Seymour | 1.00 | 180.00 | 180.00 | Prepare exhibits for trial |
| 09/27/11 | D. Chambers | 1.40 | 235.00 | 329.00 | Research regarding information on Western Truck 1 and Western Convenience Stores for A Edgar |
| 09/27/11 | A. Edgar | 1.20 | 445.00 | 534.00 | Check exhibit binders; send copy of exhibit binder to opposing counsel; assistance to W. Monts regarding preparation for hearing |
| 09/27/11 | W. Monts | 9.20 | 690.00 | 6,348.00 | Meet with J. Robertson, A. Shaheen, M. Korenblat, D. Kriskovich, and S. Ewing regarding ██████████ ██████████ review cases for preliminary injunction hearing; review direct and cross-examination outlines; meet with J. Robertson regarding ██████████ |
| 09/27/11 | J. Robertson | 9.50 | 900.00 | 8,550.00 | Prepare for trial |
| 09/27/11 | S. Seymour | 0.50 | 180.00 | 90.00 | File joint exhibit list |
| 09/28/11 | A. Edgar | 0.60 | 445.00 | 267.00 | Assistance to W. Monts for hearing |
| 09/28/11 | W. Monts | 7.00 | 690.00 | 4,830.00 | Prepare for and attend preliminary injunction hearing |

WESTERN CONVENIENCE STORES,
INC.
Invoice No. 2624553

October 28, 2011

Page 5

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 09/28/11 | J. Robertson | 8.50 | 900.00 | 7,650.00 | Prepare for and try case |
| 09/29/11 | W. Monts | 1.60 | 690.00 | 1,104.00 | Review opposition to motion to dismiss and begin outlining reply brief in support of same |
| 09/30/11 | W. Monts | 3.40 | 690.00 | 2,346.00 | Review opposition to motion to dismiss; begin drafting reply brief in support of same; review memorandum in opposition to motion to suspend summary judgment motion in state court; telephone conference with A. Shaheen regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |

**Professional Services**                                              $135,580.00

Less 15% Discount                                                     ($20,337.00)

**Total for Professional Services**                                    $115,243.00

WESTERN CONVENIENCE STORES, INC.

Invoice No. 2624553

October 28, 2011

Page 6

Other Charges

| | | |
|---|---|---|
| Photocopy | 194.80 | |
| Printing | 4.20 | |
| Postage | 0.44 | |
| Travel - DINERS CLUB; Washington Denver Washington; July 26, 2011; MONTS,WILLIAM L; 810916 | (426.80) | |
| Travel - DINERS CLUB; Denver Washington; July 27, 2011; MONTS,WILLIAM L; 811167 | 466.00 | |
| Travel - DINERS CLUB; Denver Washington; July 27, 2011; MONTS,WILLIAM L; 811167 | 47.00 | |

**Total for Other Charges**                                         **$285.64**

**TOTAL CURRENT INVOICE**                                         **$115,528.64**

Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| M. Mason | $720.00 | 0.40 | $288.00 |
| W. Monts | $690.00 | 131.40 | $90,666.00 |
| J. Robertson | $900.00 | 43.00 | $38,700.00 |
| A. Edgar | $445.00 | 7.40 | $3,293.00 |
| S. Seymour | $180.00 | 12.80 | $2,304.00 |
| D. Chambers | $235.00 | 1.40 | $329.00 |
| Total All Timekeepers | | 196.40 | $135,580.00 |

WESTERN CONVENIENCE STORES, INC.
Invoice No. 2624553

October 28, 2011

Page 7

## Outstanding Invoices

Paid-in-full invoices and corresponding payments are not shown below.
This summary reflects payments received through October 28, 2011.
This statement includes the current invoice.

| Invoice No. | Date | Fees | Other Charges | Total | Payments | Date Last Payment | Balance |
|---|---|---|---|---|---|---|---|
| 2624553 | 10/28/11 | 115,243.00 | 285.64 | 115,528.64 | 0.00 | | 115,528.64 |
| Total | | 115,243.00 | 285.64 | 115,528.64 | 0.00 | | 115,528.64 |

