# EXHIBIT 2
# Part 2

E
X
H
I
B
I
T

2

Part 2

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004-1109
T +202 637 5600
F +202 637 5910

**www.hoganlovells.com**

Fed. I.D. No.
53-0084704

---

Invoice No. 2640457                         Client / Matter No. 088139.000022

Suncor Energy (U.S.A.) Inc.                 January 19, 2012
Attention: Michael E. Korenblat, General Counsel
7800 East Orchard Road, Suite 300
Greenwood Village, CO 80111

**WESTERN CONVENIENCE STORES, INC.**

### * * * SUMMARY OF CURRENT INVOICE * * *

| | |
|---|---|
| Professional Services | $276.00 |
| Less 15% Discount | ($41.40) |
| Total Professional Services | $234.60 |
| Other Charges | $810.40 |
| **Total Current Invoice** | **$1,045.00** |

Please include invoice number(s) on your check for faster processing.

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR
HOGAN LOVELLS US LLP – OPERATING ACCOUNT
ACCOUNT# 2000010688096, WELLS FARGO BANK NA, 1300 I STREET, N.W.
WASHINGTON, D.C. 20005
ABA #054001220
FOR WIRES COMING FROM OUTSIDE THE US, PLEASE USE – SWIFT CODE PNBPUS33 INSTEAD OF ABA

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. Hogan Lovells refers to the international legal practice comprising Hogan Lovells US LLP, Hogan Lovells International LLP, Hogan Lovells Worldwide Group (a Swiss Verein), and their affiliated businesses with offices in: Abu Dhabi  Alicante  Amsterdam  Baltimore  Beijing  Berlin  Boulder  Brussels  Caracas  Chicago  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  London  Los Angeles  Madrid  Miami  Milan  Moscow  Munich  New York  Northern Virginia  Paris  Philadelphia  Prague  Rome  San Francisco  Shanghai  Silicon Valley  Singapore  Tokyo  Warsaw  Washington DC  Associated offices: Budapest  Jeddah  Riyadh  Zagreb

Invoice No. 2640457

Client / Matter No. 088139.000022

Suncor Energy (U.S.A.) Inc.
Attention: Michael E. Korenblat, General Counsel
7800 East Orchard Road, Suite 300
Greenwood Village, CO 80111

January 19, 2012

**WESTERN CONVENIENCE STORES, INC.**

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 12/20/11 | W. Monts | 0.40 | 690.00 | 276.00 | Telephone conference with A. Shaheen regarding ▓▓▓▓▓▓ |

| | |
|---|---|
| **Professional Services** | $276.00 |
| Less 15% Discount | ($41.40) |
| **Total for Professional Services** | $234.60 |

Other Charges

| | |
|---|---|
| Travel - DINERS CLUB; Washington Denver Washington; November 09, 2011; MONTS,WILLIAM L; 814456 | 47.00 |
| Travel - DINERS CLUB; Washington Denver Washington; November 09, 2011; MONTS,WILLIAM L; 814456 | 763.40 |

| | |
|---|---|
| **Total for Other Charges** | $810.40 |
| **TOTAL CURRENT INVOICE** | $1,045.00 |

Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|------------|------|-------|--------|
| W. Monts | $690.00 | 0.40 | $276.00 |
| Total All Timekeepers | | 0.40 | $276.00 |

WESTERN CONVENIENCE STORES, INC.
Invoice No. 2640457

January 19, 2012

Page 2

## Outstanding Invoices

Paid-in-full invoices and corresponding payments are not shown below.
This summary reflects payments received through January 19, 2012.
This statement includes the current invoice.

| Invoice No. | Date | Fees | Other Charges | Total | Payments | Date Last Payment | Balance |
|---|---|---|---|---|---|---|---|
| 2640457 | 01/19/12 | 234.60 | 810.40 | 1,045.00 | 0.00 | | 1,045.00 |
| Total | | 234.60 | 810.40 | 1,045.00 | 0.00 | | 1,045.00 |

**\*\*\* RETURN THIS PAGE WITH YOUR PAYMENT \*\*\***

Please include invoice number(s) on your check for faster processing



Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC  20004-1109
T +202 637 5600
F +202 637 5910

www.hoganlovells.com

Fed. I.D. No.
53-0084704

Invoice No. 2645979                                      Client / Matter No. 088139.000022

Suncor Energy (U.S.A.) Inc.                              February 21, 2012
Attention: Michael E. Korenblat, General Counsel
7800 East Orchard Road, Suite 300
Greenwood Village, CO 80111

**WESTERN CONVENIENCE STORES, INC.**

### * * * SUMMARY OF CURRENT INVOICE * * *

| | |
|---|---|
| Professional Services | $3,528.00 |
| Less 15% Discount | ($529.20) |
| Total Professional Services | $2,998.80 |
| Other Charges | $4.95 |
| **Total Current Invoice** | **$3,003.75** |

Please include invoice number(s) on your check for faster processing.

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR
HOGAN LOVELLS US LLP – OPERATING ACCOUNT
ACCOUNT# 2000010686096, WELLS FARGO BANK NA, 1300 I STREET, N.W.
WASHINGTON, D.C.  20005
ABA #054001220
FOR WIRES COMING FROM OUTSIDE THE US, PLEASE USE – SWIFT CODE PNBPUS33 INSTEAD OF ABA

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia.  Hogan Lovells refers to the international legal practice comprising Hogan Lovells
US LLP, Hogan Lovells International LLP, Hogan Lovells Worldwide Group (a Swiss Verein), and their affiliated businesses with offices in:  Abu Dhabi  Alicante  Amsterdam
Baltimore  Beijing  Berlin  Boulder  Brussels  Caracas  Chicago  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City
Hong Kong  Houston  London  Los Angeles  Madrid  Miami  Milan  Moscow  Munich  New York  Northern Virginia  Paris  Philadelphia  Prague  Rome  San Francisco
Shanghai  Silicon Valley  Singapore  Tokyo  Warsaw  Washington DC  Associated offices: Budapest  Jeddah  Riyadh  Zagreb

Invoice No. 2645979

Client / Matter No. 088139.000022

Suncor Energy (U.S.A.) Inc.
Attention: Michael E. Korenblat, General Counsel
7800 East Orchard Road, Suite 300
Greenwood Village, CO 80111

February 21, 2012

**WESTERN CONVENIENCE STORES, INC.**

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 01/24/12 | W. Monts | 0.70 | 720.00 | 504.00 | Review documents related to extension of credit to Western Convenience Stores; telephone conference with A. Shaheen regarding ▓▓▓▓ |
| 01/25/12 | W. Monts | 0.80 | 720.00 | 576.00 | Review draft summary judgment brief |
| 01/31/12 | W. Monts | 3.40 | 720.00 | 2,448.00 | Telephone conference with A. Shaheen regarding ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓ review plaintiffs' motion for leave to file amended complaint and proposed amendment; compare proposed amended complaint to original complaint; review draft summary judgment motion and begin comments on same |

| | | |
|---|---|---:|
| **Professional Services** | | $3,528.00 |
| Less 15% Discount | | ($529.20) |
| **Total for Professional Services** | | $2,998.80 |

Other Charges

| | | |
|---|---|---:|
| Messenger/Courier Service - SWIFT COURIER SERVICES | 4.95 | |
| **Total for Other Charges** | | $4.95 |

| | |
|---|---:|
| **TOTAL CURRENT INVOICE** | $3,003.75 |

Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|------------|------|-------|--------|
| W. Monts | $720.00 | 4.90 | $3,528.00 |
| Total All Timekeepers | | 4.90 | $3,528.00 |

WESTERN CONVENIENCE STORES, INC.

Invoice No. 2645979

February 21, 2012

Page 2

## Outstanding Invoices

Paid-in-full invoices and corresponding payments are not shown below.
This summary reflects payments received through February 21, 2012.
This statement includes the current invoice.

| Invoice No. | Date | Fees | Other Charges | Total | Payments | Date Last Payment | Balance |
|---|---|---|---|---|---|---|---|
| 2645979 | 02/21/12 | 2,998.80 | 4.95 | 3,003.75 | 0.00 | | 3,003.75 |
| Total | | 2,998.80 | 4.95 | 3,003.75 | 0.00 | | 3,003.75 |

**\*\*\* RETURN THIS PAGE WITH YOUR PAYMENT \*\*\***

Please include invoice number(s) on your check for faster processing

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC  20004-1109
T +202 637 5600
F +202 637 5910

**www.hoganlovells.com**

**Fed. I.D. No.
53-0084704**

Invoice No. 2653118                                     Client / Matter No. 088139.000022

Suncor Energy Services Inc.                             March 27, 2012
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202

**WESTERN CONVENIENCE STORES, INC.**

### * * * SUMMARY OF CURRENT INVOICE * * *

| | |
|---|---|
| Professional Services | $57,559.50 |
| Less 15% Discount | ($8,633.93) |
| Total Professional Services | $48,925.57 |
| **Total Current Invoice** | **$48,925.57** |

Please include invoice number(s) on your check for faster processing.

