# EXHIBIT 2
# Part 3

E
X
H
I
B
I
T

2

Part 3



Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC  20004-1109
T +202 637 5600
F +202 637 5910

**www.hoganlovells.com**

Fed. I.D. No.
53-0084704

Invoice No. 2715176                                    Client / Matter No. 088139.000022

Suncor Energy Services Inc.                            January 24, 2013
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202

**WESTERN CONVENIENCE STORES, INC.**

### * * * SUMMARY OF CURRENT INVOICE * * *

| | |
|---|---|
| Professional Services | $17,070.00 |
| Less 15% Discount | ($2,560.50) |
| Total Professional Services | $14,509.50 |
| **Total Current Invoice** | **$14,509.50** |

* * *

| | |
|---|---|
| Past Due Amount: | $5,652.54 |
| **Total Amount Now Due:** | **$20,162.04** |

(See Attached Outstanding Invoice Page)

Please include invoice number(s) on your check for faster processing.

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR
HOGAN LOVELLS US LLP – OPERATING ACCOUNT
ACCOUNT# 2000010688096, WELLS FARGO BANK NA, 420 MONTGOMERY STREET
SAN FRANCISCO, CA  94104
ABA #121000248 (FOR WIRE TRANSFERS ONLY)
ABA #054001220 (FOR ACH TRANSFERS ONLY)
FOR WIRES COMING FROM OUTSIDE THE US, PLEASE USE – SWIFT CODE WFBIUS6S INSTEAD OF ABA

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante  Amsterdam  Baltimore  Beijing  Berlin  Brussels  Caracas  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  London  Los Angeles  Madrid  Miami  Milan  Moscow  Munich  New York  Northern Virginia  Paris  Philadelphia  Prague  Rome  San Francisco  Shanghai  Silicon Valley  Singapore  Tokyo  Ulaanbaatar  Warsaw  Washington DC  Associated offices: Budapest  Jakarta  Jeddah  Riyadh  Zagreb. For more information see www.hoganlovells.com

Invoice No. 2715176                                      Client / Matter No. 088139.000022

Suncor Energy Services Inc.                              January 24, 2013
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202

**WESTERN CONVENIENCE STORES, INC.**

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 12/12/12 | T. Januzzi | 0.80 | 390.00 | 312.00 | Meet with W. Monts to discuss ███████████ ██████████ |
| 12/12/12 | W. Monts | 2.40 | 720.00 | 1,728.00 | Telephone conference with A. Shaheen regarding ████████ ████████ telephone conference with M. Korenblat, P. Robinson and A. Shaheen regarding ███████; telephone conference with M. Korenblat and P. Robinson regarding ████████; meet with T. Januzzi regarding ████ |
| 12/13/12 | T. Januzzi | 4.70 | 390.00 | 1,833.00 | Research potential applicability of Robinson-Patman Act's "stream of commerce" line of cases to gasoline sales |
| 12/14/12 | T. Januzzi | 1.40 | 390.00 | 546.00 | Research Robinson-Patman Act's "steam of commerce" line of cases; send findings to W. Monts |
| 12/14/12 | W. Monts | 0.40 | 720.00 | 288.00 | Draft and revise e-mail to M. Korenblat and P. Robinson regarding ███████████ |
| 12/15/12 | T. Januzzi | 1.90 | 390.00 | 741.00 | Research Robinson-Patman Act's "stream of commerce" line of cases |
| 12/17/12 | T. Januzzi | 3.50 | 390.00 | 1,365.00 | Meet with W. Monts to discuss ████████████ ████████████ █████; research and read "stream of commerce" line of cases as they apply to client's gasoline sales |
| 12/17/12 | W. Monts | 1.40 | 720.00 | 1,008.00 | Meet with T. Januzzi regarding ████ ████████████ █████; review memorandum regarding discounts related to oversupply at Suncor refinery |
| 12/18/12 | T. Januzzi | 11.10 | 390.00 | 4,329.00 | Draft memorandum regarding Robinson-Patman Act's "in commerce" requirement |

WESTERN CONVENIENCE STORES, INC.
Invoice No. 2715176

January 24, 2013

Page 2

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 12/19/12 | T. Januzzi | 1.50 | 390.00 | 585.00 | Draft and revise memorandum regarding Robinson-Patman Act's "in commerce" requirement |
| 12/20/12 | T. Januzzi | 1.60 | 390.00 | 624.00 | Draft and revise memorandum regarding Robinson-Patman Act's "in commerce" requirement |
| 12/20/12 | W. Monts | 0.80 | 720.00 | 576.00 | Review and revise memorandum on interstate commerce issue |
| 12/21/12 | T. Januzzi | 0.10 | 390.00 | 39.00 | Conference with W. Monts regarding ▆▆▆▆▆▆ |
| 12/21/12 | W. Monts | 3.30 | 720.00 | 2,376.00 | Review and revise memorandum on interstate commerce issue; telephone conference with A. Shaheen regarding ▆▆▆▆▆▆ |
| 12/22/12 | W. Monts | 1.00 | 720.00 | 720.00 | Review and revise memorandum on interstate commerce issue |

| | | | |
|---|---|---|---|
| **Professional Services** | | | $17,070.00 |
| Less 15% Discount | | | ($2,560.50) |
| **Total for Professional Services** | | | $14,509.50 |
| **TOTAL CURRENT INVOICE** | | | $14,509.50 |

Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|------------|------|-------|--------|
| W. Monts | $720.00 | 9.30 | $6,696.00 |
| T. Januzzi | $390.00 | 26.60 | $10,374.00 |
| Total All Timekeepers | | 35.90 | $17,070.00 |

WESTERN CONVENIENCE STORES, INC.
Invoice No. 2715176

January 24, 2013

Page 3

### Outstanding Invoices

Paid-in-full invoices and corresponding payments are not shown below.
This summary reflects payments received through January 24, 2013.
This statement includes the current invoice.

| Invoice No. | Date | Fees | Other Charges | Total | Payments | Date Last Payment | Balance |
|---|---|---|---|---|---|---|---|
| 2708696 | 12/19/12 | 4,712.40 | 940.14 | 5,652.54 | 0.00 | | 5,652.54 |
| 2715176 | 01/24/13 | 14,509.50 | 0.00 | 14,509.50 | 0.00 | | 14,509.50 |
| Total | | 19,221.90 | 940.14 | 20,162.04 | 0.00 | | 20,162.04 |

**\*\*\* RETURN THIS PAGE WITH YOUR PAYMENT \*\*\***

Please include invoice number(s) on your check for faster processing



Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC  20004-1109
T +202 637 5600
F +202 637 5910

**www.hoganlovells.com**

**Fed. I.D. No.**
**53-0084704**

---

Invoice No. 2719709

Client / Matter No. 088139.000022

Suncor Energy Services Inc.
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202

February 15, 2013

**WESTERN CONVENIENCE STORES, INC.**

### * * * SUMMARY OF CURRENT INVOICE * * *

| | |
|---|---:|
| Professional Services | $35,700.00 |
| Less 15% Discount | ($5,355.00) |
| Total Professional Services | $30,345.00 |
| **Total Current Invoice** | **$30,345.00** |

* * *

| | |
|---|---:|
| Past Due Amount: | $14,509.50 |
| **Total Amount Now Due:** | **$44,854.50** |

(See Attached Outstanding Invoice Page)

Please include invoice number(s) on your check for faster processing.

