# EXHIBIT 2
# Part 4

E
X
H
I
B
I
T


2

Part 4

Hogan Lovells US LLP
One Tabor Center, Suite 1500
1200 Seventeenth Street
Denver, CO 80202
T +303 899 7300
F +303 899 7333

www.hoganlovells.com

Fed. I.D. No.
53-0084704

Invoice No. 2795376

Client / Matter No. 088139.000022

Suncor Energy Services Inc.
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202

January 23, 2014

**WESTERN CONVENIENCE STORES, INC.**

### * * * SUMMARY OF CURRENT INVOICE * * *

| | |
|---|---|
| Other Charges | $856.20 |
| **Total Current Invoice** | **$856.20** |

*   *   *

| | |
|---|---|
| Past Due Amount: | $0.00 |
| **Total Amount Now Due:** | **$856.20** |

(See Attached Outstanding Invoice Page)

Please include invoice number(s) on your check for faster processing.

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR
HOGAN LOVELLS US LLP – OPERATING ACCOUNT
ACCOUNT# 2000010688096, WELLS FARGO BANK NA, 420 MONTGOMERY STREET
SAN FRANCISCO, CA  94104
ABA #121000248 (FOR WIRE TRANSFERS ONLY)
ABA #054001220 (FOR ACH TRANSFERS ONLY)
FOR WIRES COMING FROM OUTSIDE THE US, PLEASE USE – SWIFT CODE WFBIUS6S INSTEAD OF ABA

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia.  "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante  Amsterdam  Baltimore  Beijing  Berlin  Brussels  Caracas  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  London  Los Angeles  Madrid  Miami  Milan  Moscow  Munich  New York  Northern Virginia  Paris  Philadelphia  Prague  Rome  San Francisco  Shanghai  Silicon Valley  Singapore  Tokyo  Ulaanbaatar  Warsaw  Washington DC  Associated offices: Budapest  Jakarta  Jeddah  Riyadh  Zagreb. For more information see www.hoganlovells.com

Invoice No. 2795376                                    Client / Matter No. 088139.000022

Suncor Energy Services Inc.                            January 23, 2014
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202

**WESTERN CONVENIENCE STORES, INC.**

Other Charges

| | |
|---|---:|
| Travel - DINERS CLUB; Washington Dallas/Ft Worth Denver Washington; October 28, 2013; MONTS,WILLIAM L; 818281 | 47.00 |
| Travel - DINERS CLUB; Washington Dallas/Ft Worth Denver Washington; October 28, 2013; MONTS,WILLIAM L; 818281 | 809.20 |

**Total for Other Charges**                                              $856.20

**TOTAL CURRENT INVOICE**                                           $856.20

WESTERN CONVENIENCE STORES, INC.

January 23, 2014

Invoice No. 2795376

Page 2

Outstanding Invoices

Paid-in-full invoices and corresponding payments are not shown below.
This summary reflects payments received through January 23, 2014.
This statement includes the current invoice.

| Invoice No. | Date | Fees | Other Charges | Total | Payments | Date Last Payment | Balance |
|---|---|---|---|---|---|---|---|
| 2795376 | 01/23/14 | 0.00 | 856.20 | 856.20 | 0.00 | | 856.20 |
| Total | | 0.00 | 856.20 | 856.20 | 0.00 | | 856.20 |

**\*\*\* RETURN THIS PAGE WITH YOUR PAYMENT \*\*\***

Please include invoice number(s) on your check for faster processing

Hogan Lovells US LLP
One Tabor Center, Suite 1500
1200 Seventeenth Street
Denver, CO 80202
T +303 899 7300
F +303 899 7333

www.hoganlovells.com

Fed. I.D. No.
53-0084704

---

Invoice No. 2799906                                    Client / Matter No. 088139.000022

Suncor Energy Services Inc.                            February 20, 2014
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202

**WESTERN CONVENIENCE STORES, INC.**

### * * * SUMMARY OF CURRENT INVOICE * * *

| | |
|---|---:|
| Professional Services | $1,326.00 |
| Less 15% Discount | ($198.90) |
| Total Professional Services | $1,127.10 |
| **Total Current Invoice** | **$1,127.10** |

* * *

| | |
|---|---:|
| Past Due Amount: | $856.20 |
| **Total Amount Now Due:** | **$1,983.30** |

(See Attached Outstanding Invoice Page)

Please include invoice number(s) on your check for faster processing.

