# EXHIBIT 3

E
X
H
I
B
I
T

3

## Gibson Arnold & Associates, Inc.

P.O. Box 18110
Golden, CO 80402



**Invoice - 7891**

Telephone : (303) 273-9420
Fax:  (303) 273-9424
Fed Tax ID No. 76-0279866

| Billing Address | |
|---|---|

| Customer Number | 000042ZJ |
|---|---|
| Credit Terms | 2% 10 Days, Net 30 |

Suncor Energy (U.S.A.) Inc.
Attn: Alex Ritchie, Esq.
717 17th Street, 29th Floor
Denver, CO  80202

| Invoice Date | Amount Due |
|---|---|
| 8/10/2011 | $472.50 |

| Week Ending | Employee Name | Description | | | | Amount |
|---|---|---|---|---|---|---|
| 8/7/2011 | Kishbaugh, Karen A | Attorney | HOUR | 6.75 | $70.00 | $472.50 |

### Thank you for your business.          $472.50

Prompt payment within 10 days will save you: $ 9.45

# Gibson Arnold & Associates, Inc.

P.O. Box 18110
Golden, CO  80402



**Invoice - 7920**

Telephone : (303) 273-9420
Fax:  (303) 273-9424
Fed Tax ID No. 76-0279866

| Billing Address | | Customer Number | 000042ZJ |
|---|---|---|---|
| | | Credit Terms | 2% 10 Days, Net 30 |

Suncor Energy (U.S.A.) Inc.
Attn: Alex Ritchie, Esq.
717 17th Street, 29th Floor
Denver, CO  80202

| Invoice Date | Amount Due |
|---|---|
| 8/17/2011 | **$2,380.00** |

| Week Ending | Employee Name | Description | | | Rate/Price | Amount |
|---|---|---|---|---|---|---|
| 8/14/2011 | Kishbaugh, Karen A | Attorney | HOUR | 34.00 | $70.00 | $2,380.00 |

### *Thank you for your business.*   **$2,380.00**

Prompt payment within 10 days will save you: $ 47.60

# Gibson Arnold & Associates, Inc.

P.O. Box 18110
Golden, CO  80402



**Invoice - 7951**

Telephone : (303) 273-9420
Fax:  (303) 273-9424
Fed Tax ID No. 76-0279866

| Billing Address | | Customer Number | 000042ZJ |
|---|---|---|---|
| | | Credit Terms | 2% 10 Days, Net 30 |

Suncor Energy (U.S.A.) Inc.
Attn: Alex Ritchie, Esq.
717 17th Street, 29th Floor
Denver, CO  80202

| Invoice Date | Amount Due |
|---|---|
| 8/24/2011 | **$2,782.50** |

| Week Ending | Employee Name | Description | | | | Amount |
|---|---|---|---|---|---|---|
| 8/21/2011 | Kishbaugh, Karen A | Attorney | HOUR | 39.75 | $70.00 | $2,782.50 |

### Thank you for your business.            **$2,782.50**

Prompt payment within 10 days will save you $ 55.65

**Gibson Arnold & Associates, Inc.**

P.O. Box 18110
Golden, CO  80402



**Invoice - 7981**

Telephone : (303) 273-9420
Fax:  (303) 273-9424
Fed Tax ID No. 76-0279866

| Billing Address | |
|---|---|

| Customer Number | 000042ZJ |
|---|---|
| Credit Terms | 2% 10 Days, Net 30 |

Suncor Energy (U.S.A.) Inc.
Attn: Alex Ritchie, Esq.
717 17th Street, 29th Floor
Denver, CO  80202

| Invoice Date | Amount Due |
|---|---|
| 8/31/2011 | **$2,730.00** |

| Week Ending | Employee Name | Description | | Hours | Rate / Price | Amount |
|---|---|---|---|---|---|---|
| 8/28/2011 | Kishbaugh, Karen A | Attorney | HOUR | 39.00 | $70.00 | $2,730.00 |

***Thank you for your business.***          **$2,730.00**

Prompt payment within 10 days will save you: $ 54.60

## Gibson Arnold & Associates, Inc.

P.O. Box 18110
Golden, CO  80402



**Invoice - 8015**

Telephone : (303) 273-9420
Fax:  (303) 273-9424
Fed Tax ID No. 76-0279866

| Billing Address | | Customer Number | 000042ZJ |
|---|---|---|---|
| | | Credit Terms | 2% 10 Days, Net 30 |

