# EXHIBIT 4

EXHIBIT 4

Arnold & Arnold, LLP

**BILLING HISTORY REPORT**

*SORTED BY CLIENT CODE*

| CLIENT CODE | NAME | INVOICE NUMBER | INVOICE DATE | WIP TOTAL | BILLED FEES | BILLED EXPENSES | SALES TAX | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|---|
| SUNCOR | Suncor Energy Services, Inc. | 0075284 | 11/22/11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SUNCOR | Suncor Energy Services, Inc. | 0084657 | 03/22/14 | 261.00 | 261.00 | 0.00 | 0.00 | 261.00 |
| SUNCOR | Suncor Energy Services, Inc. | 0086038 | 07/22/14 | 26.10 | 26.10 | 0.00 | 0.00 | 26.10 |
| SUNCOR | Suncor Energy Services, Inc. | 0086137 | 08/22/14 | 1,696.65 | 1,626.65 | 70.00 | 0.00 | 1,696.65 |
| | | CLIENT SUNCOR TOTALS: | | 1,983.75 | 1,913.75 | 70.00 | 0.00 | 1,983.75 |
| | | REPORT TOTALS: | | 1,983.75 | 1,913.75 | 70.00 | 0.00 | 1,983.75 |

# Arnold & Arnold, LLP

Attorneys at Law

7691 Shaffer Parkway  
Suite A  
Littleton, CO 80127  
(720) 962-6010

Jean C. Arnold  
Richard M. Arnold  
Terry Ehrlich  
Scott S. Havn  
Kelley G. Shirk

Suncor Energy Services, Inc.  
Alex Ritchie, Sr Legal Counsel  
717 17th Street  
Suite 2900  
Denver, CO  80202  
CONTACT:

INVOICE NO : 0075284-IN  
DATE : Nov 22, 2011  
CLIENT CODE : SUNCOR

Page 1 of 1

| For Professional Services Rendered: | Hours | Amount |
|---|---|---|
| Western Convenience Stores Inc | | |
| 10/24/11  JEAN ARNOLD | 0.50 | 0.00 |
| Phone conference with Alex Ritchie with Suncor re: ▓▓▓ | | |
| 11/08/11  JEAN ARNOLD | 0.50 | 0.00 |
| Prepare fee agreement for Suncor. Review Outside Counsel agreement. | | |
| **TOTAL FEES:** | | **$0.00** |

| | | |
|---|---|---|
| **TOTAL AMOUNT DUE:** | | **$0.00** |

# Arnold & Arnold, LLP

Attorneys at Law

7691 Shaffer Parkway  
Suite A  
Littleton, CO 80127  
(720) 962-6010

Jean C. Arnold  
Richard M. Arnold  
Terry Ehrlich  
Scott S. Havn  
Kelley G. Shirk

Suncor Energy Services, Inc.  
Michael Korenblat, Esq.  
Director of Legal Affairs  
717 17th Street, Suite 2900  
Denver, CO 80202  
CONTACT:

INVOICE NO: 0084657-IN  
DATE: Mar 22, 2014  
CLIENT CODE: SUNCOR

Page 1 of 1

| For Professional Services Rendered: | | | Hours | Amount |
|---|---|---|---|---|
| Western Convenience Stores Inc | | | | |
| 02/26/14 | JEAN ARNOLD | | 0.30 | 78.30 |
| | Call with Mike to discuss ▮▮▮▮▮ Review electronic file from 2011. Email meeting maker through Outlook. Trial is scheduled for March 2014. | | | |
| 03/04/14 | VICKI VAN SITTERT | | 0.10 | 0.00 |
| | Set up new file. No charge. | | | |
| 03/04/14 | JEAN ARNOLD | | 0.70 | 182.70 |
| | Review notes from 2011 conference with Alex Ritchie in preparation for call with General Counsel Michael Korenblat. Call to Mike. ▮▮▮▮▮ research to be done now pre-judgment to be ready for collection of judgment, and implications of an appeal. Reviewed 4-year statute of limitations on fraudulent transfers - including fraudulent DOT/secured interests. | | | |
| | | **TOTAL FEES:** | | $261.00 |
| | | **TOTAL AMOUNT DUE:** | | $261.00 |

# Arnold & Arnold, LLP

Attorneys at Law

7691 Shaffer Parkway
Suite A
Littleton, CO 80127
(720) 962-6010

Jean C. Arnold
Richard M. Arnold
Terry Ehrlich
Scott S. Havn
Kelley G. Shirk

Suncor Energy Services, Inc.
Michael Korenblat, Esq.
Director of Legal Affairs
717 17th Street, Suite 2900
Denver, CO 80202

INVOICE NO: 0086038-IN
DATE: Jul 22, 2014
CLIENT CODE: SUNCOR

CONTACT:

Page 1 of 1

| For Professional Services Rendered: | Hours | Amount |
|---|---|---|
| Western Convenience Stores Inc | | |
| 07/21/14  JEAN ARNOLD  Review email from Mike with ▓▓▓▓. Respond. | 0.10 | 26.10 |
| **TOTAL FEES:** | | **$26.10** |

| | **TOTAL AMOUNT DUE:** | | **$26.10** |
|---|---|---|---|

# Arnold & Arnold, LLP

*Attorneys at Law*

7691 Shaffer Parkway  
Suite A  
Littleton, CO 80127  
(720) 962-6010

Jean C. Arnold  
Richard M. Arnold  
Terry Ehrlich  
Scott S. Havn  
Joshua T. Keltner

