# EXHIBIT 5
# Part 1

**E**

**X**

**H**

**I**

**B**

**I**

**T**

**5**

Part 1



Mr. Michael Korenblat
Director of Legal Affairs
c/o: Suncor Energy Services Inc.
717 17th Street
29th Floor, Suite 2900
Denver, Colorado  80202

June 11, 2012
Client-Matter: 1745-2737
Invoice # 7644
Tax I.D. # 27-1451273

**Via Email:  mkorenblat@suncor.com**

RE:   **Western Convenience Stores, Inc., Western Truck One, LLC v. Suncor Energy (U.S.A.)
Inc.(Consulting work)**

Services Rendered Through May 31, 2012

| | | |
|---|---|---|
| Professional Services | 8,610.00 | USD |
| **Current Charges** | **8,610.00** | **USD** |

### Pay Upon Receipt

Please direct questions regarding this invoice to: Craig Schulman at (979) 599-9229 or **cschulman@brg-expert.com**

**Please remit payment by check to:**
Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA 94608

**Please remit payment by wire to:**
Bank Name:   Wells Fargo, N.A.
ABA #:          121000248
A/C Name:    Berkeley Research Group, LLC
Account#:     4122014426
Reference:    7644

Remittance advices are to be sent to:
dfleetwood@brg-expert.com

**cc:**
William Monts, Esq.
Hogan Lovells LLP
**Via Email: William.monts@hoganlovells.com**

Anthony Shaheen
Holland & Hart LLP
**Via Email: AJShaheen@hollandhart.com**

 BERKELEY RESEARCH GROUP

**To:** Mr. Michael Korenblat.
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
      One, LLC v. Suncor Energy (U.S.A.)
      Inc.(Consulting work)

**Page** 2 of 3
**Invoice #** 7644
**Client-Matter:** 1745-2737

---

**Services Rendered Through May 31, 2012**

**PROFESSIONAL SERVICES**

|  | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Principal | | | |
| Craig T. Schulman | 410.00 | 21.00 | 8,610.00 |

| **Total Current Charges** | | | 8,610.00 | USD |
|---|---|---|---|---|



**To:** Mr. Michael Korenblat.
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.)
Inc.(Consulting work)

**Page** 3 of 3
**Invoice #** 7644
**Client-Matter:** 1745-2737

Services Rendered Through May 31, 2012

| | | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 04/12/12 | Craig Schulman | Conversation with counsel. | 1.50 |
| 04/16/12 | Craig Schulman | Reviewed case materials. | 3.50 |
| 04/17/12 | Craig Schulman | Reviewed case materials. | 2.75 |
| 04/23/12 | Craig Schulman | Conversation with counsel. | 1.50 |
| 05/02/12 | Craig Schulman | Reviewed case materials. | 3.00 |
| 05/07/12 | Craig Schulman | Reviewed case materials. | 2.50 |
| 05/11/12 | Craig Schulman | Analyzed economic data. | 2.75 |
| 05/14/12 | Craig Schulman | Analyzed economic data. | 3.50 |

| **Professional Services** | **21.00** |
|---|---|



Mr. Michael Korenblat
Director of Legal Affairs
c/o: Suncor Energy Services Inc.
717 17th Street
29th Floor, Suite 2900
Denver, Colorado  80202

September 11, 2012
Client-Matter: 1745-2737
Invoice # 9062
Tax I.D. # 27-1451273

**Via Email:** mkorenblat@suncor.com

---

RE:   **Western Convenience Stores, Inc., Western Truck One, LLC v. Suncor Energy (U.S.A.) Inc.(Consulting work)**

Services Rendered Through August 31, 2012

| | | |
|---|---:|---|
| Professional Services | 33,270.00 | USD |
| Expenses Incurred | 1,422.70 | |
| **Current Charges** | **34,692.70** | **USD** |
| Balance Forward | 8,,610.00 | |
| **Balance Due** | **43,302.70** | **USD** |

**Pay Upon Receipt**

Please direct questions regarding this invoice to: Craig Schulman at (979) 599-9229 or cschulman@brg-expert.com.

**Please remit payment by check to:**
Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA 94608

**Please remit payment by wire to:**
Bank Name:  Wells Fargo, N.A.
ABA #:       121000248
A/C Name:    Berkeley Research Group, LLC
Account#:    4122014426
Reference:   9062

Remittance advices are to be sent to:
dfleetwood@brg-expert.com

**cc:**
William Monts, Esq.
Hogan Lovells LLP
**Via Email:** William.monts@hoganlovells.com

Anthony Shaheen
Holland & Hart LLP
**Via Email:** AJShaheen@hollandhart.com



**To:** Mr. Michael Korenblat .
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.)
Inc.(Consulting work)

**Page** 2 of 5
**Invoice #** 9062
**Client-Matter:** 1745-2737

---

**Services Rendered Through August 31, 2012**

**PROFESSIONAL SERVICES**

| | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Principal | | | |
| Bradley E. Noffsker | 410.00 | 2.50 | 1,025.00 |
| Craig T. Schulman | 410.00 | 71.00 | 29,110.00 |
| | | | |
| Consultant | | | |
| Tiffany R. Vernon | 255.00 | 7.00 | 1,785.00 |
| | | | |
| Case Assistant | | | |
| Aaron Ates | 150.00 | 9.00 | 1,350.00 |
| | | 89.50 | 33,270.00 |

**EXPENSES**

| | |
|---|---|
| Travel - Airline | 692.10 |
| Travel - Taxi, Car Rental, Toll, Train | 130.15 |
| Meals - Other (100% Deductible) | 186.60 |
| Travel - Other | 108.78 |
| Travel - Hotel/Lodging | 271.07 |
| Travel - Parking | 34.00 |
| | |
| **Total Expenses** | **1,422.70** |
| | |
| **Total Current Charges** | **34,,692.70**  USD |



**To:** Mr. Michael Korenblat .
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.)
Inc.(Consulting work)

**Page** 3 of 5
**Invoice #** 9062
**Client-Matter:** 1745-2737

Services Rendered Through August 31, 2012

| | | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 08/01/12 | Craig Schulman | Analyzed economic data. | 2.50 |
| 08/02/12 | Craig Schulman | Analyzed economic data. | 3.50 |
| 08/03/12 | Craig Schulman | Analyzed economic data. | 2.75 |
| 08/06/12 | Craig Schulman | Analyzed economic data. | 2.50 |
| 08/09/12 | Craig Schulman | Analyzed economic data. | 3.25 |
| 08/10/12 | Craig Schulman | Analyzed economic data. | 3.50 |
| 08/13/12 | Craig Schulman | Analyzed economic data. | 2.50 |
| 08/14/12 | Craig Schulman | Analyzed economic data. | 4.50 |
| 08/15/12 | Craig Schulman | Analyzed economic data. | 3.50 |
| 08/16/12 | Craig Schulman | Analyzed economic data. | 2.50 |
| 08/17/12 | Tiffany Vernon | Reviewed case materials. | 2.00 |
| 08/20/12 | Craig Schulman | Traveled to Denver for meeting with client and counsel. | 6.00 |
| 08/21/12 | Craig Schulman | Met with client and counsel. | 8.00 |
| 08/22/12 | Craig Schulman | Analyzed economic data. | 5.50 |
| 08/22/12 | Tiffany Vernon | Reviewed case materials. | 2.00 |
| 08/23/12 | Craig Schulman | Analyzed economic data. | 4.75 |
| 08/23/12 | Tiffany Vernon | Reviewed case materials. | 1.50 |
| 08/27/12 | Bradley Noffsker | Researched case and industry information. Analyzed economic data. | 2.50 |
| 08/27/12 | Craig Schulman | Analyzed economic data. | 3.50 |
| 08/28/12 | Aaron Ates | Collected data. | 2.00 |



**To:** Mr. Michael Korenblat .
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
     One, LLC v. Suncor Energy (U.S.A.)
     Inc.(Consulting work)

**Page** 4 of 5
**Invoice #** 9062
**Client-Matter:** 1745-2737

| | | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 08/28/12 | Craig Schulman | Analyzed economic data. | 2.50 |
| 08/28/12 | Tiffany Vernon | Reviewed case materials. | 1.50 |
| 08/29/12 | Craig Schulman | Analyzed economic data. | 4.50 |
| 08/30/12 | Aaron Ates | Searched for addresses of gas companies so that we may have distances to use during analysis. | 3.00 |
| 08/30/12 | Craig Schulman | Analyzed economic data. | 2.75 |
| 08/31/12 | Aaron Ates | Searched for addresses of gas companies so that we may have distances to use during analysis. | 4.00 |
| 08/31/12 | Craig Schulman | Analyzed economic data. | 2.50 |

**Professional Services**                                89.50



**To:** Mr. Michael Korenblat .
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.)
Inc.(Consulting work)

**Page** 5 of 5
**Invoice #** 9062
**Client-Matter:** 1745-2737

**Balance Forward**

| Invoice # | Dated | Balance |
|---|---|---|
| 7644 | 06/11/12 | 8,,610.00 |
| 9062 | 09/11/12 | 34,692.70 |



Mr. Michael Korenblat
Director of Legal Affairs
c/o: Suncor Energy Services Inc.
717 17th Street
29th Floor, Suite 2900
Denver, Colorado 80202

October 22, 2012
Client-Matter: 1745-2737
Invoice # 9793
Tax I.D. # 27-1451273

**Via Email:** mkorenblat@suncor.com

---

**RE:   Western Convenience Stores, Inc., Western Truck One, LLC v. Suncor Energy (U.S.A.) Inc.(Consulting work)**

Services Rendered Through September 30, 2012

| | | |
|---|---:|---|
| Professional Services | 50,147.50 | USD |
| **Current Charges** | **50,147.50** | **USD** |
| Balance Forward | 43,302.70 | |
| **Balance Due** | **93,450.20** | **USD** |

**Pay Upon Receipt**

Please direct questions regarding this invoice to: Craig Schulman at (979) 599-9229 or cschulman@brg-expert.com.

