# EXHIBIT 5
# Part 2

E

X

H

I

B

I

T


**5**

Part 2



Mr. Michael Korenblat
Director of Legal Affairs
c/o: Suncor Energy Services
717 17th Street
29th Floor, Suite 2900
Denver, Colorado  80202

June 11, 2013
Client-Matter: 1745-2737
Invoice # 13849
Tax I.D. # 27-1451273

**Via Email: mkorenblat@suncor.com**

---

**RE:   Western Convenience Stores, Inc., Western Truck One, LLC v. Suncor Energy (U.S.A.) Inc.(Consulting work)**

Services Rendered Through May 31, 2013

| | | |
|---|---|---|
| Professional Services | 21,217.50 | USD |
| **Current Charges** | **21,217.50** | **USD** |
| Balance Forward | 27,438.75 | |
| **Balance Due** | **48,656.25** | **USD** |

PAYMENT IS DUE BY July 11, 2013

Please direct questions regarding this invoice to: Craig Schulman at (979) 599-9229 or cschulman@brg-expert.com.

**Please remit payment by check to:**
Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA 94608

**Please remit payment by wire to:**
Bank Name:   Wells Fargo, N.A.
ABA #:          121000248
A/C Name:    Berkeley Research Group, LLC
Account#:     4122014426
Reference:    13849

Remittance advices are to be sent to:
dfleetwood@brg-expert.com

**cc:**
William Monts, Esq.
Hogan Lovells LLP
**Via Email: William.monts@hoganlovells.com**

Anthony Shaheen
Holland & Hart LLP
**Via Email: AJShaheen@hollandhart.com**

Jill Wells
**Via Email: jiwells@suncor.com**



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy Services
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.)
Inc.(Consulting work)

**Page** 3 of 4
**Invoice #** 13849
**Client-Matter:** 1745-2737

Services Rendered Through May 31, 2013

| | | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 05/01/13 | Craig Schulman | Reviewed case materials. | 1.75 |
| 05/02/13 | Craig Schulman | Reviewed case materials. | 2.50 |
| 05/06/13 | Craig Schulman | Analyzed economic data. | 3.50 |
| 05/07/13 | Craig Schulman | Analyzed economic data. | 2.50 |
| 05/08/13 | Craig Schulman | Analyzed economic data. | 2.50 |
| 05/16/13 | Craig Schulman | Analyzed economic data. | 4.50 |
| 05/17/13 | Craig Schulman | Analyzed economic data. | 5.75 |
| 05/18/13 | Craig Schulman | Analyzed economic data. | 1.25 |
| 05/20/13 | Craig Schulman | Analyzed economic data. | 6.50 |
| 05/21/13 | Craig Schulman | Analyzed economic data. | 5.25 |
| 05/22/13 | Craig Schulman | Analyzed economic data. | 4.50 |
| 05/23/13 | Craig Schulman | Analyzed economic data. | 3.25 |
| 05/24/13 | Craig Schulman | Analyzed economic data. | 5.25 |
| 05/30/13 | Craig Schulman | Analyzed economic data. | 2.75 |

**Professional Services** 51.75



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy Services
**RE:** Western Convenience Stores, Inc., Western Truck
     One, LLC v. Suncor Energy (U.S.A.)
     Inc.(Consulting work)

**Page** 4 of 4
**Invoice #** 13849
**Client-Matter:** 1745-2737

---

**Balance Forward**

| Invoice # | Dated | Balance |
|---|---|---|
| 7644 | 06/11/12 | 0.00 |
| 9062 | 09/11/12 | 0.00 |
| 9793 | 10/22/12 | 0.00 |
| 10012 | 11/09/12 | 0.00 |
| 10634 | 12/12/12 | 0.00 |
| 11035 | 01/09/13 | 0.00 |
| 11827 | 02/15/13 | 0.00 |
| 12405 | 03/18/13 | 0.00 |
| 12758 | 04/09/13 | 27,438.75 |
| 13349 | 05/10/13 | 0.00 |
| 13849 | 06/11/13 | 21,217.50 |



Mr. Michael Korenblatt
Director of Legal Affairs
c/o:  Suncor Energy Services Inc.
717 17th Street
29th Floor, Suite 2900
Denver, Colorado  80202

June 12, 2013
Client-Matter: 1745-2522
Invoice # 13844
Tax I.D. # 27-1451273

**Via Email: <u>mkorenblat@suncor.com</u>**

---

**RE:   Western Convenience Stores, Inc., Western Truck One, LLC v. Suncor Energy (U.S.A.) Inc.**

Services Rendered Through May 31, 2013

| | | |
|---|---:|---|
| Professional Services | 7,011.25 | USD |
| **Current Charges** | **7,011.25** | **USD** |
| Balance Forward | 154,715.52 | |
| **Balance Due** | **161,726.77** | **USD** |

PAYMENT IS DUE BY July 12, 2013

Please direct questions regarding this invoice to: James Griffin at (979) 599-9234 or <u>jgriffin@brg-expert.com</u>.

**Please remit payment by check to:**
Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA 94608

**Please remit payment by wire to:**
Bank Name:   Wells Fargo, N.A.
ABA #:         121000248
A/C Name:    Berkeley Research Group, LLC
Account#:     4122014426
Reference:    13844

Remittance advices are to be sent to:
dfleetwood@brg-expert.com

**cc:**
William Monts, Esq.
Hogan Lovells LLP
**Via Email: <u>William.monts@hoganlovells.com</u>**

Anthony Shaheen
Holland & Hart LLP
**Via Email: <u>AJShaheen@hollandhart.com</u>**



**To:** Mr. Michael Korenblatt
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
    One, LLC v. Suncor Energy (U.S.A.) Inc.

**Page** 2 of 4
**Invoice #** 13844
**Client-Matter:** 1745-2522

---

**Services Rendered Through May 31, 2013**

**PROFESSIONAL SERVICES**

|  | RATE | HOURS | AMOUNT |
|---|---|---|---|
| **Director**<br>James Griffin | 650.00 | 1.75 | 1,137.50 |
| **Principal**<br>David J. Najvar | 395.00 | 0.50 | 197.50 |
| **Consultant**<br>Sahil Dilwali | 315.00 | 8.00 | 2,520.00 |
| **Case Assistant**<br>Christian Torres-Lopez | 125.00 | 25.25 | 3,156.25 |
|  |  | 35.50 | 7,011.25 |

**Total Current Charges**                7,011.25   **USD**



**To:** Mr. Michael Korenblatt
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
    One, LLC v. Suncor Energy (U.S.A.) Inc.

**Page** 3 of 4
**Invoice #** 13844
**Client-Matter:** 1745-2522

Services Rendered Through May 31, 2013

| | | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 05/02/13 | Sahil Dilwali | Analyzed data or created reports. Review of new data assets and program | 4.00 |
| 05/03/13 | Sahil Dilwali | Analyzed data or created reports. Review of new data and programs | 4.00 |
| 05/14/13 | David Najvar | Reviewed case materials. | 0.50 |
| 05/15/13 | James Griffin | Provided expert services. | 0.50 |
| 05/17/13 | Christian Torres-Lopez | Researched relevant case and industry information. | 3.25 |
| 05/20/13 | Christian Torres-Lopez | Researched relevant case and industry information. | 0.50 |
| 05/21/13 | Christian Torres-Lopez | Researched relevant case and industry information. | 1.25 |
| 05/22/13 | James Griffin | Provided expert services. | 0.50 |
| 05/22/13 | Christian Torres-Lopez | Researched relevant case industry information. | 2.00 |
| 05/23/13 | James Griffin | Provided expert services. | 0.75 |
| 05/23/13 | Christian Torres-Lopez | Researched relevant case and industry information. | 6.25 |
| 05/28/13 | Christian Torres-Lopez | Researched relevant case and industry information. | 3.50 |
| 05/29/13 | Christian Torres-Lopez | Researched relevant case and industry information. | 3.50 |
| 05/30/13 | Christian Torres-Lopez | Researched relevant case and industry information. | 5.00 |

| **Professional Services** | **35.50** |
|---|---|

 **BERKELEY RESEARCH** GROUP

**To:** Mr. Michael Korenblatt
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.) Inc.

**Page** 4 of 4
**Invoice #** 13844
**Client-Matter:** 1745-2522

**Balance Forward**

| Invoice # | Dated | Balance |
|---|---|---|
| 12246 | 03/19/13 | 154,715.52 |
| 13844 | 06/12/13 | 7,011.25 |



Mr. Michael Korenblatt
Director of Legal Affairs
c/o: Suncor Energy Services Inc.
717 17th Street
29th Floor, Suite 2900
Denver, Colorado 80202

July 10, 2013
Client-Matter: 1745-2522
Invoice # 14364
Tax I.D. # 27-1451273

**Via Email: mkorenblat@suncor.com**

---

RE:   **Western Convenience Stores, Inc., Western Truck One, LLC v. Suncor Energy (U.S.A.) Inc.**

Services Rendered Through June 30, 2013

| | | |
|---|---:|---|
| Professional Services | 149,490.00 | USD |
| Expenses Incurred | 1,588.65 | |
| **Current Charges** | **151,078.65** | **USD** |
| Balance Forward | 161,726.77 | |
| **Balance Due** | **312,805.42** | **USD** |

PAYMENT IS DUE BY August 9, 2013

Please direct questions regarding this invoice to: James Griffin at (979) 599-9234 or jgriffin@brg-expert.com.

