# EXHIBIT 6

EXHIBIT 6

**RECEIVED**
By Suncor Energy Accounts Payable - GS at 2:24 pm, Jan 08, 2013

# Furey Fuels Consulting, LLC

2691 Radford St NW
North Canton, Ohio 44720
Telephone 330-768-7404
robert.furey39@gmail.com

Invoice No. 2012-10

Invoice detail for August 20 – October 24, 2012

**Automotive fuels consulting services for Suncor Energy**

| Date | Hours | Explanation |
|---|---|---|
| 8-20-12 | 4.0 | |
| 9-11-12 | 1.0 | |
| 9-12-12 | 0.4 | |
| 9-17-12 | 0.3 | |
| 9-21-12 | 0.2 | |
| 9-24-12 | 1.5 | |
| 9-25-12 | 2.3 | |
| 9-27-12 | 3.5 | |
| 9-28-12 | 1.6 | |
| 10-1-12 | 0.8 | |
| 10-2-12 | 1.2 | |
| 10-4-12 | 0.3 | |
| 10-5-12 | 0.4 | |

# Furey Fuels Consulting, LLC

2691 Radford St NW  
North Canton, Ohio 44720  
Telephone 330-768-7404  
robert.furey59@gmail.com

**Invoice No. 2012-10**

Invoice detail for August 20 – October 24, 2012 (continued)

**Automotive fuels consulting services for Suncor Energy**

| Date | Hours |
|---|---|
| 10-6-12 | 0.2 |
| 10-8-12 | 2.5 |
| 10-9-12 | 2.8 |
| 10-10-12 | 4.0 |
| 10-12-12 | 0.6 |
| 10-15-12 | 1.4 |

**TOTAL**    29.0 hours x $150 per hour = **$4350.00**

DATE: DEC. 20, 2012  
VENDOR: 475497       TAX CODE: UO  
CC: 2010                          GL: 61303 O  
INTERNAL ORDER: 21004140  
CODED BY JIWELLS@SUNCOR.COM  
SIGNED BY MICHAEL E. KORENBLAT  
AMOUNT: US$ 4350.00  

X _____

3

| Per Cost Cent. | Cost Element Name | Cr Jobber Name | Document Header Text | Postg Date | Created on | Doc. Date | Vbl. value/TranCurr. | TCurr |
|---|---|---|---|---|---|---|---|---|
| 21004140 001 613030 | Legal Services | Western Convenience | 125207248 ROBERT L FUREY | 01/08/2013 | 01/05/2013 | 10/24/2012 | 4,350.00 | USD |