# EXHIBIT 7

EXHIBIT 7

# SOUTHWEST RESEARCH INSTITUTE

6220 Culebra
San Antonio, TX 78238-5166

Furey Fuels Consulting, LLC
2691 Radford ST NW
North Canton, OH 44720

**INVOICE NO. P** 08-66654

**DATE:** October 4, 2012

**PROJECT NUMBER:**

**Reference / Authorization:**
SwRI Proposal Number: 08-66654

| RESEARCH SERVICES PERFORMED: | CHARGES |
|---|---|
| Initial payment pursuant to referenced SwRI Proposal | $47,662.00 |

PAYABLE UPON ACCEPTANCE OF PROPOSAL.

The preferred method of payment is by electronic funds transfer.
- Southwest Research Institute
- Bank of America, N.A.
- Account number: 001390004879
- ACH ABA routing number: 111000025
- Wire ABA routing number: 026009593

If you have any questions, please email credit@swri.org

**If payment is made by check, please send to the following address along with a copy of the invoice number:**
Southwest Research Institute
Attn: Accounts Receivable
6220 Culebra Road
San Antonio, Texas 78238-5166

**Please return the signed contract to:**
Southwest Research Institute
Attn: Contracts Department
6220 Culebra Road
San Antonio, Texas 78238-5166

**TOTAL CHARGES — PLEASE PAY THIS AMOUNT** $47,662.00

$ 44,138.00

Questions relating to this invoice should be directed to the undersigned at the above address or telephone (210) 522-3715 / FAX-210-522-4977

Sandra De Los Santos
Manager, Credit & Collections