IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation;
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs and Counterclaim Defendant,

vs.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Defendant and Counterclaimant

and

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Third-Party Plaintiff

vs.

HOSSEIN TARAGHI and DEBRA LYNN TARAGHI,

    Third-Party Defendants.

## DEFENDANT, COUNTERCLAIMANT AND THIRD-PARTY PLAINTIFF SUNCOR ENERGY (U.S.A.) INC.'S UNOPPOSED MOTION FOR LEAVE TO RESTRICT ACCESS TO DOCUMENT NO. 325-2

    Defendant, Counterclaimant and Third-Party Plaintiff Suncor Energy (U.S.A.) Inc. respectfully submits this unopposed Motion to Restrict Access pursuant to D.C.COLO.L.CivR 7.2. for an order of Level 1 restriction on access to Document 325-2.

### CERTIFICATION OF COMPLIANCE WITH D.C.COLO.L.CivR 7.1(a)

    Pursuant to Local Rule 7.1(a), the undersigned certifies that counsel for Suncor has conferred with counsel for Plaintiffs, Counterclaim Defendants and Third-Party Defendants

regarding the filing of this Motion and are authorized to state that Plaintiffs, Counterclaim Defendants and Third-Party Defendants do not object to the relief sought.

## MOTION AND RELIEF SOUGHT

1. Local Rule 7.2 permits motions to restrict public access to documents filed with the Court. The rule requires the movant to "address the interest to be protected and why such interest outweighs the presumption of public access," and "identify a clearly defined and serious injury that would result if access is not restricted." D.C.COLO.LCivR 7.2(c)(2)-(3). The rule further requires the movant to "explain why no alternative to restriction is practicable or why only restriction will adequately protect the interest in question (e.g., redaction, summarization, restricted access to exhibits or portions of exhibits)." *Id*. at 7.2(c)(4).

2. On September 22, 2014, Suncor filed its Motion for Attorneys' Fees and Related Non-Taxable Expenses (Dkt. #325). Attached to that motion as Exhibit 2 is a Personal Guaranty agreement between Suncor and Third-Party Defendants Hossein and Debra Lynn Taraghi (Dkt. #325-2). That agreement contains Social Security numbers for the Third-Party Defendants that should been redacted prior to filing but inadvertently were not.

3. Counsel for Suncor has conferred with the office of the Clerk of Court and is informed by personnel on its CM/ECF Help Desk that documents filed on the public record in the Electronic Case Filing system may not be removed from the system.

4. Rule 5.2(a) of the Federal Rules of Civil Procedure requires redaction of, among other things "an individual's social-security number" in electronic filings made with the Court. Because documents filed publicly on the Electronic Case Filing system may not be removed, the only remedy for a filing inadvertently containing such information is restricted access under this Court's Local Rule 7.2. Consistent with the Federal Rules of Civil Procedure, it is appropriate

that access to the document be restricted.

5. Suncor regrets this error and respectfully requests that the Court order that Document 325-2 be given Level 1 restricted access. A copy of the Personal Guaranty agreement with the personally-identifiable information redacted and suitable for the public record is attached hereto as Exhibit 1.

September 24, 2014                                    Respectfully submitted,

*s/Anthony J. Shaheen*
Anthony J. Shaheen
HOLLAND & HART LLP
Post Office Box 8749
Denver, CO 80201-8749
Phone: 303-295-8054
Fax: 303-291-9126
E-Mail: AJShaheen@hollandhart.com


*s/William L. Monts III*
J. Robert Robertson
William L. Monts III
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Phone: 202-637-5600
Fax: 202-637-5910
E-Mail: robby.robertson@hoganlovells.com
            william.monts@hoganlovells.com

*Attorneys for Defendant, Counterclaimant and Third-Party Plaintiff Suncor Energy (U.S.A.) Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2014, I served the foregoing **DEFENDANT, COUNTERCLAIMANT AND THIRD-PARTY PLAINTIFF SUNCOR ENERGY (U.S.A.) INC.'S UNOPPOSED MOTION FOR LEAVE TO RESTRICT ACCESS TO DOCUMENT NO. 325-2**, by causing the foregoing to be presented to the Clerk of Court for filing and uploading to the CM/ECF system.  I will separately serve this document to the following email addresses:

Kenneth R. Bennington
Kathleen E. Craigmile
Adam F. Aldrich
BENNINGTON JOHNSON BIERMANN & CRAIGMILE, LLC
370 17th Street, Suite 3500
Denver, CO  80202
krb@benningtonjohnson.com
kec@benningtonjohnson.com
afa@benningtonjohnson.com

Philip W. Bledsoe
POLSINELLI SHUGHART, P.C.
1515 Wynkoop Street
Suite 600
Denver, CO  80202
pbledsoe@polsinelli.com

*s/William L. Monts III*
William L. Monts III