**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation,

     Plaintiff,

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

     Defendant,

v.

HOSSEIN AND DEBRA LYNN TARAGHI,

     Third-Party Defendants.

---

**JOINT NOTICE OF APPEAL**

---

Notice is hereby given that Western Convenience Stores, Inc., plaintiff in the above named case, and Hossein and Debra Lynn Taraghi, third-party defendants in the above named case, hereby appeal to the United States Court of Appeals for the Tenth Circuit, from the Final Judgment (Doc. 321) entered in this action on September 8, 2014.

Dated: October 6, 2014.

*s/ Kenneth R. Bennington*

Kenneth R. Bennington
Kathleen E. Craigmile
Adam F. Aldrich
Jeffrey H. McClelland
BENNINGTON JOHNSON
BIERMANN & CRAIGMILE, LLC
370 17th Street, Suite 3500
Denver, CO 80202

Phone: (303) 629-5200
Fax:  (303) 629-5718
*krb@benningtonjonson.com*
*kec@benningtonjohnson.com*
*afa@benningtonjohnson.com*
*jhm@benningtonjohnson.com*

*Attorneys for Plaintiffs and Third-Party Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on October 6, 2014, copies of the foregoing **JOINT NOTICE OF APPEAL** was served on the following parties via the CM/ECF filing system:

Anthony J. Shaheen
Keeya M. Jeffrey
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 80201-8749
AJShaheen@hollandhart.com
KMJeffrey@hollandhart.com

J. Robert Robertson
William L. Monts III
Hogan Lovells US LLP
555 Thirteenth Street, N.W.
Washington, D.C.  20004-1109
robby.robertson@hoganlovells.com
william.monts@hoganlovells.com

Philip W. Bledsoe
Joseph T. VanLandingham
Polsinelli PC
1225 Seventeenth Street, 29th Floor
Denver, CO  80202-5529
pbledsoe@polsinelli.com
jvanlandingham@polsinelli.com

*s/ Marie Newberger*