**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation,
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

      Plaintiffs,

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

      Defendant,

v.

HOSSEIN AND DEBRA LYNN TARAGHI,

      Third-Party Defendants.

---

**PLAINTIFFS' <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME TO RESPOND TO
SUNCOR ENERGY (U.S.A.) INC.'S BILL OF COSTS (DOC. 324) AND MOTION FOR
ATTORNEYS' FEES AND RELATED NON-TAXABLE EXPENSES AND
SUPPORTING DOCUMENTS (DOCS. 325, 326, 327 AND 328)**

---

      Plaintiffs Western Convenience Stores, Inc. ("Western") and Third-Party Defendants

Hossein and Debra Lynn Taraghi (the "Taraghis") (collectively, "WCS"), by and through their

undersigned counsel, Bennington Johnson Biermann & Craigmile, LLC, move as follows for an

extension of time to respond to Suncor Energy (U.S.A.) Inc.'s Bill of Costs (Doc. 324) and

Motion for Attorneys' Fees and Related Non-Taxable Expenses and supporting documents

(Docs. 325, 326, 327 and 328) (collectively, "Motion for Attorneys' Fees").

---

### CERTIFICATION OF COMPLIANCE WITH D.C.COLO.LCivR 7.1.A AND 6.1.E

Pursuant to Local Rule 7.1.A, the undersigned certifies that counsel for WCS has conferred with counsel for Suncor regarding these issues and states that Suncor does not object to the relief sought herein.  Pursuant to D.C.Colo.LCivR 6.1(c), a copy of this motion has been served on WCS.

---

1.      WCS requests an extension of time, up to and including October 31, 2014, in which to file its response to Suncor's Bill of Costs and Motion for Attorneys' Fees.  Currently, WCS's response is due on October 16, 2014.

2.      The parties are currently involved in settlement negotiations and, at this time, believe that the matter can be settled.

3.      Suncor does not oppose the requested extension and, therefore, no party will be prejudiced by the granting of this motion.

Dated:  October 7, 2014                    *s/ Kenneth R. Bennington*

                                           _____

                                           Kenneth R. Bennington
                                           Kathleen E. Craigmile
                                           Adam F. Aldrich
                                           BENNINGTON JOHNSON BIERMANN &
                                           CRAIGMILE, LLC
                                           370 17th Street, Suite 3500
                                           Denver, CO 80202
                                           Telephone: (303) 629-5200
                                           Facsimile: (303) 629-5718
                                           *krb@benningtonjonson.com*
                                           *kec@benningtonjohnson.com*
                                           *afa@benningtonjohnson.com*
                                           *Attorneys for Plaintiffs and Third-Party*
                                           *Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on October 7, 2014, copies of the foregoing **PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO SUNCOR ENERGY (U.S.A.) INC.'S BILL OF COSTS (DOC. 324) AND MOTION FOR ATTORNEYS' FEES AND RELATED NON-TAXABLE EXPENSES AND SUPPORTING DOCUMENTS (DOCS. 325, 326, 327 AND 328)** were served on the following parties via the CM/ECF filing system:

Anthony J. Shaheen
Keeya M. Jeffrey
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 80201-8749
AJShaheen@hollandhart.com
KMJeffrey@hollandhart.com

J. Robert Robertson
William L. Monts III
Hogan Lovells US LLP
555 Thirteenth Street, N.W.
Washington, D.C.  20004-1109
robby.robertson@hoganlovells.com
william.monts@hoganlovells.com

Philip W. Bledsoe
Joseph T. VanLandingham
Polsinelli PC
1225 Seventeenth Street, 29th Floor
Denver, CO  80202-5529
pbledsoe@polsinelli.com
jvanlandingham@polsinelli.com

*s/ Marie Newberger*