# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation,
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs,

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Defendant,

v.

HOSSEIN AND DEBRA LYNN TARAGHI,

    Third-Party Defendants.

---

**PLAINTIFFS' SECOND <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME TO RESPOND TO SUNCOR ENERGY (U.S.A.) INC.'S BILL OF COSTS (DOC. 324) AND MOTION FOR ATTORNEYS' FEES AND RELATED NON-TAXABLE EXPENSES AND SUPPORTING DOCUMENTS (DOCS. 325, 326, 327 AND 328)**

---

Plaintiffs Western Convenience Stores, Inc. ("Western") and Third-Party Defendants Hossein and Debra Lynn Taraghi (the "Taraghis") (collectively, "WCS"), by and through their undersigned counsel, Bennington Johnson Biermann & Craigmile, LLC, move as follows for a second extension of time to respond to Suncor Energy (U.S.A.) Inc.'s Bill of Costs (Doc. 324) and Motion for Attorneys' Fees and Related Non-Taxable Expenses and supporting documents (Docs. 325, 326, 327 and 328) (collectively, "Motion for Attorneys' Fees").

### CERTIFICATION OF COMPLIANCE WITH D.C.COLO.LCivR 7.1.A AND 6.1.E

Pursuant to Local Rule 7.1.A, the undersigned certifies that counsel for WCS has conferred with counsel for Suncor regarding these issues and states that Suncor does not object to the relief sought herein. Pursuant to D.C.Colo.LCivR 6.1(c), a copy of this motion has been served on WCS.

1.  WCS requests an extension of time, up to and including December 1, 2014, in which to file its response to Suncor's Bill of Costs and Motion for Attorneys' Fees. Currently, WCS's response is due on October 31, 2014.

2.  The parties remain involved in settlement negotiations and, at this time, believe that the matter can be settled.

3.  Suncor does not oppose the requested extension and, therefore, no party will be prejudiced by the granting of this motion.

Dated: October 29, 2014            *s/ Kenneth R. Bennington*

Kenneth R. Bennington
Kathleen E. Craigmile
Adam F. Aldrich
BENNINGTON JOHNSON BIERMANN & CRAIGMILE, LLC
370 17th Street, Suite 3500
Denver, CO 80202
Telephone: (303) 629-5200
Facsimile: (303) 629-5718
*krb@benningtonjonson.com*
*kec@benningtonjohnson.com*
*afa@benningtonjohnson.com*
*Attorneys for Plaintiffs and Third-Party Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on October 29, 2014, copies of the foregoing **PLAINTIFFS' SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO SUNCOR ENERGY (U.S.A.) INC.'S BILL OF COSTS (DOC. 324) AND MOTION FOR ATTORNEYS' FEES AND RELATED NON-TAXABLE EXPENSES AND SUPPORTING DOCUMENTS (DOCS. 325, 326, 327 AND 328)** were served on the following parties via the CM/ECF filing system:

Anthony J. Shaheen
Keeya M. Jeffrey
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 80201-8749
AJShaheen@hollandhart.com
KMJeffrey@hollandhart.com

J. Robert Robertson
William L. Monts III
Hogan Lovells US LLP
555 Thirteenth Street, N.W.
Washington, D.C.  20004-1109
robby.robertson@hoganlovells.com
william.monts@hoganlovells.com

Philip W. Bledsoe
Joseph T. VanLandingham
Polsinelli PC
1225 Seventeenth Street, 29th Floor
Denver, CO  80202-5529
pbledsoe@polsinelli.com
jvanlandingham@polsinelli.com

*s/ Marie Newberger*

_____