**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation,
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs,

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Defendant,

v.

HOSSEIN AND DEBRA LYNN TARAGHI,

    Third-Party Defendants.

---

## JOINT SETTLEMENT REPORT AND REQUEST FOR EXTENSION

---

    Plaintiffs Western Convenience Stores, Inc. ("Western") and Third-Party Defendants Hossein and Debra Lynn Taraghi (the "Taraghis") (collectively, "WCS"), and Defendant Suncor Energy (U.S.A.) Inc., by and through their undersigned counsel, jointly give notice that Suncor and Western have reached an agreement in principle on the primary terms of a confidential workout and forbearance arrangement, subject to the finalization of definitive deal documents. The principle terms agreed upon include: (a) the amount of total indebtedness to be owed, including the amount of costs, attorneys' fees, and expenses, (b) rate of interest, (c) amount and timing of payments to be paid, (d) principal forbearance terms, (e) the addition of guarantors, and (d) specific security to be provided by debtors and guarantors.

The parties have begun drafting definitive deal documents and are working with Western's third party creditors to obtain necessary consents. The parties intend to have the workout and forbearance arrangement finalized by December 24, 2014, which will render the need to decide Suncor's Motion for Fees and Costs moot.

The parties are mindful of the Court's admonition that no further extensions will be granted; however, in light of the progress that has been made and the complexity of the workout, the parties jointly request an extension of Western's deadline to file a response to Suncor's Motion to provide the parties time to complete and close the workout. Accordingly, WCS and Suncor jointly request that the Court extend all pending deadlines and grant the parties to and including December 24, 2014 to prepare the necessary settlement documents.

Dated: December 1, 2014

*s/ Kenneth R. Bennington*

Kenneth R. Bennington
Kathleen E. Craigmile
Adam F. Aldrich
Jeffrey H. McClelland
BENNINGTON JOHNSON BIERMANN &
CRAIGMILE, LLC
370 17th Street, Suite 3500
Denver, CO 80202
Telephone: (303) 629-5200
Facsimile: (303) 629-5718
*krb@benningtonjonson.com*
*kec@benningtonjohnson.com*
*afa@benningtonjohnson.com*
*jhm@benningtonjohnson.com*
*Attorneys for Plaintiffs and Third-Party Defendants*

*s/ Anthony J. Shaheen*

_____
Anthony J. Shaheen
Keeya M. Jeffrey
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 80201-8749
AJShaheen@hollandhart.com
KMJeffrey@hollandhart.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2014 copies of the foregoing **JOINT SETTLEMENT REPORT AND REQUEST FOR EXTENSION** was served on the following parties via the CM/ECF filing system:

| | |
|---|---|
| Philip W. Bledsoe | J. Robert Robertson |
| Joseph T. VanLandingham | William L. Monts III |
| Polsinelli PC | Hogan Lovells US LLP |
| 1225 Seventeenth Street, 29th Floor | 555 Thirteenth Street, N.W. |
| Denver, CO 80202-5529 | Washington, D.C. 20004-1109 |
| pbledsoe@polsinelli.com | robby.robertson@hoganlovells.com |
| jvanlandingham@polsinelli.com | william.monts@hoganlovells.com |

*s/ Marie Newberger*

_____