IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation;
   Plaintiff and Counterclaim Defendant,

vs.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

   Defendant, Counterclaimant, Third-Party Plaintiff,

HOSSEIN and DEBRA LYNN TARAGHI,

   Third-Party Defendants.

---

## STIPULATION AND MOTION TO AMEND FINAL JUDGMENT

   Suncor Energy (U.S.A.) Inc. ("Suncor"), Western Convenience Stores, Inc. ("WCS"), Hossein Taraghi and Debra Taraghi stipulate as follows:

   1.  On August 22, 2014, the Court entered an Opinion and Order Directing Entry of Judgment in Favor of Suncor Energy (U.S.A.) [Dkt. #319].

   2.  On September 5, 2014, the parties filed an Agreed Form of Judgment [Dkt. #320].

   3.  On September 8, 2014, the Court entered Final Judgment (the "Final Judgment") [Dkt. #321]. Paragraph 5 of the Final Judgment provided that the amount and scope of WCS's and the Taraghis' liability for costs, attorneys' fees and related non-taxable expenses would be determined at a later date, "but that determination shall not delay entry of this Judgment which is a final judgment for purposes of appeal."

   4.  On September 22, 2014, Suncor submitted a Bill of Costs in the amount of $15,833.79 [Dkt. #324]. The time for WCS and the Taraghis was extended and they have not yet responded.

   5.  On September 22, 2014, Suncor also filed Defendant, Counterclaim and Third-Party Plaintiff Suncor Energy (U.S.A.) Inc.'s Motion for Attorneys' Fees and Related Non-Taxable Expenses seeking $4,869,644.56 in fees and expenses ("Motion for Attorneys' Fees and Related Non-Taxable Expenses") [Dkt. #325]. By Order of the Court, WCS and the Taraghis have until December 31, 2014 to respond to Suncor's Motion [Dkt. #341].

6.      The parties have reached a settlement regarding the above-captioned matter, including with respect to the scope and amount of the Final Judgment, Bill of Costs, and Motion for Attorneys' Fees and Related Non-Taxable Expenses as they apply to WCS and the Taraghis.

7.      The parties now stipulate and agree and request the entry of an Amended Final Judgment in the form attached hereto (the "Stipulated Amended Final Judgment"), which amends the Final Judgment as follows:

a.      The first paragraph of the Final Judgment is amended to include that it is also entered into pursuant to this Stipulation of the parties.

b.      Paragraph 2 of the Final Judgment is replaced and amended to state:

Judgment in favor of Suncor against Plaintiff WCS and Third Party-Defendants Hossein Taraghi and Debra Lynn Taraghi, jointly and severally, on Suncor's counterclaim against Plaintiff WCS (Dkt. **#31**), Suncor's third-party claim against Third-Party Defendants Hossein Taraghi and Debra Lynn Taraghi, as guarantors of WCS, (Dkt. **#37**), Suncor's Bill of Costs (Dkt. **#324**), and Suncor's Motion for Attorneys' Fees and Related Non-Taxable Expenses (Dkt. **#325**) in the amount of Ten Million Two Hundred Thirty-Five Thousand One Hundred and Seventy-Nine and 79/100 Dollars ($10,235,179.79), which includes principal and interest through the date of entry of this Stipulated Amended Final Judgment.  Interest shall accrue on this amount at the rate of 7% per annum, commencing as of the date of entry of this Stipulated Amended Final Judgment and continuing until this amount is fully paid or otherwise satisfied.

c.      Paragraph 3 of the Final Judgment is replaced and amended to state:

Any amounts paid by WCS, Hossein Taraghi, or Debra Lynn Taraghi to Suncor or collected by Suncor from the assets of WCS, Hossein Taraghi, or Debra Lynn Taraghi shall be applied toward the  satisfaction of this Stipulated Amended Final Judgment with respect to each of WCS, Hossein Taraghi, and Debra Lynn Taraghi.

d.      Paragraph 4 of the Final Judgment is replaced and amended to state:

This Stipulated Amended Final Judgment does not change the time for appealing the Opinion and Order Directing Entry of Judgment in Favor of Suncor Energy (U.S.A.) (Dkt. **#319**) which began to run as of September 8, 2014.

e.       Paragraph 5 is deleted in its entirety.

8.      The parties also stipulate and agree that the Final Judgment, as amended by the Stipulated Amended Final Judgment, remains final for purposes of appeal as of September 8, 2014.

9.      WCS and the Taraghis also stipulate that they hereby waive their right to appeal the Final Judgment and Stipulated Amended Final Judgment.

     **Wherefore,** the parties request that the Court enter the form of Stipulated Amended Final Judgment attached hereto to amend the Final Judgment as set forth herein.

