**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

FILED
United States Court of Appeals
Tenth Circuit

**December 24, 2014**

**Elisabeth A. Shumaker**
**Clerk of Court**

---

WESTERN CONVENIENCE STORES, INC., a Colorado corporation,

    Plaintiff Counterclaim Defendant – Appellant,

and

HOSSEIN TARAGHI; DEBRA LYNN TARAGHI,

    Third-Party Defendants - Appellants,

v.

SUNCOR ENERGY (U.S.A.), INC.,

    Defendant Counterclaim Third-Party Plaintiff - Appellee.

No. 14-1408
(D.C. No. 1:11-CV-01611-MSK-CBS)

---

**ORDER**

---

In accordance with 10th Cir. R. 33.1 and upon consideration of the stipulation of the parties to voluntarily dismiss the captioned appeal, this appeal is dismissed. *See* Fed. R. App. P. 42(b).

Each party will bear its own costs on appeal. A copy of this order will stand as the mandate of the court.

    Entered for the Court

    *Elisabeth A. Shumaker*

    ELISABETH A. SHUMAKER, Clerk