IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation; and
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

        Plaintiffs,

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

        Defendant,

and

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

        Third-Party Plaintiff,

v.

HOSSEIN AND DEBRA LYNN TARAGHI,

        Third-Party Defendant.

## AMENDED FINAL JUDGMENT

THIS MATTER comes before the Court on the Parties' Stipulation and Motion to Amend Final Judgment **(#342)** filed December 23, 2014. The Court treats the Stipulation as a motion and GRANTS the Motion. The Final Judgment is amended as follows:

1. Judgment in favor of Suncor and against Plaintiffs Western Convenience Stores, Inc. ("WCS") and Western Truck One, LLC ("WTO") on all claims in the Amended Complaint (Dkt. #43). Plaintiffs shall take nothing on these claims.

2. Judgment in favor of Suncor against Plaintiff WCS and Third Party-Defendants Hossein Taraghi and Debra Lynn Taraghi, jointly and severally, on Suncor's counterclaim against Plaintiff WCS (Dkt. #31), Suncor's third-party claim against

Third-Party Defendants Hossein Taraghi and Debra Lynn Taraghi, as guarantors of WCS, (Dkt. #37), Suncor's Bill of Costs (Dkt. #324), and Suncor's Motion for Attorneys' Fees and Related Non-Taxable Expenses (Dkt. #324) in the amount of Ten Million Two Hundred Thirty-Five Thousand One Hundred and seventy-Nine and 79/100 Dollars ($10,235,179.79), which includes principal and interest through the date of entry of this Amended Final Judgment. Interest shall accrue on this amount at the rate of 7% per annum, commencing as of the date of entry of this Amended Final Judgment and continuing until this amount is fully paid or otherwise satisfied.

3. Any amounts paid by WCS, Hossein Taraghi, or Debra Lynn Taraghi to Suncor or collected by Suncor from the assets of WCS, Hossein Taraghi, or Debra Lynn Taraghi shall be applied toward the satisfaction of this Amended Final Judgment with respect to each of WCS, Hossein Taraghi, and Debra Lynn Taraghi.

4. This Amended Final Judgment does not change the time for appealing the Opinion and Order Directing Entry of Judgment in Favor of Suncor Energy (U.S.A.) (Dkt. #319) which began to run as of September 8, 2014.

**IT IS SO ORDERED.**

DATED this 21st day of January, 2015.

BY THE COURT:

_(signature: Marcia S. Krieger)_

Marcia S. Krieger
Chief United States District Judge