**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation;
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs and Counterclaim Defendant,

vs.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Defendant, Counterclaimant, Third-Party Plaintiff,

HOSSEIN and DEBRA LYNN TARAGHI,

    Third-Party Defendants.

## ACKNOWLEDGMENT OF PARTIAL SATISFACTION OF JUDGMENT AS TO ONLY: WESTERN CONVENIENCE STORES, INC. AND HOSSEIN TARAGHI, INDIVIDUALLY

An Amended Final Judgment was rendered in favor of the above-named Suncor Energy (U.S.A.) Inc. and against Defendants Western Convenience Stores, Inc., Hossein Taraghi, individually and Debra Taraghi, individually, jointly and severally on January 21, 2015 in the amount of $10,235,179.79 plus interest at the rate of 7% per annum.

Suncor Energy (U.S.A.) Inc. hereby acknowledges a partial satisfaction of said judgment as to only: Defendants Western Convenience Stores, Inc., Western Truck One, LLC, and Hossein Taraghi, individually. Suncor Energy (U.S.A.) Inc. desires to release the judgment fully and completely only as to Defendants Western Convenience Stores, Inc., Western Truck One, LLC and Hossein Taraghi, individually.

**The judgment is not satisfied against Debra Taraghi, individually, and Suncor Energy (U.S.A.) Inc. expressly reserves that judgment entered against Debra Taraghi, individually on January 21, 2015.**

Dated:  September 1, 2016

                                        *s/Anthony J. Shaheen*
                                        HOLLAND & HART LLP
                                        Post Office Box 8749
                                        Denver, CO  80201-8749
                                        Phone: 303-295-8054
                                        Fax: 303-291-9126
                                        AJShaheen@hollandhart.com
                                        **ATTORNEYS FOR SUNCOR ENERGY (U.S.A.) INC.**

Subscribed and sworn to before me this 1st day of September, 2016, by Anthony J. Shaheen.

Given under by hand and notarial seal.
My Commission Expires: 6/5/2019

                                        s/Andrew Murray
                                        Notary Public, ID #20154022323

## CERTIFICATE OF SERVICE

  I hereby certify that on September 1, 2016, I served the foregoing, by causing it to be presented to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification electronically to the following:

| | |
|---|---|
| Kenneth R. Bennington<br>Adam F. Aldrich<br>Bennington, Johnson, Biermann & Craigmile, LLC<br>370 17th Street, Suite 3500<br>Denver, CO 80202<br>krb@benningtonjohnson.com<br>afa@benningtonjohnson.com | Philip W. Bledsoe<br>Joseph T. VanLandingham<br>Polsinelli PC-Denver<br>1515 Wynkoop Street, Suite 600<br>Denver, CO 80202<br>pbledsoe@polsinelli.com<br>jvanlandingham@polsinelli.com |
| Kathleen E. Craigmile<br>Nixon Shefrin Hensen Ogburn, P.C.<br>5619 DTC Parkway, Suite 1200<br>Greenwood Village, CO 80111-3061<br>KCraigmile@nixonshefrin.com | Jeffrey H. McClelland<br>Kutak Rock, LLP-Denver<br>1801 California Street, Suite 3000<br>Denver, CO 80202-2626<br>jeffrey.mcclelland@kutakrock.com |

                *s/Anthony Shaheen*

9079834_1