IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01611-MSK-CBS

WESTERN CONVENIENCE STORES, INC., a Colorado corporation;
WESTERN TRUCK ONE, LLC, a Colorado limited liability company,

    Plaintiffs and Counterclaim Defendant,

vs.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation,

    Defendant, Counterclaimant, Third-Party Plaintiff,

HOSSEIN and DEBRA LYNN TARAGHI,

    Third-Party Defendants.

## ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT WITH RESPECT TO DEBRA TARAGHI, INDIVIDUALLY

An Amended Final Judgment was rendered in favor of the above-named Suncor Energy (U.S.A.) Inc. ("Suncor") and against Defendants Western Convenience Stores, Inc., Hossein Taraghi, individually and Debra Taraghi, individually, jointly and severally on January 21, 2015 in the amount of $10,235,179.79 plus interest at the rate of 7% per annum.

Suncor had previously filed a Partial Satisfaction of Judgment [Docket #346] with respect to Western Convenience Stores, Inc., Western Truck One, LLC, and Hossein Taraghi, individually, releasing them fully and completely.

Suncor now hereby acknowledges satisfaction of said judgment, in full, as to Defendant Debra Taraghi, individually, releasing her fully and completely.

Dated: December 19, 2016

*s/Anthony J. Shaheen*
HOLLAND & HART LLP
Post Office Box 8749
Denver, CO 80201-8749
Phone: 303-295-8054
Fax: 303-291-9126
AJShaheen@hollandhart.com
**ATTORNEYS FOR SUNCOR ENERGY (U.S.A.) INC.**

Subscribed and sworn to before me this 19th day of December, 2016, by Anthony J. Shaheen.

Given under by hand and notarial seal.
My Commission Expires: 6/5/19

ANDREW CHRISTOPHER MURRAY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20154022323
MY COMMISSION EXPIRES 06/05/2019

Notary Public

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2016, I served the *Acknowledgment of Satisfaction of Judgment with Respect to Debra Taraghi, Individually*, by causing the foregoing to be presented to the Clerk of Court for filing and uploading to the CM/ECF system. I will separately serve this document to the following email addresses:

Kenneth R. Bennington
Kathleen E. Craigmile
Adam F. Aldrich
BENNINGTON JOHNSON BIERMANN
& CRAIGMILE, LLC
370 17th Street, Suite 3500
Denver, CO 80202
krb@benningtonjohnson.com
kec@benningtonjohnson.com
afa@benningtonjohnson.com

Philip W. Bledsoe
POLSINELLI SHUGHART, P.C.
1515 Wynkoop Street, Suite 600
Denver, CO 80202
pbledsoe@polsinelli.com

*s/Anthony Shaheen*

9429775_1