**\*\*\* RETURN THIS PAGE WITH YOUR PAYMENT \*\*\***

Please include invoice number(s) on your check for faster processing

# Hogan Lovells

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC  20004-1109
T +202 637 5600
F +202 637 5910

www.hoganlovells.com

Fed. I.D. No.
53-0084704

---

Invoice No. 2627473

Suncor Energy (U.S.A.) Inc.
Attention: Michael E. Korenblat, General Counsel
7800 East Orchard Road, Suite 300
Greenwood Village, CO 80111

Client / Matter No. 088139.000022

November 14, 2011

**WESTERN CONVENIENCE STORES, INC.**

### * * * SUMMARY OF CURRENT INVOICE * * *

| | |
|---|---|
| Professional Services | $47,415.00 |
| Less 15% Discount | ($7,112.25) |
| Total Professional Services | $40,302.75 |
| Other Charges | $4,087.58 |
| **Total Current Invoice** | **$44,390.33** |

### Please include invoice number(s) on your check for faster processing.

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR
HOGAN LOVELLS US LLP – OPERATING ACCOUNT
ACCOUNT# 2000010698096, WELLS FARGO BANK NA, 1300 I STREET, N.W.
WASHINGTON, D.C.  20005
ABA #054001220
FOR WIRES COMING FROM OUTSIDE THE US, PLEASE USE – SWIFT CODE PNBPUS33 INSTEAD OF ABA

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia.  Hogan Lovells refers to the international legal practice comprising Hogan Lovells US LLP, Hogan Lovells International LLP, Hogan Lovells Worldwide Group (a Swiss Verein), and their affiliated businesses with offices in:  Abu Dhabi  Alicante  Amsterdam  Baltimore  Beijing  Berlin  Boulder  Brussels  Caracas  Chicago  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  London  Los Angeles  Madrid  Miami  Milan  Moscow  Munich  New York  Northern Virginia  Paris  Philadelphia  Prague  Rome  San Francisco  Shanghai  Silicon Valley  Singapore  Tokyo  Warsaw  Washington DC  Associated offices: Budapest  Jeddah  Riyadh  Zagreb

Invoice No. 2627473

Client / Matter No. 088139.000022

Suncor Energy (U.S.A.) Inc.
Attention: Michael E. Korenblat, General Counsel
7800 East Orchard Road, Suite 300
Greenwood Village, CO 80111

November 14, 2011

**WESTERN CONVENIENCE STORES, INC.**

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 10/03/11 | W. Monts | 4.60 | 690.00 | 3,174.00 | Review plaintiffs' opposition to motion to dismiss; begin drafting reply brief in support of motion to dismiss |
| 10/04/11 | W. Monts | 1.40 | 690.00 | 966.00 | Research regarding reply memorandum in support of motion to dismiss; continue drafting reply memorandum in support of motion to dismiss |
| 10/05/11 | W. Monts | 0.60 | 690.00 | 414.00 | Research regarding reply memorandum in support of motion to dismiss; continue drafting reply memorandum in support of motion to dismiss |
| 10/06/11 | W. Monts | 2.40 | 690.00 | 1,656.00 | Review opposition to motion to dismiss; research regarding same; draft reply memorandum in support of motion to dismiss |
| 10/09/11 | W. Monts | 2.20 | 690.00 | 1,518.00 | Draft and revise reply memorandum in support of motion to dismiss; research regarding same |
| 10/10/11 | W. Monts | 7.10 | 690.00 | 4,899.00 | Draft and revise reply memorandum in support of motion to dismiss; research regarding same |
| 10/11/11 | W. Monts | 7.40 | 690.00 | 5,106.00 | Draft and revise reply memorandum in support of motion to dismiss; research regarding same; transmit ███ to M. Korenblat and A. Shaheen; review template for protective order; telephone conference with M. Korenblat regarding litigation issues |
| 10/12/11 | W. Monts | 2.30 | 690.00 | 1,587.00 | Review and revise reply memorandum in support of motion to dismiss |
| 10/13/11 | W. Monts | 2.10 | 690.00 | 1,449.00 | Review and revise reply memorandum in support of motion to dismiss |

WESTERN CONVENIENCE STORES, INC.                                      November 14, 2011

Invoice No. 2627473                                                              Page 2