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR
HOGAN LOVELLS US LLP – OPERATING ACCOUNT
ACCOUNT# 2000010688096, WELLS FARGO BANK NA, 420 MONTGOMERY STREET
SAN FRANCISCO, CA  94104
ABA #121000248 (FOR WIRE TRANSFERS ONLY)
ABA #054001220 (FOR ACH TRANSFERS ONLY)
FOR WIRES COMING FROM OUTSIDE THE US, PLEASE USE – SWIFT CODE WFBIUS6S INSTEAD OF ABA

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia.  Hogan Lovells refers to the international legal practice comprising Hogan Lovells
US LLP, Hogan Lovells International LLP, Hogan Lovells Worldwide Group (a Swiss Verein), and their affiliated businesses with offices in:  Abu Dhabi  Alicante  Amsterdam
Baltimore  Beijing  Berlin  Boulder  Brussels  Caracas  Chicago  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City
Hong Kong  Houston  London  Los Angeles  Madrid  Miami  Milan  Moscow  Munich  New York  Northern Virginia  Paris  Philadelphia  Prague  Rome  San Francisco
Shanghai  Silicon Valley  Singapore  Tokyo  Warsaw  Washington DC  Associated offices: Budapest  Jeddah  Riyadh  Zagreb

Invoice No. 2653118

Client / Matter No. 088139.000022

Suncor Energy Services Inc.
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202

March 27, 2012

**WESTERN CONVENIENCE STORES, INC.**

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 02/01/12 | W. Monts | 3.20 | 720.00 | 2,304.00 | Review amended complaint and compare with original complaint; draft e-mail memorandum to A. Shaheen and M. Korenblat regarding ▇▇▇ |
| 02/06/12 | W. Monts | 2.20 | 720.00 | 1,584.00 | Review cases relating to price discrimination under 2-305 of UCC |
| 02/09/12 | C. Habeeb | 0.50 | 465.00 | 232.50 | Discuss ▇▇▇▇▇▇▇ with W. Monts |
| 02/12/12 | C. Habeeb | 2.50 | 465.00 | 1,162.50 | Review amended complaint; research whether price discrimination and breach of open term price contracts under UCC § 2-305 |
| 02/13/12 | C. Habeeb | 2.90 | 465.00 | 1,348.50 | Research UCC 2-305 and price discrimination claims; begin drafting summary of research for W. Monts |
| 02/13/12 | W. Monts | 0.40 | 720.00 | 288.00 | Review answer to third-party complaint against Taraghis |
| 02/14/12 | C. Habeeb | 4.90 | 465.00 | 2,278.50 | Research and draft summary of research on UCC 2-305 |
| 02/14/12 | W. Monts | 4.90 | 720.00 | 3,528.00 | Begin review of D. Kriskovich deposition transcript; review transcript of preliminary injunction hearing; review and comment on draft 30(b)(6) notice; telephone conference with A. Shaheen re: ▇▇▇▇▇▇▇ |
| 02/15/12 | C. Habeeb | 4.90 | 465.00 | 2,278.50 | Draft, revise, and review memorandum on UCC 2-305 |
| 02/15/12 | W. Monts | 4.70 | 720.00 | 3,384.00 | Complete review of D. Kriskovich deposition transcript; review certain exhibits regarding same; review preliminary injunction hearing transcript; review C. Habeeb memo regarding price discrimination and breach of open price term contracts under 2-305 of UCC; telephone conference with A. Shaheen regarding ▇▇▇▇▇▇▇ |

WESTERN CONVENIENCE STORES, INC.

March 27, 2012

Invoice No. 2653118

Page 2

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 02/16/12 | C. Habeeb | 3.50 | 465.00 | 1,627.50 | Review memorandum on 2-305; research changing conditions defense as applied to long volume sales of fuel products; telephone conference regarding ▮▮▮▮▮ with W. Monts |
| 02/16/12 | W. Monts | 5.30 | 720.00 | 3,816.00 | Review memorandum of C. Habeeb regarding price discrimination and breach of open price term contracts under section 2-305 of UCC; telephone conference with C. Habeeb regarding ▮▮▮ review cases regarding same; review amended complaint; review A. Shaheen e-mail concerning ▮▮▮▮ |
| 02/17/12 | C. Habeeb | 1.60 | 465.00 | 744.00 | Research state court cases on § 2-305; draft summary email to W. Monts regarding ▮▮▮ |
| 02/17/12 | W. Monts | 0.50 | 720.00 | 360.00 | Review C. Habeeb memorandum regarding price discrimination under 2-305 |
| 02/19/12 | W. Monts | 1.40 | 720.00 | 1,008.00 | Review C. Habeeb memorandum regarding price discrimination under 2-305 and comment on same |
| 02/20/12 | W. Monts | 3.90 | 720.00 | 2,808.00 | Review cases related to price discrimination and breach of contract under section 2-305 of the Uniform Commercial Code; revise C. Habeeb memorandum regarding same |
| 02/21/12 | C. Habeeb | 1.70 | 465.00 | 790.50 | Review and respond to comments from W. Monts; discuss ▮▮▮ with W. Monts; revise memorandum |
| 02/22/12 | C. Habeeb | 2.40 | 465.00 | 1,116.00 | Revise and edit memorandum on UCC 2-305; conduct additional research regarding burden of proof to qualify for safe harbor provision |
| 02/23/12 | C. Habeeb | 7.90 | 465.00 | 3,673.50 | Draft new section of UCC 2-305 memorandum to include state-law cases; edit and revise memorandum |
| 02/23/12 | W. Monts | 2.30 | 720.00 | 1,656.00 | Telephone conference with A. Shaheen regarding ▮▮▮ review and revise memorandum concerning price discrimination and breach of contract under section 2-305 of the Uniform Commercial Code |
| 02/24/12 | C. Habeeb | 2.60 | 465.00 | 1,209.00 | Revise and edit memorandum on UCC 2-305; research UCC 2-607 and 2-714 regarding notice |

WESTERN CONVENIENCE STORES, INC.

March 27, 2012

Invoice No. 2653118

Page 3

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 02/24/12 | W. Monts | 6.40 | 720.00 | 4,608.00 | Review cases regarding price discrimination and breach of contract under section 2-305 of the Uniform Commercial Code; telephone conference with A. Shaheen regarding ███████ ███ review and revise memorandum regarding price discrimination and breach of contract under section 2-305 of the Uniform Commercial Code; review issues related to company operated stations and draft e-mail to M. Korenblat and A. Shaheen regarding ████ |
| 02/25/12 | W. Monts | 1.00 | 720.00 | 720.00 | Review and revise memorandum regarding price discrimination and breach of contract under section 2-305 of the Uniform Commercial Code |
| 02/27/12 | C. Habeeb | 0.90 | 465.00 | 418.50 | Discuss ███████████ with W. Monts |
| 02/27/12 | W. Monts | 7.40 | 720.00 | 5,328.00 | Review and revise memorandum regarding price discrimination and breach of contract under section 2-305 of the Uniform Commercial Code; telephone conferences with C. Habeeb regarding ███████████████ ████████ telephone conference with A. Shaheen regarding ███████ |
| 02/28/12 | W. Monts | 7.60 | 720.00 | 5,472.00 | Review and revise memorandum regarding price discrimination and breach of contract under section 2-305 of the Uniform Commercial Code; telephone conferences with A. Shaheen regarding ███████████ telephone conference with M. Korenblat and A. Shaheen regarding |
| 02/29/12 | W. Monts | 5.30 | 720.00 | 3,816.00 | Telephone conferences with A. Shaheen regarding ██████████ draft e-mail regarding ███████ regarding ███████████████ review economist CVs for antitrust issues |

| | |
|---|---|
| **Professional Services** | $57,559.50 |
| Less 15% Discount | ($8,633.93) |
| **Total for Professional Services** | $48,925.57 |
| **TOTAL CURRENT INVOICE** | $48,925.57 |

WESTERN CONVENIENCE STORES, INC.                                      March 27, 2012
Invoice No. 2653118                                                          Page 4

### Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| W. Monts | $720.00 | 56.50 | $40,680.00 |
| C. Habeeb | $465.00 | 36.30 | $16,879.50 |
| Total All Timekeepers | | 92.80 | $57,559.50 |

WESTERN CONVENIENCE STORES, INC.                                              March 27, 2012

Invoice No. 2653118                                                          Page 5

### Outstanding Invoices

Paid-in-full invoices and corresponding payments are not shown below.
This summary reflects payments received through March 27, 2012.
This statement includes the current invoice.

| Invoice No. | Date | Fees | Other Charges | Total | Payments | Date Last Payment | Balance |
|---|---|---|---|---|---|---|---|
| 2653118 | 03/27/12 | 48,925.57 | 0.00 | 48,925.57 | 0.00 | | 48,925.57 |
| Total | | 48,925.57 | 0.00 | 48,925.57 | 0.00 | | 48,925.57 |

**\*\*\* RETURN THIS PAGE WITH YOUR PAYMENT \*\*\***

Please include invoice number(s) on your check for faster processing



Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004-1109
T +202 637 5600
F +202 637 5910

**www.hoganlovells.com**

**Fed. I.D. No.**
**53-0084704**

Invoice No. 2656868

Client / Matter No. 088139.000022

Suncor Energy Services Inc.
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202

April 19, 2012

**WESTERN CONVENIENCE STORES, INC.**

### * * * SUMMARY OF CURRENT INVOICE * * *

| | |
|---|---|
| Professional Services | $43,776.00 |
| Less 15% Discount | ($6,566.40) |
| Total Professional Services | $37,209.60 |
| **Total Current Invoice** | **$37,209.60** |

Please include invoice number(s) on your check for faster processing.