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR
HOGAN LOVELLS US LLP – OPERATING ACCOUNT
ACCOUNT# 2000010686096, WELLS FARGO BANK NA, 420 MONTGOMERY STREET
SAN FRANCISCO, CA  94104
ABA #121000248 (FOR WIRE TRANSFERS ONLY)
ABA #054001220 (FOR ACH TRANSFERS ONLY)
FOR WIRES COMING FROM OUTSIDE THE US, PLEASE USE – SWIFT CODE WFBIUS6S INSTEAD OF ABA

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia.  "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante  Amsterdam  Baltimore  Beijing  Berlin  Brussels  Caracas  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  London  Los Angeles  Madrid  Miami  Milan  Moscow  Munich  New York  Northern Virginia  Paris  Philadelphia  Prague  Rome  San Francisco  Shanghai  Silicon Valley  Singapore  Tokyo  Ulaanbaatar  Warsaw  Washington DC  Associated offices: Budapest  Jakarta  Jeddah  Riyadh  Zagreb. For more information see www.hoganlovells.com

Invoice No. 2719709                                    Client / Matter No. 088139.000022

Suncor Energy Services Inc.                            February 15, 2013
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202

**WESTERN CONVENIENCE STORES, INC.**

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 01/02/13 | W. Monts | 2.20 | 750.00 | 1,650.00 | Review and revise memorandum regarding in commerce requirement of Robinson-Patman Act; research and review cases regarding same |
| 01/03/13 | W. Monts | 1.80 | 750.00 | 1,350.00 | Review and revise memorandum regarding in commerce requirement of Robinson-Patman Act; research and review cases regarding same |
| 01/04/13 | W. Monts | 3.50 | 750.00 | 2,625.00 | Review and revise memorandum regarding in commerce requirement of Robinson-Patman Act; research and review cases regarding same |
| 01/05/13 | W. Monts | 1.70 | 750.00 | 1,275.00 | Review and revise memorandum regarding in commerce requirement of Robinson-Patman Act; research and review cases regarding same |
| 01/06/13 | W. Monts | 2.70 | 750.00 | 2,025.00 | Review and revise memorandum regarding in commerce requirement of Robinson-Patman Act; research and review cases regarding same |
| 01/07/13 | W. Monts | 1.10 | 750.00 | 825.00 | Review and revise memorandum regarding in commerce requirement of Robinson-Patman Act; research and review cases regarding same |
| 01/08/13 | W. Monts | 2.40 | 750.00 | 1,800.00 | Review and revise memorandum regarding in commerce requirement of Robinson-Patman Act; research and review cases regarding same |
| 01/09/13 | W. Monts | 3.30 | 750.00 | 2,475.00 | Review and revise memorandum regarding in commerce requirement of Robinson-Patman Act; research and review cases regarding same |
| 01/10/13 | W. Monts | 4.30 | 750.00 | 3,225.00 | Review and revise memorandum regarding in commerce requirement of Robinson-Patman Act; research and review cases regarding same |

WESTERN CONVENIENCE STORES, INC.

February 15, 2013

Invoice No. 2719709

Page 2

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 01/11/13 | W. Monts | 4.90 | 750.00 | 3,675.00 | Review and revise memorandum regarding in commerce requirement of Robinson-Patman Act; research and review cases regarding same; transmit memorandum to client |
| 01/15/13 | W. Monts | 2.00 | 750.00 | 1,500.00 | Telephone conference with A. Shaheen and C. Schulman regarding ▮▮▮▮ |
| 01/22/13 | W. Monts | 2.10 | 750.00 | 1,575.00 | Review expert reports filed by plaintiffs |
| 01/23/13 | W. Monts | 2.40 | 750.00 | 1,800.00 | Review expert reports filed by plaintiffs; telephone conference with A. Shaheen and C. Schulman regarding ▮▮▮▮▮▮▮▮▮▮; telephone conference with C. Schulman regarding |
| 01/24/13 | W. Monts | 4.30 | 750.00 | 3,225.00 | Review expert reports served by WCS; telephone conference with A. Shaheen regarding ▮▮▮ |
| 01/30/13 | W. Monts | 2.20 | 750.00 | 1,650.00 | Telephone conference with A. Shaheen, J. Griffin, C. Schulman and D. Navjar regarding ▮▮▮▮▮▮ |
| 01/31/13 | W. Monts | 6.70 | 750.00 | 5,025.00 | Telephone conference with A. Shaheen, M. Korenblat, C. Schulman, and D. Navjar regarding ▮▮▮▮▮; review and comment on summary judgment motions on contract and state tort claims and on counterclaim; review Giannola deposition transcript; review expert reports filed by plaintiffs; telephone conference with A. Shaheen regarding ▮▮▮▮ |

| | | |
|---|---|---|
| **Professional Services** | | $35,700.00 |
| Less 15% Discount | | ($5,355.00) |
| **Total for Professional Services** | | $30,345.00 |
| | | |
| **TOTAL CURRENT INVOICE** | | $30,345.00 |

Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|------------|------|-------|--------|
| W. Monts | $750.00 | 47.60 | $35,700.00 |
| Total All Timekeepers | | 47.60 | $35,700.00 |

WESTERN CONVENIENCE STORES,
INC.
Invoice No. 2719709

February 15, 2013

Page 3

Outstanding Invoices

Paid-in-full invoices and corresponding payments are not shown below.
This summary reflects payments received through February 15, 2013.
This statement includes the current invoice.

| Invoice No. | Date | Fees | Other Charges | Total | Payments | Date Last Payment | Balance |
|---|---|---|---|---|---|---|---|
| 2715176 | 01/24/13 | 14,509.50 | 0.00 | 14,509.50 | 0.00 | | 14,509.50 |
| 2719709 | 02/15/13 | 30,345.00 | 0.00 | 30,345.00 | 0.00 | | 30,345.00 |
| Total | | 44,854.50 | 0.00 | 44,854.50 | 0.00 | | 44,854.50 |

**\*\*\* RETURN THIS PAGE WITH YOUR PAYMENT \*\*\***

Please include invoice number(s) on your check for faster processing



Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004-1109
T +202 637 5600
F +202 637 5910

www.hoganlovells.com

Fed. I.D. No.
53-0084704

Invoice No. 2726470

Client / Matter No. 088139.000022

Suncor Energy Services Inc.
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202

March 21, 2013

**WESTERN CONVENIENCE STORES, INC.**

### * * * SUMMARY OF CURRENT INVOICE * * *

| | |
|---|---|
| Professional Services | $65,850.00 |
| Less 15% Discount | ($9,877.50) |
| Total Professional Services | $55,972.50 |
| Other Charges | $33.82 |
| **Total Current Invoice** | **$56,006.32** |

* * *

| | |
|---|---|
| Past Due Amount: | $0.00 |
| **Total Amount Now Due:** | **$56,006.32** |

(See Attached Outstanding Invoice Page)

Please include invoice number(s) on your check for faster processing.

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR
HOGAN LOVELLS US LLP – OPERATING ACCOUNT
ACCOUNT# 2000010686956, WELLS FARGO BANK NA, 420 MONTGOMERY STREET
SAN FRANCISCO, CA 94104
ABA #121000248 (FOR WIRE TRANSFERS ONLY)
ABA #054001220 (FOR ACH TRANSFERS ONLY)
FOR WIRES COMING FROM OUTSIDE THE US, PLEASE USE – SWIFT CODE WFBIUS6S INSTEAD OF ABA

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante Amsterdam Baltimore Beijing Berlin Brussels Caracas Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston London Los Angeles Madrid Miami Milan Moscow Munich New York Northern Virginia Paris Philadelphia Prague Rome San Francisco Shanghai Silicon Valley Singapore Tokyo Ulaanbaatar Warsaw Washington DC Associated offices: Budapest Jakarta Jeddah Riyadh Zagreb. For more information see www.hoganlovells.com

Invoice No. 2726470

Client / Matter No. 088139.000022

Suncor Energy Services Inc.
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202