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR
HOGAN LOVELLS US LLP – OPERATING ACCOUNT
ACCOUNT# 2000010688096, WELLS FARGO BANK NA, 420 MONTGOMERY STREET
SAN FRANCISCO, CA 94104
ABA #121000248 (FOR WIRE TRANSFERS ONLY)
ABA #054001220 (FOR ACH TRANSFERS ONLY)
FOR WIRES COMING FROM OUTSIDE THE US, PLEASE USE – SWIFT CODE WFBIUS6S INSTEAD OF ABA

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan
Lovells International LLP, with offices in: Alicante  Amsterdam  Baltimore  Beijing  Brussels  Caracas  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi
Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Miami  Milan  Moscow  Munich  New York  Northern Virginia  Paris  Philadelphia
Prague  Rio de Janeiro  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Tokyo  Ulaanbaatar  Warsaw  Washington DC  Associated offices: Budapest  Jakarta
Jeddah  Riyadh  Zagreb.  For more information see www.hoganlovells.com

Invoice No. 2799906

Client / Matter No. 088139.000022

Suncor Energy Services Inc.
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202

February 20, 2014

**WESTERN CONVENIENCE STORES, INC.**

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 01/27/14 | W. Monts | 1.70 | 780.00 | 1,326.00 | Telephone conference with A. Shaheen regarding ████████; review Suncor summary judgment briefing and expert reports |

| | | |
|---|---|---|
| **Professional Services** | | $1,326.00 |
| Less 15% Discount | | ($198.90) |
| **Total for Professional Services** | | $1,127.10 |

| | |
|---|---|
| **TOTAL CURRENT INVOICE** | $1,127.10 |

Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|------------|------|-------|--------|
| W. Monts | $780.00 | 1.70 | $1,326.00 |
| Total All Timekeepers | | 1.70 | $1,326.00 |

WESTERN CONVENIENCE STORES,
INC.
Invoice No. 2799906

February 20, 2014

Page 2

Outstanding Invoices

Paid-in-full invoices and corresponding payments are not shown below.
This summary reflects payments received through February 20, 2014.
This statement includes the current invoice.

| Invoice No. | Date | Fees | Other Charges | Total | Payments | Date Last Payment | Balance |
|---|---|---|---|---|---|---|---|
| 2795376 | 01/23/14 | 0.00 | 856.20 | 856.20 | 0.00 | | 856.20 |
| 2799906 | 02/20/14 | 1,127.10 | 0.00 | 1,127.10 | 0.00 | | 1,127.10 |
| Total | | 1,127.10 | 856.20 | 1,983.30 | 0.00 | | 1,983.30 |

**\*\*\* RETURN THIS PAGE WITH YOUR PAYMENT \*\*\***

Please include invoice number(s) on your check for faster processing



Hogan Lovells US LLP
One Tabor Center, Suite 1500
1200 Seventeenth Street
Denver, CO 80202
T +303 899 7300
F +303 899 7333

**www.hoganlovells.com**

**Fed. I.D. No.
53-0084704**

---

Invoice No. 2809351                          Client / Matter No. 088139.000022

Suncor Energy Services Inc.                  March 28, 2014
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202

**WESTERN CONVENIENCE STORES, INC.**

### * * * SUMMARY OF CURRENT INVOICE * * *

| | |
|---|---|
| Professional Services | $70,980.00 |
| Less 15% Discount | ($10,647.00) |
| Total Professional Services | $60,333.00 |
| **Total Current Invoice** | **$60,333.00** |

* * *

| | |
|---|---|
| Past Due Amount: | $0.00 |
| **Total Amount Now Due:** | **$60,333.00** |

(See Attached Outstanding Invoice Page)

Please include invoice number(s) on your check for faster processing.

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR
HOGAN LOVELLS US LLP – OPERATING ACCOUNT
ACCOUNT# 2000010686096, WELLS FARGO BANK NA, 420 MONTGOMERY STREET
SAN FRANCISCO, CA 94104
ABA #121000248 (FOR WIRE TRANSFERS ONLY)
ABA #054001220 (FOR ACH TRANSFERS ONLY)
FOR WIRES COMING FROM OUTSIDE THE US, PLEASE USE – SWIFT CODE WFBIUS6S INSTEAD OF ABA