Suncor Energy (U.S.A.) Inc.
Attn: Alex Ritchie, Esq.
717 17th Street, 29th Floor
Denver, CO  80202

| Invoice Date | Amount Due |
|---|---|
| 9/7/2011 | **$2,730.00** |

| | Employee Name | Description | | | | Amount |
|---|---|---|---|---|---|---|
| 9/4/2011 | Kishbaugh, Karen A | Attorney | HOUR | 39.00 | $70.00 | $2,730.00 |

### Thank you for your business.   $2,730.00

Prompt payment within 10 days will save you: $ 54.60

# Gibson Arnold & Associates, Inc.

P.O. Box 18110
Golden, CO  80402



**Invoice - 8043**

Telephone : (303) 273-9420
Fax:  (303) 273-9424
Fed Tax ID No. 76-0279866

| Billing Address | | Customer Number | 000042ZJ |
|---|---|---|---|
| | | Credit Terms | 2% 10 Days, Net 30 |

Suncor Energy (U.S.A.) Inc.
Attn: Alex Ritchie, Esq.
717 17th Street, 29th Floor
Denver, CO  80202

| Invoice Date | Amount Due |
|---|---|
| 9/14/2011 | **$1,925.00** |

| Week Ending | Employee Name | Description | Hours | Price | Amount |
|---|---|---|---|---|---|
| 9/11/2011 | Kishbaugh, Karen A | Attorney | HOUR | 27.50 | $70.00 | $1,925.00 |

**Thank you for your business.**          **$1,925.00**

Prompt payment within 10 days will save you: $ 38.50

# Gibson Arnold & Associates, Inc.

P.O. Box 18110
Golden, CO  80402



**Invoice - 8069**

Telephone : (303) 273-9420
Fax:  (303) 273-9424
Fed Tax ID No. 76-0279866

| Billing Address | | Customer Number | 000042ZJ |
|---|---|---|---|
| | | Credit Terms | 2% 10 Days, Net 30 |

Suncor Energy (U.S.A.) Inc.
Attn: Alex Ritchie, Esq.
717 17th Street, 29th Floor
Denver, CO  80202

| Invoice Date | Amount Due |
|---|---|
| 9/21/2011 | **$2,851.22** |

| Week Ending | Employee Name | Description | | | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/18/2011 | Kishbaugh, Karen A | Attorney | HOUR | 39.50 | $70.00 | $2,765.00 |
| 9/18/2011 | Kishbaugh, Karen A | Attorney | EXPEN | 1.00 | $86.22 | $86.22 |

### *Thank you for your business.*    **$2,851.22**

Prompt payment within 10 days will save you: $ 57.02

# Gibson Arnold & Associates, Inc.

**P.O. Box 18110**
**Golden, CO  80402**



**Invoice - 8098**

Telephone : (303) 273-9420
Fax:  (303) 273-9424
Fed Tax ID No. 76-0279866

| Billing Address | |
|---|---|

| Customer Number | 000042ZJ |
|---|---|
| Credit Terms | 2% 10 Days, Net 30 |

Suncor Energy (U.S.A.) Inc.
Attn: Alex Ritchie, Esq.
717 17th Street, 29th Floor
Denver, CO  80202

| Invoice Date | Amount Due |
|---|---|
| 9/28/2011 | **$1,785.00** |

| Week Ending | Employee Name | Description | | | | Amount |
|---|---|---|---|---|---|---|
| 9/25/2011 | Kishbaugh, Karen A | Attorney | HOUR | 25.50 | $70.00 | $1,785.00 |

### *Thank you for your business.*   **$1,785.00**

Prompt payment within 10 days will save you $ 35.70

# Gibson Arnold & Associates, Inc.

P.O. Box 18110
Golden, CO  80402



**Invoice - 8123**

Telephone : (303) 273-9420
Fax:  (303) 273-9424
Fed Tax ID No. 76-0279866

| Billing Address | |
|---|---|

| Customer Number | 000042ZJ |
|---|---|
| Credit Terms | 2% 10 Days, Net 30 |

Suncor Energy (U.S.A.) Inc.
Attn: Alex Ritchie, Esq.
717 17th Street, 29th Floor
Denver, CO  80202

| Invoice Date | Amount Due |
|---|---|
| 10/5/2011 | **$1,942.50** |

| Work Date | Employee Name | Description | U/M | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/2/2011 | Kishbaugh, Karen A | Attorney | HOUR | 27.75 | $70.00 | $1,942.50 |