Suncor Energy Services, Inc.  
Michael Korenblat, Esq.  
Director of Legal Affairs  
717 17th Street, Suite 2900  
Denver, CO 80202  
CONTACT:

INVOICE NO: 0086137-IN  
DATE: Aug 22, 2014  
CLIENT CODE: SUNCOR

Page 1 of 2

| For Professional Services Rendered: | Hours | Amount |
|---|---|---|
| Western Convenience Stores Inc | | |
| 07/23/14 JEAN ARNOLD<br>Call with Mike re: ▮▮▮ | 0.40 | 104.40 |
| 07/29/14 Kelley Shirk<br>Conference with Jean Arnold re: ▮▮▮ Perform asset search on Westlaw for Hossein Taraghi. Start to research property ownership in Colorado and Las Vegas. Draft a list for O&E requests on property. | 0.70 | 124.25 |
| 07/29/14 JEAN ARNOLD<br>Assemble and review information provided by Mike for asset search. Conference with attorney Kelley Shirk ▮▮▮ | 0.60 | 156.60 |
| 07/30/14 JEAN ARNOLD<br>Conference with Kelley Shirk re: ▮▮▮ | 0.20 | 52.20 |
| 07/30/14 Kelley Shirk<br>Continue asset search. Review Westlaw asset search report for Debra Taraghi and research additional property ownership under her name. Start researching the three entities associated with the Taraghis. Continue to draft findings in the asset search memo. Discuss ▮▮▮ with Jean Arnold. Ask Candace to order an O&E report for each property owned by the Taraghis individually. | 2.00 | 355.00 |
| 07/31/14 Kelley Shirk<br>Continue asset search - finish researching ownership of each convenience store from client's list. Several lists of property are Loaf n' Jugs owned by unaffiliated companies. | 2.00 | 355.00 |
| 08/01/14 CANDACE MITCHELL<br>Research on line with Arapahoe, Douglas and Denver Assessors for legal descriptions for Foxtail; Madison; Hudson and Ivywood. Email title company (4) and order each O&E report. Download reports and save. Research title company in Las Vegas, left detailed voice mail message inquiring about title searches. | 0.90 | 93.15 |
| 08/01/14 Kelley Shirk<br>Conference with Candace and Jean Arnold re: ▮▮▮ The Madison property O&E still shows previous deeds of trust. ▮▮▮ | 0.20 | 35.50 |
| 08/05/14 CANDACE MITCHELL<br>Phone conference with Fidelity Title in Las Vegas (no response to voice mail message left 8/1/14). Email title company with property profile requests. | 0.20 | 20.70 |

# Arnold & Arnold, LLP

*Attorneys at Law*

7691 Shaffer Parkway
Suite A
Littleton, CO 80127
(720) 962-6010

Jean C. Arnold
Richard M. Arnold
Terry Ehrlich
Scott S. Havn
Joshua T. Keltner

Suncor Energy Services, Inc.
Michael Korenblat, Esq.
Director of Legal Affairs
717 17th Street, Suite 2900
Denver, CO 80202
CONTACT:

INVOICE NO: 0086137-IN
DATE: Aug 22, 2014
CLIENT CODE: SUNCOR

Page 2 of 2

| For Professional Services Rendered: | | | Hours | Amount |
|---|---|---|---|---|
| 08/05/14 | Kelley Shirk | | 1.30 | 230.75 |
| | Review the O&E reports on three of the personal properties and compare to the assessor records. Research all Western Convenience Service Stations in Colorado and compare to list provided by the client for any missed stations. Research the Nebraska stations ownership. Continue to draft asset search memo. | | | |
| 08/06/14 | CANDACE MITCHELL | | 0.10 | 10.35 |
| | Download and save the 2 O&E reports in Las Vegas. | | | |
| 08/06/14 | Kelley Shirk | | 0.50 | 88.75 |
| | Review final O&E reports for the Vegas properties and Madison Street. Finalize asset search memo for Jean Arnold. Conference with Jean Arnold re: ▮▮▮▮ | | | |
| | | **TOTAL FEES:** | | **$1,626.65** |
| 07/29/14 | Expense for Westlaw asset search reports on Hossein and Debra Taraghi. | | | 50.00 |
| 08/06/14 | Expense for O&E re: 342 Madison Denver -- Fidelity National Title Company Invoice No. F116443 dated 8.1.2014. | | | 5.00 |
| 08/06/14 | Expense for O&E re: 772 Ivywood Highlands Ranch -- Fidelity National Title Company Invoice No. F116441 dated 8.1.2014. | | | 5.00 |
| 08/06/14 | Expense for O&E re: 16 Foxtail Englewood -- Fidelity National Title Company Invoice No. F116438 dated 8.1.2014. | | | 5.00 |
| 08/06/14 | Expense for O&E re: 4285 S Hudson Englewood -- Fidelity National Title Company Invoice No. F116439 dated 8.1.2014. | | | 5.00 |
| | | **TOTAL EXPENSES:** | | **$70.00** |
| | | **TOTAL AMOUNT DUE:** | | **$1,696.65** |