**Please remit payment by check to:**
Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA 94608

**Please remit payment by wire to:**
Bank Name:   Wells Fargo, N.A.
ABA #:          121000248
A/C Name:    Berkeley Research Group, LLC
Account#:     4122014426
Reference:    9793

Remittance advices are to be sent to:
dfleetwood@brg-expert.com

cc:
William Monts, Esq.
Hogan Lovells LLP
**Via Email:** William.monts@hoganlovells.com

Anthony Shaheen
Holland & Hart LLP
**Via Email:** AJShaheen@hollandhart.com



**To:** Mr. Michael Korenblat.
**c/o:** Suncor Energy Services, Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.)
Inc.(Consulting work)

**Page** 2 of 5
**Invoice #** 9793
**Client-Matter:** 1745-2737

---

**Services Rendered Through September 30, 2012**

**PROFESSIONAL SERVICES**

|  | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Principal | | | |
| Craig T. Schulman | 410.00 | 98.75 | 40,487.50 |
| | | | |
| Case Assistant | | | |
| Aaron Ates | 150.00 | 64.40 | 9,660.00 |
| | | 163.15 | 50,147.50 |

| **Total Current Charges** | | 50,147.50 | USD |
|---|---|---|---|



**To:** Mr. Michael Korenblat.
**c/o:** Suncor Energy Services, Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.)
Inc.(Consulting work)

**Page** 3 of 5
**Invoice #** 9793
**Client-Matter:** 1745-2737

Services Rendered Through September 30, 2012

| | | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 09/03/12 | Craig Schulman | Analyzed economic data. | 1.75 |
| 09/04/12 | Aaron Ates | Collected data. | 6.00 |
| 09/04/12 | Craig Schulman | Analyzed economic data. | 3.75 |
| 09/05/12 | Aaron Ates | Collected data. | 4.00 |
| 09/05/12 | Craig Schulman | Analyzed economic data. | 5.50 |
| 09/06/12 | Aaron Ates | Collected data. | 3.50 |
| 09/06/12 | Craig Schulman | Analyzed economic data. | 3.50 |
| 09/07/12 | Craig Schulman | Analyzed economic data. | 4.50 |
| 09/10/12 | Aaron Ates | Organized information to facilitate expert analysis. | 4.00 |
| 09/10/12 | Craig Schulman | Analyzed economic data. | 6.25 |
| 09/11/12 | Aaron Ates | Reviewed case materials. | 3.00 |
| 09/11/12 | Aaron Ates | Analyzed data or created reports. Created pivot tables. | 0.05 |
| 09/11/12 | Aaron Ates | Analyzed data or created reports. Created pivot tables. | 0.45 |
| 09/11/12 | Craig Schulman | Analyzed economic data. | 3.50 |
| 09/12/12 | Aaron Ates | Analyzed data or created reports. | 4.00 |
| 09/12/12 | Craig Schulman | Analyzed economic data. | 6.50 |
| 09/13/12 | Aaron Ates | Analyzed data or created reports. | 4.00 |
| 09/13/12 | Craig Schulman | Analyzed economic data. | 2.75 |
| 09/14/12 | Aaron Ates | Analyzed data or created reports. Comparison of Fuel Deliveries and Fuel Purchases. | 4.00 |
| 09/14/12 | Craig Schulman | Analyzed economic data. | 5.50 |



**To:** Mr. Michael Korenblat.
**c/o:** Suncor Energy Services, Inc.
**RE:** Western Convenience Stores, Inc., Western Truck One, LLC v. Suncor Energy (U.S.A.) Inc.(Consulting work)

**Page** 4 of 5
**Invoice #** 9793
**Client-Matter:** 1745-2737

| | | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 09/16/12 | Craig Schulman | Analyzed economic data. | 5.25 |
| 09/17/12 | Aaron Ates | Analyzed data or created reports. | 4.50 |
| 09/17/12 | Craig Schulman | Analyzed economic data. | 6.50 |
| 09/18/12 | Aaron Ates | Analyzed data or created reports. | 4.00 |
| 09/18/12 | Craig Schulman | Analyzed economic data. | 2.50 |
| 09/19/12 | Aaron Ates | Analyzed data or created reports. | 1.25 |
| 09/19/12 | Craig Schulman | Analyzed economic data. | 6.75 |
| 09/20/12 | Aaron Ates | Collected data. | 4.00 |
| 09/20/12 | Craig Schulman | Analyzed economic data. | 3.25 |
| 09/21/12 | Aaron Ates | Collected data. | 4.00 |
| 09/21/12 | Craig Schulman | Analyzed economic data. | 5.50 |
| 09/24/12 | Aaron Ates | Reviewed case documents. | 2.15 |
| 09/24/12 | Craig Schulman | Analyzed economic data. | 6.75 |
| 09/25/12 | Aaron Ates | Analyzed economic data. | 3.00 |
| 09/25/12 | Craig Schulman | Analyzed economic data. | 3.50 |
| 09/26/12 | Craig Schulman | Analyzed economic data. | 7.25 |
| 09/27/12 | Aaron Ates | Analyzed economic data. | 4.50 |
| 09/27/12 | Craig Schulman | Analyzed economic data. | 2.50 |
| 09/28/12 | Aaron Ates | Developed summary report. | 4.00 |
| 09/28/12 | Craig Schulman | Analyzed economic data. | 5.50 |

**Professional Services**                                      163.15



**To:** Mr. Michael Korenblat.
**c/o:** Suncor Energy Services, Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.)
Inc.(Consulting work)

**Page** 5 of 5
**Invoice #** 9793
**Client-Matter:** 1745-2737

---

**Balance Forward**

| Invoice # | Dated | Balance |
|---|---|---|
| 7644 | 06/11/12 | 8,610..00 |
| 9062 | 09/11/12 | 34,692.70 |
| 9793 | 10/22/12 | 50,147.50 |



Mr. Michael Korenblat
Director of Legal Affairs
c/o: Suncor Energy Services Inc.
717 17th Street
29th Floor, Suite 2900
Denver, Colorado 80202

November 9, 2012
Client-Matter: 1745-2737
Invoice # 10012
Tax I.D. # 27-1451273

**Via Email: mkorenblat@suncor.com**

---

**RE:   Western Convenience Stores, Inc., Western Truck One, LLC v. Suncor Energy (U.S.A.) Inc.(Consulting work)**

Services Rendered Through October 31, 2012

| | | |
|---|---:|---|
| Professional Services | 45,552.50 | USD |
| Expenses Incurred | 1887.09 | |
| **Current Charges** | **47,439.59** | **USD** |
| Balance Forward | 93,450.20 | |
| **Balance Due** | **140,889.79** | **USD** |

**Pay Upon Receipt**

Please direct questions regarding this invoice: Craig Schulman at (979) 599-9229 or cschulman@brg-expert.com.

**Please remit payment by check to:**
Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA 94608

**Please remit payment by wire to:**
Bank Name:   Wells Fargo, N.A.
ABA #:          121000248
A/C Name:    Berkeley Research Group, LLC
Account#:     4122014426
Reference:    10012

Remittance advices are to be sent to:
dfleetwood@brg-expert.com

cc:
William Monts, Esq.
Hogan Lovells LLP
**Via Email: William.monts@hoganlovells.com**

Anthony Shaheen
Holland & Hart LLP
**Via Email: AJShaheen@hollandhart.com**



**To:** Mr. Michael Korenblat.
**c/o:** Suncor Energy Services, Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.)
Inc.(Consulting work)

**Page** 2 of 5
**Invoice #** 10012
**Client-Matter:** 1745-2737

---

**Services Rendered Through October 31, 2012**

**PROFESSIONAL SERVICES**

| | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Principal | | | |
| Craig T. Schulman | 410.00 | 109.75 | 44,997.50 |
| | | | |
| Case Assistant | | | |
| Aaron Ates | 150.00 | 1.25 | 187.50 |
| Brenda M. Hickman | 105.00 | 3.50 | 367.50 |
| | | 114.50 | 45,552.50 |

**EXPENSES**

| | |
|---|---|
| Travel - Airline | 1,332.10 |
| Travel - Taxi, Car Rental, Toll, Train | 130.00 |
| Meals - Other (100% Deductible) | 59.37 |
| Travel - Hotel/Lodging | 226.17 |
| Travel - Parking | 34.00 |
| Travel - Other | 105.45 |

**Total Expenses**     1,887.09

**Total Current Charges**     47,439.59   USD



**To:** Mr. Michael Korenblat.
**c/o:** Suncor Energy Services, Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.)
Inc.(Consulting work)

**Page** 3 of 5
**Invoice #** 10012
**Client-Matter:** 1745-2737

Services Rendered Through October 31, 2012

| | | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 10/01/12 | Aaron Ates | Reviewed case materials. Drafted a summary report. | 1.25 |
| 10/01/12 | Craig Schulman | Conference call with counsel. | 1.50 |
| 10/01/12 | Craig Schulman | Analyzed economic data. | 4.75 |
| 10/02/12 | Craig Schulman | Analyzed economic data. | 2.75 |
| 10/03/12 | Craig Schulman | Analyzed economic data. | 5.50 |
| 10/04/12 | Craig Schulman | Analyzed economic data. | 3.25 |
| 10/05/12 | Craig Schulman | Conference call with counsel. | 1.25 |
| 10/05/12 | Craig Schulman | Analyzed economic data. | 5.50 |
| 10/08/12 | Craig Schulman | Analyzed economic data. | 2.50 |
| 10/09/12 | Craig Schulman | Analyzed economic data. | 3.25 |
| 10/10/12 | Craig Schulman | Analyzed economic data. | 4.25 |
| 10/12/12 | Craig Schulman | Analyzed economic data. | 5.50 |
| 10/15/12 | Craig Schulman | Analyzed economic data. | 2.25 |
| 10/16/12 | Craig Schulman | Analyzed economic data. | 2.50 |
| 10/17/12 | Craig Schulman | Conference call with counsel. | 1.75 |
| 10/17/12 | Craig Schulman | Analyzed economic data. | 4.75 |
| 10/18/12 | Craig Schulman | Traveled to Denver to meet with counsel and client. | 5.50 |
| 10/19/12 | Craig Schulman | Met with counsel and client. | 6.25 |
| 10/19/12 | Craig Schulman | Travel. | 5.50 |
| 10/21/12 | Craig Schulman | Analyzed economic data. | 2.75 |
| 10/22/12 | Brenda Hickman | Programmed spreadsheet. | 3.50 |



**To:** Mr. Michael Korenblat.
**c/o:** Suncor Energy Services, Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.)
Inc.(Consulting work)

**Page** 4 of 5
**Invoice #** 10012
**Client-Matter:** 1745-2737

| | | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 10/22/12 | Craig Schulman | Conference call with counsel. | 1.25 |
| 10/22/12 | Craig Schulman | Analyzed economic data. | 5.25 |
| 10/23/12 | Craig Schulman | Analyzed economic data. | 3.00 |
| 10/24/12 | Craig Schulman | Analyzed economic data. | 5.50 |
| 10/26/12 | Craig Schulman | Analyzed economic data. | 2.75 |
| 10/28/12 | Craig Schulman | Analyzed economic data. | 3.25 |
| 10/29/12 | Craig Schulman | Analyzed economic data. | 6.50 |
| 10/30/12 | Craig Schulman | Analyzed economic data. | 3.00 |
| 10/30/12 | Craig Schulman | Conference call with counsel and client. | 1.50 |
| 10/31/12 | Craig Schulman | Met with expert. | 2.50 |
| 10/31/12 | Craig Schulman | Analyzed economic data. | 4.00 |

**Professional Services**      114.50



**To:** Mr. Michael Korenblat.
**c/o:** Suncor Energy Services, Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
        One, LLC v. Suncor Energy (U.S.A.)
        Inc.(Consulting work)

**Page** 5 of 5
**Invoice #** 10012
**Client-Matter:** 1745-2737

**Balance Forward**

| Invoice # | Dated | Balance |
|---|---|---|
| 7644 | 06/11/12 | 8,610.00 |
| 9062 | 09/11/12 | 34,692.70 |
| 9793 | 10/22/12 | 50,147.50 |
| 10012 | 11/09/12 | 47,439.59 |



Mr. Michael Korenblat
Director of Legal Affairs
c/o: Suncor Energy Services Inc.
717 17th Street
29th Floor, Suite 2900
Denver, Colorado 80202

November 26, 2012
Client-Matter: 1745-2522
Invoice # 10304
Tax I.D. # 27-1451273

**Via Email:  mkorenblat@suncor.com**

---

**RE:   Western Convenience Stores, Inc., Western Truck One, LLC v. Suncor Energy (U.S.A.) Inc.**

Services Rendered Through October 31, 2012

| | | |
|---|---:|---|
| Professional Services | 14,998.75 | USD |
| Expenses Incurred | 785.95 | |
| **Current Charges** | **15,784.70** | **USD** |

PAYMENT IS DUE BY December 26, 2012

Please direct questions regarding this invoice: James Griffin at (979) 599-9234 or jgriffin@brg-expert.com.