**Please remit payment by check to:**
Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA 94608

**Please remit payment by wire to:**
Bank Name:   PNC Bank, N.A.
ABA #:            031207607
A/C Name:     Berkeley Research Group, LLC
Account#:      8026286672
Reference:     14364

Remittance advices are to be sent to:
remitadvice@brg-expert.com

**cc:**
William Monts, Esq.
Hogan Lovells LLP
**Via Email: William.monts@hoganlovells.com**

Anthony Shaheen
Holland & Hart LLP
**Via Email: AJShaheen@hollandhart.com**



**To:** Mr. Michael Korenblatt
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.) Inc.

**Page** 2 of 7
**Invoice #** 14364
**Client-Matter:** 1745-2522

---

**Services Rendered Through June 30, 2013**

**PROFESSIONAL SERVICES**

|  | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Director |  |  |  |
| James Griffin | 650.00 | 173.00 | 112,450.00 |
| Principal |  |  |  |
| Bradley E. Noffsker | 410.00 | 7.25 | 2,972.50 |
| David J. Najvar | 395.00 | 55.00 | 21,725.00 |
| Consultant |  |  |  |
| Sahil Dilwaili | 315.00 | 27.00 | 8,505.00 |
| Associate |  |  |  |
| Aaron Ates | 160.00 | 3.25 | 520.00 |
| Ashley H. Majzun | 150.00 | 4.75 | 712.50 |
| Case Assistant |  |  |  |
| Christian Torres-Lopez | 125.00 | 16.00 | 2,000.00 |
| Brenda M. Hickman | 110.00 | 5.50 | 605.00 |
|  |  | 291.75 | 149,490.00 |

**EXPENSES**

| | |
|---|---|
| Travel - Hotel/Lodging | 680.80 |
| Travel - Airline | 868.29 |
| Meals - Other (100% Deductible) | 39.56 |
| **Total Expenses** | **1,588.65** |
| **Total Current Charges** | **151,078.65** USD |



**To:** Mr. Michael Korenblatt
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.) Inc.

**Page** 3 of 7
**Invoice #** 14364
**Client-Matter:** 1745-2522

Services Rendered Through June 30, 2013

| | | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 06/02/13 | James Griffin | Provided expert services. | 3.00 |
| 06/02/13 | David Najvar | Read Glick and Tatos report. | 1.00 |
| 06/03/13 | James Griffin | Provided expert services. | 7.50 |
| 06/04/13 | James Griffin | Provided expert services. | 10.75 |
| 06/04/13 | Ashley Majzun | Organized case materials. | 0.75 |
| 06/04/13 | David Najvar | Reviewed and analyzed Glick and Tatos report. | 5.75 |
| 06/04/13 | Bradley Noffsker | Reviewed case materials. | 3.25 |
| 06/04/13 | Christian Torres-Lopez | Organized case materials. | 4.25 |
| 06/05/13 | Sahil Dilwali | Analyzed data or created reports. | 4.00 |
| 06/05/13 | James Griffin | Provided expert services. | 7.75 |
| 06/05/13 | Brenda Hickman | Helped prepare figure charts. | 0.75 |
| 06/05/13 | David Najvar | Reviewed and analyzed Glick and Tatos report. Analyzed financial data. | 5.25 |
| 06/05/13 | Christian Torres-Lopez | Reviewed case materials. | 5.75 |
| 06/06/13 | Sahil Dilwali | Analyzed data or created reports. | 2.00 |
| 06/06/13 | James Griffin | Provided expert services. | 5.75 |
| 06/06/13 | David Najvar | Analyzed financial data. | 4.00 |
| 06/06/13 | Christian Torres-Lopez | Reviewed literature. | 6.00 |
| 06/07/13 | James Griffin | Provided expert services. | 6.50 |
| 06/07/13 | David Najvar | Analyzed financial data. | 1.00 |



**To:** Mr. Michael Korenblatt
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
  One, LLC v. Suncor Energy (U.S.A.) Inc.

**Page** 4 of 7
**Invoice #** 14364
**Client-Matter:** 1745-2522

| | | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 06/08/13 | James Griffin | Provided expert services. | 6.75 |
| 06/09/13 | James Griffin | Provided expert services. | 1.50 |
| 06/10/13 | Aaron Ates | Collected data. | 0.50 |
| 06/10/13 | James Griffin | Provided expert services. | 3.00 |
| 06/10/13 | David Najvar | Conducted literature review. | 4.50 |
| 06/11/13 | Aaron Ates | Collected data. | 2.75 |
| 06/11/13 | James Griffin | Provided expert services. | 5.50 |
| 06/11/13 | David Najvar | Reviewed depositions. Conducted literature review. | 6.00 |
| 06/12/13 | Sahil Dilwali | Analyzed data or created reports. | 6.00 |
| 06/12/13 | James Griffin | Provided expert services. | 8.00 |
| 06/13/13 | James Griffin | Provided expert services. | 7.50 |
| 06/13/13 | Brenda Hickman | Formatted report draft. | 2.00 |
| 06/14/13 | James Griffin | Provided expert services. | 10.25 |
| 06/15/13 | James Griffin | Provided expert services. | 5.25 |
| 06/16/13 | James Griffin | Provided expert services. | 4.75 |
| 06/17/13 | Sahil Dilwali | Analyzed data or created reports. | 2.00 |
| 06/17/13 | James Griffin | Provided expert services. | 8.75 |
| 06/17/13 | Ashley Majzun | Collected data. | 1.00 |
| 06/17/13 | David Najvar | Helped prepare expert report. | 5.00 |
| 06/18/13 | James Griffin | Provided expert services. | 7.75 |
| 06/18/13 | Brenda Hickman | Edited rebuttal report. | 0.25 |
| 06/18/13 | Ashley Majzun | Collected data. | 1.00 |



**To:** Mr. Michael Korenblatt
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
    One, LLC v. Suncor Energy (U.S.A.) Inc.

**Page** 5 of 7
**Invoice #** 14364
**Client-Matter:** 1745-2522

| | | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 06/18/13 | David Najvar | Helped prepare expert report. Met with Expert. | 8.00 |
| 06/19/13 | Sahil Dilwali | Analyzed data or created reports. | 2.00 |
| 06/19/13 | James Griffin | Provided expert services. | 9.25 |
| 06/19/13 | Ashley Majzun | Organized case materials. | 2.00 |
| 06/19/13 | David Najvar | Helped prepare expert report. Met with Expert. Analyzed financial data. | 5.25 |
| 06/20/13 | James Griffin | Provided expert services. | 7.75 |
| 06/20/13 | David Najvar | Analyzed financial data. | 3.75 |
| 06/21/13 | James Griffin | Provided expert services. | 8.75 |
| 06/21/13 | David Najvar | Analyzed financial data. | 3.50 |
| 06/22/13 | James Griffin | Provided expert services. | 3.50 |
| 06/22/13 | David Najvar | Analyzed financial data. | 2.00 |
| 06/23/13 | James Griffin | Provided expert services. | 2.00 |
| 06/24/13 | Sahil Dilwali | Analyzed data or created reports. | 4.00 |
| 06/24/13 | Sahil Dilwali | Analyzed data or created reports. | 3.00 |
| 06/24/13 | James Griffin | Provided expert services. | 7.00 |
| 06/24/13 | Brenda Hickman | Organized case materials. | 0.75 |
| 06/25/13 | James Griffin | Provided expert services. | 1.50 |
| 06/25/13 | Brenda Hickman | Organized case materials. | 1.75 |
| 06/27/13 | Sahil Dilwali | Analyzed data or created reports. | 4.00 |
| 06/27/13 | James Griffin | Provided expert services. | 7.00 |
| 06/28/13 | James Griffin | Provided expert services. | 2.75 |
| 06/28/13 | Bradley Noffsker | Reviewed case materials. | 0.25 |


**BERKELEY
RESEARCH
G R O U P**

**To:** Mr. Michael Korenblatt                                    **Page** 6 of 7
**c/o:** Suncor Energy Services Inc.                          **Invoice #** 14364
**RE:** Western Convenience Stores, Inc., Western Truck      **Client-Matter:** 1745-2522
  One, LLC v. Suncor Energy (U.S.A.) Inc.

|  |  | **DETAIL OF SERVICES** | **HOURS** |
|---|---|---|---|
| 06/29/13 | James Griffin | Provided expert services. | 6.75 |
| 06/30/13 | James Griffin | Provided expert services. | 6.50 |
| 06/30/13 | Bradley Noffsker | Reviewed case materials. | 3.75 |

**Professional Services**                                              291.75



**To:** Mr. Michael Korenblatt
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
    One, LLC v. Suncor Energy (U.S.A.) Inc.

**Page** 7 of 7
**Invoice #** 14364
**Client-Matter:** 1745-2522

---

**Balance Forward**

| Invoice # | Dated | Balance |
|-----------|---------|-----------|
| 12246 | 03/19/13 | 154,715.52 |
| 13844 | 06/12/13 | 7,011.25 |
| 14364 | 07/10/13 | 151,078.66 |



Mr. Michael Korenblat
Director of Legal Affairs
c/o: Suncor Energy Services
717 17th Street
29th Floor, Suite 2900
Denver, Colorado  80202

July 22, 2013
Client-Matter: 1745-2737
Invoice # 14669
Tax I.D. # 27-1451273

**Via Email: mkorenblat@suncor.com**

---

**RE: Western Convenience Stores, Inc., Western Truck One, LLC v. Suncor Energy (U.S.A.) Inc.(Consulting work)**

Services Rendered Through June 30, 2013

| | | |
|---|---:|---|
| Professional Services | 47,775.00 | USD |
| Expenses Incurred | 2,241.65 | |
| **Current Charges** | **50,016.65** | **USD** |
| Balance Forward | 48,656.25 | |
| **Balance Due** | **98,672.90** | **USD** |

PAYMENT IS DUE BY August 21, 2013

Please direct questions regarding this invoice to: Craig Schulman at (979) 599-9229 or cschulman@brg-expert.com.