Dated:  December 23, 2014

_s/Anthony J. Shaheen_
HOLLAND & HART LLP
Post Office Box 8749
Denver, CO  80201-8749
Phone: 303-295-8054
Fax: 303-291-9126
AJShaheen@hollandhart.com
**ATTORNEYS FOR DEFENDANT**

_s/ Kenneth R. Bennington_
Kenneth R. Bennington
Kathleen E. Craigmile
BENNINGTON JOHNSON
BIERMANN & CRAIGMILE, LLC
370 17th Street, Suite 3500
Denver, CO 80202
Phone: (303) 629-5200
Fax: (303) 629-5718
_krb@benningtonjonson.com_
_kec@benningtonjohnson.com_
_afa@benningtonjohnson.com_
_jhm@benningtonjohnson.com_
**ATTORNEYS FOR PLAINTIFFS AND THIRD-PARTY DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2014, I served the foregoing Stipulation and Motion to Amend Final Judgment by causing the foregoing to be presented to the Clerk of Court for filing and uploading to the CM/ECF system. I will separately serve this document to the following email addresses:

Kenneth R. Bennington
Kathleen E. Craigmile
Adam F. Aldrich
BENNINGTON JOHNSON BIERMANN  & CRAIGMILE, LLC
370 17th Street, Suite 3500
Denver, CO 80202
krb@benningtonjohnson.com
kec@benningtonjohnson.com
afa@benningtonjohnson.com

Philip W. Bledsoe
POLSINELLI SHUGHART, P.C.
1515 Wynkoop Street, Suite 600
Denver, CO 80202
pbledsoe@polsinelli.com

*Anthony J. Shaheen*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Honorable Marcia S. Krieger**

Civil Action No. 11-cv-01611-MSK-CBS

**WESTERN CONVENIENCE STORES, INC., a Colorado corporation,**
**and WESTERN TRUCK ONE, LLC, a Colorado limited liability company**

       **Plaintiffs,**
**v.**

**SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,**

       **Defendant,**

**and**

**SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,**

       **Third-Party Plaintiff,**

**v.**

**HOSSEIN AND DEBRA LYNN TARAGHI,**

       **Third-Party Defendants.**

_____

**STIPULATED AMENDED FINAL JUDGMENT**
_____

Pursuant to the Court's Opinion and Order Granting in Part and Denying in Part Motion for Summary Judgment (Dkt. **#251**) of Defendant and Third-Party Plaintiff Suncor Energy (U.S.A.) Inc. ("Suncor") and the Opinion and Order Directing Entry of Judgment in Favor of Suncor Energy (U.S.A.) (Dkt. **#319**) following trial to the Court of all remaining claims in this action, and the parties' Stipulation and Motion to Amend Final Judgment (Dkt. #_____), the Court directs entry of judgment for Suncor as follows:

1.      Judgment in favor of Suncor and against Plaintiffs Western Convenience Stores, Inc. ("WCS") and Western Truck One, LLC ("WTO") on all claims in the Amended Complaint (Dkt. # 43).  Plaintiffs shall take nothing on these claims.

2.      Judgment in favor of Suncor against Plaintiff WCS and Third Party-Defendants Hossein Taraghi and Debra Lynn Taraghi, jointly and severally, on Suncor's counterclaim against Plaintiff WCS (Dkt. **#31**), Suncor's third-party claim against Third-Party Defendants Hossein Taraghi and Debra Lynn Taraghi, as guarantors of WCS, (Dkt. **#37**), Suncor's Bill of Costs (Dkt. # **324**), and Suncor's Motion for Attorneys' Fees and Related Non-Taxable Expenses (Dkt. #**325**) in the amount of Ten Million Two Hundred Thirty-Five Thousand One Hundred and Seventy-Nine and 79/100 Dollars ($10,235,179.79), which includes principal and interest through the date of entry of this Stipulated Amended Judgment.  Interest shall accrue on this amount at the rate of 7% per annum, commencing as of the date of entry of this Stipulated Amended Final Judgment and continuing until this amount is fully paid or otherwise satisfied.

3.      Any amounts paid by WCS, Hossein Taraghi, or Debra Lynn Taraghi to Suncor or collected by Suncor from the assets of WCS, Hossein Taraghi, or Debra Lynn Taraghi shall be applied toward the  satisfaction of this Stipulated Amended Judgment with respect to each of WCS, Hossein Taraghi, and Debra Lynn Taraghi.

4.      This Stipulated Amended Final Judgment does not change the time for appealing the Opinion and Order Directing Entry of Judgment in Favor of Suncor Energy (U.S.A.) (Dkt. **#319**) which began to run as of September 8, 2014.

**IT IS SO ORDERED.**

                                        **BY THE COURT**


Date:_____        _____
                                        Marcia S. Krieger
                                        Chief United States District Judge


7417698_1