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 10/14/11 | W. Monts | 7.80 | 690.00 | 5,382.00 | Draft and revise reply memorandum in support of motion to dismiss; telephone conference with M. Korenblat regarding ▮▮▮▮▮▮ file reply memorandum; review protective order template and begin drafting protective order; begin review of preliminary injunction transcript |
| 10/16/11 | W. Monts | 2.20 | 690.00 | 1,518.00 | Revise draft protective order and transmit to A. Shaheen and M. Korenblat |
| 10/17/11 | W. Monts | 1.20 | 690.00 | 828.00 | Telephone conference with M. Korenblat and R. Robertson regarding ▮▮▮ telephone conference with A. Shaheen regarding ▮▮▮ continue review transcript of preliminary injunction hearing |
| 10/17/11 | J. Robertson | 0.50 | 900.00 | 450.00 | Team telephone conference |
| 10/18/11 | W. Monts | 2.10 | 690.00 | 1,449.00 | Review draft protective order; prepare for meet and confer; telephone conference with A. Shaheen regarding ▮▮▮ |
| 10/19/11 | W. Monts | 2.10 | 690.00 | 1,449.00 | Telephone conference with A. Shaheen regarding ▮▮▮ continue review of preliminary injunction hearing transcript |
| 10/20/11 | W. Monts | 5.30 | 690.00 | 3,657.00 | Continue review of transcript; review WCS reply memorandum in support of motion to stay summary judgment proceedings in state court; telephone conference with M. Korenblat, A. Shaheen, and plaintiffs' counsel concerning scheduling and other matters |
| 10/21/11 | W. Monts | 0.70 | 690.00 | 483.00 | Review Magistrate's Report and recommendation concerning preliminary injunction motion; telephone conference with A. Shaheen regarding ▮▮▮ |
| 10/24/11 | W. Monts | 5.20 | 690.00 | 3,588.00 | Review and comment on draft protective order; begin drafting e-discovery protocol; review order from state court staying summary judgment proceedings; draft e-mails regarding same |
| 10/25/11 | W. Monts | 5.60 | 690.00 | 3,864.00 | Draft and revise e-discovery protocol; transmit ▮▮▮ o M. Korenblat and A. Shaheen; telephone conference with A. Shaheen regarding ▮▮▮ |
| 10/25/11 | W. Monts | 1.50 | 690.00 | 1,035.00 | Review and begin commenting on draft reply memorandum in support of motion to dismiss in Kamakahi litigation |

WESTERN CONVENIENCE STORES, INC.
Invoice No. 2627473

November 14, 2011

Page 3

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 10/26/11 | W. Monts | 0.70 | 690.00 | 483.00 | Telephone conference with A. Shaheen regarding ███████; review and comments on revised protective order |
| 10/26/11 | S. Seymour | 1.40 | 180.00 | 252.00 | Organize and maintain case electronic and hard copy files; update case calendar |
| 10/27/11 | W. Monts | 1.70 | 690.00 | 1,173.00 | Review memorandum regarding non-binding effect of findings on preliminary injunction motion; telephone conference with A. Shaheen regarding ████████; telephone conference with A. Shaheen and M. Korenblat regarding ████████ |
| 10/28/11 | W. Monts | 0.40 | 690.00 | 276.00 | Review e-discovery protocol |
| 10/31/11 | W. Monts | 1.10 | 690.00 | 759.00 | Review and comment on e-discovery protocol and scheduling order; draft e-mails to plaintiffs' counsel regarding e-discovery protocol; telephone conference with A. Shaheen regarding ████████ |

**Professional Services** $47,415.00

Less 15% Discount ($7,112.25)

**Total for Professional Services** $40,302.75

WESTERN CONVENIENCE STORES, INC.                                    November 14, 2011

Invoice No. 2627473                                                              Page 4