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR
HOGAN LOVELLS US LLP – OPERATING ACCOUNT
ACCOUNT# 2000010688096, WELLS FARGO BANK NA, 420 MONTGOMERY STREET
SAN FRANCISCO, CA 94104
ABA #121000248 (FOR WIRE TRANSFERS ONLY)
ABA #054001220 (FOR ACH TRANSFERS ONLY)
FOR WIRES COMING FROM OUTSIDE THE US, PLEASE USE – SWIFT CODE WFBIUS6S INSTEAD OF ABA

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. Hogan Lovells refers to the international legal practice comprising Hogan Lovells US LLP, Hogan Lovells International LLP, Hogan Lovells Worldwide Group (a Swiss Verein), and their affiliated businesses with offices in: Abu Dhabi Alicante Amsterdam Baltimore Beijing Berlin Boulder Brussels Caracas Chicago Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston London Los Angeles Madrid Miami Milan Moscow Munich New York Northern Virginia Paris Philadelphia Prague Rome San Francisco Shanghai Silicon Valley Singapore Tokyo Warsaw Washington DC Associated offices: Budapest Jeddah Riyadh Zagreb

Invoice No. 2656868

Client / Matter No. 088139.000022

Suncor Energy Services Inc.
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202

April 19, 2012

## WESTERN CONVENIENCE STORES, INC.

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 03/01/12 | W. Monts | 2.50 | 720.00 | 1,800.00 | Review contracts and other documents in preparation for 30(b)(6) deposition |
| 03/02/12 | W. Monts | 2.50 | 720.00 | 1,800.00 | Review contracts and other documents in preparation for 30(b)(6) deposition; review cases on claim under section 2-305 of the Uniform Commercial Code |
| 03/04/12 | W. Monts | 3.40 | 720.00 | 2,448.00 | Review documents in chronology; review 30(b)(6) deposition notice; prepare for 30(b)(6) witness preparation |
| 03/05/12 | W. Monts | 4.80 | 720.00 | 3,456.00 | Meet with M. Korenblat, A. Shaheen, and witnesses in preparation for 30(b)(6) deposition; meet with A. Shaheen regarding ▆▆▆▆▆; draft and revise e-mail regarding potential expert economists |
| 03/06/12 | W. Monts | 8.30 | 720.00 | 5,976.00 | Meet with M. Korenblat and A. Shaheen regarding ▆▆▆▆▆ meet with M. Korenblat, A. Shaheen and V. Kopp regarding ▆▆▆▆▆ meet with M. Korenblat, A. Shaheen and S. Ewing regarding ▆▆▆▆▆ |
| 03/07/12 | W. Monts | 8.10 | 720.00 | 5,832.00 | Meet with M. Korenblat and A. Shaheen regarding ▆▆▆▆▆ meet with A. Shaheen and S. Ewing regarding ▆▆▆▆▆ |
| 03/08/12 | W. Monts | 6.30 | 720.00 | 4,536.00 | Defend 30(b)(6) deposition; meet with M. Korenblat, A. Shaheen, A. Lingnau and S. Ewing regarding ▆▆▆▆▆ |
| 03/09/12 | W. Monts | 6.20 | 720.00 | 4,464.00 | Meet with A. Shaheen regarding ▆▆▆▆▆ |
| 03/19/12 | W. Monts | 1.40 | 720.00 | 1,008.00 | Telephone conference with A. Shaheen and M. Korenblat regarding ▆▆▆▆▆ telephone conference with M. Guerin-Calvert regarding ▆▆▆▆▆ |
| 03/21/12 | W. Monts | 1.00 | 720.00 | 720.00 | Telephone conference with J. Griffin regarding ▆▆▆▆▆ |

WESTERN CONVENIENCE STORES, INC.                                        April 19, 2012

Invoice No. 2656868                                                      Page 2

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 03/22/12 | W. Monts | 2.20 | 720.00 | 1,584.00 | Review plaintiffs' arguments concerning injury from Robinson-Patman violation; draft e-mail regarding ▮▮▮▮ review deposition transcripts and preliminary injunction transcript re: same; review pending discovery requests |
| 03/23/12 | W. Monts | 2.00 | 720.00 | 1,440.00 | Telephone conference with A. Shaheen regarding ▮▮▮▮▮▮▮s; review pending discovery and proposed objections; begin review of 30(b)(6) transcripts |
| 03/26/12 | W. Monts | 0.20 | 720.00 | 144.00 | Telephone conference with J. Griffin regarding expert issues |
| 03/27/12 | W. Monts | 1.40 | 720.00 | 1,008.00 | Review 30(b)(6) deposition transcript; review plaintiffs' discovery requests and draft objections |
| 03/28/12 | W. Monts | 2.20 | 720.00 | 1,584.00 | Review transcript of 30(b)(6) deposition; review objections to discovery and begin comments on same |
| 03/29/12 | W. Monts | 0.90 | 720.00 | 648.00 | Telephone conference with J. Griffin regarding litigation issues; telephone conference with A. Shaheen regarding ▮▮▮▮ |
| 03/30/12 | W. Monts | 5.20 | 720.00 | 3,744.00 | Telephone conference with M. Korenblat and A. Shaheen regarding ▮▮▮▮▮ telephone conference with C. Schulman regarding litigation issues; review and begin commenting on responses to discovery |
| 03/31/12 | W. Monts | 2.20 | 720.00 | 1,584.00 | Review and comment on discovery responses; transmit ▮▮ to A. Shaheen |

| | | |
|---|---|---|
| **Professional Services** | | $43,776.00 |
| Less 15% Discount | | ($6,566.40) |
| **Total for Professional Services** | | $37,209.60 |
| **TOTAL CURRENT INVOICE** | | $37,209.60 |

### Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|------------|------|-------|--------|
| W. Monts | $720.00 | 60.80 | $43,776.00 |
| Total All Timekeepers | | 60.80 | $43,776.00 |

WESTERN CONVENIENCE STORES, INC.
Invoice No. 2656868

April 19, 2012

Page 3

Outstanding Invoices

Paid-in-full invoices and corresponding payments are not shown below.
This summary reflects payments received through April 19, 2012.
This statement includes the current invoice.

| Invoice No. | Date | Fees | Other Charges | Total | Payments | Date Last Payment | Balance |
|---|---|---|---|---|---|---|---|
| 2656868 | 04/19/12 | 37,209.60 | 0.00 | 37,209.60 | 0.00 | | 37,209.60 |
| Total | | 37,209.60 | 0.00 | 37,209.60 | 0.00 | | 37,209.60 |

**\*\*\* RETURN THIS PAGE WITH YOUR PAYMENT \*\*\***

Please include invoice number(s) on your check for faster processing

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC  20004-1109
T +202 637 5600
F +202 637 5910

**www.hoganlovells.com**

**Fed. I.D. No.**
**53-0084704**

---

Invoice No. 2663969

Suncor Energy Services Inc.
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202

Client / Matter No. 088139.000022

May 18, 2012

**WESTERN CONVENIENCE STORES, INC.**

### * * * SUMMARY OF CURRENT INVOICE * * *

| | |
|---|---|
| Professional Services | $15,048.00 |
| Less 15% Discount | ($2,257.20) |
| Total Professional Services | $12,790.80 |
| Other Charges | $1,244.30 |
| **Total Current Invoice** | **$14,035.10** |

Please include invoice number(s) on your check for faster processing.

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR
HOGAN LOVELLS US LLP – OPERATING ACCOUNT
ACCOUNT# 2000010688096, WELLS FARGO BANK NA, 420 MONTGOMERY STREET
SAN FRANCISCO, CA  94104
ABA #121000248 (FOR WIRE TRANSFERS ONLY)
ABA #064001220 (FOR ACH TRANSFERS ONLY)
FOR WIRES COMING FROM OUTSIDE THE US, PLEASE USE – SWIFT CODE WFBIUS6S INSTEAD OF ABA

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia.  Hogan Lovells refers to the international legal practice comprising Hogan Lovells
US LLP, Hogan Lovells International LLP, Hogan Lovells Worldwide Group (a Swiss Verein), and their affiliated businesses with offices in:  Abu Dhabi  Alicante  Amsterdam
Baltimore  Beijing  Berlin  Boulder  Brussels  Caracas  Chicago  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City
Hong Kong  Houston  London  Los Angeles  Madrid  Miami  Milan  Moscow  Munich  New York  Northern Virginia  Paris  Philadelphia  Prague  Rome  San Francisco
Shanghai  Silicon Valley  Singapore  Tokyo  Warsaw  Washington DC  Associated offices: Budapest  Jeddah  Riyadh  Zagreb

Invoice No. 2663969                                    Client / Matter No. 088139.000022

Suncor Energy Services Inc.                            May 18, 2012
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202


**WESTERN CONVENIENCE STORES, INC.**

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 04/01/12 | W. Monts | 0.50 | 720.00 | 360.00 | Review responses to written discovery and comment on same; telephone conference with A. Shaheen regarding ███████ |
| 04/09/12 | W. Monts | 4.20 | 720.00 | 3,024.00 | Telephone conference with A. Shaheen regarding ███████; telephone conference with A. Shaheen and M. Korenblat regarding ███████ review pending discovery and Suncor proposed discovery; review expert engagement letter and draft comments on same; review 30(b)(6) deposition transcript |
| 04/10/12 | W. Monts | 0.40 | 720.00 | 288.00 | Review pending discovery and forward same to experts |
| 04/11/12 | W. Monts | 1.40 | 720.00 | 1,008.00 | Review Suncor discovery responses; review 30(b)(6) deposition transcripts and prepare for call with experts |
| 04/12/12 | W. Monts | 1.10 | 720.00 | 792.00 | Telephone conference with A. Shaheen and C. Schulman regarding ███████ |
| 04/13/12 | W. Monts | 1.10 | 720.00 | 792.00 | Review letter from K. Bennington regarding Suncor discovery responses and cases cited therein; review Suncor discovery to plaintiffs |
| 04/15/12 | W. Monts | 1.10 | 720.00 | 792.00 | Review and revise draft response to K. Bennington discovery letter |
| 04/16/12 | W. Monts | 1.40 | 720.00 | 1,008.00 | Review and comment on draft response to K. Bennington letter; review market surveys; telephone conference with C. Schulman regarding market surveys |
| 04/19/12 | W. Monts | 1.30 | 720.00 | 936.00 | Review market surveys in preparation for call with expert; review plaintiffs' discovery requests and draft of defense discovery |

WESTERN CONVENIENCE STORES, INC.                                May 18, 2012

Invoice No. 2663969                                             Page 2

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 04/20/12 | W. Monts | 2.30 | 720.00 | 1,656.00 | Telephone conference with A. Shaheen regarding ████████████; review Supreme Court decision in Hasbrouck; draft e-mail to A. Shaheen regarding ████; review other materials related to outstanding discovery issues |
| 04/23/12 | W. Monts | 1.10 | 720.00 | 792.00 | Telephone conference with A. Shaheen and C. Schulman regarding ██████████████; telephone conference with A. Shaheen regarding ██████████ |
| 04/24/12 | W. Monts | 0.40 | 720.00 | 288.00 | Telephone conference with A. Shaheen regarding ██████████ |
| 04/28/12 | W. Monts | 0.70 | 720.00 | 504.00 | Telephone conference with A. Shaheen regarding █████████████████ |
| 04/29/12 | W. Monts | 0.60 | 720.00 | 432.00 | Review materials related to pending discovery issues |
| 04/30/12 | W. Monts | 3.30 | 720.00 | 2,376.00 | Review e-mail materials regarding discounts on branded and unbranded gasoline; review other discovery materials; review list of items to be completed; telephone conference with A. Shaheen regarding ████████ |

**Professional Services**                                       $15,048.00

Less 15% Discount                                               ($2,257.20)

**Total for Professional Services**                             $12,790.80

Other Charges

Travel - DINERS CLUB; Washington Denver Washington; March 04, 2012; MONTS,WILLIAM L; 817791      1,197.30

Travel - DINERS CLUB; Washington Denver Washington; March 04, 2012; MONTS,WILLIAM L; 817791      47.00

**Total for Other Charges**                                     $1,244.30

**TOTAL CURRENT INVOICE**                                       $14,035.10

WESTERN CONVENIENCE STORES, INC.                                      May 18, 2012
Invoice No. 2663969                                                        Page 3

### Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| W. Monts | $720.00 | 20.90 | $15,048.00 |
| Total All Timekeepers | | 20.90 | $15,048.00 |

WESTERN CONVENIENCE STORES, INC.