March 21, 2013

**WESTERN CONVENIENCE STORES, INC.**

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 02/01/13 | W. Monts | 6.40 | 750.00 | 4,800.00 | Review S. Giannola deposition; review draft of summary judgment on Robinson-Patman Act and begin commenting on same; review expert reports; telephone conference with A. Shaheen regarding |
| 02/04/13 | W. Monts | 5.50 | 750.00 | 4,125.00 | Review and begin comment on antitrust summary judgment motion; telephone conference with A. Shaheen regarding |
| 02/05/13 | W. Monts | 4.40 | 750.00 | 3,300.00 | Review and comment on antitrust summary judgment motion |
| 02/06/13 | W. Monts | 4.20 | 750.00 | 3,150.00 | Review and comment on antitrust summary judgment motion; telephone conference with A. Shaheen regarding |
| 02/07/13 | W. Monts | 3.80 | 750.00 | 2,850.00 | Review and comment on antitrust summary judgment motion |
| 02/08/13 | W. Monts | 7.20 | 750.00 | 5,400.00 | Review and comment on summary judgment motion, research regarding same; draft section on barriers to arbitrage; telephone conference with A. Shaheen regarding |
| 02/11/13 | W. Monts | 6.10 | 750.00 | 4,575.00 | Review deposition of H. Taraghi; review expert reports served by plaintiffs; research regarding automatic damages issues in Robinson-Patman cases |
| 02/12/13 | W. Monts | 5.50 | 750.00 | 4,125.00 | Review deposition of H. Taraghi; review expert reports served by plaintiffs; research regarding automatic damages issues in Robinson-Patman cases; telephone conference with A. Shaheen regarding |
| 02/13/13 | W. Monts | 3.50 | 750.00 | 2,625.00 | Complete review of deposition of H. Taraghi; review deposition of C. Thiessen; review expert reports served by plaintiffs; research regarding automatic damages issues in Robinson-Patman cases; begin review of potential Daubert issues |

WESTERN CONVENIENCE STORES, INC.
Invoice No. 2726470

March 21, 2013

Page 2

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 02/14/13 | W. Monts | 0.40 | 750.00 | 300.00 | Telephone conference with A. Shaheen regarding ▬▬▬▬ |
| 02/16/13 | W. Monts | 0.90 | 750.00 | 675.00 | Review expert reports and begin outlining potential questions and issues for Daubert motion |
| 02/18/13 | W. Monts | 2.50 | 750.00 | 1,875.00 | Review expert reports; outlining potential questions for depositions; review issues for potential Daubert motions; research regarding automatic damages and issues for Daubert motion |
| 02/19/13 | W. Monts | 5.20 | 750.00 | 3,900.00 | Review expert reports; outline potential questions for deposition; review issues for Daubert motions; review D. Parker deposition |
| 02/20/13 | W. Monts | 4.20 | 750.00 | 3,150.00 | Review plaintiffs' economic expert report and outline potential questions for depositions and issues for Daubert motions; telephone conference with A. Shaheen regarding ▬▬▬▬; begin review of E. Sharpe deposition |
| 02/21/13 | W. Monts | 8.30 | 750.00 | 6,225.00 | Continue review of E. Sharpe deposition; review draft of expert report of J. Griffin; meet with A. Shaheen regarding ▬▬▬▬ meet with A. Shaheen, J. Griffin and C. Schulman regarding ▬▬▬▬ |
| 02/22/13 | W. Monts | 9.00 | 750.00 | 6,750.00 | Complete review of E. Sharpe deposition; review draft of expert report of J. Griffin; meet with A. Shaheen, M. Korenblat, J. Griffin and C. Schulman regarding ▬▬▬▬; meet with A. Shaheen regarding ▬▬▬▬ |
| 02/25/13 | W. Monts | 3.30 | 750.00 | 2,475.00 | Telephone conferences with A. Shaheen regarding ▬▬▬▬; telephone conference with C. Schulman regarding ▬▬▬▬ telephone conference with A. Shaheen and C. Schulman regarding ▬▬▬▬ |
| 02/26/13 | W. Monts | 1.10 | 750.00 | 825.00 | Review expert issues and additional data from C. Schulman; telephone conference with A. Shaheen regarding ▬▬▬▬ |
| 02/27/13 | W. Monts | 0.50 | 750.00 | 375.00 | Begin review of J. Griffin expert report and related exhibits |

WESTERN CONVENIENCE STORES, INC.

March 21, 2013

Invoice No. 2726470

Page 3

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 02/28/13 | W. Monts | 5.80 | 750.00 | 4,350.00 | Review and comment on expert report; review exhibits; review plaintiffs' demand for additional discovery on interstate commerce issues in light of A. Shields declaration; telephone conferences with A. Shaheen regarding ▉▉▉▉▉ |

| | |
|---|---|
| **Professional Services** | $65,850.00 |
| Less 15% Discount | ($9,877.50) |
| **Total for Professional Services** | $55,972.50 |

Other Charges

| | |
|---|---|
| Telephone MEETINGONE | 4.54 |
| Telephone MEETINGONE | 4.53 |
| Telephone MEETINGONE | 4.50 |
| Telephone MEETINGONE | 3.85 |
| Telephone MEETINGONE | 3.81 |
| Telephone MEETINGONE | 0.73 |
| Telephone MEETINGONE | 1.27 |
| Telephone MEETINGONE | 3.50 |
| Telephone MEETINGONE | 3.58 |
| Telephone MEETINGONE | 3.51 |

| | |
|---|---|
| **Total for Other Charges** | $33.82 |

| | |
|---|---|
| **TOTAL CURRENT INVOICE** | $56,006.32 |

Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|------------|------|-------|--------|
| W. Monts | $750.00 | 87.80 | $65,850.00 |
| Total All Timekeepers | | 87.80 | $65,850.00 |

WESTERN CONVENIENCE STORES, INC.
Invoice No. 2726470

March 21, 2013

Page 4

Outstanding Invoices

Paid-in-full invoices and corresponding payments are not shown below.
This summary reflects payments received through March 21, 2013.
This statement includes the current invoice.

| Invoice No. | Date | Fees | Other Charges | Total | Payments | Date Last Payment | Balance |
|---|---|---|---|---|---|---|---|
| 2726470 | 03/21/13 | 55,972.50 | 33.82 | 56,006.32 | 0.00 | | 56,006.32 |
| Total | | 55,972.50 | 33.82 | 56,006.32 | 0.00 | | 56,006.32 |

**\*\*\* RETURN THIS PAGE WITH YOUR PAYMENT \*\*\***

Please include invoice number(s) on your check for faster processing

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC  20004-1109
T +202 637 5600
F +202 637 5910

www.hoganlovells.com

Fed. I.D. No.
53-0084704

Invoice No. 2732276                                    Client / Matter No. 088139.000022

Suncor Energy Services Inc.                            April 16, 2013
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202

**WESTERN CONVENIENCE STORES, INC.**

### * * * SUMMARY OF CURRENT INVOICE * * *

| | |
|---|---|
| Professional Services | $43,425.00 |
| Less 15% Discount | ($6,513.75) |
| Total Professional Services | $36,911.25 |
| Other Charges | $1,262.01 |
| **Total Current Invoice** | **$38,173.26** |

* * *

| | |
|---|---|
| Past Due Amount: | $0.00 |
| **Total Amount Now Due:** | **$38,173.26** |

(See Attached Outstanding Invoice Page)

Please include invoice number(s) on your check for faster processing.

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR
HOGAN LOVELLS US LLP – OPERATING ACCOUNT
ACCOUNT# 2000010688096, WELLS FARGO BANK NA, 420 MONTGOMERY STREET
SAN FRANCISCO, CA 94104
ABA #121000248 (FOR WIRE TRANSFERS ONLY)
ABA #054001220 (FOR ACH TRANSFERS ONLY)
FOR WIRES COMING FROM OUTSIDE THE US, PLEASE USE – SWIFT CODE WFBIUS6S INSTEAD OF ABA

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan
Lovells International LLP, with offices in: Alicante Amsterdam Baltimore Beijing Berlin Brussels Caracas Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi
Ho Chi Minh City Hong Kong Houston London Los Angeles Madrid Miami Milan Moscow Munich New York Northern Virginia Paris Philadelphia Prague Rome San
Francisco Shanghai Silicon Valley Singapore Tokyo Ulaanbaatar Warsaw Washington DC Associated offices: Budapest Jakarta Jeddah Riyadh Zagreb. For more information
see www.hoganlovells.com

Invoice No. 2732276                                Client / Matter No. 088139.000022

Suncor Energy Services Inc.                        April 16, 2013
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202