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante  Amsterdam  Baltimore  Beijing  Brussels  Caracas  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Miami  Milan  Moscow  Munich  New York  Northern Virginia  Paris  Philadelphia  Prague  Rio de Janeiro  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Tokyo  Ulaanbaatar  Warsaw  Washington DC  Associated offices: Budapest  Jakarta  Jeddah  Riyadh  Zagreb. For more information see www.hoganlovells.com

Invoice No. 2809351

Client / Matter No. 088139.000022

Suncor Energy Services Inc.
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202

March 28, 2014

**WESTERN CONVENIENCE STORES, INC.**

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 02/04/14 | W. Monts | 1.20 | 780.00 | 936.00 | Review expert reports and depositions of Kroger witnesses |
| 02/06/14 | W. Monts | 0.60 | 780.00 | 468.00 | Review expert reports |
| 02/07/14 | W. Monts | 1.80 | 780.00 | 1,404.00 | Review expert reports and Kroger witness depositions |
| 02/10/14 | W. Monts | 1.80 | 780.00 | 1,404.00 | Review expert reports and Kroger witness depositions |
| 02/11/14 | W. Monts | 3.30 | 780.00 | 2,574.00 | Review expert reports and Kroger witness depositions; telephone conference with A. Shaheen regarding ▮▮▮ |
| 02/12/14 | W. Monts | 5.60 | 780.00 | 4,368.00 | Review deposition of H. Taraghi; review expert reports served by plaintiffs; review Kroger witness depositions |
| 02/13/14 | W. Monts | 6.30 | 780.00 | 4,914.00 | Review documents and exhibits for trial; review expert reports |
| 02/14/14 | W. Monts | 6.40 | 780.00 | 4,992.00 | Review documents and exhibits for trial; review expert reports |
| 02/18/14 | W. Monts | 6.40 | 780.00 | 4,992.00 | Meet with A. Shaheen regarding ▮▮▮ |
| 02/19/14 | W. Monts | 6.60 | 780.00 | 5,148.00 | Meet with A. Shaheen regarding ▮▮▮ |
| 02/20/14 | W. Monts | 6.50 | 780.00 | 5,070.00 | Meet with A. Shaheen regarding ▮▮▮ meet with A. Shaheen and C. Schulman regarding ▮▮▮; meet with M. Korenblat, N. Thonen, A. Levy and C. Chrisman regarding ▮▮▮ |
| 02/21/14 | W. Monts | 7.70 | 780.00 | 6,006.00 | Meet with A. Shaheen and C. Schulman regarding ▮▮▮ |
| 02/22/14 | W. Monts | 3.00 | 780.00 | 2,340.00 | Telephone conference with A. Shaheen and C. Schulman regarding ▮▮▮ |
| 02/24/14 | W. Monts | 6.20 | 780.00 | 4,836.00 | Trial preparation |
| 02/25/14 | W. Monts | 3.60 | 780.00 | 2,808.00 | Trial preparation |
| 02/26/14 | W. Monts | 7.00 | 780.00 | 5,460.00 | Meet with court regarding technology in courtroom; trial preparation |

WESTERN CONVENIENCE STORES, INC.
Invoice No. 2809351

March 28, 2014

Page 2

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 02/27/14 | W. Monts | 10.00 | 780.00 | 7,800.00 | Meet with C. Chrisman, M. Korenblat, N. Thonen and A. Levy regarding ▮▮▮▮ trial preparation; meet with A. Shaheen and C. Schulman regarding ▮▮▮▮▮▮▮ |
| 02/28/14 | W. Monts | 7.00 | 780.00 | 5,460.00 | Meet with A. Shaheen and C. Schulman regarding ▮▮▮▮▮▮▮▮▮▮▮▮ review trial exhibits |

| | | |
|---|---|---|
| **Professional Services** | | $70,980.00 |
| Less 15% Discount | | ($10,647.00) |
| **Total for Professional Services** | | $60,333.00 |
| **TOTAL CURRENT INVOICE** | | $60,333.00 |

Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|------------|------|-------|--------|
| W. Monts | $780.00 | 91.00 | $70,980.00 |
| Total All Timekeepers | | 91.00 | $70,980.00 |

WESTERN CONVENIENCE STORES, INC.