***Thank you for your business.***     **$1,942.50**

Prompt payment within 10 days will save you $ 38.85

*- Page Number 1*

# Gibson Arnold & Associates, Inc.

**P.O. Box 18110**
**Golden, CO 80402**



**Invoice - 8179**

Telephone : (303) 273-9420
Fax:  (303) 273-9424
Fed Tax ID No. 76-0279866

| Billing Address | | Customer Number | 000042ZJ |
|---|---|---|---|
| | | Credit Terms | 2% 10 Days, Net 30 |

Suncor Energy (U.S.A.) Inc.
Attn: Alex Ritchie, Esq.
717 17th Street, 29th Floor
Denver, CO  80202

| Invoice Date | Amount Due |
|---|---|
| 10/19/2011 | $1,295.00 |

| Date | Employee Name | Description | | Hour | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/16/2011 | Kishbaugh, Karen A | Attorney | HOUR | 18.50 | $70.00 | $1,295.00 |

*Thank you for your business.*  **$1,295.00**

Prompt payment within 10 days will save you: $ 25.90

# Gibson Arnold & Associates, Inc.

P.O. Box 18110
Golden, CO  80402



**Invoice - 8204**

Telephone : (303) 273-9420
Fax:  (303) 273-9424
Fed Tax ID No. 76-0279866

| Billing Address | | Customer Number | 000042ZJ |
|---|---|---|---|
| | | Credit Terms | 2% 10 Days, Net 30 |

Suncor Energy (U.S.A.) Inc.
Attn: Alex Ritchie, Esq.
717 17th Street, 29th Floor
Denver, CO  80202

| Invoice Date | Amount Due |
|---|---|
| 10/26/2011 | **$1,277.50** |

| Week Ending | Employee Name | Description | | Rate | | Amount |
|---|---|---|---|---|---|---|
| 10/23/2011 | Kishbaugh, Karen A | Attorney | HOUR | 18.25 | $70.00 | $1,277.50 |

### Thank you for your business.          $1,277.50

Prompt payment within 10 days will save you: $ 25.55

# Gibson Arnold & Associates, Inc.

**Invoice - 8228**

P.O. Box 18110
Golden, CO  80402



Telephone : (303) 273-9420
Fax:  (303) 273-9424
Fed Tax ID No. 76-0279866

| Billing Address | | Customer Number | 000042ZJ |
|---|---|---|---|
| | | Credit Terms | 2% 10 Days, Net 30 |

Suncor Energy (U.S.A.) Inc.
Attn: Alex Ritchie, Esq.
717 17th Street, 29th Floor
Denver, CO  80202

| Invoice Date | Amount Due |
|---|---|
| 11/2/2011 | $1,925.00 |

| Date | Employee Name | Description | | | | Amount |
|---|---|---|---|---|---|---|
| 10/30/2011 | Kishbaugh, Karen A | Attorney | HOUR | 27.50 | $70.00 | $1,925.00 |

**Thank you for your business.**          **$1,925.00**

Prompt payment within 10 days will save you $ 38.50

# Gibson Arnold & Associates, Inc.

P.O. Box 18110
Golden, CO  80402



**Invoice - 8238**

Telephone : (303) 273-9420
Fax:  (303) 273-9424
Fed Tax ID No. 76-0279866

| Billing Address | | Customer Number | 000042ZJ |
|---|---|---|---|
| | | Credit Terms | 2% 10 Days, Net 30 |

Suncor Energy (U.S.A.) Inc.
Attn: Alex Ritchie, Esq.
717 17th Street, 29th Floor
Denver, CO  80202

| Invoice Date | Amount Due |
|---|---|
| 11/9/2011 | $1,977.50 |

| Work Performed | Employee Name | Description | Units | Hours | Rate of Time | Amount |
|---|---|---|---|---|---|---|
| 11/6/2011 | Kishbaugh, Karen A | Attorney | HOUR | 28.25 | $70.00 | $1,977.50 |