**Please remit payment by check to:**
Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA 94608

**Please remit payment by wire to:**
Bank Name:   Wells Fargo, N.A.
ABA #:            121000248
A/C Name:      Berkeley Research Group, LLC
Account#:       4122014426
Reference:      10304

Remittance advices are to be sent to:
dfleetwood@brg-expert.com

**cc:**
William Monts, Esq.
Hogan Lovells LLP
**Via Email: William.monts@hoganlovells.com**

Anthony Shaheen
Holland & Hart LLP
**Via Email: AJShaheen@hollandhart.com**



**To:** Mr. Michael Korenblat.
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.) Inc.

**Page** 2 of 3
**Invoice #** 10304
**Client-Matter:** 1745-2522

---

**Services Rendered Through October 31, 2012**

**PROFESSIONAL SERVICES**

|  | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Director | | | |
| James Griffin | 650.00 | 19.25 | 12,512.50 |
| | | | |
| Consultant | | | |
| Sahil Dilwali | 300.00 | 2.00 | 600.00 |
| | | | |
| Case Assistant | | | |
| Aaron Ates | 150.00 | 5.50 | 825.00 |
| Joseph Bacica | 150.00 | 2.00 | 300.00 |
| Brenda M. Hickman | 105.00 | 7.25 | 761.25 |
| | | 36.00 | 14,998.75 |

**EXPENSES**

| | |
|---|---|
| Travel - Airline | 497.60 |
| Travel - Hotel/Lodging | 228.35 |
| Travel - Taxi, Car Rental, Toll, Train | 60.00 |
| | |
| **Total Expenses** | **785.95** |
| | |
| **Total Current Charges** | **15,784.70** USD |



**To:** Mr. Michael Korenblat.
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
   One, LLC v. Suncor Energy (U.S.A.) Inc.

**Page** 3 of 3
**Invoice #** 10304
**Client-Matter:** 1745-2522

Services Rendered Through October 31, 2012

|  |  | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 05/02/12 | James Griffin | Expert services. | 1.25 |
| 05/07/12 | Joseph Bacica | Programmed spreadsheet. | 2.00 |
| 05/14/12 | Sahil Dilwali | Programmed spreadsheet. Importing raw data. | 2.00 |
| 08/10/12 | Aaron Ates | Reviewed case materials. | 5.50 |
| 08/10/12 | Brenda Hickman | Programmed spreadsheet. | 6.00 |
| 08/13/12 | Brenda Hickman | Programmed spreadsheet. | 1.25 |
| 08/20/12 | James Griffin | Expert services. | 5.00 |
| 08/21/12 | James Griffin | Expert services. | 6.50 |
| 08/28/12 | James Griffin | Expert services. | 2.25 |
| 09/12/12 | James Griffin | Services for September 2012. | 1.50 |
| 10/03/12 | James Griffin | Services in October 2012. | 1.25 |
| 10/31/12 | James Griffin | Services in October 2012. | 1.50 |

**Professional Services**                                              **36.00**



Mr. Michael Korenblat
Director of Legal Affairs
c/o: Suncor Energy Services
717 17th Street
29th Floor, Suite 2900
Denver, Colorado

December 12, 2012
Client-Matter: 1745-2737
Invoice # 10634
Tax I.D. # 27-1451273

**Via Email: mkorenblat@suncor.com.**

---

**RE:** **Western Convenience Stores, Inc., Western Truck One, LLC v. Suncor Energy (U.S.A.) Inc.(Consulting work)**

Services Rendered Through November 30, 2012

| | | |
|---|---:|---|
| Professional Services | 42,082.50 | USD |
| **Current Charges** | **42,082.50** | **USD** |
| Balance Forward | 147,768.79 | |
| **Balance Due** | **189,851.29** | **USD** |

PAYMENT IS DUE BY January 11, 2013

Please direct questions regarding this invoice to: Craig Schulman at (979) 599-9229 or cschulman@brg-expert.com.

**Please remit payment by check to:**
Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA 94608

**Please remit payment by wire to:**
Bank Name:   Wells Fargo, N.A.
ABA #:         121000248
A/C Name:    Berkeley Research Group, LLC
Account#:     4122014426
Reference:    10634

Remittance advices are to be sent to:
dfleetwood@brg-expert.com

William Monts, Esq.
Hogan Lovells LLP
**Via Email: William.monts@hoganlovells.com**

Anthony Shaheen
Holland & Hart LLP
**Via Email: AJShaheen@hollandhart.com**



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.)
Inc.(Consulting work)

**Page** 2 of 5
**Invoice #** 10634
**Client-Matter:** 1745-2737

**Services Rendered Through November 30, 2012**

**PROFESSIONAL SERVICES**

|  | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Principal |  |  |  |
| Craig T. Schulman | 410.00 | 94.50 | 38,745.00 |
| David J. Najvar | 395.00 | 8.25 | 3,258.75 |
| Case Assistant |  |  |  |
| Brenda M. Hickman | 105.00 | 0.75 | 78.75 |
|  |  | 103.50 | 42,082.50 |

**Total Current Charges** 42,082.50 **USD**



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.)
Inc.(Consulting work)

**Page** 3 of 5
**Invoice #** 10634
**Client-Matter:** 1745-2737

Services Rendered Through November 30, 2012

| | | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 11/01/12 | Craig Schulman | Analyzed economic data. | 2.75 |
| 11/02/12 | Craig Schulman | Analyzed economic data. | 6.50 |
| 11/05/12 | Craig Schulman | Analyzed economic data. | 5.50 |
| 11/06/12 | Craig Schulman | Analyzed economic data. | 2.50 |
| 11/07/12 | Craig Schulman | Analyzed economic data. | 2.75 |
| 11/08/12 | Craig Schulman | Analyzed economic data. | 3.50 |
| 11/09/12 | Craig Schulman | Analyzed economic data. | 4.50 |
| 11/12/12 | Craig Schulman | Analyzed economic data. | 4.50 |
| 11/13/12 | Craig Schulman | Analyzed economic data. | 2.50 |
| 11/14/12 | Craig Schulman | Analyzed economic data. | 5.50 |
| 11/15/12 | Craig Schulman | Client meeting, preparation, follow-up. | 2.50 |
| 11/15/12 | Craig Schulman | Traveled to Denver. | 4.00 |
| 11/16/12 | Craig Schulman | Traveled from Denver. | 4.00 |
| 11/16/12 | Craig Schulman | Met with client and counsel. | 4.00 |
| 11/18/12 | Craig Schulman | Analyzed economic data. | 3.00 |
| 11/19/12 | Brenda Hickman | Organized case materials. | 0.75 |
| 11/19/12 | David Najvar | Reviewed case materials, data, and contracts. | 5.25 |
| 11/19/12 | Craig Schulman | Analyzed economic data. | 4.00 |
| 11/19/12 | Craig Schulman | Conference call with counsel. | 1.50 |
| 11/20/12 | David Najvar | Reviewed contracts. | 3.00 |
| 11/21/12 | Craig Schulman | Analyzed economic data. | 4.50 |



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.)
Inc.(Consulting work)

**Page** 4 of 5
**Invoice #** 10634
**Client-Matter:** 1745-2737

| | | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 11/25/12 | Craig Schulman | Analyzed economic data. | 3.00 |
| 11/26/12 | Craig Schulman | Analyzed economic data. | 6.50 |
| 11/27/12 | Craig Schulman | Analyzed economic data. | 2.00 |
| 11/28/12 | Craig Schulman | Analyzed economic data. | 6.00 |
| 11/29/12 | Craig Schulman | Analyzed economic data. | 2.50 |
| 11/30/12 | Craig Schulman | Analyzed economic data. | 6.50 |

| **Professional Services** | **103.50** |
|---|---|

 BERKELEY RESEARCH GROUP

**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck One, LLC v. Suncor Energy (U.S.A.) Inc.(Consulting work)

**Page** 5 of 5
**Invoice #** 10634
**Client-Matter:** 1745-2737

**Balance Forward**

| Invoice # | Dated | Balance |
|---|---|---|
| 7644 | 06/11/12 | 9,040.50 |
| 9062 | 09/11/12 | 36,356.20 |
| 9793 | 10/22/12 | 52,654.88 |
| 10012 | 11/09/12 | 49,717.21 |
| 10634 | 12/12/12 | 42,082.50 |



Mr. Michael Korenblat
Director of Legal Affairs
c/o: Suncor Energy Services
717 17th Street
29th Floor, Suite 2900
Denver, Colorado 80202

January 9, 2013
Client-Matter: 1745-2737
Invoice # 11035
Tax I.D. # 27-1451273

**Via Email: mkorenblat@suncor.com**

---

RE:  **Western Convenience Stores, Inc., Western Truck One, LLC v. Suncor Energy (U.S.A.) Inc.(Consulting work)**

Services Rendered Through December 31, 2012

| | | |
|---|---|---|
| Professional Services | 47,686.25 | USD |
| Expenses Incurred | 1,339.61 | |
| **Current Charges** | **49,025.86** | **USD** |
| Balance Forward | 189,851.29 | |
| **Balance Due** | **238,877.15** | **USD** |

PAYMENT IS DUE BY February 8, 2013

Please direct questions regarding this invoice to: Craig Schulman at (979) 599-9229 or cschulman@brg-expert.com.