**Please remit payment by check to:**
Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA 94608

**Please remit payment by wire to:**
Bank Name:   PNC Bank, N.A.
ABA #:          031207607
A/C Name:    Berkeley Research Group, LLC
Account#:     8026286672
Reference:    14669

Remittance advices are to be sent to:
remitadvice@brg-expert.com

**cc:**
William Monts, Esq.
Hogan Lovells LLP
**Via Email: William.monts@hoganlovells.com**

Anthony Shaheen
Holland & Hart LLP
**Via Email: AJShaheen@hollandhart.com**

Jill Wells
**Via Email: jiwells@suncor.com**



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy Services
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.)
Inc.(Consulting work)

**Page** 2 of 5
**Invoice #** 14669
**Client-Matter:** 1745-2737

---

**Services Rendered Through June 30, 2013**

**PROFESSIONAL SERVICES**

| | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Principal | | | |
| Craig T. Schulman | 410.00 | 115.50 | 47,355.00 |
| | | | |
| Associate | | | |
| Aaron Ates | 160.00 | 0.25 | 40.00 |
| Nicholas K. Zeien | 190.00 | 2.00 | 380.00 |
| | | 117.75 | 47,775.00 |

**EXPENSES**

| | |
|---|---|
| Travel - Airline | 956.30 |
| Travel - Hotel/Lodging | 686.20 |
| Travel - Taxi, Car Rental, Toll, Train | 217.15 |
| Meals - Other (100% Deductible) | 240.65 |
| Travel - Parking | 34.00 |
| Travel - Other | 107.35 |
| | |
| **Total Expenses** | 2,241.65 |
| **Total Current Charges** | 50,016.65   USD |



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy Services
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.)
Inc.(Consulting work)

**Page** 3 of 5
**Invoice #** 14669
**Client-Matter:** 1745-2737

Services Rendered Through June 30, 2013

| | | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 06/02/13 | Craig Schulman | Analyzed economic data. | 5.50 |
| 06/03/13 | Craig Schulman | Analyzed economic data. | 4.50 |
| 06/04/13 | Craig Schulman | Analyzed economic data. | 6.75 |
| 06/05/13 | Craig Schulman | Analyzed economic data. | 6.25 |
| 06/06/13 | Craig Schulman | Analyzed economic data. | 5.25 |
| 06/07/13 | Craig Schulman | Analyzed economic data. | 3.50 |
| 06/10/13 | Craig Schulman | Helped prepare expert report. | 4.25 |
| 06/11/13 | Craig Schulman | Helped prepare expert report. | 5.50 |
| 06/12/13 | Craig Schulman | Helped prepare expert report. | 4.50 |
| 06/13/13 | Craig Schulman | Helped prepare expert report. | 6.75 |
| 06/14/13 | Craig Schulman | Helped prepare expert report. | 5.50 |
| 06/17/13 | Craig Schulman | Helped prepare expert report. | 6.50 |
| 06/18/13 | Aaron Ates | Literature research, document review. | 0.25 |
| 06/18/13 | Craig Schulman | Helped prepare expert report. | 5.50 |
| 06/18/13 | Nicholas Zeien | Collected data. Also created graphs pertaining to data collected in spreadsheet. | 2.00 |
| 06/19/13 | Craig Schulman | Met with counsel. | 8.00 |
| 06/20/13 | Craig Schulman | Met with counsel. | 8.00 |
| 06/21/13 | Craig Schulman | Travel. | 8.00 |
| 06/23/13 | Craig Schulman | Helped prepare expert report. | 4.50 |
| 06/24/13 | Craig Schulman | Helped prepare expert report. | 3.75 |
| 06/27/13 | Craig Schulman | Helped prepare expert report. | 4.25 |



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy Services
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.)
Inc.(Consulting work)

**Page** 4 of 5
**Invoice #** 14669
**Client-Matter:** 1745-2737

| | | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 06/28/13 | Craig Schulman | Helped prepare expert report. | 5.25 |
| 06/30/13 | Craig Schulman | Helped prepare expert report. | 3.50 |

**Professional Services**                                                    117.75

 BERKELEY
RESEARCH
G R O U P

**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy Services
**RE:** Western Convenience Stores, Inc., Western Truck
    One, LLC v. Suncor Energy (U.S.A.)
    Inc.(Consulting work)

**Page** 5 of 5
**Invoice #** 14669
**Client-Matter:** 1745-2737

**Balance Forward**

| Invoice # | Dated | Balance |
|---:|---|---:|
| 7644 | 06/11/12 | 0.00 |
| 9062 | 09/11/12 | 0.00 |
| 9793 | 10/22/12 | 0.00 |
| 10012 | 11/09/12 | 0.00 |
| 10634 | 12/12/12 | 0.00 |
| 11035 | 01/09/13 | 0.00 |
| 11827 | 02/15/13 | 0.00 |
| 12405 | 03/18/13 | 0.00 |
| 12758 | 04/09/13 | 27,438.75 |
| 13349 | 05/10/13 | 0.00 |
| 13849 | 06/11/13 | 21,217.50 |
| 14669 | 07/22/13 | 50,016.65 |



Mr. Michael Korenblat                                    August 13, 2013
Director of Legal Affairs                                Client-Matter: 1745-2737
c/o: Suncor Energy                                       Invoice # 14960
717 17th Street                                          Tax I.D. # 27-1451273
29th Floor, Suite 2900
Denver, Colorado 80202

**Via Email: mkorenblat@suncor.com**

---

RE:   **Western Convenience Stores, Inc., Western Truck One, LLC v. Suncor Energy (U.S.A.)**
      **Inc.(Consulting work)**

Services Rendered Through July 31, 2013

| | | |
|---|---:|---|
| Professional Services | 18,480.00 | USD |
| **Current Charges** | **18,480.00** | **USD** |
| Balance Forward | 98,672.90 | |
| **Balance Due** | **117,152.90** | **USD** |

PAYMENT IS DUE BY September 12, 2013

Please direct questions regarding this invoice: Craig Schulman at (979) 599-9229 or cschulman@brg-expert.com.

**Please remit payment by check to:**              **Please remit payment by wire to:**
Berkeley Research Group, LLC                       Bank Name:   PNC Bank, N.A.
2200 Powell Street, Suite 1200                     ABA #:        031207607
Emeryville, CA 94608                               A/C Name:    Berkeley Research Group, LLC
                                                   Account#:    8026286672
                                                   Reference:   14960

                                                   Remittance advices are to be sent to:
                                                   remitadvice@brg-expert.com

cc:
William Monts, Esq.
Hogan Lovells LLP
**Via Email: William.monts@hoganlovells.com**

Mr. Anthony Shaheen
Holland & Hart LLP
**Via Email: AJShaheen@hollandhart.com**

Ms. Jill Wells
Suncor Energy
**Via Email: jiwells@suncor.com**



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.)
Inc.(Consulting work)

**Page** 2 of 4
**Invoice #** 14960
**Client-Matter:** 1745-2737

---

**Services Rendered Through July 31, 2013**

**PROFESSIONAL SERVICES**

|  | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Principal | | | |
| Craig T. Schulman | 410.00 | 43.50 | 17,835.00 |
| Associate | 150.00 | 3.75 | 562.50 |
| Case Assistant | 110.00 | 0.75 | 82.50 |
| | | 48.00 | 18,480.00 |

**Total Current Charges**      18,480.00   USD



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.)
Inc.(Consulting work)

**Page** 3 of 4
**Invoice #** 14960
**Client-Matter:** 1745-2737

---

Services Rendered Through July 31, 2013

|         |                  | **DETAIL OF SERVICES**                          | **HOURS** |
|---------|------------------|-------------------------------------------------|-----------|
| 07/01/13 | Craig Schulman   | Helped prepare expert report.                   | 8.50      |
| 07/02/13 | Brenda Hickman   | Administrative, copying, formatting, production. | 0.75      |
| 07/02/13 | Craig Schulman   | Helped prepare expert report.                   | 9.25      |
| 07/03/13 | Craig Schulman   | Helped prepare expert report.                   | 8.50      |
| 07/05/13 | Craig Schulman   | Helped prepare expert report.                   | 6.75      |
| 07/10/13 | Craig Schulman   | Organized case materials.                       | 5.50      |
| 07/11/13 | Craig Schulman   | Organized case materials.                       | 3.75      |
| 07/23/13 | Craig Schulman   | Conversation with counsel.                      | 1.25      |
| 07/24/13 | Ashley Majzun    | Audited spreadsheet.                            | 3.75      |
|         | **Professional Services** |                                        | **48.00** |



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy
**RE:** Western Convenience Stores, Inc., Western Truck
   One, LLC v. Suncor Energy (U.S.A.)
   Inc.(Consulting work)

**Page** 4 of 4
**Invoice #** 14960
**Client-Matter:** 1745-2737

**Balance Forward**

| Invoice # | Dated | Balance |
|---|---|---|
| 12758 | 04/09/13 | 27,438.75 |
| 13849 | 06/11/13 | 21,217.50 |
| 14669 | 07/22/13 | 50,016.65 |
| 14960 | 08/13/13 | 18,480.00 |



Mr. Michael Korenblatt
Director of Legal Affairs
c/o: Suncor Energy Services Inc.
717 17ᵗʰ Street
29ᵗʰ Floor, Suite 2900
Denver, Colorado  80202

August 14, 2013
Client-Matter: 1745-2522
Invoice # 14997
Tax I.D. # 27-1451273

**Via Email: mkorenblat@suncor.com**

---

RE:   **Western Convenience Stores, Inc., Western Truck One, LLC v. Suncor Energy (U.S.A.) Inc.**

Services Rendered Through July 31, 2013

| | | |
|---|---:|---|
| Professional Services | 18,106.25 | USD |
| **Current Charges** | **18,106.25** | **USD** |
| Balance Forward | 151,078.65 | |
| **Balance Due** | **169,184.90** | **USD** |

PAYMENT IS DUE BY September 13, 2013

Please direct questions regarding this invoice to: James Griffin at (979) 599-9234 or jgriffin@brg-expert.com.

**Please remit payment by check to:**
Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA 94608

**Please remit payment by wire to:**
Bank Name:   PNC Bank, N.A.
ABA #:       031207607
A/C Name:    Berkeley Research Group, LLC
Account#:    8026286672
Reference:   14997

Remittance advices are to be sent to:
remitadvice@brg-expert.com

cc:
Mr. William Monts, Esq.
Hogan Lovells LLP
**Via Email: William.monts@hoganlovells.com**

Mr. Anthony Shaheen
Holland & Hart LLP
**Via Email: AJShaheen@hollandhart.com**



**To:** Mr. Michael Korenblatt
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
   One, LLC v. Suncor Energy (U.S.A.) Inc.

**Page** 2 of 4
**Invoice #** 14997
**Client-Matter:** 1745-2522

---

**Services Rendered Through July 31, 2013**

**PROFESSIONAL SERVICES**

|  | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Director | | | |
| James Griffin | 650.00 | 14.25 | 9,262.50 |
| Principal | | | |
| David J. Najvar | 395.00 | 14.50 | 5,727.50 |
| Consultant | | | |
| Sahil Dilwali | 315.00 | 4.00 | 1,260.00 |
| Joel Woodward | 275.00 | 6.75 | 1,856.25 |
| | | 39.50 | 18,106.25 |

**Total Current Charges**                           18,106.25   **USD**



**To:** Mr. Michael Korenblatt
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
   One, LLC v. Suncor Energy (U.S.A.) Inc.