Other Charges

| | |
|---|---|
| Photocopy | 0.60 |
| Printing | 183.60 |
| Word Processing | 56.25 |
| Travel - DINERS CLUB; Washington Denver Washington; September 26, 2011; MONTS,WILLIAM L; 812884 | 47.00 |
| Travel - DINERS CLUB; Washington Denver Washington; September 26, 2011; MONTS,WILLIAM L; 812884 | 1,037.90 |
| Travel - DINERS CLUB; Chicago Denver Chicago; September 26, 2011; ROBERTSON,JOHN ROBERT; 812858 | 526.10 |
| Travel - DINERS CLUB; Chicago Denver Chicago; September 26, 2011; ROBERTSON,JOHN ROBERT; 812858 | 47.00 |
| Depositions and Transcripts - AVERY WOODS REPORTING Western Convenience vs. Suncor | 934.50 |
| Outside Duplicating - CAPTURE DISCOVERY September 22, 2011 | 33.92 |
| Hotel - Denver, CO - July 26-27, 2011 J ROBERT ROBERTSON | 789.03 |
| Taxi - Denver, CO - July 26-27, 2011 J ROBERT ROBERTSON | 187.20 |
| Meals/Out of Town - Denver, CO - July 26-27, 2011 J ROBERT ROBERTSON | 52.90 |
| Car Service - BOSTON COACH CORPORATION John Robert Robertson, September 26, 2011 | 187.28 |
| Telephone MEETINGONE | 1.43 |
| Telephone MEETINGONE | 1.43 |
| Telephone MEETINGONE | 1.44 |

**Total for Other Charges**                                              $4,087.58

**TOTAL CURRENT INVOICE**                                           $44,390.33

Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| W. Monts | $690.00 | 67.70 | $46,713.00 |
| J. Robertson | $900.00 | 0.50 | $450.00 |
| S. Seymour | $180.00 | 1.40 | $252.00 |
| Total All Timekeepers | | 69.60 | $47,415.00 |

WESTERN CONVENIENCE STORES, INC.

November 14, 2011

Invoice No. 2627473

Page 5

## Outstanding Invoices

Paid-in-full invoices and corresponding payments are not shown below.
This summary reflects payments received through November 14, 2011.
This statement includes the current invoice.

| Invoice No. | Date | Fees | Other Charges | Total | Payments | Date Last Payment | Balance |
|---|---|---|---|---|---|---|---|
| 2627473 | 11/14/11 | 40,302.75 | 4,087.58 | 44,390.33 | 0.00 | | 44,390.33 |
| Total | | 40,302.75 | 4,087.58 | 44,390.33 | 0.00 | | 44,390.33 |

**\*\*\* RETURN THIS PAGE WITH YOUR PAYMENT \*\*\***

Please include invoice number(s) on your check for faster processing

# Hogan Lovells

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC  20004-1109
T +202 637 5600
F +202 637 5910

www.hoganlovells.com

Fed. I.D. No.
53-0084704

---

Invoice No. 2634009

Client / Matter No. 088139.000022

Suncor Energy (U.S.A.) Inc.
Attention: Michael E. Korenblat, General Counsel
7800 East Orchard Road, Suite 300
Greenwood Village, CO 80111

December 14, 2011

**WESTERN CONVENIENCE STORES, INC.**

### * * * SUMMARY OF CURRENT INVOICE * * *

| | |
|---|---|
| Professional Services | $19,941.00 |
| Less 15% Discount | ($2,991.15) |
| Total Professional Services | $16,949.85 |
| Other Charges | $20.22 |
| **Total Current Invoice** | **$16,970.07** |

**Please include invoice number(s) on your check for faster processing.**

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR
HOGAN LOVELLS US LLP – OPERATING ACCOUNT
ACCOUNT# 2000010688096, WELLS FARGO BANK NA. 1300 I STREET, N.W.
WASHINGTON, D.C. 20005
ABA #054001220
FOR WIRES COMING FROM OUTSIDE THE US, PLEASE USE – SWIFT CODE PNBPUS33 INSTEAD OF ABA

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. Hogan Lovells refers to the international legal practice comprising Hogan Lovells
US LLP, Hogan Lovells International LLP, Hogan Lovells Worldwide Group (a Swiss Verein), and their affiliated businesses with offices in: Abu Dhabi  Alicante  Amsterdam
Baltimore  Beijing  Berlin  Boulder  Brussels  Caracas  Chicago  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City
Hong Kong  Houston  London  Los Angeles  Madrid  Miami  Milan  Moscow  Munich  New York  Northern Virginia  Paris  Philadelphia  Prague  Rome  San Francisco
Shanghai  Silicon Valley  Singapore  Tokyo  Warsaw  Washington DC  Associated offices: Budapest  Jeddah  Riyadh  Zagreb

Invoice No. 2634009

Client / Matter No. 088139.000022

Suncor Energy (U.S.A.) Inc.
Attention: Michael E. Korenblat, General Counsel
7800 East Orchard Road, Suite 300
Greenwood Village, CO 80111