May 18, 2012

Invoice No. 2663969

Page 4

### Outstanding Invoices

Paid-in-full invoices and corresponding payments are not shown below.
This summary reflects payments received through May 18, 2012.
This statement includes the current invoice.

| Invoice No. | Date | Fees | Other Charges | Total | Payments | Date Last Payment | Balance |
|---|---|---|---|---|---|---|---|
| 2663969 | 05/18/12 | 12,790.80 | 1,244.30 | 14,035.10 | 0.00 | | 14,035.10 |
| Total | | 12,790.80 | 1,244.30 | 14,035.10 | 0.00 | | 14,035.10 |

**\*\*\* RETURN THIS PAGE WITH YOUR PAYMENT \*\*\***

Please include invoice number(s) on your check for faster processing



Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004-1109
T +202 637 5600
F +202 637 5910

www.hoganlovells.com

Fed. I.D. No.
53-0084704

Invoice No. 2670337                              Client / Matter No. 088139.000022

Suncor Energy Services Inc.                      June 21, 2012
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202

**WESTERN CONVENIENCE STORES, INC.**

### * * * SUMMARY OF CURRENT INVOICE * * *

| | |
|---|---|
| Professional Services | $47,473.50 |
| Less 15% Discount | ($7,121.03) |
| Total Professional Services | $40,352.47 |
| Other Charges | $6.86 |
| **Total Current Invoice** | **$40,359.33** |

Please include invoice number(s) on your check for faster processing.

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR
HOGAN LOVELLS US LLP – OPERATING ACCOUNT
ACCOUNT# 2000010688096, WELLS FARGO BANK NA, 420 MONTGOMERY STREET
SAN FRANCISCO, CA 94104
ABA #121000248 (FOR WIRE TRANSFERS ONLY)
ABA #054001220 (FOR ACH TRANSFERS ONLY)
FOR WIRES COMING FROM OUTSIDE THE US, PLEASE USE – SWIFT CODE WFBIUS6S INSTEAD OF ABA

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. Hogan Lovells refers to the international legal practice comprising Hogan Lovells
US LLP, Hogan Lovells International LLP, Hogan Lovells Worldwide Group (a Swiss Verein), and their affiliated businesses with offices in: Abu Dhabi  Alicante  Amsterdam
Baltimore  Beijing  Berlin  Boulder  Brussels  Caracas  Chicago  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City
Hong Kong  Houston  London  Los Angeles  Madrid  Miami  Milan  Moscow  Munich  New York  Northern Virginia  Paris  Philadelphia  Prague  Rome  San Francisco
Shanghai  Silicon Valley  Singapore  Tokyo  Warsaw  Washington DC  Associated offices: Budapest  Jeddah  Riyadh  Zagreb

Invoice No. 2670337

Client / Matter No. 088139.000022

Suncor Energy Services Inc.
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202

June 21, 2012

## WESTERN CONVENIENCE STORES, INC.

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 05/01/12 | W. Monts | 2.00 | 720.00 | 1,440.00 | Telephone conference with A. Shaheen and M. Korenblat regarding ▮▮▮▮ |
| 05/02/12 | W. Monts | 1.00 | 720.00 | 720.00 | Review expert materials disclosed by plaintiffs; telephone conference with A. Shaheen regarding ▮▮▮▮; review Mini Mart and Western Convenience spreadsheets |
| 05/03/12 | W. Monts | 2.70 | 720.00 | 1,944.00 | Telephone conference with A. Shaheen regarding ▮▮▮▮; telephone conference with J. Tuite (counsel in "Hot Gasoline" MDL) regarding ▮▮▮▮ review motion to compel and related materials; review pricing spreadsheets |
| 05/11/12 | W. Monts | 1.10 | 720.00 | 792.00 | Telephone conference with A. Shaheen regarding ▮▮▮▮ |
| 05/14/12 | W. Monts | 2.30 | 720.00 | 1,656.00 | Telephone conference with A. Shaheen regarding ▮▮▮▮ draft e-mails regarding ▮▮▮▮ review cases related to "Attorneys' Eyes Only" designations |
| 05/18/12 | W. Monts | 3.30 | 720.00 | 2,376.00 | Begin reviewing documents in preparation for deposition of S. Moss; review motion to quash or modify subpoena filed by Dillon Companies |
| 05/20/12 | W. Monts | 1.70 | 720.00 | 1,224.00 | Review documents in preparation for deposition of S. Moss; review outline of S. Moss deposition preparation; draft and revise questions for S. Moss deposition preparation based on document review |
| 05/21/12 | C. Habeeb | 0.30 | 465.00 | 139.50 | Meet with T. Monts to learn assignment; review background information sent by T. Monts |

WESTERN CONVENIENCE STORES, INC.                                                       June 21, 2012

Invoice No. 2670337                                                                     Page 2

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 05/21/12 | W. Monts | 6.80 | 720.00 | 4,896.00 | Review documents in preparation for deposition of S. Moss; review outline of S. Moss deposition preparation; draft and revise questions for S. Moss deposition preparation based on document review; telephone conference with M. Korenblat regarding ▮▮▮▮▮▮; telephone conference with K. Jeffrey regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ review motion filed by plaintiffs to redesignate documents as confidential from highly confidential; review motion to compel |
| 05/22/12 | C. Habeeb | 4.40 | 465.00 | 2,046.00 | Review protective order; research case law on attorneys' eyes-only designations for confidential pricing and volume documents |
| 05/22/12 | W. Monts | 7.20 | 720.00 | 5,184.00 | Review documents in preparation for deposition of S. Moss; begin drafting opposition to motion to compel; research regarding same |
| 05/23/12 | W. Monts | 8.20 | 720.00 | 5,904.00 | Meet with M. Korenblat, S. Moss and K. Jeffrey regarding ▮▮▮▮▮▮▮▮▮; meet with M. Korenblat, S. Moss, A. Shaheen and K. Jeffrey regarding ▮▮▮▮▮▮▮▮▮; draft and revise memorandum in opposition to motion to compel |
| 05/24/12 | W. Monts | 7.40 | 720.00 | 5,328.00 | Meet with A. Shaheen, K. Jeffrey and S. Moss regarding ▮▮▮▮▮▮▮▮▮; meet with A. Shaheen regarding ▮▮▮▮▮▮▮▮▮ research for memorandum in opposition to motion to compel |
| 05/26/12 | W. Monts | 0.60 | 720.00 | 432.00 | Draft and revise opposition to motion to compel |
| 05/28/12 | W. Monts | 2.20 | 720.00 | 1,584.00 | Draft and revise opposition to motion to compel; research regarding same; review deposition of V. Kopp regarding same |
| 05/29/12 | W. Monts | 5.80 | 720.00 | 4,176.00 | Research regarding opposition to motion to compel; draft and revise opposition to motion to compel; review deposition of V. Kopp regarding same; review deposition of S. Ewing regarding same |

WESTERN CONVENIENCE STORES, INC.                                    June 21, 2012

Invoice No. 2670337                                                           Page 3

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 05/30/12 | W. Monts | 5.10 | 720.00 | 3,672.00 | Review cases regarding opposition to motion to compel; draft and revise opposition to motion to compel; telephone conference with A. Shaheen regarding ███████████ review draft affidavit in opposition to motion to compel; review deposition of V. Kopp regarding same; review deposition of S. Ewing regarding same |
| 05/31/12 | W. Monts | 5.50 | 720.00 | 3,960.00 | Review cases related to opposition to motion to compel; review and revise opposition to motion to compel; review S. Ewing deposition; review V. Kopp deposition |

**Professional Services**                                          $47,473.50

Less 15% Discount                                                   ($7,121.03)

**Total for Professional Services**                                $40,352.47

Other Charges

|  |  |
|---|---|
| Telephone MEETINGONE | 2.34 |
| Telephone MEETINGONE | 1.88 |
| Telephone MEETINGONE | 2.24 |
| Telephone MEETINGONE | 0.40 |

**Total for Other Charges**                                        $6.86

**TOTAL CURRENT INVOICE**                                          $40,359.33

Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|------------|------|-------|--------|
| W. Monts | $720.00 | 62.90 | $45,288.00 |
| C. Habeeb | $465.00 | 4.70 | $2,185.50 |
| Total All Timekeepers |  | 67.60 | $47,473.50 |

WESTERN CONVENIENCE STORES, INC.
Invoice No. 2670337

June 21, 2012

Page 4

Outstanding Invoices

Paid-in-full invoices and corresponding payments are not shown below.
This summary reflects payments received through June 21, 2012.
This statement includes the current invoice.

| Invoice No. | Date | Fees | Other Charges | Total | Payments | Date Last Payment | Balance |
|---|---|---|---|---|---|---|---|
| 2640457 | 01/19/12 | 234.60 | 810.40 | 1,045.00 | 0.00 | | 1,045.00 |
| 2645979 | 02/21/12 | 2,998.80 | 4.95 | 3,003.75 | 0.00 | | 3,003.75 |
| 2653118 | 03/27/12 | 48,925.57 | 0.00 | 48,925.57 | 0.00 | | 48,925.57 |
| 2656868 | 04/19/12 | 37,209.60 | 0.00 | 37,209.60 | 0.00 | | 37,209.60 |
| 2663969 | 05/18/12 | 12,790.80 | 1,244.30 | 14,035.10 | 0.00 | | 14,035.10 |
| 2670337 | 06/21/12 | 40,352.47 | 6.86 | 40,359.33 | 0.00 | | 40,359.33 |
| Total | | 142,511.84 | 2,066.51 | 144,578.35 | 0.00 | | 144,578.35 |

**\*\*\* RETURN THIS PAGE WITH YOUR PAYMENT \*\*\***

Please include invoice number(s) on your check for faster processing



Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004-1109
T +202 637 5600
F +202 637 5910

**www.hoganlovells.com**

**Fed. I.D. No.**
**53-0084704**

---

Invoice No. 2675072                                   Client / Matter No. 088139.000022

Suncor Energy Services Inc.                           July 16, 2012
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202

**WESTERN CONVENIENCE STORES, INC.**

### * * * SUMMARY OF CURRENT INVOICE * * *

| | |
|---|---|
| Professional Services | $5,832.00 |
| Less 15% Discount | ($874.80) |
| Total Professional Services | $4,957.20 |
| Other Charges | $47.00 |
| **Total Current Invoice** | **$5,004.20** |

Please include invoice number(s) on your check for faster processing.