**WESTERN CONVENIENCE STORES, INC.**

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 03/01/13 | W. Monts | 9.00 | 750.00 | 6,750.00 | Review and comment on expert report; multiple telephone calls with A. Shaheen regarding███████████; telephone conferences with A. Shaheen, C. Schulman and D. Navjar regarding██████ |
| 03/04/13 | W. Monts | 1.20 | 750.00 | 900.00 | Telephone conference with A. Shaheen regarding████████████████; review prior discovery responses and outstanding requests for supplementation; telephone conference with A. Shaheen and C. Chrisman regarding███████████ |
| 03/05/13 | W. Monts | 0.40 | 750.00 | 300.00 | Telephone conference with A. Shaheen regarding███████ |
| 03/11/13 | W. Monts | 0.40 | 750.00 | 300.00 | Telephone conference with A. Shaheen regarding███████ |
| 03/13/13 | W. Monts | 1.70 | 750.00 | 1,275.00 | Begin review of summary judgment opposition brief; review exhibits thereto |
| 03/14/13 | W. Monts | 2.20 | 750.00 | 1,650.00 | Continue review of summary judgment opposition brief; review exhibits thereto; telephone conference with A. Shaheen regarding███████ |
| 03/15/13 | W. Monts | 1.00 | 750.00 | 750.00 | Telephone conference with A. Shaheen regarding██████████; review summary judgment opposition memorandum |
| 03/18/13 | W. Monts | 2.10 | 750.00 | 1,575.00 | Review summary judgment opposition; telephone conference with A. Shaheen and C. Chrisman regarding████████ |
| 03/19/13 | W. Monts | 1.10 | 750.00 | 825.00 | Review sales charts and related data; review opposition brief to motion for summary judgment |

WESTERN CONVENIENCE STORES, INC.
Invoice No. 2732276

April 16, 2013

Page 2

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 03/20/13 | W. Monts | 0.70 | 750.00 | 525.00 | Review opposition to motion for summary judgment; telephone conference with A. Shaheen regarding ▓▓▓▓▓▓▓ |
| 03/22/13 | W. Monts | 0.70 | 750.00 | 525.00 | Review summary judgment opposition brief; research regarding Morton Salt inference and injury to competition |
| 03/24/13 | W. Monts | 1.60 | 750.00 | 1,200.00 | Review opposition to motion for summary judgment and supporting exhibits; research regarding injury to competition under Robinson-Patman Act; draft section of reply memorandum regarding injury to competition |
| 03/25/13 | W. Monts | 6.60 | 750.00 | 4,950.00 | Research regarding injury to competition in Robinson-Patman cases; draft summary judgment reply memorandum regarding same; telephone conference with A. Shaheen, M. Korenblat, J. Griffin and C. Schulman regarding ▓▓▓▓▓▓▓▓▓ |
| 03/26/13 | W. Monts | 9.30 | 750.00 | 6,975.00 | Research regarding injury to competition in Robinson-Patman cases; draft summary judgment reply memorandum regarding same; review plaintiffs' opposition to motion for summary judgment; review expert report of M. Glick and T. Tatos; review affidavit of M. Glick and T. Tatos in opposition to motion for summary judgment |
| 03/27/13 | W. Monts | 7.20 | 750.00 | 5,400.00 | Research regarding injury to competition in Robinson-Patman cases; draft and revise summary judgment reply memorandum regarding same; review plaintiffs' opposition to motion for summary judgment; review expert report of M. Glick and T. Tatos; review affidavit of M. Glick and T. Tatos in opposition to motion for summary judgment; review exhibits to summary judgment motion and opposition; telephone conferences with A. Shaheen regarding ▓▓▓▓▓▓▓▓ |

WESTERN CONVENIENCE STORES, INC.                                        April 16, 2013
Invoice No. 2732276
                                                                        Page 3

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 03/28/13 | W. Monts | 7.40 | 750.00 | 5,550.00 | Research regarding injury to competition and meeting competition defense in Robinson-Patman cases; draft and revise summary judgment reply memorandum re: same; review plaintiffs' opposition to motion for summary judgment; review expert report of M. Glick and T. Tatos; review affidavit of M. Glick and T. Tatos in opposition to motion for summary judgment; review exhibits to summary judgment motion and opposition; telephone conferences with A. Shaheen regarding ▮▮▮▮ |
| 03/29/13 | W. Monts | 5.30 | 750.00 | 3,975.00 | Review and revise summary judgment motion; review exhibits; telephone conference with C. Schulman regarding exhibits; telephone conferences with A. Shaheen regarding ▮▮▮▮ |

| | |
|---|---|
| **Professional Services** | $43,425.00 |
| Less 15% Discount | ($6,513.75) |
| **Total for Professional Services** | $36,911.25 |

Other Charges

| | | |
|---|---|---|
| | Travel - DINERS CLUB; Washington Denver Washington; February 20, 2013; MONTS,WILLIAM L; 819267 | 1,215.01 |
| | Travel - DINERS CLUB; Washington Denver Washington; February 20, 2013; MONTS,WILLIAM L; 819267 | 47.00 |

| | |
|---|---|
| **Total for Other Charges** | $1,262.01 |
| **TOTAL CURRENT INVOICE** | $38,173.26 |

Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| W. Monts | $750.00 | 57.90 | $43,425.00 |
| Total All Timekeepers | | 57.90 | $43,425.00 |

WESTERN CONVENIENCE STORES, INC.
Invoice No. 2732276

April 16, 2013

Page 4

Outstanding Invoices

Paid-in-full invoices and corresponding payments are not shown below.
This summary reflects payments received through April 16, 2013.
This statement includes the current invoice.

| Invoice No. | Date | Fees | Other Charges | Total | Payments | Date Last Payment | Balance |
|---|---|---|---|---|---|---|---|
| 2732276 | 04/16/13 | 36,911.25 | 1,262.01 | 38,173.26 | 0.00 | | 38,173.26 |
| Total | | 36,911.25 | 1,262.01 | 38,173.26 | 0.00 | | 38,173.26 |

**\*\*\* RETURN THIS PAGE WITH YOUR PAYMENT \*\*\***

Please include invoice number(s) on your check for faster processing

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC  20004-1109
T +202 637 5600
F +202 637 5910

www.hoganlovells.com

Fed. I.D. No.
53-0084704

---

Invoice No. 2739664                                      Client / Matter No. 088139.000022

Suncor Energy Services Inc.                              May 21, 2013
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202

**WESTERN CONVENIENCE STORES, INC.**

### * * * SUMMARY OF CURRENT INVOICE * * *

| | |
|---|---|
| Professional Services | $975.00 |
| Less 15% Discount | ($146.25) |
| Total Professional Services | $828.75 |
| **Total Current Invoice** | **$828.75** |

* * *

| | |
|---|---|
| Past Due Amount: | $0.00 |
| **Total Amount Now Due:** | **$828.75** |

(See Attached Outstanding Invoice Page)

---

Please include invoice number(s) on your check for faster processing.

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR
HOGAN LOVELLS US LLP – OPERATING ACCOUNT
ACCOUNT# 2000010688095, WELLS FARGO BANK NA, 420 MONTGOMERY STREET
SAN FRANCISCO, CA  94104
ABA #121000248 (FOR WIRE TRANSFERS ONLY)
ABA #054001220 (FOR ACH TRANSFERS ONLY)
FOR WIRES COMING FROM OUTSIDE THE US, PLEASE USE – SWIFT CODE WFBIUS6S INSTEAD OF ABA

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante  Amsterdam  Baltimore  Beijing  Berlin  Brussels  Caracas  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  London  Los Angeles  Madrid  Miami  Milan  Moscow  Munich  New York  Northern Virginia  Paris  Philadelphia  Prague  Rome  San Francisco  Shanghai  Silicon Valley  Singapore  Tokyo  Ulaanbaatar  Warsaw  Washington DC  Associated offices: Budapest  Jakarta  Jeddah  Riyadh  Zagreb. For more information see www.hoganlovells.com

Invoice No. 2739664

Client / Matter No. 088139.000022

Suncor Energy Services Inc.
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202