March 28, 2014

Invoice No. 2809351

Page 3

## Outstanding Invoices

Paid-in-full invoices and corresponding payments are not shown below.
This summary reflects payments received through March 28, 2014.
This statement includes the current invoice.

| Invoice No. | Date | Fees | Other Charges | Total | Payments | Date Last Payment | Balance |
|---|---|---|---|---|---|---|---|
| 2809351 | 03/28/14 | 60,333.00 | 0.00 | 60,333.00 | 0.00 | | 60,333.00 |
| Total | | 60,333.00 | 0.00 | 60,333.00 | 0.00 | | 60,333.00 |

**\*\*\* RETURN THIS PAGE WITH YOUR PAYMENT \*\*\***

Please include invoice number(s) on your check for faster processing

Hogan Lovells US LLP
One Tabor Center, Suite 1500
1200 Seventeenth Street
Denver, CO 80202
T +303 899 7300
F +303 899 7333

www.hoganlovells.com

Fed. I.D. No.
53-0084704

---

Invoice No. 2815659                           Client / Matter No. 088139.000022

Suncor Energy Services Inc.                   April 25, 2014
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202

**WESTERN CONVENIENCE STORES, INC.**

### * * * SUMMARY OF CURRENT INVOICE * * *

| | |
|---|---|
| Professional Services | $167,466.00 |
| Less 15% Discount | ($25,119.90) |
| Total Professional Services | $142,346.10 |
| Other Charges | $695.35 |
| **Total Current Invoice** | **$143,041.45** |

* * *

| | |
|---|---|
| Past Due Amount: | $60,333.00 |
| **Total Amount Now Due:** | **$203,374.45** |

(See Attached Outstanding Invoice Page)

Please include invoice number(s) on your check for faster processing.

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR
HOGAN LOVELLS US LLP – OPERATING ACCOUNT
ACCOUNT# 2000010688096, WELLS FARGO BANK NA, 420 MONTGOMERY STREET
SAN FRANCISCO, CA 94104
ABA #121000248 (FOR WIRE TRANSFERS ONLY)
ABA #054001220 (FOR ACH TRANSFERS ONLY)
FOR WIRES COMING FROM OUTSIDE THE US, PLEASE USE – SWIFT CODE WFBIUS6S INSTEAD OF ABA

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante  Amsterdam  Baltimore  Beijing  Brussels  Caracas  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Miami  Milan  Moscow  Munich  New York  Northern Virginia  Paris  Philadelphia  Prague  Rio de Janeiro  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Tokyo  Ulaanbaatar  Warsaw  Washington DC  Associated offices: Budapest  Jakarta  Jeddah  Riyadh  Zagreb.  For more information see www.hoganlovells.com

Invoice No. 2815659                                    Client / Matter No. 088139.000022

Suncor Energy Services Inc.                            April 25, 2014
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202

**WESTERN CONVENIENCE STORES, INC.**

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 03/01/14 | W. Monts | 6.00 | 780.00 | 4,680.00 | Review exhibits for trial; other trial preparation |
| 03/02/14 | W. Monts | 6.50 | 780.00 | 5,070.00 | Review exhibits for trial; other trial preparation |
| 03/03/14 | W. Monts | 7.60 | 780.00 | 5,928.00 | Review J. Mayes report and rebuttal report and prepare for cross-examination of J. Mayes; meet with A. Shaheen regarding ▇▇▇▇▇ |
| 03/04/14 | W. Monts | 9.40 | 780.00 | 7,332.00 | Meet with C. Schulman regarding expert testimony and demonstrative exhibits; meet with C. Schulman and A. Shaheen regarding ▇▇ other trial preparation; revise outline for direct examination ▇▇ |
| 03/05/14 | W. Monts | 9.30 | 780.00 | 7,254.00 | Meet with C. Schulman regarding expert testimony and demonstrative exhibits; meet with C. Schulman and A. Shaheen regarding ▇▇▇▇ |
| 03/06/14 | W. Monts | 10.00 | 780.00 | 7,800.00 | Meet with J. Griffin and survey Western and Kroger sites at issue; meet with A. Shaheen and C. Schulman regarding ▇▇ |
| 03/07/14 | W. Monts | 10.00 | 780.00 | 7,800.00 | Meet with A. Shaheen, J. Griffin and C. Schulman regarding ▇▇ meet with A. Shaheen and C. Schulman regarding ▇▇ prepare for ▇ cross-examination; other trial preparation |
| 03/08/14 | W. Monts | 9.00 | 780.00 | 7,020.00 | Meet with A. Shaheen, J. Griffin and C. Schulman regarding ▇▇; meet with A. Shaheen and C. Schulman regarding ▇▇; prepare for ▇ cross-examination; other trial preparation |