### *Thank you for your business.*   **$1,977.50**

Prompt payment within 10 days will save you: $ 39.55

---

*- Page Number 1*

# Gibson Arnold & Associates, Inc.

**P.O. Box 18110**
**Golden, CO  80402**



**Invoice - 8278**

Telephone : (303) 273-9420
Fax:  (303) 273-9424
Fed Tax ID No. 76-0279866

| Billing Address | | Customer Number | 000042ZJ |
|---|---|---|---|
| | | Credit Terms | 2% 10 Days, Net 30 |

Suncor Energy (U.S.A.) Inc.
Attn: Alex Ritchie, Esq.
717 17th Street, 29th Floor
Denver, CO  80202

| Invoice Date | Amount Due |
|---|---|
| 11/16/2011 | $315.00 |

| Week Ending | Employee Name | Description | ▓▓▓▓ | ▓▓ | Rate / Price | Amount |
|---|---|---|---|---|---|---|
| 11/13/2011 | Kishbaugh, Karen A | Attorney | HOUR | 4.50 | $70.00 | $315.00 |

*Thank you for your business.*    **$315.00**

Prompt payment within 10 days will save you: $ 6.30

# Gibson Arnold & Associates, Inc.



**Invoice - 8550**

P.O. Box 18110
Golden, CO  80402

Telephone : (303) 273-9420
Fax:  (303) 273-9424
Fed Tax ID No. 76-0279866

| Billing Address | | Customer Number | 000042ZJ |
|---|---|---|---|
| | | Credit Terms | 2% 10 Days, Net 30 |

Suncor Energy (U.S.A.) Inc.
Attn: Alex Ritchie, Esq.
717 17th Street, 29th Floor
Denver, CO  80202

| Invoice Date | Amount Due |
|---|---|
| 2/1/2012 | **$437.50** |

| Date | Employee Name | Description | | | Rate / Price | Amount |
|---|---|---|---|---|---|---|
| 1/29/2012 | Kishbaugh, Karen A | Attorney | HOUR | 6.25 | $70.00 | $437.50 |

### *Thank you for your business.*   **$437.50**

Prompt payment within 10 days will save you: $ 8.75

**Gibson Arnold & Associates, Inc.**

P.O. Box 18110
Golden, CO 80402



**Invoice - 8507**

Telephone : (303) 273-9420
Fax:  (303) 273-9424
Fed Tax ID No. 76-0279866

| Billing Address | | Customer Number | 0000430M |
|---|---|---|---|
| | | Credit Terms | 2% 10 Days, Net 30 |

Suncor Energy (U.S.A.) Inc.
Attn:  Jacy Rock, Esq.
717 17th Street, Suite 2900
Denver, CO  80202

| Invoice Date | Amount Due |
|---|---|
| 1/25/2012 | **$840.00** |

| Week Ending | Employee Name | Description | Units | Hours | Rate / Price | Amount |
|---|---|---|---|---|---|---|
| 1/22/2012 | Wolkin, Douglas A | Attorney | HOUR | 16.00 | $52.50 | $840.00 |

### *Thank you for your business.*    **$840.00**

Prompt payment within 10 days will save you $ 16.80

## Gibson Arnold & Associates, Inc.

P.O. Box 18110
Golden, CO  80402



**Invoice - 8551**

Telephone : (303) 273-9420
Fax:  (303) 273-9424
Fed Tax ID No. 76-0279866

| Billing Address | |
|---|---|

| Customer Number | 0000430M |
|---|---|
| Credit Terms | 2% 10 Days, Net 30 |

Suncor Energy (U.S.A.) Inc.
Attn:  Jacy Rock, Esq.
717 17th Street, Suite 2900
Denver, CO  80202

| Invoice Date | Amount Due |
|---|---|
| 2/1/2012 | $5,813.64 |

| Date | Employee Name | Description | Unit | Units | Rate | Amount |
|---|---|---|---|---|---|---|
| 1/29/2012 | Carbon, Joseph P | Attorney | HOUR | 20.00 | $53.50 | $1,070.00 |
| 1/29/2012 | Gitlin, Douglas A | Attorney | HOUR | 27.75 | $53.50 | $1,484.63 |
| 1/29/2012 | Harmon, David S | Attorney | HOUR | 9.25 | $53.50 | $494.88 |
| 1/29/2012 | Tumminia, Jane E | Attorney | HOUR | 27.75 | $53.50 | $1,484.63 |
| 1/29/2012 | Wolkin, Douglas A | Attorney | HOUR | 19.50 | $53.50 | $1,043.25 |
| 1/29/2012 | Wolkin, Douglas A | Attorney | HOUR | 4.50 | $52.50 | $236.25 |