**Please remit payment by check to:**
Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA 94608

**Please remit payment by wire to:**
Bank Name:  Wells Fargo, N.A.
ABA #:       121000248
A/C Name:   Berkeley Research Group, LLC
Account#:    4122014426
Reference:   11035

Remittance advices are to be sent to:
dfleetwood@brg-expert.com

William Monts, Esq.
Hogan Lovells LLP
**Via Email: William.monts@hoganlovells.com**

Anthony Shaheen
Holland & Hart LLP
**Via Email: AJShaheen@hollandhart.com**



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy Services
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.)
Inc.(Consulting work)

**Page** 2 of 5
**Invoice #** 11035
**Client-Matter:** 1745-2737

---

**Services Rendered Through December 31, 2012**

**PROFESSIONAL SERVICES**

|  | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Principal |  |  |  |
| Craig T. Schulman | 410.00 | 86.25 | 35,362.50 |
| David J. Najvar | 395.00 | 22.75 | 8,986.25 |
|  |  |  |  |
| Case Assistant |  |  |  |
| Aaron Ates | 150.00 | 22.25 | 3,337.50 |
|  |  | 131.25 | 47,686.25 |

**EXPENSES**

| | |
|---|---|
| Travel - Airline | 718.10 |
| Travel - Hotel/Lodging | 297.20 |
| Travel - Taxi, Car Rental, Toll, Train | 130.00 |
| Meals - Other (100% Deductible) | 54.86 |
| Travel - Parking | 34.00 |
| Travel - Other | 105.45 |

**Total Expenses**                                    1,339.61

**Total Current Charges**                    49,025.86   USD



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy Services
**RE:** Western Convenience Stores, Inc., Western Truck One, LLC v. Suncor Energy (U.S.A.) Inc.(Consulting work)

**Page** 3 of 5
**Invoice #** 11035
**Client-Matter:** 1745-2737

Services Rendered Through December 31, 2012

| | | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 12/03/12 | Craig Schulman | Analyzed economic data. | 5.75 |
| 12/04/12 | Craig Schulman | Analyzed economic data. | 2.50 |
| 12/05/12 | Craig Schulman | Analyzed economic data. | 6.50 |
| 12/06/12 | Aaron Ates | Collected data. | 4.00 |
| 12/06/12 | Craig Schulman | Analyzed economic data. | 6.25 |
| 12/07/12 | Aaron Ates | Collected data. | 5.25 |
| 12/07/12 | Craig Schulman | Analyzed economic data. | 5.75 |
| 12/10/12 | Craig Schulman | Analyzed economic data. | 3.75 |
| 12/11/12 | David Najvar | Met with colleague.  Analyzed economic data - SAP data. | 6.50 |
| 12/11/12 | Craig Schulman | Analyzed economic data. | 6.50 |
| 12/12/12 | Aaron Ates | Analyzed data or created reports. | 7.00 |
| 12/12/12 | David Najvar | Analyzed economic data - SAP data. | 4.75 |
| 12/12/12 | Craig Schulman | Analyzed economic data. | 7.25 |
| 12/13/12 | Aaron Ates | Analyzed data or created reports. | 4.50 |
| 12/13/12 | David Najvar | Analyzed economic data - SAP data.  Conversation with attorney. | 8.50 |
| 12/13/12 | Craig Schulman | Analyzed economic data. | 6.50 |
| 12/14/12 | David Najvar | Audited spreadsheet. | 3.00 |
| 12/14/12 | Craig Schulman | Analyzed economic data. | 6.75 |
| 12/17/12 | Craig Schulman | Analyzed economic data. | 7.25 |
| 12/18/12 | Craig Schulman | Analyzed economic data. | 6.50 |



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy Services
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.)
Inc.(Consulting work)

**Page** 4 of 5
**Invoice #** 11035
**Client-Matter:** 1745-2737

| | | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 12/19/12 | Craig Schulman | Analyzed economic data. | 6.25 |
| 12/20/12 | Aaron Ates | Collected data. | 1.50 |
| 12/20/12 | Craig Schulman | Analyzed economic data. | 5.25 |
| 12/26/12 | Craig Schulman | Analyzed economic data. | 1.25 |
| 12/27/12 | Craig Schulman | Analyzed economic data. | 2.25 |
| | **Professional Services** | | 131.25 |



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy Services
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.)
Inc.(Consulting work)

**Page** 5 of 5
**Invoice #** 11035
**Client-Matter:** 1745-2737

**Balance Forward**

| Invoice # | Dated | Balance |
|---|---|---|
| 7644 | 06/11/12 | 9,040.50 |
| 9062 | 09/11/12 | 36,356.20 |
| 9793 | 10/22/12 | 52,654.88 |
| 10012 | 11/09/12 | 49,717.21 |
| 10634 | 12/12/12 | 42,082.50 |
| 11035 | 01/09/13 | 49,025.86 |



Mr. Michael Korenblat
Director of Legal Affairs
c/o:  Suncor Energy Services Inc.
717 17th Street
29th Floor, Suite 2900
Denver, Colorado  80202

January 29, 2013
Client-Matter: 1745-2522
Invoice # 11452
Tax I.D. # 27-1451273

**Via Email:  mkorenblat@suncor.com**

---

RE:   **Western Convenience Stores, Inc., Western Truck One, LLC v. Suncor Energy (U.S.A.) Inc.**

Services Rendered Through December 31, 2012

| | | |
|---|---:|---|
| Professional Services | 1,300.00 | USD |
| **Current Charges** | **1,300.00** | **USD** |

PAYMENT IS DUE BY February 28, 2013

Please direct questions regarding this invoice to: James Griffin at (979) 599-9234 or jgriffin@brg-expert.com.

**Please remit payment by check to:**
Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA 94608

**Please remit payment by wire to:**
Bank Name:   Wells Fargo, N.A.
ABA #:          121000248
A/C Name:     Berkeley Research Group, LLC
Account#:      4122014426
Reference:     11452

Remittance advices are to be sent to:
dfleetwood@brg-expert.com

**cc:**
William Monts, Esq.
Hogan Lovells LLP
**Via Email: William.monts@hoganlovells.com**

Anthony Shaheen
Holland & Hart LLP
**Via Email: AJShaheen@hollandhart.com**



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
  One, LLC v. Suncor Energy (U.S.A.) Inc.

**Page** 2 of 3
**Invoice #** 11452
**Client-Matter:** 1745-2522

---

**Services Rendered Through December 31, 2012**

**PROFESSIONAL SERVICES**

|  | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Director |  |  |  |
| James Griffin | 650.00 | 2.00 | 1,300.00 |

| | | | |
|---|---|---|---|
| **Total Current Charges** | | 1,300.00 | USD |

 **BERKELEY RESEARCH GROUP**

**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.) Inc.

**Page** 3 of 3
**Invoice #** 11452
**Client-Matter:** 1745-2522

Services Rendered Through December 31, 2012

| | | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 12/12/12 | James Griffin | Consulting service. | 2.00 |
| | **Professional Services** | | **2.00** |



Mr. Michael Korenblat
Director of Legal Affairs
c/o: Suncor Energy Services
717 17th Street
29th Floor, Suite 2900
Denver, Colorado  80202

February 15, 2013
Client-Matter: 1745-2737
Invoice # 11827
Tax I.D. # 27-1451273

**Via Email: mkorenblat@suncor.com**

---

**RE:  Western Convenience Stores, Inc., Western Truck One, LLC v. Suncor Energy (U.S.A.) Inc.(Consulting work)**

Services Rendered Through January 31, 2013

| | | |
|---|---:|---|
| Professional Services | 53,433.75 | USD |
| **Current Charges** | **53,433.75** | **USD** |
| Balance Forward | 49,025.86 | |
| **Balance Due** | **102,459.61** | **USD** |

PAYMENT IS DUE BY March 17, 2013

Please direct questions regarding this invoice to: Craig Schulman at (979) 599-9229 or cschulman@brg-expert.com.

**Please remit payment by check to:**
Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA 94608

**Please remit payment by wire to:**
Bank Name:   Wells Fargo, N.A.
ABA #:          121000248
A/C Name:     Berkeley Research Group, LLC
Account#:      4122014426
Reference:     11827

Remittance advices are to be sent to:
dfleetwood@brg-expert.com

cc:
William Monts, Esq.
Hogan Lovells LLP
**Via Email: William.monts@hoganlovells.com**

Anthony Shaheen
Holland & Hart LLP
**Via Email: AJShaheen@hollandhart.com**



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy Services
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.)
Inc.(Consulting work)

**Page** 2 of 5
**Invoice #** 11827
**Client-Matter:** 1745-2737

---

**Services Rendered Through January 31, 2013**

**PROFESSIONAL SERVICES**

| | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Principal | | | |
| Craig T. Schulman | 410.00 | 129.75 | 53,197.50 |
| | | | |
| Case Assistant | | | |
| Rebecca L. Navjar | 105.00 | 2.25 | 236.25 |
| | | 132.00 | 53,433.75 |

**Total Current Charges**      53,433.75   USD



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy Services
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.)
Inc.(Consulting work)

**Page** 3 of 5
**Invoice #** 11827
**Client-Matter:** 1745-2737

Services Rendered Through January 31, 2013

| | | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 01/03/13 | Craig Schulman | Analyzed economic data. | 3.25 |
| 01/03/13 | Craig Schulman | Conference call with counsel. | 1.25 |
| 01/04/13 | Craig Schulman | Analyzed economic data. | 3.50 |
| 01/07/13 | Craig Schulman | Analyzed economic data. | 6.25 |
| 01/08/13 | Craig Schulman | Analyzed economic data. | 5.75 |
| 01/09/13 | Craig Schulman | Analyzed economic data. | 6.50 |
| 01/10/13 | Craig Schulman | Analyzed economic data. | 5.25 |
| 01/11/13 | Craig Schulman | Analyzed economic data. | 6.50 |
| 01/14/13 | Craig Schulman | Analyzed economic data. | 6.50 |
| 01/15/13 | Craig Schulman | Analyzed economic data. | 3.75 |
| 01/15/13 | Craig Schulman | Conference call with counsel. | 1.75 |
| 01/16/13 | Craig Schulman | Analyzed economic data. | 6.25 |
| 01/17/13 | Craig Schulman | Analyzed economic data. | 3.50 |
| 01/18/13 | Craig Schulman | Analyzed economic data. | 6.25 |
| 01/20/13 | Craig Schulman | Analyzed economic data. | 2.50 |
| 01/21/13 | Craig Schulman | Analyzed economic data. | 8.25 |
| 01/22/13 | Craig Schulman | Analyzed economic data. | 4.25 |
| 01/23/13 | Rebecca Najvar | Organized case materials. | 2.25 |
| 01/23/13 | Craig Schulman | Analyzed economic data. | 6.50 |
| 01/23/13 | Craig Schulman | Conference call with counsel. | 1.25 |
| 01/24/13 | Craig Schulman | Conference call with counsel. | 2.50 |



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy Services
**RE:** Western Convenience Stores, Inc., Western Truck
    One, LLC v. Suncor Energy (U.S.A.)
    Inc.(Consulting work)