**Page** 3 of 4
**Invoice #** 14997
**Client-Matter:** 1745-2522

---

Services Rendered Through July 31, 2013

| | | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 07/01/13 | Sahil Dilwali | Analyzed data or created reports. Corrected damages calculation and tabulation. | 4.00 |
| 07/01/13 | James Griffin | Provided expert services. | 9.25 |
| 07/01/13 | David Najvar | Helped prepare expert report. | 3.50 |
| 07/01/13 | Joel Woodward | Reviewed case materials. | 2.00 |
| 07/02/13 | James Griffin | Provided expert services. | 4.50 |
| 07/02/13 | David Najvar | Helped prepare expert report. Helped prepare exhibits. | 9.00 |
| 07/02/13 | Joel Woodward | Reviewed case materials. | 1.50 |
| 07/02/13 | Joel Woodward | Audited workproduct. | 3.25 |
| 07/03/13 | James Griffin | Provided expert services. | 0.50 |
| 07/03/13 | David Najvar | Helped prepare expert report. | 2.00 |

| **Professional Services** | **39.50** |
|---|---|



**To:** Mr. Michael Korenblatt
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.) Inc.

**Page** 4 of 4
**Invoice #** 14997
**Client-Matter:** 1745-2522

**Balance Forward**

| Invoice # | Dated | Balance |
|---|---|---|
| 14364 | 07/10/13 | 151,078.66 |
| 14997 | 08/14/13 | 18,106.25 |



Mr. Michael Korenblat
Director of Legal Affairs
c/o: Suncor Energy
717 17th Street
29th Floor, Suite 2900
Denver, Colorado 80202

October 16, 2013
Client-Matter: 1745-2737
Invoice # 16005
Tax I.D. # 27-1451273

**Via Email: mkorenblat@suncor.com**

---

**RE:   Western Convenience Stores, Inc., Western Truck One, LLC v. Suncor Energy (U.S.A.) Inc. (Consulting work)**

Services Rendered Through September 30, 2013

| | | |
|---|---:|---|
| Professional Services | 12,887.50 | USD |
| **Current Charges** | **12,887.50** | **USD** |
| Balance Forward | 21,217.50 | |
| **Balance Due** | **34,105.00** | **USD** |

PAYMENT IS DUE BY November 15, 2013

Please direct questions regarding this invoice to: Craig Schulman at (979) 599-9229 or cschulman@brg-expert.com

**Please remit payment by check to:**
Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA 94608

**Please remit payment by wire to:**
Bank Name:   PNC Bank, N.A.
ABA #:       031207607
A/C Name:    Berkeley Research Group, LLC
Account#:    8026286672
Reference:   16005

Remittance advices are to be sent to:
remitadvice@brg-expert.com

cc:
William Monts, Esq.
Hogan Lovells LLP
**Via Email: William.monts@hoganlovells.com**

Mr. Anthony Shaheen
Holland & Hart LLP
**Via Email: AJShaheen@hollandhart.com**

Ms. Jill Wells
Suncor Energy
**Via Email: jiwells@suncor.com**

 **BERKELEY RESEARCH GROUP**

**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy
**RE:** Western Convenience Stores, Inc., Western Truck
    One, LLC v. Suncor Energy (U.S.A.)
    Inc.(Consulting work)

**Page** 2 of 4
**Invoice #** 16005
**Client-Matter:** 1745-2737

---

**Services Rendered Through September 30, 2013**

**PROFESSIONAL SERVICES**

| | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Principal | | | |
| Craig T. Schulman | 410.00 | 29.00 | 11,890.00 |
| Associate | | | |
| Nicholas K. Zeien | 190.00 | 5.25 | 997.50 |
| | | 34.25 | 12,887.50 |

**Total Current Charges**          12,887.50   **USD**



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.)
Inc.(Consulting work)

**Page** 3 of 4
**Invoice #** 16005
**Client-Matter:** 1745-2737

Services Rendered Through September 30, 2013

| | | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 09/17/13 | Craig Schulman | Reviewed case materials. | 4.50 |
| 09/18/13 | Craig Schulman | Conference call with counsel and client. | 2.50 |
| 09/19/13 | Craig Schulman | Reviewed case materials. | 3.00 |
| 09/20/13 | Craig Schulman | Reviewed case materials. | 3.00 |
| 09/22/13 | Craig Schulman | Reviewed case materials. | 2.50 |
| 09/23/13 | Craig Schulman | Reviewed case materials. | 3.00 |
| 09/24/13 | Craig Schulman | Reviewed case materials. | 3.50 |
| 09/25/13 | Craig Schulman | Reviewed case materials. | 2.75 |
| 09/26/13 | Nicholas Zeien | Programmed spreadsheet. | 2.50 |
| 09/27/13 | Nicholas Zeien | Programmed spreadsheet. | 2.75 |
| 09/30/13 | Craig Schulman | Reviewed case materials. | 4.25 |

**Professional Services**                                              34.25

 BERKELEY RESEARCH GROUP

**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy
**RE:** Western Convenience Stores, Inc., Western Truck
   One, LLC v. Suncor Energy (U.S.A.)
   Inc.(Consulting work)

**Page** 4 of 4
**Invoice #** 16005
**Client-Matter:** 1745-2737

**Balance Forward**

| Invoice # | Dated | Balance |
|-----------|----------|-----------|
| 13849 | 06/11/13 | 21,217.50 |
| 16005 | 10/16/13 | 12,887.50 |



Mr. Michael Korenblatt
Director of Legal Affairs
c/o:  Suncor Energy Services Inc.
717 17th Street
29th Floor, Suite 2900
Denver, Colorado  80202

October 30, 2013
Client-Matter: 1745-2522
Invoice # 16482
Tax I.D. # 27-1451273

**Via Email: mkorenblat@suncor.com**

---

RE:  **Western Convenience Stores, Inc., Western Truck One, LLC v. Suncor Energy (U.S.A.) Inc.**

Services Rendered Through September 30, 2013

| | | |
|---|---:|---|
| Professional Services | 2,310.00 | USD |
| **Current Charges** | **2,310.00** | **USD** |

PAYMENT IS DUE BY November 29, 2013

Please direct questions regarding this invoice to: Craig Schulman at (979) 599-9229 or cschulman@brg-expert.com

**Please remit payment by check to:**
Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA 94608

**Please remit payment by wire to:**
Bank Name:   PNC Bank, N.A.
ABA #:          031207607
A/C Name:     Berkeley Research Group, LLC
Account#:      8026286672
Reference:     16482

Remittance advices are to be sent to:
remitadvice@brg-expert.com

cc:
Mr. William Monts, Esq.
Hogan Lovells LLP
**Via Email: William.monts@hoganlovells.com**

Mr. Anthony Shaheen
Holland & Hart LLP
**Via Email: AJShaheen@hollandhart.com**



**To:** Mr. Michael Korenblatt
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
    One, LLC v. Suncor Energy (U.S.A.) Inc.

**Page** 2 of 3
**Invoice #** 16482
**Client-Matter:** 1745-2522

---

**Services Rendered Through September 30, 2013**

**PROFESSIONAL SERVICES**

|  | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Director | | | |
| James Griffin | 650.00 | 3.25 | 2,112.50 |
| Principal | | | |
| David J. Najvar | 395.00 | 0.50 | 197.50 |
| | | 3.75 | 2,310.00 |

       **Total Current Charges**                          **2,310.00**   **USD**



**To:** Mr. Michael Korenblatt
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
     One, LLC v. Suncor Energy (U.S.A.) Inc.

**Page** 3 of 3
**Invoice #** 16482
**Client-Matter:** 1745-2522

---

Services Rendered Through September 30, 2013

| | | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 09/18/13 | James Griffin | Provide expert services. | 1.50 |
| 09/22/13 | James Griffin | Provide expert services. | 1.75 |
| 09/24/13 | David Najvar | Met with colleague. | 0.50 |

| **Professional Services** | **3.75** |
|---|---|



Mr. Michael Korenblatt
Director of Legal Affairs
c/o:  Suncor Energy Services Inc.
717 17th Street
29th Floor, Suite 2900
Denver, Colorado  80202

November 11, 2013
Client-Matter: 1745-2522
Invoice # 16630
Tax I.D. # 27-1451273

**Via Email: mkorenblat@suncor.com**

---

RE:   **Western Convenience Stores, Inc., Western Truck One, LLC v. Suncor Energy (U.S.A.) Inc.**

Services Rendered Through October 31, 2013

| | | |
|---|---:|---|
| Professional Services | 9,607.50 | USD |
| **Current Charges** | **9,607.50** | **USD** |
| Balance Forward | 2,310.00 | |
| **Balance Due** | **11,917.50** | **USD** |

PAYMENT IS DUE BY December 11, 2013

Please direct questions regarding this invoice to: Craig Schulman at (979) 599-9229 or cschulman@brg-expert.com

**Please remit payment by check to:**
Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA 94608

**Please remit payment by wire to:**
Bank Name:   PNC Bank, N.A.
ABA #:            031207607
A/C Name:     Berkeley Research Group, LLC
Account#:       8026286672
Reference:      16630

Remittance advices are to be sent to:
remitadvice@brg-expert.com

**cc:**
Mr. William Monts, Esq.
Hogan Lovells LLP
**Via Email: William.monts@hoganlovells.com**

Mr. Anthony Shaheen
Holland & Hart LLP
**Via Email: AJShaheen@hollandhart.com**



**To:** Mr. Michael Korenblatt
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
    One, LLC v. Suncor Energy (U.S.A.) Inc.

**Page** 2 of 4
**Invoice #** 16630
**Client-Matter:** 1745-2522

---

**Services Rendered Through October 31, 2013**

**PROFESSIONAL SERVICES**

|  | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Director | | | |
| James Griffin | 650.00 | 7.50 | 4,875.00 |
| | | | |
| Consultant | | | |
| Joel Woodward | 275.00 | 6.50 | 1,787.50 |
| | | | |
| Associate | | | |
| Nicholas K. Zeien | 190.00 | 15.50 | 2,945.00 |
| | | 29.50 | 9,607.50 |

**Total Current Charges** 9,607.50 **USD**



**To:** Mr. Michael Korenblatt
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
    One, LLC v. Suncor Energy (U.S.A.) Inc.