December 14, 2011

## WESTERN CONVENIENCE STORES, INC.

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 11/01/11 | W. Monts | 1.10 | 690.00 | 759.00 | Review scheduling order and related materials; telephone conference with A. Shaheen regarding ■■■ |
| 11/02/11 | W. Monts | 1.30 | 690.00 | 897.00 | Review scheduling order as filed; review and comment on initial disclosures; telephone conference with A. Shaheen regarding ■■■ |
| 11/03/11 | W. Monts | 2.60 | 690.00 | 1,794.00 | Draft and revise comments on e-discovery protocol; telephone conference with A. Shaheen regarding ■■■ |
| 11/04/11 | W. Monts | 4.40 | 690.00 | 3,036.00 | Review e-discovery protocol; telephone conference with A. Shaheen regarding ■■■; review scheduling order; draft language for scheduling order |
| 11/09/11 | W. Monts | 3.20 | 690.00 | 2,208.00 | Review e-discovery protocol; review draft protective order; review transcript from preliminary injunction hearing; review scheduling order filing; research regarding intra-company transfers as sales under the Robinson-Patman Act and antitrust injury under the Robinson-Patman Act |
| 11/10/11 | W. Monts | 4.70 | 690.00 | 3,243.00 | Telephone conference with A. Shaheen regarding ■■■ research regarding Robinson-Patman issues related to hearing; prepare for hearing; attend scheduling conference; meet with A. Shaheen and M. Korenblat regarding ■■■ |
| 11/18/11 | W. Monts | 3.30 | 690.00 | 2,277.00 | Telephone conference with A. Shaheen regarding ■■■ review documents related to state law claims |
| 11/21/11 | W. Monts | 3.30 | 690.00 | 2,277.00 | Review Suncor pleadings in state court; telephone conference with A. Shaheen regarding ■■■ begin review of draft answer and counterclaim |

WESTERN CONVENIENCE STORES, INC.

December 14, 2011

Invoice No. 2634009

Page 2

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 11/22/11 | W. Monts | 3.90 | 690.00 | 2,691.00 | Telephone conference with A. Shaheen regarding█████; review draft answer and comment on same; review complaint; review research on antitrust injury in Robinson-Patman cases |
| 11/28/11 | W. Monts | 1.10 | 690.00 | 759.00 | Telephone conference with M. Korenblat and A. Shaheen regarding████ |

| | | |
|---|---|---:|
| **Professional Services** | | $19,941.00 |
| Less 15% Discount | | ($2,991.15) |
| **Total for Professional Services** | | $16,949.85 |

Other Charges

| | |
|---|---:|
| Photocopy | 2.40 |
| Air Freight - Federal Express Inv#767732330 Airbill#795313643030 | 9.37 |
| Telephone MEETINGONE | 2.35 |
| Telephone MEETINGONE | 0.46 |
| Telephone MEETINGONE | 1.68 |
| Telephone MEETINGONE | 1.58 |
| Telephone MEETINGONE | 1.29 |
| Telephone MEETINGONE | 0.44 |
| Telephone MEETINGONE | 0.44 |
| Telephone MEETINGONE | 0.21 |

| | |
|---|---:|
| **Total for Other Charges** | $20.22 |

| | |
|---|---:|
| **TOTAL CURRENT INVOICE** | $16,970.07 |

Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|------------|------|-------|--------|
| W. Monts | $690.00 | 28.90 | $19,941.00 |
| Total All Timekeepers | | 28.90 | $19,941.00 |

WESTERN CONVENIENCE STORES, INC.
Invoice No. 2634009

December 14, 2011

Page 3

Outstanding Invoices

Paid-in-full invoices and corresponding payments are not shown below.
This summary reflects payments received through December 14, 2011.
This statement includes the current invoice.

| Invoice No. | Date | Fees | Other Charges | Total | Payments | Date Last Payment | Balance |
|---|---|---|---|---|---|---|---|
| 2634009 | 12/14/11 | 16,949.85 | 20.22 | 16,970.07 | 0.00 | | 16,970.07 |
| Total | | 16,949.85 | 20.22 | 16,970.07 | 0.00 | | 16,970.07 |

**\*\*\* RETURN THIS PAGE WITH YOUR PAYMENT \*\*\***

Please include invoice number(s) on your check for faster processing