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR
HOGAN LOVELLS US LLP – OPERATING ACCOUNT
ACCOUNT# 2000010688096, WELLS FARGO BANK NA, 420 MONTGOMERY STREET
SAN FRANCISCO, CA 94104
ABA #121000246 (FOR WIRE TRANSFERS ONLY)
ABA #054001220 (FOR ACH TRANSFERS ONLY)
FOR WIRES COMING FROM OUTSIDE THE US, PLEASE USE – SWIFT CODE WFBIUS6S INSTEAD OF ABA

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan
Lovells International LLP, with offices in: Abu Dhabi Alicante Amsterdam Baltimore Beijing Berlin Brussels Caracas Colorado Springs Denver Dubai Dusseldorf Frankfurt
Hamburg Hanoi Ho Chi Minh City Hong Kong Houston London Los Angeles Madrid Miami Milan Moscow Munich New York Northern Virginia Paris Philadelphia Prague
Rome San Francisco Shanghai Silicon Valley Singapore Tokyo Ulaanbaatar Warsaw Washington DC Associated offices: Budapest Jakarta Jeddah Riyadh Zagreb. For more
information see www.hoganlovells.com

Invoice No. 2675072                                    Client / Matter No. 088139.000022

Suncor Energy Services Inc.                            July 16, 2012
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202

**WESTERN CONVENIENCE STORES, INC.**

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 06/01/12 | W. Monts | 6.40 | 720.00 | 4,608.00 | Review and revise memorandum in opposition to motion to compel; prepare exhibits for same; review affidavit of M. Conner regarding same; telephone conference with A. Shaheen regarding ███████ |
| 06/14/12 | W. Monts | 0.60 | 720.00 | 432.00 | Review opposition to motion to redesignate and comment on same |
| 06/15/12 | W. Monts | 1.10 | 720.00 | 792.00 | Review third-party subpoenas served by Western entities; review and revise draft expert letters |

| | | |
|---|---|---:|
| **Professional Services** | | $5,832.00 |
| Less 15% Discount | | ($874.80) |
| **Total for Professional Services** | | $4,957.20 |

Other Charges

| | | |
|---|---|---:|
| Travel - DINERS CLUB; Washington Denver Washington; May 22, 2012; MONTS,WILLIAM L; 810570 | 47.00 | |
| **Total for Other Charges** | | $47.00 |

| | |
|---|---:|
| **TOTAL CURRENT INVOICE** | $5,004.20 |

Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|------------|------|-------|--------|
| W. Monts | $720.00 | 8.10 | $5,832.00 |
| Total All Timekeepers | | 8.10 | $5,832.00 |

WESTERN CONVENIENCE STORES, INC.
Invoice No. 2675072

July 16, 2012

Page 2

Outstanding Invoices

Paid-in-full invoices and corresponding payments are not shown below.
This summary reflects payments received through July 16, 2012.
This statement includes the current invoice.

| Invoice No. | Date | Fees | Other Charges | Total | Payments | Date Last Payment | Balance |
|---|---|---|---|---|---|---|---|
| 2640457 | | | | | | | |
| 2653118 | | | | | | | |
| 2663969 | | | | | | | |
| 2675072 | 07/16/12 | 3,450.50 | 0.00 | 3,450.50 | 0.00 | | 3,450.50 |
| Total | | 3,450.50 | 0.00 | 3,450.50 | 0.00 | | 3,450.50 |

**\*\*\* RETURN THIS PAGE WITH YOUR PAYMENT \*\*\***

Please include invoice number(s) on your check for faster processing

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC  20004-1109
T +202 637 5600
F +202 637 5910

**www.hoganlovells.com**

**Fed. I.D. No.
53-0084704**

---

Invoice No. 2682505

Client / Matter No. 088139.000022

Suncor Energy Services Inc.
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202

August 23, 2012

**WESTERN CONVENIENCE STORES, INC.**

### * * * SUMMARY OF CURRENT INVOICE * * *

| | |
|---|---|
| Professional Services | $4,248.00 |
| Less 15% Discount | ($637.20) |
| Total Professional Services | $3,610.80 |
| Other Charges | $1,013.23 |
| **Total Current Invoice** | **$4,624.03** |

* * *

| | |
|---|---|
| Past Due Amount: | $0.00 |
| **Total Amount Now Due:** | **$4,624.03** |

(See Attached Outstanding Invoice Page)

Please include invoice number(s) on your check for faster processing.

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR
HOGAN LOVELLS US LLP – OPERATING ACCOUNT
ACCOUNT# 2000010686096, WELLS FARGO BANK NA, 420 MONTGOMERY STREET
SAN FRANCISCO, CA 94104
ABA #121002248 (FOR WIRE TRANSFERS ONLY)
ABA #054001220 (FOR ACH TRANSFERS ONLY)
FOR WIRES COMING FROM OUTSIDE THE US, PLEASE USE – SWIFT CODE WFBIUS6S INSTEAD OF ABA

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Abu Dhabi  Alicante  Amsterdam  Baltimore  Beijing  Berlin  Brussels  Caracas  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  London  Los Angeles  Madrid  Miami  Milan  Moscow  Munich  New York  Northern Virginia  Paris  Philadelphia  Prague  Rome  San Francisco  Shanghai  Silicon Valley  Singapore  Tokyo  Ulaanbaatar  Warsaw  Washington DC  Associated offices: Budapest  Jakarta  Jeddah  Riyadh  Zagreb. For more information see www.hoganlovells.com

Invoice No. 2682505                                  Client / Matter No. 088139.000022

Suncor Energy Services Inc.                          August 23, 2012
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202

## WESTERN CONVENIENCE STORES, INC.

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 07/11/12 | W. Monts | 1.00 | 720.00 | 720.00 | Telephone conference with C. Schulman regarding litigation issues; telephone conference with M. Korenblat regarding ▓▓▓▓▓▓ |
| 07/13/12 | W. Monts | 0.70 | 720.00 | 504.00 | Telephone conference with A. Shaheen regarding ▓▓▓▓▓ telephone conference with C. Schulman regarding litigation issues |
| 07/26/12 | W. Monts | 0.80 | 720.00 | 576.00 | Telephone conference with A. Shaheen regarding ▓▓▓▓▓ review motion to enlarge and comment on same |
| 07/27/12 | W. Monts | 2.40 | 720.00 | 1,728.00 | Research issues for summary judgment in Western Convenience litigation; telephone conference with A. Shaheen regarding ▓▓▓▓▓ |
| 07/30/12 | W. Monts | 1.00 | 720.00 | 720.00 | Telephone conference with A. Shaheen regarding ▓▓▓▓▓ research regarding outline for summary judgment issues |

| | | |
|---|---|---:|
| **Professional Services** | | $4,248.00 |
| Less 15% Discount | | ($637.20) |
| **Total for Professional Services** | | $3,610.80 |

Other Charges

| | | |
|---|---|---:|
| Travel - DINERS CLUB; Washington Denver Washington; May 22, 2012; MONTS,WILLIAM L; 810570 | | 816.23 |
| Travel - DINERS CLUB; Denver Washington; May 25, 2012; MONTS,WILLIAM L; 810884 | | 47.00 |
| Travel - DINERS CLUB; Denver Washington; May 25, 2012; MONTS,WILLIAM L; 810884 | | 150.00 |

| | |
|---|---:|
| **Total for Other Charges** | $1,013.23 |
| **TOTAL CURRENT INVOICE** | $4,624.03 |

WESTERN CONVENIENCE STORES,
INC.
Invoice No. 2682505

August 23, 2012

Page 2

Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| W. Monts | $720.00 | 5.90 | $4,248.00 |
| Total All Timekeepers | | 5.90 | $4,248.00 |

WESTERN CONVENIENCE STORES, INC.
Invoice No. 2682505

August 23, 2012

Page 3

### Outstanding Invoices

*Paid-in-full invoices and corresponding payments are not shown below.*
*This summary reflects payments received through August 23, 2012.*
*This statement includes the current invoice.*

| Invoice No. | Date | Fees | Other Charges | Total | Payments | Date Last Payment | Balance |
|---|---|---|---|---|---|---|---|
| 2682505 | 08/23/12 | 3,610.80 | 1,013.23 | 4,624.03 | 0.00 | | 4,624.03 |
| Total | | 3,610.80 | 1,013.23 | 4,624.03 | 0.00 | | 4,624.03 |

**\*\*\* RETURN THIS PAGE WITH YOUR PAYMENT \*\*\***

Please include invoice number(s) on your check for faster processing



Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC  20004-1109
T +202 637 5600
F +202 637 5910

**www.hoganlovells.com**

Fed. I.D. No.
**53-0084704**

---

Invoice No. 2689406

Client / Matter No. 088139.000022

Suncor Energy Services Inc.
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202