May 21, 2013

## WESTERN CONVENIENCE STORES, INC.

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 04/22/13 | W. Monts | 1.30 | 750.00 | 975.00 | Meet with M. Korenblat and A. Shaheen regarding ▮▮▮▮▮▮▮ |

| | | |
|---|---|---|
| **Professional Services** | | $975.00 |
| Less 15% Discount | | ($146.25) |
| **Total for Professional Services** | | $828.75 |
| | | |
| **TOTAL CURRENT INVOICE** | | $828.75 |

### Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|------------|------|-------|--------|
| W. Monts | $750.00 | 1.30 | $975.00 |
| Total All Timekeepers | | 1.30 | $975.00 |

WESTERN CONVENIENCE STORES, INC.
Invoice No. 2739664

May 21, 2013

Page 2

### Outstanding Invoices

Paid-in-full invoices and corresponding payments are not shown below.
This summary reflects payments received through May 21, 2013.
This statement includes the current invoice.

| Invoice No. | Date | Fees | Other Charges | Total | Payments | Date Last Payment | Balance |
|---|---|---|---|---|---|---|---|
| 2739664 | 05/21/13 | 828.75 | 0.00 | 828.75 | 0.00 | | 828.75 |
| Total | | 828.75 | 0.00 | 828.75 | 0.00 | | 828.75 |

**\*\*\* RETURN THIS PAGE WITH YOUR PAYMENT \*\*\***

Please include invoice number(s) on your check for faster processing

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC  20004-1109
T +202 637 5600
F +202 637 5910

www.hoganlovells.com

Fed. I.D. No.
53-0084704

---

Invoice No. 2743810

Client / Matter No. 088139.000022

Suncor Energy Services Inc.
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202

June 13, 2013

**WESTERN CONVENIENCE STORES, INC.**

### * * * SUMMARY OF CURRENT INVOICE * * *

| | |
|---|---|
| Professional Services | $825.00 |
| Less 15% Discount | ($123.75) |
| Total Professional Services | $701.25 |
| **Total Current Invoice** | **$701.25** |

* * *

| | |
|---|---|
| Past Due Amount: | $828.75 |
| **Total Amount Now Due:** | **$1,530.00** |

(See Attached Outstanding Invoice Page)

Please include invoice number(s) on your check for faster processing.

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR
HOGAN LOVELLS US LLP – OPERATING ACCOUNT
ACCOUNT# 2000010688096, WELLS FARGO BANK NA, 420 MONTGOMERY STREET
SAN FRANCISCO, CA  94104
ABA #121000248 (FOR WIRE TRANSFERS ONLY)
ABA #054001220 (FOR ACH TRANSFERS ONLY)
FOR WIRES COMING FROM OUTSIDE THE US, PLEASE USE – SWIFT CODE WFBIUS6S INSTEAD OF ABA

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante  Amsterdam  Baltimore  Beijing  Berlin  Brussels  Caracas  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  London  Los Angeles  Madrid  Miami  Milan  Moscow  Munich  New York  Northern Virginia  Paris  Philadelphia  Prague  Rome  San Francisco  Shanghai  Silicon Valley  Singapore  Tokyo  Ulaanbaatar  Warsaw  Washington DC  Associated offices: Budapest  Jakarta  Jeddah  Riyadh  Zagreb. For more information see www.hoganlovells.com

Invoice No. 2743810                                Client / Matter No. 088139.000022

Suncor Energy Services Inc.                        June 13, 2013
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202

**WESTERN CONVENIENCE STORES, INC.**

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 05/31/13 | W. Monts | 1.10 | 750.00 | 825.00 | Review supplemental expert reports served by plaintiffs |

| | | |
|---|---|---|
| **Professional Services** | | $825.00 |
| Less 15% Discount | | ($123.75) |
| **Total for Professional Services** | | $701.25 |

| | | |
|---|---|---|
| **TOTAL CURRENT INVOICE** | | $701.25 |

Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|------------|------|-------|--------|
| W. Monts | $750.00 | 1.10 | $825.00 |
| Total All Timekeepers | | 1.10 | $825.00 |

WESTERN CONVENIENCE STORES, INC.

June 13, 2013

Invoice No. 2743810

Page 2

Outstanding Invoices

Paid-in-full invoices and corresponding payments are not shown below.
This summary reflects payments received through June 13, 2013.
This statement includes the current invoice.

| Invoice No. | Date | Fees | Other Charges | Total | Payments | Date Last Payment | Balance |
|---|---|---|---|---|---|---|---|
| 2739664 | 05/21/13 | 828.75 | 0.00 | 828.75 | 0.00 | | 828.75 |
| 2743810 | 06/13/13 | 701.25 | 0.00 | 701.25 | 0.00 | | 701.25 |
| Total | | 1,530.00 | 0.00 | 1,530.00 | 0.00 | | 1,530.00 |

**\*\*\* RETURN THIS PAGE WITH YOUR PAYMENT \*\*\***

Please include invoice number(s) on your check for faster processing

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC  20004-1109
T +202 637 5600
F +202 637 5910

**www.hoganlovells.com**

Fed. I.D. No.
53-0084704

---

Invoice No. 2751488

Client / Matter No. 088139.000022

Suncor Energy Services Inc.
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202

July 12, 2013

**WESTERN CONVENIENCE STORES, INC.**

### * * * SUMMARY OF CURRENT INVOICE * * *

| | |
|---|---|
| Professional Services | $39,975.00 |
| Less 15% Discount | ($5,996.25) |
| Total Professional Services | $33,978.75 |
| **Total Current Invoice** | **$33,978.75** |

* * *

| | |
|---|---|
| Past Due Amount: | $701.25 |
| **Total Amount Now Due:** | **$34,680.00** |

(See Attached Outstanding Invoice Page)

Please include invoice number(s) on your check for faster processing.

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR
HOGAN LOVELLS US LLP – OPERATING ACCOUNT
ACCOUNT# 2000010688096, WELLS FARGO BANK NA, 420 MONTGOMERY STREET
SAN FRANCISCO, CA  94104
ABA #121000248 (FOR WIRE TRANSFERS ONLY)
ABA #054001220 (FOR ACH TRANSFERS ONLY)
FOR WIRES COMING FROM OUTSIDE THE US, PLEASE USE – SWIFT CODE WFBIUS6S INSTEAD OF ABA

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan
Lovells International LLP, with offices in: Alicante  Amsterdam  Baltimore  Beijing  Berlin  Brussels  Caracas  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi
Ho Chi Minh City  Hong Kong  Houston  London  Los Angeles  Madrid  Miami  Milan  Moscow  Munich  New York  Northern Virginia  Paris  Philadelphia  Prague  Rome  San
Francisco  Shanghai  Silicon Valley  Singapore  Tokyo  Ulaanbaatar  Warsaw  Washington DC  Associated offices: Budapest  Jakarta  Jeddah  Riyadh  Zagreb. For more information
see www.hoganlovells.com

Invoice No. 2751488                          Client / Matter No. 088139.000022

Suncor Energy Services Inc.                  July 12, 2013
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202

**WESTERN CONVENIENCE STORES, INC.**

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 06/04/13 | W. Monts | 5.40 | 750.00 | 4,050.00 | Telephone conference with A. Shaheen regarding ███████, telephone conference with A. Shaheen, J. Griffin and C. Schulman regarding ███████ ███████████ review prior cases on automatic damages; review plaintiffs' expert rebuttal reports; review Suncor summary judgment motion and M. Glick and T. Tatos affidavit in response to Suncor summary judgment motion |
| 06/06/13 | W. Monts | 2.20 | 750.00 | 1,650.00 | Begin review of plaintiffs' experts' rebuttal reports and backup materials |
| 06/07/13 | W. Monts | 1.70 | 750.00 | 1,275.00 | Continue review of plaintiffs' experts' rebuttal reports and backup materials |
| 06/09/13 | W. Monts | 4.20 | 750.00 | 3,150.00 | Review M. Glick and T. Tatos rebuttal report; review K. Leffler rebuttal report; review J. Mayes rebuttal report; review original reports from plaintiffs' experts; review J. Griffin report; begin drafting comments on plaintiffs' experts' rebuttal reports |
| 06/10/13 | W. Monts | 4.70 | 750.00 | 3,525.00 | Review M. Glick and T. Tatos rebuttal report; review K. Leffler rebuttal report; review J. Mayes rebuttal report; review original reports from plaintiffs' experts; review J. Griffin report; draft comments on plaintiffs' experts' rebuttal reports; research regarding automatic damages under Robinson-Patman Act |
| 06/12/13 | W. Monts | 4.40 | 750.00 | 3,300.00 | Review M. Glick and T. Tatos rebuttal report; review K. Leffler rebuttal report; review J. Mayes rebuttal report; review original reports from plaintiffs' experts; review J. Griffin report; draft comments on plaintiffs' experts rebuttal reports; review S. Giannola deposition |
| 06/13/13 | W. Monts | 3.00 | 750.00 | 2,250.00 | Review M. Glick and T. Tatos rebuttal expert report; draft e-mail to C. Schulman and A. Shaheen regarding ███████ ██████ |