WESTERN CONVENIENCE STORES, INC.                                    April 25, 2014
Invoice No. 2815659                                                        Page 2

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 03/09/14 | W. Monts | 10.00 | 780.00 | 7,800.00 | Meet with A. Shaheen and C. Schulman regarding ▓▓▓▓▓▓; meet with A. Shaheen regarding ▓▓▓▓▓▓; prepare ▓▓▓▓▓ cross-examination; review S. Giannola deposition and prepare ▓▓▓▓▓ cross-examination |
| 03/10/14 | W. Monts | 10.00 | 780.00 | 7,800.00 | Review and revise ▓▓▓▓ cross-examination outline; meet with C. Chrisman regarding ▓▓▓▓▓▓; review exhibits related to N. Thonen testimony; review E. Sharpe deposition and prepare for E. Sharpe cross-examination; other trial preparation |
| 03/11/14 | W. Monts | 10.00 | 780.00 | 7,800.00 | Meet with C. Chrisman and N. Thonen regarding ▓▓▓▓▓▓ draft outline for N. Thonen trial testimony; review E. Sharpe deposition; review J. Mayes interstate commerce analysis and meet with C. Chrisman regarding ▓▓▓▓ telephone conference with M. Korenblat and C. Chrisman |
| 03/12/14 | W. Monts | 10.00 | 780.00 | 7,800.00 | Meet with A. Shaheen, C. Chrisman, K. Bell and trial team regarding ▓▓▓▓ ▓▓▓▓▓▓ draft outline for N. Thonen trial testimony; meet with C. Chrisman and N. Thonen regarding ▓▓▓▓▓▓ review depositions and make designations for Kroger witnesses; other trial preparation |
| 03/13/14 | W. Monts | 10.00 | 780.00 | 7,800.00 | Meet with C. Chrisman and N. Thonen regarding ▓▓▓▓▓▓ meet with A. Shaheen, C. Chrisman, and N. Thonen regarding ▓▓▓▓▓▓ review and make designations of V. Kopp testimony; review Mayes Report, new Mayes interstate commerce analysis and continue outline of cross-examination; other trial preparation |
| 03/14/14 | W. Monts | 10.00 | 780.00 | 7,800.00 | Meet with A. Shaheen regarding ▓▓▓▓▓▓ prepare for cross ▓▓ ▓▓▓▓ and S. Giannola; prepare for cross ▓▓ ▓▓▓▓ other trial preparation |
| 03/15/14 | W. Monts | 7.00 | 780.00 | 5,460.00 | Trial preparation |
| 03/16/14 | W. Monts | 9.00 | 780.00 | 7,020.00 | Trial preparation |
| 03/17/14 | W. Monts | 10.00 | 780.00 | 7,800.00 | Trial and trial preparation |
| 03/18/14 | W. Monts | 10.00 | 780.00 | 7,800.00 | Trial and trial preparation |
| 03/19/14 | W. Monts | 10.00 | 780.00 | 7,800.00 | Trial and trial preparation |
| 03/20/14 | W. Monts | 10.00 | 780.00 | 7,800.00 | Trial and trial preparation |

WESTERN CONVENIENCE STORES, INC.                                            April 25, 2014

Invoice No. 2815659                                                                    Page 3

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 03/21/14 | W. Monts | 10.00 | 780.00 | 7,800.00 | Trial preparation |
| 03/22/14 | W. Monts | 7.00 | 780.00 | 5,460.00 | Trial preparation |
| 03/23/14 | W. Monts | 6.00 | 780.00 | 4,680.00 | Trial preparation |
| 03/24/14 | W. Monts | 3.50 | 780.00 | 2,730.00 | Trial; meet with M. Korenblat, A. Shaheen, C. Chrisman, K. Jeffrey and K. Bell regarding ▓▓▓▓▓▓ |
| 03/26/14 | W. Monts | 2.20 | 780.00 | 1,716.00 | Research regarding meeting competition cases and cases concerning similarly situated customers; review and comment on draft list of cases for court |
| 03/28/14 | W. Monts | 2.20 | 780.00 | 1,716.00 | Research regarding meeting competition cases and cases concerning similarly situated customers; review cases for state-law claim; review and comment on draft list of cases for court |

**Professional Services**                                                          $167,466.00

Less 15% Discount                                                                  ($25,119.90)