*Thank you for your business.*          **$5,813.64**

Prompt payment within 10 days will save you: $ 116.27

# Gibson Arnold & Associates, Inc.

P.O. Box 18110
Golden, CO  80402



**Invoice - 9176**

Telephone : (303) 273-9420
Fax:  (303) 273-9424
Fed Tax ID No. 76-0279866

| Billing Address | | Customer Number | 000042ZJ |
|---|---|---|---|
| | | Credit Terms | 2% 10 Days, Net 30 |

Suncor Energy (U.S.A.) Inc.
Attn: Alex Ritchie, Esq.
717 17th Street, 29th Floor
Denver, CO  80202

| Invoice Date | Amount Due |
|---|---|
| 7/25/2012 | **$245.00** |

| Date | Employee Name | Description | | Hours | Rate/Price | Amount |
|---|---|---|---|---|---|---|
| 7/22/2012 | Kishbaugh, Karen A | Attorney | HOUR | 3.50 | $70.00 | $245.00 |

***Thank you for your business.***          **$245.00**

Prompt payment within 10 days will save you: $ 4.90

# Gibson Arnold & Associates, Inc.

P.O. Box 18110
Golden, CO 80402



**Invoice - 8572**

Telephone : (303) 273-9420
Fax: (303) 273-9424
Fed Tax ID No. 76-0279866

| Billing Address | | |
|---|---|---|

| Customer Number | 0000430M |
|---|---|
| Credit Terms | 2% 10 Days, Net 30 |

Suncor Energy (U.S.A.) Inc.
Attn: Jacy Rock, Esq.
717 17th Street, Suite 2900
Denver, CO 80202

| Invoice Date | Amount Due |
|---|---|
| 2/8/2012 | $12,773.13 |

| Week Ending | Employee Name | Description | | | Rate | Amount |
|---|---|---|---|---|---|---|
| 2/5/2012 | Carbon, Joseph P | Attorney | HOUR | 56.00 | $53.50 | $2,996.00 |
| 2/5/2012 | Gitlin, Douglas A | Attorney | HOUR | 48.00 | $53.50 | $2,568.00 |
| 2/5/2012 | Harmon, David S | Attorney | HOUR | 42.75 | $53.50 | $2,287.13 |
| 2/5/2012 | Tumminia, Jane E | Attorney | HOUR | 47.00 | $53.50 | $2,514.50 |
| 2/5/2012 | Wolkin, Douglas A | Attorney | HOUR | 45.00 | $53.50 | $2,407.50 |

*Thank you for your business.*   **$12,773.13**

Prompt payment within 10 days will save you: $ 255.46

## Gibson Arnold & Associates, Inc.

P.O. Box 18110
Golden, CO  80402



**Invoice - 8597**

Telephone : (303) 273-9420

Fax:  (303) 273-9424

Fed Tax ID No. 76-0279866

| Billing Address | | |
| --- | --- | --- |

| Customer Number | 0000430M |
| --- | --- |
| Credit Terms | 2% 10 Days, Net 30 |

Suncor Energy (U.S.A.) Inc.
Attn:  Jacy Rock, Esq.
717 17th Street, Suite 2900
Denver, CO  80202

| Invoice Date | Amount Due |
| --- | --- |
| 2/15/2012 | **$11,395.51** |

| Week Ending | Employee Name | Description | Units | Time | Rate/Charge | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| 2/12/2012 | Carbon, Joseph P | Attorney | HOUR | 46.50 | $53.50 | $2,487.75 |
| 2/12/2012 | Gitlin, Douglas A | Attorney | HOUR | 44.75 | $53.50 | $2,394.13 |
| 2/12/2012 | Harmon, David S | Attorney | HOUR | 40.50 | $53.50 | $2,166.75 |
| 2/12/2012 | Tumminia, Jane E | Attorney | HOUR | 40.00 | $53.50 | $2,140.00 |
| 2/12/2012 | Wolkin, Douglas A | Attorney | HOUR | 41.25 | $53.50 | $2,206.88 |