**Page** 4 of 5
**Invoice #** 11827
**Client-Matter:** 1745-2737

| | | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 01/24/13 | Craig Schulman | Analyzed economic data. | 1.25 |
| 01/25/13 | Craig Schulman | Analyzed economic data. | 6.75 |
| 01/27/13 | Craig Schulman | Analyzed economic data. | 3.50 |
| 01/28/13 | Craig Schulman | Analyzed economic data. | 7.75 |
| 01/29/13 | Craig Schulman | Analyzed economic data. | 4.25 |
| 01/30/13 | Craig Schulman | Analyzed economic data. | 7.00 |
| 01/30/13 | Craig Schulman | Conference call with counsel. | 1.50 |
| 01/31/13 | Craig Schulman | Conference call with counsel. | 1.25 |
| 01/31/13 | Craig Schulman | Analyzed economic data. | 5.00 |

**Professional Services**                                    132.00



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy Services
**RE:** Western Convenience Stores, Inc., Western Truck
       One, LLC v. Suncor Energy (U.S.A.)
       Inc.(Consulting work)

**Page** 5 of 5
**Invoice #** 11827
**Client-Matter:** 1745-2737

**Balance Forward**

| Invoice # | Dated | Balance |
|---|---|---|
| 11035 | 01/09/13 | 49,025.86 |
| 11827 | 02/15/13 | 53,433.75 |



Mr. Michael Korenblatt
Director of Legal Affairs
c/o: Suncor Energy Services Inc.
717 17th Street
29th Floor, Suite 2900
Denver, Colorado 80202

February 19, 2013
Client-Matter: 1745-2522
Invoice # 11826
Tax I.D. # 27-1451273

**Via Email: mkorenblat@suncor.com**

---

**RE: Western Convenience Stores, Inc., Western Truck One, LLC v. Suncor Energy (U.S.A.) Inc.**

Services Rendered Through January 31, 2013

| | | |
|---|---:|---|
| Professional Services | 75,955.75 | USD |
| **Current Charges** | **75,955.75** | **USD** |
| Balance Forward | 1,300.00 | |
| **Balance Due** | **77,255.75** | **USD** |

PAYMENT IS DUE BY March 21, 2013

Please direct questions regarding this invoice to: James Griffin at (979) 599-9234 or jgriffin@brg-expert.com.

**Please remit payment by check to:**
Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA 94608

**Please remit payment by wire to:**
Bank Name:   Wells Fargo, N.A.
ABA #:        121000248
A/C Name:   Berkeley Research Group, LLC
Account#:     4122014426
Reference:    11826

Remittance advices are to be sent to:
dfleetwood@brg-expert.com

**cc:**
William Monts, Esq.
Hogan Lovells LLP
**Via Email: William.monts@hoganlovells.com**

Anthony Shaheen
Holland & Hart LLP
**Via Email: AJShaheen@hollandhart.com**



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.) Inc.

**Page** 2 of 6
**Invoice #** 11826
**Client-Matter:** 1745-2522

---

**Services Rendered Through January 31, 2013**

**PROFESSIONAL SERVICES**

| | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Director | | | |
| James Griffin | 650.00 | 33.00 | 21,450.00 |
| Principal | | | |
| David J. Najvar | 395.00 | 102.00 | 40,290.00 |
| Consultant | | | |
| Tiffany R. Vernon | 255.00 | 1.50 | 382.50 |
| Associate | | | |
| Matthew Wey | 185.00 | 0.20 | 37.00 |
| Case Assistant | | | |
| Aaron Ates | 150.00 | 83.75 | 12,562.50 |
| Brenda M. Hickman | 105.00 | 8.50 | 892.50 |
| Rebecca L. Najvar | 105.00 | 3.25 | 341.25 |
| | | 232.20 | 75,955.75 |

**Total Current Charges**                      75,955.75   USD



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.) Inc.

**Page** 3 of 6
**Invoice #** 11826
**Client-Matter:** 1745-2522

Services Rendered Through January 31, 2013

| | | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 01/03/13 | James Griffin | Provided expert services. | 1.25 |
| 01/07/13 | David Najvar | Conversation with colleague.  Analyzed economic data. | 5.75 |
| 01/08/13 | Aaron Ates | Researched case and industry information. | 1.50 |
| 01/08/13 | David Najvar | Met with Expert.  Analyzed economic data. | 6.50 |
| 01/09/13 | Aaron Ates | Analyzed data or created reports. | 6.75 |
| 01/09/13 | James Griffin | Provided expert services. | 1.50 |
| 01/09/13 | David Najvar | Reviewed case materials.  Researched case and industry information. | 2.50 |
| 01/10/13 | Aaron Ates | Analyzed data or created reports. | 8.25 |
| 01/10/13 | David Najvar | Analyzed economic data.  Researched case and industry information. | 3.25 |
| 01/11/13 | Aaron Ates | Researched case and industry information. | 6.00 |
| 01/11/13 | David Najvar | Analyzed economic data. | 2.25 |
| 01/14/13 | Aaron Ates | Analyzed data or created reports. | 7.00 |
| 01/14/13 | James Griffin | Provided expert services. | 0.75 |
| 01/14/13 | David Najvar | Met with colleague.  Analyzed economic data. | 6.75 |
| 01/15/13 | James Griffin | Provided expert services. | 5.00 |
| 01/15/13 | David Najvar | Met with Expert.  Conversation with Counsel.  Analyzed economic data. | 8.00 |
| 01/16/13 | Aaron Ates | Analyzed data or created reports. | 7.25 |
| 01/16/13 | Brenda Hickman | Programmed spreadsheet. | 3.00 |
| 01/16/13 | David Najvar | Analyzed economic data. | 1.50 |
| 01/17/13 | Brenda Hickman | Programmed spreadsheet. | 1.50 |



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.) Inc.

**Page 4** of 6
**Invoice #** 11826
**Client-Matter:** 1745-2522

| | | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 01/17/13 | David Najvar | Analyzed economic data. | 4.00 |
| 01/18/13 | Aaron Ates | Analyzed data or created reports. | 8.00 |
| 01/21/13 | Aaron Ates | Analyzed economic data. | 9.25 |
| 01/21/13 | James Griffin | Provided expert services. | 2.75 |
| 01/21/13 | David Najvar | Met with Expert.  Analyzed economic data. | 8.75 |
| 01/22/13 | James Griffin | Provided expert services. | 0.50 |
| 01/22/13 | David Najvar | Analyzed economic data. | 7.00 |
| 01/22/13 | Tiffany Vernon | Analyzed economic data. | 0.50 |
| 01/23/13 | Aaron Ates | Analyzed economic data. | 8.50 |
| 01/23/13 | James Griffin | Provided expert services. | 5.00 |
| 01/23/13 | Brenda Hickman | Audited spreadsheet. | 0.75 |
| 01/23/13 | David Najvar | Met with Expert.  Conversation with Counsel.  Reviewed Tatos and Glick report.  Analyzed economic data. | 9.25 |
| 01/24/13 | James Griffin | Provided expert services. | 2.25 |
| 01/24/13 | Brenda Hickman | Data entry. | 3.00 |
| 01/24/13 | David Najvar | Met with Expert.  Conversation with Counsel.  Reviewed Tatos and Glick report.  Analyzed economic data. | 7.00 |
| 01/24/13 | Rebecca Najvar | Collected data. | 3.25 |
| 01/24/13 | Tiffany Vernon | Analyzed economic data. | 1.00 |
| 01/24/13 | Matthew Wey | Researched case and industry information. | 0.20 |
| 01/25/13 | Aaron Ates | Analyzed economic data. | 5.50 |
| 01/25/13 | Brenda Hickman | Organized case materials. | 0.25 |
| 01/26/13 | James Griffin | Provided expert services. | 1.50 |



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
    One, LLC v. Suncor Energy (U.S.A.) Inc.

**Page** 5 of 6
**Invoice #** 11826
**Client-Matter:** 1745-2522

| | | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 01/27/13 | James Griffin | Provided expert services. | 0.75 |
| 01/28/13 | Aaron Ates | Audited spreadsheet. | 1.50 |
| 01/28/13 | Aaron Ates | Analyzed data or created reports. | 7.25 |
| 01/28/13 | David Najvar | Analyzed economic data. | 7.50 |
| 01/29/13 | James Griffin | Provided expert services. | 5.00 |
| 01/29/13 | David Najvar | Met with Expert.  Analyzed economic data. | 7.75 |
| 01/30/13 | Aaron Ates | Audited spreadsheet. | 1.50 |
| 01/30/13 | Aaron Ates | Analyzed economic data. | 5.50 |
| 01/30/13 | James Griffin | Provided expert services. | 6.75 |
| 01/30/13 | David Najvar | Met with Expert.  Conversation with Counsel.  Analyzed economic data. | 7.50 |
| 01/31/13 | David Najvar | Conversation with Counsel.  Analyzed economic data. | 6.75 |

 

**Professional Services**                                        232.20



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
    One, LLC v. Suncor Energy (U.S.A.) Inc.

**Page** 6 of 6
**Invoice #** 11826
**Client-Matter:** 1745-2522

---

**Balance Forward**

| Invoice # | Dated | Balance |
|---|---|---|
| 11452 | 01/29/13 | 1,300.00 |
| 11826 | 02/19/13 | 75,955.75 |



Mr. Michael Korenblat
Director of Legal Affairs
c/o: Suncor Energy Services
717 17th Street
29th Floor, Suite 2900
Denver, Colorado 80202

March 18, 2013
Client-Matter: 1745-2737
Invoice # 12405
Tax I.D. # 27-1451273

Via Email: **mkorenblat@suncor.com**

---

RE:   **Western Convenience Stores, Inc., Western Truck One, LLC v. Suncor Energy (U.S.A.) Inc.(Consulting work)**

Services Rendered Through February 28, 2013

| | | |
|---|---:|---|
| Professional Services | 44,662.50 | USD |
| Expenses Incurred | 1,235.96 | |
| **Current Charges** | **45,898.46** | **USD** |
| Balance Forward | 102,459.61 | |
| **Balance Due** | **148,358.07** | **USD** |

PAYMENT IS DUE BY April 17, 2013

Please direct questions regarding this invoice to: Craig Schulman at (979) 599-9229 or cschulman@brg-expert.com.