**Page** 3 of 4
**Invoice #** 16630
**Client-Matter:** 1745-2522

Services Rendered Through October 31, 2013

|  |  | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 10/02/13 | James Griffin | Provided expert services. | 2.00 |
| 10/04/13 | James Griffin | Provided expert services. | 2.50 |
| 10/05/13 | James Griffin | Provided expert services. | 1.00 |
| 10/07/13 | James Griffin | Provided expert services. | 0.50 |
| 10/08/13 | James Griffin | Provided expert services. | 1.25 |
| 10/08/13 | Nicholas Zeien | Reviewed case materials. Read expert report and response to rebuttal and reviewed articles related to expert opinion. | 4.75 |
| 10/09/13 | Joel Woodward | Analyzed data or created reports. | 6.50 |
| 10/09/13 | Nicholas Zeien | Worked on data acquisition and quality control - company data. Audited case materials and gathered maps. | 6.00 |
| 10/10/13 | Nicholas Zeien | Worked on data acquisition and quality control - company data. Finished collecting maps. | 0.75 |
| 10/16/13 | James Griffin | Provided expert services. | 0.25 |
| 10/16/13 | Nicholas Zeien | Organized case materials. | 1.50 |
| 10/21/13 | Nicholas Zeien | Organized case materials. | 2.25 |
| 10/23/13 | Nicholas Zeien | Organized case materials. | 0.25 |

**Professional Services**                               **29.50**

 **BERKELEY RESEARCH GROUP**

**To:** Mr. Michael Korenblatt
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.) Inc.

**Page** 4 of 4
**Invoice #** 16630
**Client-Matter:** 1745-2522

---

**Balance Forward**

| Invoice # | Dated | Balance |
|-----------|----------|----------|
| 16482 | 10/30/13 | 2,310.00 |
| 16630 | 11/11/13 | 9,607.50 |



Mr. Michael Korenblat
Director of Legal Affairs
c/o: Suncor Energy
717 17th Street
29th Floor, Suite 2900
Denver, Colorado 80202

November 20, 2013
Client-Matter: 1745-2737
Invoice # 16627
Tax I.D. # 27-1451273

**Via Email: mkorenblat@suncor.com**

---

RE:  **Western Convenience Stores, Inc., Western Truck One, LLC v. Suncor Energy (U.S.A.) Inc.(Consulting work)**

Services Rendered Through October 31, 2013

| | | |
|---|---:|---|
| Professional Services | 13,837.50 | USD |
| **Current Charges** | **13,837.50** | **USD** |
| Balance Forward | 34,105.00 | |
| **Balance Due** | **47,942.50** | **USD** |

PAYMENT IS DUE BY December 20, 2013

Please direct questions regarding this invoice to: Craig Schulman at (979) 599-9229 or cschulman@brg-expert.com

**Please remit payment by check to:**
Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA 94608

**Please remit payment by wire to:**
Bank Name:  PNC Bank, N.A.
ABA #:       031207607
A/C Name:   Berkeley Research Group, LLC
Account#:   8026286672
Reference:  16627

Remittance advices are to be sent to:
remitadvice@brg-expert.com

cc:
William Monts, Esq.
Hogan Lovells LLP
**Via Email: William.monts@hoganlovells.com**

Mr. Anthony Shaheen
Holland & Hart LLP
**Via Email: AJShaheen@hollandhart.com**

Ms. Jill Wells
Suncor Energy
**Via Email: jiwells@suncor.com**



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.)
Inc.(Consulting work)

**Page** 2 of 4
**Invoice #** 16627
**Client-Matter:** 1745-2737

---

**Services Rendered Through October 31, 2013**

**PROFESSIONAL SERVICES**

| | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Principal | | | |
| Craig T. Schulman | 410.00 | 33.75 | 13,837.50 |
| | | | |
| **Total Current Charges** | | | 13,837.50 USD |



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.)
Inc.(Consulting work)

**Page** 3 of 4
**Invoice #** 16627
**Client-Matter:** 1745-2737

Services Rendered Through October 31, 2013

| | | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 10/03/13 | Craig Schulman | Helped prepare exhibits. | 2.50 |
| 10/04/13 | Craig Schulman | Helped prepare exhibits. | 3.50 |
| 10/07/13 | Craig Schulman | Helped prepare exhibits. | 3.50 |
| 10/08/13 | Craig Schulman | Helped prepare exhibits. | 3.50 |
| 10/09/13 | Craig Schulman | Helped prepare exhibits. | 2.75 |
| 10/11/13 | Craig Schulman | Helped prepare exhibits. | 2.75 |
| 10/16/13 | Craig Schulman | Helped prepare exhibits. | 3.50 |
| 10/17/13 | Craig Schulman | Helped prepare exhibits. | 3.25 |
| 10/27/13 | Craig Schulman | Helped prepare exhibits. | 2.75 |
| 10/28/13 | Craig Schulman | Helped prepare exhibits. | 2.50 |
| 10/31/13 | Craig Schulman | Reviewed case materials. | 3.25 |

**Professional Services** | | | **33.75**



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.)
Inc.(Consulting work)

**Page** 4 of 4
**Invoice #** 16627
**Client-Matter:** 1745-2737

**Balance Forward**

| Invoice # | Dated | Balance |
|---|---|---|
| 13849 | 06/11/13 | 21,217.50 |
| 16005 | 10/16/13 | 12,887.50 |
| 16627 | 11/20/13 | 13,837.50 |



Mr. Michael Korenblat
Director of Legal Affairs
c/o: Suncor Energy
717 17th Street
29th Floor, Suite 2900
Denver, Colorado 80202

December 11, 2013
Client-Matter: 1745-2737
Invoice # 17240
Tax I.D. # 27-1451273

**Via Email: mkorenblat@suncor.com**

---

**RE:  Western Convenience Stores, Inc., Western Truck One, LLC v. Suncor Energy (U.S.A.) Inc.
(Consulting work)**

Services Rendered Through November 30, 2013

| | | |
|---|---:|---|
| Professional Services | 30,647.50 | USD |
| **Current Charges** | **30,647.50** | **USD** |
| Balance Forward | 47,942.50 | |
| **Balance Due** | **78,590.00** | **USD** |

PAYMENT IS DUE BY January 10, 2014

Please direct questions regarding this invoice to: Craig Schulman at (979) 599-9229 or cschulman@brg-expert.com

**Please remit payment by check to:**
Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA 94608

**Please remit payment by wire to:**
Bank Name:   PNC Bank, N.A.
ABA #:        031207607
A/C Name:    Berkeley Research Group, LLC
Account#:     8026286672
Reference:    17240

Remittance advices are to be sent to:
remitadvice@brg-expert.com

cc:
William Monts, Esq.
Hogan Lovells LLP
**Via Email: William.monts@hoganlovells.com**

Mr. Anthony Shaheen
Holland & Hart LLP
**Via Email: AJShaheen@hollandhart.com**

Ms. Jill Wells
Suncor Energy
**Via Email: jiwells@suncor.com**

 BERKELEY RESEARCH GROUP

**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.) Inc.
(Consulting work)

**Page** 2 of 4
**Invoice #** 17240
**Client-Matter:** 1745-2737

---

**Services Rendered Through November 30, 2013**

**PROFESSIONAL SERVICES**

|  | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Principal |  |  |  |
| Craig T. Schulman | 410.00 | 74.75 | 30,647.50 |
| **Total Current Charges** |  | | 30,647.50 USD |



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.) Inc.
(Consulting work)

**Page** 3 of 4
**Invoice #** 17240
**Client-Matter:** 1745-2737

---

Services Rendered Through November 30, 2013

| | | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 11/01/13 | Craig Schulman | Analyzed economic data. | 5.75 |
| 11/03/13 | Craig Schulman | Analyzed economic data. | 3.75 |
| 11/04/13 | Craig Schulman | Analyzed economic data. | 6.50 |
| 11/05/13 | Craig Schulman | Analyzed economic data. | 4.50 |
| 11/06/13 | Craig Schulman | Analyzed economic data. | 6.50 |
| 11/07/13 | Craig Schulman | Analyzed economic data. | 4.75 |
| 11/08/13 | Craig Schulman | Analyzed economic data. | 5.75 |
| 11/11/13 | Craig Schulman | Analyzed economic data. | 6.75 |
| 11/12/13 | Craig Schulman | Analyzed economic data. | 3.50 |
| 11/13/13 | Craig Schulman | Analyzed economic data. | 7.50 |
| 11/14/13 | Craig Schulman | Analyzed economic data. | 4.50 |
| 11/15/13 | Craig Schulman | Analyzed economic data. | 4.50 |
| 11/17/13 | Craig Schulman | Analyzed economic data. | 2.50 |
| 11/18/13 | Craig Schulman | Analyzed economic data. | 5.50 |
| 11/19/13 | Craig Schulman | Analyzed economic data. | 2.50 |

**Professional Services** **74.75**


**BERKELEY RESEARCH GROUP**

**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.) Inc.
(Consulting work)

**Page** 4 of 4
**Invoice #** 17240
**Client-Matter:** 1745-2737

---

**Balance Forward**

| Invoice # | Dated | Balance |
|---|---|---|
| 13849 | 06/11/13 | 21,217.50 |
| 16005 | 10/16/13 | 12,887.50 |
| 16627 | 11/20/13 | 13,837.50 |
| 17240 | 12/11/13 | 30,647.50 |



Mr. Michael Korenblat
Director of Legal Affairs
c/o:  Suncor Energy Services Inc.
717 17th Street
29th Floor, Suite 2900
Denver, Colorado  80202

December 11, 2013
Client-Matter: 1745-2522
Invoice # 17237
Tax I.D. # 27-1451273

**Via Email: mkorenblat@suncor.com**

---

RE:  **Western Convenience Stores, Inc., Western Truck One, LLC v. Suncor Energy (U.S.A.) Inc.**

Services Rendered Through November 30, 2013

| | | |
|---|---:|---|
| Professional Services | 4,812.50 | USD |
| **Current Charges** | **4,812.50** | **USD** |
| Balance Forward | 11,917.50 | |
| **Balance Due** | **16,730.00** | **USD** |

PAYMENT IS DUE BY January 10, 2014

Please direct questions regarding this invoice: James Griffin at (979) 599-9234 or jgriffin@brg-expert.com

**Please remit payment by check to:**
Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA 94608

**Please remit payment by wire to:**
Bank Name:  PNC Bank, N.A.
ABA #:        031207607
A/C Name:   Berkeley Research Group, LLC
Account#:   8026286672
Reference:   17237

Remittance advices are to be sent to:
remitadvice@brg-expert.com

**cc:**
Mr. William Monts, Esq.
Hogan Lovells LLP
**Via Email: William.monts@hoganlovells.com**

Mr. Anthony Shaheen
Holland & Hart LLP
**Via Email: AJShaheen@hollandhart.com**



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.) Inc.