September 20, 2012

**WESTERN CONVENIENCE STORES, INC.**

### * * * SUMMARY OF CURRENT INVOICE * * *

| | |
|---|---|
| Professional Services | $36,819.00 |
| Less 15% Discount | ($5,522.85) |
| Total Professional Services | $31,296.15 |
| Other Charges | $0.40 |
| **Total Current Invoice** | **$31,296.55** |

* * *

| | |
|---|---|
| Past Due Amount: | $4,624.03 |
| **Total Amount Now Due:** | **$35,920.58** |

(See Attached Outstanding Invoice Page)

### Please include invoice number(s) on your check for faster processing.

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR
HOGAN LOVELLS US LLP – OPERATING ACCOUNT
ACCOUNT# 2000010686096, WELLS FARGO BANK NA, 420 MONTGOMERY STREET
SAN FRANCISCO, CA  94104
ABA #121000248 (FOR WIRE TRANSFERS ONLY)
ABA #054001220 (FOR ACH TRANSFERS ONLY)
FOR WIRES COMING FROM OUTSIDE THE US, PLEASE USE – SWIFT CODE WFBIUS6S INSTEAD OF ABA

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan
Lovells International LLP, with offices in: Abu Dhabi  Alicante  Amsterdam  Baltimore  Beijing  Berlin  Brussels  Caracas  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt
Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  London  Los Angeles  Madrid  Miami  Milan  Moscow  Munich  New York  Northern Virginia  Paris  Philadelphia  Prague
Rome  San Francisco  Shanghai  Silicon Valley  Singapore  Tokyo  Ulaanbaatar  Warsaw  Washington DC   Associated offices: Budapest  Jakarta  Jeddah  Riyadh  Zagreb.  For more
information see www.hoganlovells.com

Invoice No. 2689406

Suncor Energy Services Inc.
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202

Client / Matter No. 088139.000022

September 20, 2012

**WESTERN CONVENIENCE STORES, INC.**

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 08/01/12 | W. Monts | 0.30 | 720.00 | 216.00 | Review status report filed by Western Convenience Stores concerning third party subpoena to Dillon Companies |
| 08/10/12 | W. Monts | 1.30 | 720.00 | 936.00 | Telephone conference with M. Korenblat and A. Shaheen regarding ▬▬▬▬ review list of outstanding items; review status of disputes between WCS and third parties over discovery subpoenas; begin research on enforceability of contract limitations provision and liability limitations provision in Master Product Purchase & Sale Agreement |
| 08/13/12 | W. Monts | 3.30 | 720.00 | 2,376.00 | Research regarding enforceability of contract limitations provision and liability limitations period in Master Product Purchase and Sale Agreement |
| 08/14/12 | W. Monts | 4.60 | 720.00 | 3,312.00 | Research regarding enforceability of contract limitations provision and liability limitations period in Master Product Purchase and Sale Agreement; review discovery materials in WCS litigation; begin drafting memorandum on enforceability of contract limitations provision and liability limitations period in Master Product Purchase and Sale Agreement |
| 08/15/12 | W. Monts | 6.20 | 720.00 | 4,464.00 | Research regarding enforceability of contract limitations provision and liability limitations period in Master Product Purchase and Sale Agreement; continue drafting and revising memorandum on enforceability of contract limitations provision and liability limitations period in Master Product Purchase and Sale Agreement; begin research on outline for summary judgment motion |

WESTERN CONVENIENCE STORES, INC.
Invoice No. 2689406

September 20, 2012

Page 2

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 08/16/12 | W. Monts | 6.40 | 720.00 | 4,608.00 | Complete memorandum on enforceability of contract limitations provision and liability limitations period in Master Product Purchase and Sale Agreement; draft outline for summary judgment motion; telephone conference with M. Korenblat and A. Shaheen regarding ▓▓▓ |
| 08/17/12 | W. Monts | 6.90 | 720.00 | 4,968.00 | Draft and revise outline of summary judgment motion; research regarding same; telephone conference with M. Korenblat and A. Shaheen regarding ▓▓▓ ▓▓▓ telephone conference with R. Furey regarding ▓▓▓; draft engagement letter for R. Furey; revise compliance slides for Suncor antitrust compliance program |
| 08/18/12 | W. Monts | 2.30 | 720.00 | 1,656.00 | Revise outline of summary judgment motion; research regarding same; review transcript of preliminary injunction hearing regarding same |
| 08/19/12 | W. Monts | 3.60 | 720.00 | 2,592.00 | Revise outline of summary judgment motion; revise slides for Suncor antitrust compliance program; revise R. Furey engagement letter |
| 08/20/12 | W. Monts | 3.10 | 720.00 | 2,232.00 | Revise slides for Suncor antitrust compliance program; make compliance presentation; review documents produced by plaintiffs and prepare for meeting with experts |
| 08/21/12 | W. Monts | 7.90 | 720.00 | 5,688.00 | Meet with A. Shaheen, J. Griffin, C. Schulman, and M. Korenblat regarding ▓▓▓ meet with M. Korenblat and A. Shaheen regarding ▓▓▓ |
| 08/22/12 | W. Monts | 0.20 | 720.00 | 144.00 | Telephone conference with A. Shaheen regarding ▓▓▓ |
| 08/24/12 | W. Rawson | 1.00 | 465.00 | 465.00 | Confer with W. Monts regarding ▓▓▓ research Robinson-Patman requirement "of like grade and quality" |
| 08/29/12 | W. Rawson | 0.90 | 465.00 | 418.50 | Research Robinson-Patman requirement "of like grade and quality" |
| 08/30/12 | W. Rawson | 1.90 | 465.00 | 883.50 | Research Robinson-Patman requirement "of like grade and quality"; review complaint and V. Kopp deposition testimony |

WESTERN CONVENIENCE STORES, INC.                                    September 20, 2012

Invoice No. 2689406                                                              Page 3

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 08/31/12 | W. Rawson | 4.00 | 465.00 | 1,860.00 | Research Robinson-Patman requirement "of like grade and quality" |

| | | |
|---|---|---|
| **Professional Services** | | $36,819.00 |
| Less 15% Discount | | ($5,522.85) |
| **Total for Professional Services** | | $31,296.15 |

Other Charges

|  |  |  |
|---|---|---|
| Photocopy | 0.40 | |
| **Total for Other Charges** | | $0.40 |

| | |
|---|---|
| **TOTAL CURRENT INVOICE** | $31,296.55 |

Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|------------|------|-------|--------|
| W. Monts | $720.00 | 46.10 | $33,192.00 |
| W. Rawson | $465.00 | 7.80 | $3,627.00 |
| Total All Timekeepers | | 53.90 | $36,819.00 |

WESTERN CONVENIENCE STORES,
INC.
Invoice No. 2689406

September 20, 2012

Page 4

Outstanding Invoices

Paid-in-full invoices and corresponding payments are not shown below.
This summary reflects payments received through September 20, 2012.
This statement includes the current invoice.

| Invoice No. | Date | Fees | Other Charges | Total | Payments | Date Last Payment | Balance |
|---|---|---|---|---|---|---|---|
| 2682505 | 08/23/12 | 3,610.80 | 1,013.23 | 4,624.03 | 0.00 | | 4,624.03 |
| 2689406 | 09/20/12 | 31,296.15 | 0.40 | 31,296.55 | 0.00 | | 31,296.55 |
| Total | | 34,906.95 | 1,013.63 | 35,920.58 | 0.00 | | 35,920.58 |

**\*\*\* RETURN THIS PAGE WITH YOUR PAYMENT \*\*\***

Please include invoice number(s) on your check for faster processing



Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004-1109
T +202 637 5600
F +202 637 5910

**www.hoganlovells.com**

**Fed. I.D. No.**
**53-0084704**

---

Invoice No. 2695015

Client / Matter No. 088139.000022

Suncor Energy Services Inc.
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202

October 18, 2012

**WESTERN CONVENIENCE STORES, INC.**

### * * * SUMMARY OF CURRENT INVOICE * * *

| | |
|---|---|
| Professional Services | $28,839.00 |
| Less 15% Discount | ($4,325.85) |
| Total Professional Services | $24,513.15 |
| Other Charges | $1,650.88 |
| **Total Current Invoice** | **$26,164.03** |

* * *

| | |
|---|---|
| Past Due Amount: | $4,624.03 |
| **Total Amount Now Due:** | **$30,788.06** |

(See Attached Outstanding Invoice Page)

Please include invoice number(s) on your check for faster processing.

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR
HOGAN LOVELLS US LLP – OPERATING ACCOUNT
ACCOUNT# 2000010698096, WELLS FARGO BANK NA, 420 MONTGOMERY STREET
SAN FRANCISCO, CA 94104
ABA #121000248 (FOR WIRE TRANSFERS ONLY)
ABA #054001220 (FOR ACH TRANSFERS ONLY)
FOR WIRES COMING FROM OUTSIDE THE US, PLEASE USE – SWIFT CODE WFBIUS6S INSTEAD OF ABA

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Abu Dhabi Alicante Amsterdam Baltimore Beijing Berlin Brussels Caracas Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston London Los Angeles Madrid Miami Milan Moscow Munich New York Northern Virginia Paris Philadelphia Prague Rome San Francisco Shanghai Silicon Valley Singapore Tokyo Ulaanbaatar Warsaw Washington DC Associated offices: Budapest Jakarta Jeddah Riyadh Zagreb. For more information see www.hoganlovells.com

Invoice No. 2695015                                    Client / Matter No. 088139.000022

Suncor Energy Services Inc.                            October 18, 2012
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202