**WESTERN CONVENIENCE STORES, INC.**

July 12, 2013

Invoice No. 2751488

Page 2

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 06/18/13 | W. Monts | 0.90 | 750.00 | 675.00 | Review plaintiffs' experts' rebuttal reports and prepare for meeting with defense experts |
| 06/19/13 | W. Monts | 3.30 | 750.00 | 2,475.00 | Review draft of J. Griffin rebuttal report; review rebuttal reports served by plaintiffs' experts |
| 06/20/13 | W. Monts | 8.40 | 750.00 | 6,300.00 | Meet with A. Shaheen regarding ████████; meet with A. Shaheen, J. Griffin and C. Schulman regarding ████████ |
| 06/21/13 | W. Monts | 3.30 | 750.00 | 2,475.00 | Meet with A. Shaheen regarding ████████ review expert reports |
| 06/27/13 | W. Monts | 4.40 | 750.00 | 3,300.00 | Review and comment on J. Griffin draft rebuttal report; transmit ████████ to A. Shaheen; review appendix to Griffin rebuttal report |
| 06/28/13 | W. Monts | 4.70 | 750.00 | 3,525.00 | Review J. Griffin rebuttal report; review Appendix 1 to J. Griffin rebuttal report; telephone conferences with A. Shaheen regarding ████████ review affidavit of M. Glick and T. Tatos; review supplemental damages report of M. Glick and T. Tatos |
| 06/29/13 | W. Monts | 2.70 | 750.00 | 2,025.00 | Review and comment on Appendix 1 to J. Griffin rebuttal report |

| | | |
|---|---|---|
| **Professional Services** | | $39,975.00 |
| Less 15% Discount | | ($5,996.25) |
| **Total for Professional Services** | | $33,978.75 |
| **TOTAL CURRENT INVOICE** | | $33,978.75 |

## Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|------------|------|-------|--------|
| W. Monts | $750.00 | 53.30 | $39,975.00 |
| Total All Timekeepers | | 53.30 | $39,975.00 |

WESTERN CONVENIENCE STORES,
INC.
Invoice No. 2751488

July 12, 2013

Page 3

Outstanding Invoices

Paid-in-full invoices and corresponding payments are not shown below.
This summary reflects payments received through July 12, 2013.
This statement includes the current invoice.

| Invoice No. | Date | Fees | Other Charges | Total | Payments | Date Last Payment | Balance |
|---|---|---|---|---|---|---|---|
| 2743810 | 06/13/13 | 701.25 | 0.00 | 701.25 | 0.00 | | 701.25 |
| 2751488 | 07/12/13 | 33,978.75 | 0.00 | 33,978.75 | 0.00 | | 33,978.75 |
| Total | | 34,680.00 | 0.00 | 34,680.00 | 0.00 | | 34,680.00 |

**\*\*\* RETURN THIS PAGE WITH YOUR PAYMENT \*\*\***

Please include invoice number(s) on your check for faster processing



Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004-1109
T +202 637 5600
F +202 637 5910

www.hoganlovells.com

Fed. I.D. No.
53-0084704

---

Invoice No. 2759533

Client / Matter No. 088139.000022

Suncor Energy Services Inc.
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202

August 14, 2013

### WESTERN CONVENIENCE STORES, INC.

#### * * * SUMMARY OF CURRENT INVOICE * * *

| | |
|---|---|
| Professional Services | $13,500.00 |
| Less 15% Discount | ($2,025.00) |
| Total Professional Services | $11,475.00 |
| Other Charges | $1,262.88 |
| **Total Current Invoice** | **$12,737.88** |

* * *

| | |
|---|---|
| Past Due Amount: | $34,680.00 |
| **Total Amount Now Due:** | **$47,417.88** |

(See Attached Outstanding Invoice Page)

Please include invoice number(s) on your check for faster processing.

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR
HOGAN LOVELLS US LLP – OPERATING ACCOUNT
ACCOUNT# 2000010686096, WELLS FARGO BANK NA, 420 MONTGOMERY STREET
SAN FRANCISCO, CA 94104
ABA #121000248 (FOR WIRE TRANSFERS ONLY)
ABA #054001220 (FOR ACH TRANSFERS ONLY)
FOR WIRES COMING FROM OUTSIDE THE US, PLEASE USE – SWIFT CODE WFBIUS6S INSTEAD OF ABA

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante Amsterdam Baltimore Beijing Berlin Brussels Caracas Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston London Los Angeles Madrid Miami Milan Moscow Munich New York Northern Virginia Paris Philadelphia Prague Rome San Francisco Shanghai Silicon Valley Singapore Tokyo Ulaanbaatar Warsaw Washington DC Associated offices: Budapest Jakarta Jeddah Riyadh Zagreb. For more information see www.hoganlovells.com



Invoice 6989533

Suncor Energy Services Inc.
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202

Client / Matter No. 088139.000022

August 14, 2013

**WESTERN CONVENIENCE STORES, INC.**

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 07/01/13 | W. Monts | 5.40 | 750.00 | 4,050.00 | Review J. Griffin response report to rebuttal reports of plaintiffs' experts; review exhibits to J. Griffin response report to rebuttal reports of plaintiffs' experts; draft comments on J. Griffin response to rebuttal reports of plaintiffs' experts and appendix to response; telephone conferences with A. Shaheen regarding ▓▓▓ |
| 07/02/13 | W. Monts | 5.50 | 750.00 | 4,125.00 | Review and comment on J. Griffin response report to rebuttal reports of plaintiffs' experts and appendix thereto; telephone conferences with A. Shaheen regarding ▓▓▓ |
| 07/03/13 | W. Monts | 3.70 | 750.00 | 2,775.00 | Review and comment on J. Griffin response report to rebuttal reports of plaintiffs' experts and appendix thereto; telephone conferences with A. Shaheen regarding ▓▓▓ |
| 07/05/13 | W. Monts | 1.40 | 750.00 | 1,050.00 | Review and comment on J. Griffin response report to rebuttal reports of plaintiffs' experts and appendix thereto |
| 07/10/13 | W. Monts | 0.70 | 750.00 | 525.00 | Telephone conference with A. Shaheen regarding ▓▓▓ begin review of expert report for redactions |
| 07/11/13 | W. Monts | 1.30 | 750.00 | 975.00 | Review Griffin report and draft comments to A. Shaheen regarding ▓▓▓ |

| | |
|---|---|
| **Professional Services** | $13,500.00 |
| Less 15% Discount | ($2,025.00) |
| **Total for Professional Services** | $11,475.00 |