**Total for Professional Services**                                              $142,346.10

Other Charges

| | | |
|---|---|---|
| Air Freight - Federal Express Inv#257477504 Airbill#798028972830 | 50.11 | |
| Travel - DINERS CLUB; Washington Denver Washington; February 17, 2014; MONTS,WILLIAM L; 811274 | 598.24 | |
| Travel - DINERS CLUB; Washington Denver Washington; February 17, 2014; MONTS,WILLIAM L; 811274 | 47.00 | |

**Total for Other Charges**                                                         $695.35

**TOTAL CURRENT INVOICE**                                                      $143,041.45

Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|------------|------|-------|--------|
| W. Monts | $780.00 | 214.70 | $167,466.00 |
| Total All Timekeepers | | 214.70 | $167,466.00 |

WESTERN CONVENIENCE STORES, INC.
Invoice No. 2815659

April 25, 2014

Page 4

Outstanding Invoices

Paid-in-full invoices and corresponding payments are not shown below.
This summary reflects payments received through April 25, 2014.
This statement includes the current invoice.

| Invoice No. | Date | Fees | Other Charges | Total | Payments | Date Last Payment | Balance |
|---|---|---|---|---|---|---|---|
| 2809351 | 03/28/14 | 60,333.00 | 0.00 | 60,333.00 | 0.00 | | 60,333.00 |
| 2815659 | 04/25/14 | 142,346.10 | 695.35 | 143,041.45 | 0.00 | | 143,041.45 |
| Total | | 202,679.10 | 695.35 | 203,374.45 | 0.00 | | 203,374.45 |

**\*\*\* RETURN THIS PAGE WITH YOUR PAYMENT \*\*\***

Please include invoice number(s) on your check for faster processing

Hogan Lovells US LLP
One Tabor Center, Suite 1500
1200 Seventeenth Street
Denver, CO 80202
T +303 899 7300
F +303 899 7333

www.hoganlovells.com

Fed. I.D. No.
53-0084704

Invoice No. 2820885

Client / Matter No. 088139.000022

Suncor Energy Services Inc.
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202

May 21, 2014

**WESTERN CONVENIENCE STORES, INC.**

### * * * SUMMARY OF CURRENT INVOICE * * *

| | |
|---|---|
| Other Charges | $536.06 |
| **Total Current Invoice** | **$536.06** |

* * *

| | |
|---|---|
| Past Due Amount: | $203,374.45 |
| **Total Amount Now Due:** | **$203,910.51** |

(See Attached Outstanding Invoice Page)

Please include invoice number(s) on your check for faster processing.

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR
HOGAN LOVELLS US LLP – OPERATING ACCOUNT
ACCOUNT# 2000010688096, WELLS FARGO BANK NA, 420 MONTGOMERY STREET
SAN FRANCISCO, CA 94104
ABA #121000248 (FOR WIRE TRANSFERS ONLY)
ABA #054001220 (FOR ACH TRANSFERS ONLY)
FOR WIRES COMING FROM OUTSIDE THE US, PLEASE USE – SWIFT CODE WFBIUS6S INSTEAD OF ABA

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante  Amsterdam  Baltimore  Beijing  Brussels  Caracas  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Miami  Milan  Moscow  Munich  New York  Northern Virginia  Paris  Philadelphia  Prague  Rio de Janeiro  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Tokyo  Ulaanbaatar  Warsaw  Washington DC  Associated offices: Budapest  Jakarta  Jeddah  Riyadh  Zagreb.  For more information see www.hoganlovells.com

Invoice No. 2820885                              Client / Matter No. 088139.000022

Suncor Energy Services Inc.                      May 21, 2014
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202


**WESTERN CONVENIENCE STORES, INC.**


Other Charges

| | |
|---|---:|
| Air Freight - UPS Inv#0000002A962V144 Tracking#1Z2A962V0395721455 | 22.06 |
| Travel - DINERS CLUB; Washington Denver; February 25, 2014; MONTS,WILLIAM L; 811970 | 47.00 |
| Travel - DINERS CLUB; Washington Denver; February 25, 2014; MONTS,WILLIAM L; 811970 | 467.00 |

**Total for Other Charges**                                              $536.06


**TOTAL CURRENT INVOICE**                                               $536.06

WESTERN CONVENIENCE STORES, INC.                          May 21, 2014

Invoice No. 2820885                                                Page 2

Outstanding Invoices

Paid-in-full invoices and corresponding payments are not shown below.
This summary reflects payments received through May 21, 2014.
This statement includes the current invoice.