*Thank you for your business.*     **$11,395.51**

Prompt payment within 10 days will save you: $ 227.91

## Gibson Arnold & Associates, Inc.

P.O. Box 18110
Golden, CO 80402



**Invoice - 8684**

Telephone : (303) 273-9420
Fax:  (303) 273-9424
Fed Tax ID No. 76-0279866

| Billing Address | | Customer Number | 0000430M |
|---|---|---|---|
| | | Credit Terms | 2% 10 Days, Net 30 |

Suncor Energy (U.S.A.) Inc.
Attn:  Jacy Rock, Esq.
717 17th Street, Suite 2900
Denver, CO  80202

| Invoice Date | Amount Due |
|---|---|
| 3/7/2012 | **$12,251.50** |

| Week Ending | Employee Name | Description | UM | Hours | Rate Price | Amount |
|---|---|---|---|---|---|---|
| 3/4/2012 | Carbon, Joseph P | Attorney | HOUR | 46.50 | $53.50 | $2,487.75 |
| 3/4/2012 | Gitlin, Douglas A | Attorney | HOUR | 49.00 | $53.50 | $2,621.50 |
| 3/4/2012 | Johnson, Richard B | Attorney | HOUR | 36.50 | $53.50 | $1,952.75 |
| 3/4/2012 | Tumminia, Jane E | Attorney | HOUR | 48.00 | $53.50 | $2,568.00 |
| 3/4/2012 | Yamamoto, Janet E | Attorney | HOUR | 49.00 | $53.50 | $2,621.50 |

*Thank you for your business.*   **$12,251.50**

Prompt payment within 10 days will save you: $ 245.03

*- Page Number 1*

## Gibson Arnold & Associates, Inc.

P.O. Box 18110
Golden, CO 80402



**Invoice - 8716**

Telephone : (303) 273-9420
Fax:  (303) 273-9424
Fed Tax ID No. 76-0279866

Billing Address

Suncor Energy (U.S.A.) Inc.
Attn:  Jacy Rock, Esq.
717 17th Street, Suite 2900
Denver, CO  80202

| Customer Number | 0000430M |
| --- | --- |
| Credit Terms | 2% 10 Days, Net 30 |

| Invoice Date | Amount Due |
| --- | --- |
| 3/14/2012 | **$15,595.25** |

| Work Date | Employee Name | Description | Non Desc | Hours | Rate/Price | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| 3/11/2012 | Carbon, Joseph P | Attorney | HOUR | 65.00 | $53.50 | $3,477.50 |
| 3/11/2012 | Gitlin, Douglas A | Attorney | HOUR | 55.00 | $53.50 | $2,942.50 |
| 3/11/2012 | Johnson, Richard B | Attorney | HOUR | 57.00 | $53.50 | $3,049.50 |
| 3/11/2012 | Tumminia, Jane E | Attorney | HOUR | 55.00 | $53.50 | $2,942.50 |
| 3/11/2012 | Yamamoto, Janet E | Attorney | HOUR | 59.50 | $53.50 | $3,183.25 |

### *Thank you for your business.*          **$15,595.25**

Prompt payment within 10 days will save you: $ 311.91

*- Page Number 1*

# Gibson Arnold & Associates, Inc.

P.O. Box 18110
Golden, CO  80402



**Invoice - 8750**

Telephone : (303) 273-9420
Fax:  (303) 273-9424
Fed Tax ID No. 76-0279866

| Billing Address | | Customer Number | 0000430M |
|---|---|---|---|
| | | Credit Terms | 2% 10 Days, Net 30 |

Suncor Energy (U.S.A.) Inc.
Attn:  Jacy Rock, Esq.
717 17th Street, Suite 2900
Denver, CO  80202

| Invoice Date | Amount Due |
|---|---|
| 3/21/2012 | **$721.88** |

| Week Ending | Employee Name | Description | | | Rate/Price | Amount |
|---|---|---|---|---|---|---|
| 3/18/2012 | Wolkin, Douglas A | Attorney | HOUR | 13.75 | $52.50 | $721.88 |