Please remit payment by check to:
Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA 94608

Please remit payment by wire to:
Bank Name:   Wells Fargo, N.A.
ABA #:          121000248
A/C Name:     Berkeley Research Group, LLC
Account#:     4122014426
Reference:    12405

Remittance advices are to be sent to:
dfleetwood@brg-expert.com

cc:
William Monts, Esq.
Hogan Lovells LLP
**Via Email: William.monts@hoganlovells.com**

Anthony Shaheen
Holland & Hart LLP
**Via Email: AJShaheen@hollandhart.com**



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy Services
**RE:** Western Convenience Stores, Inc., Western Truck
    One, LLC v. Suncor Energy (U.S.A.)
    Inc.(Consulting work)

**Page** 2 of 5
**Invoice #** 12405
**Client-Matter:** 1745-2737

---

**Services Rendered Through February 28, 2013**

**PROFESSIONAL SERVICES**

| | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Principal | | | |
| Craig T. Schulman | 410.00 | 101.25 | 41,512.50 |
| | | | |
| Consultant | | | |
| Sahil Dilwali | 315.00 | 10.00 | 3,150.00 |
| | | 111.25 | 44,662.50 |

**EXPENSES**

| | |
|---|---|
| Travel - Airline | 698.30 |
| Travel - Hotel/Lodging | 290.30 |
| Travel - Taxi, Car Rental, Toll, Train | 140.00 |
| Travel - Other | 107.36 |
| **Total Expenses** | **1,235.96** |
| **Total Current Charges** | **45,898.46**   USD |



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy Services
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.)
Inc.(Consulting work)

**Page** 3 of 5
**Invoice #** 12405
**Client-Matter:** 1745-2737

Services Rendered Through February 28, 2013

| | | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 02/01/13 | Craig Schulman | Helped prepare expert report. | 4.25 |
| 02/03/13 | Craig Schulman | Helped prepare expert report. | 1.50 |
| 02/04/13 | Craig Schulman | Helped prepare expert report. | 4.75 |
| 02/05/13 | Craig Schulman | Helped prepare expert report. | 3.75 |
| 02/06/13 | Craig Schulman | Helped prepare expert report. | 4.25 |
| 02/07/13 | Craig Schulman | Helped prepare expert report. | 4.50 |
| 02/08/13 | Craig Schulman | Helped prepare expert report. | 4.25 |
| 02/09/13 | Craig Schulman | Helped prepare expert report. | 3.00 |
| 02/10/13 | Craig Schulman | Helped prepare expert report. | 2.75 |
| 02/11/13 | Craig Schulman | Helped prepare expert report. | 5.00 |
| 02/12/13 | Craig Schulman | Helped prepare expert report. | 3.25 |
| 02/13/13 | Craig Schulman | Helped prepare expert report. | 5.00 |
| 02/14/13 | Craig Schulman | Helped prepare expert report. | 2.75 |
| 02/15/13 | Craig Schulman | Helped prepare expert report. | 4.25 |
| 02/17/13 | Craig Schulman | Helped prepare expert report. | 2.25 |
| 02/18/13 | Craig Schulman | Helped prepare expert report. | 5.50 |
| 02/19/13 | Craig Schulman | Helped prepare expert report. | 3.25 |
| 02/20/13 | Craig Schulman | Helped prepare expert report. | 4.25 |
| 02/21/13 | Craig Schulman | Travel. | 4.00 |
| 02/22/13 | Sahil Dilwali | Analyzed data or created reports. Reviewed program and audited output. | 2.00 |



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy Services
**RE:** Western Convenience Stores, Inc., Western Truck
    One, LLC v. Suncor Energy (U.S.A.)
    Inc.(Consulting work)

**Page** 4 of 5
**Invoice #** 12405
**Client-Matter:** 1745-2737

| | | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 02/22/13 | Craig Schulman | Travel. | 4.00 |
| 02/23/13 | Craig Schulman | Helped prepare expert report. | 2.75 |
| 02/24/13 | Sahil Dilwali | Analyzed data or created reports. Reviewed program and audited report output. | 2.00 |
| 02/24/13 | Craig Schulman | Helped prepare expert report. | 3.25 |
| 02/25/13 | Sahil Dilwali | Analyzed data or created reports. Verified output for regression. | 2.00 |
| 02/25/13 | Craig Schulman | Helped prepare expert report. | 5.25 |
| 02/26/13 | Sahil Dilwali | Analyzed data or created reports. Ran variations on Tatos models. | 2.00 |
| 02/26/13 | Craig Schulman | Helped prepare expert report. | 3.75 |
| 02/27/13 | Sahil Dilwali | Analyzed data or created reports. Modified programs and checked output. | 2.00 |
| 02/27/13 | Craig Schulman | Helped prepare expert report. | 5.75 |
| 02/28/13 | Craig Schulman | Helped prepare expert report. | 4.00 |

**Professional Services**                                    **111.25**



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy Services
**RE:** Western Convenience Stores, Inc., Western Truck
   One, LLC v. Suncor Energy (U.S.A.)
   Inc.(Consulting work)

**Page** 5 of 5
**Invoice #** 12405
**Client-Matter:** 1745-2737

**Balance Forward**

| Invoice # | Dated | Balance |
|---|---|---|
| 7644 | 06/11/12 | 0.00 |
| 9062 | 09/11/12 | 0.00 |
| 9793 | 10/22/12 | 0.00 |
| 10012 | 11/09/12 | 0.00 |
| 10634 | 12/12/12 | 0.00 |
| 11035 | 01/09/13 | 49,025.86 |
| 11827 | 02/15/13 | 53,433.75 |
| 12405 | 03/18/13 | 45,898.46 |



Mr. Michael Korenblatt
Director of Legal Affairs
c/o: Suncor Energy Services Inc.
717 17th Street
29th Floor, Suite 2900
Denver, Colorado 80202

Via Email: mkorenblatt@suncor.com

March 19, 2013
Client-Matter: 1745-2522
Invoice # 12246
Tax I.D. # 27-1451273

---

RE:   **Western Convenience Stores, Inc., Western Truck One, LLC v. Suncor Energy (U.S.A.) Inc.**

Services Rendered Through February 28, 2013

| | | |
|---|---:|---|
| Professional Services | 153,683.75 | USD |
| Expenses Incurred | 1,031.77 | |
| **Current Charges** | **154,715.52** | **USD** |
| Balance Forward | 77,255.75 | |
| **Balance Due** | **231,971.27** | **USD** |

PAYMENT IS DUE BY April 18, 2013

Please direct questions regarding this invoice to: James Griffin at (979) 599-9234 or jgriffin@brg-expert.com.

**Please remit payment by check to:**
Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA 94608

**Please remit payment by wire to:**
Bank Name:   Wells Fargo, N.A.
ABA #:       121000248
A/C Name:    Berkeley Research Group, LLC
Account#:    4122014426
Reference:   12246

Remittance advices are to be sent to:
dfleetwood@brg-expert.com

cc:
William Monts, Esq.
Hogan Lovells LLP
Via Email: **William.monts@hoganlovells.com**

Anthony Shaheen
Holland & Hart LLP
Via Email: **AJShaheen@hollandhart.com**



**To:** Mr. Michael Korenblatt
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
    One, LLC v. Suncor Energy (U.S.A.) Inc.

**Page** 2 of 8
**Invoice #** 12246
**Client-Matter:** 1745-2522

**Services Rendered Through February 28, 2013**

**PROFESSIONAL SERVICES**

|  | RATE | HOURS | AMOUNT |
|---|---|---|---|
| **Director** | | | |
| James Griffin | 650.00 | 104.25 | 67,762.50 |
| **Principal** | | | |
| Craig T. Schulman | 410.00 | 101.75 | 41,717.50 |
| David J. Najvar | 395.00 | 81.50 | 32,192.50 |
| **Consultant** | | | |
| Sahil Dilwali | 315.00 | 23.00 | 7,245.00 |
| **Associate** | | | |
| Matthew Wey | 195.00 | 0.25 | 48.75 |
| **Case Assistant** | | | |
| Aaron Ates | 150.00 | 23.00 | 3,450.00 |
| Brenda M. Hickman | 110.00 | 6.75 | 742.50 |
| Rebecca L. Najvar | 105.00 | 5.00 | 525.00 |
| | | 345.50 | 153,683.75 |

**EXPENSES**

| | |
|---|---|
| Express Messenger/Shipping | 13.38 |
| Meals - Other (100% Deductible) | 5.40 |
| Travel - Airline | 756.29 |
| Travel - Hotel/Lodging | 256.70 |
| **Total Expenses** | **1,031.77** |
| **Total Current Charges** | **154,715.52** USD |



**To:** Mr. Michael Korenblatt
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.) Inc.

Page 3 of 8
Invoice # 12246
Client-Matter: 1745-2522

Services Rendered Through February 28, 2013

| | | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 02/01/13 | Aaron Ates | Analyzed economic data. | 5.25 |
| 02/01/13 | James Griffin | Provided expert services. | 0.25 |
| 02/01/13 | David Najvar | Analyzed economic data. | 3.25 |
| 02/01/13 | Craig Schulman | Helped prepare expert report. | 4.25 |
| 02/02/13 | James Griffin | Provided expert services. | 0.25 |
| 02/03/13 | James Griffin | Provided expert services. | 0.25 |
| 02/03/13 | Craig Schulman | Helped prepare expert report. | 1.25 |
| 02/04/13 | James Griffin | Provided expert services. | 1.50 |
| 02/04/13 | David Najvar | Analyzed economic data. | 5.75 |
| 02/04/13 | Craig Schulman | Helped prepare expert report. | 4.50 |
| 02/05/13 | Sahil Dilwali | Analyzed data or created reports. Reviewed expert report and program | 3.00 |
| 02/05/13 | James Griffin | Provided expert services. | 4.50 |
| 02/05/13 | David Najvar | Met with Expert. | 0.50 |
| 02/05/13 | Craig Schulman | Helped prepare expert report. | 3.00 |
| 02/06/13 | Sahil Dilwali | Analyzed data or created reports. Minimum prices and program review | 4.00 |
| 02/06/13 | James Griffin | Provided expert services. | 3.25 |
| 02/06/13 | David Najvar | Helped prepare exhibits. | 2.00 |
| 02/06/13 | Craig Schulman | Helped prepare expert report. | 4.25 |
| 02/07/13 | James Griffin | Provided expert services. | 9.50 |
| 02/07/13 | David Najvar | Helped prepare exhibits. | 3.50 |



**To:** Mr. Michael Korenblatt
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
    One, LLC v. Suncor Energy (U.S.A.) Inc.