**Page** 2 of 4
**Invoice #** 17237
**Client-Matter:** 1745-2522

**Services Rendered Through November 30, 2013**

**PROFESSIONAL SERVICES**

|  | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Consultant | | | |
| Joel Woodward | 275.00 | 16.25 | 4,468.75 |
| | | | |
| Case Assistant | | | |
| Christian Torees-Lopez | 125.00 | 2.75 | 343.75 |
| | | 19.00 | 4,812.50 |

| **Total Current Charges** | | 4,812.50 | USD |



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck One, LLC v. Suncor Energy (U.S.A.) Inc.

**Page** 3 of 4
**Invoice #** 17237
**Client-Matter:** 1745-2522

Services Rendered Through November 30, 2013

|  |  | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 11/11/13 | Joel Woodward | Damages analysis. | 2.00 |
| 11/12/13 | Joel Woodward | Damages analysis. | 0.50 |
| 11/13/13 | Joel Woodward | Damages analysis. | 1.25 |
| 11/14/13 | Joel Woodward | Damages analysis. | 6.50 |
| 11/15/13 | Christian Torres-Lopez | File management. | 2.75 |
| 11/15/13 | Joel Woodward | Damages analysis. | 0.75 |
| 11/18/13 | Joel Woodward | Damages analysis. | 0.50 |
| 11/19/13 | Joel Woodward | Damages analysis. | 4.75 |

**Professional Services**      **19.00**



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.) Inc.

**Page** 4 of 4
**Invoice #** 17237
**Client-Matter:** 1745-2522

**Balance Forward**

| Invoice # | Dated | Balance |
|---|---|---|
| 16482 | 10/30/13 | 2,310.00 |
| 16630 | 11/11/13 | 9,607.50 |
| 17237 | 12/11/13 | 4,812.50 |



Mr. Michael Korenblat
Director of Legal Affairs
c/o: Suncor Energy
717 17th Street
29th Floor, Suite 2900
Denver, Colorado 80202

February 13, 2014
Client-Matter: 1745-2737
Invoice # 18662
Tax I.D. # 27-1451273

**Via Email: mkorenblat@suncor.com**

---

**RE:  Western Convenience Stores, Inc., Western Truck One, LLC v. Suncor Energy (U.S.A.) Inc.**
**(Consulting work)**

Services Rendered Through January 31, 2014

| | | |
|---|---:|---|
| Professional Services | 10,209.00 | USD |
| **Current Charges** | **10,209.00** | **USD** |

PAYMENT IS DUE BY March 15, 2014

Please direct questions regarding this invoice to: Craig Schulman at (979) 599-9229 or cschulman@brg-expert.com.

**Please remit payment by check to:**
Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA 94608

**Please remit payment by wire to:**
Bank Name:  PNC Bank, N.A.
ABA #:        031207607
A/C Name:   Berkeley Research Group, LLC
Account#:    8026286672
Reference:   18662

Remittance advices are to be sent to:
remitadvice@brg-expert.com

cc:
Mr. William Monts, Esq.
Hogan Lovells US LLP
**Via Email: william.monts@hoganlovells.com**

Mr. Anthony Shaheen
Holland & Hart, LLP
**Via Email: AJShaheen@hollandhart.com**

Ms. Jill Wells
Suncor Energy
**Via Email: jiwells@suncor.com**



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.) Inc.
(Consulting work)

**Page** 2 of 3
**Invoice #** 18662
**Client-Matter:** 1745-2737

---

**Services Rendered Through January 31, 2014**

**PROFESSIONAL SERVICES**

|  | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Principal |  |  |  |
| Craig T. Schulman | 410.00 | 24.90 | 10,209.00 |

**Total Current Charges**                                    10,209.00   USD



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.) Inc.
(Consulting work)

**Page** 3 of 3
**Invoice #** 18662
**Client-Matter:** 1745-2737

---

Services Rendered Through January 31, 2014

|  |  | **DETAIL OF SERVICES** | **HOURS** |
|---|---|---|---|
| 01/09/14 | Craig Schulman | Information and/or data management. | 1.10 |
| 01/20/14 | Craig Schulman | Information and/or data management. | 2.20 |
| 01/22/14 | Craig Schulman | Information and/or data management. | 2.80 |
| 01/23/14 | Craig Schulman | Information and/or data management. | 2.60 |
| 01/24/14 | Craig Schulman | Information and/or data management. | 3.20 |
| 01/27/14 | Craig Schulman | Information and/or data management. | 1.10 |
| 01/28/14 | Craig Schulman | Information and/or data management. | 3.30 |
| 01/29/14 | Craig Schulman | Information and/or data management. | 4.20 |
| 01/30/14 | Craig Schulman | Information and/or data management. | 4.40 |

**Professional Services**                                  24.90



Mr. Michael Korenblat
Director of Legal Affairs
c/o: Suncor Energy Services Inc.
717 17th Street
29th Floor, Suite 2900
Denver, Colorado 80202

February 13, 2014
Client-Matter: 1745-2522
Invoice # 18658
Tax I.D. # 27-1451273

**Via Email: mkorenblat@suncor.com**

---

**RE:   Western Convenience Stores, Inc., Western Truck One, LLC v. Suncor Energy (U.S.A.) Inc.**

Services Rendered Through January 31, 2014

| | | |
|---|---:|---|
| Professional Services | 12,712.50 | USD |
| **Current Charges** | **12,712.50** | **USD** |

PAYMENT IS DUE BY March 15, 2014

Please direct questions regarding this invoice to: Craig Schulman at (979) 599-9229 or cschulman@brg-expert.com.

**Please remit payment by check to:**
Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA 94608

**Please remit payment by wire to:**
Bank Name:   PNC Bank, N.A.
ABA #:         031207607
A/C Name:    Berkeley Research Group, LLC
Account#:     8026286672
Reference:    18658

Remittance advices are to be sent to:
remitadvice@brg-expert.com

cc:
Mr. William Monts, Esq.
Hogan Lovells US LLP
**Via Email: william.monts@hoganlovells.com**

Mr. Anthony Shaheen
Holland & Hart, LLP
**Via Email: AJShaheen@hollandhart.com**



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck One, LLC v. Suncor Energy (U.S.A.) Inc.

**Page** 2 of 3
**Invoice #** 18658
**Client-Matter:** 1745-2522

**Services Rendered Through January 31, 2014**

**PROFESSIONAL SERVICES**

| | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Director | | | |
| James Griffin | 650.00 | 0.50 | 325.00 |
| Principal | | | |
| David Najvar | 395.00 | 17.00 | 6,715.00 |
| Consultant | | | |
| Tiffany R. Vernon | 270.00 | 5.00 | 1,350.00 |
| Associate | | | |
| Nicholas Kyle Zeien | 190.00 | 22.75 | 4,322.50 |
| | | 45.25 | 12,712.50 |

**Total Current Charges**      12,712.50   USD



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
    One, LLC v. Suncor Energy (U.S.A.) Inc.

**Page** 3 of 3
**Invoice #** 18658
**Client-Matter:** 1745-2522

Services Rendered Through January 31, 2014

| | | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 01/14/14 | James Griffin | Provided expert services. | 0.50 |
| 01/21/14 | David Najvar | Helped prepare exhibits.  Reviewed case materials. | 4.00 |
| 01/22/14 | David Najvar | Analyzed economic data. | 9.25 |
| 01/23/14 | David Najvar | Analyzed economic data. | 3.75 |
| 01/24/14 | Nicholas Zeien | Created maps. | 1.75 |
| 01/28/14 | Tiffany Vernon | Reviewed case materials. | 1.50 |
| 01/28/14 | Nicholas Zeien | Programmed spreadsheet. | 4.50 |
| 01/29/14 | Tiffany Vernon | Reviewed case materials. | 2.50 |
| 01/29/14 | Nicholas Zeien | Programmed spreadsheet. | 5.25 |
| 01/30/14 | Tiffany Vernon | Reviewed case materials. | 1.00 |
| 01/30/14 | Nicholas Zeien | Programmed spreadsheet. | 6.50 |
| 01/31/14 | Nicholas Zeien | Programmed spreadsheet. | 4.75 |

**Professional Services**                                            45.25



Mr. Michael Korenblat
Director of Legal Affairs
c/o: Suncor Energy
717 17th Street
29th Floor, Suite 2900
Denver, Colorado 80202

March 18, 2014
Client-Matter: 1745-2737
Invoice # 19431
Tax I.D. # 27-1451273

**Via Email: mkorenblat@suncor.com**

---

RE:   **Western Convenience Stores, Inc., Western Truck One, LLC v. Suncor Energy (U.S.A.) Inc.
(Consulting work)**

Services Rendered Through February 28, 2014

| | | |
|---|---:|---|
| Professional Services | 72,542.25 | USD |
| Expenses Incurred | 5,686.80 | |
| **Current Charges** | **78,229.05** | **USD** |
| Balance Forward | 10,209.00 | |
| **Balance Due** | **88,438.05** | **USD** |

PAYMENT IS DUE BY April 17, 2014

Please direct questions regarding this invoice to: Craig Schulman at (979) 599-9229 or cschulman@brg-expert.com.