**WESTERN CONVENIENCE STORES, INC.**

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 09/03/12 | W. Monts | 1.10 | 720.00 | 792.00 | Review objections to Magistrate's discovery order filed by Dillon Companies, motion for reconsideration filed by Dillon Companies, motion to stay Magistrate's discovery order filed by Dillon Companies, and updated status report filed by Dillon Companies; draft e-mail to A. Shaheen regarding██ |
| 09/04/12 | W. Monts | 1.30 | 720.00 | 936.00 | Telephone conference with A. Shaheen regarding████████; review outstanding subpoena issues and discovery issues from Western Convenience Stores |
| 09/04/12 | W. Rawson | 3.60 | 465.00 | 1,674.00 | Research Robinson-Patman requirement "of like grade and quality"; draft memorandum regarding same |
| 09/05/12 | W. Monts | 1.10 | 720.00 | 792.00 | Telephone conference with A. Shaheen regarding██████████ ████████; review third-party subpoena objections served by DATS; meet with W. Rawson regarding██████ |
| 09/05/12 | W. Rawson | 7.30 | 465.00 | 3,394.50 | Research Robinson-Patman requirement "of like grade and quality"; revise memorandum regarding same; confer with W. Monts regarding██ |
| 09/06/12 | W. Monts | 3.40 | 720.00 | 2,448.00 | Review research on like grade and quality issue; review and revise memorandum regarding same; confer with W. Rawson regarding██ |
| 09/06/12 | W. Rawson | 2.30 | 465.00 | 1,069.50 | Research Robinson-Patman requirement "of like grade and quality"; revise memorandum regarding same; confer with W. Monts regarding██ |
| 09/07/12 | W. Monts | 1.30 | 720.00 | 936.00 | Review memorandum on like grade and quality issue and transmit same to client |
| 09/07/12 | W. Rawson | 0.20 | 465.00 | 93.00 | Revise Robinson-Patman memorandum; confer with W. Monts regarding██ |

WESTERN CONVENIENCE STORES, INC.

October 18, 2012

Invoice No. 2695015

Page 2

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 09/11/12 | W. Monts | 2.20 | 720.00 | 1,584.00 | Telephone conference with A. Shaheen and R. Furey regarding ███████████ revise engagement letter for R. Furey; telephone conference with A. Shaheen regarding ███████ review economic data in preparation for telephone conference with economic experts |
| 09/12/12 | W. Monts | 5.60 | 720.00 | 4,032.00 | Telephone conference with A. Shaheen and C. Schulman regarding ██████████ telephone conference with A. Shaheen regarding ██████████s; review Dillon Companies memorandum in support of its objection to Magistrate Shaffer's August 17 order; begin research on potential argument that competitive injury cannot exist in Robinson-Patman cases when there are no barriers to arbitrage |
| 09/13/12 | W. Monts | 3.40 | 720.00 | 2,448.00 | Research regarding potential argument that competitive injury cannot exist in Robinson-Patman cases when there are no barriers to arbitrage |
| 09/14/12 | W. Monts | 3.10 | 720.00 | 2,232.00 | Research regarding potential argument that competitive injury cannot exist in Robinson-Patman cases when there are no barriers to arbitrage |
| 09/17/12 | W. Monts | 1.80 | 720.00 | 1,296.00 | Research regarding potential argument that competitive injury cannot exist in Robinson-Patman cases when there are no barriers to arbitrage; telephone conference with M. Korenblat, A. Shaheen, and V. Kopp regarding ██████████ telephone conference with M. Korenblat and A. Shaheen regarding ██████████ |
| 09/18/12 | W. Monts | 0.70 | 720.00 | 504.00 | Review e-mail regarding ██████ telephone conference with M. Korenblat and A. Shaheen regarding ██████████ |
| 09/24/12 | W. Monts | 0.70 | 720.00 | 504.00 | Telephone conference with A. Shaheen and R. Furey regarding ██████████ |
| 09/25/12 | W. Monts | 2.20 | 720.00 | 1,584.00 | Telephone conference with R. Furey regarding fuel testing issues; telephone conference with A. Shaheen, R. Furey, and V. Kopp regarding ██████████ telephone conference with A. Shaheen; research regarding ██████████ |

WESTERN CONVENIENCE STORES, INC.                                      October 18, 2012
Invoice No. 2695015
                                                                     Page 3

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 09/26/12 | W. Monts | 1.10 | 720.00 | 792.00 | Telephone conferences with A. Shaheen regarding ███████████████████ |
| 09/27/12 | W. Monts | 0.70 | 720.00 | 504.00 | Review procedures for fuel testing; research regarding lack of injury to competition because of lack of barriers to arbitrage |
| 09/28/12 | W. Monts | 1.70 | 720.00 | 1,224.00 | Telephone conference with M. Korenblat, A. Shaheen, R. Furey and Suncor personnel regarding ███████ telephone conference with M. Korenblat, A. Shaheen and R. Furey regarding ███████ telephone conference with A. Shaheen regarding ███████████████ ██████ research regarding lack of injury to competition because of no barriers to arbitrage |

| | | |
|---|---|---|
| **Professional Services** | | $28,839.00 |
| Less 15% Discount | | ($4,325.85) |
| **Total for Professional Services** | | $24,513.15 |

Other Charges

| | | |
|---|---|---|
| Travel - DINERS CLUB; Washington Denver Washington; August 19, 2012; MONTS,WILLIAM L; 813321 | 47.00 | |
| Travel - DINERS CLUB; Washington Denver Washington; August 19, 2012; MONTS,WILLIAM L; 812899 | 47.00 | |
| Travel - DINERS CLUB; Washington Denver Washington; August 19, 2012; MONTS,WILLIAM L; 813321 | 1,556.88 | |

| | |
|---|---|
| **Total for Other Charges** | $1,650.88 |
| **TOTAL CURRENT INVOICE** | $26,164.03 |

Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|------------|------|-------|--------|
| W. Monts | $720.00 | 31.40 | $22,608.00 |
| W. Rawson | $465.00 | 13.40 | $6,231.00 |
| Total All Timekeepers | | 44.80 | $28,839.00 |

WESTERN CONVENIENCE STORES, INC.
Invoice No. 2695015

October 18, 2012

Page 4

Outstanding Invoices

Paid-in-full invoices and corresponding payments are not shown below.
This summary reflects payments received through October 18, 2012.
This statement includes the current invoice.

| Invoice No. | Date | Fees | Other Charges | Total | Payments | Date Last Payment | Balance |
|---|---|---|---|---|---|---|---|
| 2682505 | 08/23/12 | 3,610.80 | 1,013.23 | 4,624.03 | 0.00 | | 4,624.03 |
| 2695015 | 10/18/12 | 24,513.15 | 1,650.88 | 26,164.03 | 0.00 | | 26,164.03 |
| Total | | 28,123.95 | 2,664.11 | 30,788.06 | 0.00 | | 30,788.06 |

**\*\*\* RETURN THIS PAGE WITH YOUR PAYMENT \*\*\***

Please include invoice number(s) on your check for faster processing

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004-1109
T +202 637 5600
F +202 637 5910

**www.hoganlovells.com**

Fed. I.D. No.
53-0084704

Invoice No. 2701588                                    Client / Matter No. 088139.000022

Suncor Energy Services Inc.                            November 19, 2012
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202

**WESTERN CONVENIENCE STORES, INC.**

### * * * SUMMARY OF CURRENT INVOICE * * *

| | |
|---|---|
| Professional Services | $25,776.00 |
| Less 15% Discount | ($3,866.40) |
| Total Professional Services | $21,909.60 |
| Other Charges | $20.30 |
| **Total Current Invoice** | **$21,929.90** |

* * *

| | |
|---|---|
| Past Due Amount: | $26,164.03 |
| **Total Amount Now Due:** | **$48,093.93** |

(See Attached Outstanding Invoice Page)

Please include invoice number(s) on your check for faster processing.

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR
HOGAN LOVELLS US LLP – OPERATING ACCOUNT
ACCOUNT# 2000010688096, WELLS FARGO BANK NA, 420 MONTGOMERY STREET
SAN FRANCISCO, CA 94104
ABA #121000248 (FOR WIRE TRANSFERS ONLY)
ABA #054001220 (FOR ACH TRANSFERS ONLY)
FOR WIRES COMING FROM OUTSIDE THE US, PLEASE USE – SWIFT CODE WFBIUS6S INSTEAD OF ABA

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Abu Dhabi Alicante Amsterdam Baltimore Beijing Berlin Brussels Caracas Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston London Los Angeles Madrid Miami Milan Moscow Munich New York Northern Virginia Paris Philadelphia Prague Rome San Francisco Shanghai Silicon Valley Singapore Tokyo Ulaanbaatar Warsaw Washington DC Associated offices: Budapest Jakarta Jeddah Riyadh Zagreb. For more information see www.hoganlovells.com

Invoice No. 2701588

Client / Matter No. 088139.000022

Suncor Energy Services Inc.
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202

November 19, 2012

## WESTERN CONVENIENCE STORES, INC.

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 10/01/12 | W. Monts | 2.20 | 720.00 | 1,584.00 | Telephone conference with A. Shaheen regarding ▮▮▮▮▮▮; research regarding no injury to competition under the Robinson-Patman Act for lack of barriers to arbitrage; review draft fuel ship protocol and test procedures |
| 10/02/12 | W. Monts | 1.10 | 720.00 | 792.00 | Telephone conference with A. Shaheen regarding ▮▮▮▮▮▮; telephone conference with A. Shaheen, R. Furey and Suncor personnel regarding ▮▮▮▮▮ |
| 10/03/12 | W. Monts | 1.30 | 720.00 | 936.00 | Review pending discovery issues; review fuel testing protocol; revise R. Furey engagement letter |
| 10/04/12 | W. Monts | 1.70 | 720.00 | 1,224.00 | Telephone conference with A. Shaheen regarding ▮▮▮▮▮▮▮▮▮; review pending discovery issues involving Dillon Companies; review fuel shipment and testing protocols; telephone conference with R. Furey and A. Shaheen regarding ▮▮▮▮▮▮ |
| 10/05/12 | W. Monts | 5.40 | 720.00 | 3,888.00 | Telephone conference with A. Shaheen and C. Schulman regarding ▮▮▮▮▮▮▮▮ telephone conference with A. Shaheen regarding ▮▮▮▮▮ telephone conference with A. Shaheen and R. Furey regarding ▮▮▮▮▮▮; review draft protocol for fuel testing; review draft contracts from Southwest Research relating to fuel testing; telephone conference with A. Shaheen regarding ▮▮▮▮ telephone conference with R. Furey regarding ▮▮▮▮ review pricing analysis data from C. Schulman |
| 10/08/12 | W. Monts | 2.20 | 720.00 | 1,584.00 | Telephone conference with A. Shaheen, R. Furey, V. Kopp and Suncor personnel regarding ▮▮▮▮▮ review like grade and quality memorandum; review pending discovery |