WESTERN CONVENIENCE STORES,                                    August 14, 2013

...No.....9533                                                   Page 2

Other Charges

| | |
|---|---|
| Hotel - Lodging - Denver, CO- Client /Expert Witness Meetings- April 20-21,2013- WILLIAM L. MONTS | 205.51 |
| Hotel - Internet -Denver, CO- Client /Expert Witness Meetings- April 20-21,2013- WILLIAM L. MONTS | 12.95 |
| Hotel - Dinner -Denver, CO- Client /Expert Witness Meetings- April 20-21,2013- WILLIAM L. MONTS | 27.00 |
| Parking - Airport/Train - Denver, CO- Client /Expert Witness Meetings- April 20-21,2013- WILLIAM L. MONTS | 34.00 |
| Taxi - Airport/Train - Denver, CO- Client /Expert Witness Meetings- April 20-21,2013- WILLIAM L. MONTS | 60.00 |
| Hotel - Dinner - Denver, CO- Client/Expert Witness Meetings- June 19-21,2013- WILLIAM L. MONTS | 40.00 |
| Taxi - Airport/Train -Denver, CO- Client/Expert Witness Meetings- June 19-21,2013-  WILLIAM L. MONTS | 64.00 |
| Taxi - Out of Town - Denver, CO- Client/Expert Witness Meetings- June 19-21,2013-  WILLIAM L. MONTS | 54.00 |
| Parking - Airport/Train -Denver, CO- Client/Expert Witness Meetings- June 19-21,2013-  WILLIAM L. MONTS | 42.50 |
| Hotel - Lodging -Denver, CO- Client/Expert Witness Meetings- June 19-21,2013- WILLIAM L. MONTS | 722.92 |

**Total for Other Charges**                                   $1,262.88

**TOTAL CURRENT INVOICE**                                    $12,737.88

Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| W. Monts | $750.00 | 18.00 | $13,500.00 |
| Total All Timekeepers | | 18.00 | $13,500.00 |



WESTERN CONVENIENCE STORES,                                    August 14, 2013

2759533                                                          Page 3

Outstanding Invoices

Paid-in-full invoices and corresponding payments are not shown below.
This summary reflects payments received through August 14, 2013.
This statement includes the current invoice.

| Invoice No. | Date | Fees | Other Charges | Total | Payments | Date Last Payment | Balance |
|---|---|---|---|---|---|---|---|
| 2743810 | 06/13/13 | 701.25 | 0.00 | 701.25 | 0.00 | | 701.25 |
| 2751488 | 07/12/13 | 33,978.75 | 0.00 | 33,978.75 | 0.00 | | 33,978.75 |
| 2759533 | 08/14/13 | 11,475.00 | 1,262.88 | 12,737.88 | 0.00 | | 12,737.88 |
| Total | | 46,155.00 | 1,262.88 | 47,417.88 | 0.00 | | 47,417.88 |

**\*\*\* RETURN THIS PAGE WITH YOUR PAYMENT \*\*\***

Please include invoice number(s) on your check for faster processing



Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC  20004-1109
T +202 637 5600
F +202 637 5910

www.hoganlovells.com

Fed. I.D. No.
53-0084704

---

Invoice No. 2776961

Client / Matter No. 088139.000022

Suncor Energy Services Inc.
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202

October 30, 2013

**WESTERN CONVENIENCE STORES, INC.**

### * * * SUMMARY OF CURRENT INVOICE * * *

| | |
|---|---|
| Professional Services | $6,450.00 |
| Less 15% Discount | ($967.50) |
| Total Professional Services | $5,482.50 |
| **Total Current Invoice** | **$5,482.50** |

* * *

| | |
|---|---|
| Past Due Amount: | $0.00 |
| **Total Amount Now Due:** | **$5,482.50** |

(See Attached Outstanding Invoice Page)

Please include invoice number(s) on your check for faster processing.

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR
HOGAN LOVELLS US LLP – OPERATING ACCOUNT
ACCOUNT# 2000010688096, WELLS FARGO BANK NA, 420 MONTGOMERY STREET
SAN FRANCISCO, CA 94104
ABA #121000248 (FOR WIRE TRANSFERS ONLY)
ABA #064001220 (FOR ACH TRANSFERS ONLY)
FOR WIRES COMING FROM OUTSIDE THE US, PLEASE USE – SWIFT CODE WFBIUS6S INSTEAD OF ABA

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante  Amsterdam  Baltimore  Beijing  Berlin  Brussels  Caracas  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  London  Los Angeles  Madrid  Miami  Milan  Moscow  Munich  New York  Northern Virginia  Paris  Philadelphia  Prague  Rome  San Francisco  Shanghai  Silicon Valley  Singapore  Tokyo  Ulaanbaatar  Warsaw  Washington DC  Associated offices: Budapest  Jakarta  Jeddah  Riyadh  Zagreb. For more information see www.hoganlovells.com

Invoice No. 2776961

Client / Matter No. 088139.000022

Suncor Energy Services Inc.
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202

October 30, 2013

## WESTERN CONVENIENCE STORES, INC.

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 09/05/13 | W. Monts | 0.30 | 750.00 | 225.00 | Telephone conference with A. Shaheen regarding ████ |
| 09/06/13 | W. Monts | 1.00 | 750.00 | 750.00 | Begin review of order granting summary judgment in part and denying summary judgment in part |
| 09/09/13 | W. Monts | 2.50 | 750.00 | 1,875.00 | Review summary judgment opinion; telephone conference with A. Shaheen and M. Korenblat regarding ████ |
| 09/18/13 | W. Monts | 3.80 | 750.00 | 2,850.00 | Review summary judgment order; review expert reports; prepare for and telephone call with A. Shaheen, M. Korenblat, J. Griffin and C. Schulman regarding ████ |
| 09/19/13 | W. Monts | 1.00 | 750.00 | 750.00 | Review cases and materials on material breach of contract; review summary judgment opinion on Suncor counterclaim |

| | |
|---|---|
| **Professional Services** | $6,450.00 |
| Less 15% Discount | ($967.50) |
| **Total for Professional Services** | $5,482.50 |
| **TOTAL CURRENT INVOICE** | $5,482.50 |

### Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|------------|------|-------|--------|
| W. Monts | $750.00 | 8.60 | $6,450.00 |
| Total All Timekeepers | | 8.60 | $6,450.00 |

WESTERN CONVENIENCE STORES, INC.
Invoice No. 2776961

October 30, 2013

Page 2

### Outstanding Invoices

Paid-in-full invoices and corresponding payments are not shown below.
This summary reflects payments received through October 30, 2013.
This statement includes the current invoice.

| Invoice No. | Date | Fees | Other Charges | Total | Payments | Date Last Payment | Balance |
|---|---|---|---|---|---|---|---|
| 2776961 | 10/30/13 | 5,482.50 | 0.00 | 5,482.50 | 0.00 | | 5,482.50 |
| Total | | 5,482.50 | 0.00 | 5,482.50 | 0.00 | | 5,482.50 |

**\*\*\* RETURN THIS PAGE WITH YOUR PAYMENT \*\*\***

Please include invoice number(s) on your check for faster processing



Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004-1109
T +202 637 5600
F +202 637 5910

www.hoganlovells.com

Fed. I.D. No.
53-0084704

---

Invoice No. 2779445

Suncor Energy Services Inc.
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202

Client / Matter No. 088139.000022

November 14, 2013

**WESTERN CONVENIENCE STORES, INC.**

### * * * SUMMARY OF CURRENT INVOICE * * *

| | |
|---|---|
| Professional Services | $7,950.00 |
| Less 15% Discount | ($1,192.50) |
| Total Professional Services | $6,757.50 |
| Other Charges | $496.04 |
| **Total Current Invoice** | **$7,253.54** |

* * *

| | |
|---|---|
| Past Due Amount: | $5,482.50 |
| **Total Amount Now Due:** | **$12,736.04** |

(See Attached Outstanding Invoice Page)

Please include invoice number(s) on your check for faster processing.