| Invoice No. | Date | Fees | Other Charges | Total | Payments | Date Last Payment | Balance |
|---|---|---|---|---|---|---|---|
| 2809351 | 03/28/14 | 60,333.00 | 0.00 | 60,333.00 | 0.00 | | 60,333.00 |
| 2815659 | 04/25/14 | 142,346.10 | 695.35 | 143,041.45 | 0.00 | | 143,041.45 |
| 2820885 | 05/21/14 | 0.00 | 536.06 | 536.06 | 0.00 | | 536.06 |
| Total | | 202,679.10 | 1,231.41 | 203,910.51 | 0.00 | | 203,910.51 |

**\*\*\* RETURN THIS PAGE WITH YOUR PAYMENT \*\*\***

Please include invoice number(s) on your check for faster processing



Hogan Lovells US LLP
One Tabor Center, Suite 1500
1200 Seventeenth Street
Denver, CO 80202
T +303 899 7300
F +303 899 7333

www.hoganlovells.com

Fed. I.D. No.
53-0084704

---

Invoice No. 2830132

Suncor Energy Services Inc.
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202

Client / Matter No. 088139.000022

June 26, 2014

**WESTERN CONVENIENCE STORES, INC.**

### * * * SUMMARY OF CURRENT INVOICE * * *

Other Charges                                   $514.00

**Total Current Invoice**                       **$514.00**

* * *

Past Due Amount:                                $203,374.45

**Total Amount Now Due:**                       **$203,888.45**

(See Attached Outstanding Invoice Page)

Please include invoice number(s) on your check for faster processing.

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR
HOGAN LOVELLS US LLP – OPERATING ACCOUNT
ACCOUNT# 2000010688096, WELLS FARGO BANK NA, 420 MONTGOMERY STREET
SAN FRANCISCO, CA 94104
ABA #121000248 (FOR WIRE TRANSFERS ONLY)
ABA #054001220 (FOR ACH TRANSFERS ONLY)
FOR WIRES COMING FROM OUTSIDE THE US, PLEASE USE – SWIFT CODE WFBIUS6S INSTEAD OF ABA

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante  Amsterdam  Baltimore  Beijing  Brussels  Caracas  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Miami  Milan  Moscow  Munich  New York  Northern Virginia  Paris  Philadelphia  Prague  Rio de Janeiro  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Tokyo  Ulaanbaatar  Warsaw  Washington DC  Associated offices: Budapest  Jakarta  Jeddah  Riyadh  Zagreb.  For more information see www.hoganlovells.com

Invoice No. 2830132                                    Client / Matter No. 088139.000022

Suncor Energy Services Inc.                            June 26, 2014
Attention: Michael E. Korenblat, General Counsel
717 17th Street, Suite 2900
Denver, CO 80202


**WESTERN CONVENIENCE STORES, INC.**


Other Charges

|  | | |
|---|---|---|
| Travel - DINERS CLUB; Denver Washington; April 01, 2014; MONTS,WILLIAM L; 813021 | 467.00 | |
| Travel - DINERS CLUB; Denver Washington; April 01, 2014; MONTS,WILLIAM L; 813021 | 47.00 | |

**Total for Other Charges**                                              $514.00


**TOTAL CURRENT INVOICE**                                              $514.00

WESTERN CONVENIENCE STORES, INC.
Invoice No. 2830132

June 26, 2014

Page 2

### Outstanding Invoices

Paid-in-full invoices and corresponding payments are not shown below.
This summary reflects payments received through June 26, 2014.
This statement includes the current invoice.

| Invoice No. | Date | Fees | Other Charges | Total | Payments | Date Last Payment | Balance |
|---|---|---|---|---|---|---|---|
| 2809351 | 03/28/14 | 60,333.00 | 0.00 | 60,333.00 | 0.00 | | 60,333.00 |
| 2815659 | 04/25/14 | 142,346.10 | 695.35 | 143,041.45 | 0.00 | | 143,041.45 |
| 2830132 | 06/26/14 | 0.00 | 514.00 | 514.00 | 0.00 | | 514.00 |
| Total | | 202,679.10 | 1,209.35 | 203,888.45 | 0.00 | | 203,888.45 |

**\*\*\* RETURN THIS PAGE WITH YOUR PAYMENT \*\*\***

Please include invoice number(s) on your check for faster processing