### Thank you for your business.                    **$721.88**

Prompt payment within 10 days will save you: $ 14.44

**Gibson Arnold & Associates, Inc.**

P.O. Box 18110
Golden, CO 80402



**Invoice - 8778**

Telephone : (303) 273-9420
Fax:  (303) 273-9424
Fed Tax ID No. 76-0279866

| Billing Address | |
|---|---|

| Customer Number | 0000430M |
|---|---|
| Credit Terms | 2% 10 Days, Net 30 |

Suncor Energy (U.S.A.) Inc.
Attn:  Jacy Rock, Esq.
717 17th Street, Suite 2900
Denver, CO  80202

| Invoice Date | Amount Due |
|---|---|
| 3/28/2012 | $39.38 |

| Week Ending | Employee Name | Description | | | Rate/Price | Amount |
|---|---|---|---|---|---|---|
| 3/25/2012 | Wolkin, Douglas A | Attorney | HOUR | 0.75 | $52.50 | $39.38 |

**Thank you for your business.**            **$39.38**

Prompt payment within 10 days will save you: $ 0.79

# Gibson Arnold & Associates, Inc.

P.O. Box 18110
Golden, CO  80402



**Invoice - 8806**

Telephone : (303) 273-9420
Fax:  (303) 273-9424
Fed Tax ID No. 76-0279866

| Billing Address | | Customer Number | 0000430M |
|---|---|---|---|
| | | Credit Terms | 2% 10 Days, Net 30 |

Suncor Energy (U.S.A.) Inc.
Attn:  Jacy Rock, Esq.
717 17th Street, Suite 2900
Denver, CO  80202

| Invoice Date | Amount Due |
|---|---|
| 4/4/2012 | **$1,640.63** |

| Week Ending | Employee Name | Description | | | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/1/2012 | Wolkin, Douglas A | Attorney | HOUR | 31.25 | $52.50 | $1,640.63 |

### *Thank you for your business.*   **$1,640.63**

Prompt payment within 10 days will save you: $ 32.81

# Gibson Arnold & Associates, Inc.

P.O. Box 18110
Golden, CO  80402



**Invoice - 9287**

Telephone : (303) 273-9420
Fax:  (303) 273-9424
Fed Tax ID No. 76-0279866

| Billing Address | | |
|---|---|---|

| Customer Number | 0000430M |
|---|---|
| Credit Terms | 2% 10 Days, Net 30 |

Suncor Energy (U.S.A.) Inc.
Attn:  Jacy Rock, Esq.
717 17th Street, Suite 2900
Denver, CO  80202

| Invoice Date | Amount Due |
|---|---|
| 8/22/2012 | **$1,899.25** |

| Service Date | Employee Name | Description | Rate Type | Hours | Rate/Price | Amount |
|---|---|---|---|---|---|---|
| 8/19/2012 | Burns, Ruth L | Attorney | HOUR | 8.00 | $53.50 | $428.00 |
| 8/19/2012 | Tumminia, Jane E | Attorney | HOUR | 13.00 | $53.50 | $695.50 |
| 8/19/2012 | Wolkin, Douglas A | Attorney | HOUR | 8.00 | $53.50 | $428.00 |
| 8/19/2012 | Zaynard, Mark S | Attorney | HOUR | 6.50 | $53.50 | $347.75 |

### *Thank you for your business.*   **$1,899.25**

Prompt payment within 10 days will save you: $ 37.99

# Gibson Arnold & Associates, Inc.

P.O. Box 18110
Golden, CO  80402



**Invoice - 9305**

Telephone : (303) 273-9420
Fax:  (303) 273-9424
Fed Tax ID No. 76-0279866

| Billing Address | | Customer Number | 0000430M |
|---|---|---|---|
| | | Credit Terms | 2% 10 Days, Net 30 |

Suncor Energy (U.S.A.) Inc.
Attn:  Jacy Rock, Esq.
717 17th Street, Suite 2900
Denver, CO  80202

| Invoice Date | Amount Due |
|---|---|
| 8/29/2012 | **$6,259.51** |

| Date | Employee Name | Description | Unit | Hours | Rate/Price | Amount |
|---|---|---|---|---|---|---|
| 8/26/2012 | Burns, Ruth L | Attorney | HOUR | 26.50 | $53.50 | $1,417.75 |
| 8/26/2012 | Tumminia, Jane E | Attorney | HOUR | 32.75 | $53.50 | $1,752.13 |
| 8/26/2012 | Wolkin, Douglas A | Attorney | HOUR | 34.50 | $53.50 | $1,845.75 |
| 8/26/2012 | Zaynard, Mark S | Attorney | HOUR | 23.25 | $53.50 | $1,243.88 |