**Page** 4 of 8
**Invoice #** 12246
**Client-Matter:** 1745-2522

| | | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 02/07/13 | Craig Schulman | Helped prepare expert report. | 4.25 |
| 02/08/13 | James Griffin | Provided expert services. | 6.25 |
| 02/08/13 | Craig Schulman | Helped prepare expert report. | 4.00 |
| 02/09/13 | James Griffin | Provided expert services. | 0.25 |
| 02/09/13 | Craig Schulman | Helped prepare expert report. | 3.25 |
| 02/10/13 | James Griffin | Provided expert services. | 0.50 |
| 02/10/13 | Craig Schulman | Helped prepare expert report. | 2.75 |
| 02/11/13 | Aaron Ates | Audited workproduct. | 1.75 |
| 02/11/13 | James Griffin | Provided expert services. | 1.75 |
| 02/11/13 | David Najvar | Helped prepare exhibits. | 3.25 |
| 02/11/13 | Craig Schulman | Helped prepare expert report. | 4.50 |
| 02/12/13 | Sahil Dilwali | Analyzed data or created reports. Program review and report tables audit | 5.00 |
| 02/12/13 | James Griffin | Provided expert services. | 6.00 |
| 02/12/13 | David Najvar | Reviewed depositions.  Helped prepare exhibits. | 2.75 |
| 02/12/13 | Craig Schulman | Helped prepare expert report | 3.25 |
| 02/13/13 | Sahil Dilwali | Analyzed data or created reports. Regression program audit | 6.00 |
| 02/13/13 | James Griffin | Provided expert services. | 3.25 |
| 02/13/13 | David Najvar | Helped prepare expert report. | 2.75 |
| 02/13/13 | Craig Schulman | Helped prepare expert report. | 5.25 |
| 02/14/13 | Sahil Dilwali | Analyzed data or created reports. Regression program audit and report review. | 5.00 |
| 02/14/13 | James Griffin | Provided expert services. | 5.75 |



**To:** Mr. Michael Korenblatt
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.) Inc.

**Page** 5 of 8
**Invoice #** 12246
**Client-Matter:** 1745-2522

| | | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 02/14/13 | David Najvar | Reviewed depositions. | 3.50 |
| 02/14/13 | Craig Schulman | Helped prepared expert report. | 2.50 |
| 02/15/13 | James Griffin | Provided expert services. | 4.50 |
| 02/15/13 | David Najvar | Reviewed depositions. | 3.00 |
| 02/15/13 | Craig Schulman | Helped prepare expert report. | 4.25 |
| 02/16/13 | James Griffin | Provided expert services. | 1.75 |
| 02/17/13 | James Griffin | Provided expert services. | 3.75 |
| 02/17/13 | David Najvar | Reviewed depositions. | 4.00 |
| 02/17/13 | Craig Schulman | Helped prepare expert report. | 2.25 |
| 02/18/13 | Aaron Ates | Analyzed economic data. | 3.75 |
| 02/18/13 | David Najvar | Reviewed depositions. | 6.75 |
| 02/18/13 | Craig Schulman | Helped prepare expert report. | 5.25 |
| 02/19/13 | James Griffin | Provided expert services. | 7.25 |
| 02/19/13 | David Najvar | Reviewed depositions.  Conversation with Expert. | 1.50 |
| 02/19/13 | Rebecca Najvar | Organized information to facilitate expert analysis. | 2.75 |
| 02/19/13 | Craig Schulman | Helped prepare expert report. | 3.25 |
| 02/20/13 | James Griffin | Provided expert services. | 2.75 |
| 02/20/13 | David Najvar | Helped prepare expert report.  Helped prepare exhibits. | 5.75 |
| 02/20/13 | Rebecca Najvar | Organized information to facilitate expert analysis. | 2.25 |
| 02/20/13 | Craig Schulman | Helped prepare expert report. | 3.25 |
| 02/21/13 | James Griffin | Provided expert services. | 10.00 |
| 02/21/13 | David Najvar | Helped prepare expert report. | 1.00 |



**To:** Mr. Michael Korenblatt
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.) Inc.

**Page** 6 of 8
**Invoice #** 12246
**Client-Matter:** 1745-2522

| | | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 02/21/13 | Craig Schulman | Met with counsel. | 5.50 |
| 02/22/13 | Aaron Ates | Collected data. | 0.75 |
| 02/22/13 | James Griffin | Provided expert services. | 10.00 |
| 02/22/13 | David Najvar | Helped prepare exhibits. | 4.00 |
| 02/22/13 | Craig Schulman | Travel. | 6.50 |
| 02/23/13 | Craig Schulman | Helped prepare expert report.Travel. | 2.75 |
| 02/24/13 | James Griffin | Provided expert services. | 3.75 |
| 02/24/13 | Craig Schulman | Helped prepare expert report. Helped prepare expert report.Travel. | 3.25 |
| 02/25/13 | Aaron Ates | Audited workproduct. | 3.25 |
| 02/25/13 | James Griffin | Provided expert services. | 5.50 |
| 02/25/13 | David Najvar | Reviewed case materials.  Helped prepare expert report. Helped prepare exhibits. | 7.75 |
| 02/25/13 | Craig Schulman | Helped prepare expert report. Helped prepare expert report.Travel. | 5.25 |
| 02/26/13 | James Griffin | Provided expert services. | 5.25 |
| 02/26/13 | David Najvar | Analyzed economic data.  Audited workproduct. | 8.25 |
| 02/26/13 | Craig Schulman | Helped prepare expert report. | 3.75 |
| 02/26/13 | Matthew Wey | Researched case and industry information. | 0.25 |
| 02/27/13 | Aaron Ates | Audited workproduct. | 8.25 |
| 02/27/13 | James Griffin | Provided expert services. | 3.00 |
| 02/27/13 | David Najvar | Audited workproduct.  Helped prepare expert report.  Met with colleagues. | 8.00 |
| 02/27/13 | Craig Schulman | Helped prepare expert report. | 5.75 |



**To:** Mr. Michael Korenblatt
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
    One, LLC v. Suncor Energy (U.S.A.) Inc.

**Page** 7 of 8
**Invoice #** 12246
**Client-Matter:** 1745-2522

| | | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 02/28/13 | James Griffin | Provided expert services. | 3.50 |
| 02/28/13 | Brenda Hickman | Audited spreadsheet. | 1.00 |
| 02/28/13 | Brenda Hickman | Audited workproduct. | 5.75 |
| 02/28/13 | David Najvar | Audited workproduct. | 4.25 |
| 02/28/13 | Craig Schulman | Helped prepare expert report. | 3.75 |

**Professional Services** | | | **345.50**



**To:** Mr. Michael Korenblatt
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
    One, LLC v. Suncor Energy (U.S.A.) Inc.

**Page** 8 of 8
**Invoice #** 12246
**Client-Matter:** 1745-2522

---

**Balance Forward**

| Invoice # | Dated | Balance |
|---|---|---|
| 11452 | 01/29/13 | 1,300.00 |
| 11826 | 02/19/13 | 75,955.75 |
| 12246 | 03/19/13 | 154,715.52 |



Mr. Michael Korenblatt
Director of Legal Affairs
c/o: Suncor Energy Services Inc.
717 17th Street
29th Floor, Suite 2900
Denver, Colorado 80202

**Via Email: mkorenblat@suncor.com**

April 8, 2013
Client-Matter: 1745-2522
Invoice # 12726
Tax I.D. # 27-1451273

RE:   **Western Convenience Stores, Inc., Western Truck One, LLC v. Suncor Energy (U.S.A.) Inc.**

Services Rendered Through March 31, 2013

| | | |
|---|---:|---|
| Professional Services | 9,215.00 | USD |
| Expenses Incurred | 13.50 | |
| **Current Charges** | **9,228.50** | **USD** |
| Balance Forward | 154,715.52 | |
| **Balance Due** | **163,944.02** | **USD** |

PAYMENT IS DUE BY May 8, 2013

Please direct questions regarding this invoice: James Griffin at (979) 599-9234 or jgriffin@brg-expert.com.

**Please remit payment by check to:**
Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA 94608

**Please remit payment by wire to:**
Bank Name:   Wells Fargo, N.A.
ABA #:          121000248
A/C Name:     Berkeley Research Group, LLC
Account#:      4122014426
Reference:     12726

Remittance advices are to be sent to:
dfleetwood@brg-expert.com

**cc:**
William Monts, Esq.
Hogan Lovells LLP
**Via Email: William.monts@hoganlovells.com**

Anthony Shaheen
Holland & Hart LLP
**Via Email: AJShaheen@hollandhart.com**



**To:** Mr. Michael Korenblatt
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.) Inc.

**Page** 2 of 4
**Invoice #** 12726
**Client-Matter:** 1745-2522

---

**Services Rendered Through March 31, 2013**

**PROFESSIONAL SERVICES**

|  | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Director |  |  |  |
| James Griffin | 650.00 | 12.75 | 8,287.50 |
| Case Assistant |  |  |  |
| Aaron Ates | 150.00 | 6.00 | 900.00 |
| Brenda M. Hickman | 110.00 | 0.25 | 27.50 |
|  |  | 19.00 | 9,215.00 |

**EXPENSES**

| Express Messenger/Shipping |  | 13.50 |
|---|---|---|
| **Total Expenses** |  | **13.50** |
| **Total Current Charges** |  | **9,228.50** USD |



**To:** Mr. Michael Korenblatt
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
    One, LLC v. Suncor Energy (U.S.A.) Inc.

**Page** 3 of 4
**Invoice #** 12726
**Client-Matter:** 1745-2522

---

Services Rendered Through March 31, 2013

| | | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 03/01/13 | Aaron Ates | Audited workproduct. | 5.00 |
| 03/01/13 | James Griffin | Provided expert services. | 8.00 |
| 03/01/13 | Brenda Hickman | Organized case materials. | 0.25 |
| 03/04/13 | Aaron Ates | Administrative, copying, formatting, production. | 0.50 |
| 03/04/13 | Aaron Ates | Collected data. | 0.50 |
| 03/18/13 | James Griffin | Provided expert services. | 2.00 |
| 03/21/13 | James Griffin | Provided expert services. | 0.75 |
| 03/25/13 | James Griffin | Provided expert services. | 2.00 |

| | | **Professional Services** | **19.00** |
|---|---|---|---|



**To:** Mr. Michael Korenblatt
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
　　One, LLC v. Suncor Energy (U.S.A.) Inc.

**Page** 4 of 4
**Invoice #** 12726
**Client-Matter:** 1745-2522

---

**Balance Forward**

| Invoice # | Dated | Balance |
|---|---|---|
| 12246 | 03/19/13 | 154,715.52 |
| 12726 | 04/08/13 | 9,228.50 |



Mr. Michael Korenblat
Director of Legal Affairs
c/o: Suncor Energy Services
717 17th Street
29th Floor, Suite 2900
Denver, Colorado  80202

April 9, 2013
Client-Matter: 1745-2737
Invoice # 12758
Tax I.D. # 27-1451273

**Via Email: mkorenblat@suncor.com**

---

**RE:   Western Convenience Stores, Inc., Western Truck One, LLC v. Suncor Energy (U.S.A.) Inc.(Consulting work)**

Services Rendered Through March 31, 2013

| | | |
|---|---:|---|
| Professional Services | 27,438.75 | USD |
| **Current Charges** | **27,438.75** | **USD** |

PAYMENT IS DUE BY May 9, 2013

Please direct questions regarding this invoice to: Craig Schulman at (979) 599-9229 or cschulman@brg-expert.com.