**Please remit payment by check to:**
Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA 94608

**Please remit payment by wire to:**
Bank Name:   PNC Bank, N.A.
ABA #:        031207607
A/C Name:    Berkeley Research Group, LLC
Account#:     8026286672
Reference:    19431

Remittance advices are to be sent to:
remitadvice@brg-expert.com

cc:
Mr. Anthony Shaheen
Holland & Hart, LLP
**Via Email: AJShaheen@hollandhart.com**

William Monts, Esq.
Hogan Lovells US LLP
**Via Email: william.monts@hoganlovells.com**

Ms. Jill Wells
Suncor Energy (U.S.A.) Inc.
**Via Email: jiwells@suncor.com**



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.) Inc.
(Consulting work)

**Page** 2 of 5
**Invoice #** 19431
**Client-Matter:** 1745-2737

**Services Rendered Through February 28, 2014**

**PROFESSIONAL SERVICES**

|  | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Principal | | | |
| Craig T. Schulman | 410.00 | 175.60 | 71,996.00 |
| Case Assistant | | | |
| Brenda M. Hickman | 115.00 | 4.75 | 546.25 |
| | | 180.35 | 72,542.25 |

**EXPENSES**

| | |
|---|---|
| Travel - Airline | 3,851.00 |
| Travel - Taxi, Car Rental, Toll, Train | 195.00 |
| Meals - Other (100% Deductible) | 127.22 |
| Travel - Hotel/Lodging | 1,121.21 |
| Travel - Parking | 133.00 |
| Travel - Other | 219.52 |
| Telephone, Fax  and Internet | 39.85 |

**Total Expenses** 5,686.80

**Total Current Charges** 78,229.05 USD



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.) Inc.
(Consulting work)

**Page** 3 of 5
**Invoice #** 19431
**Client-Matter:** 1745-2737

Services Rendered Through February 28, 2014

| | | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 02/02/14 | Craig Schulman | Developed report or presentation. | 2.50 |
| 02/03/14 | Craig Schulman | Developed report or presentation. | 5.50 |
| 02/04/14 | Craig Schulman | Developed report or presentation. | 2.60 |
| 02/05/14 | Craig Schulman | Developed report or presentation. | 6.20 |
| 02/06/14 | Craig Schulman | Developed report or presentation. | 5.70 |
| 02/07/14 | Craig Schulman | Developed report or presentation. | 7.20 |
| 02/10/14 | Craig Schulman | Developed report or presentation. | 6.60 |
| 02/11/14 | Craig Schulman | Developed report or presentation. | 6.80 |
| 02/12/14 | Craig Schulman | Developed report or presentation. | 8.60 |
| 02/13/14 | Craig Schulman | Developed report or presentation. | 6.40 |
| 02/14/14 | Craig Schulman | Developed report or presentation. | 8.40 |
| 02/16/14 | Craig Schulman | Developed report or presentation. | 7.80 |
| 02/17/14 | Craig Schulman | Developed report or presentation. | 9.00 |
| 02/18/14 | Brenda Hickman | Programmed spreadsheet and created charts. | 1.50 |
| 02/18/14 | Craig Schulman | Developed report or presentation. | 6.30 |
| 02/19/14 | Brenda Hickman | Programmed spreadsheet and created charts. | 3.25 |
| 02/19/14 | Craig Schulman | Developed report or presentation. | 7.50 |
| 02/20/14 | Craig Schulman | Meeting or call with Client and/or Counsel. | 9.00 |
| 02/21/14 | Craig Schulman | Meeting or call with Client and/or Counsel. | 9.00 |
| 02/22/14 | Craig Schulman | Meeting or call with Client and/or Counsel. | 9.00 |
| 02/23/14 | Craig Schulman | Meeting or call with Client and/or Counsel. | 9.00 |

 BERKELEY RESEARCH GROUP

**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.) Inc.
(Consulting work)

**Page** 4 of 5
**Invoice #** 19431
**Client-Matter:** 1745-2737

| | | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 02/24/14 | Craig Schulman | Meeting or call with Client and/or Counsel. | 9.00 |
| 02/25/14 | Craig Schulman | Developed report or presentation. | 8.10 |
| 02/26/14 | Craig Schulman | Developed report or presentation. | 7.40 |
| 02/27/14 | Craig Schulman | Meeting or call with Client and/or Counsel. | 9.00 |
| 02/28/14 | Craig Schulman | Meeting or call with Client and/or Counsel. | 9.00 |

| **Professional Services** | | | 180.35 |
|---|---|---|---|



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.) Inc.
(Consulting work)

**Page** 5 of 5
**Invoice #** 19431
**Client-Matter:** 1745-2737

**Balance Forward**

| Invoice # | Dated | Balance |
|---|---|---|
| 18662 | 02/13/14 | 10,209.00 |
| 19431 | 03/18/14 | 78,229.05 |



Mr. Michael Korenblat
Director of Legal Affairs
c/o: Suncor Energy Services Inc.
717 17th Street
29th Floor, Suite 2900
Denver, Colorado 80202

March 18, 2014
Client-Matter: 1745-2522
Invoice # 19438
Tax I.D. # 27-1451273

**Via Email: mkorenblat@suncor.com**

---

RE:   **Western Convenience Stores, Inc., Western Truck One, LLC v. Suncor Energy (U.S.A.) Inc.**

Services Rendered Through February 28, 2014

| | | |
|---|---|---|
| Professional Services | 35,750.00 | USD |
| **Current Charges** | **35,750.00** | **USD** |
| Balance Forward | 12,712.50 | |
| **Balance Due** | **48,462.50** | **USD** |

PAYMENT IS DUE BY April 17, 2014

Please direct questions regarding this invoice to: Craig Schulman at (979) 599-9229 or cschulman@brg-expert.com.

**Please remit payment by check to:**
Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA 94608

**Please remit payment by wire to:**
Bank Name:   PNC Bank, N.A.
ABA #:          031207607
A/C Name:    Berkeley Research Group, LLC
Account#:     8026286672
Reference:    19438

Remittance advices are to be sent to:
remitadvice@brg-expert.com

cc:
Mr. William Monts, Esq.
Hogan Lovells US LLP
**Via Email: william.monts@hoganlovells.com**

Mr. Anthony Shaheen
Holland & Hart, LLP
**Via Email: AJShaheen@hollandhart.com**



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck One, LLC v. Suncor Energy (U.S.A.) Inc.

**Page** 2 of 5
**Invoice #** 19438
**Client-Matter:** 1745-2522

**Services Rendered Through February 28, 2014**

**PROFESSIONAL SERVICES**

|  | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Director |  |  |  |
| James Griffin | 650.00 | 18.50 | 12,025.00 |
| Principal |  |  |  |
| David Najvar | 395.00 | 32.50 | 12,837.50 |
| Consultant |  |  |  |
| Joel Woodward | 290.00 | 29.00 | 8,410.00 |
| Tiffany R. Vernon | 280.00 | 7.00 | 1,960.00 |
| Case Assistant |  |  |  |
| Brenda M. Hickman | 115.00 | 4.50 | 517.50 |
|  |  | 91.50 | 35,750.00 |

**Total Current Charges**          35,750.00   USD



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck One, LLC v. Suncor Energy (U.S.A.) Inc.

**Page** 3 of 5
**Invoice #** 19438
**Client-Matter:** 1745-2522

Services Rendered Through February 28, 2014

|  |  | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 02/03/14 | Tiffany Vernon | Reviewed case materials. | 1.50 |
| 02/04/14 | James Griffin | Provided expert services. | 0.50 |
| 02/05/14 | David Najvar | Reviewed case materials. | 2.00 |
| 02/05/14 | Joel Woodward | Deposition/testimony preparation. | 3.75 |
| 02/06/14 | David Najvar | Reviewed case materials. | 1.50 |
| 02/06/14 | Joel Woodward | Deposition/testimony preparation. | 1.00 |
| 02/07/14 | Joel Woodward | Deposition/testimony preparation. | 4.50 |
| 02/09/14 | James Griffin | Provided expert services. | 0.25 |
| 02/10/14 | Joel Woodward | Deposition/testimony preparation. | 1.50 |
| 02/12/14 | James Griffin | Provided expert services. | 2.00 |
| 02/13/14 | James Griffin | Provided expert services. | 2.75 |
| 02/18/14 | James Griffin | Provided expert services. | 4.25 |
| 02/18/14 | Joel Woodward | Literature research, document review. | 0.50 |
| 02/19/14 | James Griffin | Provided expert services. | 3.25 |
| 02/21/14 | James Griffin | Provided expert services. | 0.50 |
| 02/23/14 | James Griffin | Provided expert services. | 2.50 |
| 02/23/14 | David Najvar | Analyzed economic data. | 3.00 |
| 02/24/14 | Brenda Hickman | Researching flight schedule for Jim Griffin's upcoming trips. | 0.25 |
| 02/24/14 | David Najvar | Analyzed economic data. | 8.50 |
| 02/25/14 | James Griffin | Provided expert services. | 2.50 |
| 02/25/14 | David Najvar | Helped prepare exhibits. | 7.75 |



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck One, LLC v. Suncor Energy (U.S.A.) Inc.

**Page** 4 of 5
**Invoice #** 19438
**Client-Matter:** 1745-2522

| | | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 02/25/14 | Tiffany Vernon | Reviewed case materials. | 5.00 |
| 02/25/14 | Joel Woodward | Analyzed data or created reports. | 3.25 |
| 02/26/14 | David Najvar | Helped prepare exhibits. | 6.25 |
| 02/26/14 | Tiffany Vernon | Reviewed case materials. | 0.50 |
| 02/26/14 | Joel Woodward | Analyzed data or created reports. | 6.25 |
| 02/27/14 | Brenda Hickman | Audited spreadsheet. | 3.00 |
| 02/27/14 | David Najvar | Audited workproduct. | 2.00 |
| 02/27/14 | Joel Woodward | Analyzed data or created reports. | 3.00 |
| 02/28/14 | Brenda Hickman | Audited spreadsheet. | 1.25 |
| 02/28/14 | David Najvar | Helped prepare exhibits. | 1.50 |
| 02/28/14 | Joel Woodward | Analyzed data or created reports. | 5.25 |

**Professional Services** | **91.50**



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.) Inc.

**Page** 5 of 5
**Invoice #** 19438
**Client-Matter:** 1745-2522

**Balance Forward**

| Invoice # | Dated | Balance |
|---|---|---|
| 18658 | 02/13/14 | 12,712.50 |
| 19438 | 03/18/14 | 35,750.00 |



Mr. Michael Korenblat
Director of Legal Affairs
c/o: Suncor Energy
717 17th Street
29th Floor, Suite 2900
Denver, Colorado 80202

April 14, 2014
Client-Matter: 1745-2737
Invoice # 20012
Tax I.D. # 27-1451273

**Via Email: mkorenblat@suncor.com**

---

RE: **Western Convenience Stores, Inc., Western Truck One, LLC v. Suncor Energy (U.S.A.) Inc.
(Consulting work)**

Services Rendered Through March 31, 2014

| | | |
|---|---:|---|
| Professional Services | 67,486.00 | USD |
| Expenses Incurred | 7,755.07 | |
| **Current Charges** | **75,241.07** | **USD** |
| Balance Forward | 10,209.00 | |
| **Balance Due** | **85,450.07** | **USD** |

PAYMENT IS DUE BY May 14, 2014

Please direct questions regarding this invoice to: Craig Schulman at (979) 599-9229 or cschulman@brg-expert.com.