**WESTERN CONVENIENCE STORES, INC.**
Invoice No. 2701588

November 19, 2012

Page 2

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 10/09/12 | W. Monts | 0.70 | 720.00 | 504.00 | Telephone conference with A. Shaheen, R. Furey and Suncor personnel regarding ▓▓▓▓ |
| 10/17/12 | W. Monts | 0.90 | 720.00 | 648.00 | Telephone conference with A. Shaheen and C. Schulman regarding ▓▓▓▓; telephone conferences with A. Shaheen regarding ▓▓▓▓ |
| 10/18/12 | W. Monts | 0.70 | 720.00 | 504.00 | Review pricing spreadsheets and prepare for meeting with experts; review WCS discovery responses |
| 10/19/12 | W. Monts | 6.30 | 720.00 | 4,536.00 | Meet with M. Korenblat, S. Ewing, J. Joshua, A. Shaheen and C. Schulman regarding ▓▓▓▓ review spreadsheets; meet with A. Shaheen and C. Schulman regarding ▓▓▓▓ issues; meet with A. Shaheen regarding ▓▓▓▓ |
| 10/22/12 | W. Monts | 1.60 | 720.00 | 1,152.00 | Telephone conference with A. Shaheen regarding ▓▓▓▓ review economic analysis on store level trends and margin trends |
| 10/23/12 | W. Monts | 2.50 | 720.00 | 1,800.00 | Review discovery propounded by WCS; review documents related to same; telephone conference with A. Shaheen regarding ▓▓▓▓ review economic analysis; review issues related to interstate commerce requirement under the Robinson-Patman Act and research regarding same |
| 10/24/12 | W. Monts | 0.40 | 720.00 | 288.00 | Telephone conference with A. Shaheen regarding ▓▓▓▓ |
| 10/26/12 | W. Monts | 1.20 | 720.00 | 864.00 | Telephone conference with A. Shaheen regarding ▓▓▓▓ review economic analysis |
| 10/29/12 | W. Monts | 1.20 | 720.00 | 864.00 | Telephone conferences with A. Shaheen regarding ▓▓▓▓ telephone conference with A. Shaheen and C. Schulman regarding ▓▓▓▓ review economic analysis spreadsheets |
| 10/30/12 | W. Monts | 3.80 | 720.00 | 2,736.00 | Telephone conferences with A. Shaheen regarding ▓▓▓▓ review discovery issues and pending discovery served by WCS; telephone conference with A. Shaheen, S. Ewing, D. Vejnar and C. Schulman regarding ▓▓▓▓ |

WESTERN CONVENIENCE STORES, INC.                          November 19, 2012

Invoice No. 2701588                                       Page 3

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 10/31/12 | W. Monts | 2.60 | 720.00 | 1,872.00 | Telephone conferences with A. Shaheen regarding ███████████; review discovery issues; review interstate commerce issues under the Robinson-Patman Act |

| | | |
|---|---|---|
| **Professional Services** | | $25,776.00 |
| Less 15% Discount | | ($3,866.40) |
| **Total for Professional Services** | | $21,909.60 |

Other Charges

| | | |
|---|---|---|
| Telephone MEETINGONE | 20.30 | |
| **Total for Other Charges** | | $20.30 |

| | |
|---|---|
| **TOTAL CURRENT INVOICE** | $21,929.90 |

Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|------------|------|-------|--------|
| W. Monts | $720.00 | 35.80 | $25,776.00 |
| Total All Timekeepers | | 35.80 | $25,776.00 |

WESTERN CONVENIENCE STORES,
INC.
Invoice No. 2701588

November 19, 2012

Page 4

Outstanding Invoices

Paid-in-full invoices and corresponding payments are not shown below.
This summary reflects payments received through November 19, 2012.
This statement includes the current invoice.

| Invoice No. | Date | Fees | Other Charges | Total | Payments | Date Last Payment | Balance |
|---|---|---|---|---|---|---|---|
| 2695015 | 10/18/12 | 24,513.15 | 1,650.88 | 26,164.03 | 0.00 | | 26,164.03 |
| 2701588 | 11/19/12 | 21,909.60 | 20.30 | 21,929.90 | 0.00 | | 21,929.90 |
| Total | | 46,422.75 | 1,671.18 | 48,093.93 | 0.00 | | 48,093.93 |

**\*\*\* RETURN THIS PAGE WITH YOUR PAYMENT \*\*\***

Please include invoice number(s) on your check for faster processing

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC  20004-1109
T +202 637 5600
F +202 637 5910

**www.hoganlovells.com**

Fed. I.D. No.
53-0084704

---

Invoice No. 2708696

Client / Matter No. 088139.000022

Suncor Energy Services Inc.
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202

December 19, 2012

**WESTERN CONVENIENCE STORES, INC.**

* * * SUMMARY OF CURRENT INVOICE * * *

| | |
|---|---|
| Professional Services | $5,544.00 |
| Less 15% Discount | ($831.60) |
| Total Professional Services | $4,712.40 |
| Other Charges | $940.14 |
| **Total Current Invoice** | **$5,652.54** |

* * *

| | |
|---|---|
| Past Due Amount: | $48,093.93 |
| **Total Amount Now Due:** | **$53,746.47** |

(See Attached Outstanding Invoice Page)

<br>

Please include invoice number(s) on your check for faster processing.

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR
HOGAN LOVELLS US LLP – OPERATING ACCOUNT
ACCOUNT# 2000010688096, WELLS FARGO BANK NA, 420 MONTGOMERY STREET
SAN FRANCISCO, CA 94104
ABA #121000248 (FOR WIRE TRANSFERS ONLY)
ABA #054001220 (FOR ACH TRANSFERS ONLY)
FOR WIRES COMING FROM OUTSIDE THE US, PLEASE USE – SWIFT CODE WFBIUS6S INSTEAD OF ABA

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia.  "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in:  Abu Dhabi  Alicante  Amsterdam  Baltimore  Beijing  Berlin  Brussels  Caracas  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  London  Los Angeles  Madrid  Miami  Milan  Moscow  Munich  New York  Northern Virginia  Paris  Philadelphia  Prague  Rome  San Francisco  Shanghai  Silicon Valley  Singapore  Tokyo  Ulaanbaatar  Warsaw  Washington DC  Associated offices: Budapest  Jakarta  Jeddah  Riyadh  Zagreb. For more information see www.hoganlovells.com

Invoice No. 2708696

Suncor Energy Services Inc.
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202

Client / Matter No. 088139.000022

December 19, 2012

## WESTERN CONVENIENCE STORES, INC.

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 11/01/12 | W. Monts | 1.70 | 720.00 | 1,224.00 | Telephone conference with A. Shaheen regarding ▮▮▮▮ review pending discovery; review issues related to interstate commerce prong of Robinson-Patman Act |
| 11/02/12 | W. Monts | 2.40 | 720.00 | 1,728.00 | Review materials related to sales and other economic analysis |
| 11/07/12 | W. Monts | 0.30 | 720.00 | 216.00 | Telephone conference with A. Shaheen regarding ▮▮▮▮ |
| 11/08/12 | W. Monts | 0.70 | 720.00 | 504.00 | Telephone conference with A. Shaheen regarding ▮▮▮▮ |
| 11/16/12 | W. Monts | 1.30 | 720.00 | 936.00 | Review responses to WCS discovery and comment on same |
| 11/19/12 | W. Monts | 1.10 | 720.00 | 792.00 | Telephone conference with A. Shaheen and C. Schulman regarding ▮▮▮▮ es |
| 11/29/12 | W. Monts | 0.20 | 720.00 | 144.00 | E-mails with A. Shaheen regarding ▮▮▮▮ |

| | |
|---|---|
| **Professional Services** | $5,544.00 |
| Less 15% Discount | ($831.60) |
| **Total for Professional Services** | $4,712.40 |

Other Charges

| | |
|---|---|
| Travel - DINERS CLUB - New York Denver Washington; October 18, 2012; MONTS,WILLIAM L; 815680 | 47.00 |
| Travel - DINERS CLUB - New York Denver Washington; October 18, 2012; MONTS,WILLIAM L; 815680 | 871.33 |
| Telephone MEETINGONE | 2.51 |
| Telephone MEETINGONE | 2.51 |
| Telephone MEETINGONE | 2.32 |
| Telephone MEETINGONE | 3.90 |
| Telephone MEETINGONE | 5.29 |
| Telephone MEETINGONE | 5.28 |

| | |
|---|---|
| **Total for Other Charges** | $940.14 |
| **TOTAL CURRENT INVOICE** | $5,652.54 |

Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| W. Monts | $720.00 | 7.70 | $5,544.00 |
| Total All Timekeepers | | 7.70 | $5,544.00 |

Outstanding Invoices

Paid-in-full invoices and corresponding payments are not shown below.
This summary reflects payments received through December 19, 2012.
This statement includes the current invoice.

| Invoice No. | Date | Fees | Other Charges | Total | Payments | Date Last Payment | Balance |
|---|---|---|---|---|---|---|---|
| 2695015 | 10/18/12 | 24,513.15 | 1,650.88 | 26,164.03 | 0.00 | | 26,164.03 |
| 2701588 | 11/19/12 | 21,909.60 | 20.30 | 21,929.90 | 0.00 | | 21,929.90 |
| 2708696 | 12/19/12 | 4,712.40 | 940.14 | 5,652.54 | 0.00 | | 5,652.54 |
| Total | | 51,135.15 | 2,611.32 | 53,746.47 | 0.00 | | 53,746.47 |

**\*\*\* RETURN THIS PAGE WITH YOUR PAYMENT \*\*\***

Please include invoice number(s) on your check for faster processing