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR
HOGAN LOVELLS US LLP – OPERATING ACCOUNT
ACCOUNT# 2000010688096, WELLS FARGO BANK NA, 420 MONTGOMERY STREET
SAN FRANCISCO, CA 94104
ABA #121000248 (FOR WIRE TRANSFERS ONLY)
ABA #054001220 (FOR ACH TRANSFERS ONLY)
FOR WIRES COMING FROM OUTSIDE THE US, PLEASE USE – SWIFT CODE WFBIUS6S INSTEAD OF ABA

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante Amsterdam Baltimore Beijing Berlin Brussels Caracas Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston London Los Angeles Madrid Miami Milan Moscow Munich New York Northern Virginia Paris Philadelphia Prague Rome San Francisco Shanghai Silicon Valley Singapore Tokyo Ulaanbaatar Warsaw Washington DC Associated offices: Budapest Jakarta Jeddah Riyadh Zagreb. For more information see www.hoganlovells.com

Invoice No. 2779445

Client / Matter No. 088139.000022

Suncor Energy Services Inc.
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202

November 14, 2013

**WESTERN CONVENIENCE STORES, INC.**

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 10/15/13 | W. Monts | 1.40 | 750.00 | 1,050.00 | Telephone conference with A. Shaheen regarding ▮▮▮▮ review draft pretrial conference order |
| 10/17/13 | W. Monts | 1.10 | 750.00 | 825.00 | Review and comment on draft final pretrial conference order |
| 10/21/13 | W. Monts | 1.40 | 750.00 | 1,050.00 | Review and comment on proposed stipulations and other aspects of final pretrial conference order |
| 10/22/13 | W. Monts | 1.20 | 750.00 | 900.00 | Review and comment on final pretrial conference order; draft insert concerning Morton Salt inference |
| 10/29/13 | W. Monts | 1.00 | 750.00 | 750.00 | Review Final Pretrial Order and prepare for conference |
| 10/30/13 | W. Monts | 4.50 | 750.00 | 3,375.00 | Review proposed final pretrial conference order and prepare for pretrial conference; meet with M. Korenblat, A. Shaheen and S. Ewing regarding ▮▮▮▮▮; meet with A. Shaheen & M. Korenblat regarding ▮▮▮▮▮▮▮ attend pretrial conference; meet with M. Korenblat, A. Shaheen and S. Ewing regarding ▮▮▮▮▮ |

| | | |
|---|---|---|
| **Professional Services** | | $7,950.00 |
| Less 15% Discount | | ($1,192.50) |
| **Total for Professional Services** | | $6,757.50 |

WESTERN CONVENIENCE STORES,
INC.

November 14, 2013

Invoice No. 2779445

Page 2

Other Charges

| | |
|---|---|
| Hotel - Internet  - To attend pretrial conference and meet with client. - William Monts | 5.00 |
| Hotel - Dinner  - To attend pretrial conference and meet with client. - William Monts | 46.00 |
| Taxi - Out of Town  - To attend pretrial conference and meet with client. - William Monts | 66.50 |
| Hotel - Lodging  - To attend pretrial conference and meet with client. - 10/29/2013 - 10/30/2013 - William Monts | 283.54 |
| Taxi - Out of Town  - To attend pretrial conference and meet with client. - William Monts | 61.00 |
| Parking - Local  - To attend pretrial conference and meet with client. - William Monts | 34.00 |

**Total for Other Charges**                                                    $496.04

**TOTAL CURRENT INVOICE**                                             $7,253.54

Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| W. Monts | $750.00 | 10.60 | $7,950.00 |
| Total All Timekeepers | | 10.60 | $7,950.00 |

WESTERN CONVENIENCE STORES, INC.
Invoice No. 2779445

November 14, 2013

Page 3

Outstanding Invoices

Paid-in-full invoices and corresponding payments are not shown below.
This summary reflects payments received through November 14, 2013.
This statement includes the current invoice.

| Invoice No. | Date | Fees | Other Charges | Total | Payments | Date Last Payment | Balance |
|---|---|---|---|---|---|---|---|
| 2776961 | 10/30/13 | 5,482.50 | 0.00 | 5,482.50 | 0.00 | | 5,482.50 |
| 2779445 | 11/14/13 | 6,757.50 | 496.04 | 7,253.54 | 0.00 | | 7,253.54 |
| Total | | 12,240.00 | 496.04 | 12,736.04 | 0.00 | | 12,736.04 |

**\*\*\* RETURN THIS PAGE WITH YOUR PAYMENT \*\*\***

Please include invoice number(s) on your check for faster processing

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004-1109
T +202 637 5600
F +202 637 5910

www.hoganlovells.com

Fed. I.D. No.
53-0084704

Invoice No. 2786857                          Client / Matter No. 088139.000022

Suncor Energy Services Inc.                  December 12, 2013
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202

**WESTERN CONVENIENCE STORES, INC.**

### * * * SUMMARY OF CURRENT INVOICE * * *

| | |
|---|---|
| Professional Services | $2,400.00 |
| Less 15% Discount | ($360.00) |
| Total Professional Services | $2,040.00 |
| Other Charges | $1,607.40 |
| **Total Current Invoice** | **$3,647.40** |

* * *

| | |
|---|---|
| Past Due Amount: | $7,253.54 |
| **Total Amount Now Due:** | **$10,900.94** |

(See Attached Outstanding Invoice Page)

Please include invoice number(s) on your check for faster processing.

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR
HOGAN LOVELLS US LLP – OPERATING ACCOUNT
ACCOUNT# 2000010688098, WELLS FARGO BANK NA, 420 MONTGOMERY STREET
SAN FRANCISCO, CA 94104
ABA #121000248 (FOR WIRE TRANSFERS ONLY)
ABA #054001220 (FOR ACH TRANSFERS ONLY)
FOR WIRES COMING FROM OUTSIDE THE US, PLEASE USE – SWIFT CODE WFBIUS6S INSTEAD OF ABA

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante Amsterdam Baltimore Beijing Berlin Brussels Caracas Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston London Los Angeles Madrid Miami Milan Moscow Munich New York Northern Virginia Paris Philadelphia Prague Rome San Francisco Shanghai Silicon Valley Singapore Tokyo Ulaanbaatar Warsaw Washington DC Associated offices: Budapest Jakarta Jeddah Riyadh Zagreb. For more information see www.hoganlovells.com

Invoice No. 2786857                              Client / Matter No. 088139.000022

Suncor Energy Services Inc.                      December 12, 2013
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202


**WESTERN CONVENIENCE STORES, INC.**

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 11/10/13 | W. Monts | 1.40 | 750.00 | 1,050.00 | Review and comment on proposed stipulations for pretrial order |
| 11/12/13 | W. Monts | 0.60 | 750.00 | 450.00 | Review proposed stipulations for pretrial order |
| 11/15/13 | W. Monts | 1.20 | 750.00 | 900.00 | Review revised stipulations and other pretrial order issues |

| | |
|---|---|
| **Professional Services** | $2,400.00 |
| Less 15% Discount | ($360.00) |
| **Total for Professional Services** | $2,040.00 |

Other Charges

| | |
|---|---|
| Travel - DINERS CLUB; Washington Denver Washington; October 29, 2013; MONTS,WILLIAM L; 817956 | 47.00 |
| Travel - DINERS CLUB; Washington Denver Washington; October 29, 2013; MONTS,WILLIAM L; 817956 | 1,560.40 |

| | |
|---|---|
| **Total for Other Charges** | $1,607.40 |
| **TOTAL CURRENT INVOICE** | $3,647.40 |

Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|------------|------|-------|--------|
| W. Monts | $750.00 | 3.20 | $2,400.00 |
| Total All Timekeepers | | 3.20 | $2,400.00 |

WESTERN CONVENIENCE STORES, INC.

December 12, 2013

Invoice No. 2786857

Page 2

Outstanding Invoices

Paid-in-full invoices and corresponding payments are not shown below.
This summary reflects payments received through December 12, 2013.
This statement includes the current invoice.

| Invoice No. | Date | Fees | Other Charges | Total | Payments | Date Last Payment | Balance |
|---|---|---|---|---|---|---|---|
| 2779445 | 11/14/13 | 6,757.50 | 496.04 | 7,253.54 | 0.00 | | 7,253.54 |
| 2786857 | 12/12/13 | 2,040.00 | 1,607.40 | 3,647.40 | 0.00 | | 3,647.40 |
| Total | | 8,797.50 | 2,103.44 | 10,900.94 | 0.00 | | 10,900.94 |

**\*\*\* RETURN THIS PAGE WITH YOUR PAYMENT \*\*\***

Please include invoice number(s) on your check for faster processing