### *Thank you for your business.*          **$6,259.51**

Prompt payment within 10 days will save you: $ 125.19

## Gibson Arnold & Associates, Inc.

P.O. Box 18110
Golden, CO 80402



**Invoice - 9330**

Telephone : (303) 273-9420
Fax:  (303) 273-9424
Fed Tax ID No. 76-0279866

| Billing Address | | Customer Number | 00004320 |
|---|---|---|---|
| | | Credit Terms | 2% 10 Days, Net 30 |

Suncor Energy (U.S.A.) Inc.
Attn: Ms. Jill Wells
717 17th Street, Suite 2900
Denver, CO  80202

| Invoice Date | Amount Due |
|---|---|
| 9/5/2012 | **$1,391.25** |

| Week Ending | Employee Name | Description | | | | Amount |
|---|---|---|---|---|---|---|
| 9/2/2012 | Wolkin, Douglas A | Attorney | HOUR | 26.50 | $52.50 | $1,391.25 |

### *Thank you for your business.*   **$1,391.25**

Prompt payment within 10 days will save you: $ 27.83

**Gibson Arnold & Associates, Inc.**

P.O. Box 18110
Golden, CO  80402



**Invoice - 9349**

Telephone : (303) 273-9420
Fax:  (303) 273-9424
Fed Tax ID No. 76-0279866

| Billing Address | | |
|---|---|---|

Suncor Energy (U.S.A.) Inc.
Attn: Ms. Jill Wells
717 17th Street, Suite 2900
Denver, CO  80202

| Customer Number | 00004320 |
|---|---|
| Credit Terms | 2% 10 Days, Net 30 |

| Invoice Date | Amount Due |
|---|---|
| 9/12/2012 | $420.00 |

| Week Ending | Employee Name | Description | | | Rate / Price | Amount |
|---|---|---|---|---|---|---|
| 9/9/2012 | Wolkin, Douglas A | Attorney | HOUR | 8.00 | $52.50 | $420.00 |

### Thank you for your business. $420.00

Prompt payment within 10 days will save you: $ 8.40

# Gibson Arnold & Associates, Inc.

P.O. Box 18110
Golden, CO  80402



**Invoice - 9394**

Telephone : (303) 273-9420
Fax:  (303) 273-9424
Fed Tax ID No. 76-0279866

| Billing Address | | Customer Number | 0000430M |
|---|---|---|---|
| | | Credit Terms | 2% 10 Days, Net 30 |

Suncor Energy (U.S.A.) Inc.
Attn:  Jacy Rock, Esq.
717 17th Street, Suite 2900
Denver, CO  80202

| Invoice Date | Amount Due |
|---|---|
| 9/26/2012 | **$39.38** |

| Date | Employee Name | Description | | | Rate / Price | Amount |
|---|---|---|---|---|---|---|
| 9/23/2012 | Wolkin, Douglas A | Attorney | HOUR | 0.75 | $52.50 | $39.38 |

### Thank you for your business.          $39.38

Prompt payment within 10 days will save you: $ 0.79

**Gibson Arnold & Associates, Inc.**

P.O. Box 18110
Golden, CO  80402



**Invoice - 9415**

Telephone : (303) 273-9420
Fax:  (303) 273-9424
Fed Tax ID No. 76-0279866

| Billing Address | | Customer Number | 0000430M |
|---|---|---|---|
| | | Credit Terms | 2% 10 Days, Net 30 |

Suncor Energy (U.S.A.) Inc.
Attn:  Jacy Rock, Esq.
717 17th Street, Suite 2900
Denver, CO  80202

| Invoice Date | Amount Due |
|---|---|
| 10/3/2012 | $643.13 |

| Work Date | Employee Name | Description | | | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/30/2012 | Wolkin, Douglas A | Attorney | HOUR | 12.25 | $52.50 | $643.13 |

### Thank you for your business.          $643.13

Prompt payment within 10 days will save you: $ 12.86