**Please remit payment by check to:**
Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA 94608

**Please remit payment by wire to:**
Bank Name:   Wells Fargo, N.A.
ABA #:          121000248
A/C Name:     Berkeley Research Group, LLC
Account#:      4122014426
Reference:     12758

Remittance advices are to be sent to:
dfleetwood@brg-expert.com

cc:
William Monts, Esq.
Hogan Lovells LLP
**Via Email: William.monts@hoganlovells.com**

Anthony Shaheen
Holland & Hart LLP
**Via Email: AJShaheen@hollandhart.com**



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy Services
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.)
Inc.(Consulting work)

**Page** 2 of 3
**Invoice #** 12758
**Client-Matter:** 1745-2737

---

**Services Rendered Through March 31, 2013**

**PROFESSIONAL SERVICES**

|  | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Principal |  |  |  |
| David J. Najvar | 395.00 | 8.25 | 3,258.75 |
| Craig T. Schulman | 410.00 | 53.25 | 21,832.50 |
| Consultant |  |  |  |
| Sahil Dilwali | 315.00 | 4.00 | 1,260.00 |
| Case Assistant |  |  |  |
| Aaron Ates | 150.00 | 7.25 | 1,087.50 |
|  |  | 72.75 | 27,438.75 |

**Total Current Charges**                      27,438.75   USD



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy Services
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.)
Inc.(Consulting work)

**Page** 3 of 3
**Invoice #** 12758
**Client-Matter:** 1745-2737

Services Rendered Through March 31, 2013

| | | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 03/01/13 | Sahil Dilwali | Analyzed data or created reports. Checked output for various programs. | 4.00 |
| 03/01/13 | David Najvar | Audited workproduct.  Helped prepare expert report. | 6.75 |
| 03/01/13 | Craig Schulman | Helped prepare expert report. | 10.75 |
| 03/02/13 | Craig Schulman | Organized case materials. | 4.50 |
| 03/03/13 | Craig Schulman | Organized case materials. | 2.75 |
| 03/04/13 | Craig Schulman | Organized case materials. | 8.75 |
| 03/05/13 | Craig Schulman | Analyzed economic data. | 3.25 |
| 03/15/13 | Craig Schulman | Reviewed case materials. | 2.75 |
| 03/16/13 | David Najvar | Reviewed case materials. | 0.50 |
| 03/18/13 | Aaron Ates | Performed research. | 7.25 |
| 03/18/13 | David Najvar | Reviewed case materials. | 1.00 |
| 03/18/13 | Craig Schulman | Analyzed economic data. | 5.50 |
| 03/18/13 | Craig Schulman | Conference call with counsel. | 1.25 |
| 03/19/13 | Craig Schulman | Analyzed economic data. | 2.50 |
| 03/20/13 | Craig Schulman | Analyzed economic data. | 4.75 |
| 03/21/13 | Craig Schulman | Analyzed economic data. | 2.50 |
| 03/25/13 | Craig Schulman | Analyzed economic data. | 1.25 |
| 03/25/13 | Craig Schulman | Conference call with counsel and client. | 1.50 |
| 03/29/13 | Craig Schulman | Conference call with counsel. | 1.25 |

**Professional Services**                                                   72.75



Mr. Michael Korenblat
Director of Legal Affairs
c/o: Suncor Energy Services
717 17th Street
29th Floor, Suite 2900
Denver, Colorado  80202

**Via Email: mkorenblat@suncor.com**

May 10, 2013
Client-Matter: 1745-2737
Invoice # 13349
Tax I.D. # 27-1451273

---

**RE:  Western Convenience Stores, Inc., Western Truck One, LLC v. Suncor Energy (U.S.A.) Inc.(Consulting work)**

Services Rendered Through April 30, 2013

| | | |
|---|---:|---|
| Professional Services | 10,967.50 | USD |
| **Current Charges** | **10,967.50** | **USD** |
| Balance Forward | 27,438.75 | |
| **Balance Due** | **38,406.25** | **USD** |

PAYMENT IS DUE BY June 9, 2013

Please direct questions regarding this invoice to: Craig Schulman at (979) 599-9229 or cschulman@brg-expert.com.

**Please remit payment by check to:**
Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA 94608

**Please remit payment by wire to:**
Bank Name:  Wells Fargo, N.A.
ABA #:        121000248
A/C Name:    Berkeley Research Group, LLC
Account#:    4122014426
Reference:   13349

Remittance advices are to be sent to:
dfleetwood@brg-expert.com

**cc:**
William Monts, Esq.
Hogan Lovells LLP
**Via Email: William.monts@hoganlovells.com**

Anthony Shaheen
Holland & Hart LLP
**Via Email: AJShaheen@hollandhart.com**



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy Services
**RE:** Western Convenience Stores, Inc., Western Truck
       One, LLC v. Suncor Energy (U.S.A.)
       Inc.(Consulting work)

**Page** 2 of 4
**Invoice #** 13349
**Client-Matter:** 1745-2737

---

**Services Rendered Through April 30, 2013**

**PROFESSIONAL SERVICES**

|  | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Principal | | | |
| Craig T. Schulman | 410.00 | 26.75 | 10,967.50 |

| **Total Current Charges** | | | **10,967.50** | USD |
|---|---|---|---|---|



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy Services
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.)
Inc.(Consulting work)

**Page** 3 of 4
**Invoice #** 13349
**Client-Matter:** 1745-2737

Services Rendered Through April 30, 2013

|  |  | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 04/02/13 | Craig Schulman | Conversation with counsel. | 1.25 |
| 04/03/13 | Craig Schulman | Analyzed economic data. | 4.50 |
| 04/04/13 | Craig Schulman | Analyzed economic data. | 1.25 |
| 04/11/13 | Craig Schulman | Analyzed economic data. | 3.25 |
| 04/16/13 | Craig Schulman | Analyzed economic data. | 2.50 |
| 04/18/13 | Craig Schulman | Analyzed economic data. | 3.25 |
| 04/19/13 | Craig Schulman | Analyzed economic data. | 1.25 |
| 04/24/13 | Craig Schulman | Analyzed economic data. | 3.50 |
| 04/28/13 | Craig Schulman | Analyzed economic data. | 2.50 |
| 04/29/13 | Craig Schulman | Analyzed economic data. | 3.50 |

**Professional Services**                                    26.75



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy Services
**RE:** Western Convenience Stores, Inc., Western Truck
    One, LLC v. Suncor Energy (U.S.A.)
    Inc.(Consulting work)

**Page** 4 of 4
**Invoice #** 13349
**Client-Matter:** 1745-2737

---

**Balance Forward**

| Invoice # | Dated | Balance |
|---|---|---|
| 7644 | 06/11/12 | 0.00 |
| 9062 | 09/11/12 | 0.00 |
| 9793 | 10/22/12 | 0.00 |
| 10012 | 11/09/12 | 0.00 |
| 10634 | 12/12/12 | 0.00 |
| 11035 | 01/09/13 | 0.00 |
| 11827 | 02/15/13 | 0.00 |
| 12405 | 03/18/13 | 0.00 |
| 12758 | 04/09/13 | 27,438.75 |
| 13349 | 05/10/13 | 10,967.50 |



Mr. Michael Korenblatt
Director of Legal Affairs
c/o: Suncor Energy Services Inc.
717 17th Street
29th Floor, Suite 2900
Denver, Colorado 80202

May 15, 2013
Client-Matter: 1745-2522
Invoice # 13468
Tax I.D. # 27-1451273

**Via Email: mkorenblat@suncor.com**

---

**RE:  Western Convenience Stores, Inc., Western Truck One, LLC v. Suncor Energy (U.S.A.) Inc.**

Services Rendered Through April 30, 2013

| | | |
|---|---:|---|
| Professional Services | 9,065.00 | USD |
| Expenses Incurred | 0.70 | |
| **Current Charges** | **9,065.70** | **USD** |
| Balance Forward | 154,715.52 | |
| **Balance Due** | **163,781.22** | **USD** |

PAYMENT IS DUE BY June 14, 2013

Please direct questions regarding this invoice: James Griffin at (979) 599-9234 or jgriffin@brg-expert.com.

**Please remit payment by check to:**
Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA 94608

**Please remit payment by wire to:**
Bank Name:   Wells Fargo, N.A.
ABA #:            121000248
A/C Name:     Berkeley Research Group, LLC
Account#:       4122014426
Reference:     13468

Remittance advices are to be sent to:
dfleetwood@brg-expert.com

**cc:**
William Monts, Esq.
Hogan Lovells LLP
**Via Email: William.monts@hoganlovells.com**

Anthony Shaheen
Holland & Hart LLP
**Via Email: AJShaheen@hollandhart.com**



**To:** Mr. Michael Korenblatt
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
    One, LLC v. Suncor Energy (U.S.A.) Inc.

**Page** 2 of 4
**Invoice #** 13468
**Client-Matter:** 1745-2522

---

**Services Rendered Through April 30, 2013**

**PROFESSIONAL SERVICES**

|  | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Principal | | | |
| David J. Najvar | 395.00 | 7.00 | 2,765.00 |
| | | | |
| Consultant | | | |
| Sahil Diwali | 315.00 | 20.00 | 6,300.00 |
| | | 27.00 | 9,065.00 |

**EXPENSES**

| | | |
|---|---|---|
| Data Retrieval | | 0.70 |
| **Total Expenses** | | **0.70** |
| **Total Current Charges** | | **9,065.70** USD |



**To:** Mr. Michael Korenblatt
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
   One, LLC v. Suncor Energy (U.S.A.) Inc.

**Page** 3 of 4
**Invoice #** 13468
**Client-Matter:** 1745-2522

Services Rendered Through April 30, 2013

| | | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 04/24/13 | Sahil Dilwali | Analyzed data or created reports. Reviwed new program and analyzed differences. | 4.00 |
| 04/25/13 | Sahil Dilwali | Analyzed data or created reports. Reviewed new program and data inputs. | 6.00 |
| 04/25/13 | David Najvar | Reviewed case materials. | 1.00 |
| 04/26/13 | Sahil Dilwali | Analyzed data or created reports. Scenario analysis on sources of different numbers. | 6.00 |
| 04/26/13 | David Najvar | Reviewed case materials. | 2.50 |
| 04/27/13 | David Najvar | Reviewed case materials. | 2.25 |
| 04/29/13 | Sahil Dilwali | Analyzed data or created reports. Reviewed program | 2.00 |
| 04/29/13 | David Najvar | Reviewed case materials. | 1.25 |
| 04/30/13 | Sahil Dilwali | Analyzed data or created reports. Reviewed prorgram and data inputs | 2.00 |

**Professional Services**                                    27.00



**To:** Mr. Michael Korenblatt
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.) Inc.

**Page** 4 of 4
**Invoice #** 13468
**Client-Matter:** 1745-2522

---

**Balance Forward**

| Invoice # | Dated | Balance |
|-----------|----------|------------|
| 12246 | 03/19/13 | 154,715.52 |
| 13468 | 05/15/13 | 9,065.70 |