**Please remit payment by check to:**
Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA 94608

**Please remit payment by wire to:**
Bank Name: PNC Bank, N.A.
ABA #:      031207607
A/C Name:   Berkeley Research Group, LLC
Account#:   8026286672
Reference:  20012

Remittance advices are to be sent to:
remitadvice@brg-expert.com

**cc:**
Mr. William Monts, Esq.
Hogan Lovells US LLP
**Via Email: william.monts@hoganlovells.com**

Mr. Anthony Shaheen
Holland & Hart, LLP
**Via Email: AJShaheen@hollandhart.com**

Ms. Jill Wells
Suncor Energy (U.S.A.) Inc.
**Via Email: jiwells@suncor.com**



**To:** Suncor Energy (U.S.A.) Inc.
**c/o:** Suncor Energy
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.) Inc.
(Consulting work)

**Page** 2 of 4
**Invoice #** 20012
**Client-Matter:** 1745-2737

---

**Services Rendered Through March 31, 2014**

**PROFESSIONAL SERVICES**

| | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Principal | | | |
| Craig T. Schulman | 410.00 | 164.60 | 67,486.00 |

**EXPENSES**

| | |
|---|---|
| Travel - Airline | 3,289.00 |
| Travel - Hotel/Lodging | 3,271.52 |
| Meals - Other (100% Deductible) | 388.59 |
| Travel - Taxi, Car Rental, Toll, Train | 259.50 |
| Travel - Parking | 247.00 |
| Travel - Other | 219.52 |
| Telephone, Fax and Internet | 79.94 |

| | |
|---|---|
| **Total Expenses** | **7,755.07** |
| **Total Current Charges** | **75,241.07** USD |



**To:** Suncor Energy (U.S.A.) Inc.
**c/o:** Suncor Energy
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.) Inc.
(Consulting work)

**Page** 3 of 4
**Invoice #** 20012
**Client-Matter:** 1745-2737

---

Services Rendered Through March 31, 2014

| | DETAIL OF SERVICES | | HOURS |
|---|---|---|---|
| 03/02/14 | Craig Schulman | Client meeting, preparation, follow-up. | 5.50 |
| 03/03/14 | Craig Schulman | Client meeting, preparation, follow-up. | 6.80 |
| 03/04/14 | Craig Schulman | Client meeting, preparation, follow-up. | 11.20 |
| 03/05/14 | Craig Schulman | Client meeting, preparation, follow-up. | 12.50 |
| 03/06/14 | Craig Schulman | Client meeting, preparation, follow-up. | 11.40 |
| 03/07/14 | Craig Schulman | Client meeting, preparation, follow-up. | 12.60 |
| 03/08/14 | Craig Schulman | Client meeting, preparation, follow-up. | 9.20 |
| 03/09/14 | Craig Schulman | Client meeting, preparation, follow-up. | 8.40 |
| 03/10/14 | Craig Schulman | Analyzed data or created reports. | 4.60 |
| 03/11/14 | Craig Schulman | Analyzed data or created reports. | 3.40 |
| 03/12/14 | Craig Schulman | Analyzed data or created reports. | 2.40 |
| 03/13/14 | Craig Schulman | Analyzed data or created reports. | 2.60 |
| 03/14/14 | Craig Schulman | Analyzed data or created reports. | 4.40 |
| 03/15/14 | Craig Schulman | Client meeting, preparation, follow-up. | 6.80 |
| 03/16/14 | Craig Schulman | Client meeting, preparation, follow-up. | 11.80 |
| 03/17/14 | Craig Schulman | Attended court. | 12.30 |
| 03/18/14 | Craig Schulman | Attended court. | 12.10 |
| 03/19/14 | Craig Schulman | Attended court. | 13.60 |
| 03/20/14 | Craig Schulman | Attended court. | 8.40 |
| 03/21/14 | Craig Schulman | Client meeting, preparation, follow-up. | 2.20 |
| 03/23/14 | Craig Schulman | Analyzed data or created reports. | 2.40 |
| | **Professional Services** | | **164.60** |



**To:** Suncor Energy (U.S.A.) Inc.
**c/o:** Suncor Energy
**RE:** Western Convenience Stores, Inc., Western Truck
    One, LLC v. Suncor Energy (U.S.A.) Inc.
    (Consulting work)

**Page** 4 of 4
**Invoice #** 20012
**Client-Matter:** 1745-2737

---

**Balance Forward**

| Invoice # | Dated | Balance |
|---|---|---|
| 18662 | 02/13/14 | 10,209.00 |
| 20012 | 04/14/14 | 75,241.07 |



Mr. Michael Korenblat
Director of Legal Affairs
c/o: Suncor Energy Services Inc.
717 17th Street
29th Floor, Suite 2900
Denver, Colorado 80202

April 14, 2014
Client-Matter: 1745-2522
Invoice # 20010
Tax I.D. # 27-1451273

**Via Email: mkorenblat@suncor.com**

---

RE:   **Western Convenience Stores, Inc., Western Truck One, LLC v. Suncor Energy (U.S.A.) Inc.**

Services Rendered Through March 31, 2014

| | | |
|---|---:|---|
| Professional Services | 53,638.75 | USD |
| Expenses Incurred | 5,008.55 | |
| **Current Charges** | **58,647.30** | **USD** |
| Balance Forward | 48,462.50 | |
| **Balance Due** | **107,109.80** | **USD** |

PAYMENT IS DUE BY May 14, 2014

Please direct questions regarding this invoice to: Craig Schulman at (979) 599-9229 or cschulman@brg-expert.com.

**Please remit payment by check to:**
Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA 94608

**Please remit payment by wire to:**
Bank Name:   PNC Bank, N.A.
ABA #:         031207607
A/C Name:     Berkeley Research Group, LLC
Account#:      8026286672
Reference:     20010

Remittance advices are to be sent to:
remitadvice@brg-expert.com

**cc:**
Mr. William Monts, Esq.
Hogan Lovells US LLP
**Via Email: william.monts@hoganlovells.com**

Mr. Anthony Shaheen
Holland & Hart, LLP
**Via Email: AJShaheen@hollandhart.com**



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck One, LLC v. Suncor Energy (U.S.A.) Inc.

**Page** 2 of 5
**Invoice #** 20010
**Client-Matter:** 1745-2522

**Services Rendered Through March 31, 2014**

**PROFESSIONAL SERVICES**

|  | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Director | | | |
| James Griffin | 650.00 | 56.50 | 36,725.00 |
| | | | |
| Principal | | | |
| David Najvar | 395.00 | 8.00 | 3,160.00 |
| Matthew T. Neideffer | 375.00 | 4.50 | 1,687.50 |
| | | | |
| Consultant | | | |
| Joel Woodward | 290.00 | 25.75 | 7,467.50 |
| Tiffany R. Vernon | 280.00 | 2.75 | 770.00 |
| | | | |
| Associate | | | |
| Nicholas K. Zeien | 200.00 | 19.00 | 3,800.00 |
| | | | |
| Case Assistant | | | |
| Brenda M. Hickman | 115.00 | 0.25 | 28.75 |
| | | 116.75 | 53,638.75 |

**EXPENSES**

| | |
|---|---|
| Travel - Airline | 3,012.00 |
| Travel - Hotel/Lodging | 1,656.55 |
| Travel - Parking | 52.00 |
| Travel - Taxi, Car Rental, Toll, Train | 288.00 |
| | |
| **Total Expenses** | **5,008.55** |
| | |
| **Total Current Charges** | **58,647.30** USD |



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.) Inc.

**Page** 3 of 5
**Invoice #** 20010
**Client-Matter:** 1745-2522

Services Rendered Through March 31, 2014

| | | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 03/01/14 | Joel Woodward | Analyzed data or created reports. | 5.25 |
| 03/02/14 | Joel Woodward | Analyzed data or created reports. | 1.75 |
| 03/03/14 | Brenda Hickman | Organized case materials. | 0.25 |
| 03/03/14 | David Najvar | Audited workproduct. | 5.00 |
| 03/03/14 | Joel Woodward | Analyzed data or created reports. | 7.00 |
| 03/03/14 | Nicholas Zeien | Programmed spreadsheet. | 7.00 |
| 03/04/14 | David Najvar | Audited workproduct. | 1.00 |
| 03/04/14 | Tiffany Vernon | Reviewed case materials. | 2.00 |
| 03/04/14 | Nicholas Zeien | Programmed spreadsheet. | 4.50 |
| 03/05/14 | James Griffin | Expert services. | 6.50 |
| 03/05/14 | Tiffany Vernon | Reviewed case materials. | 0.75 |
| 03/05/14 | Nicholas Zeien | Audited spreadsheet. | 1.00 |
| 03/06/14 | James Griffin | Expert services. | 9.50 |
| 03/06/14 | David Najvar | Audited workproduct. | 0.50 |
| 03/06/14 | Matthew Neideffer | Edited and updated maps. | 4.50 |
| 03/06/14 | Nicholas Zeien | Programmed spreadsheet. | 3.00 |
| 03/07/14 | James Griffin | Expert services. | 9.50 |
| 03/07/14 | Joel Woodward | Audited workproduct. | 4.00 |
| 03/07/14 | Nicholas Zeien | Audited spreadsheet. | 2.75 |
| 03/10/14 | Nicholas Zeien | Audited spreadsheet. | 0.75 |
| 03/11/14 | David Najvar | Audited workproduct. | 1.50 |
| 03/14/14 | Joel Woodward | Analyzed data or created reports. | 5.75 |



**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.) Inc.

**Page** 4 of 5
**Invoice #** 20010
**Client-Matter:** 1745-2522

| | | DETAIL OF SERVICES | HOURS |
|---|---|---|---|
| 03/17/14 | Joel Woodward | Analyzed data or created reports. | 1.00 |
| 03/18/14 | James Griffin | Expert services. | 7.00 |
| 03/18/14 | Joel Woodward | Analyzed data or created reports. | 1.00 |
| 03/19/14 | James Griffin | Expert services. | 12.50 |
| 03/20/14 | James Griffin | Expert services. | 11.50 |

**Professional Services** 116.75

 **BERKELEY RESEARCH GROUP**

**To:** Mr. Michael Korenblat
**c/o:** Suncor Energy Services Inc.
**RE:** Western Convenience Stores, Inc., Western Truck
One, LLC v. Suncor Energy (U.S.A.) Inc.

**Page** 5 of 5
**Invoice #** 20010
**Client-Matter:** 1745-2522

**Balance Forward**

| Invoice # | Dated    | Balance   |
|-----------|----------|-----------|
| 18658     | 02/13/14 | 12,712.50 |
| 19438     | 03/18/14 | 35,750.00 |
| 20010     | 04/14/14 | 58,647.30 |